# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** 1    **Investigating Agency** FBI

**City** Boston    **Related Case Information:**

**County** Suffolk

- Superseding Ind./ Inf. _____
- Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number  13-MJ-2100-MBB
- R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Dzhokhar Anzorovich Tsarnaev    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Jahar Tsarnaev

**Address:** (City & State) Cambridge, MA

**Birth date (Yr only):** 1993    **SSN (last4#):** 0491    **Sex:** M    **Race:** Caucasian    **Nationality:** USA

**Defense Counsel if known:** None    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA:** William D. Weinreb, Aloke Chakravarty    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No    **List language and/or dialect:** _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** 04/19/2013

☑ Already in Federal Custody as of 04/19/2013 in FBI-Beth Israel Hospital
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 04/21/2013    **Signature of AUSA:** _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Dzhokhar Tsarnaev

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2332a(a) | Use of Weapon of Mass Destruction | 1 |
| Set 2 | 18 U.S.C 844(i) | Malicious Destruction of Property Resulting in Death | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____