AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Dzhokhar Tsarnaev<br><br>_Defendant_ | )<br>)  Case No. 13-2106-MBB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  Dzhokhar Tsarnaev                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2332a(a) - Use of Weapon of Mass Destruction
18 U.S.C. 844(i) - Malicious Destruction of Property Resulting in Death

Date: _04/21/2013_

_Issuing officer's signature_

City and state:  Brookline, Massachusetts

Marianne B. Bowler, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_Arresting officer's signature_

_____
_Printed name and title_