```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


   * * * * * * * * * * * * * *
   *UNITED STATES OF AMERICA   *
                               *    CRIMINAL ACTION
                v.             *    No. 13-MJ-2106-MBB
   *                           *
   DZHOKHAR TSARNAEV           *
                               *
   * * * * * * * * * * * * * *


                                    SEALED TRANSCRIPT

           BEFORE THE HONORABLE MARIANNE B. BOWLER
                UNITED STATES MAGISTRATE JUDGE
                         CONFERENCE
                      April 22, 2013


   APPEARANCES:

         UNITED STATES ATTORNEY'S OFFICE (By AUSA William
      Weinreb and AUSA Aloke S. Chakravarty) 1 Courthouse Way,
      Suite 9000, Boston, Massachusetts  02210, on behalf of
      the United States of America

         OFFICE OF THE FEDERAL PUBLIC DEFENDER, (By Miriam
      Conrad, Esq., William Fick, Esq., and Timothy Watkins,
      Esq.) 51 Sleeper Street, 5th Floor, Boston,
      Massachusetts  02210, on behalf of the Defendant

      Also present:

         Jamie Katz, Esq, General Counsel, BIDMC
         September Brown, Pretrial Services Officer


                              Beth Israel Deaconess Medical Center
                              330 Brookline Avenue
                              Boston, Massachusetts 02125


                       James P. Gibbons, RPR, RMR
                         Official Court Reporter
                      1 Courthouse Way, Suite 7205
                        Boston, Massachusetts  02210
                           jmsgibbons@yahoo.com
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1              P R O C E E D I N G S
 2         THE CLERK:  United States District Court for the
 3  District of Massachusetts is now in session, the Honorable
 4  Marianne B. Bowler presiding.
 5         Today is Monday, April 22, 2013.  The case of U.S. v.
 6  Tsarnaev, Magistrate Judge No. 13-2106, will now be heard.
 7         Will counsel please identify themselves for the record.
 8         MR. WEINREB:  Good morning, your Honor.  William
 9  Weinreb and Al Chakravarty for the United States.
10         THE COURT:  Thank you.
11         MS. CONRAD:  Miriam Conrad with Tim Watkins and
12  Bill Fick from the Federal Public Defender's office.
13         THE COURT:  Thank you very much.
14         MR. KATZ:  Jamie Katz, General Counsel, Beth Israel
15  Deaconess Medical Center.
16         THE COURT:  Thank you very much.
17      For the benefit of counsel and for the physician, I
18  have called this conference because I want to establish
19  before we conduct the initial appearance the mental state of
20  the defendant.  So, Doctor, I am going to have a few
21  questions for you.
22      Please take your time and be relaxed about this.
23         DR. ODOM:  Yes, your Honor.
24         THE COURT:  I will ask you to state your name,
25  spelling your last name for the record.
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1              DR. ODOM:  Stephen Ray Odom, O-D-O-M.
 2              THE COURT:  And what is your occupation?
 3              DR. ODOM:  I'm a trauma surgeon.
 4              THE COURT:  Can you give me a brief summary of your
 5     professional education, training, and credentials?
 6              DR. ODOM:  I went to medical school at Texas Tech
 7     University in Lubbock, Texas.
 8          I did a general surgery residency at Stamford,
 9     Connecticut.  And I did a trauma/critical care fellowship at
10     Beth Israel Deaconess Medical Center in Boston.
11              THE COURT:  Are you Board Certified, Doctor?
12              DR. ODOM:  I am, in general surgery and critical
13     care.
14              THE COURT:  Thank you.
15         Do you have any publications?
16              DR. ODOM:  I do.
17              THE COURT:  Can you give us a summary of the area
18     that you have published in?
19              DR. ODOM:  Mostly in emergency general surgery and
20     critical traumatic illness.
21              THE COURT:  And you are currently an attending here
22     at the Beth Israel?
23              DR. ODOM:  I am.
24              THE COURT:  What has your role been in the care of
25     the defendant, Mr. Tsarnaev?
```

PDF created with pdfFactory trial version www.pdffactory.com

1           DR. ODOM:  I was the attending trauma surgeon on
2    call when he presented to the hospital, and I have
3    subsequently been his attending during the duration of his
4    stay here.
5           THE COURT:  What is his medical state at the
6    present time?
7           DR. ODOM:  Guarded.
8           THE COURT:  Can you define what you mean by that?
9           DR. ODOM:  He has multiple serious injuries that
10   require ongoing inpatient medical care at this time.  He is
11   currently in an intensive care unit, though his status is
12   not critical.
13          THE COURT:  Can you give me a brief summary of his
14   injuries?
15          DR. ODOM:  He has multiple gunshot wounds, the most
16   severe of which appears to have entered through the left
17   side inside of his mouth and exited the left face, lower
18   face.  This was a high-powered injury that has resulted in
19   skull-base fracture, with injuries to the middle ear, the
20   skull base, the lateral portion of his C1 vertebrae, with a
21   significant soft-tissue injury, as well as injury to the
22   pharynx, the mouth, and a small vascular injury that's been
23   treated.
24      He has, in addition to this, some ophthalmologic
25   injuries that have been treated.

