UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | MAGISTRATE-JUDGE'S NO. |
| | ) | 13-02106-MBB |
| DJHOKHAR TSARNAEV | ) | |

MOTION **UNDER SEAL** FOR TRANSCRIPT OF SEALED PROCEEDING

Defendant, by undersigned counsel, hereby respectfully moves that this Court authorize the court reporter to provide undersigned counsel for the defendant with a transcript of the sealed hearing held just prior to the defendant's initial appearance on April 22, 2013. As grounds for this motion, undersigned counsel states that she and co-counsel were present during this proceeding, which was sealed at her request to prevent the disclosure of confidential information to the public at large. The information contained in the transcript is important to undersigned counsel's representation of the defendant.

If and when this motion is allowed, undersigned counsel will make the necessary financial arrangements with the court reporter to pay for the transcript.

DJOKHAR TSARNAEV
By his attorney:

Miriam Conrad
  B.B.O. #550223
51 Sleeper Street, Fifth Floor
Boston, MA  02210
Tel: 617-223-8061

## Certificate of Service

I hereby certify that this document, was served by first-class mail and electronic mail on Assistant U.S. Attorneys William Weinreb and Aloke Chakravarty on April 26, 2013.

*Miriam Conrad*

Miriam Conrad