UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate-Judge's No. |
| | ) | 13-02106-MBB |
| DZHOKHAR TSARNAEV | ) | |

MOTION TO ADMIT COUNSEL PRO HAC VICE

Undersigned counsel hereby moves, under Local Rule 83.5.3, that this Court admit attorney Judy Clarke pro hac vice to represent defendant, Dzhokhar Tsarnaev, to represent Mr. Tsarnaev. Ms. Clarke is admitted to practice in the state of California, as stated in her affidavit, attached hereto.

DZHOKHAR TSARNAEV
By his attorney:

/s/ Miriam Conrad

Miriam Conrad
  B.B.O. #550223
Federal Defender Office
51 Sleeper Street, Fifth Floor
Boston, MA  02210
Tel: 617-223-8061

Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on May 1, 2013.

/s/ Miriam Conrad