UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**SEALED/EX PARTE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Crim. No. 13-2106 MBB |
| | ) | |
| v. | ) | **ORDER COMPELLING BOP** |
| | ) | **TO PERMIT COUNSEL** |
| | ) | **TO PHOTOGRAPH CLIENT** |
| DZOHKHAR TSARNAEV | ) | **AND HIS INJURIES** |

Before the Court is defendant's ex parte, sealed motion for an Order Compelling the Bureau of Prisons to Permit Counsel to Photograph Client and his Injuries.

Having reviewed the motion and good cause appearing therefor, the court hereby grants the request, and orders the Bureau of Prisons to permit counsel to take photographs of Dzhokhar Tsarnaev and his injuries. Counsel shall bring the necessary photograph equipment, and permit necessary inspection of the equipment for security purposes. Counsel shall be permitted to take these photographs FORTHWITH.

IT IS SO ORDERED.

Dated: _____          _____
                               Honorable Marianne B. Bowler
                               United States Magistrate Judge