UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**SEALED/EX PARTE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Crim. No. 13-2106 MBB |
| ) | |
| v. ) | **ORDER RE PRODUCTION OF** |
| ) | **BOP RECORDS** |
| ) | |
| DZOHKHAR TSARNAEV ) | |

Before the Court is defendant's *ex parte*, sealed motion for an Order Compelling the Bureau of Prisons to Provide Copies of the Defendant's Files to Counsel on a Weekly Basis, and to restrict access to the prosecution.

Having reviewed the motion and good cause appearing therefor, the Court hereby grants the request, and ORDERS the Bureau of Prisons to provide the Defendant's BOP files – including the medical file, the daily activity logs, suicide watch logs, psychology data systems files, photographs, commissary file, the "yellow file", medication log, and the BOP "central file." The Court further ORDERS the Bureau of Prisons not to produce any files regarding Mr. Tsarnaev to the U.S. Attorney's office or other law enforcement agency involved in the prosecution of Mr. Tsarnaev absent further order of this Court.

IT IS SO ORDERED.

Dated: _____    _____
                        Honorable Marianne B. Bowler
                        United States Magistrate Judge