**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI

**City** Boston    **Related Case Information:** 13CR10200- (Bowler)

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 13-2106-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Dzhokhar Tsarnaev    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address (City & State): _____

Birth date (Yr only): 1993   SSN (last4#): _____   Sex M   Race: White   Nationality: USA

**Defense Counsel if known:** Federal Public Defender Service    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** William Weinreb, Aloke Chakravarty    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** 04/19/2013

☑ Already in Federal Custody as of 04/19/2013 in FMC-Devens
☐ Already in State Custody at ——— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 23

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/27/2013    Signature of AUSA: _/s/_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Dzhokhar Tsarnaev

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2332a | Use of a Weapon of Mass Destruction Resulting in Death and Conspiracy | 1, 2, 4, 23, 25, 27, 29 |
| Set 2 | 18 USC 2332f | Bombing of a Place of Public Use Resulting in Death and Conspiracy | 6, 7, 9 |
| Set 3 | 18 USC 844(i) & (n) | Malicious Destruction of Property Resulting in Death and Conspiracy | 11, 12, 14 |
| Set 4 | 18 USC 924(j) | Use and Carrying of a Firearm During and In Relation to a Crime of Violence Resulting in Death | 3, 5, 8, 10, 13, 15, 16-18 |
| Set 5 | 18 USC 2119 | Carjacking Resulting in Serious Bodily Injury | 19 |
| Set 6 | 18 USC 924(c) | Use and Carrying of a Firearm During and In Relation to a Crime of Violence | 20, 22, 24, 26, 28, 30 |
| Set 7 | 18 USC 1951 | Interference With Commerce by Threats Or Violence | 21 |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____