**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

Place of Offense:  Category No. **I**  Investigating Agency **FBI**

City **Boston**  Related Case Information: **13CR10200- (Bowler)**

County **Suffolk**  Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number **13-2106-MBB**
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name **Dzhokhar Tsarnaev**  Juvenile: ☐ Yes ✓ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✓ No

Alias Name ____

Address **(City & State)** ____

Birth date (Yr only): **1993**  SSN (last4#): ____  Sex **M**  Race: **White**  Nationality: **USA**

Defense Counsel if known: **Federal Public Defender Service**  Address ____

Bar Number ____

**U.S. Attorney Information:**

AUSA **William Weinreb, Aloke Chakravarty**  Bar Number if applicable ____

Interpreter: ☐ Yes ✓ No  List language and/or dialect: ____

Victims: ✓ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ✓ Yes ☐ No

Matter to be SEALED: ☐ Yes ✓ No

☐ Warrant Requested  ☐ Regular Process  ✓ In Custody

**Location Status:**

Arrest Date **04/19/2013**

✓ Already in Federal Custody as of **04/19/2013** in **FMC-Devens**
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

Charging Document: ☐ Complaint  ☐ Information  ✓ Indictment
Total # of Counts: ☐ Petty  ☐ Misdemeanor  ✓ Felony **23**

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **06/27/2013**  Signature of AUSA: ____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Dzhokhar Tsarnaev

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 2332a | Use of a Weapon of Mass Destruction Resulting in Death and Conspiracy | 1, 2, 4, 23, 25, 27, 29 |
| Set 2 | 18 USC 2332f | Bombing of a Place of Public Use Resulting in Death and Conspiracy | 6, 7, 9 |
| Set 3 | 18 USC 844(i) & (n) | Malicious Destruction of Property Resulting in Death and Conspiracy | 11, 12, 14 |
| Set 4 | 18 USC 924(j) | Use and Carrying of a Firearm During and In Relation to a Crime of Violence Resulting in Death | 3, 5, 8, 10, 13, 15, 16-18 |
| Set 5 | 18 USC 2119 | Carjacking Resulting in Serious Bodily Injury | 19 |
| Set 6 | 18 USC 924(c) | Use and Carrying of a Firearm During and In Relation to a Crime of Violence | 20, 22, 24, 26, 28, 30 |
| Set 7 | 18 USC 1951 | Interference With Commerce by Threats Or Violence | 21 |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____