UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

PROCEDURAL ORDER REGARDING FILING OF MATTERS UNDER SEAL
September 23, 2013

O'TOOLE, D.J.

Unless otherwise ordered, the following procedure shall be observed for filing matters under seal:

(1) A motion to seal must be filed and allowed prior to the filing of any matter under seal.

   (a) The motion must state an adequate basis for sealing the matter and must specify when the matter may be unsealed. The matter sought to be filed under seal may be submitted with the motion as a sealed exhibit.

   (b) If necessary, a motion to seal may be filed under seal without prior authority, subject to review by the Court after filing. Any such motion shall state in its caption that it is to be sealed.

   (c) If the motion to seal is filed ex parte, it must affirmatively state the basis for the ex parte filing.

(2) The matter proposed for sealing may not be filed under seal unless the Court has entered an order granting the motion to seal.

   (a) The order will state the reason(s) for grant or denial.

   (b) The order may be sealed as appropriate.

(3) Sealed matters will be docketed in the following manner:

   (a) Motions to seal, orders on such motions, and each sealed filing shall be recorded on the public docket with a sequential docket number.

2

(b) The public docket shall identify the general nature of the sealed matter, e.g., "Sealed Motion," "Sealed Order," "Sealed Memorandum," "Sealed Affidavit," etc.

(c) The filer reflected on the docket will be a member of the Clerk's Office staff.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge