```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**        )
                                    )
    v.                              )        Crim. No.13-10200-GAO
                                    )
**DZHOKHAR A. TSARNAEV,**            )
        **Defendant**           )

**GOVERNMENT'S REQUEST FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO VACATE SPECIAL ADMINISTRATIVE MEASURES ("SAMs") UNTIL OCTOBER 21, 2013**

    The United States of America, by and through its undersigned counsel, respectfully requests an enlargement of time until Monday, October 21st, 2013, to file its opposition to the Defendant's Motion to vacate the Special Administrative Measures ("SAMs") imposed upon the defendant pursuant to Title 28, C.F.R. §501.

    The response to the motion is currently due on October 16th. The final review of the response has not yet been completed and the government requests the additional two business days in order to complete the review.

    Respectfully submitted,

    BY: CARMEN M. ORTIZ
    United States Attorney

    /s/Nadine Pellegrini
    NADINE PELLEGRINI
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/Nadine Pellegrini
                                        NADINE PELLEGRINI
                                        Assistant U.S. Attorney

Dated: October 16th, 2013