UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim No.13-10200-GAO |
| | ) | |
| **DZHOKHAR A. TSARNAEV,** | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(B)(4), the United States of America, by and through its undersigned counsel, respectfully requests leave to file to file an opposition to defendant's Motion to Compel Production that exceeds 20 pages.  As grounds for this motion, the government states that defendant's motion to compel (itself 16 pages long) raises several legal issues under the Federal and Local Rules of Criminal Procedure and United States Constitution.  In order to provide a robust analysis of these issues of use to the Court, the government respectfully requests leave to file a 23-page response.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys