IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-CR-10200-GAO |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME (ONE DAY)
TO FILE REPLY MEMORANDUM**

Defendant, by and through counsel, with the assent of the government, respectfully requests a one-day extension of time to file his Reply to the government's Opposition [Dkt # 129] to his Motion to Compel Discovery [Dkt # 112]. As grounds therefor, a brief additional period is required to finalize the Reply because one attorney of record was unexpectedly out of the office yesterday due to a funeral and another attorney of record is traveling and unavailable today. Counsel will endeavor to file the reply as early as possible on the morning of November 7, 2013.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

/s/  William Fick


Judy Clarke, Esq.
California Bar:  76071
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET


Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG


## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 6, 2013.

/s/ William W. Fick