UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
November 12, 2013

O'TOOLE, D.J.

The government moves to file under seal an ex parte report pertaining to classified information in connection with two specific discovery requests articulated in the defendant's Motion to Compel (dkt. no. 112). As grounds for filing the report under seal, the government contends that disclosure of the basis of the government's report would tend to disclose the existence of specific types of information which the government is not at liberty to discuss in open court. The government also notes the risk of inadvertent or unauthorized disclosure of classified information.

Accepting the government's representations, the motion for leave to file under seal and ex parte (dkt. no. 145) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge