UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13-CR-10200-GAO |
| v. | ) | |
| | ) | |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**SEALED MOTION TO SEAL SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO VACATE SAMs AND ACCOMPANYING DECLARATION**

Defendant, Dzhokhar Tsarnaev, through counsel, respectfully moves to seal the accompanying Supplemental Memorandum in Support of Motion to Vacate SAMs. As grounds therefor, the motion refers to visits to Mr. Tsarnaev at FMC Devens by his two sisters. Prison officials have requested that the defense refrain from publicizing the fact of these visits. Such publicity would likely provoke a wave of press harassment of the sisters and could also put their safety at risk. Should the Court wish for some portion of the Memorandum to be filed publicly, undersigned counsel have appended a proposed redacted version that could be filed on the public docket.

In addition, defendant moves to seal and to file *ex parte* the accompanying declaration of the lead defense mitigation specialist, as it contains information regarding the defense investigation and theories that constitute attorney work product and should therefore remain confidential.

1

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

/s/ Judy Clarke

Judy Clarke, Esq.
California Bar: 76071
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

### Certificate of Service

I, Judy Clarke, hereby certify that I have served a copy of the foregoing document on counsel of record for the government on this 11th day of February, 2014, by e-mail PDF.

/s/ Judy Clarke

Judy Clarke

2