UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
February 20, 2014

O'TOOLE, D.J.

The defendant has filed under seal and ex parte a motion (dkt. no. 184) for the appointment of David I. Bruck as second learned counsel under 18 U.S.C. §§ 3005 and 3599(a). The motion shall remain under seal and ex parte, as it reveals confidential defense information.

The CJA Guidelines on Appointment of Counsel in Capital Cases provide that "[u]nder 18 U.S.C. § 3599(a)(1), if necessary for adequate representation, more than two attorneys may be appointed to represent a defendant in a capital case." Guide to Judiciary Policy, Vol. 7, Ch. 6, § 620.10.10(b).

The defendant's prior requests for the appointment of David I. Bruck were denied without prejudice to renewal. In his present request, the defendant has made a satisfactory showing that the appointment of Mr. Bruck is "necessary for adequate representation."

Accordingly, the defendant's Motion (dkt. no. 184) to Appoint Counsel is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge