UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13-CR-10200-GAO |
| v. ) | |
| ) | |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## MOTION FOR LEAVE TO FILE RESPONSE

Pursuant to Local Rule 7.1(B)(3), defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests leave to file a short response to the government's supplemental opposition [D.E. 207] to his motion to vacate SAMs. As grounds therefor, a response is necessary to address certain arguments that the government raises in its opposition and will assist the Court to adjudicate matters at issue efficiently.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

/s/  William Fick

Judy Clarke, Esq. (CA Bar #  76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 5, 2014.

/s/ William Fick
William Fick, Esq.