UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  )  | |
| v.    ) | **Crim. No.13-10200-GAO** |
|       ) | |
| **DZHOKHAR A. TSARNAEV,** )  Defendant    ) | |

**PROTECTIVE ORDER**

The Court, having found that good cause exists, enters the following protective order with respect to the autopsy photographs of Krystle Marie Campbell, Sean Collier, Lingzi Lu, and Martin Richard ("the victims").

1. DZHOKHAR TSARNAEV is prohibited from personally viewing any autopsy photos of the victims produced in discovery except those that are offered as evidence by either party at trial or sentencing.

2. All other provisions of the Protective Order filed 8/19/13 (Docket #91) remain in effect.

**GEORGE A. O'TOOLE**
**United States District Court**

**Date:**