UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## MOTION FOR LEAVE TO FILE FURTHER MOTION TO COMPEL DISCOVERY OF FAVORABLE EVIDENCE IN EXCESS OF TWENTY PAGES

Defendant, Dzhokhar Tsarnaev, hereby moves, pursuant to Local Rule 7.1(b)(4), for leave to file a Motion to Compel Discovery of Favorable Evidence in excess of twenty pages. As reason therefore, defendant states that the motion must address multiple categories of evidence withheld by the government, each requiring detailed factual and legal analysis. For this reason, defendant requests that he be allowed to exceed the ordinary twenty page limit for pleadings.

Respectfully submitted,

DZHOKHAR TSARNAEV
By his attorneys

/s/ Miriam Conrad

Judy Clarke, Esq. (CA Bar #  76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 28, 2014.

/s/ Miriam Conrad