**List of Records from the following Entities:**

Airline Reporting Corporation
Amazon
American Eagle Superstores Inc, dba Big Fireworks
AMTRAK
Andrea Berkman
Apple
Aspire Resources, Inc
AT&T
AT&T Wireless
Atomic Fireworks
Autozone
Bank of America
Barclay's Bank
BDUK Worldwide, Inc
Best Buy
Beth Israel Deaconess Medical Center
Bill Me Later
BJ Allen Company dba Phantom Fireworks
Boston Athletic Association
Boston Pizza Express LLC
Brookline Bank
Bunker Hill Community College
Call-O-Call Prepay Calling Card
Cambridge Rindge & Latin
Capital One
CenturyLink
Chase Bank
Citibank
Citizens
City of Cambridge
Coinstar
Comcast
Comenity Bank
Credit One Bank
Discover Bank/Discover Financial
Eastern Bank Corporation
Ebay/PayPal
EGRANDBUY, INC.
Equifax
Etsy.com
Experian
FedLoan
FEDWIRE
FIA Card Services
First Data
First Federal of Northern Michigan
First Interstate Bank

DT-0001469

GE Capital
GECRB/GAP
GECRB/Lord & Taylor
GoDaddy.com
Google, Inc
Green Dot
Harvard University
Home Depot
HSBC
Instagram
Inter National Bank
Jake's Fireworks
Macy's
Massachusetts Bay Community College
Metro PCS
Microsoft
MIT
MoneyBooker
Moneygram
Moneygram International
MySpace, Inc
Neustar
Paypal
Phantom Fireworks
Photobucket
Pro Marketing Inc
Proofpoint.com
Radio Shack
RBS Citizens
Sallie Mae
Shell Corporation
Skylighter Inc
Skype
Sovereign Banking Corporation
Sprint
Stavros Center for Independent Living
Surety Bank
Target
The College Board
T-Mobile
Transunion
Twitter
United Federal Savings Bank
University of Massachusetts
University of Massachusetts, Dartmouth
Verizon
Verizon Business
Verizon Communications
Verizon Legal

DT-0001470

Verizon Wireless
Visa
Volkswagen Credit
Wells Fargo
Western Union
Yahoo
Yahoo! Inc.
YMCA OF GREATER BOSTON
ZKORVIE Community Center

DT-0001471

4

DT-0001472