UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

<u>MOTION TO ADMIT COUNSEL PRO HAC VICE</u>

Undersigned counsel hereby moves, under Local Rule 83.5.3, that this Court admit attorney David I. Bruck <u>pro hac vice</u> to represent the defendant Dzhokhar Tsarnaev.  Mr. Bruck is admitted to practice in South Carolina and Virginia, as stated in his affidavit, attached hereto.

DZHOKHAR TSARNAEV

By his attorney:

/s/ Miriam Conrad

Miriam Conrad
B.B.O. #550223
Federal Defender Office
51 Sleeper Street, Fifth Floor
Boston, MA  02210
Tel: 617-223-8061

<u>Certificate of  Service</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 31, 2014.

s/ Miriam Conrad

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| ) | CRIMINAL NO. 13-10200-GAO |
| v. ) | |
| ) | |
| DZHOKHAR TSARNAEV ) | |

I, David I. Bruck, hereby state the following under the pains and penalties of perjury:

1. I am an attorney admitted to practice law in the state of South Carolina and in the Commonwealth of Virginia, and am a member in good standing in those jurisdictions.

2. I have never been the subject of any disciplinary proceedings and there are none pending against me.

3. I have reviewed and am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Dated: March 31, 2014