```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
                             )
    **v.**                       )   **Crim. No.13-10200-GAO**
                             )
**DZHOKHAR A. TSARNAEV,**    )
       **Defendant**        )


## MOTION FOR NOTICE PURSUANT TO FED.R.CRIM.P.12.2(b)

The United States, by undersigned counsel and pursuant to Fed.R.Crim.P. 12.2(b), moves for notification in writing of any intention by the defendant to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant which bears on either the issue of guilt or the issue of punishment.

Fed.R.Crim.P. 12.2(b) requires that the defendant make this notification within the time provided for filing a pre-trial motion. The Court previously set May 7, 2014 for the filing of any other pretrial motions and the government requests the notification under Rule 12.2(b) by May 7, 2014.

```
                            Respectfully submitted,

                            CARMEN M. ORTIZ
                            United States Attorney
                            District of Massachusetts


                    By:     /s/Nadine Pellegrini
                            Nadine Pellegrini
                            William D. Weinreb
                            Aloke Chakravarty
                            Assistant U.S. Attorneys
```

**CERTIFICATE OF SERVICE**

I, Nadine Pellegrini, Assistant U.S. Attorney, certify that I served a PDF version of this document upon counsel of record for the defendant on April 11, 2014 by electronic mail.

```
                            /s/Nadine Pellegrini
                            Nadine Pellegrini
                            Assistant United States Attorney
```

2