UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim No.13-10200-GAO |
| | ) | |
| **DZHOKHAR A. TSARNAEV,** | ) | |
| **Defendant** | ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(B)(4), the United States of America, by and through its undersigned counsel, respectfully requests leave to file to file a combined opposition to defendant's Motion to Compel Compliance with Automatic Discovery Obligations and Further Motion for Production of Favorable Evidence that exceeds 20 pages. As grounds for this motion, the government states that defendant's motions total 43 pages, and the government's 27-page combined opposition is well within the page limit specified by the Local Rules if the government had filed two oppositions instead of a single combined opposition.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys