UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   <br>   ) <br> v.    ) <br>   ) <br> DZHOKHAR TSARNAEV   ) | CRIMINAL NO. 13-10200-GAO |

### JOINT MOTION TO ENLARGE TIME FOR FILING MOTION TO SUPPRESS STATEMENTS

The United States of America, by and through its undersigned counsel, and defendant, Dzhokhar Tsarnaev, by and through counsel, hereby move that this Court enlarge until May 7 the time for defense counsel to file a motion to suppress statements.

The parties need additional time to attempt to narrow the issues to be addressed by the Court. The Court previously had allowed an extension of time to file motions to suppress evidence seized during searches to May 7, 2014.

| | |
|---|---|
| CARMEN M. ORTIZ <br> United States Attorney <br> By: <br><br> */s/ William D. Weinreb* <br><br> William D. Weinreb <br> Aloke S. Chakrvarty <br> Nadine Pellegrini <br><br> Assistant U.S. Attorneys | DZHOKHAR TSARNAEV <br> By his attorneys: <br><br> */s/ Miriam Conrad* <br><br> Judy Clarke, Esq. (CA Bar # 76071) <br> CLARKE & RICE, APC <br> 1010 Second Avenue, Suite 1800 <br> San Diego, CA 92101 <br> (619) 308-8484 <br> JUDYCLARKE@JCSRLAW.NET <br><br> David I. Bruck, Esq. (SC Bar # 967) <br> 220 Sydney Lewis Hall <br> Lexington, VA 24450 <br> (540) 458-8188 <br> BRUCKD@WLU.EDU |

1

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 22, 2014.

*/s/ Miriam Conrad*