UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| **DZHOKHAR A. TSARNAEV,** | ) | |
| **Defendant** | ) | |

**NOTICE OF GOVERNMENT EX PARTE PRODUCTION TO COURT**

The United States of America, by and through its undersigned counsel, hereby provides under separate cover, items relating to Ibragim Todashev as indicated during the April 16, 2014 hearing for an *in camera* ex parte review.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney
District of Massachusetts

By: /s/Nadine Pellegrini
NADINE PELLEGRINI
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that these document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 25, 2014.

/s/Nadine Pellegrini
Nadine Pellegrini
Assistant United States Attorney