UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR  TSARNAEV | No. 13-10200-GAO |

**MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO
MOTION TO SUPPRESS STATEMENTS UNDER SEAL**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves for leave to file certain exhibits to his motion to suppress statements – specifically, FBI reports, FBI notes, and notes written by the defendant during interrogation - under seal.

As grounds therefor, undersigned counsel state that the documents refer to the substance of statements made by the defendant during interrogation, which the defense seeks to suppress.  Disclosure of the statements through a public filing would be inconsistent with the motion and would disseminate information covered by the protective order in this case, DE #91.

DZHOKHAR  TSARNAEV
By his attorneys

/s/  Miriam Conrad

Judy Clarke, Esq.
California Bar:  76071
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

        David I. Bruck, Esq. (SC Bar # 967)
        220 Sydney Lewis Hall
        Lexington, VA 24450
        (540) 460-8188

        Miriam Conrad, Esq. (BBO # 550223)
        Timothy Watkins, Esq. (BBO # 567992)
        William Fick, Esq. (BBO # 650562)
        FEDERAL PUBLIC DEFENDER OFFICE
        51 Sleeper Street, 5th Floor
        (617) 223-8061

### Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2014. .

        /s/ Miriam Conrad