UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
May 7, 2014

O'TOOLE, D.J.

The defendant moves to file under seal certain exhibits to his motions to suppress statements and physical evidence. The defendant asserts that the exhibits contain information covered by the protective order (dkt. no. 91).

Accordingly, the defendant's Motions to Seal (dkt. nos. 285, 286) are GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge