UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**ASSENTED-TO MOTION TO ENLARGE TIME FOR FILING MOTION TO SUPPRESS DIGITAL EVIDENCE BY THREE BUSINESS DAYS**

Defendant, Dzhokhar Tsarnaev, by and through counsel, with the assent of the government, hereby moves this Court to enlarge the time for filing motions to suppress digital items of evidence by three business days, to May 12, 2014.

The defense has drafted and is preparing to file multiple motions this day, including motions to suppress various items of evidence and a motion to suppress defendant's statements. All of the motions to suppress evidence, which arise from the execution of at least 35 searches, raise complex issues. In regard to the motion to suppress various items of digital evidence, the government this past Friday disclosed additional discovery provided by Google. The defense requires a short period of time to determine whether the additional items can or should be addressed in the motion to suppress digital evidence.

For this reason, defendant requests the Court to allow an enlargement of time of three business days, until May 12, 2014, to file motions to suppress digital evidence.

Dated:  May 7, 2014                    Respectfully Submitted,
                                       DZHOKHAR TSARNAEV
                                       By his attorneys

                                       */s/ Timothy Watkins*

                                       David I. Bruck, Esq. (SC Bar # 967)
                                       220 Sydney Lewis Hall
                                       Lexington, VA 24450
                                       (540) 458-8188
                                       BRUCKD@WLU.EDU

                                       Judy Clarke, Esq. (CA Bar# 76071)
                                       CLARKE & RICE, APC
                                       1010 Second Avenue, Suite 1800
                                       San Diego, CA 92101
                                       (619) 308-8484
                                       JUDYCLARKE@JCSRLAW.NET

                                       Miriam Conrad, Esq. (BBO # 550223)
                                       Timothy Watkins, Esq. (BBO # 567992)
                                       William Fick, Esq. (BBO # 650562)
                                       FEDERAL PUBLIC DEFENDER OFFICE
                                       51 Sleeper Street, 5th Floor
                                       (617) 223-8061
                                       MIRIAM_CONRAD@FD.ORG
                                       TIMOTHY_WATKINS@FD.ORG
                                       WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2014.

                                       */s/ Timothy Watkins*