UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-10200-GAO |

MOTION FOR LEAVE TO FILE
MOTION IN EXCESS OF 20 PAGES

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves under Local Rule 7.1(B)(4) for leave to file a Motion to Suppress Physical Evidence in excess of 20 pages..

As grounds therefor, undersigned counsel state that the motion addresses the validity of five separate searches and a number of complex legal and factual issues.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

/s/  Miriam Conrad

Judy Clarke, Esq.
California Bar:  76071
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

- 1-

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2014. .

/s/ Miriam Conrad