AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>410 Norfolk Street, Apartment 3,<br>Cambridge, Massachusetts | )<br>)<br>) Case No. M.J.# 18-2180-MBB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Massachusetts_____
*(identify the person or describe the property to be searched and give its location)*:

410 Norfolk Street, Apartment 3, Cambridge, Massachusetts as further described in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 17, 2013_____
                                                                                            *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Marianne B. Bowler_____.
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                           ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   05/03/2013 0:00 am  11:11PM   _Marianne B. Bowler USMJ_
                                                                                                        *Judge's signature*

City and state:   _____Brookline, Massachusetts_____   Marianne B. Bowler, U.S. Magistrate Judge
                                                                                              *Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| | *Return* | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

DT-0000500

## ATTACHMENT A

### PREMISES TO BE SEARCHED

The location to be searched is the residence of Tamerlan Tsarnaev ("Tamerlan") and Dzhokhar Tsarnaev ("Dzhokhar"), located at **410 Norfolk Street, Apartment 3, Cambridge, Massachusetts** ("the Target Residence"). The Target Residence is an apartment located within a three-story wooden structure, medium brown in color. There are five stairs leading to the front door with a wrought iron railing. There is a mailbox beside the front door that lists Dzhokhar's name on it. The first floor window trim has a peach color. The second floor window trim has a grey color. The third floor window trim has a grey color. The roof is flat. The front door appears as a darker brown color than the house. The storm door on the front is the same color as the house and has a glass panel. The house is Number 410, is situated between Numbers 408 and 412. The apartment building in which the Target Residence is located is set back from the street. There is an archway that leads to the passageway to apartment building from the street. The apartment building is located on a plot between Norfolk Street and Elm Street.

DT-0000501

## **ATTACHMENT B**

### ITEMS TO BE SEIZED

Evidence, in whatever form inside the premises and curtilage located at the Target Residence, related to violations of 18 U.S.C. §§ 2332a (Using and Conspiring to Use A Weapon of Mass Destruction), 844(i) (Malicious Destruction of Property by Means of an Explosive Device Resulting in Death), 2119 (Carjacking), 1951 (Interference with Commerce by Violence), 924(c) (Use of a Firearm During a Crime of Violence) and 371 (Conspiracy to Commit Offenses), including but not limited to:

1. Low-explosive powder residue from locations within the Target Residence, including but not limited to table tops, countertops, under furniture, and concealed locations;

2. Low-explosive powder residue from the plumbing system of the Target Residence, including but not limited to the drains and pipes;

3. Male and/or female clothing consistent with clothing worn by the two individuals in the February 23, 2013 surveillance video from Macy's department store, located at 450 Washington Street, in Boston, Massachusetts.

4. A five-quart perforated colander, an eleven-inch teal-colored frying pan, and an eleven-inch stainless steel frying pan, all of which are Martha Stewart brand products.

5. Chrome-colored shoes consistent with the description of the individual present in the fireworks store in Seabrook, New Hampshire in February 2013.

6. Evidence not previously seized, which based on information available at the time of the search, is related to violations of the aforementioned statutes, including but not limited to, bomb making material and equipment, ammunition, weapons, explosive material, and components of bomb delivery devices.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 13-2180-MBB | 05/05/2013  6:38 am | IN RESIDENCE |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED FD-597

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/26/2013

Executing officer's signature

GREGORY T. HUGHES  SA  FBI
Printed name and title

DT-0000503