FD-302 (Rev 5-8-10)        - 1 of 3 -



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/01/2013

At the invitation and with the consent of the University of Massachusetts Dartmouth (UMass Dartmouth) Police Department, the below-listed Special Agent (SA) was present inside and around Pine Dale Hall, Room 7341, UMass Dartmouth, 285 Old Westport Road, North Dartmouth, Massachusetts, to observe officers of that Department (Captain Timothy Sheehan and Detective Ernie Belliveau) inventory and package for storage personal property abandoned within the dorm room by former student DZHOKHAR TSARNAEV.

At approximately 9:43 a.m., Captain Sheehan and Detective Belliveau entered the locked dorm room, thereafter recording their work with a video camera. Preliminary to undertaking an inventory of and packaging Tsarnaev's property, the officers removed from the room and disposed of various articles of food and liquid which had spoiled.

The SA observed that the left side of the room, formerly occupied by UMass Dartmouth student ANDREW DWINELLS, contained only university-owned furniture, but that the right side of the room, formerly occupied by Tsarnaev, contained numerous and varied articles of clothing, shoes, notebooks, papers, luggage, containers, bedding, a television, a refrigerator, and other articles of personal property, in addition to a similar complement of university furniture. Among this property, the SA observed the following items:

1. A notebook, with black and white exterior and labeled "Chem. Nutrition Dzhokhar," containing handwritten notes;

2. A notebook, with rust-colored exterior, containing handwritten notes pertaining to Chemistry;

3. An opened ten-pack container of AAA batteries with eight batteries remaining;

4. A pair of black Ray Ban sunglasses, resembling the Wayfarer model;

5. A notebook, yellow in exterior and bearing the name Dzhokhar, containing handwritten Chemistry notes;

Investigation on   06/27/2013   at   North Dartmouth, Massachusetts, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮                                                Date drafted   07/01/2013

by   John Walker

This document contains neither recommendations nor conclusions of the FBI It is the property of the FBI and is loaned to your agency, it and its contents are not to be distributed outside your agency

DT-0014170

FD-302a (Rev 05-08-10)

Continuation of FD 302 of  Storage of personal property left within UMass Dartmouth dormitory room.  , On  06/27/2013 , Page  2 of 3

    6. Various pairs of boots and athletic shoes;

    7. A black jacket, having a slight sheen, characterized by puffed horizontal ribbing/stitching;

    8. A black backpack embossed with a red Nike "swoosh," containing a Political Science notebook, various academic papers, a calculator, a pencil sharpener, broken pens and pencils, and a University-issued electronic component used by students to record their presence at lecture-style classes (backpack situated on the floor at the far, right side of the room near the window);

    9. Two notebooks with black and white exteriors bearing the name "Timur Mugynov," and appearing to contain handwritten notes pertaining to Economics and Mathematics;

    10. One copper-colored pellet or ball bearing (situated on the floor at the far, right side of the room);

    11. An undated Massachusetts State Police Crash Data Exchange Form appearing to arise from a motor vehicle accident with SCOTT PICHE, date of birth ▮▮▮▮▮▮▮▮ ▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮;

    12. A 2012 sales receipt from a GAP retail store (#2270), Providence Place Mall, reflecting the use of a credit card ending with the digits 3539;

    13. Two empty glass jars sealed with metal tops (one small, one large) containing the strong odor of marijuana;

    14. Correspondence, dated April 3, 2013, from Progressive Insurance, 300 Woburn Park Drive, #400, Woburn, Massachusetts, telephone number ▮▮▮▮ ▮▮▮▮▮▮ concerning an apparent insurance claim, Number ▮▮▮▮▮▮▮▮ date of loss: January 28, 2013, involving policy number: ▮▮▮▮▮▮▮▮, and policy holder: ANZOR TSARNAEV;

    15. A 2011 Cambridge Rindge and Latin High School identification card bearing the name and photograph of Dzhokhar Tsarnaev;

    16. A "MassHealth" Medicaid card, Number ▮▮▮▮▮▮▮▮, bearing the name Dzhokhar Tsarnaev;

    17. A small gray plastic piece appearing to have been a component of an electronic remote control device bearing the following markings: RCR312WR, R20052 5133EW, "For remote support go to www.caaccessories.com (situated in

FD-302a (Rev 05-08-10)

Continuation of FD-302 of  Storage of personal property left within UMass Dartmouth dormitory room.  , On  06/27/2013  , Page  3 of 3

the far, right corner of room). The SA took the attached photograph of this item;

18. Reddish-brown powder atop the window sill. From 11:01 - 11:02 a.m., the SA took the attached three photographs of this powder, and Detective Belliveau collected a sample thereof.

The SA observed Captain Sheehan and Detective Belliveau remove the aforementioned property and re-secure the room. Detective Belliveau transported the property to his station.

DT-0014172