UNITED  STATES  DISTRICT  COURT
DISTRICT  OF  MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR  TSARNAEV | No. 13-10200-GAO |

### MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO
### MOTION TO SUPPRESS ELECTRONICALLY STORED INFORMATION
### <u>UNDER SEAL</u>

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves for leave to file certain exhibits to his motions to suppress physical evidence – specifically, search warrant applications and the search warrants themselves - under seal.

As grounds therefor, undersigned counsel state that the documents are not part of the public record, refer to investigative information, and are covered by the protective order in this case. DE #91.

Respectfully submitted,

DZHOKHAR  TSARNAEV
by his attorneys

/s/  Timothy Watkins

Judy Clarke, Esq.
California Bar:  76071
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

- 2-

        David I. Bruck, Esq. (SC Bar # 967)
        220 Sydney Lewis Hall
        Lexington, VA 24450
        (540) 460-8188

        Miriam Conrad, Esq. (BBO # 550223)
        Timothy Watkins, Esq. (BBO # 567992)
        William Fick, Esq. (BBO # 650562)
        FEDERAL PUBLIC DEFENDER OFFICE
        51 Sleeper Street, 5th Floor
        (617) 223-8061

## **Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 12, 2014.

        /s/ Timothy Watkins