UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
May 12, 2014

O'TOOLE, D.J.

The defendant moves to file under seal certain exhibits to his motion to suppress electronically stored information. The defendant asserts that the exhibits contain information covered by the protective order (dkt. no. 91).

Accordingly, the defendant's Motion to Seal (dkt. no. 299) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge