AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 13-MJ-2251-MBB
)
Information Associated with the Google E-mail accounts )
tsar1jahar@gmail.com and jahar1tsar@gmail.com, )
stored on the premises controlled by Google, Inc. )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location):*
nformation associated with the Google E-mail accounts tsar1jahar@gmail.com and jahar1tsar@gmail.com, stored on the premises of Google, inc., as further described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment G.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 17, 2013_____
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Marianne B. Bowler
_____
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: July 3, 2013 @ 12:46 PM    _____Marianne B. Bowler USMJ_____
                                                                          *Judge's signature*

City and state:   Boston, Massachusetts            Hon. Marianne B. Bowler, U.S. Magistrate Judge
                                                                          *Printed name and title*

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

### Property to Be Searched

The place to be searched is computer servers and records which are owned, maintained, controlled, or operated by Google Inc., located at 1600 Amphitheatre Parkway, Mountain View, California, related to the Google e-mail accounts **tsar1jahar@gmail.com** and **jahar1tsar@gmail.com** (hereinafter the "Target Gmail Accounts")

## ATTACHMENT G

**Particular Things to be Seized From the Target Gmail Accounts**

**I.     Information to be Disclosed by Google Inc. and Procedures to be Followed**

Pursuant to 18 U.S.C. § 2703, Google Inc. (hereinafter "Google"), a provider of electronic communication and remote computing services, located at 1600 Amphitheatre Parkway, Mountain View, California, is hereby ordered to disclose to the government, the following information associated with the Target Gmail Accounts listed in Attachment A.

1. The contents of all electronic mail, including: sent e-mail, received e-mail, opened e-mail, unopened e-mail, deleted e-mail, and draft e-mail, including all headers and footers, if available, and all attachments, including videos, computer files, and files sent to and received from other websites, if applicable, stored, retained or presently contained in, or on behalf of, or otherwise associated with, the Target Gmail Accounts, including any data preserved or retained by Google in whatever form or file.

2. All records or other information regarding the identification of the Target Gmail Accounts, to include: full name; physical address; telephone numbers and other identifiers; records of session times and durations; method of connection to the ISP or to services provided by the ISP; any address used in connection with the account; the date on which the account was created; the length of service; the types of service utilized; the IP address used to register the account; log-in IP addresses associated with session times and dates; account status; alternative e-mail addresses; methods of connecting; log files; and means and sources of payment (including any credit or bank account number).

3. All records or other information stored by an individual using the Target Gmail Accounts, including address books, friends, contacts and buddy lists, calendar data, documents, pictures, group affiliations, message board usage, message board posting, mini-feeds, status update histories, shares, notes, wall postings, future and past events invited to or hosted, private messages, instant messages, personal web space, and other files.

4. All records pertaining to communications between Google and any person regarding the Target Gmail Accounts, including contacts with support services and records of actions taken; and

5. All records indicating the services used by subscribers of the Target Gmail Accounts, including instant messaging services, geo-location services, alerts, and advertising services.

6. Any search queries or cookies accumulated as a result of any Google service.

7. Method and details of any payments, including credit card numbers used.

B. Google shall deliver the information set forth above in electronic form, on CD-ROM or an equivalent electronic medium, to:

> SPECIAL AGENT Christian Fierabend
> Federal Bureau of Investigation
> One Center Plaza, Suite 600
> Boston, Massachusetts 02108
> Direct: (617) 892-2848
> Christian.Fierabend@ic.fbi.gov

C. Google shall not notify any other person, including the subscriber of the Target Account, of the existence of the warrant.

D. Pursuant to 18 U.S.C. § 2703(g) the presence of an agent is not required for service or execution of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence related to violations of 18 U.S.C. §§ 2332a (Using and Conspiring to Use Weapons of Mass Destruction), 844(i) (Malicious Destruction of Property by Means of an Explosive Device Resulting in Death), 2119 (Carjacking), 1951 (Interference with Commerce by Violence), 924(c) (Use of a Firearm During a Crime of Violence) and 371 (Conspiracy to Commit Offenses), including :

   a. Information related to the identity of Dzhokhar Tsarnaev ("Dzhokhar") or Tamerlan Tsarnaev ("Tamerlan");
   b. The Boston Marathon, explosives, bombs, the making of improvised explosive devices, firearms, and potential people and places against which to use firearms, explosives or other destructive devices;
   c. The investigation into the two explosions that occurred on April 15, 2013 in Boston during the Boston Marathon and a subsequent shootout that occurred on April 18-19, 2013 in Cambridge and Watertown, Massachusetts.
   d. Information related to the travel schedule, travel documents, or locations visited by Dzhokhar and Tamerlan;
   e. Communications between and among Dzhokhar, Tamerlan, and other possible co-conspirators;
   f. The identity, and travel of any co-conspirators, as well as any co-conspirators' acts taken in furtherance of the crimes listed above;

g. Information related to any plans to initiate or carry out any other attacks inside or outside the United States, or any records or information related to any past attacks;

h. Information related to the state of mind and/or motive of Dzhokhar and Tamerlan to undertake the Boston Marathon bombings;

i. Information related to the identity of any individuals who were in contact with, or were associates of Dzhokhar and Tamerlan;

j. Information, related to any organization, entity, or individual in any way affiliated with Dzhokhar and Tamerlan, that might have been involved in planning, encouraging, promoting the actions described herein;

k. For the Target Gmail Accounts called for by this warrant:

    1. Evidence of who used, owned, or controlled the Target Gmail Accounts;

    2. Evidence of malicious computer software that would allow others to control the Target Gmail Accounts, evidence of the lack of such malicious software, and evidence of the presence or absence of security software designed to detect malicious software;

    3. Evidence of the attachment of other computer hardware or storage media;

    4. Evidence of counter-forensic programs and associated data that are designed to eliminate data;

    5. Evidence of the times the Target Gmail Accounts were accessed;

    6. Evidence of the times items were modified or deleted on the Target Gmail Accounts;

    7. Passwords, encryption keys, and other access devices that may be necessary to access the computer equipment;

    8. Records and tangible objects pertaining to accounts held with companies providing Internet access or remote storage of either data or storage media; and

l. Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.