UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                      )<br>)<br>DZHOKHAR TSARNAEV            ) | CRIMINAL NO. 13-10200-GAO |

**ASSENTED-TO MOTION TO ENLARGE TIME FOR
FILING RESPONSE TO DEFENDANT'S MOTION TO STRIKE**

The United States of America, by and through its undersigned counsel, and with the defendant's assent, respectfully moves this Court to enlarge the time for filing its response to the defendant's Motion to Strike "Betrayal of the United States" as a Nonstatutory Aggravating Factor from May 14, 2014 to May 21, 2014.

As grounds for this motion, the government states it needs an additional week to respond to the motion in light of the novelty of the issues it raises and the number of recently-filed defense motions requiring a response,

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ *William D. Weinreb*
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 13, 2014.

s/ *William D. Weinreb*
WILLIAM D. WEINREB