UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>DZHOKHAR A. TSARNAEV,    )<br>     Defendant        ) | Crim. No.13-10200-GAO |

### ASSENTED-TO GOVERNMENT'S MOTION
### TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO SUPRESS FRUITS OF SEARCH WARRANTS

The United States of America, by and through its undersigned counsel, and with assent of the defense, respectfully requests an enlargement of time to Tuesday, May 27, 2014, to file its opposition to the two Defendant's Motions to Suppress Fruits of Search Warrants (Dkt. 297 and Dkt. 303), filed on May 7, 2014 and May 12, 2014, respectively.

As grounds for the motion the government states that in preparing responses to the each of the motions, it has determined that there are several issues which overlap and would benefit from merging into one response. Therefore, the government requests additional time to consolidate its responses and to adequately address the issues raised in both motions.

WHEREFORE, the government respectfully requests that this motion to extend time be granted.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARTY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 21, 2014.

                                                /s/ Aloke Chakravarty
                                                Aloke Chakravarty
                                                Assistant U.S. Attorney