**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    Crim No.13-10200-GAO |
| | ) |
| DZHOKHAR A. TSARNAEV, | ) |
| Defendant | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO**
**FILE MEMORANDUM IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1(B)(4), the United States of America, by and through its undersigned counsel, respectfully requests leave to file to file an opposition to defendant's Motion to Suppress Statements that exceeds 20 pages.  As grounds for this motion, the government states that the complexity of the legal issues raised by defendant's motion and the need for a particularly thorough recitation of the facts necessitates a memorandum exceeding 20 pages.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ *William D. Weinreb*
WILLIAM D. WEINREB