UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | Crim No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV,  ) | |
| Defendant  ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
UNREDACTED OPPOSITION TO DEFENDANT'S
MOTION TO SUPPRESS STATEMENTS UNDER SEAL**

The United States of America, by and through its undersigned counsel, respectfully requests leave to file an unredacted version of its opposition to defendant's motion to suppress statements under seal. As grounds for this motion, the government states that it has publicly filed a version of its opposition that redacts all references to the substance and actual wording of the statements that Tsarnaev has moved to suppress. The government seeks leave to file an unredacted version of the opposition under seal so as not to undermine the purpose of the redactions.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARY
NADINE PELLEGRINI
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

*/s/ William D. Weinreb*
WILLIAM D. WEINREB