UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
May 22, 2014

O'TOOLE, D.J.

The government moves to file under seal an unredacted version of its opposition to the defendant's Motion to Suppress Statements (dkt. no. 295). The government asserts that the redacted portions reference the substance of the statements that the defendant seeks to suppress.

Accordingly, the government's Motion to Seal (dkt. no. 325) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge