UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | UNDER SEAL |
| Defendant | ) | |

MOTION FOR LEAVE TO SEAL
GOVERNMENT'S MOTION TO FILE PARTIALLY UNREDACTED VERSION
OF ITS OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached Government's Motion to File Partially Unredacted Version of Its Opposition to Defendant's Motion to Suppress Statements under seal. As grounds for this motion, the government states that the attached motion refers to matters that are currently under seal.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of this opposition was served by First Class mail on Dzhokhar Tsarnaev's counsel, Miriam Conrad, Esq., Federal Defender's Office, 51 Sleeper Street, 5th Floor, Boston, MA 02210, on May 23, 2014.

/s/ William D. Weinreb
WILLIAM D. WEINREB