**EXHIBIT A**

## NOTICE REGARDING EXTRAJUDICIAL DISCLOSURE

You have been identified as an investigator, law enforcement person, employee or other person who has been or is assisting, or has been or is currently associated with, the federal prosecution of the criminal case of *United States v. Tsarnaev* and/or related investigations.

As explained below, as a person so identified, you are prohibited from disclosing anything about this case to the media or anyone not working on this case. Specifically, you are prohibited from making any extrajudicial statement -- that is, any statement or release of information outside of the court system -- with respect to the criminal case or related investigations. More particularly, you are prohibited from making any extrajudicial statement that a reasonable person would expect to be disseminated by means of public communication in connection with pending or imminent criminal litigation if there is a reasonable likelihood that such dissemination will interfere with a fair trial or otherwise prejudice the due administration of justice.

You are prohibited from engaging in any release of information regarding the existence or contents of any confession, admission, or statement given by the accused, or the refusal or failure of the accused to make any statement.

Additionally, you are prohibited from engaging in any release of information regarding the prior criminal record (including arrests, indictments, or other charges of crime), or the character or reputation of the accused; the performance of any examinations or tests or the accused's refusal or failure to submit to an examination or test; the identity, testimony or credibility of prospective witnesses; the possibility of a plea of guilty to the offense charged or a lesser offense; and any opinion as to the accused's guilt or innocence as to the merits of the case or the evidence in the case.

This prohibition is designed to ensure that the accused receives a fair trial. If you have any questions concerning the meaning or scope of this prohibition, feel free to contact Assistant U.S. Attorney James B. Farmer, Chief, Antiterrorism and National Security Unit, U.S. Attorney's Office, District of Massachusetts.

I acknowledge that I have read and understand this notice.

_____
[title and full name]

_____
Date