UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | |
| Defendant | ) | |

## MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(B)(4), the United States of America, by and through its undersigned counsel, respectfully requests leave to file to file an opposition to defendant's Motion to Suppress Fruits of Searches that exceeds 20 pages. As grounds for this motion, the government states that the issues raised by defendant's two motions involve eight search warrants and each of the defendant's motions exceeds 20 pages, thereby requiring a memorandum in opposition exceeding 20 pages and an extensive appendix.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:     /s/ Aloke Chakravarty
        ALOKE S. CHAKRAVARTY
        WILLIAM D. WEINREB
        NADINE PELLEGRINI
        Assistant U.S. Attorneys

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 2, 2014.

                                        /s/ Aloke Chakravarty
                                        Aloke Chakravarty
                                        Assistant U.S. Attorney