UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | |
| Defendant ) | |

**MOTION FOR LEAVE TO FILE APPENDIX TO OPPOSITION TO DEFENDANT'S
MOTIONS TO SUPPRESS FRUITS OF SEARCHES UNDER SEAL**

The United States of America, by and through its undersigned counsel, respectfully requests leave to file to its appendix of exhibits to its Opposition to Defendant's Motions to Suppress Fruits of Searches under seal. As grounds for this motion, the government states that the Appendix consists of the relevant search warrant materials which remain under seal, and the defendant also filed portions of these materials under seal.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARTY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 2, 2014.

                                 /s/ Aloke Chakravarty
                                 Aloke Chakravarty
                                 Assistant U.S. Attorney