UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
June 3, 2014

O'TOOLE, D.J.

The government moves to file under seal an appendix of exhibits to its opposition to the defendant's motions to suppress the fruits of searches. The government asserts that the appendix contains search warrant materials previously filed which remain under seal.

Accordingly, the government's Motion to Seal (dkt. no. 342) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge