UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13-CR-10200-GAO |
| v. ) | |
| ) | |
| DZHOKHAR TSARNAEV ) | |

**ASSENTED-TO MOTION TO ENLARGE TIME
TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO
MOTION TO SUPPRESS STATEMENTS**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves to enlarge the time for him to file a reply to the Government's Opposition to the Defendant's Motion to Suppress Statements [DE 319] from June 6 until June 9.  As grounds for this request, undersigned counsel states that a number of intervening matters required her immediate attention this week, limiting the time available to complete the reply.

Assistant U.S. Attorney William Weinreb has assented to this motion.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

*/s/  Miriam Conrad*

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

1

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 6, 2014.

    */s/ Miriam Conrad*