UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
June 13, 2014

O'TOOLE, D.J.

At a status conference held on November 12, 2013, the Court originally set a deadline for the filing of any motion to change venue for February 28, 2014. At the defendant's request, the Court extended that deadline by approximately four months to June 18, 2014, the date of the next scheduled status conference. The defendant has now moved for a second extension of approximately six weeks. The government opposes a further extension.

In the present motion to enlarge the time for filing, the defendant states that the defense team has determined that a motion to change venue should be filed. It is fair to infer from that statement, especially in light of the skill and sophistication of defense counsel, that the defense team has investigated and considered the pertinent issues and has formed a reasoned conclusion that a factual and legal basis exists to support a change of venue. Therefore, it is practicable for the defense to file a timely motion on the present schedule setting forth the factual and legal reasons why a change of venue is necessary or advisable.

2

The motion (dkt. no. 364) to enlarge the time to file a motion for change of venue is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge