UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## ASSENTED-TO MOTION FOR EXTENSION OF ONE BUSINESS DAY TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO MOTIONS TO SUPPRESS PHYSICAL AND DIGITAL EVIDENCE

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the Court extend the time for filing his Reply to the Government's Combined Opposition to the Defendant's Motions to Suppress Physical and Digital Evidence ("Govt. Opp.") [DE 350] from June 20 to June 23.

As grounds for this motion, undersigned counsel states that the defense needs additional time to finalize this pleading.

Assistant U.S. Attorney William Weinreb has indicated that the government assents to this motion. Respectfully submitted,

DZHOKHAR  TSARNAEV
By his attorneys

/s/ Miriam Conrad

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 458-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)<br>
Timothy Watkins, Esq. (BBO # 567992)<br>
William Fick, Esq. (BBO # 650562)<br>
FEDERAL PUBLIC DEFENDER OFFICE<br>
51 Sleeper Street, 5th Floor<br>
(617) 223-8061<br>
MIRIAM_CONRAD@FD.ORG<br>
TIMOTHY_WATKINS@FD.ORG<br>
WILLIAM_FICK@FD.ORG

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 20, 2014.

    /s/ Miriam Conrad