UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

SCHEDULING ORDER
June 23, 2014

O'TOOLE, D.J.

The following deadlines for discovery are established:

**June 30, 2014**: Government affirmative expert discovery pertaining to ballistics, fingerprint, blood, and DNA evidence.

**August 1, 2014**: (a) Government remaining affirmative expert discovery.

(b) Defense notice under Federal Rule of Criminal Procedure 12.2. The notice, if any, is to include specification of the kinds of mental health or other professionals who have evaluated the defendant and whose evaluations will be used to support a claim of any mental disease, defect, or condition pertinent either to the issue of guilt or the issue of punishment, as well as the specific nature of any testing or examinations performed by them.

**September 2, 2014**: Defense reciprocal discovery under Rule 16(b)(1)(A), (B), and (C), including responsive and affirmative expert discovery.

**October 3, 2014**: Government responsive expert discovery.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge