UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,     )
                              )          No. 13-CR10200-GAO
                              )
                              )
                              )
DZHOKHAR TSARNAEV             )


**MOTION TO SEAL EXHIBIT TO DEFENSE REPLY TO GOVERNMENT OPPOSITION TO MOTION TO SUPPRESS PHYSICAL EVIDENCE**

Defendant moves that this Court grant him leave to file the Correspondence referenced in footnote 6 to the Defendant's Reply to the Government's Opposition to the Motion to Suppress Physical Evidence under seal.  The defense seeks to file the correspondence under seal to protect witness privacy interests.


                    Respectfully submitted,

                    */s/ Timothy Watkins*

                    _____
                    DAVID I. BRUCK
                    JUDY CLARKE
                    MIRIAM CONRAD
                    WILLIAM FICK
                    TIMOTHY WATKINS
                    Attorneys for Dzhokhar Tsarnaev

DATED:  June 23, 2014

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 23, 2014.

*/s/ Timothy Watkins*