UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

2014 JUN 27 P 4: 35

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 13-CR10200-GAO |
| ) | |
| ) | |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## MOTION TO FILE MOTION UNDER SEAL

Defendant moves that this Court grant him leave to file the Motion for Disclosure under seal. The request is made to protect privacy interests.

Respectfully submitted,

_____
DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

DATED: June 27, 2014

### Certificate of Service

I hereby certify that this document was emailed to government counsel on June 27, 2014.

/s/ Judy Clarke

1