EXHIBIT C

June 18, 2014 Letter



**U.S. Department of Justice**

*Carmen M. Ortiz*
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

June 18, 2014

### BY E-MAIL AND HAND DELIVERY

Miriam Conrad, Esq.
Timothy Watkins, Esq.
William Fick, Esq.
Judy Clarke, Esq.
David Bruck, Esq.
Federal Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA 02210

      Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO

Dear Counsel:

      We are writing in response to your letter of June 3, 2014, requesting discovery regarding the identity and employment of victims and potential witnesses for purposes of filing a potential recusal motion. We are aware of our own responsibilities with respect to recusal and we presume that court personnel are aware of theirs. Accordingly, we decline to respond to your discovery request.

      Very truly yours,

      CARMEN M. ORTIZ
      United States Attorney

By:   /s/Nadine Pellegrini
      Nadine Pellegrini
      Aloke Chakravarty
      William Weinreb
      Assistant U.S. Attorneys