EXHIBIT D

Recusal Order:  U.S. v. Loughner

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                       FOR THE DISTRICT OF ARIZONA

7    UNITED STATES OF AMERICA,          )        No. 2:11-MJ-00035-MHB
                                        )
8              Plaintiff,               )
                                        )            **ORDER**
9    vs.                                )          *Nunc Pro Tunc*
                                        )
10   JARED LEE LOUGHNER,                )
                                        )
11             Defendant.               )
    _____)

12

           Pursuant to the *Code of Conduct for United States Judge,* Canons 2 and 3, in order to

avoid the appearance of impropriety, and because a judge has a duty to disqualify him or

herself if his or her impartiality could be reasonably questioned, whether or not such

impartiality actually exists, this Court must recuse itself from the above-captioned case *nunc*

*pro tunc*. *See also* 28 U.S.C. § 455(b).

           Accordingly, **IT IS ORDERED** that all Magistrate Judges and District Judges in the

District of Arizona, Tucson Division, hereby recuse themselves from this case.[1]

           DATED this 10th day of January, 2011.

                                        _____
                                              **Raner C. Collins**
                                         **United States District Judge**

---

           [1]This Order is on behalf of the Honorable Raner C. Collins, Cindy K. Jorgenson,
David C. Bury, and Frank R. Zapata, and Magistrate Judges Glenda E. Edmonds, Bernardo
P. Velasco, Charles R. Pyle, Jacqueline Marshall, Jennifer C. Guerin, Hector C. Estrada and
D. Thomas Ferraro.