UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
July 1, 2014

O'TOOLE, D.J.

The defendant moves to file under seal certain correspondence in support of his brief. The defendant's Motion to Seal (dkt. no. 388) is GRANTED for the reasons set forth in the motion.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge