UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
July 1, 2014

O'TOOLE, D.J.

The defendant moves to file under seal a motion for disclosure of certain information. The defendant's Motion to Seal (dkt. no. 400) is GRANTED for the reasons set forth in the motion.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge