EXHIBIT A

May 23, 2014 Letter



**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

May 23, 2014

**BY HAND DELIVERY**

Miriam Conrad, Esq.
Timothy Watkins, Esq.
William Fick, Esq.
Judy Clarke, Esq.
David Bruck, Esq.
Federal Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA  02210

    Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO

Dear Counsel:

    We write to call to your attention a fact of which you may already be aware. It is the government's understanding that Mr. Brendan Garvin, Deputy Clerk to Magistrate Judge Marianne B. Bowler, was present at the Forum Restaurant, 755 Boylston Street, Boston, on April 15, 2013 when the explosive device was detonated in front of the restaurant during the running of the Boston Marathon. Mr. Garvin, like many others in the area, was not injured and will not be a witness in any case. It is the government's understanding that Judge Bowler is aware that Mr. Garvin was at the Forum at the time of the explosion.

    As you know, Judge Bowler is the Magistrate Judge who was assigned to *United States v. Tsarnaev*, MJ No. 13-02106-MBB. We call the foregoing fact to your attention only in an abundance of caution, since Deputy Clerks play a non-decisional role in matters in this court.

    Sincerely,

    CARMEN M. ORTIZ
    United States Attorney

By:   */s/Aloke Chakravarty*
      Aloke Chakravarty
      William Weinreb
      Nadine Pellegrini
      Assistant U.S. Attorneys