EXHIBIT B

June 3, 2014 Letter

| | | |
|---|---|---|
| **CLARKE & RICE, APC**<br>1010 Second Avenue, Ste. 1800<br>San Diego, California 92101<br>(619) 308-8484 | **FEDERAL PUBLIC DEFENDER OFFICE**<br>DISTRICT OF MASSACHUSETTS<br>51 Sleeper Street, Fifth Floor<br>Boston, Massachusetts 02210<br>(617) 223-8061 | **DAVID I. BRUCK**<br>220 Sydney Lewis Hall<br>Lexington, VA 24450<br>(540) 458-8188 |

June 3, 2014

Aloke Chakravarty
Nadine Pellegrini
William Weinreb
Assistant U.S. Attorneys
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

    Re: United States v. Dzhokhar Tsarnaev
       Criminal No. 13-10200- GAO

Dear Counsel:

  We were surprised to learn from your May 23, 2014 letter that Magistrate Judge Bowler's Deputy Clerk, Brendan Garvin, was present near the scene of the second explosion at the 2013 Boston Marathon. We are concerned that this information was not disclosed to us until almost 13 months after Mr. Tsarnaev's arrest. The revelation raises questions about whether others working for or closely connected to the prosecution or federal court in Massachusetts were directly affected by or were potential witnesses to, the charged crimes.

  Given your unique access to information about the identity and employment of the victims and potential witnesses, we write to ask that you advise us whether any such individuals are employed in your office, the Department of Justice, law enforcement agencies involved in the prosecution of this case, or by the Court, the U.S. Marshal, U.S. Probation or Clerk's Office for the District of Massachusetts, or otherwise employed in one of the federal court houses in the District of Massachusetts. This information is relevant to a potential motion to recuse your offices or the federal court for the District of Massachusetts.

We would appreciate an immediate response.

                        Sincerely,

                        *Judy Clarke*

                        David I. Bruck
                        Judy Clarke
                        Miriam Conrad
                        William Fick
                        Timothy Watkins

                        Counsel for Dzhokhar Tsarnaev