EXHIBIT D

Recusal Order:  U.S. v. Loughner

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                        FOR THE DISTRICT OF ARIZONA

7  UNITED STATES OF AMERICA,        )      No. 2:11-MJ-00035-MHB
                                    )
8             Plaintiff,            )
                                    )            **ORDER**
9  vs.                              )          *Nunc Pro Tunc*
                                    )
10 JARED LEE LOUGHNER,              )
                                    )
11            Defendant.            )
   _____ )

12

13       Pursuant to the *Code of Conduct for United States Judge,* Canons 2 and 3, in order to

avoid the appearance of impropriety, and because a judge has a duty to disqualify him or
14
herself if his or her impartiality could be reasonably questioned, whether or not such
15
impartiality actually exists, this Court must recuse itself from the above-captioned case *nunc*
16
*pro tunc*. *See also* 28 U.S.C. § 455(b).
17
         Accordingly, **IT IS ORDERED** that all Magistrate Judges and District Judges in the
18
District of Arizona, Tucson Division, hereby recuse themselves from this case.[1]
19

20
         DATED this 10th day of January, 2011.
21

22

23                                      _____
                                                  Raner C. Collins
24                                         United States District Judge

25

26      _____
          [1]This Order is on behalf of the Honorable Raner C. Collins, Cindy K. Jorgenson,
27  David C. Bury, and Frank R. Zapata, and Magistrate Judges Glenda E. Edmonds, Bernardo
    P. Velasco, Charles R. Pyle, Jacqueline Marshall, Jennifer C. Guerin, Hector C. Estrada and
28  D. Thomas Ferraro.