UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>)<br>DZHOKHAR A. TSARNAEV,       )<br>             Defendant               ) | Crim. No.13-10200-GAO<br>FILED UNDER SEAL<br>EX PARTE |

## SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file this motion and the attached document under seal and ex parte. As grounds for this motion, the government states the documents contain sensitive investigative information the disclosure of which could jeopardize the investigation.

                                                                Respectfully submitted,

                                                                CARMEN M. ORTIZ
                                                                United States Attorney

By:     _____
            ALOKE S. CHAKRAVARTY
            WILLIAM D. WEINREB
            NADINE PELLEGRINI
            Assistant U.S. Attorneys

Date: June 27, 2014