UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2014 JUL 22 P 3: 35

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.13-10200-GAO |
| ) | FILED UNDER SEAL |
| ) | EX PARTE |
| DZHOKHAR A. TSARNAEV, ) | |
| Defendant ) | |

**SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

The United States of America, by and through its undersigned counsel, respectfully requests leave to file this motion and the attached document under seal and ex parte. As grounds for this motion, the government states the documents contain sensitive investigative information the disclosure of which could jeopardize the investigation.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys

Date: July 22, 2014