UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL AND EX PARTE]
July 23, 2014

O'TOOLE, D.J.

The government moves to file under seal an ex parte notice regarding an ongoing investigation involving matters that may be pertinent to this case. According to the government, the proposed filing contains sensitive investigative information which, if disclosed to the public, could jeopardize the investigation.

Accordingly, the government's Motion to Seal (dkt. no. 429) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge