

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | **FILED UNDER SEAL** |
| Defendant | ) | |

### MOTION FOR LEAVE TO LATE FILE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR DISCLOSURE

The United States of America, by and through its undersigned counsel, respectfully requests permission to late file the attached Opposition to Defendant's Motion For Disclosure. The government's opposition was due on July 11, 2014. As grounds for this motion, the government states that because of various vacation-related attorney absences around the time the opposition was due, the government inadvertently failed to file it.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:  /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be sent via electronic mail to Judy Clarke, Esq., counsel for Dzhokhar Tsarnaev, on this date.

/s/ William D. Weinreb
WILLIAM D. WEINREB