EXHIBIT A

EXPERT DISCLOSURE LETTER OF

JUNE 30, 2014

(FILED UNDER SEAL)