# EXHIBIT B
# FBI LABORATORY REPORTS
# (FILED UNDER SEAL)