# EXHIBIT C
# MASSACHUSETTS STATE POLICE FORENSIC SERVICES GROUP LABORATORY REPORTS
# (FILED UNDER SEAL)