# EXHIBIT B
# FBI LABORATORY REPORTS
## (FILED UNDER SEAL)

| Report Type | Unit | Summary of Results | Examiner | C/V | Date | File Location | Link to Report | Policy Documents (if applicable) |
|---|---|---|---|---|---|---|---|---|
| Explosives | Explosives Unit (EU) | Identification of items as IEDs from Scene A, Scene B and Watertown and pipe bombs at Watertown. General description of devices; lists of components and brands where available; operation of devices; commonalities and differences among devices; fragmentation/shrapnel designed to injure human targets; devices capable of causing death; other evidence obtained from physical searches that is indicative of where devices may have been constructed. Identification of items received from hospital and Medical Examiner's (M/E) and from Honda CVR, U-Mass dorm room and 410 Norfolk Street. | Knapp | To be produced | 05/23/2014 | Knapp Comprehensive Reports | W:\Marathon Bombings Electronic Evidence | To be produced |
| Chemistry - Polymers and Wires | Chemistry Unit (CU)/Paints & Polymers | Colorless silicones found at Scene A, Laurel Street, and recovered from the M/E are consistent with having originated from same source or different sources with same chemical composition; Q691 (tube of sealant recovered from 410 Norfolk) cannot be differentiated from various colorless silicone polymers from Scene A, Laurel Street, and Q269.4 (sampling of unknown material from Q269 (BBs and unknown material) from the M/E); Q691 cannot be eliminated as possible source of the colorless silicones; silicones are mass-produced and may share the same physical and chemical properties; Q701.1 (glue from 410) and Q679 (tube of sealant) are eliminated as possible sources of polymers examined; neither Q725.3 (spool of green and black wire from 410) nor Q726.1 (200 mini lights from 410) are sources of recovered wire from Scenes A, B, and Laurel Street; Q51 (heavy gauge wire from Scene B), Q190 (pieces of green insulated wire from Scene B), and Q612 (two pieces of green insulated wire from Laurel St.) had indistinguishable insulations that could have originated from the same source or a different source with the same chemical composition; wire insulation is mass-produced | Mehltretter | | 07/24/2013 | 2014-04-28/ 415M-BS-2814367/ Report_1C49 | W:\Marathon Bombings Electronic Evidence | 2014-04-28/032014-03 Boston.Protocols/ Chemistry |
| Chemistry - Tapes | CU/Paints & Polymers | Q693 and Q69 [redacted] duct tape rolls [redacted] and Q737 (roll of tape [redacted] Q74 [redacted] cord with exposed [redacted] board [redacted] Scene [redacted] M/E; Q725.5 (roll of duct tape recovered from 410 Norfolk) eliminated as source of Q79 (Scene A); Q725.5 (roll of duct tape from 410 Norfolk) differs in physical characteristics to some of the pieces of tape recovered at Scenes A and B, but is similar in physical characteristics to multiple other pieces of duct tape recovered from Scenes A and B; Scene B representative = Q151.1.1 and Scene A representative = Q183.1.2; Scene A and B representative samples were compared to Q725.5 and were found to be indistinguishable in physical and chemical composition, therefore the samples originated from Q725.5 or another roll of tape manufactured in the same manner which would be readily available in the marketplace; Q104.2 (black duct tape from Scene A) and Q444.1 (black duct tape from Scene A) differ from one another and from other samples; Q725.6 (roll of black tape from 410 Norfolk) is generally similar in physical characteristics to multiple pieces of black tape recovered from Scenes A and B; Scene B representative = Q151.2.1 and Scene A representative = Q458.1; Scene A and B representative samples were compared to Q725.6 and were found to be indistinguishable in physical characteristics and chemical composition, therefore the samples originated from Q725.6 or another roll manufactured in the same manner which would be readily available in the marketplace;; Q77 (black tape from Scene A), Q283 (Scene B), Q330.1 (Scene A), Q444.2 (Scene A), Q764.1.1 (tape from pair of pliers, [redacted] were physically and/or chemically different from one another and did not originate from same roll of tape;; Q39.1-39.2; Q42.1-42.6; Q44.1-44.2; numerous pieces of black electrical tape recovered from Scene A, Scene B, Laurel Street, and Lincoln&Spruce in Watertown were generally similar in physical characteristics but one piece, Q104 (Scene A), was different in chemical | | S/A | 12/17/2013 | 2014-04-28/ 415M-BS-2814367/ Report_1C52_1of3 | W:\Marathon Bombings Electronic Evidence | 2014-04-28/032014-03 Boston.Protocols/ Chemistry |

