# EXHIBIT C
## MASSACHUSETTS STATE POLICE
## FORENSIC SERVICES GROUP
## LABORATORY REPORTS
## (FILED UNDER SEAL)

232

| Report Type | Unit | Summary of Results | Examiner | C/V | Date | File Location | Link to Report | Policy Documents (if applicable) |
|---|---|---|---|---|---|---|---|---|
| DNA | DNA | Item # 12-9.1 (swab of red-brown stains on exterior palmar side of right glove recovered from driver side front floor area of Honda Civic): DNA profile matches Sean Collier, while DT and TT are excluded as contributors; Item # 12-9.3.1 (swab of red-brown stains on exterior dorsal side of pinky of left glove recovered from driver side front floor area of Honda Civic: mixture of DNA, major male contributor DNA matches Sean Collier, while DT and TT are excluded as source of major profile; Item # 12-9.6.1 (swabs/scrapings of interior palmar side of thumb, index, middle, and ring fingers of left glove recovered from driver's side front floor area of Honda Civic): mixture of DNA, major male contributor DNA matches TT, while DT and Collier are excluded as source of major profile; Item # 12-9.5.1 (swab/scrapings of interior palmar side of right glove recovered from driver side front floor area of Honda Civic): mixture of DNA from at least three individuals, DT and TT are included as potential contributors, and comparison to Collier was inconclusive | Montgomery |  W:\Marathon Bombings Electronic Evidence\ | 04/29/2013 | MSP Lab Reports/MSP Analysts Reports/Montgomery, Jennifer/2013-4-29 Montgomery.pdf |  W:\Marathon Bombings Electronic Evidence\ | To be produced for all reports |
| DNA | DNA | various swabs of DT's sweatshirt (see page 5 of report for Item #s): DNA profile matched DT; TT and Collier were excluded as possible contributors | Montgomery | S/A | 08/15/2013 | MSP Lab Reports/MSP Analysts Reports/Montgomery, Jennifer/2013-08-15 Montgomery.pdf |  W:\Marathon Bombings Electronic Evidence\ | S/A |
| DNA | DNA | Item # 15-3.2.1 (swab of red-brown stain on exterior front left sleeve of DT's sweatshirt): DNA profile matched DT; TT and Collier were excluded as possible contributors | Montgomery | S/A | 04/25/2014 | MSP Lab Reports/MSP Analysts Reports/Montgomery, Jennifer/13-08091-DNA-STR Report Supplemental 1.pdf |  W:\Marathon Bombings Electronic Evidence\ | S/A |
| DNA | DNA | Item # 13-2.4 (swab of exterior sheath of sword near embroidered black fabric recovered from trunk of Mercedes), Item # 13-5.3 (swab of ricasso area of knife recovered from rear driver's side floor of Mercedes), Item # 13-5.4 (swab of handle of knife recovered from rear driver's side floor of Mercedes): insufficient results for comparison; Item # 13-2.6 (swab of exterior sheath of sword recovered from trunk of Mercedes): mixture of more than one source, insufficient results for comparison | Montgomery | S/A | 05/16/2013 | MSP Lab Reports/MSP Analysts Reports/Montgomery, Jennifer/ |  W:\Marathon Bombings Electronic Evidence\ | S/A |
| Trace | Arson and Explosives Unit | partial restoration of defaced serial # on Ruger P95 | Putnam |  W:\Marathon Bombings Electronic Evidence\ | 04/25/2013 | MSP Lab Reports/MSP Crime Lab.../trace file folder.pdf |  W:\Marathon Bombings Electronic Evidence\ | S/A |
| Ballistics | Firearms Identification Section | discharged cartridge casings (Items # 7-6 through 7-10) from around MIT Police cruiser 285, used by Sean Collier on 4/18/2013, were fired by Ruger P95 (Item # 4-1) recovered in the Watertown shootout crime scene; spent projectiles recovered during the post-mortem examination of Sean Collier and from within MIT Police cruiser 285 (Item #s 7-11 through 7-15) were fired from Ruger P95 (Item # 4-1) | Cahill |  W:\Marathon Bombings Electronic Evidence\ | 04/24/2013 | MSP Lab Reports/MSP Analysts Reports/Cahill, David/Ballistics Report on Ruger.pdf |  W:\Marathon Bombings Electronic Evidence\ | S/A |
| Ballistics | Firearms Identification Section | approximately 64 9mm Luger discharged cartridge casings (Item #s 4-54 through 4-111 (with the exception of two Item #s) and Item #s 4-109, 4-122, 4-125, 5-80, 5-81, 6-2, 61-3, and 61-5) from Dexter and Laurel Streets, Watertown, were fired from Ruger P95 (Item # 4-1); approximately 199 other discharged cartridge casings were fired from about 23 other firearms; (see pages 1-19 for complete list of evidence evaluated) | Cahill | S/A | 08/22/2013 | MSP Lab Reports/MSP Analysts Reports/Cahill, David/2013-08-22.pdf |  W:\Marathon Bombings Electronic Evidence\ | S/A |
| Ballistics | Firearms Identification Section | 4 firearms examined; no determination could be made as to whether the firearms fired Item #s 9-1 and 9-18 | Cahill | S/A | 03/10/2014 | MSP Lab Reports/MSP Analysts Reports/Cahill, David/2014-03-10.pdf |  W:\Marathon Bombings Electronic Evidence\ | S/A |
| Fingerprint | Crime Scene Services | discharged cartridge casings (Item #s 7-6 through 7-10) from around MIT Police cruiser 285, used by Sean Collier on 4/18/2013, were unable to be processed for fingerprints because the items lacked sufficient quality and quantity of friction ridge detail | Donohue |  W:\Marathon Bombings Electronic Evidence\ | 05/06/2013 | MSP Lab Reports/MSP Analysts Reports/Donohue, Chris/Collier crime scene.... |  W:\Marathon Bombings Electronic Evidence\ | S/A |

