UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
July 28, 2014

O'TOOLE, D.J.

The defendant moves to file under seal certain exhibits in support of his Motion to Compel (dkt. no. 440). The defendant's Motion to Seal (dkt. no. 441) is GRANTED for the reasons set forth in the motion.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge