UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
July 29, 2014

O'TOOLE, D.J.

The government moves for leave to file an opposition to the defendant's Motion for Disclosure (dkt. no. 404) after the close of the fourteen day response period. This motion (dkt. no. 439) is GRANTED.

The government's motion, filed under seal, was not preceded by a motion to seal stating the basis for sealing. The government is reminded of the procedural order regarding the filing of matters under seal (dkt. no. 100).

In any event, the sealing of the government's motion is appropriate, as it reveals the nature of the defendant's motion which was filed under seal by order of the Court.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge