UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION
TO COMPEL THE GOVERNMENT TO COMPLY WITH ITS
EXPERT DISCLOSURE OBLIGATIONS AND EXHIBIT UNDER SEAL**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves for leave to file his Supplemental Motion to Compel the Government to Comply with Its Expert Disclosure Obligations, along with the government's August 1, 2014 disclosure letter and this Motion to Seal, under seal.

As grounds therefor, undersigned counsel state that Government's August 1, 2014 disclosure letter is not part of the public record, refers to investigative information, and is covered by the protective order in this case [DE 91]. The letter is extensively discussed and quoted in the defendant's Supplemental Motion.

Respectfully submitted,

DZHOKHAR TSARNAEV
By his attorneys

Judy Clarke, Esq.
California Bar: 76071
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484

-2-

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER
OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061

**CERTIFICATE OF SERVICE**

I, Timothy G. Watkins, hereby certify that copies of this document filed under seal have been served on Assistant U.S. Attorneys William Weinreb, Aloke Chakravarty, and Nadine Pellegrini by email and will be served by hand delivery on August 6, 2014.

Timothy G. Watkins