UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
August 7, 2014

O'TOOLE, D.J.

The defendant moves to file under seal a supplemental motion to compel and the attached exhibit, which is an expert disclosure letter from the government dated August 1, 2014. The defendant's Motion to Seal (dkt. no. 455) is GRANTED for the reasons set forth in the motion.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge