

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

July 22, 2014

Re: <u>United States v. DzhokharTsarnaev</u>

Dear

    I am writing to you about the continued importance of avoiding prohibited public statements about the Boston Marathon bombing investigation, the evidence, and especially about Dzhokhar Tsarnaev. The Court recently warned the government that any prohibited comments about the investigation or the defendant by current or former law enforcement agents may result in sanctions against the government and jeopardize the prosecution. Accordingly, I request that you caution all current and former employees in your agency who were involved in the Marathon bombing investigation to avoid prohibited public statements about the investigation, the evidence, the several prosecutions arising from it, and the defendants and their associates.

    As you know, there were many newspaper articles and television programs about the Marathon bombing investigation on or around the event's one-year anniversary. Various current and former law enforcement officials have been quoted in articles and programs, prompting the defense to file a motion seeking sanctions against the government.

    Judge George A. O'Toole, who is presiding over the <u>Tsarnaev</u> case, denied the motion but stated on the record that comments made by current and former law enforcement officers in the media were "completely unnecessary" and "inappropriate." He directed the government to caution all current and former law enforcement officers involved in the investigation not to engage in interviews or make comments that are prohibited. He also directed the government to remind such persons of their responsibility for maintaining the integrity of the trial.

Page 2.

We owe it to the public and the victims of this tragedy to maintain the highest degree of professionalism in investigating and prosecuting this case. The judge has made clear that he expects no less. Please do not comment publicly on any aspect of this or any related investigations -- including the evidence, the defendants or their friends and associates -- unless you are certain your comments are not prohibited. If you have any questions on this score, feel free to contact one of the prosecutors, William Weinreb, Al Chakravarty, or Nadine Pellegrini.

Now that the Tsarnaev trial is less than four months away, and the trials of his associates have begun, avoiding inappropriate comments and disclosures is more important than ever to ensure that justice is done.

Thank you for your continued assistance in this matter.

Very truly yours,

*Carmen M. Ortiz*

Carmen M. Ortiz
United States Attorney