

FEDERAL BUREAU OF INVESTIGATION
LATENT PRINT OPERATIONS UNIT
LABORATORY CASE NOTES

## Processing

Examiner's Initials: [handwritten initials] KEE [handwritten initials] AMP

**Non-Porous Processing**

| Item | Description | VIS | LAS | UV | SGF | | RAM | | | Powder | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | VIS | RUVIS | LAS | UV | CS | Color | VIS |
| Q575 | Transmitter | **4/21/13 BTJ Photo #1** | 4/21/13 BTJ NL | 4/21/13 BTJ NL | **4/21/13 BTJ Photo #2** | **4/21/13 BTJ Photo #2** | 4/21/13 BTJ NALV | **4/21/13 BTJ Photo #3** | 4/21/13 BTJ NALV | WHITE | 4/21/13 BTJ NALV |
| Q575 | 8 batteries and wires | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | WHITE | 4/21/13 BTJ NLV |
| Q576 | Pressure cooker pot (w/ 1 piece of rubber; 2 pieces of metal; 8 pieces of plastic) | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | GREY BLACK | 4/24/13 KEE NL |
| Q577 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q578 | Black plastic | 4/21/13 BTJ NL | 4/21/13 BTJ NL | 4/21/13 BTJ NL | 4/18/13 BTJ NL | 4/18/13 BTJ NL | 4/18/13 BTJ NL | 4/18/13 BTJ NL | 4/18/13 BTJ NL | WHITE | 4/18/13 BTJ NL |
| Q579 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q580 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q581 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q582[1] | Wire, Switch, Snap connector | 4/21/13 BTJ NL | 4/21/13 BTJ NL | 4/21/13 BTJ NL | 5/28/13 NMB NLV | 5/28/13 NMB NLV | 5/28/13 NMB NLV | 5/28/13 NMB NLV | 5/28/13 NMB NLV | BLACK and WHITE | 5/28/13 NMB NLV |
| Q583 | 2 pieces of metal pipe (1 elbow joint) | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/31/13 NMB NL | 5/31/13 NMB NL | 5/31/13 NMB NL | BLACK | 6/1/13 NMB NL |
| Q584 | 2 pieces of metal pipe | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/31/13 NMB NL | 5/31/13 NMB NL | 5/31/13 NMB NL | BLACK | 6/1/13 NMB NL |
| Q586 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q587 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |



# FEDERAL BUREAU OF INVESTIGATION
# LATENT PRINT OPERATIONS UNIT
# LABORATORY CASE NOTES

Examiner's Initials: KEE EJG KK AMP

## Non-Porous Processing

| Item | Description | VIS | LAS | UV | SGF | | RAM | | | Powder | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | VIS | RUVIS | LAS | UV | CS | Color | VIS |
| Q588 | Pressure cooker lid | 4/24/13<br>KEE<br>NL | 4/24/13<br>KEE<br>NL | 4/24/13<br>KEE<br>NL | **4/24/13<br>KEE<br>Photo<br>#4** | 4/24/13<br>KEE<br>NALV | 4/24/13<br>KEE<br>NALV | **4/24/13<br>KEE<br>Photo<br>#5** | 4/24/13<br>KEE<br>NALV | BLACK | 4/24/13<br>KEE<br>NALV |
| Q589.2 | diploma folder | 4/24/13<br>KK<br>NL | 4/24/13<br>KK<br>NL | 4/24/13<br>KK<br>NL | 4/24/13<br>KK<br>NL | 4/24/13<br>KK<br>NL | 4/25/13<br>KK<br>NL | 4/25/13<br>KK<br>NL | 4/25/13<br>KK<br>NL | Inner- MBP<br>Outer- WHP | 4/25/13<br>KK<br>NLV<br>NL |
| Q593 | Energizer 9V battery | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NLV | 4/24/13<br>EJG<br>NLV | 4/24/13<br>EJG<br>NLV | 4/24/13<br>EJG<br>NLV | 4/24/13<br>EJG<br>NLV | BLACK | 4/25/13<br>EJG<br>NLV |
| Q599 | black plastic piece | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | WHITE | 4/25/13<br>EJG<br>NL |
| Q600 | Zippo lighter | 4/24/13<br>EJG<br>NLV | **4/24/13<br>EJG<br>Photo<br>#6** | 4/24/13<br>EJG<br>NL | **4/25/13<br>EJG<br>Photo<br>#7** | **4/25/13<br>EJG<br>Photo<br>#7** | **4/29/13<br>EJG<br>Photo<br>#8** | **4/29/13<br>EJG<br>Photo<br>#8** | 4/29/13<br>EJG<br>NALV | BLACK | 5/1/13<br>EJG<br>NALV |
| Q600.1 | Orange plastic lighter | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NLV | 4/24/13<br>EJG<br>NLV | 4/24/13<br>EJG<br>NLV | 4/24/13<br>EJG<br>NLV | 4/24/13<br>EJG<br>NLV | BLACK | 4/25/13<br>EJG<br>NLV |
| Q601 | white lighter | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | BLACK | 4/25/13<br>EJG<br>NL |
| Q602 | grey metal piece | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | BLACK | 4/25/13<br>EJG<br>NL |
| Q607 | yellow wire | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | BLACK | 4/25/13<br>EJG<br>NL |
| Q608 | piece of green wire | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | BLACK | 4/25/13<br>EJG<br>NL |
| Q609 | 3 metal fragments | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE<br>BLACK | 4/30/13<br>AMP<br>NL |
| Q610 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q611 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q613 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q614 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |



