COPY

## Massachusetts State Police Crime Scene Services Section

## Report of Investigation

| | |
|---|---|
| 1. Station: **CSSS - Sudbury** | 2. Case No.: **13-08140** |
| 3. Department: **MSP Middlesex County Detective Unit** | 4. Department Case No.: **2013-110-0147** |
| | 5. Report No.: **24** |
| | 5a. Date Prepared: **4/28/2013** |
| 6. Reporting Officer (Rank, First, MI, Last & ID#): **Trooper Patrick Moynihan, #3034** | 6a. Signature: *[signed] Patrick M. #3034* |
| 7. Approved by (Rank, First, MI, Last & ID#): **Lt. Michael S. Holleran #1197** | 7a. Signature: *[signed] M. Holleran 1197* |
| 8. Subject: **Fatal Investigation** | 9. Date Approved: **5-9-13** |

This report reflects the test results, conclusions, interpretations, and/or the findings of the Reporting Officer as indicated by the signature above.

Date of Offense:    4/18/2013
Offense Location:   Watertown
Investigator:       Trooper Michael Cashman
Victim(s):          Richard Donohue, Jr.; Dun Meng
Suspect(s):         Dzhokhar Tsarnaev; Tamerlan Anzorovic Tsarnaev

COPY

On 4/20/13, I, Trooper Patrick Moynihan was requested to respond to Watertown Police Department to process two motor vehicles for physical evidence. Upon arrival at Watertown Police Department I was assisted by Sgt. Steven Bennett, Trooper Robert Quigley, Trooper William Tarbokas, Trooper Christopher Dolan and members of the Criminalistics Section. The vehicles were then photographed and processed for friction ridge impressions using appropriate methods. Several friction ridge impressions as well as multiple pieces of evidence were recovered from the two vehicles and transported to the State Crime Lab in Sudbury for further analysis. Each of the friction ridge impressions recovered from the Mercedes ML350 MA reg. 137NZI was compared to the known exemplars of the following individuals:

Item 15-1 – Major Case Prints of Tamerlan Tsarnaev
Item 34-1 – Ten Print Card of Dzhokhar Tsarnaev
Item 35-1 – Major Case Prints of Dun Meng

Upon analysis and comparison of the recovered friction ridge impressions to the submitted exemplars, the following evaluations were made:

| | |
|---|---|
| 13-1<br>Qty: 1 | Automobile (Vehicle) Processed black **Mercedes ML350 MA. reg. 137NZ1** in the Watertown Police Garage. |
| 13-1.1<br>Qty: 1 | Latent Print - Questioned latent impression marked LP #1 was found during processing of Item 13-1. The impression was found on the exterior of the rear door on the passenger side.<br><br>Upon analysis, the above friction skin impression was determined to possess detail of sufficient quantity and quality to conduct a further comparison(s). |

Page 1 of 20
This Report is the Property of The Massachusetts State Police
No part of this report may be disseminated outside the agency to which provided

DT-0052019

**Latent 13-1.1 was individualized to the Left Middle finger of Dzhokhar Tsarnaev**

13-1.2
Qty: 1
Latent Print - Questioned latent impression marked LP #2 was found during processing of Item 13-1. The impression was found on the exterior of the rear door on the passenger side.

Upon analysis, the above friction skin impression was determined to possess detail of sufficient quantity and quality to conduct a further comparison(s).
**Latent 13-1.2 was individualized to the Left Index finger of Dzhokhar Tsarnaev**

13-1.3
Qty: 1
Latent Print - Questioned latent impression marked LP #3 was found during processing of Item 13-1. The impression was found on the exterior of the gas tank door on the passenger side.

Upon analysis, the above friction skin impression was determined to possess detail of sufficient quantity and quality to conduct a further comparison(s).
**Latent 13-1.3 was individualized to the Right Index finger of Dzhokhar Tsarnaev**

13-1.4
Qty: 1
Latent Print - Questioned latent impression marked LP #4 was found during processing of Item 13-1. The impression was found on the exterior of rear passenger side door.

Upon analysis, the above friction skin impression was determined to possess detail of sufficient quantity and quality to conduct a further comparison(s).
**Latent 13-1.4 was individualized to the Left Index finger of Dzhokhar Tsarnaev**

13-1.5
Qty: 1
Latent Print - Questioned latent impression marked LP #5 was found during processing of Item 13-1. The impression was found on the exterior of the front quarter panel on the passenger side.

Upon analysis, the above friction skin impression was determined to possess detail of sufficient quantity and quality to conduct a further comparison(s). The friction ridge impression was compared to the known exemplars of Tamerlan Tsarnaev and Dun Meng, each being excluded as being a source of the impression. Due to incomplete exemplars, Dzhokhar Tsarnaev could not be included or excluded as being a source of the impression.

13-1.6
Qty: 1
Latent Print - Questioned latent impression marked LP #6 was found during processing of Item 13-1. The impression was found on the exterior of the front quarter panel on the passenger side.

Upon analysis, the above friction skin impression was determined to possess detail of sufficient quantity and quality to conduct a further comparison(s). The friction ridge impression was compared to the known exemplars of Tamerlan Tsarnaev and Dun Meng, each being excluded as being a source of the impression. Due to incomplete exemplars, Dzhokhar Tsarnaev could not be included or excluded as being a source of the impression.

13-1.7
Qty: 1
Latent Print - Questioned latent impression marked LP #7 was found during processing of Item 13-1. The impression was found on the exterior in the center of the front hood.

Upon analysis, the above friction skin impression was determined to possess detail of sufficient quantity and quality to conduct a further comparison(s). The friction ridge impression was compared to the known exemplars of Tamerlan Tsarnaev and Dun Meng, each being excluded as being a source of the impression. Due to incomplete exemplars, Dzhokhar Tsarnaev could

Page 2 of 20
This Report is the Property of The Massachusetts State Police
No part of this report may be disseminated outside the agency to which provided

DT-0052020