# Massachusetts State Police Crime Scene Services Section

## Evidence Examination / Latent Print Development Worksheet

**LIMS #:** 13-8140 **Town:** WATERTOWN **Examiner:** MOYNIHAN **Start/Finish Date(s):** 04/20/13 + 04/20/13

N/A **Container Letter:** ____ **Outer Packaging:** ☐ Paper Bag ☐ Box ☐ Plastic Bag ☐ Envelope ☐ Other____

**Seal Condition:** ☐ Sealed & Marked ☐ Sealed & Unmarked ☐ Unsealed ☑ At Scene

**Exam Location:** ☐ BOS ☐ BOU ☐ DAN ☐ DEV ☐ LAK ☐ SPR ☑ SUD ☐ Other______

**Item #:** 13-1 **Description:** MERCEDES BLACK MA REG 137NZ1

N/A **Contained in:** ☐ Same as Outer ☐ Paper Bag ☐ Box ☐ Plastic Bag ☐ Envelope ☐ Other ______

N/A **Packaging Markings:** ☐ LIMS Label ☐ Other ______

☑ **Item Photographed** ☑ **Visual Examination** ☐ **Previously Processed**

| **Method of Enhancement & Lot #/Information:** ☑ FUMING TENT | Test Print (√ if OK) |
|---|---|
| ☑ **CAE (Superglue)** Lot# SCAE-01 Exp 06-18-16 ☐ Tank ☐ Vacuum Chamber | ✓ |
| ☑ **Powder** Lot# FP-WS ☑ White ☐ Black ☐ MagBlack ☐ MagSilv ☐ Fluor ☐ Other | ✓ |
| ☐ **Powder** Lot# ☐ White ☐ Black ☐ MagBlack ☐ MagSilv ☐ Fluor ☐ Other | |
| ☑ **Dye** Lot# SBY-02 Exp 06-18-13 ☑ Basic Yellow ☐ Other | ✓ |
| ☐ **DFO** Lot# Exp | |
| ☐ **Gentian Violet** Lot# Exp | |
| ☐ **Ninhydrin** Lot# Exp ☐ Spray ☐ Liquid/Dip ☐ Thermal | |
| ☐ **Hungarian Red** Lot# Exp | |
| ☐ **LCV** Lot# Exp | |
| ☐ **Other** Lot# Exp | |
| ☐ **Laser** ☑ **ALS** (wavelength(s)) 455 - 475 - CRIME SCENE | N/A |

**# of SQQ* Prints** NUMEROUS **# of SQQ* Prints Photographed** NUMEROUS

☑ **LQQ*Prints Present** ☐ **NRD* Present** **Verified** [signature] 4/20/13

**Recorded:** ☑ Digital ☐ Laboratory System ☐ Scanner ☐ Other ______

**Lighting:** ☑ Direct ☑ Oblique ☐ Other ______

**Lifts:** ☑ Transparent ☐ Gel Lift ☐ Mikrosil______ ☐ Other______

| Item # | Description | Location Recovered |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Sketches, Notes, and Information:**

SEE OTHER PROCESSING SHEETS AND NOTES

* NRD = No Ridge Detail
* LQQ = Lacks Quality and Quantity
* SQQ = Sufficient Quality and Quantity

COPY




# Forensic Services Vehicle Examination Form

PFM #3034
13-8140

Section: CSSS-SUDBURY

Page 1 of 2

| Case #: | 13-08140 | Date: | 4/20/13 |
|---|---|---|---|
| Location: | Watertown PD-Garage | Examiner: | Tpr Patrick Moynihan #3034 |
| SPDU Case #: | | Invest Officer: | |
| Suspects: | | Victims: | |

| Make: | Mercedes | Model: | SL350 |
|---|---|---|---|
| Reg: | MA-137 NZ1 | Color: | Black |
| VIN: | 4JGDA5HB1DA193885 | Owner (if known): | |

SDY 02
Exp. 6/18/13
CAE LOT #: SCAE-01
Exp date: 6-18-16
Fume Start - 1000 hrs.
Gas Tank Door
LP3
LP4
LP5
LP6
LP 23 - white pwdr
LP 22 - white pwdr
LP10
LP11
LP12
LP13
LP14
LP15
LP16
Whitepowder lot #
LP30
LP31
LP32
LP33
LP34
LP35
LP36
LP37 INSIDE DOOR JAM DRIVERS

