

DEVAL L. PATRICK
*GOVERNOR*

ANDREA J. CABRAL
*SECRETARY*

COLONEL TIMOTHY P. ALBEN
*SUPERINTENDENT*

*The Commonwealth of Massachusetts*

*Department of State Police*

*Forensic Services Group*
*59 Horse Pond Road*
*Sudbury, Massachusetts 01776*
*Telephone (508) 358-3110 Facsimile (508) 358-3111*

## Gunshot Primer Residue Analysis Report

| | | | |
|---|---|---|---|
| **Laboratory Case Number:** | 13-08140 | **Report Date:** | October 30, 2013 |
| **Investigating Agency:** | MSP Middlesex County Detective Unit | **Town:** | Watertown |
| **Case Officer:** | Trooper Michael Cashman | **Incident Number:** | 2013-110-0147 |
| **Offense Type:** | Fatal Investigation | **Date of Incident:** | April 18, 2013 |
| **Defendant(s) or Suspect(s):** | Dzhokhar Tsarnaev and Tamerlan Anzorovic Tsarnaev | **Victim(s):** | Richard Donohue, Jr. and Dun Meng |

On June 11, 2013, Forensic Scientist II Stephanie Waite of the MSP Forensic Services Group transferred the following items to the laboratory in connection with the above subject:

    Item 12-9.8    Brown paper bag labeled, "GSR Stub-R glove"
    Item 12-9.9    Brown paper bag labeled, "GSR Stub-L glove"

Examination was to be made for the presence of Gunshot Primer Residue in the pair of gloves, which was submitted for Trooper Michael Cashman of the MSP Middlesex County Detective Unit.

**EXAMINATION:**

    Item 12-9.8    Brown paper bag labeled, "GSR Stub-R glove":

        This item contained one Gunshot Primer Residue collection stub labeled the following:
        a-12-9.8

    Item 12-9.9    Brown paper bag labeled, "GSR Stub-L glove":

        This item contained one Gunshot Primer Residue collection stub labeled the following:
        b-12-9.9

SEM-EDS examination for the presence of Gunshot Primer Residue was performed on each of the submitted collection stubs.

**CONCLUSION:**

    SEM-EDS examination on the pair of Gloves-Item 12-9.8 and 12-9.9-identified particles characteristic of Gunshot Primer Residue. This result indicates that this item may have been

*Excellence In Service Through Quality Forensic Science*

in the vicinity of a firearm when it was discharged, or may have come into contact with an item with Gunshot Primer Residue on it.

*[signature]*

John E. Drugan
Forensic Scientist V
john.drugan@MassMail.State.MA.US
Massachusetts State Police Forensic Services Group

This report reflects the test results, conclusions, interpretations, and/or the findings of the analyst as indicated by the signature above.

Report to:   Trooper Michael Cashman
             MSP Middlesex County Detective Unit

## COMMONWEALTH OF MASSACHUSETTS

Middlesex County, ss
John E. Drugan, whom I know to be a Forensic Scientist of the Massachusetts Department of State Police Crime Laboratory, appeared before me and affirmed the above to be the results made on Laboratory Number 13-08140.

Sworn and subscribed to before me this _____ day of _____ 2013.

_____
NOTARY PUBLIC

*Excellence In Service Through Quality Forensic Science*