

DEVAL L. PATRICK
*GOVERNOR*

ANDREA J. CABRAL
*SECRETARY*

COLONEL TIMOTHY P. ALBEN
*SUPERINTENDENT*

# The Commonwealth of Massachusetts
# Department of State Police

Firearms Identification Section – Maynard
124 Acton Street
Maynard, Massachusetts 01754
Telephone (978) 451-3480 Facsimile (978) 451-3481

## FIREARMS IDENTIFICATION SECTION REPORT

| Case Number: | 13-08140 | Date: | August 22, 2013 |
|---|---|---|---|
| Agency: | MSP Middlesex County Detective Unit | Agency Case Number: | 2013-110-0147 |
| Defendant or Suspect: | Dzhokhar Tsarnaev; Tamerlan Anzorovic Tsarnaev | Case Type: | Fatal Investigation |
| Victim(s): | Richard Donohue, Jr.;Dun Meng | Date of Incident: | 4/18/2013 |

---

On April 19, 2013, Lieutenant David M. Cahill #0697 and other members of the SP Ballistics Section responded to the area of Dexter and Laurel Streets in the town of Watertown in regards to a Police Officer involved Shooting the following evidence was recovered and returned to this section for examination:

3-1 Spent Projectile(s) One /1/ jacket fragment, weighing 3.3 grains- CSSS 47

3-2 Spent Projectile(s) One /1/ spent projectile, weighing 166.4 grains - CSSS 54

3-3 Discharged Cartridge Casing(s) One /1/ .45 auto discharged cartridge casing, head stamp "WIN 45 AUTO +P"- CSSS 5

3-4 Discharged Cartridge Casing(s) One /1/ .45 auto discharged cartridge casing, head stamp "WIN 45 AUTO +P" - CSSS 19

3-5 Discharged Cartridge Casing(s) One /1/ .45 auto discharged cartridge casing, head stamp "WIN 45 AUTO +P"- CSSS 25

3-6 Discharged Cartridge Casing(s) One /1/ .40 caliber discharged cartridge casing, head stamp "SPEER 40 S&W" CSSS 39

3-7 Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W"- CSSS 43

3-8 Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W" - CSSS 34

| | |
|---|---|
| 3-9 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged - casing, head stamp "SPEER 40 S&W"CSSS 18 |
| 3-10 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W" - CSSS 30 |
| 3-11 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W"- CSSS 10 |
| 3-12 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W" - CSSS 15 |
| 3-13 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W"- CSSS 8 |
| 3-14 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W" - CSSS 38 |
| 3-15 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W"- CSSS 11 |
| 3-16 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W" - CSSS 14 |
| 3-17 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W"- CSSS 13 |
| 3-18 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W"- CSSS 2 |
| 3-19 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged - casing, head stamp "SPEER 40 S&W" CSSS 32 |
| 3-20 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W"- CSSS 55 |
| 3-21 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W" - CSSS 3 |
| 3-22 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged - casing, head stamp "SPEER 40 S&W" CSSS 37 |
| 3-23 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W" - CSSS 33 |
| 3-24 | Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40 S&W"- CSSS 9 |

3-25     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W" - CSSS 7

3-26     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 1

3-27     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 21

3-28     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 31

3-29     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 24

3-30     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 20

3-31     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 56

3-32     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 12

3-33     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 36
         casing, head stamp "SPEER 40 S&W" casing, head stamp "SPEER 40 S&W"
3-34     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 27

3-35     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 26

3-36     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 6

3-37     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 23

3-38     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 53

3-39     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 44

3-40     Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp "SPEER 40
         S&W"- CSSS 40

3-41    Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp  "SPEER 40 S&W"- CSSS 4

3-42    Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp  "SPEER 40 S&W"- CSSS 16

3-43    Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp  "SPEER 40 S&W"- CSSS 35

3-44    Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp  "SPEER 40 S&W"- CSSS 29

3-45    Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp  "SPEER 40 S&W" - CSSS 28

3-46    Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp  "SPEER 40 S&W"- CSSS 17

3-47    Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp  "SPEER 40 S&W"- CSSS 42

3-48    Discharged Cartridge Casing(s) One /1/ .40 caliber discharged casing, head stamp  "SPEER 40 S&W" - CSSS 22

4-1     Firearm 9mm Luger caliber Sturm Ruger P95 semi-automatic pistol serial number OBLIT

4-2     Magazine(s) One (1) magazine - from item 4-1 (capacity 18 live cartridges) - driveway of 57/55 Laurel Street

4-3     Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 53/49 Laurel St. Marked as # 1.

4-4     Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W " Recovered 53/49 Laurel St. Marked as # 4.

4-5     Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W " Recovered 53/49 Laurel St. Marked as # 5.

4-6     Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W " Recovered 53/49 Laurel St. Marked as # 6.

4-7     Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER40 S&W " Marked as # 7.

4-8     Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER "40 S&W Marked as # 8.

4-9     Ammunition One (1) .40 S&W Caliber Live cartridge, head stamped "SPEER40 S&W " Marked as # 9.

4-10    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER40 S&W " Marked as # 10.

4-11    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER40 S&W " Marked as # 11.

4-12    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER40 S&W " Marked as # 12.

4-13    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER40 S&W " Marked as # 13.

4-14    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W " Marked as # 14.

4-15    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W " Marked as # 15.

4-16    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Marked as # 16.

4-17    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Marked as # 17.

4-18    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Marked as # 18.

4-19    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Marked as # 19.

4-20    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Marked as # 19A.

4-21    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W " Marked as # 20.

4-22    Ammunition One (1) .40 S&W Caliber live cartridge, head stamped "SPEER 40 S&W" Marked as # 21.

4-23    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered at 53 Laurel St. Marked as # 22.

4-24    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered at 53 Laurel St. Marked as # 23.

4-25    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered at 53 Laurel St. Marked as # 23A.

4-26    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 53 Laurel St. Marked as # 24.

4-27    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 53 Laurel St. Marked as # 26.

4-28    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 56 Laurel St. Marked as # 28.

4-29    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER40 S&W " Recovered 56 Laurel St. Marked as # 27.

4-30    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 56 Laurel St. Marked as # 29.

4-31    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 53 Laurel St. Marked as # 37.

4-32    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 53 Laurel St. Marked as # 38.

4-33    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 39.

4-34    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 40.

4-35    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W " Recovered 55-57 Laurel St. Marked as # 41.

4-36    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 42.

4-37    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 43.

4-38    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 44.

4-39    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 45.

4-40    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 46.

4-41    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 47.

4-42    Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 48.

4-43      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 49.

4-44      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 53 Laurel St. Marked as # 50.

4-45      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 56.

4-46      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 136.

4-47      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 137.

4-48      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 139.

4-49      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 140.

4-50      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 53 Laurel St. Marked as # 143.

4-51      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 53 Laurel St. Marked as # 144.

4-52      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 53 Laurel St. Marked as # 141.

