UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.           ) | Crim No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV,   ) | **FILED UNDER SEAL** |
| Defendant       ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBITS TO ITS OPPOSITION TO DEFENDANT'S MOTION TO COMPEL COMPLIANCE UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file exhibits to its opposition to defendant's motion to compel the government's compliance with its expert discovery obligations under seal. As grounds for this motion, the government states that the exhibits are reports and supporting documents relating to items of evidence that may never be offered at trial and thus never become part of the public record.

A copy of the exhibits the government seeks leave to file under seal are attached to this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARY
NADINE PELLEGRINI
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that this document will be sent via electronic mail to Judy Clarke, Esq., counsel for Dzhokhar Tsarnaev, on August 8, 2014.

*/s/ William D. Weinreb*
WILLIAM D. WEINREB