

# FEDERAL BUREAU OF INVESTIGATION
# LATENT PRINT OPERATIONS UNIT
# LABORATORY CASE NOTES



Processing

Examiner's Initials: MAP  KEE  BAM  AMP

| Item | Description | VIS | LAS | UV | SGF VIS | SGF RUVIS | RAM LAS | RAM UV | RAM CS | Powder Color | Powder VIS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Non-Porous Processing** | | | | | | |
| Q575 | Transmitter | 4/21/13 BTJ Photo #1 | 4/21/13 BTJ NL | 4/21/13 BTJ NL | 4/21/13 BTJ Photo #2 | 4/21/13 BTJ Photo #2 | 4/21/13 BTJ NALV | 4/21/13 BTJ Photo #3 | 4/21/13 BTJ NALV | WHITE | 4/21/13 BTJ NALV |
| Q575 | 8 batteries and wires | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | 4/21/13 BTJ NLV | WHITE | 4/21/13 BTJ NLV |
| Q576 | Pressure cooker pot (w/ 1 piece of rubber; 2 pieces of metal; 8 pieces of plastic) | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | GREY BLACK | 4/24/13 KEE NL |
| Q577 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q578 | Black plastic | 4/21/13 BTJ NL | 4/21/13 BTJ NL | 4/21/13 BTJ NL | 4/18/13 BTJ NL | 4/18/13 BTJ NL | 4/18/13 BTJ NL | 4/18/13 BTJ NL | 4/18/13 BTJ NL | WHITE | 4/18/13 BTJ NL |
| Q579 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q580 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q581 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q582[1] | Wire, Switch, Snap connector | 4/21/13 BTJ NL | 4/21/13 BTJ NL | 4/21/13 BTJ NL | 5/28/13 NMB NLV | 5/28/13 NMB NLV | 5/28/13 NMB NLV | 5/28/13 NMB NLV | 5/28/13 NMB NLV | BLACK and WHITE | 5/28/13 NMB NLV |
| Q583 | 2 pieces of metal pipe (1 elbow joint) | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/31/13 NMB NL | 5/31/13 NMB NL | 5/31/13 NMB NL | BLACK | 6/1/13 NMB NL |
| Q584 | 2 pieces of metal pipe | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NI | 5/31/13 NMB NL | 5/31/13 NMB NL | 5/31/13 NMB NL | BLACK | 6/1/13 NMB NL |
| Q586 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q587 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |



# FEDERAL BUREAU OF INVESTIGATION
## LATENT PRINT OPERATIONS UNIT
## LABORATORY CASE NOTES

Examiner's Initials: KEE  JS E-St  dw  AMP

### Non-Porous Processing

| Item | Description | VIS | LAS | UV | SGF VIS | SGF RUVIS | RAM LAS | RAM UV | RAM CS | Powder Color | Powder VIS |
|------|-------------|-----|-----|-----|---------|-----------|---------|--------|--------|--------------|-----|
| Q588 | Pressure cooker lid | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE NL | 4/24/13 KEE Photo #4 | 4/24/13 KEE NALV | 4/24/13 KEE NALV | 4/24/13 KEE Photo #5 | 4/24/13 KEE NALV | BLACK | 4/24/13 KEE NALV |
| Q589.2 | diploma folder | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/25/13 KK NL | 4/25/13 KK NL | 4/25/13 KK NL | Inner- MBP Outer- WHP | 4/25/13 KK NLV NL |
| Q593 | Energizer 9V battery | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NLV | 4/24/13 EJG NLV | 4/24/13 EJG NLV | 4/24/13 EJG NLV | 4/24/13 EJG NLV | BLACK | 4/25/13 EJG NLV |
| Q599 | black plastic piece | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | WHITE | 4/25/13 EJG NL |
| Q600 | Zippo lighter | 4/24/13 EJG NLV | 4/24/13 EJG Photo #6 | 4/24/13 EJG NL | 4/25/13 EJG Photo #7 | 4/25/13 EJG Photo #7 | 4/29/13 EJG Photo #8 | 4/29/13 EJG Photo #8 | 4/29/13 EJG NALV | BLACK | 5/1/13 EJG NALV |
| Q600.1 | Orange plastic lighter | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NLV | 4/24/13 EJG NLV | 4/24/13 EJG NLV | 4/24/13 EJG NLV | 4/24/13 EJG NLV | BLACK | 4/25/13 EJG NLV |
| Q601 | white lighter | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | BLACK | 4/25/13 EJG NL |
| Q602 | grey metal piece | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | BLACK | 4/25/13 EJG NL |
| Q607 | yellow wire | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | BLACK | 4/25/13 EJG NL |
| Q608 | piece of green wire | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | BLACK | 4/25/13 EJG NL |
| Q609 | 3 metal fragments | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE BLACK | 4/30/13 AMP NL |
| Q610 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q611 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP · NL | WHITE | 4/30/13 AMP NL |
| Q613 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q614 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |

