# Massachusetts State Police Crime Scene Services Section
# Evidence Examination / Latent Print Development Worksheet

LIMS #: _13-8140_  Town: _WATERTOWN_  Examiner: _Moynihan_  Start/Finish Date(s): _04/20/13 + 04/20/13_

N/A  **Container Letter:** ___  **Outer Packaging:** ☐ Paper Bag  ☐ Box  ☐ Plastic Bag  ☐ Envelope  ☐ Other ___

**Seal Condition:** ☐ Sealed & Marked   ☐ Sealed & Unmarked   ☐ Unsealed   ☒ At Scene

**Exam Location:** ☐ BOS  ☐ BOU  ☐ DAN  ☐ DEV  ☐ LAK  ☐ SPR  ☒ SUD  ☐ Other ___

**Item #:** _13-1_  **Description:** _MERCEDES BLACK  MA REG 137NZ1_

N/A  **Contained in:** ☐ Same as Outer  ☐ Paper Bag  ☐ Box  ☐ Plastic Bag  ☐ Envelope  ☐ Other ___

N/A  **Packaging Markings:** ☐ LIMS Label  ☐ Other ___

☒ Item Photographed   ☒ Visual Examination   ☐ Previously Processed

| Method of Enhancement & Lot #/Information: ☒ FUMING TENT | Test Print (✓ if OK) |
|---|---|
| ☒ **CAE (Superglue)** Lot# _SCAE-01_  Exp _06-18-16_  ☐ Tank  ☐ Vacuum Chamber | ✓ |
| ☒ **Powder** Lot# _FP-WS_ ☒ White  ☐ Black  ☐ MagBlack  ☐ MagSilv  ☐ Fluor  ☐ Other | ✓ |
| ☐ **Powder** Lot# ___  ☐ White  ☐ Black  ☐ MagBlack  ☐ MagSilv  ☐ Fluor  ☐ Other | |
| ☒ **Dye** Lot# _SBY-02_  Exp _06-18-13_  ☒ Basic Yellow  ☐ Other | ✓ |
| ☐ **DFO** Lot# ___  Exp ___ | |
| ☐ **Gentian Violet** Lot# ___  Exp ___ | |
| ☐ **Ninhydrin** Lot# ___  Exp ___  ☐ Spray  ☐ Liquid/Dip  ☐ Thermal | |
| ☐ **Hungarian Red** Lot# ___  Exp ___ | |
| ☐ **LCV** Lot# ___  Exp ___ | |
| ☐ **Other** ___  Lot# ___  Exp ___ | |
| ☐ Laser  ☒ ALS (wavelength(s))  _455 - 475 - CRIME SCENE_ | N/A |

# of SQQ* Prints _numerous_      # of SQQ* Prints Photographed _numerous_

☒ LQQ* Prints Present    ☐ NRD* Present    Verified _CM 4/20/13_

Recorded: ☒ Digital  ☐ Laboratory System  ☐ Scanner  ☐ Other ___

Lighting: ☒ Direct  ☒ Oblique  ☐ Other ___

Lifts: ☒ Transparent  ☐ Gel Lift  ☐ Mikrosil ___  ☐ Other ___

Sketches, Notes, and Information: SEE OTHER PROCESSING SHEETS AND NOTES

| Item # | Description | Location Recovered |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

* NRD = No Ridge Detail
* LQQ = Lacks Quality and Quantity
* SQQ = Sufficient Quality and Quantity




## Forensic Services Vehicle Examination Form

PfM #3034
13-8140

Section: CSSS-SUDBURY

Page 1 of 2

| Case #: | 13-08140 | Date: | 4/20/13 |
|---|---|---|---|
| Location: | Watertown PD-Garage | Examiner: | Tpr Patrick Moynihan #3034 |
| SPDU Case #: | | Invest Officer: | |
| Suspects: | | Victims: | |

| Make: | Mercedes | Model: | SL350 |
|---|---|---|---|
| Reg: | MA - 137 NZ1 | Color: | Black |
| VIN: | 4JGDA5HB1DA193885 | Owner (if known): | |



