05/01/2013 14:10 FAX 9784513481 ☒002/003



**DEVAL L. PATRICK**
*GOVERNOR*

**TIMOTHY P. MURRAY**
*LIEUTENANT GOVERNOR*

**ANDREA J. CABRAL**
*SECRETARY*

**COLONEL TIMOTHY P. ALBEN**
*SUPERINTENDENT*

*The Commonwealth of Massachusetts*
*Department of State Police*

*Firearms Identification Section – Maynard*
*124 Acton Street*
*Maynard, Massachusetts 01754*
*Telephone (978) 451-3480 Facsimile (978) 451-3481*

## FIREARMS IDENTIFICATION SECTION REPORT

| Case Number: | 13-08091 | Date: | April 24, 2013 |
|---|---|---|---|
| Agency: | MSP Middlesex County Detective Unit | Agency Case Number: | 2013-110-0147 |
| Defendant or Suspect: | Dzhokhar Tsarnaev; Tamerlan Atzorovic Tsarnaev | Case Type: | Fatal Shooting |
| Victim(s): | Sean Collier | Date of Incident: | 4/18/2013 |

On April 19, 2013, Lt. D M. Cahill #0697 of the SP Ballistics - Maynard delivered the following to this section for examination:

7-1   Firearm .45 AUTO caliber Smith & Wesson M&P.45 semi-automatic pistol serial number DYD2780

7-2   Ammunition One (1) .45 Auto Caliber live cartridge from Chamber of Item 7-1, caliber

7-3   Magazine(s) One (1) Magazine loaded with Ten (10) .45 Auto caliber live cartridges from Item 7-1.

7-4   Magazine(s) One (1) Magazine loaded with Ten (10) .45 Auto caliber live cartridges from duty belt.

7-5   Magazine(s) One (1) Magazine loaded with Ten (10) .45 Auto caliber live cartridges from duty belt.

7-6   Discharged Cartridge Casing(s) One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN". Recovered at the rear of MIT cruiser 285.

7-7   Discharged Cartridge Casing(s) One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN". Recovered at the rear of MIT cruiser 285.

7-8   Discharged Cartridge Casing(s) One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN". Recovered at the rear of MIT cruiser 285.

13-08091   Cambridge         Page 2 of 2         April 24, 2013

7-9   Discharged Cartridge Casing(s) One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN", recovered inside MIT Cr. 285 - front passenger seat.

7-10   Discharged Cartridge Casing(s) One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN", recovered inside MIT Cr. 285 - front drivers seat in blood.

7-11   Spent Projectile(s) One (1) copper jacketed lead spent projectile, recovered inside MIT Cr. 285 - front passenger floor.

7-12   Spent Projectile(s) One (1) copper jacketed lead spent projectile from Collier Post Mortem Examination

7-13   Spent Projectile(s) One (1) copper jacketed lead spent projectile from Collier Post Mortem Examination

7-14   Spent Projectile(s) One (1) copper jacketed lead spent projectile from Collier Post Mortem Examination

7-15   Spent Projectile(s) One (1) copper jacketed lead spent projectile recovered from under carpet in front drivers side of MIT Cruiser 285.

As the result of physical and microscopic examination of the recovered evidence against the test specimens from item 4-1 of Case # 13-08140 Item 4-1 Ruger model P95 semi-automatic pistol, serial number obliterated it is my opinion that,

A/ The 9mm Luger caliber discharged cartridge casings mentioned in items 7-6, 7-7, 7-8, 7-9 and 7-10 above were all fired by the Ruger model P95 semi-automatic pistol mentioned in item 4-1 of case # 13-08140.

B/ The copper jacketed lead spent projectiles mentioned in items 7-11, 7-12, 7-13, 7-14 and 7-15 above were all fired from the Ruger model P95 semi-automatic pistol, serial number obliterated mentioned in item 4-1 of case #13-08140.

No further examination will be conducted unless requested.

Respectfully Submitted

*[signature]*

Lieutenant David M. Cahill
Massachusetts State Police
Firearms Identification Section
david.cahill@pol.state.ma.us

This report reflects the test results, conclusions, interpretations and/or the findings of the analyst as indicated by the signature above.

cc:   Trooper Michael Cashman
      MSP Middlesex County Detective Unit