Case 1:13-cr-10200-GAO Document 466-13 Filed 08/08/14 Page 1 of 9
Case 1:13-cr-10200-GAO Document 466-3 SEALED Filed 08/08/14 Page 1 of 9

7-1 (Rev. 7-10-06)

COPY

UNCLASSIFIED



# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To: Boston
C3
Kristin Koch

Date: July 8, 2013

Case ID No.: 415M-BS-2814367

Lab No.: 130420100 AAR ABP

Reference: Communication dated April 23, 2013

Your No.:

Title: UNSUBS;
4/15/2013 Boston Marathon Bombing.
IT

Date specimens received: April 20, 2013 and April 21, 2013

The specimens listed below were received in the Latent Print Operations Unit:

Specimens from ▮

Q575       Transmitter, eight (8) batteries, and wires (1B826, E5180946)

Q575.1     Nine (9) pieces of tape from Q575 (1B826, E5180946)

Q576       Pressure cooker pot (1B827, E5180943)

Q577       Metal fragment (1B834, E5180938)

Q578       Black plastic (1B830, E5180942)

Q579       Metal fragment (1B832, E5180940)

Q580       Metal fragment (1B833, E5180939)

Q581       Metal fragment (1B829, E5180936)

Q582       Switch (1B845, E5180944)

1 – 415E-BS-2823795-CRIM

Page 1 of 9

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| Q582.1 | Tape from Q582 (1B845, E5180944) |
| Q583 | Metal end cap, metal pipe elbow with metal end cap attached, and BBs (Item #1W17, E5181155) |
| Q583.1 | Tape from Q583 (Item #1W17, E5181155) |
| Q584 | Metal end cap, metal pipe nipple with metal end cap attached, BBs, and fuse (Item #1W21, E5181159) |
| Q584.2 | Tape from Q584 (Item #1W21, E5181159) |
| Q586 | Metal fragment (1B835, E5180937) |
| Q587 | Metal fragment (1B831, E5180941) |
| Q588 | Pressure cooker pot lid (1B828, E5180945) |
| Q589 | Document beginning "No. 37..." from inside the computer bag (1B836, E5180947) |
| Q589.1 | Diploma dated June 8, 2006 from inside the computer bag (1B836, E5180947) |
| Q589.2 | Black folder from inside the computer bag (1B836, E5180947) |
| Q589.3 | Document beginning "Quick enroll..." from inside the computer bag (1B836, E5180947) |
| Q589.4 | Document beginning "MK103..." from inside the computer bag (1B836, E5180947) |
| Q589.5 | Document beginning "Phone ▮▮▮▮.." from inside the computer bag (1B836, E5180947) |
| Q589.6 | Pulsar instruction manual from inside the computer bag (1B836, E5180947) |
| Q589.7 | Page from Q589.6 (1B836, E5180947) |
| Q593 | 9V battery (Your #1W-25, E5180477) |
| Q599 | Black plastic (Your #1W-34, E5179248) |
| Q600 | Lighter (Your #1W-54, E5179268) |
| Q600.1 | Lighter (Your #1W-54, E5179268) |

130420100 AAR ABP

UNCLASSIFIED

356

UNCLASSIFIED

| | |
|---|---|
| Q601 | White lighter (Your #1W-41, E5179255) |
| Q602 | Metal (Your #1W-57, E5179271) |
| Q604 | Tape (Your #1W-46, E5179260) |
| Q606 | Paper (Your #1W-49, E5179263) |
| Q607 | Wire (Your #1W-45, E5179259) |
| Q608 | Green wire (Your #1W-33, E5179247) |
| Q609 | Metal fragments (Your #1W-31, E5179245) |
| Q610 | Metal fragment (Your #1W-30, E5179244) |
| Q611 | Metal fragment (Your #1W-32, E5179246) |
| Q612.1 | Tape from Q612 (Your #1W-29, E5179243) |
| Q613 | Metal fragment (Your #1W-27, E5179241) |
| Q614 | Metal fragment (Your #1W-39, E5179253) |
| Q615 | Cardboard (Your #1W-51, E5179265) |
| Q616 | Cardboard (Your #1W-52, E5179266) |
| Q620 | Debris (Your #1W-43, E5179257) |
| Q622 | Metal fragment (Your #1W-68, E5179282) |
| Q623 | Metal fragment (Your #1W-71, E5179285) |
| Q629 | Metal fragment (Your #1W-75, E5179289) |
| Q630 | Metal fragment (Your #1W-86, E5179312) |
| Q631 | Metal fragment (Your #1W76-, E5179290) |
| Q634 | Metal fragment (Your #1W-99, E5179301) |
| Q635 | BBs (Your #1W-72, E5179286) |

