UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
        v.                         )          Crim. No. 13-10200-GAO
                                   )
DZHOKHAR TSARNAEV                  )

**MOTION FOR LEAVE TO REPLY TO
GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO COMPEL THE GOVERNMENT TO COMPLY
WITH ITS EXPERT DISCLOSURE OBLIGATIONS AND TO
SUSPEND DEFENDANT'S EXPERT DISCLOSURE DEADLINE**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the

Court grant him leave to file a Reply to the Government's Opposition to Defendant's Motion To

Compel Compliance And Suspend Defendant's Expert Disclosure Deadline  [DE 464].

As grounds for this motion, undersigned counsel states that the Government's

Opposition, which is 16 pages long and refers to 128 pages of sealed exhibits, sets forth

arguments and factual assertions that require a response.

Respectfully submitted,

DZHOKHAR TSARNAEV
By his attorneys

/s/  William Fick

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 13, 2014.

/s/  William Fick