IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. 13-CR-10200-GAO |
| | ) | FILED UNDER SEAL |
| v. | ) | |
| | ) | |
| DZHOKHAR A. TSARNAEV | ) | |

## GOVERNMENT'S SEALED MOTION TO SEAL

The United States of America, by and through Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Assistant United States Attorneys Aloke Chakravarty, William Weinreb and Nadine Pellegrini, seeks leave to file its Opposition to the Defendant's Sealed Supplemental Motion to Compel the Government to Comply with its Expert Disclosure Obligations as well as this motion, under seal.

As reasons therefore, the United States of America states that the government's opposition responds to the defendant's sealed motion, and it discusses material provided to the defendant that is non-public investigative information, provided pursuant to the protective order in place and discusses evidence and prospective testimony at the trial in this matter. Wherefore, these facts justify the sealing of the government's opposition.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Date: August 21, 2014

Aloke Chakravarty
William Weinreb
Nadine Pellegrini
Assistant United States Attorneys

Certificate of Service

I hereby certify that this document was served on the counsel for the defendant by email August 20, 2014, and will be provided paper copies, along with the Court on August 21, 2014.

/s/ Aloke Chakravarty
Aloke Chakravarty
Assistant U.S. Attorney