UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**MOTION FOR TWO-DAY ENLARGEMENT OF TIME
FOR FILING SURREPLY TO
DEFENDANT'S MOTION TO CHANGE VENUE**

The United States of America, by and through its undersigned counsel, respectfully moves this Court for a two-day enlargement of time -- until Monday, August 25, 2014 -- for filing its surreply to defendant's motion to change venue.

As grounds for this motion, the government states that its review and analysis of the voluminous data attached to defendant's reply brief has taken longer than anticipated.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ *William D. Weinreb*
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 21, 2014.

/s/ *William D. Weinreb*
WILLIAM D. WEINREB