UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Crim No.13-10200-GAO** |
| | ) | |
| **DZHOKHAR A. TSARNAEV,** | ) | |
| **Defendant** | ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(B)(4), the United States of America, by and through its undersigned counsel, respectfully requests leave to file to file a surreply to defendant's Motion to change venue that exceeds 20 pages. As grounds for this motion, the government states that defendant's reply brief included thousands of pages of exhibits, necessitating a lengthier than normal response.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William D. Weinreb
   WILLIAM D. WEINREB
   ALOKE S. CHAKRAVARTY
   NADINE PELLEGRINI
   Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

*/s/ William D. Weinreb*
WILLIAM D. WEINREB