EXHIBIT B

Alphabetical List of Capital Trials Since 2004

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Abrar, Shani Nurani Shiekh | E.D. VA No. 2:11CR34 | Life sentence from jury | 3/8/2011 | 4/17/2012 | 6/4/2013 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Agofsky, Shannon Wayne | E.D. TX 1:03-CR 173 | Death row - 2255 | 8/21/2003 | 1/30/2004 | 6/18/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Aguilar, Martin | E.D. NY No. 01-CR-1367 | Life sentence from jury | 12/10/2001 | 5/14/2004 | 10/30/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Aquart, Azibo | D. CT 3:06CR160 (PCD) | Death Row - Appeal | 11/8/2006 | 1/29/2009 | 3/21/2011 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Argueta, Antonio | D. MD No. 8:05 CR 00393-DKC | Life sentence from jury | 8/23/2005 | 5/8/2007 | 1/12/2010 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Ayala-Lopez, Carlos L. | D. PR No. 03-CR-55 | Life sentence from jury | 2/13/2003 | 12/17/2003 | 2/15/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Baker, Antoine Demetris | E.D. AR No. 4:06 CR 00041 GTE | Guilty plea at trial | 2/8/2006 | 8/8/2007 | 10/13/2009 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Barnes, Khalid | S.D. NY No. 7:04-CR -00186-SCR | Life sentence from jury | 2/27/2004 | 1/19/2006 | 2/11/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Barrett, Kenneth Eugene | E.D. OK CR No. 04-100-M-S | Death row - 2255 | 11/9/2004 | 2/15/2005 | 9/26/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Basciano, Vincent | E.D. NY No. 05-CR-0060 (S-3) (NGG) | Life sentence from jury | 1/26/2005 | 4/2/2007 | 2/14/2011 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Basham, Branden | D. SC No. 02-CR-992 | Death row - 2255 | 12/17/2002 | 9/12/2003 | 8/23/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Baskerville, William | D. NJ CR No. 03-836 (JAP) | Life sentence from jury | 12/2/2003 | 6/16/2006 | 2/15/2007 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Benjamin, Terrance | E.D. LA No. 03-CR-274 | Guilty plea at trial | 8/19/2003 | 10/19/2004 | 6/10/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Beyle, Abukar Osman | E.D. VA No. 2:11CR34 | Life sentence from jury | 3/8/2011 | 4/17/2012 | 6/4/2013 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Bingham, Tyler Davis | C.D. CA CR No. 02 -00938-GHK | Life sentence from jury | 8/28/2002 | 6/28/2005 | 3/14/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Bodkins, Lanny Benjamin | W.D. VA No. 4:04-CR -70083-JLK | Authorization withdrawn at trial | 7/15/2004 | 2/17/2005 | 8/15/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Bolden, Robert, Sr. | E.D. MO No. 4:02-CR 0557 CEF (AGF) | Death row - 2255 | 11/7/2002 | 10/7/2003 | 4/24/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Bourgeois, Alfred | S.D. TX CR No. 02-216 | Death row - 2255 | 7/25/2002 | 7/23/2003 | 2/19/2004 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Breeden, Shawn | W.D. VA No. 03-CR-13 | Life sentence from jury | 2/5/2003 | 7/15/2003 | 9/27/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Bridgewater, Wayne | C.D. CA CR No. 02-00938-GHK | Life sentence from jury | 8/28/2002 | 11/14/2006 | 2/21/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Burgos-Montes, Edison | D. PR No. 06-009 JAG | Life sentence from jury | 1/12/2006 | 6/27/2007 | 4/9/2012 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Byers, Patrick Albert, Jr. | D. MD No. 08-056 | Life sentence from jury | 2/5/2008 | 8/5/2008 | 3/9/2009 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Candelario-Santana, Alexis | D. PR No. 3:09-CR-00427-JAF | Life sentence from jury | 12/16/2009 | 7/8/2012 | 1/14/2013 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Cannon, Amesheo D. | E.D. MO No. S1-1:01CR00073RWS | Life sentence from jury | 10/18/2001 | 10/31/2002 | 2/28/2005 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Caraballo, Gilberto | E.D. NY No. 01-CR-1367 | Life sentence from jury | 12/10/2001 | 5/14/2004 | 1/14/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Caro, Carlos