# EXHIBIT C

Chart of Median Time in Months from Indictment to Trial for Capital Defendants 2004-2014

Median of Time Between Indictment to Trial - 2004-2014                                                              8-27-14

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Def Name** | **Indictment** | **DP notice** | **Trial Date** | **Ind to Trial** |
| 2 | Rivera, Denis | 6/24/2004 | 10/1/2004 | 3/1/2005 | 8.0 |
| 3 | Garcia-Orellana, Oscar Alexander | 6/24/2004 | 10/1/2004 | 3/1/2005 | 8.0 |
| 4 | Grande, Oscar | 6/24/2004 | 10/1/2004 | 3/1/2005 | 8.0 |
| 5 | Cisneros, Ismael | 6/24/2004 | 10/1/2004 | 3/1/2005 | 8.0 |
| 6 | Moonda, Donna | 8/16/2006 | 9/6/2006 | 6/4/2007 | 9.5 |
| 7 | Agofsky, Shannon Wayne | 8/21/2003 | 1/30/2004 | 6/18/2004 | 9.9 |
| 8 | Barrett, Kenneth Eugene | 11/9/2004 | 2/15/2005 | 9/26/2005 | 10.4 |
| 9 | Simmons, Brent | 3/3/2004 | 7/28/2004 | 2/7/2005 | 11.0 |
| 10 | Lawrence, Daryl | 1/20/2005 | 9/26/2005 | 2/13/2006 | 12.0 |
| 11 | Gilmore, Charles Wesley | 2/5/2003 | 7/24/2003 | 2/17/2004 | 12.2 |
| 12 | Caro, Carlos David | 1/3/2006 | 1/11/2006 | 1/22/2007 | 12.4 |
| 13 | Jimenez-Bencevi, Xavier | 3/23/2012 | 12/7/2012 | 4/15/2013 | 12.7 |
| 14 | Byers, Patrick Albert, Jr. | 2/5/2008 | 8/5/2008 | 3/9/2009 | 12.9 |
| 15 | Bodkins, Lanny Benjamin | 7/15/2004 | 2/17/2005 | 8/15/2005 | 13.0 |
| 16 | Plunkett, Antoine | 7/15/2004 | 2/17/2005 | 8/15/2005 | 13.0 |
| 17 | Talik, Eugene J., Jr. | 12/5/2006 | 12/29/2006 | 1/15/2008 | 13.2 |
| 18 | Duncan, Joseph | 1/18/2007 | 1/23/2007 | 4/14/2008 | 14.7 |
| 19 | Snarr, Mark | 1/21/2009 | 2/13/2009 | 5/3/2010 | 15.2 |
| 20 | Garcia, Edgar B. | 1/21/2009 | 2/13/2009 | 5/3/2010 | 15.2 |
| 21 | Moses, Keon | 9/17/2002 | 3/31/2003 | 1/12/2004 | 15.7 |
| 22 | Taylor, Michael Lafayette | 9/17/2002 | 3/31/2003 | 1/12/2004 | 15.7 |
| 23 | Henderson, Thomas | 2/9/2006 | 12/8/2006 | 6/5/2007 | 15.7 |
| 24 | Runyon, David | 2/13/2008 | 7/17/2008 | 6/30/2009 | 16.4 |
| 25 | Jackson, David Lee | 4/20/2005 | 1/4/2006 | 10/2/2006 | 17.3 |
| 26 | Fulks, Chadrick | 12/17/2002 | 9/12/2003 | 6/1/2004 | 17.3 |
| 27 | Mosher, Ellis | 7/19/2006 | 12/11/2006 | 1/7/2008 | 17.5 |
| 28 | Cheever, Scott | 3/9/2005 | 7/8/2005 | 9/13/2006 | 18.0 |
| 29 | Gonzales-Lauzan, Luis☐ | 7/11/2002 | 6/19/2003 | 1/20/2004 | 18.2 |
| 30 | Bourgeois, Alfred | 7/25/2002 | 7/23/2003 | 2/19/2004 | 18.7 |
| 31 | Galan, Thomas A. | 3/2/2006 | 11/14/2006 | 10/9/2007 | 19.2 |
| 32 | Ebron, Joseph | 8/15/2007 | 9/11/2007 | 3/27/2009 | 19.2 |
| 33 | Breeden, Shawn | 2/5/2003 | 7/15/2003 | 9/27/2004 | 19.4 |
| 34 | Carpenter, Michael Anthony | 2/5/2003 | 7/15/2003 | 9/27/2004 | 19.4 |
| 35 | Jordan, Peter | 3/2/2004 | 9/30/2004 | 10/25/2005 | 19.6 |

