UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
September 2, 2014

O'TOOLE, D.J.

The defendant moves to file under seal a reply to the government's opposition to his supplemental motion to compel (dkt. no. 460). The defendant's motion for leave to file a reply and to do so under seal (dkt. no. 507) is GRANTED for the reasons set forth in the motion.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge