UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
September 2, 2014

O'TOOLE, D.J.

The defendant's motion (dkt. no. 516) for leave to respond to the government's surreply to the defendant's motion for a change of venue is DENIED. The government's motion (dkt. no. 519) to strike the "Reply to Government's Surreply" that was filed without leave is GRANTED. That reply (dkt. no. 517) is STRICKEN from the docket.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge