UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | |
| Defendant | ) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE
SURREPLY TO DEFENDANT'S MOTION TO CONTINUE TRIAL

The United States respectfully moves for leave to file a brief surreply to Tsarnaev's reply

to the government's opposition to his motion to continue the trial.  The surreply addresses

matters in Tsaranev's reply that require a short response to be fairly and completely briefed.

A copy of the proposed surreply is attached as an exhibit to this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    /s/ William D. Weinreb
       WILLIAM D. WEINREB
       ALOKE S. CHAKRAVARTY
       NADINE PELLEGRINI
       Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ William D. Weinreb
WILLIAM D. WEINREB