UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | Crim. No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV,      ) | |
| Defendant    ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter.

                                    Respectfully submitted,

                                    CARMEN M. ORTIZ
                                    United States Attorney

                    By:    /s/ Donald L. Cabell
                          DONALD L. CABELL
                          Assistant U.S. Attorney

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 16, 2014.

    /s/ Donald L. Cabell
    Donald L. Cabell
    Assistant U.S. Attorney