UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 13-cr-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**STATUS REPORT**

The parties, by and through undersigned counsel, provide the following status report:

1. <u>Pending Motions</u>

The parties have briefed the following motions:

    i. Defendant's Motion to Suppress Physical Evidence [Docket Entries ("DE") 297, 387, 388]. Government's Opposition [DE 343, 350].

    ii. Defendant's Motion to Suppress Electronically Stored Evidence [DE 303, 387, 388]. Government's Opposition [DE 343, 350].

    iii. Defendant's Motion to Change Venue [DE 376, 417, 461, 531]. Government's Opposition [DE 405, 418, 512, 537].[1]

    iv. Defendant's Sealed Supplemental Motion to Compel the Government to Comply with Its Expert Disclosure Obligations and to Suspend Defendant's Expert Disclosure Deadline [DE 460, DE 524]. Government's Opposition to Supplemental Motion [DE 504].

    iv. Government's Renewed Motion for Order Directing Disclosure of Mitigating Factors [DE 529]. Defendant's Opposition [DE 557].

    v. Government's Renewed Motion to Compel Reciprocal Discovery [DE 530]. Defendant's Opposition [DE _____].

    vi. Defendant's Motion to Dismiss Indictment and Stay Proceedings [DE 506, 558, 559]. Government's Opposition [DE 535].

    vii. Defendant's Motion to Continue Trial [DE 518, 549, 551]. Government's Opposition [DE 547, 550].

---

[1] The Defendant sought leave to respond to DE 512. [DE 516, 517]. The Government objected, and the Court struck the defense pleadings. [DE 519, 527].

2. <u>Evidentiary Hearings for Pending Motions.</u>

The defense has requested evidentiary hearings on the Motions to Suppress Physical and Electronically Stored Evidence (see i and ii above), the Motion to Change Venue (see iii) and the Motion to Dismiss and Stay Proceedings (see vi).

3. <u>Jury Selection Procedures.</u>

The parties submitted a joint proposal regarding jury selection procedures. [DE 546].

Respectfully submitted,
CARMEN M. ORTIZ
United States Attorney

/s/ Nadine Pellegrini
Nadine Pellegrini
William D. Weinreb
Aloke S. Chakravarty
Assistant U.S. Attorneys
U. S. Attorney's Office

DZHOKHAR TSARNAEV
by his attorneys

/s/Judy Clarke, Esq.
David I. Bruck, Esq.
Judy Clarke, Esq.
Miriam Conrad, Esq.
Timothy Watkins, Esq.
William Fick, Esq.

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 17, 2014.

/s/ Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney