UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
September 18, 2014

O'TOOLE, D.J.

The government moves to file under seal discovery-related materials requested by the Court. The government's Motion for Leave to File Information Requested by the Court (Re: Experts) Under Seal (dkt. no. 565) is GRANTED for the reasons set forth in the motion.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge