| CLARKE & RICE, APC | FEDERAL PUBLIC DEFENDER OFFICE | DAVID I. BRUCK |
|---|---|---|
| 1010 Second Avenue, Ste. 1800 | DISTRICT OF MASSACHUSETTS | 220 Sydney Lewis Hall |
| San Diego, California 92101 | 51 Sleeper Street, Fifth Floor | Lexington, VA 24450 |
| (619) 308 8484 | Boston, Massachusetts 02210 | (540) 458 8188 |
|  | (617) 223 8061 |  |

September 2, 2014

Nadine Pellegrini
Aloke Chakravarty
William Weinreb
Assistant U.S. Attorneys
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

    Re:    United States v. Dzhokhar Tsarnaev
                  Criminal No. 13-10200- GAO

Dear Counsel:

    We write to provide a partial expert "affirmative" disclosure under Rule 16(b)(1)(C) under the schedule set by the court.



691

Nadine Pellegrini, Aloke Chakravarty & William Weinreb
September 2, 2014
Page 2

███████ assessment is not complete. When it is, we will provide a more detailed summary of ███ anticipated testimony that will include the bases and reasons for her opinions.

Sincerely,

/s/ David I. Bruck

David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins