UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL AND EX PARTE]
September 22, 2014

O'TOOLE, D.J.

The government moves to file under seal an ex parte motion pursuant to Section 4 of the Classified Information Procedures Act. The motion for leave to file under seal and ex parte (dkt. no. 574) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge