UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

**ORDER**
September 25, 2014

O'TOOLE, D.J.

Pursuant to the Opinion and Order dated September 24, 2014, the following discovery deadlines are established:

**October 2, 2014**: Defense guilt-phase reciprocal discovery under Rule 16(b)(1)(A), (B), and (C), including responsive and affirmative expert discovery.

**October 20, 2014**: Status Conference.

**November 3, 2014**: Government guilt-phase responsive expert discovery.

**November 24, 2014**: Defense penalty-phase reciprocal discovery under Rule 16(b)(1)(A), (B), and (C), including responsive and affirmative expert discovery.

**December 15, 2014**: Defense list of mitigating factors.

**December 18, 2014**: Final Pretrial Conference.

**December 22, 2014**: Government penalty-phase responsive expert discovery.

**January 5, 2015**: Trial commences.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge