UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 13-CR-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**ASSENTED TO EXTENSION OF TIME TO FILE JOINT PROPOSED SCHEDULE REGARDING PRETRIAL WITNESS DISCLOSURES**

Defendant, Dzhokhar Tsarnaev, by and through counsel, and with the assent of the Government, requests that the Court extend the time for filing a joint proposed schedule regarding pretrial witness disclosures from October 2, 2014 to, and including October 16, 2014.

On September 18, 2014, the Court directed the parties to file a joint proposed schedule regarding pretrial witness disclosures on or before October 2, 2014. [DE 569]. By way of this joint motion, the parties seek an extension to and including October 16, 2014. An extension of time will not affect the presently scheduled trial of January 5, 2015.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

/s/    *Judy Clarke*
David I. Bruck, Esq.
Judy Clarke, Esq.
Miriam Conrad, Esq.
Timothy Watkins, Esq.
William Fick, Esq.

1

CARMEN M. ORTIZ
United States Attorney

/s/ *William Weinreb*
William D. Weinreb
Aloke S. Chakravarty
Nadine Pellegrini
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 29, 2014.

*/s/ Judy Clarke*