# EXHIBIT H



**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

August 15, 2014

**BY ELECTRONIC MAIL**

Timothy Watkins, Esq.
William Fick, Esq.
Miriam Conrad, Esq.
Judy Clarke, Esq.
David Bruck, Esq.
Federal Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA 02210

    Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200- GAO

Dear Counsel:

    We write to provide you with the following information.

    In recent discussions with Assistant U.S. Attorneys prosecuting the case of United States v. Dias Kadyrbayev, Robert Stahl, Mr. Kadyrbayev's attorney, told the prosecutors that he believed that Mr. Kadyrbayev, may be able to provide information along the following lines:

- Kadyrbayev learned in the fall of 2012 from Dzhokhar Tsarnaev that Tamerlan Tsarnaev was involved in the Waltham murders;
- Dzhohkar Tsarnaev told Kadyrbayev that his brother "had committed jihad" in Waltham;
- Tamerlan Tsarnaev had a knife collection;
- Tamerlan Tsarnaev had possession of a gun, which he got rid of before being interviewed by law enforcement;
- Dzhokhar Tsarnaev had a conversation with Kadyrbayev approximately one month before the Marathon bombings during which he told Kadyrbayev and Tazhayakov that he knew how to make a bomb and discussed the virtues of being a Shaheed and of martyrdom;
- Starting in January 2013 and continuing until April 2013, Kadyrbayev noticed a change in Dzhokhar Tsarnaev's demeanor and behaviors. For example, Tsarnaev stopped drinking and smoking, began praying more, started regularly watching Islamic videos on

Timothy Watkins, Esq. et al.
August 15, 2014
Page 2

      YouTube, showed jihadi videos to Kadyrbayev, did not socialize as much with Kadyrbayev, made up excuses as to why he couldn't spend time with Kadyrbayev, and did not attend Kadyrbayev's birthday celebration or travel with Kadyrbayev and Tazhayakov for spring break;
- Dzhokhar Tsarnaev obtained a gun from Silva;
- Dzhokhar Tsarnaev obtained ammunition for that gun from Silva's residence without Silva's knowledge;
- Kadyrbayev and Dzhokhar Tsarnaev exchanged text messages about Tsarnaev's desire for a gun and about how he intended to lie to Silva to keep the gun that Silva loaned him; and
- Kadyrbayev did not see the gun Silva gave to Tsarnaev but did see the ammunition.

    This information was provided orally by Mr. Stahl. This letter is a complete and accurate summary of Mr. Stahl's statements, to the best of the AUSAs' ability to remember them. This information should be treated as sensitive under the terms of the protective order.

                              Very truly yours,

                              CARMEN M. ORTIZ
                              United States Attorney

By:   /s/ Aloke Chakravarty
       Aloke Chakravarty
       William Weinreb
       Nadine Pellegrini
       Assistant U.S. Attorneys