# EXHIBIT H



**U.S. Department of Justice**

***Carmen M. Ortiz***
*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 15, 2014

**BY ELECTRONIC MAIL**

Timothy Watkins, Esq.
William Fick, Esq.
Miriam Conrad, Esq.
Judy Clarke, Esq.
David Bruck, Esq.
Federal Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA 02210

    Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200- GAO

Dear Counsel:

    We write to provide you with the following information.

    In recent discussions with Assistant U.S. Attorneys prosecuting the case ███████, ███████████████████████████████, told the prosecutors that he believed that ███████████ may be able to provide information along the following lines:



Timothy Watkins, Esq. et al.
August 15, 2014
Page 2



This information was provided orally by ▮▮▮▮ This letter is a complete and accurate summary of ▮▮▮▮ statements, to the best of the AUSAs' ability to remember them. This information should be treated as sensitive under the terms of the protective order.

Very truly yours,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Aloke Chakravarty
Aloke Chakravarty
William Weinreb
Nadine Pellegrini
Assistant U.S. Attorneys