UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SEALED/EX PARTE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 13-CR10200-GAO |
| ) | |
| ) | |
| ) | |
| DZHOKHAR TSARNAEV ) | |

### SEALED/EX PARTE MOTION TO SEAL MOTION FOR ORDER AUTHORIZING INTERVIEW OF DEPUTY CLERK

Defendant moves that this Court grant him leave to file both the instant Motion and the attached Motion for Order Authorizing Interview of Deputy Clerk *ex parte* and under seal.

As grounds for this motion, undersigned counsel states that the motion addresses confidential matters of defense investigation and refers to other pleadings that are under seal.

Respectfully submitted,

/s/ David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins
Attorneys for Dzhokhar Tsarnaev

DATED: October 10, 2014

1