UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 13-CR-10200-GAO |
| v. | ) |
| | ) |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**SEALED MOTION TO SEAL EXHIBITS TO MOTION TO COMPEL DISCOVERY**

Defendant moves that this Court grant him leave to file the appended exhibits to his motion to compel discovery [DE 602] under seal.

As grounds for this motion, undersigned counsel states that the attached exhibits include correspondence between counsel. The exhibits also include and concern certain evidence that is subject to the Protective Order entered in this case. Placing such confidential materials on the public docket would be inappropriate and would imperil the defendant's right to an impartial jury and fair trial.

Respectfully submitted,

David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins
Attorneys for Dzhokhar Tsarnaev

1

DATED: October 14, 2014

## Certificate of Service

I hereby certify that this document and the appended exhibits were delivered by hand to government counsel on October 14, 2014.

/s/ William Fick