UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 13-cr-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**JOINT STATUS CONFERENCE REPORT**

The parties, by and through their respective undersigned counsel file the following status conference report:

1. <u>Pending motions</u>

(a) The defense filed a motion to compel on October 10, 2014. [DE 602.] The government's response is due on October 24, 2014. Assuming the Court grants leave to file a reply, it will be filed by October 31, 2014.

(b) Defendant's Motion to Dismiss Indictment and Stay Proceedings [DE 506, 558, 559]. Government's Opposition [DE 535].

(c) Defendant's Motion to Suppress Physical Evidence [DE 297, 387, 388]. Government's Opposition [DE 343, 350].

(d) Defendant's Motion to Suppress Electronically Stored Evidence [DE 303, 387, 388]. Government's Opposition [DE 343, 350].

2. <u>Witness lists, exhibits lists, and Jencks material</u>

The parties have met to confer on proposed dates for disclosing witness lists, exhibit lists, and Jencks material. The government proposes to provide its preliminary witness and exhibit lists on December 15, 2014, and final lists on December 29, 2014. To the extent any Rule 26.2 statements have not already been produced by December 15, 2014 (with respect to the witnesses

1

on the government's preliminary list) or December 29, 2014 (with respect to any additional witnesses on the government's final list), the government will produce the statements at those times.

The defense requests an additional week in order to determine if the parties can reach an agreement with respect to the timing of the defense disclosures.

3. <u>Juror questionnaire and jury selection procedures</u>

On December 1, 2014, the parties intend to file motions proposing further jury selection procedures. On December 15, 2014, the parties will file responses to each other's motions, and, to the extent agreement cannot be reached on a jointly proposed questionnaire, will also file proposed jury questionnaires.

4. <u>Next status hearing date</u>

The parties request that the next interim status hearing be scheduled for November 5, 2014, or a date thereafter convenient to the Court and the parties.

Respectfully submitted,
CARMEN M. ORTIZ
United States Attorney

/s/ Nadine Pellegrini
Nadine Pellegrini
William D. Weinreb
Aloke S. Chakravarty
Assistant U.S. Attorneys
U. S. Attorney's Office

DZHOKHAR TSARNAEV
by his attorneys

/s/Judy Clarke, Esq.
David I. Bruck, Esq.
Judy Clarke, Esq.

2

                Miriam Conrad, Esq.
                Timothy Watkins, Esq.
                William Fick, Esq.

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 16, 2014.

                /s/ Nadine Pellegrini
                Nadine Pellegrini
                Assistant U.S. Attorney