UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL AND EX PARTE]
October 17, 2014

O'TOOLE, D.J.

The defendant moves to file under seal an <u>ex parte</u> Motion for Order Authorizing Interview of Deputy Clerk. The defendant represents that the motion refers to certain pleadings that are under seal. Additionally, public disclosure or disclosure to the government of this motion would result in the government's inappropriate access to defense strategy.

Accordingly, the defendant's Motion to Seal (dkt. no. 603) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge