UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL AND EX PARTE]
October 24, 2014

O'TOOLE, D.J.

The defendant's Motion for Order Authorizing Interview of Deputy Clerk (dkt. no. 611) is DENIED as an ex parte matter.  It may be renewed after service upon the government.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge