UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 13-CR10200-GAO |
| | ) |
| | ) |
| | ) |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**SEALED MOTION TO SEAL MOTION FOR ORDER
AUTHORIZING INTERVIEW OF DEPUTY CLERK**

Defendant moves that this Court grant him leave to file the instant Motion, the attached Motion for Order Authorizing Interview of Deputy Clerk, and appended exhibits under seal. As grounds for this motion, undersigned counsel states that the motion addresses confidential matters that may not appropriate to place on the public docket.

Respectfully submitted,

_/s/_
David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins
Attorneys for Dzhokhar Tsarnaev

DATED: October 28, 2014

**Certificate of Service**

I hereby certify that this motion and attached exhibits have been served upon counsel for the United States by hand delivery this 28th day of October, 2014.

_/s/_