UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
November 4, 2014

O'TOOLE, D.J.

The defendant moves to file under seal a motion for order authorizing an interview with the courtroom deputy clerk of Magistrate Judge Bowler. Sealing at this time is appropriate, as the materials at issue are related to discovery, see United States v. Kravetz, 706 F.3d 47, 54 (1st Cir. 2013), and implicate third-party privacy interests, see id. at 62.

The defendant's Motion to Seal (dkt. no. 626) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge