UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 13-CR-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## STATUS REPORT

Pursuant to the Court's order of November 4, 2014 [DE 632], the parties have conferred and submit the following joint status report:

1. <u>Pending Motions</u>

    The following motions are currently pending:

    i.  Defendant's Third Motion for Hearing Re Leaks [DE 616]; Government's response [DE 641].

    ii. Defendant's Motion to Compel Discovery [DE 602]; Government's Opposition [DE 618]; Defendant's Reply [DE 634].

    iii. Sealed Motion [DE 626, 635]; Government response due 11/19/14.[1]

2. <u>Daubert/remaining pretrial motions</u>:  December 5, 2014; responses December 19, 2014; replies December 29, 2014.

---

[1] DE 626 is the sealed motion to seal, along with 5 exhibits, one of which is the Motion for relief.  DE 633 is the Order granting the motion to seal.  It appears that DE 636 is the actual motion.

3. <u>Juror Questionnaire, Motions regarding jury selection and Proposed Preliminary Instructions to Venire</u>:

   i. December 1, 2014: Motions regarding jury selection procedures and proposed preliminary instructions to venire.

   ii. December 15, 2014: Responses and Proposed Jury Questionnaire(s).[2]

4. <u>Trial Briefs/Motions in Limine</u>.

   i. December 29, 2014: Trial briefs and guilt phase motions in limine;

   ii. January 5, 2015: Responses to guilt phase motions in limine.

>Respectfully submitted,
>DZHOKHAR TSARNAEV
>by his attorneys
>
>/s/ *Judy Clarke*
>David I. Bruck, Esq.
>Judy Clarke, Esq.
>Miriam Conrad, Esq.
>Timothy Watkins, Esq.
>William Fick, Esq.
>
>CARMEN M. ORTIZ
>United States Attorney
>
>/s/ *William Weinreb*
>Donald Cabell
>Aloke S. Chakravarty
>Nadine Pellegrini
>William D. Weinreb
>Assistant U.S. Attorneys

---

[2] The parties have agreed to exchange drafts of proposed jury questionnaires on December 1, 2014 and to attempt to agree on a proposed questionnaire.

## **Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2014.

*/s/ William Weinreb*