AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  13-CR-10200-GAO |
| Dzhokhar Tsarnaev | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:     11/10/2014

*Attorney's signature*

Steven D. Mellin
*Printed name and bar number*

Capital Case Section
Department of Justice
1331 F Street, NW
Washington, DC 20530
*Address*

steve.mellin2@usdoj.gov
*E-mail address*

(202) 679-1892
*Telephone number*

(202) 353-9779
*FAX number*