UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
November 13, 2014

O'TOOLE, D.J.

Pursuant to the status conference held on November 12, 2014, the following deadlines are established:

**Defendant's Pretrial Disclosures**: The defendant's guilt- and penalty-phase witness list and guilt-phase exhibit list are due on or before December 29, 2014.[1] Although not specifically addressed at the hearing, the defendant shall produce corresponding Rule 26.2 material simultaneously with his witness list if it has not already been produced.

**Daubert and Remaining Pretrial Motions**: Motions are due on or before December 5, 2014. Oppositions and replies, if any, are due December 19 and 23, 2014, respectively.

**Jury-Related Materials**: Proposed jury questionnaire(s), proposed preliminary instructions to the venire, and any further proposals regarding jury selection procedures are due on or before December 1, 2014. Responses, if any, are due December 8, 2014. The parties shall confer prior to their December 1st submissions to try to narrow in advance any areas of dispute.

---

[1] The government's deadlines were previously established at the October 20, 2014 status conference. (See Clerk's Note (dkt. no. 612) ("The government shall provide its preliminary witness and exhibit lists on or before 12/15/14, and any supplemental lists on or before 12/29/14. Jencks material shall be produced by those same dates, respectively, if not already produced.").)

**Trial Briefs**: Trial briefs are due on or before December 29, 2014.

**Motions in Limine**: Guilt-phase motions in limine are due on or before December 29, 2014. Responses, if any, are due January 5, 2015.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge