UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## SEALED MOTION TO SEAL MOTION FOR FOREIGN DEPOSITION

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves to file this motion and the accompanying Motion for Foreign Deposition (and appended exhibit) under seal. As grounds therefor, undersigned counsel states that the motion extensively quotes and references discovery material subject to the Protective Order in this case. In addition, we are concerned that publicity about the role or importance of potential witnesses in Russia may impact the safety of our travel to Russia, and as our ability to obtain the cooperation of other Russian citizens.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.

1

220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document I have caused the foregoing document and exhibit to be served on counsel for the United States by hand delivery on November 17, 2014.

_____

2