UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | FILED UNDER SEAL |
| | ) | EX PARTE |
| DZHOKHAR A. TSARNAEV, | ) | |
| Defendant | ) | |

### SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests

leave to file this motion and the attached opposition to Tsarnaev's motion for authorization to

interview Deputy Clerk under seal.  As grounds for this motion, the government states the motion

itself was filed under seal and this response should be filed under seal for the same reasons.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    /s/ William Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys

Date: November 19, 2014