UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
November 21, 2014

O'TOOLE, D.J.

The defendant moves to file under seal a motion for foreign deposition. Sealing at this time is appropriate, as the materials at issue are related to discovery. See United States v. Kravetz, 706 F.3d 47, 54 (1st Cir. 2013).

The defendant's Motion to Seal (dkt. no. 652) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge