UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**DEFENDANT'S ASSENTED-TO MOTION FOR A PROTECTIVE ORDER**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully submits this Assented-to Motion for a Protective Order and states as follows:

In August 2013, the defense assented to the government's motion for a protective order and the parties agreed to a protective order which governs the conduct of defense counsel with regard to discovery produced by the government. [DE 91]. The defense now seeks similar protections for the materials it must produce to the government under Rule 16, and the Court's Orders.

**Conclusion**

Wherefore, the defense respectfully requests that the Court grant this assented-to motion and enter the attached protective order.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

/s/   Judy Clarke

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800

1

San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 24, 2014.

*/s/  Judy Clarke*