UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### JOINT MOTION FOR ONE-DAY ENLARGEMENT OF TIME TO FILE PROPOSED JURY QUESTIONNAIRE

The United States of America, by and through its undersigned counsel, and Dzhokhar Tsarnaev, through his undersigned counsel, jointly move for a one-day enlargement of time in which to file an agreed-upon proposed jury questionnaire and motions to supplement the questionnaire.

As grounds for this motion, the parties state that they have worked diligently on drafting a joint proposed jury questionnaire but were delayed by the Thanksgiving holiday and need an additional day in which to finalize the joint proposal.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

/s/ William Weinreb
Nadine Pellegrini
William D. Weinreb
Aloke S. Chakravarty
Assistant U.S. Attorneys
U. S. Attorney's Office

DZHOKHAR TSARNAEV
by his attorneys

/s/Judy Clarke, Esq.
David I. Bruck, Esq.
Judy Clarke, Esq.
Miriam Conrad, Esq.
Timothy Watkins, Esq.
William Fick, Esq.

2

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 1, 2014.

/s/ William Weinreb
William Weinreb