UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### DECLARATION OF JOSIE SMITH

I, Josie Smith, declare as follows:

1. I am self-employed. I have worked with Ed Bronson since 2005.

2. In the course of my employment I research media coverage for attorneys seeking information concerning the media coverage generated in connection with a particular case.

3. I collected the newspaper coverage used in connection with the supplemental material in support of the motion for change of venue filed by attorneys for Dzhokhar Tsarnaev on August 7, 2014.

4. In connection with that process I developed search terms designed to produce all articles that refer to the case or to the events that precipitated the case, directly and indirectly. I understood that these broad terms would produce articles that were both relevant and not relevant to the case. That is why I then reviewed each article to determine that it, in fact, referred to the case or to the events that precipitated the case before I included it in the collection. Once I found such a reference I did not make any determinations of degree of relevance. I excluded articles that contained a search term but did not refer to the case.

5. At the request of counsel for Tsarnaev I have reviewed the coverage in the *Boston Globe* and the *Boston Herald* between the dates of July 26, 2014 and November 15, 2014 using the same search terms and procedures previously used in collecting coverage from the *Boston Globe* from April 15, 2013 through July 11, 2014. Those search terms are attached to this declaration (redacted to protect certain personal identifying information).

6. For the *Boston Globe*, that review produced the following:
    143 articles that referred to the case or to the events that precipitated it including
       102 news articles;
       5 briefs;
       2 events;
       1 letter to the editor;
       11 commentary,

1

Case 1:13-cr-10200-GAO   Document 686-1   Filed 12/01/14   Page 2 of 3

        1 comment,
        2 television listings;
        4 editorials;
        8 opinion pieces;
        1 quiz,
        3 photo captions, and
        3 interview Q and As.

7. In terms of time of appearance:
        3 appeared in July after July 26, 2014
        33 appeared in August, 2014
        35 appeared in September, 3024
        50 appeared in October, 2014
        15 appeared in November prior to November 15, 2014

8. For the *Boston Herald*, that review produced the following:
        95 articles that referred to the case or to the events that precipitated it including:
        62 news articles;
        4 briefs;
        4 letters to the editor;
        17 commentary,
        1 comment,
        1 television show review;
        5 editorials;
        1 interview Q and A.

9. In terms of time of appearance:
        3 appeared in July after July 26, 2014
        20 appeared in August, 2014
        26 appeared in September, 3024
        34 appeared in October, 2014
        12 appeared in November prior to November 15, 2014

10. Copies of the articles referenced in paragraphs 6-9 are submitted with this declaration.

11. 

Stricken pursuant to Jan. 2, 2015 Opinion and Order (dkt. no. 887)

Case 1:13-cr-10200-GAO   Document 686-1   Filed 12/01/14   Page 3 of 3



Stricken pursuant to Jan. 2, 2015 Opinion and Order (dkt. no. 887)

12.

13.

14.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 28th day of November, 2014.

JOSIE SMITH