Exhibit 1a (Redacted List of Search Terms)

**Search Terms (my list):**

"Boston Marathon" OR "Marathon" OR "Patriot's Day" OR "Patriots' Day" OR "Patriots Day" OR Tsarnaev Or Tsarnaeva OR "Ruslan Tsarni" OR "Dias Kadyrbayev" OR "Azamat Tazhayakov" OR "Robel Phillipos" OR "Ibragim Todashev" OR "Boylston Street"



"April 15 bombings" OR "April 15 blasts" OR "April 15 explosions" OR "April 15 tragedy" OR "blast in April" OR "blasts in April" OR "explosions in April" OR "bombing in April" OR "bombings in April" OR "blast at finish line"

"blast at the finish line" OR "blast at the race finish line" OR "blast in Boston" OR "blasts at finish line" OR "blasts at the finish line" OR "blasts at the race finish line" OR "blasts in Boston" OR "bomb at finish line" OR "bomb at the finish line"

"bomb at the race finish line" OR "bomb in Boston" OR "bomb suspect" OR "bomb suspects" OR "bomb victim" OR "bomb victims" OR "bombing at finish line" OR "bombing at Marathon" OR "bombing at the finish line" OR "bombing at the race finish line"

"bombing in Boston" OR "bombing suspect" OR "bombing suspects" OR "bombing victim" OR "bombing victims" OR "bombings at finish line" OR "bombings at the finish line" OR "bombings at the race finish line" OR "bombings in Boston" OR "bombs at finish line"

"Boston Strong" OR "Boston One" OR "Boston Remembrance Run" OR "Run to Remember" OR "Day of Remembrance" OR "We Art Boston" OR "Boston Bites Back"

"attack in Boston" OR "attack on Boston" OR "Boston tragedy" OR "tragedy in Boston" OR "ballpark security" OR "homemade bombs" OR "home made bombs" OR "two bombs" OR "two blasts" OR "blast near finish line" OR "blast near the finish line"

"horror in Boston" OR "Boston horror" OR "sadness in Boston" OR "Boston sadness" OR "pain in Boston" OR "Boston pain" OR "anguish in Boston" OR "Boston anguish"

"explosions in Boston" OR "first blast" OR "first bomb" OR "first explosion" OR "pressure cooker bombs" OR "second blast" OR "second bomb" OR "second explosion" OR "two explosions" OR "two bomb blasts" OR "two bomb explosions"

dragnet OR manhunt OR lockdown OR "Monday's tragedy" OR "victims of the bombings" OR "Freedom Song" OR "C▮▮▮▮  W▮▮▮▮" OR "C▮▮▮▮ R▮▮▮▮" OR "Suspect 1" OR "Suspect 2" OR "S▮ H▮ B▮▮▮▮" OR "D▮ H▮▮▮▮"

"bombs at the finish line" OR "bombs at the race finish line" OR "bombs in Boston" "Boston blast" OR "Boston blasts" OR "Boston bomb suspect" OR "Boston bomb suspects" OR "Boston bomb victim" OR "Boston bomb victims" OR "Boston bomb"

"Boston bombing suspect" OR "Boston bombing suspects" OR "Boston bombing victim"

"Boston bombing victims" OR "Boston bombing" OR "Boston bombings" OR "Boston bombs" OR "Boston explosion" OR "Boston explosions" OR "Boston victim" OR "Boston victims"

"explosion at finish line" OR "explosion at the finish line" OR "explosion at the race OR finish line" OR "explosion in Boston" OR "explosions at finish line" OR "explosions at the finish line" OR "explosions at the race finish line"

"blast near the race finish line" OR "blasts near finish line" OR "blasts near the finish line" OR "blasts near the race finish line" OR "bomb near finish line" OR "bomb near the finish line" OR "bomb near the race finish line"

"bombing near finish line" OR "bombing near the finish line" OR "bombing near the race finish line" OR "bombings near finish line" OR "bombings near the finish line" OR "bombings near the race finish line" OR "bombs near finish line"

"bombs near the finish line" OR "bombs near the race finish line" OR "explosion near finish line" OR "explosion near the finish line" OR "explosion near the race finish line" OR "explosions near finish line" OR "explosions near the finish line"

"April bombing" OR "April bombings" OR "Boston bombers" OR" explosions near the race
finish line" OR "P██ S████" OR "M████ M████" OR "A██████ H█████-D███"

"Events of April 15," OR "April 15 events" OR "Event of April 15," OR "April 15 event"

"M██ D████" OR "M████ G████" OR "A████ G████" OR "K██ R███" OR "K████
B████" OR "K███ B█████" OR "R██ B████" OR "S███ M████" OR "A████ D███" OR
"A████ H███"

D███ AND carjacking

"shoot out at Watertown" OR "shootout at Watertown" OR "shoot-out at Watertown" OR
"B████ M███" OR "E██ W██████" OR "R█████ T████"

"Back Bay explosions" OR "stay-at-home order" OR "shelter in place" OR "shelter-in-place" OR
"S██ T████" OR "Watertown Police Foundation"