UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No.13-10200-GAO |
| | ) |
| DZHOKHAR A. TSARNAEV, | ) |
| Defendant | ) |

### SEALED MOTION FOR MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S SEALED MOTION FOR FOREIGN DEPOSITION UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file it's response to the defendant's sealed Motion for a Foreign Deposition under seal. As grounds for this motion, the government states that government's opposition includes reference to sensitive materials subject to the protective order in this case and responds to the defendant's sealed motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARTY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys

## Certificate of Service

I hereby certify that this will be sent via e-mail and U.S. mail to counsel of record on December 1, 2014.

/s/ Aloke Chakravarty
Aloke Chakravarty
Assistant U.S. Attorney