UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 2, 2014

O'TOOLE, D.J.

The defendant moves to file under seal Exhibit 3 to his Memorandum in Support of Second Motion to Change Venue (dkt. no. 686). The defendant's Sealed Motion to Seal (dkt. no. 691) is GRANTED for the reasons set forth by the defendant in his motion.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge