UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.13-10200-GAO |
| ) | |
| ) | FILED UNDER SEAL |
| DZHOKHAR A. TSARNAEV, ) | |
| Defendant ) | |

## JOINT SEALED MOTION
## FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through its undersigned counsel, and Dzhokhar Tsarnaev, by and through his undersigned counsel, respectfully request leave to file this motion and the attached joint proposed jury questionnaire under seal. As grounds for this motion, the parties state that the goal of obtaining candid responses to the questionnaire could be jeopardized if potential jurors obtain advance copies of it.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ William Weinreb
William D. Weinreb
Aloke S. Chakravarty
Nadine Pellegrini
Assistant U.S. Attorneys

DZHOKHAR TSARNAEV
by his attorneys

/s/Judy Clarke, Esq.
David I. Bruck, Esq.
Judy Clarke, Esq.
Miriam Conrad, Esq.
Timothy Watkins, Esq.
William Fick, Esq.