UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.13-10200-GAO |
| ) | |
| ) | FILED UNDER SEAL |
| DZHOKHAR A. TSARNAEV, ) | |
| Defendant ) | |

### SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file this motion and the attached motion to supplement jury questionnaire under seal. As grounds for this motion, the government states that the goal of obtaining candid responses to the question proposed in the attached motion could be jeopardized if potential jurors obtain advance copies of it.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William Weinreb
William D. Weinreb
Aloke S. Chakravarty
Nadine Pellegrini
Assistant U.S. Attorneys

### Certificate of Service

I hereby certify that a copy of this document was served by electronic mail on Dzhokhar Tsarnaev's counsel, Miriam Conrad, Esq., Federal Public Defender Service, on December 2, 2014.

/s/ William Weinreb
William Weinreb