UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 3, 2014

O'TOOLE, D.J.

Upon review of the parties' relevant submissions, the defendant's Motion for Order re: Forensic Testing (dkt. no. 660) (under seal) is GRANTED. No law enforcement employees, including Federal Bureau of Investigation employees, may disclose what evidence is sent for testing, the name of the laboratory to which the evidence is sent, or the nature of the tests performed. Further details, including defense counsel's responsibility for the safeguarding of the evidence and specific procedures regarding the documentation of the condition of the evidence, shall be described in a supplemental _ex parte_ order to be issued today.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge