UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13-CR-10200-GAO |
| v. | ) | **FILED UNDER SEAL** |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## ASSENTED-TO MOTION TO SEAL

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests leave to file five *Daubert* motions in limine, a motion for leave to file a motion in excess of twenty pages as to one of the motions, and a motion to extend to time to file an additional *Daubert* motion, all under seal. Leave to file under seal is requested because the motions concerns non-public discovery and evidentiary disclosures that are subject to the Protective Order [DE 91] in this case. Recognizing that some or all of the materials referred to in the motions may well become public during trial, defendant requests only that the documents remain under seal until such time as public disclosure at a pre-admission hearing or at trial is necessary. While the Government does not concede that sealing is legally required, it assents to the motion in an abundance of caution.

Respectfully submitted,

DZHOKHAR TSARNAEV

By his attorneys

/s/ Judy Clarke

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document was served on counsel for the government by email and paper copy by interoffice delivery on December 5, 2014.

/s/ Timothy Watkins

Timothy Watkins

- 2 -