# EXHIBIT B

# MASSACHUSETTS STATE POLICE FORENSIC SERVICES GROUP

# DNA UNIT

# DNA Case File and Report Preparation Guidelines

# Version 6.0

Massachusetts State Police Forensic Services Group
DNA Case File and Report Preparation Guidelines
Issued By: Acting Laboratory Director
Issue Date: April 1, 2013

DNA-D020-v.6.0

Page 1 of 24

# TABLE OF CONTENTS

1   INTRODUCTION ..................................................................................................4

2   MATERIALS ......................................................................................................4

2.1   Equipment.............................................................................................................4

2.2   Documentation .....................................................................................................4

3   FILE PREPARATION.........................................................................................4

3.1   General Guidelines ............................................................................................. 4

3.2   CE Run Folder ......................................................................................................5

3.3   Control Data & Standards ...................................................................................5

3.4   Case File ...............................................................................................................5

3.5   Exemplar Batch File and Convicted Offender Batch File .................................7

3.6   Table of Contents.................................................................................................9

3.7   Statistical Generation .......................................................................................10

4   REPORT PREPARATION ...............................................................................10

4.1   General Guidelines ............................................................................................10

4.2   Generation of DNA Reports ..............................................................................11

4.3   Issuance of Reports...........................................................................................12

4.4   Verbal Notification .............................................................................................13

4.5   Status Report......................................................................................................13

4.6   Status Notification .............................................................................................14

4.7   DNA-STR Report .................................................................................................15

4.8   DNA-STR Comprehensive Report .....................................................................16

4.9   DNA STR /Y-STR Comprehensive Report .........................................................16

4.10    Exemplar Reports ............................................................................................17

4.11    No Report Needed...........................................................................................18

4.12    CODIS Request Form.......................................................................................19

5    REFERENCES......................................................................................................20

5.1    Report Templates.............................................................................................20

6    REVISION HISTORY ..........................................................................................22

7    MANUAL REVIEW..............................................................................................23

8    AUTHORIZATION...............................................................................................23

# 1      INTRODUCTION

The purpose of this protocol is to provide a guideline for the organization and content of DNA case files and reports.

# 2      MATERIALS

## 2.1    Equipment

2.1.1    PC Computer with access to appropriate DNA associated drives and Laboratory Information Management System (LIMS)

2.1.2    Printer

## 2.2    Documentation

2.2.1    Appropriate Templates (e.g., DNA Report(s), Table of Contents, etc.)

2.2.2    Criminalistics File, if available

# 3      FILE PREPARATION

## 3.1    General Guidelines

**Important**: Results from an active case file cannot be disseminated until technical review is completed.

3.1.1    New DNA case files are prepared by the Case Management Unit.

   3.1.1.1    DNA case files are green.

3.1.2    The location of a case file is tracked in LIMS.

   3.1.2.1    Once assigned, an active case file is transferred to the custody of the Assigned Analyst.

3.1.3    Notes and communications regarding the case may be maintained in the case file or in the LIMS.

   3.1.3.1    All necessary LIMS DNA Matrix worksheets shall be printed and added to the case file for review.

3.1.4    The consecutive page number, case number and Assigned Analyst's initials shall be placed on each page of the case file.

    3.1.4.1    These markings are not necessary on the TOC or on the final report(s).

## 3.2    CE Run Folder

3.2.1    Casework and Batch exemplar CE Run Folders will contain the Control Checklist & Editing Sheets (original)

## 3.3    Control Data & Standards

3.3.1    Control data such as the Extraction Positive(s), Extraction Negative(s), Amplification Positive(s), Amplification Negative(s), d-Formamide / LIZ Blank(s) may be reviewed electronically.

3.3.2    Allelic Ladder(s) and the LIZ Size Standards may be reviewed electronically.

3.3.3    Electronic review will be documented on the Table of Contents with the technical reviewer's initials.

## 3.4    Case File

3.4.1    The standard case file (questioned samples) is assembled back-to-front as follows (items included when applicable):

    3.4.1.1    On the left sleeve of the folder, secured by a clasp:

        3.4.1.1.1    Police Report (for cases not processed in the Criminalistics Unit)

        3.4.1.1.2    Chain of Custody forms (e.g. Evidence Disposition Forms) (for cases not processed in the Criminalistics Unit)

        3.4.1.1.3    Correspondence, in date order (earliest date closest to folder), including phone log or records of conversation. These may be maintained in LIMS and do not need to be printed for the file.

