UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 8, 2014

O'TOOLE, D.J.

The parties have moved to file under seal documents related to jury questionnaire proposals, including their Joint Proposed Jury Questionnaire, the government's Motion to Supplement Jury Questionnaire, the defendant's Motion to Supplement Agreed-Upon Jury Questionnaire, and the defendant's Reply to Government's Motion to Supplement Jury Questionnaire. The motions (dkt. nos. 702, 703, and 704) are GRANTED at this time for the reasons set forth by the parties.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge