## UNITED STATES v. DZHOKHAR TSARNAEV
## Crim. No. 13-10200-GAO

_____  _____  _____  _____

**Juror Name**

_____  _____

**Juror Number**

## UNITED STATES v. DZHOKHAR TSARNAEV
## Crim. No. 13-10200-GAO

JUROR QUESTIONNAIRE
PRELIMINARY INSTRUCTIONS

As Judge O'Toole explained to you, the purpose of this questionnaire is to help the judge and the lawyers pick a fair and impartial jury. It is not a test. There are no "right" or "wrong" answers. You do not need to know anything about the law to fill it out. You just need to answer the questions completely and honestly.

Your questionnaire answers will be kept confidential. They will be seen only by the judge, the parties, and their assistants. Please answer the questions as candidly as possible. For this process to work, it is important that you are completely truthful about your actual views and opinions. Everyone involved in this process is relying on what you say. We are genuinely interested in what *you* think. It will not help if you give answers that are "politically correct" or reflect what you think we want to hear or what a 'good" juror should say. You took an oath to give truthful answers, and we are relying on you to honor that oath and be honest.

We understand that no one's memory is perfect and that people filling out questionnaires sometimes make mistakes. Don't worry about that. Just do your honest best. Please do not leave any question unanswered. If you are not sure whether a question applies to you, please assume it does and answer it. If you do not understand any question or do not know the answer (or if you are just unsure), please write "I do not understand," or "I do not know," or "I'm not sure." If you need assistance in completing the questionnaire, please ask only the court staff for help. If you need additional space for your responses, please use the pages provided at the end of the questionnaire.

**Starting now, it is important that your only information about this case come from the Court and the parties -- not from family, friends, news media, or social media.  So please remember and follow these rules:**

- Do not discuss this case with anyone.  That includes family members, friends, and other potential jurors.

- If anyone attempts to talk to you about this case, immediately notify the judge or a member of the courtroom staff.

- Do not read, watch or listen to any media accounts or conversations about this case.  Do not go on the internet and look up any news stories or websites that may have information about this case.  Do not go to any of the physical locations that you believe may be involved in this case, if at all possible.  If you are exposed accidentally to information or discussion about this case, please inform the judge when you appear for voir dire (individual questioning).

1.  Name: _____

2.  Date of birth _____

3.  Gender:    ❑ Male    ❑ Female

4.  Race: (This information will not affect your selection for jury service.) _____

5.  What city and county to do you live in? _____

6.  How long have you lived there? _____

7.  In what city, state and country were you born and raised?

    Born: _____    Raised: _____

    If you were born in another country, when did you move to the United States, and when did you obtain U.S. citizenship?

    Moved: _____    Citizenship: _____

8.  Have you ever lived in another country?  ❑ Yes    ❑ No

    What Country?                    For how long?

    _____        _____

    _____        _____

9.  Do you have any difficulty understanding English?  ❑ Yes ❑ No

10. If you believe you have a physical or mental condition that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating, please explain:

    _____

    _____

    _____

11. The trial of this case could take up to three or four months.  Do you believe serving on the jury for that length of time would be such a severe medical, personal, family, or professional hardship that you should be excused?  If yes, please explain.

_____

_____

_____

_____

12. If you take any medications that you think might affect your ability to serve as a juror, please describe them and their effects:

Medication                                     Side Effects
Example:  Xanax                              Makes me sleepy

_____          _____

_____          _____

_____          _____

13. What is your current relationship status?

❑ Single                    ❑ Married                    ❑ Living with someone

14. Please identify by first name your current spouse or live-in partner (if any) and all former spouses and live-in partners (if any) and provide their highest level of education and occupation while you were together:

First name          Relationship to you          Highest ed. level          Occupation
Ex: Linda           Ex-wife                              BA in Physics               Engineer

