UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**MOTION FOR ONE-DAY ENLARGEMENT OF
TIME TO FILE RESPONSE TO DEFENDANT'S
<u>MEMORANDUM OF LAW REGARDING VOIR DIRE</u>**

The United States of America, by and through its undersigned counsel, respectfully moves for a one-day enlargement of time in which to file a response to Tsarnaev's Memorandum of Law Respecting Voir Dire Examination of Prospective Jurors on Death Penalty Views.  As grounds for this motion, the government states that it needs an additional day to provide the sufficiently thorough and well-researched response that Tsarnaev's memorandum warrants.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

        <u>/s/ William Weinreb</u>
        Nadine Pellegrini
        William D. Weinreb
        Aloke S. Chakravarty
        Assistant U.S. Attorneys
        U. S. Attorney's Office

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 8, 2014.

        /s/ William Weinreb
        William Weinreb