UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

### SEALED MOTION FOR LEAVE TO FILE REPLY UNDER SEAL TO GOVERNMENT'S OPPOSITION TO MOTION FOR FOREIGN DEPOSITION

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests leave to file a Reply to the government's Opposition [DE 698] to his Motion for Foreign Deposition [DE 669], and to do so under seal. As grounds therefor, defendant states that a reply will assist the Court in adjudication of the motion by providing defendant with an opportunity to address the arguments and authorities first raised in the government's opposition. Filing under seal is appropriate because previous filings in connection with this motion have all been made under seal.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

/s/ William Fick (fa)

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

1

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that I have caused a true copy of this document to be served upon the government by e-mail PDF this 8th Day of December, 2014.

/s/ William Fick