UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13-CR-10200-GAO |
| v. ) | **FILED UNDER SEAL** |
| ) | |
| DZHOKHAR TSARNAEV ) | |

### MOTION FOR LEAVE TO FILE
### MOTION TO EXCLUDE TOOLMARK IDENTIFICATION EVIDENCE
### AND REQUEST FOR DAUBERT HEARING IN EXCESS OF TWENTY PAGES

Defendant, Dzhokhar Tsarnaev, hereby moves, pursuant to Local Rule 7.1(b)(4), for leave to file a Motion to Compel Discovery of Favorable Evidence in excess of twenty pages. As reason therefore, defendant states that the motion must address multiple issues regarding toomark identification, each requiring detailed factual and legal analysis. For this reason, defendant requests that he be allowed to exceed the ordinary twenty page limit for pleadings.

    Respectfully submitted,
    DZHOKHAR TSARNAEV

    By his attorneys

    /s/ Judy Clarke

    Judy Clarke, Esq. (CA Bar # 76071)
    CLARKE & RICE, APC
    1010 Second Avenue, Suite 1800
    San Diego, CA 92101
    (619) 308-8484
    JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document was served on counsel for the government by email and paper copy by interoffice delivery on December 5, 2014.

/s/ Timothy Watkins
Timothy Watkins