UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )  <br> ) <br> v. ) <br> ) <br> DZHOKHAR TSARNAEV ) | No. 13-CR-10200-GAO |

## MOTION FOR LEAVE TO FILE REPLY

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the Court grant him leave to file a Reply to the Government's Response to his Memorandum of Law Respecting Voir Dire Examination of Prospective Jurors. [DE 737]. Defense counsel believe that the government's response raises issues in the law governing jury selection in capital cases that require a reply.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

*David I. Bruck*

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)

1

> William Fick, Esq. (BBO # 650562)
> FEDERAL PUBLIC DEFENDER OFFICE
> 51 Sleeper Street, 5th Floor
> (617) 223-8061
> MIRIAM_CONRAD@FD.ORG
> TIMOTHY_WATKINS@FD.ORG
> WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 15, 2014.

> */s/ David I. Bruck*