UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 15, 2014

O'TOOLE, D.J.

The defendant moves to file under seal copies of his expert disclosures and his list of mitigating factors. The defendant's disclosures are part of the essentially private process of discovery, and their publication at this time would prematurely expose the defendant's trial strategy to public scrutiny. The defendant's motion (dkt. no. 741) is therefore GRANTED pending further order of the Court.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge