UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| v.                             ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV              ) | |

**MOTION FOR TWO-DAY ENLARGEMENT OF TIME
FOR PRODUCING WITNESS SATEMENTS
AND OTHER WITNESS-RELATED INFORMATION**

The United States of America, by and through its undersigned counsel, respectfully moves this Court for a two-day enlargement of time -- until Wednesday, December 17, 2014 -- for producing witness statements and other witness-related information to the defense.  As grounds for this motion, the government states that it has already produced early the vast bulk of witness-related information (including witness statements) required by the laws of discovery, but the process of double-checking to ensure that the process is complete has proved extremely time-consuming, necessitating an additional two days to complete.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:   /s/ *William D. Weinreb*
      WILLIAM D. WEINREB
      ALOKE S. CHAKRAVARTY
      NADINE PELLEGRINI
      Assistant U.S. Attorneys

2

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 15, 2014.

                                        /s/ *William D. Weinreb*
                                        WILLIAM D. WEINREB