UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-CR-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | **UNDER SEAL** |
| Defendant | ) | |

**PRELIMINARY WITNESS LIST OF THE UNITED STATES OF AMERICA**

The United States of America by and through its undersigned counsel, hereby files its Preliminary Witness List. The government reserves its right to supplement or modify the list with reasonable notice to the defendant.

LAW ENFORCEMENT PERSONNEL:

| | | | |
|---|---|---|---|
| 1. | John | ABRUZZESE | FBI |
| 2. | John | ALEXANDER | FBI |
| 3. | Fredrick R. | ALLEN | BPD |
| 4. | Keri | ALLEN | FBI |
| 5. | Lauren | ALMANZOR | FBI |
| 6. | Bienvenido | ALMODOVAR | FBI |
| 7. | Joseph | ALTMAN | FBI |
| 8. | Paul | AMES | Cambridge PD |
| 9. | Andrew | ANDERSON | FBI |
| 10. | Mark | ANDRADE | UMASS Dartmouth DPS |
| 11. | Tye | ANDRADE | UMASS Dartmouth DPS |
| 12. | Carlos | AQUINO | Cambridge PD |
| 13. | Daniel | ARANYOSI | FBI |
| 14. | Jacob B. | ARCHER | FBI |
| 15. | Ornello | ARLATI | FBI |
| 16. | Francis | ARMSTRONG | BPD |
| 17. | Ryan | ARNOLD | FBI |
| 18. | Panagiotis | ATHANASIOU | FBI |
| 19. | David | ATHERTON | Cambridge PD |
| 20. | Tenzin | ATSATSANG | FBI |
| 21. | Matt | AUFIERO | U.S. Secret Service |
| 22. | Lynette | AUSTIN | FBI |
| 23. | Lina | AWAD | HIS-SAC |

| # | First | Last | Agency |
|---|---|---|---|
| 24. | Farbod | AZAD | FBI |
| 25. | Robert | BACHELDER | MSP |
| 26. | James | BAILEY | Customs and Border Patrol |
| 27. | Scott S. | BAILEY | FBI |
| 28. | Kevin M. | BAKER | MSP |
| 29. | Joseph | BALDUCCI | MSP |
| 30. | Albert | BALESTRA | MSP |
| 31. | Phil | BALL | ATF |
| 32. | Robert | BARBIERI | FBI |
| 33. | Glenn D. | BARNES | FBI |
| 34. | Tommy | BARRETT | BPD |
| 35. | Jason A. | BARROW | FBI |
| 36. | John | BARTOLOMUCCI | Watertown PD |
| 37. | Bob | BATCHELDER | MSP |
| 38. | Zachary R. | BAUMGART | TFO-DSS |
| 39. | Brendan R. | BELL | FBI |
| 40. | David | BELL | FBI |
| 41. | Ernie | BELLIVEAU | UMASS Dartmouth DPS |
| 42. | Christopher | BENNETT | HSI |
| 43. | Eric | BENSON | MSP |
| 44. | Kenneth J. | BENTON | FBI |
| 45. | Rodney | BEST | BPD |
| 46. | Veh | BEZDIKIAN | FBI |
| 47. | Carl | BLANDO | BPD |
| 48. | Paul T. | BODDY | BPD |
| 49. | George | BOGGS | BPD |
| 50. | Jason D. | BOLLINGER | FBI |
| 51. | Anthony | BONGIORNO | Cambridge PD |
| 52. | Donald | BOSSI | MSP |
| 53. | Erik Paul | BOUCHARD | FBI |
| 54. | Christopher J. | BOULD | NCIS |
| 55. | William | BOULTER | MIT Police |
| 56. | Sean | BOYLE | USPIS |
| 57. | Christopher J. | BRADFORD | FBI |
| 58. | Edward | BRADSTREET | HSI |
| 59. | Peter | BRAMANTE | MSP |
| 60. | Erin | BRANDT | FBI |
| 61. | Jason S | BRISSEY | FBI |
| 62. | Todd | BROWN | BPD |
| 63. | Timothy D. | BROWN | FBI |
| 64. | Scott | BROWN | FBI |
| 65. | Wayne | BROWN | FBI |
| 66. | Porsche E. | BROWN | FBI |
| 67. | Jennifer | BUCAR | FBI |
| 68. | Edward | BURKE | Cambridge PD |

