UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-CR-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | UNDER SEAL |
| Defendant | ) | |

PRELIMINARY EXHIBIT LIST OF THE UNITED STATES OF AMERICA

The United States of America by and through its undersigned counsel, hereby files its

Preliminary Exhibit List.  The government reserves its right to supplement or modify the list with

reasonable notice to the defendant.

1. Control sample - K19
2. Suit/glove control - K20
3. Swab - K21
4. Cell Phone - Q3
5. Swab - Q5
6. Insulated wire - Q6
7. Battery - Q7
8. Materials - Q8
9. Material - Q8.1
10. Piece of metal - Q9
11. Round metal object - Q10
12. Backpack - Q11
13. Metal pieces - Q12
14. Metal fragment - Q13
15. Metal piece - Q14
16. Metal piece - Q15
17. Metal piece - Q16
18. Swab - Q19
19. Swab - Q20
20. Pellets - Q25
21. Pellets - Q26
22. Pellet - Q35
23. Metal nails - Q38
24. Wires and circuit board - Q39
25. Tape - Q39.1

26.     Tape - Q39.2
27.     Debris - Q40
28.     Electrical components - Q41
29.     Device component and battery - Q42
30.     Tape - Q42.1
31.     Tape - Q42.2
32.     Tape - Q42.3
33.     Tape - Q42.4
34.     Tape - Q42.5
35.     Tape - Q42.6
36.     Metal device component - Q44
37.     Tape - Q44.1
38.     Tape - Q44.2
39.     Plastic debris -Q45
40.     Battery - Q46
41.     Battery - Q48
42.     Materials - Q49
43.     Wires and connector - Q50
44.     Insulated wire - Q51
45.     Electrical components - Q52
46.     Tape - Q52.1
47.     Tape - Q52.2
48.     Tape - Q52.3
49.     Tape - Q52.4
50.     Tape - Q52.5
51.     Metal plate - Q53
52.     Tape - Q53.1
53.     Metal fragments - Q54
54.     Swab - Q59
55.     Swab - Q60
56.     Swab  - Q61
57.     Scraping from seat of blast- Q63
58.     Vacuum canister - Q64
59.     Vacuum canister - Q65
60.     Swab  - Q66
61.     Metal pieces - Q67
62.     Miscellaneous debris  - Q68
63.     Plastic - Q68.1
64.     BBs - Q69
65.     BBs - Q71
66.     Tape - Q77
67.     Duct tape - Q79
68.     Piece of metal - Q83
69.     Tape - Q86
70.     Duct tape - Q91
71.     Duct tape - Q91.1

72.    Duct tape - Q91.2
73.    Duct tape - Q91.3
74.    Metal fragment - Q92
75.    Zipper - Q95
76.    BBs - Q96
77.    Metal fragment - Q101
78.    Metal fragment - Q102
79.    Tape - Q104
80.    Tape - Q104.2
81.    Insulated wire - Q106
82.    Plastic - Q107
83.    Cardboard - Q108
84.    Duct tape - Q108.1
85.    Duct tape - Q108.2
86.    Backpack pieces - Q109
87.    Zipper pulls -  Q109.1
88.    Insulated wire - Q109.2
89.    Battery - Q110
90.    Metal BB - Q112
91.    Battery label - Q115
92.    Zipper - Q116
93.    Wire - Q117
94.    Zipper - Q118
95.    Fabric - Q119
96.    Caulk -Q119.1
97.    Material        Q119.2
98.    Fabric - Q119.3
99.    BBs - Q120
100.   Unknown material - Q120.1
101.   Fabric - Q121
102.   Electronic component Q122
103.   Plastic - Q122.1
104.   Fabric - Q123
105.   Backpack - Q124
106.   Cardboard - Q125
107.   Tape - Q125.1
108.   Tape - Q125.3
109.   Metal fragments        Q126
110.   Piece of gold-colored metal   Q128
111.   Unknown material - Q129
112.   Unknown material - Q129.1
113.   Unknown material - Q129.2
114.   Unknown material - Q129.3
115.   Green hobby fuse        Q130
116.   Tape - Q130.1
117.   Backpack - Q131

118.    Tape - Q131.1
119.    Battery - Q132
120.    Fabric - Q133
121.    Vacuuming of blast site -Q134
122.    Fabric - Q135
123.    Electronic connector - Q136
124.    Zipper - Q137
125.    Electrical components and caulk material - Q138
126.    Seat - Q139
127.    Unknown material - Q139.1
128.    Unknown material - Q139.2
129.    Metal fragments - Q140
130.    Backpack - Q141
131.    Fabric - Q143
132.    Fabric - Q144
133.    BBs - Q145
134.    Unknown material - Q145.1
135.    Metal piece - Q146
136.    Tape - Q146.1
137.    Pink material - Q148
138.    BBs, nails, and caulking material - Q149
139.    Unknown material - Q149.1
140.    Unknown material - Q149.2
141.    Fabric - Q150
142.    Cardboard - Q151
143.    Tape - Q151.1
144.    Tape - Q151.2
145.    Zipper and fabric - Q152
146.    Insulated wire - Q153
147.    Clothing with BB - Q156
148.    BB - Q156.2
149.    Materials - Q157
150.    Tape - Q157.1
151.    Unknown material - Q157.2
152.    Unknown material - Q157.3
153.    Unknown material - Q157.4
154.    Fabric fragments - Q158
155.    Tape - Q158.1
156.    BBs - Q159
157.    Duct tape - Q162
158.    Duct tape - Q162.1
159.    Wire - Q165
160.    Shirt - Q167
161.    BBs and pieces of metal - Q167.5
162.    Piece of paper - Q167.6
163.    Wire - Q169

164.   Fabric - Q170
165.   Insulate wire, plastic pieces, and switch - Q171
166.   Tape - Q171.1
167.   Capacitor - Q172
168.   Handle - Q173
169.   Metal fragment - Q174
170.   Fabric - Q176
171.   Insulate wire - Q177
172.   Circuit board - Q178
173.   Plastic - Q179
174.   Metal fragments - Q180
175.   Rubber fragment - Q182
176.   Cardboard fragments and BB - Q183
177.   Tape - Q183.1
178.   Tape - Q183.2
179.   Cardboard - Q185
180.   Tape - Q185.1
181.   Insulated wire and plastic - Q188
182.   Metal fragment - Q189
183.   Insulated wire - Q190
184.   Tape - Q190.1
185.   Cardboard - Q191
186.   Tape - Q191.1
187.   Green hobby fuse - Q192
188.   Tape - Q192.1
189.   Fabric - Q193
190.   Fabric - Q194
191.   Insulated wire and plastic - Q195
192.   Tape - Q195.1
193.   Metal fragment - Q196
194.   BBs - Q197
195.   Fabric - Q198
196.   Cardboard - Q199
197.   Tape - Q199.1
198.   Tape - Q199.10
199.   Tape - Q199.11
200.   Tape - Q199.12
201.   Tape - Q199.13
202.   Tape - Q199.14
203.   Tape - Q199.15
204.   Tape - Q199.16
205.   Tape - Q199.17
206.   Tape - Q199.18
207.   Tape - Q199.19
208.   Tape - Q199.2
209.   Tape - Q199.20

210.   Tape - Q199.21
211.   Tape - Q199.22
212.   Tape - Q199.23
213.   Tape - Q199.24
214.   Tape - Q199.25
215.   Cardboard - Q199.26
216.   Cardboard - Q199.27
217.   Cardboard - Q199.28
218.   Cardboard - Q199.29
219.   Tape - Q199.3
220.   Cardboard - Q199.30
221.   Duct tape - Q199.31
222.   Duct tape - Q199.32
223.   Duct tape - Q199.33
224.   Duct tape - Q199.34
225.   Tape - Q199.4
226.   Tape - Q199.5
227.   Tape - Q199.6
228.   Tape - Q199.7
229.   Tape - Q199.8
230.   Tape - Q199.9
231.   Fabric - Q200
232.   Fabric - Q201
233.   Battery - Q202
234.   Metal fragment - Q203
235.   BBs - Q204
236.   Metal fragment - Q205
237.   Metal fragment - Q206
238.   Unknown material with BBs attached - Q207
239.   Battery wrapper and BB - Q208
240.   Tape - Q208.1
241.   BBs in unknown substance - Q209
242.   Tape - Q209.3
243.   Unknown material - Q209.4
244.   Battery and metal fragment - Q210
245.   Plastic and capacitor - Q211
246.   Foam tape - Q211.1
247.   Battery terminal - Q212
248.   BBs - Q213
249.   BBs in unknown substance, cardboard, and pieces of metal - Q214
250.   Unknown material - Q214.1
251.   Wire - Q215
252.   Leather and fabric - Q216
253.   Copper colored metal component - Q218
254.   Copper colored metal component - Q219
255.   Metal - Q220

256.   Battery - Q221
257.   Battery - Q221.1
258.   Fabric - Q223
259.   Fabric, plastic, and nails - Q224
260.   BBs, nail, wire - Q225
261.   Fabric insulated wire - Q226
262.   Fabric, BBs, and nail - Q227
263.   Tape - Q227.1
264.   Debris - Q228
265.   Plastic, BBs, pink material - Q229
266.   Insulated wire - Q230
267.   Wires - Q231
268.   Tape - Q231.1
269.   Insulated wire - Q234
270.   Debris Q235
271.   Insulated wire - Q235.1
272.   Wire - Q236
273.   Tape and LED light - Q237
274.   Electrical component - Q239
275.   Insulated wire and of rubber - Q240
276.   Insulated wire and one fabric - Q241
277.   Electrical component - Q242
278.   BBs - Q243
279.   Plastic - Q244
280.   BB's and nails - Q247
281.   Zipper pull -  Q248
282.   Zipper pull - Q249
283.   Wire - Q250
284.   Insulated wire - Q251
285.   Insulated wire and piece of zipper - Q252
286.   Zipper pull - Q254
287.   Fabric and cardboard - Q255
288.   Tape -  Q255.1
289.   Fabric - Q256
290.   BBs -   Q257
291.   BBs -   Q258
292.   BBs fabric debris - Q259
293.   BBs in unknown material - Q260
294.   Unknown material - Q260.1
295.   BB - Q262
296.   BB - Q263
297.   Debris - Q263.1
298.   BBs - Q264
299.   BBs - Q265
300.   Metal fragment - Q265.2
301.   BBs -   Q266

