UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-CR-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | UNDER SEAL |
| Defendant | ) | |

**PRELIMINARY WITNESS LIST OF THE UNITED STATES OF AMERICA**

The United States of America by and through its undersigned counsel, hereby files its Preliminary Witness List. The government reserves its right to supplement or modify the list with reasonable notice to the defendant.

LAW ENFORCEMENT PERSONNEL:

| | | | |
|---|---|---|---|
| 1. | John | ABRUZZESE | FBI |
| 2. | John | ALEXANDER | FBI |
| 3. | Fredrick R. | ALLEN | BPD |
| 4. | Keri | ALLEN | FBI |
| 5. | Lauren | ALMANZOR | FBI |
| 6. | Bienvenido | ALMODOVAR | FBI |
| 7. | Joseph | ALTMAN | FBI |
| 8. | Paul | AMES | Cambridge PD |
| 9. | Andrew | ANDERSON | FBI |
| 10. | Mark | ANDRADE | UMASS Dartmouth DPS |
| 11. | Tye | ANDRADE | UMASS Dartmouth DPS |
| 12. | Carlos | AQUINO | Cambridge PD |
| 13. | Daniel | ARANYOSI | FBI |
| 14. | Jacob B. | ARCHER | FBI |
| 15. | Ornello | ARLATI | FBI |
| 16. | Francis | ARMSTRONG | BPD |
| 17. | Ryan | ARNOLD | FBI |
| 18. | Panagiotis | ATHANASIOU | FBI |
| 19. | David | ATHERTON | Cambridge PD |
| 20. | Tenzin | ATSATSANG | FBI |
| 21. | Matt | AUFIERO | U.S. Secret Service |
| 22. | Lynette | AUSTIN | FBI |
| 23. | Lina | AWAD | HIS-SAC |

| | | | |
|---|---|---|---|
| 24. | Farbod | AZAD | FBI |
| 25. | Robert | BACHELDER | MSP |
| 26. | James | BAILEY | Customs and Border Patrol |
| 27. | Scott S. | BAILEY | FBI |
| 28. | Kevin M. | BAKER | MSP |
| 29. | Joseph | BALDUCCI | MSP |
| 30. | Albert | BALESTRA | MSP |
| 31. | Phil | BALL | ATF |
| 32. | Robert | BARBIERI | FBI |
| 33. | Glenn D. | BARNES | FBI |
| 34. | Tommy | BARRETT | BPD |
| 35. | Jason A. | BARROW | FBI |
| 36. | John | BARTOLOMUCCI | Watertown PD |
| 37. | Bob | BATCHELDER | MSP |
| 38. | Zachary R. | BAUMGART | TFO-DSS |
| 39. | Brendan R. | BELL | FBI |
| 40. | David | BELL | FBI |
| 41. | Ernie | BELLIVEAU | UMASS Dartmouth DPS |
| 42. | Christopher | BENNETT | HSI |
| 43. | Eric | BENSON | MSP |
| 44. | Kenneth J. | BENTON | FBI |
| 45. | Rodney | BEST | BPD |
| 46. | Veh | BEZDIKIAN | FBI |
| 47. | Carl | BLANDO | BPD |
| 48. | Paul T. | BODDY | BPD |
| 49. | George | BOGGS | BPD |
| 50. | Jason D. | BOLLINGER | FBI |
| 51. | Anthony | BONGIORNO | Cambridge PD |
| 52. | Donald | BOSSI | MSP |
| 53. | Erik Paul | BOUCHARD | FBI |
| 54. | Christopher J. | BOULD | NCIS |
| 55. | William | BOULTER | MIT Police |
| 56. | Sean | BOYLE | USPIS |
| 57. | Christopher J. | BRADFORD | FBI |
| 58. | Edward | BRADSTREET | HSI |
| 59. | Peter | BRAMANTE | MSP |
| 60. | Erin | BRANDT | FBI |
| 61. | Jason S | BRISSEY | FBI |
| 62. | Todd | BROWN | BPD |
| 63. | Timothy D. | BROWN | FBI |
| 64. | Scott | BROWN | FBI |
| 65. | Wayne | BROWN | FBI |
| 66. | Porsche E. | BROWN | FBI |
| 67. | Jennifer | BUCAR | FBI |
| 68. | Edward | BURKE | Cambridge PD |

