UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 13-CR-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

# STATUS REPORT

The parties submit the following joint status report:

1. <u>Pending Motions</u>

The following motions are currently pending:

i. Defendant's Motion for Reconsideration re Order on Motion for Hearing to Address Leaks [DE 680]; Government opposition [DE 739];

ii. Defendant's Second Motion for Change of Venue [DE 684, 686, 691, 696 (sealed exhibit)]; Government Opposition [to be filed; DE ___];

iii. Government Motion to Strike Exhibits to Defendant's Second Motion For Change of Venue [DE 760]; Defendant's Opposition [to be filed; DE ___ ];

iv. Defendants' Motion for Reconsideration of Order Denying Motion to Produce Grand Jury Instructions [DE 708]; Government Opposition [DE 709];

v. Government Motion to Exclude Expert's Testimony or, in the Alternative, to Compel [DE 709]; Defendant's Opposition [DE 756];

vi. Defendant's Motion (Sealed) [DE 652, 669];  Government' response [DE 697];

1

vii.   Defendant's *Daubert* Motions (Sealed) [DE 711, 727, 728, 729, 730, 731]; Government Oppositions due December 19, 2014.[1]

2. Jury Selection Related Pleadings

   i.   Defendant's Proposed Jury Procedures [DE 681]; Government's Proposed Jury Procedures [DE 687]; Defendant Response to Government Proposed Jury Selection Procedures [DE 718];

   ii.   Defendant's Motion and Memorandum Re Voir Dire Procedures [DE 682]; Government Opposition [DE 737]; Defendant's Reply [DE 745, 745-1];

   iii.   Defendant's Motion for Additional Peremptory Challenges [DE 683]; Government opposition [DE 717];

   iv.   Sealed Joint Proposed Supplemental Jury Questionnaire [DE 713]; Sealed Government Motion for Supplemental Questions [DE 714]; Sealed Defendant Motion for Supplemental Questions [DE 715]; Defendant's Sealed Reply to Government's Supplemental Questions [DE 716];

   v.   Jointly Proposed Preliminary Instructions [DE 688].

3. Discovery

   Certain discovery issues remain pending and unresolved.   Further motion to compel litigation is likely.

4. Other Filings

   Trial Briefs and Motions in Limine due December 29, 2014.

---

[1] Per the parties' motion and the Court's order, one additional defense *Daubert* Motion will be filed by December 19.

Respectfully submitted,
DZHOKHAR TSARNAEV
by his attorneys

/s/ *Judy Clarke*
David I. Bruck, Esq.
Judy Clarke, Esq.
Miriam Conrad, Esq.
Timothy Watkins, Esq.
William Fick, Esq.

CARMEN M. ORTIZ
United States Attorney

/s/ *William Weinreb*
Aloke S. Chakravarty
Steven Mellin
Nadine Pellegrini
William D. Weinreb
Assistant U.S. Attorneys

## **Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 17, 2014.

*/s/ Judy Clarke*