```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


                                  )
UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )   Criminal Action
v.                                )   No. 13-10200-GAO
                                  )
DZHOKHAR A. TSARNAEV, also        )
known as Jahar Tsarni,            )
                                  )
        Defendant.                )
                                  )


         BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                UNITED STATES DISTRICT JUDGE



                STATUS CONFERENCE - EXCERPT




        John J. Moakley United States Courthouse
                    Courtroom No. 9
                    One Courthouse Way
             Boston, Massachusetts  02210
              Thursday, December 18, 2014
                        10 a.m.



             Marcia G. Patrisso, RMR, CRR
                  Official Court Reporter
             John J. Moakley U.S. Courthouse
             One Courthouse Way, Room 3510
              Boston, Massachusetts  02210
                      (617) 737-8728

        Mechanical Steno - Computer-Aided Transcript
```

```
 1    APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: Aloke Chakravarty, Nadine Pellegrini and
 3        William D. Weinreb, Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        - and -
          UNITED STATES DEPARTMENT OF JUSTICE
 6        By: Steven D. Mellin, Asssistant U.S. Attorney
          1331 F Street, N.W.
 7        Washington, D.C.  20530
          On Behalf of the Government
 8
          FEDERAL PUBLIC DEFENDER OFFICE
 9        By: Miriam Conrad, Esq.
          51 Sleeper Street
10        Fifth Floor
          Boston, Massachusetts  02210
11        - and -
          LAW OFFICES OF DAVID I. BRUCK
12        By: David I. Bruck, Esq.
          220 Sydney Lewis Hall
13        Lexington, Virginia  24450
          - and -
14        CLARKE & RICE, APC
          By: Judy Clarke, Esq.
15        1010 Second Ave.
          Suite 1800
16        San Diego, California  92101
          On Behalf of the Defendant
17

18

19

20

21

22

23

24

25
```

```
 1                          * * *
 2            THE COURT:  Because this is Mr. Tsarnaev's first
 3   appearance in court since his arraignment, I do want to inquire
 4   of him whether he's been kept apprised of the proceedings.  So
 5   I just have a couple of questions for Mr. Tsarnaev, if he would
 6   stand, please.
 7            (The defendant rises.)
 8            THE COURT:  So, Mr. Tsarnaev, as you probably know, a
 9   defendant in a criminal case such as this has a right to a
10   public trial, among other things, and that includes the right
11   to be present at any meaningful court proceeding related to the
12   trial.  As I've just noted, since the arraignment you have not
13   been present, although I've been advised by your lawyers that
14   that's been at your election based on their advice, and I want
15   to confirm whether that's the case.
16            Have you elected not to be present at the prior status
17   conferences that we've had?
18            THE DEFENDANT:  Yes, sir.
19            THE COURT:  Have your lawyers kept you -- have they
20   regularly communicated with you about events in the case so
21   that you feel you've been kept up to date as to what is
22   proceeding in the case?
23            THE DEFENDANT:  Yes, sir.
24            THE COURT:  And are you satisfied that in representing
25   you, the lawyers have been acting in your best interest?
```

```
 1              THE DEFENDANT:  Very much.
 2              THE COURT:  Do you have any concerns about your
 3   representation that you would like to address with me
 4   privately?
 5              THE DEFENDANT:  No.
 6              THE COURT:  Okay.  Thank you.
 7                              * * *
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2
 3          I, Marcia G. Patrisso, RMR, CRR, Official Reporter of
 4   the United States District Court, do hereby certify that the
 5   foregoing transcript constitutes, to the best of my skill and
 6   ability, a true and accurate transcription of my stenotype
 7   notes taken in the matter of Criminal Action No. 13-10200,
 8   United States of America v. Dzhokhar A. Tsarnaev.
 9
10   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
11   Official Court Reporter
12
     Date:  12/18/14
13
```