UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>DZHOKHAR A. TSARNAEV, )<br>Defendant ) | Crim No.13-10200-GAO<br><br>**FILED UNDER SEAL** |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY REGARDING CELLPHONE GEOLOCATION EVIDENCE UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached Response to Defendant's Motion to Exclude Testimony Regarding Cellphone Geolocation Evidence under seal. As grounds for this motion, the government incorporates by reference Tsarnaev's Assented-to Motion to Seal, which he filed in connection with all of his Daubert motions.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARY
NADINE PELLEGRINI
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served via electronic mail to Judy Clarke, Esq., counsel for Dzhokhar Tsarnaev, on December 19, 2014.

/s/ William D. Weinreb
WILLIAM D. WEINREB