UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13-CR-10200-GAO |
| v.                                            ) | **FILED UNDER SEAL** |
| ) | |
| DZHOKHAR TSARNAEV        ) | |

## MOTION FOR LEAVE TO FILE MOTION TO EXCLUDE OPINION TESTIMONY CONCERNING POLYMER, TAPES, AND FIBER MATCHING IN EXCESS OF TWENTY PAGES

Defendant, Dzhokhar Tsarnaev, hereby moves, pursuant to Local Rule 7.1(b)(4), for leave to file Motion to Exclude Opinion Testimony Concerning Polymer, Tapes, and Fiber Matching in excess of twenty pages. As reason therefore, defendant states that the motion must address issues regarding a novel scientific technique that requires detailed factual and legal analysis. For this reason, defendant requests that he be allowed to exceed the ordinary twenty page limit for pleadings.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

/s/ Judy Clarke

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document was served on counsel for the government by email and paper copy by interoffice delivery on December 19, 2014.

/s/ Timothy Watkins

Timothy Watkins