# EXHIBIT E

# INTERNATIONAL STANDARD

# ISO/IEC 17025

Second edition
2005-05-15

## General requirements for the competence of testing and calibration laboratories

*Exigences générales concernant la compétence des laboratoires d'étalonnages et d'essais*

Reference number
ISO/IEC 17025:2005(E)



© ISO 2005

**ISO/IEC 17025:2005(E)**

---

**PDF disclaimer**

This PDF file may contain embedded typefaces. In accordance with Adobe's licensing policy, this file may be printed or viewed but shall not be edited unless the typefaces which are embedded are licensed to and installed on the computer performing the editing. In downloading this file, parties accept therein the responsibility of not infringing Adobe's licensing policy. The ISO Central Secretariat accepts no liability in this area.

Adobe is a trademark of Adobe Systems Incorporated.

Details of the software products used to create this PDF file can be found in the General Info relative to the file; the PDF-creation parameters were optimized for printing. Every care has been taken to ensure that the file is suitable for use by ISO member bodies. In the unlikely event that a problem relating to it is found, please inform the Central Secretariat at the address given below.

---

© ISO 2005

All rights reserved. Unless otherwise specified, no part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from either ISO at the address below or ISO's member body in the country of the requester.

ISO copyright office
Case postale 56 • CH-1211 Geneva 20
Tel.  + 41 22 749 01 11
Fax  + 41 22 749 09 47
E-mail  copyright@iso.org
Web  www.iso.org

Published in Switzerland

ISO/IEC 17025:2005(E)

# Contents

Page

Foreword ........................................................................................................................................................... v

Introduction ..................................................................................................................................................... vi

1       Scope .................................................................................................................................................. 1

2       Normative references ...................................................................................................................... 2

3       Terms and definitions ...................................................................................................................... 2

4       Management requirements ............................................................................................................. 2
4.1     Organization ....................................................................................................................................... 2
4.2     Management system ......................................................................................................................... 3
4.3     Document control ............................................................................................................................... 4
4.3.1   General ................................................................................................................................................ 4
4.3.2   Document approval and issue ........................................................................................................ 4
4.3.3   Document changes ............................................................................................................................ 5
4.4     Review of requests, tenders and contracts ................................................................................. 5
4.5     Subcontracting of tests and calibrations ..................................................................................... 6
4.6     Purchasing services and supplies ................................................................................................. 6
4.7     Service to the customer ................................................................................................................... 6
4.8     Complaints .......................................................................................................................................... 7
4.9     Control of nonconforming testing and/or calibration work ....................................................... 7
4.10    Improvement ...................................................................................................................................... 7
4.11    Corrective action ............................................................................................................................... 8
4.11.1  General ................................................................................................................................................ 8
4.11.2  Cause analysis ................................................................................................................................... 8
4.11.3  Selection and implementation of corrective actions ................................................................... 8
4.11.4  Monitoring of corrective actions ..................................................................................................... 8
4.11.5  Additional audits ................................................................................................................................ 8
4.12    Preventive action .............................................................................................................................. 8
4.13    Control of records ............................................................................................................................. 9
4.13.1  General ................................................................................................................................................ 9
4.13.2  Technical records .............................................................................................................................. 9
4.14    Internal audits .................................................................................................................................... 9
4.15    Management reviews ......................................................................................................................... 10

5       Technical requirements ................................................................................................................... 10
5.1     General ................................................................................................................................................ 10
5.2     Personnel ............................................................................................................................................ 11
5.3     Accommodation and environmental conditions .......................................................................... 12
5.4     Test and calibration methods and method validation ................................................................ 12
5.4.1   General ................................................................................................................................................ 12
5.4.2   Selection of methods ........................................................................................................................ 13
5.4.3   Laboratory-developed methods ...................................................................................................... 13
5.4.4   Non-standard methods ..................................................................................................................... 13
5.4.5   Validation of methods ....................................................................................................................... 14
5.4.6   Estimation of uncertainty of measurement .................................................................................. 14
5.4.7   Control of data ................................................................................................................................... 15
5.5     Equipment ........................................................................................................................................... 15
5.6     Measurement traceability ................................................................................................................ 17
5.6.1   General ................................................................................................................................................ 17
5.6.2   Specific requirements ....................................................................................................................... 17
5.6.3   Reference standards and reference materials .............................................................................. 18
5.7     Sampling ............................................................................................................................................. 19

© ISO 2005 — All rights reserved

**ISO/IEC 17025:2005(E)**

| | | |
|---|---|---|
| 5.8 | Handling of test and calibration items | 19 |
| 5.9 | Assuring the quality of test and calibration results | 20 |
| 5.10 | Reporting the results | 20 |
| 5.10.1 | General | 20 |
| 5.10.2 | Test reports and calibration certificates | 20 |
| 5.10.3 | Test reports | 21 |
| 5.10.4 | Calibration certificates | 22 |
| 5.10.5 | Opinions and interpretations | 22 |
| 5.10.6 | Testing and calibration results obtained from subcontractors | 23 |
| 5.10.7 | Electronic transmission of results | 23 |
| 5.10.8 | Format of reports and certificates | 23 |
| 5.10.9 | Amendments to test reports and calibration certificates | 23 |

Annex A (informative)  Nominal cross-references to ISO 9001:2000 ..... 24

Annex B (informative)  Guidelines for establishing applications for specific fields ..... 26

Bibliography ..... 27

© ISO 2005 — All rights reserved

## Foreword

ISO (the International Organization for Standardization) and IEC (the International Electrotechnical Commission) form the specialized system for worldwide standardization. National bodies that are members of ISO or IEC participate in the development of International Standards through technical committees established by the respective organization to deal with particular fields of technical activity. ISO and IEC technical committees collaborate in fields of mutual interest. Other international organizations, governmental and non-governmental, in liaison with ISO and IEC, also take part in the work. In the field of conformity assessment, the ISO Committee on conformity assessment (CASCO) is responsible for the development of International Standards and Guides.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 2.

Draft International Standards are circulated to the national bodies for voting. Publication as an International Standard requires approval by at least 75 % of the national bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this document may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

ISO/IEC 17025 was prepared by the *ISO Committee on conformity assessment* (CASCO).

It was circulated for voting to the national bodies of both ISO and IEC, and was approved by both organizations.

This second edition cancels and replaces the first edition (ISO/IEC 17025:1999), which has been technically revised.

**ISO/IEC 17025:2005(E)**

# Introduction

The first edition (1999) of this International Standard was produced as the result of extensive experience in the implementation of ISO/IEC Guide 25 and EN 45001, both of which it replaced. It contained all of the requirements that testing and calibration laboratories have to meet if they wish to demonstrate that they operate a management system, are technically competent, and are able to generate technically valid results.

The first edition referred to ISO 9001:1994 and ISO 9002:1994. These standards have been superseded by ISO 9001:2000, which made an alignment of ISO/IEC 17025 necessary. In this second edition, clauses have been amended or added only when considered necessary in the light of ISO 9001:2000.

Accreditation bodies that recognize the competence of testing and calibration laboratories should use this International Standard as the basis for their accreditation. Clause 4 specifies the requirements for sound management. Clause 5 specifies the requirements for technical competence for the type of tests and/or calibrations the laboratory undertakes.

Growth in the use of management systems generally has increased the need to ensure that laboratories which form part of larger organizations or offer other services can operate to a quality management system that is seen as compliant with ISO 9001 as well as with this International Standard. Care has been taken, therefore, to incorporate all those requirements of ISO 9001 that are relevant to the scope of testing and calibration services that are covered by the laboratory's management system.

Testing and calibration laboratories that comply with this International Standard will therefore also operate in accordance with ISO 9001.

Conformity of the quality management system within which the laboratory operates to the requirements of ISO 9001 does not of itself demonstrate the competence of the laboratory to produce technically valid data and results. Nor does demonstrated conformity to this International Standard imply conformity of the quality management system within which the laboratory operates to all the requirements of ISO 9001.

The acceptance of testing and calibration results between countries should be facilitated if laboratories comply with this International Standard and if they obtain accreditation from bodies which have entered into mutual recognition agreements with equivalent bodies in other countries using this International Standard.

The use of this International Standard will facilitate cooperation between laboratories and other bodies, and assist in the exchange of information and experience, and in the harmonization of standards and procedures.

                                                                     © ISO 2005 — All rights reserved

**INTERNATIONAL STANDARD**                                      **ISO/IEC 17025:2005(E)**

# General requirements for the competence of testing and calibration laboratories

## 1   Scope

**1.1**   This International Standard specifies the general requirements for the competence to carry out tests and/or calibrations, including sampling. It covers testing and calibration performed using standard methods, non-standard methods, and laboratory-developed methods.

**1.2**   This International Standard is applicable to all organizations performing tests and/or calibrations. These include, for example, first-, second- and third-party laboratories, and laboratories where testing and/or calibration forms part of inspection and product certification.

This International Standard is applicable to all laboratories regardless of the number of personnel or the extent of the scope of testing and/or calibration activities. When a laboratory does not undertake one or more of the activities covered by this International Standard, such as sampling and the design/development of new methods, the requirements of those clauses do not apply.

**1.3**   The notes given provide clarification of the text, examples and guidance. They do not contain requirements and do not form an integral part of this International Standard.

**1.4**   This International Standard is for use by laboratories in developing their management system for quality, administrative and technical operations. Laboratory customers, regulatory authorities and accreditation bodies may also use it in confirming or recognizing the competence of laboratories. This International Standard is not intended to be used as the basis for certification of laboratories.

NOTE 1     The term 'management system' in this International Standard means the quality, administrative and technical systems that govern the operations of a laboratory.

