UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | **FILED UNDER SEAL** |
| Defendant | ) | |

### GOVERNMENT'S SEALED MOTION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF GOVERNMENT'S OPPOSITIONS TO MOTIONS TO EXCLUDE EXPERT TESTIMONY UNDER SEAL AND ONE DAY LATE

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached Exhibits in support of the Government's Oppositions to Defendant's Motions to Exclude Expert Testimony under seal and one day late. As grounds for this motion, the government incorporates by reference Tsarnaev's Assented-to Motion to Seal, which he filed in connection with all of his Daubert motions.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ Aloke Chakravarty
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARY
NADINE PELLEGRINI
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served via electronic mail to Judy Clarke, Esq., counsel for Dzhokhar Tsarnaev, on December 22, 2014.

*/s/ Aloke Chakravarty*
ALOKE CHAKRAVARTY