# EXHIBIT C1

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

Dr. Sebastian L. Gorka:

# U.S. v. DZHOKHAR TSARNAEV
# Expert Report

<u>SUMMARY</u>

This report is based upon my twenty-three years of experience in counterterrorism and academic analysis of terrorism as applied to the documents supplied to me by the U.S. Attorney's Office for the District of Massachusetts as part of the case of <u>U.S. v. Dzhokhar Tsarnaev</u>.

In the report I cover:

- The characteristics and evolution of the modern global Jihadist Movement
- Key concepts of the Jihadist Movement and how they apply to its use of terrorism
- The role of Jihadist media and the use of the internet to recruit and radicalize individuals to become terrorists, and to disseminate the techniques and tradecraft used in terrorist attacks
- The way in which the Jihadist Movement has exploited geopolitical events around the world
- The significance of evidence found in the possession of the accused as related to the Jihadist Movement and acts of terrorism.

As will be seen, my conclusion is that the defendant, Dzhokhar Tsarnaev, identified with, and considered himself to be a part of, the global Jihadist Movement, and that he executed terrorist attacks in furtherance of and in accordance with the movement's declared objectives.

*U.S. v. D. Tsarnaev*                                    Dr. Sebastian Gorka
Crim. No. 13-10200-GAO                                      Expert Report
                                                            SEP 2 2014

This conclusion is based upon the very large library of extremist materials (2,000-plus pages, as well as numerous audio and video files) in the possession of the defendant, and most importantly, upon documents he himself wrote.

The pivotal such document that clearly indicates Tsarnaev's conscious identification with the Jihadist Movement is the statement he left in the boat where he was found to be hiding after the Boston Marathon bombings.

The Defendant's written statement is clearly informed by the jihadist concept of *al wala al barra*, which stipulates that a Muslim owes no allegiance to, and must not obey the laws of, any political system that is not run by Muslims, and that such un-Islamic systems must be destroyed.

**Experience**

I am the Major General Matthew C. Horner Distinguished Chair of Military Theory at the Marine Corps University, a privately-endowed, non-governmental position.  I teach and conduct executive research on terrorism, counterterrorism, and the grand strategy of Jihadism.

Prior to taking the Horner Chair I was on the faculty of the National Defense University for six years, eventually serving as the Associate Dean of Congressional Affairs and Relations to the Special Operations Community.  As such I was part of the International Counterterrorism Fellowship Program of the Department of Defense which provides graduate-level education and partnership capacity-building to the interagency and US allies and partners involved in the global campaign against Al Qaeda and Associated Movements (AQAM).

For four years before coming to the US, I was on the faculty of the Program for Terrorism and Security Studies at the George C. Marshall Center, US European

*U.S. v. D. Tsarnaev*                                    Dr. Sebastian Gorka
Crim. No. 13-10200-GAO                                    Expert  Report
                                                          SEP 2 2014

Command, where I was involved in the counterterrorism education and training of over
one thousand counterterrorism and intelligence officers from around the world.

Although I am now a US citizen, when I lived in the United Kingdom, I served in the
British Territorial Army's Intelligence and Security Group (V), which was a reserve
military unit with counterterrorism responsibilities.

In addition to my position with the Marine Corps University, I am currently an Adjunct
Professor with Georgetown University and an Associate Fellow with Joint Special
Operations University, US Special Operations Command (SOCOM).  I am a lead
instructor for SOCOM's Special Operations Combating Terrorism Course, and teach on
two other SOCOM counterterrorism courses.  I am also a regular instructor for the US
Army Special Operations Command's John F. Kennedy Special Warfare Center and
School where I teach the block "Thinking Like a Jihadist Terrorist."  I also teach for the
Counterterrorism Division of the FBI on their Joint Terrorism Task Force and
Counterterrorism Operations courses, and I am course designer and director for the
FBI's Terrorism: Origins and Ideologies course.

I have published in excess of 180 monographs, book chapters and journal articles on
national security, and terrorism more specifically.  These include for *JANES Terrorism
Monitor* and *JANES Islamic Affairs Analyst*, as well as the *Harvard International Review*,
and *Special Warfare*, the official periodical of the US Special Forces.  I am contributing
co-editor of the McGraw Hill text: *Toward a Grand Strategy against Terrorism*, and have
testified before Congress on the global campaign against the Jihadist Movement and
have briefed the same topic for the CIA and the Office of the Director of National
Intelligence.

My undergraduate degree in philosophy and theology was from London University.  I
was a post-graduate fellow at Harvard's Kennedy School of Government and I have a
PhD in political science from Corvinus University Budapest.  My dissertation was on the

difference between politically- and religiously-motivated terrorism and the
consequences for national security policy.


**The Evolution of the Modern Jihadist Movement**


Jihad is a concept central to the religion of Islam.  It can refer to many different activities
from *striving* to live a good life without sin, to martial *fighting* against unbelievers.


With regard to the latter usage, who constitutes an unbeliever can vary greatly.[1]
Historically, the targets of violent jihad have ranged from Arab tribes who rebelled
against the early Caliphs to the leaders of the Muslim community themselves when they
were deemed to be un-Islamic.  In the latter instances, when "believers" used force
against those who also called themselves Muslims, the principle of *takfir* was often
invoked.  Associated predominantly with the scholar Taqi ad-Din Aḥmad ibn Taymiyyah,
*takfirism* is the widespread use of the accusation that a Muslim has, by his or her
actions, committed apostasy and is therefore no longer a true Muslim and must
therefore be killed.


In the 20th Century, geopolitical events helped catalyze a modernization and
reconceptualization of jihad by several key authors and politico-religious leaders
employing modern takfirism.  This eventually resulted in the establishment of today's
global Jihadist Movement and terrorist groups such as Al Qaeda.


The Jihadist movement is inexorably tied to the idea of the *Caliphate*, or the theocratic
empire of Islam, that was established by the founder of the religion, Abu al-Qasim
Moḥammad ibn Abd Allah ibn Abd al Muṭṭalib ibn Hāshim, a/k/a Mohammad.

---

[1] See Sebastian Gorka: "Understanding History's Seven Stages of Jihad", *CTC Sentinel*, Vol. 2. No. 10,
Oct. 3, 2009, Combating Terrorism Center at West Point, available at:
https://www.ctc.usma.edu/posts/understanding-history's-seven-stages-of-jihad .

The Caliphate, which had been established and was then enlarged very rapidly after the founding of Islam, stretching from Southern Spain to Central Asia and beyond, lasted as a politico-religious entity for over a millennium, controlled by different dynasties, and headquartered variously in Mecca, Damascus, Baghdad, and Istanbul.

The Caliphate's most modern version, lasting into the 20th century, was the Ottoman Empire.  This embodiment of the theocratic regime of Islam faced an existential threat after it decided to side with the forces of Germany and the Austro-Hungarian Empire in World War One but then lost the war.

In order to prevent the forcible partition of the whole Caliphate, the Ottomans decided to reinvent and reform the Islamic Empire into the modern secularized republic of Turkey under the leadership of Mustafa Kemal Ataturk.  The most significant part of the modernization process, from the point of view of modern jihad, was the formal dissolution of the Caliphate by the government of Istanbul in 1924.

With the new Turkish government forcibly separating mosque and state in a new secular republic, the loss of the theocratic character of the thousand-plus year old successor entity to the empire would become a cause for violence to those who saw the decision as a triumph of heretical western values over the non-negotiable attributes of Islam.

