Case 1:13-cr-10200-GAO   Document 785-7 SEALED   Filed 12/22/14   Page 1 of 8

# EXHIBIT B1

# Sebastian L. v. Gorka PhD.

Associate Dean & Associate Professor of War and Conflict Studies
College of International Security Affairs
**NATIONAL DEFENSE UNIVERSITY**



## Additional Positions / Prior Positions

- **Marine Corps University**
  Major General Horner Chair of Military Theory (as of July 1 2014)

- **Georgetown University**
  Adjunct Professor, *US National Security*, January 2011-present

- **Joint Special Operations University, US Special Operations Command**
  Associate Fellow and Lead Instructor, 2006-present

- **Institute for World Politics**
  Adjunct Professor, *Al Qaeda Enemy Threat Doctrine*, 2012-present

- **Foundation for Defense of Democracies**
  Director, *National Security Fellowship Program*, 2011-2014
  & Military Affairs Fellow, 2010-present

- **National Defense University**
  Director, *Homeland Defense Fellowships Program*, 2010-2012

- **George C. Marshall Center for European Security Studies, EUCOM**
  Adjunct Professor for Terrorism and Security Studies 2004-2008
  *Program for Terrorism and Security Studies*

- **Institute for Transitional Democracy and International Security**
  Founding Co-Director, 2003-2008

- **RAND Corporation**, Washington D.C.
  Policy Analyst, *Terrorism, European Security, Military Reform* 1999-2000

Case 1:13-cr-10200-GAO Document 785-11 Filed 12/22/14 Page 3 of 8
Case 1:13-cr-10200-GAO Document 785-5 SEALED Filed 12/22/14 Page 3 of 8

S. Gorka
CV

- **Harvard University, John F. Kennedy School of Government**
  Kokkalis Fellow in Public Administration 1998-1999

- **NATO Defense College**, Rome
  International Research Fellow, Fall Semester 1997

Education

- **Corvinus University**, Budapest
     Ph.D. in Political Science, 2008

Dissertation title:

*Content and End-State-based Alteration in the Practice of Political Violence since the End of the Cold War*

- **Budapest University of Economics and Public Administration**
     M.A. in Diplomacy and International Relations, *summa cum laude* 1997

- **London University**
     B.A. honors degree in Philosophy and Theology 1991

Memberships, Associations, Awards, Service

- Member of the **Research Council**, National Defense University
- Member of the **Publishing Board**, National Defense University
- Co-Chair of **Self-Assessment Working Group for Middle State Accreditation**, National Defense University

- Member of the Strategic Advisers' Group, **Atlantic Council of the United States**
- Founding-member of the **Council for Emerging National Security Affairs**
- Member of the International Advisory Board, *Terrorism* E-Journal, **Inter-University Center for Terrorism Studies**
- Contributing member (*Terrorism and Propaganda*), **Terrorism Research and Analysis Consortium**, Beacham Publishing

- Awarded the Department of *Defense's Joint Civilian Service Commendation* by **US Special Operations Command**, 2012

2

S. Gorka
CV

## Military Experience

From 1991-1994 served in 22 Company of the British Territorial Army (reserve), *Intelligence and Security Group (V)*, specializing in counter-terrorism and the Soviet/Russian military.

## Publications: Books, Book Chapters and Monographs (selected)

*A Citizen's Guide to War*
    Routledge, New York, NY, (in negotiations)

"How to Defeat Al Qaeda," in Natter, W. (Ed.) *American Strategy and Purpose: Reflections on Foreign Policy and National Security in an Era of Change*,
    Council for Emerging National Security Affairs, Washington DC, forthcoming

"Understanding and Defeating Al Qaeda," in Felkamp, J. (Ed.) *Theory and Politics of Terrorism*,
    Cognella Academic Publishing: San Diego CA, 2014

"The Power of Ideas: Propaganda, Strategic Communications, and the War Against Salafi Jihad," in Felkamp, J. (Ed.) *Theory and Politics of Terrorism*,
    Cognella Academic Publishing: San Diego CA, 2014

"The Enemy Threat Doctrine of Al Qaeda: Taking the War to the Heart of our Foe," in Gorka, Katharine, C. & Sookhdeo (Eds): *Fighting the Ideological War*
    Isaac Press, McLean VA, 2012

