EXHIBIT A1

# Statement of Qualifications

**Name of Lab:** FBI Laboratory                                 **Date**: 07/24/14

**Name**: Erich D. Smith                    **Job Title**: Physical Scientist

**Discipline(s)**:  Firearms /Toolmarks

**Education:**

1997, M.S. Forensic Science, Virginia Commonwealth University, Richmond, Virginia

1995, B.S. Biology, Minor Chemistry, Virginia Commonwealth University, Richmond, Virginia

**Employment History:**

February 2002 - current, Federal Bureau of Investigation, Physical Scientist, Firearms/Toolmarks Unit.   Expert witness in the field of firearms/toolmarks and serial number restoration.  Examines evidence, prepares case notes and issues findings regarding evidence submitted for firearms/toolmarks examination.  Provides training and assistance to federal, state and local law enforcement agencies with shooting reconstructions. Participates and is a member of the professional association, Association of Firearms and Toolmarks Examiners.  Assisted in the Firearms/Toolmarks Unit's Techniques in Firearms Identification and Shooting Incident Reconstruction schools, ASCLD/LAB *International* Assessor, formerly a SWGGUN representative.

June 2000 - February 2002, Federal Bureau of Investigation, Physical Scientist (Trainee), Firearms/Toolmarks Unit.  Preparing to qualify as an expert witness in the field of firearms/toolmarks identification, to include examining evidence, presenting examination of findings, as well as being a liaison for the firearms unit with entities within and/or outside the Bureau.

May 98 - May 2000, Federal Bureau of Investigation, Physical Science Technician.  Primary objective, to assist an examiner with administrative processing of evidence submitted for examination.  Also provides unit support and assistance regarding the maintenance of reference files and equipment, conducting research, and insuring safety.

September 97 - May 98, Virginia Division of Forensic Science, Analytical Chemist Assistant. Principle duties: DRUGFIRE, test-fires, water tank, cotton box, snail, serial number restoration, autopsies, reports, comparison microscope, stereo microscope, firing range, fracture match, distance determination, photography, firearms reference collection, and ammunition files.

July 96 - March 97, Virginia Division of Forensic Science, Internship.  Assist firearm examiners and DRUGFIRE entry.