EXHIBIT A2



*The Commonwealth of Massachusetts*
*Department of State Police*

DEVAL L. PATRICK
GOVERNOR

LIEUTENANT GOVERNOR

ANDREA J. CABRAL
SECRETARY

COLONEL TIMOTHY P. ALBEN
SUPERINTENDENT

*Firearms Identification Section*
*124 Acton Street*
*Maynard, Massachusetts 01754*

## Lieutenant David M. Cahill

**EDUCATION:**

2014          *Masters of Arts* - Criminal Justice
University of Massachusetts
Lowell, Massachusetts

2005          *Bachelor of Science* - Criminal Justice
Western New England College
Springfield, Massachusetts

1987          METROPOLITAN POLICE ACADEMY
Needham, Massachusetts

**EMPLOYMENT:**

1987 to present      COMMONWEALTH OF MASSACHUSETTS
*Massachusetts State Police*

2002          MASSACHUSETTS STATE POLICE
*Ballistics Section*
*Lieutenant*
(2002 to Present)
Duties: Executive Officer of the Firearms Identification
Section. Supervises Firearms Examiners in the Maynard and
Danvers Labs. Respond to crime scenes, gather and preserve
firearms and firearms related evidence. Attend autopsies,

observe wounds and receive evidence projectiles from Medical Examiners office. Conduct test firings of suspect weapons including distance type pattern tests when requested. Perform microscopic examinations of recovered evidence against test specimens from suspect weapon. Routine test firing of weapons to determine function and capability.

## EXPERT TESTIMONY:

Qualified as an expert in Firearms Identification. Testified numerous times.

MASSACHUSETTS SUPERIOR COURTS: Bristol, Essex, , Middlesex, and Worcester counties.
FEDERAL COURTS: Springfield, Worcester

## EXPERIENCE:

The field of Firearms Identification is an applied science. While schools teach theory and instruct techniques, hands-on experience provides the foundation of a skilled firearms examiner. Training is similar to an apprenticeship; you learn by working on actual cases with other experts in the field.

Experience to date includes:

- Examined and/or test fired in excess of 3000 different weapons.
- Conducted in excess of 2000 microscopic comparison examinations.
- Participated in numerous fatal shooting investigations; most of those being homicides.

The Firearms Identification Section uses various references including material from:

- Sturm, Ruger Armorers' school.
- Glock Armorers' school
- Remington Armorers' school

## HONORS:

2005    Certificate of Accomplishment
Recognition of the Massachusetts State Police partnership to create a safer society using the National Integrated Ballistic Information Network system.
*Awarded to the Firearms Identification Section*

2003    Division Commander's Commendation for Implementation of National Integrated Ballistic Information Network (NIBIN)

*Awarded to the Firearms Identification Section*

2003      Commonwealth Performance Recognition Citation for
Outstanding Performance
*Awarded to the Firearms Identification Section*

## CONTINUING EDUCATION – SCIENTIFIC:

2003      NIBIN SCHOOL
Largo, Florida
Description: Basic operator course for the NIBIN System held
at Forensic Technologies Training center in Largo, Florida

2003      SMITH & WESSON ARMORERS' SCHOOL
Springfield, Massachusetts
Description: Course on how weapons are manufactured and
assembled. This was an essential class since a major
responsibility of a Firearms Identification examiner is to
identify the toolmarks which are imparted upon a weapon
during the manufacturing process. It is those toolmarks created
during manufacturing that produce the microscopic differences
that a Firearms Identification examiner looks for during
microscopic exams.

2004      SIG SAUER ARMORERS' SCHOOL
SIGARMS Academy, Exeter, NH
Description: Course designed to instruct Firearms
Identification examiners how to assemble and function their
weapons expertly.

2004      Shooting Reconstruction Course
Henry C. Lee Institute for Forensic Science, University of New
Haven, New Haven CT.
Description: Advanced course in shooting reconstruction using
classroom and hands on training. Studying bloodstain and
trajectory analysis and Gun Shot residue.

2004      GLOCK ARMORES'S SCHOOL
Description: A course in the design, manufacturing, assembly
and repair of GLOCK semi-automatic pistols

2005                           Serial Number Restoration Course
                               Bureau of Alcohol Tobacco and Firearms
                               Framingham State College, Framingham, MA
                               Description: A course in the forensic sub-discipline of serial
                               Number restoration, which comprised twenty-four hours of
                               instruction and certification in serial number restoration.

