# EXHIBIT C1

# Massachusetts State Police
# Firearms Identification Section

| Page | 1 | of | 41 |
|------|---|-----|-----|

| Case #13-08140 | Examiner's Initials & ID # _Jpc (a9)_ |
|---|---|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _6-27-13_ |

| | | | |
|---|---|---|---|
| 4-54  win one (1) ~ ~ (4-30-13) | 69 win | 84 win | 99 win |
| 55  . FC. | 70 win | 85 win | 100 win |
| 56  win | 71 -win | 86 win | 101 win |
| 57  win | 72 . FC. | 87 win | 102 win |
| 58  win | 73 . FC. | 88 win | 103 FC |
| 59  FC | 74 win | 89 . FC. | 104 FC |
| 60  win | 75 win | 90 . FC. | 105 FC |
| 61  win | 76 win | 91 . FC. | 106 win |
| 62  FC | 77 win | 92 FC | 107 win |
| 63  FC | 78 win | 93 . FC. | 108 FC |
| 64  win | 79 win (Live) | 94 . FC. | 110 win |
| 65  win | 80 . FC. | 95 . FC. | 111 win |
| 66  win | 81 win | 96 win | |
| 67  win | 82 win | 97 . FC. | |
| 68  win | 83 win | 98 win | |

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By:  Section Commander
Issue Date:  March 21, 2013

FIS-F003-v03.0

38- win
11 . FC.
8  FC
─────
57

56 discharged
1 Live.

COPY

# Massachusetts State Police
# Firearms Identification Section

| Page | 2 | of | 41 |
|---|---|---|---|

| | |
|---|---|
| Case #13-08140 | Examiner's Initials & ID # _JRG 009_ |
| Examination Start Date: 04-31-13 | Examination Finish Date: 8-27-13 |

4-54, 56, 57 58, 60 61, 64, 65, 66, 67, 68, 69, 70, 71
74, 75, 76, 77 78, 79, 81, 82, 83, 84 85, 86, 87, 88
96 98, 99, 100, 101, 102, 106, 107, 110, 111  9mm Luger
caliber discharged cartridge casings head stamp
" WIN 9mm Luger"

4-55, 72, 73, 80, 89, 90, 91, 93, 94, 95, 97
9mm Luger caliber discharged cartridge casings
head stamp "oFCo 9mm Luger"

4-59, 62, 63, 92, 103, 104, 105, 108  9mm Luger caliber
discharged cartridge casings, head stamp
"FC 9mm Luger"

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013


FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

| Page | 3 | of | 41 |
|------|---|-----|-----|

| Case #13-08140 | Examiner's Initials & ID # _Jone OC9)_ |
|----------------|-----------------------------------------|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _8-27-13_ |

4·79   ONE (1)   9mm   Luger   caliber   live   cartridge   head   stamp   "WIN 9mm LUGER"

After physical and microscopic examination of the 56 9mm Luger caliber discharged cartridge casings mention in submission #4 I found that these discharged cartridge casings have the same class characteristics as the test fires from Item 4-1 Ruger model P95 9mm pistol serial # 60217 ( caliber firing pin impressions). They also have sufficient quality and quantity of individual markings located on the breech face, firing pin aperture shear, firing pin drag. The 56 9mm Luger caliber discharged cartridge casings mentioned in

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



COPY

# Massachusetts State Police
# Firearms Identification Section

| Page | 4 | of | 41 |
|------|---|----|----|

| Case #13-08140 | Examiner's Initials & ID # _DM_ 0(9) |
|----------------|---------------------------------------|
| Examination Start Date: 6430-13 | Examination Finish Date: 8-27-13 |

Submission #4 were all fired by items 4-1
multiple
weapon.  STOP ports of Identification is are
(#11-5-17)                                    (#mc4-5-13)
included in the case file photographs

verified MC 5-9-13





13-08140
Item 4-1.7TF
Mag 28X

13-08140
Item 4-89
Mag 28X

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140



13-08140
Item 4-58
Mag 28X

13-08140
Item 4-106
Mag 28 X

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140



13-08140
Item 4-94
Mag 28X

13-08140
Item 4-89
Mag 28X

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140



13-08140
Item 4-92
Mag 22X

13-08140
Item 4-108
Mag 22X

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140



13-08140
Item 4-89
Mag 28X
".FC."

13-08140
Item 4-107
Mag 28X
"WIN"

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140



13-08140
Item 4-92
Mag 28X
"FC"

13-08140
Item 4-107
Mag 28X
"WIN"

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140