EXHIBIT C2

## Firearms Identification Section Worksheet



| Case #: 13-08091 13 08140 | Town: Cambridge | Incident Date: 04-18-13 |
|---|---|---|

| Container Letter: R | Outer Packaging: ☐ Paper Bag  ☐ Plastic Bag  ☐ Tyvek Bag  ☐ Envelope  ☐ Rifle Box  ☒ Handgun Box  ☐ Other | Other: ☐ SP348  ☐ Stolen  ☐ State FRB  ☐ ATF |

| Item #: 4-1 | Outer Packaging Markings: yes | |

| Description: | Seal Condition: ☒ Sealed & Marked  ☐ Sealed & Unmarked  ☐ Unsealed | |
| Firearm | Exam Location: ☐ DANV  ☐ LAKE  ☒ MAYN  ☐ SPRG  ☐ Other_____ | |

| Caliber | 9mm Luger |
|---|---|
| Make/Manufacturer | Ruger |
| Model | P 95 |
| Action/Firearm Type | S/A Pistol |
| Serial # | OBLIT |
| Importer | N/A |
| Barrel Length | 3 15/16 |
| Overall Length | N/A |
| Direction of Twist | 6R |
| Ammunition Capacity | 1 |
| Safety Functionality | Functions |
| Trigger Pull | N/A 3.48  3.72  3.27 |
| Measurement 1 | N/A  8.19  2 7.97  3 8.28 |
| Overall Functionality | Functioned |

**DRAWINGS ARE NOT TO SCALE**

Cylinder Capacity and Direction: *n/a*

Magazine Type and Capacity:
4-2-18
4-130-10

Ammunition / Headstamp:
Centerfire *n/a*      Rimfire *n/a*

| Test Fire Properly? ☒ Yes  ☐ No   Witness' initials: MFC |
|---|
| Remarks: The asim section Ammunition in MAK. |

| # of Test Fire Rounds Saved   9   Sample #  7-16 | NIBIN Rounds Saved ☐ |
|---|---|

| Examiner's Initials & ID # JVM  0C91 | Examination Start Date 04-22-13 | Examination Finish Date 04-22-13 |
|---|---|---|

This worksheet is intended as a guide for the firearm's examiner. Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.
Massachusetts State Police Forensic Services Group
Section Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013
FIS-F005-v03.0

Page 2 of 2

COPY

# Massachusetts State Police
# Firearms Identification Section

| | Page | 1 | of | 5 |
|---|---|---|---|---|

| Case #13-08091 | Examiner's Initials & ID # _DW OC9)_ |
|---|---|
| Examination Start Date: 04-22-13 | Examination Finish Date: 04-24-13 |

7-6 ONE (1) 9mm Luger discharged cartridge casing
head stamp "WIN 9mm Luger"

7-7 ONE (1) 9mm Luger discharged cartridge casing
head stamp "WIN 9mm Luger"

7-8 ONE (1) 9mm Luger discharged cartridge casing
head stamp "WIN 9mm Luger"

7-9 ONE (1) 9mm Luger discharged cartridge casing
head stamp "WIN 9mm Luger"

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

| Page | 2 | of | 5 |
|---|---|---|---|

| Case #13-08091 | Examiner's Initials & ID # *Jhy 097* |
|---|---|
| Examination Start Date: *04-22-13* | Examination Finish Date: *04-24-13* |

7-10 ONE(1) 9mm Luger discharged cartridge casing
head stamp "WIN 9mm LUGER"

After physical and microscopic examination of items
7-6 thru 7-10 against test fires from case #13-08140
Item #4-1 9mm Luger caliber RUGER model P95 DC
pistol serial # 03615, I found that these discharged cartridge
casings have the same class characteristics of caliber
as the test fires. They also posses sufficient quantity
and quality of individual marking's located on the breech
face. ONE area of identification is shown in the
sample photograph included in the case file. Items
7-6 thru 7-10 were all fired by item 4-1 weapon
of case # 13-08140

verified MFC 4-22-13


COPY

# Massachusetts State Police
# Firearms Identification Section

| Page | 3 | of | 5 |
|------|---|----|----|

| Case #13-08091 | Examiner's Initials & ID # _Jhe 0(9)_ |
|----------------|------------------------------------------|
| Examination Start Date: 04-22-13 | Examination Finish Date: 04-24-13 |

