# EXHIBIT C3

# Firearms Identification Section Worksheet

| | | |
|---|---|---|
| **Case #:** 13-08140 | **Town:** Watertown | **Incident Date:** 4-18-13 |

**Container Letter:** R

**Outer Packaging:**
☐ Paper Bag  ☐ Plastic Bag  ☐ Tyvek Bag  ☐ Envelope
☐ Rifle Box  ☒ Handgun Box  ☐ Other _____

**Other:** ☐ SP348  ☐ Stolen  ☐ State FRB  ☐ ATF

**Item #:** 4-1

**Outer Packaging Markings:** yes

**Description:** Firearm

**Seal Condition:** ☒ Sealed & Marked  ☐ Sealed & Unmarked  ☐ Unsealed

**Exam Location:** ☐ DANV  ☐ LAKE  ☒ MAYN  ☐ SPRG  ☐ Other _____

**Caliber:** 9mm Luger
**Make/Manufacturer:** Ruger
**Model:** P95
**Action/Firearm Type:** S/A Pistol
**Serial #:** 0B615
**Importer:** n/a
**Barrel Length:** 3 15/16
**Overall Length:** N/A
**Direction of Twist:** 6R
**Ammunition Capacity:** 1

**Safety Functionality:** Functions
**Trigger Pull:** S/A 3.48  3.72  3.27
**Measurement:** 1 DA/ 8.18  2 7.97  3 8.28

**Overall Functionality:** Functions

**Cylinder Capacity and Direction:** N/A

**Magazine Type and Capacity:**
4-2 double stack - 15 Live capacity
4-130 double stack - 10 Live capacity
13-9 double stack 10 Live capacity

**Ammunition / Headstamp:**
Centerfire: WIN / 9mm Luger
4-79-X1
13-9-X1

Rimfire: FC / 9mm Luger
4-137-
4-136-X
5-11-5-
X18

4-1, TF
3 T/F section saved x 8

**Test Fire Properly?** ☒ Yes  ☐ No   **Witness' initials:** MC
**Remarks:** T/F using three of the recovered live cartridges from item 4-139. No malfunctions were noted.

**# of Test Fire Rounds Saved:** 3  **Sample #:** 4-139.10   **NIBIN Rounds Saved** ☒

**Examiner's Initials & ID #:** JMW 0897
**Examination Start Date:** 04-30-13
**Examination Finish Date:** 08-27-13

This worksheet is intended as a guide for the firearm's examiner. Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.
Massachusetts State Police Forensic Services Group
Section Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F005-v03.0

Page 1 of 23


COPY

# Firearms Identification Section Worksheet

Case #: 13-08140

Town: Watertown

Incident Date: 04-30-13

Container Letter: Y

Outer Packaging:
☐ Paper Bag  ☐ Plastic Bag  ☐ Tyvek Bag  ☐ Envelope
☐ Rifle Box  ☒ Handgun Box  ☐ Other

Other:
☐ SP348    ☐ Stolen
☐ State FRB ☐ ATF

Item #: 4-131

Outer Packaging Markings: Yes

Description: Pellet Gun

Seal Condition:
☒ Sealed & Marked   ☐ Sealed & Unmarked   ☐ Unsealed

Exam Location: ☐ DANV  ☐ LAKE  ☒ MAYN  ☐ SPRG
☐ Other

DRAWINGS ARE NOT TO SCALE

Caliber: .177

Make/Manufacturer: UMAREX USA

Model: M&P 40

Action/Firearm Type: Pellet Gun

Serial #: 12H51903

Importer: UMAREX USA

Barrel Length:

Overall Length:

Direction of Twist:

Ammunition Capacity:

Safety Functionality:

Trigger Pull
Measurement 1         2         3

Overall Functionality:

Cylinder Capacity and Direction:

Magazine Type and Capacity:

Ammunition / Headstamp:
Centerfire          Rimfire

Test Fire Properly?  ☐ Yes  ☒ No   Witness' initials: _____
Remarks: Copy of a Smith & Wesson M&P 40 S/A pistol made in Taiwan by UMAREX USA.

# of Test Fire Rounds Saved _____ Sample # _____

NIBIN Rounds Saved ☐

Examiner's Initials & ID #: JWy 0697

Examination Start Date: 04-30-13

Examination Finish Date: 8-27-13

This worksheet is intended as a guide for the firearm's examiner. Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.
Massachusetts State Police Forensic Services Group
Section Worksheet
Issued By  Section Commander
Issue Date  March 21, 2013

FIS-F005-v03.0

Page 2 of 23





13-08140

COPY

http://www.umarexusa.com/CatalogImages/43-98-ZoomImage_LeftSide_large.jpg            8/6/2013



13-08140

COPY

http://www.umarexusa.com/CatalogImages/43-98-ZoomImage_RightSide_large.jpg         8/6/2013

# Massachusetts State Police
# Firearms Identification Section

| | Page | 1 | of | 1 |

| Case #13-08140 | Examiner's Initials & ID # _Axe 069_ |
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

Item 13-9 one (1) Ruger magazine with seven (7) live 9mm Luger caliber cartridges, head stamp "WIN 9mm Luger"
Massachusetts State Police Forensic Services Group  
FIS Examination Worksheet  
Issued By: Section Commander  
Issue Date: March 21, 2013

FIS-F003-v03.0

