EXHIBIT C4

# Massachusetts State Police
# Firearms Identification Section

| Page | 1 | of | 37 |
|---|---|---|---|

| Case #13-08140 | Examiner's Initials & ID # _JPM (M³)_ |
|---|---|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _8-27-13_ |

3-1  ONE (1) copper jacket fragment

weighing 3.3 grains

3-2  ONE (1) copper jacketed lead semi-projectile

weighing 166.4 grains    Rifling six grooves  DIR. Six grooves

After physical and microscopic examination of Items 3-1

and 3-2 I found that these items lack sufficient individual

microscopic markings in the areas examined to identify

to a specific weapon. Areas examined were either too

damaged or lack any markings of value.

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0




# Massachusetts State Police
# Firearms Identification Section

| Page 2 | of | 37 |
|---|---|---|

| Case #13-08140 | Examiner's Initials & ID #  _Dave  069_ |
|---|---|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _8-27-13_ |

4-119 ONE copper jacketed lead spent projectile
weighing 230.3 Grains Rifling 6R Dia .4550-.4610

After physical and microscopic examination of Item 4-119
I found that although the class characteristics of this item
are compatible with having been fired by Items 11-6
and 11-80, this item lacks sufficient individual microscopic
markings in the areas examined to identify or
exclude Items 11-6 or 11-80 (weapons) as the source of
this copper jacketed lead spent projectile.

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By:  Section Commander
Issue Date:  March 21, 2013

FIS-F003-v03.0

COPY

# Massachusetts State Police
# Firearms Identification Section

| Page | 2 | of | 37 |
|------|---|----|----|

| Case #13-08140 | Examiner's Initials & ID # _JVSE 0697_ |
|----------------|----------------------------------------|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _8-27-13_ |

---

4-112  ONE (1) copper jacketed lead spent projectile
weighing 151.6 grains     ?R     DIA .3800-.4005  poly rifling

4-113  ONE (1) copper jacketed lead spent projectile
weighing 166.7 grains     ?R     DIA .3105-.4025  poly rifling

4-114  ONE (1) Glock magazine

4-115  ONE (1) copper jacketed lead spent projectile
weighing 174.4 grains     ?R     DIA .3915-.3995  poly rifling

4-116  ONE copper jacketed lead spent projectile
weighing 164.5 grains     ?R     DIA .3940-.3990  poly rifling

---



# Massachusetts State Police
# Firearms Identification Section

| Page | 4 | of | 37 |
|------|---|----|----|

| Case #13-08140 | Examiner's Initials & ID # _Jann 0507_ |
|----------------|------------------------------------------|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _5-27-13_ |

4-117  ONE (1) Copper Jacketed lead spent projectile

Weighing 122.2 Grains     ?R     DIA. 3930-4015  poly rifling

Two copper/lead fragments with a total weight of 87.2 Grains

4-118  ONE (1) Copper Jacketed lead Spent projectile

Weighing 112.5 Grains     ?R     DIA-TOO DAMAGED  poly rifling

4-120  ONE (1) Copper Jacketed lead Spent projectile

Weighing 178.2 Grains     ?R     DIA. 3920-4030  poly rifling

4-121  Two (2) copper/lead Fragments

Total weight 31.9 Grains

4-124  ONE (1) copper Jacketed lead spent projectile

Weighing 169.6 Grains     ?R     DIA. 3955-3975  poly rifling

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

| Page | 5 | of | 37 |
|------|---|----|----|

| Case #13-08140 | Examiner's Initials & ID # _JWD (K6)_ |
|----------------|----------------------------------------|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _8-27-13_ |

4-136  Two (2) copper/lead arusable fragments
        Total Weight  7.1 Grams

4-137  ONE (1) copper jacketed lead spent projectile
        Weighing 164.8 Grams    Rifling rev damaged  DIA rev damaged  poly riflig

4-128  ONE (1) copper jacketed lead spent projectile
        Weighing 180.6 Grams    ?R      DIA .3925-.3985    poly riflig

4-132  ONE (1) copper jacketed lead spent projectile
        Weighing 181.6 Grams    ?R      DIA .3980-.3925    poly riflig

4-133  ONE (1) copper jacketed lead spent projectile
        Weighing 177.8 Grams    ?R      DIA .3810-.3920    poly riflig

Massachusetts State Police Forensic Services Group        FIS-F003-v03.0
FIS Examination Worksheet
Issued By:  Section Commander
Issue Date:  March 21, 2013



# Massachusetts State Police
# Firearms Identification Section

Cont 2

| Page ( | of | 3 7 |
|---|---|---|

| Case #13-08140 | Examiner's Initials & ID # _the (69) |
|---|---|
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

Item 4-134 one copper jacketed lead spent particle weighing 165.1 Grams. Rifling—two ranged grooves narrow poly Rifli

Item 4-135 one (1) .223/5.56mm caliber live cartridge head stamp " L C 08"

Item 4-136 one (1) 9mm Luger caliber live cartridge head stamp ".FC. 9mm Luger"

After physical and microscopic examination of item 4-134 I found it to be a copper jacketed lead spent projectile. It is severely damaged and does not contain any individual markings for a microscopic examination.

