# EXHIBIT C5

(02-08-12)



# FTU Toolmark Worksheet

| Date/Preparer: 06/02/13, eds | Description of Package: sealed plastic bag |
|---|---|

**General Description:**

| Type of Toolmark: see below | Toolmark Action: see below |
|---|---|
| Marked: yes – direct on Q582 and Q582.5 and labels on rest. | Composition: see below |
| Instrument: N/A | Performance Check: N/A |



**Q582, Q582-Q582.6**
Q582 is a group of wires, switch, 9v connector, and black piece of plastic. Q582 is a toggle switch removed wire attached, "20A 12V MADE IN CHINA" it has limited toolmarks of value from slippage from Phillips screwdriver in screws. Q582.5 is a 9v connector has two wires (red and black insulation), wire diameters 0.055", insulation on Q582.5 appears to have been removed with a stripper tool but no toolmarks of value.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: Q582, Q582.2-Q582.6 | Laboratory Number: 130420100 AAR NN |



FTU Toolmark Worksheet   Page 1 of 12 Date: 7/4/14

(02-08-12)



## FTU Toolmark Worksheet

| Date/Preparer: 07/07/13, eds | Description of Package: sealed plastic bag |
|---|---|

Q582.6 is a piece of plastic, black, marking "10.1" on side – no toolmarks of value. Q582.2 through Q582.4 are three wires with green/grey insulation with copper inner wires, lengths 1 3/16", 1' 11 ¾", and 4' 1", diameters 0.085". It appears the insulation on the ends of Q582.2 through Q582.4 were cut/sliced with a stripping tool – toolmarks of value in insulation. Labeled each end "A" and "B" for Q582.3 and Q582.4.



Q582.2-Q582.4

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: cont. Q582, Q582.2-Q582.5 | Laboratory Number: 130420100 AAR NN |



FTU Toolmark Worksheet                                   Page 2 of 12 Date: 7/4/14 B

(02-08-12)



## FTU Toolmark Worksheet

| Date/Preparer: 06/02/13, eds | Description of Package: sealed plastic bag |

**General Description:**

| Type of Toolmark: see below | Toolmark Action: see below |
| Marked: yes | Composition: see below |
| Instrument: N/A | Performance Check: N/A |



Q588

Q588 is a steel piece of metal (pressure cooker lid). The piece of steel (lid) diameter is approximately 9 ¾-10", contains two screws with nuts and one bolt with nut, length screws 0.65", diameter 0.15", screw nuts width 0.32", bolt length 0.80", diameter 0.31", nut for bolt width 0.51" –NMOV. Outer surface has abrasions which appear to move in the same direction.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
| Specimens: Q588 | Laboratory Number: 130420100 AAR NN |



FTU Toolmark Worksheet        Page 3 of 12  Date: 7/4/14

(02-08-12)



# FTU Toolmark Worksheet

| Date/Preparer: 06/02/13, eds | Description of Package: sealed plastic bag |
|---|---|

**General Description:**

| Type of Toolmark: see below | Toolmark Action: see below |
|---|---|
| Marked: container | Composition: see below |
| Instrument: N/A | Performance Check: N/A |



Q603

Q603 is a four pieces of wire. The pieces of wire have a gray/green insulation with inner wires – corrosion, diameters 0.085-0.095", lengths 2 7/8", 2 ¼", 1 ¾" and 1.0" – NMOV.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: Q603 | Laboratory Number: 130420100 AAR NN |



FTU Toolmark Worksheet                          Page 4 of 12   Date: 7/4/14

(02-08-12)



## FTU Toolmark Worksheet

| Date/Preparer: 1/11/14, eds | Description of Package: sealed bag |

**General Description:**

| Type of Toolmark: NMOV | Toolmark Action: pinching |
| Marked: tape label | Composition: see below |
| Instrument: NA | Performance Check: NA |



Q607

Q607 is a wire with knot. The Q607 wire has yellow insulation with green stripe, one end has a broken brass clamp, on insulation "18 AWG AWM 1015 VW-1 105°C 600v E332522..." diameter 0.11", insulation on end without clamp appears to have been torn, inner wire appears to be cut with a tool using a pinching action - no marks of value.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
| Specimens: Q607 | Laboratory Number: 130420100 AAR NN |



FTU Toolmark Worksheet                               Page 5 of 12   Date: 7/4/14