(02-08-12)



# FTU Toolmark Worksheet

| Date/Preparer: 1/19/14, eds | Description of Package: sealed bag |
|---|---|

**General Description:**

| Type of Toolmark: NMOV | Toolmark Action: see below |
|---|---|
| Marked: container | Composition: see below |
| Instrument: NA | Performance Check: NA |



Q608

Q608 is a piece of wire. The Q608 wire has green/dark green insulation (sooting), diameter 0.09", length ~ 1.0", inner wire appears to be missing, ends of insulation appear to have been torn –NMOV.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: Q608 | Laboratory Number: 130420100 AAR NN |



FTU Toolmark Worksheet                                      Page 6 of 12  Date: 7/4/14

(02-08-12)



# FTU Toolmark Worksheet

| Date/Preparer: 06/02/13, eds | Description of Package: sealed plastic bag |
|---|---|

**General Description:**

| Type of Toolmark: see below | Toolmark Action: see below |
|---|---|
| Marked: container | Composition: see below |
| Instrument: N/A | Performance Check: N/A |



**Q612**

Q612 is a two pieces of wire. The pieces of wire have a gray/green insulation with copper inner wires, diameters 0.085", lengths 10.0", and 9 ¼" – NMOV.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: Q612 | Laboratory Number: 130420100 AAR NN |



FTU Toolmark Worksheet                     Page 7 of 12   Date: 7/4/14

(02-08-12)



# FTU Toolmark Worksheet

| Date/Preparer: 06/02/13, eds | Description of Package: sealed plastic bag |

**General Description:**

| Type of Toolmark: see below | Toolmark Action: see below |
| --- | --- |
| Marked: container | Composition: see below |
| Instrument: N/A | Performance Check: N/A |



**Q641**

Q641 is two pieces of wire. The pieces of wire have a gray/green insulation with copper inner wires, diameters 0.085", lengths 12 ¼", and 12 ¾" – NMOV.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
| --- | --- |
| Specimens: Q641 | Laboratory Number: 130420100 AAR NN |



FTU Toolmark Worksheet        Page 8 of 12    Date: 7/4/14

(02-08-12)



# FTU Results of Comparisons Form

**Date/Preparer:** 06/10/13, eds

**Specimens:**

The tool used to cut insulation on specimen Q582.4 (end labeled A) was identified as having cut the insulation on specimen Q582.3 (end labeled A). EDS, 06/10/13.

*[signature]* 6/10/13



Q582.4 (end A)　　32x　　Q582.3 (end A)

Confirmed by: *[signature]* 06/10/13

Q582.4 ID to Q582.3

Inventoried:

Q582.4 & Q582.3

| File Number: 415M-BS-2814367 | Laboratory Number: 130420100 NN |

FTU Results of Comparisons Form    COPY    Page 9 of 12  Date: 7/4/14

(02-08-12)



# FTU Results of Comparisons Form

| Date/Preparer: 06/10/13, eds |
|---|

Additional photo of identification:



Q582.4 (end A)　　　　　　90x　　　　　　Q582.3 (end A)

| File Number: 415M-BS-2814367 | Laboratory Number: 130420100 NN |
|---|---|

FTU Results of Comparisons Form　　　　Page 10 of 12  Date: 7/9/14

(02-08-12)



# FTU Results of Comparisons Form

Date/Preparer: 07/08/2013/eds

Specimens:

The insulation at the ends of wires Q582.2 through Q582.4 were identified as having been cut by the same tool.

7/8/13

|         | Q582.2     | Q582.3 A.  | Q582.3 B    | Q582.4 A   | Q582.4 B   |
|---------|------------|------------|-------------|------------|------------|
| Q582.2  | ********** | ID         | ID          | ID         | ID         |
| Q582.3 A |           | ********** | ID          | ID         | ID         |
| Q582.3 B |           |            | *********** | ID         | ID         |
| Q582.4 A |           |            |             | ********** | ID         |
| Q582.4 B |           |            |             |            | ********** |

highlighted comparisons confirmed by ✱

Confirmed by: _____ Date: 07/10/2013

Inventoried: Q582.2, Q582.3A/B, Q582.4/A/B

File Number: 415M-BS-2814367    Laboratory Number: 130420100 NN

FTU Results of Comparisons Form        Page 11 of 12  Date: 7/4/14

(02-08-12)



# FTU General Examination Notes

| Date/Preparer: 03/26/14, eds | Description of Package: NA |
|---|---|

**General Description:**

| Item | | NMOV | MOV | LMOV | Type |
|---|---|---|---|---|---|
| Q582 | toggle switch | | | * | slippage Phillips screws |
| Q582.2 | wire | | * | | Cut mark ATB from insulation strippers |
| Q582.3 | wire | | * | | Cut mark ATB from insulation strippers |
| Q582.4 | wire | | * | | Cut mark ATB from insulation strippers |
| Q582.5 | 9V connector | * | | | |
| Q582.6 | piece of plastic | * | | | |
| Q588 | lid | * | | | |
| Q603 | wires | * | | | |
| Q607 | wire | * | | | action pinching |
| Q608 | wire | * | | | |
| Q612 | wires | * | | | |
| Q641 | wires | * | | | |

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: Evaluation | Laboratory Number: 130420100 AAR NN |

FTU General Examination Notes              Page 12 of 12  Date: 7/4/14