# EXHIBIT D1

UNCLASSIFIED



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To: Boston

Date: May 23, 2014

Case ID No.: 415M-BS-2814367

Lab No.: 130416021 AAR
130418012 AAR
130420100 AAR
130421100 AAR
130422100 AAR
130422101 AAR
130423010 AAR
130423011 AAR
130423012 AAR
130424003 AAR
130425018 AAR
130427100 AAR
130427101 AAR
130429002 AAR
130429100 AAR
130503001 AAR
130507007 AAR
130507008 AAR
130508016 AAR
130726007 AAR
130813015 AAR
130816005 AAR

Reference: See below

Your No.:

Title: UNSUBS;
4/15/2013 Boston Marathon Bombing
IT

Date specimens received: See below

The following specimens were received and examined in the Explosives Unit.

Page 1 of 108

UNCLASSIFIED

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 19, 2013 AND RECEIVED INTO THE LABORATORY ON THE FOLLOWING DATES; APRIL 16, 2013, APRIL 17, 2013 AND APRIL 18, 2013. THE ITEMS WERE ASSIGNED LABORATORY NUMBER 130416021 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 16, 2013:**

**BOYLSTON STREET, SCENE A** ███████████████████████

Q1        One (1) pair of pants (Your S1, E5180225)

Q1.1      Belt from Q1 (Your S1, E5180225)

Q2        Coat (Your S2, E5180224)

Q2.1      Belt (Your S2, E5180224)

Q2.2      Pants (Your S2, E5180224)

Q2.2.1    Keys (Your S2, E5180224)

Q2.3      Jacket (Your S2, E5180224)

Q3        Cell phone (Your S3, E5180229)

Q4        Swabs (Your S4, E5180227)

Q5        Swab from window at LensCrafters (Your S5, E5180222)

Q6        Strand of green insulated wire (Your S6, E5180226)

Q7        C-size battery (Your S7, E5180228)

Q8        Metal BBs with unknown material and pink material (Your S8, E5180220)

Q8.1      Sampling of unknown material from Q8 (Your S8, E5180220)

Q9        Piece of metal (Your S9, E5180223)

Q10       Round metal object (Your S10, E5180221)

Page 2 of 108

130416021 AAR

UNCLASSIFIED

## BOYLSTON STREET, SCENE B ███████████████████████

Q11      Black backpack from street (Your S2001, E5180255)

Q11.1    Paper from Q11 (Your S2001, E5180255)

Q11.2    Debris from Q11 (Your S2001, E5180255)

Q11.2.1  Hair from Q11.2 (Your S2001, E5180255)

Q12      Metal pieces (Your S2002, E5180252)

Q13      BB and metal fragment (Your S2003, E5180256)

Q14      Metal piece (Your S2004, E5180249)

Q15      Metal piece (Your S2005, E5180254)

Q16      Metal piece (Your S2006, E5180257)

Q16.1    Debris from Q16 (Your 2006, E5180257)

Q16.1.1  Hair from Q16.1 (Your 2006, E5180257)

Q17      iPhone 5 in case (Your S2007, E5180248)

Q18      Swab of metal gate (Your S2008, E5180250)

Q19      Cotton swab from base of tree (Your S2009, E5180251)

Q20      Cotton swab of Forum mailbox (Your S2010, E5180253)

## FROM HOSPITAL

Q21      Evidence bag from ███████ Your H45, E5180231)

Q21.1    Hospital transport bag from ███████ (Your H45, E5180231)

Q21.2    Paper with trace from ███████ (Your H45, E5180231)

Q21.3    Paper with trace from ███████ (Your H45, E5180231)

Q22      One (1) pair of gray shorts from ███████ (Your H45A, E5180234)

Page 3 of 108

130416021 AAR

UNCLASSIFIED

Q23     One (1) blue t-shirt from ████████ (Your H45B, E5180232)

Q23.1     One (1) pair of navy blue boxers from ████████(Your H45B, E5180232)

Q24     One (1) gray long sleeve thermal shirt from ████████(Your H45C, E5180233)

Q25     Pellets from belongings bag of ████████(Your H45D, E5180235)

Q26     Pellets from belongings of ████████Your H45E, E5180236)

Q27     Verizon LG cell phone from ████████(Your H45F, E5180230)

Q28     Shoes and trace paper (Your H100, E5180241)

Q29     One (1) white shirt from ████████(Your H100A, E5180239)

Q29.1     One (1) sock from ████████(Your H100A, E5180239)

Q29.2     One (1) sock from ████████(Your H100A, E5180239)

Q30     One (1) pair of pants from ████████(Your H100B, E5180244)

Q31     Piece of debris from ████████(Your H100C, E5180246)

Q32     Five (5) evidence bags, paper with trace evidence, FBI receipt for property, and one (1) pair of sneakers from ████████(Your H123, E5180237)

Q33     One (1) pair of dark pants from ████████(Your H123A, E5180240)

Q34     One (1) black shirt and one (1) pair of socks from ████████(Your H123B, E5180238)

Q35     One (1) loose pellet from ████████(Your H123C, E5180235)

Q36     Pants, original packaging and trace paper (Your H142, E5180243)

Q37     One (1) black shirt, one (1) green jacket (Your H142A, E5180242)

Q38     Three (3) BBs and two (2) metal nails (Your H142B, E5180247)

**THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 17, 2013:**

**BOYLSTON STREET, SCENE A** ████████████████

Page 4 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q39     Wires and circuit board (Your S42, E5180270)

Q39.1-Q39.2     Tape from Q39 (Your S42, E5180270)

Q40     Debris with BB's (Your S43, E5180271)

**BOYLSTON STREET, SCENE B**     ███████████████████

Q41     Electrical components (Your S2024, E5180259)

Q 42    Device component and battery (Your S2027, E5180260)

Q42.1-Q42.6     Tape from Q42 (Your S2027, E5180260)

Q42.6.1-Q42.6.6     Hairs form Q42.1-Q42.6 (Your S2027, E5180260)

Q42.7   Tape from Q42 (Your S2027, E5180260)

Q43     Circuit board (Your S2029, E5180261)

Q44     Metal device component (Your S2031, E5180262)

Q44.1-Q44.2     Tape from Q44 (Your S2031, E5180262)

Q45     Plastic debris (Your S2032, E5180264)

Q46     Battery (Your S2035, E5182065)

Q47     Battery (Your S2037, E5180266)

Q48     Battery (Your S2060, E5180263)

Q49     BBs, nails, insulated wire, piece of metal, fabric, plastic beads, and white caulk
        material (Your S2065, E5180268)

Q49.1   Two (2) pieces of wire, two(2) pieces of black plastic, and one (1) piece of metal
        (Your S2065, E5180268)

Q50     Wires and connector (Your S2078, E5180267)

Q51     Piece of green insulated wire (Your S2079, E5180269)

Q52     Electrical components (Your S2099, E5180258)

Page 5 of 108

130416021 AAR

UNCLASSIFIED

Q52.1-Q52.5        Tape from Q52 (Your S2099, E5180258)

Q52.6        One (1) hexagonal shaped piece of unknown material (Your S2099, E5180258)

## THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 17, 2013:

### BOYLSTON STREET, SCENE A █████████████████

Q53        Pressure cooker bottom metal plate (Your S101, E5180330)

Q53.1        Tape from Q53 (Your S101, E5180330)

Q54        Metal fragments (Your S98, E5180331)

Q55        Control swab (Your S12, E5180273)

Q56        Suit control swab (Your S13, E5180274)

Q57        Suit control swab (Your S14, E5180275)

Q58        Lamp post bottom swab (Your S15, E5180276)

Q59        Seat of blast swab (Your S16, E5180277)

Q60        Seat of blast swab (Your S17, E5180278)

Q61        Swab from left side of fence (Your S18, E5180279)

Q62        Swab of wall on right side of door (Your S19, E5180280)

Q63        Scraping from seat of blast (Your S20, E5180281)

Q64        Vacuum canister from seat of blast (Your S21, E5180282)

Q65        Vacuum canister from seat of blast (Your S22, E5180283)

Q66        Swab of burned debris (Your S23, E5180284)

Q67        Metal pieces (Your S24, E5180286)

Q68        Miscellaneous debris (Your S25, E5180285)

Page 6 of 108

130416021 AAR

UNCLASSIFIED

Q68.1    Piece of black plastic (Your S25, E5180285)

Q69      BBs (Your S26, E5180287)

Q70      Black fabric (Your S27, E5180288)

Q71      BBs with glue (Your S28, E5180320)

Q72      Base of gray screw (Your S29, E5180321)

Q73      Piece of metal (Your S30, E5180322)

Q74      Black tape (Your S31, E5180323)

Q75      Drywall screw (Your S32, E5180324)

Q76      Black tape (Your S33, E5180325)

Q77      Black tape (Your S34, E5180394)

Q78      Piece of metal (Your S35, E5180393)

Q79      Duct tape (Your S36, E5180392)

Q80      Silver-colored screw (Your S37, E5180391)

Q81      Two (2) AA batteries (Your S38, E5180390)

Q82      Black metal zipper pull (Your S39, E5180389)

Q83      Piece of metal (Your S40, E5180388)

Q84      Clear plastic item with red top (Your S41, E5180387)

Q85      Base of silver-colored screw (Your S44, E5180314)

Q86      Black tape (Your S45, E5180313)

Q87      AA battery (Your S46, E5180312)

Q88      Silver-colored spring (Your S47, E5180311)

Q89      Rusty nail (Your S48, E5180310)

Page 7 of 108

130416021 AAR

UNCLASSIFIED

Q90      Gray screw (Your S49, E5180309)

Q91      Duct tape (Your S50, E5180308)

Q91.1    Duct tape (Your S50, E5180308)

Q91.2    Duct tape (Your S50, E5180308)

Q91.3    Duct tape (Your S50, E5180308)

Q92      Silver-colored metal fragment (Your S51, E5180307)

Q93      Piece of white paper (Your S52, E5180306)

Q94      Gray piece of metal (Your S53, E5180305)

Q95      Black zipper (Your S54, E5180304)

Q96      Three (3) BBs (Your S55, E5180297)

Q97      Two (2) metal staples (Your S56, E5180303)

Q98      Piece of black plastic (Your S57, E5180302)

Q99      Black screw (Your S58, E5180301)

Q100     Gray screw (Your S59, E5180300)

Q101     Metal fragment with fibers and red stains (Your S60, E5180299)

Q102     Silver-colored metal fragment (Your S61, E5180298)

Q103     Silver-colored screw (Your S62, E5180296)

Q104     One (1) piece of black electrical tape with fibers (Your S63, E5180295)

Q104.1   One (1) piece of silver colored duct tape (Your S63, E5180295)

Q104.2   One (1) piece of black tape (Your S63, E5180295)

Q105     Gray drywall screw (Your S64, E5180293)

Q106     Piece of green insulated wire (Your S65, E5180294)

Page 8 of 108

130416021 AAR

UNCLASSIFIED

Q107    Piece of black plastic (Your S66, E5180292)

Q108    Piece of cardboard (Your S67, E5180291)

Q108.1    One (1) piece of duct tape (Your S67, E5180291)

Q108.2    One (1) piece of duct tape (Your S67, E5180291)

Q109    Backpack pieces (Your S91, E5180290)

Q109.1    Three (3) zipper pulls (Your S91, E5180290)

Q109.1.1    One (1) zipper pull from Q109.1 (Your S91, E5180290)

Q109.2    Piece of green insulated wire (Your S91, E5180290)

Q110    C-cell battery (Your S11, E5180272)

**FROM HOSPITAL**

Q111    Gray jacket (Your H190, E5180396)

Q112    One (1) metal BB (Your H190A, E5180395)

**THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 18, 2013:**

**BOYLSTON STREET, SCENE B**

Q113    Nokia cell phone (Your S2153, 1B111, E5180398)

Q114    Plastic tab (Your S2066, E5180372)

Q115    Battery label (Your S2120, E5180343)

Q116    Zipper pull tab (Your S2082, E5180358)

Q117    Wire (Your S2096, E5180354)

Q118    Zipper pull tab (Your S2101, E5180353)

Q119    Piece of grey fabric (Your S2119, E5180344)

Q119.1    Piece of white caulk (Your S2119, E5180344)

Page 9 of 108

130416021 AAR

UNCLASSIFIED

Q119.2    Grey string material (Your S2119, E5180344)

Q119.3    Piece of black fabric (Your S2119, E5180344)

Q120     BB's in unknown substance (Your S2125, E5180341)

Q120.1    Sampling of unknown material from Q120 (Your S2125, E5180341)

Q121     Black fabric (Your S2141, E5180316)

Q122     Electronic component (Your S2056, E5180413)

Q122.1    Piece of black plastic from Q122 (Your S2056, E5180413)

Q123     Piece of fabric (Your S2111, E5180347)

Q124     Backpack pieces (Your S2018, E5180339)

Q125     Cardboard (Your S2053, E5180375)

Q125.1    Tape from Q125 (Your S2053, E5180375)

Q125.2    Hair from Q125-Q125.1 (Your S2053, E5180375)

Q125.3    Tape from Q125 (Your S2053, E5180375)

Q125.3.1  Piece of tape from Q125.3 (Your S2053, E5183075)

Q125.4    Three (3) hexagonal shaped pieces of unknown material (Your S2053, E5180375)

Q126     Metal fragments (Your S2074, E5180363)

Q126.1    Piece of paper from Q126 (Your S2074, E5180363)

Q126.2    Piece of rubber from Q126 (Your S2074, E5180363)

Q127     Piece of metal (Your S2245, E5180459)

Q128     Piece of gold-colored metal (Your S2051, E5180378)

Q129     BBs in unknown material, pink material, and white caulk (Your S2045, E5180379)

Q129.1-Q129.3    Sampling of unknown material from Q129 (Your S204, E5180379)

Page 10 of 108

130416021 AAR

UNCLASSIFIED

Q130       Green hobby fuse (Your S2086, E5180356)

Q130.1     Tape from Q130 (Your S2086, E5180356)

Q131       Backpack fragments (Your S2143, E5180435)

Q131.1     Tape from Q131 (Your S2143, E5180435)

Q132       C-cell battery (Your S2147, E5180434)

Q133       Two (2) pieces of fabric material (Your S2161, E5180433)

Q134       Vacuuming of blast site (Your S2057, E5180432)

Q135       Piece of fabric (Your S2092, E5180440)

Q136       Electronic connector (Your S2123, E5180439)

Q137       Zipper pull tab (Your S2138, E5180437)

Q138       Electrical components and white caulk material (Your S2139, E5180436)

Q139       Soil from blast seat (Your S2048, E5180431)

Q139.1     Sampling of unknown material from Q139 (Your S2048, E5180431)

Q139.2     Sampling of unknown material from Q139 (Your S2048, E5180431)

Q140       Metal fragments (Your S2049, E5180409)

Q141       Piece of backpack (Your S2129, E5180438)

Q142       Button-cell battery (Your S2128, E5180317)

Q143       Black fabric (Your S2055, E5180411)

Q144       Piece of dark fabric (Your S2047, E5180406)

Q145       BB's in unknown substance (Your S2022, E5180332)

Q145.1     Sampling of unknown material from Q145 (Your S2022, E5180332)

Q146       Metal piece (Your S2021, E5180333)

130416021 AAR

UNCLASSIFIED

Q146.1     Tape from Q146 (Your S2021, E5180333)

Q147       Button-cell battery (Your S2046, E5180377)

Q148       Unknown pink material (Your S2030, E5180335)

Q149       BB's, nails, and caulking material (Your S2042, E5180382)

Q149.1     Sampling of unknown material from Q149 (Your S2042, E5180382)

Q149.2     Sampling of unknown material from Q149 (Your S2042, E5180382)

Q150       Fabric with handle (Your S2023, E5180329)

Q151       Cardboard (Your S2028, E5180334)

Q151.1     Tape from Q151 (Your S2028, E5180334)

Q151.1.1   Piece of tape isolated from Q151.1 (Your S2028, E5180334)

Q151.2     Tape from Q151 (Your S2028, E5180334)

Q151.2.1   Piece of tape isolated from Q151.2 (Your S2028, E5180334)

Q152       Piece of zipper and black fabric (Your S2058, E5180430)

Q153       Piece of green insulated wire (Your S2062, E5180408)

Q154       Metal fragmentation (Your S2070, E5180366)

Q155       Plastic sign (Your S2069, E5180371)

Q156       Clothing (Your S2073, E5180364)

Q156.1     Pieces of fabric (Your S2073, E5180364)

Q156.2     BB (Your S2073, E5180364)

Q157       BB's, nails, fabric, cardboard, rubber band, metal fragmentation, glass, metal charm
           (Your S2093, E5180355)

Q157.1     Tape from Q157 (Your S2093, E5180355)

Q157.2-Q157.4     Sampling of unknown material from Q157 (Your S2093, E5180355)

Page 12 of 108

130416021 AAR

Q158      Fabric fragments (Your S2115, E5180365)

Q158.1    Tape from Q158 (Your S2115, E5180365)

Q159      BB's (Your S2044, E5180380)

Q160      Staple (Your S2064, E5180370)

Q161      Zipper pull tab (Your S2112, E5180346)

Q162      Duct tape (Your S2114, E5180345)

Q162.1    Duct tape (Your S2114, E5180345)

Q163      Miscellaneous debris (Your S2106, E5180351)

Q164      Rusty screw (Your S2124, E5180342)

Q165      Piece of wire (Your S2142, E5180315)

Q166      Pamphlet "Who Murdered Clarice?" (Your S2105, E5180350)

Q167      Shirt (Your S2110, E5180348)

Q167.1    Jacket (Your S2110, E5180348)

Q167.2    Yellow paper (Your S2110, E5180348)

Q167.3    Three (3) paper napkins (Your S2110, E5180348)

Q167.4    Left shoe (Your S2110, E5180348)

Q167.5    BBs and pieces of metal (Your S2110, E5180348)

Q167.6    Piece of paper (Your S2110, E5180348)

Q167.6.1  Tape from Q167.6 (Your S2110, E5180348)

Q168      Tree (Your S2117, E5180326)

**BOYLSTON STREET, SCENE A    (**

Q169      Wire (Your S116, E5180402)

Page 13 of 108

130416021 AAR

UNCLASSIFIED

Q170      Black fabric (Your S155, E5180468)

Q171      Five (5) pieces of green insulate wire, two (2) black plastic pieces, and one (1) switch (Your S110, E5180340)

Q171.1    Tape from Q171 (Your S110, E5180340)

Q172      Capacitor (Your S111, E5180397)

Q173      Black handle (Your S151, E5180464)

Q174      Metal fragment (Your S89, E5180337)

Q175      Cloth fragment (Your S88, E5180336)

Q176      Black fabric fragments (Your S90, E5180338)

Q177      Piece of green insulate wire (Your S117, E5180403)

Q178      Circuit board (Your S118, E5180404)

Q179      Plastic piece (Your S119, E5180405)

Q180      Metal fragments (Your S150, E5180463)

Q181      Terminal post (Your S181, E5180466)

Q182      Rubber fragment (Your S125, E5180451)

Q183      Burned cardboard fragments and BB (Your S131, E5180454)

Q183.1    Tape from Q183 (Your S131, E5180454)

Q183.1.1  Hair from specimen Q183.1 (Your S131, E5180454)

Q183.1.2  Piece of tape isolated from Q183.1 (Your S131, E5180454)

Q183.2    Tape from Q183 (Your S131, E5180454)

Q184      Black electronic chip (Your S129, E5180453)

Q185      Piece of cardboard (Your S132, E5180455)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| Q185.1 | Tape from Q185 (Your S132, E5180455) |
| Q186 | Electronic component (Your S133, E5180456) |
| Q187 | Piece of wire (Your S135, E5180457) |
| Q188 | One (1) piece of green insulated wire and two (2) pieces of plastic (Your S136, E5180458) |
| Q189 | Metal fragment (Your S82, E5180441) |
| Q190 | Pieces of green insulated wire (Your S84, E5180445) |
| Q190.1 | Tape from Q190 (Your S84, E5180445) |
| Q191 | Cardboard (Your S115, E5180448) |
| Q191.1 | Tape from Q191 (Your S115, E5180448) |
| Q192 | Green hobby fuse (Your S83, E5180444) |
| Q192.1 | Tape from Q192 (Your S83, E5180444) |
| Q193 | Black fabric (Your S85, E5180446) |
| Q194 | Black piece of fabric (Your S109, E5180447) |
| Q195 | Pieces of green insulated wire and one (1) red plastic piece (Your S121, E5180449) |
| Q195.1 | Tape from Q195 (Your S121, E5180449) |
| Q195.1.1 | Portion of glove (Your S121, E5180449) |
| Q196 | Metal fragment (Your S122, E5180450) |
| Q197 | BBs (Your S126, E5180452) |
| Q198 | Black fabric (Your S102, E5180421) |
| Q199 | Cardboard pieces (Your S103, E5180415) |
| Q199.1-Q199.25 | Tape from Q199 (Your S103, E5180415) |
| Q199.25.1-Q199.25.2 | Hairs from specimens Q199.1-Q199.25 (Your S103, E5180415) |

Page 15 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q199.26-Q199.27      Cardboard pieces (Your S103, E5180415)

Q199.28- Q199.30     Cardboard pieces (Your S103, E5180415)

Q199.31- Q199.34     Duct tape from Q199 (Your S103, E5180415)

Q200      Pieces of fabric (Your S104, E5180416)

Q201      Black fabric pieces (Your S105, E5180422)

Q202      One (1) C-size battery (Your S80, E5180428)

Q203      Metal fragment (Your S106, E5180424)

Q204      BBs (Your S107, E5180427)

Q205      Metal fragment (Your S78, E5180425)

Q206      Metal fragment (Your S79, E5180419)

