# CURRICULUM VITAE



*Chad Fitzgerald*
Federal Bureau of Investigation
Atlanta Division
2635 Century Parkway, Suite 400
Atlanta, GA  30345
(404) 679-9000  FAX (404) 320-8283

## PROFESSIONAL EXPERIENCE

**Special Agent** (December, 1996 – Present)
Federal Bureau of Investigation
Atlanta, Georgia

Currently assigned to the Cellular Analysis Survey Team (C.A.S.T.). Previous assignment was on the Violent Crimes squad which is responsible for investigating bank robbery, commercial store robbery, kidnapping, and fugitive cases.  Specifically, I was assigned to a task force with the Atlanta Police Department where I investigated fugitive cases for more than ten years and I am still imbedded with these units.  I have successfully used cellular telephone analysis to locate individuals or corroborate investigations in hundreds of various cases.

**Engineer** (March, 1995 – December, 1996)
Hughes Aircraft Company
Aurora, Colorado

Responsibilities included circuit and system design of hardware for use in the control and communication of commercial geosynchronous satellites.  I was also assigned to a group responsible for troubleshooting the control and communication hardware and systems.

**Engineer** (January, 1993 – December,1994)
Educational Television Services
Oklahoma State University
Stillwater, Oklahoma

Responsibilities included working in the engineering department for the television services of the university installing, maintaining and repairing all aspects of the teleport facility.

## EDUCATION

Oklahoma State University (May, 1993 – December, 1994)
Stillwater, Oklahoma
Master Of Science Degree (MS)
Major: Electrical Engineering (concentration in Telecommunication Systems)

Oklahoma State University (August, 1988 – May, 1993)
Stillwater, Oklahoma
Bachelor of Science Degree (BS)
Major: Electrical Engineering Technology

## PROFESSIONAL TRAINING & INSTRUCTION

Certified by JDSU (formerly Agilent Technoligies) to operate the E6474A-X Drive Test Suite of Products.
Attended multiple classes with detailed study in GSM, iDEN, CDMA, and UMTS cellular protocols
Received network and records training from the eight of the largest U.S. based cellular companies
Provided instruction to 1000's of investigators and agents through an FBI Telephone Records Analysis class

## COURTROOM EXPERIENCE
Provided expert testimony of cellular telephone record analysis in multiple federal districts and state courts throughout the United States