# FBI
# Cellular Analysis Survey Team



## Chad Fitzgerald

12/19/2014 ** DRAFT WORKING PRODUCT ** 1





# Explanation of AT&T Wireless Call Detail Records (CDR)

```
Run Date:         04/19/2013
Run Time:         03:44:23
Voice Usage For:  (857)247-5112
Account Number:   155018772975

Item  Conn.      Conn.   Seizure  Originating  Terminating  Elapsed  Number        IMEI             IMSI            Description  Cell Location
      Date       Time    Time     Number       Number       Time     Dialed

1745  04/10/13   09:29P  0:10     18572475112  15089972288  0:47     01115089972  013330004359370  310410562440988  M2O_DIR      [06970/41091:-71.00473:41.63774:30]
                                                                     288          2
1746  04/10/13   11:24P  0:04     15089719049  18572475112  0:24     18572475112  013330004359370  310410562440988  M2M_DIR      [06970/41092:-71.00473:41.63774:150]
                                                                                  2
1747  04/10/13   11:58P  0:21     19785051451  18572475112  0:00     18572475112  013330004359370  310410562440988  m2M          [06970/41092:-71.00473:41.63774:150]
                                                                                  2
1748  04/10/13   11:58P  0:01     18572475112  14013693201  0:04     14013693201                   310410562440988  M2m          []
1749  04/10/13   11:58P  0:24     19785051451  18572475112  0:04     18572475112                   310410562440988  m2M          []
1750  04/11/13   12:27A  0:04     18579284634  18572475112  1:10     18572475112  013330004359370  310410562440988  m2M_DIR      [06970/41092:-71.00473:41.63774:150]
                                                                                  2
1751  04/11/13   10:49A  0:20     15089947329  18572475112  0:00     18572475112  013330004359370  310410562440988  O2M          [06970/00363:-70.96739:41.63977:270]
                                                                                  2
```

Annotations:
- **Date and time of call** → Conn. Date, Conn. Time
- **Length of time that the phone used to set up call** → Seizure Time
- **Number placing the call. Outgoing shows customer number** → Originating Number
- **Number called. Incoming calls show the customer number** → Terminating Number
- **Duration of the call only** → Elapsed Time
- **Number Dialed** → Number Dialed
- **Phone equipment identifier** → IMEI
- **Subscriber number/ identifier** → IMSI
- **Direction of call** → Description
- **LAC and Cell site at beginning of call with latitude, longitude and azimuth (if avail)** → Cell Location

# Explanation of T-Mobile Call Detail Records (CDR)

| MSISDN | IMSI | IMEI | Event Type | Start Time | Direction | Connected To | Completion Status | TAC | Home/Roam | First LAC | First Cell ID | First Net Type | First Tower Latitude | First Tower Longitude |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 12:18:00 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 12:25:12 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 04:26:51 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40817 | HSPA+ | 42.34934931 | -71.0797113 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 05:28:27 PM | Outgoing | 16178931954 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 05:40:43 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 |
| 18579284634 | 310260542746518 | NA | SMS | 4/10/2013 06:38:45 PM | Incoming | 16178931954 | NA | NA | T-Mobile US | NA | NA | | NA | NA |
| 18579284634 | 310260542746518 | NA | SMS | 4/10/2013 06:40:34 PM | Outgoing | 16178931954 | NA | NA | T-Mobile US | NA | NA | | NA | NA |
| 18579284634 | 310260542746518 | NA | SMS | 4/10/2013 07:51:35 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA |

Telephone number of target phone

Target phone identifiers

Type of connection

Date and Time call was initiated

Direction of call

Number the target phone was in communication with

Status of call, Target phone info, Roaming

LAC & Cell site (with location and technology used) at the beginning of call

| Last LAC | Last Cell ID | Last Net Type | Last Tower Latitude | Last Tower Longitude | Market | Region | MSC Name | Metrics | Duration(Minutes) | Data Size | Duration(Seconds) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 1.27 | 0 | 76 |
| 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 0.65 | 0 | 39 |
| 36489 | 40817 | HSPA+ | 42.34934931 | -71.0797113 | New England | Northeast | NEMSS951 | | 0.82 | 0 | 49 |
| 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | New England | Northeast | NEMSS951 | | 0.73 | 0 | 44 |
| 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 1.22 | 0 | 73 |
| NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| NA | NA | | NA | NA | | | | | 0.00 | 43 | 0 |
| NA | NA | | NA | NA | | | | | 0.00 | 160 | 0 |

LAC & Cell site (with location and technology used) at the end of call

Market and Region for tower used

Switch handling the call

Data Used

Duration of call (sec)

Duration of call (min)

















