Combined Detail LE

| MSISDN | IMSI | IMEI | Event Type | Start Time | Direction | Connected To | Completion Status | TAC | Home/Roam | First LAC | First Cell ID | First Net Type | First Tower Latitude | First Tower Longitude | Last LAC | Last Cell ID | Last Net Type | Last Tower Latitude | Last Tower Longitude | Market | Region | MSC Name | Metrics | Duration (Minutes) | Data Size | Duration (Seconds) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16172869151 | 310260570545804 | 013124008074574 | Voice | 4/15/2013 02:49:06 PM | Outgoing | 18579284634 | Normal | Apple_iPhone 4___ | T-Mobile US | 36489 | 40816 | HSPA+ | 42.34899786 | -71.079724 | 36489 | 40816 | HSPA+ | 42.34899786 | -71.079724 | New England | Northeast | NEMSS951 | | 0.32 | 0 | 19 |
| 16172869151 | 310260570545804 | 013124008074574 | Voice | 4/15/2013 02:51:19 PM | Incoming | 18579284634 | Normal | Apple_iPhone 4___ | T-Mobile US | 36489 | 40816 | HSPA+ | 42.34899786 | -71.079724 | 36489 | 40816 | HSPA+ | 42.34899786 | -71.079724 | New England | Northeast | NEMSS951 | | 0.50 | 0 | 30 |
| 16172869151 | 310260570545804 | 013124008074574 | Voice | 4/15/2013 02:53:30 PM | Outgoing | 18579284634 | Normal | Apple_iPhone 4___ | T-Mobile US | 5103 | 60812 | 2G | 42.35359894 | -71.0743147 | 5103 | 60812 | 2G | 42.35359894 | -71.0743147 | New England | Northeast | NEMSS951 | | 0.30 | 0 | 18 |
| 16172869151 | 310260570545804 | NA | SMS | 4/17/2013 09:06:27 AM | Incoming | 7777 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 152 | 0 |
| 16172869151 | 310260570545804 | 013124008074574 | Voice | 4/18/2013 08:17:57 PM | Outgoing | 16178931954 | Normal | Apple_iPhone 4___ | T-Mobile US | 36489 | 43645 | HSPA+ | 42.37691897 | -71.1051559 | 36489 | 43645 | HSPA+ | 42.37691897 | -71.1051559 | New England | Northeast | NEMSS951 | | 1.47 | 0 | 88 |
| 16172869151 | 310260570545804 | 013124008074574 | Voice | 4/18/2013 11:01:29 PM | Incoming | 18579284634 | Normal | Apple_iPhone 4___ | T-Mobile US | 36493 | 43025 | HSPA+ | 42.36799146 | -71.1518678 | 36493 | 43025 | HSPA+ | 42.36799146 | -71.1518678 | New England | Northeast | NEMSS951 | | 0.40 | 0 | 24 |
| Total | | | | | | | | | | | | | | | | | | | | | | | | 2.98 | 981 | 179 |