CURRICULUM VITAE
Electrical Engineer

## Michael J. Harmsen, BS

Booz Allen Hamilton
Building 27958A, Research Drive
Quantico, VA   22135
(703) 985-3553

### PROFESSIONAL EXPERIENCE

June 2005 - present   **Electrical Engineer**
Booz Allen Hamilton -
Onsite with the Federal Bureau of Investigation Embedded Engineering Program - Quantico, VA

Responsibilities consist primarily of engineering and development of tools and techniques to assist in forensic examinations of cellular telephones, tablets, memory cards, SIM cards, GPS devices, digital voice recorders, and analysis of devices such as bomb detonation devices, credit card skimmers, and unknown electronic circuits.   Additional responsibilities include triage and recovery of damaged devices.

### EDUCATION

Aug 1999 – May 2003   **University of Rochester**
Rochester, NY
Bachelor of Science (BS)
Electrical and Computer Engineering