

**Stacey Perino**
Federal Bureau of Investigation
Cryptologic and Electronic Analysis Unit
ERF, Building 27958A
Quantico, VA  22135
(703) 985-1138

## PROFESSIONAL EXPERIENCE

**Federal Bureau of Investigation**
**Quantico, VA**

2009 – Present     **Technical Director - Electronics Engineer**
Cryptologic and Electronic Analysis Unit

Provide technical direction and oversight for the Vulnerability Analysis Program and the Embedded Engineering Program.  Ensure the unit is effectively utilizing its technical resources to address current and future challenges.  Identify those challenges and align resources to address them.

2001 – 2009     **Program Manager**
Cryptologic and Electronic Analysis Unit

Wrote and reviewed technical reports prior to dissemination.  Provided presentations on forensic challenges and technical issues involved electronic device data recovery to a variety of audiences from high level managers to forensic experts from both United States and foreign governments.  Reverse engineered hardware and software products to parse and recover forensic data.

1996 – 2001     **Electrical Engineer**
Cryptologic and Electronic Analysis Unit

Developed both hardware and software solutions to recover data from electronic devices. Wrote software tools to parse recovered data and provide it in a useable form to non-technical people.  Designed and developed multiple electronic devices using state-of-the-art processors and integrated circuits.

## EDUCATION

May 1996     **University of Colorado**
Boulder, CO
Bachelor of Science
Major: Electrical Engineering

Dec 1991     **Colorado State University**
Fort Collins, CO
Bachelor of Science
Major:  Mechanical Engineering

## PROFESSIONAL TRAINING RECEIVED

| | |
|---|---|
| May 2013 | Forensic Hardware Investigation Meeting, London, United Kingdom |
| April 2012 | Forensic Hardware Investigation Meeting, Bonn Germany |
| March 2012 | Communication Data and Digital Forensic Seminar 2012 |
| April 2011 | Forensic Hardware Investigation Meeting, The Hague, Netherlands |
| March 2011 | Phoenix BIOS Training |
| August 2010 | Cryptographic Hardware and Embedded Systems Conference |
| Fall 2010 | Forensic Hardware Investigation Meeting, Madrid, Spain |
| Feb. 2009 | Forensic Hardware Investigation Meeting, Oslo, Norway |
| Oct. 2009 | Observed Moot Court Training |
| Feb. 2008 | Forensic Hardware Investigation Meeting, Ottawa, Canada |
| Sep 2008 | Evidence Training, FBI, Forensic Support Unit |
| April 2007 | Forensic Hardware Investigation Meeting, San Diego California |
| April 2006 | Forensic Hardware Investigation Meeting, London, United Kingdom |
| Sept. 2005 | Semi-Tracks Failure and Yield Analysis |

## PROFESSIONAL INSTRUCTION/PRESENTATIONS PROVIDED

| | |
|---|---|
| May 2013 | Forensic Hardware Investigation Meeting, London, United Kingdom<br>"Android Defrosted: Data Recovery From Android Devices Without Getting Cold" |
| Aug. 2012 | FBI Digital Evidence Evolution Workshop, Norman OK<br>"The Mobile Landscape" |
| May 2012 | InfraGuard Meeting – George Mason University, VA<br>"CEAU Overview" |
| April 2012 | Forensic Hardware Investigation Meeting, Bonn Germany<br>"Data Recovery from a Damaged MicroSD"<br>"CEAU Android Parsing Tool Updates" |
| May 2011 | Forensic Hardware Investigation Meeting, The Hague, Netherlands<br>"ECC Identification"<br>"Blackberry Simulator as a Forensic Tool"<br>"iPhAT Overview" |
| Sept. 2010 | Forensic Hardware Investigation Meeting, Madrid, Spain<br>"EFS2 File System Parsing" |
| Feb. 2009 | Forensic Hardware Investigation Meeting, Oslo, Norway<br>"Windows Mobile 6 Security"<br>"iPhone Data Recovery" |

| | |
|---|---|
| Oct 2008 | Forensic Forum – McLean, VA<br>*"Using JTAG to Access NAND in ARM Processors"* |
| Aug 2008 | Forensic Forum – McLean, VA<br>*"Embedded Systems Reverse Engineering"* |
| Feb. 2008 | Forensic Hardware Investigation Meeting, Ottawa, Canada<br>*"Verbatim Thumb Drive Analysis"*<br>*"iPhone Flash Memory Analysis"* |
| April 2007 | Forensic Hardware Investigation Meeting, San Diego California<br>*"Garmin Memory Analysis"*<br>*"JPEG File Reconstruction"* |
| April 2006 | Forensic Hardware Investigation Meeting, London, United Kingdom<br>*"Nokia 6255i Deleted Data Recovery"* |

## PROFESSIONAL AWARDS

| | |
|---|---|
| 2000 | Attorney General's Award for Excellence in National Security |