**GTS** **Global United Technology Services Co., Ltd.**

Report No: GTSE12080088301

# FCC REPORT

| | |
|---|---|
| **Applicant:** | FLYSKY RC MODEL TECHNOLOGY CO., LTD |
| **Address of Applicant:** | West building3, Huangjianyuan Ind, Park QIAOLI North Gate Changping Town Dongguan CN. |

**Equipment Under Test (EUT)**

| | |
|---|---|
| Product Name: | 3CH Gun Radio |
| Model No.: | FS-GT3B, HK-GT3B |
| **FCC ID:** | N4ZFLYSKYGT3B |
| **Applicable standards:** | FCC CFR Title 47 Part 15 Subpart C Section 15.249:2010 |
| **Date of sample receipt:** | August 03, 2012 |
| **Date of Test:** | August 06-08, 2012 |
| **Date of report issued:** | August 09, 2012 |
| **Test Result :** | PASS * |

\*   In the configuration tested, the EUT complied with the standards specified above.

Authorized Signature:



Robinson Lo
Laboratory Manager

This report details the results of the testing carried out on one sample.  The results contained in this test report do not relate to other samples of the same product and does not permit the use of the GTS product certification mark. The manufacturer should ensure that all products in series production are in conformity with the product sample detailed in this report.

This report may only be reproduced and distributed in full.  If the product in this report is used in any configuration other than that detailed in the report, the manufacturer must ensure the new system complies with all relevant standards.  Any mention of GTS International Electrical Approvals or testing done by GTS International Electrical Approvals in connection with, distribution or use of the product described in this report must be approved by GTS International Electrical Approvals in writing.

This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 90 days only."



Report No: GTSE12080088301

## 2   Version

| Version No. | Date | Description |
|---|---|---|
| 00 | August 09, 2012 | Original |
| | | |
| | | |
| | | |
| | | |

**Prepared By:**   *Oscear. Li*   **Date:**   *August 09, 2012*

**Project Engineer**

**Check By:**   *Hans. Hu*   **Date:**   *August 09, 2012*

**Reviewer**

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.: GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Page 2 of 29



**Report No: GTSE12080088301**

# 3 Contents

Page

1 COVER PAGE .................................................................................................................... 1

2 VERSION ............................................................................................................................ 2

3 CONTENTS ........................................................................................................................ 3

4 TEST SUMMARY ............................................................................................................... 4

5 GENERAL INFORMATION ................................................................................................ 5

    5.1    CLIENT INFORMATION ..................................................................................................... 5
    5.2    GENERAL DESCRIPTION OF E.U.T ................................................................................ 5
    5.3    TEST MODE ....................................................................................................................... 6
    5.4    DESCRIPTION OF SUPPORT UNITS .............................................................................. 6
    5.5    TEST FACILITY ................................................................................................................. 6
    5.6    TEST LOCATION ............................................................................................................... 6
    5.7    OTHER INFORMATION REQUESTED BY THE CUSTOMER ......................................... 6
    5.8    TEST INSTRUMENTS LIST ............................................................................................... 7

6 TEST RESULTS AND MEASUREMENT DATA ................................................................. 8

    6.1    ANTENNA REQUIREMENT: .............................................................................................. 8
    6.2    RADIATED EMISSION METHOD ...................................................................................... 9
        6.2.1    *Field Strength of The Fundamental Signal* ................................................................ *11*
        6.2.2    *Spurious emissions* ..................................................................................................... *12*
        6.2.3    *Bandedge emissions* ................................................................................................... *16*
    6.3    20dB OCCUPY BANDWIDTH ......................................................................................... 17

7 TEST SETUP PHOTO ....................................................................................................... 19

8 EUT CONSTRUCTIONAL DETAILS ................................................................................. 20

Global United Technology Services Co., Ltd.                Project No.: GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960         Page 3 of 29



**Report No: GTSE12080088301**

## 4    Test Summary

| Test Item | Section in CFR 47 | Result |
|---|---|---|
| Antenna requirement | 15.203 | Pass |
| AC Power Line Conducted Emission | 15.207 | N/A |
| Field strength of the fundamental signal | 15.249 (a) | Pass |
| Spurious emissions | 15.249 (a) (d)/15.209 | Pass |
| Band edge | 15.249 (d)/15.205 | Pass |
| 20dB Occupied Bandwidth | 15.215 (c) | Pass |

