



| NOTICE |
|---|
| All instructions, warranties and other collateral documents are subject to change at the sole discretion of Horizon Hobby, Inc. For up-to-date product literature, visit horizonhobby.com and click on the support tab for this product. |

| Meaning of Special Language |
|---|
| The following terms are used throughout the product literature to indicate various levels of potential harm when operating this product:<br><br>**NOTICE:** Procedures, which if not properly followed, create a possibility of physical property damage AND a little or no possibility of injury.<br><br>**CAUTION:** Procedures, which if not properly followed, create the probability of physical property damage AND a possibility of serious injury.<br><br>**WARNING:** Procedures, which if not properly followed, create the probability of property damage, collateral damage, and serious injury OR create a high probability of superficial injury. |

⚠ **WARNING:** Read the ENTIRE instruction manual to become familiar with the features of the product before operating. Failure to operate the product correctly can result in damage to the product, personal property and cause serious injury.

This is a sophisticated hobby product and NOT a toy. It must be operated with caution and common sense and requires some basic mechanical ability. Failure to operate this Product in a safe and responsible manner could result in injury or damage to the product or other property. This product is not intended for use by children without direct adult supervision. Do not attempt disassembly, use with incompatible components or augment product in any way without the approval of Horizon Hobby, Inc. This manual contains instructions for safety, operation and maintenance. It is essential to read and follow all the instructions and warnings in the manual, prior to assembly, setup or use, in order to operate correctly and avoid damage or serious injury.

⚠ **WARNING AGAINST COUNTERFEIT PRODUCTS:** Thank you for purchasing a genuine Spektrum product. Always purchase from a Horizon Hobby, Inc. authorized dealer to ensure authentic high-quality Spektrum product. Horizon Hobby, Inc. disclaims all support and warranty with regards, but not limited to, compatibility and performance of counterfeit products or products claiming compatibility with DSM or Spektrum.

**Age Recommendation:**
**Not for Children under 14 years. This is not a toy.**

**NOTICE:** This product is only intended for use with unmanned, hobby-grade, remote-controlled vehicles and aircraft. Horizon Hobby disclaims all liability outside of the intended purpose and will not provide warranty service related thereto.

## FRANCE RF SETTING:

The DX2E has a France RF setting that complies with French regulations. When in France, always use the France power setting when operating the transmitter outdoors.

## WARRANTY REGISTRATION

Visit www.spektrumrc.com/registration today to register your product.

## INSTALLING THE TRANSMITTER BATTERIES



## BATTERY LED MONITOR



| Solid Green | Battery is good (Above 4V) |
| Flashing Green | Battery voltage is critically low. Replace batteries (below 4V) |

**EN**

## RECEIVER COMPATIBILITY

The DX2E is compatible with all Spektrum™ DSM®, DSM2™ and Marine surface receivers.

## RECEIVER CONNECTION AND INSTALLATION



Antenna
LED
Throttle Port
Steering Port
Bind/Battery Port
Bind Plug

### Typical Electric Installation



Battery
To Motor
Electronic Speed Control
Receiver
Steering Servo

### Typical Gas Installation



Receiver
Throttle Servo
Steering Servo
Battery

Install the Receiver in your vehicle using double-sided foam servo tape. Foam servo tape will hold the receiver in place and help isolate it from vibrations. Mount the antenna up and away from the vehicle in an antenna tube. The higher up the antenna is, the better signal it will receive.

**NOTICE:** Do not cut the antenna.

## BINDING A RECEIVER

Binding is the process of programming the receiver to recognize the GUID (Globally Unique Identifier) code of a single specific transmitter. When a receiver is bound to a transmitter, the receiver will only respond to that specific transmitter.  The DX2E and SR200 are bound at the factory, but if you need to rebind for any reason, please follow these steps:

1. With the receiver off, insert the bind plug into the BIND port on the receiver.

2. Power the receiver through any other port. The green LED will flash continuously, indicating the receiver is in bind mode.

3. With the steering wheel and throttle trigger in the desired preset failsafe positions (see the Failsafe section on this page for more information), press and hold the bind button and turn on the transmitter. The green LED on the front of the transmitter will flash within three seconds, indicating the transmitter is in bind mode. Release the bind button when the green LED flashes. Continue to hold the failsafe positions until the binding process is complete.



Bind Button

4. The LED on the receiver will glow solid when the transmitter and receiver are bound.

5. Remove the bind plug and store it in a convenient place.

You must rebind when:

• Different failsafe positions are desired e.g., when throttle or steering reversing has been changed.

• Changing receiver types e.g., changing from a DSM receiver to a DSM2 or Marine receiver.

• Binding the receiver to a different transmitter.

Some Spektrum receivers, like the SR3001, use a bind button rather than a bind plug. The binding process is the same with this receiver; however, instead of inserting the plug before powering up the receiver, press and hold the bind button while powering up the receiver to enter bind mode.

## FAILSAFE

Failsafe positions are also set during binding. In the unlikely event that the radio link is lost during use, the receiver will drive the servos to their preprogrammed failsafe positions (normally full brakes and straight steering). If the receiver is turned on prior to turning on the transmitter, the receiver will enter failsafe mode. When the transmitter is turned on, normal control is resumed. For more information on setting the failsafe, refer to the Binding a Receiver section above.

## SERVO REVERSING

If a right steering command does not result in the wheels turning right (and vice versa), the channel may need to be reversed. To reverse a channel, switch  the position of the correlating switch—"N" is for normal, "R" is for reverse. You can use a small screwdriver to move the switch if necessary.



Reverse Switch
Steering

Reverse Switch
Throttle



Steering Rate Dial

## STEERING TRIM

The steering trim dial is used to adjust the steering trim
when the wheel is centered. Rotating the dial changes the
steering trim (the steering at rest position). Normally, the
steering trim is adjusted until the vehicle tracks straight.



Steering Trim Dial

## THROTTLE TRIM

The throttle trim dial is used to adjust the throttle trim
when the throttle stick is released (neutral position). This is
typically used to adjust the brakes. Rotating the dial causes
the throttle trim (the throttle position at rest) to be changed.



Throttle Trim Dial

## STEERING RATE

Steering rate (also known as dual rate) allows on-the-fly
steering travel adjustments to be made using the steering
rate dial. Steering rate limits the amount of travel of the
steering servo. The steering rate cannot be greater
than 100%.

## RF MODE

The DX2E has a France RF Mode that complies with French
regulations. The DX2E must be in France mode when used
outdoors in France. At all other times, the transmitter should
be in Standard mode.

### FRANCE MODE

Turn the wheel full left, pull the trigger full throttle and
hold down the bind button while turning on the transmitter.
The Green LED will flash twice.

### STANDARD MODE

Turn the wheel full right, pull the trigger full throttle and
hold down the bind button while turning on the transmitter.
The Green LED will flash once.

## GENERAL NOTES

Radio controlled models are a great source of pleasure.
Unfortunately, they can also pose a potential hazard if not
operated and maintained properly. It is imperative to install
your radio control system correctly. Additionally, your level of
operating competency must be high enough to ensure you
are able to control your model under all conditions. If you are
a newcomer to radio controlled models, please seek help
from an experienced modeler or your local hobby shop.

### SAFETY POINTS TO OBEY FOR MODELERS

• Ensure your batteries (both transmitter and receiver)
have been properly charged for your model.

• Check all servos and their connections prior to each run.

• Do not operate your model near spectators, parking areas
or any other area that could result in injury to people or
damage of property.

• Do not operate your model during adverse weather
conditions. Poor visibility can cause disorientation
and loss of control of your model.

• Do not point the transmitter antenna directly toward the
model. The radiation pattern from the tip of the antenna
is inherently low.

• Do not take chances. If at any time during the operation
of your model you observe any erratic or abnormal
operation, immediately stop operation of your model
until the cause of the problem has been ascertained
and corrected. Safety can never be taken lightly.

**EN**

## 2.4GHz TROUBLESHOOTING GUIDE

| Problem | Possible Cause | Solution |
|---|---|---|
| The system will not connect | Your transmitter and receiver are too close together | Move transmitter 8 to 12 feet from receiver |
| | You are around metal objects | Move to an area with less metal |
| | The model selected is not the model bound to | Check model selected and ensure you are bound to that model |
| | Your transmitter was accidentally put into bind mode and is no longer bound to your receiver | Rebind your transmitter and receiver |
| The receiver goes into failsafe mode a short distance away from the transmitter | Check the receiver antenna to be sure it is not cut or damaged | Replace the receiver or contact Horizon Product Support |
| | | Make sure your receiver antenna is in an antenna tube and is above the vehicle |
| The receiver quits responding during operation | Inadequate battery voltage | Charge batteries. Spektrum receivers require at least 3.5V to operate. An inadequate power supply can allow voltage to momentarily drop below 3.5V and cause the receiver to brown out and reconnect |
| | Loose or damaged wires or connectors between battery and receiver | Check the wires and connection between the battery and receiver. Repair or replace wires and/or connectors |

### FCC INFORMATION

This device complies with part 15 of the FCC rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**CAUTION:** Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

This product contains a radio transmitter with wireless technology which has been tested and found to be compliant with the applicable regulations governing a radio transmitter in the 2.400GHz to 2.4835GHz frequency range.

### ANTENNA SEPARATION DISTANCE

When operating your Spektrum transmitter, please be sure to maintain a separation distance of at least 5 cm between your body (excluding fingers, hands, wrists, ankles and feet) and the antenna to meet RF exposure safety requirements as determined by FCC regulations.

The following illustrations show the approximate 5 cm RF exposure area and typical hand placement when operating your Spektrum transmitter.

 

## 1-YEAR LIMITED WARRANTY

### WHAT THIS WARRANTY COVERS

Horizon Hobby, Inc. ("Horizon") warrants to the original purchaser that the product purchased (the "Product") will be free from defects in materials and workmanship for a period of 1 year from the date of purchase by the Purchaser.

### WHAT IS NOT COVERED

This warranty is not transferable and does not cover (i) cosmetic damage, (ii) damage due to acts of God, accident, misuse, abuse, negligence, commercial use, or due to improper use, installation, operation or maintenance, (iii) modification of or to any part of the Product, (iv) attempted service by anyone other than a Horizon Hobby authorized service center, or (v) Products not purchased from an authorized Horizon dealer.

OTHER THAN THE EXPRESS WARRANTY ABOVE, HORIZON MAKES NO OTHER WARRANTY OR REPRESENTATION, AND HEREBY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF NON-INFRINGEMENT, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE PURCHASER ACKNOWLEDGES THAT THEY ALONE HAVE DETERMINED THAT THE PRODUCT WILL SUITABLY MEET THE REQUIREMENTS OF THE PURCHASER'S INTENDED USE.

### PURCHASER'S REMEDY

Horizon's sole obligation and purchaser's sole and exclusive remedy shall be that Horizon will, at its option, either (i) service, or (ii) replace, any Product determined by Horizon to be defective. Horizon reserves the right to inspect any and all Product(s) involved in a warranty claim. Service or replacement decisions are at the sole discretion of Horizon. Proof of purchase is required for all warranty claims.  SERVICE OR REPLACEMENT AS PROVIDED UNDER THIS WARRANTY IS THE PURCHASER'S SOLE AND EXCLUSIVE REMEDY.

