

FEDERAL BUREAU OF INVESTIGATION
DIGITAL EVIDENCE SECTION
CRYPTOLOGIC AND ELECTRONIC ANALYSIS UNIT
**PEER REVIEW FORM**

*Scene 2*

1-2
(5-10-2013)

| Unique Identifier (Submission ID): | Case ID: |
|---|---|
| 130416021 AAR AES | 415M-BS-2814367 |

| Examiner's Name: |
|---|
| Michael D. McFarlane - AES |

| Reviewer (printed name): | Reviewer (signature): | Review Date: |
|---|---|---|
| Stacey Perino | [signature] | 4/3/2014 |

|  | Yes | N/A |
|---|:---:|:---:|
| Another competent examiner could evaluate what was done and interpret the data. | ✓ | ☐ |
| Results are supported in the Report of Analysis. | ✓ | ☐ |
| Examination results and retained copies are properly labeled and documented in the examination documentation and in the report. | ✓ | ☐ |