UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 13-CR10200-GAO |
| ) | |
| ) | |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## SEALED MOTION TO SEAL DEFENSE
## POSITION REGARDING JUROR ADDRESSES

Defendant moves that this Court grant him leave to file both the instant Motion and the attached Defense Position Regarding Juror Addresses under seal. The Motion addresses an issue discussed during an *in camera* session with the parties regarding jury selection.

Respectfully submitted,

/s/ David Bruck

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I hereby certify that this document was hand-delivered to the U.S. Attorney's Office, District of Massachusetts, Attention: William Weinreb on December 22, 2014.

/s/ Robert Rieske
Robert Rieske

1