UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
**[UNDER SEAL]**
December 23, 2014

O'TOOLE, D.J.

The defendant moves to file under seal his Position Regarding Juror Addresses. The defendant's motion (dkt. no. 798) is GRANTED at this time in order to minimize public commentary and speculation to which potential jurors may be exposed.

If the government seeks to advance a position about the proper interpretation and application of 18 U.S.C. § 3432, it shall file under seal its submission and all supporting evidence by 4:30 p.m. on December 23, 2014. Any response by the defendant shall be filed under seal by 3:00 p.m. on December 24, 2014.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge