## Data Detail

| MSISDN | Record Opening Time | Access Point Name | IMEI | Device Full Name | Cause For Rec Closing | Charging | Cell SAC | First LAC | Region | Market | MSC Vendor | First Net Type | GGSN | Record Type | Vendor | Metrics | Duration(Minutes) | Ltv Datavolumegprsdownlink 1 | Ltv Datavolumegprsuplink 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18579284634 | 4/15/2013 12:56 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 14 | 1 |
| 18579284634 | 4/15/2013 2:56 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 24 | 3 |
| 18579284634 | 4/15/2013 4:56 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 19 | 1 |
| 18579284634 | 4/15/2013 6:56 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 18 | 1 |
| 18579284634 | 4/15/2013 8:56 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 18 | 1 |
| 18579284634 | 4/15/2013 10:56 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 19 | 1 |
| 18579284634 | 4/15/2013 12:56 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 14 | 1 |
| 18579284634 | 4/15/2013 2:56 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 21 | 2 |
| 18579284634 | 4/15/2013 4:56 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 19 | 2 |
| 18579284634 | 4/15/2013 6:56 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 14 | 1 |
| 18579284634 | 4/15/2013 8:56 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 43641 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 18 | 1 |
| 18579284634 | 4/15/2013 10:56 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Volume Limit | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 116.40 | 9,434 | 332 |
| 18579284634 | 4/16/2013 12:53 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 1,597 | 263 |
| 18579284634 | 4/16/2013 2:53 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 10 | 2 |
| 18579284634 | 4/16/2013 4:53 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 857 | 17 |
| 18579284634 | 4/16/2013 6:53 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 10 | 1 |
| 18579284634 | 4/16/2013 8:53 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 10 | 1 |
| 18579284634 | 4/16/2013 10:53 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Max Change | 791748386 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 44.37 | 8,204 | 504 |
| 18579284634 | 4/16/2013 11:37 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Max Change | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 100.85 | 2,640 | 151 |
| 18579284634 | 4/16/2013 1:18 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 1,022 | 118 |
| 18579284634 | 4/16/2013 1:18 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Max Change | 791748386 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 0.00 | 0 | 0 |
| 18579284634 | 4/16/2013 3:18 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 19 | 5 |
| 18579284634 | 4/16/2013 5:18 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 791748386 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 120.00 | 15 | 3 |
| 18579284634 | 4/16/2013 7:18 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 791748386 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | NEPCF000 | 85 | 4 | | 68.65 | 2,442 | 96 |
| 18579284634 | 4/16/2013 8:27 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Max Change | 369542765 | 41801 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 64.47 | 2,506 | 269 |
| 18579284634 | 4/16/2013 9:31 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 369542765 | 41809 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 0.00 | 38 | 15 |
| 18579284634 | 4/16/2013 9:49 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 665956222 | 41803 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 0.27 | NA | NA |
| 18579284634 | 4/16/2013 9:50 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 1907197081 | 41803 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 0.70 | NA | NA |
| 18579284634 | 4/16/2013 10:27 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 716278351 | 41803 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 112.10 | 21 | 4 |
| 18579284634 | 4/17/2013 12:19 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 716278351 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 120.00 | 17 | 1 |
| 18579284634 | 4/17/2013 2:19 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 716278351 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 120.00 | 18 | 4 |
| 18579284634 | 4/17/2013 4:19 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 716278351 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 120.00 | 15 | 1 |
| 18579284634 | 4/17/2013 6:19 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 51.98 | 7 | 0 |
| 18579284634 | 4/17/2013 7:11 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.28 | NA | NA |
| 18579284634 | 4/17/2013 7:11 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 91.65 | 15 | 1 |
| 18579284634 | 4/17/2013 8:43 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 2.03 | NA | NA |
| 18579284634 | 4/17/2013 8:45 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43648 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 43.98 | 7 | 0 |
| 18579284634 | 4/17/2013 9:29 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60353 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.32 | NA | NA |
| 18579284634 | 4/17/2013 9:29 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43648 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 56.62 | NA | NA |
| 18579284634 | 4/17/2013 10:26 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60353 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.38 | NA | NA |
| 18579284634 | 4/17/2013 10:26 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43641 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 3.62 | 5 | 0 |
| 18579284634 | 4/17/2013 10:30 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60353 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.27 | NA | NA |
| 18579284634 | 4/17/2013 10:30 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43648 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 2.72 | NA | NA |
| 18579284634 | 4/17/2013 10:33 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60353 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.28 | NA | NA |
| 18579284634 | 4/17/2013 10:33 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43641 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 8.72 | NA | NA |
| 18579284634 | 4/17/2013 10:42 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43641 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.32 | NA | NA |
| 18579284634 | 4/17/2013 10:42 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60353 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 7.72 | NA | NA |
| 18579284634 | 4/17/2013 10:50 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43641 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.28 | NA | NA |
| 18579284634 | 4/17/2013 10:50 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60353 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 7.20 | NA | NA |
| 18579284634 | 4/17/2013 10:57 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43641 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.22 | NA | NA |
| 18579284634 | 4/17/2013 10:58 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60353 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | | 6.77 | NA | NA |

| MSISDN | Date/Time | APN | IMEI | Device | Cause | IP Address | Col8 | Col9 | Region | Area | Vendor | RAT | GGSN | Col15 | Col16 | Duration | Uplink | Downlink |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18579284634 | 4/17/2013 11:04 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60353 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.17 | NA | NA |
