92

# EXHIBIT B1

# Sebastian L. v. Gorka PhD.

Associate Dean & Associate Professor of War and Conflict Studies
College of International Security Affairs
**NATIONAL DEFENSE UNIVERSITY**





## Additional Positions / Prior Positions

- **Marine Corps University**
  Major General Horner Chair of Military Theory (as of July 1 2014)

- **Georgetown University**
  Adjunct Professor, *US National Security*, January 2011-present

- **Joint Special Operations University, US Special Operations Command**
  Associate Fellow and Lead Instructor, 2006-present

- **Institute for World Politics**
  Adjunct Professor, *Al Qaeda Enemy Threat Doctrine*, 2012-present

- **Foundation for Defense of Democracies**
  Director, *National Security Fellowship Program*, 2011-2014
  & Military Affairs Fellow, 2010-present

- **National Defense University**
  Director, *Homeland Defense Fellowships Program*, 2010-2012

- **George C. Marshall Center for European Security Studies, EUCOM**
  Adjunct Professor for Terrorism and Security Studies 2004-2008
  *Program for Terrorism and Security Studies*

- **Institute for Transitional Democracy and International Security**
  Founding Co-Director, 2003-2008

- **RAND Corporation**, Washington D.C.
  Policy Analyst, *Terrorism, European Security, Military Reform* 1999-2000

- **Harvard University, John F. Kennedy School of Government**
  Kokkalis Fellow in Public Administration 1998-1999

- **NATO Defense College**, Rome
  International Research Fellow, Fall Semester 1997

## Education

- **Corvinus University**, Budapest
  Ph.D. in Political Science, 2008

Dissertation title:

*Content and End-State-based Alteration in the Practice of Political Violence since the End of the Cold War*

- **Budapest University of Economics and Public Administration**
  M.A. in Diplomacy and International Relations, *summa cum laude* 1997

- **London University**
  B.A. honors degree in Philosophy and Theology 1991

## Memberships, Associations, Awards, Service

- Member of the **Research Council**, National Defense University
- Member of the **Publishing Board**, National Defense University
- Co-Chair of **Self-Assessment Working Group for Middle State Accreditation**, National Defense University

- Member of the Strategic Advisers' Group, **Atlantic Council of the United States**
- Founding-member of the **Council for Emerging National Security Affairs**
- Member of the International Advisory Board, *Terrorism* E-Journal, **Inter-University Center for Terrorism Studies**
- Contributing member (*Terrorism and Propaganda*), **Terrorism Research and Analysis Consortium**, Beacham Publishing

- Awarded the Department of *Defense's Joint Civilian Service Commendation* by **US Special Operations Command**, 2012

2

Case 1:13-cr-10200-GAO Document 814-3 SEALED Filed 12/23/14 Page 4 of 8
Case 1:13-cr-10200-GAO Document 814-3 Filed 12/23/14 Page 4 of 8

S. Gorka
CV

## Military Experience

From 1991-1994 served in 22 Company of the British Territorial Army (reserve), *Intelligence and Security Group (V)*, specializing in counter-terrorism and the Soviet/Russian military.

## Publications: Books, Book Chapters and Monographs (selected)

*A Citizen's Guide to War*
  Routledge, New York, NY, (in negotiations)

"How to Defeat Al Qaeda," in Natter, W. (Ed.) *American Strategy and Purpose: Reflections on Foreign Policy and National Security in an Era of Change*,
  Council for Emerging National Security Affairs, Washington DC, forthcoming

"Understanding and Defeating Al Qaeda," in Felkamp, J. (Ed.) *Theory and Politics of Terrorism*,
  Cognella Academic Publishing: San Diego CA, 2014

"The Power of Ideas: Propaganda, Strategic Communications, and the War Against Salafi Jihad," in Felkamp, J. (Ed.) *Theory and Politics of Terrorism*,
  Cognella Academic Publishing: San Diego CA, 2014

"The Enemy Threat Doctrine of Al Qaeda: Taking the War to the Heart of our Foe," in Gorka, Katharine, C. & Sookhdeo (Eds): *Fighting the Ideological War*
  Isaac Press, McLean VA, 2012

*Toward a Grand Strategy Against Terrorism*, Contributing Co-Editor with C. Harmon and A.N. Pratt,
  McGraw Hill, NY, NY, 2010

"Who's Winning the Battle for Narrative?" with David Kilcullen in *Influence Warfare*, Ed. James J. F. Forest
  Praeger Security International, Westport, CT, 2009

*Terrorism and Religious Extremism* in "Globalization in the 21st Century: How Interconnected is the World?"
  Emirates Center for Strategic Studies and Research (ECSSR) Abu Dhabi, 2008

*The War on Terror*
  The Global Perspectives Office, University of Central Florida, Winter 2006

3

95

S. Gorka
CV

*The International Dimension of the Long War*, Executive Report,
    Joint Special Operations University, First Annual Symposium:
    "Countering Global Insurgency", JSOU, Hurlburt Field, Florida, 2006

*Security Sector Reform: suggestion of a 'minimum criteria' approach*, in Security Sector Reform in Central and Eastern Europe, Eds. W. Germann and A. Karkoszka,
    Geneva Centre for the Democratic Control of Armed Forces / Nomos,
    Baden- Baden, 2005

*Future Terrorist Targets, in Topics in Terrorism*, Eds. J. Purcell and J. Weintraub,
    The Atlantic Council of the United States, Washington, July 2005

Editor of *Nations, Alliances and Security*, by Chris Donnelly,
    ITDS / Akadémiai Kiadó, Kluwer Group, Budapest, 2004

*The Logic of NATO Enlargement in the Post-Cold War World*, NATO Defense College Monographs,
    NATO Defense College, Rome, Fall 1999

