# EXHIBIT B2

Case 1:13-cr-10200-GAO   Document 814-4 SEALED   Filed 12/23/14   Page 2 of 6

# Evan Francois Kohlmann

## EDUCATION

**University of Pennsylvania Law School,** Philadelphia, Pennsylvania
  J.D. (Juris Doctor) 2004; James Wilson Scholarship Recipient.

**Georgetown University,** Washington, DC
  Edmund A. Walsh School of Foreign Service, BSFS 2001, *Magna Cum Laude*
- Major: International Politics, concentration in International Security Studies.
  - Minor: Islamic Studies (Center for Muslim-Christian Understanding, Georgetown University)
- Honors & Awards: Honors in International Politics; Georgetown University Rhodes Scholar Nominee, 2000.
- Research assistant for Dr. Mamoun Fandy in the Center for Contemporary Arab Studies (CCAS) (Fall 2000).

## EXPERIENCE

*Founder, Senior Partner*                                                                February 2004 – present
**Flashpoint Global Partners,** New York, NY
- Flashpoint Global Partners was first established in early 2010 as the corporate heir to the former Internet website Globalterroralert.com (which itself was founded in early 2004). Flashpoint functions as an international security consulting firm, with a principal focus on international terrorist recruitment, financing, and communications. Flashpoint Global Partners is regularly cited as a source by prominent worldwide media outlets – including NBC News, ABC News, the BBC, the New York Times, the Washington Post, the Los Angeles Times, Reuters, and the Associated Press. Flashpoint counts among its clients the U.S. Department of Justice and the U.S. military, as well as law enforcement agencies across North America and Western Europe.
- Researched terrorist fundraising and recruitment networks using sources including declassified intelligence documents, exhibits submitted in terror-related legal cases, Lexis-Nexis, the World Wide Web, the Foreign Broadcast Information Service (FBIS), and other information retrieval sources. Interviewed alleged terrorist recruiters, terrorist facilitators, and cooperating defendants in criminal cases. Drafted public news articles and unclassified memoranda for international law enforcement and intelligence agencies examining international terrorism, its sponsors, and its causes. Worked as a liaison to government agencies and non-governmental organizations (NGOs).

*On-Air Terrorism Analyst*                                                                October 2004 – present
**NBC News / MSNBC,** New York, NY
- NBC News is the news division of the U.S. television network NBC Universal. It has ranked as the top-rated broadcast news division in the United States for over ten years. MSNBC is NBC Universal's 24-hour cable news and information network. Provided frequent on-air analysis and discussion regarding ongoing news stories relating to international terrorism. Assisted in the production of both evening news segments and full-length television documentaries relating to international terrorism.

*Consultant*                                                                August 2005 – January 2010
**The Nine/Eleven Finding Answers (NEFA) Foundation,** New York, NY
- The NEFA Foundation is a non-profit organization created after the attacks of September 11, 2001. The Foundation strives to help prevent future tragedies in the U.S. and abroad by independently tracking those responsible for planning, funding, and executing terrorist activities, with a particular emphasis on Islamic militant organizations. The Foundation plays a role in the fight against terror through cohesive and comprehensive efforts to research, analyze, and disseminate information pertaining to past and current terrorist activities.

*Consultant*                                                                May 2005 – June 2005
**Office of the High Representative (OHR),** Sarajevo, Bosnia-Herzegovina
- The OHR is the chief civilian peace implementation agency in Bosnia-Herzegovina. I was hired as a short-term consultant by OHR to personally travel to Sarajevo and give briefings to intelligence analysts based at Camp Butmir on the status of foreign mujahideen veterans in the Balkans and the ongoing role of foreign charitable organizations. Assisted in the analysis of confidential intelligence documents, and provided original documentation to add to their records. Gathered firsthand intelligence data in various regions of central Bosnia-Herzegovina concerning suspect corporate entities under criminal investigation by local authorities.

*Senior Terrorism Consultant*                                                                February 1998 – January 2004
**Investigative Project,** Washington, DC
- The Investigative Project is an open-source counterterrorism think tank and policy group founded in 1995.
- Researched terrorist fundraising and recruitment networks using sources including Lexis-Nexis, the World Wide Web, FOIA requests, Foreign Broadcast Information Service (FBIS), etc. Interviewed alleged terrorist recruiters and terrorist facilitators for Al-Qaida, Hamas, and other groups (including notorious UK-based clerics Abu Hamza Al-Masri and Shaykh Omar Bakri Mohammed).

