FILED
IN CLERKS OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
FILED UNDER SEAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## MOTION TO SEAL
## MOTION FOR LEAVE TO FILE REPLIES TO THE GOVERNMENT'S OPPOSITIONS TO *DAUBERT* MOTIONS *IN LIMINE* AND FOR AN EXTENSION OF TIME IN WHICH TO DO SO

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests leave to file his Motion for Leave to File Replies to the Government's Oppositions to *Daubert* Motions *in Limine* and for an Extension of Time in Which to Do So under seal. Leave to file under seal is requested because the motion concerns non-public discovery and evidentiary disclosures that are subject to the Protective Order [DE 91] in this case.

Recognizing that some or all of the materials referred to in the motion may well become public during trial, defendant requests only that the documents remain under seal until such time as public disclosure at a preadmission hearing or at trial is necessary.

Respectfully submitted,

DZHOKHAR TSARNAEV
By his attorneys

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

**Certificate of Service**

I hereby certify that this document was served on counsel for the government by email and paper copy by interoffice delivery on December 23, 2014.

/s/ Timothy G. Watkins