# EXHIBIT A2



DEVAL L. PATRICK
*GOVERNOR*

LIEUTENANT GOVERNOR

ANDREA J. CABRAL
*SECRETARY*

COLONEL TIMOTHY P. ALBEN
*SUPERINTENDENT*

*The Commonwealth of Massachusetts*
*Department of State Police*

*Firearms Identification Section*
*124 Acton Street*
*Maynard, Massachusetts 01754*

## Lieutenant David M. Cahill

### EDUCATION:

| | | |
|---|---|---|
| 2014 | *Masters of Arts* - Criminal Justice<br>University of Massachusetts<br>Lowell, Massachusetts | |
| 2005 | *Bachelor of Science* - Criminal Justice<br>Western New England College<br>Springfield, Massachusetts | |
| 1987 | METROPOLITAN POLICE ACADEMY<br>Needham, Massachusetts | |

### EMPLOYMENT:

1987 to present    COMMONWEALTH OF MASSACHUSETTS
*Massachusetts State Police*

2002    MASSACHUSETTS STATE POLICE
*Ballistics Section*
*Lieutenant*
(2002 to Present)
Duties: Executive Officer of the Firearms Identification
Section. Supervises Firearms Examiners in the Maynard and
Danvers Labs. Respond to crime scenes, gather and preserve
firearms and firearms related evidence. Attend autopsies,

observe wounds and receive evidence projectiles from Medical Examiners office. Conduct test firings of suspect weapons including distance type pattern tests when requested. Perform microscopic examinations of recovered evidence against test specimens from suspect weapon. Routine test firing of weapons to determine function and capability.

## EXPERT TESTIMONY:

Qualified as an expert in Firearms Identification. Testified numerous times.

MASSACHUSETTS SUPERIOR COURTS: Bristol, Essex, , Middlesex, and Worcester counties.
FEDERAL COURTS: Springfield, Worcester

## EXPERIENCE:

The field of Firearms Identification is an applied science. While schools teach theory and instruct techniques, hands-on experience provides the foundation of a skilled firearms examiner. Training is similar to an apprenticeship; you learn by working on actual cases with other experts in the field.

Experience to date includes:

- Examined and/or test fired in excess of 3000 different weapons.
- Conducted in excess of 2000 microscopic comparison examinations.
- Participated in numerous fatal shooting investigations; most of those being homicides.

The Firearms Identification Section uses various references including material from:

- Sturm, Ruger Armorers' school.
- Glock Armorers' school
- Remington Armorers' school

## HONORS:

| | |
|---|---|
| 2005 | Certificate of Accomplishment<br>Recognition of the Massachusetts State Police partnership to create a safer society using the National Integrated Ballistic Information Network system.<br>*Awarded to the Firearms Identification Section* |
| 2003 | Division Commander's Commendation for Implementation of National Integrated Ballistic Information Network (NIBIN) |

*Awarded to the Firearms Identification Section*

2003   Commonwealth Performance Recognition Citation for
       Outstanding Performance
       *Awarded to the Firearms Identification Section*

## CONTINUING EDUCATION – SCIENTIFIC:

2003   NIBIN SCHOOL
       Largo, Florida
       Description: Basic operator course for the NIBIN System held
       at Forensic Technologies Training center in Largo, Florida

2003   SMITH & WESSON ARMORERS' SCHOOL
       Springfield, Massachusetts
       Description: Course on how weapons are manufactured and
       assembled. This was an essential class since a major
       responsibility of a Firearms Identification examiner is to
       identify the toolmarks which are imparted upon a weapon
       during the manufacturing process. It is those toolmarks created
       during manufacturing that produce the microscopic differences
       that a Firearms Identification examiner looks for during
       microscopic exams.

2004   SIG SAUER ARMORERS' SCHOOL
       SIGARMS Academy, Exeter, NH
       Description: Course designed to instruct Firearms
       Identification examiners how to assemble and function their
       weapons expertly.

2004   Shooting Reconstruction Course
       Henry C. Lee Institute for Forensic Science, University of New
       Haven, New Haven CT.
       Description: Advanced course in shooting reconstruction using
       classroom and hands on training. Studying bloodstain and
       trajectory analysis and Gun Shot residue.

