# EXHIBIT C1

# Massachusetts State Police
# Firearms Identification Section

| | Page | / | of | 4 / |

| Case #13-08140 | Examiner's Initials & ID # _Dm_ 009 |
|---|---|
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-29-13 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4-54 | WIN OTF (41) (Dm 4-30-13) | 69 | win | 84 | win | 99 | win |
| 55 | .FC. | 70 | win | 85 | win | 100 | win |
| 56 | win | 71 | -win | 86 | win | 101 | win |
| 57 | win | 72 | .FC. | 87 | win | 102 | win |
| 58 | win | 73 | .FC. | 88 | win | 113 | FC |
| 59 | FC | 74 | win | 89 | .FC. | 104 | FC |
| 60 | win | 75 | win | 90 | .FC. | 105 | FC |
| 61 | win | 76 | win | 91 | .FC. | 106 | win |
| 62 | FC | 77 | win | 92 | FC | 107 | win |
| 63 | FC | 78 | win | 93 | .FC. | 108 | FC |
| 64 | win | 79 (Live) | win | 94 | .FC. | 110 | win |
| 65 | win | 80 | .FC. | 95 | .FC. | 111 | win |
| 66 | win | 81 | win | 96 | win | | |
| 67 | win | 82 | win | 97 | .FC. | | |
| 68 | win | 83 | win | 98 | win | | |

38- win
11  .FC.
 8   FC
─────
57

56 discharged
 1 Live

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0

COPY

# Massachusetts State Police
# Firearms Identification Section

| Page | 2 | of | 41 |
|---|---|---|---|

| Case #13-08140 | Examiner's Initials & ID # |
|---|---|
| Examination Start Date: 04-31-13 | Examination Finish Date: 8-27-13 |

4-54, 56, 57, 58, 60 61 64, 65, 66, 67, 68, 69, 70, 71
74, 75, 76, 77, 78, 79, 81, 82, 83, 84, 85, 86, 87, 88
96, 98, 99, 100, 101, 102, 106, 107, 110, 111  9mm Luger
caliber discharged cartridge casings head stamp
" WIN 9mm LUGER "

4-55, 72, 73, 80, 89, 90, 91, 93, 94, 95, 97
9mm Luger caliber discharged cartridge casings
head stamp ". FC. 9mm LUGER "

4-59, 62, 63, 92, 103, 104, 105, 108  9mm Luger caliber
discharged cartridge casings, head stamp
" FC 9mm LUGER "

Massachusetts State Police Forensic Services Group        FIS-F003-v03.0
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013



# Massachusetts State Police
# Firearms Identification Section

| Page | 3 | of | 41 |
|------|---|----|----|

| Case #13-08140 | Examiner's Initials & ID # _Jbe OG9_ |
|----------------|---------------------------------------|
| Examination Start Date: _04-30-13_ | Examination Finish Date: _8-29-13_ |

4.79 ONE (1) 9mm Luger caliber live cartridge head stamp "WIN 9mm LUGER"

After physical and microscopic examination of the 56 9mm Luger caliber discharged cartridge casings mentioned in submission #4 I found that these discharged cartridge casings have the same class characteristics as the test fires from Item 4-1 Ruger model P95 SIR pistol serial # 02LIT (camera firing pin impression). They also have sufficient quality and quantity of individual markings located on the breech face, firing pin aperture shear, firing pin drag. The 56 9mm Luger caliber discharged cartridge casings mentioned in

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By:  Section Commander
Issue Date:  March 21, 2013

FIS-F003-v03.0




COPY

# Massachusetts State Police
# Firearms Identification Section

| Page | 4 | of | 41 |
|------|---|----|----|

| Case #13-08140 | Examiner's Initials & ID # _DM  0(9)_ |
|----------------|----------------------------------------|
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

Submission #4 were all fired by items 4-1
multiple
weapon. other pairs of Identification are
(DM)11-5-17                                          DM 11-5-13
included in the case file photographic

verified MPC 5-9-13


COPY



13-08140



13-08140



13-08140





13-08140



13-08140