EXHIBIT C2

## Firearms Identification Section Worksheet


COPY

| Case #: 13-08091 / 08140 | Town: Cambridge | Incident Date: 04-18-13 |
|---|---|---|

| Container Letter: R | **Outer Packaging:** □ Paper Bag □ Plastic Bag □ Tyvek Bag □ Envelope □ Rifle Box ☒ Handgun Box □ Other | **Other:** □ SP348 □ Stolen □ State FRB □ ATF |
|---|---|---|
| Item #: 4-1 | **Outer Packaging Markings:** yes | |
| Description: | **Seal Condition:** ☒ Sealed & Marked □ Sealed & Unmarked □ Unsealed | |
| | **Exam Location:** □ DANV □ LAKE ☒ MAYN □ SPRG □ Other_____ | |

Firearm

| Caliber | 9mm Luger |
|---|---|
| Make/Manufacturer | Ruger |
| Model | P95 |
| Action/Firearm Type | S/A pistol |
| Serial # | OBLIT |
| Importer | N/A |
| Barrel Length | 3 15/16 |
| Overall Length | N/A |
| Direction of Twist | 6R |
| Ammunition Capacity | 1 |

**DRAWINGS ARE NOT TO SCALE**

Cylinder Capacity and Direction: *one*

Magazine Type and Capacity:
4-2-18
4-130-10

Ammunition / Headstamp:
Centerfire *one*        Rimfire *one*

| Safety Functionality | Functions |
|---|---|
| Trigger Pull N/A  3.48   3.72   3.27 | |
| Measurement 1 N/A  8.18   2  7.97   3  8.28 | |
| Overall Functionality | Functioned |

Test Fire Properly?   ☒ Yes   □ No   Witness' initials: MFC

Remarks: The using Section Ammunition in MSP.

# of Test Fire Rounds Saved  9  Sample # 7-16        NIBIN Rounds Saved □

| Examiner's Initials & ID #  JShx  0C97 | Examination Start Date 04-22-13 | Examination Finish Date 04-22-13 |
|---|---|---|

This worksheet is intended as a guide for the firearm's examiner. Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.
Massachusetts State Police Forensic Services Group        FIS-F005-v03.0
Section Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

COPY

# Massachusetts State Police
# Firearms Identification Section

| Page | 1 | of | 5 |
|------|---|----|----|

| Case #13-08091 | Examiner's Initials & ID # _Jka  0091_ |
|----------------|-----------------------------------------|
| Examination Start Date: 04-22-13 | Examination Finish Date: 04-24-13 |

7-6 oNE (1) 9mm Luger discharged cartridge casing
head stamp " WIN 9mm Luger "

7-7 oNE (1) 9mm Luger discharged cartridge casing
head stamp " WIN 9mm Luger "

7-8 oNE (1) 9mm Luger discharged cartridge casing
head stamp " WIN 9mm Luger "

7-9 oNE (1) 9mm Luger discharged cartridge casing
head stamp " WIN 9mm Luger "

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

| Page | 2 | of | 5 |
|------|---|----|----|

| Case #13-08091 | Examiner's Initials & ID # _Jmy 0097_ |
|----------------|----------------------------------------|
| Examination Start Date: _04-22-13_ | Examination Finish Date: _04-24-13_ |

7-10 ONB(1) 9mm Luger discharged cartridge casing

head stamp "WIN 9mm LUGER"


After physical and microscopic examination of items

7-6 thru 7-10 against test fires from case # 13-08140

item # 4-1 9mm Luger caliber RUGER model P95 5B

pistol serial # 03615, I found that these discharged cartridge

casings have the same class characteristics of caliber

as the test fires. They also posses sufficient quantity

and quality of individual marking's located on the breech

face. one area of identification is shown in the

sample photo graph included in the case file. Items

7-6 thru 7-10 were all fired by item 4-1 weapon

of case # 13-08140

                                    verified MFC 4-22-13



# Massachusetts State Police
# Firearms Identification Section

| Page | 3 | of | 5 |
|------|---|-----|---|

| Case #13-08091 | Examiner's Initials & ID # _Jhe 0(9)_ |
|----------------|----------------------------------------|
| Examination Start Date: 04-22-13 | Examination Finish Date: 04-24-13 |

