# EXHIBIT C3

# Firearms Identification Section Worksheet

| | | |
|---|---|---|
| **Case #:** 13-08140 | **Town:** Watertown | **Incident Date:** 4-18-13 |

**Container Letter:** R

**Outer Packaging:** ☐ Paper Bag  ☐ Plastic Bag  ☐ Tyvek Bag  ☐ Envelope  ☐ Rifle Box  ☒ Handgun Box  ☐ Other _____

**Other:** ☐ SP348  ☐ Stolen  ☐ State FRB  ☐ ATF

**Item #:** 4-1

**Outer Packaging Markings:** yes

**Description:** Firearm

**Seal Condition:** ☒ Sealed & Marked  ☐ Sealed & Unmarked  ☐ Unsealed

**Exam Location:** ☐ DANV  ☐ LAKE  ☒ MAYN  ☐ SPRG  ☐ Other _____

**Caliber:** 9mm Luger

**Make/Manufacturer:** Ruger

**Model:** P95

**Action/Firearm Type:** S/A Pistol

**Serial #:** 03615

**Importer:** n/a

**Barrel Length:** 3 15/16

**Overall Length:** N/A

**Direction of Twist:** 6R

**Ammunition Capacity:** 1

**Safety Functionality:** Functions

**Trigger Pull** 5/2 3.48   3.72   3.27
**Measurement** 1 N/A 8.18   2 7.97   3 8.28

**Overall Functionality:** Functions

DRAWINGS ARE NOT TO SCALE

**Cylinder Capacity and Direction:** N/A

**Magazine Type and Capacity:**
4-2 double stack - 15 live capacity
4-130 double stack - 10 live capacity
13-9 double stack 10 live capacity

**Ammunition / Headstamp:**
Centerfire: WIN / 9mm Luger  (4-79-x1, 13-9-x?)
Rimfire: FC / 9mm Luger  (4-137, 4-130-x?, 5-11-5-x?, x18)

4-1 TF
3 TF each. fired x 8

**Test Fire Properly?** ☒ Yes  ☐ No   **Witness' initials:** MC
**Remarks:** T/F using three of the recovered live cartridges from item 4-129. No malfunctions were noted

**# of Test Fire Rounds Saved** 3   **Sample #** 4-129.10   **NIBIN Rounds Saved** ☒

**Examiner's Initials & ID #** DXY 0897   **Examination Start Date** 04-30-13   **Examination Finish Date** 08-27-13

This worksheet is intended as a guide for the firearm's examiner. Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.
Massachusetts State Police Forensic Services Group
Section Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F005-v03.0

Page 1 of 23


COPY

# Firearms Identification Section Worksheet

| Case #: 13-08140 | Town: Watertown | Incident Date: 04-30-13 |
|---|---|---|
| Container Letter: Y | Outer Packaging: ☐ Paper Bag  ☐ Plastic Bag  ☐ Tyvek Bag  ☐ Envelope  ☐ Rifle Box  ☒ Handgun Box  ☐ Other | Other: ☐ SP348  ☐ Stolen  ☐ State FRB  ☐ ATF |
| Item #: 4-131 | Outer Packaging Markings: Yes | |
| Description: Pellet Gun | Seal Condition: ☒ Sealed & Marked  ☐ Sealed & Unmarked  ☐ Unsealed  Exam Location: ☐ DANV  ☐ LAKE  ☒ MAYN  ☐ SPRG  ☐ Other | |

DRAWINGS ARE NOT TO SCALE

Caliber: .177
Make/Manufacturer: UMAREX USA
Model: M&P 40
Action/Firearm Type: Pellet Gun
Serial #: 12H51903
Importer: UMAREX USA
Barrel Length:
Overall Length:
Direction of Twist:
Ammunition Capacity:
Safety Functionality:
Trigger Pull  Measurement 1 ___ 2 ___ 3 ___
Overall Functionality:

Cylinder Capacity and Direction:

Magazine Type and Capacity:

Ammunition / Headstamp:
Centerfire        Rimfire

Test Fire Properly? ☐ Yes  ☒ No   Witness' initials: _____
Remarks: Copy of a Smith & Wesson M&P 40 S&W pistol made in Taiwan by UMAREX USA.

# of Test Fire Rounds Saved _____ Sample # _____

NIBIN Rounds Saved ☐

Examiner's Initials & ID #: JKy 0697
Examination Start Date: 04-30-13
Examination Finish Date: 8-27-13

This worksheet is intended as a guide for the firearm's examiner. Not every piece of information is required for every case and the firearms examiner needs only to record information applicable to the particular case.
Massachusetts State Police Forensic Services Group
Section Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F005-v03.0

Page 2 of 23





13-08140
sM

COPY

http://www.umarexusa.com/CatalogImages/43-98-ZoomImage_LeftSide_large.jpg        8/6/2013



13-08140

# Massachusetts State Police
# Firearms Identification Section

Page 1 of 1

| Case #13-08140 | Examiner's Initials & ID # _Ane 069_ |
|---|---|
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

Item 13-9 ONE (1) Ruger magazine with seven (7) Live 9mm Luger caliber cartridges, hesd stamp "WIN 9mm Luger"

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0

