# EXHIBIT C4

# Massachusetts State Police
# Firearms Identification Section

Page 1 of 37

Case #13-08140

Examiner's Initials & ID # JWW (OW)

Examination Start Date: 04-30-13

Examination Finish Date: 8-27-13

3-1 ONE (1) Copper Jacket Fragment weighing 3.3 Grains

3-2 ONE (1) Copper Jacketed Lead Spent Projectile weighing 166.4 Grains. Rifling 7R measured .??? DR 7R measured

After physical and microscopic examination of items 3-1 and 3-2 I found that these items lack sufficient individual microscopic markings in the areas examined to identify to a specific weapon. Areas examined were either too damaged or lack any markings of value.

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013





# Massachusetts State Police
# Firearms Identification Section

| | |
|---|---|
| Page 2 of 37 | |

| Case #13-08140 | Examiner's Initials & ID # _JAre C(0)_ |
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

4-119  One copper jacketed lead spent projectile weighing 230.3 Grains, Rifling 6R  Dia .4550 - .4610

After physical and microscopic examination of Item 4-119 I found that although the class characteristics of this item are compatible with having been fired by items 11-6 and 11-80, this item lacks sufficient individual microscopic markings in the areas examined to identify or exclude items 11-6 or 11-80 (weapons) as the source of this copper jacketed lead spent projectile.

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

Page 3 of 37

| Case #13-08140 | Examiner's Initials & ID # JDE 0697 |
|---|---|
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

4-112  ONE (1) copper jacketed lead spent projectile
weighing 151.6 grains    ?R    DIA .38W-.4005  poly rifling

4-113  ONE (1) copper jacketed lead spent projectile
weighing 166.7 grains   ?R    DIA .3935-.4025  poly rifling

4-114  ONE (1) Glock magazine

4-115  ONE (1) copper jacketed lead spent projectile
weighing 174.4 grains   ?R   DIA .3915-.3995  poly rifling

4-116  ONE copper jacketed lead spent projectile
weighing 114.5 grains   ?R   DIA .3940-.3990  poly rifling

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

| Page | 4 | of | 37 |

| Case #13-08140 | Examiner's Initials & ID # _JNN 0(4)_ |
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

4-117 One (1) copper jacketed lead spent projectile weighing 172.2 grains ?R   DIA .3930-.4015   poly riflling

Two copper/lead fragments with a total weight of 87.2 grains

4-118 One (1) copper jacketed lead spent projectile weighing 162.5 grains ?R   DIA - too damaged   poly rifling

4-120 One (1) copper jacketed lead spent projectile weighing 178.2 grains ?R   DIA .3930-.4030   poly rifling

4-121 Two (2) copper/lead fragments   Total weight 31.9 grains

4-124 One (1) copper jacketed lead spent projectile weighing 164.6 grains ?R   DIA .3955-.3975   poly rifling

Massachusetts State Police Forensic Services Group   FIS-F003-v03.0
FIS Examination Worksheet
Issued By:  Section Commander
Issue Date:  March 21, 2013



# Massachusetts State Police
# Firearms Identification Section
Page 5 of 37

| Case #13-08140 | Examiner's Initials & ID # JKe (160) |
|---|---|
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

4-126  Two (2) copper/lead projectile fragments
Total weight 70.1 Grains

4-127  ONE (1) copper jacketed lead spent projectile
weighing 164.8 Grains   Rifling, too damaged  DIA-too damaged poly rifling

4-128  ONE (1) copper jacketed lead spent projectile
weighing 180.6 Grains   ?R   DIA .3925-.3985  poly rifling

4-132  ONE (1) copper jacketed lead spent projectile
weighing 181.6 Grains   ?R   DIA .3980-.3925  poly rifling

4-133  ONE (1) copper jacketed lead spent projectile
weighing 177.8 Grains   ?R   DIA .3810-.3920  poly rifling

