(02-08-12)



# FTU Toolmark Worksheet

| Date/Preparer: 1/19/14, eds | Description of Package: sealed bag |
|---|---|

**General Description:**

| Type of Toolmark: NMOV | Toolmark Action: see below |
|---|---|
| Marked: container | Composition: see below |
| Instrument: NA | Performance Check: NA |



Q608

Q608 is a piece of wire. The Q608 wire has green/dark green insulation (sooting), diameter 0.09", length ~ 1.0", inner wire appears to be missing, ends of insulation appear to have been torn –NMOV.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: Q608 | Laboratory Number: 130420100 AAR NN |



FTU Toolmark Worksheet

Page 6 of 12 Date: 7/4/14

(02-08-12)



# FTU Toolmark Worksheet

| Date/Preparer: 06/02/13, eds | Description of Package: sealed plastic bag |
|---|---|

**General Description:**

| Type of Toolmark: see below | Toolmark Action: see below |
|---|---|
| Marked: container | Composition: see below |
| Instrument: N/A | Performance Check: N/A |



**Q612**

Q612 is a two pieces of wire. The pieces of wire have a gray/green insulation with copper inner wires, diameters 0.085", lengths 10.0", and 9 ¼" – NMOV.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: Q612 | Laboratory Number: 130420100 AAR NN |



(02-08-12)



# FTU Toolmark Worksheet

| Date/Preparer: 06/02/13, eds | Description of Package: sealed plastic bag |
|---|---|

**General Description:**

| Type of Toolmark: see below | Toolmark Action: see below |
|---|---|
| Marked: container | Composition: see below |
| Instrument: N/A | Performance Check: N/A |



**Q641**

Q641 is two pieces of wire. The pieces of wire have a gray/green insulation with copper inner wires, diameters 0.085", lengths 12 ¼", and 12 ¾" – NMOV.

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: Q641 | Laboratory Number: 130420100 AAR NN |



(02-08-12)



## FTU Results of Comparisons Form

Date/Preparer: 06/10/13, eds

Specimens:

The tool used to cut insulation on specimen Q582.4 (end labeled A) was identified as having cut the insulation on specimen Q582.3 (end labeled A). EDS, 06/10/13.

*6/10/13*



Q582.4 (end A)          32x          Q582.3 (end A)

Confirmed by: *06/10/13*

*Q582.4 ID to Q582.3*

Inventoried:

*Q582.4 & Q582.3*

| File Number: 415M-BS-2814367 | Laboratory Number:130420100 NN |
|---|---|



(02-08-12)



## FTU Results of Comparisons Form

Date/Preparer: 06/10/13, eds

Additional photo of identification:



Q582.4 (end A)          90x          Q582.3 (end A)

| File Number: 415M-BS-2814367 | Laboratory Number:130420100 NN |
| --- | --- |

FTU Results of Comparisons Form



Page 10 of 12  Date: 7/4/14

(02-08-12)



## FTU Results of Comparisons Form

Date/Preparer: 07/08/2013/eds

Specimens:

The insulation at the ends of wires Q582.2 through Q582.4 were identified as having been cut by the same tool.

$\cancel{3}$ 7/8/13

|  | Q582.2 | Q582.3 A. | Q582.3 B | Q582.4 A | Q582.4 B |
|---|---|---|---|---|---|
| Q582.2 | ********** | ID | ID | ID | ID |
| Q582.3 A |  | ********** | ID | ID· | ID |
| Q582.3 B |  |  | ********** | ID | ID |
| Q582.4 A |  |  |  | ********** | ID |
| Q582.4 B |  |  |  |  | ********** |

highlighted comparisons confirmed by ⚡

Confirmed by: _~nfcuz_____   Date: _07/10/2013_

Inventoried: _Q582.2, Q582.3A|B, Q582.4|A|B_

File Number: 415M-BS-2814367     Laboratory Number: 130420100 NN



(02-08-12)



# FTU General Examination Notes

| Date/Preparer: 03/26/14, eds | Description of Package: NA |
|---|---|

**General Description:**

| Item | | NMOV | MOV | LMOV | Type |
|---|---|---|---|---|---|
| Q582 | toggle switch | | | * | slippage Phillips screws |
| Q582.2 | wire | | * | | Cut mark ATB from insulation strippers |
| Q582.3 | wire | | * | | Cut mark ATB from insulation strippers |
| Q582.4 | wire | | * | | Cut mark ATB from insulation strippers |
| Q582.5 | 9V connector | * | | | |
| Q582.6 | piece of plastic | * | | | |
| Q588 | lid | * | | | |
| Q603 | wires | * | | | |
| Q607 | wire | * | | | action pinching |
| Q608 | wire | * | | | |
| Q612 | wires | * | | | |
| Q641 | wires | * | | | |

| Notes: Erich D. Smith | File Number: 415M-BS-2814367 |
|---|---|
| Specimens: Evaluation | Laboratory Number: 130420100 AAR NN |

FTU General Examination Notes



Page 12 of 12  Date: 7/4/14 B