# EXHIBIT D1

7-1 (Rev. 7-10-06)

UNCLASSIFIED



## FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To:   Boston

Date:  May 23, 2014

Case ID No.:  415M-BS-2814367

Lab No.:  130416021 AAR
130418012 AAR
130420100 AAR
130421100 AAR
130422100 AAR
130422101 AAR
130423010 AAR
130423011 AAR
130423012 AAR
130424003 AAR
130425018 AAR
130427100 AAR
130427101 AAR
130429002 AAR
130429100 AAR
130503001 AAR
130507007 AAR
130507008 AAR
130508016 AAR
130726007 AAR
130813015 AAR
130816005 AAR

Reference:   See below

Your No.:

Title:   UNSUBS;
4/15/2013 Boston Marathon Bombing
IT

Date specimens received:  See below

The following specimens were received and examined in the Explosives Unit.

Page 1 of 108

UNCLASSIFIED

339

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 19, 2013 AND RECEIVED INTO THE LABORATORY ON THE FOLLOWING DATES; APRIL 16, 2013, APRIL 17, 2013 AND APRIL 18, 2013. THE ITEMS WERE ASSIGNED LABORATORY NUMBER 130416021 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 16, 2013:**

**BOYLSTON STREET, SCENE A    (Near ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮**

| | |
|---|---|
| Q1 | One (1) pair of pants (Your S1, E5180225) |
| Q1.1 | Belt from Q1 (Your S1, E5180225) |
| Q2 | Coat (Your S2, E5180224) |
| Q2.1 | Belt (Your S2, E5180224) |
| Q2.2 | Pants (Your S2, E5180224) |
| Q2.2.1 | Keys (Your S2, E5180224) |
| Q2.3 | Jacket (Your S2, E5180224) |
| Q3 | Cell phone (Your S3, E5180229) |
| Q4 | Swabs (Your S4, E5180227) |
| Q5 | Swab from window at LensCrafters (Your S5, E5180222) |
| Q6 | Strand of green insulated wire (Your S6, E5180226) |
| Q7 | C-size battery (Your S7, E5180228) |
| Q8 | Metal BBs with unknown material and pink material (Your S8, E5180220) |
| Q8.1 | Sampling of unknown material from Q8 (Your S8, E5180220) |
| Q9 | Piece of metal (Your S9, E5180223) |
| Q10 | Round metal object (Your S10, E5180221) |

Page 2 of 108

130416021 AAR

UNCLASSIFIED

## BOYLSTON STREET, SCENE B ███████████████

Q11    Black backpack from street (Your S2001, E5180255)

Q11.1    Paper from Q11 (Your S2001, E5180255)

Q11.2    Debris from Q11 (Your S2001, E5180255)

Q11.2.1    Hair from Q11.2 (Your S2001, E5180255)

Q12    Metal pieces (Your S2002, E5180252)

Q13    BB and metal fragment (Your S2003, E5180256)

Q14    Metal piece (Your S2004, E5180249)

Q15    Metal piece (Your S2005, E5180254)

Q16    Metal piece (Your S2006, E5180257)

Q16.1    Debris from Q16 (Your 2006, E5180257)

Q16.1.1    Hair from Q16.1 (Your 2006, E5180257)

Q17    iPhone 5 in case (Your S2007, E5180248)

Q18    Swab of metal gate (Your S2008, E5180250)

Q19    Cotton swab from base of tree (Your S2009, E5180251)

Q20    Cotton swab of Forum mailbox (Your S2010, E5180253)

## FROM HOSPITAL

Q21    Evidence bag from ██████████ (Your H45, E5180231)

Q21.1    Hospital transport bag from ██████████ (Your H45, E5180231)

Q21.2    Paper with trace from ██████████ (Your H45, E5180231)

Q21.3    Paper with trace from ██████████ (Your H45, E5180231)

Q22    One (1) pair of gray shorts from ██████████ (Your H45A, E5180234)

Page 3 of 108

130416021 AAR

UNCLASSIFIED

Q23      One (1) blue t-shirt from ███████ (Your H45B, E5180232)

Q23.1     One (1) pair of navy blue boxers from ███████ (Your H45B, E5180232)

Q24      One (1) gray long sleeve thermal shirt from ███████ (Your H45C, E5180233)

Q25      Pellets from belongings bag of ███████ (Your H45D, E5180235)

Q26      Pellets from belongings of ███████ (Your H45E, E5180236)

Q27      Verizon LG cell phone from ███████ (Your H45F, E5180230)

Q28      Shoes and trace paper (Your H100, E5180241)

Q29      One (1) white shirt from ███████ (Your H100A, E5180239)

Q29.1     One (1) sock from ███████ (Your H100A, E5180239)

Q29.2     One (1) sock from ███████ Your H100A, E5180239)

Q30      One (1) pair of pants from ███████ Your H100B, E5180244)

Q31      Piece of debris from ███████ Your H100C, E5180246)

Q32      Five (5) evidence bags, paper with trace evidence, FBI receipt for property, and one (1) pair of sneakers from ███████ Your H123, E5180237)

Q33      One (1) pair of dark pants from ███████ Your H123A, E5180240)

Q34      One (1) black shirt and one (1) pair of socks from ███████ (Your H123B, E5180238)

Q35      One (1) loose pellet from ███████ Your H123C, E5180235)

Q36      Pants, original packaging and trace paper (Your H142, E5180243)

Q37      One (1) black shirt, one (1) green jacket (Your H142A, E5180242)

Q38      Three (3) BBs and two (2) metal nails (Your H142B, E5180247)

**THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 17, 2013:**

**BOYLSTON STREET, SCENE A** ████████████████████

Page 4 of 108

130416021 AAR

UNCLASSIFIED

Q39       Wires and circuit board (Your S42, E5180270)

Q39.1-Q39.2       Tape from Q39 (Your S42, E5180270)

Q40       Debris with BB's (Your S43, E5180271)

**BOYLSTON STREET, SCENE B** ████████████████████████ )

Q41       Electrical components (Your S2024, E5180259)

Q 42       Device component and battery (Your S2027, E5180260)

Q42.1-Q42.6       Tape from Q42 (Your S2027, E5180260)

Q42.6.1-Q42.6.6       Hairs form Q42.1-Q42.6 (Your S2027, E5180260)

Q42.7       Tape from Q42 (Your S2027, E5180260)

Q43       Circuit board (Your S2029, E5180261)

Q44       Metal device component (Your S2031, E5180262)

Q44.1-Q44.2       Tape from Q44 (Your S2031, E5180262)

Q45       Plastic debris (Your S2032, E5180264)

Q46       Battery (Your S2035, E5182065)

Q47       Battery (Your S2037, E5180266)

Q48       Battery (Your S2060, E5180263)

Q49       BBs, nails, insulated wire, piece of metal, fabric, plastic beads, and white caulk
          material (Your S2065, E5180268)

Q49.1       Two (2) pieces of wire, two(2) pieces of black plastic, and one (1) piece of metal
          (Your S2065, E5180268)

Q50       Wires and connector (Your S2078, E5180267)

Q51       Piece of green insulated wire (Your S2079, E5180269)

Q52       Electrical components (Your S2099, E5180258)

Page 5 of 108

130416021 AAR

UNCLASSIFIED

Q52.1-Q52.5      Tape from Q52 (Your S2099, E5180258)

Q52.6     One (1) hexagonal shaped piece of unknown material (Your S2099, E5180258)

## THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 17, 2013:

## BOYLSTON STREET, SCENE A  (                )

Q53      Pressure cooker bottom metal plate (Your S101, E5180330)

Q53.1     Tape from Q53 (Your S101, E5180330)

Q54      Metal fragments (Your S98, E5180331)

Q55      Control swab (Your S12, E5180273)

Q56      Suit control swab (Your S13, E5180274)

Q57      Suit control swab (Your S14, E5180275)

Q58      Lamp post bottom swab (Your S15, E5180276)

Q59      Seat of blast swab (Your S16, E5180277)

Q60      Seat of blast swab (Your S17, E5180278)

Q61      Swab from left side of fence (Your S18, E5180279)

Q62      Swab of wall on right side of door (Your S19, E5180280)

Q63      Scraping from seat of blast (Your S20, E5180281)

Q64      Vacuum canister from seat of blast (Your S21, E5180282)

Q65      Vacuum canister from seat of blast (Your S22, E5180283)

Q66      Swab of burned debris (Your S23, E5180284)

Q67      Metal pieces (Your S24, E5180286)

Q68      Miscellaneous debris (Your S25, E5180285)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

| | | |
|---|---|---|
| Q68.1 | Piece of black plastic | (Your S25, E5180285) |
| Q69 | BBs | (Your S26, E5180287) |
| Q70 | Black fabric | (Your S27, E5180288) |
| Q71 | BBs with glue | (Your S28, E5180320) |
| Q72 | Base of gray screw | (Your S29, E5180321) |
| Q73 | Piece of metal | (Your S30, E5180322) |
| Q74 | Black tape | (Your S31, E5180323) |
| Q75 | Drywall screw | (Your S32, E5180324) |
| Q76 | Black tape | (Your S33, E5180325) |
| Q77 | Black tape | (Your S34, E5180394) |
| Q78 | Piece of metal | (Your S35, E5180393) |
| Q79 | Duct tape | (Your S36, E5180392) |
| Q80 | Silver-colored screw | (Your S37, E5180391) |
| Q81 | Two (2) AA batteries | (Your S38, E5180390) |
| Q82 | Black metal zipper pull | (Your S39, E5180389) |
| Q83 | Piece of metal | (Your S40, E5180388) |
| Q84 | Clear plastic item with red top | (Your S41, E5180387) |
| Q85 | Base of silver-colored screw | (Your S44, E5180314) |
| Q86 | Black tape | (Your S45, E5180313) |
| Q87 | AA battery | (Your S46, E5180312) |
| Q88 | Silver-colored spring | (Your S47, E5180311) |
| Q89 | Rusty nail | (Your S48, E5180310) |

