CURRICULUM VITAE
FBI Expert Witness



## Michael D. McFarlane, BS

Federal Bureau of Investigation
Digital Forensics and Analysis Section
Building 27958A, Research Drive
Quantico, VA  22135
(703) 985-1233    FAX (703) 985-1350

---

PROFESSIONAL EXPERIENCE

---

Sept 2011 - present   **Electronics Engineer**
Federal Bureau of Investigation
Quantico, VA

Responsibilities consist primarily of performing forensic examinations on cellular telephones, tablets and devices contained within them, such as memory cards and SIM cards and developing tools and techniques to assist with these examinations. Other responsibilities include forensic examination of personal data assistants, radio frequency scanners and jammers, fax machines, digital voice recorders, keystroke loggers, and electronic circuit analysis on devices such as bomb detonation devices and unknown electronic circuits.

Aug 2008 - Aug 2011   **Chief Engineer**
Robinson Engineering, Inc.
Yorktown, VA

Responsibilities included managing the implementation of engineering projects, including sales, design and implementation as well as managing 1-3 junior engineers.

Nov 2005 - Aug 2008   **Control Systems Engineer**
Robinson Engineering, Inc.
Yorktown, VA

Responsibilities included defining system requirements, Programmable Logic Controller (PLC) and Supervisory Control and Data Acquisition (SCADA) software development, creation of documentation, and user training.

---

EDUCATION

---

Aug 1999 – May 2004   **Christopher Newport University**
Newport News, VA
Bachelor of Science Degree (BS)
Majors:  Computer Engineering, Computer Science

---

FORENSIC EXAMINATION EXPERIENCE

---

Over 200 electronic devices have been examined in support of over 75 cases concerning since 2011.

PROFESSIONAL TRAINING

| | |
|---|---|
| Sep 2012 | Python Scripting for Cellebrite (Hamilton, NJ) – 2 days |
| Apr 2012 | CART Tech / DeXT Training (Stafford, VA) – 9 days |
| Feb 2012 | CART Basic Tools, (Baltimore, MD) – 3 days |
| Feb 2012 | CART PDA /Cell Phone Forensics (Stafford, VA) – 4 days |
| Jan 2012 | National White Collar Crime Center – GPS Interrogation (Fairmont, WV) – 1 day |
| Jan 2012 | National White Collar Crime Center – Cell Phone Interrogation (Fairmont, WV) – 2 days |

PRESENTATIONS

| | |
|---|---|
| April 2014 | Advanced SQLite Data Recovery (Ottawa, Canada) |
| July 2013 | Instructor, CART Cell Phone/GPS Forensics (Louisville, KY) |
| April 2013 | Instructor, CART Cell Phone/GPS Forensics (Orange, CA) |

TESTIMONY

United States District Court for the Northern District of Illinois, February 2013

Lake County, Ohio Common Pleas Court, November 2012.

Lake County, Ohio Common Pleas Court, October 2012.