Curriculum Vitae



**Tyler J. Howell, BS**
*Electronics Engineer*

Federal Bureau of Investigation
Digital Forensics and Analysis Section
Building 27958A, Research Drive
Quantico, VA 22135
(703) 985-3509

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| August 2012 – Present | **Electronics Engineer**<br>*Federal Bureau of Investigation*<br>*Quantico, VA*<br><br>Supports program for electronic forensics.  Main duties are technical analysis of electronic devices, and development of techniques to acquire data from devices. |
| August 2009 – August 2012 | **Electronics Engineer**<br>*Booz Allen Hamilton*<br>*Quantico, VA*<br><br>Supported joint Department of Justice and Department of Defense Terrorist Device Analytical Center (TEDAC) program.  Main duties were technical analysis of Improvised Explosive Devices (IED) and their associated electronics.  This included, but was not limited to characterization of Radio Frequency (RF) and signal properties of electronic devices, along with authoring and reviewing 50+ page technical reports. |

## EDUCATION

| | |
|---|---|
| August 2004 – August 2009 | **Georgia Institute of Technology (Georgia Tech)**<br>*Atlanta, GA*<br>*Bachelor of Science*<br>*Major: Electrical Engineering* |
| August 2010 – May 2015 (Expected) | **Virginia Polytechnic Institute and State University (Virginia Tech)**<br>*Blacksburg, VA*<br>*Masters of Engineering*<br>*Major: Electrical Engineering*<br>*Concentration: Communications* |

## RELEVANT EXPERIENCE

Over 150 IED triggers analyzed since 2010.

## PROFESSIONAL TRAINING

| | |
|---|---|
| January 2014 | CART Tech Training (Stafford, VA) – 5 days |