

# Test Report
## Industry Canada RSS-Gen Issue 3/RSS-210 Issue 8
## FCC Part15 Subpart C

Product Name　：　Surface Radio

Model No.　　　：　DX2E

FCC ID　　　　：　BRWDSTX1

IC　　　　　　：　6157A-STX1

Applicant：　Horizon Hobby,Inc.

Address　：　4105 Fieldstone Rd.Champaign, IL 61822

Date of Receipt：　28/08/2012

Test Date　　　：　28/08/2012~21/11/2012

Issued Date　　：　23/11/2012

Report No.　　　：　128S067R-RF-US-P05V01

Report Version：　V2.1

The test results relate only to the samples tested.

The test results shown in the test report are traceable to the national/international standard through the calibration of the equipment and evaluated measurement uncertainty herein.

This report must not be used to claim product endorsement by TAF, CNAS or any agency of the Government.

The test report shall not be reproduced except in full without the written approval of QuieTek Corporation.



# Test Report Certification

Issued  Date  :  23/11/2012
Report  No.    :  128S067R-RF-US-P05V01

# QuieTek

| | | |
|---|---|---|
| Product Name | : | Surface Radio |
| Applicant | : | Horizon Hobby, Inc. |
| Address | : | 4105 Fieldstone Rd.Champaign, IL 61822 |
| Manufacturer | : | Horizon Hobby, Inc. |
| Address | : | 4105 Fieldstone Rd.Champaign, IL 61822 |
| Model No. | : | DX2E |
| FCC ID | : | BRWDSTX1 |
| IC | : | 6157A-STX1 |
| EUT Voltage | : | 6V |
| Brand Name | : | Spektrum |
| Applicable Standard | : | FCC CFR Title 47 Part 15 Subpart C: 2012 |
| | | ANSI C63.4: 2009; ANSI C63.10: 2009 |
| | | Industry Canada RSS-Gen Issue 3/RSS-210 Issue 8 |
| Test Result | : | Complied |
| Performed Location | : | Suzhou EMC Laboratory |
| | | No.99 Hongye Rd., Suzhou Industrial Park Loufeng |
| | | Hi-Tech Development Zone., Suzhou, China |
| | | TEL: +86-512-6251-5088 / FAX: +86-512-6251-5098 |
| | | FCC Registration Number: 800392; IC Lab Code: 4075B |

Documented By      :      *Alice Ni*
_____
(Engineering ADM: Alice Ni)

Reviewed By          :      *Jame yuan*
_____
(Senior Engineer: Jame Yuan)

Approved By          :      *Marlinchen*
_____
(Manager: Marlin Chen)



## Laboratory Information

We, **QuieTek Corporation**, are an independent EMC and safety consultancy that was established the whole facility in our laboratories. The test facility has been accredited/accepted(audited or listed) by the following related bodies in compliance with ISO 17025, EN 45001 and specified testing scope:

| | | |
|---|---|---|
| Taiwan R.O.C. | : | BSMI, NCC, TAF |
| Germany | : | TUV Rheinland |
| Norway | : | Nemko, DNV |
| USA | : | FCC, NVLAP |
| Japan | : | VCCI |
| China | : | CNAS |

The related certificate for our laboratories about the test site and management system can be downloaded from QuieTek Corporation's Web Site :http://www.quietek.com/tw/ctg/cts/accreditations.htm
The address and introduction of QuieTek Corporation's laboratories can be founded in our Web site : http://www.quietek.com/
If you have any comments, Please don't hesitate to contact us. Our contact information is as below:

**HsinChu Testing Laboratory :**
No.75-2, 3rd Lin, Wangye Keng, Yonghxing Tsuen, Qionglin Shiang, Hsinchu County 307, Taiwan, R.O.C.
TEL:+886-3-592-8858 / FAX:+886-3-592-8859          E-Mail : service@quietek.com

**LinKou Testing Laboratory :**
No.5-22, Ruishukeng, Linkou Dist., New Taipei City 24451, Taiwan, R.O.C.
TEL : 886-2-8601-3788 / FAX : 886-2-8601-3789          E-Mail : service@quietek.com

**Suzhou Testing Laboratory :**
No.99 Hongye Rd., Suzhou Industrial Park Loufeng Hi-Tech Development Zone., SuZhou, China
TEL : +86-512-6251-5088 / FAX : 86-512-6251-5098     E-Mail : service@quietek.com



# TABLE OF CONTENTS

| Description | Page |
|---|---|
| 1.  General Information | 6 |
| 1.1.  EUT Description | 6 |
| 1.2.  Mode of Operation | 8 |
| 1.3.  Tested System Details | 9 |
| 1.4.  Configuration of Tested System | 10 |
| 1.5.  EUT Exercise Software | 11 |
| 2.  Technical Test | 12 |
| 2.1.  Summary of Test Result | 12 |
| 2.2.  Test Environment | 14 |
| 3.  Conducted Emission | 15 |
| 3.1.  Test Equipment | 15 |
| 3.2.  Test Setup | 15 |
| 3.3.  Limit | 16 |
| 3.4.  Test Procedure | 16 |
| 3.5.  Uncertainty | 16 |
| 3.6.  Test Result | 17 |
| 4.  Radiated Emission | 18 |
| 4.1.  Test Equipment | 18 |
| 4.2.  Test Setup | 19 |
| 4.3.  Limit | 20 |
| 4.4.  Test Procedure | 20 |
| 4.5.  Uncertainty | 21 |
| 4.6.  Test Result | 22 |
| 5.  RF Antenna Conducted Spurious | 24 |
| 5.1.  Test Equipment | 24 |
| 5.2.  Test Setup | 24 |
| 5.3.  Limit | 24 |
| 5.4.  Test Procedure | 25 |
| 5.5.  Uncertainty | 25 |
| 5.6.  Test Result | 26 |
| 6.  Radiated Emission Band Edge | 28 |
| 6.1.  Test Equipment | 28 |
| 6.2.  Test Setup | 29 |
| 6.3.  Limit | 29 |
| 6.4.  Test Procedure | 29 |
| 6.5.  Uncertainty | 29 |
| 6.6.  Test Result | 30 |



