

Peak Table

Peak Table
On

Peak Sor
Amptd

Peak Readout
Freq                All

On

Agilent Spectrum Analyzer - Swept SA

RF    50 Ω    AC    -25.00 dBm

Display Line -25.00 dBm

SENSE:INT          ALIGN AUTO          03:20:17 PM Dec 18, 2014

Trig: Free Run          Avg Type: Log-Pwr          TRACE 1 2 3 4 5 6
Atten: 10 dB                                       TYPE W W W W W W
                                                   DET  P N N N N N

PNO: Fast
IFGain:Low

Ref 0.00 dBm          Mkr1 2.417 345 GHz
                              -30.12 dBm

10 dB/div
Log
-10.0
-20.0
-25.00 dBm
-30.0
-40.0
-50.0
-60.0        -60.00 dBm
-70.0
-80.0
-90.0

Start 2.405000 GHz          #Res BW 51 kHz    #VBW 100 kHz          Stop 2.420000 GHz
                                                                    Sweep  5.80 ms (1001 pts)

STATUS

Peak Table

| | Frequency (GHz) | dBm |
|---|---|---|
| 1 | 2.40997 | -32.09 |
| 2 | 2.41004 | -32.35 |
| 3 | 2.41159 | -32.11 |
| 4 | 2.41166 | -33.11 |
| 5 | 2.41240 | -31.79 |
| 6 | 2.41321 | -31.86 |
| 7 | 2.41328 | -31.11 |
| 8 | 2.41402 | -30.22 |
| 9 | 2.41409 | -30.29 |
| 10 | 2.41484 | -31.45 |
| 11 | 2.41492 | -32.71 |
| 12 | 2.41565 | -30.01 |
| 13 | 2.41574 | -31.85 |
| 14 | 2.41646 | -31.97 |
| 15 | 2.41727 | -33.11 |
| 16 | 2.41735 | -30.12 |
| 17 | 2.41816 | -31.41 |
| 18 | 2.41889 | -31.73 |
| 19 | 2.41970 | -31.36 |
| 20 | 2.41978 | -31.68 |