

(Rev. 07-11-2013)

FEDERAL BUREAU OF INVESTIGATION
DIGITAL FORENSICS AND ANALYSIS SECTION
CRYPTOLOGIC AND ELECTRONIC ANALYSIS UNIT
**ADMINISTRATIVE REVIEW FORM**

| | |
|---|---|
| Unique Identifier (Submission ID): 130416021 AES | |
| Case ID (optional): 415M-BS-2814367 | |
| Examiner's Name: Michael D. McFarlane - AES | Report Date: 4/4/2014 |
| Reviewer (Printed Name): STEVEN ANACKER | Reviewer (signature): [signed] | Review Date: 10/23/2014 |

Case record contains the following **ADMINISTRATIVE** documentation items, as applicable, and each includes the unique submission identifier:

| | Yes | N/A | |
|---|---|---|---|
| Legal authority, or documentation of review, or explanation of non-review | ✓ | · | |
| Chain of custody records for all original and derivative evidence | ✓ | ☐ | |
| Record of peer review | ✓ | ☐ | |
| Complete activity and communication log | ✓ | ☐ | |
| If preliminary results released, approval for preliminary results release | ☐ | ✓ | |
| Report of Examination | ✓ | ☐ | |
| Return shipping invoices | ☐ | ✓ | Direct pickup by LAB |
| Critical service vendor service request and results documentation | ☐ | ✓ | |

Case record contains the following **EXAMINATION** documentation items, as applicable, and each includes the unique submission identifier:

| | Yes | N/A |
|---|---|---|
| Notes of examination | ✓ | ☐ |
| Photographs taken to support examination, charts, data, and records   CD | ✓ | ☐ |
| Corrections are initialed | ☐ | ✓ |
| Each page contains unique identifier | ✓ | ☐ |
| Each page contains initials of examiner(s) responsible for processes on that page | ✓ | ☐ |
| The total number of pages of EXAMINATION documentation is reported | ✓ | ☐ |

Case record contains the following documentation items in each **ADMIN** or **EXAM** section, as applicable:

| | Yes | N/A |
|---|---|---|
| Technical information from hardware/software manufacturers | ☐ | ✓ |
| Technical information from critical service vendors | ☐ | ✓ |
| If request discontinued, documentation is retained and report reflects that | ☐ | ✓ |

Additional Items

| | Yes | N/A | |
|---|---|---|---|
| Report of Examination contains all key information | ✓ | ☐ | |
| Report of Examination is understandable | ✓ | ☐ | |
| Report of Examination spelling and grammar are accurate | ✓ | ☐ | |
| Case record cover filled out properly | ✓ | ☐ | |
| Evidence and derivative evidence are labeled | ☐ | ✓ | labeled by LAB |