

1-2
(5-10-2013)

# FEDERAL BUREAU OF INVESTIGATION
## DIGITAL EVIDENCE SECTION
## CRYPTOLOGIC AND ELECTRONIC ANALYSIS UNIT
### PEER REVIEW FORM

Scene 2

| Unique Identifier (Submission ID): | Case ID: |
|---|---|
| 130416021 AAR AES | 415M-BS-2814367 |
| **Examiner's Name:** Michael D. McFarlane - AES | |

| Reviewer (printed name): | Reviewer (signature): | Review Date: |
|---|---|---|
| Stacey Perrino | [signature] | 4/3/2014 |

|  | Yes | N/A |
|---|---|---|
| Another competent examiner could evaluate what was done and interpret the data. | ✓ | ☐ |
| Results are supported in the Report of Analysis. | ✓ | ☐ |
| Examination results and retained copies are properly labeled and documented in the examination documentation and in the report. | ✓ | ☐ |