| | | |
|---|---|---|
| | | ** Q39 -Unable to identify manf./model of PCB, but looks like power electronics. |
| TylerHowell | 4/17/2013 0:00 | *** Later identified as an Electronic Speed Controller (ESC). |
| | | * Received more images of two more PCBs (one with enclosure), PPT presentation created to explain electronics based on scene location (1 or 2): |
| | | * Scene 1 |
| | | ** Q178 - 2.4 GHz receiver by FlySky, model: FS-GR3E, for hobby-level RC vehicles. |
| | | ** Q39 - Electronic Speed Controller (ESC) of unknown manf./model. |
| | | * STVC Call with Hobbico: |
| | | ** Confirmed that they are the seller of the Duratrax brand, including the Duratrax Spring ESC. |
| | | ** Indicated that Q39, the blue ESC, could be from Hobby King under the brand of Turingy. |
| | | ** Commented that transmitters from various manufacturers are typically not interoperable. |
| | | ** Informed that the Spektrum brand is produced by Horizon Hobby. |
| | | ** Was unaware of custom transmitter/receiver designs on the internet (checked on 4/22/2013 - there are). |
| TylerHowell | 4/18/2013 0:00 | ** Q7 - Likely sub C rechargable battery. |
| | | * Delivered Helion ESC exemplar to SSABT Eric Morefield. |
| | | |
| TylerHowell | 4/25/2013 0:00 | |
| | | * Eric Morefield tested the inter-operability of an exemplar Fly Sky transmitter and an exemplar Spektrum SR201 receiver. |
| TylerHowell | 4/19/2013 0:00 | ** Exemplars could not talk to each other. |
| TylerHowell | 4/20/2013 0:00 | * Transmitter (likely Fly Sky) was recovered in Boston. |
| TylerHowell | 4/22/2013 0:00 | * Hobbico identified Q39 (blue PCB ESC) as a Helion Dominus ESC, which is sold by Hobby Town. |
| | | * Ordered exemplars: |
| | | ** 4 - Spektrum DX2E transmitters |
| | | ** 4 - Spektrum SR201 receivers |
| | | ** 4 - FlySky FS-GT3B transmitters |
| | | ** 4 - FlySky FS-GR3E receivers |
| | | ** 2 - Duratrax Spring ESC |
| TylerHowell | 4/23/2013 0:00 | ** 2 - Helion Dominus ESC |

| | | |
|---|---|---|
| | | * Received first round of exemplar transmitter/receiver |
| | | ** Receiver is the same board revision as evidence. |
| | | * Tested interoperability of FS Tx and Spektrum Rx |
| | | ** Devices are not interoperable. |
| | | * Photographed evidence and exemplars. |
| | | * Eric Kunkel is looking into obtaining bind code for exemplars. |
| TylerHowell | 4/25/2013 0:00 | |
| | | * Eric Kunkel read EEPROM on FlySky receiver with DataIO: |
| | | ** Only data is 6 bytes, possibly binding code. |
| | | * Test plan: |
| | | ** Attempt to obtain same 6 bytes off of ST microcontroller on Tx. |
| | | ** Do differential analysis on 6 byes in receiver with another Tx. |
| | | ** Verify evidence Rx EEPROM status (i.e., able to be read) using xray. |
| | | ** Read evidence Rx EEPROM, program exemplar EEPROM, test link from Tx to Rx with evidence EEPROM code. |
| | | * Gary Baird measured RF spectrum on FlySky and Spektrum transmitters: |
| TylerHowell | 4/26/2013 0:00 | ** RF characteristics are different enough to prevent communication between systems. |
| TylerHowell | 4/29/2013 0:00 | * Datasheet for FS-GR3E receiver's RF IC obtained. |
| | | New test plan for obtaining binding code: |
| | | # Bind the evidence transmitter to an exemplar receiver. |
| | | ** -Verify that the handshake is one-way, and does not modify transmitter.- Verified by Tyler Howell and Gary Baird that the FS-GR3C does not transmit back a signal to the FS-GT3B. |
| | | # Read the exemplar receiver's EEPROM. |
| | | # Read the evidence receiver's EEPROM |
| | | ** Verify the evidence EEPROM is intact and capable of being read. |
| TylerHowell | 4/30/2013 0:00 | # If the two codes match, then evidence was bound.  If not, investigate further. |
| | | * Provided statement to Ed Knapp (FBI-LD-EU) on modifications to FlySky system |
| | | ** Concealment mods and safety mods |
| | | * Provided Eric Morefield (FBI-LD-EU) with exemplar FS-GT3B (see inventory) for EU to test range based on various configurations of antenna and electronics location. |
| | | * Removed RF can off of exemplar FS-GT3B RF module |
| | | ** A7105 tranceiver IC, unidentifiable MCU, supporting circuitry. |
| TylerHowell | 5/1/2013 0:00 | ** Removed because the bind switch does not connect to the STMicro MCU. |

