| | | |
|---|---|---|
| TylerHowell | 4/17/2013 0:00 | \*\*\* SVTC (video teleconference) with Hobbico set for 4/18/2013.<br><br>\*\* Q42, Q46, Q48 - Size sub C, 3000 mAh, NiMH rechargable battery, from Tenergy<br>\*\*\* Likely part of 7.2V, six cell battery pack for hobby-level RC vehicles. |
| TylerHowell | 4/18/2013 0:00 | \* Received more images of two more PCBs (one with enclosure), PPT presentation created to explain electronics based on scene location (1 or 2):<br>\* Scene 2<br>\*\* Q122 - 2.4 GHz receiver by Spektrum, model: SR200 or SR201, for hobby-level RC vehicles.<br>\*\*\* SR200 is a discontinued model (as of 2013), SR201 is just a water-sealed variant [email from Horizon Hobby - unclass].<br>\*\* Q41, Q52, Q138 - Duratrax Sprint ESC.<br>\*\*\* Q138 provides manf./model, also confirmed by SVTC with hobbico.<br>\*\* Q42, Q46, Q48, Q115 - Size sub C, 3000 mAh, NiMH rechargable battery, from Tenergy, 7.2V, likely "Tamiya" style connector.<br>\* STVC Call with Hobbico:<br>\*\* Confirmed that they are the seller of the Duratrax brand, including the Duratrax Spring ESC.<br>\*\* Indicated that Q39, the blue ESC, could be from Hobby King under the brand of Turingy.<br>\*\* Commented that transmitters from various manufacturers are typically not interoperable.<br>\*\* Informed that the Spektrum brand is produced by Horizon Hobby.<br>\*\* Was unaware of custom transmitter/receiver designs on the internet (checked on 4/22/2013 - there are).<br>\* Eric Morefield tested the inter-operability of an exemplar Fly Sky transmitter and an exemplar Spektrum SR201 receiver.<br>\*\* Exemplars could not talk to each other.<br>\* Spektrum SR201 receiver instructions indicate the use of a Globally Unique Idntifier. |
| TylerHowell | 4/19/2013 0:00 | \*\* Might be possible to attribute a transmitter and receiver. |

| | | |
|---|---|---|
| TylerHowell | 4/22/2013 0:00 | * Exemplar Spektrum DX2E transmitter purchased in Boston (BS) based on receipt attributed to living suspect.<br>* "Preliminary info (unverified yet) is that the surviving bomber indicated the initiator was a christmas tree bulb..."<br>** Lab has a photograph of a lightbulb, but unknown if this was the initiator.<br>* Spektrum SR201 receiver exemplar delivered to EEP<br>** Spektrum SR201 receiver main IC identified, can likely read the "GUID" (really just a PN spreading code for DSSS) using SPI.<br>* Ordered exemplars:<br>** 4 - Spektrum DX2E transmitters<br>** 4 - Spektrum SR201 receivers<br>** 4 - FlySky FS-GT3B transmitters<br>** 4 - FlySky FS-GR3E receivers<br>** 2 - Duratrax Spring ESC<br>** 2 - Helion Dominus ESC |
| TylerHowell | 4/23/2013 0:00 | * SR201 main IC is a micro and radio in a single package.<br>** I2C bus for micro is broken out on the board (verified thru pinout/probing).<br>** Radio portion talks to micro over SPI, might be able to obtain access to SPI over I2C.<br>** Attached header to board, attempted to read using Arudino micro, did not work.<br>** Brandon Warhurst attempted to read, did not work.<br>** Will need to debug reading process.<br>* Received first round of exemplar Spektrum transmitter/receiver, Duratrax ESC<br>** Receiver is the same board revision as evidence.<br>* Gary Baird stated RF testing of transmtiter/receiver.<br>* Tested interoperability of Spektrum Tx and FS Rx |
| TylerHowell | 4/24/2013 0:00 | ** Devices are not interoperable.<br>* Generated powerpoint presentation to aid in discovery of transmitter. |
| TylerHowell | 4/25/2013 0:00 | * Photographed evidence and exemplars. |

|   |   |   |
|---|---|---|
|   |   | * Gary Baird measured RF spectrum on FlySky and Spektrum transmitters |
|   |   | ** RF characteristics are different enough to prevent communication between systems. |
|   |   | * Mo Boudaoud suggested testing Spektrum Tx/Rx of case device instead of attempting to recover PN code off of micro. |
|   |   | ** Transmitter (if/when recovered) would be in good enough shape to transmit. |
|   |   | ** Receiver needs electronics placed on donor board. |
|   |   | ** PN code could potentially time consuming to acquire |
| TylerHowell | 4/26/2013 0:00 | ** Testing the link would give best results. |
|   |   | * Informed that the transmitter for this device might not be found. |
| TylerHowell | 4/30/2013 0:00 | ** Will not pursue obtaining the bind code from the receiver. |
|   |   | * Sent email requesting leads for Cypress and Horizon Hobby help in reading GUID and if GUID can be attributed to point of  sale. |
|   |   | * Brandon Warhurst attempted to communicate with an exemplar SR201 over 5-pin header. |
|   |   | ** 90 Hz pulse train on both data and clock line. |
|   |   | ** Could possibly be a PWM signal, but unknown at this time. |
| TylerHowell | 5/1/2013 0:00 | ** Placing receiver into bind mode removes pulse train on pins. |
|   |   | * Removed RF can from Spektrum DX2E transmitter's RF module: |
|   |   | ** CYRF6936 - a 2.4 GHz DSSS radio tranceiver from Cypress Semiconductor. |
|   |   | *** MISO/MOSI/SCK are *not* broken out to 12-pin header, instead connect to PSoC. |
| TylerHowell | 5/2/2013 0:00 | ** CY8C21434 - a Programmable System-on-Chip (PSoC) from Cypress Semiconductor. |
|   |   | X-rayed SR201 reciever: |
| TylerHowell | 5/9/2013 0:00 | * X-ray did not show any crack on die. |
|   |   | Reading GUID from Spektrum SR201: |
| TylerHowell | 5/14/2013 0:00 | * Successfully performed read of GUID from example SR201 using Cyrpress's miniprog3. |
| TylerHowell | 6/18/2013 0:00 | * Started work on word document for device. |
|   |   | * Captured SPI traffic on example Tx |
| TylerHowell | 6/21/2013 0:00 | ** Used SS as a trigger, then CLK as another trigger to obtian 4M states |

| | | |
|---|---|---|
| | | Attempted to read GUID from evidence RX: |
| | | * Cannot connect to device: |
| | | "FAILED! Can not Acquire Device! Please verify the device connection to the Programmer |
| | | Please, check the following items: |
| | |  - the connection between the programmer and the PSoC; |
| | |  - the correct programming protocol is selected; |
| | |  - the correct connector option is selected." |
| | | * Impedence between power/ground is nominal. |
| | | * When powered, no current is drawn by device. |
| | | ** Likely non-operational device. |
| | | Decoded SPI on TX module: |
| | | * MISO always contains 0x48 (0b0b01001000) - indicates improper communication. |
| | | ** Unable to see any read results. |
| TylerHowell | 6/24/2013 0:00 | * Able to see writing of registers/values. |
| TylerHowell | 6/25/2013 0:00 | Decoded SPI communication using SPI parser and Logic Analyzer |