| CLARKE & RICE, APC | FEDERAL PUBLIC DEFENDER OFFICE | DAVID I. BRUCK |
|---|---|---|
| 1010 Second Avenue, Ste. 1800 | DISTRICT OF MASSACHUSETTS | 220 Sydney Lewis Hall |
| San Diego, California 92101 | 51 Sleeper Street, Fifth Floor | Lexington, VA 24450 |
| (619) 308-8484 | Boston, Massachusetts 02210 | (540) 458-8188 |
| | (617) 223-8061 | |

December 24, 2014

Aloke Chakravarty
Nadine Pellegrini
William Weinreb
Assistant U.S. Attorneys
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

      Re:    United States v. Dzhokhar Tsarnaev
                 Criminal No. 13-10200- GAO

Dear Counsel:

      Thank you for your prompt response to our letter of yesterday evening.

      You state that "the letter was intended to be sent only to the government's non-law enforcement expert witnesses (and, evidently was sent to one defense expert witness as well)." This leaves unanswered whether any *similar* communications have been sent to non-expert civilian witnesses. In order to be in a position to respond fully to your motion regarding law enforcement home addresses by today's 3:00 p.m. filing deadline, we must know whether, how, and in what terms *all* of the government witnesses have been notified of the government's statutory obligations to provide their "places of abode" to defense counsel. To the extent that such notification is still pending, we must also know how and in precisely what terms the government intends to effect such notification. This includes how the government plans to notify witnesses whose home addresses are already in the government's possession that their addresses have been or will be provided to the defense.

Nadine Pellegrini, Aloke Chakravarty & William Weinreb
December 24, 2014
Page 2


      Given the very compressed filing schedule that has been ordered at the government's request, we would appreciate your furnishing this information to us as soon as possible, and in any event no later than noon today.

                                     Sincerely,


                                     /s/ *David I. Bruck*

                                   David I. Bruck
                                   Judy Clarke
                                   Miriam Conrad
                                   William Fick
                                   Timothy Watkins