

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 24, 2014

**BY ELECTRONIC MAIL**

David Bruck, Esq.
Judy Clarke, Esq.
William Fick, Esq.
Timothy Watkins, Esq
Federal Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA 02210

    Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200- GAO

Dear Counsel:

    We are writing in response to your letter of December 24, 2014. We decline to provide the information you request.

               Very truly yours,

               CARMEN M. ORTIZ
               United States Attorney

By:   /s/ Nadine Pellegrini
       Aloke S. Chakravarty
       William D. Weinreb
       Nadine Pellegrini
       Steven D. Mellin
       Assistant U.S. Attorneys