UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
    )
    v.    )    CRIMINAL NO. 13-10200-GAO
    )
DZHOKHAR TSARNAEV    )

**MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S OPPOSITION
TO DEFENDANT'S SECOND MOTION TO CONTINUE TRIAL**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests leave to file a reply, later today, to the government's Opposition [DE 824] to his Second Motion to Continue Trial [DE 804].  Defendant seeks to correct several factual assertions made in the government's opposition, *e.g.,* the false claim that the defense has refused to enter stipulations, and representations about discovery productions.  A reply will focus the issues and assist the Court in adjudicating the motion.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

*/s/*  William W. Fick

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188

1

BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## <u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 26, 2014.

*/s/*  William W. Fick