```
                                                        FILED
                                                   IN CLERKS OFFICE
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS         2014 DEC 26  AM 9 36

UNITED STATES OF AMERICA     )            U.S. DISTRICT COURT
                             )             DISTRICT OF MASS.
      v.                     )   Crim. No.13-10200-GAO
                             )
DZHOKHAR A. TSARNAEV,        )   UNDER SEAL
          Defendant          )
```

**GOVERNMENT'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION FOR ORDER THAT LAW ENFORCEMENT WITNESSES' HOME ADDRESSES NEED NOT BE PROVIDED TO THE DEFENDANT**

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached reply. The government seeks leave to file the reply under seal pursuant to the Court's order directing that the motion and opposition be filed under seal.

```
                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                        By:   /s/ William D. Weinreb
                              WILLIAM D. WEINREB
                              ALOKE S. CHAKRAVARTY
                              NADINE PELLEGRINI
                              Assistant U.S. Attorneys
```

Certificate of Service

I hereby certify that this document was served by electronic mail on Dzhokhar Tsarnaev's counsel, Judy Clarke, on December 26, 2014.

```
                              /s/ William D. Weinreb
                              WILLIAM D. WEINREB
                              Assistant U.S. Attorney
```