UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 29, 2014

O'TOOLE, D.J.

The defendant moves to file under seal his Motion to Seal Motion for Leave to File Replies to the Government's Oppositions to Daubert Motions in Limine and for an Extension of Time in Which to Do So. The defendant represents that the motion concerns non-public discovery and evidentiary disclosures that are subject to the Protective Order in this case. Therefore, the defendant's motion (dkt. no. 815) is GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge