UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
**[UNDER SEAL]**
December 29, 2014

O'TOOLE, D.J.

Attached, pursuant to 18 U.S.C. § 3432, is a list of potential jurors in this case and their "places of abode," which the Court has construed to mean home addresses. Section 3432 requires disclosure to the defendant of the names of the veniremen and their places of abode at least three entire days before the commencement of the trial, which is scheduled to begin on January 5, 2015. The list contains the names and home addresses of individuals who are scheduled to appear to complete jury questionnaires beginning January 5, 2015.

The government has requested a copy of the list of veniremen. There being no objection from the defendant, the Court is simultaneously disclosing the list to the government as well.

In order to protect potential jurors' privacy interests, see Press-Enterprise Co. v. Superior Court, 464 U.S. 501, 511-13 (1983) and to minimize the risk that potential jurors will be subjected to unauthorized or prejudicial contact, see Sheppard v. Maxwell, 384 U.S. 333, 342, 353 (1966), this Order and the attached list is SEALED at this point. The list may be disclosed only to the defendant, counsel for both parties, and individuals engaged to assist the parties. It

may be used by the parties only for the purpose of selecting a jury in this case. Any attempt to contact any potential juror in any way is strictly forbidden.

    It is SO ORDERED.

/s/ George A. O'Toole, Jr.  
United States District Judge
