

# FBI
# Cellular Analysis Survey Team

## Chad Fitzgerald



** DRAFT WORKING PRODUCT **



** DRAFT WORKING PRODUCT



** DRAFT WORKING PRODUCT **

# Explanation of AT&T Wireless Call Detail Records (CDR)



# Explanation of T-Mobile Call Detail Records (CDR)

| MSISDN | IMSI | IMEI | Event Type | Start Time | Direction | Connected To | Completion Status | TAC | Home/Roam | First LAC | First Cell ID | First Net Type | First Tower Latitude | First Tower Longitude |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 12:18:00 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 12:25:12 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 04:26:51 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40817 | HSPA+ | 42.34934931 | -71.0797113 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 05:28:27 PM | Outgoing | 16178931954 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/10/2013 05:40:43 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 |
| 18579284634 | 310260542746518 | NA | SMS | 4/10/2013 06:38:45 PM | Incoming | 16178931954 | NA | NA | T-Mobile US | NA | NA | | NA | NA |
| 18579284634 | 310260542746518 | NA | SMS | 4/10/2013 06:40:34 PM | Outgoing | 16178931954 | NA | NA | T-Mobile US | NA | NA | | NA | NA |
| 18579284634 | 310260542746518 | NA | SMS | 4/10/2013 07:51:35 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA |

Telephone number of target phone

Target phone identifiers

Type of connection

Date and Time call was initiated

Direction of call

Number the target phone was in communication with

Status of call, Target phone info, Roaming

LAC & Cell site (with location and technology used) at the beginning of call

| Last LAC | Last Cell ID | Last Net Type | Last Tower Latitude | Last Tower Longitude | Market | Region | MSC Name | Metrics | Duration(Minutes) | Data Size | Duration(Seconds) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 1.27 | 0 | 76 |
| 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 0.65 | 0 | 39 |
| 36489 | 40817 | HSPA+ | 42.34934931 | -71.0797113 | New England | Northeast | NEMSS951 | | 0.82 | 0 | 49 |
| 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | New England | Northeast | NEMSS951 | | 0.73 | 0 | 44 |
| 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 1.22 | 0 | 73 |
| NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| NA | NA | | NA | NA | | | | | 0.00 | 43 | 0 |
| NA | NA | | NA | NA | | | | | 0.00 | 160 | 0 |

LAC & Cell site (with location and technology used) at the end of call

Market and Region for tower used

Switch handling the call

Data Used

Duration of call (sec)

Duration of call (min)





04/15/2013

Marathon Sports
671 Boylston Street

Forum Restaurant
755 Boylston Street

CID 40816
04/15/2013
617-286-9151: 14:49:06

CID 40818
04/15/2013
857-928-4634: 14:49:08

12/19/2014

** DRAFT WORKING PRODUCT **

6



04/15/2013

CID 40817
04/15/2013
857-928-4634: 14:51:18

Marathon Sports
671 Boylston Street

Forum Restaurant
755 Boylston Street

CID 40816
04/15/2013
617-286-9151: 14:51:19

12/19/2014                    ** DRAFT WORKING PRODUCT **



04/15/2013

Marathon Sports
671 Boylston Street

Forum Restaurant
755 Boylston Street

CJD 60812
04/15/2013
617-286-9151: 14:53:30
857-928-4634: 14:53:31

12/19/2014                    ** DRAFT WORKING PRODUCT **

8



04/15/2013

CID 40318
04/15/2013
857-928-4634: 15:30:32

Whole Foods

CID 43032
04/15/2013
857-928-4634: 15:14:32

12/19/2014

** DRAFT WORKING PRODUCT **



04/15/2013

CIDs 43647, 43641
04/15/2013
    857-928-4634: 20:30:21
    857-928-4634: 20:45:36
    857-928-4634: 20:46:09
    857-928-4634: 20:46:44
    857-928-4634: 20:47:17
    857-928-4634: 20:47:24

410 Norfolk Street

CID 40317
04/15/2013
    857-928-4634: 22:28:34

**DRAFT WORKING PRODUCT **

12/19/2014



04/16/2013

CID 22425
04/16/2013
857-247-5112: 15:29:00
857-247-5112: 15:29:00
857-247-5112: 15:29:00

CID 41098
04/16/2013
857-247-5112: 21:47:00
857-247-5112: 21:47:00
857-247-5112: 21:47:00

12/19/2014

** DRAFT WORKING PRODUCT **



04/16/2013-04/18/2013

CID 43645
04/18/2013
617-286-9151: 20:17:57
617-286-9151: 20:17:57

CID 43025
04/18/2013
617-286-9151: 23:01:29
617-286-9151: 23:01:29

CID 41092
04/17/2013
857-247-5112: 20:08:00
857-247-5112: 20:08:00
857-247-5112: 20:08:00

CID 42201
04/17/2013
857-247-5112: 20:48:00

CIDs 40362, 40363
04/16/2013
857-247-5112: 22:25:00
857-247-5112: 22:25:00
857-247-5112: 22:25:00
04/17/2013
857-247-5112: 20:48:00
857-247-5112: 20:48:00

12/19/2014      ** DRAFT WORKING PRODUCT **      12



04/18/2013

CID 43025
04/18/2013
617-286-9151: 23:01:29

45 Laurel Street

CID 46131
04/18/2013
857-928-4634: 23:01:28

* Calling each other

12/19/2014

** DRAFT WORKING PRODUCT **

13