## Data Detail

| MSISDN | Record Opening Time | Access Point Name | IMEI | Device Full Name | Cause For Rec Closing | Charging | Cell SAC | First LAC | Region | Market | MSC Vendor | First Net Type | GGSN | Record Type | Vendor | Metrics | Duration(Minutes) | Ltv Datavolumegprsdownlink 1 | Ltv Datavolumegprsuplink 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16172869151 | 4/15/2013 12:26 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 48 | 20 |
| 16172869151 | 4/15/2013 2:26 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 29.55 | 1,034 | 21 |
| 16172869151 | 4/15/2013 2:56 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 0.75 | 0 | 1 |
| 16172869151 | 4/15/2013 2:57 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 291 | 24 |
| 16172869151 | 4/15/2013 4:57 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/15/2013 6:57 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/15/2013 8:57 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/15/2013 10:57 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/15/2013 12:57 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 3 | 3 |
| 16172869151 | 4/15/2013 2:21 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 4.40 | 0 | 0 |
| 16172869151 | 4/15/2013 2:26 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43032 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.98 | 0 | 0 |
| 16172869151 | 4/15/2013 2:53 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 60812 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 1.90 | 3 | 2 |
| 16172869151 | 4/15/2013 2:57 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 1 |
| 16172869151 | 4/15/2013 3:01 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43032 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 8.15 | NA | NA |
| 16172869151 | 4/15/2013 3:10 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40313 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 10.22 | 377 | 60 |
| 16172869151 | 4/15/2013 3:25 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 1.15 | NA | NA |
| 16172869151 | 4/15/2013 3:27 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 5.48 | NA | NA |
| 16172869151 | 4/15/2013 3:33 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.80 | NA | NA |
| 16172869151 | 4/15/2013 3:50 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43642 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.50 | 0 | 0 |
| 16172869151 | 4/15/2013 4:15 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 8.58 | 0 | 0 |
| 16172869151 | 4/15/2013 4:57 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 83.55 | 0 | 0 |
| 16172869151 | 4/15/2013 6:25 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 61084 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 0.13 | NA | NA |
| 16172869151 | 4/15/2013 6:27 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 60494 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 26.45 | 0 | 0 |
| 16172869151 | 4/15/2013 6:55 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 60495 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 6.40 | NA | NA |
| 16172869151 | 4/15/2013 7:09 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 0.78 | NA | NA |
| 16172869151 | 4/15/2013 7:20 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 4.57 | 0 | 1 |
| 16172869151 | 4/15/2013 7:26 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 1.18 | NA | NA |
| 16172869151 | 4/15/2013 7:33 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 0.62 | NA | NA |
| 16172869151 | 4/15/2013 7:34 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 15.27 | NA | NA |
| 16172869151 | 4/15/2013 7:50 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43644 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 24.90 | NA | NA |
| 16172869151 | 4/15/2013 8:16 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40311 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 3.57 | NA | NA |
| 16172869151 | 4/15/2013 8:23 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/15/2013 8:34 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43641 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 6.02 | NA | NA |
| 16172869151 | 4/15/2013 8:42 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43641 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 13.63 | 0 | 0 |
| 16172869151 | 4/15/2013 10:23 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 113.00 | 6 | 3 |
| 16172869151 | 4/16/2013 12:20 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43644 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 13.85 | NA | NA |
| 16172869151 | 4/16/2013 12:40 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43644 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 2.43 | NA | NA |
| 16172869151 | 4/16/2013 12:56 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43644 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 70 | 19 |
| 16172869151 | 4/16/2013 2:56 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 4 | 3 |
| 16172869151 | 4/16/2013 4:56 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/16/2013 6:56 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/16/2013 8:56 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/16/2013 10:56 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/16/2013 12:56 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 0 | 0 |
| 16172869151 | 4/16/2013 1:55 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 0.67 | NA | NA |
| 16172869151 | 4/16/2013 2:19 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 2.30 | NA | NA |
