MOBILITY USAGE WITH CELL LOCATION            (AT&T)
Matter ID:     1315742.018
Creation Date:  19-Apr-13
data source:   SCAMP
Run Date:     04/19/13 03:44:23
Account Number: 155018772975

Voice Usage For: (857)247-5112

| Item | ConnDate | SeizureTim | Originating | Terminatir | ElapsedTin | NumberDi | IMEI | IMSI | Description | CellLocation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1807 | 04/15/13 | 0:01 | 1.78E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1808 | 04/16/13 | 0:15 | 1.86E+10 | 1.87E+10 | 0:01 | 8.58E+09 | 1.33E+14 | 3.10E+14 | M2O_DIR | [06975/20351:-71.10389:42.36582:30] |
| 1809 | 04/16/13 | 0:01 | 1.21E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | O2M_DIR | [] |
| 1810 | 04/16/13 | 0:02 | 1.51E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1811 | 04/17/13 | 0:00 | 1.8E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | O2M_DIR | [] |
| 1812 | 04/17/13 | 0:01 | 1.51E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1813 | 04/17/13 | 0:01 | 1.62E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1814 | 04/17/13 | 0:00 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1815 | 04/17/13 | 0:01 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1816 | 04/17/13 | 0:00 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1817 | 04/17/13 | 0:00 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1818 | 04/17/13 | 0:01 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1819 | 04/17/13 | 0:01 | 1.66E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | O2M_DIR | [] |
| 1820 | 04/17/13 | 0:01 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1821 | 04/18/13 | 0:00 | 1.8E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | O2M_DIR | [] |
| 1822 | 04/18/13 1 | 0:00 | 1.62E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1823 | 04/18/13 | 0:01 | 7.93E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1824 | 04/18/13 | 0:00 | 7.93E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1825 | 04/18/13 | 0:01 | 1.62E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1826 | 04/18/13 | 0:00 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1827 | 04/18/13 | 0:01 | 1.62E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1828 | 04/18/13 1 | 0:01 | 1.78E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1829 | 04/19/13 1 | 0:00 | 1.78E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1830 | 04/19/13 1 | 0:00 | 1.22E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | M2M_DIR | [] |
| 1831 | 04/19/13 | 0:00 | 1.62E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |

| Item | ConnDate | Originating | ElapsedTime | BytesUp | BytesDn | IMEI | IMSI | AccessPt | Description | CellLocation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1832 | 04/19/13 | 0:00 | 1.62E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | M2M_DIR | [] |
| 1833 | 04/19/13 | 0:00 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | M2M_DIR | [] |
| 1834 | 04/19/13 | 0:00 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | M2M_DIR | [] |
| 1835 | 04/19/13 | 0:00 | 1.51E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1836 | 04/19/13 | 0:00 | 1.86E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1837 | 04/19/13 | 0:00 | 1.2E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |
| 1838 | 04/19/13 | 0:01 | 1.78E+10 | 1.86E+10 | 0:00 | 1.86E+10 | | | m2M_DIR | [] |

Data Usage For: (857)247-5112

| Item | ConnDate | Originating | ElapsedTime | BytesUp | BytesDn | IMEI | IMSI | AccessPt | Description | CellLocation |
|---|---|---|---|---|---|---|---|---|---|---|

SMS Usage For: (857)247-5112

| Item | ConnDate | Originating | Terminating | IMEI | IMSI | Description | CellLocation |
|---|---|---|---|---|---|---|---|
| 2483 | 04/15/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06975/20351:-71.10389:42.36582:30] |
| 2484 | 04/15/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06975/22422:-71.09639:42.37832:150] |
| 2485 | 04/15/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06975/22422:-71.09639:42.37832:150] |
| 2486 | 04/16/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06975/22425:-71.09639:42.37832:150] |
| 2487 | 04/16/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06975/22425:-71.09639:42.37832:150] |
| 2488 | 04/16/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06975/22425:-71.09639:42.37832:150] |
| 2489 | 04/16/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/41098:-71.00473:41.63774:150] |
| 2490 | 04/16/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/41098:-71.00473:41.63774:150] |
| 2491 | 04/16/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/41098:-71.00473:41.63774:150] |
| 2492 | 04/16/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/40362:-70.96739:41.63977:150] |
| 2493 | 04/16/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/40362:-70.96739:41.63977:150] |
| 2494 | 04/16/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/40362:-70.96739:41.63977:150] |
| 2495 | 04/17/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/41092:-71.00473:41.63774:150] |
| 2496 | 04/17/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/41092:-71.00473:41.63774:150] |
| 2497 | 04/17/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/41092:-71.00473:41.63774:150] |
| 2498 | 04/17/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/40363:-70.96739:41.63977:270] |
| 2499 | 04/17/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/40363:-70.96739:41.63977:270] |
| 2500 | 04/17/13 | 1.86E+10 | 1.51E+10 | 1.33E+14 | 3.10E+14 | OUT | [06970/42201:-71.00505:41.58069:30] |

AT&T Proprietary. The information contained here is for use by authorized person only and is not for general distribution.