Combined Detail LE

| MSISDN | IMSI | IMEI | Event Type | Start Time | Direction | Connected To | Completion Status | TAC | Home/Roam | First LAC | First Cell ID | First Net Type | First Tower Latitude | First Tower Longitude | Last LAC | Last Cell ID | Last Net Type | Last Tower Latitude | Last Tower Longitude | Market | Region | MSC Name | Metrics | Duration(Minutes) | Data Size | Duration(Seconds) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/15/2013 02:49:08 PM | Incoming | 16172869151 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40818 | HSPA+ | 42.34919215 | -71.079439 | 36489 | 40818 | HSPA+ | 42.34919215 | -71.079439 | New England | Northeast | NEMSS951 | | 0.28 | 0 | 17 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/15/2013 02:51:18 PM | Outgoing | 16172869151 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40817 | HSPA+ | 42.34934931 | -71.0797113 | 36489 | 40817 | HSPA+ | 42.34934931 | -71.0797113 | New England | Northeast | NEMSS951 | | 0.52 | 0 | 31 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/15/2013 02:53:31 PM | Incoming | 16172869151 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 60812 | HSPA+ | 42.35168278 | -71.0732075 | 36489 | 60812 | HSPA+ | 42.35168278 | -71.0732075 | New England | Northeast | NEMSS951 | | 0.28 | 0 | 17 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/15/2013 03:14:32 PM | Outgoing | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 43032 | HSPA+ | 42.36558723 | -71.1043281 | 36489 | 43032 | HSPA+ | 42.36558723 | -71.1043281 | New England | Northeast | NEMSS951 | | 2.98 | 0 | 179 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/15/2013 03:30:32 PM | Incoming | 18572661103 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 2.13 | 0 | 128 |
| 18579284634 | 310260542746518 | NA | SMS | 4/15/2013 04:24:12 PM | Incoming | 18574880727 | NA | NA | T-Mobile | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/15/2013 04:58:11 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 2.15 | 0 | 129 |
| 18579284634 | 310260542746518 | NA | SMS | 4/15/2013 05:29:31 PM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 40 | 0 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/15/2013 08:30:21 PM | Outgoing | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 43647 | HSPA+ | 42.37708685 | -71.1053316 | 36489 | 43647 | HSPA+ | 42.37708685 | -71.1053316 | New England | Northeast | NEMSS951 | | 0.62 | 0 | 37 |
| 18579284634 | 310260542746518 | | Voice | 4/15/2013 08:45:36 PM | Outgoing | 18574880727 | Normal | NA | T-Mobile | 36489 | 43647 | HSPA+ | 42.37708685 | -71.1053316 | 36489 | 43647 | HSPA+ | 42.37708685 | -71.1053316 | New England | Northeast | NEMSS951 | | 0.68 | 0 | 41 |
| 18579284634 | 310260542746518 | | Voice | 4/15/2013 08:46:09 PM | Outgoing | 18056377249 | Normal | NA | T-Mobile | 36489 | 43647 | HSPA+ | 42.37708685 | -71.1053316 | 36489 | 43647 | HSPA+ | 42.37708685 | -71.1053316 | New England | Northeast | NEMSS951 | | 0.13 | 0 | 8 |
| 18579284634 | 310260542746518 | | Voice | 4/15/2013 08:46:44 PM | Incoming | 18574880727 | Normal | NA | T-Mobile | 36489 | 43641 | HSPA+ | 42.37708685 | -71.1053316 | 36489 | 43641 | HSPA+ | 42.37708685 | -71.1053316 | New England | Northeast | NEMSS951 | | 0.65 | 0 | 39 |
| 18579284634 | 310260542746518 | NA | Voice | 4/15/2013 08:47:17 PM | Outgoing | 18056377249 | Normal | NA | T-Mobile | 36489 | 43641 | HSPA+ | 42.37708685 | -71.1053316 | 36489 | 43641 | HSPA+ | 42.37708685 | -71.1053316 | New England | Northeast | NEMSS951 | | 0.10 | 0 | 6 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/15/2013 08:47:24 PM | Outgoing | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 43641 | HSPA+ | 42.37708685 | -71.1053316 | 36489 | 43641 | HSPA+ | 42.37708685 | -71.1053316 | New England | Northeast | NEMSS951 | | 1.30 | 0 | 78 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/15/2013 10:28:34 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | New England | Northeast | NEMSS951 | | 0.25 | 0 | 15 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 04:15:52 AM | Incoming | 1179285122373 | NA | NA | T-Mobile | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 49 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 08:01:09 AM | Outgoing | 1179285122373 | NA | | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 33 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 08:02:47 AM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 43 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 08:07:28 AM | Outgoing | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 4 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 12:06:03 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 140 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 12:06:04 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 140 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 12:06:05 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 112 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 12:06:43 PM | Outgoing | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 7 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 12:10:38 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 21 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 12:14:30 PM | Outgoing | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 10 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 12:20:08 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 143 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 12:22:06 PM | Outgoing | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 29 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/16/2013 12:22:42 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 7 | 0 |
