UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## MOTION FOR TWO-DAY
## ENLARGEMENT OF TIME TO FILE TRIAL BRIEF

The United States of America, by and through its undersigned counsel, respectfully moves this Court for a two-day enlargement of time -- until Wednesday, December 31, 2014 -- to file a trial brief. As grounds for this motion, the government states that the need to meet other filing deadlines in this case will prevent it from completing a thorough and complete trial brief by the current filing deadline.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 29, 2014.

/s/ William D. Weinreb
WILLIAM D. WEINREB