FILED
IN CLERKS OFFICE

2014 DEC 29  PM 4 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED UNDER SEAL

UNITED STATES OF AMERICA,   )
                            )
v.                          )   CRIMINAL NO. 13-10200-GAO
                            )
DZHOKHAR TSARNAEV           )

## SEALED MOTION TO SEAL MOTIONS IN LIMINE REGARDING TESTIMONY OF DAVID KING, M.D. AND OF TERRORISM EXPERTS

Defendant moves that the Court grant him leave to file the instant Motion and the attached *Motion in Limine to Exclude Testimony of Trauma Surgeon David King, M.D.* and *Motion in Limine Regarding Testimony of Government Terrorism Experts* under seal. The two motions *in limine* discuss and quote from non-public evidentiary disclosures, and the defendant further submits that public disclosure of these motions shortly before the beginning of jury selection in this case would diminish the possibility of selecting an impartial jury.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

/s/ David I. Bruck

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

I, David I. Bruck, hereby certify that copies of this document filed under seal have been served on Assistant U.S. Attorneys William Weinreb, Aloke Chakravarty, and Nadine Pellegrini by email and will be served by hand delivery on December 29, 2014.

/s/ David I. Bruck