```
                                           FILED
              UNITED STATES DISTRICT COURT OFFICE
                   DISTRICT OF MASSACHUSETTS
                                         2014 DEC 29  PM 4 34
                           SEALED
                                         U.S. DISTRICT COURT
                                         DISTRICT OF MASS.
UNITED STATES OF AMERICA  )
                          )
        v.                )   CRIMINAL NO. 13-10200-GAO
                          )
DZHOKHAR TSARNAEV         )
```

## SEALED MOTION TO SEAL

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves to file under seal the appended Exhibit A to his Reply to Government's Opposition to Second Motion to Continue Trial Date [DE 828]. As grounds therefor, the exhibit contains discovery materials not appropriate for inclusion on the public docket at this time.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

_____

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)

1

                Timothy Watkins, Esq. (BBO # 567992)
                William Fick, Esq. (BBO # 650562)
                FEDERAL PUBLIC DEFENDER OFFICE
                51 Sleeper Street, 5th Floor
                (617) 223-8061
                MIRIAM_CONRAD@FD.ORG
                TIMOTHY_WATKINS@FD.ORG
                WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that I have caused a true copy of this document and the appended exhibit to be served upon counsel for the United States this 29th day of December, 2014.

                                                  /s/ William Fick
                                                  _____