Reply to Government's Opposition to Second Motion to Continue Trial Date [DE 828]

Sealed Exhibit A (excerpt of "Knapp Report")

7-1 (Rev. 7-10-06)



UNCLASSIFIED

**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To: Boston

Date: May 23, 2014

Case ID No.: 415M-BS-2814367

Lab No.: 130416021 AAR
130418012 AAR
130420100 AAR
130421100 AAR
130422100 AAR
130422101 AAR
130423010 AAR
130423011 AAR
130423012 AAR
130424003 AAR
130425018 AAR
130427100 AAR
130427101 AAR
130429002 AAR
130429100 AAR
130503001 AAR
130507007 AAR
130507008 AAR
130508016 AAR
130726007 AAR
130813015 AAR
130816005 AAR

Reference: See below

Your No.:

Title: UNSUBS;
4/15/2013 Boston Marathon Bombing
IT

Date specimens received: See below

The following specimens were received and examined in the Explosives Unit.

Page 1 of 108

UNCLASSIFIED

DT-0072523

UNCLASSIFIED

THE FOLLOWING ITEMS WERE RECOVERED FROM THE BOSTON BOMBING. THESE ITEMS WERE SUBMITTED UNDER COVER OF COMMUNICATION DATED APRIL 19, 2013 AND RECEIVED INTO THE LABORATORY ON THE FOLLOWING DATES; APRIL 16, 2013, APRIL 17, 2013 AND APRIL 18, 2013. THE ITEMS WERE ASSIGNED LABORATORY NUMBER 130416021 AND EXAMINED IN THE EXPLOSIVES UNIT:

THE FOLLOWING ITEMS WERE RECEIVED AT THE LABORATORY ON APRIL 16, 2013:

**BOYLSTON STREET, SCENE A**   (Near Marathon Sports located at 671 Boylston St.)

| | |
|---|---|
| Q1 | One (1) pair of pants (Your S1, E5180225) |
| Q1.1 | Belt from Q1 (Your S1, E5180225) |
| Q2 | Coat (Your S2, E5180224) |
| Q2.1 | Belt (Your S2, E5180224) |
| Q2.2 | Pants (Your S2, E5180224) |
| Q2.2.1 | Keys (Your S2, E5180224) |
| Q2.3 | Jacket (Your S2, E5180224) |
| Q3 | Cell phone (Your S3, E5180229) |
| Q4 | Swabs (Your S4, E5180227) |
| Q5 | Swab from window at LensCrafters (Your S5, E5180222) |
| Q6 | Strand of green insulated wire (Your S6, E5180226) |
| Q7 | C-size battery (Your S7, E5180228) |
| Q8 | Metal BBs with unknown material and pink material (Your S8, E5180220) |
| Q8.1 | Sampling of unknown material from Q8 (Your S8, E5180220) |
| Q9 | Piece of metal (Your S9, E5180223) |
| Q10 | Round metal object (Your S10, E5180221) |

UNCLASSIFIED

rendered safe or disassembled improvised explosive device may not be effected in every case due to the conditions of the components.

The explosion and/or fire resulting from the functioning of an improvised or incendiary device can cause extensive damage, such as fragmentation, charring or other severe alterations to items of evidence. Due to the destructive nature of these types of energetic events, conclusive determinations as to the recognition and identification of specific device components, as well as the exact design and functioning of the device, may not always be effected in every case.

**Remarks:**

This report provides the final results of the device examinations performed in the Explosives Unit on the submitted specimens. For questions about the content of this report, please contact this examiner. You will be advised of additional examination results from the other forensic disciplines under separate reports. The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files.

Additionally, for questions about the status of your submission, including any remaining forensic examinations, please contact Request Coordinator Edward S. Knapp Jr. at (703) 632-7644.

The submitted specimens will be returned under separate cover via registered mail.

Edward S. Knapp Jr.
(703) 632-7644

This report contains the opinions/interpretations of the examiner(s) who issued the report.