```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

FILED
IN CLERK'S OFFICE
2014 DEC 29 PM 4 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | UNDER SEAL |
|        Defendant ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached motions in limine under seal. The motions should be sealed because they refers to evidence that the government seeks to exclude and that therefore may never become public.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys

### Certificate of Service

I hereby certify that this document was served by electronic mail on Dzhokhar Tsarnaev's counsel, Judy Clarke, on December 29, 2014.

/s/ William D. Weinreb
WILLIAM D. WEINREB
Assistant U.S. Attorney