UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### SEALED MOTION TO SEAL DEFENDANT'S MOTION TO LIMIT DEFENSE PENALTY PHASE FOREIGN WITNESS DISCLOSURE

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the accompanying Motion to Limit Defense Penalty Phase Foreign Witness Disclosure be filed under seal. As grounds therefor, defendant states that public litigation of the matters at issue in the motion would impair the ability of the defense team to work safely abroad.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

1

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that I have caused a copy of this document to be served upon counsel for the United States by e-mail PDF this 29th day of December, 2014.