UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV     ) | |

### SECOND NOTICE OF ADDITIONAL AUTHORITY RE: DEFENDANT'S SECOND MOTION FOR CHANGE OF VENUE

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully files this Notice of Additional Authority in support of his Second Motion for Change of Venue [DE 684].

On December 26, 2014, the Associated Press reported that the "legal aftermath of the Boston Marathon attacks dominated headlines in Massachusetts in 2014, much as the attack itself did last year . . . ." Associated Press, *Marathon Bombing Aftermath Was Top Massachusetts Story of 2014* (Dec. 26, 2014), *available at* <http://www.masslive.com/news/index.ssf/2014/12/marathon_bombing_aftermath_was.html>. The report corroborates the defense analysis showing that intense pretrial publicity has continued unabated.

                        Respectfully submitted,

                        DZHOKHAR TSARNAEV
                        by his attorneys

                        */s/*     William W. Fick

                        Judy Clarke, Esq. (CA Bar # 76071)
                        CLARKE & RICE, APC
                        1010 Second Avenue, Suite 1800

San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 29, 2014.

/s/   William W. Fick