UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 30, 2014

O'TOOLE, D.J.

The defendant has moved to file under seal several Daubert-related submissions. The motion (dkt. no. 850) is GRANTED at this time for the reasons articulated in the Court's December 9, 2014 Order sealing Daubert materials previously filed.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge