UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**MOTION FOR A ONE-DAY EXTENSION OF TIME FILE A REPLY TO THE GOVERNMENT'S OPPOSITION TO *DAUBERT* MOTION *IN LIMINE* TO EXCLUDE TOOLMARKS TESTIMONY**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests one additional day to file a reply to the government's opposition to his Motion *in Limine* regarding toolmarks evidence. As reason therefore, the defendant through undersigned counsel states that many pleadings were required to be filed this day by the defense. While the draft of the reply that is the subject of this motion is substantially completed, the complexity of all of the pleadings, including this reply, made filing of this pleading by the close of business this day impossible. For this reason, defendant requests leave to file replies to the government's response on or before the close of business on December 30, 2014.

Respectfully submitted,

DZHOKHAR TSARNAEV

By his attorneys

/s/ Judy Clarke

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

**Certificate of Service**

I hereby certify that this document was served on counsel for the government by Email and paper copy by interoffice delivery on December 29, 2014.

/s/ Timothy G. Watkins

- 2 -