UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 30, 2014

O'TOOLE, D.J.

The defendant has filed a motion to seal an exhibit to his reply to the government's opposition to his Second Motion to Continue Trial Date. The proposed exhibit is an excerpt from an expert report which describes materials which were received by an FBI laboratory and were available to the defendant during discovery. Because it is a document pertaining to discovery in this action, the motion to seal (dkt. no. 846) is GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge