UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 30, 2014

O'TOOLE, D.J.

The parties have filed motions to seal various motions in limine, seeking to exclude or limit evidence regarding a broad range of issues. The proposed motions and exhibits include references to facts which are not now and may never be in evidence. Some of the materials also concern criminal discovery exchanged between the parties. Therefore, the motions to seal (dkt. nos. 845 and 848) are GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge