UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 30, 2014

O'TOOLE, D.J.

The defendant has moved to file under seal his Motion to Limit Defense Penalty Phase Foreign Witness Disclosure (dkt. no. 849). The defendant represents that public litigation of the matters at issue in the motion would impair the ability of the defense team to work safely abroad. Based on the defendant's representation that present disclosure of the issues would jeopardize the safety of the defense team when working abroad, the motion is GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge