UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | **FILED UNDER SEAL** |
| Defendant ) | |

### GOVERNMENT'S SEALED MOTION FOR LEAVE TO FILE WITNESS AND EXHIBIT LISTS UNDER SEAL AND LATE

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached Witness List and Exhibit List under seal. The Government furnished these lists to the defense on December 29, 2014, but did not file official copies of these lists with the Court at that time. Wherefore, the government incorporates previously filed motions to seal by both parties and discussions with the Court as justification for this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARTY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVE MELLIN
Trial Attorney, U.S. Department of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served via electronic mail to Judy Clarke, Esq., et al. counsel for Dzhokhar Tsarnaev, on December 31, 2014.

/s/ Aloke Chakravarty
ALOKE CHAKRAVARTY