CIVILIAN WITNESSES
full addresses

| Civilian # | First | Last | Street | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | Heather | ABBOTT | | | | |
| | Geoffrey Karl | AGUIRRE, MD, Ph.D | | | | |
| | Tareq | AHMAD | | | | |
| | Scott | ALFONSE | | | | |
| | Mikhail | ALLAKHVERDOV | | | | |
| | JULIE | ALOISE | | | | |
| | Albrecht | AMMON | | | | |
| | Colby | ANDERSON | | | | |
| | Carlos | ARREDONDO | | | | |
| | Suzanne | AUDET | | | | |
| | Maryam | BAIEVA | | | | |
| | James | BATH | | | | |
| | Jeffrey | BAUMAN | | | | |
| | Erin | BAUMAN | | | | |
| | Zachary | BETTENCOURT | | | | |
| | Bruce | BETTIS | | | | |
| | James | BOVE | | | | |
| | Cate | BRESNAHAN | | | | |
| | Cassidy Quinn | BRETTLER | | | | |
| | Mark | BRITTON | | | | |
| | Carol | BURNS | | | | |
| | Harry Stuart | CAHILL | | | | |
| | Patricia | CAMPBELL | | | | |
| | William | CAMPBELL Jr. | | | | |
| | William | CAMPBELL Sr. | | | | |
| | James | CAMPBELL | | | | |
| | | TEMPLETON | | | | |
| | Steve | CARBONE | | | | |
| | Magali | CARRERA | | | | |

CIVILIAN WITNESSES
full addresses

| Civilian # | First | Last | Street | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | Leigh | CLASBY | | | | |
| | Allen | COLLIER | | | | |
| | Andrew | COLLIER | | | | |
| | Jonathan | COMER | | | | |
| | Jay | CONNOR | | | | |
| | Celeste | CORCORAN | | | | |
| | Kevin | CORCORAN | | | | |
| | Sydney | CORCORAN | | | | |
| | Steve | DAVIS | | | | |
| | Sharona | DAYAN | | | | |
| | Robert L. | DENNEY, Psy.D | | | | |
| | Park | DIETZ, MD | | | | |
| | Rebekah | DIMARTINO | | | | |
| | Magomed | DOLAKOV | | | | |
| | Patrick | DOWNES | | | | |
| | Thomas | DURBEN | | | | |
| | Andrew R. | DWINELLS | | | | |
| | Youssef | EDDAFALI | | | | |
| | Glenn | ENGMAN | | | | |
| | Tiffany | EVORA | | | | |
| | Noushin | FALLAHPOUR | | | | |
| | Emma | FEIGENBAUM | | | | |
| | James | FLOYD | | | | |
| | Elizabeth | FLOYD | | | | |
| | Russell | FRADE | | | | |
| | Allen J. | FRANCES, MD | | | | |
| | Sebastian | FREDDURA | | | | |
| | Chris | FRIAS | | | | |
| | Mark | FUCARILE | | | | |
| | Andrew | GLASBY | | | | |
| | Sebastian L.v. | GORKA | | | | |
| | Joshua | GOULD | | | | |
| | Clive | GRAINGER | | | | |

CIVILIAN WITNESSES
full addresses

| Civilian # | First | Last | Street | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | David | GREEN | | | | |
| | Edward | GREENWOOD | | | | |
| | Thomas | GRILK | | | | |
| | Nicole | GROSS | | | | |
| | Michael | GROSS | | | | |
| | Alexa | GUEVARA | | | | |
| | Alok | GUPTA | | | | |
| | Hicham | HADJERES | | | | |
| | Mark | HAGOPIAN | | | | |
| | Nathan | HARMAN | | | | |
| | Katherine | HARTIGAN | | | | |
| | Adrienne | HASLET-DAVIS | | | | |
| | Curtis | HAZLETT | | | | |
| | Gretchen | HEID | | | | |
| | David | HENNEBERRY | | | | |
| | Joanna | HERLIHY | | | | |
| | Alan | HERN | | | | |
| | Bill | HOENK | | | | |
| | Gustav | HOILAND | | | | |
| | Gregory | HOMOL | | | | |
| | James | HOOLEY | | | | |
| | Joel | HOPE | | | | |
| | Ryan | HOYME | | | | |
| | William | IFFRIG | | | | |
| | Matt | ISGUR | | | | |
| | Danling | JACKS | | | | |
| | Michael | JULAKIS | | | | |
| | Christine | KAYLOR | | | | |
| | Megan | KEARNS | | | | |
| | | Keeper of Records for Amazon | | | | |
| | | Keeper of Records for AT&T | | | | |

