LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | John | ABRUZZESE | FBI Boston Division | | | | |
| | John | ALEXANDER | FBI-Headquarters | | | | |
| | Keri | ALLEN | FBI Boston Division | | | | |
| | Fredrick R. | ALLEN | BPD | | | | |
| | Timothy | ALLRED | BOP | | | | |
| | Lauren | ALMANZOR | FBI-Philadelphia | | | | |
| | Bienvenido | ALMODOVAR | FBI-New Haven | | | | |
| | Joseph | ALTMAN | FBI Boston Division | | | | |
| | Paul | AMES | Cambridge PD | | | | |
| | Andrew | ANDERSON | FBI-Headquarters | | | | |
| | Tye | ANDRADE | UMASS Dartmouth DPS | | | | |
| | Mark | ANDRADE | UMASS Dartmouth DPS | | | | |
| | Carlos | AQUINO | Cambridge PD | | | | |
| | Daniel | ARANYOSI | FBI-Washington Field | | | | |
| | Jacob B. | ARCHER | FBI-Philadelphia | | | | |
| | Ornello | ARLATI | FBI Boston Division | | | | |
| | Francis | ARMSTRONG | BPD | | | | |
| | Todd | ARMY | BOP | | | | |
| | Ryan | ARNOLD | FBI Boston Division | | | | |
| | Panagiotis | ATHANASIOU | FBI-New York | | | | |
| | David | ATHERTON | Cambridge PD | | | | |
| | Tenzin | ATSATSANG | FBI | | | | |
| | Matt | AUFIERO | U.S. Secret Service | | | | |
| | Lynette | AUSTIN | FBI-Philadelphia | | | | |
| | Lina | AWAD | HSI-ICE | | | | |
| | Farbod | AZAD | FBI-New York | | | | |
| | Robert | BACHELDER | MSP | | | | |
| | Scott S. | BAILEY | FBI Boston Division | | | | |
| | James | BAILEY | Customs and Border Patrol | | | | |
| | Derek | BAILEY | BOP | | | | |
| | Kevin M. | BAKER | MSP | | | | |
| | Joseph | BALDUCCI | MSP | | | | |
| | Albert | BALESTRA | MSP | | | | |

994

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Phil | BALL | ATF | | | | |
| | John | BALZANO | BOP | | | | |
| | Robert | BARBIERI | FBI Laboratory | | | | |
| | Glenn D. | BARNES | FBI Boston Division | | | | |
| | Tommy | BARRETT | BPD | | | | |
| | Jason A. | BARROW | FBI Laboratory | | | | |
| | John | BARTOLOMUCCI | Watertown PD | | | | |
| | Jason | BASIL | BOP | | | | |
| | Bob | BATCHELDER | MSP | | | | |
| | Zachary R. | BAUMGART | TFO-DSS | | | | |
| | Anthony | BELINSKAS | BOP | | | | |
| | Brendan R. | BELL | FBI Boston Division | | | | |
| | David | BELL | FBI Boston Division | | | | |
| | Ernie | BELLIVEAU | UMASS Dartmouth DPS | | | | |
| | Jeffrey | BENEVIDES | BOP | | | | |
| | Christopher | BENNETT | HSI | | | | |
| | Eric | BENSON | MSP | | | | |
| | Kenneth J. | BENTON | FBI Boston Division | | | | |
| | Adam | BERGSTROM | BOP | | | | |
| | Michael | BERNIER | BOP | | | | |
| | Mark | BERTHIAUME | BOP | | | | |
| | Rodney | BEST | BPD | | | | |
| | Veh | BEZDIKIAN | FBI-New York | | | | |
| | David | BINDOO | BOP | | | | |
| | Carl | BLANDO | BPD | | | | |
| | Kenneth | BLOOM | BOP | | | | |
| | Paul T. | BODDY | BPD | | | | |
| | Aaron | BOESCH | BOP | | | | |
| | George | BOGGS | BPD | | | | |
| | Jason D. | BOLLINGER | FBI-Pittsburgh | | | | |
| | Phillip | BOLTON | BOP | | | | |
| | James | BOND | BOP | | | | |
| | Anthony | BONGIORNO | Cambridge PD | | | | |

Page 9 of 32

995

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Donald | BOSSI | MSP | | | | |
| | Erik Paul | BOUCHARD | FBI-New Haven | | | | |
| | Carl | BOUCHARD | BOP | | | | |
| | Benjamin | BOUDREAU | BOP | | | | |
| | Christopher J. | BOULD | NCIS | | | | |
| | William | BOULTER | MIT Police Dept. | | | | |
| | Seth | BOURGET | BOP | | | | |
| | Justin | BOWERS | FBI Boston Division | | | | |
| | Sean | BOYLE | USPIS | | | | |
| | Christopher J. | BRADFORD | FBI Boston Division | | | | |
| | Benjamin | BRADFORD | BOP | | | | |
| | Edward | BRADSTREET | HSI | | | | |
| | Christopher | BRAGA | FBI Boston Division | | | | |
| | Peter | BRAMANTE | MSP | | | | |
| | Erin | BRANDT | FBI-Newark | | | | |
| | Jeffrey | BRIDGHAM | BOP | | | | |
| | Jason S. | BRISSEY | FBI-Headquarters | | | | |
| | Brian | BROTHERS | BOP | | | | |
| | Timothy D. | BROWN | FBI Boston Division | | | | |
| | Porsche E. | BROWN | FBI-New York | | | | |
| | Scott | BROWN | FBI | | | | |
| | Wayne | BROWN | FBI-New York | | | | |
| | Todd | BROWN | BPD | | | | |
| | Stephen | BROWN | BOP | | | | |
| | Darren | BROWN | FBI | | | | |
| | Jennifer | BUCAR | BOP | | | | |
| | Mark | BUCKLEY | BOP | | | | |
| | Mike | BUCKLEY | BOP | | | | |
| | Adam | BUIE | BOP | | | | |
| | Christopher | BURKE | FBI | | | | |
| | Edward | BURKE | Cambridge PD | | | | |
| | Terrence | BURKE | BPD | | | | |
| | David | BURNS | Harvard Univ. Police Dept | | | | |

