UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
December 31, 2014

O'TOOLE, D.J.

The defendant has moved to file under seal his Reply to the Government's Opposition to Motion to Exclude Toolmark Identification Evidence and Request for Daubert Hearing (dkt. no. 872). The motion is GRANTED at this time for the reasons articulated in the Court's December 9, 2014 Order sealing Daubert materials previously filed.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge