UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No.13-10200-GAO |
| | ) |
| | ) FILED UNDER SEAL |
| DZHOKHAR A. TSARNAEV, | ) |
| Defendant | ) |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file this motion and the attached trial brief under seal. As grounds for this motion, the government states that the trial brief contains information about evidence that may or may not be admitted at trial.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William Weinreb
William D. Weinreb
Aloke S. Chakravarty
Nadine Pellegrini
Assistant U.S. Attorneys