UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DZHOKHAR A. TSARNAEV,    )<br>Defendant    ) | Crim. No.13-10200-GAO |

**OPPOSITION TO MOTION TO STAY JURY SELECTION AND TRIAL**

The United States, by and through undersigned counsel, respectfully opposes Tsarnaev's motion to stay jury selection and trial in this matter pending disposition by the First Circuit Court of Appeals of the Tsarnaev's Petition for Mandamus, which he filed on January 31, 2014.

As grounds for this opposition, the government states that it filed a response to Tsarnaev's petition on January 1, 2015, pursuant to an expedited briefing schedule ordered by the Court of Appeals. The response urges the Court of Appeals to deny the petition. A stay of jury selection and trial would cause unnecessary disruption to the schedules of over 1,000 potential jurors who have been summoned to appear on January 5, 2015, and would undermine confidence in the orderliness and fairness of the judicial system.

WHEREFORE, the motion for a stay of jury selection and trial should be denied.

        Respectfully submitted,

        CARMEN M. ORTIZ
        UNITED STATES ATTORNEY

By:   /s/ William D. Weinreb
       WILLIAM D. WEINREB
       ALOKE S. CHAKRAVARTY
       NADINE PELLEGRINI
       Assistant U.S. Attorneys
       STEVEN MELLIN
       Trial Attorney, Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

        /s/ William D. Weinreb
        WILLIAM D. WEINREB