UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No.13-10200-GAO |
| | ) |
| | ) FILED UNDER SEAL |
| DZHOKHAR A. TSARNAEV, | ) |
| Defendant | ) |

### SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file this motion and the attached Supplemental Proposal Regarding Jury Selection and Jury Questionnaire under seal. As grounds for this motion, the government states that the goal of obtaining candid responses to the questions proposed in the attached motion could be jeopardized if potential jurors obtain advance copies of it.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William Weinreb
William D. Weinreb
Aloke S. Chakravarty
Nadine Pellegrini
Assistant U.S. Attorneys

### Certificate of Service

I hereby certify that a copy of this document was served by electronic mail on Dzhokhar Tsarnaev's counsel, Miriam Conrad, Esq., Federal Public Defender Service, on December 31, 2014.

/s/ William Weinreb
William Weinreb