UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SEALED

UNITED STATES OF AMERICA, )
) No. 13-CR10200-GAO
)
)
)
DZHOKHAR TSARNAEV )

### SEALED MOTION TO SEAL DEFENSE POSITION ON OUTSTANDING ISSUES REGARDING JURY SELECTION AND JURY QUESTIONNAIRE

Defendant moves that this Court grant him leave to file both the instant Motion and the Attached *Defense Position on Outstanding Issues Regarding Jury Selection and Jury Questionnaire* under seal. The Motion addresses issues discussed during an *in camera* session with the parties regarding jury selection.

Respectfully submitted,

/s/ David I. Bruck

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I certify that this document was served by electronic mail on Assistant United States Attorney William D. Weinreb on December 31, 2014.

/s/ David I. Bruck

1