UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2015 JAN 2 PM 1 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA, )
)  No. 13-CR-10200-GAO
)
)
)
DZHOKHAR TSARNAEV )

## SEALED MOTION TO SEAL DEFENSE REQUEST FOR JURY RECORDS

Defendant moves that this Court grant him leave to file both the instant Motion and the attached Motion for Disclosure of Jury Records under seal. During a chambers conference on January 2, 2015, the Court directed that pending jury selection this motion should be filed under seal.

Respectfully submitted,

/s/ 

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I hereby certify that this document was emailed to the U.S. Attorney's Office, District of Massachusetts, Attention: William Weinreb on January 2, 2015.

/s/
Robert Rieske