```
                                            FILED
                                       IN CLERKS OFFICE
           UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS  2015 JAN 5  AM 8 58
                    SEALED           U.S. DISTRICT COURT
                                     DISTRICT OF MASS.
UNITED STATES OF AMERICA,    )
                             )       No. 13-CR10200-GAO
                             )
                             )
                             )
DZHOKHAR TSARNAEV            )
```

## SEALED MOTION TO SEAL DEFENSE OBJECTION
## TO DRAFT PRELIMINARY JURY INSTRUCTIONS

Defendant moves that this Court grant him leave to file under seal both the instant Motion and the attached Objection to Draft Preliminary Jury Instructions. The Motion addresses issues regarding jury selection, and sealing is appropriate to protect the fairness of the jury selection process in this case.

Respectfully submitted,

*/s/ Miriam Conrad*
DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I certify that this document was served by electronic mail on Assistant United States Attorneys William D. Weinreb, Aloke Chakravarty, and Nadine Pellegrini on January 4, 2015.

*/s/ Miriam Conrad*

1