FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT JAN  5  AM 8 58
DISTRICT OF MASSACHUSETTS
**SEALED**

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA,    )
    )    No. 13-CR10200-GAO
    )
    )
    )
DZHOKHAR TSARNAEV    )

### SEALED MOTION TO SEAL DEFENSE POSITION REGARDING "CALED TO SERVE" VIDEO

Defendant moves that this Court grant him leave to file both the instant Motion

and the Attached *Defendant's Position on "Called to Serve" Video.* The Motion

addresses issues discussed during an *in camera* session with the parties regarding jury

selection, and sealing is appropriate to protect the fairness of the jury selection process in

this case.

Respectfully submitted,

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I certify that this document was served by electronic mail on Assistant United

States Attorney William D. Weinreb on 4 January 2015.