UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 5, 2015

O'TOOLE, D.J.

The defendant has moved to file under seal Defendant's Objection to Draft Preliminary Jury Instructions (dkt. no. 891) and Position Re: "Called to Serve" Video (dkt. no. 892). The motions are GRANTED at this time for the reasons set forth by the defendant.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge