FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS AM 8 58

U.S. DISTRICT COURT
**FILED UNDER SEAL** DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 13-CR-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## DEFENDANT'S POSITION RE: "CALLED TO SERVE" VIDEO

Defendant, Dzhokhar Tsarnaev, by and through counsel, hereby requests that the

Court not utilize the FJC "Called to Serve" video as part of the orientation of prospective

jurors in this case.

The central message of the video is that citizens should be prepared and willing to

sacrifice their time and energy to render jury service, despite the inconvenience such

service often entails, because of the profound importance of the jury to our democratic

society. The message and the video are both highly appropriate as introductions to jury

service in the vast majority of situations. But in the virtually unprecedented circum-

stances of this case, the normal reluctance of many citizens to give up their time to serve

on a jury is the least of the threats to the fairness and integrity of the proceedings. The

greater challenge, in the defense view, will be to identify and remove prospective jurors

who are "too eager" to serve because they are motivated by a desire to help ensure a

particular outcome or to participate in a very famous case. Beginning the jurors'

orientation by emphasizing the civic and even patriotic importance of actually serving on

the jury — without any corresponding stress on the importance of honesty and candor on

1

the part of all prospective jurors — will tend to encourage such biased, agenda-driven jurors to provide false assurances of impartiality by facilitating the rationalization that a juror's civic-minded and patriotic willingness to serve can make up for his or her lack of candor.

The Court's own introductory remarks (and the written instructions included on the jury questionnaire) strike a better balance between the potentially competing goals of encouraging jurors' willingness to serve and encouraging them to acknowledge disqualifying bias.   The defendant therefore requests that the Court forgo use of the FJC orientation video in this case.

Respectfully submitted,

DZHOKHAR TSARNAEV

by his attorneys

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)

2

FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document was served by email on Assistant United States Attorney William Weinreb this 4th day of January, 2015.

3