UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 5, 2015

O'TOOLE, D.J.

The parties have moved to file under seal documents related to jury selection, including the jury questionnaire to be used in this case.[1] The motions (dkt. nos. 883 and 884) are GRANTED at this time for the reasons set forth by the parties.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] The substance of the materials the parties wish to file under seal was addressed with the parties at a jury-selection planning lobby conference on January 2, 2015.