UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
January 5, 2015

O'TOOLE, D.J.

The defendant has filed a motion for extension of time to file motions *in limine* regarding the government's proposed guilt-phase trial exhibits. The defendant argues that it could not meet the original deadline of December 29, 2014 because it could not readily identify many of the government's proposed exhibits on the preliminary exhibit list. He requests to file his motions *in limine* after the government produces the exhibits it intends offer.

The government supplemented its exhibit list on December 29 and apparently produced copies of its proposed exhibits on December 30. Consequently, the defendant shall file any motions *in limine* regarding the government's proposed exhibits on or before 4:00 p.m. on January 9, 2015. The government shall file its responses on or before 4:00 p.m. on January 20, 2015.[1]

Accordingly, the defendant's motion (dkt. no. 841) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] Under the original scheduling order, parties had seven days to respond to motions *in limine*. (Nov. 13, 2014 Order (dkt. no. 650).) However, because I am granting the defendant's request for additional time, I am similarly giving the government some additional time to respond.