UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 5, 2015

O'TOOLE, D.J.

The defendant moves to file under seal a motion for disclosure of jury records. The motion pertains to details of jury selection. Consequently, the motion to seal (dkt. no. 886) is GRANTED, and the Motion for Disclosure of Jury Records shall be placed under seal pending the selection of a jury in this matter.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge