UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2015 JAN 5 PM 5 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | **FILED UNDER SEAL** |
| Defendant ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE
## NOTICE OF CRIMES, WRONGS AND OTHER ACTS UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached Notice of Crimes, Wrongs and Other Acts under seal. As grounds for this motion, the government states that the attached notice contains sensitive non-public information about evidence to be presented in the upcoming trial in the matter, pre-mature disclosure of which could be contrary to the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served via electronic mail to Judy Clarke, Esq., counsel for Dzhokhar Tsarnaev, on January 5, 2015.

*/s/ Aloke Chakravarty*
ALOKE CHAKRAVARTY