UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 6, 2015

O'TOOLE, D.J.

The defendant moved to supplement the originally agreed-upon jury questionnaire to add one subpart and one additional question. I stated to counsel on January 2, 2015 at a jury selection planning lobby conference that I declined to include the defendant's proposals on the questionnaire. The questions, however, may be warranted during individual voir dire, and the defendant may renew his request as appropriate. At the lobby conference I also similarly declined a request from the government for a supplemental question that was not made by means of a formal motion. (See Supplemental Proposal Regarding Jury Selection & Jury Questionnaire (dkt. no. 883-1) (under seal).)

Accordingly, the defendant's Sealed Motion to Supplement Agreed-Upon Questionnaire Under Seal (dkt. no. 715) is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge