UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 6, 2015

O'TOOLE, D.J.

The defendant has moved for disclosure of jury records (dkt. no. 912). If the government intends to oppose the motion, it should do so by January 12, 2015.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge