UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED UNDER SEAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### SEALED MOTION TO SEAL

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves to file under seal the accompanying Motion to Bar Spoliation of So-Called Boat Writings and to Make Boat Available for View by Jury at Trial. Defendant files this motion in an abundance of caution to avoid unnecessary publicity during jury selection, and leaves to the Court's discretion whether, in fact, the subject motion should be sealed.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

1

                                      Miriam Conrad, Esq. (BBO # 550223)
                                      Timothy Watkins, Esq. (BBO # 567992)
                                      William Fick, Esq. (BBO # 650562)
                                      FEDERAL PUBLIC DEFENDER OFFICE
                                      51 Sleeper Street, 5th Floor
                                      (617) 223-8061
                                      MIRIAM_CONRAD@FD.ORG
                                      TIMOTHY_WATKINS@FD.ORG
                                      WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document has been served upon counsel for the United States by e-mail PDF this 6th day of January, 2015.