UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

<u>ORDER</u>
**[UNDER SEAL]**
January 7, 2015

O'TOOLE, D.J.

The defendant has moved to file under seal a Motion to Bar Spoliation of So-Called "Boat Writings" and to Make Boat Available for View by Jury at Trial. Jury selection in this matter is currently underway. In order to protect the integrity of the process and minimize public speculation about potential evidence, the motion (dkt. no. 918) is GRANTED at this time.

According to the defendant, the government intends to physically cut out and extract pieces of the boat containing writings allegedly made by the defendant prior to his apprehension. The defendant asks the Court to order a temporary stay to prevent the government from cutting pieces of the boat. The defendant's request for a temporary stay is granted. The government is ordered to refrain from taking any action that may result in spoliation of the boat or the writings, including but not limited to cutting and extracting any pieces of the boat, pending the resolution of the defendant's motion.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge