FILED
UNITED STATES DISTRICT COURT IN CLERKS OFFICE
DISTRICT OF MASSACHUSETTS
**SEALED** 2015 JAN 7 PM 5 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 13-CR-10200-GAO |
| | ) |
| | ) |
| | ) |
| DZHOKHAR TSARNAEV | ) |

### SEALED MOTION TO SEAL DEFENSE MOTION TO VOIR DIRE IN RANDOM ORDER PROVIDED ON DECEMBER 29, 2014

Defendant moves that this Court grant him leave to file under seal both the instant

Motion and the attached Motion to Voir Dire Jurors in Random Order Provided on

December 29, 2014.  Defendant seeks leave to file under seal in an abundance of caution

because the issue relates to selection of the trial jury.

Respectfully submitted,

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I certify that this document was served by electronic mail on Assistant United States

Attorneys William D. Weinreb on January 7, 2015.

Judy Clarke