UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 8, 2015

O'TOOLE, D.J.

The defendant moved to file under seal his Motion to Voir Dire Jurors in the Random Order Provided on the December 29, 2014 List. Because it pertains to the selection of the jury in this matter, which is currently underway, the motion (dkt. no. 924) is GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge