UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

## ACKNOWLEDGMENT OF RECEIPT

I have received a compact disc containing scanned copies of completed juror questionnaires for Panel A.

Counsel or Agent for the United States:

_____  _1/5/15_  _16 56_
Signature                    Date      Time

Counsel or Agent for Dzhokhar Tsarnaev:

_____  _1/5/2015_  _4:53_
Signature                    Date        Time

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

## ACKNOWLEDGMENT OF RECEIPT

I have received a compact disc containing scanned copies of completed juror questionnaires for Panel B.

Counsel or Agent for the United States:

_____    1/6/2015      7:49a
Signature                              Date         Time

Counsel or Agent for Dzhokhar Tsarnaev:

_____    1/6/15        8:13am
Signature                              Date         Time

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

## ACKNOWLEDGMENT OF RECEIPT

I have received a compact disc containing scanned copies of completed juror questionnaires for Panel C.

Counsel or Agent for the United States:

_____     1/6/2015        5:13p
Signature                          Date            Time

Counsel or Agent for Dzhokhar Tsarnaev:

_____     1/6/2015        5:11pm
Signature                          Date            Time

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

## ACKNOWLEDGMENT OF RECEIPT

I have received a compact disc containing scanned copies of completed juror questionnaires for Panel D.

Counsel or Agent for the United States:

_____    1-7-15         7:37 AM
Signature                     Date            Time

Counsel or Agent for Dzhokhar Tsarnaev:

_____    1/7/15          7:57 am
Signature                     Date            Time

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ACKNOWLEDGMENT OF RECEIPT

I have received a compact disc containing scanned copies of completed juror questionnaires for Panel E.

Counsel or Agent for the United States:

_[signature]_     1/7/15     6:31
Signature     Date     Time

Counsel or Agent for Dzhokhar Tsarnaev:

_[signature]_     1/7/2015     6:31pm
Signature     Date     Time

5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

## ACKNOWLEDGMENT OF RECEIPT

I have received a compact disc containing scanned copies of completed juror questionnaires for Panel F.

Counsel or Agent for the United States:

_[signature]_      1/8/15     7:30
Signature     Date     Time

Counsel or Agent for Dzhokhar Tsarnaev:

_[signature]_     1/8/15     8:45am
Signature     Date     Time