FILED
IN CLERKS OFFICE

2015 JAN 12 PM 3 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**JOINT SEALED MOTION TO SEAL JOINT STRIKES OF PANELS A AND B**

The parties file this sealed motion to seal their joint strikes from Panels A and B. The sealed list of names and juror numbers are attached herewith, and filed under seal at the direction of the Court.

Respectfully submitted,

/s/ _____
David I. Bruck, Esq.
Judy Clarke, Esq.
Miriam Conrad, Esq.
Timothy Watkins, Esq.
William Fick, Esq.

/s/ _____ for William Weinreb
Aloke S. Chakravarty
Steven Mellin
Nadine Pelligrini
William D. Weinreb