



168
175
180
182
187
192
193
194
196
200
216

59



228
230
234
239
240
241
247
249
252
254
257
268
272
273
278
279
282
284
285
287
289
293
295
301
302
305
307
309
310
312
316
319
320
326
327
329
330
334
335
339
344
363
364

365
367
368
371
372
374
378
380
382
383
384
388
405
410
415
420
422
424
426
430
433
436
438
445
449
450
451

