UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
January 12, 2015

O'TOOLE, D.J.

Upon agreement by the parties, the following jurors in Panel A are excused for cause:

| | | | |
|---|---|---|---|
| 1 | 39 | 106 | 164 |
| 2 | 44 | 107 | 168 |
| 3 | 56 | 120 | 175 |
| 5 | 68 | 121 | 180 |
| 8 | 72 | 123 | 182 |
| 12 | 78 | 124 | 187 |
| 13 | 81 | 131 | 192 |
| 17 | 82 | 136 | 193 |
| 18 | 89 | 141 | 194 |
| 24 | 91 | 149 | 196 |
| 25 | 93 | 150 | 200 |
| 29 | 96 | 151 | 216 |
| 34 | 101 | 157 | |
| 36 | 104 | 160 | |

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge