UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
January 12, 2015

O'TOOLE, D.J.

Upon agreement by the parties, the following jurors in Panel B are excused for cause:

| | | | |
|---|---|---|---|
| 228 | 285 | 330 | 388 |
| 230 | 287 | 334 | 405 |
| 234 | 289 | 335 | 410 |
| 239 | 293 | 339 | 415 |
| 240 | 295 | 344 | 420 |
| 241 | 301 | 363 | 422 |
| 247 | 302 | 364 | 424 |
| 249 | 305 | 365 | 426 |
| 252 | 307 | 367 | 430 |
| 254 | 309 | 368 | 433 |
| 257 | 310 | 371 | 436 |
| 268 | 312 | 372 | 438 |
| 272 | 316 | 374 | 445 |
| 273 | 319 | 378 | 449 |
| 278 | 320 | 380 | 450 |
| 279 | 326 | 382 | 451 |
| 282 | 327 | 383 | |
| 284 | 329 | 384 | |

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge