UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | FILED UNDER SEAL |
| Defendant ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO BAR SPOLIATION OF BOAT WRITINGS AND TO MAKE BOAT AVAILABLE UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached opposition to Tsarnaev's motion to bar spoliation of boat writings and to make boat available under seal. As grounds for this motion, the government cites to the defendant's motion to seal its motion, and because the attached opposition discusses evidence in the case, it is in the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVE MELLIN
Trial Attorney, U.S. Department of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served via electronic mail to Judy Clarke, Esq., counsel for Dzhokhar Tsarnaev, on January 12, 2015.

*/s/ Aloke Chakravarty*
ALOKE CHAKRAVARTY