FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2015 JAN 12  PM 4 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

**FILED UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### SEALED MOTION FOR LEAVE TO FILE REPLY UNDER SEAL

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves for

leave to file a reply to the Government's Opposition ("Govt. Opp.") [DE __ (under seal),

filed Jan. 4, 2015] to Defendant's Motion to Limit Disclsoure of Foreign Defense

Witnesses. [DE ___ (sealed), filed on Dec. 29, 2014] and to do so under seal.

As grounds therefor, defendant states that a reply will provide an opportunity to

respond to matters first raised in the government's opposition and to assist the Court in

adjudicating the motion by narrowing and focusing the issues.

The reply should be filed under seal because prior filings in connection with this

motion have been made under seal due to the sensitive subject matter of the motion and

to ensure the safety of defense team members who will be traveling in foreign countries

referenced in the motion.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document has been served upon counsel for the United States by e-mail PDF this 12th day of January, 2015.