FILED
IN CLERKS OFFICE
2015 JAN 13 PM 10:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SEALED

UNITED STATES OF AMERICA, )
　)  No. 13-CR10200-GAO
v. )
　)
DZHOKHAR TSARNAEV )

## SEALED MOTION TO SEAL MEMORANDUM OF LAW REGARDING WAIVER OF DEFENDANT'S PRESENCE DURING VOIR DIRE EXAMINATION OF JURORS

Defendant moves that this Court grant him leave to file under seal both the instant Motion and the attached Memorandum of Law Regarding Waiver of Defendant's Presence During Voir Dire Examination of Jurors. The Motion addresses issues regarding jury selection, and sealing is appropriate to protect the fairness of the jury selection process in this case.

Respectfully submitted,

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I hereby certify that this document was served by email upon counsel for the government this 13th day of January, 2015.

1