UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**JOINT SEALED MOTION TO SEAL MOTION TO EXTEND TIME FOR FILING JOINT STRIKES OF PANELS C AND D**

The parties file this sealed motion to seal the attached Joint Motion to Extend Time to Submit Joint Strikes from Panels C and D. The motion is sealed because it addresses jury strikes.

Dated: January 13, 2015

Respectfully Submitted,

/s/ _____
David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins

/s/ _____
Aloke S. Chakravarty
Steven Mellin
Nadine Pellegrini
William D. Weinreb