UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**JOINT SEALED MOTION TO EXTEND TIME TO
SUBMIT JOINT STRIKES FROM PANELS C AND D**

On Monday, January 12, 2015, the parties filed 124 joint strikes to Panels A and B, and the Court released those jurors from potential service on this case. Panels A and B now have a total of 332 potential jurors remaining.

The parties have now made an initial exchange of proposed joint strikes from Panels C and D, but have not yet spent the time to identify additional areas of agreement. Our joint request is to delay providing the joint Panels C and D strikes until Monday, January 19, 2015, to permit the parties to focus on identifying follow up questions for the upcoming 80 jurors from Panels A and P.

Dated:  January 13, 2015

Respectfully Submitted,

/s/ _____
David Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins

/s/ _____ for William Weinreb
Aloke S. Chakravarty
Steven Mellin
Nadine Pellegrini
William D. Weinreb