UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 13, 2015

O'TOOLE, D.J.

The defendant has moved to file under seal his Memorandum of Law Regarding Waiver of Defendant's Presence during Voir Dire Examination of Jurors. The memorandum addresses issues regarding jury selection, which is currently underway. In order to protect the integrity of the process, the motion (dkt. no. 941) is GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge