UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
**[UNDER SEAL]**
January 13, 2015

O'TOOLE, D.J.

The parties jointly move to file under seal their Joint Sealed Motion to Extend Time to Submit Joint Strikes from Panels C and D. The motion addresses jury selection, which is currently underway. In order to protect the integrity of the process, the motion (dkt. no. 942) is GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge