UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 13, 2015

O'TOOLE, D.J.

The parties jointly move for additional time to submit agreed-upon excusals from Panels C and D. Because it will take some time to question individually the remaining potential jurors from Panels A and B, the motion (dkt. no. 948) is GRANTED. The parties shall file their agreed-upon for-cause excusals from Panels C and D on or before 12:00 p.m. on January 20, 2015. For the same reason, the deadline for filing agreed-upon excusals from Panels E and F shall be extended as well. A separate scheduling order shall issue next week.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge