# EXHIBIT A

**Selected comments from readers published on-line between December 15, 2014 and January 6, 2015 in the BOSTON HERALD, BOSTON GLOBE, and Boston TV station websites (WCVB5, WHDH, CBS Boston).**

## Boston Herald

| Article Date | Comment | Source |
|---|---|---|
| Jan. 6, 2015 | Maybe the People, the Prosecution, should change strategies also. I say we hang the little sob first and THEN give him a fair trial. | Rick1954 , Comment to *Dzhokhar Tsarnaev Defense Reverses Strategy*, Boston Herald (Jan. 6, 2015), http://www.bostonherald.com/comments/1064709820 #disqus_thread |
| Jan. 6, 2015 | Well, we all know what Judge Roy Bean said: "First we'll give him a fair trial. THEN WE'LL HANG HIM." Or, in this case, whatever the current method of capital punishment is. Madame Guillotine, anybody? | Altosackbuteer, Comment to *Dzhokhar Tsarnaev Defense Reverses Strategy*, Boston Herald (Jan. 6, 2015), http://www.bostonherald.com/comments/1064709820 #disqus_thread |
| Jan. 6, 2015 | I'm sure everyone in the media loves this case. and the Lawyers are loving it too! I just hope it is quicker than Bulger's case and that they do the right thing and put an end to this disgusting terrorist traitor. I only wish they could get his mother and the rest of the family in the same position. This family should be used as an example of why the Government should have more due diligence. they are the ones who allowed this family in and showered them with gifts and all the while they hated America. it's people and everything it stands for. | Stephen F. Paul, Comment to *Dzhokhar Tsarnaev Defense Reverses Strategy*, Boston Herald (Jan. 6, 2015), http://www.bostonherald.com/comments/1064709820 #disqus_thread |
| Jan. 6, 2015 | I'm against animal cruelty, but in this case I'll make an exception. Throw this trash in a shallow grave with his animal brother... | BossV1.0, Comment to *Dzhokhar Tsarnaev Defense Reverses Strategy*, Boston Herald (Jan. 6, 2015), http://www.bostonherald.com/comments/1064709820 #disqus_thread |
| Jan. 5, 2015 | The only thing I need to know is that he gets what he deserves. Don't take too long and don't waste taxpayers money. I don't feel like feeding this guy for 20 years. | Twelvestar, Comment to *Everything You Need to Know for Tsarnaev Trial*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064708696 |

| Article Date | Comment | Source |
|---|---|---|
| Jan. 5, 2015 | I find it terribly aggravating that this little prick is getting the full benefits of our legal system along with the high-priced, BS'ing lawyers - all at the taxpayer's expense. And this trial will go on until we're absolutely sick of hearing about it, it'll make Whitey Bulger's trial seem like a passing summer breeze. But, if there is ever any truth to the statement that "revenge is sweet", I hope it plays out with this little ahole. I want to see him executed and not 10 years from now either - after the fair trial of course. | Rick1954, Comment to *Dzhokhar Tsarnaev Proceedings Shine Spotlight on Boston*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064708701 #disqus_thread |
| Jan. 5, 2015 | Its going to take a lot of time and money but you are going to fry you scumbag! | Semanresu, Comment to *Dzhokhar Tsarnaev Proceedings Shine Spotlight on Boston*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064708701 #disqus_thread |
| Jan. 5, 2015 | Waterboard him for giggles until Mom, the dirty gypsy grafter, comes over. Then shoot them both! | Stockli2, Comment to *Dzhokhar Tsarnaev Proceedings Shine Spotlight on Boston*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064708701 #disqus_thread |
| Jan. 5, 2015 | Him and all his scumbag thieving welfare collecting family. How much would the taxpayer save if that had happened? How much would the retail outlets save if every woman in this family wasn't a shoplifter? And this before Joker and his thank-god-he's-dead brother decided to blow up the Marathon. The four victims, (including Sean Collier) would still be alive. I'd figure out a way to shoot the plane down myself if not for all the other innocents on board. | Ever After, Comment to *Dzhokhar Tsarnaev Proceedings Shine Spotlight on Boston*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064708701 #disqus_thread |

| Article Date | Comment | Source |
|---|---|---|
| Jan. 5, 2015 | "To be seated, the jurors must be open to imposing the death penalty" How about eager? | The_Hitter, Comment to *Tsarnaev Makes First Appearance Before Potential Jurors in Fed Court*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064709033 #disqus_thread |
| Jan. 5, 2015 | Send him to meet his brother and the people he murdered. The American bomber was executed faster than this khabab gets to trial. | Stephen C, Comment to *Tsarnaev Makes First Appearance Before Potential Jurors in Fed Court*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064709033 #disqus_thread |
| Jan. 5, 2015 | One round of my 9MM cost about .25 cents. I won't charge for the "labor!" | David J., Comment to *Tsarnaev Makes First Appearance Before Potential Jurors in Fed Court*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064709033 #disqus_thread |
| Jan. 5, 2015 | I'm with you on a good, cheap round of ammo. But what about a swing with a Louisville Slugger?? I'm sure someone would loan the bat. Might even be able to charge for the opp to take a swing. Pay some of the medical bills of those injured. | AJ, Comment to *Tsarnaev Makes First Appearance Before Potential Jurors in Fed Court*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064709033 #disqus_thread |
| Jan. 5, 2015 | A time delayed bomb in his cell, set for about two years. Make him wait and sweat, just watching it and listening to the tick..tick.. | Joe R., Comment to *Tsarnaev Makes First Appearance Before Potential Jurors in Fed Court*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064709033 #disqus_thread |
| Jan. 5, 2015 | I want to see if he holds his head high after they hook him up for lethal the injection. | Bucko99, Comment to *Tsarnaev Makes First Appearance Before Potential Jurors in Fed Court*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064709033 #disqus_thread |

