# EXHIBIT C

# U.S. v Tsarnaev:
# Selected Boston-area press coverage of Paris terror attacks
# January 7-13, 2015

| Article Date | Article | Source |
|---|---|---|
| Jan 07, 2015 | After Paris Attack, We are All Charlie | Kevin Cullen, The Boston Globe, Jan 07, 2015, http://www.bostonglobe.com/metro/2015/01/07/nous-sommes-tous-charlie/2pcT9TSBH7aW9JBjnS1A2N/story.html |
| Jan 08, 2015 | Comparisons drawn between Paris attack and Boston Marathon bombings | My Fox Boston, Jan 08, 2015, http://www.myfoxboston.com/story/27796465/comparisons-drawn-between-paris-attack-and-boston-marathon-bombings |
| Jan 09, 2015 | Paris attack has parallels to marathon bombings | O'Ryan Johnson, The Boston Herald, Jan 09 2015, http://www.bostonherald.com/news_opinion/local_coverage/2015/01/paris_attack_has_parallels_to_marathon_bombings |
| Jan 11, 2015 | People gather in Boston to remember the victims of the Paris attacks | Laura Crimaldi, The Boston Globe, Jan 11, 2015, http://www.bostonglobe.com/metro/2015/01/11/people-gather-boston-remember-victims-paris-attacks/koof1TWf8aExOL2PNVJFMJ/story.html?comments=all&sort=NEWEST_CREATE_DT |
| Jan 11, 2015 | Voice from Yemen echoes as the West fights terror attacks | Scott Shane, The Boston Globe, Jan 11 2015. http://scholarshipguides.org/tag/voice-from-yemen-echoes-as-the-west-fights-terror-attacks |
| Jan 09, 2015 | Bergen: How Kouachi brothers chose terrorism | Peter Bergen and Emily Schneider, WCVB News, Jan 09, 2015, http://www.wcvb.com/national/bergen-how-kouachi-brothers-chose-terrorism/30621384 |

KEVIN CULLEN

# After Paris attack, we are all Charlie



AURELIEN MEUNIER/GETTY IMAGES

**Paris residents gathered at the Place de la Republique Wednesday.**



By **Kevin Cullen** | GLOBE STAFF  JANUARY 07, 2015

A few hours after three men bearing heavy guns and no conscience burst into a newspaper office in Paris, US District Judge George O'Toole was standing 3,435 miles away, in front of 200 prospective jurors at the federal courthouse overlooking Boston Harbor, talking about some profound concepts.

O'Toole's civics lesson, the sixth he has presented this week to the 1,200 potential jurors who will be culled down to the 12 members of the jury and 6 alternates who will hear the case against accused Boston Marathon bomber Dzhokhar Tsarnaev, dwelled heavily on the importance of fairness and impartiality, that jurors have to park any potential bias at the courthouse door.

CONTINUE READING BELOW

There is an ongoing debate about whether Tsarnaev, 21 and facing the death penalty, can get a fair trial in the city where he and his big brother Tamerlan are accused of detonating bombs that killed three, maimed dozens and injured hundreds. O'Toole believes that the voir dire process, in which potential jurors will be questioned about potential bias, is enough to empanel a jury that can fairly and impartially hear the evidence.

Still, the judge has said that if the voir dire process doesn't work, he'd be open to a change of venue, moving it to some other jurisdiction. The defense prefers Washington, D.C.

In his presentations to the six different batches of prospective jurors, Judge O'Toole has stressed that they must be, as he put it, "free from outside influence." He instructed them to refrain from reading, listening to or watching anything about the Tsarnaev case.

On Wednesday, I was half-expecting him to add, "And, whatever you do, please don't read or listen or watch anything about what happened in Paris today."

Alas, he didn't, and maybe he shouldn't have. But what happened in Paris, the massacre of journalists and police officers over what extremists perceived as an unforgivable insult to Islam, is inextricably linked in many minds with what happened at the finish line of the Boston Marathon on Patriots Day in 2013.

