UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 14, 2015

O'TOOLE, D.J.

The parties have moved to file under seal various documents related to individual voir dire of potential jurors. Among them are specific questions relating to potential jurors, who are identified both by name and by juror number. In order to protect the integrity of the jury selection process and the privacy of potential jurors, the motions (dkt. nos. 951 & 952) are GRANTED at this time.

I anticipate that the parties will be submitting analogous materials for future voir dire sessions.[1] No further motions to seal are necessary with respect to those materials for the reasons stated herein.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] Analogous to docket numbers 951-1 and 952-1.