FILED
UNITED STATES DISTRICT COURT OFFICE
DISTRICT OF MASSACHUSETTS

2015 JAN 14  PM 4 45

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | U.S. DISTR... |
| v. | ) | Crim. No. 13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | **FILED UNDER SEAL** |
| Defendant | ) | |

## GOVERNMENT'S SEALED MOTION TO FILE
## FOLLOW-UP QUESTIONS FOR INDIVIDUAL VOIR DIRE UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached Government's List of Follow-up Questions for Individual Voir Dire under seal. As grounds for this motion, the government states that the attached notice contains sensitive non-public information about the case, including juror information, the premature disclosure of which could be contrary to the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVE MELLIN
Trial Attorney, U.S. Dept. of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served via electronic mail to Judy Clarke, Esq., et al., counsel for Dzhokhar Tsarnaev, on January 14, 2015.

/s/ Aloke Chakravarty
ALOKE CHAKRAVARTY