FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

2015 JAN 14  PM 4 50

**SEALED**

U.S. DISTRICT
DISTRICT OF

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 13-CR10200-GAO |
| v. ) | |
| ) | |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## SEALED MOTION TO SEAL DEFENDANT'S PROPOSED FOLLOW-UP QUESTIONS RE VOIR DIRE

Defendant moves that this Court grant him leave to file both the instant Motion and the attached Defendant's Proposed Follow-up Questions Re Voir Dire under seal, per the Court's instruction.

Respectfully submitted,

/s/

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I hereby certify that this document was served by email upon counsel for the government this 14th day of January, 2015.

/s/

1