UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 16, 2015

O'TOOLE, D.J.

The defendant moves to file under seal Supplementary Requested Follow-Up Questions for individual voir dire. The motion (dkt. no. 956) is GRANTED at this time for the reasons set forth by the defendant.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge