UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 16, 2015

O'TOOLE, D.J.

The parties have moved to file under seal documents regarding individual voir dire of potential jurors. Among them are specific questions relating to potential jurors, who are identified both by name and by juror number. In order to protect the integrity of the jury selection process and the privacy of potential jurors, the motions (dkt. nos. 960 & 961) are GRANTED at this time.

As I explained to the parties in an Order dated January 14, 2015, I anticipate that the parties will be submitting analogous materials for future voir dire sessions pursuant to Paragraph 5 of the Order Regarding Jury Selection Procedures.[1] When the parties submit their separate reports regarding proposed follow-up issues or questions for prospective jurors, they may do so under seal without further leave. No further motions to seal are necessary with respect to those particular materials for the reasons stated herein.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] It is likely that the Order was not docketed and provided to counsel prior to their analogous filings on that same date.