UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
January 16, 2015

O'TOOLE, D.J.

The defendant has moved to file under seal various materials, including (1) a motion in limine regarding the exclusion of evidence of uncharged crimes, wrongs, and other acts; (2) documents related to pending Daubert motions; and (3) a status report, which includes notice of guilty-phase evidentiary issues. The motion (dkt. no. 933) is GRANTED at this time for the reasons stated by the defendant, as well as those articulated in the Court's December 9, 2014 Order sealing Daubert materials previously filed.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge