UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13-CR-10200-GAO |
| v. ) | |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## MOTION FOR LEAVE TO FILE REPLY

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the Court grant him leave to file a reply to the Government's Opposition to Defendant's Motion to Limit Testimony of Government Terrorism Experts [DE __ (under seal), filed Jan. 5. 2015). Defense counsel believe that the government's opposition has raised issues of law that require a response, primarily to distinguish the cases on which the government relies. In addition, the defendant wishes to briefly address relevance of the intense media coverage of the ongoing terrorist attacks in Paris to the issue raised by this motion.

Respectfully submitted,

DZHOKHAR TSARNAEV

by his attorneys

/s/ David S. Bruck

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document was served on counsel for the government by email on January 9, 2015.

*David I. Bruck*

2