Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110-1726
Tel. 617-951-8000
Fax: 617-951-8736
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Emma D. Hall**
Associate
+1.617.951.8194
emma.hall@bingham.com

January 20, 2015

**BY HAND**

Mr. Chris Danieli
Docket Clerk for the Honorable George A. O'Toole, Jr.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   *United States v. Dzhokar A. Tsarnaev, Criminal Action No. 1:13-cr-10200-GAO*

Dear Mr. Danieli:

Enclosed for filing in the above-referenced action please find the Motion of Boston Globe Media Partners, LLP to Modify Order Concerning Press Presence During Jury Selection. Kindly date stamp the enclosed copy and return it to the awaiting messenger. Per your instruction, I am also sending the enclosed motion as a PDF via email.

Thank you very much for your attention to this matter.

Sincerely,

*[signature]*

Emma D. Hall

EDH
Enclosure