| CLARKE & RICE, APC | FEDERAL PUBLIC DEFENDER OFFICE | DAVID I. BRUCK |
|---|---|---|
| 1010 SECOND AVENUE, STE. 1800 | DISTRICT OF MASSACHUSETTS | 220 SYDNEY LEWIS HALL |
| SAN DIEGO, CALIFORNIA 92101 | 51 SLEEPER STREET, FIFTH FLOOR | LEXINGTON, VA 24450 |
| (619) 308-8484 | BOSTON, MASSACHUSETTS 02210 | (540) 458-8188 |
| | (617) 223-8061 | |

January 23, 2015

Christopher Danieli,
Docket Clerk
Hon. George A. O'Toole
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

   Re: United States v. Dzhokhar Tsarnaev
     <u>Criminal No. 13-10200- GAO</u>

Dear Mr. Danieli:

  Yesterday, Judge O'Toole directed that the defendant file under seal a redacted version of Docket Entry 981, the defendant's Memorandum in Support the Third Motion to Change Venue. The redacted version is enclosed.

  Thank you for your attention to this matter. Please feel free to contact us with any questions.

         Sincerely,

         /s/ Timothy Watkins
         David I. Bruck
         Judy Clarke
         Miriam Conrad
         William Fick
         Timothy Watkins

         Counsel for Dzhokhar Tsarnaev

cc: AUSA Aloke Chakravarty (by email)
   AUSA Steven Mellin (by email)
   AUSA Nadine Pellegrini (by email)
   AUSA William Weinreb (by email)