UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**MOTION FOR LEAVE TO FILE**
**REPLY TO THE GOVERNMENT'S OPPOSITION TO**
**THIRD MOTION FOR CHANGE OF VENUE**

Defendant, by and through counsel, respectfully requests leave to file a reply to the

government's Opposition to Defendant's Third Motion for Change of Venue [DE 992].  As

grounds therefor, the government's opposition cites features of the ongoing voir dire procedure

as support of its contention that a change of venue is unwarranted.  *See* Gov't Opp. at 4, 7, 8-9.

Defendant requests the opportunity through a reply to similarly cite issues arising after the filing

of the defendant's motion and initial memorandum.  Should leave be granted, defendant will file

the reply by the close of business tomorrow, January 29, 2015.

Respectfully submitted,

DZHOKHAR TSARNAEV

By his attorneys

*/s/* Timothy G. Watkins

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 28, 2015.

/s/ Timothy G. Watkins