UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**MOTION TO FILE
REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S
THIRD MOTION FOR CHANGE OF VENUE UNDER SEAL**

Defendant's Reply to the Government's Opposition to Defendant's Third Motion for Change of Venue cites examples of potential juror bias and prejudice addressed during both public and sidebar discussion and refers to arguments made to the Court in motions to strike jurors and the Court's comments regarding the arguments, all of which are presently under seal. For that reason, and in an abundance of caution, the defendant files the fully Reply under seal, leaving it to the discretion of the Court whether it may be filed on the public docket. Counsel attach to this Motion a version of the Reply that redacts references to the questionnaires and sealed transcripts as well as references to the arguments and decisions on motions to strike.

Respectfully submitted,

DZHOKHAR TSARNAEV

By his attorneys

*/s/* William W. Fick

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800

San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
    51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 30, 2015.

/s/ William W. Fick