UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) |
| | ) CRIMINAL ACTION |
| DZHOKHAR A. TSARNAEV, | ) NO. 1:13-cr-10200-GAO |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION OF (1) TRUSTEES OF BOSTON UNIVERSITY, D/B/A WBUR-FM AND (2) CABLE NEWS NETWORK, INC. FOR (A) PUBLIC ACCESS TO LEGAL RULINGS ON CHALLENGES FOR CAUSE; AND (B) TO MODIFY ORDER CONCERNING PRESS PRESENCE DURING JURY SELECTION**

Movants Trustees of Boston University, D/B/A WBUR-FM and Cable News Network, Inc. respectfully request that the Court enter an order:

1. Permitting public access to the portions of judicial proceedings in which the Court rules on challenges for cause or, in the alternative, public access to written orders reflecting the Court's rulings on challenges for cause, including the juror numbers of those excused for cause; and

2. Permitting members of the press to be present during jury selection to the extent Courtroom 9 provides adequate space for appropriate seating; or (b) in the alternative, expand the pool to permit 18 members of the press to be present in the courtroom.

Movants respectfully incorporate by reference the arguments contained in the two motions currently before the Court on two issues. See Docket #976 (filed January 20, 2015) and Docket #991 (filed January 28, 2015).

A/76666708.1

Respectfully submitted,

**TRUSTEES OF BOSTON UNIVERSITY, D/B/A WBUR-FM AND CABLE NEWS NETWORK, INC.**

By their attorneys,

/s/Emma D. Hall
Jonathan M. Albano BBO #013850
jonathan.albano@morganlewis.com
Emma D. Hall BBO #687947
emma.hall@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Federal Street
Boston, MA  02110-1726
Phone: 617-951-8000
Fax:    617-951-8736

Dated: February 3, 2015

### CERTIFICATE OF SERVICE

I, Emma D. Hall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2015.

/s/Emma D. Hall
Emma D. Hall