UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## MOTION TO STAY JURY SELECTION

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves to stay jury selection in this matter pending disposition by the First Circuit Court of Appeals of the defendant's Second Petition for Mandamus, filed today. The Petition for Mandamus (redacted public copy appended hereto, sealed unredacted copy submitted separately) requests that the Court of Appeals order this Court to grant a change of venue or, in the alternative, to stay jury selection pending this Court's resolution of Mr. Tsarnaev's Third Motion to Change Venue and, if denied, to continue the stay pending consideration of the Second Petition.

A stay should be granted in the interests of judicial economy and to ensure public confidence in the fairness of the proceedings.

    Respectfully submitted,

    DZHOKHAR TSARNAEV
    by his attorneys

    */s/*    William W. Fick

    Judy Clarke, Esq. (CA Bar # 76071)
    CLARKE & RICE, APC
    1010 Second Avenue, Suite 1800
    San Diego, CA 92101

(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2015.

/s/   William W. Fick