FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS** 2015 FEB 5 PM 1 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim No.13-10200-GAO |
| | ) | |
| **DZHOKHAR A. TSARNAEV,** | ) | **FILED UNDER SEAL** |
| **Defendant** | ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S STATUS REPORT AND NOTICE OF GUILT PHASE EVIDENTIARY ISSUES AND OBJECTIONS UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached response to defendant's status report and notice of guilt phase evidentiary issues and objections under seal. As grounds for this motion, the government relies on substantially the same reasons given by defendant in his motion to file his status report and notice of guilt phase evidentiary issues and objections under seal.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARY
NADINE PELLEGRINI
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that this document will be sent via electronic mail to Judy Clarke, Esq., counsel for Dzhokhar Tsarnaev, on February 4, 2015

.

*/s/ William D. Weinreb*
WILLIAM D. WEINREB