UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## MOTION FOR LEAVE TO FILE REPLY

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests leave to file a Reply to the government's Opposition [DE 1036] to his Motion for Leave to Reference and/or Quote Certain Materials in Public Filings [DE 1032]. The proposed reply, attached hereto, will assist the Court in adjudicating the motion by responding to matters raised in the government's Opposition and by narrowing and focusing issues in dispute.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

/s/     William W. Fick

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

1

                                        Miriam Conrad, Esq. (BBO # 550223)
                                        Timothy Watkins, Esq. (BBO # 567992)
                                        William Fick, Esq. (BBO # 650562)
                                        FEDERAL PUBLIC DEFENDER OFFICE
                                        51 Sleeper Street, 5th Floor
                                        (617) 223-8061
                                        MIRIAM_CONRAD@FD.ORG
                                        TIMOTHY_WATKINS@FD.ORG
                                        WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 15, 2015.

                                    */s/ William W. Fick*