UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**SEALED MOTION FOR LEAVE TO FILE**
**UNDER SEAL MOTION TO EXCUSE JUROR 75 FOR CAUSE**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the Court grant him leave to file under seal the accompanying Motion to Excuse Juror 75 for Cause. As grounds therefor, undersigned counsel state that cause challenges are being handled at sidebar and are not being made part of the public record at this time.

Respectfully submitted,

/s/ David I. Bruck
David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins

Counsel for Dzhokhar Tsarnaev

## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that true copies of this document were served upon Assistant U.S. Attorneys William Weinreb, Aloke Chakravarty, Nadine Pellegrini, and Steven Mellin hand delivery on February 17, 2015.

Timothy Watkins