UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | **FILED UNDER SEAL** |
| **Defendant** ) | |

## GOVERNMENT'S SEALED MOTION TO FILE
## MOTION TO STRIKE UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached Motion to Strike under seal. As grounds for this motion, the government states that the attached notice contains sensitive non-public information about the jury selection process, including juror information, the pre-mature disclosure of which could be contrary to the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVE MELLIN
Trial Attorney, U.S. Dept. of Justice

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served in hand to counsel for Dzhokhar Tsarnaev, on February 17, 2015.

/s/ Aloke Chakravarty
ALOKE CHAKRAVARTY