FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2015 FEB 23 PM 3 01

**FILED UNDER SEAL**

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## SEALED MOTION TO SEAL DEFENDANT'S MOTION TO STRIKE AND CORRECT CERTIFICATES OF SERVICE AND TO ENLARGE TIME TO FILE OPPOSITION TO GOVERNMENT MOTIONS IN LIMINE

Defendant moves that the Court grant him leave to file the attached Motion to Strike and to Correct Certificates of Service and to Enlarge Time to File Opposition to Government Motions in Limine under seal. The request to seal is made because this Motion addresses motions that have been filed under seal.

Respectfully submitted,

/s/ David I. Bruck

David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins

Counsel for Dzhokhar Tsarnaev

## CERTIFICATE OF SERVICE

I hereby certify that true copies of this document were served upon Assistant U.S. Attorneys William Weinreb, Aloke Chakravarty, Nadine Pellegrini, and Steven Mellin by delivery to the office of the U.S. Attorney and email on February 23, 2015.

_____