UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | UNDER SEAL |
| Defendant ) | |

## MOTION TO FILE RESPONSE TO DEFENDANT'S MOTION TO STRIKE AND TO CORRECT CERTIFICATES OF SERVICE AND TO ENLARGE TIME UNDER SEAL

The United States of America, by and through undersigned counsel, respectfully requests leave to file the attached response to Tsarnaev's motion to strike and to correct certificates of service and to enlarge time under seal. As grounds for this motion, the government states that this motion relates to other motions that have been filed under seal.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:    /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
   Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on February 23, 2015, by electronic mail on Dzhokhar Tsarnaev's counsel, Judy Clarke, Esq.

*/s/ William D. Weinreb*
WILLIAM D. WEINREB