UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | UNDER SEAL |
| Defendant | ) | |

### RESPONSE TO DEFENDANT'S MOTION TO STRIKE AND TO CORRECT CERTIFICATES OF SERVICE AND TO ENLARGE TIME TO FILE OPPOSITION TO GOVERNMENT MOTIONS IN LIMINE

Tsarnaev's motion to strike and correct certificates of service correctly states that the government inadvertently failed to serve him with a number of sealed pleadings on the dates specified in the pleadings' certificates of service. The government regrets this error.

The government agrees that the record should reflect the dates on which the pleadings were actually served. Tsarnaev's motion accurately sets forth those dates. If more is needed to clarify the record, the government will take whatever steps the Court deems necessary.

The Court's November 13, 2014, Scheduling Order directed that motions in limine be filed on Monday, December 29, 2014, and that responses, if any, be filed seven days later, on Monday, January 5, 2015. The government therefore requests that the Court order Tsarnaev to respond to the recently-served motions in limine by March 2, 2015. (Although the government served the motions on February 21, 2015, when it discovered its error, that was a Saturday, so the government has calculated the seven-day period as if the motions had been served on the following Monday.)

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:     /s/ William D. Weinreb
        WILLIAM D. WEINREB
        ALOKE S. CHAKRAVARTY
        NADINE PELLEGRINI
          Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on February 23, 2015, by electronic mail on Dzhokhar Tsarnaev's counsel, Judy Clarke, Esq.

*/s/ William D. Weinreb*
WILLIAM D. WEINREB