UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
February 24, 2015

O'TOOLE, D.J.

The parties have moved to file under seal various documents related to individual voir dire of potential jurors. The materials include details about jury selection. In the case of the defendant's motions, the materials also include sensitive and personal identifying information about potential jurors, such as the names of jurors and family members (including a minor child), birthdates, criminal records, home addresses, financial account numbers, and significant financial information. In order to protect the integrity of the jury selection process and the privacy of prospective jurors, the motions (dkt. nos. 994, 1042, and 1055) are GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge