UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
February 24, 2015

O'TOOLE, D.J.

The parties have filed motions to seal various materials regarding in limine motions. The materials reference issues and facts which are not now and may never be in evidence. Some of the materials also concern criminal discovery exchanged between the parties. Therefore, the motions to seal (dkt. nos. 1017, 1059, and 1060) are GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge