FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2015 FEB 25  PM 2 16

**FILED UNDER SEAL**

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### SEALED MOTION TO SEAL AND FOR LEAVE TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO DEFNENDANT'S MOTION TO BAR SPOLIATION OF BOAT WRITINGS AND TO MAKE BOAT AVAILABLE TO JURY

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves for leave to file a Reply to the Government's Opposition ("Opp.") [DE 944] to Defendant's Motion to Bar Spoliation of Boat Writings and to Make Boat Available to Jury [DE 918] and to do so under seal.

As grounds therefor, the filing should be sealed because prior filings in connection with the motion were made under seal. A reply will assist the Court by focusing issues in dispute and responding to matters raised in the government's Opposition.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

_____

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101

1

(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that I have caused this document to be served upon counsel for the United States buy e-mail PDF on February 25, 2015.

_____