FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 15 FEB 25 PM 2 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| | ) | FILED UNDER SEAL |
| DZHOKHAR A. TSARNAEV, | ) | |
| Defendant | ) | |

## SEALED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the three attached documents under seal. As grounds for this motion, the government states that the documents are oppositions to motions that the Court has allowed Tsarnaev to file under seal, and it would defeat the purpose of those sealing orders if these documents were not also filed under seal

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ William Weinreb
William D. Weinreb
Aloke S. Chakravarty
Nadine Pellegrini
Assistant U.S. Attorneys

### Certificate of Service

I hereby certify that a copy of this document was served by electronic mail on Dzhokhar Tsarnaev's counsel, Miriam Conrad, Esq., Federal Public Defender Service, on January 4, 2015.

/s/ William Weinreb
William Weinreb