FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | UNDER SEAL |
| Defendant ) | |

## GOVERNMENT'S MOTION TO SEAL ITS OPPOSITION TO DEFENDANT'S MOTION TO FORGO USE OF THE FJC ORIENTATION VIDEO

The United States, by and through undersigned counsel, moves to seal the attached opposition. As grounds therefor, the government states that the opposition is to a motion that Tsarnaev has moved to seal. Tsarnaev's motion to seal states that his motion addresses issues discussed during an in camera session with the parties regarding jury selection, and that sealing is appropriate to protect the fairness of the jury selection process in this case.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVEN MELLIN
Trial Attorney, U.S. Department of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document was served by electronic mail on Dzhokhar Tsarnaev's attorney, Judy Clarke, Esq., on January 4, 2015.

/s/ William D. Weinreb
WILLIAM D. WEINREB