UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
February 26, 2015

O'TOOLE, D.J.

The parties have moved to file under seal various filings, including materials regarding (1) jury selection; (2) discovery and witness disclosures; (3) motions in limine; and (4) and the presentation of other potential evidence. The motions (dkt. nos. 1073, 1074, 1077, and 1078) are GRANTED at this time for the reasons stated by the parties and prior orders granting motions to seal similar materials. The defendant's request for leave to file a reply brief under seal (dkt. no. 1076) is GRANTED as well.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge