UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV   ) | |

**SEALED MOTION FOR LEAVE TO FILE
UNDER SEAL MOTIONS TO EXCUSE JURORS 263 AND 425 FOR CAUSE**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the Court grant him leave to file under seal the accompanying Motions to Excuse Jurors 263 and 425 for cause. As grounds therefor, undersigned counsel state that cause challenges contain sensitive personal information about jurors, are being handled at sidebar, and are not being made part of the public record.

Respectfully submitted,

/s/ David I. Bruck

David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins

Counsel for Dzhokhar Tsarnaev

## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that true copies of this document were served upon Assistant U.S. Attorneys William Weinreb, Aloke Chakravarty, Nadine Pellegrini, and Steven Mellin by email and interoffice delivery on February 26, 2015.

Timothy Watkins