UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
February 27, 2015

O'TOOLE, D.J.

The defendant has moved to file under seal two motions regarding prospective jurors. The materials include details about jury selection, as well as sensitive and personally identifying information about prospective jurors. In order to protect the integrity of the jury selection process and the privacy of prospective jurors, the motion to seal (dkt. no. 1094) is GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge