FILED
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED UNDER SEAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

### SEALED MOTION TO SEAL DEFENDANT'S MOTIONS CHALLENGING JURORS 138 AND 286

Defendant moves that the Court grant him leave to file the Motions to Excuse Jurors 138 and 286 under seal, as they pertain to jury selection proceedings that the Court has kept under seal in order to protect the effectiveness and integrity of the jury selection process.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

/s/ Miriam Conrad
Miriam Conrad

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document was served by email and hand delivery upon counsel for the government this 27th day of February, 2015.

_____
Miriam Conrad