

Search Facebook | Olga | Home 20+ | Find Friends

**Mike Neal** at John Joseph Moakley United States Courthouse
January 5 ·

Jury duty....this should be interesting...couple thousand people already here

Share

13 people like this.

[redacted] How'd you get stuck going to Boston?
January 5 at 7:16am

[redacted] Did you get picked for the marathon bomber trial!!! ???
That's awesome!
January 5 at 7:17am

**Mike Neal** Ya awesome alright haha there's like 1000s of people
January 5 at 7:17am · 1

[redacted] If you're really on jury duty, this guys got no shot in hell.
January 5 at 8:12am

[redacted] OMG you could be on this jury!!!
January 5 at 8:18am

[redacted] 1200 people it's one out of 100 chance
January 5 at 8:18am

[redacted] They're gonna take one look at you and tell you to beat it
January 5 at 10:08am · 5

[redacted] Did you get selected?
January 5 at 10:11am

**Mike Neal** There's 1200 or so of us...250 a day mon-fri this week go in full out survey 100's of ques and then we call back to see when we go back and they select 18 of us out of the 1200 but single people out one by one over the next month they are telling me the process will take until the 23rd or 24th...then the whole trial it self is going to be 3-4 months they say
January 5 at 1:14pm · 2

**Mike Neal** Shud be crazy he was legit like ten feet infront of me today with his 5 or 6 team of lawyers...can't say much else about it tho...that's against the rules
January 5 at 1:22pm · 2

[redacted] Whoa!!
January 5 at 1:48pm

[redacted] Since when does Mike Neal care about rules?
January 5 at 1:53pm · 3

[redacted] Play the part so u get on the jury then send him to jail where he will be taken care of
January 5 at 2:06pm

**Mike Neal** When the Feds are involved id rather not take my chances...them locals tho...pishhh ain't no thaang
January 5 at 2:09pm · 2

[redacted] Yea super careful bc should you get picked any mention of anything can get you booted or call for mistrial..
January 5 at 3:49pm

English (US) · Privacy · Advertising · More
Facebook © 2015

Валерия Боднева
Вера Кошина
Анна Данилина
Alicia George Hutton
Lisa Espenschade
Bernadine Joselyn
Marina Kruglyanskaya
Anne Barnard
Bill Fick
Elena Getmanova
Jack Bardy
Elena Migunova
Elena Gorodensky
Tatyana Plaksina
Irene Finkelstein
Elal Katz
Rebecca Mayne
Lara Gerdes
Thanasis Cambanis

Turn on chat to see who's available.

Search

# EXHIBIT A



## HerLadyship
@Kim43071

Love the Boston Red Sox, New England Patriots, Mom of two boys, Reality TV junkie..

📍 Massachusetts, Boston

🕐 Joined March 2009



Case 1:13-cr-10200-GAO   Document 1100-4 *SEALED*   Filed 02/27/15   Page 3 of 15

HerLadyship retweeted

██████   ████   ████████   15 Apr 2013

Twitter is great source of info during a crisis. Only downside is accuracy suffers in quest to be first. #prayforboston

↩   ⟲ 22   ★ 3   •••

HerLadyship retweeted

**Breaking News Feed** @PzFeed   15 Apr 2013

BOSTON: POLICE AND FBI URGING ANYONE WITH VIDEO OF THE FINISH LINE AT THE TIME OF THE EXPLOSION SHOULD PLEASE COME FORWARD. RETWEET.

↩   ⟲ 24K   ★ 879   •••

Case 1:13-cr-10200-GAO  Document 1100-4 *SEALED*  Filed 02/27/15  Page 4 of 15



HerLadyship retweeted

**Boston EMS** @BOSTON_EMS  19 Apr 2013

Monday started in celebration and ended in tragedy. Today began in tragedy and ended in celebration. You can't keep us down. #BostonStrong

↩  ⟲ 2.8K   ★ 952   •••

HerLadyship retweeted

██████████  19 Apr 2013

Sleep tight #Boston! #Bostonyou'remyhome

↩  ⟲ 2   ★ 3   •••

HerLadyship retweeted

██████████  19 Apr 2013

Congratulations to all of the law enforcement professionals who worked so hard and went through hell to bring in that piece of garbage.

