FILED
IN CLERKS OFFICE

2015 MAR 2 AM 11 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.13-10200-GAO |
| ) | |
| ) | FILED UNDER SEAL |
| DZHOKHAR A. TSARNAEV, ) | |
| Defendant ) | |

## SEALED MOTION FOR LEAVE TO
## FILE DOCUMENTS NUNC PRO TUNC AND UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully requests leave to file the attached Opposition to Defendant's Last-Minute Motions to Strike Qualified Jurors and Supplemental Opposition to Defendant's Last-Minute Motions to Strike Qualified Jurors under seal. As grounds for this motion, the government states that the oppositions refer to sealed matters and are a response to motions that are themselves under seal.

The United States also requests that the attached Opposition be filed, nunc pro tunc, on February 28, 2015, the day it was filed with the Court (and served on the defendant) via electronic mail, and that the attached Supplemental Opposition be filed, nunc pro tunc, on March 1, 2015, the day it was filed with the Court (and served on the defendant) via electronic mail. As grounds for this motion, the government states that the dates on which Tsarnaev filed his motions to strike left the government inadequate time to respond, forcing the government to file its oppositions over the weekend, when it was impossible to file them under seal with the Clerk.

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

By:    /s/ William Weinreb
        William D. Weinreb
        Aloke S. Chakravarty
        Nadine Pellegrini
        Assistant U.S. Attorneys
        Steven Mellin
        Trial Attorney, Department of Justice

**Certificate of Service**

I hereby certify that a copy of this document was served by hand on counsel of record for Dzhokhar Tsarnaev's on March 2, 2015.

                              /s/ William Weinreb
                              William Weinreb