Exhibit A page 1



Exhibit A page 2



Exhibit A page 3

