UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Criminal Action |
| v. | ) No. 13-10200-GAO |
| | ) |
| DZHOKHAR A. TSARNAEV, also | ) |
| known as Jahar Tsarni, | ) |
| | ) |
| Defendant. | ) |
| | ) |

BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

**EXCERPT**
**JURY TRIAL - DAY TWENTY-SEVEN**

**OPENING STATEMENT BY MR. WEINREB**

John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Wednesday, March 4, 2015
9:50 a.m.

Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: William D. Weinreb, Aloke Chakravarty and
 3              Nadine Pellegrini, Assistant U.S. Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6         By: Steven D. Mellin, Assistant U.S. Attorney
           Capital Case Section
 7         1331 F Street, N.W.
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         FEDERAL PUBLIC DEFENDER OFFICE
           By: Miriam Conrad, William W. Fick and Timothy G. Watkins,
10              Federal Public Defenders
           51 Sleeper Street
11         Fifth Floor
           Boston, Massachusetts  02210
12         - and -
           CLARKE & RICE, APC
13         By: Judy Clarke, Esq.
           1010 Second Avenue
14         Suite 1800
           San Diego, California  92101
15         - and -
           LAW OFFICE OF DAVID I. BRUCK
16         By: David I. Bruck, Esq.
           220 Sydney Lewis Hall
17         Lexington, Virginia  24450
           On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

<u>P R O C E E D I N G S</u>

* * *

MR. WEINREB:  Good morning.

THE JURORS:  Good morning.

MR. WEINREB:  Nearly two years ago, on Marathon Monday, the defendant, Jahar Tsarnaev, rounded the corner onto Boylston Street and began walking towards the Boston Marathon finish line.  It was about 2:30 in the afternoon.  The race had started about six hours earlier, and the sidewalks were packed with spectators.  The Red Sox game had just ended, and people were pouring out of Fenway Park, making the crowds even bigger. There were people from all over the world and all walks of life -- men, women, boys, girls -- all loudly cheering on the runners.  And because Marathon Monday falls on Patriots' Day, the school holiday, there were plenty of families enjoying the special day with their children.

But the defendant wasn't there to watch the race.  He had a backpack over his shoulder, and inside that backpack was a homemade bomb.  It was the type of bomb favored by terrorists because it's designed to tear people apart and create a bloody spectacle.  It was a sealed pressure cooker about this wide and this high, and it was filled with explosive powder and thousands of pieces of tiny shrapnel:  nails, tacks, and little BBs.  The purpose of that type of bomb is to shred flesh, shatter bone, set people on fire, and cause its victims to die

1   painful, bloody deaths and permanent disfigurement.

2           The defendant's goal that day was to my maim and kill

3   as many people as possible, so he took his time figuring out

4   where to plant his bomb.  He began walking slowly down towards

5   the finish line with his brother, Tamerlan, who was also

6   carrying a bomb in his own knapsack.  They walked a little ways

7   together, and then they split up.

8           Tamerlan continued all the way down to the finish line

9   and planted his bomb there in a crowd of people.  The defendant

10  waited a bit and then started walking in the same direction.

11  He decided to stop in front of a crowded restaurant called

12  Forum, and to place his bomb right behind a row of children who

13  were standing on a railing by a curb -- the curb watching the

14  race.

15          One of those children was an eight-year-old boy named

16  Martin Richard who was watching the race with his family.  No

17  one noticed the defendant plant the bomb because there was

18  nothing out of the ordinary to see.  He just got there, slipped

19  his backpack onto the ground, and stood there looking at the

20  backs of those children.  He pretended to be a spectator, but

21  he had murder in his heart, although you wouldn't have known it

22  just to look at him.

23          The defendant looked and acted like a typical young

24  adult, but the evidence will show that he wasn't.  He had a

25  side to him that he kept hidden, even from his closest friends.

1    When he was with his friends, he hung out and played video

2    games.  But when he was by himself, he read terrorist writings

3    and listened to terrorist lectures.  Those writings and

4    lectures convinced him that he should kill innocent Americans

5    in order to punish the United States for mistreating Muslims in

6    other countries.  And by doing so, he thought he would earn a

7    place in paradise, which explains what happened next.

8         The defendant stood there for nearly four minutes

9    directly behind the row of children who were watching the race.

10   Dozens of people stood around him, and dozens more were behind

11   him in the Forum restaurant enjoying a meal with friends,

12   cheering on the runners, or just enjoying the day.  Then when

13   the defendant had given his brother, Tamerlan, enough time to

14   get into place, he called Tamerlan on the phone and spoke to

15   him for about 20 seconds.  About ten seconds later, Tamerlan

16   detonated his bomb.  A few seconds after that, the defendant

17   walked briskly back the way he had come, leaving his own bomb

18   behind him on the ground.  When he was a safe distance away, he

19   detonated the bomb by remote control.

20        The explosions from the two bombs were terrifying.

21   They made a defining roar and created fireballs several stories

22   high.  The air filled with the smell of burning sulphur and

23   people's screams.  Pieces of the pressure cookers and thousands

24   of pieces of tiny shrapnel were propelled with huge force in

25   every direction.  Some of them landed hundreds of feet away.

1        The defendant's bomb exploded in the middle of a crowd

2   of people.  Pieces of the pressure cooker and bits of shrapnel

3   tore through them, shredding their flesh and severing their

4   arteries.  The explosion deafened many of them and set others

5   on fire.  Some of them were blinded.  Many had a leg or a foot

6   blown off their bodies, and some bled to death on the pavement

7   while the defendant ran away.

