UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
March 4, 2015

O'TOOLE, D.J.

The following jurors have been selected to serve on the jury in this matter:

| 35  | 286 | 552 |
| 41  | 349 | 567 |
| 83  | 395 | 588 |
| 102 | 441 | 598 |
| 138 | 480 | 608 |
| 229 | 487 | 638 |

All other jurors who have not yet been formally excused by the Court are now excused.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge