UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, ) <br> ) <br> v. ) <br> ) <br> DZHOKHAR A. TSARNAEV, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL ACTION <br> NO. 1:13-cr-10200-GAO |

**MOTION OF AMERICAN BROADCASTING COMPANIES, INC. AND CBS NEWS, A DIVISION OF CBS BROADCASTING INC. TO INTERVENE FOR LIMITED PURPOSE OF REQUESTING PUBLIC ACCESS TO COURT RECORDS AND TO JOIN IN PENDING MOTION FOR ACCESS TO EXHIBIT AND WITNESS LISTS**

American Broadcasting Companies, Inc. ("ABC") and CBS News, a division of CBS Broadcasting Inc. ("CBS") hereby move to intervene in this case for the limited purpose of requesting public access to court records and to join in the motion of Boston Globe Media Partners, LLP; Trustees of Boston University, D/B/A WBUR-FM and Cable News Network, Inc. for an order unsealing the exhibit and witness lists filed by the parties.

A/76737150.1

Respectfully submitted,

**American Broadcasting Companies, Inc. ("ABC")
and CBS News, a division of CBS Broadcasting Inc.**

By their attorneys,

/s/Jonathan M. Albano
Jonathan M. Albano BBO #013850
jonathan.albano@morganlewis.com
Emma D. Hall BBO #687947
emma.hall@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax:    617-951-8736

Dated: March 5, 2015

## CERTIFICATE OF SERVICE

I, Jonathan M. Albano, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 5, 2015.

/s/Jonathan M. Albano
Jonathan M. Albano