Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 02110-1726
Tel. 617-951-8000
Fax: 617-951-8736
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Emma D. Hall**
Associate
+1.617.951.8194
emma.hall@bingham.com

March 6, 2015



**BY HAND**

Mr. Chris Danieli
Docket Clerk for the Honorable George A. O'Toole, Jr.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   *United States v. Dzhokar A. Tsarnaev, Criminal Action No. 1:13-cr-10200-GAO*

Dear Mr. Danieli:

Enclosed for filing in the above-referenced action please find the Motion of American Broadcasting Companies, Inc. and CBS News to Intervene for Limited Purpose of Requesting Public Access to Court Records and to Join in Pending Motion for Access to Exhibit and Witness Lists.

Kindly date stamp the enclosed copy and return it to the awaiting messenger. Per your prior instruction, I have also sent enclosed motion as a PDF via email.

Thank you very much for your attention to this matter.

Sincerely,

Emma D. Hall

EDH
Enclosure

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Tokyo  Washington  Wilmington
A/76603034.3