UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,   )
   )
   )
     Plaintiff,   )
   )  Criminal Action
v.   )  No. 13-10200-GAO
   )
DZHOKHAR A. TSARNAEV, also   )
known as Jahar Tsarni,   )
   )
     Defendant.   )
   )

BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

**LOBBY CONFERENCE - SEALED**

John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts 02210
Tuesday, March 3, 2015
12:45 p.m.

Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts 02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

1                           P R O C E E D I N G S
2              (Lobby conference as follows:)
3              MR. McALEAR:  Okay, jurors.  Once again, my name is
4    Jim McAlear, juror administrator.  I'm sure you know my voice
5    by now.  And we've met a few times.
6              In a short moment I'm going to be bringing up a map
7    for you, some instructions.  For logistical reasons, to make
8    everything go as smooth as possible, ████████████████████
9    ████████████████████████████████████████████████████████████
10   ████████████████████████████████████████████████████████████
11   ████████████.  So that's where we're going to have all the
12   jurors meet, in ████████████████, and then we're going to
13   drive you over here to the courthouse, and that way we'll come
14   in as a group.  And again, it's just going to make it so we can
15   get through security that much quicker, and it's just going to
16   be easier for everyone.
17             A JUROR:  Where is that?
18             MR. McALEAR:  ████████████████████████████.
19             A JUROR:  Where is that exactly?
20             MR. McALEAR:  Okay.  Yeah, so we're going to give you
21   a map shortly.  ████████████████████████████████
22   ████████████████████████████████████████████████████████████
23   ████████████████████████████  There's -- I'm not sure how
24   everybody got in.  There's a parking lot right over there.
25   There's actually quite a few.  We have a map coming that shows

1  you where the parking lots are.  You can park at any one of

2  those parking lots over there.  Obviously, you'll get

3  reimbursed much quicker than we reimbursed you this particular

4  time because we haven't reimbursed you yet.  The check will be

5  coming for that.

6           These are the maps?  Okay.  Thank you.

7           So if you can pass this map around, and you'll see

8  right in the middle there's a red asterisk a little north of

9  the middle.  And pass this around.  And this is exactly what

10  the building looks like, and it's with another little set of

11  directions.

12           Those of you driving in, you would -- ███████████

13  ████████████████████████████████████████████████

14  ████████████████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████████████████████████████████████████

17  ████████████████████████████████████████████████

18  ██████████████████████████████████████████████████

19  ████████████████████████████████████████████████████

20  ██████████████████████████████████████████  If not,

21  come downstairs before you leave here today and I'll make sure

22  you have exact instructions of how to get there.

23           ████████████████████████████████████████████

24  ███████████████████████████████████████████

25  ██████████████████████████████████████



7          Again, you'll be meeting over there.  We'll be

8  providing lunch for you on a daily basis.  You can bring your

9  lunch if you wish.  We're going to talk to the marshal about

10  that.  But we'll be providing breakfast too.

11          THE CLERK:  We're going to be having breakfast and

12  lunch for you every day.  And usually the breakfast will be

13  here at eight-ish, eight-fifteen, okay?  They'll spread it out

14  here.  So if you want to indulge in it, feel free, or eat at

15  home.  It's up to you.  But the food will be here.

16          A JUROR:  How do we get here ▇▇▇▇▇▇▇?

17          MR. McALEAR:  Okay.  From ▇▇▇▇▇ -- you have

18  the map in front of you.  From ▇▇▇▇▇ -- it's a lot

19  more -- it looks a lot worse than it is.  So if I can just grab

20  this for one second.



1

2

3

4

5

6

7

8

9

10

11

12  ,

13  you'll see, is right above that asterisk.  There's a T right on

14  the top of the map.  That's the ███████████████ .  Yup.

15  And then that's a one-and-a-half block walk.  That's probably

16  about a four and a half minute walk to ████████ .

17         You're going to enter right in through the front door.

18  And, again, the building looks just like that, exactly like

19  that, and then --

20         A JUROR:  Except for big snowbanks.

21         MR. McALEAR:  Except for big snowbanks.

22         ██████████████████████ .  ██████

23  ██████ is the U.S. Marshal that is coordinating the

24  transportation over here.  Once again, I want to stress that

25  that is -- it's just going to get you in here situated and

1    ready to go much quicker than it would if everybody just came

2    in on their own.  So that's where we want everybody to meet for

3    convenience purposes.

