FILED
IN CLERKS OFFICE

2015 MAR 13 PM 3 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNDER SEAL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV ) | |

### DEFENDANT'S PROPOSED DIRECTIONS TO THE JURY AT THE JURY VIEW

Defendant, Dzhokhar Tsarnaev, by and through counsel, hereby proposes that the jury's attention during the view of the boat be directed as follows:

1. Please note the temporary wood framing that once supported the shrink wrapping.

2. Please walk around the boat and observe the bullet holes and bullet indentations.

3. Please note the condition of the windshield of the boat.

4. Please observe the port (left) side of the boat toward the middle of the boat and note bloodstains, if any, you may see there.

5. Please observe the stern (back) side of the boat toward the left and note bloodstains, if any, you may see there.

6. Please visually scan the interior of the boat, and then focus on the engine block and spaces on either side of it. Please note the bloodstains, if any, which exist in and around the floor area on either side of the engine block.

7. Please note the areas of the boat where pieces of the interior have been cut out.

8. Please note the location of the head (bathroom) in the bow (front) portion of the boat and the location of items you see within it.

Respectfully Submitted,

/s/ Timothy Watkins
DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I hereby certify that I have caused this document to be sent to counsel for the United States by email and hand delivery this 13th day of March, 2015.

/s/ Timothy Watkins