FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Crim No.13-10200-GAO** |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | **FILED UNDER SEAL** |
| Defendant | ) | |

## GOVERNMENT'S SEALED MOTION TO FILE
## MOTION IN LIMINE UNDER SEAL

The United States of America, by and through its undersigned counsel, respectfully

requests leave to file the attached Government's Sealed Motion in Limine under seal.  As

grounds for this motion, the government states that the attached motion contains sensitive non-

public information about the case, the pre-mature disclosure of which could be contrary to the

interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:     /s/ Aloke Chakravarty
ALOKE S. CHAKRAVARY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVE MELLIN
Trial Attorney, U.S. Dept. of Justice

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served via electronic mail to Judy Clarke, Esq.,

et. al., counsel for Dzhokhar Tsarnaev, on March 16, 2015.

/s/ Aloke Chakravarty
ALOKE CHAKRAVARTY