1                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
2

3
                                    )
4    UNITED STATES OF AMERICA,       )
                                     )
5            Plaintiff,              )
                                     )  Criminal Action
6    v.                              )  No. 13-10200-GAO
                                     )
7    DZHOKHAR A. TSARNAEV, also      )
     known as Jahar Tsarni,          )
8                                    )
             Defendant.              )
9                                    )

10

11        BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                  UNITED STATES DISTRICT JUDGE
12

13
          **EXCERPT OF JURY TRIAL - DAY TWENTY-NINE**
14
               **Testimony of Steven Kimball**
15

16

17        John J. Moakley United States Courthouse
                      Courtroom No. 9
                    One Courthouse Way
18            Boston, Massachusetts  02210
                  Monday, March 9, 2015
19

20             Cheryl Dahlstrom, RMR, CRR
                  Official Court Reporter
21         John J. Moakley U.S. Courthouse
            One Courthouse Way, Room 3510
22            Boston, Massachusetts  02210
                    (617) 737-8728
23
          Mechanical Steno - Computer-Aided Transcript
24

25

```
 1     APPEARANCES:

 2          OFFICE OF THE UNITED STATES ATTORNEY
            By: William D. Weinreb, Aloke Chakravarty and
 3               Nadine Pellegrini, Assistant U.S. Attorneys
                 John Joseph Moakley Federal Courthouse
 4          Suite 9200
            Boston, Massachusetts  02210
 5          - and -
            UNITED STATES DEPARTMENT OF JUSTICE
 6               By:  Steven D. Mellin, Assistant U.S. Attorney
            Capital Case Section
 7          1331 F Street, N.W.
            Washington, D.C.  20530
 8          On Behalf of the Government

 9          FEDERAL PUBLIC DEFENDER OFFICE
                 By:  Miriam Conrad, William W. Fick and Timothy G.
10               Watkins, Federal Public Defenders
            51 Sleeper Street
11          Fifth Floor
            Boston, Massachusetts  02210
12          - and -
            CLARKE & RICE, APC
13               By:  Judy Clarke, Esq.
            1010 Second Avenue
14          Suite 1800
            San Diego, California  92101
15               - and -
            LAW OFFICE OF DAVID I. BRUCK
16               By:  David I. Bruck, Esq.
            220 Sydney Lewis Hall
17          Lexington, Virginia  24450
            On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

1                              I N D E X

2       Testimony of:              Direct  Cross  Redirect  Recross

3       STEVEN A. KIMBALL

4         by Mr. Chakravarty        4

5

6                               *  *  *  *  *  *

7

8                              E X H I B I T S

9       No.      Description                              In Evd.

10      G-1274   Twitter account for J_tsar............... 8

11      G-1264   Twitter account for Al_FirdausiA......... 8

12      G-1275   Tweets from Exhibits 1264 and 1274....... 12
        -1320
13
        G-1267   Individual Tweets from Al_FirdausiA ..... 20
14      -1273    account

15      G-1266   Screenshot of Al_FirdausiA page.......... 20

16

17

18

19

20

21

22

23

24

25

1    (EXCERPT AS FOLLOWS:

2         MR. CHAKRAVARTY:  The government calls Agent Steve

3    Kimball.

4         STEVEN A. KIMBALL, Sworn

5         THE CLERK:  Have a seat.  State your name.  Spell your

6    last name for the record.  Keep your voice up and speak into

7    the mic.

8         THE WITNESS:  Yes, sir.  Steven A. Kimball,

9    K-i-m-b-a-l-l.

03:35 10   DIRECT EXAMINATION BY MR. CHAKRAVARTY:

11   Q.   Good afternoon.  Where are you employed?

12   A.   Appointed?

13   Q.   Where are you employed?  Excuse me.

