```
 1                 UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2

 3
                                      )
 4   UNITED STATES OF AMERICA,        )
                                      )
 5           Plaintiff,               )
                                      )   Criminal Action
 6   v.                               )   No. 13-10200-GAO
                                      )
 7   DZHOKHAR A. TSARNAEV, also       )
     known as Jahar Tsarni,           )
 8                                    )
             Defendant.               )
 9                                    )

10

11          BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                  UNITED STATES DISTRICT JUDGE
12

13
             EXCERPT OF JURY TRIAL - DAY THIRTY
14
                 Sidebar Conference Re Proffer
15

16
          John J. Moakley United States Courthouse
17                     Courtroom No. 9
                      One Courthouse Way
18              Boston, Massachusetts  02210
                  Tuesday, March 10, 2015
19

20
                 Cheryl Dahlstrom, RMR, CRR
21                  Official Court Reporter
               John J. Moakley U.S. Courthouse
22             One Courthouse Way, Room 3510
                Boston, Massachusetts  02210
23                     (617) 737-8728

24      Mechanical Steno - Computer-Aided Transcript

25
```

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: William D. Weinreb, Aloke Chakravarty and
 3             Nadine Pellegrini, Assistant U.S. Attorneys
             John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6             By:  Steven D. Mellin, Assistant U.S. Attorney
           Capital Case Section
 7         1331 F Street, N.W.
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         FEDERAL PUBLIC DEFENDER OFFICE
               By:  Miriam Conrad, William W. Fick and Timothy G.
10             Watkins, Federal Public Defenders
           51 Sleeper Street
11         Fifth Floor
           Boston, Massachusetts  02210
12         - and -
           CLARKE & RICE, APC
13             By:  Judy Clarke, Esq.
           1010 Second Avenue
14         Suite 1800
           San Diego, California  92101
15             - and -
           LAW OFFICE OF DAVID I. BRUCK
16             By:  David I. Bruck, Esq.
           220 Sydney Lewis Hall
17         Lexington, Virginia  24450
           On Behalf of the Defendant
18

19

20

21

22

23

24

25
```

```
       1    (EXCERPT AS FOLLOWS:
       2    (SIDEBAR CONFERENCE AS FOLLOWS:
       3             THE COURT:  Yes, counsel, please.  This is for the
       4    proffer that defense wanted to make.  I guess it was Mr.
       5    Chakravarty's witness.
       6             MS. CONRAD:  Your Honor, I'm not quite sure why I
       7    wasn't allowed to do recross; but had I been allowed to do
       8    recross -- Mr. Chakravarty elicited on redirect that -- in a
       9    leading question that the tweet about September 10th was the
11:06 10    first tweet after the last Al_Firdausia tweet, if I understood
      11    him correctly, and that's simply not correct.  There's a tweet
      12    about "never fork a mini tomato while wearing a white shirt"
      13    was tweeted at 2:18 p.m. on March 13th.  The September 10th
      14    tweet was more than 24 hours after that.  I want to introduce
      15    the actual tweets, which -- the entire Exhibit 1 does not show
      16    the times.  It just shows the dates.  But I had this prepared
      17    as an exhibit to put in to show the time, and I'm not sure I
      18    understand why Mr. Chakravarty gets to do direct and redirect
      19    and I cannot do recross.
11:06 20             THE COURT:  Recross isn't guaranteed.  But at any
      21    rate, that explanation confirms to me it was --
      22             THE COURT REPORTER:  I'm sorry, Judge.  I didn't hear
      23    you.
      24             THE COURT:  It's there.  You can argue it if you want
      25    to argue it.  It's in the evidence.
```

1     MS. CONRAD:  Well, I don't think the jury should be
2  left with --
3     THE COURT:  Your offer is made.
4     MS. CONRAD:  -- an inaccurate presentation.
5  .  .  .  END OF SIDEBAR CONFERENCE.)
6  .  .  .  END OF EXCERPT.)
7  (Recess taken at 11:05 a.m.)

1      C E R T I F I C A T E

2           I, Cheryl Dahlstrom, RMR, CRR, Official Reporter of

3      the United States District Court, do hereby certify that the

4      foregoing transcript constitutes, to the best of my skill and

5      ability, a true and accurate transcription of my stenotype

6      notes taken in the matter of Criminal Action No. 13-10200-GAO,

7      United States of America v. Dzhokhar A. Tsarnaev.

10     /s/ Cheryl Dahlstrom

11     CHERYL DAHLSTROM, RMR, CRR

12     Official Court Reporter

15     Date:  March 16, 2015