UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
March 17, 2015

O'TOOLE, D.J.

The defendant has moved to file under seal his Motion for Order to Facilitate Attendance of Foreign Witnesses (dkt. no. 1138). The defendant states that public litigation of the matters therein would impair the ability of the defense team to work safely and effectively abroad. Based on the defendant's representation that present disclosure would jeopardize the safety of the defense team when working abroad, the motion is GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge