UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

PEREMPTORY CHALLENGES

JURY

| Round | United States | | Defendant | |
|---|---|---|---|---|
| 1 | 258 | 173 | 69 | 350 |
| 2 | 283 | 156 | 98 | 376 |
| 3 | 215 | 21 | 314 | 263 |
| 4 | 185 | 183 | 260 | 375 |
| 5 | 246 | 113 | 390 | 205 |
| 6 | 134 | 243 | 92 | 139 |
| 7 | 340 | 204 | 129 | 448 |
| 8 | 356 | 195 | 172 | 308 |
| 9 | 352 | 517 | 425 | 75 |
| 10 | 446 | 452 | 429 | 64 |

ALTERNATES

| Round | United States | | Defendant | |
|---|---|---|---|---|
| 1 | 563 | 580 | 533 | 534 |
| 2 | 637 | | 536 | |

Counsel for the United States:  
[Signature]   3/3/15

Counsel for the Defendant:  
[Signature]   3-3-15