*For Official Use Only:* _____

Juror Number

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

_____

Juror Name

*For Official Use Only:* _____

Juror Number

United States v. Dzhokhar Tsarnaev
Cr. No. 13-10200-GAO

Juror Questionnaire

The information that you provide in this questionnaire will be used by the Court and the parties to select a qualified jury in this case; that is, a jury that can render a verdict fairly and impartially based upon the evidence offered at trial in accordance with the law as instructed by the Judge. Both parties are entitled to a jury that is fully fair and impartial. This questionnaire and the jury selection process that we are about to begin is not meant to be intrusive; rather, it serves the important function of ensuring that a fair and impartial jury is selected to hear and decide this case.

It is very important that you answer these questions as completely and accurately as you can. Please write legibly and answer the questions as candidly as possible. There are no right or wrong answers to these questions. But honesty and candor are of the utmost importance. You have taken an oath promising to give truthful answers. The integrity of the process depends upon your truthfulness.

Please bear the following instructions in mind:

- Do not consult, confer, or talk with any other person in completing this questionnaire.

- If you are unable to answer a question because you do not understand the question, please write "Do not understand" in the space after the question. Do not ask anyone, including court personnel, for clarification or assistance.

- If you are unable to answer a question because you do not know the answer, please write "Do not know" in response to the question.

- If you believe that your response to a particular question is of a sensitive or private nature and would like to request that your response not be made public, please write the number of that question in your response to Question #100. Alternatively, if you would prefer not to write an answer to a particular question because of the sensitive or private nature of your response, please write "Private" after the question. The Court may still need to speak with you about the topic, but will endeavor to do so bearing your concerns in mind.

- Please do not write on the back of any page. Use the blank space at the end of the questionnaire (front side only) where there is insufficient room on the form for your answer to any question. When using this space, please include the number of the question(s) you are answering.

- Please write legibly.

You will be permitted to leave for the day when you have completed the questionnaire. Do not discuss any of the <u>questions</u> or your <u>answers</u> on this questionnaire with anyone, including

*For Official Use Only:* _____
Juror Number

members of your family, co-workers, or other potential jurors. If anyone approaches you and attempts to discuss any aspect of this questionnaire, the jury selection process, or any aspect of this case, you may not answer their questions or engage in any discussion.

Do not discuss anything about this case with anyone and do not read, listen to, or watch anything relating to this case until you have been excused as a potential juror, or if you are selected as a juror, until the trial is over. You may not discuss this case or allow yourself to be exposed to any discussions of this case in any manner.

When you have completed the questionnaire, please sign it, affirming the truth of your answers and confirming that you had no assistance in completing it. As explained by the Court, you will receive further instructions about whether you need to return for the next phase of jury selection by calling the juror information line and entering your nine-digit participant number.

The Court thanks you for your attention and willingness to serve as a juror, an important duty of citizenship in our democracy.

*For Official Use Only:* _____

Juror Number

1. Date of birth: _____

2. Gender: ☐ Male ☐ Female

3. Race: (This information will not affect your selection for jury service.)
   ☐ Black/African American   ☐ Asian   ☐ American Indian/Native Alaskan
   ☐ White   ☐ Native Hawaiian/Pacific Islander   ☐ Other: _____

4. In what city or town do you live? _____

5. How long have you lived there? _____

   If you have lived at that location fewer than 5 years, please list the cities or towns in which you have lived since 2010:

   _____

   _____

6. In what city, state, and country were you born and raised?

   Born: _____       Raised: _____

   If you were born in another country, when did you move to the United States, and when did you obtain U.S. citizenship?

   Moved: _____       Citizenship: _____

7. Have you ever lived in another country? ☐ Yes   ☐ No

   What Country?          For How Long?

   _____       _____

   _____       _____

8. Do you have any problem understanding English that would make it difficult or impossible for you to serve as a juror in this case? ☐ Yes   ☐ No
   If "yes," please explain:

   _____

4

*For Official Use Only:* _____

Juror Number

9. If you believe you have a medical, physical, psychological, or emotional problem, issue, or condition that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating, please explain:

_____

_____

_____

If you believe you could serve as a juror if such condition were accommodated in some way, please state the accommodation:

_____

10. If you are selected to serve on this jury, the trial is scheduled to start immediately after jury selection is completed and to continue for three or four months. The jury will sit on Monday through Thursday from 9:00 a.m. to 4:00 p.m. with a mid-morning break and a lunch break. The jury will also sit on Friday during a week in which the Monday is a legal holiday, such as President's Day. Once the jury begins its deliberations, the jury will sit at least every weekday from 9:00 a.m. until the end of the day (usually 4:30 p.m.).