PDF created with pdfFactory trial version www.pdffactory.com

```
 1          He has multiple gunshots wounds to the extremities that
 2    have been treated with dressings to the lower extremities;
 3    and in the case of his left hand, he had multiple bony
 4    injuries as well that were treated with fixation and
 5    soft-tissue coverage, as well as tendon repair and vascular
 6    ligation.
 7             THE COURT:  Internal or external fixation?
 8             DR. ODOM:  The pins are internal, but the wound is
 9    still open.
10             THE COURT:  When did he last receive sedation or
11    pain medication?
12             DR. ODOM:  He received Dilaudid at around
13    ten o'clock.
14             THE COURT:  What was the dose?
15         (Whereupon, Dr. Odom reviewed medical chart.)
16             DR. ODOM:  I'm sorry.
17             THE COURT:  Take your time.
18             DR. ODOM:  .25 milligrams.
19             THE COURT:  And that is the only pain medication or
20    sedation that he has had recently?
21             DR. ODOM:  In the last eight hours, yes.
22             THE COURT:  Does he know where he is, and does he
23    know what has happened since arriving at the hospital in
24    terms of procedures?
25             DR. ODOM:  He definitely knows where he is.
```

PDF created with pdfFactory trial version www.pdffactory.com

1    He knows that he has had multiple procedures, but I'm
2    not sure how aware he is of the specifics.  He knows that he
3    has an injury to the neck and to the hand.
4         THE COURT:  In your professional opinion, based on
5    your training and experience, is he lucid enough to
6    understand and respond to basic questions, if not vocally,
7    using hand signals?
8         DR. ODOM:  He is able to respond vocally.
9         THE COURT:  All right.
10       At this time I find Dr. Odom to be a very credible
11   witness and fully informed about the medical and mental
12   state of the defendant, and on this information I will
13   proceed with an initial appearance forthwith.
14       Doctor, thank you very much for your time.
15       We stand in recess.
16       We are off the record.
17       (Discussion off the record between Court and counsel.)
18         MS. CONRAD:  Your Honor, may I ask that the record
19   be sealed?
20         THE COURT:  It will be sealed.
21         MS. CONRAD:  Thank you.
22         THE CLERK:  So will the docket entry?
23         THE COURT:  The docket entry will be sealed.
24       Is there a motion to unseal the complaint at this time?
25         MR. WEINREB:  Yes, your Honor.  In conjunction with

```
 1   the initial appearance, we will make an oral motion to
 2   unseal the complaint.
 3           THE COURT:  That will be granted once we commence
 4   the initial appearance.
 5           MS. CONRAD:  This is probably premature, but we
 6   will be requesting appointment of learned counsel under the
 7   procedures applicable to capital cases.
 8           THE COURT:  We will go from there.
 9       Doctor, you are excused, and thank you.
10           DR. ODOM:  Thank you.
11       Would you like me to be present?
12           THE COURT:  It would be helpful, if you are
13   comfortable with that.
14           DR. ODOM:  I'm happy to be there.
15           THE COURT:  So they will get set up, and we will
16   proceed.
17       (Pause in proceedings.)
18           THE COURT:  Back on the record.
19           THE CLERK:  Resuming back on the record 13-MJ-2106,
20   United States v. Tsarnaev.
21           THE COURT:  Doctor, it is my understanding that you
22   might want to clarify the record regarding the medication
23   that the patient has had?
24           DR. ODOM:  Yes, ma'am.
25       At 10 a.m. he received .5 milligrams of Dilaudid, and
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    at 7 a.m. he received another .5 milligrams of Dilaudid.  So
 2    in total, since 7 a.m., he's received one milligram of
 3    Dilaudid.
 4             THE COURT:  Does that in any way change your
 5    previous statement that you felt he was able to respond to
 6    questions?
 7             DR. ODOM:  No, ma'am.
 8             THE COURT:  Thank you very much.
 9        All right.  We stand in recess.
10        (Proceedings adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PDF created with pdfFactory trial version www.pdffactory.com

# **C E R T I F I C A T E**

I, James P. Gibbons, Official Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/s/James P. Gibbons              April 24, 2013

_____
James P. Gibbons

```
        JAMES P. GIBBONS, CSR, RPR, RMR
             Official Court Reporter
          1 Courthouse Way, Suite 7205
           Boston, Massachusetts 02210
                jmsgibbons@yahoo.com
```

PDF created with pdfFactory trial version www.pdffactory.com