were physically and/or chemically different from one another and did not originate from same roll of tape;; Q39.1-39.2; Q42.1-42.6; Q44.1-44.2; numerous pieces of black electrical tape recovered from Scene A, Scene B, Laurel Street, and Lincoln&Spruce in Watertown were generally similar in physical characteristics but one piece, Q 104 (Scene A), was different in chemical composition and does not share a common source; Scene A representative = Q39.1, Scene B representative = Q556.1, Laurel St. representative = Q583.1; Lincoln&Spruce representative = Q781.3.1; Scene A, B, Laurel, and Lincoln representative samples were compared and were found to be indistinguishable in physical characteristics and chemical composition and, therefore, originated form the same roll of black electrical tape or different rolls manufactured in the same manner which would be readily available in the marketplace;; Q685.2 (packing tape from 410 Norfolk) differs in appearance to various pieces of tape recovered from Scene A, Scene B, the M/E, Laurel St., and Belmont St. and is eliminated as the source; two pieces of tape from Belmont St. have different optical properties as the other pieces; Q183.2 from Scene A differs from others from Scene A and pieces from Scene B and the M/E and, therefore, does not share a common source roll; Scene B representative = Q125.3.1, M/E representative = Q268.1.1; Scene A representative = Q460.1.1; Laurel St. representative = Q635.2;Scene A, B, M/E, and Laurel Street samples were compared to Q684.2, Q686, and Q695 (all tape rolls recovered from 410 Norfolk) and were found to be indistinguishable in physical and chemical composition, therefore, the samples originated from the rolls of tape from 410 Norfolk or different rolls manufactured in the same manner, although such packaging tapes are not readily available in the U.S. except via the Internet; PTFE tape recovered at Laurel Street (Q583.2 and Q584.3) could not be compared to Q725.4 (roll of

PTFE tape recovered from 410 Norfolk) or Q792-792.3 (█████████████), black friction tapes (Q74 and Q779) recovered from Scene A and not tested for comparison; Q680.1 (paper tape recovered from 410 Norfolk) not source of Q42.7 (Scene B) and Q852 (1084 Belmont); *Q702 (bottle of glue from 410 Norfolk) is not the source of polymers analyzed from Scene A, Scene B, M/E, and Laurel Street from 410 Norfolk) is not the source of polymers analyzed from Scene A, Scene B, M/E, and Laurel Street

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Chemistry - Explosives | EU | Q780.1-7 (commercial pyrotechnic recovered from UMD) comprised of low explosive black powder, silicon/iron based compound; calcium and magnesium carbonate; oxidizer potassium nitrate with sulfur, carbon, and titanium fuels; low explosive pyrotechnic mixture;; Q853 (fireworks debris from Crapo landfill) consists of three different types of commercially manufactured pyrotechnic products; one of three items form Q853 appeared to have been removed from original packaging and consisted of green piece of hobby fuse with a core of low explosive pyrotechnic composition of potassium perchlorate and carbon; within Q853 was a pyrotechnic composition of oxidizers potassium nitrate and potassium perchlorate with sulfur and titanium/alloy fuels and clay inert material commonly found in some pyrotechnics; also within Q853 was an item consisting of forty-nine small cardboard tubes connected to one another, some of which had been disconnected, consisting of a low explosive black powder and a single gray sphere made of oxidizers barium nitrate and potassium perchlorate with carbon and magnesium/allow fuels; black powder from cardboard tubes did not burn as expected, possibly because powder became wet | McCollam | W:\Marathon Bombings Electronic Evidence | 04/16/2014 | Report of Exam - 041614 | W:\Marathon Bombings Electronic Evidence | 2014-04-28/032014-03 Boston.Protocols/ Chemistry |
| Chemistry - Explosives | EU | residues from:  | McCollam | | S/A | 05/12/2014 | 2014-05-23/2014-05-28/BS-2814367 Serials.../130416021+RPT_May 12.pdf |  W:\Marathon Bombings Electronic Evidence | 2014-04-28/032014-03 Boston.Protocols/ Chemistry |

and residues from Q220 (Metal, Scene B); Q277 (swab from grate #1, Scene B), Q278 (swab from grate #2, Scene B), Q279 (swab from grate #3, Scene B), Q280 (scrapings from metal grate, Scene B), Q281 (swab of mailbox, Scene B), Q282 (swab of tree, Scene B), Q321 (metal fragments, Scene A), Q352-354 (swabs of secondary burn site, Scene A), Q369.1 (green plastic pieces, Scene A), Q576 (pressure cooker pot, Laurel St.), Q577 (metal fragment, Laurel), Q579 (metal fragment, Laurel), Q580 (metal fragment, Laurel), Q581 (metal fragment, Laurel), Q586 (metal fragment, Laurel), Q587 (metal fragment, Laurel), Q588 (pressure cooker pot lid, Laurel) = combination consistent with deflagration products of low explosive pyrotechnic material that contained nitrate and perchlorate based oxidizers with carbon, sulfur, aluminum, magnesium, and/or magnalium fuels, also elemental barium which is an oxidizer commonly utilized in some pyrotechnic formulations;; Q130 (green hobby fuse, Scene B) and Q192 (green hobby fuse, Scene A) = low explosive black powder,; Q271 (shoes of Julian Ospina, hospital) and Q274 (clothing and water bottles, hospital) = chloride, nitrate, and sulfate ions, along with potassium counter ion;; Q590 (sample of unknown powder, Spruce&Lincoln) and Q591-592 (sample of powder from Q583 (metal end cap, metal pipe elbow with metal end cap attached, BBs) and Q584 (metal end cap, metal pipe nipple with metal end cap attached, BBs), Laurel) = low explosive pyrotechnic mixture of potassium perchlorate, potassium nitrate, barium nitrate, magnalium, sulfur, and carbon;; Q605 (hobby fuse, Laurel) = core material is low explosive mixture of potassium perchlorate and carbon;; chemical residues identified from Scenes A and B (referenced above) are consistent with the residues found in the post ignition products from specimens Q590-Q592;; *Q667-Q668 (latex gloves from CRV) = chloride, nitrate, and sulfate ions, and Q667 had carbon, oxygen, iron, magnesium, aluminum, silicon, sulfur, calcium, chlorine, potassium, barium, and zinc and combination or these residues can be found in some