233

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fingerprint | Crime Scene Services | discharged cartridge casings (Item #s 5-11 through 5-19) from Laurel St. were unable to be processed for fingerprints because the items lacked sufficient quality and quantity of friction ridge detail | Donohue | S/A | | 08/22/2013 | MSP Lab Reports/MSP Analysts Reports/Donohue, Chris/DT-0048263.pdf | W:\Marathon Bombings Electronic Evidence\ | S/A |
| Fingerprint | Crime Scene Services | friction ridge detail on Item # 4-1 (Ruger P95) recovered from Watertown shootout scene lacked sufficient quality and quantity to conduct further comparisons; Item # 4-2.4 and Item # 4-2.5 from Item # 4-2 (magazine associated with Item # 4-1) included latent fingerprints belonging to TT; discharged cartridge casings (Item #s 4-54 through 4-111) could not be processed for fingerprints because the items lacked sufficient quality and quantity of friction ridge detail; Item # 4-129.8 (fingerprint from Item # 4-129, ammunition box for 9mm Luger rounds, recovered from Laurel St.) was found to be a latent fingerprint belonging to DT; Item # 4-129.2.1 and Item # 4-129.4.1 (fingerprints from live round in Item # 4-129 ammunition box) were found to be a fingerprint of TT; Item # 4-131.5 (fingerprint from trigger of Black .177 cal pellet/bb/airsoft gun) was found to be fingerprint from DT | Donohue | S/A | | 05/07/2013 | MSP Lab Reports/MSP Analysts Reports/Donohue, Chris/DT-0050086.pdf | W:\Marathon Bombings Electronic Evidence\ | S/A |
| Fingerprint | Crime Scene Services | fingerprint from Item # 2-1 (knife, Laurel St.) was tested: inconclusive as to TT, DT ▓▓▓▓▓ Item # 2-2 (ammunition box with Styrofoam insert, Laurel St.) did not possess any friction ridge detail | MacDougall | W:\Marathon Bombings Electronic Evidence\ | | 05/31/2013 | MSP Lab Reports/MSP Analysts Reports/MacDougall, Timothy/DT-0048319.pdf | W:\Marathon Bombings Electronic Evidence\ | S/A |
| Fingerprint | Crime Scene Services | various fingerprints lifted from MIT Police cruiser 285: Item #s 5-1.1 through 5-1.3 were found to be the fingerprints of Sean Collier; Collier and TT were excluded as the source of Item # 5-2.1 while the comparison to DT was inconclusive; Collier, TT and DT were excluded as the source of Item # 5-3.1; Item #s 5-3.2 and 5-3.3 lacked sufficient quality and quantity to be evaluated | Moynihan | W:\Marathon Bombings Electronic Evidence\ | | 05/06/2013 | MSP Lab Reports/MSP Analysts Reports/Moynihan, Patrick/Collier crime scene - fingerprint analysis of cruiser | W:\Marathon Bombings Electronic Evidence\ | S/A |
| Fingerprint | Crime Scene Services | several latent fingerprints belonging to DT were located in/on the Mercedes ML350, recovered in Watertown, including: Item # 13-1.1 (exterior rear passenger door); Item # 13-1.2 (exterior rear passenger door); Item # 13-1.3 (exterior gas tank door, passenger side); Item # 13-1.4 (exterior rear passenger door), Item # 13-1.17 (front hood on passenger side), Item # 13-1.21 (exterior of front hood on passenger side), Item # 13-1.23 (exterior gas tank door, passenger side), Item # 13-1.38 (inside of interior door handle on driver's side door), Item # 13-1.43 (inside of interior door handle on front passenger side door), Item # 13-1.44 (inside of interior door handle on rear passenger side door), Item # 13-6.2 (Poland Spring bottle), Item # 32-2.2 (purple music player from vehicle CD player); several latent fingerprints belonging to TT were located in/on the Mercedes ML350, including: Item # 13-1.16 (exterior, driver's side rear door), Item # 13-1.18 (front corner lens on passenger side), Item # 13-1.39 (inside of interior door handle on driver's side door), Item #s 13-2.1, Item # 13-2.2, Item # 13-2.3 (metal sword shaped item), Item # 13-3.4 (Q-tip box), Item # 13-5.2 (knife), Item # 13.8-1 (Extra gum container), Item # 13-12.2 (Boston meter card); Item # 13-1.5 through Item # 13-1.9 were determined to be inconclusive as to DT, while TT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ several items were unable to be processed for fingerprints because the items lacked sufficient quality and quantity of friction ridge detail;; both TT's and DT's fingerprints were found on the Honda Civic, recovered in Watertown (see pages 13-20 for list) | Moynihan | S/A | | 05/09/2013 | MSP Lab Reports/MSP Analysts Reports/Moynihan, Patrick/DT-0052019.pdf | W:\Marathon Bombings Electronic Evidence\ | S/A |
| Fingerprint | Crime Scene Services | fingerprint obtained from ME (OCME # 13-5345) was positively matched to known fingerprints of TT | Setalsingh | W:\Marathon Bombings Electronic Evidence\ | | 04/22/2013 | MSP Lab Reports/MSP Analysts Reports/Setalsingh, Karrol/DT-0048261.pdf | W:\Marathon Bombings Electronic Evidence\ | S/A |
| Fingerprint | Crime Scene Services | Item # 62-1.1 and Item # 62-1.2 (photos of fingerprint from cell phone contained on CD) were found to belong to TT | Tanguay | W:\Marathon Bombings Electronic Evidence\ | | 01/10/2014 | MSP Lab Reports/MSP Analysts Reports/Tanguay, Colleen/20140409103350242.pdf | W:\Marathon Bombings Electronic Evidence\ | S/A |