# FEDERAL BUREAU OF INVESTIGATION
# LATENT PRINT OPERATIONS UNIT
# LABORATORY CASE NOTES

Examiner's Initials: NMB EJG AMP

**Non-Porous Processing**

| Item | Description | VIS | LAS | UV | SGF | | RAM | | | Powder | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | VIS | RUVIS | LAS | UV | CS | Color | VIS |
| Q620 | 4 pieces hard, black plastic and 1 piece metal (remaining debris not suitable for processing) | 5/30/13<br>NMB<br>NL | 5/30/13<br>NMB<br>NL | 5/30/13<br>NMB<br>NL | 5/30/13<br>NMB<br>NL | 5/30/13<br>NMB<br>NL | 5/31/13<br>NMB<br>NL | 5/31/13<br>NMB<br>NL | 5/31/13<br>NMB<br>NL | BLACK and WHITE | 6/1/13<br>NMB<br>NL |
| Q622 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q623 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q629 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q630 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q631 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q634 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q635 | BBs | not suitable - too small for processing | | | | | | | | | |
| Q645 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q648 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q649 | black plastic piece | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | WHITE | 4/25/13<br>EJG<br>NL |
| Q651 | piece of bubble wrap | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | BLACK | 4/25/13<br>EJG<br>NL |
| Q653 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |
| Q654 | black piece of plastic | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | 4/24/13<br>EJG<br>NL | WHITE | 4/25/13<br>EJG<br>NL |
| Q655 | Metal fragment | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | 4/30/13<br>AMP<br>NL | WHITE | 4/30/13<br>AMP<br>NL |

LABORATORY # :130420100
EXAMINER : Graff



# FEDERAL BUREAU OF INVESTIGATION
# LATENT PRINT OPERATIONS UNIT
# LABORATORY CASE NOTES

Examiner's Initials: EJG AMP

Non-Porous Processing

| Item | Description | VIS | LAS | UV | SGF | | RAM | | | Powder | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | VIS | RUVIS | LAS | UV | CS | Color | VIS |
| Q657 | gray plastic piece | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | BLACK | 4/25/13 EJG NL |
| Q658 | 2 pieces of black plastic | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | WHITE | 4/25/13 EJG NL |
| Q659 | black plastic piece | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | WHITE | 4/25/13 EJG NL |
| Q660 | black plastic piece | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | WHITE | 4/25/13 EJG NL |
| Q663 | 2 Metal fragments | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |

[1] VIS, LAS, UV exams conducted in EU (no COC needed)

Examiner's Initials: KK

Semi-Porous Processing

| Item | Description | VIS | LAS/UV | RUVIS | SGF | | MBP | DFO | | NIN | RAM | PDV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | VIS | RUVIS | | VIS | LAS | | LAS/CS/UV | |
| Q589 | Photo portion of document beginning "No. 37" | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/25/13 KK NL | 4/25/13 KK NLV | **4/25/13 KK Photo #9** | **4/26/13 KK Photo #10** | 4/29/13 KK NALV | 4/29/13 KK NALV |
| Q589.6[1] | Pulsar instruction manual covers | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NLV | 4/24/13 KK NLV | 4/25/13 KK NLV | 4/25/13 KK NLV | **4/25/13 KK Photo #11** | 4/26/13 KK NALV | 4/26/13 KK NALV | 4/29/13 KK NALV |