* LP17-23 = White Pwdr.
* LP1-16 = SuperGlue (CAE)

- Latent Print #'s in sequence the way they were found

Case #: 13-08140
Date: 4-20-13
Location: Watertown PD-Garage
Examiner: Tpr Patrick Moynihan #3034
Page 2 of 2
PFM 4-2013
2 of 2
PFM #3034
LP1
LP2
137NZ1
LP8
LP7
LP9
LP19 — white pwdr
LP20 — white powder
white pwdr — LP17
white pwdr — LP18
white pwdr — LP21
COPY



# Massachusetts State Police – CSSS LATENT PRINT RECOVERY LOG

| Laboratory: Crime Scene Services Section - SUDBURY | | Case Number: LIMS # 13 - 08140 | |
|---|---|---|---|
| CSSS Officer:: Tpr Patrick Moynihan #3034 | Signature of CSSS Officer: | Page: 1 of | Date: 4-20-13 |
| Location: Watertown PD- Garage | | Comments: | |

| LATENT NO. | PHOTO | SOURCE | LIFTED | LIFTED BY | ADDITIONAL COMMENTS/ASSISTED BY |
|---|---|---|---|---|---|
| -1 | ☑ | Latent Print - Rear lower Right Corner - Tail Gate | ☐ | | |
| -2 | ☑ | Latent Print - " | ☐ | | |
| -3 | ☑ | Latent Print - Gas Tank Door pass side rear Quarter | ☐ | | |
| -4 | ☑ | Latent Print - Pass side rear Door Left of Door Handle | ☐ | | |
| -5 | ☑ | Latent Print - Pass side Front Quarter Above wheel well. | ☐ | | |
| -6 | ☑ | Latent Print - Pass side front Quarter above wheel well | ☐ | | |
| -7 | ☑ | Latent Print - Front Hood - Left Most | ☐ | | |
| -8 | ☑ | Latent Print - Front Hood - Middle | ☐ | | |
| -9 | ☑ | Latent Print - Front Hood - Right | ☐ | | |
| -10 | ☑ | Latent Print - Drivers side Door Base of window Pillar | ☐ | | |
| -11 | ☑ | Latent Print - Drivers side Door Right upper - Door handle | ☐ | | |
| -12 | ☑ | Latent Print - Drivers side Door - Right - Door Handle | ☐ | | |

COPY

Massachusetts State Police Forensic Services Group
CSSS Latent Print Recovery Log Page 1
Issued By: Section Commander
Issued Date: May 10, 2012

Page 1 of 1

**Massachusetts State Police – CSSS** **LATENT PRINT RECOVERY LOG**

| Laboratory: Crime Scene Services Section - SUDBURY | | Case Number: LIMS # 13 - 08140 | |
|---|---|---|---|
| CSSS Officer: Tpr Patrick Moynihan #3034 | Signature of CSSS Officer: | Page: 2 of | Date: 4-20-13 |
| Location: Watertown PD - Garage | | Comments: | |

| LATENT NO. | PHOTO | SOURCE | LIFTED | LIFTED BY | ADDITIONAL COMMENTS/ASSISTED BY |
|---|---|---|---|---|---|
| -13 | ☑ | Latent Print - Drivers side Door - Front Right of Door Handle | ☐ | | |
| -14 | ☑ | Latent Print - Drivers side Door - Front Right of Door Handle | ☐ | | |
| -15 | ☑ | Latent Print - Drivers side Door Front Right of Door handle | ☐ | | |
| -16 | ☑ | Latent Print - Drivers side Door Front Right of Door Handle. | ☐ | | |
| -17 | ☑ | Latent Print - Front Hood - passenger side Left Corner. | ☐ | | |
| -18 | ☑ | Latent Print - Pass side front Headlight | ☐ | | |
| -19 | ☑ | Latent Print - Front Hood - drivers side Front corner. | ☐ | | |
| -20 | ☑ | Latent Print - Front Hood - drivers side front corner. | ☐ | | |
| -21 | ☑ | Latent Print - Front Hood pass-side Left Corner. | ☐ | | |
| -22 | ☑ | Latent Print - Drivers side Door front right of Door handle - | ☐ | | |
| -23 | ☑ | Latent Print - Gas Tank Door. Left of LP3 | ☐ | | |
| | ☐ | | ☐ | | |

COPY

Massachusetts State Police Forensic Services Group
CSSS Latent Print Recovery Log Page 1
Issued By: Section Commander
Issued Date: May 10, 2012

Page 1 of 1

# Massachusetts State Police
## Crime Scene Services Section-Sudbury

Field Notes:

LIMS: 13-8140 Case Officer: MOYNIHAN

Date: 04/20/13

Time: 0900 HRS.