4-53      Discharged Cartridge Casing(s) One (1) .40 S&W Caliber discharged cartridge casing, head stamped "SPEER 40 S&W" Recovered 55-57 Laurel St. Marked as # 138.

4-54      Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER"  Recovered 60-62 Laurel St. Marked as # C .

4-55      Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC"9MM LUGER  Recovered 60-62 Laurel St. Marked as # L .

4-56      Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER "  Recovered 60-62 Laurel St. Marked as # P .

4-57      Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN9MM LUGER"  Recovered 60-62 Laurel St. Marked as # R .

4-58      Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER"  Recovered 61 Laurel St. Marked as # S .

4-59   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "FC 9MM LUGER " Recovered 61 Laurel St. Marked as # T .

4-60   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 62 Laurel St. Marked as # W .

4-61   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 62 Laurel St. Marked as # X .

4-62   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "FC 9MM LUGER" Recovered 62 Laurel St. Marked as # Y .

4-63   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "FC 9MM LUGER " Recovered 62 Laurel St. Marked as # Z .

4-64   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER " Recovered 62 Laurel St. Marked as # Z .

4-65   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 53 Laurel St. Marked as # 55 .

4-66   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 60 Laurel St. Marked as # 78 .

4-67   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 56 Laurel St. Marked as # 64 .

4-68   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 60-62 Laurel St. Marked as # 65 .

4-69   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 60-62 Laurel St. Marked as # 68 .

4-70   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN9MM LUGER" Recovered 60-62 Laurel St. Marked as # 69 .

4-71   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 60-62 Laurel St. Marked as # 71 .

4-72   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "FC 9MM LUGER " Recovered 60-62 Laurel St. Marked as # 72 .

4-73   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "FC 9MM LUGER " Recovered 60-62 Laurel St. Marked as # 73 .

4-74   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 60-62 Laurel St. Marked as # 74 .

4-75   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped
       "WIN 9MM LUGER" Recovered 61 Laurel St. Marked as # 75 .

4-76 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered Laurel St. Marked as # 75 .

4-77 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered 60 Laurel St. Marked as # 76 .

4-78 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered Laurel St. Marked as # 78.

4-79 Ammunition One (1) 9mm Caliber live cartridge casing, head stamped "WIN 9MM LUGER" Recovered 61 Laurel St. Marked as # 80.

4-80 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER" Recovered 61 Laurel St. Marked as # 81.

4-81 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered 60-62 Laurel St. Marked as # 83.

4-82 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered 60 Laurel St. Marked as # 86.

4-83 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered 60 Laurel St. Marked as # 88.

4-84 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered 61 Laurel St. Marked as # 91.

4-85 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered 61 Laurel St. Marked as # 92.

4-86 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered 61 Laurel St. Marked as # 93.

4-87 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered 60 Laurel St. Marked as # 98.

4-88 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered 61 Laurel St. Marked as # 101.

4-89 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered 61 Laurel St. Marked as # 103.

4-90 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered 61 Laurel St. Marked as # 105.

4-91 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER" Recovered 61 Laurel St. Marked as # 106.

4-92   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered   61 Laurel St. Marked as # 107.

4-93   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered   61 Laurel St. Marked as # 108.

4-94   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered   61 Laurel St. Marked as # 120.

4-95   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered   61 Laurel St. Marked as # 121.

4-96   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered   60 Laurel St. Marked as # 122.

4-97   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered   61 Laurel St. Marked as # 124.

4-98   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered   60-62 Laurel St. Marked as # 133.

4-99   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered   62 Laurel St.

4-100   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered   60-62 Laurel St.

4-101   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered   60-62 Laurel St.

4-102   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered   61 Laurel St.

4-103   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered   Laurel St. by green Honda

4-104   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered   60-62 Laurel St.

4-105   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered   60-62 Laurel St.

4-106   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered   60-62 Laurel St.

4-107   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered   61 Laurel St.

4-108   Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "FC 9MM LUGER " Recovered   61 Laurel St.

4-109 Spent Projectile(s) One (1) Jacketed spent projectile, weighing 94.3 grains. Recovered 61 Laurel St. marked as # 126.

4-110 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered Laurel St.Placard #96

4-111 Discharged Cartridge Casing(s) One (1) 9mm Caliber discharged cartridge casing, head stamped "WIN 9MM LUGER" Recovered Laurel St. Placard #89

4-112 Spent Projectile(s) One (1) Jacketed spent projectile weighing 151.6 grains Recovered 61 Laurel St. marked as # 134.

4-113 Spent Projectile(s) One (1) Jacketed spent projectile weighing 166.7 grains Recovered 61 Laurel St. marked as # 113.

4-114 Magazine(s) One (1) .40 Caliber glock magazine Recovered 53 Laurel St. marked as # 36.

4-115 Spent Projectile(s) One (1) Jacketed spent projectile weighing 174.4 grains Recovered 61 Laurel St. marked as # 115.

4-116 Spent Projectile(s) One (1) Jacketed spent projectile weighing 164.5 grains Recovered 55-57 Laurel St. marked as # 66.

4-117 Spent Projectile(s) One (1) Jacketed spent projectile weighing 172.2 grains Recovered 61 Laurel St. marked as # 100.

4-118 Spent Projectile(s) One (1) Jacketed spent projectile weighing 162.5 grains Recovered 60-62 Laurel St. marked as # 70.

4-119 Spent Projectile(s) One (1) Jacketed spent projectile weighing 230.3 grains Recovered 61 Laurel St. marked as # 110.

4-120 Spent Projectile(s) One (1) Jacketed spent projectile weighing 178.2 grains Recovered 61 Laurel St. marked as # 112.

4-121 Spent Projectile(s) One (1) lead and copper fragment weighing 31.9 grains Recovered 53 Laurel St. marked as # 151.

4-122 Spent Projectile(s) One (1) Jacketed spent projectile weighing 108.6 grains Recovered 53 Laurel St. marked as # 152.

4-124 Spent Projectile(s) One (1) Jacketed spent projectile, weighing 164.6 grains Recovered 60-62 Laurel St. marked as # 156.

4-125 Spent Projectile(s) One (1) Jacketed spent projectile weighing 115.2 grains Recovered 55 Laurel St.

4-126 Spent Projectile(s) Two (2) Lead/Copper projectile fragments, weighing 70.1 grains Recovered MA reg 78AG75 Laurel St.

4-127    Spent Projectile(s) One (1) Jacketed spent projectile, weighing 164.8 grains Recovered MA reg 78AG75 Laurel St.

4-128    Spent Projectile(s) One (1) Jacketed spent projectile, weighing 180.6 grains Recovered Laurel St. marked as O.

4-129    Ammunition One (1) box 9mm Luger caliber live cartridges head stamped "FC" - 61 Laurel St caliber

4-130    Magazine(s) One (1) Magazine recovered 61 Laurel St. marked as # 109.