LABORATORY # : 130420100
EXAMINER : Graff
PAGE ___2___ OF _____:



# FEDERAL BUREAU OF INVESTIGATION
## LATENT PRINT OPERATIONS UNIT
## LABORATORY CASE NOTES

Examiner's Initials: 𝓂𝓂ℬ ℬℐℊ 𝒜𝓂ℱ

## Non-Porous Processing

| Item | Description | VIS | LAS | UV | SGF | | RAM | | | Powder | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | VIS | RUVIS | LAS | UV | CS | Color | VIS |
| Q620 | 4 pieces hard, black plastic and 1 piece metal (remaining debris not suitable for processing) | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/31/13 NMB NL | 5/31/13 NMB NL | 5/31/13 NMB NL | BLACK and WHITE | 6/1/13 NMB NL |
| Q622 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q623 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q629 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q630 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q631 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q634 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q635 | BBs | not suitable - too small for processing | | | | | | | | | |
| Q645 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q648 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q649 | black plastic piece | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | WHITE | 4/25/13 EJG NL |
| Q651 | piece of bubble wrap | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | BLACK | 4/25/13 EJG NL |
| Q653 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |
| Q654 | black piece of plastic | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | WHITE | 4/25/13 EJG NL |
| Q655 | Metal fragment | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |



# FEDERAL BUREAU OF INVESTIGATION
## LATENT PRINT OPERATIONS UNIT
## LABORATORY CASE NOTES

Examiner's Initials: EJG  AMP

### Non-Porous Processing

| Item | Description | VIS | LAS | UV | SGF | | RAM | | | Powder | |
| | | | | | VIS | RUVIS | LAS | UV | CS | Color | VIS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q657 | gray plastic piece | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | BLACK | 4/25/13 EJG NL |
| Q658 | 2 pieces of black plastic | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | WHITE | 4/25/13 EJG NL |
| Q659 | black plastic piece | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | WHITE | 4/25/13 EJG NL |
| Q660 | black plastic piece | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | 4/24/13 EJG NL | WHITE | 4/25/13 EJG NL |
| Q663 | 2 Metal fragments | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | 4/30/13 AMP NL | WHITE | 4/30/13 AMP NL |

[1] VIS, LAS, UV exams conducted in EU (no COC needed)

Examiner's Initials: AV

### Semi-Porous Processing

| Item | Description | VIS | LAS/UV | RUVIS | SGF | | MBP | DFO | | NIN | RAM | PDV |
| | | | | | VIS | RUVIS | | VIS | LAS | | LAS/CS/UV | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q589 | Photo portion of document beginning "No. 37" | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/25/13 KK NL | 4/25/13 KK NLV | 4/25/13 KK Photo #9 | 4/26/13 KK Photo #10 | 4/29/13 KK NALV | 4/29/13 KK NALV |
| Q589.6[1] | Pulsar instruction manual covers | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NLV | 4/24/13 KK NLV | 4/25/13 KK NLV | 4/25/13 KK NLV | 4/25/13 KK Photo #11 | 4/26/13 KK NALV | 4/26/13 KK NALV | 4/29/13 KK NALV |