SBY 02  Y011/415/455
Exp. 6/18/13 TestV

Gas Tank
Door -

LP#44 INSIDE Door HANDLE    LP #24 ON B PILLAR INSIDE
LP#42 INTERIOR DASH PASS

CAE LOT #: SCAE-01
Exp date: 6-18-16
Fume Start - 1000 hrs.
TestV
LP5
LP6

LP3
LP#28
LP23 - DOOR JAM INSIDE  LP4
LP25
LP26
LP27
white pwdr
LP#29 INSIDE DOOR JAM
LP#48 INSIDE DOOR HANDLE
MIRROR IMAGE
LP#38 INTERIOR DRIVERS
LP#34 DOOR
LP30
LP31
LP32
LP33
LP34
LP35
LP36
LP37 INSIDE DOOR JAM DRIVERS
Whitepowder Lot # SFP-WS

LP#40 INSIDE WINDOW
LP#41 INSIDE REAR DOOR

LP10
LP11
LP12
LP13
LP14
LP15
LP16

LP22 - white pwdr
BRAKE YELLOW USED DOC BUT NOT LIFTED.

* LP17-23 = White Pwdr.
* LP1-16 = SuperGlue (CAE)

- Latent Print #'s in sequence the way they were found



# Massachusetts State Police – CSSS    LATENT PRINT RECOVERY LOG

Laboratory:
Crime Scene Services Section - SUDBURY

Case Number:
LIMS # 13 - 08140

CSSS Officer: Tpr Patrick Musquiven #3084

Signature of CSSS Officer:

Page: 1 of 1    Date: 4-20-13

Location: Watertown PD - Garage

Comments:

| LATENT NO. | PHOTO | SOURCE | LIFTED | LIFTED BY | ADDITIONAL COMMENTS/ASSISTED BY |
|---|---|---|---|---|---|
| -1- | ☑ | Latent Print - Rear Inner Right Corner - Tail Gate | ☐ | | |
| -2- | ☑ | Latent Print - " | ☐ | | |
| -3- | ☑ | Latent Print - Gas Tank Door Pass side rear Quarter | ☐ | | |
| -4- | ☑ | Latent Print - Pass side rear Door Left of Door Handle | ☐ | | |
| -5- | ☑ | Latent Print - Pass side Front Quarter Above wheel well | ☐ | | |
| -6- | ☑ | Latent Print - Pass side Front Quarter above wheel well | ☐ | | |
| -7- | ☑ | Latent Print - Front Hood - Left Most | ☐ | | |
| -8- | ☑ | Latent Print - Front Hood - Middle | ☐ | | |
| -9- | ☑ | Latent Print - Front Hood - Right | ☐ | | |
| -10- | ☑ | Latent Print - Drivers side Door Base of window pillar | ☐ | | |
| -11- | ☑ | Latent Print - Drivers side Door Right upper Door Handle | ☐ | | |
| -12- | ☑ | Latent Print - Drivers side Door - Right - Door Handle | ☐ | | |

COPY

Massachusetts State Police Forensic Services Group
CSSS Latent Print Recovery Log Page 1
Issued By: Section Commander
Issued Date: May 10, 2012

Page 1 of 1

# Massachusetts State Police – CSSS — LATENT PRINT RECOVERY LOG

**Laboratory:**
**Crime Scene Services Section -** SUDBURY

**CSSS Officer:** Tpr. Patrick McGurkhern #3034

**Signature of CSSS Officer:**

**Location:** Watertown PD - Garage

**Case Number:**
LIMS # 13 - 0846

**Comments:**

**Page:** 2 of
**Date:** 4-20-13

| LATENT NO. | PHOTO | SOURCE | LIFTED | LIFTED BY | ADDITIONAL COMMENTS/ASSISTED BY |
|---|---|---|---|---|---|
| -13 | ☑ | Latent Print - Drivers Side Door - Front Right of Door Handle | ☐ | | |
| -14 | ☑ | Latent Print - Drivers Side Door - Front Right of Door Handle | ☐ | | |
| -15 | ☑ | Latent Print - Drivers Side Door Front Right of Door Handle | ☐ | | |
| -16 | ☑ | Latent Print - Drivers Side Door Front Right of Door Handle | ☐ | | |
| -17 | ☑ | Latent Print - Front Hood-passenger side Left Corner | ☐ | | |
| -18 | ☑ | Latent Print - Pass Side Front Headlight | ☐ | | |
| -19 | ☑ | Latent Print - Front Hood - Drivers Side Front Corner | ☐ | | |
| -20 | ☑ | Latent Print - Front Hood - Drivers Side Front Corner | ☐ | | |
| -21 | ☑ | Latent Print - Front Hood Pass-side Left Corner | ☐ | | |
| -22 | ☑ | Latent Print - Drivers Side Door Front Right of Door Handle | ☐ | | |
| -23 | ☑ | Latent Print - Gas Tank Door Left of LP3 | ☐ | | |
| | ☐ | | ☐ | | |