UNCLASSIFIED

Q636      Cardboard (Your #1W-78, E5179292)

Q641.1    Tape from Q641 (Your #1W-80, E5179294)

Q643      Black tape (Your #1W-97, E5179303)

Q645      Metal fragment (Your #1W-79, E5179293)

Q647      Black tape (Your #1W-102, E5179298)

Q648      Metal fragment (Your #1W-89, E5179317)

Q649      Black plastic (Your #1W-103, E5179297)

Q651      Bubble wrap (Your #1W-88, E5179316)

Q653      Metal fragment (Your #1W-77, E5179291)

Q654      Black plastic (Your #1W-84, E5179308)

Q655      Metal fragment (Your #1W-95, E5179305)

Q656      Black tape (Your #1W-101, E5179299)

Q657      Gray plastic (Your #1W-100, E5179300)

Q658      Black plastic (Your #1W-94, E5179306)

Q659      Black plastic (Your #1W-91, E5179313)

Q660      Black plastic (Your #1W-90, E5179314)

Q663      Metal fragment (Your #1W-81, E5179295)

This report documents the friction ridge print examinations conducted by Examiners Nicole C. Cover, D. J. Fife, Elaina Graff, Ashley Parish, and Michelle Reznicek. An examiner's initials appearing throughout this report indicate agreement with his or her conclusions. The signatures of the aforementioned examiners appear at the end of the report.

UNCLASSIFIED

**Results of Examinations:**

The following table lists the name and Universal Control Number (UCN) for each individual named for comparison in the captioned request, as well as the known prints available for comparison and an assigned letter designation which will be used in the Results of Comparisons table in this report:

| Name | UCN | Letter Designation | Available Knowns |
|---|---|---|---|
| TAMERLAN TSARNAEV | 452152ED3 | A | Fingerprints and palm prints |
| DZHOKHAR A. TSARNAEV | 373341VD4 | B | Fingerprints and right palm print |
| ▮ | ▮ | C | ▮ |
|  |  | D |  |
|  |  | E |  |
|  |  | F |  |
|  |  | G |  |
|  |  | H |  |

The following table contains the number of latent prints of value detected per specimen in the captioned request and the results of the latent print comparisons conducted by the corresponding examiner. No latent prints of value were detected on the specimens not listed in this table.

UNCLASSIFIED

| Results of Comparisons | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Examiner's Initials: | | | | | | | | | | |
| Specimen Number | Page Number | Fingerprint | Palm Print | Impression | Total | | Compared to | Comparisons | | Examiner |
| | | FP | PP | IMP | | | | Identification | Exclusion | |
| Q575 | -- | 3 | 0 | 0 | 3 | 3 FP | A-D | A | --- | MR |
| Q588 | -- | 1 | 0 | 0 | 1 | 1 FP | A-D | A | --- | DJF |
| Q589 | -- | 3 | 1 | 1 | 5 | 2 FP | A-H | --- | A-H | NCC |
| | | | | | | 1 PP | A-C, E-H | --- | A-C, E-H | |
| | | | | | | 1 IMP | A-H | --- | A-H | MR |
| | | | | | | 1 FP | A-D | A | --- | AMP |
| Q589.1 | --- | 1 | 2 | 0 | 3 | 1 FP | A-D | A | --- | NCC |
| | | | | | | 2 PP | A-C | C | --- | |
| Q589.3 | -- | 4 | 2 | 0 | 6 | 4 FP | A-D | A | --- | NCC |
| | | | | | | 2 PP | A-C | A | --- | |
| Q589.4 | --- | 4 | 0 | 0 | 4 | 4 FP | A-D | A | --- | AMP |
| Q589.5 | -- | 3 | 0 | 0 | 3 | 3 FP | A-D | A | --- | AMP |
| Q589.6 | 12 | 2 | 0 | 0 | 2 | 2 FP | A-D | A | --- | AMP |
| Q589.6 | 25 | 1 | 0 | 0 | 1 | 1 FP | A-D | A | --- | AMP |
| Q589.6 | 26 | 2 | 0 | 0 | 2 | 2 FP | A-D | A | --- | AMP |
| Q589.6 | 29 | 1 | 0 | 0 | 1 | 1 FP | A-D | A | --- | AMP |
| Q589.6 | 45 | 1 | 0 | 0 | 1 | 1 FP | A-D | A | --- | AMP |
| Q589.6 | 84 | 1 | 0 | 0 | 1 | 1 FP | A-D | A | --- | AMP |
| Q589.6 | 87 | 4 | 0 | 0 | 4 | 4 FP | A-D | A | --- | AMP |
| Q589.6 | 88 | 1 | 0 | 0 | 1 | 1 FP | A-D | A | --- | AMP |
| Q589.7 | 85 | 1 | 0 | 0 | 1 | 1 FP | A-D | A | --- | AMP |
| Q589.7 | 86 | 2 | 0 | 0 | 2 | 2 FP | A-D | A | --- | AMP |
| Total: | | 35 | 5 | 1 | 41 | | | | | |

Automated fingerprint searches were conducted, but no identification was effected. A print was added to the Unsolved Latent File (ULF), and you will be advised by a supplemental report if an identification is made.