David | W.D. VA No. 06 CR 00001 | Death row - 2255 | 1/3/2006 | 1/11/2006 | 1/22/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Carpenter, Michael Anthony | W.D. VA No. 03-CR-13 | Life sentence from jury | 2/5/2003 | 7/15/2003 | 9/27/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Casey, Lashaun | D. PR No. 3:05-CR-0277-JAG | Life sentence from jury | 8/17/2005 | 7/17/2007 | 1/22/2013 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Chance, David Alan | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn at trial | 8/28/2002 | 5/9/2005 | 10/4/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Cheever, Scott | D. KS CR No. 05-10050-01-06-MLB | Authorization withdrawn at trial | 3/9/2005 | 7/8/2005 | 9/13/2006 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Church, Walter Lefight | W.D. VA No. 00-CR-104 | Acquittal | 12/13/2000 | 5/11/2001 | 2/17/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Cisneros, Ismael | E.D. VA No. 04-CR-283 | Life sentence from jury | 6/24/2004 | 10/1/2004 | 3/1/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Clay, Vertis | E.D. AR No. 4:04-CR -00035 WRW | Life sentence from jury | 5/5/2004 | 10/21/2005 | 10/1/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Coonce, Wesley Paul Jr. | W.D. MO 10-03029-01/02-CR-S-GAF | Death row | 4/7/2010 | 7/22/2011 | 4/28/2014 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Cooper, Andre | E.D. PA No. 01-CR-512 | Life sentence from jury | 8/28/2001 | 5/23/2005 | 1/9/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Corley, Odell | N.D. IN No. 02-CR-116 | Death row - 2255 | 11/21/2002 | 8/14/2003 | 9/7/2004 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Covarrubius, Javier | C.D. CA No. 05 CR 578 | Guilty plea at trial | 6/16/2005 | 6/28/2006 | 7/11/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Cyrus, Dennis, Jr. | N.D. CA No. 05-00324-MMC | Life sentence from jury | 5/24/2005 | 11/1/2006 | 1/12/2009 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Dinkins, James | D. MD No. 1:06-CR-00309-JFM | Life sentence from jury | 7/11/2006 | 1/25/2008 | 5/4/2009 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Duncan, Joseph | D. ID CR No. 07-23-N-EJL | Death row - Appeal | 1/18/2007 | 1/23/2007 | 4/14/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Duong, Anh The | N.D. CA No. 5:01CR20154 JF | Life sentence from jury | 9/26/2001 | 5/13/2004 | 2/22/2010 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Ebron, Joseph | E.D. TX No. 1:07-CR-142 (1:08-CR-00036) | Death row - 2255 | 8/15/2007 | 9/11/2007 | 3/27/2009 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Eye, Gary | W.D. MO No. 4:05-CR-00344-ODS | Life sentence from jury | 9/29/2005 | 7/17/2006 | 4/22/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Fell, Donald | D. VT 2:01-CR-12-01 | Awaiting resentencing or retrial | 2/1/2001 | 1/30/2002 | 5/1/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Fields, Edward | E.D. OK No. 6:03-CR-00073 | Death row - 2255 | 8/1/2003 | 3/15/2004 | 7/5/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Fields, Sherman Lamont | W.D. TX No. 01-CR-164 | Death row - 2255 | 12/11/2001 | 5/23/2003 | 1/12/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Fort, Emile | N.D. CA No. 05-00167 (WHA) | Guilty plea at trial | 3/17/2005 | 10/3/2006 | 11/17/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Friend, Valeri | S.D. WV CR No. 2:05-00107 | Guilty plea | 5/4/2005 | 8/16/2006 | 4/16/2007 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|----------|---------------|----------------|------------|------------------|------------|
| Frye, James Ernest | S.D. MS No. 01-CR-8 | Life sentence from jury | 2/23/2001 | 1/18/2002 | 1/24/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|----------|---------------|----------------|------------|------------------|------------|
| Fulks, Chadrick | D. SC No. 02-CR-992 | Death row - 2255 | 12/17/2002 | 9/12/2003 | 6/1/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|----------|---------------|----------------|------------|------------------|------------|