Median of Time Between Indictment to Trial - 2004-2014                            8-27-14

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 36 | Gordon, Lorenzo | 3/2/2004 | 9/30/2004 | 10/25/2005 | 19.6 |
| 37 | Hans, Eric Preston | 11/16/2005 | 8/1/2006 | 7/16/2007 | 19.6 |
| 38 | Basham, Branden | 12/17/2002 | 9/12/2003 | 8/23/2004 | 20.1 |
| 39 | Natson, Michael Antonio | 6/16/2005 | 12/8/2005 | 2/26/2007 | 20.3 |
| 40 | Umana, Alejandro Enrique | 6/23/2008 | 9/23/2008 | 3/12/2010 | 20.6 |
| 41 | LeCroy, William Emmett | 5/15/2002 | 12/20/2002 | 2/17/2004 | 21.1 |
| 42 | Wilson, Ronell | 11/17/2004 | 8/2/2005 | 9/1/2006; #2 4/17/2013 | 21.2 |
| 43 | Solomon, Jelani | 12/14/2005 | 12/29/2006 | 9/24/2007 | 21.3 |
| 44 | Corley, Odell | 11/21/2002 | 8/14/2003 | 9/7/2004 | 21.5 |
| 45 | Hargrove, Demetrius R. | 12/10/2003 | 7/30/2004 | 10/3/2005 | 21.7 |
| 46 | Mayhew, John Richard | 10/2/2003 | 10/5/2004 | 8/1/2005 | 21.7 |
| 47 | Street, John P. | 9/10/2004 | 11/16/2005 | 7/24/2006 | 22.2 |
| 48 | Lighty, Kenneth Jamal | 10/8/2003 | 12/28/2004 | 9/6/2005 | 22.8 |
| 49 | Irby, James Allen | 10/29/2003 | 8/2/2004 | 10/3/2005 | 23.1 |
| 50 | Fields, Edward | 8/1/2003 | 3/15/2004 | 7/5/2005 | 23.1 |
| 51 | Friend, Valeri | 5/4/2005 | 8/16/2006 | 4/16/2007 | 23.4 |
| 52 | Lecco, George | 5/4/2005 | 8/16/2006 | 4/16/2007; 4/5/2010 | 23.4 |
| 53 | Williams, Connell C. | 9/7/2011 | 4/17/2012 | 2/11/2013 | 24.3 |
| 54 | McGriff, Kenneth | 11/2/2004 | 3/22/2006 | 11/27/2006 | 24.7 |
| 55 | Fields, Sherman Lamont | 12/11/2001 | 5/23/2003 | 1/12/2004 | 24.9 |
| 56 | Covarrubius, Javier | 6/16/2005 | 6/28/2006 | 7/11/2007 | 24.9 |
| 57 | Ledesma, Jose | 6/16/2005 | 6/28/2006 | 7/11/2007 | 24.9 |
| 58 | Julian, Jermaine Michael | 1/9/2007 | 10/15/2007 | 2/19/2009 | 25.2 |
| 59 | Rodriguez, Alfonso, Jr. | 5/11/2004 | 10/28/2004 | 7/6/2006 | 25.8 |
| 60 | Sanchez, Ricardo | 11/3/2006 | 2/20/2008 | 1/6/2009 | 25.9 |
| 61 | Troya, Danny | 11/3/2006 | 2/20/2008 | 1/6/2009 | 25.9 |
| 62 | Salad, Ahmed Muse | 3/8/2011 | 4/17/2012 | 6/3/2013 | 26.8 |
| 63 | Beyle, Abukar Osman | 3/8/2011 | 4/17/2012 | 6/3/2013 | 26.8 |
| 64 | Abrar, Shani Nurani Shiekh | 3/8/2011 | 4/17/2012 | 6/3/2013 | 26.8 |
| 65 | Hager, Thomas Morocco | 6/9/2005 | 5/30/2006 | 9/17/2007 | 27.0 |
| 66 | Phillips, Maurice | 9/12/2007 | 5/4/2009 | 1/4/2010 | 27.7 |
| 67 | Perez, Wilfredo | 1/10/2002 | 1/21/2003 | 6/1/2004 | 28.6 |
| 68 | Green, Steven | 11/7/2006 | 7/3/2007 | 4/6/2009 | 29.1 |