        3.4.1.1.4    Exhaustive Sample Disposition – Defense Representative Form

        3.4.1.1.5    DNA Analysis Request Form (DARF) [original testing & supplemental testing]

Massachusetts State Police Forensic Services Group        DNA-D020-v.6.0
DNA Case File and Report Preparation Guidelines
Issued By: Acting Laboratory Director
Issue Date: April 1, 2013        Page 5 of 24

3.4.1.2     On the right sleeve of the folder, secured by a clasp:

3.4.1.2.1     CL-1 Form(s)/Evidence Submission Form(s) (copy, original for cases not processed in the Criminalistics Unit) for those items in the DNA assignment.

3.4.1.2.2     Photocopies, photos and/or a photo CD of packaging related to the Criminalistics or DNA sample(s) (e.g., indicating evidence seals and / or markings)

3.4.1.2.3     DNA Sample Worksheet(s)

3.4.1.2.4     Extraction Worksheet(s)

3.4.1.2.5     Quantitation Worksheet(s) and results

Note: For Y-STR cases started at amplification at a minimum include the quantitation plate map.

3.4.1.2.6     Sample Concentration Worksheet(s)

3.4.1.2.7     Amplification Set-up Worksheet(s)

3.4.1.2.8     CE Plate Map

3.4.1.2.9     Allelic Ladder(s)

3.4.1.2.10    Reported STR Data or Y-STR Data

3.4.1.2.11    Sample Electropherogram(s) (original)

3.4.1.2.12    Supporting GeneMapper™ ID data (original) (first & second reader data)

3.4.1.2.13    Control Checklist & Editing Sheets (copy)

3.4.1.2.14    Data Not Reported (DNR) Summary Worksheet pertaining to case samples only.

3.4.1.2.15    Data Not Reported (DNR): For entire case-related CE runs which are DNR, include copies of the following in the case file:

CE Plate Map

Control Checklist & Editing Sheets (if applicable) (copy)

DNR Summary Worksheet pertaining to case samples only

3.4.1.2.16   Re-run and/or Re-injection data

Reported Samples: Steps 3.4.1.2.8 – 3.4.1.2.13 CE Plate Map through Control Checklist & Editing Sheets (copy)

DNR Samples:  Data Not Reported (DNR) Summary Worksheet

3.4.1.2.17   For questioned samples analyzed in more than one batch (e.g., if re-analysis was required):

Group each batch of data separately

Place the worksheets in order (as outlined above), including DNR Summary Worksheets, where appropriate.

3.4.1.2.18   Mixture interpretation notes/worksheets

3.4.1.2.19   Statistics printout(s)

3.4.1.2.20   CODIS Search/Upload Request Form

Note: The original CODIS Search/Upload Request form will be forwarded to the CODIS administrator or designee.

3.4.1.2.21   Addenda (add the following if applicable, but not limited to):

DNA-STR / Y-STR Exemplar Summaries

CODIS Specimen Detail Report

CODIS Specimen Delete Report

3.4.1.2.22   Table of Contents for the case file

3.4.1.2.23   Copy of Report(s)

## 3.5   Exemplar Batch File and Convicted Offender Batch File

Massachusetts State Police Forensic Services Group
DNA Case File and Report Preparation Guidelines
Issued By: Acting Laboratory Director
Issue Date: April 1, 2013

DNA-D020-v.6.0

Page 7 of 24

3.5.1    The standard batch file is assembled back-to-front as follows (items included when applicable):

   3.5.1.1    On the left sleeve of the folder, secured by a clasp:

        Batch List (Exemplar batch only)

   3.5.1.2    On the right sleeve of the folder, secured by a clasp:

     3.5.1.2.1    DNA Exemplar Worksheet(s) (not necessary for CODIS Convicted Offender Samples)

     3.5.1.2.2    Extraction Worksheet(s)

     3.5.1.2.3    Quantitation Worksheet(s) and printouts

     3.5.1.2.4    Sample Concentration Worksheet(s)

     3.5.1.2.5    Amplification Set-up Worksheet(s)

     3.5.1.2.6    CE Plate Map

     3.5.1.2.7    Allelic Ladder(s)

     3.5.1.2.8    Reported STR / Y-STR Data:

        Exemplar Electropherogram(s) (original, Exemplar batch only)

        Supporting GeneMapper™ ID data (original, first & second reader data, Exemplar batch only)

        **Note:** It is not necessary to evaluate potential alleles below threshold for exemplar and convicted offender samples. Potential alleles below threshold may be included in an exemplar report depending on the circumstances of the sample (i.e., fatal sample).