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

15. Please describe your parents' and/or step-parents' occupations (write "none" or "deceased" if that applies):

Father: _____

Step-father: _____

Mother: _____

Step-mother: _____

16. Please identify all your children and step-children (including any who are deceased)

| Name | M/F | Age | Occupation (if any) | Place of residence |
|------|-----|-----|---------------------|--------------------|
|      |     |     |                     |                    |
|      |     |     |                     |                    |
|      |     |     |                     |                    |
|      |     |     |                     |                    |
|      |     |     |                     |                    |
|      |     |     |                     |                    |

17. Please identify all your siblings and step-siblings (including any who are deceased)

| Name | M/F | Age | Occupation (if any) | Place of residence |
|------|-----|-----|---------------------|--------------------|
|      |     |     |                     |                    |
|      |     |     |                     |                    |
|      |     |     |                     |                    |
|      |     |     |                     |                    |
|      |     |     |                     |                    |
|      |     |     |                     |                    |

18. Have any of your siblings tried to influence your direction in life or your major life decisions (*e.g.,* choice of job, spouse, religion, congregation)?  If so, please explain:

_____

_____

_____

_____

19.  Have you tried to influence any of your siblings' direction in life or major life decisions (*e.g.,* choice of job, spouse, religion, congregation)?  If so, please explain:

_____

_____

_____

_____

20. Do you feel that any of your siblings has had a major positive or negative influence on you?  If so, please explain:

_____

_____

_____

_____

21. If you or any close family member has (or ever had) a mental health or addiction problem that you know about, please describe it:

_____

_____

_____

_____

22. How did the members of your family treat each other when you were growing up?

_____

_____

_____

_____

23. Please list all schools you attended after high school, what you studied, and any certificates or degrees that you received:

| School | Location | Area of study | Degree/ certificate |
|--------|----------|---------------|---------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

24. If you have studied law, medicine, psychiatry, psychology, counseling, sociology, social work, or religion, please describe your training:

_____

_____

25. If you have studied ballistics, explosives, arson, criminology, terrorism, computer science, crime scene investigation, or law enforcement, please describe your training:

_____

_____

26. Do you plan to attend school in the future?  If so, what do you intend to study:

_____

_____

27. How interested are you in the field of psychology?

❑ Very interested        ❑ Somewhat interested        ❑ Not at all interested

28. List any jobs you have held for the past ten years, in reverse chronological order, noting periods of unemployment, retirement, disability, or homemaking.   Check "Sup." if you supervised others.   If you can't remember exact names, titles, or time periods, please estimate.

| Employer | Title/Position | Yrs. | | Sup. |
|---|---|---|---|---|
| _____ | _____ | ____to: | 2014 | ❑ |
| _____ | _____ | ____ to: ____ | | ❑ |
| _____ | _____ | ____ to: ____ | | ❑ |
| _____ | _____ | ____ to: ____ | | ❑ |
| _____ | _____ | ____ to: ____ | | ❑ |
| _____ | _____ | ____ to: ____ | | ❑ |
| _____ | _____ | ____ to: ____ | | ❑ |

29. If you are currently employed, please describe your job responsibilities:

_____

_____

30. If you have ever been a published or unpublished author, please describe the things you have written and when you wrote them:

_____

_____

31. If you blog or post messages or opinions on web sites, please describe the web sites, the types of things you blog or post, and how often you do it:

_____

_____

32. If you use social media (Facebook, Instagram, Twitter, etc.), please list <u>all</u> of the social media you use and how frequently you use each one:

_____

_____

_____

33. Please list any TV shows you watch regularly:

_____

_____

_____

34. If you, a family member, or close friend ever served in the military (including Reserves, National Guard, or ROTC), please describe the nature and length of that service:

_____

_____

_____

35. If one or more of the people you listed ever saw combat (that you know about), please explain:

_____

_____

36. Have you, a family member, or close friend, ever worked for, applied for a job at, or volunteered at, a prosecutor's office, public defender's office, criminal defense attorney's office, or any other lawyer or law office?   If so, please explain (including employer and dates of work):