Case 1:13-cr-10200-GAO  Document 759-1  Filed 12/16/14  Page 3 of 18

| # | First | Last | Agency |
|---|---|---|---|
| 69. | Christopher | BURKE | FBI |
| 70. | Terrence | BURKE | BPD |
| 71. | Richard D. | BUSTER | ITSPEC-FE |
| 72. | James L. | BUTLER | FBI |
| 73. | Michael | BYRNES | FBI |
| 74. | Charles | CABRAL | FBI |
| 75. | Lisa | CABRAL | UMASS Dartmouth DPS |
| 76. | Hector | CABRERA | BPD |
| 77. | David | CAHILL | MSP |
| 78. | Timothy | CAHILL | MSP |
| 79. | Richard | CAMPBELL | ATF |
| 80. | Joshua | CANTER | FBI |
| 81. | Lindsay | CAPIDALUPO | FBI |
| 82. | David E. | CARDINAL | BPD |
| 83. | Christopher E. | CARTER | FBI |
| 84. | Jennifer | CASE | HHS-OIG |
| 85. | Michael | CASHMAN | MSP |
| 86. | Ken | CASPER | FBI |
| 87. | Anthony | CASTELLANOS | HSI |
| 88. | Kevin | CAVANAUGH | BPD |
| 89. | Peter | CAZEAU | BPD |
| 90. | Ryan | CHAFFEE | HSI |
| 91. | S. Vincent | CHAMBERS | FBI |
| 92. | Leah | CHAMBERS | FBI |
| 93. | Sidney | CHAMBERS | MSP |
| 94. | John | CHAN | FBI |
| 95. | Emily | CHAPMAN | BPD |
| 96. | Cheryl A. | CHARNEY | FBI |
| 97. | Theodore J. | CHAVEZ | FBI |
| 98. | Steven | CHIN | BPD |
| 99. | Frank | CHIOLA | BPD |
| 100. | Jesse S. | CHIZMADIA | FBI |
| 101. | Philip M. | CHRISTIANA | FBI |
| 102. | Scott Philip | CIEPLIK | FBI |
| 103. | Curtis | CINELLI | MSP |
| 104. | David | CIVETTI | FBI |
| 105. | Richard | CLAFLIN | FBI |
| 106. | Kelley A. | CLARK | FBI |
| 107. | Mark | CLAVETTE | Cambridge PD |
| 108. | Brian | CLIFFORD | FBI |
| 109. | Timothy Wayne | CLIFTON | FBI |
| 110. | Christine H. | COBLE | FBI |
| 111. | Karen | CODY | FBI |
| 112. | Jason | COFFEY | FBI |
| 113. | Matthew J. | COLEMAN | FBI |

| # | First | Last | Agency |
|---|---|---|---|
| 114. | Gerald | COLLINS | MSP |
| 115. | Miguel | COLON | Watertown PD |
| 116. | Jennifer D. | COMBS | FBI |
| 117. | Martin | CONCANNON | MSP |
| 118. | Christopher E. | CONNOLLY | BPD |
| 119. | Michael | CONNOLLY | BPD |
| 120. | James | CONNOLLY | MSP |
| 121. | Kevin R. | CONSIDINE | Customs and Border Patrol |
| 122. | Brian J. | CORCORAN Jr | FBI |
| 123. | Krista | CORR | FBI |
| 124. | Kristin | COSTA | UMASS Dartmouth DPS |
| 125. | Leonard | COSTA | UMASS Dartmouth DPS |
| 126. | Jason | COSTELLO | FBI |
| 127. | Jeremy | COTTON | MSP |
| 128. | Ashley | COX | FBI |
| 129. | John D. | COYLE | FBI |
| 130. | Kevin | COYNE | BPD |
| 131. | Lisa A | CRANDALL | FBI |
| 132. | John S | CRAWFORD | FBI |
| 133. | Edmond | CRONIN | FBI |
| 134. | Kevin | CRONIN | ICE-HSI |
| 135. | Alexia | CROW | FBI |
| 136. | Thomas | CROWLEY | ICE |
| 137. | Timothy J | CROWLEY | MSP |
| 138. | Monica | CUETO | FBI |
| 139. | James | CUNNINGHAM | FBI |
| 140. | Jeffrey | DADE | NHSP |
| 141. | Micheline | DADIEGO | FBI |
| 142. | Vincent | DALFONZO | FBI |
| 143. | Thomas M | DALTON | FBI |
| 144. | Thomas J | DALY Jr | FBI |
| 145. | Timothy | DARLING | FBI |
| 146. | Robert | DATEO | MSP |
| 147. | Liana | DAVILA | FBI |
| 148. | Liana | DAVILA | FBI |
| 149. | Michael J. | DAVITCH | FBI |
| 150. | William | DAVITCH | FBI |
| 151. | Michael | DE LA PENA | FBI |
| 152. | FrancisJ | DEARY | BPD |
| 153. | Ryan | DECOSTE | No longer with FBI |
| 154. | Sarah | DELAIR | FBI |
| 155. | Laura | DELANEY | BPD |
| 156. | Andrea | DEMMANN | FBI |
| 157. | Thomas M | DENTREMONT | BPD |
| 158. | Keith | DEPACO | UMASS Dartmouth DPS |