302.    Nails - Q266.1
303.    Miscellaneous debris - Q266.2
304.    Metal fragment - Q266.3
305.    BB - Q267
306.    Nail -   Q267.1
307.    Miscellaneous debris - Q267.2
308.    Unknown material - Q268
309.    Miscellaneous debris  Q268.1
310.    Metal fragments - Q268.3
311.    Unknown material - Q268.4
312.    Unknown material - Q269
313.    Metal fragments - Q269.2
314.    Unknown material - Q269.4
315.    BBs - Q270
316.    Pair of shoes - Q271
317.    Clothing and flowers  Q272
318.    Sweatshirt -Q273
319.    Clothing and water bottles - Q274
320.    Clothing and cardboard - Q276
321.    Tape - Q276.1
322.    Swab - Q277
323.    Swab - Q278
324.    Swab - Q279
325.    Scrapings from metal grate - Q280
326.    Swab - Q281
327.    Swab - Q282
328.    Tape - Q283
329.    Fabric - Q285
330.    Zipper - Q288
331.    Rocks - Q291
332.    Tape - Q291.1
333.    Unknown debris - Q292
334.    Unknown material - Q292.1
335.    Cardboard and debris - Q293
336.    Tape - Q293.1
337.    Tape - Q293.2
338.    Tape - Q293.3
339.    Zipper - Q294
340.    Electronic components and debris - Q295
341.    Plastic - Q296
342.    Tape - Q296.1
343.    Tape - Q296.2
344.    Plastic - Q299
345.    Rocks - Q301
346.    Tape - Q301.1
347.    Tape - Q301.2

348.   Battery - Q303
349.   Cardboard - Q306
350.   Tape - Q306.1
351.   Zipper - Q307
352.   Insulated wire - Q308
353.   Plastic pieces and wire - Q309
354.   Plastic  - Q309.1
355.   Plastic with screw - Q309.2
356.   Plastic - Q310
357.   Plastic - Q311
358.   Metal fragment with wire - Q315
359.   Zipper - Q316
360.   Wire pieces - Q319
361.   Plastic and wire - Q320
362.   Metal fragments - Q321
363.   Plastic piece - Q323
364.   Metal terminal - Q324
365.   Tape - Q324.1
366.   Wire piece - Q325
367.   Metal fragment - Q326
368.   Metal fragment - Q327
369.   Metal fragment - Q329
370.   Battery cover - Q330
371.   Tape - Q330.1
372.   Metal fragment - Q331
373.   Debris - Q333
374.   Plastic piece - Q334
375.   Metal fragment - Q335
376.   Unknown material - Q336
377.   Unknown material - Q336.1
378.   Electronic component - Q337
379.   BB - Q338
380.   Insulated wire - Q339
381.   Metal Fragment - Q341
382.   Fabric - Q342
383.   Plastic - Q343
384.   Zipper - Q348
385.   Swab - Q352
386.   Swab - Q353
387.   Swab - Q354
388.   Fabric - Q356
389.   BBs -  Q357
390.   Velcro - Q360
391.   Backpack pieces - Q361
392.   Zipper - Q363
393.   Fabric - Q364

394.   Fabric - Q365
395.   Backpack - Q366
396.   Backpack - Q368
397.   Plastic and metal debris - Q369
398.   Green plastic pieces - Q369.1
399.   Red plastic ring - Q369.2
400.   Zipper - Q370
401.   Insulated wire - Q371
402.   Backpack - Q372
403.   BBs - Q372.1
404.   BBs and metal pieces - Q374
405.   Backpack - Q375
406.   Zipper and plastic - Q377
407.   Fabric - Q379
408.   Plastic - Q380
409.   BBs and miscellaneous debris - Q383
410.   Unknown material -   Q383.1
411.   BBs and miscellaneous debris - Q384
412.   Unknown material -    Q384.1
413.   BBs and miscellaneous debris - Q385
414.   Unknown material - Q385.1
415.   BBs and miscellaneous debris  - Q386
416.   Unknown material -   Q386.1
417.   BBs and miscellaneous debris - Q387
418.   Unknown material -   Q387.1
419.   Fabric - Q388
420.   BBs - Q389
421.   Pieces of fabric, plastic, and red plastic - Q391
422.   BBs and miscellaneous debris - Q392
423.   Tape - Q392.1
424.   Unknown material - Q392.2
425.   BBs - Q393
426.   BBs - Q394
427.   Tape - Q394.1
428.   BBs - Q396
429.   Altoids tin, zipper fragment, zip tie and blast debris - Q397
430.   BBs and miscellaneous debris - Q398
431.   Unknown material - Q398.1
432.   BBs and miscellaneous debris - Q401
433.   Unknown material - Q401.1
434.   BBs and miscellaneous debris - Q402
435.   Unknown material - Q402.1
436.   BB - Q403
437.   BBs and miscellaneous debris - Q404
438.   Unknown material - Q404.1
439.   BBs and debris - Q405

440.   Unknown material - Q405.1
441.   Tape - Q405.2
442.   Backpack - Q408
443.   Backpack - Q410
444.   BBs and backpack - Q411
445.   Backpack - Q412
446.   BBs - Q412.1
447.   Backpack - Q414
448.   BBs and backpack - Q415
449.   Unknown material - Q415.1
450.   Fabric - Q417
451.   BBs and miscellaneous debris - Q418
452.   Unknown material - Q418.1
453.   Plastic - Q419
454.   Connector insulation and screw - Q420
455.   Cardboard - Q421
456.   BBs and miscellaneous debris - Q422
457.   Unknown material -   Q422.1
458.   Plastic - Q425
459.   Cardboard and metal pieces - Q431
460.   BBs, cardboard and backpack pieces - Q432
461.   Cardboard - Q433
462.   Tape - Q433.1
463.   BBs and miscellaneous debris - Q434
464.   Unknown material - Q434.1
465.   Fabric - Q435
466.   Backpack pieces - Q436
467.   Backpack pieces - Q437
468.   Insulated wire, and metal pieces - Q438
469.   Tape - Q438.1
470.   Tape - Q438.2
471.   Fabric - Q439
472.   Insulated wires and electronic component - Q440
473.   Plastic - Q442
474.   Tape - Q444
475.   Tape - Q444.1
476.   Tape - Q444.2
477.   Pieces of backpack - Q446
478.   Backpack - Q447
479.   Backpack and cloth pieces - Q450
480.   BB - Q450.1
481.   Battery cover - Q450.2
482.   Backpack pieces - Q452
483.   Backpack pieces - Q455
484.   Tape - Q458
485.   Tape - Q458.1

486.   BBs  - Q460
487.   Tape - Q460.1
488.   BBs - Q461
489.   BBs and miscellaneous debris - Q463
490.   Unknown material - Q463.1
491.   Backpack - Q464
492.   Metal fragment - Q465
493.   Backpack  - Q467
494.   Plastic - Q467.1
495.   Wire - Q467.2
496.   BBs - Q468
497.   BBs - Q469
498.   BBs - Q470
499.   BBs - Q471
500.   BBs - Q472
501.   BBs - Q473
502.   BBs - Q474
503.   Green wire and nail - Q475
504.   BB - Q476
505.   Nails and BB - Q477
506.   Zippers - Q478
507.   Backpack - Q479
508.   Fabric and zipper - Q480
509.   Tape - Q480.1
510.   BB and nail  - Q480.2
511.   White caulk material - Q480.3
512.   Cardboard - Q480.4
513.   Piece of metal with piece of wire - Q480.5
514.   BBs, nails and metal fragment - Q483
515.   Metal fragment - Q484
516.   Cardboard - Q486
517.   Tape - Q486.1
518.   BBs and rubber piece - Q487
519.   Pieces of fabric and paper - Q488
520.   BBs - Q488.1
521.   BBs with unknown material and nail - Q489
522.   Sampling of unknown material - Q489.1
523.   Fabric - Q490
524.   BB and nail - Q490.1
525.   Debris - Q491
526.   BBs, nails, pieces of fabric - Q493
527.   BBs with unknown material and nails - Q495
528.   Sampling of unknown material - Q495.1
529.   Fabric - Q496
530.   Miscellaneous debris with BBs - Q498
531.   Sampling of unknown material - Q498.2

532. Sampling of unknown material - Q498.5
533. BB and metal with plastic - Q499
534. Pieces of styrofoam and fabric - Q500
535. BBs, nails, plastic and debris - Q501
536. Insulated wire - Q503
537. BB - Q506
538. Fabric - Q507
539. BBs, nails, metal pieces and white caulk material - Q508
540. Sampling of unknown material - Q508.1
541. Sampling of unknown material - Q508.2
542. Pieces of fabric - Q509
543. Pieces of foam and fabric - Q510
544. Tape - Q510.1
545. BB - Q511
546. Fabric - Q512
547. BBs - Q513
548. BBs with and miscellaneous debris and nails - Q514
549. Sampling of unknown material - Q514.1
550. Miscellaneous debris - Q515
551. Piece of green wire - Q515.1
552. Pieces of plastic and metal - Q515.2
553. Unknown material and white caulk material - Q515.3
554. BBs with unknown material, nails and pieces of metal - Q516
555. Sampling of unknown material - Q516.1
556. Sampling of unknown material - Q516.2
557. BBs, nails, pieces of metal and white caulk material - Q517
558. Sampling of unknown material - Q517.1
559. Sampling of unknown material - Q517.2
560. Debris - Q518
561. Fabric - Q521
562. Fabric - Q522
563. Fabric with BBs - Q523
564. Fabric with BBs - Q523.1
565. Fabric - Q524
566. Fabric - Q525
567. BBs with unknown material - Q526
568. Sampling of unknown material - Q526.1
569. Sampling of unknown material - Q526.2
570. BBs with unknown material, nails, white caulk material and other fragmentation- Q527
571. Sampling of unknown material - Q527.1
572. Sampling of unknown material - Q527.2
573. BB - Q528
574. BBs and metal - Q530
575. Fabric - Q531
576. BBs - Q532