| | | | |
|---|---|---|---|
| 69. | Christopher | BURKE | FBI |
| 70. | Terrence | BURKE | BPD |
| 71. | Richard D. | BUSTER | ITSPEC-FE |
| 72. | James L. | BUTLER | FBI |
| 73. | Michael | BYRNES | FBI |
| 74. | Charles | CABRAL | FBI |
| 75. | Lisa | CABRAL | UMASS Dartmouth DPS |
| 76. | Hector | CABRERA | BPD |
| 77. | David | CAHILL | MSP |
| 78. | Timothy | CAHILL | MSP |
| 79. | Richard | CAMPBELL | ATF |
| 80. | Joshua | CANTER | FBI |
| 81. | Lindsay | CAPIDALUPO | FBI |
| 82. | David E. | CARDINAL | BPD |
| 83. | Christopher E. | CARTER | FBI |
| 84. | Jennifer | CASE | HHS-OIG |
| 85. | Michael | CASHMAN | MSP |
| 86. | Ken | CASPER | FBI |
| 87. | Anthony | CASTELLANOS | HSI |
| 88. | Kevin | CAVANAUGH | BPD |
| 89. | Peter | CAZEAU | BPD |
| 90. | Ryan | CHAFFEE | HSI |
| 91. | S. Vincent | CHAMBERS | FBI |
| 92. | Leah | CHAMBERS | FBI |
| 93. | Sidney | CHAMBERS | MSP |
| 94. | John | CHAN | FBI |
| 95. | Emily | CHAPMAN | BPD |
| 96. | Cheryl A. | CHARNEY | FBI |
| 97. | Theodore J. | CHAVEZ | FBI |
| 98. | Steven | CHIN | BPD |
| 99. | Frank | CHIOLA | BPD |
| 100. | Jesse S. | CHIZMADIA | FBI |
| 101. | Philip M. | CHRISTIANA | FBI |
| 102. | Scott Philip | CIEPLIK | FBI |
| 103. | Curtis | CINELLI | MSP |
| 104. | David | CIVETTI | FBI |
| 105. | Richard | CLAFLIN | FBI |
| 106. | Kelley A. | CLARK | FBI |
| 107. | Mark | CLAVETTE | Cambridge PD |
| 108. | Brian | CLIFFORD | FBI |
| 109. | Timothy Wayne | CLIFTON | FBI |
| 110. | Christine H. | COBLE | FBI |
| 111. | Karen | CODY | FBI |
| 112. | Jason | COFFEY | FBI |
| 113. | Matthew J. | COLEMAN | FBI |

| | | | |
|---|---|---|---|
| 114. | Gerald | COLLINS | MSP |
| 115. | Miguel | COLON | Watertown PD |
| 116. | Jennifer D. | COMBS | FBI |
| 117. | Martin | CONCANNON | MSP |
| 118. | Christopher E. | CONNOLLY | BPD |
| 119. | Michael | CONNOLLY | BPD |
| 120. | James | CONNOLLY | MSP |
| 121. | Kevin R. | CONSIDINE | Customs and Border Patrol |
| 122. | Brian J. | CORCORAN Jr | FBI |
| 123. | Krista | CORR | FBI |
| 124. | Kristin | COSTA | UMASS Dartmouth DPS |
| 125. | Leonard | COSTA | UMASS Dartmouth DPS |
| 126. | Jason | COSTELLO | FBI |
| 127. | Jeremy | COTTON | MSP |
| 128. | Ashley | COX | FBI |
| 129. | John D. | COYLE | FBI |
| 130. | Kevin | COYNE | BPD |
| 131. | Lisa A | CRANDALL | FBI |
| 132. | John S | CRAWFORD | FBI |
| 133. | Edmond | CRONIN | FBI |
| 134. | Kevin | CRONIN | ICE-HSI |
| 135. | Alexia | CROW | FBI |
| 136. | Thomas | CROWLEY | ICE |
| 137. | Timothy J | CROWLEY | MSP |
| 138. | Monica | CUETO | FBI |
| 139. | James | CUNNINGHAM | FBI |
| 140. | Jeffrey | DADE | NHSP |
| 141. | Micheline | DADIEGO | FBI |
| 142. | Vincent | DALFONZO | FBI |
| 143. | Thomas M | DALTON | FBI |
| 144. | Thomas J | DALY Jr | FBI |
| 145. | Timothy | DARLING | FBI |
| 146. | Robert | DATEO | MSP |
| 147. | Liana | DAVILA | FBI |
| 148. | Liana | DAVILA | FBI |
| 149. | Michael J. | DAVITCH | FBI |
| 150. | William | DAVITCH | FBI |
| 151. | Michael | DE LA PENA | FBI |
| 152. | FrancisJ | DEARY | BPD |
| 153. | Ryan | DECOSTE | No longer with FBI |
| 154. | Sarah | DELAIR | FBI |
| 155. | Laura | DELANEY | BPD |
| 156. | Andrea | DEMMANN | FBI |
| 157. | Thomas M | DENTREMONT | BPD |
| 158. | Keith | DEPACO | UMASS Dartmouth DPS |