NOTE 2     Certification of a management system is sometimes also called registration.

**1.5**   Compliance with regulatory and safety requirements on the operation of laboratories is not covered by this International Standard.

**1.6**   If testing and calibration laboratories comply with the requirements of this International Standard, they will operate a quality management system for their testing and calibration activities that also meets the principles of ISO 9001. Annex A provides nominal cross-references between this International Standard and ISO 9001. This International Standard covers technical competence requirements that are not covered by ISO 9001.

NOTE 1     It might be necessary to explain or interpret certain requirements in this International Standard to ensure that the requirements are applied in a consistent manner. Guidance for establishing applications for specific fields, especially for accreditation bodies (see ISO/IEC 17011) is given in Annex B.

NOTE 2     If a laboratory wishes accreditation for part or all of its testing and calibration activities, it should select an accreditation body that operates in accordance with ISO/IEC 17011.

**ISO/IEC 17025:2005(E)**

## 2   Normative references

The following referenced documents are indispensable for the application of this document. For dated references, only the edition cited applies. For undated references, the latest edition of the referenced document (including any amendments) applies.

ISO/IEC 17000, *Conformity assessment — Vocabulary and general principles*

VIM, *International vocabulary of basic and general terms in metrology*, issued by BIPM, IEC, IFCC, ISO, IUPAC, IUPAP and OIML

NOTE        Further related standards, guides, etc. on subjects included in this International Standard are given in the Bibliography.

## 3   Terms and definitions

For the purposes of this document, the relevant terms and definitions given in ISO/IEC 17000 and VIM apply.

NOTE        General definitions related to quality are given in ISO 9000, whereas ISO/IEC 17000 gives definitions specifically related to certification and laboratory accreditation. Where different definitions are given in ISO 9000, the definitions in ISO/IEC 17000 and VIM are preferred.

## 4   Management requirements

### 4.1   Organization

**4.1.1**    The laboratory or the organization of which it is part shall be an entity that can be held legally responsible.

**4.1.2**    It is the responsibility of the laboratory to carry out its testing and calibration activities in such a way as to meet the requirements of this International Standard and to satisfy the needs of the customer, the regulatory authorities or organizations providing recognition.

**4.1.3**    The management system shall cover work carried out in the laboratory's permanent facilities, at sites away from its permanent facilities, or in associated temporary or mobile facilities.

**4.1.4**    If the laboratory is part of an organization performing activities other than testing and/or calibration, the responsibilities of key personnel in the organization that have an involvement or influence on the testing and/or calibration activities of the laboratory shall be defined in order to identify potential conflicts of interest.

NOTE 1        Where a laboratory is part of a larger organization, the organizational arrangements should be such that departments having conflicting interests, such as production, commercial marketing or financing do not adversely influence the laboratory's compliance with the requirements of this International Standard.

NOTE 2        If the laboratory wishes to be recognized as a third-party laboratory, it should be able to demonstrate that it is impartial and that it and its personnel are free from any undue commercial, financial and other pressures which might influence their technical judgement. The third-party testing or calibration laboratory should not engage in any activities that may endanger the trust in its independence of judgement and integrity in relation to its testing or calibration activities.

**4.1.5**    The laboratory shall

a)   have managerial and technical personnel who, irrespective of other responsibilities, have the authority and resources needed to carry out their duties, including the implementation, maintenance and improvement of the management system, and to identify the occurrence of departures from the management system or from the procedures for performing tests and/or calibrations, and to initiate actions to prevent or minimize such departures (see also 5.2);

                                                                    © ISO 2005 — All rights reserved

b) have arrangements to ensure that its management and personnel are free from any undue internal and external commercial, financial and other pressures and influences that may adversely affect the quality of their work;

c) have policies and procedures to ensure the protection of its customers' confidential information and proprietary rights, including procedures for protecting the electronic storage and transmission of results;

d) have policies and procedures to avoid involvement in any activities that would diminish confidence in its competence, impartiality, judgement or operational integrity;

e) define the organization and management structure of the laboratory, its place in any parent organization, and the relationships between quality management, technical operations and support services;

f) specify the responsibility, authority and interrelationships of all personnel who manage, perform or verify work affecting the quality of the tests and/or calibrations;

g) provide adequate supervision of testing and calibration staff, including trainees, by persons familiar with methods and procedures, purpose of each test and/or calibration, and with the assessment of the test or calibration results;

h) have technical management which has overall responsibility for the technical operations and the provision of the resources needed to ensure the required quality of laboratory operations;

i) appoint a member of staff as quality manager (however named) who, irrespective of other duties and responsibilities, shall have defined responsibility and authority for ensuring that the management system related to quality is implemented and followed at all times; the quality manager shall have direct access to the highest level of management at which decisions are made on laboratory policy or resources;

j) appoint deputies for key managerial personnel (see Note);

k) ensure that its personnel are aware of the relevance and importance of their activities and how they contribute to the achievement of the objectives of the management system.

NOTE    Individuals may have more than one function and it may be impractical to appoint deputies for every function.

**4.1.6**    Top management shall ensure that appropriate communication processes are established within the laboratory and that communication takes place regarding the effectiveness of the management system.

## 4.2   Management system

**4.2.1**    The laboratory shall establish, implement and maintain a management system appropriate to the scope of its activities. The laboratory shall document its policies, systems, programmes, procedures and instructions to the extent necessary to assure the quality of the test and/or calibration results. The system's documentation shall be communicated to, understood by, available to, and implemented by the appropriate personnel.

**4.2.2**    The laboratory's management system policies related to quality, including a quality policy statement, shall be defined in a quality manual (however named). The overall objectives shall be established, and shall be reviewed during management review. The quality policy statement shall be issued under the authority of top management. It shall include at least the following:

a) the laboratory management's commitment to good professional practice and to the quality of its testing and calibration in servicing its customers;

b) the management's statement of the laboratory's standard of service;

c) the purpose of the management system related to quality;

© ISO 2005 — All rights reserved

ISO/IEC 17025:2005(E)

d) a requirement that all personnel concerned with testing and calibration activities within the laboratory familiarize themselves with the quality documentation and implement the policies and procedures in their work; and

e) the laboratory management's commitment to comply with this International Standard and to continually improve the effectiveness of the management system.

NOTE    The quality policy statement should be concise and may include the requirement that tests and/or calibrations shall always be carried out in accordance with stated methods and customers' requirements. When the test and/or calibration laboratory is part of a larger organization, some quality policy elements may be in other documents.

**4.2.3**    Top management shall provide evidence of commitment to the development and implementation of the management system and to continually improving its effectiveness.

**4.2.4**    Top management shall communicate to the organization the importance of meeting customer requirements as well as statutory and regulatory requirements.

**4.2.5**    The quality manual shall include or make reference to the supporting procedures including technical procedures. It shall outline the structure of the documentation used in the management system.

**4.2.6**    The roles and responsibilities of technical management and the quality manager, including their responsibility for ensuring compliance with this International Standard, shall be defined in the quality manual.

**4.2.7**    Top management shall ensure that the integrity of the management system is maintained when changes to the management system are planned and implemented.

## 4.3    Document control

### 4.3.1    General

The laboratory shall establish and maintain procedures to control all documents that form part of its management system (internally generated or from external sources), such as regulations, standards, other normative documents, test and/or calibration methods, as well as drawings, software, specifications, instructions and manuals.

NOTE 1    In this context "document" could be policy statements, procedures, specifications, calibration tables, charts, text books, posters, notices, memoranda, software, drawings, plans, etc. These may be on various media, whether hard copy or electronic, and they may be digital, analog, photographic or written.

NOTE 2    The control of data related to testing and calibration is covered in 5.4.7. The control of records is covered in 4.13.

### 4.3.2    Document approval and issue

**4.3.2.1**    All documents issued to personnel in the laboratory as part of the management system shall be reviewed and approved for use by authorized personnel prior to issue. A master list or an equivalent document control procedure identifying the current revision status and distribution of documents in the management system shall be established and shall be readily available to preclude the use of invalid and/or obsolete documents.

**4.3.2.2**    The procedure(s) adopted shall ensure that:

a) authorized editions of appropriate documents are available at all locations where operations essential to the effective functioning of the laboratory are performed;

b) documents are periodically reviewed and, where necessary, revised to ensure continuing suitability and compliance with applicable requirements;

                                                                                      © ISO 2005 — All rights reserved

c) invalid or obsolete documents are promptly removed from all points of issue or use, or otherwise assured against unintended use;

d) obsolete documents retained for either legal or knowledge preservation purposes are suitably marked.

**4.3.2.3**    Management system documents generated by the laboratory shall be uniquely identified. Such identification shall include the date of issue and/or revision identification, page numbering, the total number of pages or a mark to signify the end of the document, and the issuing authority(ies).

### 4.3.3   Document changes

**4.3.3.1**    Changes to documents shall be reviewed and approved by the same function that performed the original review unless specifically designated otherwise. The designated personnel shall have access to pertinent background information upon which to base their review and approval.

**4.3.3.2**    Where practicable, the altered or new text shall be identified in the document or the appropriate attachments.

**4.3.3.3**    If the laboratory's document control system allows for the amendment of documents by hand pending the re-issue of the documents, the procedures and authorities for such amendments shall be defined. Amendments shall be clearly marked, initialled and dated. A revised document shall be formally re-issued as soon as practicable.

**4.3.3.4**    Procedures shall be established to describe how changes in documents maintained in computerized systems are made and controlled.