Most influential among such actors was Hassan al Banna, the founder of the *Ikwaan al Muslimeen*, or Muslim Brotherhood (MB).  Established in the Suez region of Egypt less than five years after the dissolution of the Caliphate, the Brotherhood had as it mandate the re-establishment of the theocratic Empire through subversion of existing local governmental regimes and through Holy War (jihad).

This is best demonstrated by the official motto of the Brotherhood:

> *Allah is our goal.*
> *The Prophet is our leader.*

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

> *The Quran is our constitution.*
> *Jihad is our way.*
> *Death in the service of Allah is the loftiest of our wishes.*[2]

With the persistent waning of Western colonial control in the Middle East and North Africa in the years after WWI and WWII, the Muslim Brotherhood grew in influence across the region, often in ways that threatened the newly independent governments that had been established after the withdrawal of the Western powers.  As a result, the MB was frequently suppressed or outlawed and its leaders imprisoned or executed by the new post-colonial governments of the Arab and Muslim world.

Second in importance only to al Banna himself is the Muslim Brotherhood strategist and author Sayeed Qutb.

A minor official in the Egyptian Ministry of Education in the 1950s, he came to the United States on an exchange program to study our school system.  After spending two years in the US he concluded that America represents a godless and materialist civilization antithetical to all that is good in Islam and that it must be destroyed.

Returning to Cairo he decided to provide the answer to how this destruction must be wrought and why.  Chief amongst the works he wrote which to this very day shapes and influences the jihadist movement around the world is the slim text *Milestones*.[3]

Key to Qutb's argument is the belief that Islam has lost its way and that only war can purify the Muslim community and win back greatness for Islam and glory for Allah.

According to the author, the world is once again in a state of pagan ignorance of the one true god, a state that the Koran refers to a *jahalliyyah*.  In fact the situation is so dire

---

[2] For full details see Thomas Joscelyn: *The Muslim Brotherhood: Understanding it Roots and Impact*, Foundation for Defense of Democracies, undated.
[3] The title is sometimes translated as *Signposts Along the Way*.
www.kalamullah.com/Books/Milestones%20Special%20Edition.pdf .

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert  Report
SEP 2 2014

that Qutb is adamant that no one state existing today is truly Islamic.  They have all been subverted by the materialism endemic in their societies and the invidious influence of the un-Islamic values of the West.

Additionally, Qutb saw democracy itself as a great threat to the sovereignty of Islam.  In a democracy men make laws over other men and that is the same as dictatorship, according to Qutb.  What is more, Islam is quite explicit in his reading, in that there can only ever be one legislator: Allah.  As a result of the dictatorial nature of democracy and the fact that democratic systems by definition abrogate the authority of the creator, Qutb decreed that all democracies must be destroyed.[4]

Together, the ideas of al Banna and Qutb and key regional events in the first half of the 20th century laid the the foundation for a reconceptualization of jihad for the modern era.  This reconceptualization would be operationalized by events in 1979 that would see the creation of an international jihadist movement and the conditions for the eventual establishment of global terrorist groups such as al Qaeda.

The year 1979 marked a turn of century in the Arab/Islamic world given their use of the lunar-based *hijra* calendar.  1979 in the Middle East and for Muslims everywhere represented the move from the year 1399 hijra to the year 1400 hijra.  As with most civilizations, the advent of a new century was met with great expectation, with the belief in the likelihood of significant events associated with the new year 1400.  Indeed, the year would see three very significant occurrences.

The first happened in the Shia world and was the Iranian Revolution.  The importance of the fall of the Shah's regime's and its replacement by the Ayatollah and theocratic Supreme Council cannot be overestimated and is not limited to the Persian community or Shia world.

---

[4] See Albert j. Bergesen (ed.): *The Sayyid Qutb Reader*, Routledge, 2008.

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert   Report
SEP 2 2014

With its core message of a revolution meant to utterly reject the Western model of governance and its separation of "church and state," the events in Tehran in 1979 still stand as a clarion call to all who wish to see Islamic theocracy re-established and who believe that democracy is *haram*, or forbidden, and that a Muslim may only live in an Islamic state and under (Islamic) sharia law.

The fact that this Shia-led theocratic and revolutionary state still challenges the West today acts as a catalyst and source of motivation for Sunni fundamentalists as well, such as those found in Al Qaeda.  Both Sunni and Shia extremists agree on the need for theocracy.  Where they differ is on the question of who should be in control and which version of the religion will inform the theocracy, Shiism or Sunni Islam.

The second event of the "new" century occurred on the very first day of the new Islamic year, *Murrham* 01 1400, or November 20th 1979.  On that day several thousand jihadist terrorists armed with automatic weapons laid siege to, and captured, the holiest site in Islam, the Grande Mosque of Mecca.  This event, which shocked not only the Kingdom of Saudi Arabia but also the broader Islamic world, would have ramifications for international, religiously-informed terrorism that are still felt today.

The jihadists had come to the conclusion that the Muslim world was so corrupted by lack of fealty to Allah and the influence of heretical Western values that it could only be cleansed and returned to greatness by a purifying Holy War, or jihad.  First among the target of the terrorists was the government of Saudi Arabia itself and the royal House of Saud which was deemed to be a puppet regime of the West and in a state of apostasy.[5]

Given the fact that the official title for the monarch of the Kingdom of Saudi Arabia is the Protector of the Two Holy Sites (Mecca and Medina), the assault was especially damaging for the then King and his royal house.  This damage was later compounded when it was discovered that the terrorists had been endorsed and blessed in their

---

[5] Yaroslav Trofimov: *The Siege of Mecca: The 1979 Uprising at Islam's Holiest Shrine, and the Birth of al Qaeda*, Doubleday, 2007.

assault against the "apostate House of Saud" by numerous members of the Saudi *ulema*, or clerical class.[6]

After almost two weeks, the jihadists were finally killed or captured but the siege of the Grand Mosque established an example for those who wished to rebuild a new, purer Islam and use deadly force to do so.

The last and most operationally important event in 1979, from the point of view of the future Al Qaeda and the internationalization of the Jihadist Movement, was the Soviet invasion of Afghanistan.  Although technically a socialist state, Afghanistan was historically Muslim and thus fell into the category of *Dar al Islam*, or permanently Muslim territory.  As such, when it was invaded without provocation by the troops of a Western and atheistic state, the USSR, this doctrinally necessitated *defensive jihad* to re-establish Muslim rule and expel the infidel invaders.

A Palestinian cleric from Jordan named Abdullah Azzam, who had a PhD in Islamic Studies and Jurisprudence from the most important Sunni theological institution in the world, the Al Azhar in Cairo, decided to become part of the effort to liberate Afghanistan from the infidel.[7]

Azzam decided that without external help the outnumbered Afghans would not be able to resist the Soviet forces.  As a result he established the anodyne sounding Services Bureau (*Maktab al Khidamat*), or MAK.  The MAK, based first in Pakistan and later in Afghanistan itself, was an organization for recruiting and training non-Afghans (*Arab Mujahedeen*) to become holy warriors in the war against the occupying infidel forces of the USSR.

Azzam  travelled the world with a message of fighting back against the persecution of Muslims, attracting Egyptians, Yemenis, Jordanians, and Saudis, among others, to

---

[6] Op. cit.
[7] Lawrence Wright: *The Looming Tower: Al-Qaeda and the Road to 9/11*, Knopf, 2006.

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

come and join the "holy war" against the infidel invaders. One of the Saudi Arabians attracted to the cause, and who would later become Azzam's deputy, was Osama bin Laden.  It should be noted that of the jihadist texts found in the Defendant's possession, Azzam's are the most numerous.