*Toward a Grand Strategy Against Terrorism*, Contributing Co-Editor with C. Harmon and A.N. Pratt,
    McGraw Hill, NY, NY, 2010

"Who's Winning the Battle for Narrative?" with David Kilcullen in *Influence Warfare*, Ed. James J. F. Forest
    Praeger Security International, Westport, CT, 2009

*Terrorism and Religious Extremism* in "Globalization in the 21st Century: How Interconnected is the World?"
    Emirates Center for Strategic Studies and Research (ECSSR) Abu Dhabi, 2008

*The War on Terror*
    The Global Perspectives Office, University of Central Florida, Winter 2006

3

934

Case 1:13-cr-10200-GAO   Document 785-11   Filed 12/22/14   Page 5 of 8
Case 1:13-cr-10200-GAO   Document 785-7 SEALED   Filed 12/22/14   Page 5 of 8

S. Gorka
CV

*The International Dimension of the Long War*, Executive Report,
    Joint Special Operations University, First Annual Symposium:
    "Countering Global Insurgency", JSOU, Hurlburt Field, Florida, 2006

*Security Sector Reform: suggestion of a 'minimum criteria' approach*, in Security Sector Reform in Central and Eastern Europe, Eds. W. Germann and A. Karkoszka,
    Geneva Centre for the Democratic Control of Armed Forces / Nomos,
    Baden-Baden, 2005

*Future Terrorist Targets, in Topics in Terrorism*, Eds. J. Purcell and J. Weintraub,
    The Atlantic Council of the United States, Washington, July 2005

Editor of *Nations, Alliances and Security*, by Chris Donnelly,
    ITDS / Akadémiai Kiadó, Kluwer Group, Budapest, 2004

*The Logic of NATO Enlargement in the Post-Cold War World*, NATO Defense College Monographs,
    NATO Defense College, Rome, Fall 1999

*The Post-Madrid Summit Environment: a CEEC view*, The Southeast European Yearbook, Eds.. T. M. Veremis and D. Triantaphyllou,
    Hellenic Foundation for European and Foreign Policy, Athens 1998


Journal Articles, Internationally Published Analyses (selected)

"Know Your Enemy," in *Special Warfare*
    USAJFKSWCS, Fort Bragg, May 2014

*Counterterrorism and Grand Strategy*, chapter in JSOU monograph
    Joint Special Operations University, Tampa FL, forthcoming

*The Complexity Trap* with Michael J. Gallagher, and Joshua A. Geltzer,
    Parameters, US Army War College, Spring 2012

*Inside Al Qaeda*
    Armchair General, May 2012

*Five Grave National Security Threats that the U.S. must Address Strategically*
    Human Events 05 May 2012

*How to Defeat Al Qaeda*
    Terrorism: An Electronic Journal and Knowledge Base, Vol. I, Issue 1, Aug 2012

*America and Al Qaeda: Who Will Win?*
    Defense Against Terrorism Review, NATO CoE/DaT, Vol. 4/1, Spring / Fall '12

4

Case 1:13-cr-10200-GAO   Document 785-11   Filed 12/22/14   Page 6 of 8
Case 1:13-cr-10200-GAO   Document 785-5 *SEALED*   Filed 12/22/14   Page 6 of 8

S. Gorka
CV

*An Actor-Centric Theory of War* with David Kilcullen
    Joint Forces Quarterly, Issue 60, first quarter 2011

*The Age of Irregular Warfare: So What?*
    Joint Forces Quarterly, Issue 58, third quarter 2010

*The One Surge that Could Defeat Al Qaeda*
    Foreign Policy.com, August 10th 2009

*Understanding History's Seven Stages of Jihad*
    Sentinel, Vol. 2 Issue 10, Combating Terrorism Center, USMA West Point, October 2009

*Contextualizing Counterinsurgency*, with Stephen Sloan
    The Journal of International Security Affairs, No. 16, Spring 2009

*Counter-Insurgency Theories Comeback*,
    JANES Terrorism and Security Monitor, April 5th 2007

*Al Qaeda and von Clausewitz – rediscovering the art of war*, Joint Special Operations University (JSOU) Symposium: "Countering Global Insurgency,"
    ITDIS, Budapest, 2006