2004                           COLT Defense Industries
                               Massachusetts State Police Academy, New Braintree, MA

2005                           FBI ACADEMY
                               Quantico, Virginia
                               Description: Techniques on Advanced Firearms Identification

2005                           Techniques in Toolmarks Identification
                               Presented by the FBI Firearms/Toolmarks Unit at Boston Police
                               Department
                               Description: Techniques on Toolmarks Identification

2006                           Basic Bloodstain Pattern Analysis
                               Presented by the Massachusetts State Police Crime Lab

2006                           Basic Firearms Instructor Course
                               Presented by the Firearms Training Unit at the Massachusetts
                               State Police Academy
                               Description: A basic firearms instructor course in pistol and
                               Shotgun.

2007                           BERETTA ARMORER COUSES
                               Presented by Beretta at the Boston Police Department

2008                           Examination and Comparison of Bullet and Shotshell
                               Projectiles.
                               Presented by Nancy D. McCombs at Boston Police Department
                               Description: Techniques in microscopic examination of
                               projectiles and shotshell projectiles.  Including the microscopic
                               examination of projectiles fired from consecutively
                               manufactured barrels.

2009                           AFTE Conference Miami Florida May 30 thru June 5.
                               Annual meeting of the Association of Firearms and Tool Marks
                               Examiners. Present for the presentation of numerous papers in
                               the field of Firearms Identification.  Also attended classes in
                               Barrel Making and Cartridge casings.

| | |
|---|---|
| 2010 | Shooting Reconstruction  February 2010<br>A 20 hour online course thru West Virginia University on the<br>concepts of shooting scene reconstruction. |
| 2010 | Heckler & Koch MP5 Armorer's  Course<br>A two day course in the assembly and disassembly and repair of<br>the various models and trigger groups of the Heckler & Koch<br>MP5 machinegun. |
| 2011 | Leica Microsystems Comparison Microscope course<br>A 8 hour course in Comparison Microscope Illumination and<br>Imaging Techniques. |
| 2011 | Tool Mark Course.  A 40 hour course in the Area of Tool Mark<br>Examination and Identification.  Held at the Massachusetts State<br>Police Crime Lab Maynard MA on Febuary 28-March 4 2011.<br>Instructors were Mr.David  Brundage and Mr. James Gannalo. |
| 2012 | Smith & Wesson M&P 15 Rifle Armorers Course<br>Smith & Wesson Academy Springfield, MA<br>A two day course in the care maintenance and repair of the Smith<br>& Wesson M&P 15 Rifle |
| 2012 | AFTE Conference Buffalo NY June 24 thru 29 2012<br>Annual meeting of the Association of Firearms and Tool Marks<br>Examiners.  Present for the presentation of numerous technical<br>Papers.  High Point Armorers Course. |
| 2012 | Smith & Wesson M&P Pistol Armorers Course<br>Smith & Wesson Academy Springfield MA<br>A one day course in the care and maintenance/repair of the<br>Smith & Wesson M & P series pistols. |
| 2013 | Remington Arms Armorer's Course and Factory Tour<br>Remington Arms, Ilion NY May 14-17, 2013<br>A four day Armorer Course on the Remington 870, 1187<br>Shotguns and the 700 Bolt Action Rifle |
| 2014 | Ruger Arms Armorer's Course and Factory Tour<br>Ruger Arms, Newport NH March 17-20, 2014 |



A four day Armorer's course on the Ruger Mini-14 Rifle, GP100 Revolver and the LC9/LCP semi-automatic pistols.

2014            AFTE Conference Seattle Washington May 10 thru 16 2014 Annual meeting of the Association of Firearms and Tool Marks Examiners.  Present for the presentation of numerous technical Papers.  Sub-Class Characteristics and 3D Technology Workshops

**LECTURES/TRAINING SEMINARS:**

Presented numerous Introductory Firearms Identification lectures for Massachusetts Police Academies (State and Municipal) in addition to the District Attorneys offices (Middlesex, Worcester, and Essex counties).
Lectured at Boston University School of Medicine.