7-11  ONE (1) copper jacketed lead spent projectile
Weighing 117.1 Grains    6 R   DIA - Two DAMAGED
L/I  .078        G/I  .098

7-12  ONE (1) copper jacketed lead spent projectile
Weighing 120.5 Grains   6 R   DIA .3500-.3560
L/I  .078        G/I  .096

7-13  ONE (1) copper jacketed lead spent projectile
Weighing 118.5 Grains   6 R   DIA .3470-.3610
L/I  .078        G/I  .098

7-14  ONE (1) copper jacketed lead spent projectile
Weighing 116.9 G7   6 R   DIA .3525-.3365
L/I  .081        G/I  .098

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0

 COPY

# Massachusetts State Police
# Firearms Identification Section

| Page | 4 | of | 5 |
|------|---|----|----|

| Case #13-08091 | Examiner's Initials & ID # _Sme (KS)_ |
|---|---|
| Examination Start Date: _04-22-13_ | Examination Finish Date: _04-24-13_ |

7-15 ONE (1) copper jacketed lead spent projectile

weighing 124.0 G        6/R                pre TW damaged

L/I .078              G/I .090


After physical and microscopic examination of items
7-11 thru 7-15 against the test fires from item 4-1
of case #13-08140 9mm Luger caliber Ruger model
P95 9mm pistol serial # cncit, I found that these copper
jacketed lead spent projectiles posses the same class
characteristics as the tests (caliber, GRC, Land and Groove
widths impressions). They also posses sufficient quantity
and quality of individual markings located on the
Land and Groove impressions. Items 7-11 thru 7-15
were all fired from item 4-1 weapon of
case # 13-08140. ONE piece of identification

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By:  Section Commander
Issue Date:  March 21, 2013

FIS-F003-v03.0

COPY


# Massachusetts State Police
# Firearms Identification Section

| Page | 5 | of | 5 |
|---|---|---|---|

| Case #13-08091 | Examiner's Initials & ID # _Dme a9_ |
|---|---|
| Examination Start Date: 04-22-13 | Examination Finish Date: 04-24-13 |

is shown in the sample photograph included in the case file.

Verified JFC 4-22-13

Jme 4-24-13

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0

COPY

13-08091

| 7-11 | | 7-14 | |
|---|---|---|---|
| LI | .078 | LI | 081 |
| GI | .098 | GI | 099 |
| LI | 080 | LI | 080 |
| GI | 098 | GI | 097 |
| LI | 080 | LI | 078 |
| | | GI | 098 |

| 7-12 | | |
|---|---|---|
| LI | 078 | 7-15 |
| GI | 096 | |
| LI | .080 | LI 078 |
| GI | 095 | GI .088 |
| LI | 078 | LI 096 |
| GI | 095 | GI 090 |

| 7-13 | |
|---|---|
| LI | 078 |
| GI | 098 |
| LI | 080 |
| GI | 098 |
| LI | 081 |
| GI | 097 |





Commonwealth of Massachusetts
Department of State Police
Forensic Services Group
Front Desk Sudbury:    (508) 358-3110
Evidence Unit Phone:    (508) 358-3155

| Title of Case: **Fatal Shooting** | **Scene Responder** | |
|---|---|---|
| Date of incident: **04/18/2013** | | FSG Case Number : **13-08091** - **7** |

| Investigating Agency:  **MSP Middlesex County Detective Unit** | Investigating Agency Case #: |
|---|---|
| Incident Address: **Massachusetts Institute of Technology** | Special requests/comments: |
| Incident Town:  **Cambridge** | |
| Report to (Name):  **Trooper Michael Cashman** | |
| Phone #: **(781) 897-6600** | CRIM:        DNA:        TRACE:        ARSON:        TOX: |
| Email: | CSSS:        FIS:        DEMS:        **(FOR FSG USE ONLY)** |
| County DA's Office:  **Middlesex County** | ADA: |