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By:  Section Commander
Issue Date:  March 21, 2013

FIS-F003-v03.0


COPY

# Massachusetts State Police
# Firearms Identification Section

| Page | 7 | of | 3 7 |
|------|---|----|----|

| Case #13-08140 | Examiner's Initials & ID # _DMC 0697_ |
|----------------|----------------------------------------|
| Examination Start Date: _04 30-13_ | Examination Finish Date: _8-27-13_ |

4-134.) one (1) copper jacketed lead spent projectile.
weighing 129.2 Grains    ?R    DIA .3510 - .4010    poly Rifling

After physical and microscopic examination of the above
mentioned items I found that although the class
characteristics of these items a compatible with having
been fired from a .40 caliber weapon with polygonal
rifling, these items lack sufficient individual microscopic
markings in the areas examined to identify or
exclude a single source weapon as the source of
these copper jacketed lead spent projectiles.

Massachusetts State Police Forensic Services Group          FIS-F003-v03.0
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013



# Massachusetts State Police
# Firearms Identification Section

| Page | 8 | of | 37 |
|---|---|---|---|

| Case #13-08140 | Examiner's Initials & ID # *illegible* 0197 |
|---|---|
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

Item 4-109   One (1) copper jacketed lead spent projectile
weighing 94.3 Grains    Rifling 6R         Dia - Too Damaged

Item 4-122   One (1) copper jacketed lead spent projectile
weighing 108.6 Grains    Rifling 6R        Dia .324 - .3720

Item 4-125   One (1) copper jacketed lead spent projectile
weighing 115.0 Grains    Rifling 6R        Dia   Too Damaged

As the results of Physical and Microscopic Examination
of the above mentioned items against the Test Fires
from item 4-1 9mm Luger Caliber Ruger
model P-95 SA pistol serial # 03615 I found
that the above mentioned copper jacketed lead spent
projectiles possess the same class characteristics of

Massachusetts State Police Forensic Services Group        FIS-F003-v03.0
FIS Examination Worksheet
Issued By:  Section Commander
Issue Date:  March 21, 2013



# Massachusetts State Police
# Firearms Identification Section

| Page 9 | of | 37 |

| Case #13-08140 | Examiner's Initials & ID # _JMy 06 9_ |
| Examination Start Date: _04 30 13_ | Examination Finish Date: _8 27 13_ |

caliber and rifling system. They Also passes sufficient

quantity and quality of individual markings listed

in the land and groove impressions. Items 4-119

4-122 and 4-125 were all fired by item 4-1 weapon

whose AREA of identification is shown in the sample

photographs included in the case file

verified DJH 8-12-13

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0





13-08140
Item 4-129.10TF
Mag 35X

13-08140
Item 4-109
Mag 35X

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140



13-08140
Item 4-129.10TP
Mag 35X

13-08140
Item 4-122
Mag 35X

Area of Agreement

This {Photgraph is intended to represent a sampling of Areas of Agreement

13-08140



13-08140
Item 4-129.10TF
Mag 35X

13-08140
Item 4-125
Mag 35X

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140

# Massachusetts State Police
# Firearms Identification Section

| Page | 11 | of | 37 |
|---|---|---|---|

| Case #13-08140 | Examiner's Initials & ID # _Sme  0(?)_ |
|---|---|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _8-27-13_ |

5-80   One (1) copper jacketed lead spent projectile weighing 105.8 Grains Rifling 6R   DIA two damaged

5-81   One (1) copper jacketed lead spent projectile weighing 112.7 Grains Rifling 6R   DIA too damaged

As the result of Physical and microscopic examination of Items 5-80 and 5-81 against Test Fires from Item 4-1 9mm Luger caliber Ruger model P95 5/9 pistol serial # 0rwt  I found that Items 5-80 and 5-81 posses the same class characteristics of caliber and land width impressions. Items 5-80 and 5-81 also posses sufficient quantity and quality of individual markings located in the land and Groove Impressions

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By:  Section Commander
Issue Date:  March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

| Page _12_ | of | _37_ |
|---|---|---|

| Case #13-08140 | Examiner's Initials & ID # _Jane 069_ |
|---|---|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _8-07-13_ |

Items 5-80 and 5-81 were both fired from item 4-1
weapon. one area of Identification is shown
in the sample photographs included in the case
file.

Verified PKS # 2927 8-9-13

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0





13-08140
4-129.10TF
Mag 35

13-08140
Item 5-80
Mag 35X

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140



13-08140
Item 4-129.10TF
Mag 35X

13-08140
Item 5-81
Mag 35X

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement

13-08140