Q207      Unknown pink material with BBs attached (Your S114, E5180426)

Q208      Battery wrapper and BB (Your S120, E5180429)

Q208.1    Tape from Q208 (Your S120, E5180429)

Q209      BBs in unknown substance (Your S123, E5180417)

Q209.1    Debris from Q209 (Your S123, E5180417)

Q209.2    Fabric from Q209 (Your S123, E5180417)

Q209.3    Tape from Q209 (Your S123, E5180417)

Q209.4-Q209.5      Sampling of unknown material from Q209 (Your S123, E5180417)

Q210      Battery and metal fragment (Your S124, E5180420)

Q211      Black plastic pieces and capacitor (Your S139, E5180418)

Q211.1    Two (2) black pieces attached with foam tape (Your S139, E5180418)

Q212      Battery terminal (Your S141, E5180423)

Page 16 of 108

130416021 AAR

UNCLASSIFIED

Q213     BBs (Your S147, E5180460)

Q214     BBs in unknown substance, cardboard, and pieces of metal (Your S149, E5180462)

Q214.1-Q214.2     Sampling of unknown material from Q214 (Your S149, E5180462)

Q215     Green wire piece (Your S152, E5180465)

Q216     One (1) piece of burned torn leather and one (1) piece of fabric (Your S154, E5180467)

Q217     Piece of fabric and paper (Your S148, E5180461)

Date specimens received: April 18, 2013, April 19, 2013 and April 20, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 23, 2013 AND RECEIVED INTO THE LABORATORY ON THE FOLLOWING DATES; APRIL 18, 2013, APRIL 19, 2013 AND APRIL 20, 2013. THE ITEMS WERE ASSIGNED LABORATORY NUMBER 130418012 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 18, 2013:**

**BOYLSTON STREET, SCENE B**

Q218     Copper colored metal component (Your S2087, E5182194)

Q219     Copper colored metal component (Your 2089, E5182189)

Q220     Metal (Your S2098, E5182201)

Q221     C – cell battery (Your S2108, E5182195)

Q222     Two (2) pieces of wire and one (1) metal fragment (Your S2113, E5182206)

Q223     Fabric (Your S2136, E5182220)

Q224     Pieces of fabric, one (1) plastic bead, and three (3) nails (Your S2137 E5182216)

Page 17 of 108

130416021 AAR

UNCLASSIFIED

Q225      BBs, one (1) nail, wire (Your S2171, E5182283)

Q226      Fabric and red insulated wire (Your S2176, E5182271)

Q227      Fabric, three (3) BBs, and one (1) nail (Your S2179, E5182291)

Q227.1    Tape from Q227 (Your S2179, E5182291)

Q227.1.1  Piece of tape isolated from Q227.1 (Your S2179, E5182291)

Q228      Debris (Your S2180, E5182324)

Q229      Plastic, two (2) BBs, pink material (Your S2181, E5182227)

Q230      One (1) piece of green insulated wire (Your S2182, E5182326)

Q231      Small piece of clumped wires (Your S2184, E5182278)

Q231.1    Tape from Q231 (Your S2184, E5182278)

Q232      Metal (Your S2034, E5182277)

Q233      Metal (Your S2229, E5182279)

Q234      Three (3) pieces of green insulated wire (Your S2204, E5182215)

Q235      Debris (Your S2083, E5182286)

Q235.1    Piece of green insulated wire from Q235 (Your S2083, E5182286)

Q236      Wire (Your S2130, E5182317)

Q237      Three (3) pieces of debris and one (1) LED light (Your S2170, E5182319)

Q238      Two (2) pieces of plastic (Your S2173, E5182284)

Q239      One (1) electrical component (Your S2174, E5182323)

Q240      One (1) piece of green insulated wire and one (1) piece of rubber (Your S2175, E5182288)

Q241      One (1) piece of green insulated wire and one (1) piece of fabric (Your S2178, E5182327)

Page 18 of 108

130416021 AAR

UNCLASSIFIED

| Q242 | One (1) electrical component (Your S2183, E5182321) |
|---|---|
| Q243 | Six (1) BBs (Your S2228, E5182293) |
| Q244 | One (1) piece of plastic (Your S2033, E5182287) |
| Q245 | Two (2) pieces of plastic (Your S2118, E5182191) |
| Q246 | One (1) zipper pull (Your S2121, E5182190) |
| Q247 | BB's and nails (Your S2122, E5182204) |
| Q248 | One (1) zipper pull (Your S2090, E5182188) |
| Q249 | One (1) zipper pull (Your S2097, E5182203) |
| Q250 | One (1) piece of wire (Your S2132, E5182231) |
| Q251 | One (1) piece of white insulated wire (Your S2133, E5182280) |
| Q252 | One (1) piece of green insulated wire and piece of zipper (Your S2134, E5182230) |
| Q253 | Four (4) pieces of wire (Your S2192, E5182218) |
| Q254 | One (1) zipper pull (Your S2197) |
| Q255 | Fabric and cardboard (Your S2198, E5182222) |
| Q255.1 | Tape from Q255 (Your S2198, E5182222) |
| Q256 | Fabric (Your S2149, E5182225) |

**THE FOLLOWING SPECIMENS WERE RECEIVED BY THE LABORATORY ON APRIL 19, 2013:**

**MEDICAL EXAMINER'S OFFICE**

| Q257 | BBs (Your ME3, E5182431) |
|---|---|
| Q257.1 | Debris (Your ME3, E5182431) |
| Q258 | BBs (Your ME5, E5182421) |

Page 19 of 108

130416021 AAR

UNCLASSIFIED

| | |
|---|---|
| Q259 | BBs fabric debris (Your ME8, E5182424) |
| Q259.1 | Debris (Your ME8, E5182424) |
| Q260 | BBs in unknown material (Your ME9, E5182425) |
| Q260.1 | Sampling of unknown material from Q260 (Your ME9, E5182425) |
| Q261 | Debris (Your ME13, E5182299) |
| Q262 | One (1) BB (Your ME15, E5182301) |
| Q262.1 | Debris (Your ME15, E5182301) |
| Q263 | One (1) BB (Your ME16, E5182302) |
| Q263.1 | Debris (Your ME16, E5182302) |
| Q264 | BBs (Your ME17, E5182427) |
| Q264.1 | Debris (Your ME17, E5182427) |
| Q264.2 | Package of earplugs (Your ME17, E5182427) |
| Q265 | BBs (Your ME18, E5182428) |
| Q265.1 | Debris (Your ME18, E5182428) |
| Q265.2 | Metal fragment (Your ME18, E5182428) |
| Q266 | BBs (Your ME1, E5182418) |
| Q266.1 | Nails (Your ME1, E5182418) |
| Q266.2 | Miscellaneous debris (Your ME1, E5182418) |
| Q266.3 | Metal fragment (Your ME1, E5182418) |
| Q266.4 | Swab (Your ME1, E5182418) |
| Q267 | One (1) BB (Your ME4, E5182420) |
| Q267.1 | Nail (Your ME4, E5182420) |

Page 20 of 108

130416021 AAR

UNCLASSIFIED

Q267.2    Miscellaneous debris (Your ME4, E5182420)

Q268    BBs with unknown material and nails (Your ME7, E5182423)

Q268.1    Miscellaneous debris (Your ME7, E5182423)

Q268.1.1    Tape from Q268.1 (Your ME7, E5182423)

Q268.1.1.1    Piece of tape from Q268.1.1 (Your ME7, E5182423)

Q268.1.2    Tape from Q268.1 (Your ME7, E5182423)

Q268.2    Electronic component (Your ME7, E5182423)

Q268.3    Metal fragments (Your ME7, E5182423)

Q268.4    Sampling of unknown material from Q268 (Your ME7, E5182423)

Q269    BBs and unknown material (Your ME12, E5182298)

Q269.1    Two (2) swabs (Your ME12, E5182298)

Q269.2    Metal fragments (Your ME12, E5182298)

Q269.3    Debris (Your ME12, E5182298)

Q269.4    Sampling of unknown material from Q269 (Your ME12, E5182298)

Q270    BBs (Your ME19, E5182429)

Q270.1    Debris (Your ME19, E5182429)

Q270.1.1    Piece of green plastic from Q270.1 (Your ME19, E5182429)

**MASS GENERAL HOSPITAL (FROM** ▓▓▓▓▓▓▓

Q271    Pair of shoes (Your G18, E5182439)

Q272    Clothing and flowers (Your G19, E5182440)

Q272.1    US currency totaling $0.65 (Your G19, E5182440)

Q273    Sweatshirt (Your G20, E5182438)

130416021 AAR

UNCLASSIFIED

Q274    Clothing and water bottles (Your G21, E5182437)

## BOYLSTON STREET, SCENE B ███████████████

Q275    White baseball cap (Your S2277, E5182436)

Q275.1  Hair from Q275 (Your S2277, E5182436)

Q276    Clothing and cardboard (Your S2233, E5182362)

Q276.1  Tape from Q276 (Your S2233, E5182362)

Q277    Swab from grate #1 (Your S2012, E5182259)

Q278    Swab from grate #2 (Your S2013, E5182252)

Q279    Swab from grate #3 (Your S2014, E5182246)

Q280    Scrapings from metal grate (Your S2014, E5182246)

Q281    Swab of mailbox (Your S2017, E5182260)

Q282    Swab of tree (Your S2019, E5182261)

Q283    Black tape (Your S2287, E5182477)

Q284    Wire pieces (Your S2155, E5182256)

Q284.1  Hair from Q284 (Your S2155, E5182256)

Q285    Fabric (Your S2156, E5182257)

Q286    Wires (Your S2206, E5182239)

Q287    Wire (Your S207, E5182235)

Q287.1  Hairs from Q287 (Your S207, E5182235)

Q288    Zipper pull tap (Your S2210, E5182240)

Q289    Wire pieces (Your S2219, E5182251)

Q290    Black rubber piece (Your S2238, E5182364)

Page 22 of 108

130416021 AAR

UNCLASSIFIED

Q291        Rocks (Your S2282, E5182475)

Q291.1      Tape from Q291 (Your S2282, E5182475)

Q292        Fabric pieces, cardboard, BBs, unknown pink material, other unknown debris (Your
            S2311, E5182473)

Q292.1      Sampling of unknown material from Q292 (Your S2311, E5182473)

Q293        Cardboard and debris (Your S2234, E5182359)

Q293.1-Q293.3      Tape from Q293 (Your S2234, E5182359)

Q294        Zipper (Your S2237, E5182366)

Q295        Electronic components and debris (Your S2286, E5182474)

Q296        Plastic pieces (Your S2302, E5182471)

Q296.1-Q296.2      Tape from Q296 (Your S2302, E5182471)

Q297        Black plastic piece (Your S2304, E5182)

Q298        Wires (Your S2315, E5180499)

Q298.1      Three (3) pieces of metal (Your S2315, E5180499)

Q298.2      Two (2) pieces of plastic (Your S2315, E5180499)

Q299        Black plastic piece (Your S2321, E5180500)

Q300        Black plastic knob (Your S2285, E5180501)

Q301        Rocks (Your S2289, E5182476)

Q301.1-Q301.2      Tape from Q301 (Your S2289, E5182476)

Q302        Telephone base station pieces (Your S2290, E5180503)

Q302.1      Two (2) circuit boards (Your S2290, E5180503)

Q303        C-cell battery (Your S2290, E5180503)

Q304        Seven (7) keys, car remote, and pocket knife on key ring (Your S2290, E5180503)

Page 23 of 108

130416021 AAR

UNCLASSIFIED

K1       Control swab (Your S2011, E5182262)

K2       Control scissors and vial (Your S2016, E5182254)

K3       Buccal swab from ▮▮▮▮▮▮ (FBI ERT personnel for elimination) (Your G-17, E5182303)

K4       Buccal swab from ▮▮▮▮▮▮ (FBI ERT personnel for elimination) (Your G-17, E5182303)

**BOYLSTON STREET, SCENE A** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q305     Metal fragment (Your S137, E5182165)

Q306     Cardboard (Your S144, E5182353)

Q306.1   Tape from Q306 (Your S144, E5182353)

Q307     Zipper (Your S202, E5182441)

Q308     One (1) piece of green insulated wire and one (1) piece of gray insulated wire (Your S176, E5182346)

Q309     Black plastic pieces and wire (Your S177, E5182348)

Q309.1   Piece of black plastic (Your S177, E5182348)

Q309.2   Piece of black plastic with screw (Your S177, E5182348)

Q310     Black plastic piece (Your S179, E5182341)

Q311     Black plastic piece (Your S180, E5182330)

Q312     Piece of metal (Your S184, E5182332)

Q313     Black plastic piece (Your S187, E5182336)

Q314     Wire pieces (Your S71, E5182180)

Q315     Gold-colored metal fragment with wire (Your S190, E5182334)

Q316     Piece of zipper (Your S198, E5182461)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q317  Spring (Your S199, E5182442)

Q318  Zipper pull and one (1) wire (Your S161, E5182340)

Q319  Two (2) wire pieces (Your S167, E5180473)

Q320  Four (4) black plastic pieces and one (1) piece of wire (Your S168, E5182337)

Q321  Metal fragments (Your S171, E5182343)

Q322  Clear plastic pieces and detonator fragments (Your S172, E5182347)

Q323  Black plastic piece (Your S175, E5182338)

Q324  Metal terminal (Your S183, E5182345)

Q324.1  Tape from Q324 (Your S183, E5182345)

Q325  Wire piece with solder (Your S188, E5182335)

Q326  Metal fragment (Your S189, E5182344)

Q327  Metal fragment (Your S192, E5182329)

Q328  Spring (Your S193, E5182339)

Q329  Metal fragment (Your S195, E5182331)

Q330  Battery cover (Your S220, E5182450)

Q330.1  Tape from Q330 and portion of battery cover (Your S220, E5182450)

Q331  Metal fragment (Your S221, E5182459)

Q332  Broken filament bulb and housing (Your S222, E5182449)

Q333  Debris (Your S237, E5182456)

Q334  Black plastic piece (Your S237, E5182456)

Q335  Metal fragment (Your S239, E5182454)

Q336  BBs and unknown material (Your S269, E5180508)

Page 25 of 108

130416021 AAR

Q336.1-Q336.2    Sampling of unknown material from Q336 (Your S269, E5180508)

Q337    Electronic component (Your S269, E5180508)

Q338    BB with hair attached (Your S160, E5182463)

Q338.1    Hair from Q338 (Your S160, E5182463)

Q339    One (1) piece of green insulated wire and one (1) piece of gray insulated wire (Your S249, E5180519)

Q340    Debris (Your S264, E5180514)

Q341    Metal Fragment (Your S265, E5180531)

Q342    Pieces of fabric (Your S246, E5180517)

Q343    Black plastic piece (Your S282, E5180534)

Q344    Three (3) zip tie pieces (Your S283, E5180536)

Q345    Piece of white plastic (Your S284, E5180537)

Q346    One (1) zip tie piece (Your S285, E5180538)

Q347    Black plastic piece (Your S286, E5180539)

Q348    Zipper piece (Your S287, E5180542)

Q349    Metal piece (Your S289, E5180541)

Q350    Gray plastic piece (Your S290, E5180540)

Q351    Two (2) white plastic pieces (Your S291, E5180535)

Q352    Swabs of secondary burn site (Your S242, E5180529)

Q353    Swabs of secondary burn site (Your S242, E5180529)

Q354    Swabs of secondary burn site (Your S242, E5180529)

Q355    Wire (Your S208, E5180563)

Q356    Black fabric (Your S280, E5180533)

Page 26 of 108

130416021 AAR

UNCLASSIFIED

Q357 BBs (Your S210, E5180573)

Q358 Pieces of plastic and debris (Your S263, E5180512)

Q359 White plastic (Your S255, E5180505)

Q360 Black Velcro (Your S253, E5180510)

Q361 Backpack pieces (Your S251, E5180527)

Q362 White plastic (Your S257, E5180511)

Q363 Piece of zipper (Your S258, E5180509)

Q364 Pieces of fabric (Your S244, E5180524)

Q365 Black fabric (Your S273, E5180520)

Q366 Backpack pieces (Your S268, E5180507)

Q367 Black plastic (Your S271, E5180526)

Q368 Backpack pieces (Your S276, E5180518)

Q369 Plastic and metal debris (Your S262, E5180504)

Q369.1 Green plastic pieces (Your S262, E5180504)

Q369.2 Red plastic ring (Your S262, E5180504)

Q369.3 Metal pieces (Your S262, E5180504)

Q369.4 Zipper pull tab (Your S262, E5180504)

Q370 Zipper from backpack (Your S279, E5180532)

Q371 Two (2) pieces of green insulated wire (Your S245, E5180521)

Q372 Backpack pieces (Your S108, E5180525)

Q372.1 BBs from Q372 (Your S108, E5180525)

Q373 Steel colored ball bearing (Your S158, E5180577)

Page 27 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| Q374 | BBs and metal pieces (Your S270, E5180506) |
| Q375 | Backpack pieces (Your S250, E5180523) |
| Q376 | Black material (Your S252, E5180513) |
| Q377 | Zipper pull, two (2) screws and plastic pieces (Your S166, E5180580) |
| Q378 | Broken nail (Your S164, E5180582) |
| Q379 | Black fabric (Your S256, E5180515) |
| Q380 | Black plastic (Your S254, E5180522) |
| Q381 | Paper, plastic pieces, fabric and metal pieces (Your S182, E5180576) |
| Q382 | Round metal object (Your S185, E5182465) |
| Q383 | BBs and miscellaneous debris (Your S238, E5180581) |
| Q383.1 | Sampling of unknown material from Q383 (Your S238, E5180581) |
| Q384 | BBs and miscellaneous debris (Your S266, E5180549) |
| Q384.1 | Sampling of unknown material from Q384 (Your S266, E5180549) |
| Q385 | BBs and miscellaneous debris (Your S112, E5182464) |
| Q385.1 | Sampling of unknown material from Q385 (Your S112, E5182464) |
| Q386 | BBs and miscellaneous debris (Your S267, E5180552) |
| Q386.1 | Sampling of unknown material from Q386 (Your S267, E5180552) |
| Q387 | BBs and miscellaneous debris (Your S248, E5180547) |
| Q387.1 | Sampling of unknown material from Q387 (Your S248, E5180547) |
| Q388 | Fabric (Your S274, E5180546) |
| Q389 | BBs (Your S224, E5180570) |
| Q390 | Eight (8) pieces of plastic (Your S275, E5182469) |

Page 28 of 108

130416021 AAR

UNCLASSIFIED

Q391    Pieces of fabric, black plastic, and red plastic (Your S169, E5180575)

Q392    BBs and miscellaneous debris (Your S170, E5180579)

Q392.1    Tape from Q392 (Your S170, E5180579)

Q392.2    Sampling of unknown material from Q392 (Your S170, E5180579)

Q393    BBs (Your S277, E5180548)

Q394    BBs (Your S165, E5180584)

Q394.1    Tape form Q394 (Your S165, E5180584)

Q395    Head of nail and broken screw (Your S159, E5180583)

Q396    BBs (Your S212, E5180569)

Q397    Altoids tin, zipper fragment, zip tie and blast debris (Your S236, E5182466)

Q398    BBs and miscellaneous debris (Your S260, E5182470)

Q398.1    Sampling of unknown material from Q398 (Your S260, E5182470)

Q399    Metal button (Your 1B427, E5180585)

Q400    Metal piece (Your S186, E5180586)

Q401    BBs and miscellaneous debris (Your S278, E5180545)

Q401.1    Sampling of unknown material from Q401 (Your S279, E5180545)

Q402    BBs and miscellaneous debris (Your S272, E5180551)

Q402.1    Sampling of unknown material from Q402 (Your S272, E5180551)

Q403    BB (Your S211, E5180571)

Q404    BBs and miscellaneous debris (Your S162, E5180574)

Q404.1    Sampling of unknown material from Q404 (Your S162, E5180574)

Q405    BBs and debris (Your S181, E5180578)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q405.1    Sampling of unknown material from Q405 (Your S181, E5180578)

Q405.2    Tape from Q405 (Your S181, E5180578)

K5        Control forceps (Your S241, E5180528)

K6        Control swab (Your S243, E5180530)

K7        Control swab of ▮▮▮▮▮▮▮▮▮

K8        Control swab of ▮▮▮▮▮▮▮▮▮

## MEDICAL EXAMINER'S OFFICE

Q406      One (1) blue and black cellular phone (Your ME26, E5182490)

Q407      Two (2) memory disks (Your ME26, E5182490)

## BOYLSTON STREET, SCENE A ▮▮▮▮▮▮▮▮▮

Q408      Backpack pieces (Your S316, E5182523)

Q409      Plastic pieces (Your S321, E5182517)

Q410      Backpack pieces (Your S324, E5182518)

Q411      BBs and backpack pieces (Your S359, E5182514)

Q412      Backpack pieces (Your S314, E5182508)

Q412.1    One (1) BB from Q412 (Your S314, E5182508)

Q413      Blue/green wire (Your S349, E5182499)

Q414      Backpack material (Your S358, E5182512)

Q415      BBs and backpack pieces (Your S354, E5182515)

Q415.1    Sampling of unknown material from Q415 (Your S354, E5182515)

Q416      Wire (Your S342, E5182524)

Q417      Black fabric (Your S335, E5182504)