*Pass: The EUT complies with the essential requirements in the standard.*

*N/A: not applicable.*

Global United Technology Services Co., Ltd.                                            Project No.:  GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960                        Page 4 of 29



**Report No: GTSE12080088301**

## 5 General Information

### 5.1 Client Information

| | |
|---|---|
| Applicant: | FLYSKY RC MODEL TECHNOLOGY CO., LTD |
| Address of Applicant: | West building3, Huangjianyuan Ind, Park QIAOLI North Gate Changping Town Dongguan CN. |
| Manufacturer: | FLYSKY RC MODEL TECHNOLOGY CO., LTD |
| Address of Manufacturer: | West building3, Huangjianyuan Ind, Park QIAOLI North Gate Changping Town Dongguan CN. |
| Factory: | FLYSKY RC MODEL TECHNOLOGY CO., LTD |
| Address of factory : | West building3, Huangjianyuan Ind, Park QIAOLI North Gate Changping Town Dongguan CN. |

### 5.2 General Description of E.U.T.

| | |
|---|---|
| Product Name: | 3CH Gun Radio |
| Model No.: | FS-GT3B, HK-GT3B |
| Operation Frequency: | 2405.5MHz~2475MHz |
| Channel numbers: | 16 |
| Modulation technology: | GFSK |
| Antenna Type: | Integral |
| Antenna gain: | 2dBi |
| Power supply: | DC 12V(8*1.5V ("AA" Size battery)) |

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District, Shenzhen, China 518102

Project No.: GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960　　　　　Page 5 of 29



**Report No: GTSE12080088301**

### 5.3  Test mode

| Transmitting mode | Keep transmitting mode. |
|---|---|

**Per-test mode.**

We have verified the construction and function in typical operation, The EUT was placed on three different polar directions; i.e. X axis, Y axis, Z axis. which was shown in this test report and defined as follows:

| Axis | X | Y | Z |
|---|---|---|---|
| Field Strength(dBuV/m) | 106.87 | 108.49 | 107.45 |

**Final Test Mode:**

According to ANSI C63.4 standards, the test results are both the "worst case" and "worst setup":

Y axis (see the test setup photo)

### 5.4  Description of Support Units

| None. |
|---|

### 5.5  Test Facility

The test facility is recognized, certified, or accredited by the following organizations:

● **FCC —Registration No.: 600491**

Global United Technology Services Co., Ltd., Shenzhen EMC Laboratory has been registered and

fuly described in a report filed with the (FCC) Federal Communications Commission.

The acceptance letter from the FCC is maintained in out files. Registration 600491, July 20, 2010.

● **Industry Canada (IC)**

The 3m Semi-anechoic chamber of Global United Technology Services Co., Ltd. Has been

Registered by Certification and Engineering Bureau of Industry Canada for radio equipment testing with Registration No.: 9079A-1.

### 5.6  Test Location

All tests were performed at:

Global United Technology Services Co., Ltd.
Address: 2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District, Shenzhen, China
Tel: 0755-27798480
Fax: 0755-27798960

### 5.7  Other Information Requested by the Customer

| None. |
|---|

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District, Shenzhen, China 518102

Project No.: GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960                    Page 6 of 29



**Report No: GTSE12080088301**

## 5.8  Test Instruments list

Radiated Emission:

| Item | Test Equipment | Manufacturer | Model No. | Inventory No. | Cal.Date (mm-dd-yy) | Cal.Due date (mm-dd-yy) |
|------|----------------|--------------|-----------|---------------|---------------------|-------------------------|
| 1 | 3m Semi- Anechoic Chamber | ZhongYu Electron | 9.2(L)*6.2(W)* 6.4(H) | GTS250 | Mar. 30 2011 | Mar. 29 2013 |
| 2 | Control Room | ZhongYu Electron | 6.2(L)*2.5(W)* 2.4(H) | GTS251 | N/A | N/A |
| 3 | EMI Test Receiver | Rohde & Schwarz | ESU26 | GTS203 | Jul. 03 2012 | Jul. 02 2013 |
| 4 | BiConiLog Antenna | SCHWARZBECK MESS-ELEKTRONIK | VULB9163 | GTS214 | Feb. 25 2012 | Feb. 24 2013 |
| 5 | Double -ridged waveguide horn | SCHWARZBECK MESS-ELEKTRONIK | 9120D-829 | GTS208 | June 29 2012 | June 28 2013 |
| 6 | Horn Antenna | ETS-LINDGREN | 3160 | GTS217 | Mar. 30 2011 | Mar. 29 2013 |
| 7 | EMI Test Software | AUDIX | E3 | N/A | N/A | N/A |
| 8 | Coaxial Cable | GTS | N/A | GTS213 | Mar. 31 2012 | Mar. 30 2013 |
| 9 | Coaxial Cable | GTS | N/A | GTS211 | Mar. 31 2012 | Mar. 30 2013 |
| 10 | Coaxial cable | GTS | N/A | GTS210 | Mar. 31 2012 | Mar. 30 2013 |
| 11 | Coaxial Cable | GTS | N/A | GTS212 | Mar. 31 2012 | Mar. 30 2013 |
| 12 | Amplifier(100kHz-3GHz) | HP | 8347A | GTS204 | Jul. 03 2012 | Jul. 02 2013 |
| 13 | Amplifier(2GHz-20GHz) | HP | 8349B | GTS206 | Jul. 03 2012 | Jul. 02 2013 |
| 14 | Amplifier (18-26GHz) | Rohde & Schwarz | AFS33-18002 650-30-8P-44 | GTS218 | June 29 2012 | June 28 2013 |
| 15 | Band filter | Amindeon | 82346 | GTS219 | Mar. 31 2012 | Mar. 30 2013 |

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District, Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Project No.:  GTSE120800883RF

Page 7 of 29



**Report No: GTSE12080088301**

# 6    Test results and Measurement Data

## 6.1  Antenna requirement:

| Standard requirement: | FCC Part15 C Section 15.203 |
|---|---|

**15.203 requirement:**

An intentional radiator shall be designed to ensure that no antenna other than that furnished by the responsible party shall be used with the device.  The use of a permanently attached antenna or of an antenna that uses a unique coupling to the intentional radiator, the manufacturer may design the unit so that a broken antenna can be replaced by the user, but the use of a standard antenna jack or electrical connector is prohibited.

**E.U.T Antenna:**

*The antenna is Integral antenna,  the best case gain of the antenna is* 2dBi



Global United Technology Services Co., Ltd.                                    Project No.:  GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960                  Page 8 of 29



### 6.2 Radiated Emission Method

| Test Requirement: | FCC Part15 C Section 15.209 | | | | |
|---|---|---|---|---|---|
| Test Method: | ANSI C63.4:2003 | | | | |
| Test Frequency Range: | 30MHz to 25GHz | | | | |
| Test site: | Measurement Distance: 3m | | | | |
| Receiver setup: | Frequency | Detector | RBW | VBW | Remark |
| | 30MHz-1GHz | Quasi-peak | 120KHz | 300KHz | Quasi-peak Value |
| | Above 1GHz | Peak | 1MHz | 3MHz | Peak Value |
| | | AV | 1MHz | 10Hz | Average Value |
| Limit: | Frequency | | Limit (dBuV/m @3m) | | Remark |
| (Field strength of the | 2400MHz-2483.5MHz | | 94.00 | | Average Value |
| fundamental signal) | | | 114.00 | | Peak Value |
| Limit: | Frequency | | Limit (dBuV/m @3m) | | Remark |
| (Spurious Emissions) | 30MHz-88MHz | | 40.00 | | Quasi-peak Value |
| | 88MHz-216MHz | | 43.50 | | Quasi-peak Value |
| | 216MHz-960MHz | | 46.00 | | Quasi-peak Value |
| | 960MHz-1GHz | | 54.00 | | Quasi-peak Value |
| | Above 1GHz | | 54.00 | | Average Value |
| | | | 74.00 | | Peak Value |
| Limit:<br>(band edge) | Emissions radiated outside of the specified frequency bands, except for harmonics, shall be attenuated by at least 50 dB below the level of the fundamental or to the general radiated emission limits in Section 15.209, whichever is the lesser attenuation. | | | | |
| Test setup: | Below 1GHz<br><br>Antenna Tower<br>Search Antenna<br>EUT<br>3m<br>4m<br>RF Test Receiver<br>Turn Table<br>0.8m 1m<br>Ground Plane<br><br>Above 1GHz | | | | |