## LIMITATION OF LIABILITY

HORIZON SHALL NOT BE LIABLE FOR SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES, LOSS OF PROFITS OR PRODUCTION OR COMMERCIAL LOSS IN ANY WAY, REGARDLESS OF WHETHER SUCH CLAIM IS BASED IN CONTRACT, WARRANTY, TORT, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER THEORY OF LIABILITY, EVEN IF HORIZON HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Further, in no event shall the liability of Horizon exceed the individual price of the Product on which liability is asserted. As Horizon has no control over use, setup, final assembly, modification or misuse, no liability shall be assumed nor accepted for any resulting damage or injury. By the act of use, setup or assembly, the user accepts all resulting liability. If you as the purchaser or user are not prepared to accept the liability associated with the use of the Product, purchaser is advised to return the Product immediately in new and unused condition to the place of purchase.

## LAW

These terms are governed by Illinois law (without regard to conflict of law principals). This warranty gives you specific legal rights, and you may also have other rights which vary from state to state. Horizon reserves the right to change or modify this warranty at any time without notice.

# WARRANTY SERVICES

## QUESTIONS, ASSISTANCE, AND SERVICES

Your local hobby store and/or place of purchase cannot provide warranty support or service. Once assembly, setup or use of the Product has been started, you must contact your local distributor or Horizon directly. This will enable Horizon to better answer your questions and service you in the event that you may need any assistance. For questions or assistance, please direct your email to productsupport@horizonhobby.com, or call 877.504.0233 toll free to speak to a Product Support representative. You may also find information on our website at www.horizonhobby.com.

## INSPECTION OR SERVICES

If this Product needs to be inspected or serviced, please use the Horizon Online Service Request submission process found on our website or call Horizon to obtain a Return Merchandise Authorization (RMA) number. Pack the Product securely using a shipping carton. Please note that original boxes may be included, but are not designed to withstand the rigors of shipping without additional protection. Ship via a carrier that provides tracking and insurance for lost or damaged parcels, as Horizon is not responsible for merchandise until it arrives and is accepted at our facility. An Online Service Request is available at http://www.horizonhobby.com under the Support tab. If you do not have internet access, please contact Horizon Product Support to obtain a RMA number along with instructions for submitting your product for service. When calling Horizon, you will be asked to provide your complete name, street address, email address and phone number where you can be reached during business hours. When sending product into Horizon, please include your RMA number, a list of the included items, and a brief summary of the problem. A copy of your original sales receipt must be included for warranty consideration. Be sure your name, address, and RMA number are clearly written on the outside of the shipping carton.

**NOTICE: Do not ship Li-Po batteries to Horizon. If you have any issue with a Li-Po battery, please contact the appropriate Horizon Product Support office.**

## WARRANTY REQUIREMENTS

**For Warranty consideration, you must include your original sales receipt verifying the proof-of-purchase date.** Provided warranty conditions have been met, your Product will be serviced or replaced free of charge. Service or replacement decisions are at the sole discretion of Horizon.

## NON-WARRANTY SERVICE

**Should your service not be covered by warranty service will be completed and payment will be required without notification or estimate of the expense unless the expense exceeds 50% of the retail purchase cost.** By submitting the item for service you are agreeing to payment of the service without notification. Service estimates are available upon request. You must include this request with your item submitted for service. Non-warranty service estimates will be billed a minimum of ½ hour of labor. In addition you will be billed for return freight. Horizon accepts money orders and cashiers checks, as well as Visa, MasterCard, American Express, and Discover cards. By submitting any item to Horizon for service, you are agreeing to Horizon's Terms and Conditions found on our website http://www.horizonhobby.com/Service/Request/.

# WARRANTY AND SERVICE CONTACT INFORMATION

| Country of Purchase | Horizon Hobby | Address | Phone Number/Email Address |
|---|---|---|---|
| United States of America | Horizon Service Center (Electronics and engines) | 4105 Fieldstone Rd Champaign, Illinois, 61822 USA | 877-504-0233 Online Repair Request: visit www.horizonhobby.com/service |
| | Horizon Product Support (All other products) | 4105 Fieldstone Rd Champaign, Illinois, 61822 USA | 877-504-0233 productsupport@horizonhobby.com |
| United Kingdom | Horizon Hobby Limited | Units 1-4 Ployters Rd Staple Tye, Harlow, Essex CM18 7NS, United Kingdom | +44 (0) 1279 641 097 sales@horizonhobby.co.uk |
| Germany | Horizon Technischer Service | Christian-Junge-Straße 1 25337 Elmshorn, Germany | +49 (0) 4121 2655 100 service@horizonhobby.de |
| France | Horizon Hobby SAS | 14 Rue Gustave Eiffel Zone d'Activité du Réveil Matin 91230 Montgeron | +33 (0) 1 60 47 44 70 infofrance@horizonhobby.com |
| China | Horizon Hobby China | Room 506, No. 97 Changshou Rd. Shanghai, China 200060 | +86 (021) 5180 9868 info@horizonhobby.com.cn |

EN

## PARTS CONTACT INFORMATION

| Country of Purchase | Horizon Hobby | Address | Phone Number/Email Address |
|---|---|---|---|
| United States | Sales | 4105 Fieldstone Rd Champaign, Illinois,  61822 USA | 800-338-4639 sales@horizonhobby.com |
| United Kingdom | Horizon Hobby Limited | Units 1-4 Ployters Rd Staple Tye Harlow, Essex CM18 7NS, United Kingdom | +44 (0) 1279 641 097 sales@horizonhobby.co.uk |
| Germany | Horizon Hobby GmbH | Christian-Junge-Straße 1 25337 Elmshorn, Germany | +49 4121 46199 60 service@horizonhobby.de |
| France | Horizon Hobby SAS | 14 Rue Gustave Eiffel Zone d'Activité du Réveil Matin 91230 Montgeron | +33 (0) 1 60 47 44 70 infofrance@horizonhobby.com |
| China | Horizon Hobby China | Room 506, No. 97 Changshou Rd. Shanghai, China 200060 | +86 (021) 5180 9868 info@horizonhobby.com.cn |

## COMPLIANCE INFORMATION FOR THE EUROPEAN UNION

| AT | BE | BG | CZ | CY | DE | DK |
|---|---|---|---|---|---|---|
| ES | FI | FR | GR | HU | IE | IT |
| LT | LU | LV | MT | NL | PL | PT |
| RO | SE | SI | SK | UK | | |



**Declaration of Conformity**
(in accordance with ISO/IEC 17050-1)

No. HH2012010601

Product(s):              Spektrum DX2E/
                                  Spektrum DX2E with SR200
Item Number(s):      SPMR2300, SPM2300
Equipment class:     2

The object of declaration described above is in conformity with the requirements of the specifications listed below, following the provisions of the European R&TTE directive 1999/5/EC:
**EN 300-328   V1.7.1
EN 301 489-1 V1.7.1: 2006
EN 301 489-17 V1.3.2: 2008
EN 60950-1:2006+A11**

Signed for and on behalf of:
Horizon Hobby, Inc.
Champaign, IL USA
January 6, 2011

Steven A. Hall
Vice President
International Operations and Risk Management
Horizon Hobby, Inc.

**Instructions for disposal of WEEE by users in the European Union**
This product must not be disposed of with other waste. Instead, it is the user's responsibility to dispose of their waste equipment by handing it over to a designated collections point for the recycling of waste electrical and electronic equipment. The separate collection and recycling of your waste equipment at the time of disposal will help to conserve natural resources and ensure that it is recycled in a manner that protects human health and the environment. For more information about where you can drop off your waste equipment for recycling, please contact your local city office, your household waste disposal service or where you purchased the product.





| HINWEIS: |
|---|
| Alle Anweisungen, Garantien und dazugehörigen Dokumente können ohne Ankündigung von Horizon Hobby Inc. geändert werden. Eine aktuelle Version ersehen Sie bitte im Support Feld unter: http://www.horizonhobby.com |

| Erklärung der Begriffe |
|---|
| Die folgenden Begriffe werden in der gesamten Produktliteratur verwendet, um auf unterschiedlich hohe Gefahrenrisiken beim Betrieb dieses Produkts hinzuweisen: <br> **HINWEIS:** Wenn diese Verfahren nicht korrekt befolgt werden, können sich möglicherweise Sachschäden UND geringe oder keine Gefahr von Verletzungen ergeben. <br> **ACHTUNG:** Wenn diese Verfahren nicht korrekt befolgt werden, ergeben sich wahrscheinlich Sachschäden UND die Gefahr von schweren Verletzungen. <br> **WARNUNG:** Wenn diese Verfahren nicht korrekt befolgt werden, ergeben sich wahrscheinlich Sachschäden, Kollateralschäden und schwere Verletzungen ODER mit hoher Wahrscheinlichkeit oberflächliche Verletzungen. |

⚠ **WARNUNG:** Lesen Sie die GESAMTE Bedienungsanleitung, um sich vor dem Betrieb mit den Produktfunktionen vertraut zu machen. Wird das Produkt nicht korrekt betrieben, kann dies zu Schäden am Produkt oder persönlichem Eigentum führen oder schwere Verletzungen verursachen.

Nicht geeignet für Kinder unter 14 Jahren. Dies ist kein Spielzeug. Dies ist ein hochentwickeltes Hobby-Produkt. Es muss mit Vorsicht und gesundem Menschenverstand betrieben werden und benötigt gewisse mechanische Grundfähigkeiten. Wird dieses Produkt nicht auf eine sichere und verantwortungsvolle Weise betrieben, kann dies zu Verletzungen oder Schäden am Produkt oder anderen Sachwerten führen. Dieses Produkt eignet sich nicht für die Verwendung durch Kinder ohne direkte Überwachung eines Erwachsenen. Versuchen Sie nicht ohne Genehmigung durch Horizon Hobby, Inc., das Produkt zu zerlegen, es mit inkompatiblen Komponenten zu verwenden oder auf jegliche Weise zu erweitern. Diese Bedienungsanleitung enthält Anweisungen für Sicherheit, Betrieb und Wartung. Es ist unbedingt notwendig, vor Zusammenbau, Einrichtung oder Verwendung alle Anweisungen und Warnhinweise im Handbuch zu lesen und zu befolgen, damit es bestimmungsgemäß betrieben werden kann und Schäden oder schwere Verletzungen vermieden werden.

⚠ **WARNUNG ZU GEFÄLSCHTEN PRODUKTEN:** Vielen Dank, dass Sie sich dieses Spektrum Produkt gekauft haben. Bitte kaufen Sie Ihre Spektrum Produkte immer von einem autorisiertem Händler um sicherzu stellen, dass Sie ein authentisches hochqualitatives original Spektrum Produkt gekauft haben. Horizon Hobby lehnt jede Unterstützung, Service oder Garantieleistung von gefälschten Produkten oder Produkten ab die von sich in Anspruch nehmen kompatibel mit Spektrum oder DSM zu sein.