| 18579284634 | 4/17/2013 11:05 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43648 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 36.33 | 7 | 0 |
| 18579284634 | 4/17/2013 11:41 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43642 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.23 | NA | NA |
| 18579284634 | 4/17/2013 11:41 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60359 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 13.28 | NA | NA |
| 18579284634 | 4/17/2013 11:54 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60353 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.25 | NA | NA |
| 18579284634 | 4/17/2013 11:55 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 60359 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 19.28 | NA | NA |
| 18579284634 | 4/17/2013 12:14 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43641 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.42 | NA | NA |
| 18579284634 | 4/17/2013 12:14 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 43641 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 20.53 | 7 | 0 |
| 18579284634 | 4/17/2013 12:35 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.13 | NA | NA |
| 18579284634 | 4/17/2013 12:35 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 22.38 | NA | NA |
| 18579284634 | 4/17/2013 12:57 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 716278351 | 40311 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.30 | NA | NA |
| 18579284634 | 4/17/2013 12:58 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 716278351 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 26.65 | NA | NA |
| 18579284634 | 4/17/2013 1:25 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 1107974067 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 0.15 | 152 | 3 |
| 18579284634 | 4/17/2013 1:25 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 72.57 | 16 | 4 |
| 18579284634 | 4/17/2013 2:37 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.28 | NA | NA |
| 18579284634 | 4/17/2013 2:38 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Volume Limit | 403128270 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 33.83 | 9,422 | 343 |
| 18579284634 | 4/17/2013 3:12 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Max Change | 403128270 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 31.07 | 6,872 | 327 |
| 18579284634 | 4/17/2013 3:43 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 25.88 | 2,999 | 525 |
| 18579284634 | 4/17/2013 3:43 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Max Change | 403128270 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 0.00 | 156 | 44 |
| 18579284634 | 4/17/2013 4:08 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40313 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.13 | NA | NA |
| 18579284634 | 4/17/2013 4:09 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40319 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 52.32 | 106 | 38 |
| 18579284634 | 4/17/2013 5:01 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40311 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.15 | NA | NA |
| 18579284634 | 4/17/2013 5:01 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 19.35 | 2,546 | 130 |
| 18579284634 | 4/17/2013 5:20 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.20 | NA | NA |
| 18579284634 | 4/17/2013 5:21 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 96.32 | 12 | 1 |
| 18579284634 | 4/17/2013 6:57 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40311 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.17 | NA | NA |
| 18579284634 | 4/17/2013 6:57 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 26.82 | NA | NA |
| 18579284634 | 4/17/2013 7:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | RAT Change | 403128270 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | 0.12 | NA | NA |
| 18579284634 | 4/17/2013 7:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 25 | 4 |
| 18579284634 | 4/17/2013 9:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 926 | 47 |
| 18579284634 | 4/17/2013 11:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 8,074 | 472 |
| 18579284634 | 4/18/2013 1:24 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 12 | 1 |
| 18579284634 | 4/18/2013 3:24 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 22 | 9 |
| 18579284634 | 4/18/2013 5:24 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 15 | 1 |
| 18579284634 | 4/18/2013 7:24 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40311 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 15 | 1 |
| 18579284634 | 4/18/2013 9:24 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 15 | 1 |
| 18579284634 | 4/18/2013 11:24 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 5,646 | 399 |
| 18579284634 | 4/18/2013 1:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40317 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 15 | 1 |
| 18579284634 | 4/18/2013 3:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 15 | 1 |
| 18579284634 | 4/18/2013 5:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40312 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 21 | 4 |
| 18579284634 | 4/18/2013 7:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 26 | 7 |
| 18579284634 | 4/18/2013 9:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 403128270 | 40318 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 15 | 3 |
| 18579284634 | 4/18/2013 11:24 PM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 403128270 | 40783 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 3.53 | NA | NA |
| 18579284634 | 4/19/2013 12:36 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 1762332050 | 43029 | 36493 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 119.97 | 1,743 | 150 |
| 18579284634 | 4/19/2013 2:36 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 1762332050 | 43602 | 36493 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 13 | 1 |
| 18579284634 | 4/19/2013 4:36 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Time Limit | 1762332050 | 43023 | 36493 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 120.00 | 16 | 1 |
| 18579284634 | 4/19/2013 6:36 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 1762332050 | 43023 | 36493 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 15.03 | 5 | 0 |
| 18579284634 | 4/19/2013 9:17 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 487345256 | 43608 | 36493 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 3.27 | NA | NA |
| 18579284634 | 4/19/2013 9:20 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 1108222168 | 43023 | 36493 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 0.32 | 26 | 6 |
| 18579284634 | 4/19/2013 9:21 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 962679387 | 43023 | 36493 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 0.17 | 102 | 5 |
| 18579284634 | 4/19/2013 9:21 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 1790290332 | 43023 | 36493 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 0.23 | 2 | 0 |
| 18579284634 | 4/19/2013 10:34 AM | epc.tmobile.com | 35911603598387 | HTC_PC10100_G2 Vanguard | Normal | 1180796488 | 43602 | 36493 | Northeast | New England | CISCO | HSPA+ | CHPCF000 | 85 | 4 | 24.00 | 20 | 4 |
| Total | | | | | | | | | | | | | | | | 206,839.43 | 1,685,820 | 182,777 |