*The Post-Madrid Summit Environment: a CEEC view*, The Southeast European Yearbook, Eds.. T. M. Veremis and D. Triantaphyllou,
    Hellenic Foundation for European and Foreign Policy, Athens 1998


Journal Articles, Internationally Published Analyses (selected)

"Know Your Enemy," in *Special Warfare*
    USAJFKSWCS, Fort Bragg, May 2014

*Counterterrorism and Grand Strategy*, chapter in JSOU monograph
    Joint Special Operations University, Tampa FL, forthcoming

*The Complexity Trap* with Michael J. Gallagher, and Joshua A. Geltzer,
    Parameters, US Army War College, Spring 2012

*Inside Al Qaeda*
    Armchair General, May 2012

*Five Grave National Security Threats that the U.S. must Address Strategically*
    Human Events 05 May 2012

*How to Defeat Al Qaeda*
    Terrorism: An Electronic Journal and Knowledge Base, Vol. I, Issue 1, Aug 2012

*America and Al Qaeda: Who Will Win?*
    Defense Against Terrorism Review, NATO CoE/DaT, Vol. 4/1, Spring / Fall '12

4

*An Actor-Centric Theory of War* with David Kilcullen
    Joint Forces Quarterly, Issue 60, first quarter 2011

*The Age of Irregular Warfare: So What?*
    Joint Forces Quarterly, Issue 58, third quarter 2010

*The One Surge that Could Defeat Al Qaeda*
    Foreign Policy.com, August 10th 2009

*Understanding History's Seven Stages of Jihad*
    Sentinel, Vol. 2 Issue 10, Combating Terrorism Center, USMA West Point, October 2009

*Contextualizing Counterinsurgency*, with Stephen Sloan
    The Journal of International Security Affairs, No. 16, Spring 2009

*Counter-Insurgency Theories Comeback*,
    JANES Terrorism and Security Monitor, April 5th 2007

*Al Qaeda and von Clausewitz — rediscovering the art of war*, Joint Special Operations University (JSOU) Symposium: "Countering Global Insurgency,"
    ITDIS, Budapest, 2006

*Article Five, Five Years On*
    NATO Review, NATO, Brussels, Summer 2006

*The American-Polish Alliance and the Role of Central Europe in US Security Policy* with G. Böszörményi-Nagy,
    Foreign Policy Review, László Teleki Institute, Vol. 3, Vo.1-2, 2005

*Jordanian Counterterrorist Unit Thwarts Chemical Bomb Attack*, with Richard Sullivan
    JANE'S Intelligence Review, Oct. 2004

*Al Qaeda's Next Generation*,
    Jamestown Foundation, Terrorism Monitor, Vol. II, Issue 15, June 29, Washington, 2004,

*A Change in Iraqi Insurgence*
    JANE'S Islamic Affairs Analyst, March 2004

*Two Years on from 11 September: Congress's View*
    JANES Terrorism and Security Monitor, September 2003

*Facing the WMD Threat*
    JANES Terrorism and Security Monitor, January 2003

*Biological Toxins: a bioweapons threat in the 21st Century*, with Richard Sullivan
    Security Dialogue, PRIO, Oslo, 2002, vol.33, issue 2

5

S. Gorka
CV

*Biological Toxins*
JANES Intelligence Review, with Richard Sullivan, June 2002

*Narco-Terrorism: the Latin American Specialty*, Special Report, Pinkertons Global Intelligence Forecast,
Pinkertons, Washington, July 2001

*The Bioweapons Convention's Impact on Bioindustry*, with Richard Sullivan,
NATURE Biotechnology, August, 2000

Hungary Reinvents its Defence Force,
JANES Intelligence Review, May 1997

Hungarian Military Reform and Peacekeeping Efforts
NATO Review, NATO, Brussels, Autumn 1997

Hungarian Military Reform
NATO Review, NATO, Brussels, Nov. 1995

## Media

Dr. Gorka has been published, interviewed and quoted in numerous European, Asian and US media organs, to include the **Financial Times**, **The Times of London**, **The Hill, Newsweek**, **Defense News**, **NATO Review, REUTERS, CBS, FOX, WABC, WMAL, CNN** and the **BBC**. He has recently been appointed editor for national security affairs at Breitbart.com.

He was a regular contributor to the **JANES Information Group** of the UK, having published more than 50 articles for that one publisher mainly in JANES *Terrorism and Security Monitor*, JANES *Islamic Affairs Analyst* and JANES *Intelligence Review*. A full list is available upon request.

## Academic Presentations – Conference Papers

Dr. Gorka regularly attends specialist conferences in Europe and the US and has been a featured speaker, for example, for **The Economist of London**, **USSOCOM**, **the US Army John F. Kennedy Special Warfare Center and School**, **NATO (SHAPE)**, the **CIA**, **The National Intelligence Council,** the **FBI** and **FBI Academy, The Joint Staff, Pentagon, USMA West Point**, the **School of Advanced Military Studies, Ft. Leavenworth**, the **Office of the Director of National Intelligence**, the **National Counterterrorism Center,** various civilian universities, (to include **George Mason** and **George Washington**), as well as **Air University (USAF)** and **The Marine Corps University**.

6

S. Gorka
CV

## Fields of Interest

*Grand Strategy; National Security; Terrorism; Insurgency; International Security; Totalitarianism; Strategic Communications; Transitional Democracies; Political Islam.*

## References

*Academic:*

**PROF. COLIN GRAY**
Professor of International Politics and Strategic Studies



*Professional:*

**LIEUTENANT GENERAL JOHN MULHOLLAND**
Deputy Commander



*Personal*

**ROBERT "BUD" MCFARLANE**
Former National Security Adviser



Last updated: May 2014

7

99