101

| INVOLVEMENT IN U.S. CRIMINAL CASES: | HIRED AS EXPERT CONSULTANT | TESTIFIED AS FACT WITNESS | TESTIFIED AS EXPERT |
|---|:---:|:---:|:---:|
| U.S. v. JEFFREY BATTLE ET AL. (DISTRICT OF OREGON, 2003) | X | | |
| U.S. v. MASOUD KHAN ET AL. (EASTERN DISTRICT OF VIRGINIA, 2004) | X | X | |
| U.S. v. RANDALL ROYER (EASTERN DISTRICT OF VIRGINIA, 2004) | X | | |
| U.S. v. SABRI BENKHALA (EASTERN DISTRICT OF VIRGINIA, 2004) | X | | X |
| U.S. v. ALI TIMIMI (EASTERN DISTRICT OF VIRGINIA, 2005) | X | | X |
| U.S. v. UZAIR PARACHA (SOUTHERN DISTRICT OF NEW YORK, 2005) | X | | X |
| U.S. v. AHMED OMAR ABU ALI (EASTERN DISTRICT OF VIRGINIA, 2005) | X | | |
| U.S. v. HAMID HAYAT (EASTERN DISTRICT OF CALIFORNIA, 2006) | X | | |
| U.S. v. ALI ASAD CHANDIA (EASTERN DISTRICT OF VIRGINIA, 2006) | X | | X |
| U.S. v. YASSIN AREF ET AL. (NORTHERN DISTRICT OF NEW YORK, 2006) | X | | X |
| U.S. v. SABRI BENKHALA (EASTERN DISTRICT OF VIRGINIA, 2007) | X | | X |
| U.S. v. RAFIQ SABIR (SOUTHERN DISTRICT OF NEW YORK, 2007) | X | | X |
| U.S. v. JOSE PADILLA ET AL. (SOUTHERN DISTRICT OF FLORIDA, 2007) | X | | |
| U.S. v. NURADIN ABDI (SOUTHERN DISTRICT OF OHIO, 2007) | X | | |
| U.S. v. EMADEDDINE MUNTASSER ET AL. (DISTRICT OF MASSACHUSETTS, 2007) | X | | X |
| U.S. v. HASSAN ABU JIHAAD (DISTRICT OF CONNECTICUT, 2008) | X | | X |
| U.S. v. MOHAMMED AMAWI ET AL. (NORTHERN DISTRICT OF OHIO, 2008) | X | | X |
| U.S. v. CHRISTOPHER PAUL (SOUTHERN DISTRICT OF OHIO, 2008) | X | | |
| U.S. v. SALIM HAMDAN (GUANTANAMO BAY MILITARY COMMISSIONS, 2008) | X | | X |
| U.S. v. ALI HAMZA AL-BAHLUL (GUANTANAMO BAY MILITARY COMMISSIONS, 2008) | X | | X |
| U.S. v. MOHAMED SHNEWER ET AL. (DISTRICT OF NEW JERSEY, 2008) | X | | X |
| U.S. v. ZUBAIR AHMED ET AL. (NORTHERN DISTRICT OF OHIO, 2009) | X | | |
| U.S. v. WESAM DELAEMA (DISTRICT OF COLUMBIA, 2009) | X | | |
| U.S. v. OUSSAMA KASSIR (SOUTHERN DISTRICT OF NEW YORK, 2009) | X | | X |
| U.S. v. MOHAMMED ABDULLAH WARSAME (DISTRICT OF MINNESOTA, 2009) | X | | |
| U.S. v. SYED HARIS AHMED (NORTHERN DISTRICT OF GEORGIA, 2009) | X | | X |
| U.S. v. EHSANUL SADEQUEE (NORTHERN DISTRICT OF GEORGIA, 2009) | X | | X |
| U.S. v. ABDUL TAWALA IBN AL-ISHTARI (SOUTHERN DISTRICT OF NEW YORK, 2009) | X | | |
| U.S. v. SYED HASHMI (SOUTHERN DISTRICT OF NEW YORK, 2009) | X | | |
| U.S. v. AL-HARAMAIN FOUNDATION ET AL. (DISTRICT OF OREGON, 2010) | X | | X |
| U.S. v. OMAR KHADR (GUANTANAMO BAY MILITARY COMMISSIONS, 2010) | X | | |
| U.S. v. BETIM KAZIU (EASTERN DISTRICT OF NEW YORK, 2011) | X | | X |
| U.S. v. OMER ABDI MOHAMMED (DISTRICT OF MINNESOTA, 2011) | X | | |
| U.S. v. AMINA ALI (DISTRICT OF MINNESOTA, 2011) | X | | |
| U.S. v. DANIEL PATRICK BOYD ET AL. (EASTERN DISTRICT OF NORTH CAROLINA, 2011) | X | | X |
| U.S. v. BARRY WALTER BUJOL (SOUTHERN DISTRICT OF TEXAS, 2011) | X | | X |
| U.S. v. TAREK MEHANNA (DISTRICT OF MASSACHUSETTS, 2011) | X | | X |