2004   GLOCK ARMORES'S SCHOOL
       Description: A course in the design, manufacturing, assembly
       and repair of GLOCK semi-automatic pistols

| Year | Course |
|---|---|
| 2005 | Serial Number Restoration Course<br>Bureau of Alcohol Tobacco and Firearms<br>Framingham State College, Framingham, MA<br>Description: A course in the forensic sub-discipline of serial Number restoration, which comprised twenty-four hours of instruction and certification in serial number restoration. |
| 2004 | COLT Defense Industries<br>Massachusetts State Police Academy, New Braintree, MA |
| 2005 | FBI ACADEMY<br>Quantico, Virginia<br>Description: Techniques on Advanced Firearms Identification |
| 2005 | Techniques in Toolmarks Identification<br>Presented by the FBI Firearms/Toolmarks Unit at Boston Police Department<br>Description: Techniques on Toolmarks Identification |
| 2006 | Basic Bloodstain Pattern Analysis<br>Presented by the Massachusetts State Police Crime Lab |
| 2006 | Basic Firearms Instructor Course<br>Presented by the Firearms Training Unit at the Massachusetts State Police Academy<br>Description: A basic firearms instructor course in pistol and Shotgun. |
| 2007 | BERETTA ARMORER COUSES<br>Presented by Beretta at the Boston Police Department |
| 2008 | Examination and Comparison of Bullet and Shotshell Projectiles.<br>Presented by Nancy D. McCombs at Boston Police Department<br>Description: Techniques in microscopic examination of projectiles and shotshell projectiles. Including the microscopic examination of projectiles fired from consecutively manufactured barrels. |
| 2009 | AFTE Conference Miami Florida May 30 thru June 5.<br>Annual meeting of the Association of Firearms and Tool Marks Examiners. Present for the presentation of numerous papers in the field of Firearms Identification. Also attended classes in Barrel Making and Cartridge casings. |

| Year | Course |
|---|---|
| 2010 | Shooting Reconstruction February 2010<br>A 20 hour online course thru West Virginia University on the concepts of shooting scene reconstruction. |
| 2010 | Heckler & Koch MP5 Armorer's Course<br>A two day course in the assembly and disassembly and repair of the various models and trigger groups of the Heckler & Koch MP5 machinegun. |
| 2011 | Leica Microsystems Comparison Microscope course<br>A 8 hour course in Comparison Microscope Illumination and Imaging Techniques. |
| 2011 | Tool Mark Course. A 40 hour course in the Area of Tool Mark Examination and Identification. Held at the Massachusetts State Police Crime Lab Maynard MA on Febuary 28-March 4 2011. Instructors were Mr.David Brundage and Mr. James Gannalo. |
| 2012 | Smith & Wesson M&P 15 Rifle Armorers Course<br>Smith & Wesson Academy Springfield, MA<br>A two day course in the care maintenance and repair of the Smith & Wesson M&P 15 Rifle |
| 2012 | AFTE Conference Buffalo NY June 24 thru 29 2012<br>Annual meeting of the Association of Firearms and Tool Marks Examiners. Present for the presentation of numerous technical Papers. High Point Armorers Course. |
| 2012 | Smith & Wesson M&P Pistol Armorers Course<br>Smith & Wesson Academy Springfield MA<br>A one day course in the care and maintenance/repair of the Smith & Wesson M & P series pistols. |
| 2013 | Remington Arms Armorer's Course and Factory Tour<br>Remington Arms, Ilion NY May 14-17, 2013<br>A four day Armorer Course on the Remington 870, 1187 Shotguns and the 700 Bolt Action Rifle |
| 2014 | Ruger Arms Armorer's Course and Factory Tour<br>Ruger Arms, Newport NH March 17-20, 2014 |



|      |                                                                                                                                                                                                                                                                          |
|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | A four day Armorer's course on the Ruger Mini-14 Rifle, GP100 Revolver and the LC9/LCP semi-automatic pistols.                                                                                                                                                           |
| 2014 | AFTE Conference Seattle Washington May 10 thru 16 2014 Annual meeting of the Association of Firearms and Tool Marks Examiners. Present for the presentation of numerous technical Papers. Sub-Class Characteristics and 3D Technology Workshops |

## **LECTURES/TRAINING SEMINARS:**

Presented numerous Introductory Firearms Identification lectures for Massachusetts Police Academies (State and Municipal) in addition to the District Attorneys offices (Middlesex, Worcester, and Essex counties).
Lectured at Boston University School of Medicine.