7-11  ONE (1) Copper Jacketed lead spent projectile
Weighing 117.1 Grams   6 R   DIA-TWO DAMAGED
L/I .078        G/I .098

7-12  ONE (1) copper Jacketed lead spent projectile
Weighing 120.5 Grams   6 R   DIA .3500-3560
L/I .078        G/I .096

7-13  ONE (1) copper Jacketed lead spent projectile
Weighing 118.5 Grams   6 R   DIA .3470-3610
L/I .078        G/I .098

7-14  ONE (1) copper Jacketed lead spent projectile
Weighing 116.9 Gr   6 R   DIA .3525-3365
L/I .081        G/I .098

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0

COPY


# Massachusetts State Police
# Firearms Identification Section

| Page | 4 | of | 5 |
|---|---|---|---|

| Case #13-08091 | Examiner's Initials & ID # _Jne  0(s)_ |
|---|---|
| Examination Start Date: 04-22-13 | Examination Finish Date: 04-24-13 |

7-15 ONE (1) Copper Jacketed lead spent projectile
weishing 124.06      6R          p/a  Two Damaged
L/I .078           G/I  .090


After physical and microscopic examination of items
7-11 thru 7-15 against the test fires from item 4-1
of case # 13-08140  9mm Luger Caliber Ruger model
P95 sta pistol Serial # 0N615, I found that these Copper
Jacketed lead spent projectiles posses the same class
characteristics as the tests. (Caliber, GRC, Land and Grove
widths impressions) They also posses sufficient quantity
and quality of individual markings located in the
Land and Groove impressions. Items 7-11 thru 7-15
were all fired from item 4-1 weapon of
case # 13-08140.  ONE Area of identification

COPY



# Massachusetts State Police
# Firearms Identification Section

| Page | 5 | of | 5 |
|------|---|-----|---|

| Case #13-08091 | Examiner's Initials & ID # _Jnc a97_ |
|----------------|----------------------------------------|
| Examination Start Date: _04-20-13_ | Examination Finish Date: _04-24-13_ |

is shown in the sample photograph included in

the case file.

Verified JFC 4-22-13

Jnc 4-24-13

COPY

13-08091

| 7-11 | 7-14 |
|---|---|
| L1  .078 | L1  081 |
| G2  .098 | G2  099 |
| L2  080 | L2  080 |
| G2  098 | G2  097 |
| L3  080 | L2  078 |
|  | G2  098 |

| 7-12 | |
|---|---|
| L1  078 | 7-15 |
| G2  096 | L1  078 |
| L2  .080 | G2  .088 |
| G2  095 | L2  076 |
| L3  078 | G2  096 |
| G2  095 | |

| 7-13 | |
|---|---|
| L2  078 | |
| G2  098 | |
| L2  080 | |
| G2  098 | |
| L2  081 | |
| G2  097 | |



**Commonwealth of Massachusetts**
*Department of State Police*
*Forensic Services Group*
*Front Desk Sudbury:* (508) 358-3110
*Evidence Unit Phone:* (508) 358-3155



Place First Submission Barcode Here
Place Additional Barcodes on Subsequent Pages
Use The Reverse Side of the Report if Required

| Title of Case: **Fatal Shooting** | Scene Responder | | |
|---|---|---|---|
| Date of incident: **04/18/2013** | | FSG Case Number : | **13-08091** - **7** |

| Investigating Agency:  **MSP Middlesex County Detective Unit** | Investigating Agency Case #: | | | |
|---|---|---|---|---|
| Incident Address: **Massachusetts Institute of Technology** | Special requests/comments: | | | |
| Incident Town:  **Cambridge** | | | | |
| Report to (Name):  **Trooper Michael Cashman** | | | | |
| Phone #: **(781) 897-6600** | CRIM: | DNA: | TRACE: | ARSON: | TOX: |
| Email: | CSSS: | FIS: | DEMS: | **(FOR FSG USE ONLY)** |
| County DA's Office:  **Middlesex County** | ADA: | | | |

| | Victim/Other's Name(s) | DOB | Sex | Race | | Suspect/Defendant's Name(s) | DOB | Sex | Race |
|---|---|---|---|---|---|---|---|---|---|
| V | Collier, Sean | 07/03/1985 | M | | S | Tsarnaev, Dzhokhar | | M | |
| O | Melo, Phillipe | 07/03/1985 | M | | S | Tsarnaev, Tameriam Anzorovic | 10/21/1986 | M | |

RECORD OF EVIDENCE SUBMITTED:  List item description and owner's name (or origin) of _each_ item separately.