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

Cart 2

| | |
|---|---|
| Page 6 of 37 | |
| Case #13-08140 | Examiner's Initials & ID # JLC 0197 |
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

Item 4-134 one copper jacketed lead spent projectile weighing 165.1 grains. Rifling- two mangled and two narrow poly rifling

Item 4-135 one (1) .223/5.56mm caliber live cartridge head stamp "LC 08"

Item 4-136 one (1) 9mm Luger caliber live cartridge head stamp ".FC. 9mm Luger"

After physical and microscopic examination of item 4-134 I found it to be a copper jacketed lead spent projectile. It is severely damaged and does not contain any individual markings for a microscopic examination.

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

Page 7 of 37

| Case #13-08140 | Examiner's Initials & ID # DMY 0107 |
| --- | --- |
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

4-134.1 one (1) copper jacketed lead spent projectile, weighing 179.2 grains. PR  Dia .354-.400  poly rifling

After physical and microscopic examination of the above mentioned items I found that although the class characteristics of these items are compatible with having been fired from a .40 caliber weapon with polygonal rifling, these items lack sufficient individual microscopic markings in the areas examined to identify or exclude a single source weapon as the source of these copper jacketed lead spent projectiles.

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

| | |
|---|---|
| | Page 8 of 37 |
| Case #13-08140 | Examiner's Initials & ID # JMW 0197 |
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

Item 4-109 One (1) copper jacketed lead spent projectile weighing 94.3 grains. Rifling 6R. DIA - TW DAMAGED

Item 4-122 One (1) copper jacketed lead spent projectile weighing 108.6 grains. Rifling 6R. DIA .324W - .3720

Item 4-125 One (1) copper jacketed lead spent projectile weighing 115.2 grains. Rifling 6R. DIA TW DAMAGED

As the results of physical and microscopic examination of the above mentioned items against the test fires from item 4-1 9mm Luger caliber Ruger model P-95 SN pistol serial # 03115 I found that the above mentioned copper jacketed lead spent projectiles possess the same class characteristics of

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

| Page 9 | of | 37 |

| Case #13-08140 | Examiner's Initials & ID # 264 (K°) |
| Examination Start Date: 4/30/13 | Examination Finish Date: 8-27-13 |

caliber and rifling system. The Ab possess sufficient quantity and quality of individual markings located in the land and groove impressions. Items 4-119, 4-122 and 4-125 were all fired by item 4-1 weapon. One area of identification is shown in the sample photograph included in the case file.

Verified DJH 8-12-13

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0





13-08140





# Massachusetts State Police
# Firearms Identification Section

| Page | 11 | of | 37 |

| Case #13-08140 | Examiner's Initials & ID # DPC (007) |
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-27-13 |

5-80 ONE (1) copper jacketed lead spent projectile weighing 145.8 grains rifling 6R DIR no damage

5-81 ONE (1) copper jacketed lead spent projectile weighing 112.7 grains rifling 6R DIR no damage

As the result of physical and microscopic examination of items 5-80 and 5-81 against test fires from item 4-1 9mm Luger caliber Ruger model P95 S/A pistol serial # 01615 I found that items 5-80 and 5-81 posses the same class characteristics of caliber and land with impressions. Items 5-80 and 5-81 also posses sufficient quantity and quality of individual markings located in the land and groove impressions

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0



# Massachusetts State Police
# Firearms Identification Section

| Page 12 | of | 37 |

| Case #13-08140 | Examiner's Initials & ID # _JRC 0(5)_ |
| Examination Start Date: 04-30-13 | Examination Finish Date: 8-07-13 |

Items 5-80 and 5-81 were both fired from item 4-1 weapon. One area of identification is shown in 1X sample photographs included in the case file.

Verified PFS # 2929 8-9-13

Massachusetts State Police Forensic Services Group
FIS Examination Worksheet
Issued By: Section Commander
Issue Date: March 21, 2013

FIS-F003-v03.0







13-08140
jm