Page 7 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q90        Gray screw (Your S49, E5180309)

Q91        Duct tape (Your S50, E5180308)

Q91.1      Duct tape (Your S50, E5180308)

Q91.2      Duct tape (Your S50, E5180308)

Q91.3      Duct tape (Your S50, E5180308)

Q92        Silver-colored metal fragment (Your S51, E5180307)

Q93        Piece of white paper (Your S52, E5180306)

Q94        Gray piece of metal (Your S53, E5180305)

Q95        Black zipper (Your S54, E5180304)

Q96        Three (3) BBs (Your S55, E5180297)

Q97        Two (2) metal staples (Your S56, E5180303)

Q98        Piece of black plastic (Your S57, E5180302)

Q99        Black screw (Your S58, E5180301)

Q100       Gray screw (Your S59, E5180300)

Q101       Metal fragment with fibers and red stains (Your S60, E5180299)

Q102       Silver-colored metal fragment (Your S61, E5180298)

Q103       Silver-colored screw (Your S62, E5180296)

Q104       One (1) piece of black electrical tape with fibers (Your S63, E5180295)

Q104.1     One (1) piece of silver colored duct tape (Your S63, E5180295)

Q104.2     One (1) piece of black tape (Your S63, E5180295)

Q105       Gray drywall screw (Your S64, E5180293)

Q106       Piece of green insulated wire (Your S65, E5180294)

Page 8 of 108

130416021 AAR

UNCLASSIFIED

Q107    Piece of black plastic (Your S66, E5180292)

Q108    Piece of cardboard (Your S67, E5180291)

Q108.1  One (1) piece of duct tape (Your S67, E5180291)

Q108.2  One (1) piece of duct tape (Your S67, E5180291)

Q109    Backpack pieces (Your S91, E5180290)

Q109.1  Three (3) zipper pulls (Your S91, E5180290)

Q109.1.1  One (1) zipper pull from Q109.1 (Your S91, E5180290)

Q109.2  Piece of green insulated wire (Your S91, E5180290)

Q110    C-cell battery (Your S11, E5180272)

**FROM HOSPITAL**

Q111    Gray jacket (Your H190, E5180396)

Q112    One (1) metal BB (Your H190A, E5180395)

**THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 18, 2013:**

**BOYLSTON STREET, SCENE B**

Q113    Nokia cell phone (Your S2153, 1B111, E5180398)

Q114    Plastic tab (Your S2066, E5180372)

Q115    Battery label (Your S2120, E5180343)

Q116    Zipper pull tab (Your S2082, E5180358)

Q117    Wire (Your S2096, E5180354)

Q118    Zipper pull tab (Your S2101, E5180353)

Q119    Piece of grey fabric (Your S2119, E5180344)

Q119.1  Piece of white caulk (Your S2119, E5180344)

Page 9 of 108

130416021 AAR

Case 1:13-cr-10200-GAO Document 810-11 *SEALED* Filed 12/24/14 Page 11 of 112

UNCLASSIFIED

Q119.2     Grey string material (Your S2119, E5180344)

Q119.3     Piece of black fabric (Your S2119, E5180344)

Q120       BB's in unknown substance (Your S2125, E5180341)

Q120.1     Sampling of unknown material from Q120 (Your S2125, E5180341)

Q121       Black fabric (Your S2141, E5180316)

Q122       Electronic component (Your S2056, E5180413)

Q122.1     Piece of black plastic from Q122 (Your S2056, E5180413)

Q123       Piece of fabric (Your S2111, E5180347)

Q124       Backpack pieces (Your S2018, E5180339)

Q125       Cardboard (Your S2053, E5180375)

Q125.1     Tape from Q125 (Your S2053, E5180375)

Q125.2     Hair from Q125-Q125.1 (Your S2053, E5180375)

Q125.3     Tape from Q125 (Your S2053, E5180375)

Q125.3.1  Piece of tape from Q125.3 (Your S2053, E5183075)

Q125.4     Three (3) hexagonal shaped pieces of unknown material (Your S2053, E5180375)

Q126       Metal fragments (Your S2074, E5180363)

Q126.1     Piece of paper from Q126 (Your S2074, E5180363)

Q126.2     Piece of rubber from Q126 (Your S2074, E5180363)

Q127       Piece of metal (Your S2245, E5180459)

Q128       Piece of gold-colored metal (Your S2051, E5180378)

Q129       BBs in unknown material, pink material, and white caulk (Your S2045, E5180379)

Q129.1-Q129.3     Sampling of unknown material from Q129 (Your S204, E5180379)

130416021 AAR

UNCLASSIFIED

Q130        Green hobby fuse (Your S2086, E5180356)

Q130.1      Tape from Q130 (Your S2086, E5180356)

Q131        Backpack fragments (Your S2143, E5180435)

Q131.1      Tape from Q131 (Your S2143, E5180435)

Q132        C-cell battery (Your S2147, E5180434)

Q133        Two (2) pieces of fabric material (Your S2161, E5180433)

Q134        Vacuuming of blast site (Your S2057, E5180432)

Q135        Piece of fabric (Your S2092, E5180440)

Q136        Electronic connector (Your S2123, E5180439)

Q137        Zipper pull tab (Your S2138, E5180437)

Q138        Electrical components and white caulk material (Your S2139, E5180436)

Q139        Soil from blast seat (Your S2048, E5180431)

Q139.1      Sampling of unknown material from Q139 (Your S2048, E5180431)

Q139.2      Sampling of unknown material from Q139 (Your S2048, E5180431)

Q140        Metal fragments (Your S2049, E5180409)

Q141        Piece of backpack (Your S2129, E5180438)

Q142        Button-cell battery (Your S2128, E5180317)

Q143        Black fabric (Your S2055, E5180411)

Q144        Piece of dark fabric (Your S2047, E5180406)

Q145        BB's in unknown substance (Your S2022, E5180332)

Q145.1      Sampling of unknown material from Q145 (Your S2022, E5180332)

Q146        Metal piece (Your S2021, E5180333)

130416021 AAR

UNCLASSIFIED

Q146.1    Tape from Q146 (Your S2021, E5180333)

Q147      Button-cell battery (Your S2046, E5180377)

Q148      Unknown pink material (Your S2030, E5180335)

Q149      BB's, nails, and caulking material (Your S2042, E5180382)

Q149.1    Sampling of unknown material from Q149 (Your S2042, E5180382)

Q149.2    Sampling of unknown material from Q149 (Your S2042, E5180382)

Q150      Fabric with handle (Your S2023, E5180329)

Q151      Cardboard (Your S2028, E5180334)

Q151.1    Tape from Q151 (Your S2028, E5180334)

Q151.1.1  Piece of tape isolated from Q151.1 (Your S2028, E5180334)

Q151.2    Tape from Q151 (Your S2028, E5180334)

Q151.2.1  Piece of tape isolated from Q151.2 (Your S2028, E5180334)

Q152      Piece of zipper and black fabric (Your S2058, E5180430)

Q153      Piece of green insulated wire (Your S2062, E5180408)

Q154      Metal fragmentation (Your S2070, E5180366)

Q155      Plastic sign (Your S2069, E5180371)

Q156      Clothing (Your S2073, E5180364)

Q156.1    Pieces of fabric (Your S2073, E5180364)

Q156.2    BB (Your S2073, E5180364)

Q157      BB's, nails, fabric, cardboard, rubber band, metal fragmentation, glass, metal charm (Your S2093, E5180355)

Q157.1    Tape from Q157 (Your S2093, E5180355)

Q157.2-Q157.4    Sampling of unknown material from Q157 (Your S2093, E5180355)

Page 12 of 108

130416021 AAR

UNCLASSIFIED

Q158        Fabric fragments (Your S2115, E5180365)

Q158.1      Tape from Q158 (Your S2115, E5180365)

Q159        BB's (Your S2044, E5180380)

Q160        Staple (Your S2064, E5180370)

Q161        Zipper pull tab (Your S2112, E5180346)

Q162        Duct tape (Your S2114, E5180345)

Q162.1      Duct tape (Your S2114, E5180345)

Q163        Miscellaneous debris (Your S2106, E5180351)

Q164        Rusty screw (Your S2124, E5180342)

Q165        Piece of wire (Your S2142, E5180315)

Q166        Pamphlet "Who Murdered Clarice?" (Your S2105, E5180350)

Q167        Shirt (Your S2110, E5180348)

Q167.1      Jacket (Your S2110, E5180348)

Q167.2      Yellow paper (Your S2110, E5180348)

Q167.3      Three (3) paper napkins (Your S2110, E5180348)

Q167.4      Left shoe (Your S2110, E5180348)

Q167.5      BBs and pieces of metal (Your S2110, E5180348)

Q167.6      Piece of paper (Your S2110, E5180348)

Q167.6.1    Tape from Q167.6 (Your S2110, E5180348)

Q168        Tree (Your S2117, E5180326)

**BOYLSTON STREET, SCENE A**

Q169        Wire (Your S116, E5180402)

Page 13 of 108

130416021 AAR

UNCLASSIFIED

Q170      Black fabric (Your S155, E5180468)

Q171      Five (5) pieces of green insulate wire, two (2) black plastic pieces, and one (1) switch
          (Your S110, E5180340)

Q171.1    Tape from Q171 (Your S110, E5180340)

Q172      Capacitor (Your S111, E5180397)

Q173      Black handle (Your S151, E5180464)

Q174      Metal fragment (Your S89, E5180337)

Q175      Cloth fragment (Your S88, E5180336)

Q176      Black fabric fragments (Your S90, E5180338)

Q177      Piece of green insulate wire (Your S117, E5180403)

Q178      Circuit board (Your S118, E5180404)

Q179      Plastic piece (Your S119, E5180405)

Q180      Metal fragments (Your S150, E5180463)

Q181      Terminal post (Your S181, E5180466)