7.    Operation Frequency Range of 20dB Bandwidth..................................................38
7.1.    Test Equipment...........................................................................................38
7.2.    Test Setup..................................................................................................38
7.3.    Limit..........................................................................................................38
7.4.    Test Procedure..........................................................................................38
7.5.    Uncertainty................................................................................................38
7.6.    Test Result.................................................................................................39
8.    Occupied Bandwidth...........................................................................................40
8.1.    Test Equipment...........................................................................................40
8.2.    Test Setup..................................................................................................40
8.3.    Limit..........................................................................................................40
8.4.    Test Procedure..........................................................................................40
8.5.    Uncertainty................................................................................................40
8.6.    Test Result.................................................................................................41
9.    Power Output......................................................................................................45
9.1.    Test Equipment...........................................................................................45
9.2.    Test Setup..................................................................................................45
9.3.    Limit..........................................................................................................45
9.4.    Test Procedure..........................................................................................46
9.5.    Uncertainty................................................................................................46
9.6.    Test Tesult.................................................................................................47
10.    Power Spectral Density ....................................................................................49
10.1.    Test Equipment...........................................................................................49
10.2.    Test Setup..................................................................................................49
10.3.    Limit..........................................................................................................49
10.4.    Test Procedure..........................................................................................50
10.5.    Uncertainty................................................................................................50
10.6.    Test Result.................................................................................................51
11.    Receiver Spurious Emission for Industry Canada RSS-Gen Requirement ..............53
11.1.    Test Equipment...........................................................................................53
11.2.    Test Setup..................................................................................................54
11.3.    Limit..........................................................................................................55
11.4.    Test Procedure..........................................................................................56
11.5.    Uncertainty................................................................................................56
11.6.    Test Result.................................................................................................57



## 1. General Information

### 1.1. EUT Description

| | |
|---|---|
| Product Name | Surface Radio |
| Brand Name | Specktrum |
| Model No. | DX2E |
| EUT Voltage | 6V |
| Frequency Range | 2418~2460MHz |
| Channel Number | 43 |
| Technology of Modulation | DSSS |
| Type of Modulation | GFSK |
| Channel Control | Auto |
| Antenna Delivery | 1*Tx + 1*Rx |
| Antenna Type | Dipole Antenna |
| Peak Antenna Gain | 2dBi |



Working Frequency of Each Channel:

| Channel | Frequency | Channel | Frequency | Channel | Frequency | Channel | Frequency |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| 01 | 2418 MHz | 02 | 2419 MHz | 03 | 2420 MHz | 04 | 2421 MHz |
| 05 | 2422 MHz | 06 | 2423 MHz | 07 | 2424 MHz | 08 | 2425 MHz |
| 09 | 2426 MHz | 10 | 2427 MHz | 11 | 2428 MHz | 12 | 2429 MHz |
| 13 | 2430 MHz | 14 | 2431 MHz | 15 | 2432 MHz | 16 | 2433 MHz |
| 17 | 2434 MHz | 18 | 2435 MHz | 19 | 2436 MHz | 20 | 2437 MHz |
| 21 | 2438 MHz | 22 | 2439 MHz | 23 | 2440 MHz | 24 | 2441 MHz |
| 25 | 2442 MHz | 26 | 2443 MHz | 27 | 2444 MHz | 28 | 2445 MHz |
| 29 | 2446 MHz | 30 | 2447 MHz | 31 | 2448 MHz | 32 | 2449 MHz |
| 33 | 2450 MHz | 34 | 2451 MHz | 35 | 2452 MHz | 36 | 2453 MHz |
| 37 | 2454 MHz | 38 | 2455 MHz | 39 | 2456 MHz | 40 | 2457 MHz |
| 41 | 2458 MHz | 42 | 2459 MHz | 43 | 2460 MHz | N/A | N/A |



### 1.2.  Mode of Operation

QuieTek has verified the construction and function in typical operation. All the test modes were carried out with the EUT in normal operation, which was shown in this test report and defined as:

| Test Mode |
| --- |
| Mode 1: Transmit |

Note:

1. This device is a composite device in accordance with Part 15 Subpart B regulations. The function for the receiver was measured and made a test report that the report number is 128S067R-RF-US-P01V02.



### 1.3.  Tested System Details

The types for all equipments, plus descriptions of all cables used in the tested system (including inserted cards) are:

| Product | | Manufacturer | Model No. | Serial No. | Power Cord |
|---|---|---|---|---|---|
| 1 | N/A | N/A | N/A | N/A | N/A |



## 1.4. Configuration of Tested System





### 1.5.  EUT Exercise Software

| | |
|---|---|
| 1 | Setup the EUT and simulators as shown on above. |
| 2 | Turn on the power of equipment. |
| 3 | Setup the test channel and the test mode to start the continue transmit. |



## 2.  Technical Test

## 2.1.  Summary of Test Result

$\boxtimes$ No deviations from the test standards

$\square$ Deviations from the test standards as below description:

| Performed Test Item | Normative References | Test Performed | Deviation |
|---|---|---|---|
| Conducted Emission | FCC CFR Title 47 Part 15 Subpart C: 2011 Section 15.207 | N/A | N/A |
| Radiated Emission | FCC CFR Title 47 Part 15 Subpart C: 2011 Section 15.209 | Yes | No |
| RF Antenna Conducted Spurious | FCC CFR Title 47 Part 15 Subpart C: 2011 Section 15.247(d) | Yes | No |
| Radiated Emission Band Edge | FCC CFR Title 47 Part 15 Subpart C: 2011 15.247(d) | Yes | No |
| Operation Frequency Range of 20dB Bandwidth | FCC CFR Title 47 Part 15 Subpart C: 2011 15.215(c) | Yes | No |
| Occupied Bandwidth | FCC CFR Title 47 Part 15 Subpart C: 2011 Section 15.247(a)(2) | Yes | No |
| Power Output | FCC CFR Title 47 Part 15 Subpart C: 2011 Section 15.247(b)(3) | Yes | No |
| Power Spectral Density | FCC CFR Title 47 Part 15 Subpart C: 2011 Section 15.247(e) | Yes | No |