| | | |
|---|---|---|
| TylerHowell | 5/3/2013 0:00 | * Attempted to look at transactions between Rx EEPROM and Rx MCU:<br>** MCU does not use I2C compliant signaling (i.e., ack does not get pulled to zero, only about 40% down).<br>*** Jupiter I2C bus monitor did not work due to non-compliant signals.<br>*** Hooked up LeCroy 104MXs-B Oscope to clock and data lines of EEPROM.<br>*** Brandon Warhurst developed a python program to parse out comma delimited ASCII files with variable voltage threshold setting.<br>* Parsing out I2C transactions between Rx EEPROM and Rx MCU showed two waveforms of interest:<br># Power on - about 25 bytes of information on bus.<br># Bind - about 3 bytes of information on bus.<br>* Power on waveform:<br>*** Produced a waveform that read out all six bytes in EEPROM.<br>* Bind Waveform:<br>** Produced when transmitter sends bind code.<br>** One byte of data written to EEPROM at position 0.<br>** Where does the other 5 bytes of data in the EEPROM come from?<br>* Rx EEPROM is write protected when not in bind mode.<br>* Received the STmicroelectronics programmer for reading the transmitter. |
| TylerHowell | 5/6/2013 0:00 | * Power and ground pins on EEPROM have about 368 to 394 kOhm impedance measurement. |

Performed round robin testing of EEPROMs, receiver boards, and transmitters.
*ANALYSIS EXTENT*
* This test is to find out what changes are made to the EEPROM of a FlySky FS-GR3C receiver when bound to two different transmitters.
* Additionally, the test finds out what changes, if any, are made by placing an EEPROM in a different receiver and binding two different transmitters.
Eight files were created using the follwing naming convention:
[manf. name]_[model]_rx[rx board]-[EEPROM]-[transmitter]_[read #].bin

##. a-a-1
##. b-b-1
##. a-a-2
##. b-b-2
##. a-b-1
##. b-a-1
##. a-b-2
##. b-a-2
*RESULTS*
Each file contains six bytes of information
##. A954 0000 BD07
##. A954 0000 CA07
##. 2815 0000 BD07
##. 2815 0000 CA07
##. A954 0000 CA07
##. A954 0000 BD07
##. 2815 0000 BD07
##. 2815 0000 CA07