| 16172869151 | 4/16/2013 2:56 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 4 | 3 |
| 16172869151 | 4/16/2013 4:56 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 59.45 | 12 | 6 |
| 16172869151 | 4/16/2013 5:47 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF000 | 85 | 4 | | 4.12 | NA | NA |
| 16172869151 | 4/16/2013 5:56 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43644 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 22.95 | 1 | 3 |
| 16172869151 | 4/16/2013 6:21 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 120.00 | 4 | 4 |
| 16172869151 | 4/16/2013 8:21 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 85.82 | 6,820 | 286 |
| 16172869151 | 4/16/2013 9:51 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Normal | 654556129 | 43645 | 36489 | | | CISCO | | CHPCF000 | 85 | 4 | | 24.50 | 268 | 81 |

| MSISDN | Date/Time | APN | IMEI | Device | Cause | Cell 1 | Cell 2 | Cell 3 | Region 1 | Region 2 | Vendor | RAT | Node | Param | Val | Duration | Up | Down |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16172869151 | 4/17/2013 2:28 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40311 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.62 | NA | NA |
| 16172869151 | 4/17/2013 2:37 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.07 | NA | NA |
| 16172869151 | 4/17/2013 2:40 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.77 | 0 | 0 |
| 16172869151 | 4/17/2013 2:45 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40334 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 13.87 | NA | NA |
| 16172869151 | 4/17/2013 2:59 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40313 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 0.47 | NA | NA |
| 16172869151 | 4/17/2013 3:00 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40334 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 2.43 | NA | NA |
| 16172869151 | 4/17/2013 3:03 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40313 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.17 | NA | NA |
| 16172869151 | 4/17/2013 3:11 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40334 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 58.93 | 0 | 0 |
| 16172869151 | 4/17/2013 4:15 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 7.02 | NA | NA |
| 16172869151 | 4/17/2013 6:06 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 22.47 | 9 | 4 |
| 16172869151 | 4/17/2013 6:30 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 7.13 | NA | NA |
| 16172869151 | 4/17/2013 6:38 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 1.33 | NA | NA |
| 16172869151 | 4/17/2013 6:41 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 3.28 | NA | NA |
| 16172869151 | 4/17/2013 6:58 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 0.40 | 0 | 0 |
| 16172869151 | 4/17/2013 6:59 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 0.98 | NA | NA |
| 16172869151 | 4/17/2013 7:03 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 0.37 | NA | NA |
| 16172869151 | 4/17/2013 7:04 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 6.92 | NA | NA |
| 16172869151 | 4/17/2013 8:10 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 5.13 | NA | NA |
| 16172869151 | 4/17/2013 8:22 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 120.00 | 43 | 11 |
| 16172869151 | 4/17/2013 8:57 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40311 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.02 | 0 | 1 |
| 16172869151 | 4/17/2013 8:58 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.65 | 58 | 3 |
| 16172869151 | 4/17/2013 10:10 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 7.50 | NA | NA |
| 16172869151 | 4/17/2013 10:22 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 120.00 | 0 | 1 |
| 16172869151 | 4/18/2013 12:22 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 34.83 | 468 | 61 |
| 16172869151 | 4/18/2013 12:58 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 0.13 | NA | NA |
| 16172869151 | 4/18/2013 1:00 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 70.45 | 294 | 13 |
| 16172869151 | 4/18/2013 2:18 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Normal | 442068334 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 32.13 | 52 | 8 |
| 16172869151 | 4/18/2013 11:55 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 0.55 | 1 | 1 |
| 16172869151 | 4/18/2013 3:48 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 6.58 | 2,310 | 170 |
| 16172869151 | 4/18/2013 3:56 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 120.00 | 0 | 1 |
| 16172869151 | 4/18/2013 5:56 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 120.00 | 0 | 0 |
| 16172869151 | 4/18/2013 7:56 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 120.00 | 0 | 0 |
| 16172869151 | 4/18/2013 8:53 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 40311 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.17 | NA | NA |
| 16172869151 | 4/18/2013 9:06 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 40311 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 0.35 | 43 | 9 |
| 16172869151 | 4/18/2013 9:56 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Time Limit | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 120.00 | 1 | 1 |
| 16172869151 | 4/18/2013 10:02 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 40312 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 4.90 | NA | NA |
| 16172869151 | 4/18/2013 10:10 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 40313 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 2.22 | 0 | 0 |