| 18579284634 | 310260542746518 | NA | Voice | 4/16/2013 05:23:06 PM | Incoming | 18574880727 | Normal | NA | T-Mobile US | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 0.65 | 0 | 39 |
| 18579284634 | 310260542746518 | NA | Voice | 4/16/2013 05:23:39 PM | Outgoing | 18056377249 | Normal | NA | T-Mobile US | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 0.10 | 0 | 6 |
| 18579284634 | 310260542746518 | NA | SMS | 4/17/2013 10:24:48 AM | Incoming | 202 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 130 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/17/2013 10:24:49 AM | Incoming | 202 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 86 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/17/2013 10:41:30 AM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 2 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/17/2013 10:41:36 AM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 4 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/17/2013 10:56:54 AM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 47 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/17/2013 11:04:45 AM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/17/2013 12:29:58 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 43648 | HSPA+ | 42.37691897 | -71.1051559 | 36489 | 43648 | HSPA+ | 42.37691897 | -71.1051559 | New England | Northeast | NEMSS951 | | 2.30 | 0 | 138 |
| 18579284634 | 310260542746518 | NA | SMS | 4/17/2013 12:59:45 PM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/17/2013 01:00:01 PM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 2 | 0 |
| 18579284634 | 0 | NA | MMS | 4/17/2013 01:24:48 PM | Incoming | +18574880727/ TYPE=PLMN@icmms3.sun5.lightsurf.net | NA | | Roam | NA | NA | | | | NA | NA | | | | | | | | 0.00 | #### | 0 |
| 18579284634 | 310260542746518 | NA | MMS | 4/17/2013 01:25:04 PM | Incoming | +18574880727/ TYPE=PLMN@icmms3.sun5.lightsurf.net | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | #### | 0 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/17/2013 01:41:51 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40311 | HSPA+ | 42.37386285 | -71.0974752 | 36489 | 40311 | HSPA+ | 42.37386285 | -71.0974752 | New England | Northeast | NEMSS951 | | 0.82 | 0 | 49 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/17/2013 03:07:55 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40334 | HSPA+ | 42.36563311 | -71.0924773 | 36489 | 40334 | HSPA+ | 42.36563311 | -71.0924773 | New England | Northeast | NEMSS951 | | 1.03 | 0 | 62 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/17/2013 04:28:30 PM | Incoming | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 0.92 | 0 | 55 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/17/2013 04:30:30 PM | Outgoing | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 0.25 | 0 | 15 |
| 18579284634 | 310260542746518 | NA | Voice | 4/17/2013 04:30:47 PM | Outgoing | 18574880727 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | NEMSS951 | | 0.17 | 0 | 10 |
| 18579284634 | 310260542746518 | NA | Voice | 4/17/2013 04:30:52 PM | Outgoing | 18056377249 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | NEMSS951 | | 0.08 | 0 | 5 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/17/2013 04:30:52 PM | Outgoing | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40311 | HSPA+ | 42.37386285 | -71.0974752 | 36489 | 40311 | HSPA+ | 42.37386285 | -71.0974752 | New England | Northeast | NEMSS951 | | 0.08 | 0 | 5 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/17/2013 05:04:43 PM | Incoming | 18572661103 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | New England | Northeast | NEMSS951 | | 1.40 | 0 | 84 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/17/2013 06:53:54 PM | Incoming | 18572661103 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | Northeast | NEMSS951 | | 1.03 | 0 | 62 |
| 18579284634 | 310260542746518 | 35911603598387 | Voice | 4/17/2013 09:46:02 PM | Incoming | 16617480240 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | New England | Northeast | NEMSS951 | | 6.08 | 0 | 365 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 12:45:44 PM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 12:46:23 PM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 13 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 02:40:04 PM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 02:40:21 PM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 4 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 02:40:41 PM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 02:41:11 PM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 11 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 02:41:21 PM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 02:41:43 PM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 02:41:50 PM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 1 | 0 |
| 18579284634 | 310260542746518 | NA | SMS | 4/18/2013 02:42:02 PM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | NA | NA | | | | | 0.00 | 4 | 0 |