CIVILIAN WITNESSES
full addresses

| Civilian # | First | Last | Street | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | | Keeper of Records for B.J. Alan Co. | | | | |
| | | Keeper of Records for Google | | | | |
| | | Keeper of Records for Macy's | | | | |
| | | Keeper of Records for NitroRCX | | | | |
| | | Keeper of Records for T-Mobile | | | | |
| | | Keeper of Records for Target | | | | |
| | | Keeper of Records for Yahoo | | | | |
| | | Keeper of Records of Atomic Fireworks Inc | | | | |
| | | Keeper of the Records for Phantom Fireworks | | | | |
| | | Keeper of the Records for Walmart | | | | |
| | Loretta | KEHAYIAS | | | | |
| | Peter | KEHAYIAS | | | | |
| | Jessica | KENSKY | | | | |
| | Colton | KILGORE | | | | |
| | David | KING, MD | | | | |
| | Andrew | KITZENBERG | | | | |
| | Evan | KOHLMAN | | | | |
| | Joanne | KROPIEWNICKA | | | | |
| | Eddie | LAKKIS | | | | |
| | Fred | LAND | | | | |

CIVILIAN WITNESSES
full addresses

| Civilian # | First | Last | Street | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | Laura Ellen | LEE | | | | |
| | Benjamin | LEE | | | | |
| | Robert | LEONARD | | | | |
| | Matthew | LEVITT, Ph.D | | | | |
| | Jon | LYU | | | | |
| | Tariq | MANSOUR | | | | |
| | Lauren | MARKWARD | | | | |
| | Stephen | MATTEO | | | | |
| | Debra | MAYNARD | | | | |
| | Baudy | MAZAEV | | | | |
| | James | McCLOUD | | | | |
| | Alan | MEDNICK | | | | |
| | Dun | MENG | | | | |
| | Ling | MENG | | | | |
| | Stephanie | MERRIZI | | | | |
| | David | MILLER | | | | |
| | Blake | MUCCINI | | | | |
| | Giovanni | NORGIL | | | | |
| | Shane | O'HARA | | | | |
| | William | O'KEEFE | | | | |
| | Rachel | OTTY | | | | |
| | Matthew | PATTERSON | | | | |
| | Peter | PAYACK | | | | |
| | Michael | PEIXOTO | | | | |
| | Gustavo | PEREZ | | | | |
| | Mark | PERLIN | | | | |
| | Mark | PREBLE | | | | |
| | Sagar | RAI | | | | |
| | Karen | RAND | | | | |
| | Gillian | RENY | | | | |

CIVILIAN WITNESSES
full addresses

| Civilian # | First | Last | Street | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | Denise | RICHARD | | | | |
| | William | RICHARD | | | | |
| | Joseph | ROGERS | | | | |
| | Kelley | ROGERS | | | | |
| | Aisha | ROHAIL | | | | |
| | Carlos | ROHENA | | | | |
| | Nicholas | SALEM | | | | |
| | Khasan | SALGEREEV | | | | |
| | Roseann | SDOIA | | | | |
| | Colin | SEALE | | | | |
| | Nicholas | SILVA | | | | |
| | Stephen | SILVA | | | | |
| | Herbert | SMITH-AYBAR | | | | |
| | Heather Coffin | STUDLEY | | | | |
| | Azamat | TAZHAYAKOV | | | | |
| | Michael | TOON | | | | |
| | Chris | TROYANOS | | | | |
| | Aindi | TSARNI | | | | |
| | Sarah Hausmann | TWOMEY | | | | |
| | Emily | VACHER | | | | |
| | Israpil | VAKHABOV | | | | |
| | James | VANDEVENTER | | | | |
| | Cheryl | VAREY | | | | |
| | Asher | WALDEN | | | | |
| | Jacqui | WEBB | | | | |
| | Eric | WHALLEY | | | | |
| | William | WHITE | | | | |
| | Brian Glynn | WILLIAMS | | | | |
| | Thomas | WOODRUFF | | | | |
| | Stephen | WOOLFENDEN | | | | |
| | Nathan | YOUNG | | | | |
| | Michael | ZEMINA | | | | |
| | Jinyan | ZHAO | | | | |

## CIVILIAN WITNESSES
full addresses

| Civilian # | First | Last | Street | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | Danling | ZHOU | ███ | | | |