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Richard D. | BUSTER | FBI-Headquarters | [redacted] | | | |
| | James L. | BUTLER | FBI-New Haven | | | | |
| | Michael | BYRNES | FBI-Philadelphia | | | | |
| | Lisa | CABRAL | UMASS Dartmouth DPS | | | | |
| | Charles | CABRAL | FBI Boston Division | | | | |
| | Hector | CABRERA | BPD | | | | |
| | David | CAHILL | MSP | | | | |
| | Timothy | CAHILL | MSP | | | | |
| | Richard | CAMPBELL | ATF | | | | |
| | Charles | CAMPBELL | BOP | | | | |
| | Joshua | CANTER | FBI Boston Division | | | | |
| | Lindsay | CAPIDALUPO | FBI Boston Division | | | | |
| | David E. | CARDINAL | BPD | | | | |
| | Christopher | CARR | BOP | | | | |
| | Christopher E. | CARTER | FBI-Tampa | | | | |
| | Jennifer | CASE | HHS-OIG | | | | |
| | Michael | CASHMAN | MSP | | | | |
| | Ken | CASPER | FBI Boston Division | | | | |
| | Anthony | CASTELLANOS | HSI | | | | |
| | Kevin | CAVANAUGH | BPD | | | | |
| | Peter | CAZEAU | BPD | | | | |
| | Ryan | CHAFFEE | HSI | | | | |
| | Sidney | CHAMBERS | MSP | | | | |
| | S. Vincent | CHAMBERS | FBI Boston Division | | | | |
| | Leah | CHAMBERS | FBI-Philadelphia | | | | |
| | Vernon | CHAMBLEE | BOP | | | | |
| | John | CHAN | FBI-New York | | | | |
| | Emily | CHAPMAN | BPD | | | | |
| | Cheryl A. | CHARNEY | FBI-New Haven | | | | |
| | Theodore J. | CHAVEZ | FBI Laboratory | | | | |
| | Steven | CHIN | BPD | | | | |
| | Frank | CHIOLA | BPD | | | | |
| | Dennis | CHIPPS | BOP | | | | |

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Jesse S. | CHIZMADIA | FBI | | | | |
| | Philip M. | CHRISTIANA | FBI Boston Division | | | | |
| | Matthew | CHRISTIANSEN | BOP | | | | |
| | Scott Philip | CIEPLIK | FBI Boston Division | | | | |
| | Curtis | CINELLI | MSP | | | | |
| | David | CIVETTI | FBI | | | | |
| | Richard | CLAFLIN | FBI | | | | |
| | Kelley A. | CLARK | FBI | | | | |
| | Mark | CLAVETTE | Cambridge PD | | | | |
| | Brian | CLIFFORD | FBI Laboratory | | | | |
| | Paul | CLIFFORD | BOP | | | | |
| | Timothy Wayne | CLIFTON | FBI-New Haven | | | | |
| | Christine H. | COBLE | FBI-Washington Field | | | | |
| | Karen | CODY | FBI-Washington Field | | | | |
| | Jason | COFFEY | FBI | | | | |
| | Matthew J. | COLEMAN | FBI-New York | | | | |
| | Gerald | COLLINS | MSP | | | | |
| | Miguel | COLON | Watertown PD | | | | |
| | Jennifer D. | COMBS | FBI | | | | |
| | Martin | CONCANNON | MSP | | | | |
| | Russ | CONNELL | BOP | | | | |
| | James | CONNOLLY | MSP | | | | |
| | Christopher E. | CONNOLLY | BPD | | | | |
| | Michael | CONNOLLY | BPD | | | | |
| | Ann | CONNOR | BOP | | | | |
| | Brian | CONNOR | BOP | | | | |
| | Kevin R. | CONSIDINE | Customs and Border Patrol | | | | |
| | Michael | COOPER | BOP | | | | |
| | Brian J. | CORCORAN Jr. | FBI Boston Division | | | | |
| | Keith | COREY | BOP | | | | |
| | Krista | CORR | FBI Boston Division | | | | |
| | Kristin | COSTA | UMASS Dartmouth DPS | | | | |
| | Leonard | COSTA | UMASS Dartmouth DPS | | | | |

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|-------|-----------|-----------|--------|--------|------|-------|-----|
| | Timothy | COSTA | BOP | | | | |
| | Jason | COSTELLO | FBI Boston Division | | | | |
| | Jonathan | COTTER | BOP | | | | |
| | Jeremy | COTTON | MSP | | | | |
| | William | COURNOYER | BOP | | | | |
| | Bobby | COUTO | BOP | | | | |
| | Brian | COUTURE | BOP | | | | |
| | Ashley | COX | FBI Boston Division | | | | |
| | John D. | COYLE | FBI | | | | |
| | Kevin | COYNE | BPD | | | | |
| | Lisa A. | CRANDALL | FBI Boston Division | | | | |
| | John S. | CRAWFORD | FBI Boston Division | | | | |
| | Kevin | CRONIN | HSI-ICE | | | | |
| | Edmond | CRONIN | FBI Boston Division | | | | |
| | Tyler | CROTEAU | BOP | | | | |
| | Alexia | CROW | FBI-Albany | | | | |
| | Timothy J | CROWLEY | MSP | | | | |
| | Thomas | CROWLEY | ICE | | | | |
| | Paul | CRUWYS | BOP | | | | |
| | Monica | CUETO | FBI-Newark | | | | |
| | James J. | CUNNINGHAM Jr. | FBI-New York | | | | |
| | Amanda | CURREN | BOP | | | | |
| | Jeffrey | DADE | NHSP | | | | |
| | Micheline | DADIEGO | FBI | | | | |
| | Vincent | DALFONZO | FBI-Headquarters | | | | |
| | Thomas M. | DALTON | FBI | | | | |
| | Thomas J. | DALY Jr. | Lowell Police Department | | | | |
| | Michael | D'AMICO | BOP | | | | |
| | Andrea | DAMMANN | FBI-Pittsburgh | | | | |
| | Timothy | DARLING | FBI | | | | |
| | Robert | DATEO | MSP | | | | |
| | Derek | DAVID | BOP | | | | |
| | Liana | DAVILA | FBI-New York | | | | |