4

| Article Date | Comment | Source |
|---|---|---|
| Jan. 5, 2015 | Hook him up to a few car batteries every night before he has to get up to go to court. That ought to make for some good courtroom sketches. | Analyzethis, Comment to *Tsarnaev Makes First Appearance Before Potential Jurors in Fed Court*, Boston Herald (Jan. 5, 2015), http://www.bostonherald.com/comments/1064709033 #disqus_thread |
| Jan. 4, 2015 | No cell. Think of the long-term cost of housing and continued appeals. A scaffold built by aspiring carpenters from a local trade school would set a nice example for like-minded terrorists. Right there at the Fed Courthouse. Such a pleasant scenic backdrop. No? | Golden Rudy, Comment to *Delay, Venue Change Denied for Dzhokhar Tsarnaev*, Boston Herald (Jan. 4, 2015), http://www.bostonherald.com/comments/1064707802 #disqus_thread |
| Jan. 4, 2015 | I propose his cell have a six foot round old fashion school clock with minute hand that clicks off the loudest sound each time moves. Remind him each second going bye is eternity of his sentence before his execution. Court this would be inside a cement block room which amplifies sound and his meals should be strictly PIG. Let him be the first to try out the new laser chair designed for instant death. So long Scum Bag! | Sonny Dove, Comment to *Delay, Venue Change Denied for Dzhokhar Tsarnaev*, Boston Herald (Jan. 4, 2015), http://www.bostonherald.com/comments/1064707802 #disqus_thread |
| Jan. 3, 2015 | Should have shot him up in the boat when they had the chance. This trials costing a lot of rubles | Signedepstiensmother, Comment to *Tsarnaev Lawyers Push Last-Minute Venue Appeal*, Boston Herald (Jan. 3, 2015), http://www.bostonherald.com/comments/1064707091 #disqus_thread |
| Jan. 3, 2015 | ENOUGH is ENOUGH........Get on with the hanging!!!! | Simonsaver, Comment to *Tsarnaev Lawyers Push Last-Minute Venue Appeal*, Boston Herald (Jan. 3, 2015), http://www.bostonherald.com/comments/1064707091 #disqus_thread |

| Article Date | Comment | Source |
|---|---|---|
| Jan. 3, 2015 | The sooner that the trial starts the sooner this POC can can be put to death and be dumped into a hole in the ground next to his worthless POC brother. | Carl Lanzilli, Comment to *Appeals Court Denies Bid to Postpone Tsarnaev Trial*, Boston Herald (Jan. 3, 2015), http://www.bostonherald.com/comments/1064707333 #disqus_thread |
| Jan. 3, 2015 | Times up sonny. Time to feed the worms. | Rangerdoc13, Comment to *Appeals Court Denies Bid to Postpone Tsarnaev Trial*, Boston Herald (Jan. 3, 2015), http://www.bostonherald.com/comments/1064707333 #disqus_thread |
| Jan. 2, 2015 | Blah...Blah...Blah...Blah.....When and where is the hanging taking place? | Simonsaver, Comment to *Tsarnaev Venue Change Opposed*, Boston Herald (Jan. 2, 2015), http://www.bostonherald.com/comments/1064706111 #disqus_thread |
| Jan. 2, 2015 | Don't waste the money on a trial – just take him out back and shoot him.... one man, one problem, one crime, one guilty, one dead, gone, problem solved, money saved from lawyers! | Freedom Rings, Comment to *Tsarnaev Venue Change Opposed*, Boston Herald (Jan. 2, 2015), http://www.bostonherald.com/comments/1064706111 #disqus_thread |
| Jan. 1, 2015 | This a-holes trial needs to start Monday no more wasting time and the taxpayers money he has cost this State and Country enough money. Time for him to face up to the facts in this case and let the jury decide his fate. I my opinion death is letting him off to easy. | Bdaigle56, Comment to *Tsarnaev Team Turns to Court of Appeals*, Boston Herald (Jan. 1, 2015), http://www.bostonherald.com/comments/1064705636 #disqus_thread |
| Dec. 31, 2014 | So the defense lawyers want more time to prepare...Prepare for what? This POS terrorist is guilty as sin.... End of story... | Joe, Comment to *Judge Denies Motions to Move, Delay Tsarnaev Trial*, Boston Herald (Dec. 31, 2014), http://www.bostonherald.com/comments/1064705048 #disqus_thread |
| Dec. 31, 2014 | About time this judge stopped rolling over for the terrorist murderer and his team of drama queen defense lawyers. | Reverestreet, Comment to *Judge Denies Motions to Move, Delay Tsarnaev Trial*, Boston Herald (Dec. 31, 2014), http://www.bostonherald.com/comments/1064705048 #disqus_thread |

| Article Date | Comment | Source |
|---|---|---|
| Dec. 30, 2014 | …To think, a bullet only costs .35 cents, we could save millions of dollars, billions of trees and fertilize the landfills with this POS and his good for nothing thieving sploatch of jism family. Traitors deserve death, right after the reimburse us for all the "freebies" we gave them! | TooRotten, Comment to *Lawyers Blast Feds over Herald Column*, Boston Herald (Dec. 30, 2014), http://www.bostonherald.com/comments/1064703544 #disqus_thread |
| Dec. 30, 2014 | That jihad loving terrorist POS should have ZERO rights in this country. But I guess we could make Dorky [another commenter] happy and let him pick the color of rope he will be hung from. | Simonsaver, Comment to *Lawyers Blast Feds over Herald Column*, Boston Herald (Dec. 30, 2014), http://www.bostonherald.com/comments/1064703544 #disqus_thread |
| Dec. 30, 2014 | Wow, not the little cherub shot we're use to seeing! Hopefully, we will be seeing a slightly rising mound of earth soon. | Rangerdoc13, Comment to *Lawyers Blast Feds over Herald Column*, Boston Herald (Dec. 30, 2014), http://www.bostonherald.com/comments/1064703544 #disqus_thread |
| Dec. 30, 2014 | The law? I would prefer "going Byzantine" on this…infidel. | Belmontian201, Comment to *Lawyers Blast Feds over Herald Column*, Boston Herald (Dec. 30, 2014), http://www.bostonherald.com/comments/1064703544 #disqus_thread |
| Dec. 30, 2014 | Why hasn't he "committed suicide" in Walpole already? | 1pitbull, Comment to *Lawyers Blast Feds over Herald Column*, Boston Herald (Dec. 30, 2014), http://www.bostonherald.com/comments/1064703544 #disqus_thread |
| Dec. 30, 2014 | Why waste costly billing hours. Give him a one-day trial like they do in his native country and then burn him on City Hall Plaza. Case closed. | Cityhallobserver, Comment to *Lawyers Blast Feds over Herald Column*, Boston Herald (Dec. 30, 2014), http://www.bostonherald.com/comments/1064703544 #disqus_thread |