The government's case against Tsarnaev is precisely about saying that Dzhokhar Tsarnaev and his brother were motivated by a sense of grievance, the same sense of grievance that led the masked gunmen to storm into the offices of Charlie Hebdo, the satirical magazine that has made fun of everybody and everything, including the Prophet Muhammed.

By now, many of us have seen the chilling video in which a gunman executes a wounded French police officer lying on the sidewalk, his arms raised in helpless surrender.

The Tsarnaev brothers stand accused of doing essentially the same, sneaking up and shooting a helpless MIT police officer named Sean Collier as he sat in his idling cruiser on the Cambridge campus as the manhunt for the Tsarnaevs gathered pace. The killers wanted Collier's gun but were too stupid to figure out how to unbuckle his holster.

The government will argue that the Tsarnaevs placed bombs on Boylston Street, murdered Sean Collier, and tried to murder the police who cornered them on a Watertown street four days after the bombings because they were angry about US military actions in Iraq and Afghanistan - that if the US military was going to kill Muslims, they were going to kill Americans. It was about revenge, to avenge an injustice against "their" people.

This all raises questions about the ongoing questions about whether Bostonians can be fair and impartial when weighing evidence against and potentially meting out punishment to a self-styled jihadi who grew up in Cambridge.

The government contends the Tsarnaevs were lone wolves, inspired by the worldwide phenomenon of jihad, but acting on their own. Like the guy who took over the coffee shop in Sydney last month. Like the guy who stormed Canada's parliament in Ottawa in October.

So you can move the trial out of Boston and you're still faced with the prospect of potential jurors turning on the TV tonight or last month or the month before or how many more times in the months to follow and watching murderous mayhem in different parts of the world, with different actors and different outcomes, but all connected by an ideology that cites a religion even as it perverts that religion.

This is not about Muslims. This is about Muslim extremists. But that's exactly what the federal government is accusing Dzhokhar Tsarnaev of being, an extremist who happens to be Muslim.

By most accounts, Tsarnaev's defense is determined to show that he was young and impressionable, dragged into a jihadist mission by an older brother who was a real extremist. Tsarnaev's lawyers still want the trial moved, insisting that all 5 million people in eastern Massachusetts were victims of the Boston Marathon bombing.

Following that logic, hundreds of millions of people around the world are the victims of the same murderous ideology that will be on trial alongside Dzhokhar Tsarnaev.

The issue of fairness goes way beyond Boston, playing on our deepest fears and insecurities, broadcast into our homes, read at our kitchen tables, over coffee in the morning, sometimes the last thing we see when we turn out the light and turn off the TV.

Nous sommes tous Charlie. That is a major, major problem for Dzhokhar Tsarnaev. And there is no change of venue for that.

*Kevin Cullen is a Globe columnist. He can be reached at cullen@globe.com*

SHOW 33 COMMENTS

© 2015 BOSTON GLOBE MEDIA PARTNERS, LLC

# Comparisons dr... and Boston Marathon bombings

Posted: Jan 08, 2015 6:17 PM EST Jan 08, 2015 6:17 PM EST
Updated: Jan 08, 2015 9:09 PM EST Jan 08, 2015 9:09 PM EST

BOSTON (MyFoxBoston.com) -- Terror hit one of the world's greatest cities where police officers were shot and killed. Investigators have been on a massive manhunt, searching door to door for two brothers believed to be the masterminds behind the unexplainable violence, which is all too familiar here in Boston, where the wounds of the 2013 Boston Marathon bombings are still raw.

In April 2013, retired Boston Police Chief Dan Linskey was right at the heart of the Marathon bombing investigation. He was at the infamous shootout in Watertown where Tamerlan Tsarnaev was run over and killed by his brother Dzhokhar, hours after MIT police officer Sean Collier was gunned down.

Linksey is struck by how it appears history is now repeating itself in Paris.