↩  ⟲ 1   ★ 2   •••

HerLadyship retweeted

██████████  19 Apr 2013

Told y'all, Welcome To Boston The City Of CHAMPS! We get our shit DONE! #BostonStrong #617 🍀❤️🚒🚨🚑💂👌

↩  ⟲ 24   ★ 4   •••

Case 1:13-cr-10200-GAO   Document 1100-4 *SEALED*   Filed 02/27/15   Page 5 of 15

**HerLadyship** @Kim43071 · 15 Apr 2013
Need something to make you smile and warm your heart after today's
tragedy at #BostonMarathon , take a look at #BostonHelp

↩    ⇄ 1    ★    · · ·

22

HerLadyship retweeted

**Mike Reiss** @MikeReiss   16 Apr 2013
1st-year #Patriots WR @DannyAmendola pledges to donate $100 for
each '13 reception to Boston Marathon Relief Fund & $200 for each drop.

↩    ↻ 549    ☆ 137    •••

HerLadyship retweeted

████████ ████████ · 16 Apr 2013
The forgotten heroes of the day are the surgeons doing nonstop surgery
all day at some of the best hospitals in the world. Saving many lives

↩    ↻ 10    ☆ 5    •••

HerLadyship retweeted

**Boston Fire Dept.** @BostonFire · 16 Apr 2013
A sad day but a day where training, pre-planning, unified command and a
quick first response by many saved lives. Thanks to All!

↩    ↻ 595    ☆ 158    •••

23

HerLadyship retweeted

**FOX 25 News Boston** @fox25news · Apr 17

.@UMassBoston says bomb threat reported in Wheatley Building. Students and faculty told to evacuate, avoid building #breaking #fox25

74     12     ...

Case 1:13-cr-10200-GAO   Document 1100-4 *SEALED*   Filed 02/27/15   Page 7 of 15

**HerLadyship** @Kim43071 · 19 Apr 2013
They must've got some blood test back and know this kid is just bleeding to death somewhere #bostonbombing

**HerLadyship** @Kim43071 · 19 Apr 2013
[redacted] it's worse having to work knowing ur family is locked down at home!! Finally home locked down w/them #boston

View conversation

**HerLadyship** @Kim43071 · 19 Apr 2013
Love this!!!

BOSTON
STRONG
BOSTON ATHLETIC ASSOCIATION
BOSTON MARATHON
2013
BOSTON CELTICS

1 1

View more photos and videos

Case 1:13-cr-10200-GAO   Document 1100-4 *SEALED*   Filed 02/27/15   Page 9 of 15

**HerLadyship** @Kim43071 · Apr 23
Breaking: 29-year-old senior student has been arrested in connection with  threats at @UMASSBOSTON #7news" @MikeDoesTweets



Case 1:13-cr-10200-GAO   Document 1100-4 *SEALED*   Filed 02/27/15   Page 10 of 15



Case 1:13-cr-10200-GAO   Document 1100-4 *SEALED*   Filed 02/27/15   Page 11 of 15



 **Braintree Police** @BraintreePolice  20 Apr 2013
Officer Donohue and Officer Collier... Graduation day at the
MBTA Police Academy. Please keep both in your prayers

⤷  225  ★ 85  •••

Case 1:13-cr-10200-GAO   Document 1100-4 *SEALED*   Filed 02/27/15   Page 13 of 15

HerLadyship retweeted

**The Boston Globe** @BostonGlobe   13 Oct 2013
Marathon bombing victim Jane Richard sang the national anthem with other children from St. Ann's Parish at Fenway



↩    ♺ 146    ★ 93    • • •          View more photos and videos

HerLadyship retweeted

▊  █████████████   ███████████   13 Oct 2013
I can't believe little Jane Richard sang the National Anthem at the @RedSox game and we didn't get to see it! Ugh! #BostonStrong

↩    ♺ 2    ★ 2    • • •

 HerLadyship retweeted

 **Boston Police Dept.** @bostonpolice · Apr 19

#BostonStrong: Henry Richard, Martin's older brother, seen running strong in today's BAA Youth 2014 Relay Races.



953    1.3K    ● ● ●    View more photos and videos

**HerLadyship** @Kim43071   15 Apr 2013

Little 8yr old boy that was killed at marathon, was a Savin Hill little leaguer :-( RIP little man #Dorchester  #bostonmarathon

2       1

HerLadyship retweeted

15 Apr 2013

Please be patient & polite to officers who will be doing extra security checks in #Boston. They're trying to keep us all safe.

12

Case 1:13-cr-10200-GAO   Document 1100-4 *SEALED*   Filed 02/27/15   Page 15 of 15