8        One person the defendant murdered that day was Martin

9   Richard.  As I said earlier, he was one of the children

10  standing on the railing watching the race.  Martin was eight

11  years old.  He was at the marathon with his father, Bill

12  Richard; his mother, Denise; his six-year-old daughter [*sic*],

13  Jane; and his 11-year-old brother, Henry.  They were all

14  standing together waiting for a family friend to cross the

15  finish line.

16       The bomb tore large chunks of flesh out of Martin's

17  body.  As the smoke cleared, Denise Richard found her little

18  boy lying on the ground and tried to comfort him.  She could

19  only half see him because the bomb had permanently blinded her

20  in one eye.  Martin bled to death on the sidewalk as she looked

21  helplessly on.  Bill Richard, who had been blown into the

22  street, came back to the curb and reached out to Jane to pick

23  her up off the sidewalk.  When she tried to stand up, she fell

24  down again because her leg was no longer attached to her body.

25       Another person the defendant murdered that day is

1    Lingzi Lu, a student at Boston University.  She was a

2    23-year-old known for her kindness and her passion for music.

3    She was at the marathon with her friend, Danling.  They just

4    happened to be walking by the Forum restaurant when the bomb

5    went off.  That blast knocked Danling to the ground.  When she

6    opened her eyes, she saw a man in front of her missing his leg.

7    She looked down to see if her own legs were still there, and

8    she saw that her insides were coming out of her stomach, so she

9    used her hands to push them back in.  She looked around to find

10   her friend and saw her lying a few feet away.  Lingzi was

11   screaming in pain and terror, but Danling couldn't hear her

12   because the bomb had deafened her.  Danling never saw her

13   friend again because Lingzi, like Martin Richard, bled to death

14   on the sidewalk.

15        A third person the defendant murdered that day was

16   Krystle Marie Campbell.  Krystle was 29 years old.  She was at

17   the finish line with her good friend, Karen Rand.  They were

18   there to cheer on Karen's boyfriend, who was running the race.

19   Krystle was killed by the bomb that the defendant's brother set

20   off.  It burned her skin, filled her with shrapnel, and opened

21   gaping wounds in her legs and torso.  It also knocked her

22   friend, Karen Rand, to the ground and blew off Karen's leg.

23   Karen held Krystle's hand tight as the life drained out of her

24   body.

25        Now, even though the defendant's brother set off the

1    bomb that killed Krystle Campbell, the defendant is still

2    responsible for her death.  That's because he and his brother

3    were partners in crime.  They planned these crimes together,

4    and they carried them out together.  The defendant knew that

5    his brother's bomb was going to kill people, just like he knew

6    his own bomb was.  That's exactly what he wanted to have

7    happen.

8            As soon as those bombs went off, Boylston Street

9    erupted into chaos.  The wounded lay on the sidewalk in pools

10   of their own blood, wondering if they were going to live.

11   Others fled the scene.  But in the midst of the chaos, some

12   people sprang into action.  Police officers, medical personnel,

13   family members and friends of the dead and dying, many of them

14   jumped in to offer aid.  There were a lot of heroes that day,

15   and you'll hear from some of them.

16           What was the defendant doing while people were

17   frantically trying to save the wounded from bleeding to death

18   on the street?  We know the answer because he was caught on a

19   surveillance tape.  Just 20 minutes after he set off that bomb

20   on Boylston Street, while paramedics were still giving CPR to

21   Martin Richard in a futile attempt to try to save his life, the

22   defendant drove to the Whole Foods in Central Square and

23   purchased a gallon of milk.  You'll see him on the surveillance

24   tape walking into the Whole Foods, going over to the milk

25   counter, shopping for the milk, choosing which one to buy,

1    going back to the counter, calmly paying for it, and walking

2    out of the store.  You'll even see him come back a minute later

3    and decide to exchange that milk for a different type of milk.

4         And what did he do after that?  While victims of the

5    bombing lay in the hospital and learned that they would have to

6    have their limbs chopped off to save their lives, the defendant

7    pretended that nothing had happened.  He went back to UMass

8    Dartmouth, where he was enrolled as a sophomore.  He hung out

9    with his friends and partied.  He went to the gym and played

10   video games.  He posted a message on Twitter that said, "I'm a

11   stress free kind of guy."  He acted like he didn't have a care

12   in the world.

13        The defendant acted that way because he believed that

14   what he had done was good, was something right.  He believed

15   that he was a soldier in a holy war against Americans and that

16   he had won an important victory in that war by killing Martin

17   Richard, Lingzi Lu, and Krystle Campbell.  And he also believed

18   that by winning that victory, he had taken a step toward

19   reaching paradise.  That was his motive for committing these

20   crimes.

21        How do we know that?  We know it in part because the

22   defendant wrote out an explanation of why he committed these

23   crimes.  The police found that writing when they arrested him,

24   and you will see it later on in court.  This is part of what

25   the writing said:  "I ask Allah to make me a shahied to allow

1   me to return to him and be among all the righteous people in

2   the highest levels of heaven.  Allah Akbar."  "Shahied" means

3   martyr, and "Allah Akbar" means God is great.