4               A JUROR:  At what time?

5               MR. McALEAR:  7:45.  7:45.

6               A JUROR:  Just meet in the lobby, did you say?

7               MR. McALEAR:  Yes.  ███ -- he should be up here very

8    shortly.  He's going to give you some brief instructions on how

9    he's going to handle that.

10              A JUROR:  Is this every day that we'll meet there?

11   Every day, Monday through Friday?

12              MR. McALEAR:  Yes, every day.  Monday through

13   Thursday.

14              THE CLERK:  Remember, Friday you're going to have off.

15              A JUROR:  And we'll get dropped back off there?

16              MR. McALEAR:  You'll get dropped back off there, yes.

17              A JUROR:  What about work on Friday?  If you work

18   Friday normally, do you have to go to work on Friday?

19              THE CLERK:  That's up to your employer.  I mean,

20   that's why we kind of gauge it that way.  So if people have to

21   get back and do some stuff in the office, so Friday --

22              MR. McALEAR:  So you should let your employer know

23   you'll be here Monday through Thursday, and you'll have Fridays

24   off every week.

25              THE CLERK:  Right.

```
 1              A JUROR:  What time does court end?

 2              THE CLERK:  The judge is going to be sitting nine to

 3      four.  And he will order an early -- take a break late morning,

 4      like a midmorning break, usually about 15 minutes.  I'm

 5      guessing -- actually, I'm not sure if he'll take an afternoon

 6      break because your lunch will either be a half-hour or an hour,

 7      okay?  So depending on when we break.  But you'll definitely, I

 8      believe, get a midmorning break.  And I'll just double-check

 9      with the judge to make sure we're keeping the same procedure we

10      usually do on that.

11              A JUROR:  You're saying there's 12 of us and six

12      alternates.  Are we all going to be in there?

13              MR. McALEAR:  All 18 are jurors.

14              THE CLERK:  Yeah, you guys are all jurors.  So

15      everybody has to be there.

16              A JUROR:  So there's all 18 of us?

17              A JUROR:  Will we know who the alternates are or are

18      we just --

19              THE CLERK:  We have a jury of 18, and you'll all be in

20      there listening to the evidence.  That's the best I can tell

21      you.

22              A JUROR:  They usually pick alternates after the

23      trial.

24              A JUROR:  What did you say?

25              A JUROR:  I said they usually pick alternates after
```

1    the trial, and the foreman.

2         MR. McALEAR:  So as far as security -- so you're going

3    to be going into ██████████████████.  There is a set

4    of security over there.  The only thing I'd request is if you

5    normally wear a lot of bracelets or a lot of metal, like a

6    large watch or something, to expedite things, the less you have

7    on, kind of, like, you know, just to make it easier for you,

8    but obviously make yourself comfortable.

9         Cell phones, bring them with you.  We will -- the

10   jurors can take your cell phones into the court here.  We'll

11   have a box outside the room.  You still can't have it in here,

12   but at least you'll have it with you and, you know --

13        THE CLERK:  We will -- during the lunch hour, if you

14   need to call the office, you want to check in, that's fine.

15   That's really got to be restricted, okay?  It's not just

16   open-ended where you can talk on for an hour or whatever, you

17   know, talk to -- social.  It's strictly more for your job, if

18   you need to check in.

19        I'm going to count on you because you're going to be

20   dealing with me every day once Mr. McAlear is done.  Then I'm

21   going to be your contact person.  I'm going to ask you right

22   now -- we're going to put the trust that you will not abuse

23   that cell phone privilege, okay?  Because that's not the

24   ordinary course in trials, okay?  Usually you guys have to

25   check the phones downstairs, okay?  So I'm just bringing that

1    up now, all right?

2              A JUROR:  Can we bring, like, our purses?

3              THE CLERK:  Purses, what I would do -- ordinarily we

4    would have jurors bring in any valuables, like their purses and

5    stuff, but because the security is going to be such, I think

6    your purses will probably be okay here.  But it's optional.  I

7    mean, if you feel -- jackets, coats, newspapers, you can leave

8    those here, books and -- but the valuables we'll --

9              A JUROR:  So the purse can't come in the court with

10   us?

11             THE CLERK:  I mean, I tell the jurors they should

12   bring their valuables because usually this door is a master key

13   so you can get into it, but because of the type of case and

14   security that there is, it's probably okay to leave it here.  I

15   just don't want to make that 100 percent commitment.  So I'll

16   leave that up to you.