14   A.   With the FBI office in Boston.

15   Q.   Are you an FBI special agent?

16   A.   Yes.

17   Q.   How long have you been an agent?

18   A.   Approximately ten years.

19   Q.   What different -- have you worked in different field

03:35 20   offices?

21   A.   Yes.  I worked in the Newark FBI office.  I've also worked

22   out of our headquarters components.

23   Q.   Back in April of 2013, were you assigned to the Boston

24   Field Division?

25   A.   Yes.

1    Q.   As part of your roles as an agent, did you participate in

2    the Boston Marathon investigation?

3    A.   Yes, I did.

4    Q.   In fact, after the Boston Marathon explosions that

5    occurred, was the entire field office mobilized to respond?

6    A.   Yes, it was.

7    Q.   In the days after the Boston Marathon bombing, was a

8    command post set up at the Boston field office headquarters?

9    A.   Yes.

03:36 10   Q.   Can you describe generally what the atmosphere was there?

11   A.   Basically, we had a lot of government agencies from across

12   the state and region that were centered on the eighth floor and

13   tried to coordinate the effort as far as the investigative

14   effort, in reaction to the bombings.

15   Q.   Now, after the suspects were identified --

16   A.   Yes.

17   Q.   -- were there internet searches to determine whether those

18   individuals had any social media accounts?

19   A.   Yes, there was.

03:36 20   Q.   Were certain social media accounts actually identified?

21   A.   Yes, there was.

22   Q.   Was there particularly a Twitter account that was

23   associated with Jahar Tsarnaev?

24   A.   Yes, there was.

25   Q.   How did you discover that?

1    A.    That was discovered in the morning hours after reviewing

2    essentially open-source media and also receiving tips from the

3    public.

4    Q.    Do you remember the handle that was used by Jahar Tsarnaev

5    for his --

6    A.    J_tsar.

7    Q.    J_tsar?

8    A.    Uh-uhm.

9    Q.    At some point later, was there another Twitter account

03:37 10    associated with the defendant?

11    A.    Yes, there was.

12    Q.    What was that called?

13    A.    Al_FirdausiA.

14    Q.    How did you find that?

15    A.    That was basically found -- essentially, it was connected

16    to that account from -- they basically were linked together

17    because they were essentially following each other, is the best

18    way to explain it.

19    Q.    Now, as part of your role in the investigation, at some

03:37 20    point later, did you apply for search warrants?

21    A.    Yes, I did.

22    Q.    And part of some of those search warrants -- were there

23    dozens of search warrants that you applied for for various

24    different things?

25    A.    Yes.

1    Q.   Were some of the search warrants for these Twitter

2    accounts?

3    A.   Yes.

4    Q.   The Twitter account under the name J_tsar and the Twitter

5    account for the name Al_FirdausiA?

6    A.   Yes.

7    Q.   Did you -- did the FBI receive results of those search

8    warrants?

9    A.   Yes, they did.

03:38 10   Q.   Are Twitter accounts available for the public to view

11   without a search warrant?

12   A.   Yes, in most cases, yes.

13   Q.   Can you just explain for the jury, for those who don't

14   have their own Twitter account, just how Twitter works a little

15   bit?

16   A.   Twitter is basically a public messaging system where

17   someone creates an account with a user name and a display

18   profile, and they can post information to the internet and

19   share that information with other like-minded users who want to

03:38 20   share that information.

21   Q.   With regards to the J_tsar Twitter account, did -- when

22   the Twitter provided records related to that account, did it

23   provide subscriber information for that account?