The Court is well aware that this is a demanding schedule. However, in fairness to all involved in this important process, the Court will only excuse someone from jury duty for the most compelling reasons. That is, answering "yes" to this question will not necessarily result in the Court allowing you to be excused from service. With this in mind, does the schedule described above impose a special hardship on you such that it would be difficult or impossible for you to serve in this case?

If "yes," please explain:

_____

_____

_____

*For Official Use Only:* _____

Juror Number

11. If you take any medications that you think might affect your ability to serve as a juror, please describe them and their effects:

Medication                        Side Effects
*Example: Xanax*                  *Makes me sleepy*

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

12. What is your current relationship status?

☐ Married     ☐ Single     ☐ Separated
☐ Divorced     ☐ Widowed     ☐ Civil Union/Domestic Partner

13. Please identify your current spouse or domestic partner (if any) and all former spouses and domestic partners (if any) and provide their highest levels of education and occupations while you were together:

Relationship to You         Highest Education Level      Occupation
*Example: Ex-wife*          *BA in Physics*              *Engineer*

_____        _____        _____

_____        _____        _____

_____        _____        _____

_____        _____        _____

6

*For Official Use Only:* _____

Juror Number

14. Please describe your parents' and/or step-parents' current or, if retired, former occupations. Write "none" or "deceased" if that applies.

Father: _____

Step-father: _____

Mother: _____

Step-mother: _____

15. Please identify all your children and step-children (including any who are deceased):

|    | M/F | Age | Occupation (if any) | Place of Residence |
|----|-----|-----|---------------------|--------------------|
| #1 | ___ | ___ | _____ | _____ |
| #2 | ___ | ___ | _____ | _____ |
| #3 | ___ | ___ | _____ | _____ |
| #4 | ___ | ___ | _____ | _____ |

16. Please identify all your siblings and step-siblings (including any who are deceased):

|    | M/F | Age | Occupation (if any) | Place of Residence |
|----|-----|-----|---------------------|--------------------|
| #1 | ___ | ___ | _____ | _____ |
| #2 | ___ | ___ | _____ | _____ |
| #3 | ___ | ___ | _____ | _____ |
| #4 | ___ | ___ | _____ | _____ |
| #5 | ___ | ___ | _____ | _____ |

17. Have any of your siblings tried to influence your direction in life or your major life decisions (e.g., choice of job, spouse, religion, congregation)? ☐ Yes   ☐ No
If "yes," please explain:

_____

_____

_____

18. Have you tried to influence any of your siblings' direction in life or major life decisions (e.g., choice of job, spouse, religion, congregation)? ☐ Yes   ☐ No
If "yes," please explain:

_____

_____

_____

19. Do you feel that any of your siblings has had a major positive or negative influence on you? ☐ Yes   ☐ No
If "yes," please explain:

_____

_____

_____

20. Do you believe most teenagers are easily influenced by older siblings? ☐ Yes   ☐ No

21. If you or any close family member has (or ever had) a mental health or addiction problem that you know about, please describe it:

_____

_____

_____

*For Official Use Only:* _____

Juror Number

22. Please list all schools you attended after high school, what you studied, and any certificates or degrees that you received:

| School | Location | Area of Study | Degree/Certificate |
|--------|----------|---------------|--------------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

23. If you have studied law, medicine, psychiatry, psychology, counseling, sociology, social work, or religion, please describe your training:

_____

_____

24. If you have studied ballistics, explosives, arson, criminology, terrorism, computer science, crime scene investigation, or law enforcement, please describe your training:

_____

_____

25. Do you plan to attend school in the future? ☐ Yes   ☐ No
If "yes," what do you intend to study?

_____

_____

9

*For Official Use Only:* _____
.   Juror Number

26. List any jobs you have held for the past 10 years, in reverse chronological order, noting periods of unemployment, retirement, disability, homemaking, study, or stay-at-home parenting. Check "Sup." if you supervised others. If you can't remember exact names, titles, or time periods, please give your best estimate.

| Employer | Title/Position | Years | Sup. |
|---|---|---|---|
| _____ | _____ | _____ to 2015 | ☐ |
| _____ | _____ | _____ to _____ | ☐ |
| _____ | _____ | _____ to _____ | ☐ |
| _____ | _____ | _____ to _____ | ☐ |
| _____ | _____ | _____ to _____ | ☐ |
| _____ | _____ | _____ to _____ | ☐ |
| _____ | _____ | _____ to _____ | ☐ |