pyrotechnic formulations; Q669 (trace filters, CRV), Q671 (latex glove, CRV), Q673 (black gloves, CRV), Q717-Q724 (various swabs from different locations, 410 Norfolk), Q733-Q735 (vacuum filter, Honda Odyssey), were found to contain residues of chloride, nitrate, and sulfate ions;; Q732 (vacuum filter, Honda Odyssey) contained particle consistent with low explosive black powder;; Q725.11 (piece of hobby fuse, 410 Norfolk) mixture of potassium perchlorate and carbon;; Q725.24 (metal can lid, 410 Norfolk) contained residues of high explosive nitroglycerine and ethyl centralite, combination found in some double base smokeless powder (low explosive propellant) formulations;; Q759-Q761 and Q767-Q770 (various swabs, New Bedford): negative for explosives; Q781.1 (sample of fuse, Lincoln&Spruce): black powder;; Q796 (white powder, Chevy 1500) and Q797-Q804 (various swabs/vacuums, Chevy 1500): not explosives;; Q805-Q817 (various swabs, ▮▮▮▮▮): no explosives;; Q820-Q834 (various swabs, Buick Century): no explosives;; Q843.1 (powder from cardboard tube with fuse, ▮▮▮▮▮): black powder and Q843.2 (powder from cardboard tube with fuse, ▮▮▮▮▮): pyrotechnic mixture of a potassium perchlorate oxidizer and magnesium, aluminum, and zinc fuels;; Q860-Q868 (various ▮▮▮▮▮: negative for explosives;; Q869-876 (various swabs of Ford E-250, Natick), Q880-897 (vari▮▮▮▮▮▮▮▮▮▮) = no explosive residue;; Q933 (pants with belt, 410 Norfolk), Q934 (Dyson vacuum canister, 410 Norfolk), and Q936-941 (vacuum filter samples, 410 Norfolk) contained residues of chloride, nitrate, sulfate anions and sodium, ammonium, and potassium cations and Q943 (vacuum filter sample, kitchen rug, 410 Norfolk) contained residues of chloride, nitrate, and sulfate ions = presence of ions may be attributed to some oxidizers found in pyrotechnics but may also be found in the environment;; Q934, Q941, and Q943, also contained perchlorate anion, which is commonly found in some pyrotechnic formulations that contain potassium

perchlorate as an oxidizer; Q934, Q936, Q939, and Q943 also included grains of black powder; Q942 (vacuum filter sample, rug and floor, 410 Norfolk) = residues of chloride, nitrate, and sulfate ions; Q923 (water from kitchen sink drain trap, 410 Norfolk) and Q925 (water from bathroom sink drain trap, 410 Norfolk) were negative for low explosive residues; Q1276, Q1278, Q1280 (vacuum filters from DT's Clothing; MSP), Q1282 (U.S. currency from DT's belongings, MSP), Q1283-Q1292 (vacuum filters, MSP), Q 1293.1-Q1293.8 (various swabs, MSP): negative for explosives