Case 1:13-cr-10200-GAO   Document 440-6 *SEALED*   Filed 07/25/14   Page 4 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Gunshot Residue | Arson and Explosives Unit | Item # 15-3 (sweatshirt from DT) was tested for gunshot primer residue: negative for gunshot primer residue | Drugan |  W:\Marathon Bombings Electronic Evidence\ | 11/12/2013 | MSP Lab Reports/MSP Analysts Reports/Drugan, John/2013-11-12.pdf |

| Gunshot Residue | Arson and Explosives Unit | Item # 12-9.8 (brown paper bag labeled "GSR Stub-R glove") and Item # 12-9.9 (brown paper bag labeled "GSR Stub-L glove") were tested for gunshot primer residue :Identified particles characteristic of gunshot primer residue; result indicated that items may have been in the vicinity of a firearm when it was discharged, or may have come into contac twith an item with gunshot primer residue on it | Drugan | S/A | 10/30/2013 | MSP Lab Reports/MSP Analysts Reports/Drugan, John/13-08140-Gunshot Primer Residue Analysis Report.pdf |

| Gunshot Residue | Arson and Explosives Unit | Item # 2-7 (brown paper bag labeled "GSR Stub-MIT #285"), Item # 3-1 (gunshot residue collection kit labeled, "Unknown male-Black hat"), and Item #3-2 (gunshot residue collection kit ▮▮▮▮▮ were tested for gunshot primer residue: Item # 2-7 was identified to contain particles characteristic of gunshot primer residue - item may have been in the vicinity of a firearm when it was discharged, or may have come into contac twith an item with gunshot primer residue on it; Item # 3-1 was identified to contain particles characteristic of gunshot primer residue - individual may have discharged a firearm, been in the vicinity of a firearm when it was discharged, or may have come into contac twith an item with gunshot primer residue on it; Item # 3-2 was negative for gunshot primer residue - no conclusion can be made as to whether individual discharged a firearm, was in the vicinity of a firearm when it was discharged, or may have come into contac twith an item with gunshot primer residue on it | Drugan | S/A | 09/10/2013 | MSP Lab Reports/MSP Analysts Reports/Drugan, John/13-08091-Gunshot Primer Residue Analysis Report.pdf |

The rightmost column for all rows reads: S/A

Row 2 and Row 3 electronic evidence icons: W:\Marathon Bombings Electronic Evidence\