[1] Only outer covers were examined SGF, RUVIS, MBP, and RAM

LABORATORY # :130420100
EXAMINER : Graff
PAGE 4 OF ____



# FEDERAL BUREAU OF INVESTIGATION
# LATENT PRINT OPERATIONS UNIT
# LABORATORY CASE NOTES

Examiner's Initials: KK

**Porous Processing**

| Item | Description | VIS | LAS | UV | DFO VIS | DFO LAS | NIN | PDV |
|---|---|---|---|---|---|---|---|---|
| Q589.1 | Diploma | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | **4/25/13 KK Photo #12** | 4/29/13 KK NALV |
| Q589.3 | document beginning" Quick Enroll" | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | **4/24/13 KK Photo #13** | 4/26/13 KK NALV | 4/29/13 KK NALV |
| Q589.4 | document beginning " MK 103" | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | **4/24/13 KK Photo #13** | 4/26/13 KK NALV | 4/29/13 KK NALV |
| Q589.5 | document beginning "Phone (617)349-6630" | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | **4/24/13 KK Photo #13** | 4/26/13 KK NALV | 4/29/13 KK NALV |
| Q589.7[1] | pg. 85 in Q589.6 Pulsar instruction manual | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/25/13 KK NLV | **4/25/13 KK Photo #11** | 4/26/13 KK NALV | 4/29/13 KK NALV |
| Q606 | paper (contains ball bearings) | not suitable - too fragile and small | | | | | | |
| Q615 | cardboard | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NLV | 4/25/13 KK NLV | Not conducive |
| Q616 | cardboard | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NLV | 4/25/13 KK NLV | Not conducive |
| Q636 | cardboard | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NLV | 4/25/13 KK NLV | Not conducive |

[1] Pg 85 and pg 86 are front and back of single page



# FEDERAL BUREAU OF INVESTIGATION
# LATENT PRINT OPERATIONS UNIT
# LABORATORY CASE NOTES

Examiner's Initials: NMB KEE

**Non-Porous Tape Processing**

| Item | Description | VIS | LAS/UV | SGF | | AGP | RAM | | | Powder | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | VIS | RUVIS | | LAS | CS | UV | Color | VIS |
| Q575.1[2] | 9 pieces of black tape | 4/21/13 KEE NLV | 4/21/13 KEE NL | 4/21/13 KEE NLV | 4/21/13 KEE NLV | 4/21/13 KEE NL | 4/21/13 KEE NL | 4/21/13 KEE NL | 4/21/13 KEE NLV | gray | 4/21/13 KEE NLV |
| Q582.1[2] | 6 pieces of black tape | 4/21/13 KEE NLV | 4/21/13 KEE NL | 4/21/13 KEE NLV | 4/21/13 KEE NLV | 4/21/13 KEE NL | 4/21/13 KEE NL | 4/21/13 KEE NLV | 4/21/13 KEE NLV | gray | 4/21/13 KEE NLV |
| Q583.1 | 5 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q584.2 | 3 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q604 | 18 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | **5/31/13 NMB Photo #14** | 6/9/13 NMB NALV | 6/9/13 NMB NALV | 6/9/13 NMB NALV | white | 6/9/13 NMB NALV |
| Q612.1 | 1 piece of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q641.1 | 4 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q643[1] | 7 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q647 | 5 pieces black tape | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | white | 5/28/13 NMB NL |
| Q656 | 2 pieces black tape | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | white | 5/28/13 NMB NL |

[1] Started as 6 pieces, but one tore during adhesive-side processing, so became 7 pieces

[2] Processed while in the presence of BTJ, no transfer on COC needed

38

130420100
Q575
FBI
SGF
4/21/13
LABORATORY
130420100
Q575
FBI
SGF
4/21/13
LABORATORY
FBI
SGF
LABORATORY

LABORATORY
LABORATORY
LABORATORY

FBI
LABORATORY

Q588 SGF 04/24/13
1304240100
FBI
LABORATORY

Q588 SGF 04/24/13
1304240100
FBI
LABORATORY

Q588 RAM 04/24/13
1304240100
FBI
415M-BS-284347
LABORATORY

FBI
LABORATORY
FBI
LABORATORY
FBI
LABORATORY

Mayor Kenneth Reeves
Committee
Vice-Chairman
Nolan
Walser
FBI
LABORATORY
Mayor Kenneth Reeves
Committee
Vice-Chairman
Nolan
Walser
FBI
LABORATORY

[illegible] TSARNAEVA,

Reeves
LABORATORY

Reeves
LABORATORY

Enrolled
Wellesley 3
01/22/2008 - 05/1
ding Option
Grade
Units
Status
20 TAMERLAN
TSARNAEV, FBI #
452182ED3
Nicole C. Carver 5/1/13

Enrolled
01/22/2008 - 05/
Option
Grade
Units
Status
Tamerlan Tsarnaev, FBI # 452152ED3
2.05 verified 5/2/13

8





TAMERLAN TSARNAEV,
FBI # 462152ED3
Nicole C. Cover 5/1/13

Tamerlan Tsarnaev, FBI # 452152ED3
1 Ø verified 5/2/13
Elaine ... [illegible]

←3
5/2/13
←3
Tamara Barnes, FBI
5/2/13

Tamerlan Tsarnaev

PJ 84

Tamerlan Tsarnaev, FBI # 452152ED3
1 ø verified 5/6/13
Elena [signature]

PJ 84

Pg 85

Done

Pg 85

[illegible]

Tamerlan Tsarnaev, FBI # 452152ED3
5/6/13

PG 86

PG 86

#1 Tamerlan Tsarnaev
FBI # 452152ED3
5/6/13