Location: WATERTOWN - POLICE DEPARTMENT GARAGE

Agency: Investigating Officer: TPR MICHAEL CASHMAN MIDDLESEX-SPOY

Victim(s): 1. PO DONOHUE MENG, DUN DOB:

SUSPECTS 2. TSARNAEV, TAMERLAN TSARNAEV, DZHOKHAR DOB:

Additional Info:

PROCESSED THE BLACK MERCEDES AND THE GREEN-GRAY HONDA IN THE GARAGE OF WATERTOWN POLICE DEPARTMENT

COPY

JFM

# Massachusetts State Police Crime Scene Services Section

## Friction Ridge ACE-V Examination Worksheet

Page [1] of [9]

LIMS #: 13-08140 Town: Watertown Examiner: [MOYNIHAN] Start Date: 4/21/13

Seal Condition: ☐ Sealed & Marked ☐ Sealed & Unmarked ☐ Unsealed ☑ From MSP Evidence Exam

Packaging Information: ______

Exam Location: ☐ BOS ☐ BOU ☐ DAN ☐ DEV ☐ LAK ☐ SPR ☑ SUD ☐ Other ______

LQQ* Prints Found (not itemized) (Y/N) [Y] Friction Ridges: ☑ Latent ☐ 10 print ☐ OCME ☐ CODIS

| Known Prints | | Friction Ridge Item #s | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Item #s → | 13-1.1 | 13-1.2 | 13-1.3 | 13-1.4 | 13-1.5 | 13-1.6 | 13-1.7 | 13-1.8 |
| | | End Date of Exam | 04/22/13 | 04/22/13 | 04/22/13 | 04/22/13 | 04/29/13 | 04/29/13 | 04/29/13 | 04/29/13 |
| | | Analysis | SQQ | SQQ | → | → | → | → | → | → |
| | | Photos | D/LS | → | → | → | → | → | → | → |
| | | AFIS | N | → | → | → | → | → | → | → |
| | | IAFIS | N | → | → | → | → | → | → | → |
| Item # | 15-1 | Evaluation | √ | √ | √ | √ | √ | √ | √ | √ |
| Name | Tamerlan Tsarnaev | Digit | | | | | | | | |
| Type | ☐ V ☑ S ☐ O / ☐ 10 print ☐ palm ☑ major | Verify 1 & date | | | | | | | | |
| | | Verify 2 & date | | | | | | | | |
| Item # | 34-1 | Evaluation | Ø | Ø | Ø | Ø | E | E | E | E |
| Name | Dzhokhar Tsarnaev | Digit | 8 | 7 ~~2~~ cmf 4/22/13 | 2 | 7 | | | | |
| Type | ☐ V ☑ S ☐ O / ☑ 10 print ☐ palm ☐ major | Verify 1 & date | 4-22-13 CMD | CD 3423 4/22/13 | DRM 4-22-13 | CD 3423 4/22/13 | | | | |
| | | Verify 2 & date | JUTG 4-22-13 | cmf 4/22/13 | [illegible] 4/21/13 | cmf 4/22/13 | | | | |
| Item # | 35-1 | Evaluation | √ | √ | √ | √ | √ | √ | √ | √ |
| Name | Dun Meng | Digit | | | | | | | | |
| Type | ☑ V ☐ S ☐ O / ☐ 10 print ☐ palm ☑ major | Verify 1 & date | | | | | | | | |
| | | Verify 2 & date | | | | | | | | |
| Item # | | Evaluation | | | | | | | | |
| Name | | Digit | | | | | | | | |
| Type | ☐ V ☐ S ☐ O / ☐ 10 print ☐ palm ☐ major | Verify 1 & date | | | | | | | | |
| | | Verify 2 & date | | | | | | | | |

[PFM#3034 05/01/13]

KEY:

TYPE: V = Victim S = Suspect O = Other

ANALYSIS: SQQ = Sufficient Quality and Quantity LQQ = Lack Sufficient Quality and Quantity

PHOTOS: LS = Laboratory System D = Digital S = Scanner O = Other

EVALUATION: Ø = Individualization √ = Exclusion I = Inconclusive E = Exemplars Incomplete