4-131    Ballistics Other One (1) Black .177 cal pellet/bb/airsoft gun.  S/N 12H51903

4-132    Spent Projectile(s) One (1) Jacketed spent projectile, weighing 181.6 grains Recovered 75-77 Laurel St. 2nd floor bedroom closet

4-133    Spent Projectile(s) One (1) Jacketed spent projectile, weighing 177.8 grains Recovered 75-77 Laurel St. on kitchen counter.

4-134    Spent Projectile(s) One (1) Jacketed spent projectile, weighing 165.1 grains Recovered 75-77 Laurel St on kitchen floor.

4-134.1  Spent projectiles) One (1) copper jacketed lead spent projectile, weighing 179.2 grains recovered in front of 114 Dexter Street CSS#54

4-135    Ammunition One (1) .556 caliber live cartridge head stamped "LC 08"  Recovered 130 Cypress St.   caliber

4-136    Ammunition One (1) 9mm caliber live cartridge head stamped "FC 9mm Luger"  Recovered from Beth Isreal Hospital from Tamerlam Tsarnave.   caliber

5-1      Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as #3.

5-2      Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER40 S&W" recovered between 43 & 45 Laurel St. Marked as #4.

5-3      Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as #5.

5-4      Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as #6.

5-5      Discharged Cartridge Casing(s) .45 auto caliber discharged cartridge casing, head stamped "WIN 45 AUTO +P" recovered between 43 & 45 Laurel St. Marked as #7.

5-6      Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as #9.

5-7 Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as #10.

5-8 Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as #11.

5-9 Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as #13.

5-10 Discharged Cartridge Casing(s) .45 auto caliber discharged cartridge casing, head stamped "WIN 45 AUTO +P" recovered between 43 & 45 Laurel St. Marked as # 14.

5-11 Ammunition 9mm caliber live cartridge casing, head stamped "FC 9MM LUGER" recovered between 43 & 45 Laurel St. Marked as # 15.

5-12 Ammunition 9mm caliber live cartridge casing, head stamped "FC 9MM LUGER" recovered between 43 & 45 Laurel St. Marked as # 16

5-13 Ammunition 9mm caliber live cartridge casing, head stamped "FC 9MM LUGER" recovered between 43 & 45 Laurel St. Marked as # 17.

5-14 Ammunition 9mm caliber live cartridge casing, head stamped "FC 9MM LUGER" recovered between 43 & 45 Laurel St. Marked as # 18

5-15 Ammunition 9mm caliber live cartridge casing, head stamped "FC 9MM LUGER" recovered between 43 & 45 Laurel St. Marked as # 19.

5-16 Ammunition 9mm caliber live cartridge casing, head stamped "FC 9MM LUGER" recovered between 43 & 45 Laurel St. Marked as # 20.

5-17 Ammunition 9mm caliber live cartridge casing, head stamped "FC 9MM LUGER" recovered between 43 & 45 Laurel St. Marked as # 21.

5-18 Ammunition 9mm caliber live cartridge casing, head stamped "FC 9MM LUGER" recovered between 43 & 45 Laurel St. Marked as # 22.

5-19 Ammunition 9mm caliber live cartridge casing, head stamped "FC 9MM LUGER" recovered between 43 & 45 Laurel St. Marked as # 23.

5-20 Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 24.

5-21 Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 25.

5-22 Ammunition ..40 S&W caliber live cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 26.

5-23 Magazine(s) One (1) glock magazine recovered between 43 & 45 Laurel Street, marked as # 27.

5-24    Magazine(s) One (1) glock magazine recovered between 43 & 45 Laurel Street, marked as # 28.

5-25    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 29.

5-26    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 30.

5-27    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 31.

5-28    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 32.

5-29    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 33.

5-30    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 34.

5-31    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 35.

5-32    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 36.

5-33    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 37.

5-34    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 38.

5-35    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered front 43 Laurel St. Marked as # 39.

5-36    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43&45 Laurel St. Marked as # 39.

5-37    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43&45 Laurel St. Marked as # 40.

5-38    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered front lawn 43 Laurel St. Marked as # 41.

5-39    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43&45 Laurel St. Marked as # 41.

5-40    Discharged Cartridge Casing(s) ..40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43&45 Laurel St. Marked as # 42.

5-41    Magazine(s) One (1) Glock magazine recovered between 43 & 45 Laurel Street, marked as # 43.

5-42    Discharged Cartridge Casing(s) .45 auto caliber discharged cartridge casing, head stamped
        "WIN 45 AUTO +P" recovered between 43 & 45 Laurel St. Marked as # 44.

5-43    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 46.

5-44    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 47.

5-45    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 48.

5-46    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 49.

5-47    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 50.

5-48    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 51.

5-49    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 52.

5-50    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 53.

5-51    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 54.

5-52    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 55.

5-53    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 56.

5-54    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 57.

5-55    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 58.

5-56    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 59.

5-57    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped
        "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 60.

5-58    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 61.

5-59    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered 43 Laurel St. Marked as # 62.

5-60    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered 43 Laurel St. Marked as # 63.

5-61    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered 43 Laurel St. Marked as # 64.

5-62    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered 43 Laurel St. Marked as # 65.

5-63    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered 43 Laurel St. Marked as # 66.

5-64    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered between 43 & 45 Laurel St. Marked as # 67.

5-65    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered under Watertown Police cruiser #465, by rear tire Laurel St. Marked as # 69.

5-66    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered under Watertown Police cruiser #465, by drivers door Laurel St. Marked as # 70.

5-67    Discharged Cartridge Casing(s) .45 Auto caliber discharged cartridge casing, head stamped "WIN 45 AUTO +P" recovered on drivers side floor Watertown Police cruiser #465 Laurel St. Marked as # 71.

5-68    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered under Watertown Police cruiser #465 Laurel St. Marked as # 72.

5-69    Ammunition .40 S&W caliber live cartridge casing, head stamped "SPEER 40 S&W" recovered under Watertown Police cruiser #465 Laurel St. Marked as # 73.  caliber

5-70    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered under Watertown Police cruiser #465 Laurel St. Marked as # 74.

5-71    Ammunition .40 S&W caliber live cartridge casing, head stamped "SPEER 40 S&W" recovered under Watertown Police cruiser #465 Laurel St. Marked as # 75.

5-72    Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered under Watertown Police cruiser #465 Laurel St. Marked as # 76.

5-73   Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered under Watertown Police cruiser #465 Laurel St. Marked as # 77.

5-74   Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered in front of 49 Laurel St. Marked as # 79.

5-75   Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered in front of 49 Laurel St. Marked as # 82.

5-76   Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered in front of 49 Laurel St. Marked as # 83.

5-77   Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered on walkway near 43 Laurel St. Marked as # 86.

5-78   Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered on walkway opposite 43&45 Laurel St. Marked as # 88.