[1] Only outer covers were examined SGF, RUVIS, MBP, and RAM



# FEDERAL BUREAU OF INVESTIGATION
## LATENT PRINT OPERATIONS UNIT
## LABORATORY CASE NOTES

Examiner's Initials: ᛕᵧ

## Porous Processing

| Item | Description | VIS | LAS | UV | DFO VIS | DFO LAS | NIN | PDV |
|------|-------------|-----|-----|-----|---------|---------|-----|-----|
| Q589.1 | Diploma | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/25/13 KK Photo #12 | 4/29/13 KK NALV |
| Q589.3 | document beginning" Quick Enroll" | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK Photo #13 | 4/26/13 KK NALV | 4/29/13 KK NALV |
| Q589.4 | document beginning " MK 103" | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK Photo #13 | 4/26/13 KK NALV | 4/29/13 KK NALV |
| Q589.5 | document beginning "Phone (617)349-6630" | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK Photo #13 | 4/26/13 KK NALV | 4/29/13 KK NALV |
| Q589.7[1] | pg. 85 in Q589.6 Pulsar instruction manual | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/25/13 KK NLV | 4/25/13 KK Photo #11 | 4/26/13 KK NALV | 4/29/13 KK NALV |
| Q606 | paper (contains ball bearings) | not suitable - too fragile and small | | | | | | |
| Q615 | cardboard | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NLV | 4/25/13 KK NLV | Not conducive |
| Q616 | cardboard | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NLV | 4/25/13 KK NLV | Not conducive |
| Q636 | cardboard | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NL | 4/24/13 KK NLV | 4/25/13 KK NLV | Not conducive |

[1] Pg 85 and pg 86 are front and back of single page



# FEDERAL BUREAU OF INVESTIGATION
# LATENT PRINT OPERATIONS UNIT
# LABORATORY CASE NOTES

Examiner's Initials: nmb KEE

## Non-Porous Tape Processing

| Item | Description | VIS | LAS/UV | SGF | | AGP | RAM | | | Powder | |
| | | | | VIS | RUVIS | | LAS | CS | UV | Color | VIS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q575.1[2] | 9 pieces of black tape | 4/21/13 KEE NLV | 4/21/13 KEE NL | 4/21/13 KEE NLV | 4/21/13 KEE NLV | 4/21/13 KEE NL | 4/21/13 KEE NL | 4/21/13 KEE NL | 4/21/13 KEE NLV | gray | 4/21/13 KEE NLV |
| Q582.1[2] | 6 pieces of black tape | 4/21/13 KEE NLV | 4/21/13 KEE NL | 4/21/13 KEE NLV | 4/21/13 KEE NLV | 4/21/13 KEE NL | 4/21/13 KEE NL | 4/21/13 KEE NLV | 4/21/13 KEE NLV | gray | 4/21/13 KEE NLV |
| Q583.1 | 5 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q584.2 | 3 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q604 | 18 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB Photo #14 | 6/9/13 NMB NALV | 6/9/13 NMB NALV | 6/9/13 NMB NALV | white | 6/9/13 NMB NALV |
| Q612.1 | 1 piece of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q641.1 | 4 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q643[1] | 7 pieces of black tape | 5/30/13 NMB NL | 5/30/13 NMB NL | 5/30/13 NMB NLV | 5/30/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | 5/31/13 NMB NLV | white | 6/1/13 NMB NLV |
| Q647 | 5 pieces black tape | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | white | 5/28/13 NMB NL |
| Q656 | 2 pieces black tape | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | 5/28/13 NMB NL | white | 5/28/13 NMB NL |

[1] Started as 6 pieces, but one tore during adhesive-side processing, so became 7 pieces

[2] Processed while in the presence of BTJ, no transfer on COC needed



























Wellesley

01/22/2008 - 05/

Enrolled

ding Option   Grade   Units   Status

TAMERLAN
TSARNAEV, FBI #
452182ED3

Nicole C. Carver 5/1/13



Enrolled

01/22/2008 - 05/

din  Option   Grade   Units   Status

Tamerlan Tsarnaev, FBI #   452152ED3
2.05 verified 5/2/13
Tsarn. Heb.

8







TAMERLAN TSARNAEV,
FBI# 462192ED3
Nicole C. Cover 5/1/13



Tamerlan Tsarnaev, FBI# 452152ED3
1 ⊗ verified 5/4/13
EQinor c Kiph.

































Tamerlan Tsarnaev, FBI # 452152603
1 ø verified 5/6/13
Elena Gub