COPY

Massachusetts State Police Forensic Services Group
CSSS Latent Print Recovery Log Page 1
Issued By: Section Commander
Issued Date: May 10, 2012

Page 1 of 1

## Massachusetts State Police
## Crime Scene Services Section-Sudbury

### Field Notes:

LIMS: 13-8140                Case Officer: MOYNIHAN

Date: 04/20/13

Time: 0900 HRS.

Location: WATERTOWN - POLICE DEPARTMENT GARAGE

Agency: Tpr MICHAEL CASHMAN
Investigating
Officer: MIDDLESEX-SPOU

Victim(s): 1. PO DONOHUE       DOB: _____
            MENG, DUN

Suspects 2. TSARNAEV, TAMERLAN DOB: _____
            TSARNAEV, DZHOKHAR

Additional Info:

PROCESSED THE BLACK MERCEDES AND THE GREEN-GRAY HONDA IN THE GARAGE OF WATERTOWN POLICE DEPARTMENT

COPY

# Massachusetts State Police Crime Scene Services Section

## Friction Ridge ACE-V Examination Worksheet     Page  1  of  9

LIMS #: 13-08140  Town: Watertown    Examiner: MOYNIHAN    Start Date: 4/21/13

Seal Condition: ☐ Sealed & Marked   ☐ Sealed & Unmarked   ☐ Unsealed   ☒ From MSP Evidence Exam

Packaging Information: _____

Exam Location: ☐ BOS  ☐ BOU  ☐ DAN  ☐ DEV  ☐ LAK  ☐ SPR  ☒ SUD  ☐ Other ____

LQQ* Prints Found (not itemized) (Y/N)  Y     Friction Ridges: ☒ Latent  ☐ 10 print  ☐ OCME  ☐ CODIS

### Friction Ridge Item #s

| | | Item #s → | 13-1.1 | 13-1.2 | 13-1.3 | 13-1.4 | 13-1.5 | 13-1.6 | 13-1.7 | 13-1.8 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Known Prints** | | End Date of Exam | 04/22/13 | 04/22/13 | 04/22/13 | 04/22/13 | 04/29/13 | 04/29/13 | 04/29/13 | 04/29/13 |
| | | Analysis | SQQ | SQQ | | | | | | → PFM#3, 05/01/13 |
| | | Photos | D/LS | | | | | | | → |
| | | AFIS | N | | | | | | | → |
| | | IAFIS | N | | | | | | | → |
| Item # | 15-1 | Evaluation | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Name | Tamerlan Tsarnaev | Digit | | | | | | | | |
| Type | ☐ V  ☒ S  ☐ O  ☐ 10 print  ☐ palm  ☒ major | Verify 1 & date | | | | | | | | |
| | | Verify 2 & date | | | | | | | | |
| Item # | 34-1 | Evaluation | ∅ | ∅ | ∅ | ∅ | E | E | E | E |
| Name | Dzhokhar Tsarnaev | Digit | 8 | 7 JCMF 4/11/13 | 2 | 7 | | | | |
| Type | ☐ V  ☒ S  ☐ O  ☒ 10 print  ☐ palm  ☐ major | Verify 1 & date | 4-22-13 CMD | CD3423 4/22/13 | DVM 4-22-13 | CD3423 4/22/13 | | | | |
| | | Verify 2 & date | JUT6 4-22-13 | CMF 4/22/13 | OK 4/21/13 | CMF 4/22/13 | | | | |
| Item # | 35-1 | Evaluation | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Name | Don meng | Digit | | | | | | | | |
| Type | ☒ V  ☐ S  ☐ O  ☐ 10 print  ☐ palm  ☒ major | Verify 1 & date | | | | | | | | |
| | | Verify 2 & date | | | | | | | | |
| Item # | . | Evaluation | | | | | | | | |
| Name | | Digit | | | | | | | | |
| Type | ☐ V  ☐ S  ☐ O  ☐ 10 print  ☐ palm  ☐ major | Verify 1 & date | | | | | | | | |
| | | Verify 2 & date | | | | | | | | |