Page 6 of 9

130420100 AAR ABP

UNCLASSIFIED

360

UNCLASSIFIED

**Table Summary:**

Thirty three latent fingerprints and two latent palm prints have been identified as fingerprints and palm prints of TAMERLAN TSARNAEV, UCN 452152ED3, as follows:
- Three fingerprints on Q575, a transmitter
- One fingerprint on Q588, a pressure cooker pot lid
- One fingerprint on Q589, a document beginning "No. 37…" from inside the computer bag
- One fingerprint on Q589.1, a diploma dated June 8, 2006 from inside the computer bag
- Four fingerprints and two palm prints on Q589.3, a document beginning "Quick enroll…" from inside the computer bag
- Four fingerprints on Q589.4, a document beginning "MK103…" from inside the computer bag
- Three fingerprints on Q589.5, a document beginning "Phone (617) 349-6630…" from inside the computer bag
- Thirteen fingerprints on Q589.6, a Pulsar instruction manual from inside the computer bag
- Three fingerprints on Q589.7, a page from Q589.6

Two latent palm prints detected on Q589.1, a diploma dated June 8, 2006, from inside the computer bag, have been identified as palm prints of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

The remaining latent prints were compared with the available prints of TAMERLAN TSARNAEV, DZHOKHAR TSARNAEV, ▇▇▇▇▇▇ and ▇▇▇▇▇▇ but no further identifications were effected.

**Methods:**

Items of evidence submitted to the Latent Print Operations Unit for examination may be examined visually, examined with various light sources, and/or processed with chemicals and powders to detect the presence of latent friction ridge prints. The specific sequence of examinations and processes depends upon the nature of the evidence.

Friction ridge print examinations are conducted using the Analysis, Comparison, Evaluation, and Verification methodology (ACE-V), which includes an assessment of the quantity and quality of the information present. The steps of ACE-V are applied to each examination as appropriate.

UNCLASSIFIED

Analysis is the assessment of a friction ridge print to determine if sufficient reliable details are present to conduct a comparison with another print and to reach an identification conclusion. If these conditions are met, the print is determined to be of value.

Comparison is the direct side-by-side observation of friction ridge prints of value to determine whether or not the information in two prints is in agreement.

Evaluation is the formulation of a conclusion based on the information gathered during the analysis and comparison of the friction ridge prints.

Conclusions that can be reached are as follows:

- Identification - the determination that there is sufficient quality and quantity of detail in agreement to conclude that two friction ridge prints originated from the same source.

- Exclusion - the determination that there is sufficient quality and quantity of detail in disagreement to conclude that two friction ridge prints did not originate from the same source.

- Inconclusive - the determination that corresponding areas of friction ridge prints are absent and/or unreliable and therefore cannot be identified or excluded.

Verification is the independent application of the analysis, comparison, and evaluation phases of the ACE-V methodology to a friction ridge print by another examiner.

**Interpretations:**

The presence of a friction ridge print on an item of evidence indicates contact was made between the source and the item of evidence. The presence of a friction ridge print alone does not necessarily indicate the significance of the contact or the time frame during which the contact occurred.

Due to the many factors involved in the deposition of a friction ridge print, neither the absence of a friction ridge print on evidence nor the exclusion of a friction ridge print with a given source disassociate that source from having touched the evidence.

**Remarks:**

No latent print examinations were conducted on Q606 or Q635.

Page 8 of 9

130420100 AAR ABP

UNCLASSIFIED

362

UNCLASSIFIED

The known prints of ▮▮▮▮▮ should be retained in your files for possible future court use. The individual who recorded these prints will be a necessary witness.

For questions about the content of this report, please contact Physical Scientist/Forensic Examiner Elaina Graff at ▮▮▮▮▮

For questions about the status of your submission, including any remaining forensic examinations, please contact Request Coordinator Edward S. Knapp Jr. at ▮▮▮▮▮

The specimens and photographs of the detected latent prints of value are being returned under separate cover. The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files.

Nicole C. Cover (NCC)

D. J. Fife (DJF)

Ashley M. Parish (AMP)

Michelle Reznicek (MR)

Elaina Graff (EG)
Latent Print Operations Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 9 of 9

130420100 AAR ABP

UNCLASSIFIED