| Galan, Thomas A. | N.D. OH No. 3:06-CR-00730-JGC-1 | Life sentence from jury | 3/2/2006 | 11/14/2006 | 10/9/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|----------|---------------|----------------|------------|------------------|------------|
| Garcia-Orellana, Oscar Alexander | E.D. VA No. 04-CR-283 | Acquittal | 6/24/2004 | 10/1/2004 | 3/1/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|----------|---------------|----------------|------------|------------------|------------|
| Garcia, Edgar B. | E.D. TX 1:09-CR-00015-MAC-KFG All | Death Row - Appeal | 1/21/2009 | 2/13/2009 | 5/3/2010 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|----------|---------------|----------------|------------|------------------|------------|
| Gilbert, Melvin | D. MD No. 1:06-CR-00309-JFM | Life sentence from jury | 8/22/2006 | 1/25/2008 | 5/4/2009 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Gilmore, Charles Wesley | W.D. VA No. 00-CR-104 | Acquittal | 2/5/2003 | 7/24/2003 | 2/17/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Gonzales-Lauzan, Luis | S.D. FL No. 02-CR-20572 | Life sentence from jury | 7/11/2002 | 6/19/2003 | 1/20/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Gonzalez, Fausto | D. CT No. 02-CR-7 | Life sentence from jury | 1/10/2002 | 1/21/2003 | 9/7/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Gooch, Larry | D. DC CR No. 04-128 | Life sentence from jury | 3/12/2004 | 10/19/2005 | 1/9/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Gordon, Lorenzo | E.D. VA No. 04-CR-58 | Life sentence from jury | 3/2/2004 | 9/30/2004 | 10/25/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Grande, Oscar | E.D. VA No. 04-CR-283 | Life sentence from jury | 6/24/2004 | 10/1/2004 | 3/1/2005 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Green, Steven | W.D. KY No. 5:06-CR -00019-TBR | Life sentence from jury | 11/7/2006 | 7/3/2007 | 4/6/2009 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Griffin, Robert Lee | C.D. CA CR No. 02 -00938-GHK | Authorization withdrawn at trial | 8/28/2002 | 6/27/2005 | 10/4/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Hager, Thomas Morocco | E.D. VA No. 1:05-CR -00264-TSE | Death row - Appeal | 6/9/2005 | 5/30/2006 | 9/17/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Hall, Charles Michael | W.D. MO 10-03029-01/02- CR-S-GAF | Death row | 4/7/2010 | 7/22/2011 | 4/28/2014 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Hans, Eric Preston | D. SC No. 6:05 CR 01227- HMH | Life sentence from jury | 11/16/2005 | 8/1/2006 | 7/16/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Hargrove, Demetrius R. | D. KS No. 2:03-CR-20192- CM-DJW | Life sentence from jury | 12/10/2003 | 7/30/2004 | 10/3/2005 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Henderson, Darryl | S.D. NY No. 1:02-CR -00451-MBM | Acquittal | 4/16/2002 | 2/23/2005 | 11/8/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Henderson, Thomas | S.D. OH No. 2:06-CR -00039 | Life sentence from jury | 2/9/2006 | 12/8/2006 | 6/5/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Hinestroza, Edwin R. | W.D. MO No. 98- 00311 -01/05-CR-W-2 | Life sentence from jury | 12/16/1998 | 5/4/2005 | 10/31/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Honken, Dustin | N.D. IA No.3:01-CR -03047-MWB | Death row - 2255 | 8/30/2001 | 6/10/2003 | 8/17/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Houston, Henry Michael | C.D. CA CR No. 02 -00938-GHK | Life sentence from jury | 8/28/2002 | 11/14/2006 | 2/21/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Hyles, Tyrese | E.D. MO No. 01-CR-73 | Life sentence from jury | 10/18/2001 | 10/31/2002 | 5/9/2005 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Irby, James Allen | D. MD No. 8:03-CR-00490-RDB | Lesser included conviction | 10/29/2003 | 8/2/2004 | 10/3/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Jackson, David Lee | E.D. TX No. 1:06-CR-51 | Death Sentence Vacated and Authorization Withdrawn | 4/20/2005 | 1/4/2006 | 