Median of Time Between Indictment to Trial - 2004-2014                                                                 8-27-14

|     | A | B | C | D | E |
| --- | --- | --- | --- | --- | --- |
| 69 | McTier, James | 5/20/2005 | 12/7/2006 | 10/15/2007 | 29.6 |
| 70 | Eye, Gary | 9/29/2005 | 7/17/2006 | 4/22/2008 | 30.7 |
| 71 | Sandstrom, Steven | 9/29/2005 | 7/17/2006 | 4/22/2008 | 30.7 |
| 72 | Wilk, Kenneth | 8/26/2004 | 2/19/2005 | 4/2/2007 | 31.2 |
| 73 | Williams, Tyrone | 6/12/2003 | 3/15/2004 | 2/22/2005 | 31.6 |
| 74 | Gonzalez, Fausto | 1/10/2002 | 1/21/2003 | 9/7/2004 | 31.8 |
| 75 | Gilbert, Melvin | 8/22/2006 | 1/25/2008 | 5/4/2009 | 32.3 |
| 76 | Montgomery, Lisa | 1/12/2005 | 11/16/2005 | 10/1/2007 | 32.6 |
| 77 | Villegas, Hernando Medina | 4/3/2002 | 7/31/2003 | 1/24/2005 | 33.7 |
| 78 | Roman, Lorenzo Catalan | 4/3/2002 | 7/31/2003 | 1/24/2005 | 33.7 |
| 79 | Gooch, Larry | 3/12/2004 | 10/19/2005 | 1/9/2007 | 33.7 |
| 80 | Dinkins, James | 7/11/2006 | 1/25/2008 | 5/4/2009 | 33.7 |
| 81 | McCluskey, John Charles | 9/29/2010 | 1/26/2012 | 7/22/2013 | 33.7 |
| 82 | Mikos, Ronald | 6/6/2002 | 12/16/2002 | 4/13/2005 | 34.1 |
| 83 | Torrez, Jorge Avila | 5/26/2011 | 2/9/2012 | 4/1/2014 | 34.2 |
| 84 | Thomas, Keoin | 7/23/2001 | 7/25/2003 | 7/5/2004 | 35.3 |
| 85 | Honken, Dustin | 8/30/2001 | 6/10/2003 | 8/17/2004 | 35.5 |
| 86 | Ayala-Lopez, Carlos L. | 2/13/2003 | 12/17/2003 | 2/15/2006 | 36.0 |
| 87 | Candelario-Santana, Alexis | 12/16/2009 | 7/8/2012 | 1/14/2013 | 36.9 |
| 88 | Church, Walter Lefight | 12/13/2000 | 5/11/2001 | 2/17/2004 | 38.1 |
| 89 | Taylor, Styles | 4/23/2001 | 7/25/2003 | 7/5/2004 | 38.3 |
| 90 | Baskerville, William | 12/2/2003 | 6/16/2006 | 2/15/2007 | 38.4 |
| 91 | Cannon, Amesheo D. | 10/18/2001 | 10/31/2002 | 2/28/2005 | 40.4 |
| 92 | Clay, Vertis | 5/5/2004 | 10/21/2005 | 10/1/2007 | 40.9 |
| 93 | Bolden, Robert, Sr. | 11/7/2002 | 10/7/2003 | 4/24/2006 | 41.4 |
| 94 | McClure, Cornell Winfrei | 7/9/2001 | 3/4/2002 | 1/5/2005 | 42.1 |
| 95 | Mills, Barry Byron | 8/28/2002 | 6/28/2005 | 3/14/2006 | 42.4 |
| 96 | Bingham, Tyler Davis | 8/28/2002 | 6/28/2005 | 3/14/2006 | 42.4 |
| 97 | Hyles, Tyrese | 10/18/2001 | 10/31/2002 | 5/9/2005 | 42.8 |
| 98 | Cyrus, Dennis, Jr. | 5/24/2005 | 11/1/2006 | 1/12/2009 | 43.6 |
| 99 | Fort, Emile | 3/17/2005 | 10/3/2006 | 11/17/2008 | 43.9 |
| 100 | Baker, Antoine Demetris | 2/8/2006 | 8/8/2007 | 10/13/2009 | 44.1 |
| 101 | Richardson, Brian | 4/15/2008 | 12/2/2008 | 2/27/2012 | 46.4 |
| 102 | Taylor, Rejon | 10/13/2004 | 6/1/2006 | 8/25/2008 | 46.4 |
| 103 | Quinones, Alan | 7/20/2000 | 10/26/2001 | 6/14/2004 | 46.8 |