     3.5.1.2.9    Control Checklist & Editing Sheets (copy)
        Or
        TrueAllele Control Check Table(s)
        TrueAllele Status Table(s)
        TrueAllele Worksheet(s) (original)

     3.5.1.2.10    Data Not Reported (DNR) Summary Worksheet(s) pertaining to

Massachusetts State Police Forensic Services Group
DNA Case File and Report Preparation Guidelines
Issued By: Acting Laboratory Director
Issue Date: April 1, 2013

DNA-D020-v.6.0

Page 8 of 24

case samples only

3.5.1.2.11   Data Not Reported (DNR): For entire case-related CE runs which are DNR, include copies of the following in the case file:

CE Plate Map

Control Checklist & Editing Sheets (if applicable) (copy)
Or
TrueAllele Control Check Table(s)
TrueAllele Status Table(s)
TrueAllele Worksheet(s) (original)

DNR Summary Worksheet pertaining to case samples only

3.5.1.2.12   Re-run and/or Re-injection data

Reported Samples: Step 3-5.1.2.6 – 3-5.1.2.9 CE Plate Map through Control Checklist & Editing Sheets (copy)
Or
TrueAllele Control Check Table(s)
TrueAllele Status Table(s)
TrueAllele Worksheet(s) (original)

DNR Samples: Data Not Reported (DNR) Summary Worksheet

3.5.1.2.13   Exemplar Results Summaries

3.5.1.2.14   Table of Contents for the Batch File

**Note:** For Convicted Offender batch files, the CD of the CMF file will be added to the file.

## 3.6    Table of Contents

3.6.1   A Table of Contents (TOC) is prepared for each DNA case file and batch file.

3.6.1.1   The TOC acts as a technical review checklist.

3.6.2   For Exemplar batches consisting of multiple cases, create a Table of Contents under a single case number, usually the first case listed on the Batch File List.

3.6.3 The TOC (for Case Files and/or Batch Files) is generated in the LIMS DNA Matrix

    3.6.3.1 Under the Assignments tab, click on the Report button on the right side of the screen. In the Assignment Details section, select the Worksheets button. Under New Worksheets, select the appropriate Table of Contents and the Create button.

    3.6.3.2 Under the General Worksheets tab, select "Case File Table of Contents" (for ID Case Files), "Y-STR Case File Contents" (for Y-STR Case Files) "DNA Batch TOC" (for Exemplar ID Batch Files), Y-STR Batch TOC (for Exemplar Y-STR Batch Files) or "CO Batch TOC" for Convicted Offender Batch Files.

    3.6.3.3 Click the Create button at the bottom of the screen.

## 3.7 Statistical Generation

3.7.1 The statistical significance of a match (questioned stain to an exemplar) is calculated as part of the DNA case report conclusions utilizing POPSTATS software or appropriate template (e.g., CPE/CPI excel spreadsheet, Y- STR database query, Y mixture tool).

# 4 REPORT PREPARATION

## 4.1 General Guidelines

4.1.1 Four types of written reports are generated:

Status Report

Status Notification

Full Report (categorized as DNA-STR Reports, DNA STR Comprehensive Reports, DNA Y-STR Comprehensive Reports)

Exemplar Summary

4.1.2 Consult the Criminalistics Case File (as necessary), LIMS (as necessary) and the DNA file to fill in the appropriate information in the report template fields. Some information will fill in automatically from LIMS (case #, incident # & date, investigator & other case-related names).