    *Example: Wife*            *State prosecutor*            *2007-present*

_____

_____

_____

37. Have you, a family member, or close friend, ever, to your knowledge, worked for, applied for a job at, or volunteered at a law enforcement agency (*e.g.,* FBI, DEA, ATF, ICE, IRS, U.S. Marshal Service, police, sheriff, or correctional department)?  If so, please explain (including agency and dates of affiliation):

*Example: Son*               *FBI Agent*                         *2007-present*

_____

_____

_____

38. Have you, a family member, or close friend, ever, to your knowledge, worked for, applied for a job at, or volunteered at, any federal, state, or local department of corrections, prison, jail, board of prisons, pardons or parole board or probation agency, youth authority, or correctional or detention facility?  If so, please explain:

*Example: Self*               *Parole officer*                   *2007-present*

_____

_____

_____

39. Are you able to treat a law enforcement officer's testimony the same way as any other witness's, and not give it more or less weight just because the witness is a law enforcement officer?  ❑ Yes   ❑ No

40.  Have you ever done paid or volunteer work for the benefit of people accused of crimes or people who served time in prison?  If so, please explain:

_____

_____

_____

41.  Have you ever attended a meeting, sponsored an effort, or supported any group that deals with victims' rights, or with the reform of any laws? If yes please explain.

_____

_____

_____

42. If you, a family member, or a close friend have ever (to the best of your knowledge) committed a crime and/or been arrested, accused of a crime, charged with a crime, or prosecuted for a crime, other than a minor traffic violation,  please explain (include the person's relationship to you, the charge, the approximate date, the location, and the outcome):

*Example: Close friend,      Drug Possession,        1982     New Mexico,        Pleaded guilty*

_____

_____

_____

_____

43.  If you, a family member, or close friend, have ever (to the best of your knowledge) been the victim of a crime, please explain (including the person's relationship to you, when and where the crime occurred, and the outcome of any prosecution):

*Example: Sister        victim of assault       1999      Chicago         Defendant convicted*

_____

_____

_____

44. If you (to the best of your recollection) have ever had to appear in court, or in any court proceeding (for example, court trial, court or administrative hearing, civil or criminal deposition, etc.) OTHER THAN as a defendant (*e.g.*, as a witness), please explain:

_____

_____

45. If you, a family member, or a close friend (to the best of your knowledge) have ever been treated unfairly by a law enforcement officer or by the criminal justice system, please explain:

_____

_____

_____

46. If you have strongly positive or negative views about prosecutors, please explain:

_____

_____

47. If you have strongly positive or negative views about defense attorneys, please explain:

_____

_____

48. If you have strongly positive or negative views about law enforcement officers, please explain:

_____

_____

49. Have you ever served on a jury before? If yes, please describe (to the best of your recollection), for each case on which you served:
Civil or Criminal?
Charges/ Allegations
When
Where
Did the Jury Reach a verdict?
Were you the foreperson on any of these juries? If yes, which case(s)?

_____

_____

_____

Is there anything about the experience that would make you want to serve, or not serve, on a jury again? Please explain:

_____

_____

_____

50. Have you ever served on a grand jury? If yes, when and where?

_____

51. In the past 10 years, what court cases have you followed with interest? What interested you about these cases?

_____

_____

52. In the past ten years, to the best of your recollection, what organizations have you, your spouse, or partner (or former spouse or partner) belonged to, contributed to, volunteered at, or supported (*e.g.*, church,  synagogue, mosque, ACLU, NPR, NRA, PTA, Junior League, Rotary, etc.)?   Please describe the nature of each person's involvement:

_____

_____

_____

53. Name any of the above groups you still belong to, support, or volunteer at:

_____

_____

54. Describe any leadership position you have held in any of these organizations:

_____

_____

55. Politically, do you consider yourself to be:

❑ Very Liberal ❑ Liberal ❑ Moderate ❑ Conservative ❑ Very Conservative

❑ Independent ❑ Other _____ ❑ Not Applicable

56. If, to the best of your knowledge, you, or anyone close to you, has participated in a group that takes positions on political or social issues (*e.g.*, civil rights, prisoners' rights, crime control, the environment, death penalty), please describe:

*Example:Spouse*          *Example: The Sierra Club*

_____          _____

_____          _____

_____          _____

_____          _____

57. What religion were you born into (if any)?

_____

58. What is your current religion (if any)?

_____

59. How religious do you consider yourself?

_____

60. How often do you attend your place of worship?

_____

61. How familiar are you with the teachings of Islam (i.e. the Muslim religion)?
    ❑ Very familiar          ❑ Somewhat familiar          ❑ Not at all familiar

62. Do you have any experience with people who are Muslim or practice the Muslim religion?  If yes, please explain.

_____

_____

_____

63. What are your thoughts or opinions about Muslims or about Islam?

_____

_____

_____

64. Do you believe the United States government acts unfairly towards Muslims in this country or in other parts of the world?        ❑ Yes  ❑ No  If yes, please explain:

_____

_____

_____

65. Do you believe the "war on terror" unfairly targets Muslims?        ❑ Yes  ❑ No

66. Do you believe the "war on terror" is overblown or exaggerated?        ❑ Yes  ❑ No

67.  Do you have strong feelings about our laws or government policies concerning legal immigration?  ❑ Yes  ❑ No   If yes, please explain:

_____

_____

68. Do you believe that our government allows too many Muslims, or too many people from Muslim countries, to immigrate legally to the United States?     ❑ Yes        ❑ No
If yes, please explain:

_____

_____

69. If you know anyone who, to the best of your knowledge, is Chechen, Avar, Dagestani or of Chechen, Avar, or Dagestani descent, please describe who it is you know and how you know them:

_____

_____

70. Please describe your feelings (if any) about Russia, Chechnya, Dagestan, or about people from those places

_____

_____

71. Do you believe most teenagers are easily influenced by others?
❑ Yes ❑ No

72. Do you believe most teenagers are easily influenced by older siblings?
❑ Yes ❑ No

73. What is your primary source of news (*e.g.* newspapers, internet, TV, radio, word-of-mouth, etc.)?  Please list all that apply.

_____

74. What newspapers to you read and how often do you read them?  Please include on-line editions of newspapers in your answer:

_____

_____

75. What news or talk radio programs do you listen to on the radio or over the internet and how often?

_____

_____

76. What national or local news programs do you watch on TV or over the internet and how often?

_____

_____

77. To the best of your recollection, have you ever called into a talk show, written a letter to the editor, or posted a comment on a web site to express your opinion about ANY issue?  If yes, what was the issue?

_____

_____

78. How would you describe the amount of media coverage you have seen about this case:

_____ A lot (read many articles or watched television accounts)
_____ A moderate amount (just basic coverage in the news)
_____ A little (basically just heard about it)
_____ None (have not heard of case before today)

79. What did you know about the facts of this case before you came to court today (if anything)?

_____

_____

_____

80. What did you think or feel when you received your jury summons for this case?

_____

_____

81. To the best of your recollection, what kinds of things did you say to others, or did others say to you, regarding your possible jury service in this case?

_____

_____

82. If you did any on-line research about this case, or about anything relating to it, after receiving your jury summons, please describe it:

_____

_____

83. As a result of what you have seen or read in the news media, or what you have learned or already know about the case from any source, have you formed an opinion:

(a) that Dzhokhar Tsarnaev is guilty?  ❑ Yes   ❑ No
(b) that Dzhokhar Tsarnaev is not guilty?  ❑ Yes   ❑ No
(c) that Dzhokhar Tsarnaev should receive the death penalty?  ❑ Yes   ❑ No
(d) that Dzhohar Tsarnaev should not receive the death penalty?  ❑ Yes   ❑ No

If you answered "yes" to any of these questions, can you set aside your opinion and base your decision about guilt and punishment solely on the evidence that will be presented to you in court?
❑ Yes   ❑ No

84. If you answered "yes" to any of the above, have you expressed or stated your opinion to anyone else?   ❑ Yes   ❑ No.  If "yes," please explain.