| # | First | Last | Agency |
|---|---|---|---|
| 159. | Hernan | DEPALVA | FBI |
| 160. | Christopher | DERKS | FBI |
| 161. | Kevin Scott | DESHAZO | FBI |
| 162. | FNU | DESROCHERS | MSP |
| 163. | Amy | DIAMOND | FBI |
| 164. | Yohel | DIAZ | FBI |
| 165. | Steve | DICKEY | ATF |
| 166. | John | DIFAVA | MIT PD |
| 167. | Charles | DIONNE | DOT-OIG |
| 168. | Scott | DOIRE | USMS |
| 169. | Christopher | DIORIO | HSI |
| 170. | Samuel | DIPASQUALE, III | FBI |
| 171. | Christopher | DOLAN | MSP |
| 172. | David F | DONAHUE | FBI |
| 173. | Chris | DONAHUE | MSP |
| 174. | Richard | DONAHUE | Watertown PD |
| 175. | William F | DONGA | HSI |
| 176. | Todd | DONNELLY | ICE |
| 177. | James | DONOVAN | Saugus PD |
| 178. | Maurice | DORE | UMASS Dartmouth DPS |
| 179. | Sharon | DOTTIN | BPD |
| 180. | Timothy | DOWD | MSP |
| 181. | Dale | DROWNE | Warwick RI PD |
| 182. | Daniel | DUFF | BPD |
| 183. | Thomas J | DUFFY | FBI |
| 184. | Jessica | DUKES | FBI |
| 185. | Matt | DUMAS | USMS |
| 186. | Christopher | DUMONT | MSP |
| 187. | Kelly A. | DUNLEVY | FBI |
| 188. | Terrence | DUPONT | FBI |
| 189. | Scott | DURIVAGE | FBI |
| 190. | Kathryn | EARLE | FBI |
| 191. | Amy | EINHAUS | FBI |
| 192. | Daniel | EINHAUS | FBI |
| 193. | Michael | ELDREDGE | ATF |
| 194. | Jennie | EMMONS | FBI |
| 195. | Brian | ENG | MSP |
| 196. | James C | EPPARD | FBI |
| 197. | Michael | ERCOLANO | FBI |
| 198. | Paula | ERNST | OPU |
| 199. | Richard | ESCALERA, Jr | FBI |
| 200. | Keith | EVANS | FBI |
| 201. | FNU | EVANS | FBI |
| 202. | Robin | FABRY | MSP |
| 203. | Brian J | FAHEY | BPD |

| | | | |
|---|---|---|---|
| 204. | Scott | FAHEY | MSP |
| 205. | Stephen | FARINA | FBI |
| 206. | Ann | FASANO | FBI |
| 207. | Steven | FENNESSY | MSP |
| 208. | Anthony | FERRANTE | FBI |
| 209. | Christian M | FIERABEND | FBI |
| 210. | William O | FILBERT, III | FBI |
| 211. | Thomas | FINCH | Delaware PD |
| 212. | RussellR | FINCHER | FBI |
| 213. | Brendan | FINN | FBI |
| 214. | Kevin | FINNERTY | FBI |
| 215. | Michael | FISHER | Formerly FBI |
| 216. | Jason | FISHER | Randolph PD |
| 217. | Chad | FITZGERALD | FBI |
| 218. | Stephen R | FLATLEY | FBI |
| 219. | Mark | FLORES | FBI |
| 220. | Edward | FLYNN | NHSP |
| 221. | John | FOLEY | FBI |
| 222. | Kevin | FORD | BPD |
| 223. | Meghan | FORD | FBI |
| 224. | Edward | FRAMMARTINO | Cambridge PD |
| 225. | Kimberly | FRANKS | FBI |
| 226. | Michael | FREEMAN | FBI |
| 227. | Keith J | FREITAG | FBI |
| 228. | Joseph M | FRIESEN | FBI |
| 229. | Scott | FULKERSON | ATF |
| 230. | Stephen | FULLINGTON | FBI |
| 231. | Erin R | GABOR | FBI |
| 232. | Joel D | GAGNE | MSP |
| 233. | Erik | GAGNON | MSP |
| 234. | Eric | GAHAGAN | MSP |
| 235. | Gerald | GALIZIO | MSP |
| 236. | FNU | GALLARELLI | BPD |
| 237. | Brendan R | GALWAY | FBI |
| 238. | Michelle M | GAMBLE | FBI |
| 239. | Brian | GANDER | FBI |
| 240. | Erin | GARBER | FBI |
| 241. | Mary | GARDOCKI | FBI |
| 242. | Susan | GARST | FBI |
| 243. | Gregory | GAVEY | FBI |
| 244. | Brian | GAVIOLI | MSP |
| 245. | Daniel | GIOSSI | MSP |
| 246. | Jimmy | GIRALDO | BPD |
| 247. | Alan M. | GIUSTI | FBI |
| 248. | Jennifer | GOLDSTEIN | FBI |