577.    BBs, nails and two (2) plastic beads - Q533
578.    Miscellaneous debris - Q534
579.    BBs with unknown material - Q535
580.    Unknown material - Q535.1
581.    BBs with unknown material and nails - Q536
582.    Unknown material - Q536.1
583.    Unknown material - Q537
584.    BBs with unknown material - Q538
585.    Unknown material - Q538.1
586.    Plastic - Q540
587.    Fabric and piece of zipper - Q541
588.    BB and piece of metal jewelry - Q542
589.    Fabric and piece of zipper - Q543
590.    Tape - Q543.1
591.    Metal fragment - Q544
592.    Cardboard and piece of glass - Q546
593.    Tape - Q546.1
594.    BBs, nails, screw and piece of plastic - Q549
595.    BBs with unknown material - Q550
596.    Unknown material - Q550.1
597.    BBs, nail and screw - Q551
598.    Plastic - Q552
599.    Plastic - Q553
600.    BBs with unknown material - Q554
601.    Unknown material - Q554.1
602.    Fabric and debris - Q555
603.    BB - Q555.1
604.    Pieces of fabric and pieces of zipper - Q556
605.    Tape - Q556.1
606.    Pieces of fabric - Q557
607.    BBs, piece of plastic and piece of rubber - Q569
608.    Battery - Q570
609.    Transmitter, batteries, and wires - Q575
610.    Tapes - Q575.1
611.    Pressure cooker pot - Q576
612.    Metal fragment - Q577
613.    Plastic - Q578
614.    Metal fragment- Q579
615.    Metal fragment - Q580
616.    Nipple - Q581
617.    Switch - Q582
618.    Tape - Q582.1
619.    Insulated wire - Q582.2
620.    Insulated wire - Q582.3
621.    Insulated wire - Q582.4
622.    Snap connector - Q582.5

623.    Metal and BBs - Q583
624.    Tape - Q583.1
625.    Tape - Q583.2
626.    Metal and BBs -  Q584
627.    Fuse - Q584.1
628.    Tape - Q584.2
629.    Tape - Q584.3
630.    Fuse - Q585
631.    Metal fragment - Q586
632.    Metal fragment - Q587
633.    Pressure cooker pot lid- Q588
634.    Sample of unknown powder -Q590
635.    Sample of powder - Q591
636.    Sample of powder - Q592
637.    Battery - Q593
638.    BBs -Q594
639.    Unknown material - Q594.1
640.    BBs - Q595
641.    Unknown material - Q595.1
642.    Insulated wire  - Q603
643.    Tape - Q603.1
644.    Tape - Q604
645.    Hobby fuse - Q605
646.    BBs, pink material, and unknown polymer- Q606
647.    Sampling of unknown material - Q606.1
648.    Wire - Q608
649.    Metal fragments - Q609
650.    Metal fragment - Q610
651.    Metal fragment - Q611
652.    Insulated wire - Q612
653.    Tape - Q612.1
654.    Metal fragment - Q613
655.    Metal fragment - Q614
656.    Cardboard - Q615
657.    Cardboard - Q616
658.    BBs- Q619
659.    Unknown material - Q619.1
660.    Debris Q620
661.    Metal fragment - Q622
662.    Metal fragment - Q623
663.    BBs    Q624
664.    Unknown material - Q624.1
665.    BBs - Q625
666.    Unknown material - Q625.1
667.    BBs and unknown material - Q626
668.    Unknown material - Q626.1

669.  Metal fragment - Q629
670.  Metal fragment - Q630
671.  Metal fragment- Q631
672.  BBs and unknown material - Q632
673.  Unknown material - Q632.1
674.  BBs - Q633
675.  Metal fragment - Q634
676.  BBs, pink material, and unknown material - Q635
677.  Unknown material - Q635.1
678.  Tape - Q635.2
679.  Cardboard - Q636
680.  Wire - Q641
681.  Tape - Q641.1
682.  Tape - Q643
683.  BBs - Q644
684.  Unknown material - Q644.1
685.  Metal fragment - Q645
686.  BBs - Q646
687.  Unknown material - Q646.1
688.  Tape - Q647
689.  Metal fragment - Q648
690.  Plastic - Q649
691.  BB, screw, washer and metal pieces - Q650
692.  BBs - Q652
693.  Unknown material - Q652.1
694.  Metal fragment - Q653
695.  Plastic - Q654
696.  Metal fragment - Q655
697.  Tape - Q656
698.  Plastic - Q657
699.  Plastic - Q658
700.  Plastic - Q659
701.  Plastic - Q660
702.  BBs- Q661
703.  BBs - Q662
704.  Unknown material - Q662.1
705.  Metal fragment - Q663
706.  BBs - Q664
707.  Unknown material - Q664.1
708.  Latex gloves - Q667
709.  Latex glove - Q668
710.  Trace filters - Q669
711.  Latex glove - Q671
712.  Receipts - Q672
713.  Receipts - Q672.1
714.  Gloves - Q673

715.    Glass jar - Q675
716.    Tube - Q679
717.    Plastic tub - Q684
718.    Tape - Q684.2
719.    Tape - Q686
720.    BB - Q689
721.    Calk gun - Q691
722.    Tape - Q693
723.    Tape - Q693.1
724.    Tape - Q695
725.    BBs and metal fragments - Q706
726.    Swab - Q717
727.    Swab - Q718
728.    Swab - Q719
729.    Swab - Q720
730.    Swab - Q721
731.    Swab - Q722
732.    Swab - Q723
733.    Swab - Q724
734.    Tools and miscellaneous items - Q725
735.    Gray, polymer ring - Q725.1
736.    Hobby fuse - Q725.11
737.    Knob - Q725.2
738.    Metal - Q725.24
739.    PTFE thread seal tape - Q725.4
740.    Tape - Q725.5
741.    Tape - Q725.6
742.    Mini-lights - Q726
743.    Mini-lights - Q726.1
744.    BBs - Q727
745.    Vacuum filter A - Q732
746.    Vacuum filter B - Q733
747.    Vacuum filter C - Q734
748.    Vacuum filter D - Q735
749.    Box - Q736
750.    BBs - Q736.1
751.    Tape - Q737
752.    BBs - Q741
753.    Big Snow Pyrotechnics - Q780
754.    Tube - Q780.1
755.    Container and hobby fuse - Q781
756.    Sample of fuse - Q781.1
757.    Tape - Q781.3
758.    Hobby fuse - Q782
759.    Fireworks debris - Q853
760.    BBs - Q927

761.   Paper - Q930
762.   Pants with belt - Q933
763.   Vacuum canister - Q934
764.   BBs - Q934.1
765.   Vacuum filters - Q936
766.   Vacuum filter - Q937
767.   Vacuum filter - Q938
768.   Vacuum filter - Q939
769.   Vacuum filter - Q940
770.   Vacuum filter - Q941
771.   Vacuum filter - Q942
772.   Vacuum filter - Q943
773.   Tape - Q125.3.1
774.   Tape - Q151.1.1
775.   Tape - Q151.2.1
776.   Tape - Q167.6.1
777.   Tape - Q183.1.2
778.   Tape - Q227.1.1
779.   Tape - Q268.1.1
780.   Tape - Q268.1.1.1
781.   Tape - Q268.1.2
782.   Tape - Q460.1.1
783.   Powder sample - Q780.1.1
784.   Powder sample - Q780.1.2
785.   Powder sample - Q780.1.3
786.   Powder sample - Q780.1.4
787.   Powder sample - Q780.1.5
788.   Powder sample - Q780.1.6
789.   Powder sample - Q780.1.7
790.   Tape - Q781.3.1

791.   3D model of Boylston Street
792.   2D exhibit  - Boylston Street with overlays
793.   "Time Line" video – compilation video
794.   D39-IMG-3060.JPG
795.   D93_IMG_3208.JPG
796.   D93_IMG_3021.JPG
797.   D71_DSCO2729.JPG
798.   1A32110IMG_9459.bmp
799.   1A321010IMG_9491.bmp
800.   1B2394-MSC_6118.JPG
801.   1B3469-IMG_1136.JPG
802.   TIpline#24189-IMG_2091.JPG
803.   1b824-d71_dsc02731.jpg
804.   D10 DSC_0674.JPG
805.   D10 DSC_0692.JPG