| # | First | Last | Agency |
|---|---|---|---|
| 159. | Hernan | DEPALVA | FBI |
| 160. | Christopher | DERKS | FBI |
| 161. | Kevin Scott | DESHAZO | FBI |
| 162. | FNU | DESROCHERS | MSP |
| 163. | Amy | DIAMOND | FBI |
| 164. | Yohel | DIAZ | FBI |
| 165. | Steve | DICKEY | ATF |
| 166. | John | DIFAVA | MIT PD |
| 167. | Charles | DIONNE | DOT-OIG |
| 168. | Scott | DOIRE | USMS |
| 169. | Christopher | DIORIO | HSI |
| 170. | Samuel | DIPASQUALE, III | FBI |
| 171. | Christopher | DOLAN | MSP |
| 172. | David F | DONAHUE | FBI |
| 173. | Chris | DONAHUE | MSP |
| 174. | Richard | DONAHUE | Watertown PD |
| 175. | William F | DONGA | HSI |
| 176. | Todd | DONNELLY | ICE |
| 177. | James | DONOVAN | Saugus PD |
| 178. | Maurice | DORE | UMASS Dartmouth DPS |
| 179. | Sharon | DOTTIN | BPD |
| 180. | Timothy | DOWD | MSP |
| 181. | Dale | DROWNE | Warwick RI PD |
| 182. | Daniel | DUFF | BPD |
| 183. | Thomas J | DUFFY | FBI |
| 184. | Jessica | DUKES | FBI |
| 185. | Matt | DUMAS | USMS |
| 186. | Christopher | DUMONT | MSP |
| 187. | Kelly A. | DUNLEVY | FBI |
| 188. | Terrence | DUPONT | FBI |
| 189. | Scott | DURIVAGE | FBI |
| 190. | Kathryn | EARLE | FBI |
| 191. | Amy | EINHAUS | FBI |
| 192. | Daniel | EINHAUS | FBI |
| 193. | Michael | ELDREDGE | ATF |
| 194. | Jennie | EMMONS | FBI |
| 195. | Brian | ENG | MSP |
| 196. | James C | EPPARD | FBI |
| 197. | Michael | ERCOLANO | FBI |
| 198. | Paula | ERNST | OPU |
| 199. | Richard | ESCALERA, Jr | FBI |
| 200. | Keith | EVANS | FBI |
| 201. | FNU | EVANS | FBI |
| 202. | Robin | FABRY | MSP |
| 203. | Brian J | FAHEY | BPD |

| | | | |
|---|---|---|---|
| 204. | Scott | FAHEY | MSP |
| 205. | Stephen | FARINA | FBI |
| 206. | Ann | FASANO | FBI |
| 207. | Steven | FENNESSY | MSP |
| 208. | Anthony | FERRANTE | FBI |
| 209. | Christian M | FIERABEND | FBI |
| 210. | William O | FILBERT, III | FBI |
| 211. | Thomas | FINCH | Delaware PD |
| 212. | RussellR | FINCHER | FBI |
| 213. | Brendan | FINN | FBI |
| 214. | Kevin | FINNERTY | FBI |
| 215. | Michael | FISHER | Formerly FBI |
| 216. | Jason | FISHER | Randolph PD |
| 217. | Chad | FITZGERALD | FBI |
| 218. | Stephen R | FLATLEY | FBI |
| 219. | Mark | FLORES | FBI |
| 220. | Edward | FLYNN | NHSP |
| 221. | John | FOLEY | FBI |
| 222. | Kevin | FORD | BPD |
| 223. | Meghan | FORD | FBI |
| 224. | Edward | FRAMMARTINO | Cambridge PD |
| 225. | Kimberly | FRANKS | FBI |
| 226. | Michael | FREEMAN | FBI |
| 227. | Keith J | FREITAG | FBI |
| 228. | Joseph M | FRIESEN | FBI |
| 229. | Scott | FULKERSON | ATF |
| 230. | Stephen | FULLINGTON | FBI |
| 231. | Erin R | GABOR | FBI |
| 232. | Joel D | GAGNE | MSP |
| 233. | Erik | GAGNON | MSP |
| 234. | Eric | GAHAGAN | MSP |
| 235. | Gerald | GALIZIO | MSP |
| 236. | FNU | GALLARELLI | BPD |
| 237. | Brendan R | GALWAY | FBI |
| 238. | Michelle M | GAMBLE | FBI |
| 239. | Brian | GANDER | FBI |
| 240. | Erin | GARBER | FBI |
| 241. | Mary | GARDOCKI | FBI |
| 242. | Susan | GARST | FBI |
| 243. | Gregory | GAVEY | FBI |
| 244. | Brian | GAVIOLI | MSP |
| 245. | Daniel | GIOSSI | MSP |
| 246. | Jimmy | GIRALDO | BPD |
| 247. | Alan M. | GIUSTI | FBI |
| 248. | Jennifer | GOLDSTEIN | FBI |