## 4.4   Review of requests, tenders and contracts

**4.4.1**    The laboratory shall establish and maintain procedures for the review of requests, tenders and contracts. The policies and procedures for these reviews leading to a contract for testing and/or calibration shall ensure that:

a) the requirements, including the methods to be used, are adequately defined, documented and understood (see 5.4.2);

b) the laboratory has the capability and resources to meet the requirements;

c) the appropriate test and/or calibration method is selected and is capable of meeting the customers' requirements (see 5.4.2).

Any differences between the request or tender and the contract shall be resolved before any work commences. Each contract shall be acceptable both to the laboratory and the customer.

NOTE 1    The request, tender and contract review should be conducted in a practical and efficient manner, and the effect of financial, legal and time schedule aspects should be taken into account. For internal customers, reviews of requests, tenders and contracts can be performed in a simplified way.

NOTE 2    The review of capability should establish that the laboratory possesses the necessary physical, personnel and information resources, and that the laboratory's personnel have the skills and expertise necessary for the performance of the tests and/or calibrations in question. The review may also encompass results of earlier participation in interlaboratory comparisons or proficiency testing and/or the running of trial test or calibration programmes using samples or items of known value in order to determine uncertainties of measurement, limits of detection, confidence limits, etc.

NOTE 3    A contract may be any written or oral agreement to provide a customer with testing and/or calibration services.

**4.4.2**    Records of reviews, including any significant changes, shall be maintained. Records shall also be maintained of pertinent discussions with a customer relating to the customer's requirements or the results of the work during the period of execution of the contract.

**ISO/IEC 17025:2005(E)**

NOTE       For review of routine and other simple tasks, the date and the identification (e.g. the initials) of the person in the laboratory responsible for carrying out the contracted work are considered adequate. For repetitive routine tasks, the review need be made only at the initial enquiry stage or on granting of the contract for on-going routine work performed under a general agreement with the customer, provided that the customer's requirements remain unchanged. For new, complex or advanced testing and/or calibration tasks, a more comprehensive record should be maintained.

**4.4.3**   The review shall also cover any work that is subcontracted by the laboratory.

**4.4.4**   The customer shall be informed of any deviation from the contract.

**4.4.5**   If a contract needs to be amended after work has commenced, the same contract review process shall be repeated and any amendments shall be communicated to all affected personnel.

## 4.5   Subcontracting of tests and calibrations

**4.5.1**   When a laboratory subcontracts work, whether because of unforeseen reasons (e.g. workload, need for further expertise or temporary incapacity) or on a continuing basis (e.g. through permanent subcontracting, agency or franchising arrangements), this work shall be placed with a competent subcontractor. A competent subcontractor is one that, for example, complies with this International Standard for the work in question.

**4.5.2**   The laboratory shall advise the customer of the arrangement in writing and, when appropriate, gain the approval of the customer, preferably in writing.

**4.5.3**   The laboratory is responsible to the customer for the subcontractor's work, except in the case where the customer or a regulatory authority specifies which subcontractor is to be used.

**4.5.4**   The laboratory shall maintain a register of all subcontractors that it uses for tests and/or calibrations and a record of the evidence of compliance with this International Standard for the work in question.

## 4.6   Purchasing services and supplies

**4.6.1**   The laboratory shall have a policy and procedure(s) for the selection and purchasing of services and supplies it uses that affect the quality of the tests and/or calibrations. Procedures shall exist for the purchase, reception and storage of reagents and laboratory consumable materials relevant for the tests and calibrations.

**4.6.2**   The laboratory shall ensure that purchased supplies and reagents and consumable materials that affect the quality of tests and/or calibrations are not used until they have been inspected or otherwise verified as complying with standard specifications or requirements defined in the methods for the tests and/or calibrations concerned. These services and supplies used shall comply with specified requirements. Records of actions taken to check compliance shall be maintained.

**4.6.3**   Purchasing documents for items affecting the quality of laboratory output shall contain data describing the services and supplies ordered. These purchasing documents shall be reviewed and approved for technical content prior to release.

NOTE       The description may include type, class, grade, precise identification, specifications, drawings, inspection instructions, other technical data including approval of test results, the quality required and the management system standard under which they were made.

**4.6.4**   The laboratory shall evaluate suppliers of critical consumables, supplies and services which affect the quality of testing and calibration, and shall maintain records of these evaluations and list those approved.

## 4.7   Service to the customer

**4.7.1**   The laboratory shall be willing to cooperate with customers or their representatives in clarifying the customer's request and in monitoring the laboratory's performance in relation to the work performed, provided that the laboratory ensures confidentiality to other customers.

                                                                                      © ISO 2005 — All rights reserved

NOTE 1    Such cooperation may include:

a)   providing the customer or the customer's representative reasonable access to relevant areas of the laboratory for the witnessing of tests and/or calibrations performed for the customer;

b)   preparation, packaging, and dispatch of test and/or calibration items needed by the customer for verification purposes.

NOTE 2    Customers value the maintenance of good communication, advice and guidance in technical matters, and opinions and interpretations based on results. Communication with the customer, especially in large assignments, should be maintained throughout the work. The laboratory should inform the customer of any delays or major deviations in the performance of the tests and/or calibrations.

**4.7.2**    The laboratory shall seek feedback, both positive and negative, from its customers. The feedback shall be used and analysed to improve the management system, testing and calibration activities and customer service.

NOTE    Examples of the types of feedback include customer satisfaction surveys and review of test or calibration reports with customers.

## 4.8   Complaints

The laboratory shall have a policy and procedure for the resolution of complaints received from customers or other parties. Records shall be maintained of all complaints and of the investigations and corrective actions taken by the laboratory (see also 4.11).

## 4.9   Control of nonconforming testing and/or calibration work

**4.9.1**    The laboratory shall have a policy and procedures that shall be implemented when any aspect of its testing and/or calibration work, or the results of this work, do not conform to its own procedures or the agreed requirements of the customer. The policy and procedures shall ensure that:

a)   the responsibilities and authorities for the management of nonconforming work are designated and actions (including halting of work and withholding of test reports and calibration certificates, as necessary) are defined and taken when nonconforming work is identified;

b)   an evaluation of the significance of the nonconforming work is made;

c)   correction is taken immediately, together with any decision about the acceptability of the nonconforming work;

d)   where necessary, the customer is notified and work is recalled;

e)   the responsibility for authorizing the resumption of work is defined.

NOTE    Identification of nonconforming work or problems with the management system or with testing and/or calibration activities can occur at various places within the management system and technical operations. Examples are customer complaints, quality control, instrument calibration, checking of consumable materials, staff observations or supervision, test report and calibration certificate checking, management reviews and internal or external audits.

**4.9.2**    Where the evaluation indicates that the nonconforming work could recur or that there is doubt about the compliance of the laboratory's operations with its own policies and procedures, the corrective action procedures given in 4.11 shall be promptly followed.

## 4.10  Improvement

The laboratory shall continually improve the effectiveness of its management system through the use of the quality policy, quality objectives, audit results, analysis of data, corrective and preventive actions and management review.

© ISO 2005 — All rights reserved

**ISO/IEC 17025:2005(E)**

.

## 4.11 Corrective action

### 4.11.1 General

The laboratory shall establish a policy and a procedure and shall designate appropriate authorities for implementing corrective action when nonconforming work or departures from the policies and procedures in the management system or technical operations have been identified.

NOTE    A problem with the management system or with the technical operations of the laboratory may be identified through a variety of activities, such as control of nonconforming work, internal or external audits, management reviews, feedback from customers and from staff observations.

### 4.11.2 Cause analysis

The procedure for corrective action shall start with an investigation to determine the root cause(s) of the problem.

NOTE    Cause analysis is the key and sometimes the most difficult part in the corrective action procedure. Often the root cause is not obvious and thus a careful analysis of all potential causes of the problem is required. Potential causes could include customer requirements, the samples, sample specifications, methods and procedures, staff skills and training, consumables, or equipment and its calibration.

### 4.11.3 Selection and implementation of corrective actions

Where corrective action is needed, the laboratory shall identify potential corrective actions. It shall select and implement the action(s) most likely to eliminate the problem and to prevent recurrence.

Corrective actions shall be to a degree appropriate to the magnitude and the risk of the problem.

The laboratory shall document and implement any required changes resulting from corrective action investigations.

### 4.11.4 Monitoring of corrective actions

The laboratory shall monitor the results to ensure that the corrective actions taken have been effective.

### 4.11.5 Additional audits

Where the identification of nonconformities or departures casts doubts on the laboratory's compliance with its own policies and procedures, or on its compliance with this International Standard, the laboratory shall ensure that the appropriate areas of activity are audited in accordance with 4.14 as soon as possible.

NOTE    Such additional audits often follow the implementation of the corrective actions to confirm their effectiveness. An additional audit should be necessary only when a serious issue or risk to the business is identified.

## 4.12 Preventive action

**4.12.1**   Needed improvements and potential sources of nonconformities, either technical or concerning the management system, shall be identified. When improvement opportunities are identified or if preventive action is required, action plans shall be developed, implemented and monitored to reduce the likelihood of the occurrence of such nonconformities and to take advantage of the opportunities for improvement.

**4.12.2**   Procedures for preventive actions shall include the initiation of such actions and the application of controls to ensure that they are effective.

NOTE 1    Preventive action is a pro-active process to identify opportunities for improvement rather than a reaction to the identification of problems or complaints.

**8**                                                                 © ISO 2005 — All rights reserved

NOTE 2    Apart from the review of the operational procedures, the preventive action might involve analysis of data, including trend and risk analyses and proficiency-testing results.