Azzam should be appreciated as the individual who most internationalized and popularized the modern conceptualization of Jihad.  His 1979 fatwa, or religious decree, *Defense of Muslim Lands*,[8] also in the possession of the Defendant, is a seminal jihadist document and remains so within the global Jihadist Movement.

In it Azzam states that *Jihad*, holy war, is now *fard 'ayn*, an individual and universal obligation of all believers.  His logic for doing so is clear and his PhD from Al Azhar gives the document the true weight of an official fatwa, or religious decree.

Azzam's argument is that with the Soviet invasion Muslim territory and Muslim lives are under threat from the infidel.  However an official response on behalf of the global Muslim community will not be automatically forthcoming given that President Ataturk of Turkey dissolved the Caliphate in 1924.  As a result of that decision there is no Islamic Empire or Emperor (Caliph) left to declare a retaliatory war or to provide command authority for a military action against the infidel invaders.  As a result it is incumbent upon **all Muslims** to act individually in the name of Islam to protect the faith and their co-religionists.

Azzam is also very specific with the wording of his fatwa.  He states that all Muslims, no matter where they live, rich or poor, must fulfill this religious obligation.  One of the first to do so was Osama bin Laden, Azzam's future deputy in the MAK who, when Azzam was assassinated ten years later in Pakistan, would inherit the whole organization and rename it *Al Qaeda al Jihad*, the Base for Holy War.

---

[8] http://www.religioscope.com/info/doc/jihad/azzam_defence_1_table.htm .

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

The last significant occurrence of 1979 came with the publication of a book on jihad by a general in the Pakistani armed forces.  The *Quranic Concept of War*[9] by Brigadier S. K. Malik is unlike any modern book by a Western military author and can be taken as a synthesis of Islamic military strategy and a religious justification of terrorist violence.

Endorsed by the then President of Pakistan, General Zia ul Haq, and the equivalent of the then Attorney General of Pakistan, the text reinforces Azzam's fatwa that Holy War is a obligation of all Muslims before going on to provide a three-part argument on what the purpose of war actually is and how it should be waged against the *kuffar*, or infidel.

The text opens with a repudiation of Western military thought as embodied in the foundational work of the Prussian strategist Carl von Clausewitz.  Clausewitz's groundbreaking text *On War* has as its theme the idea that war is simply "the ontinuation of politics by other means."  In other words, that war is a function of the modern nation-state whereby national interests are realized when other means, such as diplomacy or economic measures, fail.

In the first part of Malik's work this Western understanding of the purpose of war is completely rejected.  Instead, the General writes that **all wars may only serve one purpose, and purpose alone: the realization of Allah's sovereignty on the Earth**.

Secondly, Malik also rejects the Western practice of looking for multiple "centers-of-gravity" or key vulnerabilities to attack within the enemy during wartime.  Instead he states unequivocally that when fighting the enemies of Allah one should not look for multiple targets, such as command centers, resupply routes, or logistics hubs. According to Malik, there is only one target in the enemy that counts, and it isn't even a physical one.  According to *The Quranic Concept of War*, **the only target in war that matters at all is the soul of the infidel. The believer must convert them to Islam or kill them.**

---

[9] https://www.yumpu.com/pt/document/view/7647367/malik-quranic-concept-of-war

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

The last portion of the jihadist text is the most pertinent to the current threat of jihadi terrorism and events such as the bombing of the Boston marathon.  In it, Malik states that **since the soul of the infidel is the only target that matters in war, the most effective mode of attack is terror**.  As a result terrorism is the best tool to use against the non-Muslim, or infidel.


**The Objectives of the Global Jihadist Movement**

Based upon the works of al Banna, Qutb, Azzam, and Malik, and the pronouncements of other jihadist strategists and writers to include Anwar al Awlaki and Abu Muhammad Asim al Maqdisi, which were also found in the Defendant's possession, the objectives of the modern global Jihadist Movement can be summarized as follows:

• To violently eradicate pagan ignorance of Allah (*jahalliyyah*) from the world
• To eject foreign militaries and Western influences from Muslim lands (*Dar al Islam*)
• To destroy all un-Islamic political systems, especially Western democracies
• To re-establish the theocratic empire of Islam, the Caliphate.

The "true believer" must follow the way of *al wala al barra*.[10]  He or she must reject those things which are un-Islamic and by his or her actions show loyalty to Allah.  The nature of the acts taken in furtherance of Islam and for the good of Allah are bounded by the context of the believer.  If they live in Dar al Islam, territory that is ruled by Islamic leaders and in accordance with sharia, they must defend that territory from un-Islamic infidel influence or they must travel to those places where their coreligionists are at war with the infidel, or to the heart of the enemy, as the al Qaeda operatives did on September 11th 2001, and wreak havoc within the center of disbelief.

---

[10] For a detailed, and perhaps the best, explanation of al *wara al barra* see Stephen Ulph's "Islamism and Totalitarianism: the Challenge of Comparison", in Katharine Gorka and Patrick Sookhdeo (Eds.) *Fighting the Ideological War: from Communism to Islamism*, The Westminster Institute, 2012.

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

If the believer is living in *Dar al Harb* -- literally *The House of War* -- they must chose between *hijra* or *jihad*. **They must emigrate to Muslim lands or destroy the un-Islamic system in which they find themselves**.

In the case of the Defendant, these elements were combined. His family background in Russia contained the elements of a Muslim community ruled and persecuted by an un-Islamic leadership -- the infidel regime in Moscow -- and at the personal level, with the move of the Tsarnaev family to the US, the Defendant was in the position to have to chose between emigration to a Muslim land or jihad against the infidel state in which he lived.

If the later is chosen, then the narrative of Jihadist Movement is clear that the violent actions taken should include terrorist acts designed to maximize civilian casualties.[11] The theme here is that the suffering of Muslims around the world at the hands of the infidel must be avenged through the suffering of those "punished" through terrorist attack.[12]

Closing this ideological progression is the narrative's guarantee of salvation. Those that embark on Jihad are described as qualitatively better than other believers, and those that die in the performance of Jihad, who become *shaheed*, or martyrs to Islam, will achieve paradise and enjoy eternal rewards in the highest levels of heaven.[13] This latter theme of the rewards the shaheed will enjoy is covered at great length by the series of lectures by the Al Qaeda leader Anwar al Awlaki entitled *Hereafter* which were also consumed by the Defendant.

---

[11] See the terrorist tradecraft sections of the al Qaeda magazine *Inspire* detailed below.
[12] See the discussion of the video and audio *nasheeds* (Islamic chants) found in the possession of the Defendant and discussed below, especially: *When will the Muslim Ummah Unite?*
[13] Jihadist nasheed: *When will the Muslim Ummah Unite?* Details below.

*U.S. v. D. Tsarnaev*                          Dr. Sebastian Gorka
Crim. No. 13-10200-GAO                           Expert  Report
                                                   SEP 2 2014

## Key Concepts of the Global Jihadist Movement and Lexicon of Relevant Terms

There are numerous Arabic words which apply to and recur within the literature of the Jihadist Movement and which are central to the concepts used to recruit members to acts of violence and to justify those acts religiously.  The most important include:

*Al wala al barra*: the concept of being loyal to that which pleases Allah, and renouncing or subverting that which does not please Allah.  This is used by the Jihadist Movement to explain to its members that a "true" believer must not be loyal to an un-Islamic system, and if he does not leave that system he must subvert and destroy it.  This is the choice between *hijra* and *jihad*.