*Article Five, Five Years On*
    NATO Review, NATO, Brussels, Summer 2006

*The American-Polish Alliance and the Role of Central Europe in US Security Policy* with G. Böszörményi-Nagy,
    Foreign Policy Review, László Teleki Institute, Vol. 3, Vo.1-2, 2005

*Jordanian Counterterrorist Unit Thwarts Chemical Bomb Attack*, with Richard Sullivan
    JANE'S Intelligence Review, Oct. 2004

*Al Qaeda's Next Generation*,
    Jamestown Foundation, Terrorism Monitor, Vol. II, Issue 15, June 29, Washington, 2004,

*A Change in Iraqi Insurgence*
    JANE'S Islamic Affairs Analyst, March 2004

*Two Years on from 11 September: Congress's View*
    JANES Terrorism and Security Monitor, September 2003

*Facing the WMD Threat*
    JANES Terrorism and Security Monitor, January 2003

*Biological Toxins: a bioweapons threat in the 21st Century*, with Richard Sullivan
    Security Dialogue, PRIO, Oslo, 2002, vol.33, issue 2

5

Case 1:13-cr-10200-GAO Document 785-11 Filed 12/22/14 Page 7 of 8
Case 1:13-cr-10200-GAO Document 785-5 *SEALED* Filed 12/22/14 Page 7 of 8

S. Gorka
CV

*Biological Toxins*
> JANES Intelligence Review, with Richard Sullivan, June 2002

*Narco-Terrorism: the Latin American Specialty*, Special Report, Pinkertons Global Intelligence Forecast,
> Pinkertons, Washington, July 2001

*The Bioweapons Convention's Impact on Bioindustry*, with Richard Sullivan,
> NATURE Biotechnology, August, 2000

Hungary Reinvents its Defence Force,
> JANES Intelligence Review, May 1997

Hungarian Military Reform and Peacekeeping Efforts
> NATO Review, NATO, Brussels, Autumn 1997

Hungarian Military Reform
> NATO Review, NATO, Brussels, Nov. 1995

## Media

Dr. Gorka has been published, interviewed and quoted in numerous European, Asian and US media organs, to include the **Financial Times**, **The Times of London**, **The Hill, Newsweek**, **Defense News**, **NATO Review, REUTERS, CBS, FOX, WABC, WMAL, CNN** and the **BBC**. He has recently been appointed editor for national security affairs at Breitbart.com.

He was a regular contributor to the **JANES Information Group** of the UK, having published more than 50 articles for that one publisher mainly in JANES *Terrorism and Security Monitor*, JANES *Islamic Affairs Analyst* and JANES *Intelligence Review*. A full list is available upon request.

## Academic Presentations – Conference Papers

Dr. Gorka regularly attends specialist conferences in Europe and the US and has been a featured speaker, for example, for **The Economist of London**, **USSOCOM**, **the US Army John F. Kennedy Special Warfare Center and School**, **NATO (SHAPE)**, the **CIA**, **The National Intelligence Council,** the **FBI** and **FBI Academy, The Joint Staff, Pentagon, USMA West Point**, the **School of Advanced Military Studies, Ft. Leavenworth**, the **Office of the Director of National Intelligence**, the **National Counterterrorism Center,** various civilian universities, (to include **George Mason** and **George Washington**), as well as **Air University (USAF)** and **The Marine Corps University**.

6

Case 1:13-cr-10200-GAO Document 785-11 Filed 12/22/14 Page 8 of 8
Case 1:13-cr-10200-GAO Document 785-57 SEALED Filed 12/22/14 Page 8 of 8

S. Gorka
CV

## Fields of Interest

*Grand Strategy; National Security; Terrorism; Insurgency; International Security; Totalitarianism; Strategic Communications; Transitional Democracies; Political Islam.*

## References

*Academic:*

**PROF. COLIN GRAY**
Professor of International Politics and Strategic Studies
UNIVERSITY OF READING
Berkshire



*Professional:*

**LIEUTENANT GENERAL JOHN MULHOLLAND**
Deputy Commander
US SPECIAL OPERATIONS COMMAND



*Personal*

**ROBERT "BUD" MCFARLANE**
Former National Security Adviser

Last updated: May 2014

7