| | Victim/Other's Name(s) | DOB | Sex | Race | | Suspect/Defendant's Name(s) | DOB | Sex | Race |
|---|---|---|---|---|---|---|---|---|---|
| V | Collier, Sean | 07/03/1985 | M | | S | Tsarnaev, Dzhokhar | | M | |
| O | Melo, Phillipe | 07/03/1985 | M | | S | Tsarnaev, Tameriam Anzorovic | 10/21/1986 | M | |

RECORD OF EVIDENCE SUBMITTED:  List item description and owner's name (or origin) of each item separately.

7-1 |Firearm |

7-2 |Ammunition | One (1) .45 Auto Caliber live cartridge from Chamber of Item 7-1.

7-3 |Magazine(s) | One (1) Magazine loaded with Ten (10) .45 Auto caliber live cartridges from Item 7-1.

7-4 |Magazine(s) | One (1) Magazine loaded with Ten (10) .45 Auto caliber live cartridges from duty belt.

7-5 |Magazine(s) | One (1) Magazine loaded with Ten (10) .45 Auto caliber live cartridges from duty belt.

7-6 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN".

7-7 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN".

7-8 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN".

7-9 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN". recovered inside MIT Cr. 285 - front passanger seat.

7-10 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN". recovered inside MIT Cr. 285 - front drivers seat in blood.

7-11 |Spent Projectile(s) | One (1) copper jacketed lead spent projectile, recovered inside MIT Cr. 285 - front passanger floor.

7-12 |Spent Projectile(s) | One (1) spent projectile from Collier Post Mortem Examination

7-13 |Spent Projectile(s) | One (1) spent projectile from Collier Post Mortem Examination

7-14 |Spent Projectile(s) | One (1) spent projectile from Collier Post Mortem Examination

The items reported to be in the packages were inventoried and documented above by a representative from the submitting agency. At the time of analysis, the assigned analyst/examiner will unseal the package and verify the inventory. In the event of a discrepancy between the actual inventory and that reported on this form, reconciliation shall be conducted in accordance with the Massachusetts State Police Forensic Services Group (FSG) Evidence Handling and Submission Manual. The undersigned submits this evidence on behalf of the investigating agency, who acknowledges that the FSG is responsible for conducting all tests according to standard procedures, and who authorizes the FSG to make all decisions regarding scientifically necessary deviations from said procedures. This may include sending an item(s) to another laboratory for analysis. All procedural deviations shall be documented in the laboratory notes according to laboratory procedure but notice of each such deviation need not be given to the agency

I, (3126)  TPR.  B Hughes , acknowledge receipt of the item(s) above from Lt. D. M. Cahill #0697.
3126

| 04/20/2013 | 9:55 am | **SP Ballistics - Maynard** | Printed or typed rank & name of Delivering Officer |
|---|---|---|---|
| Date | Time | Police Department / Agency of Delivering Officer | D. M. Cahill #0697 |
| | | | Signature of Delivering Officer |

IF THE STATUS OF THIS CASE CHANGES, PLEASE NOTIFY THE CASE MANAGEMENT UNIT IMMEDIATELY AT 978-451-3440.
PLEASE RETAIN THIS RECEIPT FOR YOUR RECORDS.

(Lab, Page 1 of 4)         YELLOW (DA, Page 2 of 4)         PINK (Evidence, Page 3 of 4)         GOLD (Deliverer, Page 4 of 4)

Massachusetts State Police Forensic Services Group
Evidence Submission Form
Issued By: Section Supervisor
Issue Date: January 10, 2013

ECU-F008-v10.0

Page 1 of 1

# MASSACHUSETTS STATE POLICE
## FIREARMS IDENTIFICATION SECTION



| DEPT: _Middlesex SPDU (MSP)_ | CASE #: **13-08091** |
|---|---|
| LOCATION: _Cambridge P.D_ | DATE: _04-21-13_ |