Page 30 of 108

130416021 AAR

UNCLASSIFIED

| | |
|---|---|
| Q418 | BBs and miscellaneous debris (Your S355, E5182513) |
| Q418.1 | Sampling of unknown material from Q418 (Your S355, E5182513) |
| Q419 | Black plastic pieces (Your S310, E5182503) |
| Q420 | Connector insulation and screw (Your S318, E5182519) |
| Q421 | Cardboard (Your S323, E5182516) |
| Q422 | BBs and miscellaneous debris (Your S319, E5182494) |
| Q422.1 | Sampling of unknown material from Q422 (Your S319, E5182494) |
| Q423 | Wire (Your S325, E5182525) |
| Q424 | Metal piece (Your S331, E5182530) |
| Q425 | One (1) piece of black plastic (Your S330, E5182526) |
| Q426 | One (1) piece of glass (Your S336, E5182521) |
| Q427 | Elastic (Your S329, E5182528) |
| Q428 | One (1) piece of dark wire (Your S333, E5182529) |
| Q429 | One (1) piece of white plastic (Your S334, E5182520) |
| Q430 | One (1) piece of metal (Your S337, E5182522) |
| Q431 | Cardboard and metal pieces (Your S301, E5182492) |
| Q432 | BBs, cardboard and backpack pieces (Your S295, E5182491) |
| Q433 | Cardboard (Your S356, E5182511) |
| Q433.1 | Tape from Q433 (Your S356, E5182511) |
| Q434 | BBs and miscellaneous debris (Your S302, E5182493) |
| Q434.1 | Sampling of unknown material from Q434 (Your S302, E5182493) |
| Q435 | Black fabric (Your S345, E5182502) |

Page 31 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q436    Backpack pieces (Your S299, E5182506)

Q437    Backpack pieces (Your S312, E5182510)

Q438    Pieces of green insulated wire, one piece of red insulated wire, and metal pieces (Your S311, E5182505)

Q438.1-Q438.2    Tape from Q438 (Your S311, E5182505)

Q439    Black fabric (Your S350, E5182507)

Q440    Green, red, and black insulated wires and one small electronic component (Your S308, E5182501)

Q441    Electrical component (Your S346, E5182498)

Q442    Black plastic (Your S348, E5182500)

Q443    Small white wire (Your S163, E5182354)

Q444    Black tape (Your S128, E5182158)

Q444.1-Q444.2    Tape from Q444 (Your S128, E5182158)

Q445    Small white piece of plastic (Your S156, E5182352)

Q446    Pieces of backpack (Your S178, E5182342)

Q447    Backpack pieces (Your S194, E5180470)

Q448    Gray plastic (Your S240, E5182447)

Q449    One (1) screw and washer (Your S216, E5182458)

Q450    Backpack and cloth pieces (Your S196, E5182452)

Q450.1    BB from Q450 (Your S196, E5182452)

Q450.2    Battery cover from Q450 (Your S196, E5182452)

Q451    Screw and washer (Your S219, E5182444)

Q452    Backpack pieces (Your S113, E5182453)

Page 32 of 108

130416021 AAR

UNCLASSIFIED

Q453    One (1) screw and washer (Your S217, E5182460)

Q454    Black string (Your S213, E5182451)

Q455    Backpack pieces (Your S234, E5182446)

Q456    White cloth (Your S218, E5182457)

Q457    Fabric (Your S235, E5182448)

Q458    Tape (Your S140, E5182179)

Q459    Metal piece (Your S223, E5182462)

Q460    BBs (Your S81, E5182182)

Q460.1    Tape from Q460 (Your S81, E5182182)

Q460.1.1   Piece of tape from Q460.1 (Your S81, E5182182)

Q461    BBs (Your S72, E5182174)

Q462    Metal piece (Your S197, E5182443)

Q463    BBs and miscellaneous debris (Your S73, E5182171)

Q463.1    Sampling of unknown material from Q463 (Your S73, E5182171)

Q464    Backpack pieces (Your S191, E5180472)

Q465    Metal fragment (Your S214, E5182455)

Q466    White plastic (Your S215, E5182445)

Q467    Backpack pieces (Your S173, E5182333)

Q467.1    Piece of red plastic from Q467 (Your S173, E5182333)

Q467.2    Piece of green wire from Q467 (Your S173, E5182333)

Q468    BBs (Your S77, E5182181)

Q469    BBs (Your S76, E5182173)

Page 33 of 108

130416021 AAR

UNCLASSIFIED

Q470      BBs (Your S69, E5182177)

Q471      BBs (Your S74, E5182178)

Q472      BBs (Your S68, E5182176)

Q473      BBs (Your S70, E5182175)

Q474      BBs (Your S75, E5182172)

**BOYLSTON STREET, SCENE B** ███████████████████

Q475      Green wire and nail (Your S2323, E5182497)

Q476      One (1) BB (Your S2324, E5182496)

Q477      Nails and BB (Your S2322, E5182495)

Q478      Three (3) zipper pieces (Your S2094, E5182199)

Q479      Black strap from backpack (Your S2095, E5182198)

Q480      Pieces of fabric and zipper (Your S2140, E5182185)

Q480.1      Tape from Q480 (Your S2140, E5182185)

Q480.2      One (1) BB and one (1) nail from Q480 (Your S2140, E5182185)

Q480.3      White caulk material from Q480 (Your S2140, E5182185)

Q480.4      Cardboard from Q480 (Your S2140, E5182185)

Q480.5      Piece of metal with piece of wire from Q480 (Your S2140, E5182185)

Q481      Clothes (Your S2163, E5182148)

Q482      Clothes and boots (Your S2202, E5182184)

Q483      Five (5) BBs, two (2) nails and metal fragment (Your S2188, E5182207)

Q484      Metal fragment (Your S2109, E5182193)

Q485      Metal knob (Your S2091, E5182197)

Page 34 of 108

130416021 AAR

UNCLASSIFIED

Q486        Cardboard (Your S2103, E5182196)

Q486.1      Tape from Q486 (Your S2103, E5182196)

Q487        BBs and rubber piece (Your S2212, E5182270)

Q488        Pieces of fabric and paper (Your S2190, E5182205)

Q488.1      BBs from Q488 (Your S2190, E5182205)

Q489        BBs with unknown material and one (1) nail (Your S2227, E5182267)

Q489.1      Sampling of unknown material from Q489 (Your S2227, E5182267)

Q490        Pieces of fabric (Your S2187, E5182208)

Q490.1      One (1) BB and one (1) nail from Q490 (Your S2187, E5182208)

Q491        Debris (Your S2208, E5182325)

Q492        Two (2) pieces of plastic (Your S2168, E5182290)

Q493        BBs, nails, pieces of fabric and pieces of plastic (Your S2313, E5182479)

Q494        Debris (Your S2299, E5180587)

Q495        BBs with unknown material and two (2) nails (Your S2320, E5182481)

Q495.1      Sampling of unknown material from Q495 (Your S2320, E5182481)

Q496        One (1) piece of fabric (Your S2295, E5180502)

Q497        One (1) piece of metal (Your S2312, E5182483)

Q498        Miscellaneous debris with BBs (Your S2310, E5182485)

Q498.1      Earring (Your S2310, E5182485)

Q498.2-Q498.5       Sampling of unknown material from Q498 (Your S2310, E5182485)

Q499        One (1) BB and one (1) piece of metal with plastic (Your S2288, E5182478)

Q500        Pieces of styrofoam and fabric (Your S2318, E5182482)

Page 35 of 108

130416021 AAR

UNCLASSIFIED

Q501    BBs, nails, plastic and debris (Your S2319, E5180589)

Q502    One (1) piece of plastic (Your S2260, E5182388)

Q503    One (1) piece of green insulated wire (Your S2267, E5182378)

Q504    Swab of mesh #2 (Your S2262, E5182390)

Q505    One (1) battery (Your S2036, E5182263)

Q506    One (1) BB (Your S2259, E5180474)

Q507    One (1) piece of fabric (Your S2232, E5182356)

Q508    BBs, nails, metal pieces and white caulk material (Your S2256, E5182379)

Q508.1  Sampling of unknown material from Q508 (Your S2256, E5182379)

Q508.2  Sampling of unknown material from Q508 (Your S2256, E5182379)

Q509    Pieces of fabric (Your S2257, E5182382)

Q510    Pieces of foam and fabric (Your S2235, E5182368)

Q510.1  Tape from Q510 (Your S2235, E5182368)

Q511    One (1) BB (Your S2258, E5182381)

Q512    Pieces of fabric (Your S2239, E5182357)

Q513    Four (4) BBs (Your S2236, E5182360)

Q514    BBs with and miscellaneous debris and nails (Your S2276, E5182395)

Q514.1  Sampling of unknown material from Q514 (Your S2276, E5182395)

Q515    Miscellaneous debris (Your S2203, E5182265)

Q515.1  Piece of green wire from Q515 (Your S2203, E5182265)

Q515.2  Pieces of white plastic, pieces of black plastic, and one (1) piece of green metal from Q515 (Your S2203, E5182265)

Page 36 of 108

130416021 AAR

UNCLASSIFIED

Q515.3    Unknown material and white caulk material from Q515 (Your S2203, E5182265)

Q516      BBs with unknown material, nails and pieces of metal (Your S2255, E5182358)

Q516.1    Sampling of unknown material from Q516 (Your S2255, E5182358)

Q516.2    Sampling of unknown material from Q516 (Your S2255, E5182358)

Q517      BBs, nails, pieces of metal and white caulk material (Your S2242, E5182363)

Q517.1-Q517.2        Sampling of unknown material from Q517 (Your S2242, E5182363)

Q518      Debris (Your S2241, E5182361)

Q519      Pieces of fabric (Your S2169, E5182221)

Q520      One (1) piece of plastic (Your S2196, E5182228)

Q521      Pieces of fabric (Your S2199, E5182219)

Q522      Pieces of fabric (Your S2194, E5182211)

Q523      Fabric with BBs (Your S2189, E5182210)

Q524      Pieces of fabric (Your S2150, E5182274)

Q525      Pieces of fabric (Your S2135, E5182223)

Q526      BBs with unknown material, nails, white caulk material and other fragmentation
          (Your S2205, E5182268)

Q526.1    Sampling of unknown material from Q526 (Your S2205, E5182268)

Q526.2    Sampling of unknown material from Q526 (Your S2205, E5182268)

Q527      BBs with unknown material, nails, white caulk material and other fragmentation
          (Your S2191, E5182212)

Q527.1    Sampling of unknown material from Q527 (Your S2191, E5182212)

Q527.2    Sampling of unknown material from Q527 (Your S2191, E5182212)

Q528      One (1) BB (Your S2283, E5182480)

Page 37 of 108

130416021 AAR

Q529    Two (2) pieces of plastic (Your S2293, E5180592)

Q530    Three (3) BBs and one (1) piece of metal (Your S2294, E5182489)

Q531    Two (2) pieces of fabric (Your S2298, E5180590)

Q532    Two (2) BBs (Your S2301, E5182486)

Q533    BBs, nails and two (2) plastic beads (Your S2303, E5182487)

Q534    Miscellaneous debris (Your S2305, E5180588)

Q534.1  White sticker/tag from Q534 (Your S2305, E5180588)

Q535    BBs with unknown material (Your S2307, E5182484)

Q535.1  Sampling of unknown material from Q535 (Your S2307, E5182484)

Q536    BBs with unknown material and five (5) nails (Your S2308, E5180591)

Q536.1  Sampling of unknown material from Q536 (Your S2308, E5180591)

Q537    Unknown material (Your S2309, E5182488)

Q538    BBs with unknown material (Your S2165, E5182149)

Q538.1  Sampling of unknown material from Q538 (Your S2165, E5182149)

Q539    Two (2) screws (Your S2172, E5182281)

Q540    One (1) piece of plastic (Your S2162, E5182269)

Q541    Pieces of fabric and piece of zipper (Your S2200, E5182273)

Q542    One (1) BB and one (1) piece of metal jewelry (Your S2185, E5182209)

Q543    Pieces of fabric and piece of zipper (Your S2201, E5182272)

Q543.1  Tape from Q543 (Your S2201, E5182272)

Q544    Metal fragment (Your S2231, E5182275)

Q545    Key chain with keys and part of car remote (Your S2186, E5182217)

Page 38 of 108

130416021 AAR

UNCLASSIFIED

Q546     One (1) piece of cardboard and one (1) piece of glass (Your S2177, E5182320)

Q546.1   Tape from Q546 (Your S2177, E5182320)

Q547     Key chain with keys and plastic tags (Your S2164, E5182328)

Q548     One (1) piece of metal (Your S2154, E5182276)

Q549     Nine (9) BBs, eight (8) nails, one (1) screw and one (1) piece of plastic (Your S2195, E5182214)

Q550     BBs with unknown material (Your S2167, E5182289)

Q550.1   Sampling of unknown material from Q550 (Your S2167, E5182289)

Q551     BBs, one (1) nail and one (1) screw (Your S2151, E5182322)

Q552     Two (2) pieces of plastic (Your S2193, E5182213)

Q553     One (1) piece of plastic (Your S2148, E5182318)

Q554     BBs with unknown material (Your S2088, E5182192)

Q554.1   Sampling of unknown material from Q554 (Your S2088, E5182192)

Q555     Fabric and debris (Your S2157, E5182264)

Q555.1   BB from Q555 (Your S2157, E5182264)

Q556     Pieces of fabric and pieces of zipper (Your S2131, E5182224)

Q556.1   Tape from Q556 (Your S2131, E5182224)

Q557     Pieces of fabric (Your S2100, E5182202)

Q558     Two (2) pieces of plastic (Your S2077, E5182292)

Q559     Wire (Your S2328, E5179007)

K9       Control swab of handbrush and broom (Your S2268, E5182391)

K10      Control swab (Your S2263, E5182377)

K11      Control swab (Your S2270, E5182380)

Page 39 of 108

130416021 AAR

UNCLASSIFIED

K12     Control swab of dustpan (Your S2269, E5182389)

**MEDICAL EXAMINER'S OFFICE**

K13     Fingerprints, palm prints, and footprints of TAMERLAN TSARNAEV (Your ME32, E5179043)

K14     One tube of blood from TAMERLAN TSARNAEV (Your ME31, E5179042

**BOYLSTON STREET, SCENE A** ███████████████████████

Q560    Small piece of wire (Your S332, E5182527)

Q561    Wire (Your S374, E5179032)

Q562    Two (2) pieces of rusty metal (Your S405, E5179037)

Q563    Metal fragment (Your S366, E5179034)

Q564    Wire (Your S378, E5179020)

Q565    One (1) piece of metal (Your S368, E5179021)

Q566    One (1) piece of rusty metal (Your S406, E5179035)

Q567    Three (3) pieces of wire (Your S404, E5179033)

Q568    Piece of plastic with metal contact (Your S363, E5179016)

Q569    BBs, one (1) piece of plastic and one (1) piece of rubber (Your S362, E5179011)

**THE FOLLOWING SPECIMENS WERE RECEIVED AT THE LABORATORY ON APRIL 20, 2013:**

**BOYLSTON STREET, SCENE A   (Near Marathon Sports located at 671 Boylston St.)**

Q570    Battery (Your S444, E5181148)

**THE FOLLOWING SPECIMEN WAS OBTAINED AT BETH ISRAEL HOSPITAL, BOSTON, MA:**

K15     Fingerprints and palm prints of DZHOKHARA A. TSARNAEV (Item # 2H-23, E5180498)

Page 40 of 108

130416021 AAR

UNCLASSIFIED

NE1    IAFIS Record of DZHOKHARA A. TSARNAEV (Item # 2H-22, 1B1051, E5180781)

Date specimens received:  April 20, 2013 and April 21, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 23, 2013 AND RECEIVED INTO THE LABORATORY ON THE FOLLOWING DATES; APRIL 20, 2013 AND APRIL 21, 2013.  THE ITEMS WERE ASSIGNED LABORATORY NUMBER 130420100 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**THE FOLLOWING SPECIMENS WERE RECEIVED AT THE LABORATORY ON APRIL 20, 2013:**

Q571    One (1) Toshiba hard drive SN 13LTZ2XPS WK7 (1B1030, E5181089)

Q572    Garmin GPS (1B885, E5182578)

Q573    White iPhone (1B1038, E5179205)

Q574    Black iPhone (1B1040, E5179206)

Q575    Transmitter, eight (8) batteries, and wires (1B826, E5180946)

Q575.1  Nine (9) pieces of tape from Q575 (1B826, E5180946)

Q576    Pressure cooker pot (1B827, E5180943)

Q577    Metal fragment (1B834, E5180938)

Page 41 of 108

130416021 AAR

1256

UNCLASSIFIED

Q578    Black plastic (1B830, E5180942)

Q579    Metal fragment (1B832, E5180940)

Q580    Metal fragment (1B833, E5180939)

Q581    Metal fragment (1B829, E5180936)

Q582    Switch (1B845, E5180944)

Q582.1    Tape from Q582 (1B845, E5180944)

Q582.2    Piece of green insulated wire from Q582 (1B845, E5180944)

Q582.3    Piece of green insulated wire from Q582 (1B845, E5180944)

Q582.4    Piece of green insulated wire from Q582 (1B845, E5180944)

Q582.5    Snap connector from Q582 (1B845, E5180944)

Q582.6    Piece of plastic form Q582 (1B845, E5180944)

Q583    Metal end cap, metal pipe elbow with metal end cap attached, BBs (Item #1W17, E5181155)

Q583.1    Tape from Q 583 (Item #1W17, E5181155)

Q583.2    Tape from Q 583 (Item #1W17, E5181155)

Q584    Metal end cap, metal pipe nipple with metal end cap attached, BBs (Item #1W21, E5181159)

Q584.1    Fuse from Q584 (Item #1W17, E5181155)

Q584.2    Tape from Q 584 (Item #1W21, E5181159)

Q584.3    Tape from Q 584 (Item #1W21, E5181159)

Q585    Fuse from Q583 (Item #1W18, E5181156)

Q586    Metal fragment (1B835, E5180937)

Q587    Metal fragment (1B831, E5180941)

Page 42 of 108

130416021 AAR

UNCLASSIFIED

Q588    Pressure cooker pot lid (1B828, E5180945)

Q589    Document beginning "No. 37..." from inside the computer bag (1B836, E5180947)

Q589.1  Diploma dated June 8, 2006 from inside the computer bag (1B836, E5180947)

Q589.2  Black Folder from inside the computer bag (1B836, E5180947)

Q589.3  Document beginning "Quick enroll..." from inside the computer bag (1B836, E5180947)

Q589.4  Document beginning "MK103..." from inside the computer bag (1B836, E5180947)

Q589.5  Document beginning "Phone (617) 349-6630..." from inside the computer bag (1B836, E5180947)

Q589.6  Pulsar instruction manual from inside the computer bag (1B836, E5180947)

Q589.7  Page 85 in Q589.6 Pulsar instruction manual from inside the computer bag (1B836, E5180947)

**THE FOLLOWING SPECIMEN WAS OBTAINED FROM THE INTERSECTION OF SPRUCE AND LINCOLN, WATERTOWN, MA:**

Q590    Sample of unknown powder

Q591    Sample of powder from Q583 (Item #1W20, E5181158)

Q592    Sample of powder from Q584 (Item #1W23, E5181161)

**THE FOLLOWING SPECIMEN WAS OBTAINED AT BETH ISRAEL HOSPITAL, BOSTON, MA:**

K16     Buccal swabs from Dzokhara Tsarnaev (Your 1B1021, E5180968)

**THE FOLLOWING SPECIMENS WERE RECEIVED AT THE LABORATORY ON APRIL 21, 2013:**

**THE FOLLOWING SPECIMENS WERE OBTAINED FROM LAUREL ST:**

Q593    9V battery (Your #1W-25, E5180477)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q594        BB's (Your #1W-28, E5179242)

Q594.1      Sampling of unknown material from Q594 (Your #1W-28, E5179242)

Q595        BB's (Your #1W-40, E5179254)

Q595.1      Sampling of unknown material from Q595 (Your #1W-40, E5179254)

Q596        Rear passenger side floor mat from vehicle, VIN# 1HGCP36828A05017 (Your #1W-37, E5179251)

Q597        Rear center floor mat from vehicle, VIN# 1HGCP36828A05017 (Your #1W-38, E5179252)

Q598        Driver's side rear floor mat from vehicle, VIN# 1HGCP36828A05017 (Your #1W-36, E5179250)

Q599        Black plastic (Your #1W-34, E5179248)

Q600        Lighter (Your #1W-54, E5179268)

Q600.1      Lighter (Your #1W-54, E5179268)

Q601        White lighter (Your #1W-41, E5179255)

Q602        Metal (Your# 1W-57, E5179271)

Q603        Pieces of green insulated wire (Your #1W-47, E5179261)

Q603.1      Tape from Q603 (Your #1W-47, E5179261)

Q604        Tape (Your #1W-46, E5179260)

Q605        Hobby fuse (Your #1W-48, E5179262)

Q606        BBs, pink material, and unknown polymer (Your #1W-49, E5179263)

Q606.1      Sampling of unknown material from Q606 (Your #1W-49, E5179263)

Q607        Wire (Your #1W-45, E5179259)

Q608        Green wire (Your #1W-33, E5179247)

Q609        Metal fragments (Your #1W-31, E5179245)

Page 44 of 108

130416021 AAR

UNCLASSIFIED

Q610     Metal fragment (Your #1W-30, E5179244)

Q611     Metal fragment (Your #1W-32, E5179246)

Q612     Two pieces of green insulated wire (Your #1W-29, E5179243)

Q612.1   Tape from Q612 (Your #1W-29, E5179243)

Q613     Metal fragment (Your #1W-27, E5179241)

Q614     Metal fragment (Your #1W-39, E5179253)

Q615     Cardboard (Your #1W-51, E5179265)

Q616     Cardboard (Your #1W-52, E5179266)

Q617     Vacuum filter from inside door frame and driver's side rear floor mat (Your #1W-35, E5179249)

Q618     Vacuum filter from blast seat (Your #1W-53, E5179267)

Q619     BBs (Your #1W-44, E5179258)

Q619.1   Sampling of unknown material from Q619 (Your #1W-44, E5179258)

Q620     Debris (Your #1W-43, E5179257)

Q621     Scraping from blast seat (Your #1W-58, E5179272)