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Project No.:  GTSE120800883RF

Page 9 of 29



|  |  |
|---|---|
|  | ![Antenna Tower diagram showing EUT at 3m, 4m height, Horn Antenna, Spectrum Analyzer, Turn Table 0.8m, 1m, Amplifier] |
| Test Procedure: | 1. The EUT was placed on the top of a rotating table 0.8 meters above the ground at a 3 meter camber. The table was rotated 360 degrees to determine the position of the highest radiation. |
|  | 2. The EUT was set 3 meters away from the interference-receiving antenna, which was mounted on the top of a variable-height antenna tower. |
|  | 3. The antenna height is varied from one meter to four meters above the ground to determine the maximum value of the field strength. Both horizontal and vertical polarizations of the antenna are set to make the measurement. |
|  | 4. For each suspected emission, the EUT was arranged to its worst case and then the antenna was tuned to heights from 1 meter to 4 meters and the rota table was turned from 0 degrees to 360 degrees to find the maximum reading. |
|  | 5. The test-receiver system was set to Peak Detect Function and Specified Bandwidth with Maximum Hold Mode. |
|  | 6. If the emission level of the EUT in peak mode was 10dB lower than the limit specified, then testing could be stopped and the peak values of the EUT would be reported. Otherwise the emissions that did not have 10dB margin would be re-tested one by one using peak, quasi-peak or average method as specified and then reported in a data sheet. |
| Test Instruments: | Refer to section 5.8 for details |
| Test mode: | Transmitting mode |
| Test results: | Pass |

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.: GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Page 10 of 29



**Report No: GTSE12080088301**

Measurement data:

### 6.2.1   Field Strength of The Fundamental Signal

Peak value:

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | polarization |
|---|---|---|---|---|---|---|---|---|
| 2405.50 | 95.52 | 27.57 | 5.40 | 30.12 | 98.37 | 114.00 | -15.63 | Horizontal |
| 2405.50 | 105.64 | 27.57 | 5.40 | 30.12 | 108.49 | 114.00 | -5.51 | Vertical |
| 2442.50 | 96.19 | 27.48 | 5.43 | 30.06 | 99.04 | 114.00 | -14.96 | Horizontal |
| 2442.50 | 104.90 | 27.48 | 5.43 | 30.06 | 107.75 | 114.00 | -6.25 | Vertical |
| 2475.00 | 97.12 | 27.52 | 5.47 | 29.99 | 100.12 | 114.00 | -13.88 | Horizontal |
| 2475.00 | 105.39 | 27.52 | 5.47 | 29.99 | 108.39 | 114.00 | -5.61 | Vertical |

Average value:

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | polarization |
|---|---|---|---|---|---|---|---|---|
| 2405.50 | 55.14 | 27.57 | 5.40 | 30.12 | 57.99 | 94.00 | -36.01 | Horizontal |
| 2405.50 | 62.34 | 27.57 | 5.40 | 30.12 | 65.19 | 94.00 | -28.81 | Vertical |
| 2442.50 | 56.21 | 27.48 | 5.43 | 30.06 | 59.06 | 94.00 | -34.94 | Horizontal |
| 2442.50 | 60.87 | 27.48 | 5.43 | 30.06 | 63.72 | 94.00 | -30.28 | Vertical |
| 2475.00 | 58.10 | 27.52 | 5.47 | 29.99 | 61.10 | 94.00 | -32.90 | Horizontal |
| 2475.00 | 65.21 | 27.52 | 5.47 | 29.99 | 68.21 | 94.00 | -25.79 | Vertical |

According to the follow transmitter output power ($P_t$) formula:

$P_t = (E \times d)^2/(30 \times g_t)$

$P_t$ = transmitter output power in watts

$g_t$ = numeric gain of the transmitting antenna (unitless)

E = electric field strength in V/m

d = measurement distance in meters (m).