**Nicht geeignet für Kinder unter 14 Jahren. Dies ist kein Spielzeug.**

**HINWEIS:** Dieses Produkt ist ausschließlich für die Verwendung in unbemannten ferngesteuerten Fahrzeugen und Fluggeräten im Hobbybereich vorgesehen. Horizon Hobby lehnt jede Haftung und Garantieleistung ausserhalb der vorgesehen Verwendung ab.

## RF EINSTELLUNG FRANKREICH
Die DX2E hat eine französische RF Einstellung die mit den Bestimmungen in Frankreich kompatibel ist. Bitte benutzen Sie wenn Sie in Frankreich den Sender im Freien betreiben immer diese Einstellung.

## GARANTIEREGISTRIERUNG
Registrieren Sie bitte heute Ihr Produkt unter www.spektrumrc.com/registration.

## EINSETZEN DER SENDERBATTERIEN



## BATTERY LED MONITOR



| Grün | Batterie ist OK (über 4V) |
|---|---|
| Grün blinkt | Batteriespannung ist kritisch niedrig. Ersetzen Sie die Batterien. (unter 4 Volt) |

## EMPFÄNGER KOMPATIBILITÄT

Die DX2E ist kompatibel mit allen Spektrum™ DSM, DSM2™ und Marine Empfängern.

## EMPFÄNGEREINBAU UND ANSCHLÜSSE



Antenne
LED
Anschluß Gas
Anschluß Lenkung
Bindestecker/Akkuanschluß
Bindestecker

### TYPISCHER ELEKTROEINBAU



Akku
Zum Motor
Elektronischer Fahrtenregler
Empfänger
Lenkservo

### TYPISCHER VERBRENNEREINBAU



Empfänger
Gasservo
Lenkservo
Akku

Befestigen Sie den Empfänger mit doppelseitigen Schaumklebeband. Das Klebeband hält den Empfänger in Position und schützt ihn vor Vibrationen. Schieben Sie die Antenne in ein Antennenröhrchen  und stellen dieses aufrecht. Je höher die Antenne steht, desto besser wird sie das Signal empfangen.

**HINWEIS:** Schneiden oder kürzen Sie die Antenne nicht.

## BINDEN DES EMPFÄNGERS

Binden ist der Prozess der Programmierung des Empfänger mit dem eindeutigen Signal eines spezifischen Senders (GUID). Ist der Empfänger an den Sender gebunden, wird nur er auf die Signale des Senders reagieren. Die DX2E und der SR200 sind ab Werk gebunden. Sollten Sie diese neu binden wollen  folgen Sie bitte dieses Schritten:

1. Stecken Sie mit ausgeschalteten Empfänger den Bindestecker in den Bindeanschluß des Empfängers.

2. Schalten Sie den Empfänger durch einen beliebigen anderen Anschluß ein. Die grüne LED blinkt und zeigt damit den Binde Mode an.

3. Mit dem Gashebel und Lenkrad in den gewünschten Preset Failsafepositionen (siehe dazu den Abschnitt Failsafe auf dieser Seite) drücken und halten Sie den Bindeknopf gedrückt und schalten den Sender ein. Die grüne LED auf der Vorderseite des Senders blinkt innerhalb von drei Sekunden und zeigt damit an, dass sich der Sender im Bindemode befindet. Lassen Sie den Knopf los wenn die grüne LED blinkt. Halten Sie die Failsafepositionen bis der Bindevorgang durchgeführt ist.

Bindeknopf



4. Die LED auf dem Empfänger leuchtet und zeigt damit an, dass Sender und Empfänger gebunden sind.

5. Nehmen Sie den Bindestecker aus dem Bindeport heraus und heben ihn sorgfältig auf.

Sie müssen den Bindevorgang wiederholen wenn:

• Sie andere Failsafepositionen wünschen, oder wenn die Gas- oder Lenkfunktion reversiert wurden.

• Sie einen anderen Empfänger verwenden oder von einem DSM zu einem DSM2 oder Marine Empfänger wechseln.

• Sie den Empfänger an einen anderen Sender binden.

Einige Spektrum Empfänger wie zum Beispiel der SR3001 haben einen Bindeknopf  und keinen Bindeanschluß. (Port) Der Bindevorgang ist der gleiche. Statt vorher den Bindestecker einzustecken, drücken und halten Sie den Bindeknopf gedrückt während Sie den Empfänger einschalten um in den Bindemode zu gelangen.

## FAILSAFE

Die Failsafepositionen werden während des Bindes eingestellt. In dem unvorhergesehenden Fall, dass die RF Verbindung unterbrochen wird, fährt der Empfänger die Servos in die vorprogrammierten Failsafepositionen. Sollte der Empfänger vor dem Sender eingeschaltet werden geht der Empfänger in den Failsafemode. Wird dann der Sender eingeschaltet haben, Sie wieder normale Kontrolle über das Modell. Für mehr Informationen über das Einstellen der Faisafepositionen sehen Sie bitte im Abschnitt-Binden des Empfänger nach.

## SERVOREVERSE

Sollte die Lenkbewegung nach Rechts nicht zur Folge haben, dass sich die Reifen auch nach rechts bewegen, müssen Sie den Kanal reversieren (umdrehen). Um den Kanal zu reversieren schalten Sie den dazugehörigen Schalter auf die andere Position - N steht für Normal, R für Reversiert. Sie können einen kleinen Schraubendreher nutzen um die Schalter zu bewegen.



Reverseschalter Lenkung    Reverseschalter Gas

## LENKUNGSTRIMMUNG

Mit dem Drehrad der Lenkungstrimmung können Sie die Trimmwerte nach Links und Rechts verändern. Mit diesem Drehrad  können Sie den Geradeauslauf des Fahrzeuges einstellen.



Drehrad Lenkungstrimmung

## TRIMM DES GASKANALS

Mit dieser Trimfunktion können Sie eine Feinjustage des Gas und Bremsservos vornehmen. Zum Beispiel ist es möglich das Standgas bei einem Auto mit Verbrennungsmotor für die Kaltlaufphase zu erhöhen um ein Absterben des Motors zu verhindern.



Drehregler Gastrimmung

## STEUERWEGE

Steuerweg (auch bekannt als Dual Rate) erlaubt die Einstellung des Steuerwegs während der Fahrt. Die Steering Rate limitiert den Lenkausschlag des Lenkservos. Sie kann nicht größer als 100%.



Steering Rate Dial

## RF EINSTELLUNG

Die DX2E hat eine französische RF Einstellung die mit den Bestimmungen in Frankreich kompatibel ist. Bitte benutzen Sie wenn Sie in Frankreich im Freien fahren immer diese Einstellung. Wenn Sie nicht in Frankreich sind sollte der Sender im Standartmode sein.

### AKTIVIEREN DER FRANZÖSISCHEN RF EINSTELLUNGEN

Drehen Sie das Lenkrad voll nach links, ziehen Sie den Gashebel auf Vollgas und halten Sie den Bindeknopf während des Einschaltens gedrückt. Die Grüne LED blinkt zwei Mal.

### DEAKTIVIEREN DER FRANZÖSISCHEN RF EINSTELLUNGEN

Drehen Sie das Lenkrad voll nach rechts, ziehen Sie den Gashebel auf Vollgas und halten Sie den Bindeknopf während des Einschaltens gedrückt. Die Grüne LED blinkt ein Mal.

## ALLGEMEINE HINWEISE

Ferngesteuerte Modelle bereiten viel Spaß. Leider können Sie auch ein potenzielles Gefahrenrisiko darstellen, wenn sie nicht ordnungsgemäß betrieben und gewartet werden. Es ist unbedingt nötig, die Funkfernsteuerung ordnungsgemäß zu installieren. Darüber hinaus müssen Sie genügend Erfahrung besitzen, damit Sie das Modell unter allen Bedingungen beherrschen. Wenn Sie noch keine Erfahrung mit ferngesteuerten Modellen haben, lassen sich Sie bitte von einem erfahrenen Modellbesitzer oder Ihrem örtlichen Hobbyshop einweisen.

### SICHERHEITSRICHTLINIEN FÜR MODELLPI-LOTEN

• Stellen Sie vor jeder Benutzung des Senders sicher, dass die Akkus von Sender und Empfänger vollständig geladen sind.

• Vergewissern Sie sich vor dem Betrieb eines Modells, dass alle Servos, Gestänge und elektrischen Kabel ordnungsgemäß verbunden sind.

• Betreiben Sie das Modell nicht in der Nähe von Zuschauern, Parkplätzen oder anderen Stellen, wo Personen verletzt oder Sachwerte beschädigt werden könnten.

• Betreiben Sie das Modell nicht bei schlechten Witterungsbedingungen. Schlechte Sicht kann die Orientierung beeinträchtigen und zum Verlust der Kontrolle über das Modell führen.

• Zeigen Sie mit der Antenne nicht direkt auf das Modell. Die Funkabstrahlung der Antenne ist von der Spitze her geringer.

• Verlassen Sie sich nicht auf Zufälle oder Glück. Beenden Sie immer den Betrieb des Modells, wenn dieses nicht richtig auf den Sender reagiert. Fahren Sie nicht so lange wie die Ursache nicht  gefunden und beseitigt ist. Sicherheit darf niemals auf die leichte Schulter genommen werden.

## 2.4GHz FEHLERSUCHANLEITUNG

| Problem | Mögliche Ursache | Lösung |
|---|---|---|
| Das System will sich nicht verbinden | Sender und Empfänger stehen zu nah zusammen | Stellen Sie den Sender und Empfänger 2,64–3,96 m auseinander |
| | Sie sind von metallischen Objekten umgeben | Gehen Sie in eine Umgebung mit weniger Metall |
| | Das gewählte Modell ist nicht das gebundene Modell | Prüfen Sie das gewählte Modell und stellen sicher dass es gebunden ist |
| | Ihr Sender wurde versehentlich in den Bindemode gebracht und ist nicht länger an den Empfänger gebunden | Binden Sie Sender und Empfänger erneut |
| Der Empfänger geht nach kurzer Distanz in den Failsafemode | Überprüfen Sie die Empfängerantenne auf Beschädigungen oder Kürzungen | Ersetzen Sie den Empfänger oder kontakten den technische Service von Horizon Hobby |
| | | Stellen Sie sicher, dass sich die Antenne im Antennenröhrchen befindet und überhalb des Fahrzeuges ist |
| Der Empfänger reagiert nicht mehr | Nicht ausreichende Akkuspannung | Laden Sie die Akkus. Spektrum Empfänger benötigen mindestesn 3,5 Volt Betriebsspannung. Eine nicht ausreichende  Stromversogung kann die Akkuspannung unter 3,5 Volt fallen lassen |
| | Lose oder beschädigte Kabel/Verbinder zwischen Akku und Empfänger | Überprüfen Sie die Kabel und Verbinder zwischen Akku und Empfänger. Reparieren oder ersetzen Sie Kabel oder Verbinder |

## GARANTIE UND SERVICE INFORMATIONEN

### WARNUNG

Ein ferngesteuertes Modell ist kein Spielzeug. Es kann, wenn es falsch eingesetzt wird, zu erheblichen Verletzungen bei Lebewesen und Beschädigungen an Sachgütern führen. Betreiben Sie Ihr RC-Modell nur auf freien Plätzen und beachten Sie alle Hinweise der Bedienungsanleitung des Modells wie auch der Fernsteuerung.