| | HIRED AS EXPERT CONSULTANT | TESTIFIED AS FACT WITNESS | TESTIFIED AS EXPERT |
|---|---|---|---|
| U.S. v. PATRICK NAYYAR (SOUTHERN DISTRICT OF NEW YORK, 2012) | X | | X |
| U.S. v. OUMAR ISSA ET AL. (SOUTHERN DISTRICT OF NEW YORK, 2012) | X | | |
| U.S. v. ADIS MEDUNJANIN (EASTERN DISTRICT OF NEW YORK, 2012) | X | | X |
| U.S. v. ANES SUBASIC (EASTERN DISTRICT OF NORTH CAROLINA, 2012) | X | | X |
| U.S. v. KHALID ALDAWSARI (NORTHERN DISTRICT OF TEXAS, 2012) | X | | |
| U.S. v. MOHAMMED NISAR KHAN (WESTERN DISTRICT OF TEXAS, 2012) | X | | X |
| U.S. v. MOHAMED MOHAMUD (DISTRICT OF OREGON, 2013) | X | | X |
| U.S. v. ABDEL HAMEED SHAHADEH (EASTERN DISTRICT OF NEW YORK, 2013) | (Upcoming) | | |
| U.S. v. MAJ. NIDAL MALIK HASSAN (UNITED STATES MILITARY COMMISSION, 2013) | (Upcoming) | | |
| U.S. v. COLLEEN LAROSE ET AL. (EASTERN DISTRICT OF PENNSYLVANIA, 2013) | (Upcoming) | | |