7-1 |Firearm |

7-2 |Ammunition | One (1) .45 Auto Caliber live cartridge from Chamber of Item 7-1.

7-3 |Magazine(s) | One (1) Magazine loaded with Ten (10) .45 Auto caliber live cartridges from Item 7-1.

7-4 |Magazine(s) | One (1) Magazine loaded with Ten (10) .45 Auto caliber live cartridges from duty belt.

7-5 |Magazine(s) | One (1) Magazine loaded with Ten (10) .45 Auto caliber live cartridges from duty belt.

7-6 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN".

7-7 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN".

7-8 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN".

7-9 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN". recovered inside MIT Cr. 285 - front passanger seat.

7-10 |Discharged Cartridge Casing(s) | One (1) 9mm Luger caliber discharged cartridge casing, head stamped "WIN". recovered inside MIT Cr. 285 - front drivers seat in blood.

7-11 |Spent Projectile(s) | One (1) copper jacketed lead spent projectile, recovered inside MIT Cr. 285 - front passanger floor.

7-12 |Spent Projectile(s) | One (1) spent projectile from Collier Post Mortem Examination

7-13 |Spent Projectile(s) | One (1) spent projectile from Collier Post Mortem Examination

7-14 |Spent Projectile(s) | One (1) spent projectile from Collier Post Mortem Examination

The items reported to be in the packages were inventoried and documented above by a representative from the submitting agency. At the time of analysis, the assigned analyst/examiner will unseal the package and verify the inventory. In the event of a discrepancy between the actual inventory and that reported on this form, reconciliation shall be conducted in accordance with the Massachusetts State Police Forensic Services Group (FSG) Evidence Handling and Submission Manual. The undersigned submits this evidence on behalf of the investigating agency, who acknowledges that the FSG is responsible for conducting all tests according to standard procedures, and who authorizes the FSG to make all decisions regarding scientifically necessary deviations from said procedures. This may include sending an item(s) to another laboratory for analysis. All procedural deviations shall be documented in the laboratory notes according to laboratory procedure but notice of each such deviation need not be given to the agency

I, (3126)  TPS.  B. Hughes  , acknowledge receipt of the item(s) above from Lt. D. M. Cahill #0697.

Evidence Technician (Signature) 3126

04/20/2013    9:55 am    **SP Ballistics - Maynard**

| | |
|---|---|
| Date | Time | Police Department / Agency of Delivering Officer |

Printed or typed rank & name of Delivering Officer
Lt. D.M. Cahill #0697

Signature of Delivering Officer

IF THE STATUS OF THIS CASE CHANGES, PLEASE NOTIFY THE CASE MANAGEMENT UNIT IMMEDIATELY AT 978-451-3440.
PLEASE RETAIN THIS RECEIPT FOR YOUR RECORDS.

(Lab, Page 1 of 4)    YELLOW (DA, Page 2 of 4)    PINK (Evidence, Page 3 of 4)    GOLD (Deliverer, Page 4 of 4)

Massachusetts State Police Forensic Services Group
Evidence Submission Form
Issued By: Section Supervisor
Issue Date: January 10, 2013

ECU-F008-v10.0

Page 1 of 1



# MASSACHUSETTS STATE POLICE
## FIREARMS IDENTIFICATION SECTION



| | | |
|---|---|---|
| DEPT: *Middlesex SPDC (MIT)* | CASE #: | **13-08091** |
| LOCATION: *Cambridge P.P* | DATE: *04-21-13* | |

OFFENSE:　POSS □　FATAL ☒　NONFTL □　ASSAULT □　OTHER

| | |
|---|---|
| TIME OF ARRIVAL: *12:50 hrs* | SCENE:　SECURED ☒　NONSECURED □ |
| LIGHTING CONDITIONS: *Inside* | WEATHER: *Clear* |
| VICTIM: *Off Sean Collier* | DEFENDANT: |
| SUBMITTED BY: *Lt D.M. Cahill* | RECEIVED BY: |

| | |
|---|---|
| MAKE/MANUFACTURER: | |
| CALIBER: | MODEL: |
| SERIAL #: | FIREARM TYPE: |
| SAFETY POSITION: | HAMMER POSITION: |