Q182      Rubber fragment (Your S125, E5180451)

Q183      Burned cardboard fragments and BB (Your S131, E5180454)

Q183.1    Tape from Q183 (Your S131, E5180454)

Q183.1.1  Hair from specimen Q183.1 (Your S131, E5180454)

Q183.1.2  Piece of tape isolated from Q183.1 (Your S131, E5180454)

Q183.2    Tape from Q183 (Your S131, E5180454)

Q184      Black electronic chip (Your S129, E5180453)

Q185      Piece of cardboard (Your S132, E5180455)

Page 14 of 108

130416021 AAR

UNCLASSIFIED

Q185.1      Tape from Q185 (Your S132, E5180455)

Q186        Electronic component (Your S133, E5180456)

Q187        Piece of wire (Your S135, E5180457)

Q188        One (1) piece of green insulated wire and two (2) pieces of plastic (Your S136, E5180458)

Q189        Metal fragment (Your S82, E5180441)

Q190        Pieces of green insulated wire (Your S84, E5180445)

Q190.1      Tape from Q190 (Your S84, E5180445)

Q191        Cardboard (Your S115, E5180448)

Q191.1      Tape from Q191 (Your S115, E5180448)

Q192        Green hobby fuse (Your S83, E5180444)

Q192.1      Tape from Q192 (Your S83, E5180444)

Q193        Black fabric (Your S85, E5180446)

Q194        Black piece of fabric (Your S109, E5180447)

Q195        Pieces of green insulated wire and one (1) red plastic piece (Your S121, E5180449)

Q195.1      Tape from Q195 (Your S121, E5180449)

Q195.1.1    Portion of glove (Your S121, E5180449)

Q196        Metal fragment (Your S122, E5180450)

Q197        BBs (Your S126, E5180452)

Q198        Black fabric (Your S102, E5180421)

Q199        Cardboard pieces (Your S103, E5180415)

Q199.1-Q199.25      Tape from Q199 (Your S103, E5180415)

Q199.25.1-Q199.25.2    Hairs from specimens Q199.1-Q199.25 (Your S103, E5180415)

Page 15 of 108

130416021 AAR

UNCLASSIFIED

Q199.26-Q199.27     Cardboard pieces (Your S103, E5180415)

Q199.28- Q199.30     Cardboard pieces (Your S103, E5180415)

Q199.31- Q199.34     Duct tape from Q199 (Your S103, E5180415)

Q200     Pieces of fabric (Your S104, E5180416)

Q201     Black fabric pieces (Your S105, E5180422)

Q202     One (1) C-size battery (Your S80, E5180428)

Q203     Metal fragment (Your S106, E5180424)

Q204     BBs (Your S107, E5180427)

Q205     Metal fragment (Your S78, E5180425)

Q206     Metal fragment (Your S79, E5180419)

Q207     Unknown pink material with BBs attached (Your S114, E5180426)

Q208     Battery wrapper and BB (Your S120, E5180429)

Q208.1     Tape from Q208 (Your S120, E5180429)

Q209     BBs in unknown substance (Your S123, E5180417)

Q209.1     Debris from Q209 (Your S123, E5180417)

Q209.2     Fabric from Q209 (Your S123, E5180417)

Q209.3     Tape from Q209 (Your S123, E5180417)

Q209.4-Q209.5     Sampling of unknown material from Q209 (Your S123, E5180417)

Q210     Battery and metal fragment (Your S124, E5180420)

Q211     Black plastic pieces and capacitor (Your S139, E5180418)

Q211.1     Two (2) black pieces attached with foam tape (Your S139, E5180418)

Q212     Battery terminal (Your S141, E5180423)

Page 16 of 108

130416021 AAR

UNCLASSIFIED

Q213      BBs (Your S147, E5180460)

Q214      BBs in unknown substance, cardboard, and pieces of metal (Your S149, E5180462)

Q214.1-Q214.2      Sampling of unknown material from Q214 (Your S149, E5180462)

Q215      Green wire piece (Your S152, E5180465)

Q216      One (1) piece of burned torn leather and one (1) piece of fabric (Your S154, E5180467)

Q217      Piece of fabric and paper (Your S148, E5180461)

Date specimens received: April 18, 2013, April 19, 2013 and April 20, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 23, 2013 AND RECEIVED INTO THE LABORATORY ON THE FOLLOWING DATES; APRIL 18, 2013, APRIL 19, 2013 AND APRIL 20, 2013. THE ITEMS WERE ASSIGNED LABORATORY NUMBER 130418012 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 18, 2013:**

**BOYLSTON STREET, SCENE B** ███████████

Q218      Copper colored metal component (Your S2087, E5182194)

Q219      Copper colored metal component (Your 2089, E5182189)

Q220      Metal (Your S2098, E5182201)

Q221      C – cell battery (Your S2108, E5182195)

Q222      Two (2) pieces of wire and one (1) metal fragment (Your S2113, E5182206)

Q223      Fabric (Your S2136, E5182220)

Q224      Pieces of fabric, one (1) plastic bead, and three (3) nails (Your S2137 E5182216)

Page 17 of 108

130416021 AAR

UNCLASSIFIED

Q225      BBs, one (1) nail, wire (Your S2171, E5182283)

Q226      Fabric and red insulated wire (Your S2176, E5182271)

Q227      Fabric, three (3) BBs, and one (1) nail (Your S2179, E5182291)

Q227.1    Tape from Q227 (Your S2179, E5182291)

Q227.1.1  Piece of tape isolated from Q227.1 (Your S2179, E5182291)

Q228      Debris (Your S2180, E5182324)

Q229      Plastic, two (2) BBs, pink material (Your S2181, E5182227)

Q230      One (1) piece of green insulated wire (Your S2182, E5182326)

Q231      Small piece of clumped wires (Your S2184, E5182278)

Q231.1    Tape from Q231 (Your S2184, E5182278)

Q232      Metal (Your S2034, E5182277)

Q233      Metal (Your S2229, E5182279)

Q234      Three (3) pieces of green insulated wire (Your S2204, E5182215)

Q235      Debris (Your S2083, E5182286)

Q235.1    Piece of green insulated wire from Q235 (Your S2083, E5182286)

Q236      Wire (Your S2130, E5182317)

Q237      Three (3) pieces of debris and one (1) LED light (Your S2170, E5182319)

Q238      Two (2) pieces of plastic (Your S2173, E5182284)

Q239      One (1) electrical component (Your S2174, E5182323)

Q240      One (1) piece of green insulated wire and one (1) piece of rubber (Your S2175, E5182288)

Q241      One (1) piece of green insulated wire and one (1) piece of fabric (Your S2178, E5182327)

Page 18 of 108

130416021 AAR

UNCLASSIFIED

Q242     One (1) electrical component (Your S2183, E5182321)

Q243     Six (1) BBs (Your S2228, E5182293)

Q244     One (1) piece of plastic (Your S2033, E5182287)

Q245     Two (2) pieces of plastic (Your S2118, E5182191)

Q246     One (1) zipper pull (Your S2121, E5182190)

Q247     BB's and nails (Your S2122, E5182204)

Q248     One (1) zipper pull (Your S2090, E5182188)

Q249     One (1) zipper pull (Your S2097, E5182203)

Q250     One (1) piece of wire (Your S2132, E5182231)

Q251     One (1) piece of white insulated wire (Your S2133, E5182280)

Q252     One (1) piece of green insulated wire and piece of zipper (Your S2134, E5182230)

Q253     Four (4) pieces of wire (Your S2192, E5182218)

Q254     One (1) zipper pull (Your S2197)

Q255     Fabric and cardboard (Your S2198, E5182222)

Q255.1   Tape from Q255 (Your S2198, E5182222)

Q256     Fabric (Your S2149, E5182225)

**THE FOLLOWING SPECIMENS WERE RECEIVED BY THE LABORATORY ON APRIL 19, 2013:**

**MEDICAL EXAMINER'S OFFICE**

Q257     BBs (Your ME3, E5182431)

Q257.1   Debris (Your ME3, E5182431)

Q258     BBs (Your ME5, E5182421)

UNCLASSIFIED

Q259      BBs fabric debris (Your ME8, E5182424)

Q259.1    Debris (Your ME8, E5182424)

Q260      BBs in unknown material (Your ME9, E5182425)

Q260.1    Sampling of unknown material from Q260 (Your ME9, E5182425)

Q261      Debris (Your ME13, E5182299)

Q262      One (1) BB (Your ME15, E5182301)

Q262.1    Debris (Your ME15, E5182301)

Q263      One (1) BB (Your ME16, E5182302)

Q263.1    Debris (Your ME16, E5182302)

Q264      BBs (Your ME17, E5182427)

Q264.1    Debris (Your ME17, E5182427)

Q264.2    Package of earplugs (Your ME17, E5182427)

Q265      BBs (Your ME18, E5182428)

Q265.1    Debris (Your ME18, E5182428)

Q265.2    Metal fragment (Your ME18, E5182428)

Q266      BBs (Your ME1, E5182418)

Q266.1    Nails (Your ME1, E5182418)

Q266.2    Miscellaneous debris (Your ME1, E5182418)

Q266.3    Metal fragment (Your ME1, E5182418)

Q266.4    Swab (Your ME1, E5182418)

Q267      One (1) BB (Your ME4, E5182420)

Q267.1    Nail (Your ME4, E5182420)

Page 20 of 108

130416021 AAR

UNCLASSIFIED

Q267.2    Miscellaneous debris (Your ME4, E5182420)

Q268    BBs with unknown material and nails (Your ME7, E5182423)

Q268.1    Miscellaneous debris (Your ME7, E5182423)

Q268.1.1    Tape from Q268.1 (Your ME7, E5182423)

Q268.1.1.1    Piece of tape from Q268.1.1 (Your ME7, E5182423)

Q268.1.2    Tape from Q268.1 (Your ME7, E5182423)

Q268.2    Electronic component (Your ME7, E5182423)