Report No: 128S067R-RF-US-P05V01

| Performed Test Item | Normative References | Test Performed | Deviation |
|---|---|---|---|
| Conducted Emission | RSS-Gen Issue 3 December 2010 Section 7.2.2 | N/A | N/A |
| Radiated Emission | RSS-210 Issue 8 December 2010 Section 2.7 Table 2 and Table 3 | Yes | No |
| RF Antenna Conducted Spurious | RSS-210 Issue 8 December 2010 Section A8.5 | Yes | No |
| Radiated Emission Band Edge | RSS-210 Issue 8 December 2010 Section A8.5 | Yes | No |
| Occupied Bandwidth | RSS-Gen Issue 3 December 2010 Section 4.6.1 and 4.6.2 RSS-210 Issue 8 December 2010 Section A8.2(1) | Yes | No |
| Power Output | RSS-210 Issue 8 December 2010 Section A8.4(4) | Yes | No |
| Power Spectral Density | RSS-210 Issue 8 December 2010 Section A8.2(2) | Yes | No |



## 2.2. Test Environment

| Items | Required (IEC 68-1) | Actual |
|---|---|---|
| Temperature (℃) | 15-35 | 21 |
| Humidity (%RH) | 25-75 | 50 |
| Barometric pressure (mbar) | 860-1060 | 950-1000 |



## 3.  Conducted Emission

### 3.1.  Test Equipment

Conducted Emission / TR-1

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|---|---|---|---|---|
| EMI Test Receiver | R&S | ESCI | 100726 | 2013.04.18 |
| Two-Line V-Network | R&S | ENV216 | 100043 | 2013.04.18 |
| Two-Line V-Network | R&S | ENV216 | 100044 | 2013.09.17 |
| 50ohm Coaxial Switch | Anritsu | MP59B | 6200464462 | 2013.03.02 |
| 50ohm Termination | SHX | TF2 | 07081401 | 2013.09.17 |
| Temperature/Humidity Meter | zhicheng | ZC1-2 | TR1-TH | 2013.01.10 |

Note: All equipments are calibrated with traceable calibrations. Each calibration is traceable to the
national or international standards.

### 3.2.  Test Setup





### 3.3. Limit

| FCC Part 15 Subpart C Paragraph 15.207 Limits | | |
|---|---|---|
| Frequency (MHz) | QP (dBuV) | AV (dBuV) |
| 0.15 - 0.50 | 66 - 56 | 56 – 46 |
| 0.50 - 5.0 | 56 | 46 |
| 5.0 - 30 | 60 | 50 |

Note 1: The lower limit shall apply at the transition frequencies.

Note 2: The limit decreases linearly with the logarithm of the frequency in the range 0.15 MHz to 0.5 MHz.

### 3.4. Test Procedure

The EUT was setup according to ANSI C63.4, 2009 and tested according to ANSI C63.10: 2009 for compliance to FCC 47CFR 15.247 requirements. The EUT was placed on a platform of nominal size, 1 m by 1.5 m, raised 80 cm above the conducting ground plane. The vertical conducting plane was located 40 cm to the rear of the EUT. All other surfaces of EUT were at least 80 cm from any other grounded conducting surface. The EUT and simulators are connected to the main power through a line impedance stabilization network (LISN). The LISN provides a 50 ohm /50uH coupling impedance for the measuring equipment. The peripheral devices are also connected to the main power through a LISN. (Please refer to the block diagram of the test setup and photographs) Each current-carrying conductor of the EUT power cord, except the ground (safety) conductor, was individually connected through a LISN to the input power source.

The excess length of the power cord between the EUT and the LISN receptacle were folded back and forth at the center of the lead to form a bundle not exceeding 40 cm in length. Conducted emissions were investigated over the frequency range from 0.15MHz to 30MHz using a receiver bandwidth of 9 kHz.

### 3.5. Uncertainty

The measurement uncertainty is defined as $\pm$ 2.02 dB



### 3.6.  Test Result

The EUT rely on battery-powered, so this test item needn't perform.



## 4. Radiated Emission

### 4.1. Test Equipment

Radiated Emission / AC-2

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|---|---|---|---|---|
| EMI Test Receiver | R&S | ESCI | 100573 | 2013.04.18 |
| Loop Antenna | R&S | HFH2-Z2 | 833799/003 | 2013.11.17 |
| Bilog Antenna | Teseq GmbH | CBL6112D | 27611 | 2013.10.15 |
| Coaxial Cable | Huber+Suhner | SUCOFLEX 106 | AC2-C | 2013.03.02 |
| Temperature/Humidity Meter | Zhicheng | ZC1-2 | AC2-TH | 2013.05.07 |

Radiated Emission / AC-5

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|---|---|---|---|---|
| Spectrum Analyzer | Agilent | N9010A | MY48030494 | 2013.04.18 |
| Preamplifier | Miteq | NSP1800-25 | 1364185 | 2013.05.04 |
| Preamplifier | QuieTek | AP-040G | CHM-0906001 | 2013.05.04 |
| Bilog Antenna | Teseq GmbH | CBL6112D | 27612 | 2013.10.15 |
| Broad-Band Horn Antenna | Schwarzbeck | BBHA9120D | 499 | 2014.06.08 |
| Broad-Band Horn Antenna | Schwarzbeck | BBHA9170 | 294 | 2013.11.24 |
| Coaxial Cable | Huber+Suhner | SUCOFLEX 106 | AC5-C1 | 2013.03.02 |
| Coaxial Cable | Huber+Suhner | SUCOFLEX 106 | AC5-C2 | 2013.03.02 |
| Coaxial Cable | Huber+Suhner | SUCOFLEX 102 | AC5-C3 | 2013.03.02 |
| Temperature/Humidity Meter | Zhicheng | ZC1-2 | AC5-TH | 2013.01.10 |

Note 1: All equipments are calibrated with traceable calibrations. Each calibration is traceable to the national or international standards.