TylerHowell      5/7/2013 0:00

|  |  |  |
|---|---|---|
| | | * Bytes 5 and 6 in Rx EEPROM are likely the 'fail safe function' offered by FlySky |
| | | ** The function allows for setting the trim levels of each channel to a default level if the radio link fails. |
| | | |
| | | Eric Kunkel looked at the preservation of data while using programmer to talk to ST micro MCU: |
| | | * Transmitter does not operate while hooked up to the programmer.  Suggested the following procedure: |
| | | ## Attach SWIM connector |
| | | ## Connect to bench supply |
| TylerHowell | 5/8/2013 0:00 | ## Power on transmitter via the switch on the board |
| | | X-rayed receiver's EEPROM: |
| | | * X-rays showed no breaks on die or broken wirebonds |
| | | Performed impedance check on reciever's EEPROM: |
| | | * All pins were within nominal values of the example EEPROMs |
| | | Attempted to read receiver's EEPROM: |
| | | * Removed EEPROM from receiver board using flux, hot air pencil - success. |
| | | * Attempted to put EEPROM on carrier board using magnet wire for stand off (to avoid shorts by bad placement on board). |
| | | ** Magnet wire did not provide a proper conductive path to pins of carrier board. |
| TylerHowell | 5/9/2013 0:00 | ** Will attempt to use solder bridges to connect EEPROM to carrier board. |
| | | Attempted to read receiver's EEPROM: |
| | | * Removed EEPROM from magnet wire setup (see 5/9/2013). |
| | | * Could not read in socket, pins were too bent. |
| | | * Used wires and clip leads to jumper to PDIP adapter: |
| | | ** Continuity error |
| | | * Will attempt to solder EEPROM to carrier board. |
| | | |
| | | Eric Kunkel read third TX memory: |
| TylerHowell | 5/10/2013 0:00 | * Bind codes are not in plain view. |
| | | Tx Memory: |
| | | * Eric programmed the EEPROM on the Tx, caused no change in the Rx. |
| | | * Program memory space of Txs are all the same, bind code likely else where on Tx. |
| TylerHowell | 5/13/2013 0:00 | * Memory does not change when power cycling device. |

| | | |
|---|---|---|
| | | Rx Memory: |
| | | * Mike Harmsen performed curve trace of EEPROM: |
| | | ** No major irregularities on pins. |
| | | ** Vcc, pin 8, showed that the device might have been powering up when tested. |
| | | *** This was seen on the exemplar, but not in the amount that the evidence showed. |
| | | ** Harmsen, Howell, and McFarlane decided to read EEPROM with DataIO |
| | | * DataIO read: |
| | | ** Luke Wardensky placed EEPROM on SOIC to PDIP carrier board. |
| | | ** Tyler Howell read EEPROM using DataIO 3980xpi, Atmel 24C02A profile, PDIP socket. |
| TylerHowell | 5/16/2013 0:00 | ** Two matching reads, data placed in case's data folder along with MD5Sum hash. |
| | | Tx Memory: |
| | | * Eric Kunkel saved evidence Tx program memroy and EEPROM to case folder: |
| | | ** Program memory matches exemplars. |
| | | * Tyler Howell programmed an exemplar receiver with evidence Tx bind code. |
| | | * Tyler Howell read programmed Rx EEPROM using DataIO 3980xpi: |
| TylerHowell | 5/17/2013 0:00 | ** Bind code in evidence Tx matches evidence Rx. |
| | | * FlySky Protocol: |
| | | ** Internet forum: www.rcgroups.com has information on the FlySky protocol used in another product. |
| | | ** Product uses the same A7105 transceiver IC |
| | | *** IC has a 32-bit ID code, the A7105 ID. |
| | | *** The A7105 ID allows for filtering of data packets. |
| | | *** All FlySky products appear to use the same A7105 ID:  0x5475C52A (programmed to register 0x06 on startup). |
| | | *** The A7105 ID is not the FlySky ID sent in a data packet. |
| | | ** Forum speculates that the FlySky ID's four MSB are used to set the FH sequence. |
| | | *** Forum speculates there are 256 sequences. |
| TylerHowell | 5/20/2013 0:00 | *** Unknown how the rest of the ID is used. |
| | | * Started working on a 4-wire SPI parser for use with LeCroy WaveSurfer 104MXs-B oscope. |
| | | ** Written in Python 2.7.3, based on Brandon Warhurt's I2C python parser |
| TylerHowell | 5/21/2013 0:00 | ** Command Line Interface (CLI), inputs are CSV amplitude data points. |
| TylerHowell | 5/22/2013 0:00 | * Finalized 4-wire SPI parser for use with LeCroy WaveSurfer 104MXs-B oscope. |