| 16172869151 | 4/18/2013 10:16 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 44473 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.42 | NA | NA |
| 16172869151 | 4/18/2013 10:18 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 43701 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 10.35 | NA | NA |
| 16172869151 | 4/18/2013 10:28 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 40786 | 36489 | Northeast | New England | CISCO | HSPA+ | CHPCF 000 | 85 | 4 | 5.37 | 0 | 0 |
| 16172869151 | 4/18/2013 10:33 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 44481 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.42 | NA | NA |
| 16172869151 | 4/18/2013 10:52 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 42111 | 5101 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 5.27 | 0 | 0 |
| 16172869151 | 4/18/2013 11:33 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 43613 | 5196 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 0.48 | NA | NA |
| 16172869151 | 4/18/2013 11:33 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 61332 | 5196 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 6.35 | 0 | 0 |
| 16172869151 | 4/18/2013 11:40 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 43043 | 5196 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 6.15 | 0 | 0 |
| 16172869151 | 4/18/2013 11:46 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 63563 | 5196 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 0.50 | NA | NA |
| 16172869151 | 4/18/2013 11:56 PM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 57.65 | 17 | 9 |
| 16172869151 | 4/19/2013 12:10 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 44242 | 5101 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 2.07 | NA | NA |
| 16172869151 | 4/19/2013 12:20 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 60192 | 5103 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 4.40 | NA | NA |
| 16172869151 | 4/19/2013 12:49 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 43023 | 5101 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 1.00 | NA | NA |
| 16172869151 | 4/19/2013 12:51 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 43023 | 5101 | Northeast | New England | CISCO | 2G | CHPCF 000 | 85 | 4 | 0.87 | NA | NA |
| 16172869151 | 4/19/2013 12:54 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | RAT Change | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 11.28 | 494 | 246 |
| 16172869151 | 4/19/2013 1:06 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Volume Limit | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 10.32 | 9,442 | 323 |
| 16172869151 | 4/19/2013 1:16 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Volume Limit | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 5.92 | 9,610 | 156 |
| 16172869151 | 4/19/2013 1:22 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Volume Limit | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 5.70 | 9,607 | 158 |
| 16172869151 | 4/19/2013 1:28 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4_ | Volume Limit | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 5.48 | 9,610 | 155 |

| 16172869151 | 4/19/2013 1:33 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | Volume Limit | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 5.50 | 9,613 | 152 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16172869151 | 4/19/2013 1:39 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 23.03 | 8,620 | 146 |
| 16172869151 | 4/19/2013 2:07 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 43645 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 3.07 | NA | NA |
| 16172869151 | 4/19/2013 2:12 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 61084 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 3.52 | NA | NA |
| 16172869151 | 4/19/2013 2:17 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 44476 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 0.50 | NA | NA |
| 16172869151 | 4/19/2013 2:35 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 40895 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 17.40 | NA | NA |
| 16172869151 | 4/19/2013 2:57 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 61076 | 36493 | | | CISCO | | CHPCF 000 | 85 | 4 | 35.22 | 43 | 3 |
| 16172869151 | 4/19/2013 3:33 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 63566 | 36493 | | | CISCO | | CHPCF 000 | 85 | 4 | 0.28 | NA | NA |
| 16172869151 | 4/19/2013 3:40 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 63566 | 36493 | | | CISCO | | CHPCF 000 | 85 | 4 | 0.13 | NA | NA |
| 16172869151 | 4/19/2013 3:46 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 63566 | 36493 | | | CISCO | | CHPCF 000 | 85 | 4 | 0.28 | 0 | 0 |
| 16172869151 | 4/19/2013 3:47 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 63566 | 36493 | | | CISCO | | CHPCF 000 | 85 | 4 | 23.53 | 0 | 0 |
| 16172869151 | 4/19/2013 4:12 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 61084 | 36489 | | | CISCO | | CHPCF 000 | 85 | 4 | 7.47 | NA | NA |
| 16172869151 | 4/19/2013 4:24 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 43025 | 36493 | | | CISCO | | CHPCF 000 | 85 | 4 | 24.45 | 1,836 | 227 |
| 16172869151 | 4/19/2013 4:50 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | RAT Change | 263232302 | 43026 | 36493 | | | CISCO | | CHPCF 000 | 85 | 4 | 1.30 | NA | NA |
| 16172869151 | 4/19/2013 4:52 AM | epc.tmobile.com | 01312400807457 | Apple_iPhone 4__ | Normal | 263232302 | 43604 | 36493 | | | CISCO | | CHPCF 000 | 85 | 4 | 60.15 | 0 | 0 |
| Total | | | | | | | | | | | | | | | | 4,148.57 | 71,176 | 2,433 |