| A | B | C | Type | Date/Time | Dir | Number | | Device | Network | | | | | | | | | | | | | Dur | Cnt | Bytes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 02:42:28 PM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 1 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 02:42:41 PM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 2 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 02:50:08 PM | Incoming | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 1 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 02:50:40 PM | Outgoing | 18574880727 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 13 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 03:50:17 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 160 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 03:50:59 PM | Outgoing | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 12 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 03:57:24 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 16 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:10:20 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 115 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:17:14 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 35 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:19:48 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 160 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:26:42 PM | Outgoing | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 8 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:28:25 PM | Outgoing | 12404257499 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 39 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:33:44 PM | Outgoing | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 86 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:42:10 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 45 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:50:00 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 23 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:50:25 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 4 | 0 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 04:52:10 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 71 | 0 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/18/2013 05:34:59 PM | Incoming | 16617480240 | Normal | NA | T-Mobile US | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | North east | NEMSS951 | 0.67 | 0 | 40 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/18/2013 05:35:31 PM | Outgoing | 18056377249 | Normal | NA | T-Mobile US | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | North east | NEMSS951 | 0.13 | 0 | 8 |
| 18579284634 | 31026054274651 | 35911603598387 | Voice | 4/18/2013 05:37:13 PM | Outgoing | 16617480240 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | North east | NEMSS951 | 0.08 | 0 | 5 |
| 18579284634 | 31026054274651 8 | NA | SMS | 4/18/2013 05:41:24 PM | Incoming | 1179285122373 | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | 115 | 0 |
| 18579284634 | 31026054274651 | 35911603598387 | Voice | 4/18/2013 05:47:23 PM | Incoming | 16617480240 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | New England | North east | NEMSS951 | 0.53 | 0 | 32 |
| 18579284634 | 31026054274651 | 35911603598387 | Voice | 4/18/2013 06:42:40 PM | Normal | 18574880727 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | 36489 | 40317 | HSPA+ | 42.37386285 | -71.0974752 | New England | North east | NEMSS951 | 1.25 | 0 | 75 |
| 18579284634 | 31026054274651 | 35911603598387 | Voice | 4/18/2013 07:05:08 PM | Outgoing | 12404257499 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40318 | HSPA+ | 42.37336829 | -71.0974344 | New England | North east | NEMSS951 | 16.97 | 0 | 1,018 |
| 18579284634 | 31026054274651 | 35911603598387 | Voice | 4/18/2013 07:30:22 PM | Incoming | 12404257499 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | 36489 | 40312 | HSPA+ | 42.37336829 | -71.0974344 | New England | North east | NEMSS951 | 2.15 | 0 | 129 |
| 18579284634 | 31026054274651 | 35911603598387 | Voice | 4/18/2013 11:01:28 PM | Outgoing | 16172869151 | Normal | HTC_PC10100_G2_Vanguard | T-Mobile US | 36493 | 46131 | HSPA+ | 42.35953124 | -71.1463212 | 36493 | 46131 | HSPA+ | 42.35953124 | -71.1463212 | New England | North east | NEMSS951 | 0.42 | 0 | 25 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/19/2013 07:11:20 AM | Incoming | 12129758829 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | NEMSS951 | 0.20 | 0 | 12 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/19/2013 07:11:21 AM | Outgoing | 18056377249 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | NEMSS951 | 0.18 | 0 | 11 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/19/2013 07:11:39 AM | Normal | 12129758829 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | NEMSS951 | 0.18 | 0 | 11 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/19/2013 07:11:39 AM | Incoming | 18056377249 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | NEMSS951 | 0.18 | 0 | 11 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/19/2013 07:43:00 AM | Incoming | 12404257499 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | DCMSS918 | 0.35 | 0 | 21 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/19/2013 07:43:00 AM | Outgoing | 18056377249 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | DCMSS918 | 0.35 | 0 | 21 |
| 18579284634 | 0 | NA | MMS | 4/19/2013 08:15:33 AM | Incoming | +14019322145/ TYPE=PLMN@ic mms3.sun5.light surf.net | NA | NA | Roam | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | #### | 0 |
| 18579284634 | 31026054274651 8 | NA | MMS | 4/19/2013 09:21:17 AM | Incoming | +14019322145/ TYPE=PLMN@ic mms3.sun5.light surf.net | NA | NA | T-Mobile US | NA | NA | | NA | NA | NA | NA | | | | | | 0.00 | #### | 0 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/19/2013 10:14:28 AM | Incoming | 16178719845 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | NEMSS951 | 0.20 | 0 | 12 |
| 18579284634 | 31026054274651 8 | NA | Voice | 4/19/2013 10:14:28 AM | Outgoing | 18056377249 | Normal | NA | T-Mobile US | 0 | 0 | | NA | NA | 0 | 0 | | NA | NA | | | NEMSS951 | 0.20 | 0 | 12 |
| Total | | | | | | | | | | | | | | | | | | | | | | 2,360.08 | #### | 141,605 |