999

**LAW ENFORCEMENT WITNESSES**
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Michael J. | DAVITCH | FBI Laboratory | | | | |
| | William | DAVITCH | FBI-Headquarters | | | | |
| | Michael | DE LA PENA | FBI | | | | |
| | Francis J. | DEARY | BPD | | | | |
| | Ryan | DECOSTE | FBI (former) | | | | |
| | William | DEELEY | BOP | | | | |
| | Jason | DeFREITAS | HSI-DHS | | | | |
| | Mike | DEGELS | BOP | | | | |
| | Brian | DeJOY | DEA | | | | |
| | Sarah | DELAIR | FBI Boston Division | | | | |
| | Laura | DELANEY | BPD | | | | |
| | Andrea | DEMMANN | FBI | | | | |
| | Thomas M | DENTREMONT | BPD | | | | |
| | Bill | DENUZZIO | BOP | | | | |
| | Keith | DEPACO | UMASS Dartmouth DPS | | | | |
| | Hernan | DEPALVA | FBI-Headquarters | | | | |
| | Christopher | DERKS | FBI | | | | |
| | Kevin Scott | DESHAZO | FBI | | | | |
| | Randy | DESJEAN | BOP | | | | |
| | FNU | DESROCHERS | MSP | | | | |
| | Jonathan | DEVENEY | BOP | | | | |
| | Amy | DIAMOND | FBI Boston Division | | | | |
| | Yohel | DIAZ | FBI | | | | |
| | Steve | DICKEY | ATF | | | | |
| | John | DIFAVA | MIT Police Dept. | | | | |
| | Patrick | DINGLE | BOP | | | | |
| | Charles | DIONNE | DOT-OIG | | | | |
| | Christopher | DIORIO | HSI | | | | |
| | Samuel | DIPASQUALE, III | FBI-New Haven | | | | |
| | Timothy | DOHERTY | BOP | | | | |
| | Scott | DOIRE | USMS | | | | |
| | Christopher | DOLAN | MSP | | | | |
| | Richard | DONAHUE | Watertown PD | | | | |

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Chris | DONAHUE | MSP | | | | |
| | David F. | DONAHUE | FBI Boston Division | | | | |
| | William F | DONGA | HSI | | | | |
| | Todd | DONNELLY | ICE | | | | |
| | William | DONOGHUE | MSP | | | | |
| | James | DONOVAN | Saugus PD | | | | |
| | Maurice | DORE | UMASS Dartmouth DPS | | | | |
| | Sharon | DOTTIN | BPD | | | | |
| | Christopher | DOUGHERTY | MSP | | | | |
| | Timothy | DOWD | MSP | | | | |
| | Dale | DROWNE | Warwick PD | | | | |
| | Daniel | DUFF | BPD | | | | |
| | Thomas J | DUFFY | FBI-Philadelphia | | | | |
| | Jessica | DUKES | FBI | | | | |
| | Matt | DUMAS | USMS | | | | |
| | Christopher | DUMONT | MSP | | | | |
| | Kelly A. | DUNLEVY | FBI Laboratory | | | | |
| | Terrence | DUPONT | FBI-Philadelphia | | | | |
| | Scott | DURIVAGE | FBI Boston Division | | | | |
| | Kirk E. | EAGER | FBI Boston Division | | | | |
| | Kathryn | EARLE | FBI | | | | |
| | Daniel | EINHAUS | FBI Boston Division | | | | |
| | Amy | EINHAUS | FBI | | | | |
| | Michael | ELDREDGE | ATF | | | | |
| | John | ELIAS | BOP | | | | |
| | Jennie | EMMONS | FBI-Albany | | | | |
| | Paul | EMOND | BOP | | | | |
| | Brian | ENG | MSP | | | | |
| | James C. | EPPARD | FBI-Headquarters | | | | |
| | Michael | ERCOLANO | FBI | | | | |
| | Paula | ERNST | OPU | | | | |
| | Richard | ESCALERA, Jr | FBI | | | | |
| | Keith | EVANS | FBI-Headquarters | | | | |

1001

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | FNU | EVANS | FBI | | | | |
| | Robin | FABRY | MSP | | | | |
| | Scott | FAHEY | MSP | | | | |
| | Brian J | FAHEY | BPD | | | | |
| | Stephen | FARINA | FBI | | | | |
| | Ann | FASANO | FBI Laboratory | | | | |
| | Steven | FENNESSY | MSP | | | | |
| | Anthony | FERRANTE | FBI-Headquarters | | | | |
| | Christian M | FIERABEND | FBI | | | | |
| | D.J. | FIFE, MS | FBI Laboratory | | | | |
| | William O | FILBERT, III | FBI | | | | |
| | Thomas | FINCH | Delaware PD | | | | |
| | Russell R. | FINCHER | FBI-New York | | | | |
| | Brendan | FINN | FBI-Headquarters | | | | |
| | Kevin | FINNERTY | FBI Laboratory | | | | |
| | Jason | FISHER | Randolph PD | | | | |
| | Michael | FISHER | FBI (former) | | | | |
| | Chad | FITZGERALD | FBI | | | | |
| | Stephen R. | FLATLEY | FBI-New York | | | | |
| | Amaury | FLETE | BOP | | | | |
| | Mark | FLORES | FBI-Headquarters | | | | |
| | Edward | FLYNN | NHSP | | | | |
| | John | FOLEY | FBI (retired) | | | | |
| | Eduardo | FONSECA | BOP | | | | |
| | Meghan | FORD | FBI | | | | |
| | Kevin | FORD | BPD | | | | |
| | Matthew | FORD | BOP | | | | |
| | Edward | FRANMARTINO | Cambridge PD | | | | |
| | Kimberly | FRANKS | FBI | | | | |
| | Michael | FREEMAN | FBI | | | | |
| | Keith J. | FREITAG | FBI-Newark | | | | |
| | Jacob | FRELICK | BOP | | | | |
| | Jeremy | FREY | BOP | | | | |