| Article Date | Comment | Source |
|---|---|---|
| Dec. 30, 2014 | This lawyer make me laugh (sometimes), like there is even a remote chance that this guy is not guilty of this crime. He even admitted to it himself by writing that note in the boat when he thought he was going to bleed to death. Never mind the video of him with the back pack and then with out it. Then you have the evidence taken from the dorm room of bomb making material. This makes me sick because he should be already have been sentenced to death also his execution should be fast tracked! | Stephen F. Paul, Comment to *Lawyers Blast Feds over Herald Column*, Boston Herald (Dec. 30, 2014), http://www.bostonherald.com/comments/1064703544 #disqus_thread |
| Dec. 29, 2014 | How much preparation do they need? He did it or he didn't, all else is irrelevant. If they can prove he didn't do it (they can't) they should be able to do it fairly quickly. All else does not matter. If he indeed did it, he needs to be put down. | Vincent Vega, Comment to *Tsarnaev Lawyers Again Seek to Postpone Trial*, Boston Herald (Dec. 29, 2014), http://www.bostonherald.com/comments/1064702885 #disqus_thread |
| Dec. 29, 2014 | God I wish they had killed him in that boat. | Patssoxfan, Comment to *Tsarnaev Lawyers Again Seek to Postpone Trial*, Boston Herald (Dec. 29, 2014), http://www.bostonherald.com/comments/1064702885 #disqus_thread |
| Dec. 29, 2014 | This weasel commited treason and an act of war. He should be in front of a military tribunal. | Citypoint, Comment to *Tsarnaev Lawyers Again Seek to Postpone Trial*, Boston Herald (Dec. 29, 2014), http://www.bostonherald.com/comments/1064702885 #disqus_thread |
| Dec. 29, 2014 | Instead of shooting cops, why aren't you crazies out there shooting this disgusting punk's lawyers? | Wiseoldfart, Comment to *Tsarnaev Lawyers Again Seek to Postpone Trial*, Boston Herald (Dec. 29, 2014), http://www.bostonherald.com/comments/1064702885 #disqus_thread |

8

| Article Date | Comment | Source |
|---|---|---|
| Dec. 26, 2014 | It's so unfair that 72 beautiful untouched virgins have to endure yet another delay for the arrival of this Joker. He really needs to get going here. | Cyrus, Comment to *McGovern: Tsarnaev Team Tactics Become Overbearing*, Boston Herald (Dec. 26, 2014), http://www.bostonherald.com/comments/1064700164 #disqus_thread |
| Dec. 26, 2014 | Fine, delay and move the trial…after he is found GUILTY. Bring him right up the Boston Common and hang him in Public. No appeal. No years on death row filing motions. | Stirthepot, Comment to *McGovern: Tsarnaev Team Tactics Become Overbearing*, Boston Herald (Dec. 26, 2014), http://www.bostonherald.com/comments/1064700164 #disqus_thread |
| Dec. 26, 2014 | I have seen so many criminal trials in my time that it will not shock me to see the defense team attempting to portray the dead and wounded as the 'bad guys'…yeah, he's entitled to a trial (something he would have denied in his Russian/Chechin homeland). So be it, and let it go forth and then the appeals process be as short as McVeigh's. | Forthwith, Comment to *McGovern: Tsarnaev Team Tactics Become Overbearing*, Boston Herald (Dec. 26, 2014), http://www.bostonherald.com/comments/1064700164 #disqus_thread |
| Dec. 26, 2014 | The only proceedings that should be happening in Sept of 2015, is his execution. And my wish for his dumb@ass supporters is a hard slip on ice or tragic fall(ha ha) while demonstrating outside the CourtHouse. | Sascha11, Comment to *McGovern: Tsarnaev Team Tactics Become Overbearing*, Boston Herald (Dec. 26, 2014), http://www.bostonherald.com/comments/1064700164 #disqus_thread |
| Dec. 26, 2014 | His lawyers know he is guilty, and they know they are going to lose this case. He will be found guilty of terrorism and sentenced to death. They are just trying to postpone the inevitable, as they should do for their client. Not every idiotic request and stall tactic is newsworthy. | Antiseptic, Comment to *McGovern: Tsarnaev Team Tactics Become Overbearing*, Boston Herald (Dec. 26, 2014), http://www.bostonherald.com/comments/1064700164 #disqus_thread |
| Dec. 25, 2014 | …Why did the officer,… who had the red dot…not take the shot? | Say What, Comment to *Prosecutors Accuse Dzhokhar Tsarnaev of Stalling*, Boston Herald (Dec. 25, 2014), http://www.bostonherald.com/comments/1064699648 #disqus_thread |

9

| Article Date | Comment | Source |
|---|---|---|
| Dec. 23, 2014 | Life would be so much easier if this piece of pond scum had been killed while he was hiding in the boat writing his confession. | Patssoxfan, Comment to *Judge Denies Tsarnaev Request for 10 Extra Juror Challenges*, Boston Herald (Dec. 23, 2014), http://www.bostonherald.com/comments/1064698044 #disqus_thread |
| Dec. 23, 2014 | GUILTY AS THE DAY IS LONG! (said with an Irish accent). Can I be a juror now? | WorkingPoor, Comment to *Tsarnaev Lawyers: Supporters a 'Threat'*, Boston Herald (Dec. 23, 2014), http://www.bostonherald.com/comments/1064697623 #disqus_thread |
| Dec. 23, 2014 | As I've always said. Give this POS to me and I'll save the taxpayers a lot of time, aggravation, and money! My rounds on average, cost around .25 cents. | David J., Comment to *Tsarnaev Lawyers: Supporters a 'Threat'*, Boston Herald (Dec. 23, 2014), http://www.bostonherald.com/comments/1064697623 #disqus_thread |
| Dec. 23, 2014 | Give him his shoelaces and a picture of his brother. | Citypoint, Comment to *Tsarnaev Lawyers: Supporters a 'Threat'*, Boston Herald (Dec. 23, 2014), http://www.bostonherald.com/comments/1064697623 #disqus_thread |
| Dec. 23, 2014 | This filth should have been sent to the gallows a year ago, unfortunately he is a hero to the white guilt liberal lefties that infect Massachusetts/the country. I wouldn't be surprised to see him walk and be rewarded with a talk show on MSNBC. | Strong-Arm Scholar, Comment to *Marathon Bombing Suspect Wants Trial Delayed*, Boston Herald (Dec. 23, 2014), http://www.bostonherald.com/comments/1064698352 #disqus_thread |
| Dec. 23, 2014 | i want the trial over with - and him hung in the watertown center – | Mcpu40, Comment to *Marathon Bombing Suspect Wants Trial Delayed*, Boston Herald (Dec. 23, 2014), http://www.bostonherald.com/comments/1064698352 #disqus_thread |
| Dec. 23, 2014 | i always thought it would have been better if the boat owner had quit smoking and not gone out side. the maggot would be dead before they found him. | Vincent Vega, Comment to *Marathon Bombing Suspect Wants Trial Delayed*, Boston Herald (Dec. 23, 2014), http://www.bostonherald.com/comments/1064698352 #disqus_thread |