"I saw a lot of similarities and, you know, the challenges the French would have with dealing with large crowds and getting information out and false information coming in as you are trying to do the investigation accurately," he said.

Dzhokhar Tsarnaev is awaiting trial for his alleged role in the Marathon bombings. In South Boston Thursday, law enforcement moved him from his cell at Federal Court, likely returning him to Fort Devens where has been held.

It's almost 2 years since Boston, and now Paris has been attacked, leaving many to wonder what we've learned.

"The lesson is you have to be prepared and you have to anticipate future attacks," Linskey said.

## RECOMMENDED VIDEOS

Promoted by Taboola



Man sentenced to 6 months in jail for hitting, killing couple i...



Model And Former American Idol Beauty Dead At 32
Essence



Hospital caring for 70 dogs rescued from Westminster...

Ex-Microsoft Exec Looks to Turn Wall Street On Its Head
Pando Daily | Motif Investing



The Most Brilliant Way To Pay Off Your Mortgage
RateMarketplace



Amber Alert canceled after child's body found

## FROM AROUND THE WEB

- What Does Your Surname Say About You

## YOU MIGHT BE INTERESTED IN

- The #1 Reason Amateur Golfers Can't Drive 200+ Yards...

# Paris attack has parallels to marathon bombings




ALL-OUT MANHUNT: French police officers patrol in Longpont, north of Paris above, as the manhunt continues for Cherif and Said Kouachi, two brothers suspected of murdering 12 people at a satirical newspaper in Paris on Wednesday

Friday, January 9, 2015

Print  Email  2 Comments

By: O'Ryan Johnson

There are chilling similarities between the deadly Charlie Hebdo attack in Paris and the Boston Marathon bombings, with lessons to be drawn for law enforcement, terrorism experts say.

Both attacks have been blamed on homegrown terrorist brothers — in each case with a brother who had drawn law enforcement attention for Islamic radical ties before. In both cases, both police and citizens were targeted with equal cold-blooded vigor.

"I think what you're going to see is governments going through their watch lists to see how many names appear identical. They should have added worry when you have two or three members of the same family giving prior warning, governments should be taking a second and third look at them," said Victor David Hanson of the Hoover Institution. "When you are dealing with familial relations, it means there are fewer people who have privileged information about the ongoing plotting and the secret is reinforced by family ties ... it's going to be much harder for Western intelligence to break into them."

French police yesterday were searching for the Kouachi brothers — Cherif and Said, the Paris-born sons of Algerian parents — for the attack Wednesday that killed 12 people at Charlie Hebdo, a satirical weekly that lampooned radical Muslims and the Prophet Muhammad.

Cherif Kouachi appeared in a 2005 documentary on Islamic extremism and was sentenced to 18 months in prison in 2008 for trying to join up with jihadis in Iraq. Said Kouachi is believed to have trained with al-Qaeda in Yemen. Both brothers were known to U.S. authorities and were on the U.S. no-fly list.

Tamerlan Tsarnaev, killed in a shootout with police four days after the 2013 marathon bombings, had been flagged in 2011 to the FBI by Russian intelligence because of links to Islamic extremists in Dagestan. The FBI questioned and cleared him. His younger brother Dzhokhar survived the shootout and is now on trial for murder.

Former terrorist hunter Fred Burton, now with Stratfor, a global intelligence firm, said as in Boston French authorities are tracking the two fugitive siblings through their personal histories, places they've lived, relatives, places they've visited, as well as chasing down tips.

"They're breaking down grids based upon intelligence and the likelihood of them being in a specific area," Burton said. "You have to hope you're ready for them, when they make a move. I really don't think this is going to end well. Much like what we saw in Boston. These folks are cop killers. They also killed some of their own."

More On:  **Charlie Hebdo**  **Prophet Mohammed**  **Tamerlan Tsarnaev**

Author(s):

O'Ryan Johnson / Boston Herald




16 Celebs Who Ruined Their Faces Beyond Repair...


Boston residents are 'shocked' by controversial new site exposing personal information.