4          The defendant wrote, "The U.S. government is killing

5   our innocent civilians, but most of you already know that.  I

6   can't stand to see such evil go unpunished.  We Muslims are one

7   body.  You hurt one, you hurt us all.  The ummah is beginning

8   to rise.  We are promised victory, and we will surely get it."

9   "Ummah" is a word that people with the defendant's beliefs use

10  to describe the Muslim people.

11         The defendant wrote, "Now, I don't like killing

12  innocent people.  It is forbidden in Islam.  Stop killing our

13  innocent people, and we will stop."

14         The defendant carried out an attack on the Boston

15  Marathon because he believed that the United States government

16  is the enemy of the Muslim people.  He believed that punishing

17  America by killing innocent young women and children would

18  cause America to stop targeting Muslim terrorists overseas and

19  help win him a spot in heaven.  And you will hear evidence of

20  how he acquired that belief.  He acquired it by reading books,

21  listening to songs, and watching videos that were created by

22  other terrorists, and they convinced him that he should become

23  a terrorist too.

24         The defendant's transformation into a terrorist took

25  place over a year or two.  In 2011, he started reading

1    terrorist writings and posting online messages about the

2    persecution of Muslims.  In 2012, he started listening to

3    terrorist lectures and songs.  He told one of his friends that

4    he had a plan to reach paradise.  In 2013, he created an online

5    identity that he used to spread radical Muslim ideas.  He said

6    that people don't take notice when Muslims die over there,

7    meaning overseas, but if something happens over here, meaning

8    in America, then everybody takes notice.  He also said that he

9    knew how to make a bomb.

10         You will hear that the defendant had terrorist

11   writings, videos, and lectures on his laptop computer, on his

12   iPod and on CDs in his car.  We will show you many of those

13   writings and videos during the trial, and you'll hear evidence

14   that reading those kinds of writings and listening to those

15   lectures, watching those videos, is a common way that young

16   adults like the defendant turn into terrorists themselves.

17         One of the things the defendant had on his computer

18   was a virtually complete set of *Inspire* magazine.  That is a

19   magazine published in English by a group that calls itself

20   al-Qaeda in the Arabian Peninsula.  The goal of *Inspire*

21   magazine is to do just that:  to inspire young men like the

22   defendant to become terrorists and to encourage them to attack

23   western countries, regardless of whether they're associated

24   with a terrorist organization.

25         It's filled with stories of terrorists who punished

1    America by killing innocent people, and it treats them as

2    glorious heroes.  It gives instructions on the best way to

3    commit attacks so as to terrify people and kill as many people

4    as possible.

5           One of the issues in *Inspire* magazine that the

6    defendant had on his computer contained instructions for making

7    a bomb out of a pressure cooker filled with explosive powder

8    and shrapnel.  It recommends placing it in a crowded area to

9    maximize its deadly effect.  The defendant and his brother

10   began accessing those instructions around Christmas of 2012.

11   Later, the defendant's brother bought pressure cookers to hold

12   the explosive powder and remote-control cars that were turned

13   into remote-control detonators.  They filled the bombs with

14   explosive powder emptied from ordinary fireworks, as well as

15   nails, tacks, and BBs to make them more deadly.

16          A few months before the marathon bombing, the

17   defendant got a 9-millimeter handgun.  He told a friend of his

18   named Stephen Silva that he needed a gun, so Silva got him a

19   Ruger semiautomatic pistol with the serial number filed off.

20   Silva will be a witness in this case, and he'll testify about

21   giving the Ruger to the defendant.

22          It is clear that the defendant intended to use the

23   Ruger because on March 20th, 2013, just about a month before

24   the marathon attack, he and his brother drove to the Manchester

25   firing range in New Hampshire to practice shooting.  The

1    defendant rented two 9-millimeter pistols, just like the Ruger,

2    and purchased four boxes of ammunition, and then he and his

3    brother spent about an hour on target practice.

4            After bombing the marathon on April 15th, the

5    defendant maintained his double identity.  He acted normal

6    around his friends.  He pretended to them that he hadn't even

7    been at the Boston Marathon, and he continued reading the

8    terrorist writings and listening to the terrorist lectures on

9    his computer.  For example, you'll hear evidence that on April

10   16th, the day after the bombing, the defendant opened up the

11   copy of *Inspire* magazine on his computer that contained

12   instructions for building pressure cooker bombs and pipe bombs;

13   and then you'll hear that a few days later, he and his brother

14   exploded several pipe bombs and another pressure cooker bomb,

15   this time in Watertown.

16           Now, I want to go back to April 15th and talk about

17   what happened after the bombings over the next few days on

18   Boylston Street.  As soon as the bombs exploded, police

19   officers halted the marathon midway and everyone -- made

20   everyone leave the scene.  Bomb technicians began checking for

21   additional bombs.  Ambulances came and took the wounded to

22   hospitals.  And then the long, painstaking process of gathering

23   evidence began.

24           Three consecutive blocks of Boylston Street were roped

25   off and treated as a crime scene.  FBI agents and hundreds of

1    other federal, state, and local law enforcement officers donned

2    special clothing and began scouring the area for evidence.

3    Among all the blood and human remains, they found shredded

4    cloth from the backpacks, pieces of the exploded pressure

5    cookers, and wires and batteries from the remote-control

6    devices used to detonate them.