17             A JUROR:  So you don't want us looking for you?

18             THE CLERK:  Exactly.  Exactly.  You got it.

19             MR. McALEAR:  So I just passed out a very brief

20   information sheet.  It just states that I passed out a map,

21   that the address of ███████████████████████████

22   ███████  You need to arrive in that building at 7:45 a.m.

23   Please give yourself some extra time for commuting.  The

24   nearest public transportation is ████████████████████

25   ███████.

1    I've given you my cell phone number, so please call

2    that if you're running late.  You know, try not to abuse that

3    number, please.  You don't have to send me anything other than

4    "I'm running late" in the morning.  The other number there is

5    for ███████████.

6    THE CLERK:  He's waiting for you to be done, and as

7    soon as you're done, he'll come in.

8    MR. McALEAR:  And I gave that number for █████

9    ███████ in case you can't get ahold of me, you can always call

10   █████, but always call me first and let me know what your

11   situation is.  But once you get used to the commute, it should

12   be kind of second nature to you.

13   THE CLERK:  And then Mr. McAlear will then let me know

14   what the status is of anybody who's late or anything, and I'll

15   just let the judge know and the parties, and then we'll go from

16   there.

17   MR. McALEAR:  So I'm going to yield to Mr. ████████.

18   A JUROR:  Before you go, we need two more of those.

19   MR. McALEAR:  Two more of those sheets?

20   A JUROR:  What happens if you're sick?

21   MR. McALEAR:  Nobody gets sick at the United States

22   District Court.  You know -- obviously, you know, we're going

23   to request everybody get here as quickly and as safely as you

24   possibly can.

25   THE CLERK:  If there is something like that, let us

1   know and we'll go from there.  But I can't say one way or

2   another how we proceed on that.

3          MR. McALEAR:  This here is ████████████.

4   And ██████ is going to be an important part of your lives.  So

5   I'm going to let ██████ take over right now.

6          A JUROR:  Where do we go once we go to the building?

7          MR. McALEAR:  So somebody just asked where do they go

8   once they get into the building.

9          (████████████, Deputy U.S. Marshal, enters the jury

10  room.)

11          MR. ████████:  Okay.  So you're going to go right in

12  the front entrance.  You can't miss it.  It's ████████████

13  There's magnetometers, so you're going to have to go through

14  security screening there.  It's pretty quick.  Just try to

15  minimize that, you know, what you're bringing in.  Obviously,

16  no weapons or anything like that.  Be careful, I guess -- I'm

17  not sure as far as liquids or stuff.  Our security screening is

18  a little greater.

19          But, yeah, you'll go through those ████████████ and

20  I'll stand there to receive you, you know.  So take a good look

21  at me, but I'll be there.  The security there is aware that,

22  you know, we just basically -- I wouldn't display your juror's

23  badge or ID or anything like that -- keep that in your

24  pockets -- that you'll be receiving if you didn't receive it

25  already.  Hold on to that.  And as far as they know, we're just

transporting -- helping transport some employees.

So if you just come in, I'll be there to receive you, escort you guys to where you need to go, and then we'll just travel.  We have a couple of vans just to make it easier for you, for your transportation to the courthouse.

I don't know how much Jim explained but just, you know, if you know you're going to be late or -- you know, you're running late or if it's something immediate as far as related -- you know, something related to your security or an issue you're having, if it's immediate, please relay it to me. If it's something that can wait, it's something that should go -- most communications should be with Paul or Jim.

Do you stay in contact with them?

MR. McALEAR:  Yeah, I gave them my number.  I told them my number's first contact but --

THE CLERK:  I'll give them my number too when I hand these out just so they have all of us.

MR. ████████:  If it's something right away, though, during your commute, you run into some issue, then, you know, I think they provided you with my contact information. Newspapers, stuff like that, please don't bring with you. They're not allowed in the van, we don't keep them in the van.