24   A.   Yes, it did.

25           MR. CHAKRAVARTY:  I'm going to ask Mr. Bruemmer to

1    pull up just for the witness and the Court Exhibit 1264.

2    Excuse me.  Sorry.  1274.

3    Q.   Is this the subscriber information for the J_tsar account?

4    A.   Yes, it is.

5         MR. CHAKRAVARTY:  And 1264.

6    Q.   Is the subscriber information for the Al_FirdausiA

7    account?

8    A.   Yes, it is.

9         MR. CHAKRAVARTY:  I'd move 1264 and 1274 into

03:39 10  evidence.

11         THE COURT:  Any objection?

12         MS. CLARKE:  No objection.

13         THE COURT:  Okay.

14   (Exhibit No. 1274 received into evidence.)

15   (Exhibit No. 1264 received into evidence.)

16         MR. CHAKRAVARTY:  Could we just publish, please, your

17   Honor?

18   Q.   Agent Kimball, after you received the response from

19   Twitter with regards to the contents of each of these accounts,

03:40 20  can you compare them with the data that had been collected

21   through just publicly browsing to those two Twitter accounts?

22   A.   Yes.

23   Q.   And did they compare favorably?

24   A.   Yes, they did.

25   Q.   Now, this exhibit -- excuse me.

1          So this Exhibit 1264, is this the subscriber

2    information for the Al_FirdausiA account?

3    A.   Yes, it is.

4    Q.   Does it list the person who -- the name of the person who

5    opened this account?

6    A.   Not here.

7    Q.   So how do you know who that person is based on this

8    information?

9    A.   That was through subscriber information of the Gmail that

03:40 10   is listed there.

11   Q.   So there's an email address associated with the Twitter

12   account?

13   A.   Yes.

14   Q.   That's this email address here I just circled,

15   Tsar1Jahar@gmail.com?

16   A.   Yes.

17   Q.   Subsequently, did you obtain -- actually, did you

18   separately obtain from Gmail, which is the Google's email

19   service, the subscriber information to that account?

03:41 20   A.   Yes.

21   Q.   Was that, in fact, subscribed to Jahar Tsarnaev?

22   A.   Yes.  It came back to the defendant.

23   Q.   And the date that this account was created, is that listed

24   here that I just underlined in red?

25   A.   Yes.

1    Q.   That's March 11, 2013?

2    A.   Yes.

3    Q.   Do you know what this means?

4    A.   That is the creation IP.

5    Q.   Do you know, in laymen's terms, what an IP is?

6    A.   Internet Protocol.  Essentially, it's the address on the

7    internet where that was created.

8    Q.   Are you familiar with where this internet protocol address

9    resolves to?

03:41 10   A.   Yes.  It resolves back to the University of Massachusetts

11   Dartmouth.

12        MR. CHAKRAVARTY:  Back to 1274.

13   Q.   Is this similarly the subscriber information that Twitter

14   provided with regards to the J_tsar Twitter account?

15   A.   Yes, it is.

16   Q.   And is this the email address associated with the account?

17   A.   Yes.

18   Q.   And did you also apply for a search warrant for -- excuse

19   me.  Did someone apply for a search warrant for the contents of

03:42 20   that account?

21   A.   Yes, they did.

22   Q.   And was that -- did that account also come back to Jahar

23   Tsarnaev?

24   A.   It did.  It came back to the defendant.

25   Q.   And this IP address, are you familiar with that?

1    A.    Yes, I am.

2    Q.    Where did that resolve to?

3    A.    That also resolves back to the University of Massachusetts

4    Dartmouth.

5    Q.    And this account was created back in 2011; is that fair to

6    say?

7    A.    Yes, it was.

8    Q.    All right.  So I'm going to ask you now to go through some

9    of the tweets or the posts on this account, the J_tsar account,

03:42 10    that were observed after the bombing.  Do you know

11    approximately how many tweets there were on that account?