27. If you are currently employed, please describe your job responsibilities:

_____

_____

28. If you have ever been a published or unpublished author, please describe the things you have written and when you wrote them:

_____

_____

29. If you blog or post messages or opinions on websites, please describe the websites, the types of things you blog or post, and how often you do it:

_____

_____

30. If you use social media (Facebook, Instagram, Twitter, etc.), please list all the social media you use and how frequently you use each one:

_____

_____

31. If you, a family member, or close friend ever served in the military (including Reserves, National Guard, or ROTC), please describe the nature and length of that service:

_____

_____

_____

32. If one or more of the people you listed ever experienced combat (that you know about), please explain:

_____

_____

33. Have you, a family member, or close friend ever worked for, applied for a job at, or volunteered at a prosecutor's office, public defender's office, criminal defense attorney's office, or any other law office? ☐ Yes   ☐ No
If "yes," please explain (including employer and dates of work):

| Relationship | Office | Dates |
|---|---|---|
| *Example: Wife* | *State Prosecutor* | *2007-present* |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*For Official Use Only:* _____
Juror Number

34. Have you, a family member, or close friend ever, to your knowledge, worked for, applied for a job at, or volunteered at a law enforcement agency (e.g., FBI, DEA, ATF, ICE, IRS, U.S. Marshals Service, police, sheriff, or correctional department)?
☐ Yes  ☐ No
If "yes," please explain (including agency and dates of affiliation):

| Relationship | Agency | Dates |
|---|---|---|
| *Example: Son* | *FBI Agent* | *2007-present* |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

35. Have you, a family member, or close friend ever, to your knowledge, worked for, applied for a job at, or volunteered at any federal, state, or local department of corrections, prison, jail, board of prisons, pardons or parole board or probation agency, youth authority, or correctional or detention facility? ☐ Yes  ☐ No
If "yes," please explain:

| Relationship | Agency | Dates |
|---|---|---|
| *Example: Self* | *Parole Officer* | *2007-present* |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

36. The jurors in this case will be instructed that the testimony of a law enforcement officer is to be treated the same as the testimony of any other witness. Jurors are to give neither greater nor lesser weight to the testimony based solely upon the witness's status as a law enforcement officer. Do you have any concerns about your ability to follow this instruction? ☐ Yes  ☐ No
If "yes," please explain:

_____

37. Have you ever done paid or volunteer work for the benefit of people accused of crimes or people who served time in prison? ☐ Yes   ☐ No
If "yes," please explain:

_____

_____

_____

38. Have you ever attended a meeting, sponsored an effort, or supported any group that deals with victims' rights? ☐ Yes   ☐ No
If "yes," please explain:

_____

_____

_____

39. Have you ever attended a meeting, sponsored an effort, or supported any group that deals with the reform of any laws? ☐ Yes   ☐ No
If "yes," please explain:

_____

_____

_____

40. If you, a family member, or a close friend have ever (to the best of your knowledge) committed a crime and/or been arrested, accused of a crime, charged with a crime, or prosecuted for a crime, other than a minor traffic violation, please explain (include the person's relationship to you, the charge, the approximate date, the location, and the outcome):

*Example: Close friend, Drug Possession, 1982, New Mexico, Pleaded guilty*

_____

_____

_____

_____

41. If you, a family member, or close friend, have ever (to the best of your knowledge) been the victim of a crime, please explain (including the person's relationship to you, when and where the crime occurred, and the outcome of any prosecution):

*Example: Sister, Victim of assault, 1999, Chicago, Defendant convicted*

_____

_____

_____

_____

42. If you (to the best of your recollection) have ever had to appear in court or in any court proceeding (e.g., court trial, court or administrative hearing, civil or criminal deposition, etc.) OTHER THAN as a defendant (e.g., as a witness), please explain:

_____

_____

43. If you, a family member, or a close friend (to the best of your knowledge) have ever been treated unfairly by a law enforcement officer or by the criminal justice system, please explain:

_____

_____

_____

44. If you have strongly positive or negative views about prosecutors, please explain:

_____

_____

45. If you have strongly positive or negative views about defense attorneys, please explain:

_____

_____

*For Official Use Only:* _____

Juror Number

46. If you have strongly positive or negative views about law enforcement officers, please explain:

_____

_____

47. Have you ever served on a jury before? If "yes," please describe (to the best of your recollection), for each case on which you served, whether it was state or federal, civil or criminal, what the charges or allegations were, when, where, whether the jury reached a verdict, and whether you were a foreperson:

_____

_____

_____

48. If you answered "yes" to #47, is there anything about the experience that would make you want to serve, or not serve, on a jury again? Please explain:

_____

_____

_____

49. Have you ever served on a grand jury? If "yes," when and where?

_____

50. In the past 10 years, what court cases have you followed with interest? What interested you about these cases?

_____

_____

*For Official Use Only:* _____

Juror Number

51. If, to the best of your knowledge, you, or anyone close to you has participated in a group that takes positions on political or social issues (e.g., civil rights, prisoners' rights, crime control, the environment, death penalty, digital freedom, tax reform), please describe the group and any relevant leadership position:

| Relationship | Organization | Level of Participation |
|---|---|---|
| *Example: Spouse* | *The Sierra Club* | *Board of Directors* |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

52. Have you ever changed your mind about an important decision you had to make in your life? If "yes," please give a specific example or examples:

_____

_____

If you answered the previous question affirmatively, what do you think led you to change your mind? Answer as many as apply:

___ Additional information
___ Reconsideration of pros and cons
___ Opinions of others
___ Other: _____

53. What religion were you born into (if any)? _____

54. What religion do you currently practice (if any)? _____

55. How religious do you consider yourself? _____

56. How often do you attend your place of worship (if any)? _____

57. How familiar are you with the teachings of Islam (i.e., the Muslim religion)?

☐ Very familiar    ☐ Somewhat familiar    ☐ Not at all familiar

16

*For Official Use Only:* _____
Juror Number

58. Do you have any interactions with people who are Muslim or practice Islam?
    ☐ Yes  ☐ No
    If "yes," please explain:

    _____

    _____

    _____

59. Do you have strongly held thoughts or opinions about Muslims or about Islam?
    If "yes," what are they?

    _____

    _____

    _____

60. Do you believe the United States government acts unfairly towards Muslims in this country or in other parts of the world? ☐ Yes  ☐ No
    If "yes," please explain:

    _____

    _____

    _____

61. Do you believe the "war on terror" unfairly targets Muslims?      ☐ Yes  ☐ No

62. Do you believe the "war on terror" is overblown or exaggerated?   ☐ Yes  ☐ No

63. Do you have strong feelings about our laws or government policies concerning legal immigration? ☐ Yes  ☐ No
    If "yes," please explain:

    _____

    _____

17

*For Official Use Only:* _____

Juror Number

64. Do you believe that our government allows too many Muslims, or too many people from Muslim countries, to immigrate <u>legally</u> to the United States?      ☐ Yes  ☐ No
If "yes," please explain:

_____

_____

65. The defendant was born in Kyrgyzstan and is of Russian descent. Do you have any beliefs, attitudes, or opinions regarding Kyrgyzstan, Russia, Chechnya, or Dagestan, or the people who live there that would make it difficult for you to be a completely fair and impartial juror in this case?

_____

_____

66. If you know anyone who, to the best of your knowledge, is Chechen, Avar, Dagestani or of Chechen, Avar, or Dagestani descent, please describe who it is you know and how you know them:

_____

_____

67. Do you understand any of the following foreign languages:
☐ Russian  ☐ Chechen  ☐ Arabic

_____

68. What is your primary source of news (e.g., newspapers, internet, TV, radio, word-of-mouth, etc.)? Please list all that apply.

_____

69. What newspapers do you read and how often do you read them? Please include online editions of newspapers in your answer:

_____

_____

*For Official Use Only:* _____
Juror Number

70. What news or talk radio programs do you listen to on the radio or over the internet and how often do you listen?

_____

_____

71. What national or local news programs do you watch on TV or over the internet and how often do you watch?

_____

_____

72. To the best of your recollection, have you ever called into a talk show, written a letter to the editor, or posted a comment on a website to express your opinion about ANY issue? If "yes," what was the issue?

_____

_____

73. How would you describe the amount of media coverage you have seen about this case:

___ A lot (read many articles or watched television accounts)
___ A moderate amount (just basic coverage in the news)
___ A little (basically just heard about it)
___ None (have not heard of case before today)

74. What did you think or feel when you received your jury summons for this case?

_____

_____

75. To the best of your recollection, what kinds of things did you say to others, or did others say to you, regarding your possible jury service in this case?