| Category | Unit | Findings | Examiner | | Date | Report | | |
|---|---|---|---|---|---|---|---|---|
| Electronics - Explosives | Operational Technology Division (OTD) - Cryptologic and Electronic Analysis Unit (CEAU) | Q39 (wires and circuit board from Scene A) is the internal circuit board from an electronic speed controller from an Exceed-RC Model 51C809 Rally Monster EP radio controlled truck; Q178 (circuit board from Scene A) is consistent with internal circuit board of a FlySky FS-GR3E 2.4 GHz, 3 channel, radio controlled vehicle receiver; Q575 (transmitter recovered from Laurel St.) is a FlySky FS-GT3B 2.4 GHz, 3 channel, radio controlled vehicle transmitter; components intended for use in remote controlled vehicle with transmitter held by user and receiver located on vehicle; transmitters have unique identifier, or bind code, to differentiate on vehicle from another; vehicle must be supplied with bind code before it will respond and receiver will only respond to transmitter with same bind code; when a signal is received from transmitter and accepted by receiver, it will instruct the electronic speed controller to provide requested voltage to motor; Q575 handle portion of controller had been removed and battery attached with tape; Q575 transmitter and Q178 circuit board have same bind code; Q575 control inputs disconnected which would be interpreted by transmitter as a full revers on throttle, full left on steering, and auxiliary output on auxiliary, resulting in maximum power from ESC on all channels with power output dependent on power supply being used; transmitter (Q575); receiver (Q178) and electronic speed controller (Q39) are all compatible and Q178 would respond to commands from Q575 | McFarlane | | 04/03/2014 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/11146_140420100.rex....... | | |
| Electronics - Explosives | OTD-CEAU | Q41 (electrical components Scene B) and Q52 (electrical components Scene B) appear to be fragments of same circuit board consistent with Duratrax Sprint Electronic Speed Control; Q138 (electrical components and white caulk material from Scene B) determined to be fragment of outer housing of Duratrax speed control; Q122 (electronic component Scene B) radio controlled vehicle receiver Spektrum SR-201 2.4 GHz, 2 channel; Q42 (device component and battery Scene B), Q46 (battery Scene B), Q115 (battery label Scene B) are consistent with Tenergy battery pack and voltage is consistent with that generally accepted by electronic speed control (Q41 and Q52); Q122 receiver was non-operational and binding code could not be recovered; Q41 and Q52 electronic speed control are compatible with Q122 receiver | McFarlane | S/A | 04/04/2014 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/11147_140420100.rex....... | | |
| DNA | Nuclear DNA | Q744.1 (white hat from UMD) includes DT's DNA as major contributor; Q857.1 (one black sock from Crapo landfill) - DT and TT cannot be excluded as contributors; Q252.1 (green insulated wire and piece of zipper Scene B) - TT cannot be excluded;; exclusions: Q218.1 (copper colored metal component Scene B); Q219.1 (copper colored metal component Scene B); Q248.1 (one zipper pull Scene B); Q249.1 (one zipper pull Scene B); Q275.1 (hair from white baseball cap Scene B);; Q286.1 (wires Scene B) - DT excluded but no comparison for TT, all others excluded; Q369.4.1 (zipper pull tab Scene A) from a single female individual; Q437.1 (backpack pieces Scene A) - DNA from three individual males; Q478.1 (three zipper pieces Scene B) - DNA from four or more individuals, two of which are males; Q479.1 (black strap from backpack) - two or more individuals; Q555.1 (BB from Scene B) - two or more males; Q578.1 (black plastic Laurel) - three or more individuals, TT cannot be excluded; Q582.1 (switch from Laurel) ████████████████ Q857.1.1 (one black sock, Crapo landfill) - three or more individuals, DT and TT ████████████ | Giusti | | 06/05/2013 | 2014-04-14/425M-BS-2814367/ 10376.MISC.DT.Hat.Mult.Scenes.pdf | | 2014-05-29 Lab Reports.../042014-07 Alan Giusti |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DNA | Nuclear DNA | Q11 (black backpack from street, Scene B) includes DNA from two or more individuals, all excluded; Q11.2 (debris from black backpack from street, Scene B): three or more individuals (including two or more males), all excluded ; Q39.1 (tape from wires and circuit board, Scene A): two or more individuals, all excluded; Q44.1 (metal device component, Scene B): single female individual, all excluded; Q52.1 and Q52.2 (tape from electrical components, Scene B): three or more individuals (Q52.1 two or more individuals), all excluded; Q68.1.1 (miscellaneous debris, Scene A): only ▓▓▓ excluded, no comparison available for others; Q82.1 (black metal zipper pull, Scene A): all excluded; Q109.1.1 (zipper pull, Scene A): four or more males, all excluded; Q113.1 (Nokia cell phone, Scene B): three or more individuals (two or more males), all excluded; Q119.1 (piece of white caulk, Scene B), Q143.1 (black fabric, Scene B), Q150.1 (fabric with handle, Scene B), Q161.1 (zipper pull tab, Scene B): three or more individuals (males), all excluded; Q141.1 (piece of backpack, Scene B): two or more males, all excluded; Q188.1 (one piece of green insulated wire, two pieces of plastic, Scene A): three or more individuals, ▓▓▓ Q210.1 (battery and metal fragment, Scene A): four or more individuals (three or more males), all excluded; Q750.1 ▓▓▓ | Giusti | S/A | 06/05/2013 | 2014-04-14/425M-BS-2814367/ 10355.MISC.pdf<br>W:\Marathon Bombings Electronic Evidence\ | 2014-05-29 Lab Reports.../ 042014-07 Alan Giusti |
| DNA | Mitochondrial DNA | Q11.2.1 (hair from black backpack, Scene B), Q42.6.1-2 (hairs from tape on device component and battery, Scene B), Q125.2 (hair from tape on cardboard, Scene B): ▓▓▓ ▓▓▓ as source of Q42.6.4, Q42.6.6, Q199.25.1, and Q199.25.2, but no conclusion as to Q11.2.1, Q42.6.1-3, Q42.6.5, Q125.2, and Q183.1.1; all others ▓▓▓ of Q11.2.1, Q42.6.1-6, Q125.2, Q183.1.1, Q199.25.1, and Q199.25.2 | Stewart | S/A | 07/02/2013 | 2014-04-28/Report of Examination 7-2-13.pdf<br>W:\Marathon Bombi▓ Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ ▓▓▓ |
| Chemistry - Paper | CU | Q8 (metal BBs with unknown material and pink material, Scene A), Q148 (pink material, Scene B), and Q635 (BBs, pink material, and unknown material, Laurel St.) are visually and microscopically observed to have physical properties similar to Q930 (roll of pink paper, 410 Norfolk); pink colorants extracted from Q8 and Q635 were compared to pink colorant extracted from Q930 and were found to be different; differences in colorants could be caused by environmental conditions including heat, radiation, and other energy sources that can damage the chemical structure of the dye compounds; no conclusion can be rendered regarding Q930 as possible source of pink material from items Q8 and Q635 | Brewer | W:\Marathon Bombings Electronic Evidence\ | 05/13/2014 | 2014-05-23/2014-05-28/BS-2814367 Serials.../130416021+ 130420100 + 13....... | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ Chemistry |