DIGIT: 1=R thumb 2=R index 3=R middle 4=R ring 5=R little RP=R palm 6=L thumb 7=L index 8=L middle 9=L ring 10=L little LP=L palm

AFIS: Y (Yes) and/or AFIS # N = No

IAFIS: Y (Yes) and/or AFIS # N = No

[PFM#3034] [PFM#3034] [05-01-13]

COPY

TSARNAEV,DZHOKHAR ANZOROVICH 373341VD4
CSSS - Devens (304)
13-08140 Watertown
I# 34-1 / Dept.: 110
Known Fingerprint Card -
Tsarnaev, Dzhokhar - Copy

COPY

COPY

13-08140
34.1

A - LEFT SLANT LOOP
- MOST OF THE CORE IS GONE - POSS SOME MOVEMENT
- VERY CLEAR DETAIL LEFT OF DELTA - ENDING, BIFURCATION, TO ENDING
- VERY DISTINCT BIFURCATION ABOVE CORE WITH ENDING MOVING LEFT GOOD L1, L2

C - COMPARED TO THE KNOWN #8 LEFT MIDDLE FINGER OF TSARNAEV, DZHOKHAR, BECAUSE OF SIMILARITIES IN RIDGE FLOW AND MINUTIAE.

E - Ø TO ITEM 34-1 THE KNOWN #8 LEFT MIDDLE FINGER OF TSARNAEV DZHOKHAR PPM #305 04/22/13

CSSS - Sudbury (301)
13-08140 Watertown
I# 13-1.1 / Dept.: 110
Latent Print -
Questioned latent impression marked LP #1 was

PFM

MOVEMENT



CSSS - Devens (304)
13-08140 Watertown
I# 34-1 / Dept.: 110
Known Fingerprint Card -
Tsarnaev, Dzhokhar - Copy
PFM

The known #8 left middle finger of Tsarnaev, Dzhokhar
04/21/13

Ø TO ITEM 13-1.1
PFM# 3034 04/22/13

Tsarnaev, Dzhokhar
Left Middle 4-22-13

13-08140
PFM

CSSS - Devens (304)
13-08140 Watertown
I# 34-1 / Dept.: 110
Known Fingerprint Card -
Tsarnaev, Dzhokhar - Copy

PFM

The known #8 left middle finger of Tsarnaev, Dzhokhar
04/21/13

Ø ICAG to 13-1-1
4-22-13

A - LEFT SLANT LOOP
- MOST OF THE CORE IS GONE - POSS SOME MOVEMENT
- VERY CLEAR DETAIL LEFT OF DELTA - ENDING, BIFURCATION, TO ENDING
- VERY DISTINCT BIFURCATION ABOVE CORE WITH ENDING MOVING LEFT GOOD L1, L2

C - COMPARED TO THE KNOWN #8 LEFT MIDDLE FINGER OF TSARNAEV, DZHOKHAR, BECAUSE OF SIMILARITIES IN RIDGE FLOW AND [illegible].

E - Ø TO ITEM 34-1 THE KNOWN #8 LEFT MIDDLE FINGER OF TSARNAEV DZHOKHAR PFM #303 04/22/13

CSSS - Sudbury (301)
13-08140 Watertown
I# 13-1.1 / Dept.: 110
Latent Print -
Questioned latent impression marked LP #1 was

PFM

MOVEMENT

COPY

CSSS - Devens (304)
13-08140 Watertown
I# 34-1 / Dept.: 110
Known Fingerprint Card -
Tsarnaev, Dzhokhar - Copy
PFM

The known #8 left middle finger of Tsarnaev, Dzhokhar
04/21/13

Ø TO ITEM 13-1.1
PFM# 3034 04/22/13

CSSS - Sudbury (301)
13-08140 Watertown RFM
I# 13-1.1 / Dept.: 110
Latent Print -
Questioned latent impression marked LP #1 was

13-1.1

∅ L. Middle
Dzhokar TSARNAEV
CMD 4-21-13

CSSS - Devens (304)
13-08140 Watertown
I# 34-1 / Dept.: 110
Known Fingerprint Card - PFM
Tsarnaev, Dzhokhar - Copy

The known #8 left middle finger of Tsarnaev, Dzhokhar
04/21/13

8 to 13-1.1
CD
4-21-13

X-trA

13-1.1

13-08140 DFM