5-79   Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" recovered under vehicle (MA 4008DM) 45 Laurel St. Marked as # 89.

5-80   Spent Projectile(s) One (1) copper jacketed lead spent projectile, weighing 105.8 grains and one (1) copper jacket fragment recovered in front of 49 Laurel St. Marked as # 90.

5-81   Spent Projectile(s) One (1) copper jacketed lead spent projectile, weighing 112.7 grains recovered exterior wall 130-132 Dexter St. .

5-82   Spent Projectile(s) One (1) copper jacketed lead spent projectile, weighing 178.5 grains recovered intersection Cypress & Dexter St. by cruiser 476.

6-1    Spent Projectile(s) One (1) copper jacketed lead spent projectile, weighing 223.3 grains recovered at 40 Laurel Street, marked as # 1.

6-2    Spent Projectile(s) One (1) spent projectile, weighing 114.3 grains recovered at 40 Laurel Street, marked as # 3.

6-3    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P" recovered under vehicle in front of 33 Laurel St. Marked as #3.

6-4    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P". recovered 33 Laurel St. Marked as # 5.

6-5    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P" recovered 33 Laurel St. Marked as # 11.

6-6    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P" recovered 33 Laurel St. Marked as # 15.

6-7    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head

stamp "WIN 45 AUTO +P" g recovered 33 Laurel St. Marked as # 16.

6-8     Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P" recovered 33 Laurel St. Marked as # 17.

6-9     Magazine(s) One (1) .45 caliber Smith & Wesson Magazine recovered 33 Laurel St. Marked as # 18.

6-10    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P" g recovered 33 Laurel St. Marked as # 19.

6-11    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P" recovered 33 Laurel St. Marked as # 20.

6-12    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P" recovered 33 Laurel St. Marked as # 21.

6-13    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P" recovered 33 Laurel St. Marked as # 22.

6-14    Spent Projectile(s) One (1) Spent projectile, weighing 179.8 grains recovered on vehicle at 36 Laurel St. Marked as # 28.

6-15    Spent Projectile(s) One (1) partial lead core, weighing 87.5 grains recovered under vehicle at 36 Laurel St. Marked as # 28.

6-16    Spent Projectile(s) One (1) spent projectile, weighing 177.7 grains recovered in Silver Jeep MI ac4woc on Laurel St. Marked as # 31.

6-17    Discharged Cartridge Casing(s) One (1) .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P" recovered 33 Laurel St. Marked as # 30.

6-18    Spent Projectile(s) One (1) partial jacket fragment, weighing 17.6 grains recovered in blue Jeep on Laurel St. Marked as # 35.

6-19    Spent Projectile(s) One (1) spent projectile, weighing 175.4 grains recovered by Cadillac and fence on Laurel St. Marked as # 32.

6-20    Discharged Cartridge Casing(s) One (1) .40 S&W caliber discharged cartridge casing, head stamp "SPEER 40 S&W" recovered 36 Laurel St. Marked as # 38.

6-21    Discharged Cartridge Casing(s) One (1) .40 S&W caliber discharged cartridge casing, head stamp "FEDERAL 40 S&W" recovered 34 Laurel St. Marked as # 39.

6-22    Discharged Cartridge Casing(s) One (1) .40 S&W caliber discharged cartridge casing, head stamp "FEDERAL 40 S&W" recovered 34 Laurel St. Marked as # 40.

6-23    Discharged Cartridge Casing(s) One (1) .40 S&W caliber discharged cartridge casing, head stamp "SPEER 40 S&W" recovered 34 Laurel St. Marked as # 41.

6-24 Discharged Cartridge Casing(s) One (1) .40 S&W caliber discharged cartridge casing, head stamp "SPEER 40 S&W" recovered 34 Laurel St. Marked as # 42.

6-25 Spent Projectile(s) One (1) copper jacketed lead spent projectile, weighing 173.7 grains recovered 32 Laurel St. Marked as # 51.

6-26 Spent Projectile(s) One (1) copper jacket fragment, weighing 11.9 grains recovered 28 Laurel St. Marked as # 53.

6-27 Spent Projectile(s) One (1) spent projectile weighing 179.8 grains recovered 12 Laurel St. Marked as # 58.

6-28 Spent Projectile(s) One (1) copper jacketed lead spent projectile, weighing 179.9 grains recovered on floor 11 Laurel St. Marked as # 59.

6-29 Spent Projectile(s) Two (2) spent copper jacket fragments, weighing 59.1 grains recovered 19 Laurel St. Marked as # 60.

6-30 Discharged Cartridge Casing(s) One (1) .40 S&W caliber discharged cartridge oasing, head stamp "SPEER 40 S&W" recovered 21 Laurel St. Marked as # 61.

6-31 Discharged Cartridge Casing(s) One (1) .40 S&W caliber discharged cartridge casing, head stamp "SPEER 40 S&W" recovered 21 Laurel St. Marked as # 62.

6-32 Spent Projectile(s) One (1) copper jacketed lead spent projectile, weighing 158.8 grains recovered 40 Laurel St. Marked as # 64.

6-33 Spent Projectile(s) One (1) copper jacketed lead spent projectile, weighing 180.4 grains recovered 38 Laurel St. Marked as

6-34 Spent Projectile(s) Two (2) copper jacketed lead spent projectiles turned over by Sgt Peter Sennot of Middlesex Count Detective Unit.
A-weighing 230.7 grains
B-weighing 231.2 grains

7-1 Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "WINCHESTER40 S&W" recovered at 144 Dexter St. marked as # 1.

7-2 Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "WINCHESTER40 S&W" recovered at 144 Dexter St. marked as # 2.

7-3 Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "WINCHESTER 40 S&W" recovered at 144 Dexter St. marked as # 3.

7-4 Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "WINCHESTER40 S&W" recovered at 144 Dexter St. marked as # 4.

7-5 Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "WINCHESTER 40 S&W" recovered at 144 Dexter St. marked as # 5.

8-1      Firearm .40 S & W caliber Sig Sauer model P226 semi-automatic pistol serial number U713860

8-2      Ammunition One (1) .40 S&W caliber live cartridge, head stamped "SPEER 40 S&W" recovered from chamber of Item 8-1. caliber

8-3      Magazine(s) One (1) Magazine Loaded with Twelve (12) .40 S&W caliber live cartridges, head stamped "SPEER40 S&W" from Item 8-1.

8-4      Magazine(s) One Magazine loaded with Twelve (12) .40 S&W live cartridges, head stamped "SPEER 40 S&W" recovered at 144 Dexter St.

8-5      Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 26.

8-6      Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 27.

8-7      Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 28.

8-8      Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 29.

8-9      Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 30.

8-10     Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 31.

8-11     Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 32.

8-12     Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 33.

8-13     Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 34.

8-14     Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 36.

8-15     Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER 40 S&W" marked as # 37.

8-16     Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped "SPEER40 S&W" marked as # 38.