**KEY:**
**TYPE**        V = Victim            S = Suspect             O = Other
**ANALYSIS**    SQQ = Sufficient Quality and Quantity        LQQ = Lack Sufficient Quality and Quantity
**PHOTOS**      LS = Laboratory System     D = Digital     S = Scanner     O = Other
**EVALUATION**  ∅ = Individualization     √ = Exclusion     I = Inconclusive     E = Exemplars Incomplete
**DIGIT**       1=R thumb  2=R index  3=R middle  4=R ring  5=R little  RP=R palm  6=L thumb  7=L index  8=L middle  9=L ring  10=L little  LP=L palm
**AFIS**        Y (Yes) and/or AFIS #        N = No
**IAFIS**       Y (Yes) and/or AFIS #        N = No

PFM#3034    COPY
PSM#384  05-01-13

Massachusetts State Police Forensic Services Group
CSSS Friction Ridge ACE-V Examination Worksheet, v.3.0
Issued By: Section Commander
Issue Date: May 10, 2012

FSS-CSSS-F002-V.3.0-1

Page 1 of 1









A - LEFT SLANT LOOP
- MOST OF THE CORE IS GONE - POSS SOME MOVEMENT
- VERY CLEAR DETAIL LEFT OF DELTA - ENDING, BIFURCATION, TO ENDING
- VERY DISTINCT BIFURCATION ABOVE CORE WITH ENDING MOVEMLEFT GOOD L1, L2

C - COMPARED TO THE KNOWN #8 LEFT MIDDLE FINGER OF TSARNAEV, DZHOKHAR, BECAUSE OF SIMILARITIES IN RIDGE FLOW AND MINUTIAE.

E - ∅ TO ITEM 34-1 THE KNOWN #8 LEFT MIDDLE FINGER OF TSARNAEV DZHOKHAR PFM #305 04/22/13



CSSS - Sudbury (301)
13-08140  Watertown    PFM
I# 13-1.1 / Dept.: 110
Latent Print -
Questioned latent impression marked LP #1 was

MOVEMENT



Pfm # 3034   04/22/13
Ø TO ITEM 13-1.1



The known #8 left middle finger of Tsarnaev, Dzhokhar
04/21/13



13-08140 Watertown
I# 34-1 / Dept.: 110
Known Fingerprint Card - Tsarnaev, Dzhokhar - Copy
CSS2 - Devens (304)



```
CSSS - Devens (304)
13-08140   Watertown
I# 34-1 / Dept.: 110
Known Fingerprint Card -      PFM
Tsarnaev, Dzhokhar - Copy
```

The known #8 left middle finger of Tsarnaev, Dzhokhar 04/21/13



Ø ICAG to 13-1-1
4-22-13

A - LEFT SLANT LOOP
- MOST OF THE CORE IS GONE - POSS SOME MOVEMENT
- VERY CLEAR DETAIL LEFT OF DELTA - ENDING, BIFURCATION, TO ENDING
- VERY DISTINCT BIFURCATION ABOVE CORE WITH ENDING MOVING LEFT GOOD L1, L2

C - COMPARED TO THE KNOWN #8 LEFT MIDDLE FINGER OF TSARNAEV, DZHOKHAR, BECAUSE OF SIMILARITIES IN RIDGE FLOW AND HZWATIAE.

E - ∅ TO ITEM 34-1 THE KNOWN #8 LEFT MIDDLE FINGER OF TSARNAEV DZHOKHAR PFM #305
04/22/13



CSSS - Sudbury (301)
13-08140   Watertown   PFM
I# 13-1.1 / Dept.: 110
Latent Print -
Questioned latent impression marked LP #1 was

MOVEMENT



☒ TO ITEM 13-1.1
Ptm #3034  04/22/13



The known #8 left middle finger of Tsarnaev, Dzhokhar
04/21/13



CSS5 - Devens (304)
13-08140 Watertown
I# 34-1 / Dept.: 110
Known Fingerprint Card - Copy
Tsarnaev, Dzhokhar - Copy

CSSS - Sudbury (301)
13-08140  Watertown ℛℱℳ
I# 13-1.1 / Dept.: 110
Latent Print -
Questioned latent impression marked LP #1 was

13-1.1

L. Middle
Dzhokar TSARNAEV
(md) 4-21-13



The known #8 left middle finger of Tsarnaev, Dzhokhar
04/21/13

X-tra



13-1.1

13-08140 DFM