10/2/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| James, Richard | E.D. NY CR No. 02-778 (S-1) (SJ) | Life sentence from jury | 6/27/2002 | 8/1/2003 | 3/26/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Jimenez-Bencevi, Xavier | D. PR No. 3:12-CR-00221-JAF | Life sentence from jury | 3/23/2012 | 12/7/2012 | 4/15/2013 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Johnson, Angela | N.D. IA No. 3:01-CR-03046-MWB | Awaiting resentencing or retrial | 7/26/2000 | 4/25/2002 | 4/13/2005; 3/2/2015 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Johnson, John | E.D. LA No. 2:04-CR-00017-HGB-SS | Authorization withdrawn | 1/16/2004 | 2/1/2005 | 5/11/2009 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Jordan, Peter | E.D. VA No. 04-CR-58 | Life sentence from jury | 3/2/2004 | 9/30/2004 | 10/25/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Julian, Jermaine Michael | M.D. FL No. 8:07-CR-9-T-27TGW | Life sentence from jury | 1/9/2007 | 10/15/2007 | 2/19/2009 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Kadamovas, Jurijus | C.D. CA CR No. 02-220 (A)-NM | Death row - Appeal | 3/5/2002 | 8/3/2004 | 7/11/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Krylov, Petro | C.D. CA CR No. 02-220 (A)-NM | Life sentence from jury | 3/5/2002 | 8/3/2004 | 3/9/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Lawrence, Daryl | S.D. OH No. 2:05-CR-00011-GLF-1 | Death row - Appeal | 1/20/2005 | 9/26/2005 | 2/13/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Lecco, George | S.D. WV CR No. 2:05-00107 | Life sentence from jury | 5/4/2005 | 8/16/2006 | 4/16/2007; 4/5/2010 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| LeCroy, William Emmett | N.D. GA No. 02-CR-38 | Death Row - 2255 | 5/15/2002 | 12/20/2002 | 2/17/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Ledesma, Jose | C.D. CA No. 05 CR 578 | Guilty plea at trial | 6/16/2005 | 6/28/2006 | 7/11/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Lighty, Kenneth Jamal | D. MD No. 8:03-CR-00457-PJM | Death row - 2255 | 10/8/2003 | 12/28/2004 | 9/6/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Lujan, Larry | D. NM No. 05-924 | Life sentence from jury | 4/27/2005 | 7/12/2007 | 6/20/2011 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Mallay, Ronald | E.D. NY CR No. 02-778 (S-1) (SJ) | Life sentence from jury | 6/27/2002 | 8/1/2003 | 3/26/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Mayhew, John Richard | S.D. OH CR No. 02 03-165 | Life sentence from jury | 10/2/2003 | 10/5/2004 | 8/1/2005 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| McClure, Cornell Winfrei | D. MD No. 01-CR-367 | Life sentence from judge | 7/9/2001 | 3/4/2002 | 1/5/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| McCluskey, John Charles | D. NM No. 1:10-CR-02734 | Life sentence from jury | 9/29/2010 | 1/26/2012 | 7/22/2013 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| McGriff, Kenneth | E.D. NY  CR  No.  04-966 (ERK) (VVP) | Life sentence from jury | 11/2/2004 | 3/22/2006 | 11/27/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| McTier, James | E.D. NY CR No. 05-401 | Life sentence from jury | 5/20/2005 | 12/7/2006 | 10/15/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Merritt, Robert | E.D.  PA  No.  2:07-CR-00550-RBS | Acquittal | 9/12/2007 | 3/14/2011 | 11/5/2012 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Mikhel, Iouri | C.D.  CA  CR  No.  02-220 (A)-NM | Death row - Appeal | 3/5/2002 | 8/3/2004 | 7/11/2006 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Mikos, Ronald | N.D. IL No. 02-CR 137 | Death row - 2255 | 6/6/2002 | 12/16/2002 | 4/13/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Mills, Barry Byron | C.D. CA CR No. 02 -00938-GHK | Life sentence from jury | 8/28/2002 | 6/28/2005 | 3/14/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Montgomery, Lisa | W.D. MO No. 5:05-CR -06002-GAF | Death Row - 2255 | 1/12/2005 | 11/16/2005 | 10/1/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Moonda, Donna | N.D. OH No. 1:06-CR -00395-DDD | Life sentence from