Median of Time Between Indictment to Trial - 2004-2014                            8-27-14

|     | A | B | C | D | E |
| --- | --- | --- | --- | --- | --- |
| 104 | Rodriguez, Diego | 7/20/2000 | 10/26/2001 | 6/14/2004 | 46.8 |
| 105 | Frye, James Ernest | 2/23/2001 | 1/18/2002 | 1/24/2005 | 47.2 |
| 106 | Barnes, Khalid | 2/27/2004 | 1/19/2006 | 2/11/2008 | 47.3 |
| 107 | Coonce, Wesley Paul Jr. | 4/7/2010 | 7/22/2011 | 4/28/2014 | 48.7 |
| 108 | Hall, Charles Michael | 4/7/2010 | 7/22/2011 | 4/28/2014 | 48.7 |
| 109 | Argueta, Antonio | 8/23/2005 | 5/8/2007 | 1/12/2010 | 48.8 |
| 110 | Griffin, Robert Lee | 8/28/2002 | 6/27/2005 | 10/4/2006 | 49.1 |
| 111 | Stinson, John William | 8/28/2002 | 5/9/2005 | 10/4/2006 | 49.2 |
| 112 | Chance, David Alan | 8/28/2002 | 5/9/2005 | 10/4/2006 | 49.2 |
| 113 | Moussaoui, Zacarias | 12/11/2001 | 3/28/2002 | 2/6/2006 | 49.9 |
| 114 | Fell, Donald | 2/1/2001 | 1/30/2002 | 5/1/2005 | 50.8 |
| 115 | Lujan, Larry | 4/27/2005 | 7/12/2007 | 6/20/2011 | 51.8 |
| 116 | Williams, Vincent | 8/28/2001 | 5/23/2005 | 1/9/2006 | 52.4 |
| 117 | Williams, Jamain | 8/28/2001 | 5/23/2005 | 1/9/2006 | 52.4 |
| 118 | Cooper, Andre | 8/28/2001 | 5/23/2005 | 1/9/2006 | 52.4 |
| 119 | Aquart, Azibo | 11/8/2006 | 1/29/2009 | 3/21/2011 | 52.4 |
| 120 | Rudolph, Eric Robert | 11/15/2000 | 12/11/2003 | 4/6/2005 | 52.7 |
| 121 | Mikhel, Iouri | 3/5/2002 | 8/3/2004 | 7/11/2006 | 52.9 |
| 122 | Kadamovas, Jurijus | 3/5/2002 | 8/3/2004 | 7/11/2006 | 52.9 |
| 123 | Williams, Michael | 9/26/2000 | 2/4/2003 | 3/14/2005 | 53.6 |
| 124 | Williams, Elijah Bobby | 9/26/2000 | 2/4/2003 | 3/14/2005 | 53.6 |
| 125 | Bridgewater, Wayne | 8/28/2002 | 11/14/2006 | 2/21/2007 | 53.8 |
| 126 | Houston, Henry Michael | 8/28/2002 | 11/14/2006 | 2/21/2007 | 53.8 |
| 127 | Pepin-Taveras, Humberto | 2/20/2004 | 3/3/2005 | 9/15/2008 | 54.7 |