Massachusetts State Police Forensic Services Group          DNA-D020-v.6.0
DNA Case File and Report Preparation Guidelines
Issued By: Acting Laboratory Director
Issue Date: April 1, 2013          Page 10 of 24

4.1.3    Choose appropriate conclusion statements from the report template standard statements.

Note: The report templates are a guide to DNA reporting and cannot cover all scenarios. Alternative statements, using a similar format /content, may be utilized at the approval of a DNA Unit Supervisor or Technical Leader. New statements, if applicable, will be included in the next version of the report template.

4.1.4    If available, an excel-based workbook may be utilized to assist in the preparation of results tables (questioned and/or exemplar).

## 4.2    Generation of DNA Reports

4.2.1    DNA Casework reports/ notifications  and Exemplar Results Summaries are created and saved as Crystal Reports in LIMS in the appropriate case number file (e.g., 12-00023).

4.2.2    In LIMS, open the appropriate Lab Case #.

4.2.3    Under the Assignments tab, choose the appropriate DNA assignment and select the Edit button.

4.2.4    In the Details area at the bottom left of the screen, click on the question mark in the box to the right of the Lab/Format field.

4.2.5    Select the appropriate template (see below) from the Format Codes popup menu and click Save.

DNA Casework Templates:
| CODE | DESCRIPTION |
| --- | --- |
| DNA | DNA STR Comprehensive Report |
| DNASTR | DNA STR Casework Report – CODIS Notification |
| DNAYSTR | DNA STR/Y-STR Comprehensive Report |
| STATUS | DNA Status Report |
| DNASN | DNA STR Status Notification |
| DNACSN | CODIS Status Notification |
| EXTEXCOD | External Vendor Laboratory CODIS Notification |

Exemplar Templates:
| CODE | DESCRIPTION |
| --- | --- |
| COEXEM | CODNA STR Exemplar Summary |
| COEXTV | External Vendor Exemplar Report |

Massachusetts State Police Forensic Services Group
DNA Case File and Report Preparation Guidelines
Issued By: Acting Laboratory Director
Issue Date: April 1, 2013

DNA-D020-v.6.0

Page 11 of 24

COYSTR        CODNA Y-STR Exemplar Summary

4.2.6    Proceed into the Matrix by clicking on the Report button.

4.2.6.1    For Exemplar Reports/summaries, select the Report Writing tab and the Send to Word button.

4.2.6.2    For DNA Casework reports/notifications under the Report Writing tab, ensure that the Item # and Report description are correct.

Under the Report section at the bottom, click on the button that reads Send to Word.

A Microsoft Word document will be generated consisting of the appropriate report.

Specific case-related information is entered into the grey fields and tables of the report templates.

Note: Wording/statements in red font may/may not be necessary for a particular case; include or delete as necessary. If utilized for the report, change the font to black.

4.2.6.3    Enter all appropriate Extraction Statistics and Results Statistics

4.2.7    To access reports/notifications/summaries that have been previously created, but not approved, go to the Report tab within the Matrix and click on Send to Word at the bottom of the screen.

4.2.7.1    To open a previously saved report, select the 'open as is' option.

4.2.7.2    To regenerate a report (clearing the previous report); select the 'regenerate' option.

The entire report will be regenerated and all previously saved information will be lost.

4.3    Issuance of Reports

4.3.1    All reports must be technically and administratively reviewed prior to issuance. This is documented on the DARF (handwritten) and in LIMS electronically.

4.3.2     Reports may be notarized upon request.

4.3.3     Original reports shall be sent to the Investigator (if applicable).

4.3.4     Copies of the report shall be sent to the Assistant District Attorney (if one is assigned) and the DA Liaison.

4.3.5     A copy of the report shall be retained with the DNA file.

4.3.6     Full DNA reports are accessible with read-only privileges in LIMS.

4.3.7     Reports can be faxed, or scanned and emailed as a PDF file, if necessary.

   4.3.7.1     The fax receipt should be retained with the file, added as an addendum

If emailed, the recipient, date provided, exact documentation provided, and the means of transmission must be noted in the case record.


4.4     Verbal Notification

4.4.1     Verbal notification of results may be given to authorized personnel after appropriate technical review.

   4.4.1.1     This technical review is documented on the DARF and in LIMS when the assignment has been approved.

   4.4.1.2     The QA Manual outlines such review.

   4.4.1.3     The verbal notification must be documented in a Record of Conversation (ROC) contained within the case file and approved on the DARF by the technical reviewer.