_____

85. If you have commented on this case in a letter to the editor, an on-line comment or post, or on a radio talk show, please describe:

_____

_____

86. If you or, to the best of your knowledge, a family member, or close friend witnessed the Boston Marathon explosions or the response to them IN PERSON, please describe who was there and what he or she saw:

_____

_____

_____

87. If you or, to the best of your knowledge, a family member, or close friend were personally affected by the Boston Marathon bombings or any of the crimes charged in this case (including being asked to "shelter in place" on April 19, 2013), please explain:

_____

_____

_____

88. If you or, to the best of your knowledge, anyone in your family or household has (1) taken part in any of the activities, events, or fundraisers that have been held in support of the victims of the Boston Marathon Bombing; (2) contributed to the One Fund; or (3) bought or worn any merchandise, clothing, or accessories that have logos such as "Boston Strong" that relate to the Boston Marathon Bombing, please explain:

_____

_____

_____

The following is a summary of the facts of this case.  Please read it carefully and answer the questions that follow.

On Monday, April 15, 2013, two bombs exploded on Boylston Street in Boston near the Boston Marathon finish line.  The explosions killed Krystle Marie Campbell (29), Lingzi Lu (23), and Martin Richard (8), and injured hundreds of others.  Four days later, on Thursday, April 18, 2013, at approximately 10:30 p.m., MIT Police Officer Sean Collier (26) was shot to death in his police car near the corner of Main Street and Vassar Street in Cambridge. Approximately 90 minutes later, a man named Dun Meng called the police from a gas station on Memorial Drive in Cambridge; he said that two men had carjacked him in Boston, kidnapped and robbed him, and still had his car.  Approximately 20 minutes after that, two men in Watertown had a confrontation with police near the intersection of Laurel Street and Dexter Avenue in which shots were fired and bombs were thrown.  One of the men, Tamerlan Tsarnaev, was injured at the scene and died shortly thereafter. The other, Dzhokhar Tsarnaev, was captured some 15 hours later after he was found hiding in a boat in Watertown.

Dzhokhar Tsarnaev has been charged with various crimes arising out of these events. Mr. Tsarnaev was raised in Cambridge and attended Rindge and Latin High School.  At the time he is alleged to have committed the crimes, he was a 19 year-old student at UMass-Dartmouth.

89. To the best of your knowledge, do you or anyone close to you have any PERSONAL connection to any of the individuals or places mentioned in the case summary you just read?  If yes, please explain:

_____

_____

_____

20

90. Do you believe you know any of the following people, their colleagues, staff members, or family members?  ❑ Yes      ❑No

    A.  Presiding judge: The Honorable George O'Toole

    B.  Defense lawyers: Judy Clarke, David I. Bruck, Miriam Conrad, Timothy Watkins, and William Fick;

    C.  Prosecutors: William D. Weinreb, Aloke S. Chakravarty, Nadine Pellegrini, and Steven Mellin;

    D.  Defendant:  Dzhokhar Tsarnaev

If you answered yes, please identify whom you know and how you know them:

_____

_____

91. A list of people who may testify at this trial is attached to this questionnaire.  Please read every name on the list.  If you PERSONALLY know any of them or their immediate family members, provide details below:

_____

_____

_____

92. The evidence in this case may include graphic photographs and videos showing very severe injuries suffered by victims of the bombings.  Do you think that seeing such graphic pictures would affect your ability to serve as a juror?_____

Mr. Tsarnaev is charged with seventeen crimes that carry a maximum sentence of death. If the jury finds Mr. Tsarnaev guilty of one or more of those crimes, the jury will then decide whether to sentence Mr. Tsarnaev to death or to a sentence of life imprisonment without the possibility of parole.