| # | First | Last | Agency |
|---|---|---|---|
| 249. | Daniel L | GRANT | FBI-Retired Agent |
| 250. | Anthony | GRASSI | Cambridge PD |
| 251. | Michael | GRASSIA | MSP |
| 252. | Brian | GREEN | BPD |
| 253. | Kelly | GRISLER | FBI |
| 254. | Thomas | GROFF | RI State PD |
| 255. | Robert John | GROSS | FBI |
| 256. | William | GROSS | BPD |
| 257. | Jeffrey | GROVE | FBI |
| 258. | Joseph | GURA | MSP |
| 259. | April | HADDOCK | FBI |
| 260. | April T. | HALL | FBI |
| 261. | Beth | HALLORAN | Cambridge PD |
| 262. | Jennifer | HAMMERS | OCME |
| 263. | Chad D. | HANKINS | FBI |
| 264. | David | HARDING | FBI |
| 265. | Kevin | HART | MSP |
| 266. | Patrick | HART | Waltham PD |
| 267. | Alisa | HARVIE | FBI |
| 268. | Mark | HASTBACKA | FBI |
| 269. | Andrew A. | HAUGEN | FBI |
| 270. | William A. | HAWKINS | FBI |
| 271. | John | HAYES | ATF |
| 272. | Tucker | HEAP | FBI |
| 273. | David N. | HEDGES | FBI |
| 274. | Kenneth | HEITKAMP | FBI |
| 275. | Daniel Trever | HENDERSON | FBI |
| 276. | Robert | HENLY | FBI |
| 277. | Clarence | HENNIGER | MIT PD |
| 278. | Daniel | HERMAN | MSP |
| 279. | Matthew | HESS | MSP |
| 280. | Bruce | HIGGINS | BPD |
| 281. | George | HILL | FBI |
| 282. | Gary | HILL | FBI |
| 283. | Michael J. | HOCHREIN | FBI |
| 284. | Brian R. | HOFF | FBI |
| 285. | Keith R. | HOLDSWORTH | FBI |
| 286. | David | HOLT | FBI |
| 287. | Paul | HORGAN | MSP |
| 288. | Jamie | HOWES | FBI |
| 289. | Geoffrey | Marsh HOWES | ICE |
| 290. | Diana | HUFFMAN | FBI |
| 291. | Christopher | HUGHES | FBI |
| 292. | Gregory T. | HUGHES | LEGAT South Africa |
| 293. | Frank | HUGHES | MSP |

| # | First | Last | Agency |
|---|---|---|---|
| 294. | John | HUYLER | FBI |
| 295. | Anthony R. | IMEL | FBI |
| 296. | Paul | IVENS | BPD (retired) |
| 297. | Tarus | JEFFERSON | BPD |
| 298. | Ethan W. | JOHNSON | FBI |
| 299. | Kimberly A. | JOHNSON | FBI |
| 300. | Brian | JULIAN | FBI |
| 301. | Ed | KAPPLER | FBI |
| 302. | Diana | KARDASHIAN | BPD |
| 303. | John | KEELAN | FBI |
| 304. | Sarah A | KEITH | No longer with FBI |
| 305. | William Joseph | KELLEY | BPD |
| 306. | Tammie | KELLEY | FBI |
| 307. | Timothy J | KELLY | BPD |
| 308. | Geoffrey J | KELLY | FBI |
| 309. | Matthew | KELSCH | ATF |
| 310. | Andrea | KERN | FBI |
| 311. | Michelle | KIM | FBI |
| 312. | Steve | KIMBALL | FBI |
| 313. | Thomas F | KING | FBI |
| 314. | Brian B | KING | FBI |
| 315. | Timothy | KING | Waltham PD |
| 316. | Paula | KINGSBURY | FBI |
| 317. | John F | KIRK | FBI |
| 318. | Douglas | KLAPEC | ATF |
| 319. | Jerry M | KLEBER | FBI |
| 320. | Edward S | KNAPP | FBI |
| 321. | William | KNECHT | BPD |
| 322. | Jeffrey | KNECHT | FBI |
| 323. | Kristin | KOCH | FBI |
| 324. | Crystal M | KOMARA | FBI |
| 325. | Nancy | KRUE | MSP |
| 326. | Wendy | KRUFIEWSKI | IRS |
| 327. | Emily A | LABRECQUE | MSP |
| 328. | Eric | LAFORTE | HSI |
| 329. | Marc Roger | LAFRANCE | FBI |
| 330. | Fabiola | LAGEMAN | FBI |
| 331. | Timothy | LAHANN | BPD |
| 332. | Ivan | LAI | FBI |
| 333. | Anthony | LAMONICA | BPD |
| 334. | Joseph | LANDERS | FBI |
| 335. | Ryan | LANE | FBI |
| 336. | EugeneR | LANZILLO | FBI |
| 337. | David | LASSITER | FBI |
| 338. | Michael | LAURENCE | FBI |