806.    D23 SAM_0080.JPG
807.    D23 SAM_0093.JPG
808.    D23 SAM_0094.JPG
809.    D40 PD9P8854.JPG
810.    D158 Marathan-Sports.mov
811.    1B3383 IMG_8735.JPG
812.    D494 MVI_4421. MOV
813.    D494 MVI_4230.MOV
814.    D494 MVI_4231.MOV
815.    D63 IMG_7864.JPG
816.    Krystle.jpg
817.    D20-IMG_1454.jpg
818.    D71 DSC02728.JPG
819.    1B3383 IMG_8729.JPG
820.    D63 IMG_7846.JPG
821.    D495 044Still.jpg
822.    D39 IMG_0667[1].jpg
823.    TIPLINE-L1023562-2BostonMarathanExplosion(31015).jpg
824.    D495 051Still.jpg
825.    Tipline#24189-IMG_2091.JPG
826.    1A3211 IMG_9461.jpg
827.    1A3211 IMG_9475.jpg
828.    D103 IMG_1135.JPG
829.    1A3211 IMG_9455.jpg
830.    1A3211 IMG_9457.jpg
831.    1A3211 IMG_9489.jpg
832.    D39 IMG_066[1].jpg
833.    070[28806].JPG
834.    1A3211 IMG_9464.jpg
835.    D495 FormumRichard.mov
836.    D32-Patterson.mov
837.    D568 GustaHoiland-801-Boyston-01.jpg
838.    5 Westin24.mov
839.    IMG_9461.JPG (Hoenck)
840.    IMG_9475.JPG (Hoenck)
841.    D39 IMG_0667.JPG
842.    D494 (still photos from mov.)
843.    D63 IMG_7844.JPG
844.    D63 IMG_7839

845.    Autopsy Photos of Martin Richard: FMM_0004.JPG
846.    Autopsy Photos of Martin Richard: FMM_0086.JPG
847.    Autopsy Photos of Martin Richard: FMM_0087.JPG
848.    Autopsy Photos of Martin Richard: FMM_0095.JPG
849.    Autopsy Photos of Martin Richard: FMM_0096.JPG
850.    Autopsy Photos of Martin Richard: FMM_0147.JPG

851.   Autopsy Photos of Martin Richard: FMM_0152.JPG
852.   Autopsy Photos of Martin Richard: FMM_0154.JPG
853.   Autopsy Photos of Martin Richard: FMM_0155.JPG
854.   Autopsy Photos of Martin Richard: FMM_0156.JPG
855.   Autopsy Photos of Martin Richard: FMM_0160.JPG
856.   Autopsy Photos of Martin Richard: FMM_0164.JPG

857.   Autopsy Photos of Krystle Marie Campbell: DSC.0002.JPG
858.   Autopsy Photos of Krystle Marie Campbell: DSC.0151.JPG
859.   Autopsy Photos of Krystle Marie Campbell: DSC.0157.JPG
860.   Autopsy Photos of Krystle Marie Campbell: DSC.0170.JPG
861.   Autopsy Photos of Krystle Marie Campbell: DSC.0172.JPG
862.   Autopsy Photos of Krystle Marie Campbell: DSC.0149.JPG
863.   Autopsy Photos of Krystle Marie Campbell: DSC.0183.JPG
864.   Autopsy Photos of Krystle Marie Campbell: DSC.0228.JPG

865.   Autopsy Photos of Lingzi Lu: MAD_0024.JPG
866.   Autopsy Photos of Lingzi Lu: MAD_0039.JPG
867.   Autopsy Photos of Lingzi Lu: MAD_0044.JPG
868.   Autopsy Photos of Lingzi Lu: MAD_0050.JPG
869.   Autopsy Photos of Lingzi Lu: MAD_0061.JPG
870.   Autopsy Photos of Lingzi Lu: MAD_0116.JPG
871.   Autopsy Photos of Lingzi Lu: MAD_0118.JPG
872.   Autopsy Photos of Lingzi Lu: MAD_0120.JPG
873.   Autopsy Photos of Lingzi Lu: MAD_0122.JPG
874.   Autopsy Photos of Lingzi Lu: MAD_0135.JPG
875.   Autopsy Photos of Lingzi Lu: MAD_0145.JPG

876.   Daytime surveillance image of Koch Building courtyard
877.   Sean Collier (pre-shooting)
878.   Sean Collier (pre-shooting)
879.   Sean Collier (pre-shooting)
880.   Vandeventer 911 call
881.   MSP diagram of Koch/Stata courtyard (low zoom)
882.   MSP diagram of Koch/Stata courtyard (medium zoom)
883.   MSP diagram of Koch/Stata courtyard (high zoom)
884.   Sacco radio traffic composite
885.   Henniger radio traffic composite
886.   Photo of Collier cruiser showing Koch Building
887.   Photo of Collier cruiser showing Stata Center
888.   Photo of Collier cruiser showing courtyard
889.   Sample holster
890.   Photo of Collier gun belt in back of cruiser
891.   Photo of Collier gun belt in back of cruiser
892.   Photo of Collier cruiser showing evidence placards
893.   Photo - close-up of MIT evidence placards

20

894.   Photo - closer-up view of MIT evidence placards
895.   Photo - close-up of MIT evidence placard #1
896.   Photo - closer-up of MIT evidence placard #1
897.   Photo - close-up of MIT evidence placard #2
898.   Photo - closer-up view of MIT evidence placard #2
899.   Photo - close-up of MIT evidence placard #3
900.   Photo - driver's seat showing spent shell
901.   Photo - driver's seat - close-up of spent shell
902.   Photo - driver's seat - closer-up view of spent shell
903.   Photo - close-up of rear view mirror
904.   Photo - view through front passenger window
905.   Photo - closer-up view through front passenger window
906.   Photo - spent shell on passenger seat
907.   Photo - passenger floor board
908.   Photo - passenger floor board - close-up
909.   Photo - passenger floor board - closer-up view
910.   Photo - close-up of broken radio
911.   Photo - rear passenger floor board
912.   Photo - rear passenger floor board - close up radio face plate
913.   Photo - Collier gunbelt
914.   Photo - Collier gunbelt
915.   Photo - Collier gunbelt
916.   Photo - Collier gunbelt
917.   Collier cruiser location (daytime view)
918.   Collier cruiser location (showing DT's path)
919.   MIT Building 54 (daytime view)
920.   Photo - panoramic view of courtyard
921.   Video - surveillance video of Collier murder (composite)
922.   Video - surveillance video of Collier murder (composite close-up)
923.   Surveillance video of Collier shooting (Harmon composite);
924.   Collier autopsy photo (hand - washed)
925.   Collier autopsy photo (forehead - washed)
926.   Collier autopsy photo (neck - washed)
927.   Collier autopsy photo (forehead w/ stippling)
928.   Collier autopsy photo (X-ray of brain showing bullets)
929.   Collier autopsy photo (bullet recovered from neck)
930.   Collier autopsy photo (bullet recovered from brain - 1)
931.   Collier autopsy photo (bullet recovered from brain - 2)
932.   Collier autopsy diagram (forehead)
933.   Sean Collier autopsy diagram (hand)
934.   Sean Collier autopsy diagram (side of face)
935.   Sean Collier head hair chain of custody form
936.   Sean Collier recovered bullet fragments chain of custody form
937.   Map showing Shell and Mobil stations
938.   Photo - Shell station showing River Street
939.   Photo - River Street showing Shell and Mobil stations

21

940. Photo - Mobil Station
941. Photo - Shell station showing external video camera
942. Photo - Shell station showing Food Mart entrance
943. Video - Shell surveillance video (composite)
944. Photo - Screenshot from surveillance video showing TT and DT
945. Photo - Screenshot from surveillance video showing TT and DT
946. Video - Watertown Bank of America ATM surveillance video
947. Record - Watertown Bank of America ATM withdrawal ($800)
948. Record - Watertown Bank of America ATM withdrawal ($800)
949. Dung Meng Bank of America account record
950. Map of Watertown
951. Map of Dexter and Laurel
952. Daytime panoramic photos of Laurel Street
953. Diagram of Laurel Street showing location of cars
954. Kitzenberg photo
955. Kitzenberg photo
956. Kitzenberg photo
957. Kitzenberg photo
958. Kitzenberg photo
959. Photos - view of/from 55 Laurel
960. Photos - view of/from 56 Laurel
961. Photos - view of/from 129 Dexter
962. Video - Stephanie Merizzi video
963. Photo - BB gun and other items on street in Watertown
964. Photo - Ruger on street in Watertown
965. Photo - pipe bomb on street in Watertown
966. Photo - Watertown cruiser exterior
967. Photo - Henneberry boat exterior
968. Photo - Henneberry boat interior showing note
969. Photo - Henneberry boat interior showing note
970. Photo - Henneberry boat interior showing note
971. Photo - Henneberry boat interior showing note
972. Photo - Henneberry boat interior showing note
973. Photo - screenshot of Ruger on ground
974. Photo - screenshot of Ruger on ground
975. Photo - screenshot of pipe bomb on ground
976. Richard Donhue medical records
977. TT major case prints
978. DT ten print card
979. Honda:  iPod Shuffle (gray)
980. Honda: Golf gloves
981. Honda: Keys
982. Honda: BofA receipt
983. Honda: Black wallet and contents
984. Honda: CD from glove box
985. Mercedes:  CD from CD player

22

986.    Ruger
987.    Ruger test specimens
988.    Recovered casings and projectiles
989.    Photos illustrating Tim Cahill ballistics matching of Ruger to Ruger casings from MIT and Watertown
990.    TT saliva sample
991.    DT blood sample
992.    Collier hair sample
993.    Glove blood samples
994.    Diagram illustrating findings from Jen Montgomery DNA analysis
995.    Prints from Mercedes
996.    Print from iPod
997.    Photos of Mercedes
998.    Shells and slugs recovered from Laurel & Dexter
999.    Photos:  Watertown evidence collection and processing
1000.   Photos: Ruger, BB gun, ammo, Ruger casings at lab
1001.   Photos: latent prints from Ruger, ammo box, shells
1002.   Photos: exteriors, interiors and contents of Honda and Mercedes

1003.   DVD of Digital Evidence from Samsung Finesse
1004.   DVD of Digital Evidence from Sony Vaio
1005.   DVD of Digital Evidence from HP Pavilion Desktop
1006.   DVD of Digital Evidence from Microcenter Thumbdrive
1007.   DVD of Digital Evidence from Western Digital Harddrive
1008.   DVD of Digital Evidence from iPod Shuffle
1009.   DVD of Digital Evidence from iPod
1010.   DVD of Digital Evidence from CD from Mercedes
1011.   DVD of Digital Evidence from CD from Honda
1012.   DVD of Digital Evidence from Patriot thumbdrive
1013.   DVD of Digital Evidence from Kingston Landfill thumbdrive
1014.   DVD of Digital Evidence from Smashed iPhones
1015.   DVD of Digital Evidence from Garmin GPS