| | | | |
|---|---|---|---|
| 249. | Daniel L | GRANT | FBI-Retired Agent |
| 250. | Anthony | GRASSI | Cambridge PD |
| 251. | Michael | GRASSIA | MSP |
| 252. | Brian | GREEN | BPD |
| 253. | Kelly | GRISLER | FBI |
| 254. | Thomas | GROFF | RI State PD |
| 255. | Robert John | GROSS | FBI |
| 256. | William | GROSS | BPD |
| 257. | Jeffrey | GROVE | FBI |
| 258. | Joseph | GURA | MSP |
| 259. | April | HADDOCK | FBI |
| 260. | April T. | HALL | FBI |
| 261. | Beth | HALLORAN | Cambridge PD |
| 262. | Jennifer | HAMMERS | OCME |
| 263. | Chad D. | HANKINS | FBI |
| 264. | David | HARDING | FBI |
| 265. | Kevin | HART | MSP |
| 266. | Patrick | HART | Waltham PD |
| 267. | Alisa | HARVIE | FBI |
| 268. | Mark | HASTBACKA | FBI |
| 269. | Andrew A. | HAUGEN | FBI |
| 270. | William A. | HAWKINS | FBI |
| 271. | John | HAYES | ATF |
| 272. | Tucker | HEAP | FBI |
| 273. | David N. | HEDGES | FBI |
| 274. | Kenneth | HEITKAMP | FBI |
| 275. | Daniel Trever | HENDERSON | FBI |
| 276. | Robert | HENLY | FBI |
| 277. | Clarence | HENNIGER | MIT PD |
| 278. | Daniel | HERMAN | MSP |
| 279. | Matthew | HESS | MSP |
| 280. | Bruce | HIGGINS | BPD |
| 281. | George | HILL | FBI |
| 282. | Gary | HILL | FBI |
| 283. | Michael J. | HOCHREIN | FBI |
| 284. | Brian R. | HOFF | FBI |
| 285. | Keith R. | HOLDSWORTH | FBI |
| 286. | David | HOLT | FBI |
| 287. | Paul | HORGAN | MSP |
| 288. | Jamie | HOWES | FBI |
| 289. | Geoffrey | Marsh HOWES | ICE |
| 290. | Diana | HUFFMAN | FBI |
| 291. | Christopher | HUGHES | FBI |
| 292. | Gregory T. | HUGHES | LEGAT South Africa |
| 293. | Frank | HUGHES | MSP |

| | | | |
|---|---|---|---|
| 294. | John | HUYLER | FBI |
| 295. | Anthony R. | IMEL | FBI |
| 296. | Paul | IVENS | BPD (retired) |
| 297. | Tarus | JEFFERSON | BPD |
| 298. | Ethan W. | JOHNSON | FBI |
| 299. | Kimberly A. | JOHNSON | FBI |
| 300. | Brian | JULIAN | FBI |
| 301. | Ed | KAPPLER | FBI |
| 302. | Diana | KARDASHIAN | BPD |
| 303. | John | KEELAN | FBI |
| 304. | Sarah A | KEITH | No longer with FBI |
| 305. | William Joseph | KELLEY | BPD |
| 306. | Tammie | KELLEY | FBI |
| 307. | Timothy J | KELLY | BPD |
| 308. | Geoffrey J | KELLY | FBI |
| 309. | Matthew | KELSCH | ATF |
| 310. | Andrea | KERN | FBI |
| 311. | Michelle | KIM | FBI |
| 312. | Steve | KIMBALL | FBI |
| 313. | Thomas F | KING | FBI |
| 314. | Brian B | KING | FBI |
| 315. | Timothy | KING | Waltham PD |
| 316. | Paula | KINGSBURY | FBI |
| 317. | John F | KIRK | FBI |
| 318. | Douglas | KLAPEC | ATF |
| 319. | Jerry M | KLEBER | FBI |
| 320. | Edward S | KNAPP | FBI |
| 321. | William | KNECHT | BPD |
| 322. | Jeffrey | KNECHT | FBI |
| 323. | Kristin | KOCH | FBI |
| 324. | Crystal M | KOMARA | FBI |
| 325. | Nancy | KRUE | MSP |
| 326. | Wendy | KRUFIEWSKI | IRS |
| 327. | Emily A | LABRECQUE | MSP |
| 328. | Eric | LAFORTE | HSI |
| 329. | Marc Roger | LAFRANCE | FBI |
| 330. | Fabiola | LAGEMAN | FBI |
| 331. | Timothy | LAHANN | BPD |
| 332. | Ivan | LAI | FBI |
| 333. | Anthony | LAMONICA | BPD |
| 334. | Joseph | LANDERS | FBI |
| 335. | Ryan | LANE | FBI |
| 336. | EugeneR | LANZILLO | FBI |
| 337. | David | LASSITER | FBI |
| 338. | Michael | LAURENCE | FBI |