## 4.13  Control of records

### 4.13.1  General

**4.13.1.1**    The laboratory shall establish and maintain procedures for identification, collection, indexing, access, filing, storage, maintenance and disposal of quality and technical records. Quality records shall include reports from internal audits and management reviews as well as records of corrective and preventive actions.

**4.13.1.2**    All records shall be legible and shall be stored and retained in such a way that they are readily retrievable in facilities that provide a suitable environment to prevent damage or deterioration and to prevent loss. Retention times of records shall be established.

NOTE    Records may be in any media, such as hard copy or electronic media.

**4.13.1.3**    All records shall be held secure and in confidence.

**4.13.1.4**    The laboratory shall have procedures to protect and back-up records stored electronically and to prevent unauthorized access to or amendment of these records.

### 4.13.2  Technical records

**4.13.2.1**    The laboratory shall retain records of original observations, derived data and sufficient information to establish an audit trail, calibration records, staff records and a copy of each test report or calibration certificate issued, for a defined period. The records for each test or calibration shall contain sufficient information to facilitate, if possible, identification of factors affecting the uncertainty and to enable the test or calibration to be repeated under conditions as close as possible to the original. The records shall include the identity of personnel responsible for the sampling, performance of each test and/or calibration and checking of results.

NOTE 1    In certain fields it may be impossible or impractical to retain records of all original observations.

NOTE 2    Technical records are accumulations of data (see 5.4.7) and information which result from carrying out tests and/or calibrations and which indicate whether specified quality or process parameters are achieved. They may include forms, contracts, work sheets, work books, check sheets, work notes, control graphs, external and internal test reports and calibration certificates, customers' notes, papers and feedback.

**4.13.2.2**    Observations, data and calculations shall be recorded at the time they are made and shall be identifiable to the specific task.

**4.13.2.3**    When mistakes occur in records, each mistake shall be crossed out, not erased, made illegible or deleted, and the correct value entered alongside. All such alterations to records shall be signed or initialled by the person making the correction. In the case of records stored electronically, equivalent measures shall be taken to avoid loss or change of original data.

## 4.14  Internal audits

**4.14.1**  The laboratory shall periodically, and in accordance with a predetermined schedule and procedure, conduct internal audits of its activities to verify that its operations continue to comply with the requirements of the management system and this International Standard. The internal audit programme shall address all elements of the management system, including the testing and/or calibration activities. It is the responsibility of the quality manager to plan and organize audits as required by the schedule and requested by management. Such audits shall be carried out by trained and qualified personnel who are, wherever resources permit, independent of the activity to be audited.

NOTE    The cycle for internal auditing should normally be completed in one year.

ISO/IEC 17025:2005(E)

**4.14.2**   When audit findings cast doubt on the effectiveness of the operations or on the correctness or validity of the laboratory's test or calibration results, the laboratory shall take timely corrective action, and shall notify customers in writing if investigations show that the laboratory results may have been affected.

**4.14.3**   The area of activity audited, the audit findings and corrective actions that arise from them shall be recorded.

**4.14.4**   Follow-up audit activities shall verify and record the implementation and effectiveness of the corrective action taken.

## 4.15 Management reviews

**4.15.1**   In accordance with a predetermined schedule and procedure, the laboratory's top management shall periodically conduct a review of the laboratory's management system and testing and/or calibration activities to ensure their continuing suitability and effectiveness, and to introduce necessary changes or improvements. The review shall take account of:

—  the suitability of policies and procedures;

—  reports from managerial and supervisory personnel;

—  the outcome of recent internal audits;

—  corrective and preventive actions;

—  assessments by external bodies;

—  the results of interlaboratory comparisons or proficiency tests;

—  changes in the volume and type of the work;

—  customer feedback;

—  complaints;

—  recommendations for improvement;

—  other relevant factors, such as quality control activities, resources and staff training.

NOTE 1     A typical period for conducting a management review is once every 12 months.

NOTE 2     Results should feed into the laboratory planning system and should include the goals, objectives and action plans for the coming year.

NOTE 3     A management review includes consideration of related subjects at regular management meetings.

**4.15.2**   Findings from management reviews and the actions that arise from them shall be recorded. The management shall ensure that those actions are carried out within an appropriate and agreed timescale.

## 5   Technical requirements

### 5.1   General

**5.1.1**   Many factors determine the correctness and reliability of the tests and/or calibrations performed by a laboratory. These factors include contributions from:

—  human factors (5.2);

                                                                    © ISO 2005 — All rights reserved

— accommodation and environmental conditions (5.3);

— test and calibration methods and method validation (5.4);

— equipment (5.5);

— measurement traceability (5.6);

— sampling (5.7);

— the handling of test and calibration items (5.8).

**5.1.2**    The extent to which the factors contribute to the total uncertainty of measurement differs considerably between (types of) tests and between (types of) calibrations. The laboratory shall take account of these factors in developing test and calibration methods and procedures, in the training and qualification of personnel, and in the selection and calibration of the equipment it uses.

## 5.2   Personnel

**5.2.1**    The laboratory management shall ensure the competence of all who operate specific equipment, perform tests and/or calibrations, evaluate results, and sign test reports and calibration certificates. When using staff who are undergoing training, appropriate supervision shall be provided. Personnel performing specific tasks shall be qualified on the basis of appropriate education, training, experience and/or demonstrated skills, as required.

NOTE 1    In some technical areas (e.g. non-destructive testing) it may be required that the personnel performing certain tasks hold personnel certification. The laboratory is responsible for fulfilling specified personnel certification requirements. The requirements for personnel certification might be regulatory, included in the standards for the specific technical field, or required by the customer.

NOTE 2    The personnel responsible for the opinions and interpretation included in test reports should, in addition to the appropriate qualifications, training, experience and satisfactory knowledge of the testing carried out, also have:

— relevant knowledge of the technology used for the manufacturing of the items, materials, products, etc. tested, or the way they are used or intended to be used, and of the defects or degradations which may occur during or in service;

— knowledge of the general requirements expressed in the legislation and standards; and

— an understanding of the significance of deviations found with regard to the normal use of the items, materials, products, etc. concerned.

**5.2.2**    The management of the laboratory shall formulate the goals with respect to the education, training and skills of the laboratory personnel. The laboratory shall have a policy and procedures for identifying training needs and providing training of personnel. The training programme shall be relevant to the present and anticipated tasks of the laboratory. The effectiveness of the training actions taken shall be evaluated.

**5.2.3**    The laboratory shall use personnel who are employed by, or under contract to, the laboratory. Where contracted and additional technical and key support personnel are used, the laboratory shall ensure that such personnel are supervised and competent and that they work in accordance with the laboratory's management system.

**5.2.4**    The laboratory shall maintain current job descriptions for managerial, technical and key support personnel involved in tests and/or calibrations.

NOTE    Job descriptions can be defined in many ways. As a minimum, the following should be defined:

— the responsibilities with respect to performing tests and/or calibrations;

— the responsibilities with respect to the planning of tests and/or calibrations and evaluation of results;

— the responsibilities for reporting opinions and interpretations;

— the responsibilities with respect to method modification and development and validation of new methods;

**ISO/IEC 17025:2005(E)**

— expertise and experience required;

— qualifications and training programmes;

— managerial duties.

**5.2.5**    The management shall authorize specific personnel to perform particular types of sampling, test and/or calibration, to issue test reports and calibration certificates, to give opinions and interpretations and to operate particular types of equipment. The laboratory shall maintain records of the relevant authorization(s), competence, educational and professional qualifications, training, skills and experience of all technical personnel, including contracted personnel. This information shall be readily available and shall include the date on which authorization and/or competence is confirmed.

## 5.3   Accommodation and environmental conditions

**5.3.1**    Laboratory facilities for testing and/or calibration, including but not limited to energy sources, lighting and environmental conditions, shall be such as to facilitate correct performance of the tests and/or calibrations.

The laboratory shall ensure that the environmental conditions do not invalidate the results or adversely affect the required quality of any measurement. Particular care shall be taken when sampling and tests and/or calibrations are undertaken at sites other than a permanent laboratory facility. The technical requirements for accommodation and environmental conditions that can affect the results of tests and calibrations shall be documented.

**5.3.2**    The laboratory shall monitor, control and record environmental conditions as required by the relevant specifications, methods and procedures or where they influence the quality of the results. Due attention shall be paid, for example, to biological sterility, dust, electromagnetic disturbances, radiation, humidity, electrical supply, temperature, and sound and vibration levels, as appropriate to the technical activities concerned. Tests and calibrations shall be stopped when the environmental conditions jeopardize the results of the tests and/or calibrations.

**5.3.3**    There shall be effective separation between neighbouring areas in which there are incompatible activities. Measures shall be taken to prevent cross-contamination.

**5.3.4**    Access to and use of areas affecting the quality of the tests and/or calibrations shall be controlled. The laboratory shall determine the extent of control based on its particular circumstances.

**5.3.5**    Measures shall be taken to ensure good housekeeping in the laboratory. Special procedures shall be prepared where necessary.

## 5.4   Test and calibration methods and method validation

### 5.4.1   General

The laboratory shall use appropriate methods and procedures for all tests and/or calibrations within its scope. These include sampling, handling, transport, storage and preparation of items to be tested and/or calibrated, and, where appropriate, an estimation of the measurement uncertainty as well as statistical techniques for analysis of test and/or calibration data.

The laboratory shall have instructions on the use and operation of all relevant equipment, and on the handling and preparation of items for testing and/or calibration, or both, where the absence of such instructions could jeopardize the results of tests and/or calibrations. All instructions, standards, manuals and reference data relevant to the work of the laboratory shall be kept up to date and shall be made readily available to personnel (see 4.3). Deviation from test and calibration methods shall occur only if the deviation has been documented, technically justified, authorized, and accepted by the customer.