*Caliphate*: the theocratic Empire of Islam established by Mohammad in Mecca which grew rapidly and changed its center to Damascus and Baghdad, and finally was headquartered in the early 20th century in Istanbul, and known as the Ottoman Empire.  Dissolved and replaced by the secular Turkish Republic under President Mustafa Kemal Ataturk, both the Muslim Brotherhood and the global Jihadist Movement have as their strategic objective the re-establishment of the Caliphate.

*Fard 'ayn*: an individual and universal obligation upon all Muslims, as applied to *Jihad* by Abdullah Azzam and others.

Firdaws: the highest level of *Jannah*, the Muslim paradise.  This level is reserved for the most righteous to include the prophets of Islam and martyrs to the faith, the *shaheed*.

*Hijra*: the journey undertaken by Mohammad to the city of Yathrib (latterly Medina) after he began to proselytize but was rejected by the pagan Arab tribes in Mecca.  The word hijra has been developed by jihadi extremists to describe the experience of a believer being rejected by an un-Islamic society, being forced into the hardship of a forced emigration, only to eventually find recognition after success in Jihad.

14

*Islamism*: is the word used to describe the modern belief that Muslims must live under Islamic systems that are theocratic, i.e. systems of governance that reintegrate politics and Islam as per the system created originally by Mohammad.

*Jihad:* can be used to refer to the striving of a believer against temptation or that which is forbidden (*haram*), or to physical war against the non-believer (*kuffar*).  For the global Jihadist Movement, Holy War, or Jihad, is an individual obligation of all Muslims which will bring about a cleansing of the world and the re-establishment of the Caliphate.

*Kuffar / Kufr*: the non-believer or infidel / Non-belief.  This can refer to the Atheist, Christian, or Jew, but also to the Muslim who has denied Islam and is therefore an apostate and must be killed.

*Jahalliyyah*: originally used to describe the pagan and idolatrous state of ignorance of the tribes of the Arabian Peninsula prior to the establishment of the Caliphate, this word is used by leaders of the Jihadist Movement to describe the lack of faith in the world today, especially among nominal Muslim communities who no longer submit themselves to the will of Allah.

*Jahannam*: the word for Hell in Islam, consisting of several levels with their own gates, each for a different degree of sinner.

*Jannah*: the Muslim equivalent of heaven, the paradise of the after-life consisting of numerous levels for the various grades of those rewarded.

*Qiyamat*: the word used to refer to the Day of Resurrection in Islam.  Analogous to Judgment Day in End Times.

*Shahada*: the first 'pillar' of Islam, the declaration whereby a Muslim formally becomes a member of the *ummah*, the global community of Islam, by asserting that: "There is but one God; Allah is his name; and Mohammad is his Messenger."

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

*The Black Flag of the Shahada*: the black banner bearing in white the Arabic text of the *Shahada* as used by al Qaeda and other terrorist groups such as ISIS/The Islamic State.

*Shaheed*: Martyr to Islam, the person who dies fighting the infidel in furtherance of Islam.  Used specifically by the global Jihadist Movement to recruit terrorists with the narrative that those who have died in Holy War will be greatly rewarded in heaven.


**Jihadist Use of the Media and the Internet**

The Office of the United States Attorney for the District of Massachusetts supplied me with electronic materials related to Al Qaeda and the Jihadist Movement found in the possession of the Defendant. These include dozens of e-books, jihadist *nasheeds* (Islamic chants), and video lectures from Al Qaeda leaders such as Anwar al Awlaki, as well as seven issues of the English language extremist publication *Inspire* magazine produced by Al Qaeda in the Arabian Peninsula under the editorship of Samir Khan. At the end of this report I provide the full list of documents examined, with a brief description of each one and their significance to the global Jihadist Movement and related acts of terrorist violence.

Given its significance in particular to the techniques and methods employed in the bombing of the Boston Marathon, I will here discuss the first issue of *Inspire* magazine and how its content connects to the Boston attack.

The first issue of al Qaeda's Jihadist magazine opens with a Letter from Editor explaining who the audience for the publication is:

"This Islamic Magazine is geared towards making the Muslim a mujāhid in Allāh's path."

16

The publication is then described as "the first magazine to be issued by the al-Qā`idah Organization in the English language."[14]

The issue goes on to praise the terrorist actions of Umar Farouk Abdulmutallab, the Christmas Day bomber:[15]

> "We call on every Muslim who feels any jealousy for their religious beliefs to expel the polytheists from the Arabian Peninsula, by killing all of the crusaders working in embassies or otherwise, and to declare war against the crusaders in the land of the Prophet Muḣammad - peace be upon him - on the ground, sea and air."

> "Hence, we say to the American people: as you support your leaders and are standing behind them to kill our women and children, rejoice for what is coming to you! **We will come to you with slaughter and have prepared men who love death as you love life, and with the permission of Allāh we will come to you with something you cannot handle. As you have killed us, so shall you be killed, and that tomorrow for its seeker is close**."

This is followed by personal messages from Osama bin Laden, the then head of Al Qaeda, and Ayman al Zawahiri, his deputy and the future head of the terror group.[16]

Most significant of all for the purposes of this case, is the section of the magazine entitled *Open Source Jihad*.[17] This will be a recurring section in future issues of *Inspire* and is described as:

> "A resource manual for those who loathe the tyrants; **includes bomb making techniques, security measures, guerrilla tactics, weapons training, and all other jihadi related activities**" and "It allows Muslims to train at home instead of risking a dangerous travel abroad"

---

[14] *Inspire* magazine, Summer 2010, p.2.
[15] *Inspire* magazine, Summer 2010, p.5.
[16] *Inspire* magazine, Summer 2010, pp.8-10 and p.11
[17] *Inspire* magazine, Summer 2010, p.31.

*U.S. v. D. Tsarnaev*                                Dr. Sebastian Gorka
Crim. No. 13-10200-GAO                          Expert  Report
                                                      SEP 2 2014

The section includes the now infamous article: *Make a Bomb in the Kitchen of your Mom*[18] which provides detailed instructions on how to prepare an improvised explosive device (IED), how to make detonators, primary charges, improvised timers for delayed detonation, and how to make such devices as lethal as possible through the use of nails and other metal ingredients to act as shrapnel. Note the explicit wording:

> "the inflammable substance needs to be contained in a strong container that would allow the pressure to build up and thus cause a damaging explosion."

The author recommends **pressure cookers** as the most effective container for the improvised explosive with shrapnel glued to the inside, and for maximum destructive effect advises that the device be placed "**in a crowded area**".[19]

The terrorist tradecraft section then provides instructions or how to use commercially available encryption keys to secure Jihadist communications and prevent detection by law enforcement, and gives advice on how to blend into one's surrounding and immerse oneself in local (infidel) culture to avoid detection.

Near the end of the magazine comes an article by Anwar al Awlaki himself, the individual considered to be the main driver behind *Inspire*.  Entitled: *Shaykh Anwar's Message to the America People and the Muslims of the West*,[20] it includes the statement:

> "I for one, was born in the US, and lived in the US for 21 years.  America was my home.  I was a preacher of Islām involved in non-violent Islāmic activism.  However, **with the American invasion of Iraq and continued US aggression against Muslims, I could not reconcile between living in the US and being a Muslim, and I eventually came to the conclusion that jihād against America is binding upon myself, just as it is binding on every other able Muslim**."

---

[18] *Inspire* magazine, Summer 2010, p.33-41.
[19] *Inspire* magazine, Summer 2010, p.40.
[20] *Inspire* magazine, Summer 2010, p.56-58.