**OFFENSE:** POSS ☐  FATAL ☒  NONFTL ☐  ASSAULT ☐  OTHER

| TIME OF ARRIVAL: _13:50 hrs_ | SCENE:  SECURED ☒  NONSECURED ☐ |
|---|---|
| LIGHTING CONDITIONS: _Inside_ | WEATHER: _Clear_ |
| VICTIM: _Off. Sean Collier_ | DEFENDANT: |
| SUBMITTED BY: _Lt. D.M. Cahill_ | RECEIVED BY: |

| MAKE/MANUFACTURER: | |
|---|---|
| CALIBER: | MODEL: |
| SERIAL #: | FIREARM TYPE: |
| SAFETY POSITION: | HAMMER POSITION: |

_ONE (1) copper jacketed lead spent projectile_
_recovered from Fl. arms (unknown?) in Drive Side_
_of MSP cruiser #285_

| CASE #: | TOWN: |
|---|---|
| ADMINISTRATIVE REVIEW DATE: | TECHNICAL REVIEW DATE: |
| OFFICER: | OFFICER: |
| ID#: | ID#: |

This worksheet is intended as a guide for the firearm's examiner. Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.

Rev 07/06



# MASSACHUSETTS STATE POLICE
# FIREARMS IDENTIFICATION SECTION



ONE (1)  9mm  Luger caliber discharged cartridge casing hers stamp "WIN 9mm Luger" recovered from rear of MIT cruiser # 285

ONE (1)  9mm  Luger caliber discharged cartridge casing hers stamp "WIN 9mm Luger" recovered from rear of MIT cruiser # 285

ONE (1)  9mm  Luger caliber discharged cartridge casing recovered at the rear of MIT cruiser # 285

ONE (1)  9mm  Luger caliber discharged cartridge casing recovered from inside MIT cruiser # 285 - Front passenger seat

ONE (1)  9mm  Luger caliber discharged cartridge casing recovered from front driver seat in pocket Blue.

ONE (1)  copper jacketed lead spent projectile recovered from front passenger floor of MIT cruiser # 285

| CASE #: 13-08140 | TOWN: |
|---|---|
| ADMINISTRATIVE REVIEW DATE: | TECHNICAL REVIEW DATE: |
| OFFICER: | OFFICER: |
| | ID#: |

This worksheet is intended as a guide for the firearm's examiner.  Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.

Rev 07/06

13-08091




# The Commonwealth of Massachusetts
# Office of the Chief Medical Examiner

## ADDITIONAL AUTOPSY NOTES

NAME OF DECEDENT: Sean Collier            M.E. # _____-_____

Lims  13-08140
EJC 2455
4/19/13

COPY





# Commonwealth of Massachuse

## Office of the Chief Medical Examiner



# CHAIN OF CUSTODY FORM

NAME OF DECEDENT: _COLLIER ,Sean _____   M.E. # _2013-5338

DATE: __4/19/13_____   TIME: _____ *1705*_____

BULLETS / AND OR FRAGMENTS:                          *13-08140*

ITEM# 10: DEFORMED LARGE CALIBER GRAY METAL BULLET/ORANGE METAL JACKET
#2 CRIB PLATE TO RIGHT BRAIN

ITEM#11: DEFORMED LARGE CALIBER GRAY METAL BULLET/ORANGE METAL JACKET
#3 MIDDLE FOSSA TO LEFT BRAIN

ITEM#12:  DEFORMED LARGE CALIBER GRAY METAL BULLET/ORANGE METAL JACKET WITH GRAY
FRAGMENT
#1 NECK

                                              *BR 2499*

RELEASED TO: ____*Sgt. Brian Canquen*_____
            NAME

            ____*MSP   2499*_____
            ORGANIZATION AND ID # (IF APPLICABLE)

RELEASED BY: ____*Benjamin Stellmach*_____
            NAME

            ____*Morgue tech. 1*_____
            TITLE

                                    *13-08091*

OCME#3 Revised 1/10/13 (W)              COPY















COPY

