Q622     Metal fragment (Your #1W-68, E5179282)

Q623     Metal fragment (Your #1W-71, E5179285)

Q624     BBs (Your #1W-69, E5179283)

Q624.1   Sampling of unknown material from Q624 (Your #1W-69, E5179283)

Q625     BBs (Your #1W-67, E5179281)

Q625.1   Sampling of unknown material from Q625 (Your #1W-67, E5179281)

Q626     BBs, pink material, and unknown material (Your #1W-70, E5179284)

Page 45 of 108

130416021 AAR

UNCLASSIFIED

Q626.1    Sampling of unknown material from Q626 (Your #1W-70, E5179284)

Q627    Grey/Black bag (Your #1W-56, E5179270)

Q627.1    Lighter (Your #1W-56, E5179270)

Q628    Black bag (Your #1W-55, E5179269)

Q628.1    Pencil (Your #1W-55, E5179269)

Q629    Metal fragment (Your #1W-75, E5179289)

Q630    Metal fragment (Your #1W-86, E5179312)

Q631    Metal fragment (Your #1W76-, E5179290)

Q632    BBs, pink material, and unknown material (Your #1W-83, E5179307)

Q632.1    Sampling of unknown material from Q632 (Your #1W-83, E5179307)

Q633    BBs (Your #1W73-, E5179287)

Q634    Metal fragment (Your #1W-99, E5179301)

Q635    BBs, pink material, and unknown material (Your #1W-72, E5179286)

Q635.1    Sampling of unknown material from Q635 (Your #1W-72, E5179286)

Q635.2    Tape from Q635 (Your #1W-72, E5179286)

Q636    Cardboard (Your #1W-78, E5179292)

Q637    Scrapings from blast seat (Your #1W-63, E5179277)

Q638    Swab from blast seat (Your #1W-59, E5179273)

Q639    Swab from blast seat (Your #1W-65, E5179279)

Q640    Swab from blast seat (Your #1W-61, E5179275)

Q641    Wire (Your #1W-80, E5179294)

Q641.1    Tape from Q641 (Your #1W-80, E5179294)

Page 46 of 108

130416021 AAR

UNCLASSIFIED

Q642      Metal fragment (Your #1W-87, E5179315)

Q643      Black tape (Your #1W-97, E5179303)

Q644      BBs (Your #1W-98, E5179302)

Q644.1    Sampling of unknown material from Q644 (Your #1W-98, E5179302)

Q645      Metal fragment (Your #1W-79, E5179293)

Q646      BBs (Your #1W-85, E5179310)

Q646.1    Sampling of unknown material from Q646 (Your #1W-85, E5179310)

Q647      Black tape (Your #1W-102, E5179298)

Q648      Metal fragment (Your #1W-89, E5179317)

Q649      Black plastic (Your #1W-103, E5179297)

Q650      One (1) BB, one (1) screw, one (1) washer and two (2) metal pieces (Your #1W-74, E5179288)

Q651      Bubble wrap (Your #1W-88, E5179316)

Q652      BBs (Your #1W-93, E5179309)

Q652.1    Sampling of unknown material from Q652 (Your #1W-93, E5179309)

Q653      Metal fragment (Your #1W-77, E5179291)

Q654      Black plastic (Your #1W-84, E5179308)

Q655      Metal fragment (Your #1W-95, E5179305)

Q656      Black tape (Your #1W-101, E5179299)

Q657      Gray plastic (Your #1W-100, E5179300)

Q658      Black plastic (Your #1W-94, E5179306)

Q659      Black plastic (Your #1W-91, E5179313)

Q660      Black plastic (Your #1W-90, E5179314)

Page 47 of 108

130416021 AAR

Q661    BBs (Your #1W-82, E5179296)

Q662    BBs (Your #1W-92, E5179311)

Q662.1  Sampling of unknown material from Q662 (Your #1W-92, E5179311)

Q663    Metal fragment (Your #1W-81, E5179295)

Q664    BBs (Your #1W-96, E5179304)

Q664.1-Q664.2    Sampling of unknown material from Q664 (Your #1W-96, E5179304)

Q665    Vacuum filter of blast seat (Your #1W-64, E5179217)

Q666    Vacuum filter of blast seat (Your #1W-62, E5179276)

K17     Negative control of ███████ gloves and Tyvec (Your #1W-60, E5179274)

K18     Control swab (Your #1W-66, E5179280)

Date specimens received:  April 21, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 25, 2013, RECEIVED INTO THE LABORATORY ON APRIL 21, 2013, ASSIGNED LABORATORY NUMBER 130421100 AND EXAMINED IN THE EXPLOSIVES UNIT:**

Q667    Latex gloves from the tailgate (Your 1B963, E5179064)

Q668    Latex glove (Your 1B961, E5179062)

Q669    Trace filters (Your 1B972, E5179075)

Q670    Allen wrenches (Your 1B945, E5179077)

Q671    Latex glove (Your 1B968, E5179073)

Page 48 of 108

130416021 AAR

UNCLASSIFIED

Q672     Receipt (Your 1B965, E5179067)

Q672.1    Receipt (Your 1B965, E5179067)

Q673     Black gloves (Your 1B943, E5179074)

**ITEMS FROM RESIDENCE, 410 NORFOLK STREET, APT. 3, CAMBRIDGE, MA:**

Q674     Hammer (Your 1B1354, E5179156)

Q674.1    Electric saw (Your 1B1354, E5179156)

Q675     Glass jar with nails and other miscellaneous items (Your 1B1241, E5179083)

Q675.1    Plastic bag of curtain rod brackets (Your 1B1241, E5179083)

Q675.2    Piece of rubber (Your 1B1241, E5179083)

Q675.3    Eight (8) pieces of paper (Your 1B1241, E5179083)

Q675.4    Black plastic piece (Your 1B1241, E5179083)

Q675.5    Piece of plastic (Your 1B1241, E5179083)

Q676     Knife (Your 1B1284, E5179010)

Q677     "PT 85 Blowback" BB type gun, serial #11E08716 (Your 1B1277, E5179109)

Q678     Knife (Your 1B1265, E5179122)

Q679     Tube of GE brand silicon (Your 1B1264, E5179123)

Q680     One (1) drill bit (Your 1B1337, E5179184)

Q680.1    One (1) roll of tape (Your 1B1337, E5179184)

Q680.2    One (1) pair of nail clippers (Your 1B1337, E5179184)

Q680.3    One (1) monkey wrench (Your 1B1337, E5179184)

Q680.4    One (1) socket wrench (Your 1B1337, E5179184)

Q680.5    One (1) wall hanger (Your 1B1337, E5179184)

Page 49 of 108

130416021 AAR

UNCLASSIFIED

Q681     Glass jar containing screws, keys, and tool heads (Your 1B1336, E5179183)

Q682     Dremel tool case and attachments (Your 1B1391, E5179187)

Q682.1   Fourteen (14) screws and one (1) nail (Your 1B1391, E5179187)

Q683     Yellow metal box (Your 1B1290, E5179186)

Q683.1   Pliers from Q683 (Your 1B1290, E5179186)

Q683.2   Wrench from Q683 (Your 1B1290, E5179186)

Q683.3   Ratchet set from Q683 (Your 1B1290, E5179186)

Q684     Plastic tub (Your 1B1289, E5179185)

Q684.1   Hardware (Your 1B1289, E5179185)

Q684.2   Roll of tape (Your 1B1289, E5179185)

Q684.3   Three (3) pieces of sand paper (Your 1B1289, E5179185)

Q684.4   File (Your 1B1289, E5179185)

Q684.5   Pick with attachment (Your 1B1289, E5179185)

Q684.6   Voltage Tester (Your 1B1289, E5179185)

Q684.7   Allen wrench set (Your 1B1289, E5179185)

Q684.8   Phillips screwdriver (Your 1B1289, E5179185)

Q684.9   Scraper (Your 1B1289, E5179185)

Q684.10  Box of screws (Your 1B1289, E5179185)

Q685     Plastic bin containing miscellaneous cables and cords, batteries (Your 1B1280, E5179106)

Q685.1   Two (2) page letter (Your 1B1280, E5179106)

Q685.2   Priority mail shipping tape (Your 1B1280, E5179106)

Page 50 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

| Q685.3 | Coupons (Your 1B1280, E5179106) |
| Q685.4 | Battery packaging (Your 1B1280, E5179106) |
| Q685.5 | Disc envelope (Your 1B1280, E5179106) |
| Q685.5.1 | Pro Tools Ignition Pack 2 Pro DVD (Your 1B1280, E5179106) |
| Q685.6 | Disc Envelope (Your 1B1280, E5179106) |
| Q685.6.1 | Disc labeled "translated documentation" (Your 1B1280, E5179106) |
| Q685.7 | Swiss Army knife (Your 1B1280, E5179106) |
| Q685.8 | Apple charger (Your 1B1280, E5179106) |
| Q685.9 | Computer mouse (Your 1B1280, E5179106) |
| Q685.10 | Battery (Your 1B1280, E5179106) |
| Q685.11 | Battery (Your 1B1280, E5179106) |
| Q685.12 | Plastic Brookstone wing (Your 1B1280, E5179106) |
| Q685.13 | Plastic Brookstone wing (Your 1B1280, E5179106) |
| Q685.14 | Plastic Brookstone wing (Your 1B1280, E5179106) |
| Q686 | Roll of clear tape (Your 1B1272, E5179116) |
| Q687 | One (1) flathead screw driver (Your 1B1330, E5179091) |
| Q687.1 | One (1) flathead screw driver (Your 1B1330, E5179091) |
| Q688 | Flathead screw driver (Your 1B1274, E5179113) |
| Q689 | One (1) BB (Your 1B1327, E5179094) |
| Q690 | Electronic device (Your 1B1328, E5179092) |
| Q691 | Caulk gun with tube of GE brand silicon (Your 1B1263, E5179124) |
| Q691.1 | Lid from Q691 (Your 1B1263, E5179124) |

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q692    Parts removed from "PT 85 Blowback" BB type gun (Q677) (Your 1B1278, E5179108)

Q693    One (1) roll of silver-colored duct-type tape (Your 1B1268, E5179119)

Q693.1  One (1) roll of silver-colored duct-type tape (Your 1B1268, E5179119)

Q694    Battery charger (Your 1B1331, E5179096)

Q695    Roll of tape (Your 1B1271, E5179115)

Q696    One (1) object labeled "The Original Cosmic Creation" (Your 1B1238, E5179080)

Q697    One (1) Silencer brand 500 computer supply power box (Your 1B1391, E5179181)

Q697.1  Miscellaneous wires (Your 1B1391, E5179181)

Q697.2  Transformer plug (Your 1B1391, E5179181)

Q697.3  Cooling fan (Your 1B1391, E5179181).

Q697.4  One (1) battery pack, one (1) battery and four (4) wire coils (Your 1B1391, E5179181)

Q697.5  Cloth Silencer bag (Your 1B1391, E5179181)

Q697.6  Plastic bag (Your 1B1391, E5179181)

Q697.6.1  3 cords (Your 1B1391, E5179181)

Q697.7  Power cord (Your 1B1391, E5179181)

Q698    Expended $CO_2$ cartridge taken from "PT 85 Blowback" BB type gun (Q677) (Your 1B1279, E5179107)

Q699    Weller brand solder gun case 140/100 watts (Your 1B1267, E5179120)

Q699.1  Weller customer service manual (Your 1B1267, E5179120)

Q699.2  Weller brand solder gun (Your 1B1267, E5179120)

Q700    One (1) Sears Craftsman corded 3/8" drill with drill bit (Your 1B1270, E5179117)

Q701    One (1) plastic bag (Your 1B1307, E5179171)

Page 52 of 108

130416021 AAR

UNCLASSIFIED

Q701.1     One (1) bottle of Gorilla brand super glue (Your 1B1307, E5179171)

Q702       One (1) bottle of Gorilla brand glue (Your 1B1306, E5179170)

Q703       Black knife (Your 1B1294, E5179191)

Q704       Knife (Your 1B1318, E5179168)

Q704.1     Knife Sheath (Your 1B1318, E5179168)

Q705       Handwritten note with blue ink (Your Item #88, E5179166)

Q706       BBs and metal fragments (Your Item #64, E5179194)

Q707       Cloth bag (Your 1B1305, E5179169)

Q707.1     Towel (Your 1B1305, E5179169)

Q707.2     Shirt (Your 1B1305, E5179169)

Q707.3     Shirt (Your 1B1305, E5179169)

Q707.4     Rag (Your 1B1305, E5179169)

Q707.5     Plastic bag (Your 1B1305, E5179169)

Q707.6     Tools (Your 1B1305, E5179169)

Q707.7     Box cutter from Q707.6 (Your 1B1305, E5179169)

Q707.8     Diagonal cutters from Q707.6 (Your 1B1305, E5179169)

Q707.9     Needle nose pliers from Q707.6 (Your 1B1305, E5179169)

Q708       Composition notebook covers (Your 1B1345, E5179160)

Q708.1     Loose piece of paper from Q708 (Your 1B1345, E5179160)

Q708.1.1-Q708.1.91    Pages from Q708 (Your 1B1345, E5179160)

Q708.1.46.1    Debris from Q708.1.46 (Your1B1345, E5179160)

Q708.1.47-Q708.1.91    Pages from Q708 (Your 1B1345, E5179160)

Page 53 of 108

130416021 AAR

UNCLASSIFIED

Q708.2     Blue cover spiral notebook front cover (Your 1B1345, E5179160)

Q708.2.1-Q708.2.68     Pages and dividers from Q708.2 (Your 1B1345, E5179160)

Q708.2.69     Blue cover spiral notebook back cover (Your 1B1345, E5179160)

Q708.3     Top Flight red spiral notebook front cover (Your 1B1345, E5179160)

Q708.3.1-Q708.3.6     Pages from Q708.3 (Your 1B1345, E5179160)

Q708.3.6.1     Debris from Q708.3.6 (Your 1B1345, E5179160)

Q708.3.7-Q708.3.103     Pages from Q708.3 (Your 1B1345, E5179160)

Q708.3.104     Top Flight red spiral notebook back cover (Your 1B1345, E5179160)

Q708.4     Mead red spiral notebook covers (Your 1B1345, E5179160)

Q708.4.1     Letter from Commonwealth of MA from Q708.4 (Your 1B1345, E5179160)

Q708.4.2     Green piece of paper from Q708.4 (Your 1B1345, E5179160)

Q708.4.3     Mass Health document from Q708.4 (Your 1B1345, E5179160)

Q708.4.4-Q708.4.142     Pages from Q708.4 (Your 1B1345, E5179160)

Q708.5     Bunker Hill Community College pad of paper covers (Your 1B1345, E5179160)

Q708.5.1-Q708.5.40     Pages from Q708.5 (Your 1B1345, E5179160)

Q708.5.41     Bunker Hill Community College pad of paper back cover (Your 1B1345, E5179160)

Q708.6     "Birds" graph paper covers (Your 1B1345, E5179160)

Q708.6.1-Q708.6.23   Pages from Q708.6 (Your 1B1345, E5179160)

Q709     KleenBore utility cleaning brush box (Your 1B1320, E5179199)

Q709.1     KleenBore utility cleaning brush (Your 1B1320, E5179199)

Q709.2     One (1) package of Winchester cleaning cloth (Your 1B1320, E5179199)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q710        Outers choketube and gun grease (Your 1B1301, E5179198)

Q711        Screwdriver set (Your 1B1312, E5179176)

Q712        KleenBore gun cleaning kit (Your 1B1300, E5179197)

Q712.1      Plastic bag (Your 1B1300, E5179197)

Q712.2      Bottle with contents (Your 1B1300, E5179197)

Q712.3      Brush (Your 1B1300, E5179197)

Q712.4      Rod with handle (Your 1B1300, E5179197)

Q712.5      Plastic bag (Your 1B1300, E5179197)

Q713        Black coat (Your 1B1322, E5179177)

Q714        Leather bound notebook front and back covers (Your 1B1310, E5179174)

Q714.1-Q714.69      Pages from Q714 (Your 1B1310, E5179174)

Q714.69.1      Debris from Q714.69 (Your 1B1310, E5179174)

Q714.70-Q714.105      Pages from Q714 (Your 1B1310, E5179174)

Q715        Notebook front and back covers (Your 1B1340, E5179165)

Q715.1-Q715.118      Pages from Q715 (Your 1B1340, E5179165)

Q716-Q716.8      "The Sovereign Newspaper" with underlined passages (Your 1B1344, E5179161)

Q717        Sample 7 swab, remote control (Your 1B1341, E5179164)

Q718        Sample 10 swab, Honda keys (Your 1B1341, E5179164)

Q719        Sample 9 swab, Subaru keys (Your 1B1341, E5179164)

Q720        Sample 8 swab, weight bars (Your 1B1341, E5179164)

Q721        Sample 6 swab, toilet flush lever (Your 1B1341, E5179164)

Q722        Sample 5 swab, keypad (Your 1B1341, E5179164)

Page 55 of 108

130416021 AAR

UNCLASSIFIED

Q723      Sample 4 swab, caulk gun (Your 1B1341, E5179164)

Q724      Sample 3 swab, top of chair in kitchen (Your 1B1341, E5179164)

Q725      Tools and miscellaneous items (Your 1B1352, E5179153)

Q725.1      Gray, polymer ring (Your 1B1352, E5179153)

Q725.2      Black knob (Your 1B1352, E5179153)

Q725.3      One (1) spool of green wire and one (1) spool of black wire (Your 1B1352, E5179153)

Q725.4      One (1) spool of PTFE thread seal tape (Your 1B1352, E5179153)

Q725.5      Roll of duct tape (Your 1B1352, E5179153)

Q725.6      Roll of black tape (Your 1B1352, E5179153)

Q725.7      Tape packaging (Your 1B1352, E5179153)

Q725.8      Piece of paper towel (Your 1B1352, E5179153)

Q725.9      One (1) pair of scissors (Your 1B1352, E5179153)

Q725.10      One (1) wire stripper (Your 1B1352, E5179153)

Q725.11      Piece of hobby fuse from Q725 (Your 1B1352, E5179153)

Q725.12      One (1) pair of scissors from Q725 (Your 1B1352, E5179153)

Q725.13      One (1) pair of scissors from Q725 (Your 1B1352, E5179153)

Q725.14      One (1) pair of scissors from Q725 (Your 1B1352, E5179153)

Q725.15      One (1) pair of scissors from Q725 (Your 1B1352, E5179153)

Q725.16      One (1) screwdriver from Q725 (Your 1B1352, E5179153)

Q725.17      One (1) screwdriver from Q725 (Your 1B1352, E5179153)

Q725.18      One (1) screwdriver from Q725 (Your 1B1352, E5179153)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q725.19    One (1) screwdriver from Q725 (Your 1B1352, E5179153)

Q725.20    One (1) diagonal cutter from Q725 (Your 1B1352, E5179153)

Q725.21    One (1) diagonal cutter from Q725 (Your 1B1352, E5179153)

Q725.22    One (1) pair of pliers from Q725 (Your 1B1352, E5179153)

Q725.23    One (1) pair of pliers from Q725 (Your 1B1352, E5179153)

Q725.24    One (1) metal can lid with black scorching from Q725 (Your 1B1352, E5179153)

Q726    Box for two-hundred (200) mini-lights (Your 1B1350, E5179151)

Q726.1    Two-hundred (200) mini-lights (Your 1B1350, E5179151)

Q727    BBs (Your 1B1347, E5179158)

Q728    Kershaw 1006 knife (Your 1B1349, E5179150)

Q729    Tools (Your 1B1353, E5179155)

K19    Control sample #1 (Your 1B1342, E5179163)

K20    Suit/glove control (Your 1B1342, E5179163)

K21    Sample 11 swab, blanks (Your 1B1341, E5179164)

Q730    Paper with writing (Your 1B933, E5180995)

Q731    Notebook front cover (Your 1B924, E5179057)

Q731.1-Q731.118    Pages from Q731 (Your 1B924, E5179057)

Q731.119 Notebook back cover (Your 1B924, E5179057)

Q732    Vacuum filter A (Your 1B927, E5180999)

Q733    Vacuum filter B (Your 1B927, E5180999)

Q734    Vacuum filter C (Your 1B927, E5180999)

Page 57 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q735      Vacuum filter D (Your 1B927, E5180999)

**ITEMS FROM PINE DALE HALL (ROOM 7341) AT UMASS DARTMOUTH:**

Q736      Box (Your 1B1567, E5179238)

Q736.1    BBs from Q736 (Your 1B1567, E5179238)

Q736.2    Bag from Q736 (Your 1B1567, E5179238)

Q737      Roll of tape (Your 1B1564, E5179235)

Q738      Handwritten note on graph paper (Your 1B1555, E5179225)

Q739      Two (2) black plastic strips (Your 1B1566, E5179237)

Q740      Black plastic with 8 round holders (Your 1B1570, E5179226)

Q741      BBs (Your 1B1556, E5179227)

Q742      One (1) pocket knife (Your 1B1560, E5179231)

Q742.1    One (1) pocket knife (Your 1B1560, E5179231)

Q743      Power cord with exposed circuit board (Your 1B1551, E5179221)

Q743.1-Q743.4      Tape from Q743 (Your 1B1551, E5179221)

Q744      White Polo baseball cap (Your 1B1550, E5179220)

Q745      ProSeries 6-piece home tool set case (Your 1B1563, E5179234)

Q745.1    Tape measure (Your 1B1563, E5179234)

Q745.2    Pliers (Your 1B1563, E5179234)

Q745.3    Knife (Your 1B1563, E5179234)

Q745.4    Wrench (Your 1B1563, E5179234)

Q745.5    Flathead screwdriver (Your 1B1563, E5179234)

Q745.6    Phillips screwdriver (Your 1B1563, E5179234)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q746        Wires (Your 1B1565, E5179236)

Q746.1      Wire cutter (Your 1B1565, E5179236)

Q746.2      Plastic bag (Your 1B1565, E5179236)

Q746.2.1    Flathead screwdriver (Your 1B1565, E5179236)

Q746.3      Plastic bag (Your 1B1565, E5179236)

Q746.3.1    Phillips screwdriver (Your 1B1565, E5179236)

Q746.4      Plastic bag (Your 1B1565, E5179236)

Q746.4.1    Pliers (Your 1B1565, E5179236)

Q746.5      Breadboard box (Your 1B1565, E5179236)

Q746.5.1    One (1) breadboard (Your 1B1565, E5179236)

Q746.6      Breadboard box (Your 1B1565, E5179236)

Q746.7      Paper bearing notations "University of Massachusetts, Dartmouth" (Your 1B1565, E5179236)

Q746.8      Oscilloscope probe kit bag (Your 1B1565, E5179236)

Q746.8.1    Oscilloscope probe kit instructions (Your 1B1565, E5179236)

Q746.8.2    Oscilloscope probe (Your 1B1565, E5179236)

Q746.8.3    Oscilloscope bag with six (6) parts (Your 1B1565, E5179236)

Q746.9      Plastic bag (Your 1B1565, E5179236)

Q746.9.1    Alligator leads (Your 1B1565, E5179236)

Q746.10     Plastic bag (Your 1B1565, E5179236)

Q746.10.1    Alligator leads (Your 1B1565, E5179236)

Q746.11     Plastic bag (Your 1B1565, E5179236)

Page 59 of 108

130416021 AAR

UNCLASSIFIED

Q746.11.1    Alligator leads (Your 1B1565, E5179236)

Q746.12    Plastic bag of alligator lead set (Your 1B1565, E5179236)

Q747    Black jacket Fouk, size large (Your 1B1569, E5179240)

Q748    Part of cricket device (Your 1B818, E5182417)

Date specimen received:    April 22, 2013

The following specimen was received in the Explosives Unit.