According to the above test data, Emax=108.49dBuV/m=0.266V/m, d=3m, $g_t$=1.58

$P_t = (E \times d)^2/(30 \times g_t) = (0.266 \times 3)^2/(30 \times 1.58) = 0.0134W$

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District, Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Project No.:  GTSE120800883RF

Page 11 of 29



### 6.2.2 Spurious emissions

■ Below 1GHz

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | polarization |
|---|---|---|---|---|---|---|---|---|
| 60.28 | 39.19 | 15.70 | 0.86 | 31.94 | 23.81 | 40.00 | -16.19 | Vertical |
| 96.44 | 37.67 | 16.02 | 1.16 | 31.75 | 23.10 | 43.50 | -20.40 | Vertical |
| 166.07 | 40.92 | 11.88 | 1.66 | 32.04 | 22.42 | 43.50 | -21.08 | Vertical |
| 350.48 | 42.83 | 16.30 | 2.62 | 32.02 | 29.73 | 46.00 | -16.27 | Vertical |
| 642.86 | 38.32 | 21.06 | 3.88 | 31.11 | 32.15 | 46.00 | -13.85 | Vertical |
| 906.48 | 38.93 | 24.06 | 4.88 | 31.18 | 36.69 | 46.00 | -9.31 | Vertical |
| 40.85 | 38.94 | 16.58 | 0.67 | 32.05 | 24.14 | 40.00 | -15.86 | Horizontal |
| 53.69 | 39.74 | 16.16 | 0.81 | 31.95 | 24.76 | 40.00 | -15.24 | Horizontal |
| 103.81 | 38.98 | 15.73 | 1.22 | 31.78 | 24.15 | 43.50 | -19.35 | Horizontal |
| 236.65 | 39.75 | 14.99 | 2.05 | 32.16 | 24.63 | 46.00 | -21.37 | Horizontal |
| 478.85 | 39.40 | 18.07 | 3.22 | 31.63 | 29.06 | 46.00 | -16.94 | Horizontal |
| 796.18 | 39.53 | 23.01 | 4.45 | 31.31 | 35.68 | 46.00 | -10.32 | Horizontal |

Global United Technology Services Co., Ltd.     Project No.: GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960          Page 12 of 29

# GTS

**Report No: GTSE12080088301**

■ Above 1GHz

| Test channel: | | | | | Lowest channel | | | |
|---|---|---|---|---|---|---|---|---|

Peak value:

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | polarization |
|---|---|---|---|---|---|---|---|---|
| 4810.00 | 38.96 | 31.78 | 8.60 | 24.17 | 55.17 | 74.00 | -18.83 | Vertical |
| 7215.00 | 39.29 | 36.15 | 11.66 | 26.46 | 60.64 | 74.00 | -13.36 | Vertical |
| 9620.00 | 39.03 | 38.01 | 14.14 | 25.45 | 65.73 | 74.00 | -8.27 | Vertical |
| 12025.00 | * | | | | | 74.00 | | Vertical |
| 14430.00 | * | | | | | 74.00 | | Vertical |
| 4810.00 | 37.68 | 31.78 | 8.60 | 24.17 | 53.89 | 74.00 | -20.11 | Horizontal |
| 7215.00 | 37.65 | 36.15 | 11.66 | 26.46 | 59.00 | 74.00 | -15.00 | Horizontal |
| 9620.00 | 37.44 | 38.01 | 14.14 | 25.45 | 64.14 | 74.00 | -9.86 | Horizontal |
| 12025.00 | * | | | | | 74.00 | | Horizontal |
| 14430.00 | * | | | | | 74.00 | | Horizontal |

Average value:

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | polarization |
|---|---|---|---|---|---|---|---|---|
| 4810.00 | 18.66 | 31.78 | 8.60 | 24.17 | 34.87 | 54.00 | -19.13 | Vertical |
| 7215.00 | 18.89 | 36.15 | 11.66 | 26.46 | 40.24 | 54.00 | -13.76 | Vertical |
| 9620.00 | 18.63 | 38.01 | 14.14 | 25.45 | 45.33 | 54.00 | -8.67 | Vertical |
| 12025.00 | * | | | | | 54.00 | | Vertical |
| 14430.00 | * | | | | | 54.00 | | Vertical |
| 4810.00 | 16.58 | 31.78 | 8.60 | 24.17 | 32.79 | 54.00 | -21.21 | Horizontal |
| 7215.00 | 17.05 | 36.15 | 11.66 | 26.46 | 38.40 | 54.00 | -15.60 | Horizontal |
| 9620.00 | 16.64 | 38.01 | 14.14 | 25.45 | 43.34 | 54.00 | -10.66 | Horizontal |
| 12025.00 | * | | | | | 54.00 | | Horizontal |
| 14430.00 | * | | | | | 54.00 | | Horizontal |

*Remark:*

*1. Final Level =Receiver Read level + Antenna Factor + Cable Loss – Preamplifier Factor*

*2. The emission levels of other frequencies are very lower than the limit and not show in test report.*

*3. "*", means this data is the too weak instrument of signal is unable to test.*

Global United Technology Services Co., Ltd.       Project No.: GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District, Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960       Page 13 of 29

# GTS

**Report No: GTSE12080088301**

| Test channel: | | Middle channel |
|---|---|---|

**Peak value:**

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | polarization |
|---|---|---|---|---|---|---|---|---|
| 4884.00 | 39.07 | 31.86 | 8.67 | 24.10 | 55.50 | 74.00 | -18.50 | Vertical |
| 7326.00 | 41.04 | 36.41 | 11.72 | 26.78 | 62.39 | 74.00 | -11.61 | Vertical |
| 9768.00 | 39.19 | 38.35 | 14.27 | 25.35 | 66.46 | 74.00 | -7.54 | Vertical |
| 12210.00 | * | | | | | 74.00 | | Vertical |
| 14652.00 | * | | | | | 74.00 | | Vertical |
| 4884.00 | 39.32 | 31.86 | 8.67 | 24.10 | 55.75 | 74.00 | -18.25 | Horizontal |
| 7326.00 | 38.98 | 36.41 | 11.72 | 26.78 | 60.33 | 74.00 | -13.67 | Horizontal |
| 9768.00 | 37.06 | 38.35 | 14.27 | 25.35 | 64.33 | 74.00 | -9.67 | Horizontal |
| 12210.00 | * | | | | | 74.00 | | Horizontal |
| 14652.00 | * | | | | | 74.00 | | Horizontal |

**Average value:**

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | polarization |
|---|---|---|---|---|---|---|---|---|
| 4884.00 | 18.57 | 31.86 | 8.67 | 24.10 | 35.00 | 54.00 | -19.00 | Vertical |
| 7326.00 | 20.64 | 36.41 | 11.72 | 26.78 | 41.99 | 54.00 | -12.01 | Vertical |
| 9768.00 | 18.79 | 38.35 | 14.27 | 25.35 | 46.06 | 54.00 | -7.94 | Vertical |
| 12210.00 | * | | | | | 54.00 | | Vertical |
| 14652.00 | * | | | | | 54.00 | | Vertical |
| 4884.00 | 18.62 | 31.86 | 8.67 | 24.10 | 35.05 | 54.00 | -18.95 | Horizontal |
| 7326.00 | 18.68 | 36.41 | 11.72 | 26.78 | 40.03 | 54.00 | -13.97 | Horizontal |
| 9768.00 | 16.96 | 38.35 | 14.27 | 25.35 | 44.23 | 54.00 | -9.77 | Horizontal |
| 12210.00 | * | | | | | 54.00 | | Horizontal |
| 14652.00 | * | | | | | 54.00 | | Horizontal |

*Remark:*

*1.   Final Level =Receiver Read level + Antenna Factor + Cable Loss – Preamplifier Factor*

*2.   The emission levels of other frequencies are very lower than the limit and not show in test report.*

*3.   "*", means this data is the too weak instrument of signal is unable to test.*

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.: GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Page 14 of 29