### GARANTIEZEITRAUM

Exklusive Garantie - Horizon Hobby Inc (Horizon) garantiert, dass das gekaufte Produkt (Produkt) frei von Material- und Montagefehlern ist. Der Garantiezeitraum entspricht den gesetzlichen Bestimmung des Landes, in dem das Produkt erworben wurde. In Deutschland beträgt der Garantiezeitraum 6 Monate und der Gewährleistungszeitraum 18 Monate nach dem Garantiezeitraum.

### EINSCHRÄNKUNGEN DER GARANTIE

(a) Die Garantie wird nur dem Erstkäufer (Käufer) gewährt und kann nicht übertragen werden. Der Anspruch des Käufers besteht in der Reparatur oder dem Tausch im Rahmen dieser Garantie. Die Garantie erstreckt sich ausschließlich auf Produkte, die bei einem autorisierten Horizon Händler erworben wurden. Verkäufe an dritte werden von dieser Garantie nicht gedeckt. Garantieansprüche werden nur angenommen, wenn ein gültiger Kaufnachweis erbracht wird.  Horizon behält sich das Recht vor, diese Garantiebestimmungen ohne Ankündigung zu ändern oder modifizieren und widerruft dann bestehende Garantiebestimmungen.

(b) Horizon übernimmt keine Garantie für die Verkaufbarkeit des Produktes, die Fähigkeiten und die Fitness des Verbrauchers für einen bestimmten Einsatzzweck des Produktes. Der Käufer allein ist dafür verantwortlich, zu prüfen, ob das Produkt seinen Fähigkeiten und dem vorgesehenen Einsatzzweck entspricht.

(c) Ansprüche des Käufers Es liegt ausschließlich im Ermessen von Horizon, ob das Produkt, bei dem ein Garantiefall festgestellt wurde, repariert oder ausgetauscht wird. Dies sind die exklusiven Ansprüche des Käufers, wenn ein Defekt festgestellt wird.

Horizon behält sich vor, alle eingesetzten Komponenten zu prüfen, die in den Garantiefall einbezogen werden können. Die Entscheidung zur Reparatur oder zum Austausch liegt nur bei Horizon. Die Garantie schließt kosmetische Defekte oder Defekte, hervorgerufen durch höhere Gewalt, falsche Behandlung des Produktes, falscher Einsatz des Produktes, kommerziellen Einsatz oder Modifikationen irgendwelcher Art aus.

Die Garantie deckt Schäden, die durch falschen Einbau, falsche Handhabung, Unfälle, Betrieb, Service oder Reparaturversuche, die nicht von Horizon ausgeführt wurden, aus. Rücksendungen durch den Käufer direkt an Horizon oder eine seiner Landesvertretung bedürfen der schriftlichen.

### SCHADENSBESCHRÄNKUNG

Horizon ist nicht für direkte oder indirekte Folgeschäden, Einkommensausfälle oder kommerzielle Verluste, die in irgendeinem Zusammenhang mit dem Produkt stehen nicht verantwortlich, unabhängig ab ein Anspruch im Zusammenhang miteinem Vertrag, der Garantie oder der Gewährleistung erhoben werden. Horizon wird darüber

SPEKTRUM DX2E Bedienungsanleitung

hinaus keine Ansprüche aus einem Garantiefall akzeptieren, die über den individuellen Wert des Produktes hinaus gehen. Horizon hat keine Einfluss auf den Einbau, die Verwendung oder die Wartung des Produktes oder etwaiger Produktkombinationen, die vom Käufer gewählt werden. Horizon übernimmt keine Garantie und akzeptiert keine Ansprüche für in der folge auftretende

Verletzungen oder Beschädigungen. Mit der Verwendung und dem Einbau des Produktes akzeptiert der Käufer alle aufgeführten Garantiebestimmungen ohne Einschränkungen und Vorbehalte.

Wenn Sie als Käufer nicht bereit sind, diese Bestimmungen im Zusammenhang mit der Benutzung des Produktes zu akzeptieren, werden Sie gebeten, dass Produkt in unbenutztem Zustand in der Originalverpackung vollständig bei dem Verkäufer zurückzugeben.

## SICHERHEITSHINWEISE

Dieses ist ein hochwertiges Hobby Produkt und kein Spielzeug. Es muss mit Vorsicht und Umsicht eingesetzt werden und erfordert einige mechanische wie auch mentale Fähigkeiten. Ein Versagen, das Produkt sicher und umsichtig zu betreiben kann zu Verletzungen von Lebewesen und Sachbeschädigungen erheblichen Ausmaßes führen. Dieses Produkt ist nicht für den Gebrauch durch Kinder ohne die Aufsicht eines Erziehungsberechtigten vorgesehen. Die Anleitung enthält Sicherheitshinweise und Vorschriften sowie Hinweise für die Wartung und den Betrieb des Produktes. Es ist unabdingbar, diese Hinweise vor der ersten Inbetriebnahme zu lesen und zu verstehen. Nur so kann der falsche Umgang verhindert und Unfälle mit Verletzungen und Beschädigungen vermieden werden.

## FRAGEN, HILFE UND REPARATUREN

Ihr lokaler Fachhändler und die Verkaufstelle können eine Garantiebeurteilung ohne Rücksprache mit Horizon nicht durchführen. Dies gilt auch für Garantiereparaturen. Deshalb kontaktieren Sie in einem solchen Fall den Händler, der sich mit Horizon kurz schließen wird, um eine sachgerechte Entscheidung zu fällen, die Ihnen schnellst möglich hilft.

## WARTUNG UND REPARATUR

Muss Ihr Produkt gewartet oder repariert werden, wenden Sie sich entweder an Ihren Fachhändler oder direkt an Horizon. Packen Sie das Produkt sorgfältig ein. Beachten Sie, dass der Originalkarton in der Regel nicht ausreicht, um beim Versand nicht beschädigt zu werden. Verwenden Sie einen Paketdienstleister mit einer Tracking Funktion und Versicherung, da Horizon bis zur Annahme keine Verantwortung für den Versand des Produktes übernimmt.

Bitte legen Sie dem Produkt einen Kaufbeleg bei, sowie eine ausführliche Fehlerbeschreibung und eine Liste aller eingesendeten Einzelkomponenten. Weiterhin benötigen wir die vollständige Adresse, eine Telefonnummer für Rückfragen, sowie eine Email Adresse.

## GARANTIE UND REPARATUREN

Garantieanfragen werden nur bearbeitet, wenn ein Originalkaufbeleg von einem autorisierten Fachhändler beiliegt, aus dem der Käufer und das Kaufdatum hervorgeht. Sollte sich ein Garantiefall bestätigen wird das Produkt repariert oder ersetzt. Diese Entscheidung obliegt einzig Horizon Hobby.

## KOSTENPFLICHTIGE REPARATUREN

Liegt eine kostenpflichtige Reparatur vor, erstellen wir einen Kostenvoranschlag, den wir Ihrem Händler übermitteln. Die Reparatur wird erst vorgenommen, wenn wir die Freigabe des Händlers erhalten. Der Preis für die Reparatur ist bei Ihrem Händler zu entrichten. Bei kostenpflichtigen Reparaturen werden mindestens 30 Minuten Werkstattzeit und die Rückversandkosten in Rechnung gestellt. Sollten wir nach 90 Tagen keine Einverständniserklärung zur Reparatur vorliegen haben, behalten wir uns vor, das Produkt zu vernichten oder anderweitig zu verwerten.

**ACHTUNG:** Kostenpflichtige Reparaturen nehmen wir nur für Elektronik und Motoren vor. Mechanische Reparaturen, besonders bei Hubschraubern und RC-Cars sind extrem aufwendig und müssen deshalb vom Käufer selbst vorgenommen werden.

## SICHERHEIT UND WARNUNGEN

Als Anwender des Produktes sind Sie verantwortlich für den sicheren Betrieb aus dem eine Gefährdung für Leib und Leben sowie Sachgüter nicht hervorgehen soll. Befolgen Sie sorgfältig alle Hinweise und Warnungen für dieses Produkt und für alle Komponenten und Produkte, die Sie im Zusammenhang mit diesem Produkt einsetzen. Ihr Modell empfängt Funksignale und wird dadurch gesteuert. Funksignale können gestört werden, was zu einem Signalverlust im Modell führen würde. Stellen Sie deshalb sicher, dass Sie um Ihr Modell einen ausreichenden Sicherheitsabstand einhalten, um einem solchen Vorfall vorzubeugen.

## GARANTIE UND SERVICE KONTAKTINFORMATIONEN

| Land des Kauf | Horizon Hobby | Adresse | Telefon/E-mail Adresse |
|---|---|---|---|
| Deutschland | Horizon Technischer Service | Christian-Junge-Straße 1 25337 Elmshorn, Deutschland | +49 (0) 4121 2655 100 service@horizonhobby.de |

## KUNDENDIENSTINFORMATIONEN

| Land des Kauf | Horizon Hobby | Adresse | Telefon/E-mail Adresse |
|---|---|---|---|
| Deutschland | Horizon Hobby GmbH | Christian-Junge-Straße 1 25337 Elmshorn, Deutschland | +49 4121 46199 60 service@horizonhobby.de |

**DE**

# ENTSORGUNGSRICHTLINIEN IN DER EUROPÄISCHEN UNION

| AT | BE | BG | CZ | CY | DE | DK |
|----|----|----|----|----|----|----|
| ES | FI | FR | GR | HU | IE | IT |
| LT | LU | LV | MT | NL | PL | PT |
| RO | SE | SI | SK | UK |    |    |



**Konformitätserklärung laut Allgemeine Anforderungen (ISO/IEC 17050-1:2004, korrigierte Fassung 2007-06-15); Deutsche und Englische Fassung EN ISO/IEC 17050-1:2010**

Declaration of conformity (in accordance with ISO/IEC 17050-1)

Horizon Hobby, Deutschland GmbH
Christian-Junge Straße 1
D-25337 Elmshorn

erklärt das Produkt:               Spektrum DX2E/Spektrum DX2E mit SR200 (SPMR2300, SPM2300)
Declares the product:            Spektrum DX2E/Spektrum DX2E with SR200 (SPMR2300, SPM2300)

Geräteklasse:                         2
Equipment class:                    2

Den grundlegenden Anforderungen des §3 und den übrigen einschlägigen Bestimmungen des FTEG (Artikel 3 der R&TTE) entspricht.
complies with the essential requirements of §3 and other relevant provisions of the FTEG (Article 3 of the R&TTE directive).