| INVOLVEMENT IN INTERNATIONAL LEGAL CASES: | HIRED AS EXPERT CONSULTANT | TESTIFIED AS FACT WITNESS | TESTIFIED AS EXPERT |
|---|---|---|---|
| INTERNATIONAL PROSECUTORS V. ABDULADHIM MAKTOUF (SUPREME COURT OF BOSNIA HERZEGOVINA, 2005) | X | | X |
| REGINA V. MOHAMMED AJMAL KHAN AND PALVINDER SINGH (SNARESBROOK CROWN COURT, U.K., 2006) | X | | X |
| REGINA V. AL BASHIR MOHAMMED AL-FAQIH (WOOLWICH CROWN COURT, U.K., 2007) | X | | |
| REGINA V. TSOULI, DAOUR, AND MUGHAL (WOOLWICH CROWN COURT, U.K., 2007) | X | X | |
| REGINA V. RAJA, MALIK, IQBAL, ZAFAR, AND BUTT (OLD BAILEY, U.K., 2007) | X | | |
| H.M.A. V. MOHAMMED ATIF SIDDIQUE (GLASGOW HIGH COURT, SCOTLAND, 2007) | X | | X |
| REGINA V. SAMINA MALIK (OLD BAILEY, U.K., 2007) | X | | X |
| REGINA V. HASSAN MUTEGOMBWA (OLD BAILEY, U.K., 2007) | X | | X |
| REGINA V. DITTA AND BILAL (LEEDS CROWN COURT, U.K., 2008) | X | | |
| PROSECUTOR FOR SERIOUS ECONOMIC CRIMES V. AL-AQSA ASSOCIATION (THE HIGH COURT, COPENHAGEN, DENMARK, 2007) | X | | X |
| REGINA V. BILAL KHAZAAL (SUPREME COURT OF NEW SOUTH WALES, AUSTRALIA, 2008) | X | | X |
| REGINA V. AABID KHAN ET AL. (BLACKFRIARS CROWN COURT, U.K., 2008) | X | | |
| REGINA V. IMAD SHOUBAKI ET AL. (SOUTHWARK CROWN COURT, U.K., 2008) | X | | X |
| PUBLIC PROSECUTOR V. HAMMAD KHURSHID ET AL. (COURT OF GLOSTRUP, COPENHAGEN, DENMARK, 2008) | X | | X |
| INTERNATIONAL PROSECUTORS V. RASIM DELIC (INTERNATIONAL CRIMINAL TRIBUNAL FOR THE FORMER YUGOSLAVIA, 2008) | X | | |
| REGINA V. ABDUL NACER BENBRIKA ET AL. (SUPREME COURT OF VICTORIA, AUSTRALIA, 2009) | X | | |
| PUBLIC PROSECUTOR V. HAMMAD KHURSHID ET AL. (RETRIAL) (COURT OF GLOSTRUP, COPENHAGEN, DENMARK, 2009) | X | | X |
| PUBLIC PROSECUTOR V. RIJAD RUSTEMPASIC ET AL. (SUPREME COURT OF BOSNIA HERZEGOVINA, 2010) | X | | X |
| PUBLIC PROSECUTOR V. NUSRET IMAMOVIC ET AL. (SUPREME COURT OF BOSNIA HERZEGOVINA, 2013) | (Upcoming) | | |

# RESEARCH GRANTS

- *The Kanishka Project* (February 2013 February 2015)
    - In February 2013, Flashpoint Partners and several associated scholars were notified by the Government of Canada that our team was selected as part recipients of a 5 year $10M initiative to invest in research on pressing social dilemmas for Canada on terrorism and counter-terrorism, such as preventing and countering violent extremism. Flashpoint specifically was chosen to receive two years of funding in order to study terrorist communications online.

103

## BOOKS AND PAPERS

- <u>Author</u>  ***Al-Qaida's Jihad in Europe: The Afghan-Bosnian Network***, (Berg Publishers, September 2004)
    - *[**Dr. Marko Hoare**, History Faculty, University of Cambridge and author of How Bosnia Armed]: "Written by a genuine expert in the subject...this is a lucid and informed account of the involvement of the mujahedin in Bosnia, one that lays the myths to rest... This excellent book is essential reading for anyone wishing to understand the truth about an episode of the Bosnian war that is so frequently misrepresented by those with a political motive for doing so."[1]*
    - *[**Political Science Quarterly (PSQ)**]: "About [Al Qaida's] operations in Europe, Evan F. Kohlmann has written an illuminating book… Kohlmann is at his best in exhaustively reporting the details of such terrorist episodes. He has compiled prodigious research about the perpetrators and their support networks. Moreover, he never loses sight of the strategy behind the individual attacks… [a] genuine historical analysis."[2]*
    - *[**Studies in Conflict and Terrorism**]: "This book is a pathbreaking piece of research… Kohlmann addresses the issue in unprecedented detail, exploiting a wide variety of available sources to piece together a largely neglected segment of contemporary Bosnian history… [which] provide critical insights into terrorist preferences, motives, and interests… The book… is descriptive and empirically rich."*
    - *Al Qaida's Jihad in Europe has consistently been used as a required or recommended course text in numerous undergraduate and graduate courses in North America, Europe, and Australia, including the following courses:*
        - (Spring 2005)  "Terrorism, Security, and Intelligence"
            - Course taught by former NSC counterterrorism czar Richard Clarke and former White House Senior Director for Combating Terrorism Rand Beers at Harvard University's Kennedy School of Government.[3]
        - (Fall 2006)  "South Asia, Al Qaeda and the Rise of International Terrorism"
            - Course taught by Peter Bergen at the School of Advanced International Studies at Johns Hopkins University.[4]
        - (Spring 2007)  "Terrorism and Modern Society"
            - Course taught by Dr. Keith Hayward and Professor Frank Furedi at the School of Social Policy, Sociology, and Social Research at the University of Kent (Canterbury campus).[5]
        - (Fall 2007)  "Jihad and the End of the World."
            - Course taught by Dr. David Cook (author of <u>Understanding Jihad</u>) at Rice University.
        - (Spring 2008)  "Militant Islamism."
            - Course taught by Dr. Thomas Hegghammer (currently a fellow at Harvard's Kennedy School of Government) at Princeton University.