*ONE (1) copper jacketed lead spent projectile*
*recovered from Floormat (underneath) on Drive Side*
*of MIT Cruiser #285*

| | |
|---|---|
| CASE #: | TOWN: |
| ADMINISTRATIVE REVIEW DATE: | TECHNICAL REVIEW DATE: |
| OFFICER: | OFFICER: |
| ID: | ID#: |

This worksheet is intended as a guide for the firearm's examiner.  Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.

Rev 07/06



# MASSACHUSETTS STATE POLICE
## FIREARMS IDENTIFICATION SECTION


COPY

ONE (1)  9mm Luger caliber discharged cartridge casing
head stamp "WIN 9mm Luger" recovered from rear of MIT
cruiser # 285

ONE (1)  9mm Luger caliber discharged cartridge casing
head stamp "WIN 9mm Luger" recovered from rear of MIT cruiser #285

ONE (1)  9mm Luger caliber discharged cartridge casing recovered
at the rear of MIT cruiser #285

ONE (1)  9mm Luger caliber discharged cartridge casing recovered from
inside MIT cruiser #285 - Front passenger seat

ONE (1)  9mm Luger caliber discharged cartridge casing recovered
from front drivers seat in pool of blood.

ONE (1)  copper jacketed lead spent projectile recovered from
front passenger floor of MIT cruiser #285

| | | |
|---|---|---|
| **CASE #:** 13-08140 | **TOWN:** | |
| **ADMINISTRATIVE REVIEW DATE:** 691 | **TECHNICAL REVIEW DATE:** | |
| **OFFICER:** | **OFFICER:** | |
| | **ID#:** | |

This worksheet is intended as a guide for the firearm's examiner.  Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.

Rev 07/06




13-08091

# The Commonwealth of Massachusetts
# Office of the Chief Medical Examiner

## ADDITIONAL AUTOPSY NOTES

NAME OF DECEDENT: Sean Collier

M.E. # _____ - _____

Lims  13-08140
SJC 2499
4/19/13

COPY

OCME#37  Rev.11/05



 

# Commonwealth of Massachuse
# Office of the Chief Medical Examiner

## CHAIN OF CUSTODY FORM

NAME OF DECEDENT: _COLLIER ,Sean _____ M.E. # _2013-5338

DATE: __4/19/13_____ TIME: ____ *1705*

BULLETS / AND OR FRAGMENTS: *13-08140*

ITEM# 10: DEFORMED LARGE CALIBER GRAY METAL BULLET/ORANGE METAL JACKET
#2 CRIB PLATE TO RIGHT BRAIN

ITEM#11: DEFORMED LARGE CALIBER GRAY METAL BULLET/ORANGE METAL JACKET
#3 MIDDLE FOSSA TO LEFT BRAIN

ITEM#12:  DEFORMED LARGE CALIBER GRAY METAL BULLET/ORANGE METAL JACKET WITH GRAY
FRAGMENT
#1 NECK

*BR 2499*

RELEASED TO:    *Sgt. Brian Canque*
              NAME

              *MSP   2499*
              ORGANIZATION AND ID # (IF APPLICABLE)

RELEASED BY:    *Benjamin Stollmach*
              NAME

              *Morgue tech. 1*
              TITLE

*13-08091*

OCME#3 Revised 1/10/13 (W)

COPY





COPY



13-08091
Item 7-13
Mag 18X

13-08091
Item 7-16TF
Mag 18X

Area of Agreement

This Photograph is intended to represent a sampling of Areas of Agreement





COPY 



13-08091
Item 7-15
Mag 18X

13-08091
Item 7-16TF
Mag 18X

Area of Agreement

This Photgraph is intended to represent a sampling of Areas of Agreement

COPY



COPY




13-08091
Item 7-7
Mag 28X

13-08091
Item 7-16TF
Mag 28X

Area of Agreement

This photograph is intended to represent a sampling of Areas of Agreement

COPY