Q268.3    Metal fragments (Your ME7, E5182423)

Q268.4    Sampling of unknown material from Q268 (Your ME7, E5182423)

Q269    BBs and unknown material (Your ME12, E5182298)

Q269.1    Two (2) swabs (Your ME12, E5182298)

Q269.2    Metal fragments (Your ME12, E5182298)

Q269.3    Debris (Your ME12, E5182298)

Q269.4    Sampling of unknown material from Q269 (Your ME12, E5182298)

Q270    BBs (Your ME19, E5182429)

Q270.1    Debris (Your ME19, E5182429)

Q270.1.1    Piece of green plastic from Q270.1 (Your ME19, E5182429)

**MASS GENERAL HOSPITAL (FROM** ▮▮▮▮▮▮▮▮▮▮

Q271    Pair of shoes (Your G18, E5182439)

Q272    Clothing and flowers (Your G19, E5182440)

Q272.1    US currency totaling $0.65 (Your G19, E5182440)

Q273    Sweatshirt (Your G20, E5182438)

Page 21 of 108

130416021 AAR

UNCLASSIFIED

Q274    Clothing and water bottles (Your G21, E5182437)

## BOYLSTON STREET, SCENE B ██████████████

Q275    White baseball cap (Your S2277, E5182436)

Q275.1    Hair from Q275 (Your S2277, E5182436)

Q276    Clothing and cardboard (Your S2233, E5182362)

Q276.1    Tape from Q276 (Your S2233, E5182362)

Q277    Swab from grate #1 (Your S2012, E5182259)

Q278    Swab from grate #2 (Your S2013, E5182252)

Q279    Swab from grate #3 (Your S2014, E5182246)

Q280    Scrapings from metal grate (Your S2014, E5182246)

Q281    Swab of mailbox (Your S2017, E5182260)

Q282    Swab of tree (Your S2019, E5182261)

Q283    Black tape (Your S2287, E5182477)

Q284    Wire pieces (Your S2155, E5182256)

Q284.1    Hair from Q284 (Your S2155, E5182256)

Q285    Fabric (Your S2156, E5182257)

Q286    Wires (Your S2206, E5182239)

Q287    Wire (Your S207, E5182235)

Q287.1    Hairs from Q287 (Your S207, E5182235)

Q288    Zipper pull tap (Your S2210, E5182240)

Q289    Wire pieces (Your S2219, E5182251)

Q290    Black rubber piece (Your S2238, E5182364)

Page 22 of 108

130416021 AAR

UNCLASSIFIED

Q291        Rocks (Your S2282, E5182475)

Q291.1      Tape from Q291 (Your S2282, E5182475)

Q292        Fabric pieces, cardboard, BBs, unknown pink material, other unknown debris (Your S2311, E5182473)

Q292.1      Sampling of unknown material from Q292 (Your S2311, E5182473)

Q293        Cardboard and debris (Your S2234, E5182359)

Q293.1-Q293.3        Tape from Q293 (Your S2234, E5182359)

Q294        Zipper (Your S2237, E5182366)

Q295        Electronic components and debris (Your S2286, E5182474)

Q296        Plastic pieces (Your S2302, E5182471)

Q296.1-Q296.2        Tape from Q296 (Your S2302, E5182471)

Q297        Black plastic piece (Your S2304, E5182)

Q298        Wires (Your S2315, E5180499)

Q298.1      Three (3) pieces of metal (Your S2315, E5180499)

Q298.2      Two (2) pieces of plastic (Your S2315, E5180499)

Q299        Black plastic piece (Your S2321, E5180500)

Q300        Black plastic knob (Your S2285, E5180501)

Q301        Rocks (Your S2289, E5182476)

Q301.1-Q301.2        Tape from Q301 (Your S2289, E5182476)

Q302        Telephone base station pieces (Your S2290, E5180503)

Q302.1      Two (2) circuit boards (Your S2290, E5180503)

Q303        C-cell battery (Your S2290, E5180503)

Q304        Seven (7) keys, car remote, and pocket knife on key ring (Your S2290, E5180503)

Page 23 of 108

130416021 AAR

UNCLASSIFIED

K1     Control swab (Your S2011, E5182262)

K2     Control scissors and vial (Your S2016, E5182254)

K3     Buccal swab from ███████████████████████████████
       17, E5182303)

K4     Buccal swab from ███████████████████████████████
       17, E5182303)

## BOYLSTON STREET, SCENE A    (Near Marathon Sports located at 671 Boylston St.)

Q305    Metal fragment (Your S137, E5182165)

Q306    Cardboard (Your S144, E5182353)

Q306.1  Tape from Q306 (Your S144, E5182353)

Q307    Zipper (Your S202, E5182441)

Q308    One (1) piece of green insulated wire and one (1) piece of gray insulated wire (Your S176, E5182346)

Q309    Black plastic pieces and wire (Your S177, E5182348)

Q309.1  Piece of black plastic (Your S177, E5182348)

Q309.2  Piece of black plastic with screw (Your S177, E5182348)

Q310    Black plastic piece (Your S179, E5182341)

Q311    Black plastic piece (Your S180, E5182330)

Q312    Piece of metal (Your S184, E5182332)

Q313    Black plastic piece (Your S187, E5182336)

Q314    Wire pieces (Your S71, E5182180)

Q315    Gold-colored metal fragment with wire (Your S190, E5182334)

Q316    Piece of zipper (Your S198, E5182461)

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q317    Spring (Your S199, E5182442)

Q318    Zipper pull and one (1) wire (Your S161, E5182340)

Q319    Two (2) wire pieces (Your S167, E5180473)

Q320    Four (4) black plastic pieces and one (1) piece of wire (Your S168, E5182337)

Q321    Metal fragments (Your S171, E5182343)

Q322    Clear plastic pieces and detonator fragments (Your S172, E5182347)

Q323    Black plastic piece (Your S175, E5182338)

Q324    Metal terminal (Your S183, E5182345)

Q324.1  Tape from Q324 (Your S183, E5182345)

Q325    Wire piece with solder (Your S188, E5182335)

Q326    Metal fragment (Your S189, E5182344)

Q327    Metal fragment (Your S192, E5182329)

Q328    Spring (Your S193, E5182339)

Q329    Metal fragment (Your S195, E5182331)

Q330    Battery cover (Your S220, E5182450)

Q330.1  Tape from Q330 and portion of battery cover (Your S220, E5182450)

Q331    Metal fragment (Your S221, E5182459)

Q332    Broken filament bulb and housing (Your S222, E5182449)

Q333    Debris (Your S237, E5182456)

Q334    Black plastic piece (Your S237, E5182456)

Q335    Metal fragment (Your S239, E5182454)

Q336    BBs and unknown material (Your S269, E5180508)

Page 25 of 108

130416021 AAR

UNCLASSIFIED

Q336.1-Q336.2     Sampling of unknown material from Q336 (Your S269, E5180508)

Q337     Electronic component (Your S269, E5180508)

Q338     BB with hair attached (Your S160, E5182463)

Q338.1     Hair from Q338 (Your S160, E5182463)

Q339     One (1) piece of green insulated wire and one (1) piece of gray insulated wire (Your S249, E5180519)

Q340     Debris (Your S264, E5180514)

Q341     Metal Fragment (Your S265, E5180531)

Q342     Pieces of fabric (Your S246, E5180517)

Q343     Black plastic piece (Your S282, E5180534)

Q344     Three (3) zip tie pieces (Your S283, E5180536)

Q345     Piece of white plastic (Your S284, E5180537)

Q346     One (1) zip tie piece (Your S285, E5180538)

Q347     Black plastic piece (Your S286, E5180539)

Q348     Zipper piece (Your S287, E5180542)

Q349     Metal piece (Your S289, E5180541)

Q350     Gray plastic piece (Your S290, E5180540)

Q351     Two (2) white plastic pieces (Your S291, E5180535)

Q352     Swabs of secondary burn site (Your S242, E5180529)

Q353     Swabs of secondary burn site (Your S242, E5180529)

Q354     Swabs of secondary burn site (Your S242, E5180529)

Q355     Wire (Your S208, E5180563)

Q356     Black fabric (Your S280, E5180533)

Page 26 of 108

130416021 AAR

UNCLASSIFIED

Q357        BBs (Your S210, E5180573)

Q358        Pieces of plastic and debris (Your S263, E5180512)

Q359        White plastic (Your S255, E5180505)

Q360        Black Velcro (Your S253, E5180510)

Q361        Backpack pieces (Your S251, E5180527)

Q362        White plastic (Your S257, E5180511)

Q363        Piece of zipper (Your S258, E5180509)

Q364        Pieces of fabric (Your S244, E5180524)

Q365        Black fabric (Your S273, E5180520)

Q366        Backpack pieces (Your S268, E5180507)

Q367        Black plastic (Your S271, E5180526)

Q368        Backpack pieces (Your S276, E5180518)

Q369        Plastic and metal debris (Your S262, E5180504)

Q369.1      Green plastic pieces (Your S262, E5180504)

Q369.2      Red plastic ring (Your S262, E5180504)

Q369.3      Metal pieces (Your S262, E5180504)

Q369.4      Zipper pull tab (Your S262, E5180504)

Q370        Zipper from backpack (Your S279, E5180532)

Q371        Two (2) pieces of green insulated wire (Your S245, E5180521)

Q372        Backpack pieces (Your S108, E5180525)

Q372.1      BBs from Q372 (Your S108, E5180525)

Q373        Steel colored ball bearing (Your S158, E5180577)

Page 27 of 108

130416021 AAR

Case 1:13-cr-10200-GAO   Document 818-11 SEALED   Filed 12/24/14   Page 29 of 112

UNCLASSIFIED

Q374      BBs and metal pieces (Your S270, E5180506)

Q375      Backpack pieces (Your S250, E5180523)

Q376      Black material (Your S252, E5180513)

Q377      Zipper pull, two (2) screws and plastic pieces (Your S166, E5180580)