### 4.2.  Test Setup

Below 30MHz Test Setup:



Below 1GHz Test Setup:





Above 1GHz Test Setup:



## 4.3.  Limit

| FCC Part 15 Subpart C Paragraph 15.209 | | |
|:---:|:---:|:---:|
| Frequency (MHz) | Distance (m) | Level (dBuV/m) |
| 30 - 88 | 3 | 40 |
| 88 - 216 | 3 | 43.5 |
| 216 - 960 | 3 | 46 |
| Above 960 | 3 | 54 |

Note 1: The lower limit shall apply at the transition frequency.

Note 2: Distance refers to the distance in meters between the measuring instrument antenna
and the closed point of any part of the device or system.

Note 3: E field strength (dBuV/m) = 20 log E field strength (uV/m)

## 4.4.  Test Procedure

The EUT was setup according to ANSI C63.4: 2009 and tested according to ANSI C63.10:
2009 and KDB 558074 for compliance to FCC 47CFR 15.247 requirements.

The EUT is placed on a turn table which is 0.8 meter above ground. The turn table is rotated
360 degrees to determine the position of the maximum emission level. The EUT was
positioned such that the distance from antenna to the EUT was 3 meters.

The antenna is scanned from 1 meter to 4 meters to find out the maximum emission level. This



is repeated for both horizontal and vertical polarization of the antenna. In order to find the maximum emission, all of the interface cables were manipulated according to ANSI C63.4: 2009 on radiated measurement.

The resolution bandwidth below 1GHz setting on the field strength meter is 120 kHz and above 1GHz is 1MHz.

The frequency range from 30MHz to 10th harmonic is checked.

Note: When doing emission measurement above 1GHz, the horn antenna will be bended down a little (as horn antenna has the narrow beamwidth) in order to keeping the antenna in the "cone of radiation" of EUT. The 3dB beamwidth is 60 degrees for H-plane and 90 degrees for E-plane.

### 4.5.  Uncertainty

The measurement uncertainty above 1G is defined as $\pm$ 3.9 dB

below 1G is defined as $\pm$ 3.8 dB



Report No: 128S067R-RF-US-P05V01

4.6. **Test Result**

All of the test result shown indicates the worst case, and spectrum analyzer parameters setting as shown below:

Peak detector: RBW = 1MHz, VBW = 3MHz, sweep time = 200ms;

Average detector: RBW = 1MHz, VBW = 10Hz, sweep time = auto.

Measure Level = Reading Level + Cable Loss + Antenna Factor - Preamplifier Gain

| CH | Antenna | Frequency (MHz) | Reading Level (dBuV/m) | Factor (dB) | Measure Level (dBuV/m) | Limit (dBuV/m) | Margin (dB) | Detector |
|---|---|---|---|---|---|---|---|---|
| 2418 | V | 2418.2 | 72.5 | 36.5 | 109.0 | Fundamental | / | PK |
| | V | 288.0 | 21.0 | 20.1 | 41.1 | 46 | -4.9 | QP |
| | H | 312.0 | 24.5 | 20.9 | 45.4 | 46 | -0.6 | QP |
| | V | 3227.0 | 57.7 | -9.7 | 48.0 | 54(note3) | -6.0 | PK |
| | H | 4833.5 | 71.4 | -7.6 | 63.8 | 74 | -10.2 | PK |
| | H | 4835.8 | 37.4 | -7.7 | 29.7 | 54 | -24.3 | AV |
| | H | 7256.0 | 67.8 | -3.0 | 64.8 | 74 | -9.2 | PK |
| | H | 7256.0 | 34.2 | -3.0 | 31.2 | 54 | -22.8 | AV |
| | H | 24000.0 | 59.1 | -8.9 | 50.2 | 54(note3) | -3.8 | PK |
| 2440 | V | 2444.1 | 76 | 32.7 | 108.7 | Fundamental | / | PK |
| | H | 288.0 | 20.5 | 20.1 | 40.6 | 46 | -5.4 | QP |
| | H | 312.0 | 24.9 | 20.9 | 45.8 | 46 | -0.2 | QP |
| | V | 3252.5 | 55.4 | -9.7 | 45.7 | 54(note3) | -8.3 | PK |
| | H | 4876.0 | 70.8 | -7.6 | 63.2 | 74 | -10.8 | PK |
| | H | 4879.8 | 37.0 | -7.6 | 29.4 | 54 | -24.6 | AV |
| | H | 7324.0 | 65.8 | -2.9 | 62.9 | 74 | -11.1 | PK |
| | H | 7320.0 | 34.0 | -2.9 | 31.1 | 54 | -22.9 | AV |
| | H | 24000.0 | 59.1 | -8.9 | 50.2 | 54(note3) | -3.8 | PK |
| 2460 | V | 2459.8 | 80.9 | 30.9 | 111.8 | Fundamental | / | PK |
| | H | 288.0 | 20.6 | 20.1 | 40.7 | 46 | -5.3 | QP |
| | H | 312.0 | 24.0 | 20.9 | 44.9 | 46 | -1.1 | QP |
| | V | 3278.0 | 56.1 | -9.6 | 46.5 | 54(note3) | -7.5 | PK |
| | H | 4918.5 | 71.9 | -7.6 | 64.3 | 74 | -9.7 | PK |
| | H | 4920.0 | 37.4 | -7.6 | 29.8 | 54 | -24.2 | AV |
| | H | 7383.5 | 59.3 | -2.7 | 56.6 | 74 | -17.4 | PK |
| | H | 7380.0 | 33.8 | -2.7 | 31.1 | 54 | -22.9 | AV |
| | H | 24000.0 | 59.1 | -8.9 | 50.2 | 54(note3) | -3.8 | PK |



Note: 1. Measure Level = Reading Level + Factor.