1002

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Joseph M. | FRIESEN | FBI Boston Division | | | | |
| | Ryan | FROST | BOP | | | | |
| | Charles | FRYE | BOP | | | | |
| | Scott | FULKERSON | ATF | | | | |
| | Stephen | FULLINGTON | FBI-New York | | | | |
| | Erin R | GABOR | FBI-Headquarters | | | | |
| | Joel D | GAGNE | MSP | | | | |
| | Erik | GAGNON | MSP | | | | |
| | Eric | GAHAGAN | MSP | | | | |
| | Gerald | GALIZIO | MSP | | | | |
| | THomas | GALLAGHER | BOP | | | | |
| | FNU | GALLARELLI | BPD | | | | |
| | Brendan R. | GALWAY | FBI Boston Division | | | | |
| | Michelle M. | GAMBLE | FBI Boston Division | | | | |
| | Brian | GANDER | FBI-New York | | | | |
| | Erin | GARBER | FBI Laboratory | | | | |
| | Derrick | GARDNER | BOP | | | | |
| | Mary | GARDOCKI | FBI-Newark | | | | |
| | Anthony | GARROW | BOP | | | | |
| | Susan | GARST | FBI-New York | | | | |
| | Joseph | GAUCHER | BOP | | | | |
| | Gregory | GAVEY | FBI | | | | |
| | Brian | GAVIOLI | MSP | | | | |
| | Jeremy | GELINAS | BOP | | | | |
| | Thomas | GEYER | BOP | | | | |
| | Daniel | GIOSSI | MSP | | | | |
| | Jimmy | GIRALDO | BPD | | | | |
| | Robert | GIRON | BOP | | | | |
| | Alan M. | GIUSTI | FBI Laboratory | | | | |
| | John | GOGUEN | BOP | | | | |
| | Jennifer | GOLDSTEIN | FBI-Headquarters | | | | |
| | Joel | GOMEZ | BOP | | | | |

1003

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Eric | GONYNOR | BOP | | | | |
| | Christopher | GONYNOR | BOP | | | | |
| | Elaine | GRAFF | FBI | | | | |
| | Carlos | GRANADOS | BOP | | | | |
| | Daniel L. | GRANT | Fbi (retired) | | | | |
| | Anthony | GRASSI | Cambridge PD | | | | |
| | Michael | GRASSIA | MSP | | | | |
| | Brian | GREEN | BPD | | | | |
| | Joseph | GREEN | BOP | | | | |
| | Kelly | GRISLER | FBI-Headquarters | | | | |
| | Thomas | GROFF | RI State PD | | | | |
| | Robert John | GROSS | FBI | | | | |
| | William | GROSS | BPD | | | | |
| | Jeffrey | GROVE | FBI-New York | | | | |
| | Kenneth | GUILMETTE | BOP | | | | |
| | Joseph | GURA | MSP | | | | |
| | April | HADDOCK | FBI Boston Division | | | | |
| | April T. | HALL | FBI-Washington Field | | | | |
| | Beth | HALLORAN | Cambridge PD | | | | |
| | Jennifer | HAMMERS | OCME | | | | |
| | Chad D. | HANKINS | FBI | | | | |
| | Jon | HANSEN | BOP | | | | |
| | David | HARDING | FBI-Tampa | | | | |
| | Patrick | HART | Waltham PD | | | | |
| | Kevin | HART | MSP | | | | |
| | Alisa | HARVIE | FBI Boston Division | | | | |
| | Mark | HASTBACKA | FBI Boston Division | | | | |
| | Christopher | HASTINGS | BOP | | | | |
| | Andrew A. | HAUGEN | FBI-Philadelphia | | | | |
| | William A. | HAWKINS | FBI Boston Division | | | | |
| | John | HAYES | ATF | | | | |
| | Tucker | HEAP | FBI Boston Division | | | | |
| | David N. | HEDGES | FBI-Pittsburgh | | | | |

1004

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Kenneth | HEITKAMP | FBI Boston Division | | | | |
| | Daniel Trever | HENDERSON | FBI | | | | |
| | Robert | HENLY | FBI-Headquarters | | | | |
| | Clarence | HENNIGER | MIT Police Dept. | | | | |
| | Daniel | HERMAN | MSP | | | | |
| | Matthew | HESS | MSP | | | | |
| | Josh | HETEL | BOP | | | | |
| | Lamont | HICKS | BOP | | | | |
| | Bruce | HIGGINS | BPD | | | | |
| | George | HILL | FBI Boston Division | | | | |
| | Gary | HILL | FBI | | | | |
| | Michael J. | HOCHREIN | FBI-Pittsburgh | | | | |
| | Brian R. | HOFF | FBI Boston Division | | | | |
| | Keith R. | HOLDSWORTH | FBI-Philadelphia | | | | |
| | David | HOLT | FBI | | | | |
| | Paul | HORGAN | MSP | | | | |
| | Geoffrey Marsh | HOWES | ICE | | | | |
| | Jamie | HOWES | FBI | | | | |
| | Marsilda | HOXHA | BOP | | | | |
| | Jeffrey | HOYT | BOP | | | | |
| | Diana | HUFFMAN | FBI-Philadelphia | | | | |
| | Frank | HUGHES | MSP | | | | |
| | Gregory T. | HUGHES | LEGAT South Africa | | | | |
| | Christopher | HUGHES | FBI Boston Division | | | | |
| | Gregory T. | HUGHES | FBI | | | | |
| | John | HUYLER | FBI | | | | |
| | Anthony R. | IMEL | FBI-Headquarters | | | | |
| | Paul | IVENS | BPD (retired) | | | | |
| | Tarus | JEFFERSON | BPD | | | | |
| | Jonathan | JIMENEZ | BOP | | | | |
| | Ethan W. | JOHNSON | FBI | | | | |
| | Kimberly A. | JOHNSON | FBI | | | | |
| | Jason | JUDKINS | BOP | | | | |