| Article Date | Comment | Source |
|---|---|---|
| Dec. 22, 2014 | Justice? Give him the justice he gave the folks at the finish line, and young Collier. This POS mooselim deserves to be fried, NOW! | Randbury, Comment to *Marathon Bombing Suspect's Lawyers Invoke McVeigh*, Boston Herald (Dec. 22, 2014), http://www.bostonherald.com/comments/1064696771 #disqus_thread |
| Dec. 22, 2014 | Hey Flash Bang Lawyers…. What difference does it make where this Jihadi POS gets tried? He will be found guilty where ever the trial is so quit it with your maneuvering to get the most tax dollars you can… | Joe, Comment to *Marathon Bombing Suspect's Lawyers Invoke McVeigh*, Boston Herald (Dec. 22, 2014), http://www.bostonherald.com/comments/1064696771 #disqus_thread |
| Dec. 19, 2014 | In response to ZzXx592's comment, "I expected the Joker to have a prison buzz cut. What gives?"<br><br>The_Hitter replied, "He should have gotten a buzz cut at neck level." | The_Hitter, Comment to *Victim Confronts Tsarnaev Supporter*, Boston Herald (Dec. 19, 2014), http://www.bostonherald.com/comments/1064693432 #disqus_thread |
| Dec. 19, 2014 | I can't write down my opinion of Joker Tsarnaev & his moron mob of believers, because I would be banned forever from the Herald. The only thing that I can write is that I hope that this POS is given the death penalty & that the sentence is carried out in a timely manner. The only thing that I can recommend for his pathetic posse is to kill themselves because they obviously are useless to society. I wonder how these idiots would feel about Joker if it were one of their loved ones killed or maimed by this terrorist & his brother. | Quahogger, Comment to *Victim Confronts Tsarnaev Supporter*, Boston Herald (Dec. 19, 2014), http://www.bostonherald.com/comments/1064693432 #disqus_thread |
| Dec. 19, 2014 | This little loser basically confessed. How can these dimwits think he's innocent? | TKLA, Comment to *Victim Confronts Tsarnaev Supporter*, Boston Herald (Dec. 19, 2014), http://www.bostonherald.com/comments/1064693432 #disqus_thread |

11

| Article Date | Comment | Source |
|---|---|---|
| Dec. 19, 2014 | Cold-blooded murder is just in some people's DNA. It's a convenient replacement for the work and compassion genomes. | Jakesclambar, Comment to *Victim Confronts Tsarnaev Supporter*, Boston Herald (Dec. 19, 2014), http://www.bostonherald.com/comments/1064693432 #disqus_thread |
| Dec. 19, 2014 | If this POS was as innocent as his supporters claim that he is, then he should have done the "hands up, don't shoot" routine instead of executing that poor MIT Officer and taking law enforcement on a wild pursuit and shootout, all of the other compelling evidence notwithstanding of course! If one of my loved ones was a victim, then I would volunteer to save the state a lot of time and money. Just hand him over to me and "justice" would be served in a swift and final fashion! | David J., Comment to *Victim Confronts Tsarnaev Supporter*, Boston Herald (Dec. 19, 2014), http://www.bostonherald.com/comments/1064693432 #disqus_thread |
| Dec. 19, 2014 | Counter protests against the vile faith and its misguided supporters is a must. Looking at the Marathon savagery in isolation is a mistake. Using words like 'tragedy' for the Marathon murders is semantic disrespect to the innocent victims of Tsarnaev and his sort. Western culture is under assault by savages. While Tsarnaev will see federal justice, we must cease trying to rationalize the pathology of Islamic psychopaths. As done outside our borders, we must hunt down and liquidate those that subscribe to the murderous ideology that live comfortably within our borders. The war against tainted Islam is an existential one. | Sabulechat, Comment to *Victim Confronts Tsarnaev Supporter*, Boston Herald (Dec. 19, 2014), http://www.bostonherald.com/comments/1064693432 #disqus_thread |
| Dec. 18, 2014 | Boston needs to return to its roots, here. I want to hear, from a judge regarding this vermin: "Go ye hence to the place of execution, and there be hanged till you be dead." | CommonSense033, Comment to *Tsarnaev Appears in Court for 1st Time Since 2013*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692433 #disqus_thread |

| Article Date | Comment | Source |
|---|---|---|
| **<br>Dec. 18, 2014 | Will he be hooded or does the public get to look at his face? Will he dance? Will the rope hold? Will the drop break his neck? So many questions. | Rangerdoc13, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732#disqus_thread |
| Dec. 18, 2014 | Put him to death? WORTH EVERY PENNY | Workingman1, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732#disqus_thread |
| Dec. 18, 2014 | No... lower him into a vat of boiling oil feet first at a rate of 1 inch per hour until totally French friend...make that boiling bacon grease!! | FlashF, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732#disqus_thread |
| Dec. 18, 2014 | This coward should be hung from a tree on the Boston Common. | MichaelD2908, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732#disqus_thread |
| Dec. 18, 2014 | My gggggreat grandmother was hanged on Boston Common in 1660. Find a less hallowed location, please. | Jakesclambar, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732#disqus_thread |
| Dec. 18, 2014 | This scum should be shot by firing squad as an enemy spy. DONE. End this charade. | Mickrussom, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732#disqus_thread |