As they've gotten older, these stars have become more and more unattractive.



**WE RECOMMEND**

# Boston gathering pays tribute to victims of French terror attacks

Lines of art and lines of mourners converge



WENDY MAEDA/GLOBE STAFF

**Boston-area residents with ties to France or an affinity for its culture gathered Saturday at the French Cultural Center in the Back Bay.**

**By Laura Crimaldi** | GLOBE STAFF JANUARY 11, 2015

Myrième Churchill grew up with Charlie Hebdo cartoons, calling the freedom to laugh with those who poke fun at religion and other social pillars an "awesome value of France."

On Saturday, the Brookline resident joined others in paying tribute to those killed during three days of terrorist attacks in France by gunmen who massacred journalists at the satirical newspaper, people in a kosher supermarket, and three police officers.

CONTINUE READING BELOW

"I grew up laughing at their *blasphème*," said Churchill, using the French word for blasphemy. "The heart of France is about to be able to laugh at different things including blaspheming about religion. . . . We don't have to agree, but we have to be free."

Churchill was among a crowd of Boston-area residents who gathered Saturday afternoon at the French Cultural Center in the Back Bay to honor the victims, including 12 people slain Wednesday at the Charlie Hebdo offices in Paris.

Among those killed were editor Stephane Charbonnier, and cartoonists Jean Cabut, Georges Wolinski, Bernard Verlhac, and Philippe Honore.

The event included a slide show of the slain cartoonists' work and tributes that have emerged in their honor.

The tribute cartoons included an image of a man with his head bowed and tied to a life-size pencil standing in a pool of blood with a sign reading *liberté*, the French word for liberty, around his neck.



WENDY MAEDA/GLOBE STAFF

French cartoons were shown during a slide show honoring Charlie Hebdo at the French Cultural Center in Boston.

Another cartoon showed two masked men each wearing a bandolier with ammunition inspecting a fountain pen. "What's this little weapon which hurt us so much," one man asked the other.

Catheline van den Branden, president of the French Cultural Center, said the event was organized to provide a safe place where people could meet and honor the artists.

Charlie Hebdo, she said, makes "fun of everything and everyone," and sometimes its humor takes a vulgar twist.

"The fact that it's been attacked, it's become a symbol of freedom of the press and freedom of expression," she said. "And I think today it has a place in the hearts of Frenchmen that it probably didn't have before because it's been attacked."

Monique and Louis Brykman grew up in Nice and Paris, respectively, and now live in Tewksbury.

"We are Jewish," Louis Brykman said. "I see hate happening and happening again. . . . Over years and over years and over years again, it's against the Jews."

He said he regularly travels to France for work, where he stays in a neighborhood that has many Muslims.

He said Muslims should do more to denounce the small number of extremists who use the Islamic faith to justify violence.

"I don't have the feeling that the Muslims all together complain enough about that minority, which is giving them a bad name," Brykman said.

A rally is scheduled for noon Sunday on Boston Common. The event, organized by the Consulate General of France in Boston and local French organizations, is timed to coincide with a massive rally in Paris, said Maïa Gabily, a consulate spokeswoman.

The consulate estimates 10,000 French people live in Massachusetts, New Hampshire, Maine, and Vermont, she said.

"It's really a rally as a homage to the victims," Gabily said.

In West Newton, another tribute was taking shape Saturday at L'Aroma Cafe & Bakery on Spencer Street. Through Wednesday, the public is invited to draw cartoon self-portraits and label them "Je suis Charlie." The cartoons will be displayed in the cafe.

Afkham Salie, whose family runs the cafe, has experienced the horrific toll of terrorism firsthand.

His sister, 28-year-old Rahma Salie, and brother-in-law, Michael Theodoridis, died in the Sept. 11, 2001, terrorist attacks aboard American Airlines Flight 11. The couple were en route to a wedding in California.

A drawing of them is displayed in the cafe.