7         And they found hundreds of pieces of shrapnel, little

8    nails, tacks, and BBs.  They found them on the street, they

9    found them inside buildings, on the tops of roofs, and ER

10   doctors found them on the bodies of the victims they were

11   treating at the hospital, in their hair, in their clothing, and

12   in their bloody wounds.  The police also collected surveillance

13   tapes from businesses on Boylston Street and elsewhere, and

14   photos and videos from members of the public who had been there

15   watching the race.

16        Now, as I said earlier, the defendant exploded his

17   bomb right in front of a restaurant called Forum, and that

18   restaurant has a surveillance camera that is right over the

19   door of the restaurant, and it happened to be pointing directly

20   at the place where the defendant placed his bomb.  The

21   surveillance tape shows the defendant walk up to that spot.

22   He's got a backpack slung over his shoulder.  And the moment he

23   gets there, he dips his shoulder, and after that, you never see

24   the backpack on his back again.  But photographs show that it's

25   at his feet.

1       It shows him stop right behind Martin Richard and the

2   other children who are lined up on the railing watching the

3   race.  It shows him stand there looking at them and looking

4   over their heads at the runners.  Then it shows him make the

5   phone call to his brother.  A few seconds later, everyone in

6   the Forum snaps their head to the left, towards the finish

7   line, as the first bomb explodes.  Almost immediately, the

8   defendant begins walking rapidly in the other direction.  As

9   soon as he reaches a safe distance, his bomb explodes.

10      That video revealed that the defendant was one of the

11  bombers, but the FBI didn't know who the defendant was.  They

12  had a face but not a name.  So they started looking at all the

13  other surveillance tapes, seeing if they could find him walking

14  up to that spot.  And they did find him, and they found him

15  walking with another man, who turned out to be the defendant's

16  brother, Tamerlan.  Tamerlan also had a backpack on.  So now

17  the FBI had two suspected bombers.  They had two faces but

18  still no names.

19      Three days passed while the FBI and other law

20  enforcement officers worked around the clock trying to identify

21  who the two men in the video were.  At the end of three days,

22  they decided it was time to ask the public for help.  So on

23  Thursday, April 15th [*sic*], at 5 p.m., almost exactly three

24  days after the bombings occurred, the FBI published some of

25  those surveillance videos and still photos from the

1    surveillance videos on its website, and they had a press

2    conference where they asked members of the public to call in if

3    they had any idea who those two men were.

4          News stations broadcast those videos and those photos

5    all around the country and around the world.  A few hours

6    later, at 8:45 p.m., the defendant got a text from his good

7    friend, Dias Kadyrbayev.

8          Dias texted, "You saw the news?"

9          The defendant texted back, "Yeah, bro, I did."

10         Dias texted, "For real?"

11         The defendant texted back, "I saw the news.  Better

12   not text me, my friend.  LOL."

13         Dias texted, "You saw yourself in there?"

14         The defendant didn't answer directly.  He just texted

15   back, "If you want, you can go to my room and take what's

16   there."  That's exactly what Dias did.  He and two other of the

17   defendant's friends went to his dorm room at UMass Dartmouth.

18   They searched it, and they found a backpack containing

19   fireworks that had been partially emptied of their explosive

20   powder.  They took that backpack, and they threw it into a

21   Dumpster to get rid of the evidence, but fortunately the police

22   later were able to recover it.  They also took the defendant's

23   laptop computer and brought it back to their apartment in New

24   Bedford.

25         Meanwhile, the defendant and his brother went out in

1    search of another gun.  They drove by the MIT campus, which was

2    close to their apartment, and they saw a police officer sitting

3    in his cruiser next to a building.  The police officer was

4    named Sean Collier.  He was a 27-year-old from Somerville.

5    Students loved him because he was a friendly guy and took an

6    active role in campus life.

7         A surveillance video shows what happened next.  Now,

8    unfortunately, the surveillance camera that took this video was

9    very far away.  It was on top of a very high building, the

10   distance from where the car was, and it was so far away that

11   the human figures in it appear tiny.  It's impossible to see

12   their faces or exactly what they're doing with their hands.

13   Even so, it shows enough for you to be certain, in conjunction

14   with other evidence that I'll tell you about, that the

15   defendant and his brother killed Officer Collier.

16        The video shows two men walk through the courtyard and

17   round the corner where Sean Collier is sitting in his cruiser.

18   So they round one corner, walk all the length of the building,

19   walk around the corner right to the cruiser.  As soon as they

20   reach the car, they open the door.

21        A few seconds later you can see a young man ride his

22   bicycle right by the cruiser.  The man on the bike was an MIT

23   graduate student named Nate Harman.  He'll testify that as he

24   rode by, he saw a man leaning into the driver's side of the

25   cruiser, and he startled him.  The man looked up in surprise

1    and looked directly into Mr. Harman's face, and Mr. Harman's

2    description of the man matches the defendant exactly.

3          At the same time the video shows the two men standing

4    by the side of the car, a student working in an office that had

5    a window right above where the cruiser was parked called MIT's

6    version of 911 and reported hearing six possible gunshots from

7    below.  Shortly after the call was made, the video shows the

8    two men, the defendant and his brother, run away from the car

9    back the way that they came.  Five minutes later, fellow

10   officers responded to the scene and found Officer Collier dead

11   in his cruiser.

12         The evidence will show that the defendant and his

13   brother used the defendant's Ruger, the one that he had gotten

14   from his friend, to execute Officer Collier by shooting him in

15   the head at point-blank range twice in the side of his head and

16   once right between the eyes.  They also shot him three times in

17   his right hand.  Then they tried to steal his gun from his

18   holster, but they couldn't get the holster lock to open, so

19   they gave up, and they fled the scene.