My staff, the people that are going to be working with me, you know, they'll definitely communicate with you, "Oh, good morning," stuff like that.  But they won't be -- you know,

```
1    don't think that they're rude if they don't engage in small
2    talk.  They're instructed not to.  They're instructed through a
3    court order not to and by our policy not to.  So they're not
4    being rude; they're just following instructions.
5            You know, obviously if you have an issue related to,
6    like, an official capacity, then they'll respond to you
7    appropriately.
8            Any questions?
9            A JUROR:  I have just a question.  If I had an
10   emergency at home with my kids and they needed to get in touch
11   with me --
12           MR. ███████:  We're going to facilitate that.
13           A JUROR:  -- would it be this number they have?
14           MR. McALEAR:  We gave you a number when you first came
15   in, so if you still have that information sheet.  That
16   ███████████ number, that's the number that you give to any
17   family member that needs to get in touch with you in case of a
18   personal emergency.
19           A JUROR:  Can you repeat that?
20           MR. McALEAR:  Yes.  It's ██████████.  And there's
21   somebody here to answer that as early as 7:30 in the morning
22   until the last juror leaves in the evening.
23           A JUROR:  What if we were, like, really late, like
24   this morning the train was real late?
25           MR. ███████:  That's something that --
```

1          A JUROR:  Would we just go over to the courthouse --

2          THE CLERK:  Call the MBTA and protest.

3          MR. ███████:  No, we'd make arrangements for that.

4     So, I mean, just -- no, you'd call me.  If you know ahead of

5     time, you know, that early in the morning, "Hey, the train" --

6     "They told me the train's going to be an hour late," you could

7     give me a call or even a text and say, you know, "I'm Juror No.

8     So and so and I'm going to be -- I'm expecting to be an hour

9     late."  We'll communicate with you.

10          No, you'll go to the same place and we'll arrange to

11    have you transported by yourself, if need be.

12          A JUROR:  I was wondering if you run late or

13    something, do you come directly here?

14          MR. McALEAR:  No, you should always call me first, or

15    ███████, regarding if that's going to be the case.

16          A JUROR:  7:45.  Can't we come like at 8:30?

17          A JUROR:  I know.  I was thinking the same thing.

18          THE CLERK:  When it becomes springtime and the birds

19    are singing and warm, you'll love to get here.

20          A JUROR:  It's hard to get here.  I mean, even the

21    trains don't run on that schedule.

22          A JUROR:  How about emergencies?

23          MR. McALEAR:  Snow emergencies is the same as was

24    posted on the original paperwork.  If Boston Public Schools are

25    delayed or cancelled, then jury service would be cancelled for

1    that day, so--

2           A JUROR:  Even if the school is delayed, we'd be

3    cancelled?

4           MR. McALEAR:  That's correct.  So if it's delayed one

5    hour.  Boston Public Schools.  It's very important -- that does

6    not mean Boston College High School, it doesn't mean Sandwich

7    High School or Newburyport.  It's Boston Public Schools.  So if

8    Boston Public is delayed one hour, jury service is cancelled.

9    That's for weather-related reasons.  If there's some sort of

10   bus driver strike and they say -- that's not the same as

11   cancelled.  We had that happen once, that's why I just want to

12   get that out there.  So it's for weather-related conditions.

13          We'll also probably be in contact with you if we know

14   that there's a storm coming up.  I take your numbers home with

15   me every night.  And if that's the case, I'll call you in

16   addition to letting you know Boston Public Schools is delayed,

17   so...

18          We're going to be handing you a badge right now.

19   Again, the badge has a clip on it.  You're going to be getting

20   newer badges starting tomorrow, but these badges are what ███

21   was talking about.  They have a clip on it.  You want

22   to -- some people want to -- it's for internal use as well as

23   letting ███ know that you are a juror.  There's no reason to

24   have that clipped on when you leave this building.  It's for

25   our purposes only.  It's for all court staff to know who you

1    are.  Because when you're in the back of the house here, it's a

2    restricted area.  So when we see people wandering around --

3    faces have become familiar over the years, so if we look and

4    see somebody, "Oh, what's that person doing here?  Oh, there's

5    a juror badge.  They might be lost."  And that way we know

6    they're a juror.

7           So keep that exposed while you're in the back, but as

8    soon as you leave here, take it off, put it in your pocket.

9    But you do want to bring that with you every single day.

10          THE CLERK:  And just one other question.  In terms of

11   valuables, we've had a couple of questions in terms of their

12   purses, whether they could leave them here, should they bring

13   them into the courtroom?

14          MR. ███████:  I'd assume the usual -- I would say the

15   typical protocol.  Whatever your usual practice would be.