12    A.    There are approximately 1,100.

13    Q.    We don't have all 1,100 today, right?

14    A.    No.

15    Q.    There are just a select few that we selected?

16    A.    Yes.

17          MR. CHAKRAVARTY:  Can we call up Exhibit 1320 --

18    excuse me.  1320, please, yes.  I'm sorry, 1313, we'll start.

19    Q.    Now, is this one of the tweets that was extracted from the

03:43 20    publicly available Twitter account of J_tsar?

21    A.    Yes, it was.

22    Q.    Was this tweet also within the contents of the search

23    warrant we were talking about?

24    A.    Yes, it was.

25    Q.    Was that true for all of the tweets that we've looked at

1   that you're going to present to the jury?

2   A.   Yes, it is.

3   Q.   And so is it fair to say that Exhibits 1274 -- excuse me,

4   1275 through 1320 are all fair and accurate renditions of the

5   tweets posted on the J_tsar account and the Al_FirdausiA

6   account?

7   A.   Yes, they are.

8        MR. CHAKRAVARTY:   I'd move into evidence Exhibits 1275

9   through 1320.

03:44 10        MS. CONRAD:   No objection.

11        THE COURT:   Okay.

12   (Exhibit Nos. 1275-1320 received into evidence.)

13        MR. CHAKRAVARTY:   If I could publish, your Honor?

14   Q.   Agent Kimball, is this the first tweet on the J_tsar

15   account that occurred after the Boston Marathon bombing?

16   A.   Yes, it is.

17   Q.   Just to orient the jury on the contents of this page, can

18   you describe the various features of what appears on this page?

19   A.   Sure.   The first thing you're going to look at is the user

03:44 20   name, or Twitter handle is another commonly-used term.   That's

21   the @J_tsar.   Then you have the display name, which is Jahar,

22   J-a-h-a-r.   And then you have a display picture, which in this

23   case is a lion.   That's essentially it.

24   Q.   Now, the -- this was put on for purposes of the

25   presentation to the jury, is that right?

1    A.    Yes.

2    Q.    So this content -- to explain how Twitter works, is this a

3    message that the user of the account types into the account?

4    A.    Yes.

5    Q.    And then that is visible by everyone?

6    A.    Yes, it is.

7    Q.    And this date and time that appear, did you determine what

8    time zone that time is from?

9    A.    That time zone is Pacific Standard Time.

03:45 10   Q.    Was that compared to the results of the search warrant to

11   determine that?

12   A.    Yes.

13   Q.    So Pacific Standard Time is three hours behind Eastern

14   Standard Time, is that right?

15   A.    Yes, it is.

16   Q.    So at around 8 p.m. Eastern Standard Time, is it fair to

17   say this tweet was made?

18   A.    Yes.

19   Q.    And can you read it, please?

03:45 20   A.    "Ain't no love in the heart of the city, stay safe,

21   people."

22          MR. CHAKRAVARTY:  1314, please.

23   Q.    Agent Kimball, are you familiar with when, before a tweet

24   goes out, that there is an @ and then the name of another user,

25   what that means in Twitter language?

1    A.    Essentially, you're directing that tweet or message at

2    that user.

3    Q.    Do other people who surf to this account get to see that

4    tweet?

5    A.    Yes.

6    Q.    So it's not a private message?

7    A.    No.

8          MR. CHAKRAVARTY:  1315, please.  And 1316.

9    Q.    Can you read this message, please?

03:46 10   A.    "There are people that know the truth but stay silent &

11   there are people that speak the truth but we don't hear them

12   cuz they're the minority."

13   Q.    Now, this tweet was at 12:34 on April 16th, is that right?

14   A.    Yes.

15   Q.    And that's because I added three hours to this number up

16   here, right?

17   A.    Yes.

18   Q.    Back to 1315.  I didn't mean to ignore this.  Now, is this