_____

_____

19

*For Official Use Only:* _____

Juror Number

76. If you did any online research about this case, or about anything relating to it, after receiving your jury summons, please describe it:

_____

_____

77. As a result of what you have seen or read in the news media, or what you have learned or already know about the case from any source, have you formed an opinion:

(a) that Dzhokhar Tsarnaev is guilty? ☐ Yes   ☐ No   ☐ Unsure
(b) that Dzhokhar Tsarnaev is not guilty? ☐ Yes   ☐ No   ☐ Unsure
(c) that Dzhokhar Tsarnaev should receive the death penalty? ☐ Yes   ☐ No   ☐ Unsure
(d) that Dzhokhar Tsarnaev should not receive the death penalty?
    ☐ Yes   ☐ No   ☐ Unsure

If you answered "yes" to any of these questions, would you be able or unable to set aside your opinion and base your decision about guilt and punishment solely on the evidence that will be presented to you in court? ☐ Able   ☐ Unable

78. If you answered "yes" to subparts (a), (b), (c), or (d) of #77, have you expressed or stated your opinion to anyone else? ☐ Yes   ☐ No
If "yes," please explain:

_____

79. If you have commented on this case in a letter to the editor, in an online comment or post, or on a radio talk show, please describe:

_____

_____

_____

80. If you or, to the best of your knowledge, a family member, or close friend witnessed the Boston Marathon explosions or the response to them IN PERSON, please describe who was there and what he or she saw:

_____

_____

_____

81. If you or, to the best of your knowledge, a family member, or close friend were personally affected by the Boston Marathon bombings or any of the crimes charged in this case (including being asked to "shelter in place" on April 19, 2013), please explain:

_____

_____

_____

82. If you or, to the best of your knowledge, anyone in your family or household has personally (1) taken part in any of the activities, events, or fundraisers that have been held in support of the victims of the Boston Marathon bombings; (2) contributed to the One Fund; or (3) bought or worn any merchandise, clothing, or accessories that have logos such as "Boston Strong" that relate to the Boston Marathon bombings, please explain:

_____

_____

_____

The following is a summary of the facts of this case. Please read it carefully and answer the questions that follow.

On Monday, April 15, 2013, two bombs exploded on Boylston Street in Boston near the Boston Marathon finish line. The explosions killed Krystle Marie Campbell (29), Lingzi Lu (23), and Martin Richard (8), and injured hundreds of others. Four days later, on Thursday, April 18, 2013, at approximately 10:30 p.m., MIT Police Officer Sean Collier (26) was shot to death in his police car near the corner of Main Street and Vassar Street in Cambridge. Approximately 90 minutes later, a man named Dun Meng called the police from a gas station on Memorial Drive in Cambridge; he said that two men had carjacked him in Boston, kidnapped and robbed him, and still had his car. Approximately 20 minutes after that, two men in Watertown had a confrontation with police near the intersection of Laurel Street and Dexter Avenue in which shots were fired and bombs were thrown. One of the men, Tamerlan Tsarnaev, was injured at the scene and died shortly thereafter. The other, Dzhokhar Tsarnaev, was captured some 15 hours later after he was found hiding in a boat in Watertown.

Dzhokhar Tsarnaev has been charged with various crimes arising out of these events. Mr. Tsarnaev was raised in Cambridge and attended Rindge and Latin High School. At the time he is alleged to have committed the crimes, he was a 19-year-old student at UMass-Dartmouth.

*For Official Use Only:* _____
Juror Number

83. To the best of your knowledge, do you or anyone close to you have any PERSONAL connection to any of the individuals or places mentioned in the case summary you just read? If "yes," please explain:

_____

_____

_____

84. Do you believe you know any of the following people, their colleagues, staff members, or family members? ☐ Yes  ☐ No

    (a) Presiding judge: The Honorable George A. O'Toole, Jr.;

    (b) Defense lawyers: Judy Clarke, David I. Bruck, Miriam Conrad, Timothy Watkins, and William Fick;

    (c) Prosecutors: William D. Weinreb, Aloke S. Chakravarty, Nadine Pellegrini, and Steven Mellin;

    (d) Defendant: Dzhokhar Tsarnaev

If you answered "yes," please identify whom you know and how you know them:

_____

_____

85. Attached to this document as <u>Attachment A</u> is a list of people who may testify at this trial. Please review the names on the attached list. If you <u>personally</u> know any of the individuals on the list, or any of their immediate family members, identify them here by number and describe how you know them.