| Discipline | Sub-unit | Findings | Examiner | Date | Report | | File |
|---|---|---|---|---|---|---|---|
| Hair and Fiber Analysis | Trace Evidence Unit/Hairs and Fibers | Caucasian head hairs were found on Q11 (black backpack from street, Scene B), Q16.1 (debris from metal piece, Scene B); Q170 (black fabric, Scene A); Q176 (black fabric fragments, Scene A); Q302 (telephone base station pieces, Scene B); Q853 (fireworks debris, Crapo landfill); and Q854 (JanSport brand plaid gray/white backpack, Crapo landfill);; Caucasian head hair portions found on Q151.1 (tape from cardboard, Scene B); Q199.1-Q199.25 (tape from cardboard pieces, Scene A); Q302 (telephone base station pieces, Scene B); and Q543.1 (tape from pieces of fabric and piece of zipper, Scene B);; Caucasian pubic hair found in Q183 (burned cardboard fragments and BB, Scene A);; hairs preserved but no comparisons made;; textile fibers found in various locations and were preserved for future comparisons;; Q584.1 (fuse from metal end cap, metal pipe nipple with metal end cap attached, BBs, Laurel St.), exhibited characteristics of melting;; Q151.1.1 (tape from cardboard, Scene B), Q183.1.2 (tape from burned cardboard fragments and BB, Scene A), and Q268.1.2 (tape from miscellaneous debris, M/E): duct tape; exhibit same color, construction and composition as the fabric portion of Q725.5 (roll of duct tape, 410 Norfolk); consistent with originating from the Q725.5 roll of tape or another source of duct tape whose fabric portion exhibits the same color, construction and composition ;; Q151.2.1 (tape from cardboard, Scene B) and Q458.1 (tape, Scene A) exhibit the same color, construction and composition as the fabric portion of Q725.6 (roll of black tape, 410 Norfolk); Q151.2 and Q458.1 are consistent with originating form the Q725.6 roll of tape or another source of duct tape whose fabric portion exhibits the same color, construction and composition | Friedman | 04/21/2014 | 2014-05-23/2014-05-28/BS-2814367 Serials.../Boston+Marathon+Bombing_TEU (1)526.pdf |  | |
| Metallurgy | CU | Copper-coated, steel BB ammunition pellets were present among items collected from Scene A, Scene B, Hospital, M/E, Laurel St., 410 Norfolk, UMD (see page 12-13 of report for Q# list) - similar in construction and composition, but it cannot be determined if they were manufactured at the same time or sold by the same vendor;; small, steel nails with cut shanks, flat, oval heads and clinch points, similar to shoe tacks, were present among the items collected from locations Scene B, Hospital, M/E, 410 Norfolk (Q675 (glass jar with nails, 410 Norfolk)) (see page 13 of report for full Q# list); Q489 (BBs with unknown material and one nail): heads of nails differ from the others recovered;; fragments of stainless steel sheet metal recovered from Scene A and Scene B (see page 13 of report for full Q# list); Q12 (metal pieces, Scene B) and Q16 (metal piece, Scene B) contain fragments with manufacturers markings corresponding to exemplar pressure cooker manufactured by FAGOR; Q14 (metal piece, Scene B), Q15 (metal piece, Scene B), Q49 (BBs, nails, insulated wire, piece of metal, fabric, plastic beads, and white caulk material, Scene B), Q54 (metal fragments, Scene A), and Q63 (scraping from seat of blast, Scene A) = geometric shape features similar to the tabs for engaging the lid with pot of FAGOR pressure cooker; many of the stainless steel fragments have machining marks on one side similar to those on the interior of the pot and lid of the exemplar pressure cooker, however, only fragments Q12 and Q16 can be associated to the FAGOR manufacturer;; electrical components found within Q49 (BBs, nails, insulated wire, piece of metal, fabric, plastic beads, and white caulk material, Scene B), Q67 (metal pieces, Scene A), Q214 (BBs in an unknown substance, cardboard, and pieces of metal, Scene A), Q225 (BBs, one nail, wire, Scene A), Q292 (fabric pieces, cardboard, BBs, unknown pink material, other known debris, Scene B), Q498 (miscellaneous debris with BBs, Scene B), Q517 (BBs, nails, pieces of metal and white caulk material, Scene B), and Q526 (BBs with unknown material, nails, white caulk material and other fragmentation, Scene B);; possible electronic components found within Q402 (BBs and miscellaneous debris, Scene A) and Q516 (BBs with unknown material, nails and pieces of metal, Scene B) | Kazanjian (nee Marvin) | 08/26/2013 | 2014-04-28/Lab Report_1C51 | | 2014-04-28/032014-03 Boston.Protocols/Chemistry |