8-17     Discharged Cartridge Casing(s) .40 S&W caliber discharged cartridge casing, head stamped

"SPEER 40 S&W" marked as # 44.

8-18    Spent Projectile(s) One (1) copper jacketed lead spent projectile, weighing 176.2 grains recovered from left rear tire of Transit Cruiser 57.

8-19    Magazine(s) One (1) magazine with 12 live cartridges from Officer Donahough's duty belt

9-1    Discharged Cartridge Casing(s) One /1/ .45 Auto caliber discharged cartridge casing, head stamp "WIN 45 AUTO +P"

9-2    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-3    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-4    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-5    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-6    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-7    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-8    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-9    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-10    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-11    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-12    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-13    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-14    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-15    Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp

"WCC 10"

9-16   Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-17   Discharged Cartridge Casing(s) One /1/ 5.56 mm discharged cartridge casing, head stamp "WCC 10"

9-18   Spent Projectile(s) One /1/ copper jacketed lead spent projectile, weighing 228.7 grains..

10-1   Spent Projectile(s) One /1/ lead/copper fragment, weighing 28.8 grains from right rear calf. (OCME # 2)

10-2   Spent Projectile(s) One /1/ copper jacketed lead spent projectile, weighing 179.7 grains from left back (OCME # 3)

10-3   Spent Projectile(s) One /1/ copper jacketed lead spent projectile, weighing 137.9 grains from left upper arm (OCME # 4)

10-4   Spent Projectile(s) One /1/ copper jacketed lead spent projectile, weighing 177.7 grains, from right thigh (OCME # 5)

10-5   Spent Projectile(s) One /1/ copper jacketed lead spent projectile, weighing 145.4 grains, from right pelvic region (OCME # 6)

10-6   Spent Projectile(s) Two /2/ lead projectile fragments, weighing 6.2 grains from left forearm. (OCME # 7)

11-1   Rifle 5.56 caliber S&W M&P15 semi-automatic rifle Serial Number 27767

11-2   Magazine(s) one /1/ magazine containing twenty /20/ live 5.56 mm caliber cartridges, head stamp "WCC 10".

11-3   Magazine(s) one /1/ magazine containing twenty /20/ live 5.56 mm caliber cartridges, head stamp "WCC 10".

11-4   Ammunition Three /3/ 5.56 mm caliber live cartridges, head stamp "WCC 10"

11-5   Ammunition One /1/ 5.56 mm caliber live cartridge, head stamp "WCC 10"

11-6   Firearm .45 caliber S&W Model M&P semi-automatic pistol serial number DWU6060

11-7   Ammunition One /1/ .45 auto caliber live cartridge, head stamp "WIN 45AUTO +P", from chamber of item 11-6

11-8   Magazine(s) One magazine containing three /3/ live .45 auto caliber cartridges, head stamp "WIN45 AUTO +P".

11-9   Magazine(s) One magazine containing ten /10/ live .45 auto caliber cartridges, head stamp

"WIN 45 AUTO +P".

11-10    Magazine(s) One magazine containing ten /10/ live .45 auto caliber cartridges, head stamp
"WIN 45 AUTO +P".

11-11    Firearm .40 S & W caliber Sig Sauer P229 semi-automatic pistol serial number AL40653

11-12    Ammunition One (1) 40S&W caliber live cartridge from chamber of item 11-11, head stamp
"WINCHESTER 40 S&W"

11-13    Magazine(s) One (1) Sig Sauer magazine with nine (9) 40 S&W caliber live cartridges head
stamp "WINCHESTER 40 S&W".

11-14    Magazine(s) One (1) Sig Sauer magazine with twelve (12) 40 S&W caliber live cartridges head
stamp "WINCHESTER 40 S&W".

11-15    Magazine(s) One (1) Sig Sauer magazine with twelve (12) 40 S&W caliber live cartridges head
stamp "WINCHESTER 40 S&W".

11-16    Firearm .40 S & W caliber Sig Sauer P229 semi-automatic pistol serial number AL 42 766

11-17    Ammunition One (1) 40 S&W caliber live cartridge from chamber of item 11-16 head stamp
"WINCHESTER 40 S&W".

11-18    Magazine(s) One (1) Sig Sauer magazine with seven (7) 40 S&W caliber live cartridges head
stamp "WINCHESTER 40 S&W"

11-19    Magazine(s) One (1) Sig Sauer magazine with seven (12) 40 S&W caliber live cartridges, head
stamp "WINCHESTER 40 S&W"

11-20    Magazine(s) One (1) Sig Sauer magazine with seven (7) 40 S&W caliber live cartridges, head
stamp "WINCHESTER 40 S&W".

11-21    Firearm .40 S & W caliber Glock 23 semi-automatic pistol serial number FLY993

11-22    Ammunition One (1) 40S&W caliber live cartridge from chamber of item 11-21, head stamped
"SPEER 40 S&W" caliber

11-23    Magazine(s) One (1) Glock magazine.

11-24    Magazine(s) One (1) Glock magazine loaded with eleven (11) .40 S&W Caliber live cartridges,
head stamp "SPEER 40 S&W".

11-25    Magazine(s) One (1) glock magazine loaded with twelve (12) .40 S&W Caliber live cartridges,
head stamp "SPEER 40 S&W".

11-26    Firearm .40 S & W caliber Glock 23 semi-automatic pistol serial number FLY946

11-27    Ammunition One (1) 40S&W caliber live cartridge, head stamped "SPEER" from chamber of

item 11-26

11-28 Magazine(s) One (1) Glock magazine loaded with twelve (12) .40 S&W caliber live cartridges, head stamp "SPEER 40 S&W".

11-29 Firearm .40 S & W caliber Glock 22 semi-automatic pistol serial number 1ELZ048US

11-30 Ammunition One (1) 40S&W caliber live cartridge, head stamped "FEDERAL 40 S&W" from chamber of item 11-29.

11-31 Magazine(s) One (1) Glock magazine loaded with ten (10) .40 S&W caliber live cartridges, head stamp "FEDERAL 40 S&W".

11-32 Firearm .40 S & W caliber Glock 23 semi-automatic pistol serial number FLY933.

11-33 Ammunition One (1) 40S&W caliber live cartridge head stamp "SPEER 40 S&W" from chamber of item 11-32.

11-34 Magazine(s) One (1) GLOCK magazine loaded with eight (8) .40S&W caliber live cartridges, head stamp "SPEER 40 S&W".

11-35 Magazine(s) One (1) GLOCK magazine loaded with twelve (12) .40S&W caliber live cartridges, head stamp "SPEER 40 S&W".

11-36 Magazine(s) One (1) GLOCK magazine loaded with twelve (12) .40S&W caliber live cartridges, head stamp "SPEER 40 S&W..

11-37 Firearm .40 S & W caliber Glock 23 semi-automatic pistol serial number FLY999.