jury | 8/16/2006 | 9/6/2006 | 6/4/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Moses, Keon | D. MD No. 02-CR-410 | Life sentence from jury | 9/17/2002 | 3/31/2003 | 1/12/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Mosher, Ellis | E.D. TX No. 1:06 CR 00101-TH | Life sentence from jury | 7/19/2006 | 12/11/2006 | 1/7/2008 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Moussaoui, Zacarias | E.D. VA No. 01-CR-455 | Life sentence from jury | 12/11/2001 | 3/28/2002 | 2/6/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Natson, Michael Antonio | M.D. GA No. 4:05-CR -00021-CDL-GMF | Life sentence from jury | 6/16/2005 | 12/8/2005 | 2/26/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Northington, Steven | E.D. PA No. 2:07-CR -00550-RBS | Life sentence from jury | 9/12/2007 | 3/14/2011 | 11/5/2012 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| O'Reilly, Timothy | E.D. MI No. 05-80025 | Life sentence from jury | 1/11/2005 | 11/1/2006 | 6/7/2010 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Pepin-Taveras, Humberto | E.D. NY CR No. 04-0156 | Life sentence from jury | 2/20/2004 | 3/3/2005 | 9/15/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Perez, Wilfredo | D. CT No. 02-CR-7 | Life sentence from jury | 1/10/2002 | 1/21/2003 | 6/1/2004 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Phillips, Maurice | E.D. PA No. 2:07-CR-00549-JCJ | Life sentence from jury | 9/12/2007 | 5/4/2009 | 1/4/2010 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Plunkett, Antoine | W.D. VA No. 4:04-CR-70083-JLK | Authorization withdrawn at trial | 7/15/2004 | 2/17/2005 | 8/15/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Quinones, Alan | S.D. NY No. 00 CR 0761 (JSR) | Life sentence from jury | 7/20/2000 | 10/26/2001 | 6/14/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Richardson, Brian | N.D. GA No. 1:08CR139 | Life sentence from jury | 4/15/2008 | 12/2/2008 | 2/27/2012 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Rivera, Denis | E.D. VA No. 04-CR-283 | Acquittal | 6/24/2004 | 10/1/2004 | 3/1/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Rodriguez, Alfonso, Jr. | D. ND No. 04-CR-55 | Death row - 2255 | 5/11/2004 | 10/28/2004 | 7/6/2006 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Rodriguez, Diego | S.D. NY No. 00 CR 0761 (JSR) | Life sentence from jury | 7/20/2000 | 10/26/2001 | 6/14/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Roman, Lorenzo Catalan | D. PR No. 3:02-CR-117 | Life sentence from jury | 4/3/2002 | 7/31/2003 | 1/24/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Rudolph, Eric Robert | N.D. AL No. 00-CR-422 | Guilty plea at trial | 11/15/2000 | 12/11/2003 | 4/6/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Runyon, David | E.D. VA CR No. 4:08-CR-16 | Death row - Appeal | 2/13/2008 | 7/17/2008 | 6/30/2009 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Sablan, Rudy | D. CO No. 00-CR-531 | Life sentence from jury | 12/12/2000 | 5/1/2001 | 3/17/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Sablan, William | D. CO No. 00-CR-531 | Life sentence from jury | 12/12/2000 | 5/1/2001 | 1/22/2007 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Salad, Ahmed Muse | E.D. VA No. 2:11CR34 | Life sentence from jury | 3/8/2011 | 4/17/2012 | 6/4/2013 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Sanchez, Ricardo | S.D. FL 06-80171-CR-HURLEY/VITUNAC(s)(s) | Death Row - Appeal | 11/3/2006 | 2/20/2008 | 1/6/2009 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Sandstrom, Steven | W.D. MO No. 4:05-CR-00344-ODS | Life sentence from jury | 9/29/2005 | 7/17/2006 | 4/22/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Savage, Kaboni | E.D. PA No. 2:07-CR-00550-RBS | Death row - Appeal | 9/12/2007 | 3/14/2011 | 11/5/2012 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Shakir, Jamal | M.D. TN CR No. 3:98-00038 (NIXON) | Life sentence from jury | 11/20/1998 | 10/29/2002 | 2/20/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Simmons, Brent | W.D. VA No. 5:04-CR-30014-SGW | Life sentence