| 128 | Henderson, Darryl | 4/16/2002 | 2/23/2005 | 11/8/2006 | 55.0 |
| 129 | Basciano, Vincent | 1/26/2005 | 4/2/2007 | 2/14/2011 | 56.1 |
| 130 | Johnson, Angela | 7/26/2000 | 4/25/2002 | 4/13/2005 | 56.6 |
| 131 | Smith, Thomas | 5/2/2002 | 8/7/2003 | 1/24/2007 | 56.8 |
| 132 | James, Richard | 6/27/2002 | 8/1/2003 | 3/26/2007 | 57.1 |
| 133 | Mallay, Ronald | 6/27/2002 | 8/1/2003 | 3/26/2007 | 57.1 |
| 134 | Benjamin, Terrance | 8/19/2003 | 10/19/2004 | 6/10/2008 | 58.0 |
| 135 | Aguilar, Martin | 12/10/2001 | 5/14/2004 | 10/30/2006 | 58.7 |
| 136 | O'Reilly, Timothy | 1/11/2005 | 11/1/2006 | 6/7/2010 | 59.8 |
| 137 | Krylov, Petro | 3/5/2002 | 8/3/2004 | 3/9/2007 | 60.3 |
| 138 | Savage, Kaboni | 9/12/2007 | 3/14/2011 | 11/5/2012 | 61.9 |

Median of Time Between Indictment to Trial - 2004-2014                                         8-27-14

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 139 | Northington, Steven | 9/12/2007 | 3/14/2011 | 11/5/2012 | 61.9 |
| 140 | Merritt, Robert | 9/12/2007 | 3/14/2011 | 11/5/2012 | 61.9 |
| 141 | Johnson, John | 1/16/2004 | 2/1/2005 | 5/11/2009 | 62.2 |
| 142 | Caraballo, Gilberto | 12/10/2001 | 5/14/2004 | 1/14/2008 | 73.2 |
| 143 | Sablan, William | 12/12/2000 | 5/1/2001 | 1/22/2007 | 73.4 |
| 144 | Burgos-Montes, Edison | 1/12/2006 | 6/27/2007 | 4/9/2012 | 75.1 |
| 145 | Hinestroza, Edwin R. | 12/16/1998 | 5/4/2005 | 10/31/2005 | 82.7 |
| 146 | Young, Donnell | 11/20/1998 | 10/29/2002 | 10/15/2005:  #2 1/12/2009 | 83.1 |
| 147 | Sablan, Rudy | 12/12/2000 | 5/1/2001 | 3/17/2008 | 87.3 |
| 148 | Casey, Lashaun | 8/17/2005 | 7/17/2007 | 1/22/2013 | 89.4 |
| 149 | Williams, Naeem | 2/15/2006 | 9/8/2006 | 1/28/2014 | 95.6 |
| 150 | Duong, Anh The | 9/26/2001 | 5/13/2004 | 2/22/2010 | 96.3 |
| 151 | Shakir, Jamal | 11/20/1998 | 10/29/2002 | 2/20/2007 | 99.3 |