   4.4.1.4     The verbal notification will be followed by a full report, superseding the verbal notification.

4.5     Status Report

4.5.1     A Status Report is generated if a written report is necessary for court, investigators or District Attorneys.  A Status Report may be generated for cases in which further DNA analysis may be warranted (e.g., investigative).

4.5.2    A Status Report should be followed by a full report, unless deemed not necessary by the appropriate parties (e.g., Technical Leader, ADA, Investigator).

4.5.3    A Status report may be used when DNA testing is halted due to insufficient DNA being extracted from the sample.

4.5.4    Report components:

Date issued

Summary of Conclusions

Lab case number, town, incident location and case type

Incident number

Names to whom the report is issued (e.g., Investigator and copies to the ADA and DA Liaison)

Date of the incident/investigation

Victim name(s)

Suspect name(s), if known

Results (if applicable)

Additional Comments

Signature and title of the person accepting responsibility for the content of the report

## 4.6    Status Notification

4.6.1    A DNA-STR Status Notification (edited for use for Y-STR casework) may be generated when the request for DNA analysis has been rescinded and DNA testing has ceased.

4.6.1.1    The components of a DNA-STR Status Notification consist of all of the components of a DNA-STR Status Report with the exception of the Results and Additional Comments sections.

4.6.1.2    An "Additional Testing" section is included to alert the report recipient that further testing may be requested.

4.6.2    A CODIS Status Notification shall be generated after issuance of a DNA Report when a questioned DNA profile is added or removed from one or more of the CODIS index systems (NDIS and/ or SDIS). The DNA CODIS Supervisor or CODIS back-up supervisor will issue the notification for all CODIS removals which will be reviewed by the Technical Leader of DNA/ CODIS or designee.

4.6.2.1    The components of a CODIS Status Notification consist of all of the components of a DNA-STR Status Report with the exception of the Summary of Conclusions, Results and Additional Comments sections.

4.6.2.2    The CODIS Status Notification includes a statement documenting the questioned DNA profile to be uploaded to or removed from the CODIS database. If possible, the reason for the removal of the profile from CODIS will be documented.

## 4.7    DNA-STR Report

4.7.1    A DNA-STR Report is generated for no-suspect or "unsub" cases, in which only a questioned sample(s) and potentially a victim exemplar are analyzed.

4.7.2    This report is issued to the appropriate District Attorneys and/or Investigators indicating that the particular case had been processed and related sample(s) submitted to CODIS, or alternatively, indicating if the questioned stain profile is not suitable for CODIS upload.

4.7.3    Report Components

Date issued

Lab case number, town and case type

Incident number

Names to whom the report is issued (e.g. Investigator and copies to the ADA and DA Liaison)

Date of the incident/investigation

Victim name(s)

Suspect name(s), if known

Description of the items submitted

Description of the methodology

Names of loci tested

Results

Conclusions

Additional Comments

Disposition of evidence

Signature and title of the person accepting responsibility for the content of the report

## 4.8    DNA-STR Comprehensive Report

4.8.1    A DNA-STR Comprehensive Report is generated for cases that contain both questioned sample(s) and exemplar sample(s).

4.8.2    This report is issued to the appropriate District Attorneys and/or Investigators and includes appropriate comparisons and conclusions.

4.8.3    This report includes all components of a DNA-STR Report as well as the following components:

Population database used to generate any statistical calculations

Listed reference for statistical calculations, if applicable

## 4.9    DNA STR /Y-STR Comprehensive Report

4.9.1    A DNA STR/Y-STR Comprehensive Report is generated for cases that contain both questioned sample(s) and exemplar sample(s) requiring autosomal and Y-STR analysis.

4.9.2    This report is issued to the appropriate District Attorneys and/or Investigators and includes appropriate comparisons and conclusions.

4.9.3     See 4.8.3 for report components.

Note: This report template will be edited to report Y-STR analysis only.

## 4.10     Exemplar Reports

4.10.1   Exemplar reports are generated when exemplars are processed and reported.

    4.10.1.1   Exemplar Results Summary Components:

        Date Issued

        Lab case number, town

        Batch number

        Names of individuals whose exemplars were tested

        Names of loci tested

        Name of the person accepting responsibility for the content of the report

        Initials of the technical reviewer

        Results

    4.10.1.2   Technically and administratively reviewed Exemplar Results Summaries may be accessed by the appropriate DNA Analyst and incorporated into the final case file as an addendum and added to a report, as needed.