93. What are your views on the death penalty?

_____

_____

_____

94. Please circle one number that indicates your opinion about the death penalty.  A "1" reflects a belief that the death penalty should never be imposed; a "10" reflects a belief that the death penalty should be imposed whenever the defendant has been convicted of intentional murder.

**Strongly Oppose**                                                      **Strongly Favor**

    1     2     3     4     5     6     7     8     9     10

95. Which of the following best describes your feelings about the death penalty in a case involving someone who is proven guilty of murder?

(a) I am opposed to the death penalty and will never vote to impose it in any case no matter what the facts.

(b) I am opposed to the death penalty and would have a difficult time voting to impose it even if the facts supported it.

(c) I am opposed to the death penalty but I could vote to impose it if I believed that the facts and the law in a particular case called for it.

(d) I am not for or against the death penalty.  I could vote to impose it, or I could vote to impose a sentence of life imprisonment without the possibility of release, whichever I believed was called for by the facts and the law in the case.

(e) I am in favor of the death penalty but I could vote for a sentence of life imprisonment without the possibility of release if I believed that sentence was called for by the facts and the law in the case.

(f) I am strongly in favor of the death penalty and I would have a difficult time voting for life imprisonment without the possibility of release regardless of the facts.

(g) I am strongly in favor of the death penalty and would vote for it in every case in which the person charged is eligible for a death sentence.

(h) None of the statements above correctly describes my feelings about the death penalty. If you selected (h) as your answer, please explain:

_____

_____

_____

96. If your views about the death penalty have changed over the past 10 years (i.e. now more in favor or less in favor), please explain how and why your views have changed:

_____

_____

_____

97. What, in your personal opinion, are the best arguments **for** the death penalty?

_____

_____

_____

98. What, in your personal opinion, are the best arguments **against** the death penalty?

_____

_____

_____

99. What does your religion, philosophy or spiritual training teach about the death penalty?

_____

_____

100.    Do you believe the death penalty is sought in the United States:

❑ Too often   ❑ Too seldom   ❑ About right   ❑ No opinion

23

101.    Which of the following best describes your opinion (please check only one)?

Life imprisonment without the possibility of release is:

❑ Less severe than the death penalty
❑ About the same as the death penalty
❑ More severe than the death penalty
❑ No opinion

Please explain your answer:

_____

_____

102.    Do you believe that anyone close to you would be critical of you or disappointed in you, if you voted for the death penalty in this case?  If you voted for life imprisonment without parole?   If your answer is "yes" or "I'm not sure" to either question, please explain:

_____

_____

_____

103.    If you were on the jury and you decided that the death penalty was the appropriate punishment for Mr. Tsarnaev, could you vote for the death penalty?

❑ Yes
❑ I am not sure
❑ No

104.    If you were on the jury and you decided that life imprisonment without possibility of release was the appropriate punishment for Mr. Tsarnaev, could you vote for life imprisonment without possibility of release?

❑ Yes
❑ I am not sure
❑ No

105.    If there is anything else (political, ethical, moral, religious, philosophical, medical or personal) that might affect your ability to serve as a juror in this case, please explain:

_____

_____

_____

106.    Do you understand any of the following foreign languages: Russian; Chechen; Arabic?

_____

107.    Is there anything else that you would like to tell us, or that you feel we should know about you?

_____

_____

_____

I declare under the penalty of perjury that all my answers to the questions on this questionnaire are true and correct to the best of my knowledge and belief.

_____          _____
(Your Signature)                                                            Date

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE QUESTIONS.  BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE ANSWERING:

**ADDITIONAL COMMENT PAGES IF NECESSARY**
(Please identify the question number for each answer)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____