| # | First | Last | Agency |
|---|---|---|---|
| 339. | Thomas S | LAWLER | FBI |
| 340. | Mike | LAWN | Watertown |
| 341. | Steve | LAZARUS | FBI |
| 342. | Michelle | LEASE | FBI |
| 343. | Stephanie | LEONARD | FBI |
| 344. | Joseph M | LESTORTI | State RCI |
| 345. | Michelle | LEVASSEUR | MSP |
| 346. | Monica | LEWIS | FBI |
| 347. | Daniel | LEWIS | FBI |
| 348. | Peter | LICATA | FBI |
| 349. | Sara C. | LIECHTY | FBI |
| 350. | Katherine | LINDSTROM | OCME |
| 351. | Andrew | LITOWITZ | FBI |
| 352. | Joshua | LORTIE | FBI |
| 353. | John | LOUDEN | FBI |
| 354. | Vanessa | LOZZI | FBI |
| 355. | Christopher | LUHR | FBI |
| 356. | Ivo | LUIS | UMASS Dartmouth DPS |
| 357. | Colm | LYDON | BPD |
| 358. | Joseph G. | MACDONALD | BPD |
| 359. | Alyssa | MACDONALD | FBI |
| 360. | Thomas P. | MACDONALD | FBI |
| 361. | Michael S. | MACIAS | FBI |
| 362. | David | MACKIN | MSP |
| 363. | John | MACLELLAN | Watertown PD |
| 364. | David | MACNEIL | WPD |
| 365. | Gerald J. | MAHONEY | DSS |
| 366. | David | MAKOL | FBI |
| 367. | JR | MANES | FBI |
| 368. | Raymond R | MANNA | FBI |
| 369. | Andrea P. | MANNING | FBI |
| 370. | Daric L. | MANSER | FBI |
| 371. | James T. | MARINELLI | FBI |
| 372. | James | MARKLEY | FBI |
| 373. | Robert H. | MARSHALL | ICE |
| 374. | Jax | MASON | MSP |
| 375. | Joseph | MATHEWS | MBTA |
| 376. | James | MATTISON | ATF |
| 377. | Michael | MAZZA | MSP |
| 378. | Jamie | MAZZONE | HUD-IG |
| 379. | Mark | McCALISTER | UMASS Dartmouth DPS |
| 380. | Robert | MCCARTHY | MSP |
| 381. | David S. | MCCOLLAM | FBI |
| 382. | Mitchell J. | MCCORMICK | BPD |
| 383. | Gregory | MCCORMICK | BPD |

| | | | |
|---|---|---|---|
| 384. | Travis | McCRADY | FBI |
| 385. | Bernard | MCCREVEN | BPD |
| 386. | Kevin | McCUSKER | FBI |
| 387. | Amanda E. | McDANIEL | FBI |
| 388. | Michael D. | MCFARLANE | FBI |
| 389. | Scott | McGAUNN | FBI |
| 390. | George | McGUIRE | FBI |
| 391. | Stacy | MCGUIRE | FBI |
| 392. | Bryan D. | McKAY | FBI |
| 393. | James | McKINNIES | ATF |
| 394. | Karen | McKINNON | FBI |
| 395. | Myles | McLAUGHLIN | FBI |
| 396. | Gerald | MCMAHON | FBI |
| 397. | Mark | MEEKS | ATF |
| 398. | Lance | MELLO | MSP |
| 399. | Steven | MELLO | UMASS Dartmouth DPS |
| 400. | Timothy | MENTON | Watertown PD |
| 401. | James | MERCER | ATF |
| 402. | Meghan | MILLER | ATF |
| 403. | Jason V | MILLER | FBI |
| 404. | Steven | MILLER | FBI |
| 405. | Onofrio M. | MINAFO | FBI |
| 406. | Kenneth A. | MITCHELL | FBI |
| 407. | Eric | MONTGOMERY | FBI |
| 408. | Jennifer | MONTGOMERY | MSP |
| 409. | Michael P. | MOORE | FBI |
| 410. | Bryan | MORAN | IRS-IG |
| 411. | Eric S. | MOREFIELD | FBI |
| 412. | John | MORRIS | ATF |
| 413. | Robert F. | MOTHERSHEAD, II | FBI |
| 414. | Patrick | MOYNIHAN | MSP |
| 415. | Maggie | MURPHY | BPD |
| 416. | Peter | MURRAY | ATF |
| 417. | Andrew D. | NAMBU | FBI |
| 418. | Mark | NATALY | UMASS Dartmouth DPS |
| 419. | Nicholas A. | NATHANS | FBI |
| 420. | Michael | NEALON | FBI |
| 421. | Henry | NIELDS MD, PHD | OCME |
| 422. | Briana L. | NEUMILLER | FBI |
| 423. | Stephen L. | NEY | FBI |
| 424. | Tuan | NGYUEN | IRS-IG |
| 425. | Michael | NICKERSON | Cambridge PD |
| 426. | Matthew A. | NIEDERMEIER | FBI |
| 427. | Michael | NOBLE | MSP |
| 428. | Sharon | NORDAL | FBI |