1016.   Communications from Dias Kadyrbayev's Phone
1017.   Communications from Israpil Vakhabov's Phone
1018.   Communications from Nathan Young's Phone
1019.   Communications from Tamerlan Tsarnaev's Phone
1020.   Communications from Robel Phillipos' Phone

1021.   Atomic Fireworks Records
1022.   Phantom Fireworks Records
1023.   Macy's Records
1024.   NirtoRCX Records
1025.   Walmart Records
1026.   Amazon Records
1027.   Target Records

1028. Manchester Firing Line Records
1029. Bank of America Records
1030. Comcast Records
1031. AT&T Records
1032. T-Mobile Records
1033. Photos of Tamerlan Tsarnaev
1034. Skype Records
1035. Customs and Border Protection records
1036. Cellular Telephone Tower Log records from 4/15/13
1037. Stephen Silva cooperation agreement
1038. Azamat Tazhyakov cooperation agreement
1039. Photo of Silva and Defendant
1040. Photo of Tazhyakov and Defendant
1041. UMASS Dartmouth Records
1042. UMASS Dartmouth video
1043. World Map
1044. Harvard Records
1045. Twitter Subscriber information & Selected Messages
1046. Facebook Subscriber information & Selected Messages
1047. Yahoo Subscriber information & Selected Messages
1048. Google Subscriber information & Selected Messages
1049. Photos of Searches
1050. Black Flag with Shahada
1051. HP Pavilion Desktop Computer
1052. Tools
1053. BB Gun - PT-85 Blowback
1054. BBs and Pellets
1055. Box of Gamo targets
1056. Pressure Cooker gasket - Gray polymer ring
1057. Charger with banana plug
1058. Pressure cooker knob
1059. Gun cleaning Equipment
1060. Caulk Gun with Silicone Tube
1061. Gorilla Glue
1062. Soldering Iron
1063. Blue and white Russian book with note inside
1064. Dual lang prayer card with notes
1065. JDC_0056.pdf
1066. Red book written in Russian
1067. Wire Stripper
1068. Duct tape
1069. Thread Seal tape
1070. Hobby Fuse
1071. Black tape
1072. Clear tape
1073. Tape

1074.   Jar with nails and other items
1075.   Notebook with writing
1076.   Wires
1077.   "Falcons" thumb drive
1078.   Western Digital hard
1079.   Defendant's Naturalization Certificate
1080.   Kleenbore utility brush
1081.   Outers choketube
1082.   Swiss Army knife
1083.   White flag with black writing
1084.   Defendant's Travel document
1085.   BBs and metal pellets
1086.   2012 tax return for Defendant
1087.   Box of Mini Lights
1088.   Tamerlan Travel Ticket
1089.   T-Mobile SIM Card
1090.   Photo of iPhone Boxes
1091.   Sketch
1092.   Dyson Vacuum Canister
1093.   Roll of Rosin Paper
1094.   Box of blue gloves
1095.   Box of black gloves
1096.   Photos of 410 Norfolk Street Apt. 3
1097.   Two-Dimensional Interactive Exhibit of 410 Norfolk Street Apt. 3
1098.   Photos of Searches

1099.   Swabs
1100.   Latex Gloves
1101.   GPS
1102.   Photos of Searches
1103.   White Polo Hat
1104.   FCUK jacket
1105.   Abandoned clothes
1106.   Pizza Box Receipt (purchased 04/17/2013)
1107.   Big Snow firework
1108.   Fireworks Residue
1109.   BBs in Box
1110.   BBs in bag
1111.   Academic Plan
1112.   Academic papers (DT's from Rindge; Dias' from Kazakhstan)
1113.   BB Gun Receipt
1114.   Chechnya - Jahar T-Shirt
1115.   Knives
1116.   BB Gun packaging
1117.   Book about hypocrites
1118.   Book: Soldiers of God

1119.  Microcenter Thumbdrive
1120.  Samsung Finesse
1121.  Notebook
1122.  Two Dimensional Interactive Exhibit Dorm Room
1123.  Photos of 7341 Pine Dale Hall
1124.  Photos of Searches
1125.  Sony VAIO
1126.  Dias' iPhone4
1127.  Photographs(s) of interior of Carriage Drive
1128.  Red/blue baseball cap
1129.  Ashtray
1130.  Beats headphones
1131.  AT&T Records
1132.  Backpack: Photograph
1133.  Kingston Thumb-drive
1134.  Fireworks
1135.  Ethics assignment
1136.  Photos of Searches

1137.  Tweets from al_Firdausia on 3/11/13
1138.  Tweets from al_Firdausia on 3/12/13
1139.  Tweets from J_Tsar on 3/1/2012
1140.  Tweets from J_Tsar on 3/14/2012,
1141.  Tweets from J_Tsar on 3/14/2012
1142.  Tweets from J_Tsar on 4/5/2012
1143.  Tweets from J_Tsar on 4/16/2012
1144.  Tweets from J_Tsar on 4/29/2012
1145.  Tweets from J_Tsar on 4/29/2012
1146.  Tweets from J_Tsar on 4/22/2012
1147.  Tweets from J_Tsar on 5/1/2012
1148.  Tweets from J_Tsar on 5/28/2012
1149.  Tweets from J_Tsar on 6/2/2012
1150.  Tweets from J_Tsar on 7/20/2012
1151.  Tweets from J_Tsar on 7/28/2012
1152.  Tweets from J_Tsar on 8/10/2012
1153.  Tweets from J_Tsar on 11/28/2012
1154.  Tweets from J_Tsar on 11/28/2012
1155.  Tweets from J_Tsar on 1/7/2013
1156.  Tweets from J_Tsar on 1/16/2013
1157.  Tweets from J_Tsar on 1/19/2013
1158.  Tweets from J_Tsar on 2/2/2013
1159.  Tweets from J_Tsar on 2/6/2013
1160.  Tweets from J_Tsar on 3/6/2013
1161.  Tweets from J_Tsar on 3/11/2013
1162.  Tweets from J_Tsar on 3/14/2013
1163.  Tweets from J_Tsar on 3/16/2013

1164.  Tweets from J_Tsar on 3/18/2013
1165.  Tweets from J_Tsar on 3/21/2013
1166.  Tweets from J_Tsar on 3/24/2013
1167.  Tweets from J_Tsar on 4/8/2013
1168.  Tweets from J_Tsar on 4/11/2013
1169.  Tweets from J_Tsar on 4/14/2013
1170.  Tweets from J_Tsar on 4/15/2013
1171.  Tweets from J_Tsar on 4/16/2013
1172.  Tweets from J_Tsar on 4/17/2013

1173.  Facebook posting on 8/14/2011 7:12
1174.  Facebook posting on 8/28/2012 6:45
1175.  Facebook posting on 12/31/2011  18:31:00 AM
1176.  Facebook posting on 2/26/2012
1177.  Facebook posting on 6/12/2012 22:39
1178.  Facebook posting on 8/10/2012
1179.  Facebook posting on 3/14/2012
1180.  Facebook posting on 7/1/2012
1181.  Facebook posting on 1/26/2012
1182.  Facebook posting on 7/7/2012
1183.  Facebook posting on 2/24/2012
1184.  Facebook posting on 4/12/2012
1185.  Facebook posting on 12/24/2012
1186.  Facebook posting on 9/12/2012
1187.  Facebook posting on 10/15/2012

1188.  Instagram posting on 3/21/2013
1189.  Instagram posting on 1/9/2013
1190.  Instagram postings on 1/2/2013
1191.  Instagram posting on 12/10/2012
1192.  Instagram posting on 4/12/2012
1193.  Instagram posting on 4/16/2011
1194.  Instagram posting on 4/11/2013

1195.  Yahoo emails dated 5/7/2012
1196.  Yahoo emails dated 5/7/2012
1197.  Yahoo emails dated 6/5/2012
1198.  Yahoo emails dated 6/8/2012
1199.  Yahoo emails dated 4/18/2013
1200.  Yahoo emails dated 1/28/2012
1201.  Yahoo emails dated 4/11/2011
1202.  Yahoo emails dated 4/15/2013
1203.  Yahoo emails dated 5/11/2009
1204.  Yahoo emails dated 10/8/2010
1205.  Yahoo emails dated 7/17/2010
1206.  Google emails dated 3/11/2013

1207.  Google emails dated 3/13/2013
1208.  Google emails dated 4/8/2013

1209.  Mobilsync Chats on 9/02/12
1210.  Mobilsync Chats with Israpil Vakhabov on 1/18/2013
1211.  Mobilsync Chats with Robel Philipos on 1/17/2013
1212.  Mobilsync Chats with Junes Umarov on 12/25/2012
1213.  Mobilsync Chats with Junes Umarov on 12/26/2012
1214.  Mobilsync Chats with Junes Umarov on 1/29/2013
1215.  Mobilsync Chats with Tamerlan on 1/17/2013
1216.  Mobilsync Chats with Tamerlan on 1/29/2013
1217.  Mobilsync Chats with Tamerlan on 1/31/2013
1218.  Mobilsync Chats on 12/25/12 - 12/26/12
1219.  Mobilsync Chats on 1/29/2013
1220.  Mobilsync Chats on 1/18/2013
1221.  Mobilsync Chats with Junes Umarov on 1/11/2013
1222.  Mobilsync Chats on 12/25/2012
1223.  Mobilsync Chats with Junes Umarov on 12/25/2012
1224.  Mobilsync Chats with Israpil Vakhabov on 1/11/2013
1225.  Mobilsync Chats with Israpil Vakhabov on 1/18/2013
1226.  Mobilsync Chats with Robel Philipos on 1/17-1/18/13
1227.  Mobilsync Chats with Dias Kadyrbayev on 1/27/2013
1228.  Mobilsync Chats on 2/02/2013
1229.  Mobilsync Chats with Tamerlan on 11/03/12 - 11/4/12
1230.  Mobilsync Chats with Steven Silva on 11/06/12
1231.  Mobilsync Chats on 11/07/12
1232.  Mobilsync Chats on 11/07/12
1233.  Mobilsync Chats with Tamerlan on 10/13/12
1234.  Mobilsync Chats with Steven Silva on 10/15/12
1235.  Mobilsync Chats with Zubeidat on 10/29/12
1236.  Mobilsync Chats with Zubeidat on 11/22/12
1237.  Mobilsync Chats with Zubeidat on 11/25/12
1238.  Skype Records