| | | | |
|---|---|---|---|
| 339. | Thomas S | LAWLER | FBI |
| 340. | Mike | LAWN | Watertown |
| 341. | Steve | LAZARUS | FBI |
| 342. | Michelle | LEASE | FBI |
| 343. | Stephanie | LEONARD | FBI |
| 344. | Joseph M | LESTORTI | State RCI |
| 345. | Michelle | LEVASSEUR | MSP |
| 346. | Monica | LEWIS | FBI |
| 347. | Daniel | LEWIS | FBI |
| 348. | Peter | LICATA | FBI |
| 349. | Sara C. | LIECHTY | FBI |
| 350. | Katherine | LINDSTROM | OCME |
| 351. | Andrew | LITOWITZ | FBI |
| 352. | Joshua | LORTIE | FBI |
| 353. | John | LOUDEN | FBI |
| 354. | Vanessa | LOZZI | FBI |
| 355. | Christopher | LUHR | FBI |
| 356. | Ivo | LUIS | UMASS Dartmouth DPS |
| 357. | Colm | LYDON | BPD |
| 358. | Joseph G. | MACDONALD | BPD |
| 359. | Alyssa | MACDONALD | FBI |
| 360. | Thomas P. | MACDONALD | FBI |
| 361. | Michael S. | MACIAS | FBI |
| 362. | David | MACKIN | MSP |
| 363. | John | MACLELLAN | Watertown PD |
| 364. | David | MACNEIL | WPD |
| 365. | Gerald J. | MAHONEY | DSS |
| 366. | David | MAKOL | FBI |
| 367. | JR | MANES | FBI |
| 368. | Raymond R | MANNA | FBI |
| 369. | Andrea P. | MANNING | FBI |
| 370. | Daric L. | MANSER | FBI |
| 371. | James T. | MARINELLI | FBI |
| 372. | James | MARKLEY | FBI |
| 373. | Robert H. | MARSHALL | ICE |
| 374. | Jax | MASON | MSP |
| 375. | Joseph | MATHEWS | MBTA |
| 376. | James | MATTISON | ATF |
| 377. | Michael | MAZZA | MSP |
| 378. | Jamie | MAZZONE | HUD-IG |
| 379. | Mark | McCALISTER | UMASS Dartmouth DPS |
| 380. | Robert | MCCARTHY | MSP |
| 381. | David S. | MCCOLLAM | FBI |
| 382. | Mitchell J. | MCCORMICK | BPD |
| 383. | Gregory | MCCORMICK | BPD |

| | | | |
|---|---|---|---|
| 384. | Travis | McCRADY | FBI |
| 385. | Bernard | MCCREVEN | BPD |
| 386. | Kevin | McCUSKER | FBI |
| 387. | Amanda E. | McDANIEL | FBI |
| 388. | Michael D. | MCFARLANE | FBI |
| 389. | Scott | McGAUNN | FBI |
| 390. | George | McGUIRE | FBI |
| 391. | Stacy | MCGUIRE | FBI |
| 392. | Bryan D. | McKAY | FBI |
| 393. | James | McKINNIES | ATF |
| 394. | Karen | McKINNON | FBI |
| 395. | Myles | McLAUGHLIN | FBI |
| 396. | Gerald | MCMAHON | FBI |
| 397. | Mark | MEEKS | ATF |
| 398. | Lance | MELLO | MSP |
| 399. | Steven | MELLO | UMASS Dartmouth DPS |
| 400. | Timothy | MENTON | Watertown PD |
| 401. | James | MERCER | ATF |
| 402. | Meghan | MILLER | ATF |
| 403. | Jason V | MILLER | FBI |
| 404. | Steven | MILLER | FBI |
| 405. | Onofrio M. | MINAFO | FBI |
| 406. | Kenneth A. | MITCHELL | FBI |
| 407. | Eric | MONTGOMERY | FBI |
| 408. | Jennifer | MONTGOMERY | MSP |
| 409. | Michael P. | MOORE | FBI |
| 410. | Bryan | MORAN | IRS-IG |
| 411. | Eric S. | MOREFIELD | FBI |
| 412. | John | MORRIS | ATF |
| 413. | Robert F. | MOTHERSHEAD, II | FBI |
| 414. | Patrick | MOYNIHAN | MSP |
| 415. | Maggie | MURPHY | BPD |
| 416. | Peter | MURRAY | ATF |
| 417. | Andrew D. | NAMBU | FBI |
| 418. | Mark | NATALY | UMASS Dartmouth DPS |
| 419. | Nicholas A. | NATHANS | FBI |
| 420. | Michael | NEALON | FBI |
| 421. | Henry | NIELDS MD, PHD | OCME |
| 422. | Briana L. | NEUMILLER | FBI |
| 423. | Stephen L. | NEY | FBI |
| 424. | Tuan | NGYUEN | IRS-IG |
| 425. | Michael | NICKERSON | Cambridge PD |
| 426. | Matthew A. | NIEDERMEIER | FBI |
| 427. | Michael | NOBLE | MSP |
| 428. | Sharon | NORDAL | FBI |