NOTE    International, regional or national standards or other recognized specifications that contain sufficient and concise information on how to perform the tests and/or calibrations do not need to be supplemented or rewritten as internal procedures if these standards are written in a way that they can be used as published by the operating staff in a laboratory. It may be necessary to provide additional documentation for optional steps in the method or additional details.

                                                                                         © ISO 2005 — All rights reserved

### 5.4.2   Selection of methods

The laboratory shall use test and/or calibration methods, including methods for sampling, which meet the needs of the customer and which are appropriate for the tests and/or calibrations it undertakes. Methods published in international, regional or national standards shall preferably be used. The laboratory shall ensure that it uses the latest valid edition of a standard unless it is not appropriate or possible to do so. When necessary, the standard shall be supplemented with additional details to ensure consistent application.

When the customer does not specify the method to be used, the laboratory shall select appropriate methods that have been published either in international, regional or national standards, or by reputable technical organizations, or in relevant scientific texts or journals, or as specified by the manufacturer of the equipment. Laboratory-developed methods or methods adopted by the laboratory may also be used if they are appropriate for the intended use and if they are validated. The customer shall be informed as to the method chosen. The laboratory shall confirm that it can properly operate standard methods before introducing the tests or calibrations. If the standard method changes, the confirmation shall be repeated.

The laboratory shall inform the customer when the method proposed by the customer is considered to be inappropriate or out of date.

### 5.4.3   Laboratory-developed methods

The introduction of test and calibration methods developed by the laboratory for its own use shall be a planned activity and shall be assigned to qualified personnel equipped with adequate resources.

Plans shall be updated as development proceeds and effective communication amongst all personnel involved shall be ensured.

### 5.4.4   Non-standard methods

When it is necessary to use methods not covered by standard methods, these shall be subject to agreement with the customer and shall include a clear specification of the customer's requirements and the purpose of the test and/or calibration. The method developed shall have been validated appropriately before use.

NOTE     For new test and/or calibration methods, procedures should be developed prior to the tests and/or calibrations being performed and should contain at least the following information:

a)  appropriate identification;

b)  scope;

c)  description of the type of item to be tested or calibrated;

d)  parameters or quantities and ranges to be determined;

e)  apparatus and equipment, including technical performance requirements;

f)  reference standards and reference materials required;

g)  environmental conditions required and any stabilization period needed;

h)  description of the procedure, including

   — affixing of identification marks, handling, transporting, storing and preparation of items,

   — checks to be made before the work is started,

   — checks that the equipment is working properly and, where required, calibration and adjustment of the equipment before each use,

   — the method of recording the observations and results,

   — any safety measures to be observed;

i)  criteria and/or requirements for approval/rejection;

j)  data to be recorded and method of analysis and presentation;

k)  the uncertainty or the procedure for estimating uncertainty.

© ISO 2005 — All rights reserved                                                                                     **13**

**ISO/IEC 17025:2005(E)**

#### 5.4.5   Validation of methods

**5.4.5.1**      Validation is the confirmation by examination and the provision of objective evidence that the particular requirements for a specific intended use are fulfilled.

**5.4.5.2**      The laboratory shall validate non-standard methods, laboratory-designed/developed methods, standard methods used outside their intended scope, and amplifications and modifications of standard methods to confirm that the methods are fit for the intended use. The validation shall be as extensive as is necessary to meet the needs of the given application or field of application. The laboratory shall record the results obtained, the procedure used for the validation, and a statement as to whether the method is fit for the intended use.

NOTE 1      Validation may include procedures for sampling, handling and transportation.

NOTE 2      The techniques used for the determination of the performance of a method should be one of, or a combination of, the following:

— calibration using reference standards or reference materials;

— comparison of results achieved with other methods;

— interlaboratory comparisons;

— systematic assessment of the factors influencing the result;

— assessment of the uncertainty of the results based on scientific understanding of the theoretical principles of the method and practical experience.

NOTE 3      When some changes are made in the validated non-standard methods, the influence of such changes should be documented and, if appropriate, a new validation should be carried out.

**5.4.5.3**      The range and accuracy of the values obtainable from validated methods (e.g. the uncertainty of the results, detection limit, selectivity of the method, linearity, limit of repeatability and/or reproducibility, robustness against external influences and/or cross-sensitivity against interference from the matrix of the sample/test object), as assessed for the intended use, shall be relevant to the customers' needs.

NOTE 1      Validation includes specification of the requirements, determination of the characteristics of the methods, a check that the requirements can be fulfilled by using the method, and a statement on the validity.

NOTE 2      As method-development proceeds, regular review should be carried out to verify that the needs of the customer are still being fulfilled. Any change in requirements requiring modifications to the development plan should be approved and authorized.

NOTE 3      Validation is always a balance between costs, risks and technical possibilities. There are many cases in which the range and uncertainty of the values (e.g. accuracy, detection limit, selectivity, linearity, repeatability, reproducibility, robustness and cross-sensitivity) can only be given in a simplified way due to lack of information.

#### 5.4.6   Estimation of uncertainty of measurement

**5.4.6.1**      A calibration laboratory, or a testing laboratory performing its own calibrations, shall have and shall apply a procedure to estimate the uncertainty of measurement for all calibrations and types of calibrations.

**5.4.6.2**      Testing laboratories shall have and shall apply procedures for estimating uncertainty of measurement. In certain cases the nature of the test method may preclude rigorous, metrologically and statistically valid, calculation of uncertainty of measurement. In these cases the laboratory shall at least attempt to identify all the components of uncertainty and make a reasonable estimation, and shall ensure that the form of reporting of the result does not give a wrong impression of the uncertainty. Reasonable estimation shall be based on knowledge of the performance of the method and on the measurement scope and shall make use of, for example, previous experience and validation data.

NOTE 1      The degree of rigor needed in an estimation of uncertainty of measurement depends on factors such as:

— the requirements of the test method;

**14**                                                                                    © ISO 2005 — All rights reserved

— the requirements of the customer;

— the existence of narrow limits on which decisions on conformity to a specification are based.

NOTE 2    In those cases where a well-recognized test method specifies limits to the values of the major sources of uncertainty of measurement and specifies the form of presentation of calculated results, the laboratory is considered to have satisfied this clause by following the test method and reporting instructions (see 5.10).

**5.4.6.3**    When estimating the uncertainty of measurement, all uncertainty components which are of importance in the given situation shall be taken into account using appropriate methods of analysis.

NOTE 1    Sources contributing to the uncertainty include, but are not necessarily limited to, the reference standards and reference materials used, methods and equipment used, environmental conditions, properties and condition of the item being tested or calibrated, and the operator.

NOTE 2    The predicted long-term behaviour of the tested and/or calibrated item is not normally taken into account when estimating the measurement uncertainty.

NOTE 3    For further information, see ISO 5725 and the Guide to the Expression of Uncertainty in Measurement (see Bibliography).

### 5.4.7   Control of data

**5.4.7.1**    Calculations and data transfers shall be subject to appropriate checks in a systematic manner.

**5.4.7.2**    When computers or automated equipment are used for the acquisition, processing, recording, reporting, storage or retrieval of test or calibration data, the laboratory shall ensure that:

a)   computer software developed by the user is documented in sufficient detail and is suitably validated as being adequate for use;

b)   procedures are established and implemented for protecting the data; such procedures shall include, but not be limited to, integrity and confidentiality of data entry or collection, data storage, data transmission and data processing;

c)   computers and automated equipment are maintained to ensure proper functioning and are provided with the environmental and operating conditions necessary to maintain the integrity of test and calibration data.

NOTE    Commercial off-the-shelf software (e.g. wordprocessing, database and statistical programmes) in general use within their designed application range may be considered to be sufficiently validated. However, laboratory software configuration/modifications should be validated as in 5.4.7.2 a).

## 5.5   Equipment

**5.5.1**    The laboratory shall be furnished with all items of sampling, measurement and test equipment required for the correct performance of the tests and/or calibrations (including sampling, preparation of test and/or calibration items, processing and analysis of test and/or calibration data). In those cases where the laboratory needs to use equipment outside its permanent control, it shall ensure that the requirements of this International Standard are met.

**5.5.2**    Equipment and its software used for testing, calibration and sampling shall be capable of achieving the accuracy required and shall comply with specifications relevant to the tests and/or calibrations concerned. Calibration programmes shall be established for key quantities or values of the instruments where these properties have a significant effect on the results. Before being placed into service, equipment (including that used for sampling) shall be calibrated or checked to establish that it meets the laboratory's specification requirements and complies with the relevant standard specifications. It shall be checked and/or calibrated before use (see 5.6).

© ISO 2005 — All rights reserved    **15**

**5.5.3**  Equipment shall be operated by authorized personnel. Up-to-date instructions on the use and maintenance of equipment (including any relevant manuals provided by the manufacturer of the equipment) shall be readily available for use by the appropriate laboratory personnel.

**5.5.4**  Each item of equipment and its software used for testing and calibration and significant to the result shall, when practicable, be uniquely identified.

**5.5.5**  Records shall be maintained of each item of equipment and its software significant to the tests and/or calibrations performed. The records shall include at least the following:

a)  the identity of the item of equipment and its software;

b)  the manufacturer's name, type identification, and serial number or other unique identification;

c)  checks that equipment complies with the specification (see 5.5.2);

d)  the current location, where appropriate;

e)  the manufacturer's instructions, if available, or reference to their location;

f)  dates, results and copies of reports and certificates of all calibrations, adjustments, acceptance criteria, and the due date of next calibration;

g)  the maintenance plan, where appropriate, and maintenance carried out to date;

h)  any damage, malfunction, modification or repair to the equipment.