Discussing the Fort Hood terrorist attack he describes its perpetrator, Major Nidal

Hasan as using violence in response to actions of the US government:

> "Niđāl Ḣassan (sic) was not recruited by al-Qā`idah; Niđāl Ḣassan was recruited by American crimes, and this is what America refuses to admit. America refuses to admit that its foreign policies are the reason behind a man like Niđāl Ḣassan, born and raised in the US, turning his guns against American soldiers. And **the more crimes America commits, the more mujāhidīn will be recruited to fight against it**."

Most significantly, Awlaki gives a very operational choice to Muslims living in un-Islamic

countries such as America, a choice based upon the principle of *al wala al barra*. He

tells the Muslims of America and the West:

> "To the Muslims in America I have this to say: How can your conscience allow you to live in peaceful coexistence with a nation that is responsible for the tyranny and crimes committed against your own brothers and sisters? **How can you have your loyalty to a government that is leading the war against Islām and Muslims?**"[21]

> "Hence, my advice to you is this: **you have two choices: either hijra** [migration] **or jihād. You either leave or you fight. You leave and live among Muslims or you stay behind and fight with your hand, your wealth and your word. I specifically invite the youth to either fight in the West or join their brothers in the fronts of jihād: Afghanistan, Iraq, and Somalia**."[22]

This message of leave un-Islamic lands or fight is reinforced by the one page document

found in the Defendant's possession entitled: *Jihad: The Forgotten Obligation.* This

states univocally that:

  - There is "No deed equivalent to Jihad"
  - That Holy War is "the obligatory act"
  - The most virtuous deed is Jihad
  - Other deeds cannot compete with Jihad
  - The person who does Jihad in Allah's path superior to other Muslims.

---

[21] *Inspire* magazine, Summer 2010, p.58.
[22] *Inspire* magazine, Summer 2010, p.58.

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert  Report
SEP 2 2014

The Office of the US Attorney also supplied me with over 65 audio or video files consumed by the Defendant.  These represent a significant collection of Jihadist materials and below are the details of the files most relevant to the bombing of the Boston Marathon.

*Aseer nasheed*: this is an audio and video file which uses the Islamic chant or *nasheed* format to disseminate the Jihadist Movement's call to violence in the face of perceived oppression.

The audio track is, in the Youtube file accessed by the Defendant, combined with a series of images and written statements.  The opening images of the video are of men in Islamic dress being held in prison, in confinement.  The nasheed speaks to the observers' feeling restless as if they are the actual captives and continues with the following words displayed on the screen:

> *This feeling of humiliation is surrounding me,*
> *as I see our heroes being chained by the worthless (disbelievers)*
> [this is accompanied but what appears to be an image of Guantanamo detainees]
> *I am imprisoned O my Lord, without any guilt (except determination),*
> *motivated by the call of Jihad*
> [these words being superimposed over an image of **Omar Abdel Rahman, a/k/a the Blind Sheikh**, who is currently serving a life sentence in relation to the 1993 World Trade Center bombing.]

Then the following text is displayed:

> *O my Lord! The one who is Almighty over the people*
> *People whose oppression no words can describe*
> [with the image of US soldiers amongst civilians in either Iraq or Afghanistan],
> *And have patience O captive you are free*
> *To the hereafter you will go without any chains.....*"

The video continues:

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

> *O unshakeable one...you will roar and you will revenge*
> *for that sake of Allah (swt)* [*subhanahu wa ta' ala* / Glory to him the exalted]"

This is followed by a still shot of a poster with the words:

> *"What can my enemies do to me?*
> *I have in my breast both my heavan (sic) and my garden.*
> *If I travel they are with me, never leaving me.*
> *Imprisonment for me is a chance to be alone with my Lord.*
> ***To be killed is martyrdom & to be exiled from my land***
> ***is a spiritual journey,***"

It continues:

> *And the hope of **the heroes** is to live with dignity*
> *And **if they die then Jannah** [paradise/heaven] **and Hurul'een**
> [chaste females] await*
> *And the hope of the heroes is to live with dignity.*

This is accompanied by three photos of **Abu Hamza al Masri** and the superscript: *May Allah (SWT), Free our Brother in Islam.*

Abu Hamza, a/k/a Kamel Mustafa, was the UK-based radical cleric extradited to the US and convicted earlier this year of material support of terrorism.[23]  This is followed by the words: "*And if they die then Jannah and Hurul'een wait*" and a picture of **Ali al Timimi** with the superscript: *May Allah (SWT) Release our Beloved Sheikh from the hands of the Kaffireen* [Infidels].

Al Timimi was convicted of enlisting individuals to wage war against the United States in the *Virginia Jihadi Network* trial of 2005.[24]

The Defendant also consumed material concerning "Commander Khattab," a Saudi national whose real name was Thamir Saleh Abdullah Al-Suwailem.  He is significant insofar as he was a key figure in not only the mujahedeen resistance against the

---

[23] USA v. Mustafa, Kamel Mustafa et al.
[24] USA v. Al Timimi, 04-CR-385.

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

Soviets in Afghanistan in the 1980s but also in the First and Second Chechen wars against the Russian Federation.

The *Commander Khattab* video file[25] is a hagiographic representation of the Jihadist's life in the form of a nasheed with numerous battlefield images, including Khattab with a surface to air man-portable missile system (MANPAD).

Khattab was one of the most important figures in the international Jihadist Movement who in the 80s was an associate of Osama bin Laden and a leader of the *Islamic International Brigade* which he established 1998 with Shamil Basayev.[26]  Later he would become the head of the *Arab Mujahedeen in Chechnya* (a/k/a *Ansar in Chechnya*).  As such he was involved in establishing training camps in southeastern Chechnya, "which trained unemployed young Chechen men and Muslims from throughout Russia for a jihad that was far greater in scope than originally envisioned by Chechnya's nationalist leadership."[27]

The nasheed *When will the Muslim ummah Unite?* was presented as being in the possession of the Defendant in both video and audio format.

The video[28] and accompanying voiceover is a highly compressed version of the key elements of the Jihadist Movement's narrative.  It opens by describing the 1924 dissolution of the Islamic Empire, the Caliphate, as a catastrophe after which the West invaded Islamic territories and:

>   [P]ledged us to useless flags and brought the kuffar [infidels] *to our lands.*

---

[25] https://www.youtube.com/watch?v=bmX-Wbyo99A .
[26] National Consortium for the Study of Terrorism and Responses to Terrorism (*START*), University of Maryland. See http://www.start.umd.edu/tops/terrorist_organization_profile.asp?id=4357
[27] *START*, op. cit.
[28] https://www.youtube.com/watch?v=CvrRLsXE5RI .

Then the nasheed speaks of the Western culture of which the Muslims "became instant fans" and how they abandoned their religion "so Allah abandoned us."  It continues as follows:

> *So when we strayed from Islam a wake-up call we were handed.*
> *And the troops of the devils in our nations quickly landed to colonize the Muslims*
>
> *The worst amongst us were made to lead us*
> *They too were oppressors and didn't even feed us.*

This is followed by:

> **The time is for Jihad and Salaam** [Peace] **to the believers who participate.**
>
> **We stand humiliated until we rethink our aims**
> **We are here to reestablish Islam on this Earth**
> *So by the will of Allah let's give Islam a rebirth*

The video closes with a passage from the Koran (4:95):

> *Not equal are those of the believers who sit (at home),*
> *except those who are disabled,*
> *and those who strive hard and fight in the cause of Allah*
> *with their wealth and their lives.*
> **Allah has preferred in grades those who strive hard and fight**
> **with their wealth and their lives above those who sit** *(at home).*
> *Unto each, Allah has promised good (paradise),*
> *but* **Allah has preferred those whose strive hard and fight,**
> **above those who sit** *(at home),* **by a huge reward**.