**THE FOLLOWING ITEM WAS RECOVERED FROM THE BOSTON BOMBING. THIS ITEM WAS SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 23, 2013, RECEIVED INTO THE LABORATORY ON APRIL 22, 2013, ASSIGNED LABORATORY NUMBER 130422101 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**THE FOLLOWING SPECIMEN WAS ACQUIRED FROM THE RESUSCITATION ROOM 20 AT BETH ISRAEL HOSPITAL, BOSTON, MA:**

Q749    Fragment (Your 1B1012, E5180964)

Date specimens received:    April 22, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 23, 2013, RECEIVED INTO THE LABORATORY ON APRIL 22, 2013, ASSIGNED LABORATORY NUMBER 130422100 AND EXAMINED IN THE EXPLOSIVES UNIT:**



UNCLASSIFIED

**ACCQUIRED FROM BRAINTREE PD:**

K22     DNA swabs of ███████████

K23     Fingerprints of ███████████

Date specimens received:  April 23, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 23, 2013, RECEIVED INTO THE LABORATORY ON APRIL 23, 2013, ASSIGNED LABORATORY NUMBER 130423010 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM** ███████████

Q 751     One (1) pair of Timberland boots (1B2160, E5181182)

Q752     Chromium crusher containing residue (1B2077, E5179460)

Q753     Phillips screwdriver (1B2097, E5179479)

Q754     Leatherman super tool (1B2118, E5179496)

Q755     One (1) flathead screwdriver, one (1) Phillips screwdriver, one (1) pair of scissors, one (1) pair of pliers, one (1) socket wrench (1B2063, E5179446)

Q756     *Principles of Environmental Chemistry* textbook (1B2062, E5179445)

Q756.1- Q756.3     Pages from Q756 (1B2062, E5179445)

Q757     *General Chemistry* textbook (1B2092, E5179474)

Q758     *General Chemistry* textbook (1B2111, E5179493)

Q758.1- Q758.19     Miscellaneous bookmarks and documents with foreign handwriting from Q758 (1B2111, E5179493)

Q758.20- Q758.22     Pages from Q758 (1B2111, E5179493)

Q759     Swab of black table and bench, Room A (1B2166, E5181180)

Page 61 of 108

130416021 AAR

UNCLASSIFIED

Q760    Swab of kitchen counter tops, Room B (1B2166, E5181180)

Q761    Swab of air conditioner return, Room A (1B2166, E5181180)

Q762    Multi-purpose tool (1B2033, E5179510)

Q763    One (1) roll of solder and one (1) soldering iron (1B2038, E5179516)

Q764    One (1) pair of pliers, one (1) wrench and six (6) screwdrivers (1B2040, E5179517)

Q764.1  One (1) pair of pliers (1B2040, E5179517)

Q764.1.1 Tape from Q764.1 (1B2040, E5179517)

Q764.2  One (1) pair of pliers (1B2040, E5179517)

Q765    One (1) pair of scissors and three (3) screwdrivers (1B2042, E5179520)

Q766    Six (6) screwdrivers (1B2043, E5179521)

Q767    Swab from B, C, D toolboxes (1B2037, E5179515)

Q768    Swab from shed of board and floor (1B2035, E5179513)

Q769    Swab from shed of window and window sill (1B2035, E5179513)

Q770    Swab from shed of car bumper (1B2035, E5179513)

K24     Negative control swab (1B2163, E5181181)

K25     Control swab of ███████ es and Tyvek (1B2163, E5181181)

K26     Control swab of ███████ vek and gloves (1B2163, E5181181)

K27     Control swab of ███████ Tyvek and gloves (1B2163, E5181181)

K28     Control swab of ███████ vek and gloves (1B2163, E5181181)

K29     Negative control swab (1B2034, E5179512)

K30     Control swab of ███████ gloves and Tyvek (1B2034, E5179512)

Page 62 of 108

130416021 AAR

UNCLASSIFIED

**ACQUIRED FROM ALLEY BEHIND** ███████████████

Q771     Roll of black electrical tape (1B2044, E5179522)

Q772     Wires with lamp attached (1B2041, E5179519)

Q773     One (1) screwdriver, one (1) wrench (1B2036, E5179514)

Q773.1   One (1) pair of cutters (1B2036, E5179514)

**ACQUIRED FROM TRASH CAN BEHIND** ███████████

Q774     Four (4) screwdrivers (1B1972, E5179509)

Q775     Nine (9) screwdrivers (1B1972, E5179509)

Q776     Three (3) pliers (1B1972, E5179509)

Q777     Two (2) wrenches and two (2) pliers (1B1972, E5179509)

Q778     One (1) Phillips head screwdriver (1B1973, E5179511)

**ACQUIRED FROM SIDEWALK IN FRONT OF** ████████████████

Q779     Three (3) pieces of black tape (S465, E5182712)


Date specimens received:  April 23, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 25, 2013, RECEIVED INTO THE LABORATORY ON APRIL 23, 2013, ASSIGNED LABORATORY NUMBER 130423011 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM PINE DALE HALL (ROOM 7341) AT UMASS DARTMOUTH:**

Q780     Big Snow Pyrotechnics (1B1544, E5179214)

Q780.1   Single tube from Q780 (1B1544, E5179214)

Q780.1.1 Powder sample from Q780.1 (1B1544, E5179214)

Page 63 of 108

130416021 AAR

UNCLASSIFIED

Q780.1.2   Powder sample from Q780.1 (1B1544, E5179214)

Q780.1.3   Powder sample from Q780.1 (1B1544, E5179214)

Q780.1.4   Powder sample from Q780.1 (1B1544, E5179214)

Q780.1.5   Powder sample from Q780.1 (1B1544, E5179214)

Q780.1.6   Powder sample from Q780.1 (1B1544, E5179214)

Q780.1.7   Powder sample from Q780.1 (1B1544, E5179214)

Date specimens received:  April 23, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 25, 2013, RECEIVED INTO THE LABORATORY ON APRIL 23, 2013, ASSIGNED LABORATORY NUMBER 130423012 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM THE INTERSECTION OF LINCOLN AND SPRUCE, WATERTOWN, MA:**

Q781        Plastic container and hobby fuse (E5182413)

Q781.1      Sample of fuse from Q781 (E5182413)

Q781.2      Powder from Q781 (E5182413)

Q781.3      Tape from Q781 (E5182413)

Q781.3.1    Piece of tape from Q781.3 (E5182413)

Q782        Hobby fuse (E5182415)

Q783        BB and powder (E5182416)

Q784        Powder from 90 degree elbow device #1 (1W19, E5181157)

Q785        Powder from coupler device #2 (1W22, E5181160)

Page 64 of 108

130416021 AAR

UNCLASSIFIED

Q786      Powder removed from plastic container (E5182414)

Date specimens received: April 24, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 27, 2013, RECEIVED INTO THE LABORATORY ON APRIL 24, 2013, ASSIGNED LABORATORY NUMBER 130424003 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM** ██████████████████████

Q787      One (1) drill bit case (1B2244, E5179567)

Q787.1    Twenty-one (21) drill bits (1B2244, E5179567)

Q787.1.1  One (1) drill bit (1B2244, E5179567)

Q787.1.2  One (1) drill bit (1B2244, E5179567)

Q787.1.3  One (1) drill bit (1B2244, E5179567)

Q787.1.4  One (1) drill bit (1B2244, E5179567)

Q787.1.5  One (1) drill bit (1B2244, E5179567)

Q787.2    Thirty (30) drill bits (1B2244, E5179567)

Q787.3    One (1) drill bit case (1B2244, E5179567)

Q787.4    Eleven (11) drill bits (1B2244, E5179567)

Q787.5    One (1) drill bit (1B2244, E5179567)

Q787.6    Forty-eight (48) drill bits (1B2244, E5179567)

Q788      Two (2) vise jaw caps (1B2245, E5179568)

Q789      Two (2) vise jaws (1B2243, E5179566)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q790       Two (2) vise jaw caps (1B2246, E5179569)

Q791       One (1) hacksaw blade (1B2247, E5179570)

Q791.1     One (1) hacksaw blade (1B2247, E5179570)

Q791.2     One (1) hacksaw blade (1B2247, E5179570)

Q791.3     One (1) hacksaw blade (1B2247, E5179570)

Q791.4     One (1) hacksaw blade (1B2247, E5179570)

Q791.5     One (1) hacksaw blade (1B2247, E5179570)

Q791.6     One (1) hacksaw blade (1B2247, E5179570)

Q791.7     One (1) hacksaw blade (1B2247, E5179570)

Q791.8     One (1) hacksaw blade (1B2247, E5179570)

Q791.9     One (1) hacksaw blade (1B2247, E5179570)

Q791.10    One (1) hacksaw blade (1B2247, E5179570)

Q791.11    One (1) hacksaw blade (1B2247, E5179570)

Q792       One (1) roll of TaegaSeal PTFE tape (1B2248, E5179571)

Q792.1     One (1) roll of TaegaSeal PTFE tape (1B2248, E5179571)

Q792.2     One (1) roll of T.F.E tape (1B2248, E5179571)

Q792.3     One (1) roll of T.F.E tape (1B2248, E5179571)

Q793       Green wire (1B2249, E5179572)

Q794       Green wire (1B2250, E5179573)

Q795       One (1) wire cutter (1B2251, E5179574)

Q795.1     One (1) wire cutter (1B2251, E5179574)

Page 66 of 108

130416021 AAR

UNCLASSIFIED

**ACQUIRED FROM** ███████████████████████

Q796     White powder (1B2361, E5179559)

Q797     Vacuum filter of driver's front seat (1B2362, E5179560)

Q798     Vacuum filter of front passenger seat (1B2326, E5179560)

Q799     Vacuum filter of middle one – third of van (1B2326, E5179560)

Q800     Vacuum filter of back one – third of van (1B2326, E5179560)

Q801     One (1) black trash bag (1B2363, E5179561)

Q802     White plastic liner of van (1B2360, E5179558)

Q803     Swab of floor of van (1B2359, E5179557)

Q804     Swab of interior of van above wheel wells (1B2359, E5179557)

K31     Control swab of ███████ ves and Tyvek (1B2358, E5179556)

K32     Control swab of ███████ gloves and Tyvek (1B2358, E5179556)

K33     Control swab of ██████ (1B2358, E5179556)

Date specimens received: April 25, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 27, 2013, RECEIVED INTO THE LABORATORY ON APRIL 25, 2013, ASSIGNED LABORATORY NUMBER 130425018 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM** ███████████████████

Q805     Swab of light switch and doorbell (Item # 8R8, E5754032)

Q806     Swab of kitchen doorknob (Item # 8R8, E5754032)

Q807     Swab of white powder in kitchen in plastic container (Item # 8R8, E5754032)

Page 67 of 108

130416021 AAR

UNCLASSIFIED

Q808    Swab of lids of plastic container in kitchen (Item # 8R8, E5754032)

Q809    Swab of doorknob in bedroom (Item # 8R8, E5754032)

Q810    Swab of light switch in bedroom (Item # 8R8, E5754032)

Q811    Swab of closet doorknob in bedroom (Item # 8R8, E5754032)

Q812    Swab of suitcases on shelf in bedroom (Item # 8R8, E5754032)

Q813    Swab of closet doorknob in hall (Item # 8R8, E5754032)

Q814    Swab of bathroom light switch (Item # 8R8, E5754032)

Q815    Swab of drains in bathroom (Item # 8R8, E5754032)

Q816    Swab of bathroom doorknob (Item # 8R8, E5754032)

Q817    Swab of kitchen sink/microwave (Item # 8R8, E5754032)

Q818    Powder from grey container in kitchen (Item # 8R9, E5754033)

Q819    Powder from container in kitchen cabinet (Item # 8R10, E5754034)

K34     Control swab (Item # 8R11, E5754035)

K35     Control of ▮▮▮▮▮▮▮ gloves (Item # 8R12, E5754036)

**ACQUIRED FROM** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q820    Swab of steering wheel (Item # 5V03, E5754021)

Q821    Swab of driver seat and armrest (Item # 5V03, E5754021)

Q822    Swab of radio/heat knobs (Item # 5V03, E5754021)

Q823    Swab of passenger seat (Item # 5V03, E5754021)

Q824    Swab of passenger floor (Item # 5V03, E5754021)

Q825    Swab of rear seat (Item # 5V03, E5754021)

Q826    Swab of rear floor (Item # 5V03, E5754021)

Page 68 of 108

130416021 AAR

UNCLASSIFIED

Q827    Swab trunk (Item # 5V03, E5754021)

Q828    Swab of passenger side front door handle (Item # 5V03, E5754021)

Q829    Swab of rear driver side door (Item # 5V03, E5754021)

Q830    Trace evidence filter from front drivers quad (Item # 5V06, E5754024)

Q831    Trace evidence filter from front passenger quad (Item #5V07, E5754015)

Q832    Trace evidence filter from rear passenger quad (Item # 5V08, E5754016)

Q833    Trace evidence filter from rear drivers quad (Item # 5V09, E5754017)

Q834    Trace evidence filter from trunk (Item # 5V10, E5754018)

K36     Control swab of ███████████ s (Item # 5V01, E5754019)

K37     Control swab of ███████████ gloves (Item # 5V01, E5754019)

K38     Control swab (Item # 5V02, E5754020)

**ACCQUIRED FROM** ████████████████████████

Q835    Two (2) attached cardboard tubes with fuse and tape (4W1A, E5754001)

Q836    Five (5) attached cardboard tubes with fuse and tape (4W1A, E5754001)

Q837    One (1) piece of wood with cardboard (Item # 4W1D, E5754004)

Q838    One (1) cardboard tube with fuse (Item 4W1E, E5754005)

Q839    Seven (7) pieces of wood with cardboard (Item # 4W2C, E5754008)

Q840    Plastic and paper packaging (Item # 4W3A, E5754010)

Q841    Two (2) plastic bags and cardboard (4W3B, E5754011)

Q842    Cardboard packaging (4W3C, E5754012)

Q843    One (1) cardboard tube with fuse (Item # **4W1B**, E5754002)

Q843.1  Powder from Q843 (Item # 4W1B, E5754002)

Page 69 of 108

130416021 AAR

UNCLASSIFIED

Q843.2    Powder from Q843 (Item # 4W1B, E5754002)

Q844      Three (3) cardboard tubes attached with fuse (Item # 4W1B, E5754002)

Q845      Two (2) cardboard tubes with fuse (Item # 4W1C, E5754003)

Q846      Two (2) cardboard tubes with fuse (Item # 4W1C, E5754003)

Q847      Two (2) cardboard tubes with fuse (Item # 4W2A, E5754006)

Q848      Two (4) cardboard tubes attached with fuse (Item # 4W2A, E5754006)

Q849      One (1) cardboard tube with fuse (Item # 4W2B, E5754007)

Q850      Two (2) cardboard tubes with fuse (Item # 4W2B, E5754007)

Q850.1    Tape from Q850 (Item # 4W2B, E5754007)

Q851      Three (3) cardboard tubes with fuse (Item # 4W2B, E5754007)

Q852      Black trash bag, white plastic bags, and tape (Item# 4W2D, E5754009)

Q852.1    Tape from Q852 (Item# 4W2D, E5754009)


Date specimens received:  April 27, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED MAY 6, 2013, RECEIVED INTO THE LABORATORY ON APRIL 27, 2013, ASSIGNED LABORATORY NUMBER 130427100 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM CRAPO LANDFILL, NEW BEDFORD, MA:**

Q853      Fireworks debris (1B2735, E5182408)

Q853.1    Fireworks packaging from Q853 (1B2735, E5182408)

Q854      JanSport brand plaid gray/white backpack (1B2732, E5182409)\

Q854.1    US Currency totaling $0.01 (1B2732, E5182409)\

Page 70 of 108

130416021 AAR

Q855  Black trash bag with red ties (1B2738, E5182411)

Q855.1  Insect trap from Q555 (1B2738, E5182411)

Q856  Piece of paper (1B2737, E5182410)

Q856.1  Piece of paper (1B2737, E5182410)

Q856.2  Piece of paper (1B2737, E5182410)

Q856.3  Piece of paper (1B2737, E5182410)

Q856.4  Piece of paper (1B2737, E5182410)

Q857  One (1) black sock (1B2733, E5182406)

Q857.1  One (1) black sock (1B2733, E5182406)

Q857.2  One (1) academic planner (1B2733, E5182406)

Q857.3  One (1) brochure (1B2733, E5182406)

Q858  Kingston brand flash drive (1B2734, E5182407)

Q859  Jar of Vaseline brand petroleum jelly (1B2736, E5182409)

Date specimen received: April 27, 2013

The following specimen was received in the Explosives Unit.

**THE FOLLOWING ITEM WAS SENT TO THE FBI LABORATORY BY THE FBI BOSTON DIVISION. THIS ITEM WAS SUBMITTED UNDER COVER OF COMMUNICATION DATED MAY 6, 2013, RECEIVED INTO THE LABORATORY ON APRIL 27, 2013, ASSIGNED LABORATORY NUMBER 130427101:**

K39  Elimination prints for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date specimens received: April 29, 2013

The following specimens were received in the Explosives Unit.