# GTS

Report No: GTSE12080088301

| Test channel: | | Highest channel |
|---|---|---|

**Peak value:**

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | polarization |
|---|---|---|---|---|---|---|---|---|
| 4950.00 | 44.94 | 31.91 | 8.71 | 24.03 | 61.53 | 74.00 | -12.47 | Vertical |
| 7425.00 | 40.77 | 36.56 | 11.79 | 27.03 | 62.09 | 74.00 | -11.91 | Vertical |
| 9900.00 | 37.49 | 38.81 | 14.35 | 25.27 | 65.38 | 74.00 | -8.62 | Vertical |
| 12375.00 | * | | | | | 74.00 | | Vertical |
| 14850.00 | * | | | | | 74.00 | | Vertical |
| 4950.00 | 39.60 | 31.91 | 8.71 | 24.03 | 56.19 | 74.00 | -17.81 | Horizontal |
| 7425.00 | 39.14 | 36.56 | 11.79 | 27.03 | 60.46 | 74.00 | -13.54 | Horizontal |
| 9900.00 | 37.55 | 38.81 | 14.35 | 25.27 | 65.44 | 74.00 | -8.56 | Horizontal |
| 12375.00 | * | | | | | 74.00 | | Horizontal |
| 14850.00 | * | | | | | 74.00 | | Horizontal |

**Average value:**

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | polarization |
|---|---|---|---|---|---|---|---|---|
| 4950.00 | 24.54 | 31.91 | 8.71 | 24.03 | 41.13 | 54.00 | -12.87 | Vertical |
| 7425.00 | 20.37 | 36.56 | 11.79 | 27.03 | 41.69 | 54.00 | -12.31 | Vertical |
| 9900.00 | 17.09 | 38.81 | 14.35 | 25.27 | 44.98 | 54.00 | -9.02 | Vertical |
| 12375.00 | * | | | | | 54.00 | | Vertical |
| 14850.00 | * | | | | | 54.00 | | Vertical |
| 4950.00 | 19.20 | 31.91 | 8.71 | 24.03 | 35.79 | 54.00 | -18.21 | Horizontal |
| 7425.00 | 18.54 | 36.56 | 11.79 | 27.03 | 39.86 | 54.00 | -14.14 | Horizontal |
| 9900.00 | 16.85 | 38.81 | 14.35 | 25.27 | 44.74 | 54.00 | -9.26 | Horizontal |
| 12375.00 | * | | | | | 54.00 | | Horizontal |
| 14850.00 | * | | | | | 54.00 | | Horizontal |

*Remark:*

*1.   Final  Level =Receiver Read level + Antenna Factor + Cable Loss – Preamplifier Factor*

*2.   The emission levels of other frequencies are very lower than the limit and not show in test report.*

*3.   "*", means this data is the too weak instrument of signal is unable to test.*

Global United Technology Services Co., Ltd.                                    Project No.:  GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960                     Page 15 of 29

# GTS

**Report No: GTSE12080088301**

## 6.2.3   Bandedge emissions

| Test channel: | Lowest channel |
|---|---|

**Peak value:**

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | Polarization |
|---|---|---|---|---|---|---|---|---|
| 2310.00 | 40.17 | 27.91 | 5.30 | 30.37 | 43.01 | 74.00 | -30.99 | Horizontal |
| 2390.00 | 51.28 | 27.59 | 5.38 | 30.18 | 54.07 | 74.00 | -19.93 | Horizontal |
| 2310.00 | 47.42 | 27.91 | 5.30 | 30.37 | 50.26 | 74.00 | -23.74 | Vertical |
| 2390.00 | 60.12 | 27.59 | 5.38 | 30.18 | 62.91 | 74.00 | -11.09 | Vertical |