Angewendete harmonisierte Normen:
Harmonised standards applied:

**EN 300-328   V1.7.1**

**EN 301 489-1 V1.7.1: 2006**

**EN 301 489-17 V1.3.2: 2008**

**EN 60950-1:2006+A11**

Steven A. Hall                                Birgit Schamuhn
Geschäftsführer                           Geschäftsführerin
Managing Director                       Managing Director

Elmshorn, 01.06.2012

Horizon Hobby GmbH; Christian-Junge-Straße 1, 25337 Elmshorn
HR Pi: HRB 1909; USt/DNr.:DE812678792; Str.Nr.: 1829812324
Geschäftsführer: Birgit Schamuhn, Steven A. Hall Tel.: +49 4121 4619960 Fax: +49 4121 4619970 eMail: info@horizonhobby.de; Internet: www.horizonhobby.de
Es gelten unsere allgemeinen Geschäftsbedingungen, die in unseren Geschäftsräumen eingesehen werden können.
Ware bleibt bis zur vollständigen Bezahlung Eigentum der Horizon Hobby GmbH

 **Entsorgung in der Europäischen Union**

Dieses Produkt darf nicht über den Hausmüll entsorgt werden. Es ist die Verantwortung des Benutzers, dass Produkt an einer registrierten Sammelstelle für Elektroschrott abzugeben diese Verfahren stellt sicher, dass die Umwelt geschont wird und natürliche Ressourcen nicht über die Gebühr beansprucht werden. Dadurch wird das Wohlergehen der menschlichen Gemeinschaft geschützt. Für weitere Informationen, wo der Elektromüll entsorgt werden kann, können Sie Ihr Stadtbüro oder Ihren lokalen Entsorger kontaktieren.

FR





| REMARQUE: |
|---|
| La totalité des instructions, garanties et autres documents est sujette à modification à la seule discrétion d'Horizon Hobby, Inc. Pour obtenir la documentation à jour, rendez-vous sur le site www.horizonhobby.com et cliquez sur l'onglet de support de ce produit. |

| Signification de certains termes spécifiques |
|---|
| Les termes suivants sont utilisés dans l'ensemble du manuel pour indiquer différents niveaux de danger lors de l'utilisation de ce produit:<br>**REMARQUE:** procédures qui, si elles ne sont pas suivies correctement, peuvent entraîner des dégâts matériels ET potentiellement un risque faible de blessures.<br>**ATTENTION:** procédures qui, si elles ne sont pas suivies correctement, peuvent entraîner des dégâts matériels ET des blessures graves.<br>**AVERTISSEMENT:** procédures qui, si elles ne sont pas suivies correctement, peuvent entraîner des dégâts matériels et des blessures graves OU engendrer une probabilité élevée de blessure superficielle. |

⚠️ **AVERTISSEMENT:** Lisez la TOTALITÉ du manuel d'utilisation afin de vous familiariser avec les caractéristiques du produit avant de le faire fonctionner. Une utilisation incorrecte du produit peut entraîner l'endommagement du produit lui-même, ainsi que des risques de dégâts matériels, voire de blessures graves.

Ceci est un produit de loisirs sophistiqué. Il doit être manipulé avec prudence et bon sens et requiert des aptitudes de base en mécanique. Toute utilisation de ce produit ne respectant pas les principes de sécurité et de responsabilité peut entraîner des dégâts matériels, endommager le produit et provoquer des blessures. Ce produit n'est pas destiné à être utilisé par des enfants sans la surveillance directe d'un adulte. N'essayez pas de démonter le produit, de l'utiliser avec des composants incompatibles ou d'en améliorer les performances sans l'accord d'Horizon Hobby, Inc. Ce manuel comporte des instructions relatives à la sécurité, au fonctionnement et à l'entretien. Il est capital de lire et de respecter toutes les instructions et tous les avertissements du manuel avant l'assemblage, le réglage ou l'utilisation afin de manipuler correctement l'appareil et d'éviter tout dégât matériel ainsi que toute blessure grave.

⚠️ **ATTENTION AUX CONTREFAÇONS:** Nous vous remercions d'avoir acheté un véritable produit Spektrum. Toujours acheter chez un revendeur officiel Horizon hobby pour être sur d'avoir des produits authentiques. Horizon Hobby décline toute garantie et responsabilité concernant les produits de contrefaçon ou les produits se disant compatibles DSM ou Spektrum.

**14 ans et plus. Ceci n'est pas un jouet.**

**REMARQUE:** Ce produit est uniquement réservé à une utilisation avec des modèles réduits radiocommandés de loisir. Horizon Hobby se dégage de toute responsabilité et garantie si le produit est utilisé d'autre manière que celle citée précédemment.

## MODE RF FRANCE
La DX2E possède un mode France. Quand vous utilisez l'émetteur en France, vous devez impérativement vous mettre en mode RF France. Consultez la page 3 pour plus d'informations.

## ENREGISTREMENT DE GARANTIE
Visitez le site www.spektrumrc.com/registration pour enregistrer votre produit.

## MISE EN PLACE DES PILES



## DEL D'INDICATION DE TENSION



Vert fixe            Tension correcte (supérieure à 4V)
Vert clignotant      Tension faible, remplacez les piles

---

## COMPATIBILITÉ DES RÉCEPTEUR

Die DX2E ist kompatibel mit allen Spektrum™ DSM, DSM2™ und Marine Empfängern.

## BRANCHEMENTS ET INSTALLATION DU RÉCEPTEUR



- Antenne
- DEL
- Port des gaz
- Port de direction
- Port Bind (affectation) et batterie
- Prise Bind

### INSTALLATION TYPIQUE POUR MODÈLE ÉLECTRIQUE



Batterie

Vers le moteur

contrôleur électronique de vitesse

Récepteur

Servo de direction

### INSTALLATION TYPIQUE POUR MODÈLE THERMIQUE



Récepteur

Servo de gaz

Servo de direction

Batterie

Le récepteur doit être fixé à votre véhicule en utilisant de la mousse double face. Cette mousse double face maintient le récepteur en place tout en l'isolant des vibrations. L'antenne doit être guidée verticalement à l'aide d'un tube d'antenne. Plus l'antenne sera élevée, meilleure sera la réception.

**REMARQUE:** Ne jamais couper l'antenne.

## AFFECTATION DU RÉCEPTEUR

L'affectation est le processus qui programme le récepteur pour qu'il reconnaisse le code (appelé GUID—Globally Unique Identifier) d'un émetteur spécifique. Quand un récepteur est affecté à un émetteur, le récepteur ne répondra qu'aux ordres donnés par cet émetteur ou mémoire modèle. La DX2E et le SR200 sont affectés

ensemble à l'usine, cependant si vous devez effectuez une affectation, suivez les étapes suivantes:

1. Récepteur hors tension, insérez la prise de bind dans le port bind du récepteur.

2. Alimentez le récepteur par n'importe quel autre port. Le DEL verte va se mettre à clignoter, indiquant que le récepteur est en mode affectation.

3. Avec le volant et la gâchette en position désirée pour le failsafe (consultez la section failsafe pour plus d'informations), pressez et maintenez le bouton Bind tout en mettant l'émetteur sous tension. La DEL verte sur la façade de l'émetteur va clignoter durant 3 secondes indiquant que l'émetteur est en mode affectation. Relâchez le bouton dès que la DEL se met à flasher. Continuez de maintenir les commandes en position de failsafe jusqu'a la fin du processus.

Bouton Bind (affectation)



4. La DEL du récepteur s'éclaire de façon fixe quand l'affectation est effectuée.

5. Retirez la prise de bind et rangez la soigneusement.

Vous devez refaire l'affectation quand:

- Différentes positions de failsafe sont désirées ou que les sens de rottion des servos ont été changés.

- Vous changez de récepteur

- Vous affectez le récepteur à un autre récepteur.

**REMARQUE:** Certains récepteurs Spektrum, tels que le SR3001 par exemple, utilisent un bouton d'affectation plutôt qu'une prise d'affectation. La procédure d'affectation est identique avec ce récepteur. Cependant, au lieu de brancher la prise avant d'allumer le récepteur, appuyez sur le bouton d'affectation (Bind) et maintenez-le enfoncé lors de l'allumage du récepteur pour faire entrer ce dernier en mode d'affectation.

## FAILSAFE

Les positions du failsafe sont enregistrées durant l'affectation. Si une perte de signal interviens durant l'utilisation du modèle, les servos seront automatiquement placés en position failsafe (généralement gaz au ralenti et direction au neutre). Quand le signal est rétabli, le failsafe se désactive, le contrôle se réactive. Pour plus d'informations concernant le paramétrage du failsafe, consultez la section d'affectation du récepteur.

## INVERSION DU SENS DES SERVOS

Si quand vous tournez le volant vers la droite , les roues braquent vers la gauche (et vice et versa), la voie doit être inversée. Pour inverser une voie, déplacez l'interrupteur de la voie correspondante de la position N à la position R. Si nécessaire vous pouvez utiliser un petit tournevis pour déplacer l'interrupteur.



Inversion du sens de direction    Inversion du sens des gaz

## TRIM DE DIRECTION

Le trim de direction vous permet de corriger la trajectoire du véhicule. Par exemple, si votre véhicule a tendance à aller vers la droite, ajustez le trim vers la gauche jusqu'à obtenir une trajectoire parfaitement rectiligne.



Trim de direction

## TRIM DES GAZ

Le bouton rotatif du trim des gaz sert à ajuster le trim des gaz lorsque la manette des gaz est relâchée (position neutre). On s'en sert typiquement pour régler les freins. Une rotation du bouton entraîne un changement du trim des gaz (la position de la manette des gaz au repos).

Trim de gaz

## DÉBATTEMENT DE DIRECTION

Le débattement de direction peut être ajusté à tout moment durant le pilotage. Cette fonction vous permet de réduire le débattement de la direction, le débattement ne peut être supérieur à 100%.



Réglage du débattement de direction

## MODE RF

La DX2E possède un mode RF France pour s'adapter à la réglementation française. La DX2E doit être impérativement en mode France quand elle est utilisée en France.

### MODE FRANCE

Tournez le volant totalement à gauche, pressez la gâchette plein gaz et maintenez le bouton bind appuyé durant la mise sous tension de l'émetteur. La DEL verte va flasher 2 fois.

### MODE STANDARD

Tournez le volant totalement à droite, pressez la gâchette plein gaz et maintenez le bouton bind appuyé durant la mise sous tension de l'émetteur. La DEL verte va flasher 1 fois.

## GÉNÉRALITÉS

En tant qu'utilisateur de ce produit, il est de votre seule responsabilité de le faire fonctionner d'une manière qui ne mette en danger ni votre personne, ni des tiers et qui ne provoque pas de dégâts au produit ou à la propriété de tiers.

Respectez scrupuleusement les instructions et avertissements pour ce produit ainsi que pour tous les équipements optionnels/complémentaires (chargeurs, packs de batteries rechargeables, etc.) que vous utilisez.

### ASPECTS DE SÉCURITÉ À RESPECTER PAR LES MODÉLISTES

• Assurez-vous que les batteries (tant celle de l'émetteur que celle du récepteur) ont été chargées correctement pour votre modèle.

• Notez le temps de fonctionnement du système de façon à savoir combien de temps vous pouvez utiliser l'émetteur en toute sécurité.

• Avant toute utilisation, contrôlez tous les servos et leurs connexions.