- <u>Major Papers</u>:
    - *"Trends in Anti-American Terrorism."*  Co authored with John Eubanks.  <u>Journal of Counterterrorism and Security International</u>.  January 1999.
    - *"Pandering to Terrorists."*  Co authored with Rita Katz.  <u>Journal of Counterterrorism and Security International</u>.  Winter 1999.
    - *"The Legacy of the Arab-Afghans: A Case Study*."  Georgetown University International Politics Honors Thesis, April 2001.
    - *"Arabian Gulf Financial Sponsorship of Al-Qaida via U.S.-Based Banks, Corporations, and Charities."* Testimony before the U.S. House Committee on Financial Services, Subcommittee on Oversight and Investigations. March 11, 2003.
    - *"Gulbuddin Hekmatyar and Ahmad Shah Massoud: Islamic Patriots or Ambitious Opportunists?"*  Final course paper for Dr. Brian Spooner's graduate seminar in "Afghanistan and Islamism" at the University of Pennsylvania.  April 2004.
    - *"The Bosnian Mujahideen: Origins, Training and Implications."* Published as a chapter in The Making of a Terrorist, edited by Director of Terrorism Studies at the United States Military Academy Dr. James JF Forest. Praeger Security International, 2005.
    - *"Al-Qaida in Saudi Arabia: 2002-2003."*  Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation.  December 2005.
    - *"The Role of Islamic Charities in International Terrorist Recruitment and Financing."*  Danish Institute for International Studies (DIIS) Working Paper 2006; January 2006.
    - *"The Afghan-Bosnian Mujahideen Network in Europe."*  Paper presented before the Swedish National Defence College Center for Asymmetric Threats (CATS) Workshop; May 2006.
    - *"The Jihadists of Pakistan: Jaish-e-Muhammad (JEM), Harakat ul-Mujahideen (HUM), and Anjuman Sipah-e-Sahaba (SSP)."* Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation. August 2006.
    - *"The Real Online Terrorist Threat."*  <u>Foreign Affairs</u>.  Vol. 85; No. 5.  September/October 2006.
    - *"The North African Mujahideen Network of the Western Balkans."*  <u>Bosnian Security After Dayton: New Perspectives</u>.  Edited by Michael Innes.  Routledge; October 2006.
    - *"Two Decades of Jihad in Algeria: the GIA, the GSPC, and Al-Qaida."* Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation. May 2007.

---

[1] http://www.hjs.pet.cam.ac.uk/sections/balkans/document.2005 04 28.6595030101
[2] http://www.ciaonet.org/olj/psq/psq_fal05/
[3] http://ksgnotes1.harvard.edu/degreeprog/courses.nsf/webnumber/ISP213
[4] http://eres.sais.jhu.edu/coursepage.asp?cid 165
[5] http://library.kent.ac.uk/library/readinglists/displaylist?module SO594