Q378      Broken nail (Your S164, E5180582)

Q379      Black fabric (Your S256, E5180515)

Q380      Black plastic (Your S254, E5180522)

Q381      Paper, plastic pieces, fabric and metal pieces (Your S182, E5180576)

Q382      Round metal object (Your S185, E5182465)

Q383      BBs and miscellaneous debris (Your S238, E5180581)

Q383.1    Sampling of unknown material from Q383 (Your S238, E5180581)

Q384      BBs and miscellaneous debris (Your S266, E5180549)

Q384.1    Sampling of unknown material from Q384 (Your S266, E5180549)

Q385      BBs and miscellaneous debris (Your S112, E5182464)

Q385.1    Sampling of unknown material from Q385 (Your S112, E5182464)

Q386      BBs and miscellaneous debris (Your S267, E5180552)

Q386.1    Sampling of unknown material from Q386 (Your S267, E5180552)

Q387      BBs and miscellaneous debris (Your S248, E5180547)

Q387.1    Sampling of unknown material from Q387 (Your S248, E5180547)

Q388      Fabric (Your S274, E5180546)

Q389      BBs (Your S224, E5180570)

Q390      Eight (8) pieces of plastic (Your S275, E5182469)

Page 28 of 108

130416021 AAR

UNCLASSIFIED

Q391    Pieces of fabric, black plastic, and red plastic (Your S169, E5180575)

Q392    BBs and miscellaneous debris (Your S170, E5180579)

Q392.1  Tape from Q392 (Your S170, E5180579)

Q392.2  Sampling of unknown material from Q392 (Your S170, E5180579)

Q393    BBs (Your S277, E5180548)

Q394    BBs (Your S165, E5180584)

Q394.1  Tape form Q394 (Your S165, E5180584)

Q395    Head of nail and broken screw (Your S159, E5180583)

Q396    BBs (Your S212, E5180569)

Q397    Altoids tin, zipper fragment, zip tie and blast debris (Your S236, E5182466)

Q398    BBs and miscellaneous debris (Your S260, E5182470)

Q398.1  Sampling of unknown material from Q398 (Your S260, E5182470)

Q399    Metal button (Your 1B427, E5180585)

Q400    Metal piece (Your S186, E5180586)

Q401    BBs and miscellaneous debris (Your S278, E5180545)

Q401.1  Sampling of unknown material from Q401 (Your S279, E5180545)

Q402    BBs and miscellaneous debris (Your S272, E5180551)

Q402.1  Sampling of unknown material from Q402 (Your S272, E5180551)

Q403    BB (Your S211, E5180571)

Q404    BBs and miscellaneous debris (Your S162, E5180574)

Q404.1  Sampling of unknown material from Q404 (Your S162, E5180574)

Q405    BBs and debris (Your S181, E5180578)

Page 29 of 108

130416021 AAR

Case 1:13-cr-10200-GAO   Document 916-11   SEALED   Filed 12/24/14   Page 32 of 112

UNCLASSIFIED

Q405.1  Sampling of unknown material from Q405 (Your S181, E5180578)

Q405.2  Tape from Q405 (Your S181, E5180578)

K5  Control forceps (Your S241, E5180528)

K6  Control swab (Your S243, E5180530)

K7  Control swab of

K8  Control swab of

## MEDICAL EXAMINER'S OFFICE

Q406  One (1) blue and black cellular phone (Your ME26, E5182490)

Q407  Two (2) memory disks (Your ME26, E5182490)

## BOYLSTON STREET, SCENE A   (Near Marathon Sports located at 671 Boylston St.)

Q408  Backpack pieces (Your S316, E5182523)

Q409  Plastic pieces (Your S321, E5182517)

Q410  Backpack pieces (Your S324, E5182518)

Q411  BBs and backpack pieces (Your S359, E5182514)

Q412  Backpack pieces (Your S314, E5182508)

Q412.1  One (1) BB from Q412 (Your S314, E5182508)

Q413  Blue/green wire (Your S349, E5182499)

Q414  Backpack material (Your S358, E5182512)

Q415  BBs and backpack pieces (Your S354, E5182515)

Q415.1  Sampling of unknown material from Q415 (Your S354, E5182515)

Q416  Wire (Your S342, E5182524)

Q417  Black fabric (Your S335, E5182504)

Page 30 of 108

130416021 AAR

UNCLASSIFIED

Q418      BBs and miscellaneous debris (Your S355, E5182513)

Q418.1      Sampling of unknown material from Q418 (Your S355, E5182513)

Q419      Black plastic pieces (Your S310, E5182503)

Q420      Connector insulation and screw (Your S318, E5182519)

Q421      Cardboard (Your S323, E5182516)

Q422      BBs and miscellaneous debris (Your S319, E5182494)

Q422.1      Sampling of unknown material from Q422 (Your S319, E5182494)

Q423      Wire (Your S325, E5182525)

Q424      Metal piece (Your S331, E5182530)

Q425      One (1) piece of black plastic (Your S330, E5182526)

Q426      One (1) piece of glass (Your S336, E5182521)

Q427      Elastic (Your S329, E5182528)

Q428      One (1) piece of dark wire (Your S333, E5182529)

Q429      One (1) piece of white plastic (Your S334, E5182520)

Q430      One (1) piece of metal (Your S337, E5182522)

Q431      Cardboard and metal pieces (Your S301, E5182492)

Q432      BBs, cardboard and backpack pieces (Your S295, E5182491)

Q433      Cardboard (Your S356, E5182511)

Q433.1      Tape from Q433 (Your S356, E5182511)

Q434      BBs and miscellaneous debris (Your S302, E5182493)

Q434.1      Sampling of unknown material from Q434 (Your S302, E5182493)

Q435      Black fabric (Your S345, E5182502)

Page 31 of 108

130416021 AAR

UNCLASSIFIED

Q436 Backpack pieces (Your S299, E5182506)

Q437 Backpack pieces (Your S312, E5182510)

Q438 Pieces of green insulated wire, one piece of red insulated wire, and metal pieces (Your S311, E5182505)

Q438.1-Q438.2 Tape from Q438 (Your S311, E5182505)

Q439 Black fabric (Your S350, E5182507)

Q440 Green, red, and black insulated wires and one small electronic component (Your S308, E5182501)

Q441 Electrical component (Your S346, E5182498)

Q442 Black plastic (Your S348, E5182500)

Q443 Small white wire (Your S163, E5182354)

Q444 Black tape (Your S128, E5182158)

Q444.1-Q444.2 Tape from Q444 (Your S128, E5182158)

Q445 Small white piece of plastic (Your S156, E5182352)

Q446 Pieces of backpack (Your S178, E5182342)

Q447 Backpack pieces (Your S194, E5180470)

Q448 Gray plastic (Your S240, E5182447)

Q449 One (1) screw and washer (Your S216, E5182458)

Q450 Backpack and cloth pieces (Your S196, E5182452)

Q450.1 BB from Q450 (Your S196, E5182452)

Q450.2 Battery cover from Q450 (Your S196, E5182452)

Q451 Screw and washer (Your S219, E5182444)

Q452 Backpack pieces (Your S113, E5182453)

Page 32 of 108

130416021 AAR

UNCLASSIFIED

Q453       One (1) screw and washer (Your S217, E5182460)

Q454       Black string (Your S213, E5182451)

Q455       Backpack pieces (Your S234, E5182446)

Q456       White cloth (Your S218, E5182457)

Q457       Fabric (Your S235, E5182448)

Q458       Tape (Your S140, E5182179)

Q459       Metal piece (Your S223, E5182462)

Q460       BBs (Your S81, E5182182)

Q460.1     Tape from Q460 (Your S81, E5182182)

Q460.1.1   Piece of tape from Q460.1 (Your S81, E5182182)

Q461       BBs (Your S72, E5182174)

Q462       Metal piece (Your S197, E5182443)

Q463       BBs and miscellaneous debris (Your S73, E5182171)

Q463.1     Sampling of unknown material from Q463 (Your S73, E5182171)

Q464       Backpack pieces (Your S191, E5180472)

Q465       Metal fragment (Your S214, E5182455)

Q466       White plastic (Your S215, E5182445)

Q467       Backpack pieces (Your S173, E5182333)

Q467.1     Piece of red plastic from Q467 (Your S173, E5182333)

Q467.2     Piece of green wire from Q467 (Your S173, E5182333)

Q468       BBs (Your S77, E5182181)

Q469       BBs (Your S76, E5182173)

Page 33 of 108

130416021 AAR

UNCLASSIFIED

Q470    BBs (Your S69, E5182177)

Q471    BBs (Your S74, E5182178)

Q472    BBs (Your S68, E5182176)

Q473    BBs (Your S70, E5182175)

Q474    BBs (Your S75, E5182172)

**BOYLSTON STREET, SCENE B    (Near Forum Restaurant located at 755 Boylston St.)**

Q475    Green wire and nail (Your S2323, E5182497)

Q476    One (1) BB (Your S2324, E5182496)

Q477    Nails and BB (Your S2322, E5182495)

Q478    Three (3) zipper pieces (Your S2094, E5182199)

Q479    Black strap from backpack (Your S2095, E5182198)

Q480    Pieces of fabric and zipper (Your S2140, E5182185)

Q480.1  Tape from Q480 (Your S2140, E5182185)

Q480.2  One (1) BB and one (1) nail from Q480 (Your S2140, E5182185)

Q480.3  White caulk material from Q480 (Your S2140, E5182185)

Q480.4  Cardboard from Q480 (Your S2140, E5182185)

Q480.5  Piece of metal with piece of wire from Q480 (Your S2140, E5182185)

Q481    Clothes (Your S2163, E5182148)

Q482    Clothes and boots (Your S2202, E5182184)

Q483    Five (5) BBs, two (2) nails and metal fragment (Your S2188, E5182207)

Q484    Metal fragment (Your S2109, E5182193)

Q485    Metal knob (Your S2091, E5182197)