2. The test trace is same as the ambient noise (the test frequency range: 9kHz~30MHz, 18GHz~25GHz), therefore no data appear in the report.

3. This limit applies for using average detector, if the test result on peak is lower than average limit, then average measurement needn't be performed.



Report No: 128S067R-RF-US-P05V01

## 5. RF Antenna Conducted Spurious

### 5.1. Test Equipment

RF Antenna Conducted Spurious / TR-8

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|------------|--------------|----------|------------|-----------|
| Spectrum Analyzer | Agilent | E4446A | MY45300103 | 2013.04.18 |
| Temperature/Humidity Meter | zhicheng | ZC1-2 | TR8-TH | 2013.05.07 |

Note: All equipments are calibrated with traceable calibrations. Each calibration is traceable to the national or international standards.

### 5.2. Test Setup



### 5.3. Limit

In any 100 kHz bandwidth outside the frequency band in which the spread spectrum intentional radiator is operating, the radio frequency power that is produced by the intentional radiator shall be at least 20 dB below that in the 100 kHz bandwidth within the band that contains the highest level of the desired power, based on either an RF conducted or a radiated measurement.



### 5.4. Test Procedure

The EUT was tested according to ANSI C63.10: 2009 and KDB 558074 for compliance to FCC 47CFR 15.247 requirements.
Set RBW = 100 kHz, Set VBW > RBW, scan up through 10th harmonic.

### 5.5. Uncertainty

The measurement uncertainty is defined as $\pm$ 1.27 dB



### 5.6. Test Result

| Product | : | Surface Radio |
|---|---|---|
| Test Item | : | RF Antenna Conducted Spurious |
| Test Site | : | TR-8 |
| Test Mode | : | Mode 1 |

**Channel 01 (2418MHz)**





### Channel 23 (2440MHz)



### Channel 43 (2460MHz)





## 6. Radiated Emission Band Edge

### 6.1. Test Equipment

☒ Radiated Emission Band Edge / AC-5

| Instrument | Manufacturer | Type No. | Serial No. | Cali. Due Date |
|---|---|---|---|---|
| Spectrum Analyzer | Agilent | N9010A | MY48030494 | 2013.04.18 |
| EMI Test Receiver | R&S | ESCI | 100573 | 2013.04.18 |
| Preamplifier | Miteq | NSP1800-25 | 1364185 | 2013.05.04 |
| Preamplifier | QuieTek | AP-040G | CHM-0906001 | 2013.05.04 |
| Bilog Type Antenna | Schaffner | CBL6112B | 2932 | 2013.10.15 |
| Broad-Band Horn Antenna | Schwarzbeck | BBHA9120D | 499 | 2014.06.08 |
| 50ohm Coaxial Switch | Anritsu | MP59B | 6200464462 | 2013.03.02 |
| Temperature/Humidity Meter | zhicheng | ZC1-2 | AC5-TH | 2013.01.10 |

Note 1: All equipments are calibrated with traceable calibrations. Each calibration is traceable to the national or international standards.



Report No: 128S067R-RF-US-P05V01

## 6.2.  Test Setup



## 6.3.  Limit

Radiated emissions which fall in the restricted bands, as defined in Section 15.205(a) of FCC part 15, must also comply with the radiated emission limits specified in Section 15.209(a) (see Section 15.205(c)).

## 6.4.  Test Procedure

The EUT was setup according to ANSI C63.4: 2009 and tested according to ANSI C63.10: 2009 and KDB 558074 for compliance to FCC 47CFR 15.247 requirements.

The EUT is placed on a turn table which is 0.8 meter above ground. The turn table is rotated 360 degrees to determine the position of the maximum emission level. The EUT was positioned such that the distance from antenna to the EUT was 3 meters.

The antenna is scanned from 1 meter to 4 meters to find out the maximum emission level. This is repeated for both horizontal and vertical polarization of the antenna. In order to find the maximum emission, all of the interface cables were manipulated according to ANSI C63.4: 2009 on radiated measurement.

## 6.5.  Uncertainty

The measurement uncertainty above 1G is defined as $\pm$ 3.9 dB



Report No: 128S067R-RF-US-P05V01

### 6.6. Test Result

| Engineer: Milo | |
|---|---|
| Site: AC5 | Time: 2012/11/16 - 09:45 |
| Limit: FCC_Part15.209_RE(3m) | Margin: 0 |
| Probe: BBHA 9120D_499(1-18GHz) | Polarity: Horizontal |
| EUT: DX2E | Power: DC 6V |
| Note: Mode1:Transmit at channel 2418MHz | |



| No | Flag | Mark | Frequency (MHz) | Measure Level (dBuV/m) | Reading Level (dBuV) | Over Limit (dB) | Limit (dBuV/m) | Factor | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 2389.728 | 68.720 | 32.421 | -5.280 | 74.000 | 36.299 | PK |
| 2 | | | 2390.000 | 61.787 | 25.486 | -12.213 | 74.000 | 36.302 | PK |
| 3 | | * | 2418.174 | 109.031 | 72.494 | N/A | N/A | 36.536 | PK |