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Rafael | JUILAO | BOP | | | | |
| | Brian | JULIAN | FBI-Philadelphia | | | | |
| | Ed | KAPPLER | FBI Boston Division | | | | |
| | Eric | KARAVAS | BOP | | | | |
| | Diana | KARDASHIAN | BPD | | | | |
| | John | KEELAN | FBI Boston Division | | | | |
| | Sarah A. | KEITH | FBI (former) | | | | |
| | Sarah A. | KEITH | FBI | | | | |
| | Tammie | KELLEY | FBI | | | | |
| | Geoffrey J. | KELLY | FBI Boston Division | | | | |
| | Timothy J | KELLY | BPD | | | | |
| | Matthew | KELSCH | ATF | | | | |
| | James | KENNEALLY | BOP | | | | |
| | Michael | KENNEDY | BOP | | | | |
| | Andrea | KERN | FBI Boston Division | | | | |
| | Andrew | KIDDER | BOP | | | | |
| | Michelle | KIM | FBI Laboratory | | | | |
| | Steve | KIMBALL | FBI Boston Division | | | | |
| | Timothy | KING | Waltham PD | | | | |
| | Brian B. | KING | FBI-Pittsburgh | | | | |
| | Thomas F. | KING | FBI Boston Division | | | | |
| | Michael | KING | BOP | | | | |
| | Paula | KINGSBURY | FBI Boston Division | | | | |
| | John F | KIRK | FBI-Philadelphia | | | | |
| | Lucas | KITTO | MBTA Transit Police | | | | |
| | Douglas | KLAPEC | ATF | | | | |
| | Jerry M | KLEBER | FBI-Philadelphia | | | | |
| | Edward S | KNAPP | FBI Laboratory | | | | |
| | Jeffrey | KNECHT | FBI-New Haven | | | | |
| | William | KNECHT | BPD | | | | |
| | Kristin | KOCH | FBI Boston Division | | | | |
| | Crystal M. | KOMARA | FBI Boston Division | | | | |
| | Todd | KRAUSS | BOP | | | | |

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Nancy | KRUE | MSP | | | | |
| | Wendy | KRUFIEWSKI | IRS | | | | |
| | Harold | LABBE | BOP | | | | |
| | Emily A. | LABRECQUE | MSP | | | | |
| | Olga N. | LaFOND | FBI | | | | |
| | Eric | LAFORTE | HSI | | | | |
| | Marc Roger | LAFRANCE | FBI-New Haven | | | | |
| | Fabiola | LAGEMAN | FBI Boston Division | | | | |
| | Timothy | LAHANN | BPD | | | | |
| | Ivan | LAI | FBI-New York | | | | |
| | Anthony | LAMONICA | BPD | | | | |
| | Joseph | LANDERS | FBI | | | | |
| | Ryan | LANE | FBI Boston Division | | | | |
| | Eugene R. | LANZILLO | FBI-Philadelphia | | | | |
| | Joseph | LAPLACA | BOP | | | | |
| | David | LASSITER | FBI | | | | |
| | Michael | LAURENCE | FBI Boston Division | | | | |
| | Joseph | LAVORATO | BOP | | | | |
| | Thomas S. | LAWLER | FBI-New Haven | | | | |
| | Mike | LAWN | Watertown PD | | | | |
| | Steve | LAZARUS | FBI-Headquarters | | | | |
| | Robert | LEARDI | BOP | | | | |
| | Michelle | LEASE | FBI-Newark | | | | |
| | Stephanie | LEONARD | FBI Boston Division | | | | |
| | Joseph M. | LESTORTI | State RCI | | | | |
| | Michelle | LEVASSEUR | MSP | | | | |
| | Daniel | LEWIS | FBI-Headquarters | | | | |
| | Monica | LEWIS | FBI-Headquarters | | | | |
| | Peter | LICATA | FBI-New York | | | | |
| | Sara C. | LIECHTY | FBI Laboratory | | | | |
| | Allen | LIGHTHISER | BOP | | | | |
| | Katherine | LINDSTROM | OCME | | | | |

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Paul | LISON | BOP | | | | |
| | Andrew | LITOWITZ | FBI Boston Division | | | | |
| | Robert | LORA | BOP | | | | |
| | Joshua | LORTIE | FBI-Headquarters | | | | |
| | John | LOUDEN | FBI | | | | |
| | Jose | LOUREIRO | BOP | | | | |
| | Bryan | LOWE | BOP | | | | |
| | Antonio | LOZADA | BOP | | | | |
| | Vanessa | LOZZI | FBI Boston Division | | | | |
| | Greg | LUCHKA | BOP | | | | |
| | Christopher | LUHR | FBI-Albany | | | | |
| | Ivo | LUIS | UMASS Dartmouth DPS | | | | |
| | Richard | LUSSIER | BOP | | | | |
| | Colm | LYDON | BPD | | | | |
| | Christopher | LYNCH | BOP | | | | |
| | Jean | LYS | BOP | | | | |
| | Alyssa | MACDONALD | FBI Boston Division | | | | |
| | Thomas P. | MACDONALD | FBI Boston Division | | | | |
| | Joseph G. | MACDONALD | BPD | | | | |
| | Michael S. | MACIAS | FBI Laboratory | | | | |
| | David | MACKIN | MSP | | | | |
| | John | MACLELLAN | Watertown PD | | | | |
| | David | MACNEIL | Watertown PD | | | | |
| | Gerald | MAHONEY | DSS | | | | |
| | Terry | MAHONEY | BOP | | | | |
| | David | MAJOR | FBI | | | | |
| | David | MAKOL | FBI Boston Division | | | | |
| | Julio | MALDONADO | BOP | | | | |
| | Robert | MALLETT | BOP | | | | |
| | JR | MANES | FBI Boston Division | | | | |
| | Raymond R | MANNA | FBI-Philadelphia | | | | |
| | Andrea P. | MANNING | FBI-Philadelphia | | | | |
| | Daric L. | MANSER | FBI | | | | |

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Joshua | MARCELINO | BOP | | | | |
| | James T. | MARINELLI | FBI Boston Division | | | | |
| | James | MARKLEY | FBI-Headquarters | | | | |
| | Robert H. | MARSHALL | ICE | | | | |
| | Steve | MARTIN | BOP | | | | |
| | Todd | MARTIN | BOP | | | | |
| | Lance | MARTIN | BOP | | | | |
| | Jax | MASON | MSP | | | | |
| | Joseph | MATHEWS | MBTA Transit Police | | | | |
| | Carl | MATHIEU | BOP | | | | |
| | Jason | MATTHEWS | BOP | | | | |
| | James | MATTISON | ATF | | | | |
| | George | MATUSZEWSKI | BOP | | | | |
| | Peter | MAYNARD | BOP | | | | |
| | Michael | MAZZA | MSP | | | | |
| | Jamie | MAZZONE | HUD-IG | | | | |
| | Gregory | MCAVOY | BOP | | | | |
| | Mark | MCCALISTER | UMASS Dartmouth DPS | | | | |
| | Robert | MCCARTHY | MSP | | | | |
| | David S. | MCCOLLAM | FBI Laboratory | | | | |
| | Mitchell J. | MCCORMICK | BPD | | | | |
| | Gregory | MCCORMICK | BPD | | | | |
| | Travis | MCCRADY | FBI Laboratory | | | | |
| | Bernard | MCCREVEN | BPD | | | | |
| | Kevin | MCCUSKER | FBI Boston Division | | | | |
| | Amanda E. | MCDANIEL | FBI-Headquarters | | | | |
| | Michael D. | MCFARLANE | FBI Laboratory | | | | |
| | Scott | MCGAUNN | FBI Boston Division | | | | |
| | George | MCGUIRE | FBI-Philadelphia | | | | |
| | Stacy | MCGUIRE | FBI | | | | |
| | Bryan D. | MCKAY | FBI Boston Division | | | | |
| | James | MCKINNIES | ATF | | | | |
| | Karen | MCKINNON | FBI Boston Division | | | | |