| Article Date | Comment | Source |
|---|---|---|
| Dec. 18, 2014 | I'm opposed to the death penalty, and yet I have to wonder why we are bothering with this creature. | John, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732 #disqus_thread |
| Dec. 18, 2014 | Let's not waste anymore taxpayer money here, someone please make this POS go away NOW! one round of Federal American Eagle 9mm 124 Grain Hyrda-Shok is 2 bucks! | Larry Smith, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732 #disqus_thread |
| Dec. 18, 2014 | I'll pray someone in jail kills him before the trial | Guest, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732 #disqus_thread |
| Dec. 18, 2014 | Lynching is too good for this stupid scum | George Corley, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732 #disqus_thread |
| Dec. 18, 2014 | A bullet to the back of the neck is simple, cost effective, relatively painless and traditional in Tsarnaev's homeland so it has a poetic touch. | Stornzeye, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732 #disqus_thread |
| ** Dec. 18, 2014 | Can't we let him enjoy some water sports while is he is waiting for the trial to begin. I understand they have some exciting activities in gitmo. | NC76, Comment to *Supporter: Tsarnaev's Mom Leaving "Everything's in God's Hands"*, Boston Herald (Dec. 18, 2014), http://www.bostonherald.com/comments/1064692732 #disqus_thread |

| Article Date | Comment | Source |
|---|---|---|
| Dec. 15, 2014 | Fry this kid. 480 volts till the breaker trips. | Analyzethis, Comment to *Dzhokhar Tsarnaev Heads to Court this Week*, Boston Herald (Dec. 15, 2014). http://www.bostonherald.com/comments/1064688692 #disqus_thread |

**Boston Globe**

| Article Date | Comment | Source |
|---|---|---|
| Jan. 6, 2015 | If he is found guilty sit him on a pressure cooker and blow it up | Bigshark, Comment to *Hundreds Get an Introduction to Tsarnaev*, Boston Globe (Jan. 6, 2015; 01:06 AM), http://www.bostonglobe.com/metro/2015/01/05/heavy-security-advance-tsarnaev-trial-start/6PqFLrNFMeydffXpAwJwPI/story.html#comments |
| Jan. 6, 2015 | Better yet just sit him on a pressure cooker while it is being heated. It may take longer but the result will be the same. | Oiznor, Comment to *Hundreds Get an Introduction to Tsarnaev*, Boston Globe (Jan. 6, 2015; 05:31 AM), http://www.bostonglobe.com/metro/2015/01/05/heavy-security-advance-tsarnaev-trial-start/6PqFLrNFMeydffXpAwJwPI/story.html#comments |
| Jan. 4, 2015 | … Maybe he could volunteer to lose a limb, have permanent hearing loss, sight loss, head trauma, internal injuries, pain. Why are the victims the only ones who have to pay for this act of madness? You want to move the trial? Why don't you move it to Russia, where the accused is actually from and let them try him? I guarantee they have the death penalty there! | Junie24, Comment to *Fair Trial is More than Possible for Dzhokhar Tsarnaev*, Boston Globe (Jan. 4, 2015; 12:26 PM), http://www.bostonglobe.com/news/nation/2015/01/04/fair-trial-for-tsarnaev-realistic/O42MDLgd6CJ3QLLoFjKkPO/story.html#comments |
| Jan. 4, 2015 | … The bomber is a psychopath and while under our judicial system will have a trial, there is no way he has remorse, compassion or feelings. There is no logic or reason why people seek to hurt those as one victim said "were there to cheer others on". Unfortunately, the trial won't be swift. | Jenhayward, Comment to *Marathon Bombing Survivors Gird Themselves for Tsarnaev's Day in Court*, Boston Globe (Jan. 4, 2015; 08:53 AM), http://www.bostonglobe.com/metro/2015/01/03/mixed-feelings-among-boston-marathon-bombing-survivors-dzokhar-tsarnaev-trial-approaches/4BkaHu89XFW4YEqQsvtkXl/story.html#comments |

16

| Jan. 4, 2015 | It will be a good day for these brave survivors when it is convicted | Tkob, Comment to *Marathon Bombing Survivors Gird Themselves for Tsarnaev's Day in Court*, Boston Globe (Jan. 4, 2015; 05:40 PM), http://www.bostonglobe.com/metro/2015/01/03/mixed-feelings-among-boston-marathon-bombing-survivors-dzokhar-tsarnaev-trial-approaches/4BkaHu89XFW4YEqQsvtkXI/story.html#comments |
|---|---|---|
| Jan. 3, 2015 | I realize that we have to give the tousle-haired lad a fair trial, but really, is there any chance at all that he will be found "not guilty"? He is on dozens of surveillance cameras putting down his backpack, looking the other way from everyone else, etc. Carjacking a vehicle, shooting at the police in Watertown, hiding in a boat. What's the defense going to say, mistaken identity? Dysfunctional childhood from growing up in a third world hellhole? I'll bet the defense will say he was "lead astray" by his older brother, and that really, he was a victim. Gimme a break. | Bilbo234, Comment to *Why the Tsarnaev Trial Should be Moved, Delayed*, Boston Globe (Jan. 2, 2015; 04:57 PM), http://www.bostonglobe.com/opinion/2015/01/02/why-tsarnaev-trial-should-moved-delayed/K2is6uVCo179w6JzDLvZYJ/story.html#comments |
| Jan. 2, 2015 | This man committed a deliberate terrorist attack on the city of Boston that resulted in the loss of life. I do not equate adherence to civilized and constitutional norms to this situation. What consideration was given to the lives of Krystie Cambell, Martin Richard, Lingzi Lu, and Sean Collier? They each received the death penalty from Tsarnaev. My anger has not subsided. I want to see him face his victims. I want him to know he hurt and killed people. The trial should remain in Boston. | Dewitt Clinton, Comment to *Why the Tsarnaev Trial Should be Moved, Delayed*, Boston Globe (Jan. 2, 2015; 10:21 AM), http://www.bostonglobe.com/opinion/2015/01/02/why-tsarnaev-trial-should-moved-delayed/K2is6uVCo179w6JzDLvZYJ/story.html#comments |
| Jan. 2, 2015 | The trial should be held here…a jury of your peers…even if | Gary-Temple29, Comment to *Why the Tsarnaev Trial* |