"It's just awful that people use religion. . . . as an excuse for this kind of violence," Afkham Salie said. "From my perspective, I just can't believe it's still going on. I actually just can't put it into words."

The Rev. Richard E. Malmberg, senior pastor at The Second Church in Newton, helped organize the cartoon tribute with Salie and Rabbi Eric Gurvis of Temple Shalom in Newton.

He said the attacks in Paris hit a nerve in Boston as they unfolded while jury selection was beginning for Dzhokhar Tsarnaev, who is on trial for the Boston Marathon bombing.

"We were already feeling pretty raw in the wake of terrorism hitting close to home," he said. "I know for me it really pushed that button."

At the French Cultural Center, van den Branden highlighted how tributes to the slain cartoonists depicted the pen as the mightiest weapon of all.

"There are ways to fight this other than through violence," she said. "Pick up a pen. Pick up a pencil. Respond in kind."

**More on the France terror attacks:**
- **Terror cell members may be at large after Paris attacks**
- **Editorial: Obama let France down with #ParisMarch misstep**
- **Ward Sutton: If Islamists ran newsrooms**
- **1 million march in somber solidarity in Paris**
- **In Boston, a show of solidarity with France in wake of attacks**
- **Days after massacre, two hostage situations unfold in France**
- **Photos: Scenes from the two hostage situations**
- **Survivors recall a scene of horror at Paris magazine**
- **In the wake of Paris attack, extremists take to Twitter to celebrate**
- **Editor of Charlie Hebdo pushed defiant campaigns**
- **French weekly has often angered Muslims with cartoons**
- **Recent terror attacks in Western Europe**
- **2012 | Ideas: How blasphemy divides Arab world from West**

*Globe correspondent Melissa Hanson contributed to this report. Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her on Twitter @lauracrimaldi.*

SHOW 6 COMMENTS

# Voice from Yemen echoes as the West fights terror attacks

**By Scott Shane** | NEW YORK TIMES  JANUARY 11, 2015

NEW YORK — For more than five years now, as Western terrorism investigators have searched for critical influences behind the latest jihadi plot, one name has surfaced again and again.

In the failed attack on an airliner over Detroit in 2009, the stabbing of a British member of Parliament in London in 2010, the lethal bombing of the Boston Marathon in 2013, and now the machine-gunning of cartoonists and police officers in Paris, Anwar al-Awlaki has proved to be a sinister and durable inspiration.

CONTINUE READING BELOW

Two of those four attacks took place after Awlaki, the silver-tongued, US-born imam who joined Al Qaeda's branch in Yemen, was killed by a CIA drone strike in September 2011. In the age of YouTube, Awlaki's death — or martyrdom, in the view of his followers — has hardly reduced his impact.

The Internet magazine Inspire, which he oversaw along with another American, Samir Khan, has continued to spread not just militant rhetoric but also practical instructions on shooting and bomb-making.

In April 2013, investigators found that the two Tsarnaev brothers, the Chechens accused in the Boston Marathon bombing, had been deeply influenced by Awlaki and had gotten their bomb-making directions from Inspire magazine.

In effect, Awlaki has become a leading brand name in the world of armed jihad. He operated mainly in English, the language of global commerce, and has helped attract a diverse group of volunteers.

The four attacks were carried out by a Nigerian banker's son, a British college student, two Chechen immigrants to Massachusetts, and two Frenchmen of Algerian background. His pronouncements continue to provide a supposed religious rationale for thuggish acts vehemently denounced by the overwhelming majority of Muslims and Islamic authorities.

Awlaki also became the face in the West of Al Qaeda in the Arabian Peninsula, or AQAP, as it is widely known. Against the odds, the group, which was formally created in early 2009 by Yemeni and Saudi militants, has supplanted Al Qaeda's old core in Pakistan as the terrorist organization most feared by the United States and now, perhaps, by Europe as well.