20         You'll know they tried to steal his gun from his

21   holster because the holster had a two-stage lock to prevent the

22   gun from being pulled out by someone else.  The first stage is

23   easy to open, but the second one isn't, especially if you're

24   not the person wearing the holster.  When other officers found

25   Officer Collier in his cruiser, they saw that the first stage

1   of the lock had been opened, but the second was still closed,

2   and they also saw that the gun and the holster were covered

3   with blood, as if somebody had been yanking at it, while the

4   rest of his utility belt was clean.

5          Now, because the surveillance camera was so far away,

6   you can't see the defendant and his brother do the actual

7   shooting.  So the video doesn't reveal whether the defendant

8   pulled the trigger, whether his brother pulled the trigger, or

9   whether they both did, but it doesn't matter.  They both

10  murdered him.  And other evidence, which I'll talk about in a

11  few minutes, leaves no doubt that they are the ones who killed

12  Officer Collier and that they did it with the defendant's gun.

13         After murdering Officer Collier, the defendant and his

14  brother got back into their Honda Civic, which was loaded with

15  additional bombs, another pressure cooker bomb, like the one

16  that had exploded on Boylston Street, and at least four pipe

17  bombs.  Their plan was to drive to New York City, but they

18  needed a different car, one that couldn't be traced back to

19  them or the murder of Sean Collier, so they drove in to Boston

20  to find one.

21         About 20 minutes later, they found what they were

22  looking for:  a young Chinese man named Dun Meng, who was

23  sitting in a leased Mercedes SUV next to the AutoZone in

24  Brighton reading a text message on his cell phone.  The

25  defendant and his brother drove up in their Honda Civic, and

1    the defendant's brother got out.  He went over to the passenger

2    side of Mr. Meng's car, and he knocked on the window, and he

3    signaled to Mr. Meng to roll it down.  When Mr. Meng did, the

4    defendant's brother reached inside, opened the lock, opened the

5    door, and got into the car, and then he pointed the defendant's

6    gun in Mr. Meng's face.

7         He demanded that Mr. Meng give him all of his money,

8    and Mr. Meng did, but he only had $40 on him.  The brothers

9    wanted more, so the defendant's brother told Mr. Meng to start

10   driving, and the defendant followed in the Honda Civic.  A

11   nearby surveillance camera captured both cars driving away from

12   the scene.

13        They kept driving until they got to a quiet block in

14   Watertown, and then they parked, one behind the other.  The

15   defendant got out and transferred all of the bombs from the

16   Honda into the trunk of the Mercedes.  Then he, himself, got

17   into the backseat of the Mercedes, and the three of them drove

18   to an ATM in -- a Bank of America ATM in Watertown Square.

19   When they got there, the defendant took Mr. Meng's ATM card,

20   demanded his password, and robbed him of $800 by using the ATM

21   machine to withdraw it from Mr. Meng's bank account.  That $800

22   was still inside the defendant's wallet when he was arrested

23   the next day.

24        After robbing Mr. Meng, the defendant and his brother

25   drove Mr. Meng to a Shell station on Memorial Drive in

1    Cambridge.  They got there about 12:15 a.m.  The defendant and

2    his brother had murdered Sean Collier less than two hours

3    earlier, and their terrified carjacking victim was still inside

4    the car.  Even so, the first thing the defendant did when they

5    got to the gas station was to leave his brother inside the

6    Mercedes with Mr. Meng and go inside the Shell station to buy

7    snacks.  You'll see him shopping for those snacks on the Shell

8    station video.  He takes his time.  He's not concerned.  He

9    makes sure he's getting exactly what he wants.

10        But then things took a bad turn for the defendant.

11   While he was inside the Shell station shopping for snacks,

12   Mr. Meng realized that this might be his last chance to escape

13   before the defendant and his brother have no longer any use for

14   him.  So in a flash, while the defendant's brother's hands were

15   occupied programming the GPS, Mr. Meng undid his seatbelt with

16   one hand, opened the door with the other, jumped out of the

17   car, and sprinted across the street to the Mobil station.

18   You'll see him on a surveillance camera springing across the

19   street and entering the Mobil station.  And when he gets there,

20   you'll see the terrified look on his face, and you'll hear it

21   in his voice on the 911 tape.

22        After Mr. Meng called 911, the police responded to the

23   Mobil station and they interviewed Mr. Meng.  They got all the

24   information about the Mercedes, and they began tracking its

25   location in real time using the GPS system in the car.  By that

1    time, the defendant and his brother had driven back up to that

2    block in Watertown where they had left the Honda Civic.  The

3    defendant had gotten back into the Honda Civic, his brother

4    remained in the Mercedes, and they had begun driving back in

5    the direction of Boston in the two cars.

6        The GPS tracking system in the Mercedes revealed that

7    it was moving south on Dexter Avenue, which is a quiet,

8    residential street in Watertown.  A Watertown police officer

9    named Joe Reynolds heard on his police radio that the Mercedes

10   was wanted in a carjacking, and he began driving north on

11   Dexter Avenue.  He had no idea that the two people driving the

12   cars were the Boston Marathon bombers.