16          THE CLERK:  Our usual practice?

17          MR. ███████:  Yes, your usual practice would be fine.

18   There will always be somebody around.

19          THE CLERK:  That's why I'm saying you can probably

20   leave your purse here.

21          MR. ███████:  Is that usually what's done, Paul?

22          THE CLERK:  They usually bring their valuables out to

23   the courtroom because this door can be accessed pretty much by

24   anybody.  But I figured since with the security and with what's

25   going on, it might be a different beast or just --

1          MR. ████████:  No, I would just bring it.  I would

2     just do business as usual.

3          THE CLERK:  Then just bring it out to the courtroom.

4     Take it with you.

5          COURT SECURITY OFFICER:  Hey, folks, did anybody here

6     bring in anything other than their cell phones today, any other

7     electronics, computers, iPads, anything like that that's in the

8     drawer downstairs?

9          How many here have a cell phone here today?  Can you

10    all hand me your tags, and I'm going to go get your cell phones

11    and bring them up here to you.

12         THE CLERK:  And while you're doing that, I'm going to

13    hand out these badges.

14         COURT SECURITY OFFICER:  So I have all tags?  No other

15    computers, laptops, iPads, none of that other stuff, right?

16    Okay.  Cameras?  Thank you, folks.

17         THE CLERK:  We're almost done, at least with what we

18    have to do.  What I'm going to do now is I'm going to hand

19    these badges out.  As Mr. McAlear was explaining, you can put

20    them on a pocket, belt buckle, someplace where they're

21    displayed.  Please make sure you bring these in with you, okay?

22         A JUROR:  What do you do as far as restricted diet?

23    How do you handle that?

24         MR. McALEAR:  We just have one?

25         MR. ████████:  She just asked.

1          MR. McALEAR:  Ma'am, as far as restricted diet,

2     what --

3          A JUROR:  Glutin.  I can bring my own.  I'll worry

4     about my breakfast, but lunch -- and I know they have

5     glutin-free bread downstairs.

6          MR. McALEAR:  They do?  Okay.  So I will inform them

7     of that.  And we can handle the lunch.  I don't know if we

8     could handle the breakfast.

9          A JUROR:  I'll deal with that.

10          MR. McALEAR:  But you can bring in food as well.  We

11     do have a refrigerator here.  We do have another -- you know,

12     the refrigerator, obviously, is small.  We do have other

13     refrigerators that we can access.

14          A JUROR:  Can we have water with us in the courtroom

15     or not?

16          THE CLERK:  If you need it, I'm sure we can -- you

17     know, I'll talk to the judge just to make sure that's okay.  I

18     think that will be okay but I don't want to say definitively

19     until I talk to him, okay?  But I'll see him after we're done

20     here.

21          A JUROR:  Is there note-taking?

22          THE CLERK:  I believe there is going to be

23     note-taking.  There again -- because I had to get the steno

24     pads.  So I believe the judge is intending for you guys to take

25     notes.  But there again, what's going to happen tomorrow is the

1    judge is going to set down all the parameters for you, okay?

2    He's going to tell you the procedural -- in terms of any

3    note-taking -- he'll give just basically what's going to be

4    going on, okay?  So any of those questions, okay, hold off and

5    see if he talks about them tomorrow.  If not, then you can

6    mention it to me and then I'll ask the judge.  But he's usually

7    good that way.

8              MR. McALEAR:  The judge is going to be coming in.

9              THE CLERK:  And the judge is going to be coming in

10   too.  Shows you how much I communicate with him.

11             The other thing is I'm going to give you my name and

12   phone number.  You have everybody else's, so if you have your

13   sheet of paper, first name is Paul, and the last name is

14   Lyness, L-Y-N-E-S-S.  And my direct line is ███████████.

15   That is my direct line.  I know you have Mr. McAlear's and

16   ███████ number, but you should have mine too as a third point

17   of contact in case -- whatever, just to have it.  Again, I am

18   the judge's courtroom deputy, so throughout this whole trial

19   I'm going to be your point person, okay?

20             A JUROR:  And you're the judge's --

21             THE CLERK:  Courtroom deputy, courtroom clerk,

22   whatever you want to call me, that's fine.  But courtroom

23   deputy.