19   a tweet from the J_tsar account?

03:47 20   A.    No.  That is a tweet that the J_tsar account is responding

21   to.

22   Q.    So the user of this account responded to this tweet?

23   A.    Yes.

24         MR. CHAKRAVARTY:  I'm sorry.  Is there a second page

25   to this?  No.  Sorry.  Is there a first page?  1314, please.

1       Is there a second page to that?  Go back to 1315.

2       Q.   Do you remember what the J_tsar tweet was related to this

3       account -- related to this post?

4       A.   The J_tsar tweet in regards to this was essentially --

5       "fake story" was the response that was tweeted out to this

6       story.

7       Q.   So the user of J_tsar wrote "fake story"?

8       A.   Yes.

9            MR. CHAKRAVARTY:  Exhibit 1317, please.

03:48 10  Q.   Now, is this a tweet from April 16th, at approximately

11      1:22 p.m.?

12      A.   Yes.

13      Q.   Can you read that, please?

14      A.   "So then I says to him, I says, relax bro my beard is not

15      loaded."

16           MR. CHAKRAVARTY:  And Exhibit 1318.  Sorry.

17      Q.   Is this the tweet I was referring to earlier --

18      A.   Yes.

19      Q.   -- that you already described?

03:49 20       MR. CHAKRAVARTY:  Exhibit 1319, please.

21      Q.   Can you read this?

22      A.   "Nowadays everybody wanna talk like they got somethin to

23      say but nothin comes out when they move their lips; just a

24      bunch of gibberish."

25      Q.   Agent Kimball, did you learn what this is?

         1    A.    This is basically lyrics to a rap song.

         2    Q.    Again, this is April 16, the day after the Marathon

         3    bombing?

         4    A.    Yes.

         5          MR. CHAKRAVARTY:  Exhibit 1320, please.

         6    Q.    Agent Kimball, is this the last tweet authored by the user

         7    of J_tsar?

         8    A.    Yes.

         9    Q.    And can you read it?

03:49   10    A.    "I'm a stress free kind of guy."

        11    Q.    Now, before the Marathon bombing, were there -- I think

        12    you described there are over a thousand tweets, is that right?

        13    A.    Yes, approximately.

        14          MR. CHAKRAVARTY:  Can we go to Exhibit 1312, please?

        15    Q.    Now, this is the last tweet from the J_tsar account before

        16    the Marathon bombing; is that fair to say?

        17    A.    Yes.

        18    Q.    This is close to midnight on the night before the bombing,

        19    11:39 p.m.?

03:50   20    A.    Yes.

        21    Q.    And was this a message to another person with this user

        22    name?

        23    A.    Yes, it was.

        24          MR. CHAKRAVARTY:  Go to 1313, please.  Sorry.  1311,

        25    please.

1    Q.   Two days before the bombing, was there this message?

2    A.   Yes.

3    Q.   And, again, is this to a specific person using @Kid_Wavyy?

4    A.   Yes, it is.

5    Q.   Can you just read it?

6    A.   "@Kid_Wavyy, yea man never get into a family plan with

7    foreigners."

8    Q.   Do you know what that means?

9    A.   I do not.

03:51 10         MR. CHAKRAVARTY:  Exhibit 1310, please.

11   Q.   This is on April 10th, which is just before the weekend,

12   the week before the bombing, I think the Thursday.  Can you

13   read this one?

14   A.   "Most of you are conditioned by the media."

15         MR. CHAKRAVARTY:  1309, please.

16   Q.   Can you read this one?

17   A.   "If you have the knowledge and the inspiration all that's

18   left is to take action."

19   Q.   This is a little over a week before the Marathon bombing,

03:51 20   is that right?

21   A.   Yes.

22         MR. CHAKRAVARTY:  1308, please.

23   Q.   Can you read this one?

24   A.   "You have to make tough decisions today and those

25   decisions will influence your future.  Hardships will arouse