_____

_____

_____

86. Attached to this document as <u>Attachment B</u> is a list of people who do not live in the United States and who may testify at this trial. Please review the names on the attached list. If you <u>personally</u> know any of the individuals on the list, or any of their immediate family members, please circle them directly on Attachment B. <u>Do not write their names on this part of the questionnaire.</u>

*For Official Use Only:* _____
Juror Number

87. The evidence in this case may include graphic photographs and videos showing very severe injuries suffered by victims of the bombings. Do you think that seeing such graphic pictures would affect your ability to serve as a juror? _____

88. Mr. Tsarnaev is charged with 17 crimes that carry the possibility of a sentence of death. If the jury finds Mr. Tsarnaev guilty of one or more of those crimes, the same jury will then decide whether to sentence Mr. Tsarnaev to death or to a sentence of life imprisonment without the possibility of release.

If you have any views on the death penalty in general, what are they?

_____

_____

_____

89. Please circle one number that indicates your opinion about the death penalty. A "1" reflects a belief that the death penalty should never be imposed; a "10" reflects a belief that the death penalty should be imposed whenever the defendant has been convicted of intentional murder.

| **Strongly Oppose** | | | | | | | | | **Strongly Favor** |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

90. Which of the following best describes your feelings about the death penalty in a case involving someone who is proven guilty of murder?

    (a) I am opposed to the death penalty and will never vote to impose it in any case no matter what the facts.

    (b) I am opposed to the death penalty and would have a difficult time voting to impose it even if the facts supported it.

    (c) I am opposed to the death penalty but I could vote to impose it if I believed that the facts and the law in a particular case called for it.

    (d) I am not for or against the death penalty. I could vote to impose it, or I could vote to impose a sentence of life imprisonment without the possibility of release, whichever I believed was called for by the facts and the law in the case.

    (e) I am in favor of the death penalty but I could vote for a sentence of life imprisonment without the possibility of release if I believed that sentence was called for by the facts and the law in the case.

    (f) I am strongly in favor of the death penalty and I would have a difficult time voting for life imprisonment without the possibility of release regardless of the facts.

    (g) I am strongly in favor of the death penalty and would vote for it in every case in which the person charged is eligible for a death sentence.

    (h) None of the statements above correctly describes my feelings about the death penalty.

    If you selected (h) as your answer, please explain:

_____

_____

91. If your views about the death penalty have changed over the past 10 years (e.g., now more in favor or less in favor), please explain how and why your views have changed:

_____

_____

_____

*For Official Use Only:* _____

Juror Number

92. If your views about the death penalty are informed by your religious, philosophical, or spiritual beliefs, please describe how they are so informed:

_____

_____

_____

93. Which of the following best describes your opinion? Please check only one.

Life imprisonment without the possibility of release is:

☐ Less severe than the death penalty
☐ About the same as the death penalty
☐ More severe than the death penalty
☐ No opinion

Please explain your answer:

_____

_____

_____

94. Do you believe that anyone close to you would be critical of you or disappointed in you if you voted for the death penalty in this case? If you voted for life imprisonment without the possibility of release? If your answer is "yes" or "I'm not sure" to either question, please explain:

_____

_____

_____

95. If you found Mr. Tsarnaev guilty and you decided that the death penalty was the appropriate punishment for Mr. Tsarnaev, could you conscientiously vote for the death penalty?

☐ Yes
☐ I am not sure
☐ No

25

96. If you found Mr. Tsarnaev guilty and you decided that life imprisonment without the possibility of release was the appropriate punishment for Mr. Tsarnaev, could you conscientiously vote for life imprisonment without the possibility of release?

☐ Yes
☐ I am not sure
☐ No

97. Is there any other matter or any information not otherwise covered by this questionnaire—including anything else in your  background, experience, employment, training, education, knowledge, or beliefs—that would affect your ability to be a fair and impartial juror?

_____

_____

_____

98. Is there anything else that you would like to tell us, or that you feel we should know about you?

_____

_____

_____

99. Did you have any problems reading or understanding this questionnaire?

_____

100.     Did you have a response to any specific question above that you deem private or sensitive that you request not be made public at this time? If so, list the number of that question here:

_____

_____

_____

*For Official Use Only:* _____

Juror Number

101.    Additional Space (Please indicate question number):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*For Official Use Only:* _____

Juror Number

Additional Space (continued): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I do hereby certify, under the pains and penalties of perjury, that I had no assistance in completing this questionnaire and the answers that I have given in this questionnaire are true and complete to the best of my knowledge and belief.**

_____          _____

Signature                                          Date

_____

Print Name