| Type | Unit | Description | Analyst | | Date | Report | | Location |
|---|---|---|---|---|---|---|---|---|
| Fingerprints | Latent Print Operation Unit (LPOU) | 348 total combined fingerprints, palm prints, and impressions were recovered from items Q672 through Q746.12, located in the Honda CR-V and at 410 Norfolk; of the 348 total prints, 225 latent fingerprints and thirty-one latent palm prints have been identified as belonging to TT (see pages 17-19 of report for specific Q#s and ▮▮▮) | Graff | | 01/08/2014 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130421100 AAR ABP.pdf | | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | 41 total combined fingerprints, palm prints, and impressions were analyzed from items of evidence obtained from Laurel St., Watertown (see pages 1-4 of the report for specific Q#s and descriptions): Q575 (transmitter, eight batteries, wires), Q588 (pressure cooker pot lid) and Q589 (document beginning "No. 37..." from inside computer bag and pages therein listed on page 6 of the report) contained fingerprints, palm prints, and im▮▮▮ | Graff | S/A | 07/08/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130420100 AAR ABP.pdf | | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | No latent prints of value from Q835-Q852 (various items ▮▮▮, neither the absence of a friction ridge print nor the exclusion of a fiction ridge print with a given source disassociate that source from having touched the evidence | Graff | S/A | 12/05/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130425018 AAR ABP.pdf | | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | No latent prints of value detected on Q211.1 (black plastic pieces and capacitor, Scene A); neither the absence of a friction ridge print nor the exclusion of a fiction ridge print with a given source disassociate that source from having touched the evidence | Graff | S/A | 12/11/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130416021....../201406031 70950527.pdf | | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | No latent prints of value detected on Q944 (one box of blue gloves, 410 Norfolk); neither the absence of a friction ridge print nor the exclusion of a fiction ridge print with a given source disassociate that source from having touched the evidence | Graff | S/A | 10/31/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130507008 AAR ABP.pdf | | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | Q1294-Q1310 (17 latent lifts from MSP, UMD) tested; Q1297 is fingerprint of DT | Graff | S/A | 10/10/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130816005 AAR ABP.pdf | | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | DT/TT/Others excluded as possible source of 11 latent prints and 1 palm print recovered from various items between Q787 and Q802 (tools, 3▮▮▮ and ▮▮▮ (see page 4 of report for specific Q#s) | Graff | S/A | 08/27/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130424003 AAR ABP.pdf | | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | 41 total combined fingerprint, palm print, and impressions were analyzed from items of evidence obtained from 69A Carriage Ave, New Bedford (see page 4 of report for specific Q#s): 11 fingerprints and one palm print were found to be ▮▮▮ | Graff | S/A | 08/08/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ | | 2014-04-28/032014-03 Boston.Protocols/ |
| Fingerprints | LPOU | 6 total combined fingerprints and palm prints were analyzed: Q11.1 (paper from black backpack, Scene B) included two palm prints of TT and Q199.26-27 (cardboard pieces, Scene A) included one fingerprint and one palm print of TT; two other fingerprints belonging to ▮▮▮ were found on Q10 (round metal object, Scene A) | Graff | S/A | 07/01/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130416021,130422003, 130422004.pdf | | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | No latent prints of value recovered from various items from Scene A, Scene B, and M/E (listed on pages 1-9 of the report) | Graff | S/A | 06/17/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130410812 AAR ABP.pdf | | 2014-04-28/032014-03 Boston.Protocols/ Latents |

Case 1:13-cr-10200-GAO   Document 440-5 *SEALED*   Filed 07/25/14   Page 9 of 12

| Category | Unit | Description | Examiner | Status | Date | Report | Location | Protocol |
|---|---|---|---|---|---|---|---|---|
| Fingerprints | LPOU | 8 latent prints of value were recovered from Q781 (plastic container and hobby fuse, Lincoln&Spruce, Watertown); 6 fingerprints were attributed to FT and 2 fingerprints were attributed to DT | Graff | S/A | 06/13/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130423012 AAR ABP.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | 3 total fingerprints of value were recovered from Q931 (hacksaw, 410 Norfolk) and Q935-935.87 (Blue Studio C brand notebook and pages, 410 Norfolk): Q931 ... Q935-3.3 ... fingerprints | Graff | S/A | 07/25/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ |
| [REDACTED] | [REDACTED] | landfill (listed on pages 1-2 of the report) | Graff | S/A | 05/20/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130427100 AAR ABP.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | no latent prints of value recovered from Q780 (Big Snow pyrotechnics, UMD) | Graff | S/A | 06/06/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130423011 AAR ABP.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | no latent prints of value recovered from Q750 ([REDACTED]) | Graff | S/A | 04/29/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130422100 AAR ABP.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | fingerprint specimens of [REDACTED] were received at the Lab and processed for future comparisons | Graff | S/A | 05/23/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130427101 AAR ABP.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | fingerprint specimen of [REDACTED] was received at the Lab and processed for future comparisons | Graff | S/A | 05/22/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130429100 AAR ABR.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Fingerprints | LPOU | correction to [REDACTED] name in 7/25/2013 report | Graff | S/A | 08/26/2013 | 2014-05-29 Lab Reports 415M-BS-2814367/ 130416021, 130422003 & 2004 AAR ABP/ 20140603170938943.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ Latents |
| Tool Identification | Firearms/Toolmarks Unit (FTU) | Q928 (Exacto knife with blue handle, 410 Norfolk) is a razor blade knife with a blue handle and blade that is in good condition; Q931 (hacksaw, 410 Norfolk) is a hacksaw that has a 12" blade with some wear | Smith | To be produced | 03/20/2014 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 1130_130507008+AA+(Repaired).rpt.pdf | W:\Marathon Bombings Electronic Evidence\ | |
| Video Analysis | OTD-Forensic Audio, Video and Image Analysis Unit (FAVIAU) | Q9-Q16 (1TB hard drives of NBC camera footage from Scene A and Scene B) were reviewed and no images were identified for additional processing | Skoluba | | 02/24/2014 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 11127_130416257 +rex......... | W:\Marathon Bombings Electronic Evidence\ | |
| Questioned Object | Questioned Documents Unit (QDU) | Q50 (wires and connector, Scene B) and Q122.1 (electronic component, Scene B) were compared; due to missing fragments, a definitive match could not be made, however, class characteristics and alignment of general edge characteristics indicate that Q50 and Q122.1 may have originally been one piece | Watts | | 10/28/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10957_130416021plasticr ex.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-28/032014-03 Boston.Protocols/ Questioned Documents |
| Digital Media Extraction | OTD-CEAU | Digital media extractions on Q48 (Apple iPhone 3GS Cellular Telephone with a Serial Number (SN) of 87115YEXEDG), Q49 (Samsung SCH-R810 metroPCS Cellular Telephone with a Mobile Equipment Identifier (MEID) of 268435458306670051), and Q49.1 (2 Gigabyte (GB) Micro Secure Digital (SD) Card with an SN of 1203208562D4L); no analysis performed | Simerly | | 09/05/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10872_130426261.rex_20 13_09_24_14_20_56_197. pdf | W:\Marathon Bombings Electronic Evidence\ | |