11-38 Magazine(s) One (1) Glock magazine

11-39 Firearm .40 S & W caliber Glock 23 semi-automatic pistol serial number FLY992

11-40 Magazine(s) One (1) Glock magazine

11-41 Magazine(s) One (1) Glock magazine

11-42 Firearm .40 S & W caliber Glock 23 semi-automatic pistol serial number FLY982

11-43 Magazine(s) One (1) Glock magazine loaded with seven (7) .40S&W caliber live cartridges, head stamp "SPEER 40 S&W"..

11-44 Firearm .40 S & W caliber Glock 23 semi-automatic pistol serial number FLY920

11-45 Ammunition One (1) 40S&W caliber live cartridge head stamp "SPEER 40 S&W"from chamber of item 11-44.

11-46 Magazine(s) One (1) GLOCK magazine loaded with one (1) .40S&W caliber live cartridge,

head stamp "SPEER 40 S&W".

11-47 Magazine(s) One (1) GLOCK magazine loaded with twelve (12) .40S&W caliber live cartridges, head stamp "SPEER 40 S&W.

11-48 Magazine(s) One (1) GLOCK magazine loaded with thirteen (13) .40S&W caliber live cartridges, head stamp "SPEER 40 S&W".

11-49 Firearm .40 S & W caliber Sig Sauer model P226 semi-automatic pistol serial number U711306

11-50 Ammunition One (1) 40S&W caliber live cartridge, head stamp "SPEER 40 S&W" from chamber of item 11-49.

11-51 Magazine(s) One (1) magazine loaded with seven (7) .40S&W caliber live cartridges, head stamp "SPEER 40 S&W"

11-52 Magazine(s) One (1) magazine loaded with twelve (12) .40S&W caliber live cartridges, head stamp "SPEER 40 S&W"

11-53 Magazine(s) One (1) magazine loaded with twelve (12) .40S&W caliber live cartridges, head stamp "SPEER 40 S&W"

11-54 Firearm .40 S & W caliber Glock model 23 semi-automatic pistol serial number CTE975US

11-55 Ammunition One (1) 40S&W caliber live cartridge head stamped "SPEER 40 S&W" from chamber of item 11-54.

11-56 Magazine(s) One (1) Glock magazine loaded with two (2) 40S&W caliber live cartridges head stamped "SPEER 40 S&W".

11-57 Magazine(s) One (1) Glock magazine loaded with thirteen (13) 40S&W caliber live cartridges head stamped "SPEER 40 S&W".

11-58 Firearm .40 S & W caliber Glock model 22 semi-automatic pistol serial number KYY288.

11-59 Ammunition One (1) 40S&W live cartridge head stamped "SPEER 40 S&W" from chamber of item 11-58.

11-60 Magazine(s) One (1) Glock magazine loaded with eleven (11) 40S&W caliber live cartridges head stamped "SPEER 40 S&W".

11-61 Magazine(s) One (1) Glock magazine loaded with fifteen (15) 40S&W caliber live cartridges head stamped "SPEER40 S&W".

11-62 Magazine(s) One (1) glock magazine loaded with fifteen (15) 40S&W caliber live cartridges head stamped "SPEER 40 S&W".

11-63 Firearm .40 S & W caliber Glock model 23 semi-automatic pistol serial number CTE978US

11-64 Magazine(s) One (1) Glock magazine

11-65 Firearm .40 S&W caliber Glock model 23 semi-automatic pistol serial number CTF816US

11-66 Ammunition One (1) 40S&W live cartridge head stamped "SPEER 40 S&W" from chamber of item 11-65.

11-67 Ammunition Thirteen (13) 40S&W live cartridges, head stamp "SPEER 40 S&W".

11-68 Ammunition Nine (9) 40S&W live cartridges head stamp "SPEER 40 S&W".

11-69 Magazine(s) One (1) Glock Magazine

11-70 Magazine(s) One (1) Glock Magazine

11-71 Firearm .40 S & W caliber Glock model 23 semi-automatic pistol serial number CTE001US

11-72 Ammunition One (1) 40S&W caliber live cartridge, head stamp "SPEER 40 S&W" from chamber of item 11-71.

11-73 Ammunition Eleven (11) 40S&W caliber live cartridges, head stamp "SPEER 40 S&W".

11-74 Magazine(s) One (1) Glock magazine

11-75 Firearm .40 S & W caliber Glock model 22 semi-automatic pistol serial number KYY316.

11-76 Ammunition One (1) 40S&W caliber live cartridge head stamped "SPEER 40 S&W" from the chamber of item 11-75.

11-77 Magazine(s) One (1) Glock magazine loaded with four (4) 40S&W caliber live cartridges head stamped "SPEER 40 S&W".

11-78 Magazine(s) One (1) Glock magazine loaded with fifteen (15) 40S&W caliber live cartridges head stamped "SPEER 40 S&W".

11-79 Magazine(s) One (1) Glock magazine loaded with fifteen (15) 40S&W caliber live cartridges head stamped "SPEER 40 S&W".

11-80 Firearm .45 AUTO caliber Smith & Wesson M&P 45 semi-automatic pistol serial number DWL7660

13-9 Magazine(s) One grey metal .9mm magazine with seven (7)live rounds marked Item #8 on Evidence Log for Item 13-1. Item 13-9 was found on the front driver's floor (Mercedes MA. reg. 137NZ), head stamp "WIN 9MM LUGER"

57-1 Spent Projectile(s)One (1) copper jacketed lead spent projectile, weighing 178.2 grains recovered from : 62 Laurel St. Watertown.

60-1 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 177.6 grains

recovered from behind dashboard of MA reg 116GC7

60-2 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 172.9 grains recovered from interior console MA reg 116GC7

60-3 Spent Projectile(s) One (1) copper jacket fragment weighing 11.0 grains recovered from hood near passenger side wiper from MA reg 116GC7

60-4 Spent Projectile(s) One (1) copper jacket/lead fragment weighing 8.6 grains recovered from rear trunk passenger side reservoir MA Reg 116GC7

60-5 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 175.1 grains recovered from under hood by driver side headlight from MA Reg 137NZ1

60-6 Spent Projectile(s) Two (2) copper/lead projectile fragments, weighing 175.0 grains recovered from inside driver side running board from MA Reg 137NZ1

60-7 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 178.9 grains recovered from inside driver side door of MA Reg 137NZ1

60-8 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 179.3 grains recovered from driver side rear door MA Reg 137NZ!