from jury | 3/3/2004 | 7/28/2004 | 2/7/2005 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Smith, Thomas | W.D. MO No. 3:02 CR 05025 | Life sentence from jury | 5/2/2002 | 8/7/2003 | 1/24/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Snarr, Mark | E.D. TX 1:09-CR-00015-MAC-KFG All | Death Row - Appeal | 1/21/2009 | 2/13/2009 | 5/3/2010 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Solomon, Jelani | W.D. PA No. 2:05-CR-00385-TFM | Life sentence from jury | 12/14/2005 | 12/29/2006 | 9/24/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Stinson, John William | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn at trial | 8/28/2002 | 5/9/2005 | 10/4/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Street, John P. | W.D. MO No. 4:04-CR-00298-GAF | Life sentence from jury | 9/10/2004 | 11/16/2005 | 7/24/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Talik, Eugene J., Jr. | N.D. WV No. 5:06-CR-51 | Guilty plea at trial | 12/5/2006 | 12/29/2006 | 1/15/2008 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Taylor, Michael Lafayette | D. MD No. 02-CR-410 | Life sentence from jury | 9/17/2002 | 3/31/2003 | 1/12/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Taylor, Rejon | E.D. TN No. 1:04-CR-00160-1 | Death row - Appeal | 10/13/2004 | 6/1/2006 | 8/25/2008 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Taylor, Styles | N.D. IN CR No. 2:01 CR 073 JM | Life sentence from jury | 4/23/2001 | 7/25/2003 | 7/5/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Thomas, Keoin | N.D. IN No. 2:01 CR 073 JM | Authorization withdrawn at trial | 7/23/2001 | 7/25/2003 | 7/5/2004 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Torrez, Jorge Avila | E.D. VA No. 1:11-CR-115 | Death Row - Appeal | 5/26/2011 | 2/9/2012 | 4/1/2014 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Troya, Danny | S.D. FL 06-80171-CR-HURLEY/VITUNAC(s)(s) | Death Row - Appeal | 11/3/2006 | 2/20/2008 | 1/6/2009 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Umana, Alejandro Enrique | W.D. NC No. 3:08-CR-134-RJC | Death row - Appeal | 6/23/2008 | 9/23/2008 | 3/12/2010 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Villegas, Hernardo Medina | D. PR No. 3:02-CR-117 | Life sentence from jury | 4/3/2002 | 7/31/2003 | 1/24/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Wilk, Kenneth | S.D. FL No. 04-CR-60216 | Life sentence from jury | 8/26/2004 | 2/19/2005 | 4/2/2007 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Williams, Connell C. | W.D. OK No. 5:11-CR-298 | Guilty plea at trial | 9/7/2011 | 4/17/2012 | 2/11/2013 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Williams, Elijah Bobby | S.D. NY No. 00-CR-1008 | Life sentence from jury | 9/26/2000 | 2/4/2003 | 3/14/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Williams, Jamain | E.D. PA No. 01-CR-512 | Life sentence from jury | 8/28/2001 | 5/23/2005 | 1/9/2006 |

**Federal Capital Cases that Went to Trial Starting in 2004 - 8/25/2014**

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Williams, Michael | S.D. NY No. 00-CR-1008 | Life sentence from jury | 9/26/2000 | 2/4/2003 | 3/14/2005 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Williams, Naeem | D. HI No. 1:06-CR-00079-DAE | Life sentence from jury | 2/15/2006 | 9/8/2006 | 10/29/13 voir dire; 1/28/2014 trial |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Williams, Tyrone | S.D. TX No. 03-CR-221 | Life sentence from jury | 6/12/2003 | 3/15/2004 | 2/22/2005; 10/3/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Williams, Vincent | E.D. PA No. 01-CR-512 | Authorization withdrawn at trial | 8/28/2001 | 5/23/2005 | 1/9/2006 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Wilson, Ronell | E.D. NY No. 1:04-CR-01016-NGG | Death row - Appeal | 11/17/2004 | 8/2/2005 | 9/1/2006; 4/17/2013 |

| Def Name | D Ct Docket # | Status of Case | Indictment | Notice of Intent | Trial Date |
|---|---|---|---|---|---|
| Young, Donnell | M.D. TN CR No. 3:98-00038 (NIXON) | Guilty plea at trial | 11/20/1998 | 10/29/2002 | 10/15/2005 and 1/12/2009 |