    4.10.1.3   Exemplar Results Summaries are also utilized for convicted offender verifications and this documentation is incorporated into the CODIS Hit file.

    4.10.1.4   To view an approved exemplar results summary:

        Click on the Reports tab

        Highlight the CDNA assignment

        Click the Print button at the bottom of the screen

4.10.2   An External Vendor Exemplar report is generated when a questioned item

has been sent to an external DNA laboratory for processing.

4.10.2.1   This report will be submitted to the external vendor laboratory for interpretation and issuance of a final interpretive report.

4.10.2.2   External Exemplar Report components:

Date issued

Lab case number, town and case type

External Vendor case number

Incident number

Names to whom the report is issued (e.g., Investigator and copies to the ADA, DA Liaison and External Vendor)

Date of the incident/investigation

Victim name(s)

Suspect name(s), if known

Names of individuals whose exemplars were tested

Description of the methodology

Names of loci tested

Results

Conclusion

Additional Comments

Disposition of evidence

Signature and title of the person accepting responsibility for the content of the report

## 4.11   No Report Needed

4.11.1   The DNA Unit may cease testing on a case when the request for analysis

Massachusetts State Police Forensic Services Group
DNA Case File and Report Preparation Guidelines
Issued By: Acting Laboratory Director
Issue Date: April 1, 2013

DNA-D020-v.6.0

Page 18 of 24

has been rescinded.

4.11.1.1   The request to cease analysis shall be documented in the case file and LIMS. The case can be closed accordingly.

4.11.1.2   All paperwork generated for the case will have the case number added and must be secured within the case file prior to filing. No technical or administrative review is required of this paperwork/ file.

4.11.1.3   Alternatively, a DNA-STR Status Notification may be issued upon technical review of the DNA case file. See 4.6.1.

## 4.12   CODIS Request Form

4.12.1   All suitable questioned profiles are submitted to CODIS via the DNA Unit Supervisor CODIS or DNA Analyst for search/upload utilizing the CODIS Search/Upload Request Form in the LIMS DNA Matrix.

4.12.1.1   Under the Assignments tab, click on the Report button on the right side of the screen.

4.12.1.2   Under the General Worksheets tab, select "CODIS Search Upload Request Form."

4.12.1.3   Click the Create button at the bottom of the screen.

4.12.1.4   Case-specific information will automatically populate onto the form.

4.12.1.5    Manually enter the required information.

4.12.1.6   Any allele calls below reporting threshold are designated as such (in parentheses

4.12.1.7   Once the CODIS Request Form is technically and administratively reviewed, the profile is uploaded by the DNA Analyst and a Specimen Detail Report (SDR) is generated.

4.12.1.8   The Specimen Detail Report must be administratively reviewed. This review is documented on the SDR in the form of the reviewer's initials and date.

4.12.1.9   A copy of the CODIS Request Form and the original SDR will be incorporated into the DNA case file.

4.12.1.10 The original CODIS Request form will be forwarded to the DNA Supervisor-CODIS or designee.

# 5     References

The current report templates are retained in the LIMS DNA matrix. Minor alternations to the DNA Matrix software and /or DNA Matrix report templates may not warrant a new version of the protocol. Updates would be incorporated into the next revision of the protocol.

## 5.1     Report Templates

5.1.1.1   Data Not Reported (DNR) Summary Sheet

5.1.1.2   CODIS Search/Upload Request Form

5.1.1.3   Case File Table of Contents

5.1.1.4   Exemplar Batch File Table of Contents

5.1.1.5   Case File Table of Contents (Y-STR)

5.1.1.6   Y-STR Exemplar Batch File Table of Contents

5.1.1.7   Convicted Offender Batch File Table of Contents

5.1.1.8   DNA-STR Report Template

5.1.1.9   DNA-STR Status Report Template

5.1.1.10  DNA-STR Comprehensive Report Template

5.1.1.11   DNA STR / Y-STR Comprehensive Report Template

5.1.1.12   DNA-STR Exemplar Results Summary Template

5.1.1.13   DNA Y-STR Exemplar Results Summary Template

5.1.1.14   DNA-STR / Y-STR Status Notification

5.1.1.15   CODIS Status Notification

5.1.1.16   DNA-STR External Exemplar Report Template

5.1.1.17   External Vendor Laboratory – CODIS Status Upload Notification

Massachusetts State Police Forensic Services Group
DNA Case File and Report Preparation Guidelines
Issued By: Acting Laboratory Director
Issue Date: April 1, 2013