| # | First | Last | Agency |
|---|---|---|---|
| 429. | Alan | O'BRIEN | FBI |
| 430. | PJ | O'BRIEN | FBI |
| 431. | Jean K. | O'CONNOR | FBI |
| 432. | Sheryl | O'DONNELL | MSP |
| 433. | Gary | OLIVEIRA | USMS |
| 434. | Jennifer M | OLIVERI | FBI |
| 435. | Kevin | O'NEAL | MSP |
| 436. | Brian | OPPEDISANO | ATF |
| 437. | Timothy | ORR | FBI |
| 438. | Bernard P. | O'ROURKE | BPD |
| 439. | Milady | ORTIZ | FBI |
| 440. | Matthew | OTT | FBI |
| 441. | Chester | OVESEN | UMASS Dartmouth DPS |
| 442. | Keith E. | PALLI | FBI |
| 443. | Julie | PANNUTO | ATF |
| 444. | Vanessa M. | PARIS | FBI |
| 445. | James | PARKER | BPD |
| 446. | Matthew | PARTINGTON | NHSP |
| 447. | Alison | PAULY | FBI |
| 448. | Christopher | PEETE | FBI |
| 449. | Justin | PELEDGE | MSP |
| 450. | Earl | PERKINS | BPD |
| 451. | Jay | PERRAULT | MIT PD |
| 452. | Michael | PETERS | MSP |
| 453. | Michael A | PETRONELLA | FBI |
| 454. | John | PETROZELLI | FBI |
| 455. | John | PIJACA | ATF |
| 456. | Collyn | PINCKNEY | FBI |
| 457. | James | PINGREE | FBI |
| 458. | Michelle | PIRTLE | FBI |
| 459. | Timothy | PIVNICHNY | FBI |
| 460. | Seth | PLUMB | HSI |
| 461. | Ann | POMBRIANT | HSI |
| 462. | Dustin | POULIN | FBI |
| 463. | Ryan M. | POULIN | FBI |
| 464. | David | POWERS | FBI |
| 465. | Rebecca | PRESTON | FBI |
| 466. | DonaldJustin | PRICE | FBI |
| 467. | Jeffrey | PROBST | FBI |
| 468. | Jeffrey | PUGLIESE | Watertown PD |
| 469. | Robert | QUIGLEY | MSP |
| 470. | Timothy J. | QUINN | FBI |
| 471. | Greg | RABINOVITZ | FBI |
| 472. | Courtland | RAE | FBI |
| 473. | Michelle L. | RANKIN | FBI |

| # | First | Last | Agency |
|---|---|---|---|
| 474. | John C. | REILLY | MSP |
| 475. | Joseph | REYNOLDS | Watertown PD |
| 476. | Todd | RICHARDS | FBI |
| 477. | Craig | RING | FBI |
| 478. | Matthew | RIPORTELLA | FBI |
| 479. | Jeffrey | RIVERS | FBI |
| 480. | Jeffrey R. | RIVERS | FBI |
| 481. | Raysyn | ROACH-VADEN | FBI |
| 482. | Renee | ROBINSON | OCME |
| 483. | Michael | ROCKETT | MSP |
| 484. | Edward G. | RODRICK, Jr. | FBI |
| 485. | Michael | ROGOWSKI | MSP |
| 486. | Jeffrey M. | ROLANDS | FBI |
| 487. | Antoine | ROMERE | MSP |
| 488. | Scott D. | ROMUS | FBI |
| 489. | Carl | RUBINO | MBTA |
| 490. | Ashlyn | RUGGIERO | FBI |
| 491. | Derek L. | RUSSO | BPD |
| 492. | Anthony | RUSSO | HIS-SAC |
| 493. | David | SACCO | MIT PD |
| 494. | Jillian | SALLADAY | FBI |
| 495. | Thomas | Khalil SARROUF | MSP |
| 496. | Jay | SASPORTAS | ITSPEC-FE |
| 497. | Joseph | SCARINGELLO | BPD |
| 498. | Courtney | SCHECK | FBI |
| 499. | Scott | SCHETTINGER | FBI |
| 500. | Douglas | SCHIDE | FBI |
| 501. | Steven L | SCHILIRO | FBI |
| 502. | Todd | SCHMITT | FBI |
| 503. | James | SCHROERING | FBI |
| 504. | Trinity | SCHROETER | FBI |
| 505. | Michael | SCIMECA | FBI |
| 506. | Caolan | SCOTT | FBI |
| 507. | David M. | SCOTT | FBI |
| 508. | James E. | SCRIPTURE, Jr | FBI |
| 509. | Colton W. | SEALE | FBI |
| 510. | Richard | SEMENTELLI | MSP |
| 511. | Peter | SENNOTT | MSP |
| 512. | Anthony | SERRA | BPD |
| 513. | Karol | SETALSINGH | MSP |
| 514. | Kevin E. | SHANLEY | FBI |
| 515. | Jacob W. | SHAVER | FBI |
| 516. | Kevin M. | SHEAHAN | FBI |
| 517. | Timothy M. | SHEEHAN | UMASS Dartmouth DPS |
| 518. | Steven | SICARD | MSP |