Files contained on digital exhibits:

1.  Very Good Arabic Jihad Nasheed.mp3
2.  most Beautiful Nasheed  ever.mp3
3.  Taballah Darb.mp3
4.  Arabic Nasheed - La Ilaha Illa Allah by Shekh Mishary Rashid Alafasy.mp3
5.  Qasidah Burdah nasheed.mp3
6.  chechen jihad nasheed.mp3
7.  Nasheed  Fi Kitabil Allah.mp3
8.  CheChen Freedom fighters Allahu Akbar!!!.mp3
9.  Khalid Bin Walid the best nasheed.mp3

10. One of THE BEST NASHEED IN THE WORLD.mp3
11. Beautiful nasheed by Sameer al Bashiri.mp3
12. Jihad nasheed.mp3
13. BEST ARABIC NASHEED EVER _HD_.mp3
14. Jihad Nasheed Chechen Mujahideen.mp3
15. BEST ISLAMIC NASHEED.mp3
16. BEAUTIFUL Nasheed by Students of Madrasah Noor for the blind.mp3
17. I TURN TO YOU.wmv.mp3
18. nasheed.mp3
19. nasheed number 1.mp3
20. the man who went jannah without praying....mp3
21. The most amazing nasheed....mp3
22. Kamal Uddin - Illallah (Official).mp3
23. The Best Islamic Song (nasheed) very emotional.mp3
24. cherti rem digga.mp3
25. lezginka 2.mp3
26. budu pagibat.mp3
27. Chechen Lezginka remix 2.mp3
28. Dagestan Avar Lezginka.mp3
29. lezginka.mp3
30. B.CH.S CHECHEN RAP NEW!_-_D?D,·? Dɣ·?·? ·?·?..mp3
31. B.CH.S Chechen new rap! BELGII -_-_DɪD·ɟ·?·?D_Dᵧ.mp3
32. Chechen Rap_-_D·?·?D襯ɟDɟD_.mp3
33. Spreadsheet of File Listing and File Attributes for files offered into evidence
34. User and Volume information
35. 10 Дорожка 10.mp3
36. 5 HD  Minor Signs of the Day 1  Anwar Al Awlaki The Here After Series - YouTube.mp3
37. 52. нашид - ин таг1рини.mp3
38. 6 HD  Minor Signs of the Day 2  Anwar Al Awlaki The Here After Series - YouTube.mp3
39. 8 HD  Minor Signs of the Day 4  Anwar Al Awlaki The Here After Series - YouTube.mp3
40. 9 HD  Major Signs Dajjal Anti Christ  Anwar Al Awlaki The Here After Series - YouTube.mp3
41. 9_nashid.mp3
42. Anashid 9.mp3
43. Fi sa bililah.mp3
44. jerah_Imam-audio.mp3
45. Liyakun.mp3
46. Nashid 12.mp3
47. Nashid-6.mp3
48. talbeya.mp3
49. Aghmd Al-Seef Al-Saqeel.mp3
50. 09-Mahom Be Omati Ah'madin.mp3
51. 11-H'fth As-Sir.mp3

52.    12-Ya Ayuha Shaheed.mp3
53.    Anashid 1.mp3
54.    nabaratu.mp3
55.    erkanul islam.mp3
56.    10-Usud Al-H'arb.mp3
57.    a094010e46_208.70.26.124_46076.mp3
58.    10 NASHITI BEST.mp3
59.    02 NASHITI UMMATI.mp3
60.    06 NASHITI UMMATI.mp3
61.    12 NASHITI 8.mp3
62.    Spreadsheet of File Listing and File Attributes for files offered into evidence
63.    User and Volume information
64.    (Anjooma Layat).mp4 - YouTube.mp3
65.    10 Дорожка 10.mp3
66.    9_nashid.mp3
67.    Jihad Nasheed Hebbit Kerrih.mpg - YouTube.mp3
68.    nasheed for mujahideen - YouTube.mp3
69.    Shaykh Anwar Awlaki - The Battle Of Badr Part 1 3 - YouTube.mp3
70.    Shaykh Anwar Awlaki - The Battle Of Badr Part 2 3 - YouTube.mp3
71.    Shaykh Anwar Awlaki - The Battle Of Badr Part 3 3 - YouTube.mp3
72.    Shaykh Anwar Awlaki - The Battle Of Uhud Part 1 5 - YouTube.mp3
73.    Shaykh Anwar Awlaki - The Battle Of Uhud Part 2 5 - YouTube.mp3
74.    Shaykh Anwar Awlaki - The Battle Of Uhud Part 3 5 - YouTube.mp3
75.    Shaykh Anwar Awlaki - The Battle Of Uhud Part 4 5 - YouTube.mp3
76.    Shaykh Anwar Awlaki - The Battle Of Uhud Part 5 5 - YouTube.mp3
77.    09-Mahom Be Omati Ah'madin.mp3
78.    11-H'fth As-Sir.mp3
79.    12-Ya Ayuha Shaheed.mp3
80.    10-Usud Al-H'arb.mp3
81.    a094010e46_208.70.26.124_46076.mp3
82.    10 NASHITI BEST.mp3
83.    02 NASHITI UMMATI.mp3
84.    06 NASHITI UMMATI.mp3
85.    12 NASHITI 8.mp3
86.    Spreadsheet of File Listing and File Attributes for files offered into evidence
87.    User and Volume information
88.    Very Good Arabic Jihad Nasheed.mp3
89.    most Beautiful Nasheed  ever.mp3
90.    Taballah Darb.mp3
91.    Arabic Nasheed - La Ilaha Illa Allah by Shekh Mishary Rashid Alafasy.mp3
92.    Qasidah Burdah nasheed.mp3
93.    chechen jihad nasheed.mp3
94.    Nasheed  Fi Kitabil Allah.mp3
95.    CheChen Freedom fighters Allahu Akbar!!!.mp3
96.    Khalid Bin Walid the best nasheed.mp3
97.    One of THE BEST NASHEED IN THE WORLD.mp3

98.     Beautiful nasheed by Sameer al Bashiri.mp3
99.     Jihad nasheed.mp3
100.    BEST ARABIC NASHEED EVER [HD].mp3
101.    Jihad Nasheed Chechen Mujahideen.mp3
102.    BEST ISLAMIC NASHEED.mp3
103.    Meshary Alarada - Farshy AlTurab Islamic Nasheed   MP3 LINK(1).mp3
104.    BEAUTIFUL Nasheed by Students of Madrasah Noor for the Blind.mp3
105.    I TURN TO YOU.wmv.mp3
106.    nasheed.mp3
107.    the man who went jannah without praying....mp3
108.    The most amazing nasheed....mp3
109.    THE MOST WONDERFUL NASHEED!....mp3
110.    Kamal Uddin - Illallah (Official).mp3
111.    The Best Islamic Song (nasheed) very emotional.mp3
112.    Zain Bhikha  - Woman I Love - Official video 2011.mp3
113.    Taballah Darb(1).mp3
114.    spty68Gzhg8.mp3
115.    LFxLM8rL6Jc.mp3
116.    WmVmeoF8oj4.mp3
117.    nS9xsPVxJz0.mp3
118.    oHYvpr1ZZ9E.mp3
119.    hEjaHP_Tje0.mp3
120.    Spreadsheet of File Listing and File Attributes for files offered into evidence
121.    User and Volume information
122.    Very Good Arabic Jihad Nasheed.mp3
123.    Taballah Darb.mp3
124.    most Beautiful Nasheed  ever.mp3
125.    Qasidah Burdah nasheed.mp3
126.    Arabic Nasheed - La Ilaha Illa Allah by Shekh Mishary Rashid Alafasy.mp3
127.    Nasheed  Fi Kitabil Allah.mp3
128.    chechen jihad nasheed.mp3
129.    Khalid Bin Walid the best nasheed.mp3
130.    One of THE BEST NASHEED IN THE WORLD.mp3
131.    Beautiful nasheed by Sameer al Bashiri.mp3
132.    Jihad nasheed.mp3
133.    BEST ARABIC NASHEED EVER [HD].mp3
134.    Jihad Nasheed Chechen Mujahideen.mp3
135.    BEST ISLAMIC NASHEED.mp3
136.    Meshary Alarada - Farshy AlTurab Islamic Nasheed   MP3 LINK(1).mp3
137.    BEAUTIFUL Nasheed by Students of Madrasah Noor for the Blind.mp3
138.    I TURN TO YOU.wmv.mp3
139.    nasheed.mp3
140.    the man who went jannah without praying....mp3
141.    nasheed number 1
142.    The most amazing nasheed....mp3
143.    Kamal Uddin - Illallah (Official).mp3