| | | | |
|---|---|---|---|
| 429. | Alan | O'BRIEN | FBI |
| 430. | PJ | O'BRIEN | FBI |
| 431. | Jean K. | O'CONNOR | FBI |
| 432. | Sheryl | O'DONNELL | MSP |
| 433. | Gary | OLIVEIRA | USMS |
| 434. | Jennifer M | OLIVERI | FBI |
| 435. | Kevin | O'NEAL | MSP |
| 436. | Brian | OPPEDISANO | ATF |
| 437. | Timothy | ORR | FBI |
| 438. | Bernard P. | O'ROURKE | BPD |
| 439. | Milady | ORTIZ | FBI |
| 440. | Matthew | OTT | FBI |
| 441. | Chester | OVESEN | UMASS Dartmouth DPS |
| 442. | Keith E. | PALLI | FBI |
| 443. | Julie | PANNUTO | ATF |
| 444. | Vanessa M. | PARIS | FBI |
| 445. | James | PARKER | BPD |
| 446. | Matthew | PARTINGTON | NHSP |
| 447. | Alison | PAULY | FBI |
| 448. | Christopher | PEETE | FBI |
| 449. | Justin | PELEDGE | MSP |
| 450. | Earl | PERKINS | BPD |
| 451. | Jay | PERRAULT | MIT PD |
| 452. | Michael | PETERS | MSP |
| 453. | Michael A | PETRONELLA | FBI |
| 454. | John | PETROZELLI | FBI |
| 455. | John | PIJACA | ATF |
| 456. | Collyn | PINCKNEY | FBI |
| 457. | James | PINGREE | FBI |
| 458. | Michelle | PIRTLE | FBI |
| 459. | Timothy | PIVNICHNY | FBI |
| 460. | Seth | PLUMB | HSI |
| 461. | Ann | POMBRIANT | HSI |
| 462. | Dustin | POULIN | FBI |
| 463. | Ryan M. | POULIN | FBI |
| 464. | David | POWERS | FBI |
| 465. | Rebecca | PRESTON | FBI |
| 466. | DonaldJustin | PRICE | FBI |
| 467. | Jeffrey | PROBST | FBI |
| 468. | Jeffrey | PUGLIESE | Watertown PD |
| 469. | Robert | QUIGLEY | MSP |
| 470. | Timothy J. | QUINN | FBI |
| 471. | Greg | RABINOVITZ | FBI |
| 472. | Courtland | RAE | FBI |
| 473. | Michelle L. | RANKIN | FBI |

| | | | |
|---|---|---|---|
| 474. | John C. | REILLY | MSP |
| 475. | Joseph | REYNOLDS | Watertown PD |
| 476. | Todd | RICHARDS | FBI |
| 477. | Craig | RING | FBI |
| 478. | Matthew | RIPORTELLA | FBI |
| 479. | Jeffrey | RIVERS | FBI |
| 480. | Jeffrey R. | RIVERS | FBI |
| 481. | Raysyn | ROACH-VADEN | FBI |
| 482. | Renee | ROBINSON | OCME |
| 483. | Michael | ROCKETT | MSP |
| 484. | Edward G. | RODRICK, Jr. | FBI |
| 485. | Michael | ROGOWSKI | MSP |
| 486. | Jeffrey M. | ROLANDS | FBI |
| 487. | Antoine | ROMERE | MSP |
| 488. | Scott D. | ROMUS | FBI |
| 489. | Carl | RUBINO | MBTA |
| 490. | Ashlyn | RUGGIERO | FBI |
| 491. | Derek L. | RUSSO | BPD |
| 492. | Anthony | RUSSO | HIS-SAC |
| 493. | David | SACCO | MIT PD |
| 494. | Jillian | SALLADAY | FBI |
| 495. | Thomas | Khalil SARROUF | MSP |
| 496. | Jay | SASPORTAS | ITSPEC-FE |
| 497. | Joseph | SCARINGELLO | BPD |
| 498. | Courtney | SCHECK | FBI |
| 499. | Scott | SCHETTINGER | FBI |
| 500. | Douglas | SCHIDE | FBI |
| 501. | Steven L | SCHILIRO | FBI |
| 502. | Todd | SCHMITT | FBI |
| 503. | James | SCHROERING | FBI |
| 504. | Trinity | SCHROETER | FBI |
| 505. | Michael | SCIMECA | FBI |
| 506. | Caolan | SCOTT | FBI |
| 507. | David M. | SCOTT | FBI |
| 508. | James E. | SCRIPTURE, Jr | FBI |
| 509. | Colton W. | SEALE | FBI |
| 510. | Richard | SEMENTELLI | MSP |
| 511. | Peter | SENNOTT | MSP |
| 512. | Anthony | SERRA | BPD |
| 513. | Karol | SETALSINGH | MSP |
| 514. | Kevin E. | SHANLEY | FBI |
| 515. | Jacob W. | SHAVER | FBI |
| 516. | Kevin M. | SHEAHAN | FBI |
| 517. | Timothy M. | SHEEHAN | UMASS Dartmouth DPS |
| 518. | Steven | SICARD | MSP |