**5.5.6**  The laboratory shall have procedures for safe handling, transport, storage, use and planned maintenance of measuring equipment to ensure proper functioning and in order to prevent contamination or deterioration.

NOTE        Additional procedures may be necessary when measuring equipment is used outside the permanent laboratory for tests, calibrations or sampling.

**5.5.7**  Equipment that has been subjected to overloading or mishandling, gives suspect results, or has been shown to be defective or outside specified limits, shall be taken out of service. It shall be isolated to prevent its use or clearly labelled or marked as being out of service until it has been repaired and shown by calibration or test to perform correctly. The laboratory shall examine the effect of the defect or departure from specified limits on previous tests and/or calibrations and shall institute the "Control of nonconforming work" procedure (see 4.9).

**5.5.8**  Whenever practicable, all equipment under the control of the laboratory and requiring calibration shall be labelled, coded or otherwise identified to indicate the status of calibration, including the date when last calibrated and the date or expiration criteria when recalibration is due.

**5.5.9**  When, for whatever reason, equipment goes outside the direct control of the laboratory, the laboratory shall ensure that the function and calibration status of the equipment are checked and shown to be satisfactory before the equipment is returned to service.

**5.5.10** When intermediate checks are needed to maintain confidence in the calibration status of the equipment, these checks shall be carried out according to a defined procedure.

**5.5.11** Where calibrations give rise to a set of correction factors, the laboratory shall have procedures to ensure that copies (e.g. in computer software) are correctly updated.

**5.5.12** Test and calibration equipment, including both hardware and software, shall be safeguarded from adjustments which would invalidate the test and/or calibration results.

                                                                                     © ISO 2005 — All rights reserved

## 5.6 Measurement traceability

### 5.6.1 General

All equipment used for tests and/or calibrations, including equipment for subsidiary measurements (e.g. for environmental conditions) having a significant effect on the accuracy or validity of the result of the test, calibration or sampling shall be calibrated before being put into service. The laboratory shall have an established programme and procedure for the calibration of its equipment.

NOTE        Such a programme should include a system for selecting, using, calibrating, checking, controlling and maintaining measurement standards, reference materials used as measurement standards, and measuring and test equipment used to perform tests and calibrations.

### 5.6.2 Specific requirements

#### 5.6.2.1    Calibration

**5.6.2.1.1**    For calibration laboratories, the programme for calibration of equipment shall be designed and operated so as to ensure that calibrations and measurements made by the laboratory are traceable to the International System of Units (SI) (*Système international d'unités*).

A calibration laboratory establishes traceability of its own measurement standards and measuring instruments to the SI by means of an unbroken chain of calibrations or comparisons linking them to relevant primary standards of the SI units of measurement. The link to SI units may be achieved by reference to national measurement standards. National measurement standards may be primary standards, which are primary realizations of the SI units or agreed representations of SI units based on fundamental physical constants, or they may be secondary standards which are standards calibrated by another national metrology institute. When using external calibration services, traceability of measurement shall be assured by the use of calibration services from laboratories that can demonstrate competence, measurement capability and traceability. The calibration certificates issued by these laboratories shall contain the measurement results, including the measurement uncertainty and/or a statement of compliance with an identified metrological specification (see also 5.10.4.2).

NOTE 1        Calibration laboratories fulfilling the requirements of this International Standard are considered to be competent. A calibration certificate bearing an accreditation body logo from a calibration laboratory accredited to this International Standard, for the calibration concerned, is sufficient evidence of traceability of the calibration data reported.

NOTE 2        Traceability to SI units of measurement may be achieved by reference to an appropriate primary standard (see VIM:1993, 6.4) or by reference to a natural constant, the value of which in terms of the relevant SI unit is known and recommended by the General Conference of Weights and Measures (CGPM) and the International Committee for Weights and Measures (CIPM).

NOTE 3        Calibration laboratories that maintain their own primary standard or representation of SI units based on fundamental physical constants can claim traceability to the SI system only after these standards have been compared, directly or indirectly, with other similar standards of a national metrology institute.

NOTE 4        The term "identified metrological specification" means that it must be clear from the calibration certificate which specification the measurements have been compared with, by including the specification or by giving an unambiguous reference to the specification.

NOTE 5        When the terms "international standard" or "national standard" are used in connection with traceability, it is assumed that these standards fulfil the properties of primary standards for the realization of SI units.

NOTE 6        Traceability to national measurement standards does not necessarily require the use of the national metrology institute of the country in which the laboratory is located.

NOTE 7        If a calibration laboratory wishes or needs to obtain traceability from a national metrology institute other than in its own country, this laboratory should select a national metrology institute that actively participates in the activities of BIPM either directly or through regional groups.

**ISO/IEC 17025:2005(E)**

NOTE 8    The unbroken chain of calibrations or comparisons may be achieved in several steps carried out by different laboratories that can demonstrate traceability.

**5.6.2.1.2**    There are certain calibrations that currently cannot be strictly made in SI units. In these cases calibration shall provide confidence in measurements by establishing traceability to appropriate measurement standards such as:

—  the use of certified reference materials provided by a competent supplier to give a reliable physical or chemical characterization of a material;

—  the use of specified methods and/or consensus standards that are clearly described and agreed by all parties concerned.

Participation in a suitable programme of interlaboratory comparisons is required where possible.

**5.6.2.2    Testing**

**5.6.2.2.1**    For testing laboratories, the requirements given in 5.6.2.1 apply for measuring and test equipment with measuring functions used, unless it has been established that the associated contribution from the calibration contributes little to the total uncertainty of the test result. When this situation arises, the laboratory shall ensure that the equipment used can provide the uncertainty of measurement needed.

NOTE    The extent to which the requirements in 5.6.2.1 should be followed depends on the relative contribution of the calibration uncertainty to the total uncertainty. If calibration is the dominant factor, the requirements should be strictly followed.

**5.6.2.2.2**    Where traceability of measurements to SI units is not possible and/or not relevant, the same requirements for traceability to, for example, certified reference materials, agreed methods and/or consensus standards, are required as for calibration laboratories (see 5.6.2.1.2).

**5.6.3    Reference standards and reference materials**

**5.6.3.1    Reference standards**

The laboratory shall have a programme and procedure for the calibration of its reference standards. Reference standards shall be calibrated by a body that can provide traceability as described in 5.6.2.1. Such reference standards of measurement held by the laboratory shall be used for calibration only and for no other purpose, unless it can be shown that their performance as reference standards would not be invalidated. Reference standards shall be calibrated before and after any adjustment.

**5.6.3.2    Reference materials**

Reference materials shall, where possible, be traceable to SI units of measurement, or to certified reference materials. Internal reference materials shall be checked as far as is technically and economically practicable.

**5.6.3.3    Intermediate checks**

Checks needed to maintain confidence in the calibration status of reference, primary, transfer or working standards and reference materials shall be carried out according to defined procedures and schedules.

**5.6.3.4    Transport and storage**

The laboratory shall have procedures for safe handling, transport, storage and use of reference standards and reference materials in order to prevent contamination or deterioration and in order to protect their integrity.

NOTE    Additional procedures may be necessary when reference standards and reference materials are used outside the permanent laboratory for tests, calibrations or sampling.

                                                    © ISO 2005 — All rights reserved

### 5.7   Sampling

**5.7.1**   The laboratory shall have a sampling plan and procedures for sampling when it carries out sampling of substances, materials or products for subsequent testing or calibration. The sampling plan as well as the sampling procedure shall be available at the location where sampling is undertaken. Sampling plans shall, whenever reasonable, be based on appropriate statistical methods. The sampling process shall address the factors to be controlled to ensure the validity of the test and calibration results.

NOTE 1   Sampling is a defined procedure whereby a part of a substance, material or product is taken to provide for testing or calibration of a representative sample of the whole. Sampling may also be required by the appropriate specification for which the substance, material or product is to be tested or calibrated. In certain cases (e.g. forensic analysis), the sample may not be representative but is determined by availability.

NOTE 2   Sampling procedures should describe the selection, sampling plan, withdrawal and preparation of a sample or samples from a substance, material or product to yield the required information.

**5.7.2**   Where the customer requires deviations, additions or exclusions from the documented sampling procedure, these shall be recorded in detail with the appropriate sampling data and shall be included in all documents containing test and/or calibration results, and shall be communicated to the appropriate personnel.

**5.7.3**   The laboratory shall have procedures for recording relevant data and operations relating to sampling that forms part of the testing or calibration that is undertaken. These records shall include the sampling procedure used, the identification of the sampler, environmental conditions (if relevant) and diagrams or other equivalent means to identify the sampling location as necessary and, if appropriate, the statistics the sampling procedures are based upon.

### 5.8   Handling of test and calibration items

**5.8.1**   The laboratory shall have procedures for the transportation, receipt, handling, protection, storage, retention and/or disposal of test or calibration items, including all provisions necessary to protect the integrity of the test or calibration item, and to protect the interests of the laboratory and the customer.

**5.8.2**   The laboratory shall have a system for identifying test and/or calibration items. The identification shall be retained throughout the life of the item in the laboratory. The system shall be designed and operated so as to ensure that items cannot be confused physically or when referred to in records or other documents. The system shall, if appropriate, accommodate a sub-division of groups of items and the transfer of items within and from the laboratory.

**5.8.3**   Upon receipt of the test or calibration item, abnormalities or departures from normal or specified conditions, as described in the test or calibration method, shall be recorded. When there is doubt as to the suitability of an item for test or calibration, or when an item does not conform to the description provided, or the test or calibration required is not specified in sufficient detail, the laboratory shall consult the customer for further instructions before proceeding and shall record the discussion.