The audio file *The Man who went to Jannah* [heaven] *without Praying* is a brief recounting of a tale in which a man is fatally wounded in battle.  The significance of the story is that the man had never prayed to Allah or even fasted in the manner prescribed by the "Pillars of Islam."  Nevertheless, the story ends with the otherwise un-Islamic individual being rewarded with life in jannah, or heaven, because when asked before his

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

death whether he fought "for the sake of Islam" he answered "Yes."  As such he qualified as a *shaheed*, a martyr of Islam, and is rewarded with entry into paradise.

The narrator concludes by noting that **being a martyr to Islam** "**is the one deed that would guarantee a person the highest level of jannah without doing anything else**."

The last two files are the *Rasool Allah Inspiring Words Of Truth!* and *Rasool Allah The Prophet Of Mercy And War!*

The first is a harsh critique of the way Muslims currently live their lives and is a call for believers to understand the depth of their responsibilities as Muslims.

The speaker identifies the most frightening part of the Koran as the one which deals with Judgement Day, when all the actions of each person will be judged and all will be held accountable.  In the last part of this first file, the audience is reminded that Mohammad said "**I am the one that will wipe the kuffar** [infidel] **from the face of this Earth**."

The second file has the same speaker talking over the sounds of battle quoting Mohammad again as saying: "I am the prophet of Jihad.  **I am the prophet of massacre**." and exhorting his audience not to follow the middle way, not to simply avoid that which is *haram* [forbidden] and at the same time take no action to establish the Caliphate, since "Islam should dominate," and it is the believers responsibility to be at the "forefront" of this effort and make it a reality.

**The Significance of Evidence Found in the Possession of the Accused as Related to the Jihadist Movement and Acts of Terrorism**

Even if the Boston bombing had not occurred, or if the documents belonging to the Defendant had been provided to me without any reference to his identity or any specific attack, my twenty-plus years of experience with terrorism, and the analysis of Jihadism

in particular, would have immediately led me to the conclusion that these documents belong to an individual who identifies himself with the global Jihadist Movement and who uses its ideology to justify terrorist violence.

The thousands of pages of jihadist documents supplied to me by the U.S. Attorney's Office represent a very extensive collection of key authors and works central to the Jihadist Movement.  More important, the documents authored by the Defendant himself, as well as the images, videos and audio tracks in his possession, provide first-hand evidence of his self-identification with the Jihadist Movement, with its objectives, and with the violent means for achieving these goals.

Since 9/11 -- and even before -- there have been numerous attempts to identify the key ingredients of the radicalization process that lead to Jihadist violence.  Despite the existence of important works such as Marc Sageman's *Understanding Terror Networks*[29] and the contribution made to the discussion by the NYPD report *Radicalization in the West: the Homegrown Threat*,[30] there is no one pattern to how a non-violent individual becomes a member of the Jihadist Movement willing to execute terrorist acts.

In the case of the Tsarnaevs, one can point to geopolitical events that may have contributed to the process of radicalization, or at least accelerated it, such as the success of Islamist forces in Syria or the renewed fighting between Israel and Hamas, but the only tangible similarity between this incident and other acts of jihadist violence is the ideology shared by the perpetrators, the narrative of an Islam infected by Western influence and a loss of faith; the oppression of Muslims; the need to re-establish a theocratic system of governance; and action to punish the infidels and destroy their un-Islamic systems.

---

[29] Marc Sageman: *Understanding Terror Networks*, University of Pennsylvania Press, 2004.
[30] M. D. Silber and Arvin Bhatt: *Radicalization in the West: the Homegrown Threat*, NYPD Intelligence Division, 2007.

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

The narrative written in the boat where the Defendant was apprehended after the bombing cannot be read in any way but as the testimony of an individual who has knowingly participated in terrorist acts because he subscribes to the ideology of global Jihad and wishes to kill for this cause and so receive eternal rewards.

According to the documents provided and written by the Defendant, his progress toward the religiously justified use of terrorist violence was not rapid or sudden but the result of several years of radicalization. This is supported by the open sentiments expressed in several of the high school papers he wrote.

Beginning with the Defendant's brief untitled essay for his Honors World Lit. course, he describes a family history shaped by the need to leave Russia as a result of the putative persecution and violence meted out by the government against the Tsarnaev family for being Chechen Muslims -- violence which in his World Lit. 2. essay he refers to as a "genocide" comparable to the Holocaust.

The Defendant is very clear in his essay entitled *A New Journey* that his identity is that of being a Chechen, a people he typifies as being brave "fighters." He tells of his anger at the cowardice of the Chechen relative his was living with after having moved to the US. For the Defendant, Chechens are "Spartans" who are "undefeatable," typified by Tsarnaev's grandfather who fought the Russians and whom he calls a hero in his Student Questionnaire. In the same questionnaire he is adamant: "I am not an American".

Then in his two papers on the book *Ask Me No Questions* by Marina Budhos, the Defendant agrees with and amplifies the argument that the events of September 11th 2001 led to a "dehumanization" of Muslim immigrants in the US and the broader Muslim world, and in his essay *The Predator War*, he calls the US use of drones "basically murder" which could spark a "rebellious movement."

Together these sentiments can be considered as the foundation for the beliefs that fed the Defendant's radicalization, his move to violent acts of terrorism, which culminated in Tsarnaev's justification and explanation of his actions as provided in the narrative left in his hand in the boat where he was captured.

In that written evidence the Defendant is explicit in his praise and admiration for his brother who, through his violent acts in the preceding days, has achieved the highest level of heaven.

All the Defendant says he is praying for now is for "Allah to make me a shahied" (sic), since his brother, who is now dead, has been rewarded with being amongst the most righteous in paradise, thanks to his status as a martyr to the faith.

Reprising the theme of persecution and genocide from his high school essays on the Chechen Muslims of Russia, the Defendant accuses the US government of "killing our innocent civilians."  The Defendant writes that as a Muslim he must respond in kind because that is "how Muhammad wanted it to be."  The Holy Warriors, the mujahideen must awaken, "fighting men who look into the barrel of your gun and see heaven".

There is no doubt in the tone, or qualification of his approval of his brother's terrorist acts and his desire to emulate them.

**Aspects of the Case Relevant to the Sentencing Phase**

The Boston Marathon Bombing represents a quintessentially Jihadist operation.

Although the narrative of the Jihadist movement is one in which alleged oppression must be responded to by an elite class of warrior, those that chose to be mujahedeen or soldiers of Allah, the actions thus initiated do not lead to any form of conventional mode of warfare.

The nation-state members of the international system, America included, have no issue with recruiting, or even conscripting, young men and women to be soldiers risking their lives on the battlefield.  Yet, when they do so, these individuals are bound by the international Laws of War, as based upon the Hague and Geneva Conventions and Protocols which regulate armed conflict.  The global Jihadist Movement utterly rejects these requirements and limitations on the use of force and instead focuses on methods of attack and target-selection philosophies which aim to achieve the exact opposite of what the Laws of War were intended to do, i.e.: regulate the use of force and minimize non-combatant civilian casualties.