Page 71 of 108

130416021 AAR

UNCLASSIFIED

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED MAY 6, 2013, RECEIVED INTO THE LABORATORY ON APRIL 29, 2013, ASSIGNED LABORATORY NUMBER 130429002 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM** ███████████████████████████████

Q860    Swab of bathroom closet doorknob (1B2711, E5179611)

Q861    Swab of doorknob in hall (1B2711, E5179611)

Q862    Swab of doorknob inside outer door (1B2711, E5179611)

Q863    Swab of doorknob into kitchen (1B2711, E5179611)

Q864    Swab of doorknob in bedroom (1B2711, E5179611)

Q865    Swab of closet door (1B2711, E5179611)

Q866    Swab of bedroom foyer door (1B2711, E5179611)

Q867    Swab of light switch, living area (1B2711, E5179611)

Q868    Swab of sink in bathroom (1B2711, E5179611)

K40    Control swab (1B2710, E5179610)

K41    Control swab of ████████ gloves (1B2708, E5179608)

K42    Control swab of ████████ s (1B2709, E5179609)

Date specimens received:  April 29, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED MAY 6, 2013, RECEIVED INTO THE LABORATORY ON APRIL 29, 2013, ASSIGNED LABORATORY NUMBER 130429100 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM :** ██████████████████

K43    Buccal swabs of ████████████████████████████

Page 72 of 108

130416021 AAR

UNCLASSIFIED



**ACQUIRED FROM**

K44

K45

K46

K47

Q869    Swab of interior driver's door handle (1B2832, E5179657)

Q870    Swab of steering wheel (1B2832, E5179657)

Q871    Swab of radio and dash (1B2832, E5179657)

Q872    Swab of interior front passenger's door handle (1B2832, E5179657)

Q873    Swab of interior rear passenger's side door handle (1B2832, E5179657)

Q874    Swab of interior rear door (1B2832, E5179657)

Q875    Swab of exterior rear driver's door (1B2832, E5179657)

Q876    Swab of exterior passenger's door handles (1B2832, E5179657)

K48     Control swab (1B2829, E5179659)

K49     Control swab of tyvek (1B2830, E5179660)

K50     Control swab of tyvek (1B2831, E5179658)

Q877    Unused

Q878    Unused

Q879    Unused

Page 73 of 108

130416021 AAR

UNCLASSIFIED

Q880        Swab of outside door handle (1B2799, E5179636)

Q881        Swab of inside door handle (1B2799, E5179636)

Q882        Swab of chair (1B2799, E5179636)

Q883        Swab of file cabinet handles (1B2799, E5179636)

Q884        Swab of desk ledge/desk (1B2799, E5179636)

Q885        Swab of mouse (1B2799, E5179636)

Q886        Swab of remote (1B2799, E5179636)

Q887        Swab of volume control (1B2799, E5179636)

Q888        Swab of laptop (1B2799, E5179636)

Q889        Swab of toiletries (1B2799, E5179636)

Q890        Swab of sunglasses (1B2800, E5179637)

Q891        Swab of bed frame (1B2800, E5179637)

Q892        Swab of writing implements (1B2800, E5179637)

Q893        Swab of dresser handles (1B2800, E5179637)

Q894        Swab of window (1B2800, E5179637)

Q895        Swab of wardrobe handles (1B2800, E5179637)

Q896        Swab of small, tan colored rug (1B2800, E5179637)

Q897        Swab of large, rust colored rug (1B2800, E5179637)

K51         Control swab (1B2796, E5179634)

K52         Control swab (1B2798, E5179635)

K53         Control swab (1B2798, E5179635)

K54         Control swab (1B2798, E5179635)


Page 74 of 108

130416021 AAR

UNCLASSIFIED

1289

UNCLASSIFIED

Date specimens received: May 3, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED MAY 2, 2013, RECEIVED INTO THE LABORATORY ON MAY 3, 2013, ASSIGNED LABORATORY NUMBER 130503001:**



Date specimens received: May 7, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE SENT TO THE FBI LABORATORY BY THE FBI BOSTON DIVISION. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED MAY 6, 2013, RECEIVED INTO THE LABORATORY ON MAY 7, 2013, ASSIGNED LABORATORY NUMBER 130507007:**



Page 75 of 108

130416021 AAR

UNCLASSIFIED

Date specimens received:  May 7, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED MAY 6, 2013, RECEIVED INTO THE LABORATORY ON MAY 7, 2013, ASSIGNED LABORATORY NUMBER 130507008 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM 410 NORFOLK STREET, APT. 3, CAMBRIDGE, MA:**

Q898        Swab of TV room (S1, 1B3008, E5756029)

Q899        Swab of entry table (S2, 1B3008, E5756029)

Q900        Swab of bureau top (S3, 1B3008, E5756029)

Q901        Swab of tall bureau top (S4, 1B3008, E5756029)

Q902        Swab of under bed (S5, 1B3008, E5756029)

Q903        Swab of side table (S6, 1B3008, E5756029)

Q904        Swab of bottom shelf (S7, 1B3008, E5756029)

Q905        Swab of middle shelf (S8, 1B3008, E5756029)

Q906        Swab of third shelf (S9, 1B3008, E5756029)

Q907        Swab of computer desk (S10, 1B3008, E5756029)

Q908        Swab of baseboard (S11, 1B3008, E5756029)

Q909        Swab of window sill (S12, 1B3008, E5756029)

Q910        Swab of under bed (S13, 1B3008, E5756029)

Q911        Swab of bottom of closet (S14, 1B3008, E5756029)

Q912        Swab of bathroom sink drain (S15, 1B3008, E5756029)

Q913        Swab of tub drain (S16, 1B3008, E5756029)

Q914        Swab of window sill (S17, 1B3008, E5756029)

Page 76 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q915      Swab of counter surface (S18, 1B3008, E5756029)

Q916      Swab of kitchen table, top of tablecloth (S19, 1B3008, E5756029)

Q917      Swab of kitchen table, under tablecloth (S20, 1B3008, E5756029)

Q918      Swab of kitchen drain (S21, 1B3008, E5756029)

Q919      Swab of back door, third floor (S22, 1B3008, E5756029)

Q920      Swab of first floor rear door, exterior of door (23, 1B3008, E5756029)

Q921      Swab of second floor, exterior of door (S24, 1B3008, E5756029)

Q922      Kitchen sink trap drain (1B2979, E5756054)

Q923      Water from kitchen sink trap drain (1B2980, E5756055)

Q924      Bathroom sink p-trap (1B2982, E5756057)

Q925      Water from bathroom rink p-trap (1B2983, E5756058)

Q926      Box of face masks (1B2976, E5756056)

Q927      Two (2) BBs on blue plastic magnetic square (1B2990, E5756051)

Q928      Exacto knife with blue handle (1B2999, E5756047)

Q929      Plastic container with nails (1B3005, E5756039)

Q930      Roll of pink paper (1B2993, E5756065)

Q931      Hacksaw (1B2994, E5756061)

Q932      Box of black gloves (1B2981, E5756060)

Q933      Pants with belt (1B2984, E5756062)

Q934      Dyson brand vacuum canister (1B2978, E5756030)

Q934.1    BBs from Q934 (1B2978, E5756030)

Q935      Blue Studio C brand notebook (1B2998, E5756046)

Page 77 of 108

130416021 AAR

UNCLASSIFIED

Q935.1-Q935.87   Pages from Q935 (1B2998, E5756046)

Q936   Three (3) vacuum filters, yellow/blue carpet (V1-V3, 1B3011, E5756031)

Q937   One (1) vacuum filter, throw rugs (V4, 1B3011, E5756031)

Q938   One (1) vacuum filter, carpets toward hallway (V5, 1B3011, E5756031)

Q939   One (1) vacuum filter, floor under bed (V6, 1B3012, E5756035)

Q940   One (1) vacuum filter, closet and floor (V7, 1B3012, E5756035)

Q941   One (1) vacuum filter, closet, floor, and under bed (V9, 1B3014, E5756034)

Q942   One (1) vacuum filter, rug and floor (V10, 1B3015, E5756036)

Q943   One (1) vacuum filter, kitchen rug (V111B3016, E5756033)

Q944   One (1) box of blue gloves (1B2995, E5756063)

K64   Control swab (C1, 1B2992, E5756028)

K65   Control swab (C2, 1B2992, E5756028)

K66   Control swab (C3, 1B2992, E5756028)

K67   Control swab (C4, 1B2992, E5756028)

K68   Control swab (C5, 1B3010, E5756027)

K69   Control swab (C5, 1B3008, E5756029)

Date specimens received:  May 8, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE SENT TO THE FBI LABORATORY BY THE FBI TAMPA DIVISION.  THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 22, 2013, RECEIVED INTO THE LABORATORY ON MAY8, 2013, ASSIGNED LABORATORY NUMBER 130508016:**

K70

Page 78 of 108

130416021 AAR

UNCLASSIFIED

K71

Date specimens received: July 26, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE SENT TO THE FBI LABORATORY BY THE MASSACHUSETTS STATE POLICE LABORATORY VIA FBI BOSTON DIVISION. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED JULY 11, 2013, RECEIVED INTO THE LABORATORY ON JULY 26, 2013, ASSIGNED LABORATORY NUMBER 130726007 AND EXAMINED IN THE EXPLOSIVES UNIT:**

Q1274   Unused

Q1275   Unused

Q1276   Six (6) vacuum filters from pants with belt, Dzhokhar Tsarnaev (Item 1B3207, E5029901)

Q1277   Four (4) trace samples from pants with belt, Dzhokhar Tsarnaev (Item 1B3208, E5029902)

Q1278   Two (2) vacuum filters from shirt, Dzhokhar Tsarnaev (Item 1B3209, E5029903)

Q1279   Three (3) trace samples from shirt, Dzhokhar Tsarnaev (Item 1B3210, E5029903)

Q1280   Four (4) vacuum filters from sweatshirt, Dzhokhar Tsarnaev (Item 1B3211, E5029905)

Q1281   Four (4) trace samples from sweatshirt, Dzhokhar Tsarnaev (Item 1B3212, 5029906)

Date specimen received: August 13, 2013

The following specimen was received in the Explosives Unit.

**THE FOLLOWING ITEM WAS SENT TO THE FBI LABORATORY BY THE FBI BOSTON DIVISION. THIS WAS SUBMITTED UNDER COVER OF COMMUNICATION DATED AUGUST 5, 2013, RECEIVED INTO THE LABORATORY ON AUGUST 13, 2013, ASSIGNED LABORATORY NUMBER 130813015 AND EXAMINED IN THE EXPLOSIVES UNIT:**

Page 79 of 108

130416021 AAR

UNCLASSIFIED

Q1282     Vacuum cleaner (1B2088, E5182968)

Q1282.1   U.S. Currency totaling $0.07 (1B2088, E5182968)


Date specimens received:  August 16, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE SENT TO THE FBI LABORATORY BY THE FBI BOSTON DIVISION.  THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED AUGUST 8, 2013, RECEIVED INTO THE LABORATORY ON AUGUST 16, 2013, ASSIGNED LABORATORY NUMBER 130816005 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ACQUIRED FROM PINE DALE HALL (ROOM 7341) AT UMASS DARTMOUTH:**

Q1283     Vacuum filter (1B3241, E5029920)

Q1284     Vacuum filter (1B3240, E5029919)

Q1285     Vacuum filter (1B3239, E5029918)

Q1286     Vacuum filter (1B3238, E5029916)

Q1287     Vacuum filter (1B3237, E5029917)

Q1288     Vacuum filter (1B3236, E5029915)

Q1289     Vacuum filter (1B3235, E5029914)

Q1290     Vacuum filter (1B3233, E5029913)

Q1291     Vacuum filter (1B3234, E5029912)

Q1292     Vent filter (1B3245, E5029924)

Q1293     Eight (8) swabs (1B3244, E5029923)

Q1293.1   One (1) swab from Q1293, right side of bed, S1 (1B3244, E5029923)

Q1293.2   One (1) swab from Q1293, window sill, S3 (1B3244, E5029923)

Q1293.3   One (1) swab from Q1293, right side of desk, S2 (1B3244, E5029923)

Page 80 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q1293.4    One (1) swab from Q1293, right side of dresser, S4 (1B3244, E5029923)

Q1293.5    One (1) swab from Q1293, front closet, S5 (1B3244, E5029923)

Q1293.6    One (1) swab from Q1293, right side of shelves, S6 (1B3244, E5029923)

Q1293.7    One (1) swab from Q1293, lower vent, S7 (1B3244, E5029923)

Q1293.8    One (1) swab from Q1293, upper vent, S8 (1B3244, E5029923)

Q1294-Q1310    Seventeen (17) latent lifts (1B3243, E5029922)

K85    Control swab, gloves and suit (1B3244, E5029923)

K86    Control swab, work surface (1B3244, E5029923)

This report contains the final results of the hazardous device examinations performed in the Explosives Unit.

**Background Information:**

On April 15, 2013 at approximately 2:49pm, two (2) Improvised Explosive Devices (IEDs) exploded near the finish line of the Boston Marathon within a short period of time (measured in seconds) of each other on Boylston Street, Boston, Massachusetts. The first IED exploded near the Marathon Sports store located at 671 Boylston Street, designated Scene A, and the second IED exploded near the Forum Restaurant located at 755 Boylston Street, designated Scene B.

In the early morning hours of April 19, 2013, Watertown Police Department personnel were in a shootout with two (2) subjects in the vicinity of the East Watertown area. Multiple IEDs were used and several exploded during the shootout between the police and the two (2) subjects. After the scene was secured, a search was conducted and additional IEDs were located. The local bomb technicians performed a render-safe procedure (RSP) on those IEDs. A render-safe procedure utilizes tools to remotely break apart an IED, thereby making it safe to approach and collect the evidence.

**Conclusions:**

Present in the above specimens are the fragmented remains and intact components of multiple improvised explosive devices (IEDs) also known as destructive devices or homemade bombs. The general components of an improvised explosive device (IED) consist of an explosive main charge, a container and a fuzing system. The fuzing system could either be an electrical or non-electrical system.

Page 81 of 108

130416021 AAR

UNCLASSIFIED

The two (2) Radio-Controlled Improvised Explosive Devices (RCIEDs), which exploded near the finish line of the Boston Marathon, were placed in backpacks for concealment and transportation. Specifically, both IEDs consisted of a low explosive main charge, pressure cooker (container) and radio-controlled (RC) hobby car components (electrical fuzing system). The primary means of initiating these devices were the RC hobby car components with the appropriate radio system (transmitter). In addition, both of these IEDs utilized a secondary means of initiation which consisted of cannon fuse also commonly referred to as hobby fuse (non-electrical fuzing system). The IEDs had BBs and nails contained within them for added fragmentation. Fragmentation is used in an IED to increase the lethality against personnel and is indicative of an anti-personnel device.

At the Watertown scene, the fragmented remains of one (1) IED consisted of a low explosive main charge, a pressure cooker (container) and non-electrical fusing system which consisted of hobby fuse. This IED also utilized an additional means of initiation which consisted of wire, a switch and battery (electrical fuzing system). The fragmented remains of the two (2) other IEDs consisted of a low explosive main charge, pipe with end-caps (container) and hobby fuse (non-electrical fuzing system). These three (3) IEDs had BBs contained within them for added fragmentation. Fragmentation is used in an IED to increase the lethality against personnel and is indicative of an anti-personnel device.

In addition, three (3) IEDs were recovered by law enforcement personnel. One (1) IED consisted of a low explosive main charge, a plastic container and hobby fuse (non-electrical fuzing system). The other two (2) IEDs consisted of a low explosive main charge, pipe with end-caps (container) and hobby fuse (non-electrical fuzing system). These two (2) IEDs also had BBs contained within them for added fragmentation. Fragmentation is used in an IED to increase the lethality against personnel and is indicative of an anti-personnel device.

These types of IEDs which are described above would cause property damage, personal injury or death. A detailed description of the components that comprise these IEDs is provided hereafter:

**Results of Examinations:**

**SCENE A**

Explosive Main Charge

The chemical analysis of specimens from Scene A revealed the presence of residues from a low explosive that is consistent with a pyrotechnic mixture. When properly ignited by a suitable source of heat, low explosives are designated to deflagrate and generate gases. Properly confined in a container, the gases generate pressure on the container walls and cause an explosion of the container.

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

For detailed information on the chemical analysis conducted on the explosive main charge see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

<u>Backpack</u>

Present in the following listed specimens are numerous fragmented remains that are consistent with one (1) black-colored "Fūl" brand backpack; Specimens Q68, Q95, Q107, Q109 (inner lining w/ logo), Q109.1 (zipper pulls w/ logo), Q170, Q176, Q188, Q193, Q194, Q198 (outer material and inner lining w/ logo), Q200, Q201(inner lining w/ logo), Q216, Q307, Q316, Q333, Q342 (inner lining w/ logo), Q348, Q356, Q360, Q361, Q363, Q364, Q365, Q366, Q368, Q370, Q372, Q375, Q379, Q380, Q388 (inner lining w/ logo), Q397, Q408, Q410, Q411, Q412, Q414, Q415, Q417, Q432, Q435, Q436, Q437 (zipper pull w/ logo), Q439, Q446 (inner lining w/ logo), Q447, Q450, Q452 (inner lining w/ logo), Q455, Q464 (inner lining w/ logo) and Q467.

The "Fūl" brand of backpack is owned by JALP, LLC (Limited Liability Company Tennessee), 1900 Covington Pike, Memphis, Tennessee 38128.

This backpack was used to conceal and transport the IED into an area near the finish line of the Boston Marathon.

<u>Container</u>

Present in the following listed specimens are the fragmented remains that are consistent with one (1) silver-colored, six liter (6L), "Fagor" brand pressure cooker; Specimens Q9, Q10, Q53, Q54, Q67, Q68.1, Q83, Q92, Q101, Q102, Q173, Q174, Q180, Q189, Q196, Q205, Q206, Q321, Q323, Q326, Q327, Q329, Q331, Q334, Q335, Q377, Q425, Q442 and Q465.

This "Fagor" brand pressure cooker is from the "Elite Line" series from FAGOR AMERICA, INC., PO Box 94, Lyndhurst, N.J. 07071. Specimen Q53 which is the base of the pressure cooker has the following descriptive information; "GAS-ELECTRIC VITRO-INDUCTION, INVOX 18/10 FAGOR PLAKSTEEL, 12 ∶∶∶ LISTED 85M7 PRESSURE COOKER, 0.55/1.05 BAR PS: 1,6 BAR". This 6L pressure cooker was manufactured June 2012.

<u>Fuzing System:</u>

A fuzing system in a destructive device can include components which allow a person placing the device with a time delay to safely leave the scene prior to the functioning of the device. A fuzing system can either be an electrical or non-electrical system. This IED utilized an electrical fuzing system as the primary means of initiation and a non-electrical fuzing system as a secondary means of initiation. These two (2) systems will be addressed below.

Page 83 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

## Electrical Fuzing System

The electrical fuzing system consisted of wire, a safe/arming switch, radio-controlled (RC) hobby car components (a receiver and electronic speed controller) used as switches, a power source and initiator.

### Wire

Present in the following listed specimens are the fragmented remains of green-insulated, sixteen (16) and eighteen (18) strand copper-colored wire; Specimens Q6, Q106, Q109.2, Q171, Q177, Q188, Q190, Q195, Q215, Q308, Q309, Q319, Q339, Q371, Q438, Q440 and Q467.2

Wire acts as a conductor in the fuzing system to facilitate the flow of an electrical current from a power source to the initiator.

### Safe/Arming Switch

Present in Specimens Q67, Q171, Q203, and Q324 are the fragmented remains that are consistent with an illuminated-type toggle switch. Specimen Q203 has the following information on the metal casing of the toggle switch; "OFF, CHINA, CONNECTIONS, POWER LOAD and GROUND" This information is indicative of a toggle switch that is the illuminated-type. No manufacturer of the toggle switch could be identified due to the fragmented remains of the switch.

A safe/arming switch would allow the person who is arming the IED to safely perform that procedure without it functioning. Once this procedure is completed, the device would then be armed and waiting for some type of additional action to occur. This could be performed by an unknowing person or the bomber.

### (RC) Hobby Car Receiver

Present in the following listed specimens are the fragmented remains that are consistent with one (1) "FlySky" brand receiver; Specimens Q178, Q211.1, Q308, Q311, Q337 and Q339.

Specimen Q178, which is the receiver circuit-board, has the following descriptive information printed on the board; "ANT, FS-GR3E, THK=1.0mm, VER 2.1, 2011-04-22, ZLH".

### (RC) Hobby Car Electronic Speed Controller

Present in the following listed specimens are the fragmented remains that are consistent with one (1) electronic speed controller from an "Exceed-RC" Model 51C809 Rally

Page 84 of 108

130416021 AAR

UNCLASSIFIED

Monster EP radio controlled truck; Specimens Q39, Q68, Q172, Q179, Q182, Q195, Q211, Q310, Q311, Q377, Q391, Q420 and Q440.

Specimen Q39, which is the electronic speed controller circuit-board, has the following descriptive information printed on the backside of board; "KTH-60200-01".

### (RC) Hobby Car Body

Present in the following listed specimens are the fragmented remains that are consistent with the black-colored plastic RC hobby car frame; Specimens Q221.1, Q309, Q309.1, Q309.2, Q320, Q343 and Q419.

### Power Source

Present in the following listed specimens are the fragmented remains that are consistent with one (1) 7.2V 1800mAh Ni-Mh "Exceed-RC" brand battery pack; Specimens Q7, Q110, Q169, Q188, Q202, Q208, Q210, Q212, Q315, Q325, Q330, Q333, Q341, Q369.2, Q450.2 and Q467.1.

"Exceed-RC" brand is a wholesale distributorship of remote control toys for Egrandbuy, Inc. Corporation California, 321 Vineland Ave., City of Industry, California 91746.

### Initiator

Present in Specimen Q369.1 is a plastic fragment that is consistent with a Christmas tree light bulb's plastic casing. The small green-colored piece appears to be part of the inner plastic casing in which the light bulb would be seated.

Christmas tree light bulbs have previously been utilized in IEDs worldwide, whether in the construction of improvised detonators or initiating main charge low explosives. Passing a sufficient electrical current through the filament of the light bulb would cause it to initiate a low explosive or primary explosive.

This fuzing system would require an appropriate radio-controlled (RC) transmitter to function the RC hobby car components, specifically the receiver. The transmitter would send a radio signal (a given frequency) to the receiver which would convert the signal into a suitable electrical control signal. This electrical signal from the receiver would trigger the electronic speed controller and allow an electrical current from the battery to flow to the initiator causing it to heat up and ignite the main charge explosive in the IED.

For information on the analysis conducted on the RC hobby car receiver and electronic speed controller see the Report of Analysis by Michael D. McFarlane, the Cryptologic and Electronic Analysis Unit (CEAU), from the FBI Digital Forensic and Analysis Section, dated April 3, 2014.

Page 85 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

## Non-Electrical Fuzing System

Present in specimen Q192 is green-colored cannon fuse also commonly referred to as hobby fuse. The two (2) small fragmented pieces of hobby fuse were taped together with black-colored tape. The manufacturer of this fuse could not be determined.

Hobby fuse consists of fibers woven around either a black powder or perchlorate based core. Hobby fuse is readily available to the general public through numerous online vendors. It burns at a rate of approximately two (2) seconds per inch, although the rate of burning may vary greatly from one roll of fuse to the next.

This fuzing system would require a suitable heat source, like a flame, to ignite the hobby fuse which in turn would burn down the length of the fuse and initiate the main charge explosive in the IED.

For information on the chemical analysis conducted on the hobby fuse see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

## Fragmentation

Present in the following listed specimens are numerous BBs which are approximately 0.17 inches in diameter. These BBs are consistent with copper-colored BBs which are utilized with pump-action or compressed-gas type BB guns; Specimens Q8, Q40, Q54, Q69, Q71, Q96, Q183, Q197, Q 204, Q207, Q208, Q209, Q213, Q214, Q336, Q338, Q357, Q372.1, Q374, Q 383, Q384, Q385, Q386, Q387, Q389, Q392, Q393, Q394, Q396, Q398, Q401, Q402, Q403, Q404, Q405, Q411, Q412.1, Q415, Q418, Q422, Q432, Q434, Q450.1, Q460, Q461, Q463, Q468, Q469, Q470, Q471, Q472, Q473, Q474 and Q569.