**Average value:**

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | Polarization |
|---|---|---|---|---|---|---|---|---|
| 2310.00 | 20.07 | 27.91 | 5.30 | 30.37 | 22.91 | 54.00 | -31.09 | Horizontal |
| 2390.00 | 31.08 | 27.59 | 5.38 | 30.18 | 33.87 | 54.00 | -20.13 | Horizontal |
| 2310.00 | 26.12 | 27.91 | 5.30 | 30.37 | 28.96 | 54.00 | -25.04 | Vertical |
| 2390.00 | 38.12 | 27.59 | 5.38 | 30.18 | 40.91 | 54.00 | -13.09 | Vertical |

| Test channel: | Highest channel |
|---|---|

**Peak value:**

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | Polarization |
|---|---|---|---|---|---|---|---|---|
| 2483.50 | 58.99 | 27.53 | 5.47 | 29.93 | 62.06 | 74.00 | -11.94 | Horizontal |
| 2500.00 | 47.49 | 27.55 | 5.49 | 29.93 | 50.60 | 74.00 | -23.40 | Horizontal |
| 2483.50 | 67.21 | 27.53 | 5.47 | 29.93 | 70.28 | 74.00 | -3.72 | Vertical |
| 2500.00 | 63.40 | 27.55 | 5.49 | 29.93 | 66.51 | 74.00 | -7.49 | Vertical |

**Average value:**

| Frequency (MHz) | Read Level (dBuV) | Antenna Factor (dB/m) | Cable Loss (dB) | Preamp Factor (dB) | Level (dBuV/m) | Limit Line (dBuV/m) | Over Limit (dB) | Polarization |
|---|---|---|---|---|---|---|---|---|
| 2483.50 | 38.59 | 27.53 | 5.47 | 29.93 | 41.66 | 54.00 | -12.34 | Horizontal |
| 2500.00 | 27.39 | 27.55 | 5.49 | 29.93 | 30.50 | 54.00 | -23.50 | Horizontal |
| 2483.50 | 45.61 | 27.53 | 5.47 | 29.93 | 48.68 | 54.00 | -5.32 | Vertical |
| 2500.00 | 41.30 | 27.55 | 5.49 | 29.93 | 44.41 | 54.00 | -9.59 | Vertical |

*Remark:*

*1.   Final  Level =Receiver Read level + Antenna Factor + Cable Loss – Preamplifier Factor*

Global United Technology Services Co., Ltd.                           Project No.:  GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960                 Page 16 of 29



**Report No: GTSE12080088301**

### 6.3   20dB Occupy Bandwidth

| Test Requirement: | FCC Part15 C Section 15.249/15.215 |
|---|---|
| Test Method: | ANSI C63.4:2003 |
| Limit: | Operation Frequency range 2400MHz~2483.5MHz |
| Test setup: |  |
| Test Instruments: | Refer to section 5.8 for details |
| Test mode: | Transmitting mode |
| Test results: | Pass |

**Measurement Data**

| Test channel | 20dB bandwidth(MHz) | Result |
|---|---|---|
| Lowest | 1.143 | Pass |
| Middle | 1.137 | Pass |
| Highest | 1.134 | Pass |

Test plot as follows:

---

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.: GTSE120800883RF

# GTS

Report No: GTSE12080088301



Lowest channel



Middle channel



Highest channel

Global United Technology Services Co., Ltd.                    Project No.: GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960              Page 18 of 29

# GTS

Report No: GTSE12080088301

## 7   Test Setup Photo

Radiated Emission





Global United Technology Services Co., Ltd.                                          Project No.: GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960                    Page 19 of 29



## 8    EUT Constructional Details

Model No.: FS-GT3B





Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.:  GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960                    Page 20 of 29

# GTS

**Report No: GTSE12080088301**





Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Project No.: GTSE120800883RF

# GTS

**Report No: GTSE12080088301**





Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.: GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960                  Page 22 of 29

# GTS

Report No: GTSE12080088301





Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.:  GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

# GTS





Global United Technology Services Co., Ltd.                                    Project No.: GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960                    Page 24 of 29

# GTS





Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.: GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Page 25 of 29





Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.: GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Page 26 of 29

# GTS

Model No.: HK-GT3B





Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960

Project No.: GTSE120800883RF

# GTS

**Report No: GTSE12080088301**





Global United Technology Services Co., Ltd.                                    Project No.:  GTSE120800883RF
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

# GTS





------End------

Global United Technology Services Co., Ltd.
2nd Floor, Block No.2, Laodong Industrial Zone, Xixiang Road Baoan District,
Shenzhen, China 518102

Project No.: GTSE120800883RF

Telephone: +86 (0) 755 2779 8480  Fax: +86 (0) 755 2779 8960          Page 29 of 29