• N'utilisez pas votre modèle à proximité de spectateurs, sur un parking ou en tout autre lieu où sa manipulation pourrait entraîner des blessures corporelles ou provoquer des dégâts matériels.

• N'utilisez pas votre modèle en cas de conditions météorologiques défavorables. Une visibilité médiocre peut être source de désorientation et pourrait vous amener à perdre le contrôle de votre modèle.

• Ne pointez pas l'antenne de l'émetteur directement vers le modèle. Le diagramme de rayonnement du sommet de l'antenne est, intrinsèquement, faible.

• Ne prenez pas de risques. Si, en cours d'utilisation de votre modèle, vous constatez, à quelque moment que ce soit, un comportement erratique ou anormal, cessez immédiatement de l'utiliser jusqu'à trouver la cause du problème et y remédier. La sécurité est une affaire à ne jamais prendre à la légère.

**FR**

## GUIDE DE DÉPANNAGE 2.4GHz

| Problème | Cause possible | Solution |
|---|---|---|
| Le système ne se connecte pas | L'émetteur et le récepteur sont trop proches l'un de l'autre | Eloignez l'émetteur à une distance de 2m environ |
| | Vous êtes trop poche d'objets métalliques | Eloignez vous de cette zone |
| | Le modèle sélectionné n'est pas affecté avec l'émetteur | Vérifiez que vous avez sélectionné le bon modèle et qu'il est affecté |
| | Emetteur mis accidentellement en mode affectation | Ré-effectuez le procesus d'affectation |
| Le récepteur passe en mode failsafe à une faible distance de l'émetteur | Contrôlez l'état de l'antenne du récepteur | Remplacez le récepteur ou contactez le service technique Horizon Hobby |
| | | Assurez-vous que l'antenne du récepteur se trouve dans un tube d'antenne et au-dessus du véhicule |
| Le récepteur ne réponds pas durant l'utilisation | Tension de la batterie trop faible | Rechargez totalement les batteries. Les récepteurs Spektrum nécessitent un minimum de 3.5V pour fonc-tionner. Une alimentation insuffisante, peut momentané-ment chuter en dessous de 3.5V, causant une coupure d'alimentation |
| | Câbles abîmés ou débranchés entre la batterie et le récepteur | Contrôlez l'état des câbles et remplacez les s'ils sont endommagés |

## GARANTIE ET RÉPARATIONS

### DURÉE DE LA GARANTIE

Garantie exclusive - Horizon Hobby, Inc. (Horizon) garantit que le Produit acheté (le « Produit ») sera exempt de défauts matériels et de fabrication à sa date d'achat par l'Acheteur. La durée de garantie correspond aux dispositions légales du pays dans lequel le produit a été acquis. La durée de garantie est de 6 mois et la durée d'obligation de garantie de 18 mois à l'expiration de la période de garantie.

### LIMITATIONS DE LA GARANTIE

(a) La garantie est donnée à l'acheteur initial (« Acheteur » et n'est pas transférable. Le recours de l'acheteur consiste en la réparation ou en l'échange dans le cadre de cette garantie. La garantie s'applique uniquement aux produits achetés chez un revendeur Horizon agréé. Les ventes faites à des tiers ne sont pas couvertes par cette garantie. Les revendications en garantie seront acceptées sur fourniture d'une preuve d'achat valide uniquement. Horizon se réserve le droit de modifier les dispositions de la présente garantie sans avis préalable et révoque alors les dispositions de garantie existantes.

(b) Horizon n'endosse aucune garantie quant à la vendabilité du produit ou aux capacités et à la forme physique de l'utilisateur pour une utilisation donnée du produit. Il est de la seule responsabilité de l'acheteur de vérifier si le produit correspond à ses capacités et à l'utilisation prévue.

(c) Recours de l'acheteur – Il est de la seule discrétion d'Horizon de déterminer si un produit présentant un cas de garantie sera réparé ou échangé. Ce sont là les recours exclusifs de l'acheteur lorsqu'un défaut est constaté.

Horizon se réserve la possibilité de vérifier tous les éléments utilisés et susceptibles d'être intégrés dans le cas de garantie. La décision de réparer ou de remplacer le produit est du seul ressort d'Horizon. La garantie exclut les défauts esthétiques ou les défauts provoqués par des cas de force majeure, une manipulation incorrecte du produit, une utilisation incorrecte ou commerciale de ce dernier ou encore des modifications de quelque nature qu'elles soient.

La garantie ne couvre pas les dégâts résultant d'un montage ou d'une manipulation erronés, d'accidents ou encore du fonctionnement ainsi que des tentatives d'entretien ou de réparation non effectuées par Horizon. Les retours effectués par le fait de l'acheteur directement à Horizon ou à l'une de ses représentations nationales requièrent une confirmation écrite.

### LIMITATION DES DÉGÂTS

Horizon ne saurait être tenu pour responsable de dommages conséquents directs ou indirects, de pertes de revenus ou de pertes commerciales, liés de quelque manière que ce soit au produit et ce, indépendamment du fait qu'un recours puisse être formulé en relation avec un contrat, la garantie ou l'obligation de garantie. Par ailleurs, Horizon n'acceptera pas de recours issus d'un cas de garantie lorsque ces recours dépassent la valeur unitaire du produit. Horizon n'exerce aucune influence sur le montage, l'utilisation ou la maintenance du produit ou sur d'éventuelles combinaisons de produits choisies par l'acheteur. Horizon ne prend en compte aucune garantie et n'accepte aucun recours pour les blessures ou les dommages pouvant en résulter. En utilisant et en montant le produit, l'acheteur accepte sans restriction ni réserve toutes les dispositions relatives à la garantie figurant dans le présent document.

Si vous n'êtes pas prêt, en tant qu'acheteur, à accepter ces dispositions en relation avec l'utilisation du produit, nous vous demandons de restituer au vendeur le produit complet, non utilisé et dans son emballage d'origine.

## QUESTIONS, ASSISTANCE ET RÉPARATIONS

Votre revendeur spécialisé local et le point de vente ne peuvent effectuer une estimation d'éligibilité à l'application de la garantie sans avoir consulté Horizon. Cela vaut également pour les réparations sous garantie. Vous voudrez bien, dans un tel cas, contacter le revendeur qui conviendra avec Horizon d'une décision appropriée, destinée à vous aider le plus rapidement possible.

### MAINTENANCE ET RÉPARATION

Si votre produit doit faire l'objet d'une maintenance ou d'une réparation, adressez-vous soit à votre revendeur spécialisé, soit directement à Horizon. Emballez le produit soigneusement. Veuillez noter que le carton d'emballage d'origine ne suffit pas, en règle générale, à protéger le produit des dégâts pouvant survenir pendant le transport. Faites appel à un service de messagerie proposant une fonction de suivi et une assurance, puisque Horizon ne prend aucune responsabilité pour l'expédition du produit jusqu'à sa réception acceptée. Veuillez joindre une preuve d'achat, une description détaillée des défauts ainsi qu'une liste de tous les éléments distincts envoyés. Nous avons de plus besoin d'une adresse complète, d'un numéro de téléphone (pour demander des renseignements) et d'une adresse de courriel.

### GARANTIE ET RÉPARATIONS

Les demandes en garantie seront uniquement traitées en présence d'une preuve d'achat originale émanant d'un revendeur spécialisé agréé, sur laquelle figurent le nom de l'acheteur ainsi que la date d'achat. Si le cas de garantie est confirmé, le produit sera réparé  Cette décision relève uniquement de Horizon Hobby.

### RÉPARATIONS PAYANTES

En cas de réparation payante, nous établissons un devis que nous transmettons à votre revendeur. La réparation sera seulement effectuée après que nous ayons reçu la confirmation du revendeur. Le prix de la réparation devra être acquitté au revendeur. Pour les réparations payantes, nous facturons au minimum 30 minutes de travail en atelier ainsi que les frais de réexpédition. En l'absence d'un accord pour la réparation dans un délai de 90 jours, nous nous réservons la possibilité de détruire le produit ou de l'utiliser autrement.

**ATTENTION:** nous n'effectuons de réparations payantes que pour les composants électroniques et les moteurs. Les réparations touchant à la mécanique, en particulier celles des hélicoptères et des voitures radiocommandées, sont extrêmement coûteuses et doivent par conséquent être effectuées par l'acheteur lui-même.

## COORDONNÉES DE GARANTIE ET RÉPARATIONS

| Pays d'achat | Horizon Hobby | Adresse | Numéro de téléphone/Courriel |
|---|---|---|---|
| France | Horizon Hobby SAS | 14 Rue Gustave Eiffel Zone d'Activité du Réveil Matin 91230 Montgeron | +33 (0) 1 60 47 44 70 infofrance@horizonhobby.com |

## INFORMATIONS DE CONTACT POUR LES PIÈCES

| Pays d'achat | Horizon Hobby | Adresse | Numéro de téléphone/Courriel |
|---|---|---|---|
| France | Horizon Hobby SAS | 14 Rue Gustave Eiffel Zone d'Activité du Réveil Matin 91230 Montgeron | +33 (0) 1 60 47 44 70 infofrance@horizonhobby.com |

**FR**

# INFORMATIONS DE CONFORMITÉ POUR L'UNION EUROPÉENNE

| AT | BE | BG | CZ | CY | DE | DK |
|----|----|----|----|----|----|----|
| ES | FI | FR | GR | HU | IE | IT |
| LT | LU | LV | MT | NL | PL | PT |
| RO | SE | SI | SK | UK |  |  |



## Déclaration de Conformité
(conformément à la norme ISO/IEC 17050-1)

No. HH2012010601

Product(s):    Spektrum DX2E/
Spektrum DX2E avec SR200
Item Number(s):    SPMR2300, SPM2300
Equipment class:    2
L'objet de la déclaration décrit ci-dessus est en conformité avec les exigences des spécifications énumérées ci-après, suivant les conditions de la directive ETRT 1999/5/CE
Directive:

**EN 300-328 V1.7.1
EN 301 489-1 V1.7.1: 2006
EN 301 489-17 V1.3.2: 2008
EN 60950-1:2006+A11**

Signé en nom et pour le compte de:
Horizon Hobby, Inc.
Champaign, IL USA
6 janvier 2012

Steven A. Hall
Vice President
Gestion Internationale des Activités et des Risques
Horizon Hobby, Inc.