- *"State of the Sunni Insurgency in Iraq: August 2007."* Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation. September 2007.
- *"Dossier: The Libyan Islamic Fighting Group (LIFG)."* Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation. October 2007.
- *"Al-Qaida's 'MySpace': Terrorist Recruitment on the Internet."* CTC Sentinel. Vol 1. No. 2. January 2008. Combating Terrorism Center, United States Military Academy (West Point).
- *"Dossier: Shaykh Mustafa Abu al-Yazid (a.k.a. 'Shaykh Saeed')."* Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation. June 2008.
- *"An Interview with Ahmad Said al-Hamed, Spokesman for the Political Wing of 'Hamas al-Iraq.'"* Exclusive NBC News interview, a transcript of which was later published as an Occasional Report by the Nine Eleven Finding Answers (NEFA) Foundation. June 2008.
- *"An Interview with the Al-Rashideen Army."* Exclusive NBC News interview, a transcript of which was later published as an Occasional Report by the Nine Eleven Finding Answers (NEFA) Foundation. June 2008.
- *"An Interview with 'the Islamic Army in Iraq' (IAI)."* Exclusive NBC News interview, a transcript of which was later published as an Occasional Report by the Nine Eleven Finding Answers (NEFA) Foundation. July 2008.
- *"Jihad Networks in Pakistan and Their Influence in Europe."* Presentation before the III International Course on "Jihad Terrorism: Contingency Plans and Response", organized by the Pablo Olavide University and the Granada University in Spain; subsequently published as an Occasional Report by the Nine Eleven Finding Answers (NEFA) Foundation. July 2008.
- *"'Homegrown' Terrorists: Theory and Cases in the War on Terror's Newest Front."* Terrorism: What the Next President Will Face. The ANNALS of the American Academy of Political and Social Science. Vol. 618; No. 1. July 2008.
- *"Anatomy of a Modern Homegrown Terror Cell: Aabid Khan et al."* Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation. September 2008.
- *"Inside As-Sahaab: The Story of Ali al-Bahlul and the Evolution of Al-Qaida's Propaganda."* Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation. December 2008.
- *"Pakistani militants deny role in Mumbai terror attacks: An Interview with Lashkar-e-Taiba."* NBC News. December 4, 2008.
- *"'The Eleven': Saudi Guantanamo Veterans Returning to the Fight."* Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation. February 2009.
- *"Shabaab al-Mujahideen: Migration and Jihad in the Horn of Africa."* Occasional Report published by the Nine Eleven Finding Answers (NEFA) Foundation. May 2009.
- *"Sunni spokesman open to better ties with U.S.: An Interview with the Islamic Army of Iraq (IAI)."* NBC News. August 13, 2009. http://www.msnbc.msn.com/id/32404074/ns/dateline_nbc_the_hansen_files_with_chris_hansen.
- *"A Web of Lone Wolves."* Foreign Policy. November 13, 2009. http://www.foreignpolicy.com/articles/2009/11/13/a_web_of_lone_wolves
- *"No, Madam Secretary: The System Is Not Working."* Foreign Policy. December 28, 2009. http://www.foreignpolicy.com/articles/2009/12/28/no_madam_secretary_the_system_is_not_working
- *"A Beacon for Extremists: The Ansar al-Mujahideen Web Forum."* CTC Sentinel. Vol 3.; No. 2. February 2010. Combating Terrorism Center, United States Military Academy (West Point).
- *"The Role of Saudi Arabian State-Sponsored Charitable Fronts in Providing Material Support to Foreign Paramilitary and Terrorist Organizations."* Testimony before the U.S. Senate Committee on the Judiciary, Subcommittee on Crime and Drugs. July 15, 2010.
- *"Al-Qaida Branches Out: A New Threat Evolves in Yemen."* Paper presented before a workshop organized by the National Committee on American Foreign Policy (NCAFP); New York, NY. September 2010.
- *"Bringing Global Jihad to the Horn of Africa: al Shabaab, Western Fighters, and the Sacralization of the Somali Conflict."* (with Rafaello Pantucci and Lorenzo Vidino). African Security. Vol. 3; Issue 4. October 2010. Pages 216-238.
- *"Al-Qa`ida's Yemeni Expatriate Faction in Pakistan."* CTC Sentinel. Vol 4.; No. 1. January 2011. Combating Terrorism Center, United States Military Academy (West Point).
- *"The Anti-Social Network."* Foreign Policy. May 23, 2011. http://www.foreignpolicy.com/articles/2011/05/23/the_antisocial_network
- *"Beyond Bin Laden: The Future of Al-Qaida and U.S. Homeland Security."* Testimony before the U.S. House Committee on Homeland Security. May 25, 2011.
- *"The Antisocial Network: Countering the Use of Online Social Networking Technologies by Foreign Terrorist Organizations."* Written testimony submitted to the U.S. House Committee on Homeland Security. December 6, 2011.
- *"Curbing the Web's Wild West."* Harvard Law Review Forum. March 2013.