Page 34 of 108

130416021 AAR

UNCLASSIFIED

Q486        Cardboard (Your S2103, E5182196)

Q486.1      Tape from Q486 (Your S2103, E5182196)

Q487        BBs and rubber piece (Your S2212, E5182270)

Q488        Pieces of fabric and paper (Your S2190, E5182205)

Q488.1      BBs from Q488 (Your S2190, E5182205)

Q489        BBs with unknown material and one (1) nail (Your S2227, E5182267)

Q489.1      Sampling of unknown material from Q489 (Your S2227, E5182267)

Q490        Pieces of fabric (Your S2187, E5182208)

Q490.1      One (1) BB and one (1) nail from Q490 (Your S2187, E5182208)

Q491        Debris (Your S2208, E5182325)

Q492        Two (2) pieces of plastic (Your S2168, E5182290)

Q493        BBs, nails, pieces of fabric and pieces of plastic (Your S2313, E5182479)

Q494        Debris (Your S2299, E5180587)

Q495        BBs with unknown material and two (2) nails (Your S2320, E5182481)

Q495.1      Sampling of unknown material from Q495 (Your S2320, E5182481)

Q496        One (1) piece of fabric (Your S2295, E5180502)

Q497        One (1) piece of metal (Your S2312, E5182483)

Q498        Miscellaneous debris with BBs (Your S2310, E5182485)

Q498.1      Earring (Your S2310, E5182485)

Q498.2-Q498.5      Sampling of unknown material from Q498 (Your S2310, E5182485)

Q499        One (1) BB and one (1) piece of metal with plastic (Your S2288, E5182478)

Q500        Pieces of styrofoam and fabric (Your S2318, E5182482)

Page 35 of 108

130416021 AAR

Case 1:13-cr-10200-GAO  Document 818-11  Filed 12/24/14  Page 40 of 112

UNCLASSIFIED

Q501    BBs, nails, plastic and debris (Your S2319, E5180589)

Q502    One (1) piece of plastic (Your S2260, E5182388)

Q503    One (1) piece of green insulated wire (Your S2267, E5182378)

Q504    Swab of mesh #2 (Your S2262, E5182390)

Q505    One (1) battery (Your S2036, E5182263)

Q506    One (1) BB (Your S2259, E5180474)

Q507    One (1) piece of fabric (Your S2232, E5182356)

Q508    BBs, nails, metal pieces and white caulk material (Your S2256, E5182379)

Q508.1  Sampling of unknown material from Q508 (Your S2256, E5182379)

Q508.2  Sampling of unknown material from Q508 (Your S2256, E5182379)

Q509    Pieces of fabric (Your S2257, E5182382)

Q510    Pieces of foam and fabric (Your S2235, E5182368)

Q510.1  Tape from Q510 (Your S2235, E5182368)

Q511    One (1) BB (Your S2258, E5182381)

Q512    Pieces of fabric (Your S2239, E5182357)

Q513    Four (4) BBs (Your S2236, E5182360)

Q514    BBs with and miscellaneous debris and nails (Your S2276, E5182395)

Q514.1  Sampling of unknown material from Q514 (Your S2276, E5182395)

Q515    Miscellaneous debris (Your S2203, E5182265)

Q515.1  Piece of green wire from Q515 (Your S2203, E5182265)

Q515.2  Pieces of white plastic, pieces of black plastic, and one (1) piece of green metal from Q515 (Your S2203, E5182265)

Page 36 of 108

130416021 AAR

UNCLASSIFIED

Q515.3   Unknown material and white caulk material from Q515 (Your S2203, E5182265)

Q516   BBs with unknown material, nails and pieces of metal (Your S2255, E5182358)

Q516.1   Sampling of unknown material from Q516 (Your S2255, E5182358)

Q516.2   Sampling of unknown material from Q516 (Your S2255, E5182358)

Q517   BBs, nails, pieces of metal and white caulk material (Your S2242, E5182363)

Q517.1-Q517.2   Sampling of unknown material from Q517 (Your S2242, E5182363)

Q518   Debris (Your S2241, E5182361)

Q519   Pieces of fabric (Your S2169, E5182221)

Q520   One (1) piece of plastic (Your S2196, E5182228)

Q521   Pieces of fabric (Your S2199, E5182219)

Q522   Pieces of fabric (Your S2194, E5182211)

Q523   Fabric with BBs (Your S2189, E5182210)

Q524   Pieces of fabric (Your S2150, E5182274)

Q525   Pieces of fabric (Your S2135, E5182223)

Q526   BBs with unknown material, nails, white caulk material and other fragmentation (Your S2205, E5182268)

Q526.1   Sampling of unknown material from Q526 (Your S2205, E5182268)

Q526.2   Sampling of unknown material from Q526 (Your S2205, E5182268)

Q527   BBs with unknown material, nails, white caulk material and other fragmentation (Your S2191, E5182212)

Q527.1   Sampling of unknown material from Q527 (Your S2191, E5182212)

Q527.2   Sampling of unknown material from Q527 (Your S2191, E5182212)

Q528   One (1) BB (Your S2283, E5182480)

Page 37 of 108

130416021 AAR

UNCLASSIFIED

Q529    Two (2) pieces of plastic (Your S2293, E5180592)

Q530    Three (3) BBs and one (1) piece of metal (Your S2294, E5182489)

Q531    Two (2) pieces of fabric (Your S2298, E5180590)

Q532    Two (2) BBs (Your S2301, E5182486)

Q533    BBs, nails and two (2) plastic beads (Your S2303, E5182487)

Q534    Miscellaneous debris (Your S2305, E5180588)

Q534.1  White sticker/tag from Q534 (Your S2305, E5180588)

Q535    BBs with unknown material (Your S2307, E5182484)

Q535.1  Sampling of unknown material from Q535 (Your S2307, E5182484)

Q536    BBs with unknown material and five (5) nails (Your S2308, E5180591)

Q536.1  Sampling of unknown material from Q536 (Your S2308, E5180591)

Q537    Unknown material (Your S2309, E5182488)

Q538    BBs with unknown material (Your S2165, E5182149)

Q538.1  Sampling of unknown material from Q538 (Your S2165, E5182149)

Q539    Two (2) screws (Your S2172, E5182281)

Q540    One (1) piece of plastic (Your S2162, E5182269)

Q541    Pieces of fabric and piece of zipper (Your S2200, E5182273)

Q542    One (1) BB and one (1) piece of metal jewelry (Your S2185, E5182209)

Q543    Pieces of fabric and piece of zipper (Your S2201, E5182272)

Q543.1  Tape from Q543 (Your S2201, E5182272)

Q544    Metal fragment (Your S2231, E5182275)

Q545    Key chain with keys and part of car remote (Your S2186, E5182217)

Page 38 of 108

130416021 AAR

UNCLASSIFIED

Q546     One (1) piece of cardboard and one (1) piece of glass (Your S2177, E5182320)

Q546.1   Tape from Q546 (Your S2177, E5182320)

Q547     Key chain with keys and plastic tags (Your S2164, E5182328)

Q548     One (1) piece of metal (Your S2154, E5182276)

Q549     Nine (9) BBs, eight (8) nails, one (1) screw and one (1) piece of plastic (Your S2195, E5182214)

Q550     BBs with unknown material (Your S2167, E5182289)

Q550.1   Sampling of unknown material from Q550 (Your S2167, E5182289)

Q551     BBs, one (1) nail and one (1) screw (Your S2151, E5182322)

Q552     Two (2) pieces of plastic (Your S2193, E5182213)

Q553     One (1) piece of plastic (Your S2148, E5182318)

Q554     BBs with unknown material (Your S2088, E5182192)

Q554.1   Sampling of unknown material from Q554 (Your S2088, E5182192)

Q555     Fabric and debris (Your S2157, E5182264)

Q555.1   BB from Q555 (Your S2157, E5182264)

Q556     Pieces of fabric and pieces of zipper (Your S2131, E5182224)

Q556.1   Tape from Q556 (Your S2131, E5182224)

Q557     Pieces of fabric (Your S2100, E5182202)

Q558     Two (2) pieces of plastic (Your S2077, E5182292)

Q559     Wire (Your S2328, E5179007)

K9       Control swab of handbrush and broom (Your S2268, E5182391)

K10      Control swab (Your S2263, E5182377)

K11      Control swab (Your S2270, E5182380)

Page 39 of 108

130416021 AAR

K12  Control swab of dustpan (Your S2269, E5182389)

**MEDICAL EXAMINER'S OFFICE**

K13  Fingerprints, palm prints, and footprints of TAMERLAN TSARNAEV (Your ME32, E5179043)

K14  One tube of blood from TAMERLAN TSARNAEV (Your ME31, E5179042

**BOYLSTON STREET, SCENE A** ▉▉▉▉▉▉▉▉▉▉▉

Q560  Small piece of wire (Your S332, E5182527)

Q561  Wire (Your S374, E5179032)

Q562  Two (2) pieces of rusty metal (Your S405, E5179037)

Q563  Metal fragment (Your S366, E5179034)

Q564  Wire (Your S378, E5179020)

Q565  One (1) piece of metal (Your S368, E5179021)

Q566  One (1) piece of rusty metal (Your S406, E5179035)

Q567  Three (3) pieces of wire (Your S404, E5179033)

Q568  Piece of plastic with metal contact (Your S363, E5179016)

Q569  BBs, one (1) piece of plastic and one (1) piece of rubber (Your S362, E5179011)

**THE FOLLOWING SPECIMENS WERE RECEIVED AT THE LABORATORY ON APRIL 20, 2013:**

**BOYLSTON STREET, SCENE A** ▉▉▉▉▉▉▉▉▉▉

Q570  Battery (Your S444, E5181148)

**THE FOLLOWING SPECIMEN WAS OBTAINED AT BETH ISRAEL HOSPITAL, BOSTON, MA:**

K15  Fingerprints and palm prints of DZHOKHARA A. TSARNAEV (Item # 2H-23, E5180498)