Report No: 128S067R-RF-US-P05V01

| | |
|---|---|
| Engineer: Milo | |
| Site: AC5 | Time: 2012/11/16 - 10:03 |
| Limit: FCC_Part15.209_RE(3m) | Margin: 0 |
| Probe: BBHA 9120D_499(1-18GHz) | Polarity: Horizontal |
| EUT: DX2E | Power: DC 6V |
| Note: Mode1:Transmit at channel 2418MHz | |



| No | Flag | Mark | Frequency (MHz) | Measure Level (dBuV/m) | Reading Level (dBuV) | Over Limit (dB) | Limit (dBuV/m) | Factor | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 2390.000 | 38.186 | 1.885 | -15.814 | 54.000 | 36.302 | AV |
| 2 | | * | 2418.108 | 40.216 | 3.680 | N/A | N/A | 36.536 | AV |



| Engineer: Milo | |
| --- | --- |
| Site: AC5 | Time: 2012/11/16 - 10:04 |
| Limit: FCC_Part15.209_RE(3m) | Margin: 0 |
| Probe: BBHA 9120D_499(1-18GHz) | Polarity: Vertical |
| EUT: DX2E | Power: DC 6V |
| Note: Mode1:Transmit at channel 2418MHz | |



| No | Flag | Mark | Frequency (MHz) | Measure Level (dBuV/m) | Reading Level (dBuV) | Over Limit (dB) | Limit (dBuV/m) | Factor | Type |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | | 2390.000 | 71.504 | 35.863 | -2.496 | 74.000 | 35.642 | PK |
| 2 | | * | 2417.580 | 111.844 | 76.083 | N/A | N/A | 35.762 | PK |



Report No: 128S067R-RF-US-P05V01

| Engineer: Milo | |
| --- | --- |
| Site: AC5 | Time: 2012/11/16 - 10:10 |
| Limit: FCC_Part15.209_RE(3m) | Margin: 0 |
| Probe: BBHA 9120D_499(1-18GHz) | Polarity: Vertical |
| EUT: DX2E | Power: DC 6V |
| Note: Mode1:Transmit at channel 2418MHz | |



| No | Flag | Mark | Frequency (MHz) | Measure Level (dBuV/m) | Reading Level (dBuV) | Over Limit (dB) | Limit (dBuV/m) | Factor | Type |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | | 2390.000 | 46.010 | 10.369 | -7.990 | 54.000 | 35.642 | AV |
| 2 | | * | 2417.976 | 48.525 | 12.762 | N/A | N/A | 35.763 | AV |



Report No: 128S067R-RF-US-P05V01

| Engineer: Milo | |
|---|---|
| Site: AC5 | Time: 2012/11/16 - 10:12 |
| Limit: FCC_Part15.209_RE(3m) | Margin: 0 |
| Probe: BBHA 9120D_499(1-18GHz) | Polarity: Horizontal |
| EUT: DX2E | Power: DC 6V |
| Note: Mode1:Transmit at channel 2460MHz | |



| No | Flag | Mark | Frequency (MHz) | Measure Level (dBuV/m) | Reading Level (dBuV) | Over Limit (dB) | Limit (dBuV/m) | Factor | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | * | 2460.300 | 103.421 | 72.494 | N/A | N/A | 30.927 | PK |
| 2 | | | 2483.500 | 64.052 | 33.066 | -9.948 | 74.000 | 30.985 | PK |



Report No: 128S067R-RF-US-P05V01

| Engineer: Milo | |
|---|---|
| Site: AC5 | Time: 2012/11/16 - 10:18 |
| Limit: FCC_Part15.209_RE(3m) | Margin: 0 |
| Probe: BBHA 9120D_499(1-18GHz) | Polarity: Horizontal |
| EUT: DX2E | Power: DC 6V |
| Note: Mode1:Transmit at channel 2460MHz | |



| No | Flag | Mark | Frequency (MHz) | Measure Level (dBuV/m) | Reading Level (dBuV) | Over Limit (dB) | Limit (dBuV/m) | Factor | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | * | 2460.250 | 44.142 | 13.215 | N/A | N/A | 30.927 | AV |
| 2 | | | 2483.500 | 42.549 | 11.564 | -11.451 | 54.000 | 30.985 | AV |



| | |
|---|---|
| Engineer: Milo | |
| Site: AC5 | Time: 2012/11/16 - 10:19 |
| Limit: FCC_Part15.209_RE(3m) | Margin: 0 |
| Probe: BBHA 9120D_499(1-18GHz) | Polarity: Vertical |
| EUT: DX2E | Power: DC 6V |
| Note: Mode1:Transmit at channel 2460MHz | |



| No | Flag | Mark | Frequency (MHz) | Measure Level (dBuV/m) | Reading Level (dBuV) | Over Limit (dB) | Limit (dBuV/m) | Factor | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | * | 2459.800 | 111.801 | 80.876 | N/A | N/A | 30.925 | PK |
| 2 | | | 2483.500 | 68.558 | 37.572 | -5.442 | 74.000 | 30.985 | PK |



| Engineer: Milo | |
|---|---|
| Site: AC5 | Time: 2012/11/16 - 10:21 |
| Limit: FCC_Part15.209_RE(3m) | Margin: 0 |
| Probe: BBHA 9120D_499(1-18GHz) | Polarity: Vertical |
| EUT: DX2E | Power: DC 6V |
| Note: Mode1:Transmit at channel 2460MHz | |



| No | Flag | Mark | Frequency (MHz) | Measure Level (dBuV/m) | Reading Level (dBuV) | Over Limit (dB) | Limit (dBuV/m) | Factor | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | * | 2459.850 | 44.737 | 13.811 | N/A | N/A | 30.925 | AV |
| 2 | | | 2483.500 | 42.608 | 11.622 | -11.392 | 54.000 | 30.985 | AV |

## 7.  Operation Frequency Range of 20dB Bandwidth

### 7.1.  Test Equipment

Operation Frequency Range of 20dB Bandwidth / TR-8

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|---|---|---|---|---|
| Spectrum Analyzer | Agilent | E4446A | MY45300103 | 2013.04.18 |
| Temperature/Humidity Meter | zhicheng | ZC1-2 | TR8-TH | 2013.05.07 |

Note: All equipments are calibrated with traceable calibrations. Each calibration is traceable to the
national or international standards.

### 7.2.  Test Setup



### 7.3.  Limit

20 dB bandwidth of the emission is contained within the operation frequency band.

### 7.4.  Test Procedure

The EUT was tested according to ANSI C63.10: 2009 and KDB 558074 for compliance to FCC
47CFR 15.247 requirements.
Set RBW = 100 kHz, Span greater than RBW.