1009

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|-------|-----------|-----------|--------|--------|------|-------|-----|
| | Myles | McLAUGHLIN | FBI | | | | |
| | Gerald | MCMAHON | FBI | | | | |
| | Martin | MEDEIROS | BOP | | | | |
| | Mark | MEEKS | ATF | | | | |
| | Steven | MELLO | UMASS Dartmouth DPS | | | | |
| | Lance | MELLO | MSP | | | | |
| | Timothy | MENTON | Watertown PD | | | | |
| | Raymond | MERCEDES | BOP | | | | |
| | James | MERCER | ATF | | | | |
| | Jason V. | MILLER | FBI Laboratory | | | | |
| | Steven | MILLER | FBI-Tampa | | | | |
| | Meghan | MILLER | ATF | | | | |
| | Onofrio M. | MINAFO | FBI Boston Division | | | | |
| | Kenneth A. | MITCHELL | FBI-Tampa | | | | |
| | Joseph | MOLINARI | BOP | | | | |
| | William | MONNIE | BOP | | | | |
| | Jennifer | MONTGOMERY | MSP | | | | |
| | Eric | MONTGOMERY | FBI-Washington Field | | | | |
| | Michael P. | MOORE | FBI-Philadelphia | | | | |
| | Bryan | MORAN | IRS-IG | | | | |
| | Heather | MORAN | FBI Boston Division | | | | |
| | Frank | MORASCA | BOP | | | | |
| | Eric S. | MOREFIELD | FBI Laboratory | | | | |
| | John | MORRIS | ATF | | | | |
| | Kristine | MORSE | BOP | | | | |
| | Christopher | MORSE | BOP | | | | |
| | Robert F. | MOTHERSHEAD, II | FBI Laboratory | | | | |
| | Patrick | MOYNIHAN | MSP | | | | |
| | Maggie | MURPHY | BPD | | | | |
| | Kevin | MURPHY | MSP | | | | |
| | Sean | MURPHY | BOP | | | | |
| | Peter | MURRAY | ATF | | | | |
| | Donald | MURRAY | BOP | | | | |

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Randy | MURRAY | BOP | | | | |
| | Andrew D. | NAMBU | FBI Boston Division | | | | |
| | Mark | NATALY | UMASS Dartmouth DPS | | | | |
| | Nicholas A. | NATHANS | FBI Boston Division | | | | |
| | Michael | NEALON | FBI-Pittsburgh | | | | |
| | Briana L. | NEUMILLER | FBI | | | | |
| | Stephen L. | NEY | FBI-New Haven | | | | |
| | Tuan | NGYUEN | IRS-IG | | | | |
| | Michael | NICKERSON | Cambridge PD | | | | |
| | Matthew A. | NIEDERMEIER | FBI Boston Division | | | | |
| | Henry | NIELDS MD, PHD | OCME | | | | |
| | Michael | NOBLE | MSP | | | | |
| | Jason | NOGA | BOP | | | | |
| | Sharon | NORDAL | FBI | | | | |
| | Paul | NOTARFRANCESCO | BOP | | | | |
| | Jerimiah | OAKES | BOP | | | | |
| | Alan | O'BRIEN | FBI Boston Division | | | | |
| | PJ | O'BRIEN | FBI-New York | | | | |
| | Jean K. | O'CONNOR | FBI | | | | |
| | Robert | O'CONNOR | BOP | | | | |
| | Sheryl | O'DONNELL | MSP | | | | |
| | Gary | OLIVEIRA | USMS | | | | |
| | Joseph | OLIVEIRA | BOP | | | | |
| | Jennifer M. | OLIVERI | FBI Boston Division | | | | |
| | Kevin | O'NEAL | MSP | | | | |
| | Brian | OPPEDISANO | ATF | | | | |
| | Bernard P. | O'ROURKE | BPD | | | | |
| | Timothy | ORR | FBI-Tampa | | | | |
| | Milady | ORTIZ | FBI Boston Division | | | | |
| | Evelyn | ORTIZ | BOP | | | | |
| | Matthew | OTT | FBI Boston Division | | | | |
| | Chester | OVESEN | UMASS Dartmouth DPS | | | | |
| | Brian | PADULA | BOP | | | | |

1011

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Mike | PAINTSIL | BOP | | | | |
| | Athanasios | PALIOTHEODOROS | BOP | | | | |
| | Keith E. | PALLI | FBI | | | | |
| | Julie | PANNUTO | ATF | | | | |
| | Jason | PAPPAS | BOP | | | | |
| | Vanessa M. | PARIS | FBI | | | | |
| | James | PARKER | BPD | | | | |
| | Matthew | PARTINGTON | NHSP | | | | |
| | Alison | PAULY | FBI Boston Division | | | | |
| | Michael | PAVONE | BOP | | | | |
| | Derek (sp?) | PEABODY | BOP | | | | |
| | Derrick | PEABODY | BOP | | | | |
| | Juan | PEDROZA | BOP | | | | |
| | Christopher | PEETE | FBI Boston Division | | | | |
| | Justin | PELEDGE | MSP | | | | |
| | Michael | PELLETIER | BOP | | | | |
| | Robert | PERDUE | BOP | | | | |
| | Joseph | PERELLA | BOP | | | | |
| | Earl | PERKINS | BPD | | | | |
| | Jay | PERRAULT | MIT Police Dept. | | | | |
| | Steven | PESCE | BOP | | | | |
| | Michael | PETERS | MSP | | | | |
| | Michael A. | PETRONELLA | FBI-New York | | | | |
| | John | PETROZELLI | FBI | | | | |
| | Cleon | PHILLIPS | BOP | | | | |
| | John | PIJACA | ATF | | | | |
| | Collyn | PINCKNEY | FBI-Headquarters | | | | |
| | James | PINGREE | FBI Boston Division | | | | |
| | Michelle | PIRTLE | FBI-Pittsburgh | | | | |
| | Tyrone | PITTS | BOP | | | | |
| | Christopher | PIVERO | BOP | | | | |
| | Timothy | PIVNICHNY | FBI-Tampa | | | | |
| | Joseph | PIZZIGNO | BOP | | | | |