| | you murdered and maimed some of them.. | *Should be Moved, Delayed*, Boston Globe (Jan. 2, 2015; 05:35 PM), http://www.bostonglobe.com/opinion/2015/01/02/why-tsarnaev-trial-should-moved-delayed/K2is6uVCo179w6JzDLvZYJ/story.html#comments |
|---|---|---|
| Dec. 31, 2014 | What's the over/under on the execution date? 2020? | Observer08, Comment to *Dzhokhar Tsarnaev's Lawyers File Appeal on Venue*, Boston Globe (Dec. 31, 2014; 05:45 PM), http://www.bostonglobe.com/metro/2015/01/01/tsarnaev-trial-set-start-jan-after-federal-judge-rejects-defense-request-for-delay/cVZwfbXE1m0MHdmiH4PwYL/story.html#comments |
| Dec. 31, 2014 | This murderer should not ever get any consideration | Dewitt Clinton, Comment to *Dzhokhar Tsarnaev's Lawyers File Appeal on Venue*, Boston Globe (Dec. 31, 2014; 01:01 PM), http://www.bostonglobe.com/metro/2015/01/01/tsarnaev-trial-set-start-jan-after-federal-judge-rejects-defense-request-for-delay/cVZwfbXE1m0MHdmiH4PwYL/story.html#comments |
| Dec. 29, 2014 | ... Hurry up and convict this monster, after a fair trial of course, and fry its warped depraved arsse | Tkob, Comment to *Tsarnaev Defense Renews Pitch to Delay Trial*, Boston Globe (Dec. 29, 2014; 05:41 PM), http://www.bostonglobe.com/metro/2014/12/29/tsarnaev-lawyers-say-both-prosecution-and-defense-need-delay-death-penalty-trial/6ec9OY2SzSIf62oW9mhSL1/story.html#comments |
| Dec. 26, 2014 | he admitted his crime with message in the boat and also admitted to the driver of the car they hi-jacked...enough said...but I bet he will escape the death penalty because he | Beantowndebater, Comment to *Judge in Tsarnaev Case has No-Nonsense Reputation*, Boston Globe (Dec. 26, 2014; 11:01 AM), |

| | | |
|---|---|---|
| | was a teenager when it happen....too bad...he knew right from wrong. | http://www.bostonglobe.com/metro/2014/12/26/judge-tsarnaev-case-has-been-unflappable/dK06ACKaZe9PelljocnmPL/story.html#comments |
| Dec. 25, 2014 | ...Can't wait till they fry this murdering, monster terrorist, after his fair trial, of course. | Tkob, Comment to *Prosecutors Oppose Tsarnaev Request for Trial Delay*, Boston Globe (Dec. 25. 2014; 09:16 AM), http://www.bostonglobe.com/metro/2014/12/24/feds-oppose-dzhokhar-tsarnaev-request-for-trial-delay/VYISymcFOBjJcpeBz0CKkL/story.html#comments |
| Dec. 23, 2014 | If anybody feels compelled to listen to the sick arguments made by the conspiracy types....or if you wish and leniency for Tsarnaev for any reason, don't forget these people:<br><br>Krystle Campbell age 29<br>Lingzi Lu age 23<br>Sean Collier age 26<br>Martin William Richard age 8<br><br>All murdered, with extreme premeditation. The perpetrators' cause is, of course, vapid and irrelevant. | Patcatpatcat, Comment to *Tsarnaev Lawyers Want 'Supporters' Moved Away from Courthouse*, Boston Globe (Dec. 23, 2014; 10:28 AM), http://www.bostonglobe.com/metro/2014/12/22/dzhokhar-tsarnaev-defense-attorneys-ask-for-supporters-moved-away-from-courthouse/x2TJ8o7Ck0h8XtA8cs1rBI/story.html#comments |
| Dec. 18, 2014 | Let's get this moving along. He needs a lethal climax to this sad story as soon as possible. | SOXINPA, Comment to *Brief Tsarnaev Hearing Attracts Supporters, Bomb Victims*, Boston Globe (Dec. 18, 2014; 09:47 AM), http://www.bostonglobe.com/metro/2014/12/18/marat-hon-bombing-suspect-due-court-thursday/UbMVCsugCNiQYy239R83U/story.html#comments |
| Dec. 18, 2014 | Give Tsarnaev to the Russians, they know how to deal with Chechen terrorists. | Vladjr, Comment to *Brief Tsarnaev Hearing Attracts Supporters, Bomb Victims*, Boston Globe (Dec. 18, 2014; 03:51 PM), http://www.bostonglobe.com/metro/2014/12/18/marat |

| | | hon-bombing-suspect-due-court-thursday/UbMVCsugCNiQYy239R83lJ/story.html#comments |
|---|---|---|
| Dec. 18, 2014 | Give the poor kid a choice. Hanging, gas or firing squad. Also, hope those virgins are wicked ugly when he meets up with them. | Jlcampbell, Comment to *Brief Tsarnaev Hearing Attracts Supporters, Bomb Victims*, Boston Globe (Dec. 18, 2014; 05:52 PM), http://www.bostonglobe.com/metro/2014/12/18/marathon-bombing-suspect-due-court-thursday/UbMVCsugCNiQYy239R83lJ/story.html#comments |
| Dec. 18, 2014 | And will his entrails be taken out and burned too? Just thinking… the virgins will be nerds playing D&D… | Jabberwocky72, Comment to *Brief Tsarnaev Hearing Attracts Supporters, Bomb Victims*, Boston Globe (Dec. 19, 2014; 07:39PM), http://www.bostonglobe.com/metro/2014/12/18/marathon-bombing-suspect-due-court-thursday/UbMVCsugCNiQYy239R83lJ/story.html#comments |