> *In the age of YouTube, Anwar Awlaki's death — or martyrdom, to his followers — has hardly reduced his impact.*

Since it split with Al Qaeda a year ago, the Islamic State has seized the international spotlight, first with territorial gains and more recently with beheadings of journalists and other hostages. But if AQAP was behind the machine-gunning in Paris of journalists at the satirical newspaper Charlie Hebdo, then Al Qaeda may have regained the publicity advantage in its rivalry with its offshoot.

The evidence that Yemen's Al Qaeda branch, and the late Awlaki, had a role in preparations for the Paris assault has accumulated steadily since Wednesday's shootings. The two gunmen, identified by the French police as the brothers Saïd and Chérif Kouachi, seemed determined to attach the AQAP-Awlaki label to their shooting spree.

Witnesses heard the brothers yell to passers-by at the shooting scene to "tell the media that this is Al Qaeda in Yemen." They reportedly told the driver of a car they hijacked that their attack was in revenge for Awlaki's death.

Intelligence officials and witnesses said the older brother, Saïd Kouachi, 34, had spent time in Yemen between 2009 and 2012, getting firearms training from the Al Qaeda branch and, according to some reports, meeting with Awlaki.

According to a Yemeni journalist, Mohamed al-Kibsi, Saïd Kouachi roomed briefly in the Yemeni capital, Sana, with Umar Farouk Abdulmutallab, who tried to blow up an airliner over Detroit on Christmas Day in 2009 with explosives hidden in his underwear.

Abdulmutallab, who is serving a life sentence in federal prison, told the FBI that his plot was approved and partly directed by Awlaki.

And Chérif Kouachi, 32, in a brief telephone interview with a French television reporter before he was killed with his brother on Friday, firmly associated the attack with AQAP and its former propagandist.

"Awlaki's name still pops up pretty often in cases of Western radicals, but given the amount of time since his death, it is unusual to see a case where the suspects actually met him," said J.M. Berger, a fellow with the Brookings Institution's project on US relations with the Islamic world who has studied Awlaki.

"It reflects the long lead time on this plot," Berger said. "We may never know if this attack was formulated back then, or if the targets or particulars changed over time."

Awlaki was born in New Mexico in 1971 while his Yemeni father was a graduate student, went with his family to Yemen at the age of 7, and returned to the United States at 19 to study engineering at Colorado State University. He spent eight years as a highly successful imam at mosques in Denver, San Diego, and Washington, where he was a luncheon speaker at the Pentagon.

He came under FBI scrutiny briefly in 1999 for contacts with known militants, and again in 2002 when agents discovered that three of the Sept. 11, 2001, hijackers had worshiped in his mosques. The national Sept. 11 commission raised the possibility that Awlaki was part of a support network for the hijackers, but the FBI concluded that he had no prior knowledge of the plot.

In 2002, Awlaki moved to London, where he became a popular speaker and flirted more openly with militancy. After moving to Yemen in 2004, he began to espouse violent jihad against the United States and other countries he labeled enemies of Islam.

After the underwear bomb fizzled, President Obama, judging that the cleric was now an "operational" terrorist, sought and received a Justice Department legal opinion declaring that killing him without a trial, despite his American citizenship, would violate neither the law nor the Constitution.

During a 17-month manhunt, Awlaki helped AQAP send bombs in printer cartridges to the United States on cargo planes; a Saudi tip foiled the plan. But the cleric's followers kept getting arrested, including Roshonara Choudhry, who said, after listening to more than 100 hours of Awlaki's lectures, that she had stabbed a member of British Parliament who had voted for the Iraq War.

The drone strike that killed Awlaki also killed Samir Khan and two other Al Qaeda operatives, and two weeks later, another US strike killed Awlaki's son, infuriating many Yemenis. Officials have said the son, Abdulrahman al-Awlaki, was not the intended target.