13       As Officer Reynolds drove north on Dexter, the

14   defendant and his brother were driving south.  The defendant

15   was in the Honda.  He was in the lead.  The defendant's brother

16   was in the Mercedes.  He was following.  As the two cars drove

17   past Officer Reynolds, Officer Reynolds made a U-turn and began

18   following them.

19       The defendant decided to turn onto Laurel Street,

20   which is another quiet residential street in Watertown, and his

21   brother followed him.  It was nearly one in the morning.  The

22   houses lining both sides of the street were dark and quiet.

23   The street wasn't well lit.  The defendant stopped his car in

24   the middle of the street and got out, and his brother followed

25   his lead and did the same.  As soon as Officer Reynolds turned

1   onto Laurel Street to follow them, they fired a bullet through

2   his windshield, trying to kill him.  Officer Reynolds backed up

3   a short distance, got out of his car, and began shooting back.

4          Another Watertown police officer, Sergeant John

5   MacLellan, was on the street within seconds.  As soon as he

6   turned onto Laurel Street, the defendant and his brother tried

7   to kill him too.  They shot at him with the defendant's gun

8   while he was still in his car.  Rather than back up, he put his

9   car into drive, got out, and let it roll slowly down the street

10  towards the brothers so that he and Officer Reynolds could take

11  cover behind it.  And that's what they did.  They walked behind

12  it, shooting as they went.

13         The defendant and his brother did everything in their

14  power to kill those two officers.  They shot at them with the

15  defendant's Ruger, and they began throwing pipe bombs at them.

16  Two of those bombs exploded within feet of the officers.  Two

17  others failed to detonate.  Eventually, the defendant hurled a

18  pressure cooker bomb at the officers.  It exploded with a

19  thunderous boom and created a massive fireball.  Shrapnel

20  rained down on the officers and blew in the homes on Laurel

21  Street where the residents were cowering in terror.

22         A third Watertown police officer, Sergeant Jeffrey

23  Pugliese, arrived on the scene.  He ran around the backs of

24  some houses to get as close to the defendant and his brother as

25  he could.  The defendant's brother saw Sergeant Pugliese in the

1    side yard of the house and began shooting at him.  Sergeant

2    Pugliese just stood there and shot back.  Eventually, the

3    defendant's brother ran out of ammunition.  He began walking

4    rapidly down the street towards Officer Reynolds and Sergeant

5    MacLellan.  Sergeant Pugliese ran after him.  He tackled him

6    and tried to handcuff him.  Officer Reynolds and Sergeant

7    MacLellan jumped in.

8            While they were doing that, the defendant got back

9    into the Mercedes, which was pointing away down the street,

10   turned it around, and began driving at the three officers at

11   top speed trying to mow them down.  He must have known they

12   were trying to arrest his brother, but he cared more about

13   killing them than he cared about his brother's life.

14           Officer Reynolds and Sergeant MacLellan saw the car

15   coming.  They jumped off and took cover and told Sergeant

16   Pugliese to do the same, but Sergeant Pugliese didn't.  He

17   grabbed the defendant's brother by his belt and tried to drag

18   him out of the way of the coming Mercedes.  At the last

19   possible second, when the Mercedes was almost on top of him,

20   Sergeant Pugliese rolled to the side.  The defendant ran right

21   over his brother and dragged his body about 50 feet down the

22   street.  He sideswiped Officer Reynolds' cruiser, which shook

23   his brother's body loose, and continued driving away at top

24   speed.

25           As he sped by, other officers who had responded to the

1    scene and were waiting down there at the end of the street,

2    began shooting at the Mercedes.  One of them was an MBTA

3    officer named Richard Donohue.  Officer Donohue was shot in the

4    thigh by a stray bullet.  It severed an artery, and he began

5    bleeding heavily.  Other officers tried to stanch the flow of

6    blood, but it was impossible.  Officer Donohue lost so much

7    blood that he stopped breathing and nearly died.  Fortunately,

8    paramedics arrived, quickly got him to a hospital where doctors

9    were able to save his life.

10         The defendant drove a few more blocks and then ditched

11   the Mercedes in the middle of the street.  He made his way

12   through the quiet, sleeping neighborhood to a house with a

13   dry-docked boat in the backyard.  The boat was a good size.  It

14   was about 22 feet long, about 8 feet wide, and it was up on a

15   trailer, and it was covered with a tarp.  It was still the end

16   of winter, and it was covered with a tarp to protect it from

17   the elements.  It must have struck the defendant as a good

18   place to hide out while the police searched for him.

19         Although the defendant had been shot and was bleeding,

20   he still had his wits about him.  He smashed the cell phone

21   that he had used to call his brother right before they

22   detonated the bombs.  He also smashed his other cell phone.  By

23   smashing those phones, he destroyed some of the evidence of

24   what he had done, such as text messages between him and his

25   brother that were stored on his phone.  He also made it

1    impossible for the police to use the GPS devices in the phones

2    to figure out his location.  Once he had smashed the phones, he

3    took out Dun Meng's ATM card, which he still had, and he tried

4    to hide it, along with the smashed phones, in a kind of ditch

5    by where the boat was.  But, again, the police searched the

6    area and found it later.