24             The judge is going to be coming in.  He wants to speak

25   to you for a few minutes too, okay?

```
 1              A JUROR:  I have a question.

 2              (The Court enters the jury room.)

 3              THE COURT:  Jurors -- you're real jurors now.  I just

 4    wanted to come in and just personally thank you for your

 5    anticipated service in the case.  This is a very important

 6    responsibility, as I'm sure you all understand.  You and I are

 7    in this together.  We're on the same side here.  Our side is

 8    justice.  Our job is to be as fair and impartial as we possibly

 9    can, and I know you all can do it because I have seen jurors

10    over the years do exactly this.  It's going to be a serious

11    responsibility.  It's one you can handle.  We're very confident

12    of that.  And I just wanted to express that to you.

13              You've been given some of the logistics.  I hope

14    everything works smoothly.  We're trying to make this as smooth

15    a process for you as possible, and that's why we've made the

16    transportation arrangements to speed your entry into the

17    building so you don't have to go through crowds and you don't

18    have to worry about parking down here and things like that.

19    And so we'll have a plan for you to do that.  We'll provide you

20    lunch so you don't have to go out of the building and so on,

21    all of which is to try to make you comfortable to the extent we

22    can under the restrictions we're going to have.

23              I've been hounding you constantly about avoiding any

24    discussion of the case.  It's extremely important that you are

25    just devoted to that idea from here on out, particularly with
```

1    respect to family and friends who may innocently make a remark

2    or something.  You're just going to have to be firm with them

3    and say, "Please, don't put me on the spot.  I've got to follow

4    what the judge has told me.  Don't put me in a situation where

5    I'm doing something I shouldn't be doing."

6            Facebook, Twitter, you can rest assured that the world

7    being what it is, there will be people watching your accounts,

8    okay?  So anything that appears there, we're going to hear

9    about.  That's the way it is, unfortunately, in the world

10   today.  So please be very circumspect about that.  If people

11   approach you, say, "I can't do it.  Just please don't write to

12   me about those things," okay?

13           Can I count on you?

14           THE JURORS:  Yes, sir.  Absolutely.

15           THE COURT:  Okay.  Other than that, this will be a

16   serious matter.  It will take some time.  It will be

17   interesting, it will be challenging, but I know you all can do

18   it.  And that's really all I have to say.  Tomorrow when you

19   get here we'll formally bring you into the courtroom and

20   administer the oath.  That actually marks the formal beginning

21   of the trial, when the jury takes the oath of office.  And

22   we'll begin.  We expect to go right into opening statements and

23   have witnesses begin first thing.

24           For our schedule, you know we're Monday through

25   Thursday.  So we'll sit tomorrow, Wednesday, and Thursday.  We

1   will not sit on Friday this week.  We'll resume the normal

2   Monday through Thursday next week, all right?

3           So that's really all I have to say except, finally,

4   the Supreme Court of the United States has a very interesting

5   tradition.  Before they go out on the bench to hear argument

6   and before they conference a case, they all shake hands with

7   each other, and I thought we'd do that because we're now

8   teammates.  I'm going to go around and you can do it.

9           (The judge shakes hands with the jurors.)

10          THE COURT:  Okay.  You're going to be going along.  I

11  think the marshal may have told you that they're going to

12  shepherd you out so, again, you don't have to go through the

13  mass of people in the front and you can be on your way.  And

14  we'll see you tomorrow.

15          A JUROR:  We have to wait for our cell phones.

16          THE COURT:  That's right.  You're getting your cell

17  phones.

18          We'll see you bright and early and start our project.

19          A JUROR:  Do you know if you're going to sequester us?

20          THE COURT:  You're not going to be sequestered.  No,

21  no, no, you'll go home every night at four o'clock or

22  thereabouts, okay?

23          THE JURORS:  Thank you.

24          THE COURT:  Have a good evening.  We'll see you

25  tomorrow morning.

1          THE JURORS:  Thank you.

2          (The Court exits the jury room and the lobby

3   conference concludes at 1:13 p.m.)

1                        C E R T I F I C A T E

2

3           I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

4     the United States District Court, do hereby certify that the

5     foregoing transcript constitutes, to the best of my skill and

6     ability, a true and accurate transcription of my stenotype

7     notes taken in the matter of Criminal Action No. 13-10200,

8     United States of America v Dzhokhar Tsarnaev.

9

10    /s/ Marcia G. Patrisso
      MARCIA G. PATRISSO, RMR, CRR
11    Official Court Reporter

12
      Date:  3/9/15
13

14

15

16

17

18

19

20

21

22

23

24

25