```
 1    and you will roll up loud."

 2    Q.   Do you know what that means?

 3    A.   I don't.

 4         MR. CHAKRAVARTY:  1307, please.

 5    Q.   This is on March 20 of 2013.

 6    A.   "Evil triumphs when good men do nothing."

 7         MR. CHAKRAVARTY:  Exhibit 1306, please.

 8    Q.   This is, again, on March 20, 2013, another one.  Can you

 9    read this one, please?

10    A.   Yes.  "Once you feel you are avoided by someone never

11    disturb them again."

12         MR. CHAKRAVARTY:  1305, please.

13    Q.   Can you read this one?

14    A.   "People come into your life to help you, hurt you, love

15    you and leave you and that shapes your character and the person

16    you were meant to be."

17         MR. CHAKRAVARTY:  Exhibit 1304, please.

18    Q.   This is just a message to somebody to say come outside?

19    A.   Yes.

20         MR. CHAKRAVARTY:  Exhibit 1303, please.

21    Q.   Can you read this one?

22    A.   "September 10th baby, you know what tomorrow is.  Party at

23    my house?" #things you don't yell when entering a room."

24    Q.   Now, in Twitter language, what does something that appears

25    after a hashtag mean?
```

1    A.    A hashtag is basically a way to wrap a conversation around

2    a certain topic, or you can also search by a hashtag.  So if

3    you want to view individuals who have also posted under that

4    same hashtag, you can search that hashtag and view those

5    postings.

6    Q.    Now, this was on March 14 of 2013?

7    A.    Yes.

8    Q.    I'm sorry.  Agent Kimball, was this post on March 14 of

9    2013?

03:53 10    A.    Yes.

11           MR. CHAKRAVARTY:  Exhibit 1302, please.

12    Q.    Can you read this one?

13    A.    "Never underestimate the rebel with a cause."

14    Q.    Now, this post was on March 10, 2013, at about three

15    minutes before midnight, is that right?

16    A.    Yes.

17    Q.    Now, the Al_FirdausiA account, on that same day, into the

18    next day, did you see activity on that account from that day?

19    A.    Activity on that account, the Al_FirdausiA account,

03:54 20    occurred approximately three hours after this tweet.

21    Q.    Okay.

22           MR. CHAKRAVARTY:  Can we go to Exhibit 1267, please?

23    I'm sorry, your Honor.  I'm not sure whether I moved in.

24           THE COURT:  1267 is not in.

25    Q.    Were the Al_FirdausiA tweets that you matched up with the

1    results of the search warrant -- were those Exhibits 1273

2    through -- sorry, 1267 through 1273?

3    A.    Yes.

4    Q.    Sorry.  Were those -- did those also match up -- the

5    content of the search warrant matched what you saw that was

6    publicly available?

7    A.    Yes, they did.

8            MR. CHAKRAVARTY:  I would move in 1267 to 1273.

9            MS. CONRAD:  No objection.

03:55 10        THE COURT:  Okay.

11   (Exhibit Nos. 1267-1273 received into evidence.)

12   Q.    Is this the -- if you go back -- sorry.

13           MR. CHAKRAVARTY:  I'd also move in 1266, which is a

14   screenshot of the whole page.

15           THE COURT:  All right.

16           MS. CONRAD:  No objection.

17   (Exhibit No. 1266 received into evidence.)

18           MR. CHAKRAVARTY:  1266, please.

19   Q.    As I just suggested, is this what the Twitter page would

03:55 20   look like or did look like to the FBI person who downloaded

21   this?

22   A.    Yes, it did.

23   Q.    I'm just going to zoom in a little bit.  Let me start with

24   this.  In the upper left-hand corner, there's a word here and

25   then the account name here, is that right?

1    A.    Yes.

2    Q.    Do you know what this word is or what it means?

3    A.    Ghuraba, roughly translated, means stranger or strangers.

4    Q.    Is that the handle -- or the screen name, excuse me?

5    A.    The screen name, yes.

6    Q.    Is this a user-selected image?

7    A.    Yes, it is.

8    Q.    And is this also a user-selected image?