228

| Type | Unit | Description | Examiner | Role | Date | Source File |
|---|---|---|---|---|---|---|
| Analysis of Electronic Components | OTD-CEAU | Various apparent electronic components recovered from Scene A and Scene B (Q#s listed on page 1 and 2 of report) were not deemed to require additional analysis by CEAU | McFarlane | S/A | 09/17/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10861_130416021_2013_ 09_19_15_41_32_426.pdf |
| Analysis of Electronic Components | OTD-CEAU | Various apparent electronic components recovered from Scene A, Scene B, and M/E (Q#s listed on page 1 and 2 of report) were not deemed to require additional analysis by CEAU | McFarlane | S/A | 09/18/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10857_130418012_2013_ 09_18_15_00_52_764.pdf |
| Image Analysis | OTD-FAVIAU | questioned individual depicted in Q58 ("Unsub 4") does not appear to be AIndi Tsarnaev; due to insufficient image detail, different camera to subject perspectives and in some cases partially obscured faces, the remaining questioned individuals could not be identified or eliminated as being the same as the selected known individuals. | Iber | | 08/21/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10784_130430250QT_201 3_08_26_14_10_02_806.p df |
| Image Analysis | OTD-FAVIAU | Q218 (CD-R Marked in part "Q11, Q109-109.1") was compared to still images from download of "Whiskey" video: Q11 backpack, depicted in Q218 images, was eliminated as being the backpack worn by UM1; Q109 backpack, depicted in Q218 images, was eliminated as the backpack worn by UM2; the Q11 backpack shares limited class characteristics with the backpack worn by UM2 and the Q109 backpack shares class characteristics with the backpack worn by UM1, however, due to insufficient image detail in the "Whiskey" video still images and the condition of the Q11 and Q109 backpacks, they could not be identified as being the same | Iber | | 08/19/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10781_130416021_2013_ 08_23_10_35_14_141.pdf |
| Navigation Device Exploitation | OTD-CEAU | Q572 (Garmin GPS, 552 Main St., Watertown): memory chip removed and downloaded | Fisher | | 08/06/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10748_130420100_2013_ 08_19_15_35_48_658.pdf |
| Navigation Device Exploitation | OTD-CEAU | Q1274 (Garmin Nuvi 40LM, Birch Road, Watertown) and Q1275 (Garmin Nuvi 1490, Birch Road, Watertown); data from memory was extracted | Simerly | | 08/06/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10717_130626252_2013_ 08_09_14_58_41_028.pdf |
| Image Analysis | OTD-FAVIAU | Q25 (one digital image, file name "MSC _ 6140 Suspects BostonMarathon Apr 15-13Crop02.jpg") was compared to known photograph of TT from emergency room: multiple similarities were noticed, however, due to a lack of individualizing characteristics in the Q25 image, the questioned individual can be neither identified nor eliminated as being TT | Meline | | 07/24/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10638_130419255.rex_20 13_07_25_14_32_46_914. pdf |
| Image Analysis | OTD-FAVIAU | Q18 (video images from one Kanguru SS3 32GB Thumb Drive were compared to known images (K1): no conclusion could be reached regarding the identification or elimination of the questioned individuals as being any of the known individuals | Bruehs | | 04/25/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10385_130418253_2013_ 06_26_14_59_31_668.pdf |
| Digital Media Extraction | OTD-CEAU | Q43 (Samsung SGH-i727 (Skyrocket) Global System for Mobile (GSM) cellular telephone with International Mobile Equipment Identity (IMEI) 357288042255125): user data acquired | Thomas | | 05/24/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10368_130424252_2013_ 06_20_16_26_40_636.pdf |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Digital Media Extraction | OTD-Computer Analysis Response Team (CART) | QBA1 to QBA18 (various digital media, including cellular telephones, hard disk drives, video/image devices, and digital music players listed on pages 1 and 2 of the report) were imaged | Vizzi | | 05/20/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 10172_DEL+REX+BS-2814367.pdf |  | |
| Digital Media Extraction | OTD-CEAU | Q17 (Apple iPhone 5 Verizon Cellular Telephone with an International Mobile Equipment Identifier (IMEI) of 990002295941916) and Q17.1 (Verizon Subscriber Identity Module (SIM) Card with an Integrated Circuit Card Identifier (ICCID) of 89148000000296544829): data extracted | Simerly | | 05/23/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 9965_130416021.rex_2013_05_23_14_15_45_724.pdf | | |