60-9 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 179.2 grains recovered from driver side rear quarter by tail light of MA Reg 137NZ1

60-10 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 179.6 grains recovered from under carpet of front passenger floor of MA Reg 137NZ1

60-11 Spent Projectile(s) One (1) copper jacketed lead spent projectile fragment weighing 80.9 grains recovered from passenger side middle post of MA Reg 137NZ1

60-12 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 174.4 grains recovered from passenger side rear door of MA REg 137NZ1

60-13 Spent Projectile(s) Two (2) copper/lead spent projectile fragments one weighing 76.7 grains and two weighing 117.0 grains recovered from front passenger fender by headlight of MA Reg 137NZ1

60-14 Spent Projectile(s) One (1) copper jacket fragment weighing 37.6 grains recovered from above passenger side rear window by pillar of MA Reg 137NZ1

60-15 Spent Projectile(s) One (1) copper fragment weighing 3.8 grains recovered from front passenger side fender of MA Reg 137NZ1

60-16 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 171.1 grains recovered from passenger side front fender of MA Reg 137NZ1

60-17 Spent Projectile(s) Two (2) copper/lead fragments weighing 101.4 grains recovered from passenger side front fender MA Reg 137NZ1

60-18 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 147.5 grains recovered from passenger side pillar above rear door of MA Reg 137NZ1

60-19 Spent Projectile(s) One copper jacketed lead spent projectile weighing 88.1 grains recovered from inside rear lift gate of MA Reg 137NZ1

60-20 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 165.4 grains recovered from passenger side muffler under vehicle of MA reg 137NZ1

60-21 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 158.1 grains recovered from under passenger side front floor mat of MA Reg 137NZ1

60-22 Spent Projectile(s) One copper jacketed lead spent projectile weighing 137.3 grains recovered from driver side rear B pillar of MA Reg 137NZ1

60-23 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 146.6 grains from steering wheel of MA Reg 137NZ1

60-24 Spent Projectile(s) One copper jacketed lead spent projectile weighing 153.7 grains recovered from passenger front door in frame above glass of MA Reg 137NZ1

60-25 Spent Projectile(s) One (1) copper/lead projectile fragment weighing 69.3 grains recovered from on drivers seat of MA Reg 137NZ1

60-26 Spent Projectile(s) One copper jacketed lead spent projectile weighing 178.2 grains recovered from back of rear seat bottom of MA reg 137NZ1

60-27 Spent Projectile(s) One (1) copper/lead projectile fragment weighing 23.5 grains recovered from passenger side front floor mat of MA reg 137NZ1

60-28 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 174.2 grains recovered from between passenger side front door bottom and front fender of MA reg 137NZ1

60-29 Spent Projectile(s) One copper jacketed lead spent projectile weighing 172.8 grains recovered from passenger side rear foot well of MA reg 137NZ1

60-30 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 231.0 grains recovered from passenger side front floor mat of MA Reg 137NZ1

60-31 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 177.7 grains recovered from passenger side floor mat front from MA reg 137NZ1

60-32 Spent Projectile(s) One Copper jacketed lead spent projectile weighing 139.4 grains recovered recovered from under seat belt middle seat rear from MA reg 137NZ1

61-1 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 64.1 grains recovered from Watertown Cruiser 471

61-2 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 165.9 grains

recovered from drivers side front tire of Watertown Cruiser 465

61-3 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 102.9 grains recovered from engine compartment firewall of Watertown Cruiser 465

61-4 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 176.1 grains recovered from rear passenger door of Watertown Cruiser 468

61-5 Spent Projectile(s) One (1) spent copper jacket weighing 22.6 grains recovered from rear drivers side foot well of Watertown Cruiser 468

61-6 Spent Projectile(s) One (1) copper jacketed lead spent projectile weighing 180.0 grains recovered from rear passenger side over wheel well of Watertown Cruiser 468

As the result of physical and microscopic examination of the recovered evidence against the test specimens it is my opinion that:

A/The Fifty-Six 9MM Luger caliber discharged cartridge casings mentioned in items 4-54 thru 4-111 (with the exception of item 4-79 9mm Luger caliber live cartridge and 4-109 copper jacketed lead spent projectile) were all fired by item 4-1 9MM Luger caliber Ruger model P95 semi-automatic pistol serial number obliterated.

B/The seven (7) .45 auto caliber discharged cartridge casings mentioned in items 3-3, 3-4, 3-5, 5-5, 5-10, 5-42 and 5-67 were all fired by item 11-6 .45 auto caliber Smith & Wesson model M&P45 semi-automatic pistol, serial number DWU6060.

C/The fourteen (14) .40 S&W caliber discharged cartridge casings mentioned in items 3-6, 3-7, 3-10, 3-17, 3-23, 3-24, 3-25, 3-28, 3-29, 3-33, 3-34, 3-39, 3-40,and 3-47 were all fired by item 11-54 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number CTE975US.

D/The five (5) .40 S&W caliber discharged cartridges casings mentioned in items 3-8, 3-20, 3-22, 3-31 and 3-42 were all fired by item 11-58 .40 S&W caliber Glock model 22 semi-automatic pistol, serial number KYY288.

E/The ten (10) .40 S&W caliber discharged cartridge casings mentioned in items 3-9, 3-14, 3-18, 3-26, 3-37, 3-38, 3-43, 3-44, 3-45 and 3-46 were all fired by item 11-75 .40 S&W caliber Glock model 22 semi-automatic pistol, serial number KYY316.

F/The four (4) .40 S&W caliber discharged cartridge casings mentioned in items 3-11, 3-19, 3-35 and 3-41 were all fired by item 11-32 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number FLY933.

G/The ten (10) .40 S&W caliber discharged cartridge casings mentioned in items 3-12, 3-13, 3-15, 3-16, 3-21, 3-27, 3-30, 3-32, 3-36, and 3-48 were all fired by item 11-63 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number CTE978US.

H/The twenty-three .40 S&W caliber discharged cartridge casings mentioned in items 4-3, 4-4, 4-5, 4-6, 4-7, 4-8, 4-11, 4-12, 4-14, 4-15, 4-16, 4-17, 4-18, 4-19, 4-20, 4-21, 4-23, 4-24, 4-25, 4-26, 4-28, 4-29 and 4-30 were all fired by item 11-39 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number FLY992.

I/The three (3) .40 S&W caliber discharged cartridge casings mentioned in item 4-10, 4-13 and 4-27 were all fired by item 11-42 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number FLY982.

J/The twenty-three (23) .40 S&W caliber discharged cartridge casings mentioned in items 4-31, 4-32, 4-33, 4-34, 4-35, 4-36, 4-37, 4-38, 4-39, 4-40, 4-41, 4-42, 4-43, 4-44, 4-45, 4-46, 4-47, 4-48, 4-49, 4-50, 4-51, 4-52 and 4-53 were all fired by item 11-37 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number FLY999.

K/The Twenty-four (24) .40 S&W caliber discharged cartridge casings mentioned in items 5-1, 5-4, 5-6, 5-7, 5-8, 5-25, 5-26, 5-27, 5-28, 5-29, 5-30, 5-31, 5-32, 5-33, 5-34, 5-35, 5-36, 5-37, 5-38, 5-39, 5-40, 5-43, 5-63, and 5-78 were all fired by item 11-26 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number FLY946.