DNA-D020-v.6.0

Page 21 of 24

# 6     REVISION HISTORY

| REVISION DATE | VERSION | TOTAL PAGES | REVISION |
|---|---|---|---|
| On file in QA. | On file in QA. | On file in QA. | Original |
| 5/23/2006 | On file in QA. | On file in QA. | Updated Appendices G and J to reflect new Y-STR amplification kit in service (Yfiler). |
| 7/18/2006 | On file in QA. | On file in QA. | Updated protocol to reflect electronic location of completed DNA case reports to allow Criminalists to have read only access to these reports. A hard copy of the report will no longer be forwarded to the Criminalist. |
| 3/8/2007 | On file in QA. | On file in QA. | Updated protocol to reflect electronic review of controls. Due to this change, it is no longer necessary to create a Run Folder for the control samples. |
| 10/30/2007 | On file in QA. | On file in QA. | Updated protocol to reflect the change from the CODNA Unit to the CODIS / Caseworking Unit. Replaced the CODIS Search/Upload Notification and DNA Case Notification with a full report, entitled DNA casework report. No tables generated in GeneMapper *ID* and all controls may be reviewed electronically. Removed requirement for sub-statements in report templates that previously delineated why a certain locus/i was not used in the statistical calculation. Removed requirement for notary. Internal exemplar reports were renamed Exemplar Results Summaries. |
| 9/1/2008 | On file in QA. | On file in QA. | Protocol updated to incorporate the LIMS DNA Matrix System. Addition of the Criminalistics / DNA case file and report. Removed the DNA Sample Worksheet in the Criminalistics / DNA case files. Addition of photos and/or photo     CD to document samples tested during criminalistics examinations or DNA sample preparation. Removed the Exemplar Preparation Worksheet for CODIS Convicted Offender samples during the sample preparation stage.  Defined and differentiated between DNA-STR Report and DNA-STR Comprehensive Report. |
| 12/21/12 | 5.0 | 23 | Updated ISO.  Replaced all appendices with references to the LIMS DNA Matrix. Added instructions for generating reports in the LIMS DNA Matrix. Removed references to Criminalistics / DNA case file and report.  Added references to DNA STR Status Notification and CODIS Status Notification.  Added the option for LIMS records of conversations to be reviewed electronically. Removed Correspondence, Records of Conversations and DNA Analysis Request Form from components of Exemplar Batch files. Added the note "It is not necessary to evaluate potential alleles below threshold for exemplar and convicted offender samples. Potential alleles below threshold may be included in an exemplar report depending on the circumstances of the sample (i.e., fatal sample)." Per the FBI's Quality Assurance Standards, removed all references to co-signing a DNA Report. Removed the requirement for a DNA Unit Supervisor or Technical Leader to approve the issuance of a Verbal Notification. Added 4.1.4. Minor changes throughout. |

| REVISION DATE | VERSION | TOTAL PAGES | REVISION |
|---|---|---|---|
| 4/1/13 | 6.0 | 24 | Section 4.3.7 Added: , or scanned and emailed as a PDF file, Added If emailed, the recipient, date provided, exact documentation provided, and the means of transmission must be noted in the case record. Removed reference to Y-STR Report Deleted 4.10 and added note:  Note: This report template will be edited to report Y-STR analysis only. |

# 7    MANUAL REVIEW

_____          _____
**TECHNICAL LEADER DNA & CODIS**                     **DATE**


_____          _____
**DEPUTY DIRECTOR OF FORENSIC BIOLOGY**              **DATE**


_____          _____
**QUALITY AUURANCE MANAGER**                        **DATE**


# 8    Authorization

**ACTING LABORATORY DIRECTOR**                          **DATE**


**SIGNATURES ON FILE AT QUALITY ASSURANCE OFFICE**