| | | | |
|---|---|---|---|
| 519. | Michael | SIELAND | FBI |
| 520. | Justin | SILVA | UMASS Dartmouth DPS |
| 521. | Dustin | SIMERLY | FBI |
| 522. | Jay | SLATTERY | MSP |
| 523. | Brian | SMIGIELSKI | BPD |
| 524. | Michael L | SMITH | FBI |
| 525. | Erich D | SMITH | FBI |
| 526. | Brian | SOLECKI | DCIS |
| 527. | Ricardo | SOTO | FBI |
| 528. | Mathew | SOUTHARD | FBI |
| 529. | Gregory | SPAHL | MSP |
| 530. | Kara D | SPICE | FBI |
| 531. | Denise | STARKEY | FBI-Tampa (No longer with FBI) |
| 532. | W. Michael | STEWART | Scituate PD |
| 533. | Richard | STROBEL | ATF |
| 534. | Gregory J | STROH | FBI |
| 535. | Michaela | STUART | DOT-OIG |
| 536. | Darwin | SUELEN | FBI |
| 537. | Joseph | SULLIVAN | ICE/HSI |
| 538. | Bernadette | SULLIVAN | BPD |
| 539. | Richard | SULLIVAN | MBTA |
| 540. | SP | SULLIVAN | MSP |
| 541. | Kevin | SWINDON | FBI |
| 542. | Matthew | SZTUK | FBI |
| 543. | David T | SZUMSKI | FBI |
| 544. | J. Michael | TALBOT | FBI |
| 545. | T | TALLEY | FBI |
| 546. | Colleen | TANGUAY | MSP |
| 547. | Matthew E | TARABOUR | FBI |
| 548. | William | TARBOKAS | MSP |
| 549. | Jasen R | TETREAULT | FBI |
| 550. | Kathryn | THIBAULT | FBI |
| 551. | Daniel | THOM | MSP |
| 552. | Tony | THURMAN | ATF |
| 553. | Kevin | TIVNAN | MSP |
| 554. | Denean | TOLLIVER | BPD |
| 555. | Peter | TOWNER | DHS/TSA |
| 556. | MacDonald R. | TREMBLAY | FBI |
| 557. | Michael W. | TUNICK | FBI |
| 558. | James T. | TYRE | FBI |
| 559. | Jessica E. | ULMER | FBI |
| 560. | Alan | VALLIERE | Warwick RI PD |
| 561. | Efrain | VAZQUEZ | FBI |
| 562. | Douglas | VETRANO | FBI |
| 563. | Gerhard | VIENNA | FBI |

| | | | |
|---|---|---|---|
| 564. | Gary | VIENNA | FBI |
| 565. | Steven M. | VIGLIANCO | FBI |
| 566. | Kyle | VOWINKEL | FBI |
| 567. | John | WALKER | FBI |
| 568. | Jesse | WALKER | UMASS Dartmouth DPS |
| 569. | Kevin | WATSON | BPD |
| 570. | William | WATSON | MSP |
| 571. | Michael J. | WELLS | FBI |
| 572. | KC L. | WENDLER | FBI |
| 573. | Heidelore | WENTRUP | MSP |
| 574. | Scot | WESNER | FBI |
| 575. | Joseph | WEST | MIT PD |
| 576. | Christopher C. | WHITE | FBI |
| 577. | Timothy D. | WHITLOCK | FBI |
| 578. | Heidi L. | WILLIAMS | FBI |
| 579. | Eric | WILLIAMS | FBI |
| 580. | Michael | WILLIAMS | MSP |
| 581. | Charlene | WILLOUGHBY | BPD |
| 582. | Timothy D. | WILSON | ATF |
| 583. | Andrew J. | WILSON | FBI |
| 584. | Jeffrey E. | WOOD, Jr | FBI |
| 585. | Lauren | WOODS | BPD |
| 586. | Audrey Jane | WOODSDRAKE | FBI |
| 587. | John M. | WOUDENBERG | FBI |
| 588. | Kirk E. | EAGER | FBI |
| 589. | Kevin | ZALETSKY | FBI |
| 590. | Kyle | ZAVOROTNY | FBI |

CIVILIAN WITNESSES:

| | | |
|---|---|---|
| 591. | Heather | ABBOTT |
| 592. | Tareq | AHMAD |
| 593. | Scott | ALFONSE |
| 594. | Misha | ALLAKHVERDOV |
| 595. | JULIE | ALOISE |
| 596. | Colby | ANDERSON |
| 597. | Carlos | ARREDONDO |
| 598. | Maryam | BAIEVA |
| 599. | James | BATH |
| 600. | Jeffrey | BAUMAN |
| 601. | Zachary | BETTENCOURT |
| 602. | Bruce | BETTIS |
| 603. | James | BOVE |
| 604. | Cate | BRESNAHAN |