144.    Zain Bhikha  - Woman I Love - Official video 2011.mp3
145.    The Best Islamic Song (nasheed) very emotional.mp3
146.    im a criminal (LFxLM8rL6Jc.mp3)
147.    WmVmeoF8oj4.mp3
148.    unknown russian
149.    Young MC - bust a move
150.    hEjaHP_Tje0.mp3
151.    Spreadsheet of File Listing and File Attributes for files offered into evidence
152.    User and Volume information
153.    Carved .doc [waging jihad - from Allah's Pleasure]
154.    Carved[26321920].Slicing.Sword .pdf
155.    Carved[389].jpeg
156.    Carved[7521280] .pdf
157.    Carved[86791168] .jpeg
158.    Carved[87667712] .jpeg
159.    Carved[88380416] .jpeg
160.    Carved[89375744].Defense.of.Muslim.lands .pdf
161.    Russian Pyrotechnics Manual [Carved [28786688].doc]
162.    Join the Caravan.pdf
163.    Spreadsheet of File Listing and File Attributes for files offered into evidence
164.    User and Volume information
165.    5_ground_rules.pdf
166.    advice_uboodiyah.pdf
167.    AllahsPleasure.pdf
168.    Book of The End.pdf
169.    CompleteInspire.pdf
170.    complete_balance.pdf
171.    Defence of Muslim Lands.pdf
172.    Dua The Weapon Of The Believer.pdf
173.    EffectsOfIntention.pdf
174.    Fiqh Made Easy.pdf
175.    fundamental_concepts.pdf
176.    Gems And Jewels.pdf
177.    giant_man.pdf
178.    InspireFall2010.pdf
179.    InspireJanuary2011.pdf
180.    InspireMarch2011.pdf
181.    InspireNovember2010.pdf
182.    InspireSummer2011.pdf
183.    issue9.pdf
184.    Join the Caravan.pdf
185.    message_youth.pdf
186.    millat_ibraaheem.pdf
187.    pursuit_freedom.pdf
188.    sayfAlBattr.pdf
189.    The Etiquette of Seeking Knowledge.pdf

190.   Usool al-Hadith.pdf
191.   Shaykh Anwar Awlaki - The Battle Of Uhud Part 5 5 - YouTube.mp3
192.   10 HD   Anti Christ and Jesus Christ - Anwar Al Awlaki The Here After Series - YouTube.flv
193.   11 HD   Other Major Signs - Anwar Awlaki The Here After Series - YouTube.flv
194.   12 HD   The Ressurection - Anwar Al Awlaki The Here After Series - YouTube.flv
195.   13 HD   Non believer on Judgement Day - Anwar Al Awlaki The Here After Series - YouTube.flv
196.   14 HD   The Sinning Muslims - Anwar Al Awlaki The HereAfter Series - YouTube.flv
197.   15 HD   The Righteous Muslims - Anwar Al Awlaki The HereAfter Series - YouTube.flv
198.   16 HD   The Names and Rules of Akhira - Anwar Al Awlaki The HereAfter Series - YouTube.flv
199.   17 HD   Accountability - Anwar Al Awlaki The HereAfter Series - YouTube.flv
200.   18 HD   Hell Fire and Its life - Anwar Al Awlaki The HereAfter Series - YouTube.flv
201.   19 HD   Some Actions leading to Hell fire - Anwar Al Awlaki The HereAfter Series - YouTube.flv
202.   2 HD   Death - 1   Imam Anwar Al Awlaki The Here After Series - YouTube.flv
203.   20 HD   Ratio of People in Hell and Paradise - Anwar Al Awlaki The HereAfter - YouTube.flv
204.   21 HD   Tour of Jannah Paradise - Anwar Al Awlaki The Here After Series - YouTube.flv
205.   22 HD   Socialization in Paradise Jannah - Anwar Al Awlaki The After Series - YouTube.flv
206.   23 HD   The People of Paradise Jannah - Anwar Al Awlaki The After Series - YouTube.flv
207.   3 HD   Death - 2   Imam Anwar Al Awlaki The Here After Series - YouTube.flv
208.   4 HD   The Grave and Journey of the Soul   Anwar Al Awlaki The Here After Series - YouTube.flv
209.   5 HD   Minor Signs of the Day 1   Anwar Al Awlaki The Here After Series - YouTube.flv
210.   6 HD   Minor Signs of the Day 2   Anwar Al Awlaki The Here After Series - YouTube.flv
211.   7 HD   Minor Signs of the Day 3   Anwar Al Awlaki The Here After Series - YouTube.flv
212.   8 HD   Minor Signs of the Day 4   Anwar Al Awlaki The Here After Series - YouTube.flv
213.   9 HD   Major Signs Dajjal Anti Christ   Anwar Al Awlaki The Here After Series - YouTube.flv
214.   0fd9b2f02fcaf122aacff2e3bc7e9c3bf3ca2e6d.jpg
215.   2225c9f8523b20277778a010b6ab3732a74c02c1.png
216.   Carved [37814813].jpeg
217.   f24dd2a31a672bda8f6e10a28fb36de675ec6dcf.png

218.    Work_Resume.doc
219.    death penalty1.doc
220.    drones.doc
221.    Image of defendant in front of black shahada flag
222.    401233_231917046889906_1442560908_n.jpg
223.    Image of Russian firearms manual Carved [5136900].jpeg
224.    0243f68de421683f24f66222c5b49a1bf2968c4b
225.    14be5978c5ec920ab0ef0f44e93826b295664372
226.    Aseer nasheed - YouTube.flv
227.    Aseer nasheed - YouTube.mp3
228.    Beautiful nasheed by Sameer al Bashiri.mp3
229.    BEAUTIFUL Nasheed by Students of Madrasah Noor for the Blind.mp3
230.    BEST ARABIC NASHEED EVER [HD].mp3
231.    BEST ISLAMIC NASHEED.mp3
232.    chechen jihad nasheed.mp3
233.    Commander Khattab - YouTube.flv
234.    Commander Khattab - YouTube.mp3
235.    Great Jihad Anasheed (Nasheed 2009) - YouTube.flv
236.    Great Jihad Anasheed (Nasheed 2009) - YouTube.mp3
237.    Halummu ( Arabic Jihaad Nasheed ) - YouTube.flv
238.    Halummu ( Arabic Jihaad Nasheed ) - YouTube.mp3
239.    I TURN TO YOU.wmv.mp3
240.    Islamic Nasheed---When will the muslim ummah unite  - YouTube.flv
241.    Islamic Nasheed---When will the muslim ummah unite  - YouTube.mp3
242.    Jihad Nasheed Chechen Mujahideen.mp3
243.    Jihad nasheed.mp3
244.    Kamal Uddin - Illallah (Official).mp3
245.    Khalid Bin Walid the best nasheed.mp3
246.    Meshary Alarada - Farshy AlTurab Islamic Nasheed   MP3 LINK(1).mp3
247.    Mishary al Arada - Dust is my bed (nasheed) [Muslim Ummah] - YouTube.flv
248.    Mishary al Arada - Dust is my bed (nasheed) [Muslim Ummah] - YouTube.mp3
249.    most Beautiful Nasheed  ever.mp3
250.    Nasheed   As-Sabru Nuur (Patience is Light) (+MP3+) - YouTube.flv
251.    Nasheed   As-Sabru Nuur (Patience is Light) (+MP3+) - YouTube.mp3
252.    Nasheed  Fi Kitabil Allah.mp3
253.    Nasheed  Must Hear  - YouTube.flv
254.    Nasheed  Must Hear  - YouTube.mp3
255.    nasheed.mp3
256.    Nasheed_-_Amantu billah.mp3
257.    Nasheed_-_Liyakun.mp3
258.    Nasheed_-_нашиды.mp3
259.    Ommy Felestin - Nasheed by Meshary al Aarada - YouTube.flv
260.    Ommy Felestin - Nasheed by Meshary al Aarada - YouTube.mp3
261.    One of THE BEST NASHEED IN THE WORLD.mp3
262.    Qasidah Burdah nasheed.mp3
263.    Rasool Allah Inspiring Words Of Truth! - YouTube.flv

264. Rasool Allah Inspiring Words Of Truth! - YouTube.mp3
265. Rasool Allah The Prophet Of Mercy And War! - YouTube.flv
266. Rasool Allah The Prophet Of Mercy And War! - YouTube.mp3
267. Sahabaa Nasheed - YouTube.flv
268. Sahabaa Nasheed - YouTube.mp3
269. Shaykh Anwar Awlaki - The Battle Of Uhud Part 5 5 - YouTube.mp3
270. Shia Source_-_Nasheeds.mp3
271. Taballah Darb.mp3
272. Talib  al-Habib_-_Nasheed   Kalimatan .mp3
273. The Best Islamic Song (nasheed) very emotional.mp3
274. the man who went jannah without praying....mp3
275. The most amazing nasheed....mp3
276. THE MOST WONDERFUL NASHEED!....mp3
277. Very Good Arabic Jihad Nasheed.mp3
278. www.shiasource.com_-_Nasheeds by Shia Source.mp3
279. Zain Bhikha  - Woman I Love - Official video 2011.mp3
280. [Nasheed] Bi Jihadina (English Translation) - YouTube.flv
281. [Nasheed] Bi Jihadina (English Translation) - YouTube.mp3
282. Nasheed_-_Winds of Paradise (Ветры Рая).mp3
283. ● Нашид_-_Бей как меч, как ураган, как волны
284. ●Ahmed Shahwan _-_Iman●( Nasheeds™ http---vkontakte.ru-public33641289).mp3
285. ●Нашид_-_Al Shabab Mujahideen●( Nasheeds™ http---vkontakte.ru-public33641289).mp3
286. ●Нашид_-_Ayyuhal muslim mudjahid●( Nasheeds™ http---vkontakte.ru-public33641289).mp3
287. ●Нашид_-_Коран●( Nasheeds™ http---vkontakte.ru-public33641289).mp3
288. ●Нашид_-_Мама●( Nasheeds™ http---vkontakte.ru-public33641289).mp3
289. ●Нашид_-_Уммати хIал лаки байнал умами●( Nasheeds™ http---vkontakte.ru-public33641289).mp3
290. ●Шейх Мишари бин Рашид аль-Афаси_-_Нашид●( Nasheeds™ http---vkontakte.ru-public33641289).mp3
291. the man who went jannah without praying....mp3
292. The most amazing nasheed....mp3
293. THE MOST WONDERFUL NASHEED!....mp3
294. 5 - Battle of Uhud - Awlaki
295. Spreadsheet of File Listing and File Attributes for files offered into evidence
296. Spreadsheet of specific parsed Internet searches
297. Spreadsheet of specific internet history
298. Spreadsheet of specific recent links
299. Spreadsheet of specific Webcam images
300. Spreadsheet of specific external device history
301. Spreadsheet of specific Social Media access history
302. User and Volume information
303. 10 HD   Anti Christ and Jesus Christ - Anwar Al Awlaki The Here After Series - YouTube.flv.swf