| | | | |
|---|---|---|---|
| 519. | Michael | SIELAND | FBI |
| 520. | Justin | SILVA | UMASS Dartmouth DPS |
| 521. | Dustin | SIMERLY | FBI |
| 522. | Jay | SLATTERY | MSP |
| 523. | Brian | SMIGIELSKI | BPD |
| 524. | Michael L | SMITH | FBI |
| 525. | Erich D | SMITH | FBI |
| 526. | Brian | SOLECKI | DCIS |
| 527. | Ricardo | SOTO | FBI |
| 528. | Mathew | SOUTHARD | FBI |
| 529. | Gregory | SPAHL | MSP |
| 530. | Kara D | SPICE | FBI |
| 531. | Denise | STARKEY | FBI-Tampa (No longer with FBI) |
| 532. | W. Michael | STEWART | Scituate PD |
| 533. | Richard | STROBEL | ATF |
| 534. | Gregory J | STROH | FBI |
| 535. | Michaela | STUART | DOT-OIG |
| 536. | Darwin | SUELEN | FBI |
| 537. | Joseph | SULLIVAN | ICE/HSI |
| 538. | Bernadette | SULLIVAN | BPD |
| 539. | Richard | SULLIVAN | MBTA |
| 540. | SP | SULLIVAN | MSP |
| 541. | Kevin | SWINDON | FBI |
| 542. | Matthew | SZTUK | FBI |
| 543. | David T | SZUMSKI | FBI |
| 544. | J. Michael | TALBOT | FBI |
| 545. | T | TALLEY | FBI |
| 546. | Colleen | TANGUAY | MSP |
| 547. | Matthew E | TARABOUR | FBI |
| 548. | William | TARBOKAS | MSP |
| 549. | Jasen R | TETREAULT | FBI |
| 550. | Kathryn | THIBAULT | FBI |
| 551. | Daniel | THOM | MSP |
| 552. | Tony | THURMAN | ATF |
| 553. | Kevin | TIVNAN | MSP |
| 554. | Denean | TOLLIVER | BPD |
| 555. | Peter | TOWNER | DHS/TSA |
| 556. | MacDonald R. | TREMBLAY | FBI |
| 557. | Michael W. | TUNICK | FBI |
| 558. | James T. | TYRE | FBI |
| 559. | Jessica E. | ULMER | FBI |
| 560. | Alan | VALLIERE | Warwick RI PD |
| 561. | Efrain | VAZQUEZ | FBI |
| 562. | Douglas | VETRANO | FBI |
| 563. | Gerhard | VIENNA | FBI |

| | | | |
|---|---|---|---|
| 564. | Gary | VIENNA | FBI |
| 565. | Steven M. | VIGLIANCO | FBI |
| 566. | Kyle | VOWINKEL | FBI |
| 567. | John | WALKER | FBI |
| 568. | Jesse | WALKER | UMASS Dartmouth DPS |
| 569. | Kevin | WATSON | BPD |
| 570. | William | WATSON | MSP |
| 571. | Michael J. | WELLS | FBI |
| 572. | KC L. | WENDLER | FBI |
| 573. | Heidelore | WENTRUP | MSP |
| 574. | Scot | WESNER | FBI |
| 575. | Joseph | WEST | MIT PD |
| 576. | Christopher C. | WHITE | FBI |
| 577. | Timothy D. | WHITLOCK | FBI |
| 578. | Heidi L. | WILLIAMS | FBI |
| 579. | Eric | WILLIAMS | FBI |
| 580. | Michael | WILLIAMS | MSP |
| 581. | Charlene | WILLOUGHBY | BPD |
| 582. | Timothy D. | WILSON | ATF |
| 583. | Andrew J. | WILSON | FBI |
| 584. | Jeffrey E. | WOOD, Jr | FBI |
| 585. | Lauren | WOODS | BPD |
| 586. | Audrey Jane | WOODSDRAKE | FBI |
| 587. | John M. | WOUDENBERG | FBI |
| 588. | Kirk E. | EAGER | FBI |
| 589. | Kevin | ZALETSKY | FBI |
| 590. | Kyle | ZAVOROTNY | FBI |

CIVILIAN WITNESSES:

| | | |
|---|---|---|
| 591. | Heather | ABBOTT |
| 592. | Tareq | AHMAD |
| 593. | Scott | ALFONSE |
| 594. | Misha | ALLAKHVERDOV |
| 595. | JULIE | ALOISE |
| 596. | Colby | ANDERSON |
| 597. | Carlos | ARREDONDO |
| 598. | Maryam | BAIEVA |
| 599. | James | BATH |
| 600. | Jeffrey | BAUMAN |
| 601. | Zachary | BETTENCOURT |
| 602. | Bruce | BETTIS |
| 603. | James | BOVE |
| 604. | Cate | BRESNAHAN |

14

| | | |
|---|---|---|
| 605. | Cassidy Quinn | BRETTLE |
| 606. | Mark | BRITTON |
| 607. | Carol | BURNS |
| 608. | Harry Stuart | CAHILL |
| 609. | Patricia | CAMPBELL |
| 610. | William | CAMPBELL, Jr. |
| 611. | William | CAMPBELL, Sr. |
| 612. | Steve | CARBONE |
| 613. | Leigh | CLASBY |
| 614. | Allen | COLLIER |
| 615. | Andrew | COLLIER |
| 616. | Jay | CONNOR |
| 617. | Celeste | CORCORAN |
| 618. | Kevin | CORCORAN |
| 619. | Sydney | CORCORAN |
| 620. | Steve | DAVIS |
| 621. | Sharona | DAYAN |
| 622. | Jason | DeFREITUS |
| 623. | Brian | DeJOY |
| 624. | Rebekah | DIMARTINO |
| 625. | Magomed | DOLAKOV |
| 626. | Patrick | DOWNES |
| 627. | Thomas | DURBEN |
| 628. | Andrew R. | DWINELLS |
| 629. | Glenn | ENGMAN |
| 630. | Tiffany | EVORA |
| 631. | Emma | FEIGENBAUM |
| 632. | James | FLOYD |
| 633. | Elizabeth | FLOYD |
| 634. | Russell | FRADE |
| 635. | Chris | FRIAS |
| 636. | Mark | FUCARILE |
| 637. | Andrew | GLASBY |
| 638. | Sebastian | GORKA |
| 639. | Joshua | GOULD |
| 640. | Clive | GRAINGER |
| 641. | David | GREEN |
| 642. | Edward | GREENWOOD |
| 643. | Thomas | GRILK |
| 644. | Michael | GROSS |
| 645. | Nicole | GROSS |
| 646. | Alexa | GUEVARA |
| 647. | Hicham | HADJERES |
| 648. | Mark | HAGOPIAN |
| 649. | Nathan | HARMAN |