**5.8.4**   The laboratory shall have procedures and appropriate facilities for avoiding deterioration, loss or damage to the test or calibration item during storage, handling and preparation. Handling instructions provided with the item shall be followed. When items have to be stored or conditioned under specified environmental conditions, these conditions shall be maintained, monitored and recorded. Where a test or calibration item or a portion of an item is to be held secure, the laboratory shall have arrangements for storage and security that protect the condition and integrity of the secured items or portions concerned.

NOTE 1   Where test items are to be returned into service after testing, special care is required to ensure that they are not damaged or injured during the handling, testing or storing/waiting processes.

NOTE 2   A sampling procedure and information on storage and transport of samples, including information on sampling factors influencing the test or calibration result, should be provided to those responsible for taking and transporting the samples.

NOTE 3   Reasons for keeping a test or calibration item secure can be for reasons of record, safety or value, or to enable complementary tests and/or calibrations to be performed later.

© ISO 2005 — All rights reserved

ISO/IEC 17025:2005(E)

## 5.9   Assuring the quality of test and calibration results

**5.9.1**    The laboratory shall have quality control procedures for monitoring the validity of tests and calibrations undertaken. The resulting data shall be recorded in such a way that trends are detectable and, where practicable, statistical techniques shall be applied to the reviewing of the results. This monitoring shall be planned and reviewed and may include, but not be limited to, the following:

a)   regular use of certified reference materials and/or internal quality control using secondary reference materials;

b)   participation in interlaboratory comparison or proficiency-testing programmes;

c)   replicate tests or calibrations using the same or different methods;

d)   retesting or recalibration of retained items;

e)   correlation of results for different characteristics of an item.

NOTE      The selected methods should be appropriate for the type and volume of the work undertaken.

**5.9.2**    Quality control data shall be analysed and, where they are found to be outside pre-defined criteria, planned action shall be taken to correct the problem and to prevent incorrect results from being reported.

## 5.10   Reporting the results

### 5.10.1   General

The results of each test, calibration, or series of tests or calibrations carried out by the laboratory shall be reported accurately, clearly, unambiguously and objectively, and in accordance with any specific instructions in the test or calibration methods.

The results shall be reported, usually in a test report or a calibration certificate (see Note 1), and shall include all the information requested by the customer and necessary for the interpretation of the test or calibration results and all information required by the method used. This information is normally that required by 5.10.2, and 5.10.3 or 5.10.4.

In the case of tests or calibrations performed for internal customers, or in the case of a written agreement with the customer, the results may be reported in a simplified way. Any information listed in 5.10.2 to 5.10.4 which is not reported to the customer shall be readily available in the laboratory which carried out the tests and/or calibrations.

NOTE 1      Test reports and calibration certificates are sometimes called test certificates and calibration reports, respectively.

NOTE 2      The test reports or calibration certificates may be issued as hard copy or by electronic data transfer provided that the requirements of this International Standard are met.

### 5.10.2   Test reports and calibration certificates

Each test report or calibration certificate shall include at least the following information, unless the laboratory has valid reasons for not doing so:

a)   a title (e.g. "Test Report" or "Calibration Certificate");

b)   the name and address of the laboratory, and the location where the tests and/or calibrations were carried out, if different from the address of the laboratory;

**20** © ISO 2005 — All rights reserved

c) unique identification of the test report or calibration certificate (such as the serial number), and on each page an identification in order to ensure that the page is recognized as a part of the test report or calibration certificate, and a clear identification of the end of the test report or calibration certificate;

d) the name and address of the customer;

e) identification of the method used;

f) a description of, the condition of, and unambiguous identification of the item(s) tested or calibrated;

g) the date of receipt of the test or calibration item(s) where this is critical to the validity and application of the results, and the date(s) of performance of the test or calibration;

h) reference to the sampling plan and procedures used by the laboratory or other bodies where these are relevant to the validity or application of the results;

i) the test or calibration results with, where appropriate, the units of measurement;

j) the name(s), function(s) and signature(s) or equivalent identification of person(s) authorizing the test report or calibration certificate;

k) where relevant, a statement to the effect that the results relate only to the items tested or calibrated.

NOTE 1    Hard copies of test reports and calibration certificates should also include the page number and total number of pages.

NOTE 2    It is recommended that laboratories include a statement specifying that the test report or calibration certificate shall not be reproduced except in full, without written approval of the laboratory.

### 5.10.3 Test reports

**5.10.3.1**    In addition to the requirements listed in 5.10.2, test reports shall, where necessary for the interpretation of the test results, include the following:

a) deviations from, additions to, or exclusions from the test method, and information on specific test conditions, such as environmental conditions;

b) where relevant, a statement of compliance/non-compliance with requirements and/or specifications;

c) where applicable, a statement on the estimated uncertainty of measurement; information on uncertainty is needed in test reports when it is relevant to the validity or application of the test results, when a customer's instruction so requires, or when the uncertainty affects compliance to a specification limit;

d) where appropriate and needed, opinions and interpretations (see 5.10.5);

e) additional information which may be required by specific methods, customers or groups of customers.

**5.10.3.2**    In addition to the requirements listed in 5.10.2 and 5.10.3.1, test reports containing the results of sampling shall include the following, where necessary for the interpretation of test results:

a) the date of sampling;

b) unambiguous identification of the substance, material or product sampled (including the name of the manufacturer, the model or type of designation and serial numbers as appropriate);

c) the location of sampling, including any diagrams, sketches or photographs;

d) a reference to the sampling plan and procedures used;

**ISO/IEC 17025:2005(E)**

e) details of any environmental conditions during sampling that may affect the interpretation of the test results;

f) any standard or other specification for the sampling method or procedure, and deviations, additions to or exclusions from the specification concerned.

### 5.10.4 Calibration certificates

**5.10.4.1** In addition to the requirements listed in 5.10.2, calibration certificates shall include the following, where necessary for the interpretation of calibration results:

a) the conditions (e.g. environmental) under which the calibrations were made that have an influence on the measurement results;

b) the uncertainty of measurement and/or a statement of compliance with an identified metrological specification or clauses thereof;

c) evidence that the measurements are traceable (see Note 2 in 5.6.2.1.1).

**5.10.4.2** The calibration certificate shall relate only to quantities and the results of functional tests. If a statement of compliance with a specification is made, this shall identify which clauses of the specification are met or not met.

When a statement of compliance with a specification is made omitting the measurement results and associated uncertainties, the laboratory shall record those results and maintain them for possible future reference.

When statements of compliance are made, the uncertainty of measurement shall be taken into account.

**5.10.4.3** When an instrument for calibration has been adjusted or repaired, the calibration results before and after adjustment or repair, if available, shall be reported.

**5.10.4.4** A calibration certificate (or calibration label) shall not contain any recommendation on the calibration interval except where this has been agreed with the customer. This requirement may be superseded by legal regulations.

### 5.10.5 Opinions and interpretations

When opinions and interpretations are included, the laboratory shall document the basis upon which the opinions and interpretations have been made. Opinions and interpretations shall be clearly marked as such in a test report.

NOTE 1    Opinions and interpretations should not be confused with inspections and product certifications as intended in ISO/IEC 17020 and ISO/IEC Guide 65.

NOTE 2    Opinions and interpretations included in a test report may comprise, but not be limited to, the following:

— an opinion on the statement of compliance/noncompliance of the results with requirements;

— fulfilment of contractual requirements;

— recommendations on how to use the results;

— guidance to be used for improvements.

NOTE 3    In many cases it might be appropriate to communicate the opinions and interpretations by direct dialogue with the customer. Such dialogue should be written down.

© ISO 2005 — All rights reserved

### 5.10.6  Testing and calibration results obtained from subcontractors

When the test report contains results of tests performed by subcontractors, these results shall be clearly identified. The subcontractor shall report the results in writing or electronically.

When a calibration has been subcontracted, the laboratory performing the work shall issue the calibration certificate to the contracting laboratory.

### 5.10.7  Electronic transmission of results

In the case of transmission of test or calibration results by telephone, telex, facsimile or other electronic or electromagnetic means, the requirements of this International Standard shall be met (see also 5.4.7).

### 5.10.8  Format of reports and certificates

The format shall be designed to accommodate each type of test or calibration carried out and to minimize the possibility of misunderstanding or misuse.

NOTE 1    Attention should be given to the lay-out of the test report or calibration certificate, especially with regard to the presentation of the test or calibration data and ease of assimilation by the reader.

NOTE 2    The headings should be standardized as far as possible.

### 5.10.9  Amendments to test reports and calibration certificates

Material amendments to a test report or calibration certificate after issue shall be made only in the form of a further document, or data transfer, which includes the statement:

"Supplement to Test Report [or Calibration Certificate], serial number... [or as otherwise identified]",

or an equivalent form of wording.

Such amendments shall meet all the requirements of this International Standard.

When it is necessary to issue a complete new test report or calibration certificate, this shall be uniquely identified and shall contain a reference to the original that it replaces.