From S.K. Malik's text *The Quranic Concept of War* to the first issue of the Al Qaeda magazine *Inspire*, with its instructions for how to turn a pressure cooker into an IED and maximize injuries by including extra shrapnel and placing the device in crowded public areas, the Jihadist Movement has encouraged the targeting of helpless men, women, and children, be they office workers in downtown Manhattan on 9/11, civilian commuters on British mass-transit on 7/7, or marathon runners on Boylston Street.  In doing so the Jihadist Movement follows an age-old tactic: since it cannot directly defeat the un-Islamic state it ultimately wishes to destroy, it targets those members of its society that are unprotected and so generates fear amongst the broader population and thereby increases the pressure upon the political elite to acquiesce.  This double dynamic of terrorist targeting can be represented visually as:



*The Direct and Indirect Dynamics of a Terror Attack
and the Importance of the Intemediary Soft Target*

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert   Report
SEP 2 2014

The objective of the terror attack is therefore to sow as great a fear as possible through the general population by using means that are wholly unpredictable, unregulated by the Laws of War, and which engender a lack of trust in the capacity of the state to protect its citizens.

The more civilians that can be killed, maimed, or psychologically damaged for life, the more successful the Jihadi operation has been.  A mass amateur sporting event in a major city fits this requirement perfectly.  At the same time, should the operation lead to the deaths of the perpetrators, that is in fact also a positive result, since the Jihadist narrative guarantees salvation and eternal rewards for the martyred mujahedeen.

Dzhokhar Tsarnaev consumed a wealth of extremist material produced and propagated by the global Jihadist Movement.  This movement has as its objective the destruction of un-Islamic systems and the establishment of a theocratic Caliphate. Its methodology calls for terrorist attacks against non-Muslims and provides extensive details on how to execute attacks which maximize civilian casualties.

Through his writings and his actions the Defendant demonstrated not only a sympathy for the Movement and its objectives but a willingness to act as a "soldier of Allah" and kill or hurt as many people as possible in the hope of being rewarded as a martyr to Islam.

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

**Inventory of Defendant's Documents with Notes on Significance**

_____: *Inspire* magazine, Summer 2010

The first issue of the English language Jihadist magazine of Al Qaeda in the Arabian Peninsula (AQAP). An historically significant publication that **includes the instructions for how the make an improvised explosive device out of a pressure cooker**. See above.

_____: *Inspire* magazine, Fall 2010

With a letter from Osama bin Laden on the need to destroy the state of Israel, this issue has a long article by Abu Mus'ab al-Suri entitled *The Jihadi Experience - the Open Fronts & the Individual Initiative,* which connects the activities of the mujahedeen in Bosnia with those of the Jihad in Chechnya and Afghanistan. Al-Suri discusses at length the role of the individual jihadi and the efficacy of "Small Cell" Jihad adding that: "Our new method for jihadi operations in the Global Islamic Resistance Call is a global method and call. Likewise, the present military theory is also dependent upon moving on a global horizon." (p.20)

The issue also includes a piece by *Inspire's* American editor Samir Khan entitled: ***I am Proud to be a Traitor to America*.** In that article Khan writes: "I was about to officially become a traitor of the country I grew up in for most of my life..." "...I was ready for it, that's because I am an individual convinced that **Islam's claim to power in the modern world is not going to be as easy as walking down a red carpet or driving through a green light. I am acutely aware that body parts have to torn apart, skulls have to be crushed and blood has to be spilled in order for this to be a reality. Anyone who says otherwise is an individual who is not prepared to make sacrifices that heroes and champions make.**" (p.47)

U.S. v. D. Tsarnaev                                    Dr. Sebastian Gorka
Crim. No. 13-10200-GAO                                 Expert Report
                                                          SEP 2 2014

_____: *Inspire* magazine, Winter 2010

Quoting Congressman Peter Hoekstra of the House Intelligence Committee calling *Inspire* "an unfortunately well-done magazine and a virtual how-to guide for becoming a terrorist." this issue has articles from Osama bin Laden, Anwar al Awlaki and Adam Gadahn.

Gadahn writes: "So, my brothers, you must get ready to perform your vital role in the global jihad against the leaders of kufr'" and "**Jihad is still obligatory on you as long as you are capable**".

In his article Awalki writes: "And if you think that the mujahidin are the foremost of the people in the qualities of the victorious group, then that is right, for Shaykh al-Islam (Ibn Taymiyyah) said that they are the people of jihad in al-Shām during that era."  (*Al Sham* is the word denoting Greater Syria, or the Levant, which in eschatological Jihadi literature is considered to be the area in which the "Final Jihad" will be fought.)

_____: *Inspire* magazine, November 2010

This special issue of *Inspire* is dedicated to the AQAP Printer Cartridge Bomb Plot, part of a campaign codenamed *Operation Hemorrhage* by Al Qaeda.

_____: *Inspire* magazine, Spring 2011

Includes articles from Ayman al Zawihiri and Anwar al Awlaki.

Zawahiri focuses on the argument that America is at war with Islam and that is why Jihad is required from the true believer: "assisting the mujahidin wherever they are in the land of Islam and helping the oppressed as well as striving to liberate the land of the Muslims from the armies of the contemporary Crusades in Afghanistan, Pakistan, Iraq, the Arabian Peninsula, Somalia and the Islamic Maghreb."

Analyzing the geopolitical events occurring in the Middle East and the importance of Egypt, Awlaki notes: "If one would trace back the roots of today's jihad movement,

*U.S. v. D. Tsarnaev*                                Dr. Sebastian Gorka
Crim. No. 13-10200-GAO                              Expert Report
                                                        SEP 2 2014

one would see clearly the strong influence of the Egyptian Islamic movement. It was Sayyid Qutb and then the Egyptian Jihad that represented the ideological basis for today's jihad work." thus recognizing the Muslim Brotherhood author and strategist as a foundational influence on the global Jihadist Movement.

_____: *Inspire* magazine, Summer 2011

Dedicated to the death of Osama bin Laden, this issue announces Ayman al Zawahiri as the new head of Al Qaeda and thanks Tehrik e Taliban, the Pakistani terrorist group, for executing attacks in revenge for the death of bin Laden.

In the *Open Source Jihad* section there are the continued instructions in the proper use of the AK-47 as well as the recipe for Acetone Peroxide explosive.

_____: *Inspire* magazine, Winter 2012

Most of this issue is concerned with lionizing the recently killed Anwar al Awalaki and Samir Khan, the editor of *Inspire*.

The *Open Source Jihad* section includes instructions on how to prepare, assemble, and deploy a firebomb, including a timed initiator.  **The section also has instructions on which countries to target (those at war with Islam), includes a map of the United States** (p. 35), and a subsection on being an "urban assassin" (p.37).

In the later section *Unremorseful Mujahid* the "Christmas Day bomber", Umar Farouk Abdulmutallab, (a/k/a Umar al-Faruq al -Nigri) is quoted: "**The mujahideen are proud to kill in the name of God. And that is exactly what God told us to do in the Qur'an**".

_____: *Jihad: The Forgotten Obligation*, (_____. No date).

A one page document that describes why **Jihad is "the obligatory act"** unmatched by any other and **performed by the "best" of all Muslims**. (See details above)

32

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

ibn ABDIL AZIZ, Abdul Qadir: *Jihad and the Effect of Intention Upon It*, (At-Tibyan Publications. No date)

A shorter text full of Koranic and Hadith quotes extolling the importance of Holy War. For example: "And training and **Jihad are from the best ways of becoming closer to Allah, and are better than all of the voluntary actions**," (no page numbering, p.11 of standard print-out).

ibn ABDIL AZIZ, Abdul Qadir: *The Five Ground Rules for the Achievement of the Tradition of Victory or its Absence*, (At-Tibyan Publications. No date)

Thirty-plus page text on victory in Holy War as contingent upon Allah, and how the true believer will always be victorious against the infidel.

ibn ABDUL AZIZ, Abdu Qadir: *Fundamental Concepts Regarding Al-Jihad*, (At-Tibyan Publication. 2004).