The addition of any type of metal to an IED will add to its potential fragmentation. Fragmentation is also known as shrapnel. The purpose of shrapnel is to enhance the damage caused by the explosion of an IED, particularly against human targets.

## Sealant

Present in the following listed specimens are the fragmented remains of material consistent with a sealant type material; Specimens Q8.1, Q209.4, Q214.1, Q336.1, Q383.1, Q384.1, Q385.1, Q386.1, Q387.1, Q392.2, Q398.1, Q401.1, Q402.1, Q404.1, Q405.1, Q415.1, Q418.1, Q422.1, Q434.1 and Q463.1. It was observed that the BBs which were used as fragmentation were embedded within the sealant material. It appears that the sealant material was used to make a fragmentation sleeve on the inside of the container along with holding the BBs in place.

For additional information on the analysis conducted on the sealant material see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated July 24, 2013.

Page 86 of 108

130416021 AAR

UNCLASSIFIED

## Cardboard

Present in the following listed specimens are the fragmented remains of material consistent with cardboard; Specimens Q108, Q183, Q185, Q191, Q199, Q199.26-Q199.27, Q199.28-Q199.30, Q214, Q306, Q421, Q431, Q432 and Q433. It was observed that pieces of this cardboard had silver-colored duct tape attached and some pieces of cardboard were circular in shape. Burnt and black scorch marks were observed on various fragmented pieces.

## Pink Paper

Present in the following listed specimens are the fragmented remains of material consistent with a pink-colored paper material; Specimens Q8, Q207, Q209 and Q405. This pink paper appeared to be utilized as backing material for the added fragmentation and separated it from the main charge explosive within the IED.

## Tapes

Present in the following listed specimens are the fragmented remains of tape consistent with a silver-colored duct tape; Specimens Q79, Q91, Q91.1, Q91.2, Q91.3, Q108.1, Q108.2, Q183.1, Q183.1.2, Q185.1, Q191.1, Q199.1-Q199.25, Q199.31-Q199.34, Q306.1, Q392.1 and Q433.1. Some of the pieces had nominal widths of one and seven-eighths (1 7/8") inches.

Present in the following listed specimens are the fragmented remains of tape consistent with a black-colored duct tape; Specimens Q53.1, Q86, Q104.2, Q444.1, Q458 and Q458.1. Some of the pieces had nominal widths of one (1") inch, one and three-fourths (1 ¾") inches and two (2") inches.

Present in the following listed specimens are the fragmented remains of tape consistent with a clear/colorless packaging tape; Specimens Q183.2, Q209.3, Q394.1, Q405.2, Q460.1 and Q460.1.1. A nominal width could not be determined based on the condition of the fragmented remains.

Present in the following listed specimens are the fragmented remains of tape consistent with a black-colored electrical tape; Specimens Q39.1-Q39.2, Q77, Q104, Q171.1, Q190.1, Q192.1, Q195.1, Q208.1, Q324.1, Q330.1, Q438.1-Q438.2 and Q444.2. Some of the pieces had nominal widths of three-fourths (3/4") of an inch.

The various types of tape listed above were observed within the fragmented remains of the IED. Specifically, the container, the two (2) fuzing systems, cardboard and pink paper had fragmented pieces of tape attached. These types of available tape have been commonly used in the construction of IEDs. The ends of the various pieces of tapes contained in the specimens

130416021 AAR

UNCLASSIFIED

may be suitable for end-matching if similar tapes are recovered during the course of the investigation.

For additional information on the analysis conducted on the various types of tape see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated December 17, 2013.

## SCENE B

### Explosive Main Charge

The chemical analysis of specimens from Scene B revealed the presence of residues from a low explosive that is consistent with a pyrotechnic mixture. When properly ignited by a suitable source of heat, low explosives are designated to deflagrate and generate gases. Properly confined in a container, the gases generate pressure on the container walls and cause an explosion of the container.

For detailed information on the chemical analysis conducted on the explosive main charge see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

### Backpack

Present in the following listed specimens are numerous fragmented remains that are consistent with one (1) black-colored "Fox" brand backpack; Specimens Q11, Q52, Q116 (zipper pull w/ logo), Q118 (zipper pull w/ logo), Q119, Q121, Q123, Q124 (zippers w/ logo), Q131, Q133, Q135 ("FOX" logo on outer material), Q137 (zipper pull w/ logo), Q141 (material w/ logo), Q143, Q144, Q150 ("FOXRIDERSCO" on carry handle), Q152, Q158, Q223, Q224, Q227, Q228, Q237, Q241, Q248 (zipper pull w/ logo), Q249 (zipper pull w/ logo), Q252, Q254 (zipper pull w/ logo), Q255, Q256, Q285, Q288 (zipper pull w/ logo), Q292, Q294, Q478 (zipper pull w/ logo), Q479, Q480, Q488, Q490, Q491, Q496, Q500, Q507, Q509, Q510, Q512, Q515, Q518, Q521, Q522, Q524, Q525, Q531, Q534, Q541, Q543, Q552, Q553, Q555, Q556 and Q557.

The "Fox" brand of backpack is owned by FOX HEAD Inc., 16752 Armstrong Ave., Irvine, California 92606.

This backpack was used to conceal and transport the IED into an area near the finish line of the Boston Marathon.

### Container

Present in the following listed specimens are the fragmented remains that are consistent with one (1) silver-colored, six liter (6L), "Fagor" brand pressure cooker; Specimens

Page 88 of 108

130416021 AAR

UNCLASSIFIED

Q12, Q13, Q14, Q15, Q16, Q44, Q49, Q126, Q140, Q157, Q220, Q299, Q483, Q484, Q516 and Q544.

This "Fagor" brand pressure cooker is from the "Elite Line" series from FAGOR AMERICA, INC                                  specimens Q12 and Q16 which are the base of the pressure cooker have the following descriptive information; "GAS-ELECTRIC VITRO-INDUCTION, INVOX 18/10 FAGOR PLAKSTEEL, 12  : : : :  LISTED 85M7 PRESSURE COOKER, 0.55/1.05 BAR PS: 1,6 BAR". This 6L pressure cooker was manufactured August 2012.

Fuzing System:

A fuzing system in a destructive device can include components which allow a person placing the device with a time delay to safely leave the scene prior to the functioning of the device. A fuzing system can either be an electrical or non-electrical system. This IED utilized an electrical fuzing system as the primary means of initiation and a non-electrical fuzing system as a secondary means of initiation. These two (2) systems will be addressed below.

## Electrical Fuzing System

The electrical fuzing system consisted of wire, radio-controlled (RC) hobby car components (a receiver and electronic speed controller) used as switches, a power source and initiator. A safe/arming switch was not required based on how the radio-controlled (RC) hobby car components functioned within this IED.

## Wire

Present in the following listed specimens are the fragmented remains of green-insulated, sixteen (16) and eighteen (18) strand copper-colored wire; Specimens Q49, Q51, Q52, Q153, Q230, Q234, Q235.1, Q240, Q241, Q250, Q252, Q475, Q503 and Q515.1.

Wire acts as a conductor in the fuzing system to facilitate the flow of an electrical current from a power source to the initiator.

## (RC) Hobby Car Receiver

Present in the following listed specimens are the fragmented remains that are consistent with one (1) "Spektrum SR201" brand receiver; Specimens Q122 and Q122.1.

Specimen Q122, which is the receiver, has the following descriptive information printed on the circuit-board; "IT≡IT-202, Δ94V0, 1230, SR300 RevA, SPEKTRUM 2008". On the backside of the circuit-board there is a small white-colored sticker with the following information; "ST212M". Specimen Q212.1, the black plastic casing, has the following information; "LOT No. 1212".

Page 89 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

### (RC) Hobby Car Electronic Speed Controller

Present in the following listed specimens are the fragmented remains that are consistent with one (1) "DURATRAX SPRINT" brand electronic speed controller; Specimens Q41, Q50, Q52, Q117, Q128, Q136, Q138, Q146, Q165, Q218, Q219, Q231, Q236, Q239, Q242, Q244, Q251, Q295, Q480.5 and Q540.

Specimen Q138, which is a black-colored plastic fragmented piece of the electronic speed controller casing, has the following descriptive information; "DURATRAX, PRINT, ESC w/ REVERSE".

### Power Source

Present in the following listed specimens are the fragmented remains that are consistent with one (1) 7.2V 3000mAh Nickel-Metal Hydride (Ni-Mh) "Tenergy" brand battery pack; Specimens Q42, Q46, Q48, Q115, Q132, Q171, Q221, Q226, Q303, Q391 and Q570.

The manufacturer of this battery is the Tenergy Corporation, 436 Kato Terrace, Fremont, California 94539.

### Initiator

No remains of an initiator were found in the submitted specimens for Scene B. Due to an explosive event of this type which generates high pressures and heat, IED components may or may not be recovered during the processing of the scene.

Christmas tree light bulbs have previously been utilized in IEDs worldwide whether in the construction of improvised detonators or initiating main charge low explosives. Passing a sufficient electrical current through the filament of the light bulb would cause it to initiate a low explosive or primary explosive.

This fuzing system would require an appropriate radio-controlled (RC) transmitter to function the RC hobby car components, specifically the receiver. The transmitter would send a radio signal (a given frequency) to the receiver which would convert the signal into a suitable electrical control signal. This electrical signal from the receiver would trigger the electronic speed controller and allow an electrical current from the battery to flow to the initiator causing it to heat up and ignite the main charge explosive in the IED.

For information on the analysis conducted on the RC hobby car receiver and electronic speed controller see the Report of Analysis by Michael D. McFarlane, the Cryptologic and Electronic Analysis Unit (CEAU), from the FBI Digital Forensic and Analysis Section, dated April 4, 2014.

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

### Non-Electrical Fuzing System

Present in specimen Q130 is green-colored cannon fuse also commonly referred to as hobby fuse. The two (2) small fragmented pieces of hobby fuse were taped together with black-colored tape. The manufacturer of this fuse could not be determined.

Hobby fuse consists of fibers woven around either a black powder or perchlorate based core. Hobby fuse is readily available to the general public through numerous online vendors. It burns at a rate of approximately two (2) seconds per inch, although the rate of burning may vary greatly from one roll of fuse to the next.

This fuzing system would require a suitable heat source, like a flame, to ignite the hobby fuse which in turn would burn down the length of the fuse and initiate the main charge explosive in the IED.

For information on the chemical analysis conducted on the hobby fuse see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

### Fragmentation

Present in the following listed specimens are numerous small steel nails which are approximately 0.58 inches in length and BBs which are approximately 0.17 inches in diameter. The BBs are consistent with copper-colored BBs which are utilized with pump-action or compressed-gas type BB guns; Specimens Q13, Q41, Q49, Q120, Q129, Q145, Q149, Q156.2, Q157, Q159, Q167.5, Q224, Q225, Q227, Q229, Q243, Q247, Q292, Q475, Q476, Q477, Q480.2, Q483, Q487, Q488.1, Q489, Q490.1, Q493, Q495, Q498, Q499, Q501, Q506, Q508, Q511, Q513, Q514, Q516, Q517, Q523.1, Q526, Q527, Q528, Q530, Q532, Q533, Q535, Q536, Q538, Q542, Q549, Q550, Q551, Q554 and Q555.1.

The addition of any type of metal to an IED will add to its potential fragmentation. Fragmentation is also known as shrapnel. The purpose of shrapnel is to enhance the damage caused by the explosion of an IED, particularly against human targets.

### Sealant

Present in the following listed specimens are the fragmented remains of material consistent with a sealant type material; Specimens Q119.1, Q120.1, Q129.1, Q129.2, Q138, Q139.1, Q139.2, Q145.1, Q149.1, Q149.2, Q157.2, Q157.4, Q292.1, Q480.3, Q489.1, Q495.1, Q498.2, Q498.5, Q508.1, Q508.2, Q514.1, Q515.3, Q516.1, Q516.2, Q517.1, Q517.2, Q526.1, Q516.2, Q527.1, Q527.2, Q535.1, Q536.1, Q537, Q538.1, Q550.1 and Q554.1. It was observed that the nails and BBs which were used as fragmentation were embedded within two (2) types of sealant material. One was white in color and the other was heterogeneous. It appears that the sealant material was used to make a fragmentation sleeve on the inside of the container along with holding the nails and BBs in place.

Page 91 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

For additional information on the analysis conducted on the sealant material see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated July 24, 2013.

## Cardboard

Present in the following listed specimens are the fragmented remains of material consistent with cardboard; Specimens Q125, Q151, Q157, Q255, Q276.1, Q293, Q480.4, Q486 and Q515. It was observed that pieces of this cardboard had silver-colored duct tape attached and some pieces of cardboard were circular in shaped. Burnt and black scorch marks were observed on various fragmented pieces.

## Pink Paper

Present in the following listed specimens are the fragmented remains of material consistent with a pink-colored paper material; Specimens Q129, Q148, Q167.6, Q229 and Q292. This pink paper appeared to be utilized as backing material for the added fragmentation and separated it from the main charge explosive within the IED.

## Tapes

Present in the following listed specimens are the fragmented remains of tape consistent with a silver-colored duct tape; Specimens Q125.1, Q151.1, Q151.1.1, Q157.1, Q158.1, Q162.1, Q255.1, Q276.1, Q291.1, Q293.1-Q293.3, Q296.1, Q301.1-Q301.2, Q480.1, Q486.1 and Q546.1. Some of the pieces had nominal widths of approximately one and seven-eighths (1 7/8") inches.

Present in the following listed specimens are the fragmented remains of tape consistent with a black-colored duct tape; Specimens Q52.5, Q131.1, Q151.2, Q151.2.1, Q162, Q227.1.1, Q296.2 and Q510.1. Some of the pieces had nominal widths of approximately three-fourths (3/4") of an inch and one (1") inch.

Present in the following listed specimens are the fragmented remains of tape consistent with a clear/colorless packaging tape; Specimens Q125.3, Q125.3.1, Q129.3, Q157.3, Q167.6.1 and Q227.1. A nominal width could not be determined based on the condition of the fragmented remains.

Present in the following listed specimens are the fragmented remains of tape consistent with a black-colored electrical tape; Specimens Q42.1-Q42.6, Q44.1-Q44.2, Q52.1-Q52.4, Q130.1, Q146.1, Q231.1, Q283, Q543.1 and Q556.1. Some of the pieces had nominal widths of approximately three-fourths (3/4") of an inch.

The various types of tape listed above were observed within the fragmented remains of the IED. Specifically, the container, the two (2) fuzing systems, cardboard and pink paper had

Page 92 of 108

130416021 AAR

UNCLASSIFIED

fragmented pieces of tape attached. These types of available tape have been commonly used in the construction of IEDs. The ends of the various pieces of tapes contained in the specimens may be suitable for end-matching if similar tapes are recovered during the course of the investigation.

For additional information on the analysis conducted on the various types of tape see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated December 17, 2013.

## WATERTOWN

Pressure Cooker

### Explosive Main Charge

The chemical analysis of specimens Q576 and Q588 from Watertown revealed the presence of residues from a low explosive that is consistent with a pyrotechnic mixture. When properly ignited by a suitable source of heat, low explosives are designated to deflagrate and generate gases. Properly confined in a container, the gases generate pressure on the container walls and cause an explosion of the container.

For detailed information on the chemical analysis conducted on the explosive main charge see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

### Container

Present in the following listed specimens are the fragmented remains that are consistent with one (1) silver-colored, four liter (4L), "Fagor" brand pressure cooker; Specimens Q576, Q578, Q588, Q620, Q649, Q654, Q657, Q658, Q659 and Q660.

This "Fagor" brand pressure cooker is from the "Elite Line" series from FAGOR AMERICA, INC., PO Box 94, Lyndhurst, N.J. 07071. Specimen Q576 which is the base of the pressure cooker have the following descriptive information; "GAS-ELECTRIC VITRO-INDUCTION, INVOX 18/10 FAGOR PLAKSTEEL, 12 : : : : : LISTED 85M7 PRESSURE COOKER, 0.55/1 05 BAR PS: 1 6 BAR". This 4L pressure cooker was manufactured October 2012.

### Fuzing System

A fuzing system in a destructive device can include components which allow a person placing the device with a time delay to safely leave the scene prior to the functioning of the device. This IED utilized an electrical fuzing system and non- electrical fuzing system. These two (2) systems will be addressed below.

Page 93 of 108

130416021 AAR

UNCLASSIFIED

## Electrical Fuzing System

The electrical fuzing system consisted of wire, a toggle switch, 9V battery connector, a power source and initiator. This particular fuzing system does not have a time delay. Once the toggle switch is closed (in the "ON" position) current from the power source would flow to the initiator which in turn would ignite the main charge explosive. The toggle switch in this type of configuration could be referred to as a "suicide switch". Once the toggle switch is closed by the bomber the IED functions.

### Wire

Present in the following listed specimens are the fragmented remains of green-insulated, eighteen (18) strand copper-colored wire; Specimens Q582.2, Q582.3, Q582.4, Q582.5, Q603, Q608, Q612 and Q641.

Wire acts as a conductor in the fuzing system to facilitate the flow of an electrical current from a power source to the initiator.

### Toggle Switch

Present in specimen Q582 is one (1) toggle switch with a red-colored plastic flip-up cover. When the cover is in the down position, it is covering the metal toggle which is in the off position. The following descriptive information is stamped into the silver-colored metal housing; "20A 12V DC, Made in China" and "On - Off". The two (2) screw-connector posts are in position "1" and "2" while position "3" remains empty. This switch is consistent with an automotive toggle switch used for automotive racing applications.

### 9V Snap Connector

Present in specimen Q582 is one (1) 9V snap connector consisting of one (1) red and one (1) black insulated wire each having seven (7) strands of silver-colored wire.

### Power Source

Present in specimen Q593 in one (1) 9 volt battery consistent with an "Energizer" brand 9 volt battery. The battery has the following descriptive information; "9V 03-2017, Alkaline Battery, 9V Size Format 522, 6LR61 6AM6 9V".

### Initiator

No remains of an initiator were found in the submitted specimens for the Watertown scene. Due to an explosive event of this type which generates high pressures and heat, IED components may or may not be recovered during the processing of the scene.

Page 94 of 108

130416021 AAR

UNCLASSIFIED

## Non-Electrical Fuzing System

However, based on the configuration of the toggle switch (in the "OFF" position) as it was submitted to the laboratory along with IEDs recovered, it is the opinion of this examiner that this IED was potentially initiated by hobby fuse.

No remains of hobby fuse were found. Due to an explosive event of this type which generates high pressures and heat, IED components may or may not be recovered during the processing of the scene. This hobby fuse was more than likely consumed in the explosion

This type of non-electrical fuzing system would require a suitable heat source, like a flame, to ignite the hobby fuse which in turn would burn down the length of the fuse and initiate the main charge explosive in the IED.

## Fragmentation

Present in the following listed specimens are numerous BBs which are approximately 0.17 inches in diameter. These BBs are consistent with copper-colored BBs which are utilized with pump-action or compressed-gas type BB guns; Specimens Q594, Q595, Q606, Q619, Q624, Q625, Q626, Q632, Q635, Q646, Q662 and Q664.

The addition of any type of metal to an IED will add to its potential fragmentation. Fragmentation is also known as shrapnel. The purpose of shrapnel is to enhance the damage caused by the explosion of an IED, particularly against human targets.

## Sealant

Present in the following listed specimens are the fragmented remains of material consistent with a sealant type material; Specimens Q594.1, Q595.1, Q606.1, Q619.1, Q624.1, Q625.1, Q626.1, Q632.1, Q635.1, Q644.1, Q646.1, Q652.1, Q662.1 and Q664.1. It was observed that the BBs which were used as fragmentation were embedded within the sealant material. It appears that the sealant material was used to make a fragmentation sleeve on the inside of the container along with holding the BBs in place.

For additional information on the analysis conducted on the sealant material see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated July 24, 2013.

## Cardboard

Present in specimens Q615, Q616 and Q636 is a material consistent with cardboard. It was observed that the three (3) pieces of cardboard were circular in shaped. Each of these pieces was approximately nine and three-fourths (9 ¾") inches in diameter. Burnt and black scorch marks were observed on the pieces. Each of these pieces also had two (2) irregular

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

shaped holes. The position of these holes is consistent to the location of the two (2) manufactured holes in the lid of the 4L "Fagor" brand pressure cooker.

### Pink Paper

Present in the following listed specimens are the fragmented remains of material consistent with a pink-colored paper material; Specimens Q594, Q606, Q626, Q632, Q635, Q646 and Q664. This pink paper appeared to be utilized as backing material for the added fragmentation and separated it from the main charge explosive within the IED.

### Tapes

Present in specimen Q635.2 is the fragmented remains of tape consistent with a clear/colorless packaging tape. A nominal width could not be determined based on the condition of the fragmented remains.

Present in the following listed specimens are the fragmented remains of tape consistent with a black-colored electrical tape; Specimens Q582.1, Q603.1, Q604, Q612.1, Q641.1, Q643, Q647 and Q656. Some of the pieces had nominal widths of three-fourths (3/4") of an inch.

The various types of tape listed above were observed within the fragmented remains of the IED. Specifically, the electrical fuzing system and pink paper had fragmented pieces of tape attached. These types of available tape have been commonly used in the construction of IEDs. The ends of the various pieces of tapes contained in the specimens may be suitable for end-matching if similar tapes are recovered during the course of the investigation.

For additional information on the analysis conducted on the various types of tape see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated December 17, 2013.

### Pipe Bombs

### Explosive Main Charge

The chemical analysis of specimens Q591 (90 degree elbow) and Q592 (coupler) from Watertown revealed the presence of a low explosive that is consistent with a pyrotechnic mixture. When properly ignited by a suitable source of heat, low explosives are designated to deflagrate and generate gases. Properly confined in a container, the gases generate pressure on the container walls and cause an explosion of the container.