## Elimination dans l'Union Européenne

Ce produit ne doit pas être éliminé avec les ordures ménagères. Il est de la responsabilité de l'utilisateur de remettre le produit à un point de collecte officiel des déchets d'équipements électriques. Cette procédure permet de garantir le respect de l'environnement et l'absence de sollicitation excessive des ressources naturelles. Elle protège de plus le bien-être de la communauté humaine. Pour plus d'informations quant aux lieux d'éliminations des déchets d'équipements électriques, vous pouvez contacter votre mairie ou le service local de traitement des ordures ménagères.




| AVVISO |
|---|
| Tutte le istruzioni, le garanzie e gli altri documenti pertinenti sono soggetti a cambiamenti a totale discrezione di Horizon Hobby, Inc. Per una documentazione aggiornata sul prodotto, visitare il sito horizonhobby.com e fare clic sulla sezione Support del prodotto. |
| **Significato dei termini usati** |
| Nella documentazione relativa al prodotto vengono utilizzati i seguenti termini per indicare i vari livelli di pericolo potenziale durante l'uso del prodotto:<br>**AVVISO:** indica procedure che, se non debitamente seguite, possono determinare il rischio di danni alle cose E il rischio minimo o nullo di lesioni alle persone.<br>**ATTENZIONE:** indica procedure che, se non debitamente seguite, determinano il rischio di danni alle cose E di gravi lesioni alle persone.<br>**AVVERTENZA:** indica procedure che, se non debitamente seguite, determinano il rischio di danni alle cose, danni collaterali e gravi lesioni alle persone o il rischio elevato di lesioni superficiali alle persone. |

⚠ **AVVERTENZA:** Leggere TUTTO il manuale di istruzioni e familiarizzare con le caratteristiche del prodotto prima di farlo funzionare. Un uso improprio del prodotto puo` causare danni al prodotto stesso e alle altre cose e gravi lesioni alle persone.

Questo aeromodello e` un prodotto sofisticato per appassionati di modellismo. Deve essere azionato in maniera attenta e responsabile e richiede alcune conoscenze basilari di meccanica. L'uso improprio o irresponsabile di questo prodotto puo` causare lesioni alle persone e danni al prodotto stesso o alle altre cose. Questo prodotto non deve essere utilizzato dai bambini senza la diretta supervisione di un adulto. Non tentare di smontare, utilizzare componenti incompatibili o modificare il prodotto in nessun caso senza previa approvazione di Horizon Hobby, Inc. Questo manuale contiene le istruzioni per la sicurezza, l'uso e la manutenzione del prodotto. E` fondamentale leggere e seguire tutte le istruzioni e le avvertenze del manuale prima di montare, impostare o utilizzare il prodotto, al fine di utilizzarlo correttamente e di evitare di causare danni alle cose o gravi lesioni alle persone.

⚠ **ATTENZIONE PER I PRODOTTI CONTRAFFATTI:** Grazie per aver acquistato questo prodotto Spektrum genuino. Raccomandiamo di acquistare sempre da rivenditori autorizzati Horizon per essere sicuri di avere un prodotto originale di alta qualità. Horizon rifiuta qualsiasi tipo di assistenza in garanzia di prodotti contraffatti o che dichiarano compatibilità con DSM o Spektrum.

**Almeno 14 anni. Non è un giocattolo.**

**AVVISO:** Questo prodotto è rivolto esclusivamente a veicoli ed aerei di tipo hobbistico senza pilota a bordo e controllati a distanza. Al di fuori di questo utilizzo, Horizon Hobby declina ogni responsabilità e non riconosce interventi in garanzia.

## IMPOSTAZIONI RF PER LA FRANCIA:
La radio DX2E ha la possibilità di impostare la RF per essere compatibile con le regole francesi. Se ci si trova in Francia, e si opera all'esterno, bisogna impostare i parametri della RF specifici. Si veda a pagina 3 per ulteriori informazioni.

## REGISTRAZIONE DELLA GARANZIA
Visitare oggi stesso il sito www.spektrumrc.com/registration per registrare il prodotto.

## INSTALLAZIONE DELLE BATTERIE NEL TRASMETTITORE



## LED INDICATORE DELLA BATTERIA



Verde fisso      La batteria è buona (sopra 4V)
Verde lampeggiante    La tensione della batteria è troppo bassa. Sostituire le batterie (inferiore a 4V)

S

Case 1:13-cr-10200-GAO   Document 789-16   Filed 12/22/14   Page 20 of 25

**IT**

## COMPATIBILITÀ DEL RICEVITORE

La DX2E è compatibile con tutti i ricevitori Spektrum™ DSM, DSM2™ marini e di superficie.

## COLLEGAMENTI AL RICEVITORE E INSTALLAZIONE



Antenna

LED

Motore

Sterzo

Presa batteria/bind

Connettore per bind

### INSTALLAZIONE CON MOTORE ELETTRICO



Batteria

Al motore

Regolatore elettronico di velocità

Ricevitore

Servo dello sterzo

### INSTALLAZIONE CON MOTORE A SCOPPIO



Ricevitore

Servo del motore

Servo dello sterzo

Batteria

Montare il ricevitore sul veicolo usando spugna biadesiva per servi, in questo modo il ricevitore sta al suo posto e viene anche isolato dalle vibrazioni. Montare l'antenna nella parte alta del veicolo usando un tubetto per tenerla lontano dal telaio, più è alta e meglio riceve il segnale.

**AVVISO:** Non tagliare l'antenna.

## CONNESSIONE (BINDING) DEL RICEVITORE

Questa procedura programma il ricevitore a riconoscere il numero unico GUID del "suo" trasmettitore. Una volta connesso, il ricevitore risponderà solo a quel trasmettitore. Il DX2E e l'SR200 sono già connessi (bound) in fabbrica, però se fosse necessario, è possibile rifare la connessione (rebind) seguendo la procedura:

1. Con il ricevitore spento inserire il connettore per il "bind" nella presa dedicata sul ricevitore.

2. Alimentare il ricevitore attraverso una porta qualsiasi. Il LED verde lampeggia continuamente indicando che il ricevitore è nel modo "bind".

3. Con il volantino dello sterzo e il grilletto del motore posizionati per il fail-safe (vedi la sezione riguardante il Fail-Safe per maggiori informazioni), accendere il trasmettitore tenendo premuto il suo pulsante di "bind". Il LED verde, posto nella parte anteriore del trasmettitore, lampeggerà entro 3 secondi indicando che il trasmettitore è nel modo "bind". Rilasciare il pulsante di "bind" mentre il LED verde sta lampeggiando. Mantenere i comandi in posizione di fail-safe finché la procedura non è terminata.

Bouton Bind (affectation)



4. Il LED sul ricevitore resta acceso fisso quando trasmettitore e ricevitore sono connessi.

5. Togliere il connettore per il "bind" e conservarlo accuratamente.

Bisogna rifare questa operazione quando:

• Si desidera una posizione diversa del Failsafe, per esempio quando si inverte la corsa di motore e/o sterzo.

• Si cambia tipo di ricevitore.

• Si vuole connettere il ricevitore ad un altro trasmettitore.

Alcuni ricevitori Spektrum, come lo SR3001, per il "bind" usano un pulsante invece del connettore. Con questo ricevitore il procedimento di connessione (binding) è lo stesso, però, invece di inserire il connettore prima di accendere il ricevitore, bisogna premere il pulsante mentre si accende il ricevitore.

## FAILSAFE

L'impostazione del fail-safe si fa durante la connessione (binding). Nel malaugurato caso che si perda il collegamento radio durante il funzionamento, il ricevitore manderà i servi nella posizione stabilita per il fail-safe (normalmente freno al massimo e sterzo diritto). Quando il segnale del trasmettitore viene di nuovo ricevuto, i servi tornano a funzionare normalmente. Per ulteriori informazioni si veda la sezione riguardante il "binding".

## INVERSIONE DEI SERVI

Se con un comando dello sterzo a destra le ruote vanno verso sinistra (o viceversa), allora bisogna invertire il canale dello sterzo. Per fare questo basta spostare l'interruttore relativo da una posizione all'altra ("N" sta per normale, "R" sta per reverse), aiutandosi con un piccolo cacciavite.

S

20                                         SPEKTRUM DX2E MANUALE DELL'UTENTE



Interruttore reverse Sterzo    Interruttore reverse Motore

## TRIM DELLO STERZO

Serve per una regolazione fine dello sterzo quando il volantino sta al centro in posizione di riposo. Normalmente il trim dello sterzo si regola per far procedere diritto il veicolo.



Manopola trim sterzo

## TRIM DEL THROTTLE

La manopola del trim del throttle è usata per regolarlo quando la barre del throttle è rilasciata (posizione neutra). Normalmente si utilizza per regolare i freni. Ruotando la manopola si cambia il trim del throttle (throttle in posizione ferma).



Manopola trim motore

## CORSA DELLO STERZO

Conosciuto anche come "dual rate", grazie al tipo di comando, permette una regolazione dello sterzo durante la corsa. In pratica limita l'escursione del servo dello sterzo che comunque non potrà superare il 100%.



Manopola riduzione sterzo

## MODO RF

Il trasmettitore DX2E ha un modo RF che rispetta la regolamentazione francese, quindi va impostato sul modo "Francia" solo quando lo si usa all'esterno sul territorio francese. Altrimenti va sempre sul modo Standard.

### MODO FRANCIA

Ruotare il volantino tutto a sinistra, tirare il grilletto al massimo e premere il pulsante di "bind" mentre si accende il trasmettitore. Il LED verde lampeggia 2 volte.

### MODO STANDARD

Ruotare il volantino tutto a destra, tirare il grilletto al massimo e premere il pulsante di "bind" mentre si accende il trasmettitore. Il LED verde lampeggia 1 volta.

## NOTE GENERALI

I modelli radiocomandati sono molto piacevoli e divertenti. Però, se non usati con le dovute cautele e con la giusta manutenzione, possono essere fonte di pericolo. Per prima cosa è importante installare correttamente il radiocomando. Poi bisogna essere in grado di controllare con sicurezza il modello in ogni condizione. Se si è alle prime armi bisogna chiedere aiuto a modellisti esperti o al rivenditore locale.

### PUNTI DA RISPETTARE PER LA SICUREZZA

• Accertarsi che le batterie del trasmettitore e del ricevitore siano ben cariche.

• Verificare i servi e le loro connessioni prima di usare il modello.

• Non usare il modello vicino a spettatori, aree di parcheggio o altre situazioni che possano recare danno a persone o cose.

• Non usare il modello in condizioni meteorologiche avverse. Una scarsa visibilità può creare disorientamento e perdita di controllo del modello.

• Non puntare l'antenna verso il modello, perché quello è il punto di minore irraggiamento e quindi la portata è molto ridotta.

• Non prendere rischi. Se in qualsiasi momento si notano comportamenti del modello strani o pericolosi, bisogna fermarsi finché non si individua e si corregge la causa del problema. La sicurezza non può essere presa alla leggera.