Page 40 of 108

130416021 AAR

UNCLASSIFIED

NE1     IAFIS Record of DZHOKHARA A. TSARNAEV (Item # 2H-22, 1B1051, E5180781)

Date specimens received: April 20, 2013 and April 21, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 23, 2013 AND RECEIVED INTO THE LABORATORY ON THE FOLLOWING DATES; APRIL 20, 2013 AND APRIL 21, 2013. THE ITEMS WERE ASSIGNED LABORATORY NUMBER 130420100 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**THE FOLLOWING SPECIMENS WERE RECEIVED AT THE LABORATORY ON APRIL 20, 2013:**

**THE FOLLOWING SPECIMEN WAS OBTAINED FROM LAUREL ST:**

Q571     One (1) Toshiba hard drive SN 13LTZ2XPS WK7 (1B1030, E5181089)

**THE FOLLOWING SPECIMEN WAS OBTAINED FROM** ▮▮▮▮▮▮

Q572     Garmin GPS (1B885, E5182578)

**THE FOLLOWING SPECIMENS WERE OBTAINED FROM** ▮▮▮▮▮▮

Q573     White iPhone (1B1038, E5179205)

Q574     Black iPhone (1B1040, E5179206)

**THE FOLLOWING SPECIMENS WERE OBTAINED FROM** ▮▮▮▮▮▮

Q575     Transmitter, eight (8) batteries, and wires (1B826, E5180946)

Q575.1   Nine (9) pieces of tape from Q575 (1B826, E5180946)

Q576     Pressure cooker pot (1B827, E5180943)

Q577     Metal fragment (1B834, E5180938)

Page 41 of 108

130416021 AAR

UNCLASSIFIED

Q578    Black plastic (1B830, E5180942)

Q579    Metal fragment (1B832, E5180940)

Q580    Metal fragment (1B833, E5180939)

Q581    Metal fragment (1B829, E5180936)

Q582    Switch (1B845, E5180944)

Q582.1  Tape from Q582 (1B845, E5180944)

Q582.2  Piece of green insulated wire from Q582 (1B845, E5180944)

Q582.3  Piece of green insulated wire from Q582 (1B845, E5180944)

Q582.4  Piece of green insulated wire from Q582 (1B845, E5180944)

Q582.5  Snap connector from Q582 (1B845, E5180944)

Q582.6  Piece of plastic form Q582 (1B845, E5180944)

Q583    Metal end cap, metal pipe elbow with metal end cap attached, BBs (Item #1W17, E5181155)

Q583.1  Tape from Q 583 (Item #1W17, E5181155)

Q583.2  Tape from Q 583 (Item #1W17, E5181155)

Q584    Metal end cap, metal pipe nipple with metal end cap attached, BBs (Item #1W21, E5181159)

Q584.1  Fuse from Q584 (Item #1W17, E5181155)

Q584.2  Tape from Q 584 (Item #1W21, E5181159)

Q584.3  Tape from Q 584 (Item #1W21, E5181159)

Q585    Fuse from Q583 (Item #1W18, E5181156)

Q586    Metal fragment (1B835, E5180937)

Q587    Metal fragment (1B831, E5180941)

Page 42 of 108

130416021 AAR

UNCLASSIFIED

383

UNCLASSIFIED

Q588    Pressure cooker pot lid (1B828, E5180945)

Q589    Document beginning "No. 37…" from inside the computer bag (1B836, E5180947)

Q589.1  Diploma dated June 8, 2006 from inside the computer bag (1B836, E5180947)

Q589.2  Black Folder from inside the computer bag (1B836, E5180947)

Q589.3  Document beginning "Quick enroll…" from inside the computer bag (1B836, E5180947)

Q589.4  Document beginning "MK103…" from inside the computer bag (1B836, E5180947)

Q589.5  Document beginning ███████████████ " from inside the computer bag (1B836, E5180947)

Q589.6  Pulsar instruction manual from inside the computer bag (1B836, E5180947)

Q589.7  Page 85 in Q589.6 Pulsar instruction manual from inside the computer bag (1B836, E5180947)

**THE FOLLOWING SPECIMEN WAS OBTAINED FROM THE INTERSECTION OF SPRUCE AND LINCOLN, WATERTOWN, MA:**

Q590    Sample of unknown powder

**THE FOLLOWING SPECIMENS WERE OBTAINED FROM** ██████████████

Q591    Sample of powder from Q583 (Item #1W20, E5181158)

Q592    Sample of powder from Q584 (Item #1W23, E5181161)

**THE FOLLOWING SPECIMEN WAS OBTAINED AT BETH ISRAEL HOSPITAL, BOSTON, MA:**

K16     Buccal swabs from Dzokhara Tsarnaev (Your 1B1021, E5180968)

**THE FOLLOWING SPECIMENS WERE RECEIVED AT THE LABORATORY ON APRIL 21, 2013:**

**THE FOLLOWING SPECIMENS WERE OBTAINED FROM LAUREL ST:**

Q593    9V battery (Your #1W-25, E5180477)

Page 43 of 108

130416021 AAR

384

UNCLASSIFIED

Q594    BB's (Your #1W-28, E5179242)

Q594.1  Sampling of unknown material from Q594 (Your #1W-28, E5179242)

Q595    BB's (Your #1W-40, E5179254)

Q595.1  Sampling of unknown material from Q595 (Your #1W-40, E5179254)

Q596    Rear passenger side floor mat from vehicle, VIN# 1HGCP36828A05017 (Your #1W-37, E5179251)

Q597    Rear center floor mat from vehicle, VIN# 1HGCP36828A05017 (Your #1W-38, E5179252)

Q598    Driver's side rear floor mat from vehicle, VIN# 1HGCP36828A05017 (Your #1W-36, E5179250)

Q599    Black plastic (Your #1W-34, E5179248)

Q600    Lighter (Your #1W-54, E5179268)

Q600.1  Lighter (Your #1W-54, E5179268)

Q601    White lighter (Your #1W-41, E5179255)

Q602    Metal (Your# 1W-57, E5179271)

Q603    Pieces of green insulated wire (Your #1W-47, E5179261)

Q603.1  Tape from Q603 (Your #1W-47, E5179261)

Q604    Tape (Your #1W-46, E5179260)

Q605    Hobby fuse (Your #1W-48, E5179262)

Q606    BBs, pink material, and unknown polymer (Your #1W-49, E5179263)

Q606.1  Sampling of unknown material from Q606 (Your #1W-49, E5179263)

Q607    Wire (Your #1W-45, E5179259)

Q608    Green wire (Your #1W-33, E5179247)

Q609    Metal fragments (Your #1W-31, E5179245)

Page 44 of 108

130416021 AAR

Q610    Metal fragment (Your #1W-30, E5179244)

Q611    Metal fragment (Your #1W-32, E5179246)

Q612    Two pieces of green insulated wire (Your #1W-29, E5179243)

Q612.1    Tape from Q612 (Your #1W-29, E5179243)

Q613    Metal fragment (Your #1W-27, E5179241)

Q614    Metal fragment (Your #1W-39, E5179253)

Q615    Cardboard (Your #1W-51, E5179265)

Q616    Cardboard (Your #1W-52, E5179266)

Q617    Vacuum filter from inside door frame and driver's side rear floor mat (Your #1W-35, E5179249)

Q618    Vacuum filter from blast seat (Your #1W-53, E5179267)

Q619    BBs (Your #1W-44, E5179258)

Q619.1    Sampling of unknown material from Q619 (Your #1W-44, E5179258)

Q620    Debris (Your #1W-43, E5179257)

Q621    Scraping from blast seat (Your #1W-58, E5179272)

Q622    Metal fragment (Your #1W-68, E5179282)

Q623    Metal fragment (Your #1W-71, E5179285)

Q624    BBs (Your #1W-69, E5179283)

Q624.1    Sampling of unknown material from Q624 (Your #1W-69, E5179283)

Q625    BBs (Your #1W-67, E5179281)

Q625.1    Sampling of unknown material from Q625 (Your #1W-67, E5179281)

Q626    BBs, pink material, and unknown material (Your #1W-70, E5179284)

130416021 AAR

UNCLASSIFIED

Q626.1    Sampling of unknown material from Q626 (Your #1W-70, E5179284)

Q627    Grey/Black bag (Your #1W-56, E5179270)

Q627.1    Lighter (Your #1W-56, E5179270)

Q628    Black bag (Your #1W-55, E5179269)

Q628.1    Pencil (Your #1W-55, E5179269)

Q629    Metal fragment (Your #1W-75, E5179289)

Q630    Metal fragment (Your #1W-86, E5179312)

Q631    Metal fragment (Your #1W76-, E5179290)

Q632    BBs, pink material, and unknown material (Your #1W-83, E5179307)

Q632.1    Sampling of unknown material from Q632 (Your #1W-83, E5179307)

Q633    BBs (Your #1W73-, E5179287)

Q634    Metal fragment (Your #1W-99, E5179301)

Q635    BBs, pink material, and unknown material (Your #1W-72, E5179286)

Q635.1    Sampling of unknown material from Q635 (Your #1W-72, E5179286)

Q635.2    Tape from Q635 (Your #1W-72, E5179286)

Q636    Cardboard (Your #1W-78, E5179292)

Q637    Scrapings from blast seat (Your #1W-63, E5179277)

Q638    Swab from blast seat (Your #1W-59, E5179273)

Q639    Swab from blast seat (Your #1W-65, E5179279)

Q640    Swab from blast seat (Your #1W-61, E5179275)

Q641    Wire (Your #1W-80, E5179294)

Q641.1    Tape from Q641 (Your #1W-80, E5179294)

Page 46 of 108

130416021 AAR

UNCLASSIFIED

Q642  Metal fragment (Your #1W-87, E5179315)

Q643  Black tape (Your #1W-97, E5179303)

Q644  BBs (Your #1W-98, E5179302)