### 7.5.  Uncertainty

The measurement uncertainty is defined as $\pm$ 1 kHz



### 7.6.  Test Result

| Product | : | Surface Radio |
|---------|---|---------------|
| Test Item | : | Operation Frequency Range of 20dB Bandwidth |
| Test Site | : | TR-8 |
| Test Mode | : | Mode 1 |

**Channel 01 (2418MHz)**



**Channel 43 (2460MHz)**



**QuieTek**

## 8. Occupied Bandwidth

### 8.1. Test Equipment

Occupied Bandwidth / TR-8

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|---|---|---|---|---|
| Spectrum Analyzer | Agilent | E4446A | MY45300103 | 2013.04.18 |
| Temperature/Humidity Meter | zhicheng | ZC1-2 | TR8-TH | 2013.05.07 |

Note: All equipments are calibrated with traceable calibrations. Each calibration is traceable to the national or international standards.

### 8.2. Test Setup



### 8.3. Limit

The minimum 6 dB bandwidth shall be at least 500 kHz.

### 8.4. Test Procedure

The EUT was tested according to ANSI C63.10: 2009 and KDB 558074 for compliance to FCC 47CFR 15.247 requirements.
Set RBW = 100 kHz, VBW = 300 kHz, Detector = Peak, Span greater than RBW.

### 8.5. Uncertainty

The measurement uncertainty is defined as $\pm$ 1 kHz



Report No: 128S067R-RF-US-P05V01

### 8.6. Test Result

| Product | : | Suface Radio |
|---------|---|--------------|
| Test Item | : | 6dB Occupied Bandwidth |
| Test Site | : | TR-8 |
| Test Mode | : | Mode 1 |

| Channel No. | Frequency (MHz) | Occupied Bandwidth (kHz) | Limit (kHz) | Result |
|-------------|-----------------|--------------------------|-------------|--------|
| 01 | 2418 | 902 | 500 | Pass |
| 23 | 2440 | 868 | 500 | Pass |
| 43 | 2460 | 895 | 500 | Pass |

**Channel 01 (2418MHz)**





### Channel 23 (2440MHz)



### Channel 43 (2460MHz)





Report No: 128S067R-RF-US-P05V01

| Product | : | Surface Radio |
|---------|---|---------------|
| Test Item | : | 99% Occupied Bandwidth |
| Test Site | : | TR-8 |
| Test Mode | : | Mode 1 |

| Channel No. | Frequency (MHz) | 99% Bandwidth (kHz) |
|-------------|-----------------|---------------------|
| 01 | 2418 | 1172.5 |
| 23 | 2440 | 1195.7 |
| 43 | 2460 | 1219.7 |

**Channel 01 (2418MHz)**





Report No: 128S067R-RF-US-P05V01

## Channel 23 (2440MHz)



## Channel 43 (2460MHz)





## 9.  Power Output

### 9.1.  Test Equipment

Power Output / TR-8

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|---|---|---|---|---|
| Spectrum Analyzer | Agilent | E4446A | MY45300103 | 2013.04.18 |
| Temperature/Humidity Meter | zhicheng | ZC1-2 | TR8-TH | 2013.05.07 |

Note: All equipments are calibrated with traceable calibrations. Each calibration is traceable to the
national or international standards.

### 9.2.  Test Setup



### 9.3.  Limit

The maximum peak power shall be less 1 Watt (30dBm).

Note: the conducted output power limit specified above is based on the use the antennas with
directional gains that do not exceed 6 dBi are used, the conducted output power from the
intentional radiator shall be reduced below the stated values above, as appropriate, by
the amount in dB that the directional gain of antenna exceeds 6 dBi.



**9.4.  Test Procedure**

The EUT was tested according to ANSI C63.10: 2009 and KDB 558074 for compliance to FCC 47CFR 15.247 requirements.

Set RBW ≥ DTS bandwidth, VBW ≥ 3*RBW, Detector = Peak, Span greater than RBW.

**9.5.  Uncertainty**

The measurement uncertainty is defined as  ± 1.27 dB



Report No: 128S067R-RF-US-P05V01

**9.6.** Test Tesult

| Product | : | Surface Radio |
|---|---|---|
| Test Item | : | Power Output |
| Test Site | : | TR-8 |
| Test Mode | : | Mode 1 |

| Channel No. | Frequency (MHz) | Measurement Power Output (dBm) | Limit (dBm) | Result |
|---|---|---|---|---|
| 01 | 2418 | 18.67 | 30 | Pass |
| 23 | 2440 | 18.66 | 30 | Pass |
| 43 | 2460 | 18.61 | 30 | Pass |

**Channel 01 (2418MHz)**





### Channel 23 (2440MHz)



### Channel 43 (2460MHz)





## 10. Power Spectral Density

### 10.1. Test Equipment

Power Spectral Density / TR-8

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|---|---|---|---|---|
| Spectrum Analyzer | Agilent | E4446A | MY45300103 | 2013.04.18 |
| Temperature/Humidity Meter | zhicheng | ZC1-2 | TR8-TH | 2013.05.07 |

Note: All equipments are calibrated with traceable calibrations. Each calibration is traceable to the national or international standards.

### 10.2. Test Setup



### 10.3. Limit

For digitally modulated systems, the power spectral density conducted from the intentional radiated to the antenna shall not be greater than 8dBm in any 3kHz band during any time interval of continuous transmission.



**10.4. Test Procedure**

The EUT was tested according to ANSI C63.10: 2009 and KDB 558074 for compliance to FCC 47CFR 15.247 requirements.

Set the span to 1.5 times the DTS channel bandwidth, RBW ≥ 3KHz, VBW ≥ 3*RBW, Detector = peak, use the peak marker function to determine the maximum amplitude level.