1012

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Ryan | PLOURDE | BOP | | | | |
| | Seth | PLUMB | HSI | | | | |
| | Ann | POMBRIANT | HSI | | | | |
| | Dustin | POULIN | FBI Boston Division | | | | |
| | Ryan M. | POULIN | FBI Boston Division | | | | |
| | David | POWERS | FBI-Headquarters | | | | |
| | Rebecca | PRESTON | FBI | | | | |
| | Donald Justin | PRICE | FBI-Philadelphia | | | | |
| | Jeffrey | PROBST | FBI Boston Division | | | | |
| | Jeffrey | PUGLIESE | Watertown PD | | | | |
| | Robert | QUIGLEY | MSP | | | | |
| | Timothy J. | QUINN | FBI | | | | |
| | Benjamin | QUINN | BOP | | | | |
| | Greg | RABINOVITZ | FBI-Headquarters | | | | |
| | Courtland | RAE | FBI Boston Division | | | | |
| | Michelle L. | RANKIN | FBI-Washington Field | | | | |
| | John C. | REILLY | MSP | | | | |
| | Marcela | REYES | BOP | | | | |
| | Joseph | REYNOLDS | Watertown PD | | | | |
| | David | REYNOSO | BOP | | | | |
| | Michael | RICH | BOP | | | | |
| | Todd | RICHARDS | FBI | | | | |
| | Ryan | RICHEY | BOP | | | | |
| | Craig | RING | FBI Boston Division | | | | |
| | Matthew | RIPORTELLA | FBI Boston Division | | | | |
| | Jeffrey R. | RIVERS | FBI Laboratory | | | | |
| | Raysyn | ROACH-VADEN | FBI Boston Division | | | | |
| | James | ROBERTS | BOP | | | | |
| | Christopher | ROBIDOUX | BOP | | | | |
| | Renee | ROBINSON | OCME | | | | |
| | Jason | ROBITAILLE | BOP | | | | |
| | Michael | ROCKETT | MSP | | | | |
| | Edward G. | RODRICK, Jr. | FBI Boston Division | | | | |

1013

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Alexis | RODRIQUEZ | BOP | | | | |
| | Michael | ROGOWSKI | MSP | | | | |
| | Jeffrey M. | ROLANDS | FBI Boston Division | | | | |
| | Angel | ROMAN | BOP | | | | |
| | Antoine | ROMERE | MSP | | | | |
| | Scott D. | ROMUS | FBI | | | | |
| | John | ROSS | BOP | | | | |
| | Carl | RUBINO | MBTA Transit Police | | | | |
| | Ashlyn | RUGGIERO | FBI-New Haven | | | | |
| | Tom | RUSSELL | BOP | | | | |
| | Anthony | RUSSO | HSI-ICE | | | | |
| | Derek L. | RUSSO | BPD | | | | |
| | Michael | RUSSO | BOP | | | | |
| | David | SACCO | MIT Police Dept. | | | | |
| | Jillian | SALLADAY | FBI Boston Division | | | | |
| | Jeffrey | SANTOS | BOP | | | | |
| | Thomas Khalil | SARROUF | MSP | | | | |
| | Jay | SASPORTAS | FBI-Headquarters | | | | |
| | Joseph | SCARINGELLO | BPD | | | | |
| | Courtney | SCHECK | FBI Boston Division | | | | |
| | Scott | SCHETTINGER | FBI-Headquarters | | | | |
| | Douglas | SCHIDE | FBI | | | | |
| | Steven L. | SCHILIRO | FBI-New York | | | | |
| | Todd | SCHMITT | FBI | | | | |
| | James | SCHROERING | FBI-Headquarters | | | | |
| | Trinity | SCHROETER | FBI Boston Division | | | | |
| | Dwight E. | SCHWADER | DOT-OIG | | | | |
| | Kevin | SCHWINN | BOP | | | | |
| | Michael | SCIMECA | FBI-Newark | | | | |
| | Caolan | SCOTT | FBI | | | | |
| | David M. | SCOTT | FBI-Headquarters | | | | |
| | James E. | SCRIPTURE, Jr | FBI Boston Division | | | | |

1014

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Colton W. | SEALE | FBI-Headquarters | | | | |
| | Richard | SEMENTELLI | MSP | | | | |
| | Cassaundra | SENECAL | BOP | | | | |
| | Peter | SENNOTT | MSP | | | | |
| | Anthony | SERRA | BPD | | | | |
| | Karol | SETALSINGH | MSP | | | | |
| | Kevin E. | SHANLEY | FBI Boston Division | | | | |
| | Jacob W. | SHAVER | FBI Boston Division | | | | |
| | Eric | SHAW | BOP | | | | |
| | Kevin M. | SHEAHAN | FBI Boston Division | | | | |
| | Timothy M. | SHEEHAN | UMASS Dartmouth DPS | | | | |
| | Julius | SHERWOOD | BOP | | | | |
| | Muna | SHISHANI | FBI | | | | |
| | Steven | SICARD | MSP | | | | |
| | Michael | SIELAND | FBI | | | | |
| | Justin | SILVA | UMASS Dartmouth DPS | | | | |
| | Dustin | SIMERLY | FBI-Headquarters | | | | |
| | Jay | SLATTERY | MSP | | | | |
| | Brian | SMIGIELSKI | BPD | | | | |
| | Erich D. | SMITH | FBI Laboratory | | | | |
| | Michael L. | SMITH | FBI | | | | |
| | Brian | SOLECKI | DCIS | | | | |
| | Ricardo | SOTO | FBI | | | | |
| | Mathew | SOUTHARD | FBI Boston Division | | | | |
| | Melissa | SOUZA | BOP | | | | |
| | Gregory | SPAHL | MSP | | | | |
| | Kara D. | SPICE | FBI Boston Division | | | | |
| | Denise | STARKEY | FBI (former) | | | | |
| | W. Michael | STEWART | Scituate PD | | | | |
| | Nathan | STRAIGHT | BOP | | | | |
| | Richard | STROBEL | ATF | | | | |
| | Gregory J | STROH Jr. | FBI-New Haven | | | | |