**WCVB5: Boston's News Leader (ABC Affiliate)**

| Article Date | Comment | Source |
|---|---|---|
| Jan. 5, 2015 | Why didn't the officers just pull the trigger when they found this coward hiding in the boat? | Bostonstrong2013, Comment to *Jury Selection Gets Underway in Marathon Bombing Trial*, WCVB5 (Jan. 5, 2015), http://www.wcvb.com/news/in-search-of-a-boston-jury-to-try-marathon-bombing-suspect/30523608 |
| Jan. 5, 2015 | Hang the punk like the old days | Nel, Comment to *Jury Selection Gets Underway in Marathon Bombing Trial*, WCVB5 (Jan. 5, 2015), http://www.wcvb.com/news/in-search-of-a-boston-jury-to-try-marathon-bombing-suspect/30523608 |
| Jan. 5, 2015 | Just execute this punk and get it over with why are we wasting all this time and effort on him? | Reconman, Comment to *Jury Selection Gets Underway in Marathon Bombing Trial*, WCVB5 (Jan. 5, 2015), http://www.wcvb.com/news/in-search-of-a-boston-jury-to-try-marathon-bombing-suspect/30523608 |
| Jan. 5, 2015 | Actually in this case it should be put to a secret ballot with the victims and the dead's families the only ones voting. | SuzyQ, Comment to *No Plea Deal in Boston Bombing Trial*, WCVB5 (Jan. 5, 2015), http://www.wcvb.com/politics/no-plea-deal-in-boston-bombing-trial/30529750 |
| Jan. 3, 2015 | Dear defense team, you won't convince me that Stalin, Yeltsin, Putin, Tamerlan or even The Three Stooges were too blame for Dzhokhar's adult actions. His high school success along with higher education studies and external friendships outside the family show a man capable of choosing his own life path. You have to accept the fact that he chose poorly. Sincerely, Potential Juror | Noreaster0, Comment to *Trial to Show 2 Faces of Boston Bomb Suspect*, WCVB5 (Jan. 4, 2015), http://www.wcvb.com/national/trial-to-show-2-faces-of-boston-bomb-suspect/30515986#comments |
| **\*\*** Jan. 3, 2015 | I SEE... an ugly face with a large nose and curly hair. This kid must stink. Give him to s ex offenders. Let them use him for physical pleasure. Let him be their toy. Let him cry. | DK, Comment to *Trial to Show 2 Faces of Boston Bomb Suspect*, WCVB5 (Jan. 3, 2015), http://www.wcvb.com/national/trial-to-show-2-faces-of-boston-bomb-suspect/30515986#comments |

| Article Date | Comment | Source |
|---|---|---|
| Jan. 3, 2015 | Just Kill him already. | Ken, Comment to *Court Denies Appeal to Delay Start of Tsarnaev Trial*, WCVB5 (Jan. 3, 2015), http://www.wcvb.com/news/court-denies-motion-to-delay-start-of-tsarnaev-trial/30513344#comments |
| Jan. 2, 2015 | It's been far too long for all of us to be continually reminded, and with that pathetic face every day, of what he and his brother "allegedly" (haha) did to all of those innocents. The money spent, Rolling Stone and protestors holding signs proclaiming his innocence could have all been avoided by one (1) shot and it wasn't taken. This is the result! | Johnny Collini, Comment to *Judge Won't Delay Jury Selection in Tsarnaev Trial*, WCVB5 (Jan. 3, 2015), http://www.wcvb.com/news/judge-wont-delay-jury-selection-in-tsarnaev-trial/30498942#comments |
| Jan. 2, 2015 | He should have been swinging from a tree over a year ago | Rocksteady65, Comment to *Prosecutors: Keep Marathon Bombing Suspect's Trial in State*, WCVB5 (Jan. 2, 2015), http://www.wcvb.com/news/prosecutors-to-reply-to-marathon-bombers-appeal/30491444#comments |
| Jan. 2, 2015 | enough is enough, we should have have already made this guys appointment with the needle and gurney. I think that is kind of to good for him and he should be blown to pieces or at least made to suffer for a very long time before he takes his last breath. by the time this guy gets his sentence there will be no virgins left for him ! | Stephen F. Paul, Comment to *Prosecutors: Keep Marathon Bombing Suspect's Trial in State*, WCVB5 (Jan. 2, 2015), http://www.wcvb.com/news/prosecutors-to-reply-to-marathon-bombers-appeal/30491444#comments |
| Dec. 31, 2014 | Let's not waste any more time. He's guilty anywhere he goes. Death is the only justice. | Blaise Crotty, Comment to *Judge Denies Motion to Move, Delay Tsarnaev Trial*, WCVB5 (Jan. 1, 2015), http://www.wcvb.com/news/judge-denies-motions-to-move-delay-marathon-bombing-case/30474516#comments |
| Dec. 31, 2014 | It should have ended with a red laser dot his forehead, $ .75 for the 306 bullet not millions in court & attorney fees plus 40 to 50 tears in prison…… | Larry Browser, Comment to *Judge Denies Motion to Move, Delay Tsarnaev Trial*, WCVB5 (Jan. 1, 2015), http://www.wcvb.com/news/judge-denies-motions-to-move-delay-marathon-bombing-case/30474516#comments |

| Article Date | Comment | Source |
|---|---|---|
| ** Dec. 31, 2014 | It would be fitting if the sounds of nails and wood sawing by carpenters building a hangman's post/gallows was heard on the Boston Common the day after the guilty and death verdict. The Common and Commonwealth would come alive again. Could even get some protesters to lie flat on their backs and pretend death. I'll even order a special black mask for the event. Make that two; one for the convicted and one for the hangman. | Artorius, Comment to *Judge Denies Motion to Move, Delay Tsarnaev Trial*, WCVB5 (Jan. 1, 2015), http://www.wcvb.com/news/judge-denies-motions-to-move-delay-marathon-bombing-case/30474516#comments |
| Dec. 30, 2014 | Guilty. Kill him. Done. | Ken, Comment to *Search Begins Next Week for Boston Jury to Try Marathon Suspect*, WCVB5 (Dec. 31, 2014), http://www.wcvb.com/news/search-begins-next-week-for-boston-jury-to-try-marathon-suspect/30461808#comments |
| ** Dec. 29, 2014 | There is no Constitution for terrorist and this will be a slam dunk trial that finds him guilty! | Big Mike, Comment to *Tsarnaev Lawyers Again Seek to Postpone Trial*, WCVB5 (Dec. 31, 2014), http://www.wcvb.com/news/tsarnaev-lawyers-again-seek-postponement-of-trial/30439078#comments |
| Dec. 29, 2014 | Shoot him in the kneecaps and let him bleed out. He is GUILTY. | Disquis_MNAMtCt6hW, Comment to *Tsarnaev Lawyers Again Seek to Postpone Trial*, WCVB5 (Dec. 30, 2014), http://www.wcvb.com/news/tsarnaev-lawyers-again-seek-postponement-of-trial/30439078#comments |
| Dec. 29, 2014 | He is guilty, at the very least for killing a police officer... Put a bullet in his head and call it a day. | Joe Schmoe, Comment to *Tsarnaev Lawyers Again Seek to Postpone Trial*, WCVB5 (Dec. 30, 2014), http://www.wcvb.com/news/tsarnaev-lawyers-again-seek-postponement-of-trial/30439078#comments |
| Dec. 23, 2014 | Try, then fry. Now. | Annio, Comment to *Marathon Bombing Suspect Wants Trial Delayed*, WCVB5 (Dec. 24, 2014), http://www.wcvb.com/news/marathon-bombing-suspect-wants-trial-delayed/30373682#comments |