0 COMMENTS

© 2015 BOSTON GLOBE MEDIA PARTNERS, LLC

SEARCH

WCVB 5 abc
BOSTON'S NEWS LEADER

GET UNLIMITED DIGITAL ACCESS
JUST 99¢ FOR 4 WEEKS
The New York Times
TRY IT NOW >

NEWS  WEATHER  U LOCAL  ON TV  CHRONICLE  TSARNAEV  HOMES  HEALTH  STAY AND PLAY  MARKETPLACE

Home / National News

Peter Bergen and Emily Schneider

# Bergen: How Kouachi brothers chose terrorism

Published  5:21 PM EST Jan 09, 2015

Share  0
Tweet  0
g+1  0

NEXT STORY
NFL player's heartbreaking update on daughter's cancer battle

**(CNN)** — **(CNN)** — Said and Cherif Kouachi, who are the leading suspects in Wednesday's attack on the magazine Charlie Hebdo in Paris, grew up in a world of poor job prospects, life in the French equivalent of the projects and prison time that is not untypical for the French "underclass," which is disproportionately Muslim.

**RELATED**
- Diana Nyad: Ex-Dolphin's amazing swim
- Searchers retrieve 2nd AirAsia black box
- 2016 GOP govs will have to defend...
- Opinion: Saudi flogging should...
- Gina Rodriguez, the Latina Meryl Streep?

On Friday, the two brothers were killed in a shootout with police, achieving their goal of a supposedly heroic "martyrdom." Before they died, one of the brothers spoke on the phone to a journalist from the French news network BFM saying, "We are just telling you that we are the defenders of Prophet Mohammed. I was sent, me, Cherif Kouachi, by al Qaeda in Yemen. I went there and Sheikh Anwar Al-Awlaki financed my trip... before he was killed."

Anwar al-Awlaki was a Yemeni American cleric born in New Mexico who spent much of his life in his native United States, but he left in 2002 when he became the subject of intense FBI scrutiny. He traveled first the United Kingdom and then to Yemen, where he joined al Qaeda, eventually rising to become the head of its operations to target the West.

Al-Awlaki was killed by a U.S. drone strike in Yemen in September 2011.

Cherif Kouachi, the younger of the brothers had dreams of being a successful rapper that fizzled and later worked in a series of menial jobs, including as a pizza delivery guy. He fell under the spell of a militant cleric in the 19th arrondissement, a gritty immigrant-dominated suburb of northeastern Paris that has little in common with the glamorous French capital city that is known to tourists.

He was arrested by French authorities in 2005 when he was about to leave to fight in Iraq.

He planned to travel to Iraq via Syria. This appears to be quite significant as the pipeline of Western "foreign fighters" traveling to Syria and then to Iraq during this time period was dominated by "al Qaeda in Iraq," which was a precursor both of the Nusra Front, which is al Qaeda's affiliate in Syria, and also of ISIS, which broke away from al Qaeda early last year.

He was sentenced to three years in prison in 2008 for recruiting fighters to join in the Iraq War alongside the notorious leader of the al Qaeda affiliate there, Abu Musab al Zarqawi, but didn't serve any time after the conviction; the judge ruled that his pretrial detention had been enough.

Nonetheless, Cherif's time in prison awaiting trial seems to have not only solidified his radicalization, but also connected him to people who were important in French militant circles While in pretrial detention, Cherif met Djamel Beghal, who was in prison for his role in an attempted attack against the U.S. Embassy in Paris in 2001.

Cherif and Beghal became friends and in 2010, when Beghal was released, he and Cherif allegedly planned the jail break of another radical Islamist who was serving a life sentence for his involvement in the bombing of the Musee d'Orsay train station in Paris in October 1995 that wounded 29 people.

But prosecutors couldn't prove the conspiracy, and Cherif was released.