7         Once he had destroyed and hidden the evidence, he

8    climbed into the boat and hid.  Meanwhile, the police cordoned

9    off a whole section of Watertown where they knew the defendant

10   might be hiding, and they searched all night and all the next

11   day, but they couldn't find him.  When they finally decided to

12   call off the search for the day, David Henneberry, the man who

13   owned the boat, went outside to check on it.  Mr. Henneberry

14   saw that the tarp covering the boat was loose, and he climbed a

15   short ladder to investigate.  When he lifted the tarp to look

16   inside, he saw the defendant lying there, so he went back into

17   his house and called 911.

18        The police showed up quickly and surrounded the boat.

19   Several officers saw what they considered suspicious movement

20   and fired on it.  That triggered a barrage of shots at the

21   boat.  Then hostage negotiators arrived and tried to talk the

22   defendant into surrendering.  Eventually they succeeded.  The

23   defendant climbed out of the boat, and the police arrested him.

24        That's when the police found the writing I mentioned

25   earlier, the one where the defendant explained that he had

1    bombed the marathon to punish America for mistreating Muslim

2    people.  He had written that explanation in pencil on an inside

3    wall of the boat while he was hiding inside of it, and you will

4    see the writing itself, the pencil he used to write it, and

5    other evidence that was found in the boat.

6              Meanwhile, officers had been combing Laurel Street and

7    Dexter Streets for evidence.  One of the first places they

8    looked was the Honda Civic that the defendant had been driving.

9    When the defendant escaped from Laurel Street in the Mercedes,

10   he left the Honda Civic behind.  On the floor of the Civic, on

11   the driver's side, right beneath the defendant's feet where he

12   had been driving, officers found two bloody white gloves.  DNA

13   analysis shows that the blood on those gloves came from Officer

14   Collier.  That is one of the ways you will know that the

15   defendant and his brother are the ones who killed Officer

16   Collier.

17             Another piece of evidence found in the Honda was the

18   defendant's key ring, which had a UMass Dartmouth tag on it,

19   and his car key, the same key he had used to drive the Honda to

20   Laurel Street.  Those items also were bloody, and once again,

21   DNA analysis shows that the blood came from Officer Collier.

22   That's yet another way you'll know that the defendant helped

23   kill Officer Collier that night.

24             Officers also found the defendant's Ruger, a BB gun

25   that looks exactly like a Ruger, and 54 spent Ruger casings,

1    meaning shells from bullets that had been fired from the Ruger.

2    All of the Ruger casings were matched by a ballistics expert to

3    the defendant's Ruger.

4          Now, six Ruger casings were also found at the MIT

5    crime scene, three inside the cruiser and three outside of it.

6    A ballistics expert examined those, and they also matched the

7    defendant's Ruger.  And that's yet another way you will know

8    that the defendant and his brother murdered Officer Collier

9    that night using the defendant's gun.

10         You're going to see all of the ballistics evidence,

11   you'll hear from the ballistics expert, and you'll hear from

12   the DNA expert who examined the gloves and the key ring.

13         Shrapnel from the bombs the defendant used on Laurel

14   Street and pieces of the pressure cooker were found everywhere.

15   They were inside people's cars, on their front lawns, in their

16   backyards, on their roofs, even inside their homes.  Slugs from

17   the Ruger were also found inside people's homes, some of them

18   embedded in their -- in their interior walls.  We will show you

19   maps, diagrams, photographs of them.

20         Now, you've heard me talk a lot about the defendant's

21   brother, Tamerlan, but you won't be seeing him in the

22   courtroom.  That's because the defendant killed him by running

23   him over with this Mercedes.  Tamerlan's bullet wounds also

24   contributed to his death.  But even though Tamerlan won't be in

25   the courtroom, this case involves him too.  That's because he

 1    and the defendant were partners.  They agreed to do these

 2    crimes together, and they carried them out together.

 3           The judge will instruct you that when two people agree

 4    to commit a crime together, they're guilty of conspiracy.  And

 5    the defendant is charged with three counts of conspiracy:

 6    conspiracy to use a weapon of mass destruction, conspiracy to

 7    bomb a place of public use, and conspiracy to destroy property

 8    with explosives.

 9           The defendant is also charged with many substantive

10    counts of using a weapon of mass destruction, arming a place of

11    public use, and destroying property with explosives.  And he's

12    charged with many counts of using guns and explosives to commit

13    violent crimes.  Even though he and his brother played

14    different roles in each of these crimes, they are both equally

15    guilty of committing them because they carried them out as

16    partners.

17           Now, what do I mean when I say they were partners?  I

18    don't mean that they did exactly the same thing.  That's not

19    required for the defendant to be guilty under the law.  What I

20    mean is that each one played a role in committing the crime.

21    For example, the defendant -- the defendant planted one bomb at

22    the marathon, and his brother planted the other one.  The

23    defendant got his -- got a gun from his friend, Stephen Silva,

24    and his brother stuck it in Dun Meng's face.  The defendant

25    took Dun Meng's ATM card and password and robbed him of $800.

1    The defendant's brother told Dun Meng where to drive.  The

2    defendant threw bombs at the police in Watertown and handled

3    the ammunition while his brother fired shots at the officers.

4    And both brothers together murdered Officer Sean Collier and

5    tried to steal his gun.

6         So even though Tamerlan Tsarnaev is not here, we will

7    be offering evidence about his role in these crimes, but the

8    focus is going to be on the defendant.  That's because this is

9    his day in court.  He's the one the government has to prove

10   guilty, not his brother.  It's important for you to hear all

11   the evidence against the defendant so that at the end of the

12   trial you have what you need to find him guilty.  It's far less

13   important for you to hear all the evidence against the

14   defendant's brother.  In the end, it doesn't matter what role

15   each of them played, so long as you find that they were

16   partners and carried out these crimes together.