9    A.    Yes, it is.

03:56 10    Q.    Does that appear to be the holy city of Mecca?

11    A.    Yes, it does.

12    Q.    And then the tweets, are they listed in consecutive order

13    on the Twitter page?

14    A.    Yes.

15    Q.    So is it reverse chronological order so the most recent

16    tweet is at the top?

17    A.    Yes.

18    Q.    So let's go to the first tweet.  Are these all of the

19    tweets that appeared on the Al_FirdausiA account?

03:57 20    A.    Yes.

21    Q.    So is this the first tweet that is available on this

22    account?

23    A.    Yes.

24    Q.    Can you read that?

25    A.    "I want the highest levels of Jannah, I want to be able to

1   see Allah every single day for that is the best of pleasures

2   #islam #alfirdaus."

3   Q.   Here I think you mentioned earlier that this account

4   followed the J_tsar account.  In fact, on the screenshot, does

5   it say, "Ghuraba followed Jahar," amongst others?

6   A.   Yes, it does.

7        MR. CHAKRAVARTY:  Can we go to 1267.

8   Q.   Is this another tweet from that account?

9   A.   Yes, it is.

03:58 10   Q.   Was this on March 11, 2013, at about 2:49 in the morning?

11   A.   Yes.

12   Q.   Can you read this one?

13   A.   "Listen to Anwar Awlaki (a shaheed iA) the here after

14   series, you will gain an unbelievable amount of knowledge

15   #islam #Muslim."

16   Q.   Without saying who he is, you're familiar with who Anwar

17   Awlaki is?

18        MS. CONRAD:  Objection.  Foundation, your Honor.

19        THE COURT:  You may answer if you know.

03:58 20   A.   Yes, I am.

21        MR. CHAKRAVARTY:  1268, please.

22   Q.   Is this the post that you read from the screenshot --

23   A.   Yes.

24   Q.   -- moments ago?

25   A.   Yes.

1          MR. CHAKRAVARTY:  1269.

2  Q.   Is this one on March 11th at about 2:40 p.m.?

3  A.   Yes.

4  Q.   Does it say, "Salam aleikum wa rahmatullahi wa barakatu!"?

5  A.   Yes.

6  Q.   "Dear Muslim brothers & sisters, follow me for some

7  Islamic insight #islam #muslim"?

8  A.   Yes.

9  Q.   The first phrase, that first sentence, is that the

03:59 10  transliteration of an Arabic phrase?

11  A.   Yes.

12  Q.   Without knowing what specifically the words mean, do you

13  recognize that as a greeting in --

14  A.   Yes.

15          MR. CHAKRAVARTY:  Exhibit 1270, please.

16  Q.   Can you read this one on March 11th?

17  A.   "Ghuraba, means strangers.  Out here in the west, we

18  should stand out among the nonbelievers as one body #islam."

19          MR. CHAKRAVARTY:  1271, please.

04:00 20  Q.   Can you read this one?

21  A.   "Strive to be a better Muslim, be greedy with your time,

22  devote most of it to the Almighty for it is his satisfaction

23  that you need #islam."

24          MR. CHAKRAVARTY:  1272, please.

25  Q.   Can you read this one from the next day, March 12th?

1    A.    "Dua is truly the weapon of the believer, pray for the

2    oppressed it is your duty #islam, #muslim."

3          MR. CHAKRAVARTY:  Exhibit 1273, please.

4    Q.    Can you read -- is this the last post on the Al_FirdausiA

5    account by the user of the account?

6    A.    I believe it is.

7    Q.    Can you read this one?

8    A.    "It's our responsibility my brothers & sisters to ask

9    Allah to ease the hardships of the oppressed and give us

04:00 10   victory over kufr #islam #dua."

11   Q.    Just quickly going back to the J_tsar account, were there

12   other tweets on that J_tsar accounts before March 10 of 2013?

13   A.    Yes, there were.

14         MR. CHAKRAVARTY:  Can we go to Exhibit 1301, please.

15   Q.    Can you read this one?

16   A.    "Death is the destroyer of all pleasures."

17         MR. CHAKRAVARTY:  1300.  1299.

18   Q.    Does this say, "I'm in a New York State of mind?"

19   A.    Yes, it does.

04:01 20        MR. CHAKRAVARTY:  1298.

21   Q.    Is this a retweet -- excuse me, a response to somebody