| Digital Media Extraction | OTD-CART | QHQ030 (Kodak EasyShare M550, SIN: KCGMJ02206750, Small crack to the right of the screen), QHQ030_1 (Sandisk 2 GB SD Card BE 1 021314684G), and QHQ031 (Cisco Flip Video Ultra HD 3, Model: U32120, SIN: OOP10C311H0042) media was imaged | Zaba | | 05/07/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 9410_130420250aciADE.pdf | | |
| Digital Media Extraction | OTD-CART | QDE2522 (Sony Digital Camera, Model: DCR-SX65, Serial: 1169298): media was imaged | Sharp | | 05/06/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 9318_415M-BS-2814367_Report.pdf | | |
| Digital Media Extraction | OTD-CART | E4526946-1B354-CJIS-A000663 (A single SanDisk 4GB Compact Flash card with serial number BH110813941B and hand written data 'Boston Cannon EOS 7D  Morgan Thomas 510-220-8181'): media was imaged | See | | 04/19/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 7912_E4526946-1B354-CJIS-A000663-Examination+Report+2013.pdf | | |
| Digital Media Extraction | OTD-CART | five USB thumb drives from First Republic Bank (identified on pages 1 and 2 of report): media was imaged | See | | 04/19/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 7911_E4526946-1B108-BS-A0000236-Examination+Report+2013.pdf | | |
| Image Analysis | OTD-FAVIAU | Q23 (CD named "Questioned and Known"): questioned individual depicted in image on disc compared to known individual depicted in image on disc; no conclusion could be reached regarding the identification or elimination of the questioned individual as being the known individual(s) | Bruehs | | 04/22/2013 | 2014-04-10/4367 Lab Reports/Lab Reports - 7490 - 11147/ 7490_130418258QR_2013_04_24_16_15_55_069.pdf | | |
| Questioned Document | QDU | Q589-Q589.7 (various documents recovered from computer bag, Laurel St.) were examined: no indented writing of value and no watermarks | Anderson |  | 04/22/2013 | 2014-04-10/ Anderson/ Discovery - Anderson 130420100 JQ 415M-BS-2814367/Report File Copy.pdf | | 2014-04-10/Quality Systems Docs 082013.05 and 117013.09 |
| Questioned Document | QDU | various documents from 410 Norfolk, UMD, Honda CR-V, and Honda Odyssey were reviewed (see pages 1 through 3 of the report for specific Q#s): indented writing of unknown value was identified on various items and no watermarks were observed; suitable for comparisons | Watts | | 08/22/2013 | 2014-04-10/Watts QDU Paperwork Only/Discovery - Watts 130421....../Report File Copy.pdf | | 2014-04-10/Quality Systems Docs 082013.05 and 117013.09 |
| Questioned Document | QDU | Q450.2 (battery cover from backpack and cloth pieces, Scene A): examined and determined to read "....2V" | Watts | | S/A 06/19/2013 | 2014-04-10/ Questioned Documents/ 20140501125251169.pdf |  | 2014-04-10/Quality Systems Docs 082013.05 and 117013.09 |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Questioned Document | QDU | Q756 (chemistry textbook, ▇▇▇▇), Q758 (chemistry textbook, ▇▇▇▇), and Q758.1-19 (miscellaneous bookmarks and documents with foreign handwriting from Q758, ▇▇▇▇: no indented writing or watermarks observed; Q758.16-18 suitable for comparison | Watts | S/A | 06/16/2013 | 2014-04-10/ Questioned Documents/ 20140501125300996.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-10/Quality Systems Docs 082013.05 and 117013.09 |
| Questioned Document | QDU | Q857.2 (academic planner, Crapo landfill) and Q857.3 (brochure, Crapo landfill): no indented writing; handwriting on pages 41-45 of Q857.2 are suitable for comparison | Watts | S/A | 04/30/2013 | 2014-04-10/ Questioned Documents/ 20140501125313656.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-10/Quality Systems Docs 082013.05 and 117013.09 |
| Questioned Document | QDU | Q935 (blue Studio C brand notebook, 410 Norfolk) and Q935.1-87 (pages from blue Studio C brand notebook) examined: indented writing on Q935.17 does not correspond to Q11.1 (paper from black backpack from street, Scene B) | Watts | S/A | 07/08/2013 | 2014-04-10/ Questioned Documents/ 20140501125320582.pdf | W:\Marathon Bombings Electronic Evidence\ | 2014-04-10/Quality Systems Docs 082013.05 and 117013.09 |
| Mineralogy | Trace Evidence Unit | Q749 (fragment, Beth Israel Hospital): contains glass fibers and pieces of fiberglass reinforced plastic/composite; one of the common uses of fiberglass reinforced plastic/composite, among others listed, is in housings and bases for appliances and equipment | Bottrell | | 04/26/2013 | FBI Lab Reports | W:\Marathon Bombings Electronic Evidence\ | |
| Tool Identification | Tool-marks Unit (FTU) | awaiting examination results | Smith | | | | | |

Case 1:13-cr-10200-GAO   Document 440-5 *SEALED*   Filed 07/25/14   Page 12 of 12

230