L/The twelve (12) .40 S&W caliber discharged cartridge casings mentioned in items 5-2, 5-3, 5-9, 5-51, 5-52, 5-56, 5-57, 5-65, 5-70, 5-72, 5-73 and 5-74 were all fired by item 11-21 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number FLY993.

M/The twenty-four (24) .40 S&W caliber discharged cartridge casings mentioned in items 5-20, 5-21, 5-44, 5-45, 5-46, 5-47, 5-48, 5-49, 5-50, 5-53, 5-54, 5-55, 5-58, 5-59, 5-60, 5-61, 5-62, 5-64, 5-66, 5-68, 5-75, 5-76, 5-77 and 5-79 were all fired by item 11-42 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number FLY982.

N/The eleven (11) .45 auto caliber discharged cartridge casings mentioned in items 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-10, 6-11, 6-12, 6-13, and 6-17 were all fired by item 11-80 .45 auto caliber Smith & Wesson model M&P45 semi-automatic pistol, serial number DWL7660.

O/The two .40 S&W caliber discharged cartridge casings mentioned in items 6-21 and 6-22were both fired by item 11-29 .40 S&W caliber Glock model 22 semi-automatic pistol, serial number 1ELZ048US.

P/The three (3) .40 S&W caliber discharged cartridge casings mentioned in items 6-20, 6-23 and 6-24 were all fired by item 11-65 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number CTF816US.

Q/The two .40 S&W caliber discharged cartridge casings mentioned in items 6-30 and 6-31 were both fired by item 11-71 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number CTE001US.

R/The Five (5) .40 S&W caliber discharged cartridge casings mentioned in items 7-1, 7-2, 7-3, 7-4 and 7-5 were all fired by item 11-16 .40 S&W caliber Sig Sauer model P226 semi-automatic pistol, serial number AL42766.

S/The eleven (11) .40 S&W caliber discharged cartridge casings mentioned in items 8-5, 8-6, 8-9,8-10, 8-11, 8-12, 8-13, 8-14, 8-15, 8-16, and 8-17 were all fired by item 11-44 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number FLY920.

T/The two (2) .40 S&W caliber discharged cartridge casings mentioned in items 8-7, and 8-8 were both fired by item 11-26 .40 S&W caliber Glock model 23 semi-automatic pistol, serial number FLY946.

U/The .45 auto caliber discharged cartridge casing mentioned in item 9-1 was fired by an unknown weapon capable of chambering .45 auto caliber ammunition.

V/The sixteen (16) 5.56mm caliber discharged cartridge casings mentioned in item 9-2, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, 9-12, 9-13, 9-14, 9-15, 9-16, and 9-17 were all fired by item 11-1 5.56MM caliber Smith & Wesson model M&P 15 rifle serial number 27767.

W/The copper jacket fragment and copper jacketed lead spent projectile mentioned in item 3-1 and 3-2 have similar class characteristics , but due to damage to the bearing surfaces of the projectiles there is insufficient correlation of individual markings and therefore my findings are inconclusive.

X/The sixteen (16)copper jacketed lead spent projectiles and fragments mentioned in items 4-112, 4-113, 4-115, 4-116, 4-117, 4-118, 4-119, 4-120, 4-121, 4-124, 4-126, 4-127, 4-128, 4-132, 4-133, 134 and 4-134.1 have similar class characteristics to the test fires from .40 caliber weapons with polygonal rifling, but due to damage to the bearing surfaces of the projectiles/fragments there is insufficient correlation of individual markings and therefore my findings are inconclusive.

Y/The copper jacketed lead spent projectiles mentioned in items 4-109, 4-122, and 4-125 were all fired by item 4-1 9MM Luger caliber Ruger model P95 semi-automatic pistol, serial number obliterated.

Z/The copper jacketed lead spent projectile mentioned it item 5-82 has similar class characteristics to the test fires but due to damage to the bearing surfaces of the projectiles there is insufficient correlation of individual markings and therefore my findings are inconclusive.

AA/The copper jacketed lead spent projectiles mentioned in items 5-80, 5-81 and 6-2 were all fired by item 4-1 9MM Luger caliber Ruger model P95 semi-automatic pistil, serial number obliterated.

AB/The copper jacketed lead spent projectile mentioned in item 6-1 was fired by item 11-80 .45 auto caliber Smith & Wesson model M&P 45 semi-automatic pistol, serial number DWL7660.

AC/The copper jacketed lead spent projectiles mentioned in item 6-34 were both fired by item 11-6 .45 auto caliber Smith & Wesson model M&P 45 semi-automatic pistol, serial number DWU6060.

AD/The thirteen (13) copper jacketed lead spent projectiles and fragments mentioned in items 6-14, 6-15, 6-16, 6-18, 6-19, 6-25, 6-26, 6-27, 6-28, 6-29, 6-32, 6-33, and 8-18 have similar class characteristics to the test fires, but due to damage to the bearing surfaces of the projectiles/fragments there is insufficient correlation of individual markings and therefore my findings are inconclusive.

AC/The copper jacketed lead spent projectile mention in item 9-18 has similar class characteristics to test fired by items 11-6 and 11-80 but due to damage to the bearing surface of the projectile there is insufficient correlation of individual markings and therefore my findings are inconclusive.

AD/The copper jacketed lead spent projectiles and fragments mentioned in items 10-1, 10-2, 10-3, 10-4, 10-5, and 10-6 have similar class characteristics to the test fires, but due to damage to the bearing surfaces of the projectiles/fragments there is insufficient correlation of individual markings and therefore my findings are inconclusive.

AE/ The copper jacketed lead spent projectile mentioned it item 57-1 has similar class characteristics to the test fires but due to damage to the bearing surfaces of the projectiles there is insufficient correlation of individual markings and therefore my findings are inconclusive.

AF/The thirty-two copper jacketed lead spent projectiles and fragments mentioned in items 60-1 thru 60-32 have similar class characteristics to the test fires, but due to damage to the bearing surfaces of the projectiles/fragments there is insufficient correlation of individual markings and therefore my findings are inconclusive.

AG/The four (4) copper jacketed lead spent projectiles and projectile fragments mention in items 61-1, 61-2, 61-4 and 61-6 have similar class characteristics to the test fires, but due to damage to the bearing surfaces of the projectiles/fragments there is insufficient correlation of individual markings and therefore my findings are inconclusive.

AH/The copper jacketed lead spent projectile mentioned in item 61-3 and the spent copper jacket mentioned in item 61-5 were both fired by item 4-1 9MM Luger caliber Ruger model P95 semi-automatic pistol, serial number obliterated.

No further examination will be conducted unless requested

Respectfully Submitted

Lieutenant David M. Cahill
Massachusetts State Police
Firearms Identification Section
david.cahill@pol.state.ma.us

This report reflects the test results, conclusions, interpretations and/or the findings of the analyst as indicated by the signature above.

cc: Trooper Michael Cashman
MSP Middlesex County Detective Unit