605. Cassidy Quinn BRETTLE
606. Mark BRITTON
607. Carol BURNS
608. Harry Stuart CAHILL
609. Patricia CAMPBELL
610. William CAMPBELL, Jr.
611. William CAMPBELL, Sr.
612. Steve CARBONE
613. Leigh CLASBY
614. Allen COLLIER
615. Andrew COLLIER
616. Jay CONNOR
617. Celeste CORCORAN
618. Kevin CORCORAN
619. Sydney CORCORAN
620. Steve DAVIS
621. Sharona DAYAN
622. Jason DeFREITUS
623. Brian DeJOY
624. Rebekah DIMARTINO
625. Magomed DOLAKOV
626. Patrick DOWNES
627. Thomas DURBEN
628. Andrew R. DWINELLS
629. Glenn ENGMAN
630. Tiffany EVORA
631. Emma FEIGENBAUM
632. James FLOYD
633. Elizabeth FLOYD
634. Russell FRADE
635. Chris FRIAS
636. Mark FUCARILE
637. Andrew GLASBY
638. Sebastian GORKA
639. Joshua GOULD
640. Clive GRAINGER
641. David GREEN
642. Edward GREENWOOD
643. Thomas GRILK
644. Michael GROSS
645. Nicole GROSS
646. Alexa GUEVARA
647. Hicham HADJERES
648. Mark HAGOPIAN
649. Nathan HARMAN

| | | |
|---|---|---|
| 650. | Katherine | HARTIGAN |
| 651. | Adrienne | HASLET-DAVIS |
| 652. | Sarah | HAUSMAN TWOMEY |
| 653. | Curtis | HAZLETT |
| 654. | David | HENNEBERRY |
| 655. | Joanna | HERLIHY |
| 656. | Alan | HERN |
| 657. | Bill | HOENK |
| 658. | Gustav | HOILAND |
| 659. | Gregory | HOMOL |
| 660. | Joel | HOPE |
| 661. | Ryan | HOYME |
| 662. | Matt | ISGUR |
| 663. | Michael | JULAKIS |
| 664. | Loretta | KEHAYIAS |
| 665. | Peter | KEHAYIAS |
| 666. | Jessica | KENSKY |
| 667. | Colton | KILGORE |
| 668. | David | KING |
| 669. | Andrew | KITZENBERG |
| 670. | Evan | KOHLMAN |
| 671. | Joanne | KROPIEWNICKA |
| 672. | Eddie | LAKKIS |
| 673. | Fred | LAND |
| 674. | Laura Ellen | LEE |
| 675. | James | LEFTON |
| 676. | Robert | LEONARD |
| 677. | Matthew | LEVITT |
| 678. | Jon | LU |
| 679. | Tariq | MANSOUR |
| 680. | Stephen | MATTEO |
| 681. | Debra | MAYNARD |
| 682. | Baudy | MAZAEV |
| 683. | Alan | MEDNICK |
| 684. | Dun | MENG |
| 685. | Stephanie | MERRIZI |
| 686. | David | MILLER |
| 687. | Ling | MONG |
| 688. | Giovanni | NORGIL |
| 689. | Shane | O'HARA |
| 690. | William | O'KEEFE |
| 691. | Rachel | OTTY |
| 692. | Matthew | PATTERSON |
| 693. | Peter | PAYACK |
| 694. | Gustavo | PEREZ |

695. Sagar RAI
696. Karen RAND
697. Gillian RENY
698. Denise RICHARD
699. William RICHARD
700. Joseph ROGERS
701. Kelley ROGERS
702. Aisha ROHAIL
703. Carlos ROHENA
704. Nicholas SALEM
705. Roseann SDOIA
706. Colin SEALE
707. Nicholas SILVA
708. Stephen SILVA
709. Heather Coffin STUDLEY
710. Joseph SULLIVAN
711. Azamat TAZHAYAKOV
712. Michael TOON
713. Aindi TSARNI
714. Israpil VAKHABOV
715. James VANDEVENTER
716. Cheryl VAREY
717. Asher WALDEN
718. Jacqui WEBB
719. Eric WHALLEY
720. Brian Glynn WILLIAMS
721. Stephen WOOLFENDEN
722. Nathan YOUNG
723. Michael ZEMINA
724. Danling ZHOU
725. Keepers of Records Atomic Fireworks
726. Keeper Macy's
727. Keeper Phantom Fireworks
728. Keeper NitroRCX
729. Keeper Walmart
730. Keeper of Records Amazon
731. Keeper of Records Target
732. Keeper of Records Internet Archive

Respectfully submitted,

CARMEN M. ORITZ
United States Attorney

By: /s/ *Nadine Pellegrini*
ALOKE S. CHAKRAVARTY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys

Date: December 16, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney

Date: December 16, 2014