304. 11 HD   Other Major Signs - Anwar Awlaki The Here After Series - YouTube.flv.swf
305. 12 HD   The Ressurection - Anwar Al Awlaki The Here After Series - YouTube.flv.swf
306. 13 HD   Non believer on Judgement Day - Anwar Al Awlaki The Here After Series - YouTube.flv.swf
307. 14 HD   The Sinning Muslims - Anwar Al Awlaki The HereAfter Series - YouTube.flv.swf
308. 15 HD   The Righteous Muslims - Anwar Al Awlaki The HereAfter Series - YouTube.flv.swf
309. 16 HD   The Names and Rules of Akhira - Anwar Al Awlaki The HereAfter Series - YouTube.flv.swf
310. 17 HD   Accountability - Anwar Al Awlaki The HereAfter Series - YouTube.flv.swf
311. 18 HD   Hell Fire and Its life - Anwar Al Awlaki The HereAfter Series - YouTube.flv.swf
312. 19 HD   Some Actions leading to Hell fire - Anwar Al Awlaki The HereAfter Series - YouTube.flv.swf
313. 2 HD   Death - 1   Imam Anwar Al Awlaki The Here After Series - YouTube.flv.swf
314. 20 HD   Ratio of People in Hell and Paradise - Anwar Al Awlaki The HereAfter - YouTube.flv.swf
315. 21 HD   Tour of Jannah Paradise - Anwar Al Awlaki The Here After Series - YouTube.flv.swf
316. 22 HD   Socialization in Paradise Jannah - Anwar Al Awlaki The After Series - YouTube.flv.swf
317. 23 HD   The People of Paradise Jannah - Anwar Al Awlaki The After Series - YouTube.flv.swf
318. 3 HD   Death - 2   Imam Anwar Al Awlaki The Here After Series - YouTube.flv.swf
319. 4 HD   The Grave and Journey of the Soul   Anwar Al Awlaki The Here After Series - YouTube.flv.swf
320. 5 HD   Minor Signs of the Day 1   Anwar Al Awlaki The Here After Series - YouTube.flv.swf
321. 6 HD   Minor Signs of the Day 2   Anwar Al Awlaki The Here After Series - YouTube.flv.swf
322. 7 HD   Minor Signs of the Day 3   Anwar Al Awlaki The Here After Series - YouTube.flv.swf
323. 8 HD   Minor Signs of the Day 4   Anwar Al Awlaki The Here After Series - YouTube.flv.swf
324. 9 HD   Major Signs Dajjal Anti Christ   Anwar Al Awlaki The Here After Series - YouTube.flv.swf
325. HD  From Kufr to Iman - Anwar Al Awlaki [1 2] - YouTube.flv.swf
326. HD  The Byzantine Empire - Anwar Al Awlaki [1 3] - YouTube.flv.swf
327. HD  The Byzantine Empire - Anwar Al Awlaki [2 3] - YouTube.flv.swf
328. HD  The Byzantine Empire - Anwar Al Awlaki [3 3] - YouTube.flv.swf

329.  HD From Kufr to Iman - Anwar Al Awlaki [2_2] - YouTube.flv.swf
330.  HQ  Anwar Al Awlaki - Introduction Makkan Period Seerah life of Muhammad s.a.w - YouTube.flv.swf
331.  HQ  New Anwar Al Awlaki - Back Ground History of Prophet Muhammad s.a.w - YouTube.flv.swf
332.  Shaykh Anwar Awlaki - The Day Of Judgment Part 1 6 - YouTube.flv.swf
333.  Sheikh Anwar Awlaki - The Day Of Judgment Part 2 6 - YouTube.flv.swf
334.  Sheikh Anwar Awlaki - The Day Of Judgment Part 3 6 - YouTube.flv.swf
335.  Sheikh Anwar Awlaki - The Day Of Judgment Part 4 6 - YouTube.flv.swf
336.  Sheikh Anwar Awlaki - The Day Of Judgment Part 5 6 - YouTube.flv.swf
337.  0[note re jihad].rtf
338.  Abu Supyan.flv.swf
339.  Allah is preparing us for victory.pdf
340.  Allah is preparing us for victory[939757].pdf
341.  al_maqdisi_why_UmmaNews.pdf
342.  b4de882e489853c2.jpg
343.  Bukhary Nasheed.flv.swf
344.  Carved [102772736].jpeg
345.  Carved [102789120].jpeg
346.  Carved [17744635].png
347.  Carved [1973724].jpeg
348.  Carved [1987278].jpeg
349.  Carved [2007609].jpeg
350.  Carved [2075582].jpeg
351.  Carved [2089831].jpeg
352.  Carved [2103416].jpeg
353.  Carved [26977584].png
354.  Carved [30502673].png
355.  Carved [347131665].png
356.  Carved [3599072].jpeg
357.  Carved [41093950].png
358.  Carved [42801746].png
359.  Carved [96743063].png
360.  dua_weapon.pdf
361.  Ghurabaa - YouTube.flv.swf
362.  Ghurabaa - YouTube.wmv
363.  Ghurabaa - YouTube[96745].wmv
364.  Ghurabaa - YouTube[97751].wmv
365.  ibnnuhhas.doc
366.  ibnnuhhas[97632].doc
367.  image3.jpeg
368.  image3[419221].jpeg
369.  image3[935399].jpeg
370.  image4.jpeg
371.  image4[419222].jpeg
372.  image5.jpeg

373.   image5[421350].jpeg
374.   image6.jpeg
375.   InspireMarch2011.pdf
376.   Istishhad -       News   Politics.mp4.mpg
377.   Khalid Bin Waleed nasheed.mp4(sword of allah). - YouTube.flv[97765].swf
378.   ktomi.pdf
379.   maulid.pdf
380.   mobo.png
381.   Muslim-KitabAlJihad.pdf
382.   Nasheed - Kuntu Maytan [arabic] - YouTube.flv.swf
383.   Nasheed - Kuntu Maytan [arabic] - YouTube.flv[97767].swf
384.   nasheed for mujahideen - YouTube.flv.swf
385.   nasheed for mujahideen - YouTube.flv[97768].swf
386.   New Arabic Nasheed 2010 - Salah ad-Din Yusuf ibn Ayyub - YouTube.flv.swf
387.   New Arabic Nasheed 2010 - Salah ad-Din Yusuf ibn Ayyub -
        YouTube.flv[97770].swf
388.   Rabbani Halilov 2004 - YouTube.flv.swf
389.   sayfAlBattr.pdf
390.   Various American Crusader-Zionist Barbarism.flv.swf
391.   Г е р о и истины и лжи drevnii Mudzhakhid.docx
392.   И началась между нами и вами вражда и ненависть навсегда.docx
393.   И з в л е ч е н и е пользы из послания Имама Газимухаммада
        Дагестанским округам.docx
394.   П р и в о д и т с я этот рассказ ибн Джаузий в книге.docx
395.   П р и в о д и т с я этот рассказ ибн Джаузий в книге[97593].docx
396.   С А И Д GEROI ISTINNI I LZHI. Chast'1.docx
397.   С А И Д  АБУ СААД Vzglyad na Dzhikhad iznutri Chast 2.docx
398.   С а и д  Абу Саад Vzglyad na Dzhikhad iznutri. Geroi istinni i lzhi. Chast
        3.docx
399.   С а и д  Бурятский Vzglyad na Dzhikhad iz nutri_ po prosshestvii goda.docx
400.   ⊥╧á½⊥╧⊥É╧á¼ ⊥╟ú⊥╧⊥ó╧½⊥¥⊥ÿ. ⊥Ñ⊥╧⊥╗╗⊥╗ ⊥╗ ⊥╗ ⊥╗⊥╗⊥╗ ⊥╗ -
        ⊥Æ⊥╗╗⊥╗ ⊥╗ ⊥╗ . ⊥Ü╤Ç╤â╤ê⊥╗ ⊥╗⊥╗ ⊥╗ ⊥╗
        ⊥╗ ⊥╗⊥╗ ⊥╗╤Ç╧ ⊥╗ ║â[931465].pdf
401.   25 Promises to the Believers - Awlaki
402.   Spreadsheet of File Listing and File Attributes for files offered into evidence
403.   Spreadsheet of specific parsed Internet searches
404.   Spreadsheet of specific internet history
405.   Spreadsheet of specific recent links
406.   Spreadsheet of specific Webcam images
407.   Spreadsheet of specific external device history
408.   Spreadsheet of specific Social Media access history
409.   User and Volume information
410.   Spreadsheet of File Listing and File Attributes for files offered into evidence
411.   User and Volume information
412.   CompleteInspire.pdf

413.    Identifying Documents

Respectfully submitted,

CARMEN M.ORITZ
United States Attorney

By:/s/ *Nadine Pellegrini*
NADINE PELLEGRINI
ALOKE S. CHAKRAVARTY
WILLIAM D. WEINREB
STEVEN D. MELLIN
Assistant U.S. Attorneys

Date:  December 16, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney

Date: December 16, 2014