| | | |
|---|---|---|
| 650. | Katherine | HARTIGAN |
| 651. | Adrienne | HASLET-DAVIS |
| 652. | Sarah | HAUSMAN TWOMEY |
| 653. | Curtis | HAZLETT |
| 654. | David | HENNEBERRY |
| 655. | Joanna | HERLIHY |
| 656. | Alan | HERN |
| 657. | Bill | HOENK |
| 658. | Gustav | HOILAND |
| 659. | Gregory | HOMOL |
| 660. | Joel | HOPE |
| 661. | Ryan | HOYME |
| 662. | Matt | ISGUR |
| 663. | Michael | JULAKIS |
| 664. | Loretta | KEHAYIAS |
| 665. | Peter | KEHAYIAS |
| 666. | Jessica | KENSKY |
| 667. | Colton | KILGORE |
| 668. | David | KING |
| 669. | Andrew | KITZENBERG |
| 670. | Evan | KOHLMAN |
| 671. | Joanne | KROPIEWNICKA |
| 672. | Eddie | LAKKIS |
| 673. | Fred | LAND |
| 674. | Laura Ellen | LEE |
| 675. | James | LEFTON |
| 676. | Robert | LEONARD |
| 677. | Matthew | LEVITT |
| 678. | Jon | LU |
| 679. | Tariq | MANSOUR |
| 680. | Stephen | MATTEO |
| 681. | Debra | MAYNARD |
| 682. | Baudy | MAZAEV |
| 683. | Alan | MEDNICK |
| 684. | Dun | MENG |
| 685. | Stephanie | MERRIZI |
| 686. | David | MILLER |
| 687. | Ling | MONG |
| 688. | Giovanni | NORGIL |
| 689. | Shane | O'HARA |
| 690. | William | O'KEEFE |
| 691. | Rachel | OTTY |
| 692. | Matthew | PATTERSON |
| 693. | Peter | PAYACK |
| 694. | Gustavo | PEREZ |

| | | |
|---|---|---|
| 695. | Sagar | RAI |
| 696. | Karen | RAND |
| 697. | Gillian | RENY |
| 698. | Denise | RICHARD |
| 699. | William | RICHARD |
| 700. | Joseph | ROGERS |
| 701. | Kelley | ROGERS |
| 702. | Aisha | ROHAIL |
| 703. | Carlos | ROHENA |
| 704. | Nicholas | SALEM |
| 705. | Roseann | SDOIA |
| 706. | Colin | SEALE |
| 707. | Nicholas | SILVA |
| 708. | Stephen | SILVA |
| 709. | Heather Coffin | STUDLEY |
| 710. | Joseph | SULLIVAN |
| 711. | Azamat | TAZHAYAKOV |
| 712. | Michael | TOON |
| 713. | Aindi | TSARNI |
| 714. | Israpil | VAKHABOV |
| 715. | James | VANDEVENTER |
| 716. | Cheryl | VAREY |
| 717. | Asher | WALDEN |
| 718. | Jacqui | WEBB |
| 719. | Eric | WHALLEY |
| 720. | Brian Glynn | WILLIAMS |
| 721. | Stephen | WOOLFENDEN |
| 722. | Nathan | YOUNG |
| 723. | Michael | ZEMINA |
| 724. | Danling | ZHOU |
| 725. | Keepers of Records Atomic Fireworks | |
| 726. | Keeper Macy's | |
| 727. | Keeper Phantom Fireworks | |
| 728. | Keeper NitroRCX | |
| 729. | Keeper Walmart | |
| 730. | Keeper of Records Amazon | |
| 731. | Keeper of Records Target | |
| 732. | Keeper of Records Internet Archive | |

                                      Respectfully submitted,

                                      CARMEN M.ORITZ
                                      United States Attorney

By:    */s/ Nadine Pellegrini*
          ALOKE S. CHAKRAVARTY
          WILLIAM D. WEINREB
          NADINE PELLEGRINI
          Assistant U.S. Attorneys

Date: December 16, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      /s/Nadine Pellegrini
                                      Nadine Pellegrini
                                      Assistant U.S. Attorney

Date: December 16, 2014