© ISO 2005 — All rights reserved

ISO/IEC 17025:2005(E)

# Annex A
(informative)

## Nominal cross-references to ISO 9001:2000

Table A.1 — Nominal cross-references to ISO 9001:2000

| ISO 9001:2000 | ISO/IEC 17025 |
|---|---|
| Clause 1 | Clause 1 |
| Clause 2 | Clause 2 |
| Clause 3 | Clause 3 |
| | |
| 4.1 | 4.1, 4.1.1, 4.1.2, 4.1.3, 4.1.4, 4.1.5, 4.2, 4.2.1, 4.2.2, 4.2.3, 4.2.4 |
| 4.2 1 | 4.2.2, 4.2.3, 4.3.1 |
| 4.2.2 | 4.2.2, 4.2.3, 4.2.4 |
| 4.2.3 | 4.3 |
| 4.2.4 | 4.3.1, 4.12 |
| | |
| 5.1 | 4.2.2, 4.2.3 |
| 5.1 a) | 4.1.2, 4.1.6 |
| 5.1 b) | 4.2.2 |
| 5.1 c) | 4.2.2 |
| 5.1 d) | 4.15 |
| 5.1 e) | 4.1.5 |
| 5.2 | 4.4.1 |
| 5.3 | 4.2.2 |
| 5.3 a) | 4.2.2 |
| 5.3 b) | 4.2.3 |
| 5.3 c) | 4.2.2 |
| 5.3 d) | 4.2.2 |
| 5.3 e) | 4.2.2 |
| 5.4.1 | 4.2.2 c) |
| 5.4.2 | 4.2.1 |
| 5.4.2 a) | 4.2.1 |
| 5.4.2 b) | 4.2.1 |
| 5.5.1 | 4.1.5 a), f), h) |
| 5.5.2 | 4.1.5 i) |
| 5.5.2 a) | 4.1.5 i) |
| 5.5.2 b) | 4.11.1 |
| 5.5.2 c) | 4.2.4 |
| 5.5.3 | 4.1.6 |
| 5.6.1 | 4.15 |
| 5.6.2 | 4.15 |
| 5.6.3 | 4.15 |

**24** © ISO 2005 — All rights reserved

| ISO 9001:2000 | ISO/IEC 17025 |
|---|---|
| | |
| 6.1 a) | 4.10 |
| 6.1 b) | 4.4.1, 4.7, 5.4.2, 5.4.3, 5.4.4, 5.10.1 |
| 6.2.1 | 5.2.1 |
| 6.2.2 a) | 5.2.2, 5.5.3 |
| 6.2.2 b) | 5.2.1, 5.2.2 |
| 6.2.2 c) | 5.2.2 |
| 6.2.2 d) | 4.1.5 k) |
| 6.2.2 e) | 5.2.5 |
| 6.3.1 a) | 4.1.3, 4.12.1.2, 4.12.1.3, 5.3 |
| 6.3.1 b) | 4.12.1.4, 5.4.7.2, 5.5, 5.6 |
| 6.3.1 c) | 4.6, 5.5.6, 5.6.3.4, 5.8, 5.10 |
| 6.4 | 5.3.1, 5.3.2, 5.3.3, 5.3.4, 5.3.5 |
| | |
| 7.1 | 5.1 |
| 7.1 a) | 4.2.2 |
| 7.1 b) | 4.1.5 a), 4.2.1, 4.2.3 |
| 7.1 c) | 5.4, 5.9 |
| 7.1 d) | 4.1, 5.4, 5.9 |
| 7.2.1 | 4.4.1, 4.4.2, 4.4.3, 4.4.4, 4.4.5, 5.4, 5.9, 5.10 |
| 7.2.2 | 4.4.1, 4.4.2, 4.4.3, 4.4.4, 4.4.5, 5.4, 5.9, 5.10 |
| 7.2.3 | 4.4.2, 4.4.4, 4.5, 4.7, 4.8 |
| 7.3 | 5, 5.4, 5.9 |
| 7.4.1 | 4.6.1, 4.6.2, 4.6.4 |
| 7.4.2 | 4.6.3 |
| 7.4.3 | 4.6.2 |
| 7.5.1 | 5.1, 5.2, 5.4, 5.5, 5.6, 5.7, 5.8, 5.9 |
| 7.5.2 | 5.2.5, 5.4.2, 5.4.5 |
| 7.5.3 | 5.8.2 |
| 7.5.4 | 4.1.5 c), 5.8 |
| 7.5.5 | 4.6.1, 4.12, 5.8, 5.10 |
| 7.6 | 5.4, 5.5 |
| | |
| 8.1 | 4.10, 5.4, 5.9 |
| 8.2.1 | 4.10 |
| 8.2.2 | 4.11.5, 4.14 |
| 8.2.3 | 4.11.5, 4.14, 5.9 |
| 8.2.4 | 4.5, 4.6, 4.9, 5.5.2, 5.5.9, 5.8, 5.8.3, 5.8.4, 5.9 |
| 8.3 | 4.9 |
| 8.4 | 4.10, 5.9 |
| 8.5.1 | 4.10, 4.12 |
| 8.5.2 | 4.11, 4.12 |
| 8.5.3 | 4.9, 4.11, 4.12 |

ISO/IEC 17025 covers several technical competence requirements that are not covered by ISO 9001:2000.

© ISO 2005 — All rights reserved

ISO/IEC 17025:2005(E)

# Annex B
(informative)

## Guidelines for establishing applications for specific fields

**B.1**   The requirements specified in this International Standard are stated in general terms and, while they are applicable to all test and calibration laboratories, explanations might be needed. Such explanations on applications are herein referred to as applications. Applications should not include additional general requirements not included in this International Standard.

**B.2**   Applications can be thought of as an elaboration of the generally stated criteria (requirements) of this International Standard for specified fields of test and calibration, test technologies, products, materials or specific tests or calibrations. Accordingly, applications should be established by persons having appropriate technical knowledge and experience, and should address items that are essential or most important for the proper conduct of a test or calibration.

**B.3**   Depending on the application at hand, it may be necessary to establish applications for the technical requirements of this International Standard. Establishing applications may be accomplished by simply providing detail or adding extra information to the already generally stated requirements in each of the clauses (e.g. specific limitations to the temperature and humidity in the laboratory).

In some cases the applications will be quite limited, applying only to a given test or calibration method or to a group of calibration or test methods. In other cases the applications may be quite broad, applying to the testing or calibration of various products or items or to entire fields of testing or calibration.

**B.4**   If the applications apply to a group of test or calibration methods in an entire technical field, common wording should be used for all of the methods.

Alternatively, it may be necessary to develop a separate document of applications to supplement this International Standard for specific types or groups of tests or calibrations, products, materials or technical fields of tests or calibrations. Such a document should provide only the necessary supplementary information, while maintaining this International Standard as the governing document through reference. Applications which are too specific should be avoided in order to limit the proliferation of detailed documents.

**B.5**   The guidance in this annex should be used by accreditation bodies and other types of evaluation bodies when they develop applications for their own purposes (e.g. accreditation in specific areas).

© ISO 2005 — All rights reserved

**ISO/IEC 17025:2005(E)**

# Bibliography

[1]     ISO 5725-1, *Accuracy (trueness and precision) of measurement methods and results — Part 1 General principles and definitions*

[2]     ISO 5725-2, *Accuracy (trueness and precision) of measurement methods and results — Part 2: Basic method for the determination of repeatability and reproducibility of a standard measurement method*

[3]     ISO 5725-3, *Accuracy (trueness and precision) of measurement methods and results — Part 3: Intermediate measures of the precision of a standard measurement method*

[4]     ISO 5725-4, *Accuracy (trueness and precision) of measurement methods and results — Part 4: Basic methods for the determination of the trueness of a standard measurement method*

[5]     ISO 5725-6, *Accuracy (trueness and precision) of measurement methods and results –– Part 6: Use in practice of accuracy values*

[6]     ISO 9000:—[1]), *Quality management systems — Fundamentals and vocabulary*

[7]     ISO 9001:2000, *Quality management systems — Requirements*

[8]     ISO/IEC 90003, *Software engineering — Guidelines for the application of ISO 9001:2000 to computer software*

[9]     ISO 10012:2003, *Measurement management systems — Requirements for measurement processes and measuring equipment*

[10]    ISO/IEC 17011, *Conformity assessment — General requirements for accreditation bodies accrediting conformity assessment bodies*

[11]    ISO/IEC 17020, *General criteria for the operation of various types of bodies performing inspection*

[12]    ISO 19011, *Guidelines for quality and/or environmental management systems auditing*

[13]    ISO Guide 30, *Terms and definitions used in connection with reference materials*

[14]    ISO Guide 31, *Reference materials — Contents of certificates and labels*

[15]    ISO Guide 32, *Calibration in analytical chemistry and use of certified reference materials*

[16]    ISO Guide 33, *Uses of certified reference materials*

[17]    ISO Guide 34, *General requirements for the competence of reference material producers*

[18]    ISO Guide 35, *Certification of reference materials — General and statistical principles*

[19]    ISO/IEC Guide 43-1, *Proficiency testing by interlaboratory comparisons — Part 1: Development and operation of proficiency testing schemes*

[20]    ISO/IEC Guide 43-2, *Proficiency testing by interlaboratory comparisons — Part 2: Selection and use of proficiency testing schemes by laboratory accreditation bodies*

---

1)   To be published. (Revision of ISO 9000:2000)

© ISO 2005 — All rights reserved      **27**

**ISO/IEC 17025:2005(E)**

[21]    ISO/IEC Guide 58:1993, *Calibration and testing laboratory accreditation systems — General requirements for operation and recognition*

[22]    ISO/IEC Guide 65, *General requirements for bodies operating product certification systems*

[23]    GUM, *Guide to the Expression of Uncertainty in Measurement*, issued by BIPM, IEC, IFCC, ISO, IUPAC, IUPAP and OIML

[24]    Information and documents on laboratory accreditation can be found on the ILAC (International Laboratory Accreditation Cooperation): www.ilac.org

                                                                              © ISO 2005 — All rights reserved