At over 240 pages in length, this is a detailed text on the necessity of Holy War against the infidel. Almost every page uses direct quotations from the Koran or the Haddith collections to explain why the world is divided into believers and non-believers and why martyrdom should be the goal of the most committed. For example, from Section Six on the the types of Jihad: "So *Al-Haqq* (i.e. Allah), the Majestic and Most High, commanded going out and fighting them and seeking them and besieging them. And these verses are from the clearest, of the last ones, which were revealed (about *Jihad*)." Or later on from the same section: "**And fight them until there is no more Fitnah** [discord or division in Islam] **and the religion (worship) will all be for Allah**." (p.56)

al AHDAL, Abd Allah ibn Abd al Bari: *The Slicing Sword*, with Foreword by Anwar al AWLAKI, (At-Tibyan Publications. 2009)

A whole text on the concept of *hijra*, -- migration for the sake of Allah -- and *al wala al barra* ,-- loyalty to Allah and disavowal of the enemies of Allah and their systems.

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

Quoting repeatedly from the Koran and the Hadith, this work explains why a muslim must resist the infidel who trespasses on muslim soil (*Dar al Islam*) and why a muslim cannot live in a country run by non-muslims. Quoting Ibn Taymiyyah, and hadith the author declares that "'Whoever imitates a people, then he is from them,'" (p.22) i.e. **if a muslim follows the ways and the laws of the infidels in whose system he lives, he himself becomes an infidel.**

AWLAKI, Anwar al: *Hereafter* and *Battle of Badr* & *Uhud* audio lectures, (____, No Date)

A very extensive series of lectures by the leading Al Qaeda figure and contributor to *Inspire* magazine dealing with key events in Mohammad's life, the stages of a believers life before and after death, and the signs indicating the onset of the Day of Judgement.

AZZAM, Abdullah: *Defense of Muslim Lands*, (_____, 1979)

One of the most important - if not the most important - fatwas connected to the modern global Jihadist Movement.  Written by the founder of the MAK, the proto-Al Qaeda, this holy decree laid the foundation for **Jihad as an individual obligation incumbent on all Muslims**. (See details above).

AZZAM, Abdullah: *Join the Caravan*, (_____, No Date)

Written in the context of the Soviet invasion of Afghanistan this is another central document for the modern Jihadist Movement, explaining as it does the reasons for Holy War.  The text also deals with the issue of why a Muslim cannot exist within a state that is un-Islamic (p.9) and the great rewards that are guaranteed to the believer who dies a jihadi martyr: "**Jihad is the highest peak of Islam**." (p.17 and p. 19)

AZZAM, Abdullah: *A Message to Every Youth*, (At-Tibyan Publications. No date)

A shorter work, this is a translation of a lectures given by Azzam called 'at-Tarbiyah a-Jihadiyyah wal-Bina.  Using religious texts, traditional Islamic stories, and his own

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

anecdotes, Azzam exhorts the young believer not to waste his time or his life but to
dedicate themselves totally to Allah.

IBRAHIM, Naajeh, MAAJID, 'Aasim 'Abdul, and DARBAALAH, 'Esaam-ud-Deen: *In
Pursuit of Allah's Pleasure*, (_____. No date)

>A longer text on various aspects of Islam, including Holy War and built upon copious
quotations from the Quran and Hadith.  Includes a section on *al wala al barra*, or the
loyalty a Muslim must have to Allah above all else and the need to be disloyal to that
which is un-Islamic.  For example the author quotes Mohammad: ""The strongest
bonds of faith are loyalty to Allah and animosity to His enemies, love for Allah and
abhorrence of what he dislikes."  The degree of the servant's faith determines the
degree of loyalty he has towards Allah and the Prophet." (p.136)

ibn Katheer, Hafiz: *Book of The End : Great Trials and Tribulations*, (Dar-us-Salam
/Hoor-al-Ayn.com. No Date)

>A voluminous text of almost 750 pages concerned with all the different aspects of
Islamic End Times, and the Day of Judgement.

ibn MAHMUD, Husayn: *In Pursuit of Freedom*, (At-Tibyan Publications. 2003)

>A short work on the significance of the Afghan-Soviet war as the trigger for modern
Holy War. "**For the first time after ages and eras, a door to Jihad was opened,
and shook the Ummah from slumber, and awoke it**,". (Text not numbered but this
is from page one of a standard print-out)

ibn MAHMUD, Husayn: *The Giant Man*, (At-Tibyan Publications. No date)

>An almost 50 page hagiographic work dedicated to Mullah Mohammed Omar, the
leader of the fundamentalist Taleban forces in Afghanistan, who provided shelter
and support to Osama bin Laden when he was the head of the Taleban government.

al MAQDISI, Abu Muhammad Asim: *Precaution, Secrecy and Concealment*, [extracted
from *From the Fruits of Jihad*], (At-Tibyan Publications. No date)

*U.S. v. D. Tsarnaev*
Crim. No. 13-10200-GAO

Dr. Sebastian Gorka
Expert Report
SEP 2 2014

A shorter text on the use of *kitman* (secrecy or concealment) and deception within the Holy War agains the non-believer.

al MAQDISI, Abu Muhammad: *Advice Regarding 'Ubudiyyah*, (At-Tibyan Publications. 2005)

A brief text on the concept of servitude or "slavehood" to Allah which opens on its cover with a quote from the Koran: "So slay the infidels wherever you find them, take hold of them, encircle them and lie in wait to ambush them on each and every path".

al MAQDISI, Abu Muhammad 'Asim: *Millat Ibrahim* [*The Religion of Ibrahim*] - *and the Calling of the Prophets and Messengers*, 2nd Edition, (At-Tibyan Publications. No date)

An extensive text on disbelief and the infidel, including discussions on un-Islamic rulers.

MUJAHID, Abdul-Malik: Gems and Jewels - Wise Sayings, Interesting Events & Moral Lessons from the Islamic History, (Darussalam/Kalamullah.com. No date)

A large compendium of stories and anecdotes from Islam used to demonstrate how a believer should live their life.

Philips, Abu Ameenah Bilai: *Usool al-Hadith: The Methodology of Hadith Evaluation*, (International Islamic Publishing House. 2007)

A technical text written for the academic study and evaluation of Hadith.

Nadwi, Syed Abdul Hasan Ali: *The Role and Responsibilities of Muslims in the West*, (The Islamic Foundation. 1993)

A brief text on the challenge faced by **Muslims in the West**, this pamphlet speaks of **the need for such people to disassociate themselves from the Western lifestyle** (p.13) and of **the "small band" that will bring on an "epoch-making revolution."** (p.10)

QADHI, Abu Ammaar Yasir: *Du'a - The Weapons of the Believer*, (al Hidaayah. No date)

    A longer technical text on sundry aspects of Islamic worship under various conditions, including Jihad.

al-SADLAAN, Saalih ibn Ghaanim: *Fiqh Made Easy*, (Hoor-al-Ayn.com. No date)

    Extensive work on all aspects of Islamic Jurisprudence, to include a chapter on Jihad.

ZAYD, Bakr Aboo: *The Etiquette of Seeking Knowledge*, (Kalamullah.com. 1988)

    A lengthier discourse on attaining Islamic knowledge, the principles of Islamic jurisprudence, and Sharia law.

□

\*     \*     \*