For detailed information on the chemical analysis conducted on the explosive main charge see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

### Container

Present in specimens Q583 and Q584 are two (2) pipe fittings each with two (2) internal (square head plug) end caps. Specimen Q583 is a metal 90 degree elbow fitting approximately five (5") inches in length and specimen Q584 is a metal coupling fitting approximately two and one-half (2 1/2") in length. Each has a nominal diameter of two (2") inches in length with a non-manufacturer made hole near the center of each fitting. Inserted in each hole is a length of green-colored hobby fuse. The four (4) internal (square head plug) end caps which are metal each had a nominal diameter of two (2") inches in length. Each of the above items had the following markings on them; "SLK, CHINA, 2". "SLK" is the trademark and is associated with the manufacturer, Beijing Sai Lin Ke Hardware Company, Ltd. in Haidian, Beijing, China. These types of plumbing fittings are commonly available in home improvement stores such as Home Depot and Lowes.

### Non-Electrical Fuzing System

Present in specimens Q584.1 (coupler) and Q585 (90 degree elbow) are lengths of green-colored cannon fuse also commonly referred to as hobby fuse. Each of the pipe bombs had a single piece of hobby fuse inserted into it. The manufacturer of this fuse could not be determined.

████████████████████████████████████████████████████

Hobby fuse consists of fibers woven around either a black powder or perchlorate based core. Hobby fuse is readily available to the general public through numerous online vendors. It burns at a rate of approximately two (2) seconds per inch, although the rate of burning may vary greatly from one roll of fuse to the next.

This fuzing system would require a suitable heat source, like a flame, to ignite the hobby fuse which in turn would burn down the length of the fuse and initiate the main charge explosive in the IED.

For information on the chemical analysis conducted on the hobby fuse see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

### Fragmentation and Sealant

Present in specimens Q583 and Q584 are BBs consistent with copper-colored BBs which are utilized with pump-action or compressed-gas type BB guns. The BBs are approximately 0.17 inches in diameter. They are embedded in material consistent with a sealant type material within the interior of each pipe fitting.

Page 97 of 108

130416021 AAR

1312

UNCLASSIFIED

The addition of any type of metal to an IED will add to its potential fragmentation. Fragmentation is also known as shrapnel. The purpose of shrapnel is to enhance the damage caused by the explosion of an IED, particularly against human targets.

### Tapes

Present in specimens Q583.1 and Q584.2 are two (2) lengths of tape consistent with black-colored electrical tape. These pieces had a nominal width of three-fourths (3/4") of an inch. This tape was wrapped around each pipe fitting and appeared to secure the hobby fuse. The ends of the tapes contained in the specimens may be suitable for end-matching if similar tapes are recovered during the course of the investigation.

Present in specimens Q583.2 and Q584.3 are lengths of tape consistent with white-colored tape which is commonly referred to as Teflon tape. Each of the internal (square head plug) end caps which were attached to the pipe fittings had Teflon tape wrapped around its threads.

For additional information on the analysis conducted on the various types of tape see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated December 17, 2013.

### IED Fragmented Remains

#### Fragmentation (Pipe and BBs)

Present in the following listed specimens are numerous fragmented remains that are consistent with metal pipe fittings; Specimens Q577, Q579, Q580, Q581, Q586, Q587, Q609, Q610, Q611, Q613, Q614, Q622 (internal end cap), Q623, Q629, Q630, Q631, Q634 (internal end cap), Q645, Q648, Q653, Q655and Q663. Observed on various pieces of fragmentation (Q579, Q613, Q645 and Q648) were small circular indentations within the metal consistent in size with BBs.

Present in specimens Q622 and Q634 are metal end caps consistent with internal (square head plug) end caps which have a nominal diameter of two (2") inches in length. Each of the above items had the following markings on them; "SLK, CHINA, 2". "SLK" is the trademark and is associated with the manufacturer, Beijing Sai Lin Ke Hardware Company, Ltd. in Haidian, Beijing, China. This type of plumbing fitting is commonly available in home improvement stores such as Home Depot and Lowes.

Present in the following listed specimens are numerous BBs which are approximately 0.17 inches in diameter. These BBs are consistent with copper-colored BBs which are utilized with pump-action or compressed-gas type BB guns; Specimens Q594, Q619, Q625, Q633, Q644, Q650, Q652 and Q661.

Page 98 of 108

130416021 AAR

UNCLASSIFIED

The addition of any type of metal to an IED will add to its potential fragmentation. Fragmentation is also known as shrapnel. The purpose of shrapnel is to enhance the damage caused by the explosion of an IED, particularly against human targets.

IED

## Explosive Main Charge

The chemical analysis of specimen Q590 from Watertown revealed the presence of a low explosive that is consistent with a pyrotechnic mixture. Also present in the container which had approximately three (3lbs) pounds of the pyrotechnic mixture were numerous lengths of green-colored hobby fuse, specimen Q782. When properly ignited by a suitable source of heat, low explosives are designated to deflagrate and generate gases. Properly confined in a container, the gases generate pressure on the container walls and cause an explosion of the container.

For detailed information on the chemical analysis conducted on the explosive main charge see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

## Container

Present in specimen Q781 is one (1) plastic container consistent with a "Rubbermaid" brand container. The dimensions of this container with the clear plastic base and white-colored top are approximately nine and three-fourths inches in width by nine and three-fourths inches in length by four and five-eighths inches in height (9 3/4" x 9 3/4" x 4 5/8").

## Non-Electrical Fuzing System

Present in specimen Q781.1 is green-colored cannon fuse also commonly referred to as hobby fuse. Three (3) lengths of hobby fuse were taped together and inserted through the container lid. The manufacturer of this fuse could not be determined.

Hobby fuse consists of fibers woven around either a black powder or perchlorate based core. Hobby fuse is readily available to the general public through numerous online vendors. It burns at a rate of approximately two (2) seconds per inch, although the rate of burning may vary greatly from one roll of fuse to the next.

This type of non-electrical fuzing system would require a suitable heat source, like a flame, to ignite the hobby fuse which in turn would burn down the length of the fuse and initiate the main charge explosive in the IED.

For information on the chemical analysis conducted on the hobby fuse see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

Page 99 of 108

130416021 AAR

1314

UNCLASSIFIED

Tape

Present in the specimen Q781.3 and Q781.3.1 are pieces of tape consistent with a black-colored electrical tape. These pieces had a nominal width of three-fourths (3/4") of an inch. The ends of the tapes contained in the specimens may be suitable for end-matching if similar tapes are recovered during the course of the investigation.

For additional information on the analysis conducted on the tape see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated December 17, 2013.

Transmitter

Present in specimen Q575 is one (1) radio-controlled (RC) transmitter consistent with a FlySky FS-GT3B 2.4 Ghz 3 channel radio-controlled (RC) transmitter. This transmitter was modified from its original configuration. The plastic pistol grip section along with the steering wheel and throttle trigger were removed. The battery box section was secured under the transmitter circuit-board with black-colored tape. The backside of the circuit-board has the following descriptive information; "2012/02/04 FS-GT3B-M REV: 3.1" along with the "FlySky" logo visible in the center of the board.

For information on the analysis conducted on the radio-controlled (RC) transmitter see the Report of Analysis by Michael D. McFarlane, the Cryptologic and Electronic Analysis Unit (CEAU), from the FBI Digital Forensic and Analysis Section, dated April 3, 2014.

Tape

Present in the specimen Q575.1 are pieces of tape consistent with a black-colored electrical tape. These pieces had a nominal width of three-fourths (3/4") of an inch. The ends of the tapes contained in the specimens may be suitable for end-matching if similar tapes are recovered during the course of the investigation.

For additional information on the analysis conducted on the tape see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated December 17, 2013.

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

## HOSPITAL and MEDICAL EXAMINER'S OFFICE

### Backpack

Present in the following listed specimens are small fragmented remains that are consistent with one (1) black-colored "Fox" brand backpack; Specimens Q263.1, Q266.2, Q267.2 and Q268.1.

The "Fox" brand of backpack is owned by FOX HEAD Inc., 16752 Armstrong Ave., Irvine, California 92606.

### Container

Present in the following listed specimens are the fragmented remains that are consistent with one (1) silver-colored, six liter (6 L), "Fagor" brand pressure cooker; Specimens Q265.2, Q266.3, Q268.3 and Q269.2.

This "Fagor" brand pressure cooker is from the "Elite Line" series from FAGOR AMERICA, INC., PO Box 94, Lyndhurst, N.J. 07071.

### Fragmentation

Present in the following listed specimens are numerous small, steel nails which are approximately 0.58 inches in length and BBs which are approximately 0.17 inches in diameter. The BBs are consistent with copper-colored BBs which are utilized with pump-action or compressed-gas type BB guns; Specimens Q25, Q26, Q35, Q38, Q112, Q257, Q258, Q259, Q260, Q262, Q263, Q264, Q265, Q266, Q266.1, Q267, Q267.1, Q268, Q268.1, Q269 and Q270.

The addition of any type of metal to an IED will add to its potential fragmentation. Fragmentation is also known as shrapnel. The purpose of shrapnel is to enhance the damage caused by the explosion of an IED, particularly against human targets.

### Sealant

Present in the following listed specimens are the fragmented remains of material consistent with a sealant type material; Specimens Q260.1, Q268.4 and Q269.4. It was observed that the BBs which were used as fragmentation were embedded within the sealant material. It appears that the sealant material was used to make a fragmentation sleeve on the inside of the container along with holding the BBs in place.

For additional information on the analysis conducted on the sealant material see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated July 24, 2013.

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

### Cardboard

Present in specimens Q267.2 and Q268.1 are the small fragmented remains of material consistent with cardboard. Burnt and black scorch marks were observed on one of the fragmented pieces. This type of cardboard listed above was observed within the fragmented remains of the IEDs in Scene A and Scene B.

### Tapes

Present in specimen Q268.1.2 is the fragmented remains of tape consistent with a silver-colored duct tape. A nominal width could not be determined based on the condition of the fragmented remains.

Present in specimens Q268.1.1 and Q268.1.1.1 are the fragmented remains of tape consistent with a clear/colorless packaging tape. A nominal width could not be determined based on the condition of the fragmented remains.

The two (2) types of tape listed above were observed within the fragmented remains of the IEDs in Scene A and Scene B. Specifically, the container, cardboard and pink paper had fragmented pieces of tape attached. These types of available tape have been commonly used in the construction of IEDs. The ends of the various pieces of tapes contained in the specimens may be suitable for end-matching if similar tapes are recovered during the course of the investigation.

For additional information on the analysis conducted on the various types of tape see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated December 17, 2013.

## SEARCH SITES

Present in specimens Q667 and Q668 are latex gloves found in the ▮▮▮▮▮▮ The chemical analysis of these specimens revealed the presence of a low explosive that is consistent with a pyrotechnic mixture.

For information on the chemical analysis conducted on the latex gloves see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

Present in specimen Q672.1 is a sales receipt "#1567" from "RC Cars of Boston" dated "4/08/13 2:28 PM". The store location is at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ On the receipt one item was purchased which is as follows; "Item# 26023, SPM 2300, $64.99". This item is a "Spektrum DX2E" brand handheld remote control transmitter.

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

<u>410 Norfolk St., Apt. 3, Cambridge, MA</u>

<u>Sealants and Adhesives</u>

Present in specimen Q679 is one (1) tube of sealant consistent with "GE PREMIUM WATERPROOF SILICONE" brand of clear sealant. The tip of the sealant tube is not cut open. The tube length is approximately eight and one-half (8 ½").

Present in specimen Q691 is one (1) tube of sealant consistent with "GE SUPREME SILICONE" brand of clear sealant which is inserted into a "WORKFORCE" brand blue-colored caulking gun. The tip of the sealant tube has been cut open. The tube length is approximately eight and one-half (8 ½").

Present in specimen Q701.1 is one (1) small plastic bottle (Net. Wt. 20g) of an adhesive consistent with "Gorilla" brand super glue.

Present in specimen Q702 is one (1) small plastic bottle (2 fl. oz.) of an adhesive consistent with "Gorilla Glue" brand glue.

For additional information on the analysis conducted on the sealant and adhesive material see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated July 24, 2013.

<u>Tape</u>

Present in specimens Q684.2, Q686 and Q695 are three (3) rolls of tape consistent with "COHERE" brand clear packaging tape and each roll has a nominal width of one and seven-eighths (1 7/8") inches.

Present in specimens Q693, Q693.1 and Q725.5 are three (3) rolls of tape consistent with silver-colored duct tape. Specimen Q693 which is consistent with "NASHUA" brand tape has a nominal width of one and seven-eighths (1 7/8") inches. Specimen Q693.1, an unknown brand, has a nominal width of two and seven-eighths (2 7/8") inches. Specimen Q725.5 which is consistent with "ACE" brand tape has a nominal width of one and seven-eighths (1 7/8") inches.

Present in specimen Q725.6 is one (1) roll of tape consistent with "GORILLA TAPE" brand black-colored duct tape with a nominal width of one (1") inch.

Present in specimen Q725.4 is one (1) roll of white-colored tape consistent with polytetrafluoroethylene (PTFE) tape and has a nominal width of one-half (1/2") of an inch. It is housed in a red and white-colored plastic casing and is commonly referred to as Teflon tape. On the red-colored plastic casing is the following descriptive information; "PTFE THREAD SEAL TAPE, MIL SPEC T-27730A, ½" x 520", MADE IN CHINA".

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

For additional information on the analysis conducted on the various types of tape see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated December 17, 2013.

### Pink Paper

Present in specimen Q930 is one (1) large roll of pink-colored paper approximately four and five-eighths (4 5/8") inches in diameter and approximately three feet and three-sixteenths of an inch (3' 3/16") in length. This roll of paper is commonly available in home improvement stores such as Home Depot and Lowes. It is sold as red rosin paper and found in the paint and flooring sections of those stores.

### Pressure Cooker

Present in specimen Q725.1 in one (1) grey-colored, flexible ring consistent with a silicone/rubber-type gasket. It has an outer diameter of approximately nine and five-eighths (9 5/8") in length. Observed on the inner portion of the ring is the following; "FAG-009 FAG-125" with additional symbols. In the Fagor Elite Pressure Cooker User's Manual, this item is referred to as a silicone gasket. It is positioned around the underside of the lid to provide an air tight seal.

Present in specimen Q725.2 is one (1) black-colored plastic knob which is approximately one and one-half (1 ½") inches in diameter and approximately two and three-sixteenths (2 3/16") inches in height. In the Fagor Elite Pressure Cooker User's Manual, this item is referred to as the operating valve. It has two (2) pressure settings, a steam release and an unlock position.

### BBs

Present in specimens Q689, Q706, Q727, Q927 and Q934.1 are numerous copper-colored BBs approximately 0.17 inches in diameter.

### Nails

Present in specimen Q675 are numerous small metal nails in a glass jar with the following label "CAINS Since 1901, Crispy Whole Pickles, Kosher Dill". These nails are approximately 0.58 inches in length.

### Hobby Fuse

Present in specimen Q725.11 is a length of green-colored hobby fuse.

Hobby fuse consists of fibers woven around either a black powder or perchlorate based core. Hobby fuse is readily available to the general public through numerous online

UNCLASSIFIED

vendors. It burns at a rate of approximately two (2) seconds per inch, although the rate of burning may vary greatly from one roll of fuse to the next.

For information on the chemical analysis conducted on the hobby fuse see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

### Christmas Tree Lights

Present in specimens Q726 and Q726.1 is one (1) small box and Christmas tree lights. The red-colored box had the following descriptive information; "200 MINI LIGHTS, MULTI LIGHTS   GREEN WIRE". These lights are distributed by FAMILY DOLLAR SERVICES, INC., CHARLOTTE, NC 28201 USA and made in China. Internally, the green-colored insulated wire consisted of sixteen (16) individual copper-colored strands of wire. Observed were three (3) bundles of fifty (50) lights for a total of one hundred and fifty (150) lights present. At the end of one of the bundle of lights, two (2) green-colored wires were cut and fifty (50) lights were missing.

### Metal Can Lid

Present in specimen Q725.24 is one (1) metal can lid approximately three and one-eighths (3 1/8") inches in diameter. Observed in the middle of this lid are burnt and black scorching marks. The chemical analysis of specimen Q725.24 revealed the presence of residues from a low explosive that is consistent with a smokeless powder.

For information on the chemical analysis conducted on the metal can lid see the FBI Laboratory Report of David A. McCollam, Explosives Unit, dated May 12, 2014.

### Tape

Present in specimen Q737 is one (1) roll of tape consistent with silver-colored duct tape with a nominal width of two (2") inches.

### BBs

Present in specimens Q 736.1 and Q741 are numerous copper-colored BBs approximately 0.17 inches in diameter.

### White Hat

Present in specimen Q744 is one (1) white-colored baseball-style hat. Each side of this hat had the number three (3) which is black and gold in color. On the front of the hat is a

130416021 AAR

UNCLASSIFIED

black-colored "POLO" logo and on the back of the hat is the following; "POLO RALPH LAUREN, MCMLXVII".

████████████████████████████

### Tape

Present in specimens Q792, Q792.1, Q792.2 and Q792.3 are four (4) rolls of white-colored tape consistent with polytetrafluoroethylene (PTFE) tape and have nominal widths of one-half (1/2") of an inch, three-fourths (3/4") of an inch and one (1") inch. They are housed in a white-colored plastic casing and are commonly referred to as Teflon tape. Two (2) rolls are "TaegaSeal" brand tape and the two (2) other rolls have the following information:"T.F.E. Made in U.S.A.".

For additional information on the analysis conducted on the tape see the FBI Laboratory Report of Andria Mehltretter, Chemistry Unit, dated December 17, 2013.

## COMPARISON

The nails and BBs which were recovered from Scene A, Scene B, Watertown and the Hospital/Medical Examiner's Office are dimensionally consistent with nails and BBs recovered from 410 Norfolk St., Apt. 3 and the Dorm Room.

In the three (3) pressure cooker IEDs, it appears that the operating valves and silicone gaskets were removed in the construction of the IEDs. An operating valve and a silicone gasket from a "Fagor" brand pressure cooker were recovered from 410 Norfolk St., Apt. 3.

A roll of silver-colored duct tape (specimen Q725.5) recovered from 410 Norfolk St., Apt. 3 is consistent to tape recovered from Scene A, Scene B and the Medical Examiner's Office.

A roll of black-colored duct tape (specimen Q725.6) recovered from 410 Norfolk St., Apt. 3 is consistent to tape recovered from Scene A and Scene B.

The black-colored electrical tape containing a black adhesive component which was recovered from Scene A, Scene B and Watertown was consistent between scenes.

The rolls of clear/colorless packaging tape (specimens Q684.2, Q686 and Q695) recovered from 410 Norfolk St., Apt. 3 are consistent with tape recovered from Scene A, Scene B, Watertown and the Medical Examiner's Office.

The tube of sealant (specimen Q691) recovered from 410 Norfolk St., Apt. 3 is consistent with colorless polymers recovered from Scene A, Watertown and the Medical Examiner's Office.

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

The rolls of PTFE tape (specimens Q792, Q792.1, Q792.2 and Q792.3) from the MIT machine shop and the roll of PTFE tape (specimen Q725.4) from 410 Norfolk St, Apt 3 could not be compared to the recovered PTFE tape used in the pipe bombs from Watertown due to its condition.

The representative samples of the green-colored insulated wire recovered from Scene A, Scene B and Watertown were analyzed and are consistent chemically between scenes. Scene B and Watertown are also physically consistent with each having eighteen (18) individual strands of copper-colored wire. Scene A had sixteen (16) individual strands of copper-colored wire.

Based on an external testing agency, the pink-colored paper material recovered in Scene A, Scene B and Watertown "closely match" the roll of pink-colored paper from 410 Norfolk St., Apt. 3.

For additional information on the analysis conducted on the above mentioned types of tape, sealant and adhesive materials or wire insulation see the FBI Laboratory Reports of Andria Mehltretter, Chemistry Unit, dated December 17, 2013 and July 24, 2013.

For additional information on the analysis conducted on the pink-colored paper see the IPS Testing Report of Walter J. Rantanen, Technical Leader - Fiber Science, dated May 20, 2014.

## OTHER SUBMITTED SPECIMENS

For specimens that were not addressed above in the "Results of Examinations" section, those items were either analyzed by other forensic disciplines or possessed no relevance to the design/functioning of the IED. For this reason, no detailed examinations were conducted on them related to explosives or hazardous devices.

**Methods:**

The methods utilized during the analysis of the specimens included examination of photographs, visual inspection, physical measurements, comparisons of observable physical characteristics and reviews of references.

**Interpretations and Limitations:**

Due to the absence or alterations of specific manufacturer or other unique markings on items of evidence, conclusive identification of the source on an item may not always be effected in every case. Conclusive determination of the exact design and functioning of a

Page 107 of 108

130416021 AAR

UNCLASSIFIED

rendered safe or disassembled improvised explosive device may not be effected in every case due to the conditions of the components.

The explosion and/or fire resulting from the functioning of an improvised or incendiary device can cause extensive damage, such as fragmentation, charring or other severe alterations to items of evidence. Due to the destructive nature of these types of energetic events, conclusive determinations as to the recognition and identification of specific device components, as well as the exact design and functioning of the device, may not always be effected in every case.

**Remarks:**

This report provides the final results of the device examinations performed in the Explosives Unit on the submitted specimens. For questions about the content of this report, please contact this examiner. You will be advised of additional examination results from the other forensic disciplines under separate reports. The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files.

Additionally, for questions about the status of your submission, including any remaining forensic examinations, please contact Request Coordinator Edward S. Knapp Jr. at

The submitted specimens will be returned under separate cover via registered mail.

Edward S. Knapp Jr.
(

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 108 of 108

130416021 AAR

UNCLASSIFIED