**IT**

# GUIDA ALLA RISOLUZIONE DEI PROBLEMI

| Problema | Possible causa | Soluzione |
|---|---|---|
| Il sistema non si collega | La trasmittente e la ricevente sono troppo vicine | Spostare la trasmittente da 2,4 a 3,6 metri dalla ricevente |
| | La trasmittente e la ricevente sono troppo vicine a dei grandi oggetti metallici (veicoli, ecc.) | Allontanarsi dai grandi oggetti metallici (veicoli, ecc.) |
| | Il modello selezionato non è collegato alla trasmittente | Assicurarsi che sia stata selezionata la memoria di modello corretta e che la trasmittente sia collegata al modello |
| | La trasmittente è stata messa in modalità collegamento e la ricevente non è più collegata | Rifare il collegamento tra trasmittente e ricevente |
| La ricevente va in modalità Failsafe a poca distanza dalla trasmittente | Controllare l'antenna della ricevente e assicurarsi che non sia tagliata o danneggiata | Sostituirla o contattare il servizio di assistenza Horizon |
| | | Assicurarsi che l'antenna della ricevente si trovi in un tubetto per antenne, al di sopra del veicolo |
| La ricevente smette di rispondere durante l'utilizzo | Tensione della batteria bassa | Ricaricare completamente le batterie |
| | I cavi o i connettori tra batteria e ricevente sono danneggiati o lenti | Controllare i cavi e le connessioni tra batteria e ricevente. Riparare o sostituire i cavi e/o i connettori |

# PERIODO DI GARANZIA

## GARANZIA ESCLUSIVA

Horizon Hobby, Inc., (Horizon) garantisce che i prodotti acquistati (il "Prodotto") sono privi di difetti relativi ai materiali e di eventuali errori di montaggio.  Il periodo di garanzia è conforme alle disposizioni legali del paese nel quale il prodotto è stato acquistato. Tale periodo di garanzia ammonta a 6 mesi e si estende ad altri 18 mesi dopo tale termine.

## LIMITI DELLA GARANZIA

(a) La garanzia è limitata all'acquirente originale (Acquirente) e non è cedibile a terzi. L'acquirente ha il diritto a far riparare o a far sostituire la merce durante il periodo di questa garanzia. La garanzia copre solo quei prodotti acquistati presso un rivenditore autorizzato Horizon. Altre transazioni di terze parti non sono coperte da questa garanzia. La prova di acquisto è necessaria per far valere il diritto di garanzia. Inoltre, Horizon si riserva il diritto di cambiare o modificare i termini di questa garanzia senza alcun preavviso e di escludere tutte le altre garanzie già esistenti.

(b) Horizon non si assume alcuna garanzia per la disponibilità del prodotto, per l'adeguatezza o l'idoneità del prodotto a particolari previsti dall'utente. è sola responsabilità dell'acquirente il fatto di verificare se il prodotto è adatto agli scopi da lui previsti.

(c) Richiesta dell'acquirente – spetta soltanto a Horizon, a propria discrezione riparare o  sostituire qualsiasi prodotto considerato difettoso e che rientra nei termini di garanzia. queste sono le uniche rivalse a cui l'acquirente si può appellare, se un prodotto è difettoso.

Horizon si riserva il diritto di controllare qualsiasi componente utilizzato che viene coinvolto nella rivalsa di garanzia. Le decisioni relative alla sostituzione o alla riparazione avvengono solo in base alla discrezione di Horizon. Questa garanzia non copre dei danni superficiali o danni per cause di forza maggiore, uso errato del prodotto, negligenza, uso ai fini commerciali, o una qualsiasi modifica a qualsiasi parte del prodotto.

Questa garanzia non copre danni dovuti ad una installazione errata, ad un funzionamento errato, ad una manutenzione o un tentativo di riparazione non idonei a cura di soggetti diversi da Horizon. La restituzione del prodotto a cura dell'acquirente, o da un suo rappresentante, deve essere approvata per iscritto dalla Horizon.

## LIMITI DI DANNO

Horizon non si riterrà responsabile per danni speciali, diretti, indiretti o consequenziali; perdita di profitto o di produzione; perdita  commerciale connessa al prodotto, indipendentemente dal fatto che la richiesta si basa su un contratto o sulla garanzia. Inoltre la responsabilità di Horizon non supera mai in nessun caso il prezzo di acquisto del prodotto per il quale si chiede la responsabilità. Horizon non ha alcun controllo sul montaggio, sull'utilizzo o sulla manutenzione del prodotto o di combinazioni di vari prodotti. Quindi Horizon non accetta nessuna responsabilità per danni o lesioni derivanti da tali circostanze. Con l'utilizzo e il montaggio del prodotto l'utente acconsente a tutte le condizioni, limitazioni e riserve di garanzia citate in questa sede. Qualora l'utente non fosse pronto ad assumersi tale responsabilità associata all'uso del prodotto, si suggerisce di di restituire il prodotto intatto, mai usato e immediatamente presso il venditore.

SPEKTRUM DX2E MANUALE DELL'UTENTE

## INDICAZIONI DI SICUREZZA

Questo è un prodotto sofisticato di hobbistica e non è un giocattolo. Esso deve essere manipolato con cautela, con giudizio e richiede delle conoscenze basilari di meccanica e delle facoltà mentali di base. Se il prodotto non verrà manipolato in maniera sicura e responsabile potrebbero risultare delle lesioni, dei gravi danni a persone, al prodotto o all'ambiente circostante. Questo prodotto non è concepito per essere usato dai bambini senza una diretta supervisione di un adulto. Il manuale del prodotto contiene le istruzioni di sicurezza, di funzionamento e di manutenzione del prodotto stesso. È fondamentale leggere e seguire tutte le istruzioni e le avvertenze nel manuale prima di mettere in funzione il prodotto. Solo così si eviterà un utilizzo errato e di preverranno incidenti, lesioni o danni.

## DOMANDE, ASSISTENZA E RIPARAZIONI

Il vostro negozio locale e/o luogo di acquisto non possono fornire garanzie di assistenza o riparazione senza previo colloquio con Horizon. questo vale anche per le riparazioni in garanzia. Quindi in tale casi bisogna interpellare un rivenditore, che si metterà in contatto subito con Horizon per prendere una decisione che vi possa aiutare nel più breve tempo possibile.

## MANUTENZIONE E RIPARAZIONE

Se il prodotto deve essere ispezionato o riparato, si prega di rivolgersi ad un rivenditore specializzato o direttamente ad Horizon. il prodotto deve essere Imballato con cura. Bisogna far notare che i box originali solitamente non sono adatti per effettuare una spedizione senza subire alcun danno. Bisogna effettuare una spedizione via corriere che fornisce una tracciabilità e un'assicurazione, in quanto Horizon non si assume alcuna responsabilità in relazione alla spedizione del prodotto. Inserire il prodotto in una busta assieme ad una descrizione dettagliata degli errori e ad una lista di tutti i singoli componenti spediti. Inoltre abbiasmo bisogno di un indirizzo completo, di un numnero di telefono per chiedere ulteriori domande e di un indirizzo e-mail.

## GARANZIA A RIPARAZIONE

Le richieste in garanzia verranno elaborate solo se è presente una prova d'acquisto in originale proveniente da un rivenditore specializzato autorizzato, nella quale è ben visibile la data di acquisto. Se la garanzia viene confermata, allora il prodotto verrà riparato o sostituito. Questa decisione spetta esclusivamente a Horizon Hobby.

## RIPARAZIONI A PAGAMENTO

Se bisogna effettuare una riparazione a pagamento, effettueremo un preventivo che verrà inoltrato al vostro rivenditore. La riparazione verrà effettuata dopo l'autorizzazione da parte del vostro rivenditore. La somma per la riparazione dovrà essere pagata al vostro rivenditore. Le riparazioni a pagamento avranno un costo minimo di 30 minuti di lavoro e in fattura includeranno le spese di restituzione. Qualsiasi riparazione non pagata e non richiesta entro 90 giorni verrà considerata abbandonata e verrà gestita di conseguenza.

**ATTENZIONE:** Le riparazioni a pagamento sono disponibili solo sull'elettronica e sui motori. Le riparazioni a livello meccanico, soprattutto per gli elicotteri e le vetture RC sono molto costose e devono essere effettuate autonomamente dall'acquirente.

## GARANZIA E REVISIONA INFORMAZIONI PER I CONTATTI

| Stato in cui il prodotto è stato acquistato | Horizon Hobby | Indirizzo | Telefono/Indirizzo e-mail |
|---|---|---|---|
| Germania | Horizon Technischer Service | Christian-Junge-Straße 1 25337 Elmshorn, Germania | +49 (0) 4121 2655 100 service@horizonhobby.de |

## INFORMAZIONI DI SERVIZIO CLIENTI

| Stato in cui il prodotto è stato acquistato | Horizon Hobby | Indirizzo | Telefono/Indirizzo e-mail |
|---|---|---|---|
| Germania | Horizon Technischer Service | Christian-Junge-Straße 1 25337 Elmshorn, Germania | +49 4121 46199 60 service@horizonhobby.de |

**IT**

# INFORMAZIONI SULLA CONFORMITÀ PER L'UNIONE EUROPEA

| AT | BE | BG | CZ | CY | DE | DK |
|----|----|----|----|----|----|----|
| ES | FI | FR | GR | HU | IE | IT |
| LT | LU | LV | MT | NL | PL | PT |
| RO | SE | SI | SK | UK |    |    |



### Dichiarazione di conformità
(in conformità con ISO/IEC 17050-1)
No. HH2012010601

Prodotto(i):          Spektrum DX2E/DX2E con SR200
Numero(i) articolo:    SPMR2300, SPM2300
Classe dei dispositivi: 2
Gli oggetti presentati nella dichiarazione sopra citata sono conformi ai requisiti delle specifi che elencate qui di seguito, seguendo le disposizioni della direttiva europea R&TTE 1999/5/EC

**EN 300-328  V1.7.1:2006**
**EN 301 489-1 V1.7.1: 2006**
**EN 301 489-17 V1.3.2: 2008**
**EN 60950-1:2006+A1:2010**

Firmato per conto di:
Horizon Hobby, Inc.
Champaign, IL USA
6 gennaio 2011

Steven A. Hall
Vice Presidente
Operazioni internazionali e Gestione dei rischi
Horizon Hobby, Inc.



### Smaltimento all'interno dell'Unione Europea

Questo prodotto non deve essere smaltito assieme ai rifiuti domestici. Al contrario, è responsabilità dell'utente lo smaltimento di tali rifiuti, che devono essere portati in un centro di raccolta designato per il riciclaggio di rifiuti elettrici e apparecchiature elettroniche. La raccolta differenziata e il riciclaggio di tali rifiuti provenienti da apparecchiature nel momento dello smaltimento aiuteranno a preservare le risorse naturali e garantiranno un riciclaggio adatto a proteggere il benessere dell'uomo e dell'ambiente. Per maggiori informazioni sui punti di riciclaggio si prega di contattare il proprio ufficio locale, il servizio di smaltimento rifiuti o il negozio presso il quale è stato acquistato il prodotto.

34949
Printed: 12/2011

©Horizon Hobby, Inc.
The Spektrum trademark is used with permission of Bachmann Industries, Inc.
US 7,391,320. Other patents pending.

# IC Radiation Exposure Statement for Canada

This device complies with Industry Canada licence-exempt RSS standard(s).
Operation is subject to the following two conditions: (1) this device may not cause
interference, and (2) this device must accept any interference, including interference
that may cause undesired operation of the device.

Le présent appareil est conforme aux CNR d'Industrie Canada applicables aux
appareils radio exempts de licence. L'exploitation est autorisée aux deux conditions
suivantes : (1) l'appareil ne doit pas produire de brouillage, et (2) l'utilisateur de
l'appareil doit accepter tout brouillage radioélectrique subi, même si le brouillage est
susceptible d'en compromettre le fonctionnement.