Q644.1  Sampling of unknown material from Q644 (Your #1W-98, E5179302)

Q645  Metal fragment (Your #1W-79, E5179293)

Q646  BBs (Your #1W-85, E5179310)

Q646.1  Sampling of unknown material from Q646 (Your #1W-85, E5179310)

Q647  Black tape (Your #1W-102, E5179298)

Q648  Metal fragment (Your #1W-89, E5179317)

Q649  Black plastic (Your #1W-103, E5179297)

Q650  One (1) BB, one (1) screw, one (1) washer and two (2) metal pieces (Your #1W-74, E5179288)

Q651  Bubble wrap (Your #1W-88, E5179316)

Q652  BBs (Your #1W-93, E5179309)

Q652.1  Sampling of unknown material from Q652 (Your #1W-93, E5179309)

Q653  Metal fragment (Your #1W-77, E5179291)

Q654  Black plastic (Your #1W-84, E5179308)

Q655  Metal fragment (Your #1W-95, E5179305)

Q656  Black tape (Your #1W-101, E5179299)

Q657  Gray plastic (Your #1W-100, E5179300)

Q658  Black plastic (Your #1W-94, E5179306)

Q659  Black plastic (Your #1W-91, E5179313)

Q660  Black plastic (Your #1W-90, E5179314)

Page 47 of 108

130416021 AAR

UNCLASSIFIED

Q661    BBs (Your #1W-82, E5179296)

Q662    BBs (Your #1W-92, E5179311)

Q662.1    Sampling of unknown material from Q662 (Your #1W-92, E5179311)

Q663    Metal fragment (Your #1W-81, E5179295)

Q664    BBs (Your #1W-96, E5179304)

Q664.1-Q664.2    Sampling of unknown material from Q664 (Your #1W-96, E5179304)

Q665    Vacuum filter of blast seat (Your #1W-64, E5179217)

Q666    Vacuum filter of blast seat (Your #1W-62, E5179276)

K17    Negative control of ███████████████ ur #1W-60, E5179274)

K18    Control swab (Your #1W-66, E5179280)

Date specimens received: April 21, 2013

The following specimens were received in the Explosives Unit.

**THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 25, 2013, RECEIVED INTO THE LABORATORY ON APRIL 21, 2013, ASSIGNED LABORATORY NUMBER 130421100 AND EXAMINED IN THE EXPLOSIVES UNIT:**

**ITEMS FROM CRV, OUTSIDE RESIDENCE (410 NORFOLK ST, APT. 3, CAMBRIDGE, MA):**

Q667    Latex gloves from the tailgate (Your 1B963, E5179064)

Q668    Latex glove (Your 1B961, E5179062)

Q669    Trace filters (Your 1B972, E5179075)

Q670    Allen wrenches (Your 1B945, E5179077)

Q671    Latex glove (Your 1B968, E5179073)

Page 48 of 108

130416021 AAR

UNCLASSIFIED

Q672        Receipt (Your 1B965, E5179067)

Q672.1      Receipt (Your 1B965, E5179067)

Q673        Black gloves (Your 1B943, E5179074)

**ITEMS FROM RESIDENCE, 410 NORFOLK STREET, APT. 3, CAMBRIDGE, MA:**

Q674        Hammer (Your 1B1354, E5179156)

Q674.1      Electric saw (Your 1B1354, E5179156)

Q675        Glass jar with nails and other miscellaneous items (Your 1B1241, E5179083)

Q675.1      Plastic bag of curtain rod brackets (Your 1B1241, E5179083)

Q675.2      Piece of rubber (Your 1B1241, E5179083)

Q675.3      Eight (8) pieces of paper (Your 1B1241, E5179083)

Q675.4      Black plastic piece (Your 1B1241, E5179083)

Q675.5      Piece of plastic (Your 1B1241, E5179083)

Q676        Knife (Your 1B1284, E5179010)

Q677        "PT 85 Blowback" BB type gun, serial #11E08716 (Your 1B1277, E5179109)

Q678        Knife (Your 1B1265, E5179122)

Q679        Tube of GE brand silicon (Your 1B1264, E5179123)

Q680        One (1) drill bit (Your 1B1337, E5179184)

Q680.1      One (1) roll of tape (Your 1B1337, E5179184)

Q680.2      One (1) pair of nail clippers (Your 1B1337, E5179184)

Q680.3      One (1) monkey wrench (Your 1B1337, E5179184)

Q680.4      One (1) socket wrench (Your 1B1337, E5179184)

Q680.5      One (1) wall hanger (Your 1B1337, E5179184)

Page 49 of 108

130416021 AAR

UNCLASSIFIED

UNCLASSIFIED

Q681      Glass jar containing screws, keys, and tool heads (Your 1B1336, E5179183)

Q682      Dremel tool case and attachments (Your 1B1391, E5179187)

Q682.1    Fourteen (14) screws and one (1) nail (Your 1B1391, E5179187)

Q683      Yellow metal box (Your 1B1290, E5179186)

Q683.1    Pliers from Q683 (Your 1B1290, E5179186)

Q683.2    Wrench from Q683 (Your 1B1290, E5179186)

Q683.3    Ratchet set from Q683 (Your 1B1290, E5179186)

Q684      Plastic tub (Your 1B1289, E5179185)

Q684.1    Hardware (Your 1B1289, E5179185)

Q684.2    Roll of tape (Your 1B1289, E5179185)

Q684.3    Three (3) pieces of sand paper (Your 1B1289, E5179185)

Q684.4    File (Your 1B1289, E5179185)

Q684.5    Pick with attachment (Your 1B1289, E5179185)

Q684.6    Voltage Tester (Your 1B1289, E5179185)

Q684.7    Allen wrench set (Your 1B1289, E5179185)

Q684.8    Phillips screwdriver (Your 1B1289, E5179185)

Q684.9    Scraper (Your 1B1289, E5179185)

Q684.10   Box of screws (Your 1B1289, E5179185)

Q685      Plastic bin containing miscellaneous cables and cords, batteries (Your 1B1280, E5179106)

Q685.1    Two (2) page letter (Your 1B1280, E5179106)

Q685.2    Priority mail shipping tape (Your 1B1280, E5179106)

130416021 AAR

UNCLASSIFIED

Q685.3    Coupons (Your 1B1280, E5179106)

Q685.4    Battery packaging (Your 1B1280, E5179106)

Q685.5    Disc envelope (Your 1B1280, E5179106)

Q685.5.1  Pro Tools Ignition Pack 2 Pro DVD (Your 1B1280, E5179106)

Q685.6    Disc Envelope (Your 1B1280, E5179106)

Q685.6.1  Disc labeled "translated documentation" (Your 1B1280, E5179106)

Q685.7    Swiss Army knife (Your 1B1280, E5179106)

Q685.8    Apple charger (Your 1B1280, E5179106)

Q685.9    Computer mouse (Your 1B1280, E5179106)

Q685.10   Battery (Your 1B1280, E5179106)

Q685.11   Battery (Your 1B1280, E5179106)

Q685.12   Plastic Brookstone wing (Your 1B1280, E5179106)

Q685.13   Plastic Brookstone wing (Your 1B1280, E5179106)

Q685.14   Plastic Brookstone wing (Your 1B1280, E5179106)

Q686      Roll of clear tape (Your 1B1272, E5179116)

Q687      One (1) flathead screw driver (Your 1B1330, E5179091)

Q687.1    One (1) flathead screw driver (Your 1B1330, E5179091)

Q688      Flathead screw driver (Your 1B1274, E5179113)

Q689      One (1) BB (Your 1B1327, E5179094)

Q690      Electronic device (Your 1B1328, E5179092)

Q691      Caulk gun with tube of GE brand silicon (Your 1B1263, E5179124)

Q691.1    Lid from Q691 (Your 1B1263, E5179124)

130416021 AAR

UNCLASSIFIED

Case 1:13-cr-10200-GAO Document 816-11 SEALED Filed 12/24/14 Page 56 of 112

UNCLASSIFIED

| | |
|---|---|
| Q692 | Parts removed from "PT 85 Blowback" BB type gun (Q677) (Your 1B1278, E5179108) |
| Q693 | One (1) roll of silver-colored duct-type tape (Your 1B1268, E5179119) |
| Q693.1 | One (1) roll of silver-colored duct-type tape (Your 1B1268, E5179119) |
| Q694 | Battery charger (Your 1B1331, E5179096) |
| Q695 | Roll of tape (Your 1B1271, E5179115) |
| Q696 | One (1) object labeled "The Original Cosmic Creation" (Your 1B1238, E5179080) |
| Q697 | One (1) Silencer brand 500 computer supply power box (Your 1B1391, E5179181) |
| Q697.1 | Miscellaneous wires (Your 1B1391, E5179181) |
| Q697.2 | Transformer plug (Your 1B1391, E5179181) |
| Q697.3 | Cooling fan (Your 1B1391, E5179181). |
| Q697.4 | One (1) battery pack, one (1) battery and four (4) wire coils (Your 1B1391, E5179181) |
| Q697.5 | Cloth Silencer bag (Your 1B1391, E5179181) |
| Q697.6 | Plastic bag (Your 1B1391, E5179181) |
| Q697.6.1 | 3 cords (Your 1B1391, E5179181) |
| Q697.7 | Power cord (Your 1B1391, E5179181) |
| Q698 | Expended CO$_2$ cartridge taken from "PT 85 Blowback" BB type gun (Q677) (Your 1B1279, E5179107) |
| Q699 | Weller brand solder gun case 140/100 watts (Your 1B1267, E5179120) |
| Q699.1 | Weller customer service manual (Your 1B1267, E5179120) |
| Q699.2 | Weller brand solder gun (Your 1B1267, E5179120) |
| Q700 | One (1) Sears Craftsman corded 3/8" drill with drill bit (Your 1B1270, E5179117) |
| Q701 | One (1) plastic bag (Your 1B1307, E5179171) |

Page 52 of 108

130416021 AAR