**10.5. Uncertainty**

The measurement uncertainty is defined as ± 1.27 dB



Report No: 128S067R-RF-US-P05V01

### 10.6. Test Result

| Product | : | Surface Radio |
|---|---|---|
| Test Item | : | Power Spectral Density |
| Test Site | : | TR-8 |
| Test Mode | : | Mode 1 |

| Channel No. | Frequency (MHz) | PSD (dBm) | Limit (dBm) | Result |
|---|---|---|---|---|
| 01 | 2418 | 5.36 | 8 | Pass |
| 23 | 2440 | 5.28 | 8 | Pass |
| 43 | 2460 | 5.62 | 8 | Pass |

**Channel 01 (2418MHz)**





### Channel 23 (2440MHz)



### Channel 43 (2460MHz)





## 11. Receiver Spurious Emission for Industry Canada RSS-Gen Requirement

### 11.1. Test Equipment

Radiated Emission / AC-2

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|---|---|---|---|---|
| EMI Test Receiver | R&S | ESCI | 100573 | 2013.04.18 |
| Loop Antenna | R&S | HFH2-Z2 | 833799/003 | 2013.11.17 |
| Bilog Antenna | Teseq GmbH | CBL6112D | 27611 | 2013.10.15 |
| Coaxial Cable | Huber+Suhner | SUCOFLEX 106 | AC2-C | 2013.03.02 |
| Temperature/Humidity Meter | Zhicheng | ZC1-2 | AC2-TH | 2013.01.10 |

Radiated Emission / AC-5

| Instrument | Manufacturer | Type No. | Serial No. | Cal. Date |
|---|---|---|---|---|
| Spectrum Analyzer | Agilent | N9010A | MY48030494 | 2013.04.18 |
| Preamplifier | Miteq | NSP1800-25 | 1364185 | 2013.05.04 |
| Preamplifier | QuieTek | AP-040G | CHM-0906001 | 2013.05.04 |
| Bilog Antenna | Teseq GmbH | CBL6112D | 27612 | 2013.10.15 |
| Broad-Band Horn Antenna | Schwarzbeck | BBHA9120D | 499 | 2014.06.08 |
| Broad-Band Horn Antenna | Schwarzbeck | BBHA9170 | 294 | 2013.11.24 |
| Coaxial Cable | Huber+Suhner | SUCOFLEX 106 | AC5-C1 | 2013.03.02 |
| Coaxial Cable | Huber+Suhner | SUCOFLEX 106 | AC5-C2 | 2013.03.02 |
| Coaxial Cable | Huber+Suhner | SUCOFLEX 102 | AC5-C3 | 2013.03.02 |
| Temperature/Humidity Meter | Zhicheng | ZC1-2 | AC5-TH | 2013.01.10 |



## 11.2. Test Setup

Below 30MHz Test Setup:



Below 1GHz Test Setup:





Above 1GHz Test Setup:



## 11.3. Limit

| FCC Part 15 Subpart B Paragraph 15.109 | | |
|---|---|---|
| Frequency (MHz) | Distance (m) | Level (dBuV/m) |
| 30 - 88 | 3 | 40 |
| 88 - 216 | 3 | 43.5 |
| 216 - 960 | 3 | 46 |
| Above 960 | 3 | 54 |

Note 1: The lower limit shall apply at the transition frequency.

Note 2: Distance refers to the distance in meters between the measuring instrument antenna
and the closed point of any part of the device or system.

Note 3: E field strength (dBuV/m) = 20 log E field strength (uV/m)



## 11.4. Test Procedure

According to ANSI C63.10: 2009.

The EUT is placed on a turn table which is 0.8 meter above ground. The turn table is rotated 360 degrees to determine the position of the maximum emission level. The EUT was positioned such that the distance from antenna to the EUT was 3 meters.

The antenna is scanned from 1 meter to 4 meters to find out the maximum emission level. This is repeated for both horizontal and vertical polarization of the antenna. In order to find the maximum emission, all of the interface cables were manipulated according to ANSI C63.4: 2009 on radiated measurement.

The resolution bandwidth below 1GHz setting on the field strength meter is 120 kHz and above 1GHz is 1MHz.

The frequency range from 9kHz to10th harmonic is checked.

Note: When doing emission measurement above 1GHz, the horn antenna will be bended down a little (as horn antenna has the narrow beamwidth) in order to keeping the antenna in the "cone of radiation" of EUT. The 3dB beamwidth is 60~10 degrees for H-plane and 90~10 degrees for E-plane.

## 11.5. Uncertainty

The measurement uncertainty above 1G is defined as $\pm$ 3.9 dB

below 1G is defined as $\pm$ 3.8 dB



### 11.6. Test Result

All of the test result shown indicates the worst case, and spectrum analyzer parameters setting as shown below:

Peak detector: RBW = 1MHz, VBW = 3MHz, sweep time = 200ms;

Average detector: RBW = 1MHz, VBW = 10Hz, sweep time = auto.

Measure Level = Reading Level + Cable Loss + Antenna Factor - Preamplifier Gain

Mode1: Receive at channel 2440MHz

| Antenna | Frequency (MHz) | Reading Level (dBuV/m) | Factor (dB) | Measure Level (dBuV/m) | Limit (dBuV/m) | Margin (dB) | Detector |
|---------|-----------------|------------------------|-------------|------------------------|----------------|-------------|----------|
| H | 288.0 | 19.8 | 20.1 | 39.8 | 46 | -9.0 | QP |
| H | 312.0 | 24.9 | 20.9 | 45.8 | 46 | -0.2 | QP |
| V | 288.0 | 21.4 | 20.1 | 41.5 | 46 | -4.5 | QP |
| V | 419.9 | 11.4 | 24.4 | 35.8 | 46 | -10.2 | QP |
| H | 1221.0 | 61.1 | -17.2 | 43.9 | 54(Note1) | -10.1 | PK |
| H | 1748.0 | 61.3 | -12.3 | 48.9 | 54(Note1) | -5.1 | PK |
| V | 1544.0 | 57.6 | -16.6 | 41.0 | 54(Note1) | -13.0 | PK |
| V | 2674.5 | 53.3 | -10.6 | 42.7 | 54(Note1) | -11.3 | PK |

Note1: This limit applies for using average detector, if the test result on peak is lower than average limit, then average measurement needn't be performed.