1015

LAW ENFORCEMENT WITNESSES

full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Michaela | STUART | DOT-OIG | | | | |
| | Darwin | SUELEN | FBI Boston Division | | | | |
| | SP | SULLIVAN | MSP | | | | |
| | Richard | SULLIVAN | MBTA Transit Police | | | | |
| | Joseph | SULLIVAN | HSI-ICE | | | | |
| | Bernadette | SULLIVAN | BPD | | | | |
| | Joseph | SULLIVAN | Cambridge PD | | | | |
| | Robert | SVIRSKY | BOP | | | | |
| | Robert | SWEET | BOP | | | | |
| | Kevin | SWINDON | FBI Boston Division | | | | |
| | Scott | SYLVESTRE | BOP | | | | |
| | Matthew | SZTUK | FBI-Newark | | | | |
| | David T | SZUMSKI | FBI | | | | |
| | J. Michael | TALBOT | FBI | | | | |
| | T. Kevin | TALLEY | FBI-Albany | | | | |
| | Colleen | TANGUAY | MSP | | | | |
| | Matthew E | TARABOUR | FBI-Headquarters | | | | |
| | William | TARBOKAS | MSP | | | | |
| | Eric | TERRY | BOP | | | | |
| | Joel | TESTA | BOP | | | | |
| | Jasen R. | TETREAULT | FBI Boston Division | | | | |
| | Kathryn | THIBAULT | FBI Boston Division | | | | |
| | Daniel | THOM | MSP | | | | |
| | Doug | THOMPSON | BOP | | | | |
| | Michael | THOMPSON | BOP | | | | |
| | Tony | THURMAN | ATF | | | | |
| | Kevin | TIVNAN | MSP | | | | |
| | Denean | TOLLIVER | BPD | | | | |
| | Peter | TOWNER | DHS/TSA | | | | |
| | Mark | TRACY | BOP | | | | |
| | San | TRAN | BOP | | | | |
| | MacDonald R. | TREMBLAY | FBI Boston Division | | | | |
| | Christopher | TROISO | BOP | | | | |

1016

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Nathan | TRUDEAU | BOP | | | | |
| | William | TUFTS | BOP | | | | |
| | Michael W. | TUNICK | FBI Boston Division | | | | |
| | James T. | TYRE | FBI Boston Division | | | | |
| | Jessica E. | ULMER | FBI-New York | | | | |
| | Kirk | VALENTINE | BOP | | | | |
| | Julio | VALLEJOS | BOP | | | | |
| | Alan | VALLIERE | Warwick PD | | | | |
| | Efrain | VAZQUEZ | FBI | | | | |
| | Douglas A. | VETRANO | FBI-New York | | | | |
| | Ryna | VEZINA | BOP | | | | |
| | Eric | VEZINA | BOP | | | | |
| | Gary | VIENNA | FBI | | | | |
| | Gerhard | VIENNA | FBI-Washington Field | | | | |
| | Steven M. | VIGLIANCO | FBI-Pittsburgh | | | | |
| | Kyle | VOWINKEL | FBI-Headquarters | | | | |
| | Jesse | WALKER | UMASS Dartmouth DPS | | | | |
| | John | WALKER | FBI Boston Division | | | | |
| | Frederick | WARNER | BOP | | | | |
| | Derrick | WASHINGTON | BOP | | | | |
| | Leanna | WATKINS | BOP | | | | |
| | William | WATSON | MSP | | | | |
| | Kevin | WATSON | BPD | | | | |
| | Sean | WEILBRENNER | BOP | | | | |
| | Michael J. | WELLS | FBI Boston Division | | | | |
| | KC L. | WENDLER | FBI Laboratory | | | | |
| | Christopher | WENSON | BOP | | | | |
| | Heidelore | WENTRUP | MSP | | | | |
| | Scot | WESNER | FBI-Headquarters | | | | |
| | Joseph | WEST | MIT Police Dept. | | | | |
| | Keith | WESTBERG | BOP | | | | |
| | Christopher C. | WHITE | FBI-Newark | | | | |
| | Daniel | WHITED | BOP | | | | |

LAW ENFORCEMENT WITNESSES
full addresses

| Law # | FIRST NAME | LAST NAME | AGENCY | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| | Timothy D. | WHITLOCK | FBI | | | | |
| | Michael | WILLIAMS | MSP | | | | |
| | Eric | WILLIAMS | FBI Boston Division | | | | |
| | Heidi L. | WILLIAMS | FBI Boston Division | | | | |
| | Charlene | WILLOUGHBY | BPD | | | | |
| | Andrew J. | WILSON | FBI-Pittsburgh | | | | |
| | Timothy D. | WILSON | ATF | | | | |
| | Michael | WILSON | BOP | | | | |
| | Jeffrey E. | WOOD, Jr | FBI Boston Division | | | | |
| | Lauren | WOODS | BPD | | | | |
| | Audrey Jane | WOODSDRAKE | FBI-Newark | | | | |
| | John M. | WOUDENBERG | FBI Boston Division | | | | |
| | Alexis | WRIGHT | BOP | | | | |
| | Chris | YARWOOD | BOP | | | | |
| | John | YASKO | BOP | | | | |
| | Jonathan | YOUNG | BOP | | | | |
| | Stuart | YOUNG | BOP | | | | |
| | Kevin | ZALETSKY | FBI-Headquarters | | | | |
| | Ernesto | ZARATE | BOP | | | | |
| | Ali | ZARIV | BOP | | | | |
| | Kyle | ZAVOROTNY | FBI Boston Division | | | | |
| | William Joseph | | BPD | | | | |

1018