23

**WHDH: 7 News (NBC Affiliate)**

| Article Date | Comment | Source |
|---|---|---|
| Jan. 3, 2015 | Good. No way should it of been moved. Anyway there should never have been a trial in the first place. He should've been shot and killed. | Boston550, Comment to *Appeals Court Won't Delay or Move Tsarnaev Trial*, WHDH (Jan. 3, 2015), http://www.whdh.com/story/27753060/appea ls-court-wont-delay-or-move-tsarnaev-trial |
| Dec. 31, 2014 | Good! Stop wasting time and taxpayer money. Get the trial over and one with and hang this $astard! | IMO, Comment to *Judge Denies Motions to Move, Delay Tsarnaev Trial*, WHDH (Dec. 31, 2014), http://www.whdh.com/story/27737758/judge-denies-motions-to-move-delay-tsarnaev-trial |
| Dec. 29, 2014 | This is a joke. They need time to prepare? He walked around put down a backpack and killed innocent people and ruined the lives of many others with serious injury. And they need time to prepare?? Prepare for this "Guilty of murder in the first degree" Sentence is death. Done, move on. | Silvis, Comment to *Tsarnaev Lawyers Again Seek to Postpone Trial*, WHDH (Dec. 29, 2014), http://www.whdh.com/story/27721878/tsarna ev-lawyers-again-seek-postponement-of-trial |

**CBS Boston**

| Article Date | Comment | Source |
|---|---|---|
| Jan. 5, 2015 | muslim scum. He should be beaten with a Koran then water boarded | The Baboon, Comment to *Judge: Tsarnaev Trial Will Last 3-To-4 Months*, CBS Boston (Jan. 5, 2015), http://boston.cbslocal.com/2015/01/05/1200-potential-jurors-begin-boston-marathon-bombings-trial/ |
| Jan. 5, 2015 | Makes wish that one of the dozens of cops that shot at him had spent a little time at the shooting range. | AJ, Comment to *Keller @ Large: Expect Tsarnaev Trial to be Lengthy, Costly Legal Circus*, CBS Boston (Jan. 5, 2015), http://boston.cbslocal.com/2015/01/05/keller-large-expect-tsarnaev-trial-to-be-lengthy-costly-legal-circus/ |
| Jan. 4, 2015 | This makes me sick. Specifically the money that it's going to cost us now to have a trial for this azzhole, as if he hasn't cost us enough already. The cost of the daily circus alone just to drive him to the courthouse is in the tens of thousands of dollars.. Where's Jack Ruby when you really need him... | A wast of time and money, Comment to *Jury Selection Begins Monday In Tsarnaev Trial*, CBS Boston (Jan. 5, 2015), http://boston.cbslocal.com/2015/01/04/jury-selection-begins-monday-in-tsarnaev-trial/ |
| Dec. 18, 2014 | fifty-cent solution for this jerk russkie… | Fred Seltzer, Comment to *Accused Boston Marathon Bomber Makes First Court Appearance in More than a Year*, CBS Boston (Dec. 18, 2014), http://boston.cbslocal.com/2014/12/18/dzhokha r-tsarnaev-to-make-first-court-appearance-in-more-than-a-year/#comments |

| Article Date | Comment | Source |
|---|---|---|
| Dec. 18, 2014 | What is wrong with you people? i don't care who's military anyone served in, or where they are from! Bottom line is these two morons killed people and injured hundreds! They had no respect for human life! Thankfully one is dead and the residents of Massachusetts, including myself, don't have to support him! Hopefully, this son of bit^h is found guilty by a jury and put to death! | Donna Silva, Comment to *Accused Boston Marathon Bomber Makes First Court Appearance in More than a Year*, CBS Boston (Dec. 20, 2014), http://boston.cbslocal.com/2014/12/18/dzhokha r-tsarnaev-to-make-first-court-appearance-in-more-than-a-year/#comments |
| Dec. 18, 2014 | He is beginning to look like a true jihadist with the beard and shaggy hair. All he needs now is a scarf to wrap around his pathetic face. One supporter yells out "stay strong, we know you're innocent" and one of his lawyers "patted him on the arm". How bloody nice but then again, his lawyers will be able to buy that new house by the time this farce is over. We would not have to be listening to this garbage if one of those bullets had ended the entire situation but no, we didn't want to meter out "cruel and unusual punishment". | Johnny Collini, Comment to *Accused Boston Marathon Bomber Makes First Court Appearance in More than a Year*, CBS Boston (Dec. 18, 2014), http://boston.cbslocal.com/2014/12/18/dzhokha r-tsarnaev-to-make-first-court-appearance-in-more-than-a-year/#comments |
| Dec. 18, 2014 | His conviction is just a formality. The evidence is overwhelming. Time for you to pack your bags and go back to where you came from. | Yomama, Comment to *Accused Boston Marathon Bomber Makes First Court Appearance in More than a Year*, CBS Boston (Dec. 18, 2014), http://boston.cbslocal.com/2014/12/18/dzhokha r-tsarnaev-to-make-first-court-appearance-in-more-than-a-year/#comments |
| Dec. 18, 2014 | He drove over his brother and killed him. The cop with the laser should have just pull the trigger on, as our Governor calls him, fellow. The kid is scum, they live off of America, getting free food, housing and money then they kill us. One to the head would have been just fine. | Hackwannabe, Comment to *Accused Boston Marathon Bomber Makes First Court Appearance in More than a Year*, CBS Boston (Dec. 18, 2014), http://boston.cbslocal.com/2014/12/18/dzhokha r-tsarnaev-to-make-first-court-appearance-in-more-than-a-year/#comments |

| Article Date | Comment | Source |
|---|---|---|
| Dec. 18, 2014 | Behead this muslim punk and be done with him. | Sea Ray, Comment to *Accused Boston Marathon Bomber Makes First Court Appearance in More than a Year*, CBS Boston (Dec. 18, 2014), http://boston.cbslocal.com/2014/12/18/dzhokhar-tsarnaev-to-make-first-court-appearance-in-more-than-a-year/#comments |