**MOST POPULAR**

SLIDESHOWS  STORIES  VIDEOS

1. Historical photos: Boston's Great Molasses Flood 
2. Bostonians strip down to skivvies for No Pants Subway Ride
3. New data: Mass. residents with longest commutes
4. $1.9M city penthouse has amazing views, full parking
5. Monday snow: Hour-by-hour futurecast
6. Dirtiest places & things in your home

From the web

Forget The iPhone 6. Next Apple Sensation Leaked
The Motley Fool

What Your Last Name Means?
Ancestry

See The Latest Vines From The Detroit Auto Show
Michelin

Sponsored Links by Taboola

Forget The iPhone 6. Next Apple Sensation Leaked
The Motley Fool

What Your Last Name Means?
Ancestry

See The Latest Vines From The Detroit Auto Show
Michelin

Sponsored Links by Taboola

**FOLLOW US ON GOOGLE+**

While there is no particular economic profile of terrorists -- some are from privileged backgrounds and others are not -- it's interesting to note some of the similarities between the Kouachi brothers and the Tsarnaev brothers, who are alleged to have carried out the Boston Marathon bombings in 2013.

The Tsarnaev brothers grew up in a working-class household in Cambridge, Massachusetts. The elder brother Tamerlan had dreams of becoming a world-class boxer but was unemployed when he carried out the Boston attacks.

He had traveled to Dagestan in Russia in 2011 in an attempt to meet up with militants there. He also felt alienated from American society, telling an interviewer, "I don't have a single American friend." The Tsarnaevs were influenced by the jihadist propaganda of Awlaki.

The Tsarnaevs, however, are not typical of American Muslims. For Muslims in the United States the "American Dream" has, on average, worked fairly well. They are as educated as most Americans and have similar incomes.

This is often not the case for the Muslims of France, who make up the largest Muslim population of any country in the West. Consider that around 12% of the French population is Muslim, but as much as an astonishing 70% of its prison population is Muslim.

According to a researcher at Stanford University, Muslim immigrants in France are two-and-a-half times less likely to be called for a job interview than a similar Christian candidate and Muslim incomes are around 15% below their Christian counterparts.

Many Muslims, such as the Kouchai brothers, live in grim banlieue --suburbs of large French cities---that are not dissimilar to projects in the United States where there is little in the way of opportunity; they live divorced from mainstream French society.

According to the Renseignements Généraux, a police agency that monitors militants in France, half of the neighborhoods with a high Muslim population are isolated from French social and political life. The French term for these neighborhoods is "sensitive urban zones," where unemployment averages 45%.

In short for French Muslims, there is no "French Dream," nor, of course, any "EU Dream." It's also small wonder then that France has supplied more foreign fighters to the war in Syria -- around 700 -- than any other Western nation, including, possibly, one of the Kouachi brothers.

After a series of bombings in France in 1995 carried out by militants with links to the former French colony of Algeria that included the Musee' d'Orsay attack, French authorities enacted harsh anti-terrorism laws that allow prosecutors to charge the mere intention to commit an act of terror as a crime and also to hold those suspected of such crimes for up to three years as prosecutors investigated their cases.

Since then, France has been effective at thwarting terrorist attacks -- largely due to these laws and a robust intelligence service -- and only a few terror attacks, such as those that occurred this week have been successful. The laws, however, did not inhibit people from traveling to countries in the Middle East to join groups like ISIS and al Qaeda.

Indeed, it did not stop Said Kouachi, the older of the two brothers involved in Wednesday's attack, from traveling to Yemen to train with al Qaeda in 2011.

Because of the recent travel of hundreds of French fighters to the Middle East, the French Parliament adopted new anti-terrorism laws in November to prevent French nationals from traveling abroad to fight.

A travel ban can be imposed on French nationals when "there are serious reasons to believe that someone is planning to travel abroad to take part in terrorist activities..." The ban is effective for at least six months but can be renewed for up to two years.

The law also allows for blocking websites that "glorify terrorism" in an attempt to counter radicalization online.

With so many hundreds of French Islamist fighters traveling to the Middle East, hopefully, these kinds of measures will help to counter the kind of violence that took place in Paris over the course of


WCVB Channel ...
g+ Follow   +1


The New York Times
GET UNLIMITED DIGITAL ACCESS
JUST 99¢ FOR 4 WEEKS
TRY IT NOW >