17        Now, as you can tell from what I've said, there's a

18   lot of evidence in this case.  Some of the witnesses are just

19   going to talk about how and where things were found.  Others

20   will simply testify that things are what they appear to be.  We

21   need to call those witnesses because you need to have

22   confidence in the evidence, but we'll do our best to streamline

23   its -- its introduction into evidence and make that go as fast

24   as possible, if we can.

25        I want to conclude just by telling you a bit about the

1    order in which we're going to present the government's case.

2    We'll start with the marathon bombings and the collection of

3    evidence at the marathon crime scenes.  We'll show you some of

4    the surveillance video, photos and -- photos from the people

5    who were at the -- the marathon before the bombs went off that

6    the FBI used to identify the defendant and his brother as

7    suspects in the bombing.

8              Then we'll put on evidence of what the defendant did

9    in the days after the bombings and of the manifesto he wrote on

10   the inside wall of the boat.  Next we'll put on evidence of the

11   events on April 18th and 19th, how the FBI published photos of

12   the defendant and his brother on their website and held the

13   press conference; how the defendant and his brother then

14   murdered Officer Collier, carjacked, kidnapped, and robbed Dun

15   Meng, and tried to kill police officers in Watertown with

16   gun -- with a Ruger and with bombs.

17             After hearing about all the evi- -- the events that

18   led up to the defendant's arrest, you'll hear about all the

19   evidence that was collected from the Watertown crime scene and

20   analyzed by the experts, including the bloody gloves, the

21   bloody car keys, the Ruger, and all the ballistics evidence.

22   You'll also hear about evidence collected from the defendant's

23   residence in Cambridge and from his dorm room at UMass

24   Dartmouth.

25             One of the most important pieces of evidence is the

1    defendant's laptop computer, the one that his friends took from

2    the dorm room.  The police got that computer and analyzed it.

3    As with a lot of people, the defendant's computer is a window

4    into his life, especially into the part of him that he kept

5    mostly hidden from his friends.

6         You'll hear a lot of evidence about all of the

7    terrorist materials that were on his computer and the other

8    digital devices that he owned.  And you'll hear about other

9    things that the defendant said and wrote that shed light on the

10   sources of his terrorist beliefs.  Some of those are papers he

11   wrote for school, and some are things he wrote to friends and

12   emails and text messages and posted on social media.

13        You'll also hear from the medical examiners who

14   examined the bodies of the four people the defendant murdered.

15        MR. BRUEMMER:  If you could choose number 4, please.

16        THE COURT:  I'm sorry?

17        MR. BRUEMMER:  If you could choose 4, please.

18        THE COURT:  Do you want a feed?

19        Jurors in the back row, just as you see monitors in

20   the front row, there are between your seats a console.  You can

21   lift up the monitor, and -- actually, it may not be at the very

22   end.  I think you may have to look in front.

23        MR. WEINREB:  Each of the medical examiners who

24   examined the people who died in this case will be testifying.

25   And they'll tell you that Sean Collier was killed by multiple

1   gunshot wounds to the brain.  Krystle Campbell had blast

2   injuries to her head, neck, body, and limbs.  Her back was

3   burned red; and her head, body, and legs were filled with

4   shrapnel.  There were gaping wounds in her legs that had

5   drained virtually all of the blood from her body.

6         Lingzi Lu was cut, battered, and bruised.  The bomb

7   that the defendant detonated blew large perforating holes in

8   her legs that caused her to bleed to death.  Martin Richard was

9   only 4 feet, 5 inches tall, and he weighed only 70 pounds.

10  Because of his size and height, the bomb damaged his entire

11  body.  The defendant blew large holes into Martin's chest and

12  abdomen, exposing his ribs and organs and eviscerating his

13  bowels.  He blew Martin's arm nearly entirely off his body,

14  burned his skin, and drove BBs and nails into his legs.  Martin

15  lost so much blood that he had virtually none left in his body

16  by the time he was brought to the morgue.  He died at the scene

17  from his wounds.

18        In the end, the evidence will prove to you beyond a

19  reasonable doubt that the defendant committed all 30 crimes

20  that he is charged with.  He murdered Martin Richard, Lingzi

21  Lu, Krystle Campbell, and Sean Collier.  He used weapons of

22  mass destruction at the Boston Marathon to terrorize the

23  country and to influence American foreign policy.  He used guns

24  and bombs in Watertown to continue his campaign of terror, and

25  he did it all because he believed that America needed to be

1    punished for killing Muslims overseas.  He did it to advance a

2    cause that he believed in.  And he did it because he thought it

3    would help secure him a place in paradise.  That is why, at the

4    end of the case, we will ask you to find him guilty of all 30

5    counts in the indictment.

6         Thank you.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3          I, Marcia G. Patrisso, Official Reporter of the United

4    States District Court, do hereby certify that the foregoing

5    transcript constitutes, to the best of our skill and ability, a

6    true and accurate transcription of my stenotype notes taken in

7    the matter of Criminal Action No. 13-10200-GAO, United States

8    of America v. Dzhokhar A. Tsarnaev.

9

10   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
11   Official Court Reporter

12

13   Date:   3/4/15

14

15

16

17

18

19

20

21

22

23

24

25