22   else's tweet?

23   A.    Yes, because it starts with basically an @ and then the

24   muftimenk.

25   Q.    The date of this is about January 19 of 2013?

1    A.    Yes.

2          MR. CHAKRAVARTY:  And Exhibit 1297.

3    Q.    Can you read this one?

4    A.    "I don't argue with fools who say Islam is terrorism, it's

5    not worth a thing, let an idiot remain an idiot."

6          MR. CHAKRAVARTY:  1296.

7    Q.    Can you read that one?

8    A.    "You can hit the gym all you want but if you're a coward

9    at heart dudes will still step all over you."

04:02 10         MR. CHAKRAVARTY:  1295.

11   Q.    Can you read that?

12   A.    "It takes a lot of faith to elude hypocrisy."

13         MR. CHAKRAVARTY:  1294.

14   Q.    Can you read that?

15   A.    "I kind of like religious debates, just hearing what other

16   people believe is interesting and then crushing their beliefs

17   with facts is fun."

18         MR. CHAKRAVARTY:  1293.

19   Q.    Does it say, "Free Palestine"?

04:03 20   A.    Yes.

21         MR. CHAKRAVARTY:  1292.

22   Q.    Can you read this one?

23   A.    "You guys know that the suicide rate for active duty

24   American soldiers is at an all time high for 2012, a suicide a

25   day, what's the #problem?"

          1            MR. CHAKRAVARTY:  1290, please.  1289.  1288.  1286.

          2    Q.   This has an Arabic word at the beginning "alhamdulillah,

          3    for my family"?

          4    A.   Yes.

          5            MR. CHAKRAVARTY:  1285.

          6    Q.   Now, is this tweet from back in May of 2012?

          7    A.   Yes.

          8    Q.   Can you just read that?

          9    A.   "Freedom, we could use some of that especially where we

04:04 10    from."

         11            MR. CHAKRAVARTY:  1284.

         12    Q.   What does that say?

         13    A.   "Proud to be from #chechnya."

         14            MR. CHAKRAVARTY:  1283.

         15    Q.   Can you read that?

         16    A.   "When money speaks, truth doesn't."

         17            MR. CHAKRAVARTY:  1281.

         18    Q.   Now, is this Cyrillic writing?

         19    A.   Yes.

04:04 20    Q.   Was that translated in 1282?

         21    A.   Yes.

         22            MR. CHAKRAVARTY:  1282, please.

         23    Q.   Is this the translation?

         24    A.   Yes, it is.

         25            MR. CHAKRAVARTY:  1280, please.

1    Q.   Can you read that?

2    A.   "They will spend their money and they will regret it and

3    then they will be defeated."

4    Q.   You know what was happening that day?

5    A.   That was the Boston Marathon in 2012.

6              MR. CHAKRAVARTY:  That's all I have, your Honor.

7              THE COURT:  Anything?

8              MS. CONRAD:  Yes, your Honor.  Do you want me to start

9    now?

04:05 10             THE COURT:  No, I think we'd better not.

11             So we'll suspend here, jurors, and resume tomorrow at

12   9.  Remember my instructions.  Please avoid the news as much as

13   you can and avoid any discussion of the case.

14             Have a good evening.  We'll see you tomorrow and begin

15   again.  We'll be in recess.

16             THE CLERK:  All rise for the Court and the jury.

17   Court will be in recess.

18   (Whereupon, at 4:05 p.m. the trial recessed.)

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3          I, Cheryl Dahlstrom, RMR, CRR, and Official Reporter

4   of the United States District Court, do hereby certify that the

5   foregoing transcript constitutes, to the best of my skill and

6   ability, a true and accurate transcription of my stenotype

7   notes taken in the matter of Criminal Action No. 13-10200-GAO,

8   United States of America v. Dzhokhar A. Tsarnaev.

9

10

11

12  /s/ Cheryl Dahlstrom

13  CHERYL DAHLSTROM, RMR, CRR

14  Official Court Reporter

15

16  Date:  March 16, 2015

17

18

19

20

21

22

23

24

25