UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


|                                        |   |
|----------------------------------------|---|
| UNITED STATES OF AMERICA,              | ) |
|                                        | ) |
|     Plaintiff,     | ) |
|                                        | ) |
| v.                                     | ) |
|                                        | ) |
| DZHOKHAR A. TSARNAEV, also             | ) |
| known as Jahar Tsarni,                 | ) |
|                                        | ) |
|     Defendant.     | ) |
|                                        | ) |

Criminal Action
No. 13-10200-GAO


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


**JURY TRIAL - DAY THIRTY-TWO**
**EXCERPT**
**<u>TESTIMONY OF DUN MENG</u>**


John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Thursday, March 12, 2015
11:30 a.m.



Marcia G. Patrisso, RMR, CRR
Official Court Reporters
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: William D. Weinreb, Aloke Chakravarty and
 3              Nadine Pellegrini, Assistant U.S. Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6         By: Steven D. Mellin, Assistant U.S. Attorney
           Capital Case Section
 7         1331 F Street, N.W.
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         FEDERAL PUBLIC DEFENDER OFFICE
           By: Miriam Conrad, William W. Fick and Timothy G. Watkins,
10              Federal Public Defenders
           51 Sleeper Street
11         Fifth Floor
           Boston, Massachusetts  02210
12         - and -
           CLARKE & RICE, APC
13         By: Judy Clarke, Esq.
           1010 Second Avenue
14         Suite 1800
           San Diego, California  92101
15         - and -
           LAW OFFICE OF DAVID I. BRUCK
16         By: David I. Bruck, Esq.
           220 Sydney Lewis Hall
17         Lexington, Virginia  24450
           On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2                            Direct   Cross   Redirect   Recross
      WITNESSES FOR THE
 3      GOVERNMENT:

 4    DUN MENG

 5        By Mr. Mellin            4                67
          By Mr. Bruck                      65
 6

 7

 8                        E X H I B I T S

 9
      GOVERNMENT'S
10      EXHIBIT       DESCRIPTION            FOR ID      RECEIVED

11    754       Mercedes-Benz lease agreement            11

12    753       Motor vehicle registration - Mercedes-Benz    12

13    755       Bank of America ATM card                 33

14    752       Composite of audio and video of 911 call     55

15    795       Photograph                               62

16    796       Photograph                               63

17    797       Photograph                               64

18

19

20

21

22

23

24

25
```

<u>P R O C E E D I N G S</u>

* * *

1    MR. MELLIN:  The United States calls Dun Meng.

2    (Lilun Zhang, Certified Mandarin Interpreter, is duly
sworn.)

3    THE CLERK:  Thank you.  Would you have him raise his
right hand.

4    DUN MENG, duly sworn through the interpreter

5    THE CLERK:  State your name and spell your last name
for the record and keep your voice up and speak into the mic if
you would.

6    THE WITNESS:  My name is Dun Meng.

7                DIRECT EXAMINATION (In English)

8    BY MR. MELLIN:

9    Q.   And how do you spell your name?

10   A.   My first name is D-U-N.

11   Q.   And last name?

12   A.   M-E-N-G.

13   MR. MELLIN:  Your Honor, if I may ask the interpreter
to spell her name as well.

14   THE COURT:  Yes.  Let me -- just a couple of
logistics.  We can get a chair for the interpreter, if she
would like to sit on the podium with the witness.

15   THE CLERK:  Would you like a chair?

16   THE INTERPRETER:  Yeah.

1          THE COURT:  And actually, if the English will be

2   spoken by the interpreter, the microphone should be in front of

3   her rather than --

4          MR. MELLIN:  Actually, your Honor, I think that we are

5   probably going to conduct most, if not all, of this in English,

6   but we have the interpreter just in case Mr. Meng needs the

7   interpreter.

8          THE COURT:  To the extent the interpreter is called

9   upon to translate Mr. Meng's Chinese into English, then I would

10  ask the interpreter to speak into the microphone with the

11  English answer, okay?

12         MR. MELLIN:  Just for the record, if I may have the

13  interpreter -- is your first name spelled L-I-L-U-N?

14         THE INTERPRETER:  Yes.

15         MR. MELLIN:  And last name is Z-H-A-N-G?

16         THE INTERPRETER:  Yes, that's correct.

17         MR. MELLIN:  Thank you.

18  BY MR. MELLIN:

19  Q.   Mr. Meng, as you sit here in court today, you have the

20  interpreter next to you.  Is that right?

21  A.   Yes.

22  Q.   And do you understand that if there's anything you need

23  the interpreter for, that we can have the questions

24  interpreted?

25  A.   Yes, sir.

```
 1   Q.   And if they were to be interpreted, what language would
 2   you be asking the interpreter to help you out in?
 3   A.   Mandarin.
 4   Q.   In Mandarin?
 5   A.   Yes.
 6   Q.   And where did you grow up, Mr. Meng?
 7   A.   I grew up in China.
 8   Q.   Did you go to school in China?
 9   A.   Yeah, I go to school in China.  I go to -- I graduate.  I
10   go to middle school, high school and college in China.
11   Q.   At some point did you begin the study of English?
12   A.   Yes.  I begin studying English in middle school.
13   Q.   In middle school?
14   A.   Yeah.
15   Q.   Okay.  And at some point, then, did you come to the United
16   States?
17   A.   Yeah.  I came into the United States in 2009.  And I came
18   here for graduate study.
19   Q.   Do you have a family back in China?
20   A.   Yes.
21   Q.   Parents as well as siblings?
22   A.   My parents in China, and I have -- my sister's in China
23   right now.
24   Q.   When you came to the United States, where did you go?
25   A.   I went to Northeastern University.
```

1    Q.   And why did you go to Northeastern University?

2    A.   Couple of reasons.  I think the first one is I approved by

3    the Northeastern University.  I get offer from Northeastern

4    University.

5    Q.   You got a waiver?

6    A.   An offer.

7    Q.   An offer?

8    A.   Yeah.

9    Q.   All right.

10   A.   And another reason for me I think in 2009, Northeastern

11   University's in Boston, and I think I like to go to Boston to

12   study.

13   Q.   What were you studying?

14   A.   I study transportation engineering.

15   Q.   What is transportation engineering?

16   A.   So transportation engineering is about traffic analysis

17   and some public transportation, and also we study about bike

18   lanes.

19   Q.   Okay.  So you're talking about public transportation, and

20   bike lanes as well?

21   A.   Yes.

22   Q.   Did you ultimately get your master's degree at

23   Northeastern?

24   A.   Yes.

25   Q.   What year?

1    A.    I get a master degree from Northeastern in 2012.

2    Q.    After getting your degree, did you decide to stay in the

3    United States?

4    A.    Yeah, after I graduated from Northeastern, I first -- I

5    was -- I decided to stay in United States, but I had to get a

6    visa.  So I applied for a work visa after I graduated.

7    Q.    When you say you had to get a visa, you were here already

8    on a visa, is that right, when you were at school?

9    A.    Uh-huh.

10   Q.    Yes?

11   A.    Yes.

12   Q.    Okay.  But you had to change the visa now from being a

13   student to getting a work visa?

14   A.    Yes, because after my graduation, my student visa expired.

15   Q.    Understood.  So you were able to get a work visa, what's

16   called an H-1B visa?

17   A.    It's called H-1B.

18   Q.    All right.  So after getting this visa that allowed you to

19   come to the United States to work, what did you do?

20   A.    After I get this visa, I work in a company, sponsor my

21   work visa, and then the company, it's -- I'm the founder of the

22   company, so I'm a partner of the company.

23   Q.    As a partner of the company, what does the company do?

24   A.    Our company is mobile application right now.  So we have

25   like iPhone app, and the app is for food delivery.  And we --

1    Q.    Wait.  It's for what?

2    A.    For food delivery.

3    Q.    Okay.  For the delivery of food?

4    A.    Yeah.

5    Q.    So do you use the app if you want to get food from some

6    local restaurant and they'll deliver it to your address?

7    A.    Yeah.  And you can -- only for Asian food delivery.  So if

8    you like to order Asian food delivery, you can order on the

9    iPhone ap.  Just open the app, and you can see the menu, the

10   restaurant, and somebody will deliver to you.

11   Q.    When did you begin putting that together, this app and

12   this business?

13   A.    It's been started between us about two years ago.  I mean,

14   it's been a lot of times to develop the ap, yeah.

15   Q.    In April of 2013 what were you doing?

16   A.    In April of 2013 I just came back to United States for

17   about, I think, two months, maybe less than two months.  So I

18   was just going to work every day.

19   Q.    In the middle of April of 2013, where was work located?

20   A.    It's located in Cambridge, Kendall Square.

21   Q.    On April 18th of 2013 were you at work?

22   A.    Yes, I was.

23   Q.    Do you recall how long you were at work that night?

24   A.    That night I work until 10:30 -- about 10:30 in the night.

25   Q.    At about 10:30 p.m. on April 18th, what did you do?

```
 1   A.   After day of work, I -- after like about 10:30 I finished
 2   the discussion with my partner.  So I left my workplace.  I
 3   feel a little tired, so I decided to drive with my car out to
 4   get a ride to relax.
 5   Q.   In April of 2013, what type of car did you have?
 6   A.   I had a Mercedes SUV 350.
 7   Q.   When you say it's a Mercedes SUV, it's a sport utility
 8   vehicle?
 9   A.   Yes.
10   Q.   Okay.  Did you buy that or did you lease it?
11   A.   I leased it.
12   Q.   If I could have you look at Exhibit 754.
13            MR. MELLIN:  And just for the witness for now.
14   Q.   Mr. Meng, as you look at Exhibit 754, do you recognize
15   what that is?
16   A.   Yes.
17   Q.   And what is it?
18   A.   It's a lease agreement.
19   Q.   And do you see what I just zoomed in on?
20   A.   Yes.
21   Q.   Is this a portion of that lease agreement?
22   A.   Yes.
23   Q.   And is this a lease agreement between you and
24   Mercedes-Benz of Boston?
25   A.   Yes.
```

1    Q.   Is it a fair and accurate copy of that agreement?

2    A.   Yes.

3         MR. MELLIN:  Your Honor, I would move in Exhibit 754

4    and ask to publish.

5         MR. BRUCK:  No objection.

6         THE COURT:  Okay.

7         (Government Exhibit No. 754 received into evidence.)

8    BY MR. MELLIN:

9    Q.   And again, Mr. Meng, just for the jury, this is a

10   zoomed-in -- the top portion of that document.  Is that right?

11   A.   Yes.

12   Q.   Okay.  And on this document do you see the date of the

13   lease is 3/4/2013?

14   A.   Yes.

15   Q.   Is that correct?

16   A.   Yes.

17   Q.   And do you see down below who the lessee is?

18   A.   It's me.  It's my name.

19   Q.   And this is for a 2013 Mercedes, correct?

20   A.   Yes.

21   Q.   All right.  Is that the vehicle you were driving on the

22   night of April the 18th, 2013?

23   A.   Yes.

24   Q.   If I can also have you look at Exhibit 753.  And do you

25   recognize Exhibit 753 as the registration for that Mercedes?

1    A.    Yes.

2          MR. MELLIN:  Your Honor, I would move into evidence

3    Exhibit 753.

4          MR. BRUCK:  No objection.

5          THE COURT:  All right.

6          (Government Exhibit No. 753 received into evidence.)

7    BY MR. MELLIN:

8    Q.    And very quickly, as we look at Exhibit 753 on the screen

9    is that a MassDOT Registry of Motor Vehicles registration for

10   the Mercedes-Benz?

11   A.    Yes.

12   Q.    Thank you.

13         So, Mr. Meng --

14         THE COURT:  Excuse me, Mr. Mellin.  Maybe I can make a

15   suggestion.  Maybe the interpreter and Mr. Meng can change

16   seats so he can see the screen better.

17         MR. MELLIN:  Thank you, your Honor.

18   BY MR. MELLIN:

19   Q.    So, Mr. Meng, on -- going back to April 18, 2013, at about

20   10:30 p.m., you left work in your Mercedes-Benz SUV.  What did

21   you do?

22   A.    So after I drove out to my Mercedes from the parking

23   garage, I decided to drive along the Charles River to take a

24   relax.  I don't have actually, like, destination where to

25   drive, you know.  I just want to drive along the river, maybe

1   have a relax.

2   Q.   Okay.  So you go out for this drive, destination unknown?

3   A.   Unknown.

4   Q.   Where do you go?

5   A.   I went down to Memorial Drive in Cambridge.  And after I

6   make a left turn out of BU Bridge into Boston.

7   Q.   You said the BU Bridge.  Boston University Bridge?

8   A.   Yes.

9   Q.   Okay.  So now you've turned left and you're going over the

10  Charles River?

11  A.   Charles River, yes.

12  Q.   Okay.  Where do you go?

13  A.   After BU Bridge, I make a right turn onto Columbus Avenue,

14  and then I make a left turn onto Commonwealth Avenue, and I

15  turn right onto Harvard street or avenue, I'm not sure.

16  Harvard Avenue, I think.

17       So after Harvard, I make a right turn onto Brighton

18  Avenue.  After Brighton --

19  Q.   Onto Brighton Avenue?

20  A.   Yeah, Brighton Avenue.

21  Q.   Okay.

22  A.   On Brighton Avenue, at some point I just found out -- I go

23  to text message from my friend from that day.  I haven't get a

24  chance to respond to text message.  So I decided to pull over

25  to take spot to text message.  Because I'm a transportation

1    engineer, so I know it's unsafe to -- I feel it's unsafe to

2    text when I'm driving, so I decided to pull over to the curb.

3    Q.   All right.  So when you pull over to respond to this text

4    message, what happened?

5    A.   After I pulled over, I was texting a message, and I was

6    typing in the phone.  Like a few seconds later I saw another

7    car, a sedan, pull up behind --

8    Q.   Just a minute.  You just said sedan, I believe?

9    A.   Yeah.

10   Q.   And when you refer to a sedan, what are you referring to?

11   A.   I refer to a four-door.  A four-door car.

12   Q.   And at the time that you're in the car that you're

13   texting, is anyone in the car with you?

14   A.   No, just myself.

15   Q.   Okay.  So you see this sedan pull up or come on the scene.

16   What did you notice about the sedan?

17   A.   I notice about sedan pull over to the curb very quickly,

18   very fast.

19   Q.   To the curb?

20   A.   To the curb very fast.  I thought it's unusual -- unusual

21   for people to park in like that fast.  And --

22   Q.   Did they pull over in front of you or behind you?

23   A.   Right behind me.

24   Q.   What happened?

25   A.   And very quickly a man just walk out from that car and

 1   walk towards me.  And he knocked on the front passenger window

 2   of my car trying to --

 3   Q.   Let me stop you there.  When this person got out of the

 4   car that was behind you and walked up, was that person a

 5   passenger in the car behind you?

 6   A.   Yeah, I think he was on the passenger seat.

 7   Q.   Okay.  All right.  So this person gets out of the car and

 8   walks up towards you.  Is that right?

 9   A.   Yes.

10   Q.   What happened?

11   A.   He looked -- he was trying to -- I thought he was trying

12   to ask me some question.  He was talking.  And he knocked the

13   passenger window of my car.  And so I lowered down a little bit

14   of the window.  He asked me to lower it down a little bit more.

15   So I thought he was trying to ask some directions.  I rolled

16   down the window a little bit more.  Suddenly, he put his

17   hands -- his right hand through the window into my car and he

18   opened up the door of my car and jumped into the car.

19   Q.   So the person that was on the outside where you rolled the

20   window down, that person reached in with their right hand and

21   opened up the door?

22   A.   Yes.

23   Q.   Okay.  When that person jumped into your car, what

24   happened?

25   A.   He jumped in very quickly and closed the door immediately

1    and pointed the gun to me, right to my head.  And he asked for

2    money first.  Asked, "Where's the cash?"  So I gave him all my

3    cash in my car.  It's not too much.  I think it's -- I remember

4    it's about 40 or 45 dollars in the car.

5          First after I give him the cash, he said, "You only have

6    that amount of cash?  That's not enough."  He asked me,

7    "Where's your wallet?"  So I give him my wallet too.  And

8    there's no cash in the wallet.

9    Q.   So the individual, he sat in the front passenger seat of

10   the car; he pointed a gun at you, correct?

11   A.   Yes.

12   Q.   How close was the gun to you?

13   A.   Very close.

14   Q.   At that point how did you feel?

15   A.   I was -- I feel totally shocked.  I was like:  What is

16   this?  I said, What's going on with this?  Someone jumping in

17   my car and pointing a gun at me?  It just feels like what's

18   just happened?

19   Q.   When you gave that person the $45, what did you do with

20   your wallet?

21   A.   Can you repeat that question?

22   Q.   Sure.  What did you do with your wallet?  What happened to

23   your wallet?

24   A.   Okay.  He asked me the wallet.  So my wallet, actually, I

25   remember was in the other side of the pocket in the car.  So I

1    took out the wallet, and I hand it over to him.

2    Q.   Now, when you say it was in the other pocket, do you mean

3    the pocket that's in the door of the driver's door?

4    A.   Yes, in the door, driver's door.

5    Q.   All right.  You handed over the wallet to him.  Was he

6    still pointing the gun at you?

7    A.   Yes, sir.

8    Q.   Okay.  And what happened?

9    A.   I told him that's all the cash I have.  I remember he took

10   it -- take a look at the wallet, there's no cash in it.  And he

11   put the wallet -- I don't know -- on the other side of -- I

12   don't remember.  But he didn't give it back to me.  And then he

13   pulled a magazine out -- a magazine with a gun out to show me

14   there's bullets in the gun.  So he told me that, "You know I'm

15   serious, so don't be stupid."

16   Q.   After he pulled the magazine out and showed it to you and

17   told you to be -- that he was serious, what did he say?

18   A.   After that he asked me, "Do you know the Boston Marathon

19   explosion?"  I said, "Yes, I know."  And then he asked, "Do you

20   know who did it?"  I said, "No, I don't."  He said, "I did it,

21   and I just killed a policeman in Cambridge."

22   Q.   So the man that was sitting in your front passenger seat

23   said that he did the Boston Marathon explosion and that he just

24   killed a policeman in Cambridge?

25   A.   Yes.

1  Q.   Did you know anything about the shooting of Officer Sean

2  Collier at that point in time?

3  A.   I don't know anything about a shooting of the officer, any

4  shooting about that, but actually that night I drive -- I drove

5  from Cambridge -- actually, from Memorial Drive.  When I was on

6  Memorial Drive near the MIT campus, I saw a lot of police cars

7  with blue lights drive into the MIT campus.  It's about a five

8  or six, maybe more than that, police cars.

9       So I thought that maybe something happened there, but I

10  don't know what happened.  But after he told me that he killed

11  a policeman in Cambridge, I think maybe it's something related

12  to the police cars.  So I believed him, he's serious, he's

13  telling me the truth.

14  Q.   All right.  So after he told you that, how did you feel?

15  A.   Terrified.  I mean, the whole world -- everybody is

16  looking for them at that time, and I can't believe I just met

17  them, you know, like they just -- first when they jump into my

18  car, I thought it's money, cash robbery.  I just gave them

19  cash, I should be okay.  But after he told me that, I thought

20  it's going to be something different.

21  Q.   What happened after he told you he had done the Boston

22  Marathon bombing and had just killed an officer at MIT?

23  A.   Then he asked me to pull out, wanted me to drive.

24  Q.   Where did he want you to drive?

25  A.   First of all, he asked me to make a left turn, like make a

1    U-turn.  But after I pulled out the car, he changed his mind

2    immediately and asked me to make a right turn.  So I made a

3    right turn into a -- onto a street.

4    Q.    When you made that right turn onto the street and started

5    down that street, what happened to the sedan that was behind

6    you?

7    A.    I don't know.  I didn't notice the sedan at that point, so

8    I don't know what happened to the sedan at that point.

9    Q.    Okay.  When did you notice the sedan?

10   A.    I noticed the sedan like I think about 20 or 30 minutes

11   later after we pulled over on the street in Watertown.  The

12   sedan pulled up behind -- right behind us.

13   Q.    While you were driving and he was in the front passenger

14   seat, where did you go?

15   A.    Can you repeat that question, please?

16   Q.    Sure.  Where did you go while you were driving?  After you

17   pulled out and then you turned right, where did you go?

18   A.    After we made a right turn, we continue on that small

19   street, and then after that small street we made a right turn

20   onto Commonwealth Avenue.

21   Q.    So you turned onto Commonwealth Avenue, and where did you

22   go?

23   A.    After Commonwealth -- we continued on Commonwealth Avenue

24   for about, I think, maybe two miles, until we made a right turn

25   near Brighton.

```
 1    Q.    Who was deciding where you were going?  Was he telling you
 2    where to go?
 3    A.    Yeah, the man who jumped in, he ordered me to every
 4    direction.
 5    Q.    And what was the man with the gun saying while you were
 6    driving?
 7    A.    Can you --
 8    Q.    Was he talking to you or saying things to you?
 9    A.    Yeah, we had a conversation.  He was talking to me.
10    Q.    All right.  And what was the conversation about?
11    A.    First he asked me my name and he asked me where I from.
12    And after the first few minutes, I was -- my hands were
13    shaking, I can't manage to drive.  He asked me to drive like
14    normally.
15    Q.    Why were your hands shaking and why were you having
16    trouble driving?
17    A.    Because I was very scared.
18    Q.    At some point did you answer his question about your name?
19    A.    Yes.
20    Q.    What did you tell him?
21    A.    I answer him my English name at that time.  I told him my
22    name is Manny.  He didn't get it on the first time.  He said,
23    "Money"?  So he laughed about it.  "Money?  You must got a lot
24    of money."  So I said, "No, not Money."  I said, "My name is
25    Manny, M-A-N-N-Y."  And after that question, he asked me,
```

1    "Where are you from?"  I said, "China."  He didn't get it the

2    first time, so I repeat it.  I said, "I'm Chinese."

3    Q.   What did he say?

4    A.   So he said, "Okay.  You are Chinese.  I'm Muslim.  Muslims

5    hate Americans."

6    Q.   When he said that, how did you respond?

7    A.   I respond, you know, "I'm Chinese.  Chinese are very

8    friendly to Muslim."

9    Q.   What did he say?

10   A.   He said, "Okay.  I love you are Chinese.  Just be relaxed

11   and just keep driving."

12   Q.   So when he told you to drive down Commonwealth Avenue for

13   a while and you turned, what happened?

14   A.   We made a right turn.  I don't remember the name of the

15   street the first time we made a right turn, but later on I

16   remember we were driving on Market Street in Brighton.  So he

17   asked me couple other questions.  He asked me, "How long have

18   you came here to the United States?"  "What do you do?"

19   Questions like that.

20   Q.   What did you say?

21   A.   I said, "I came here for study.  I went to Northeastern

22   University.  My English is not very good."  And he asked me,

23   "Who do you live with?"  I say, "I live with roommates."  Then

24   he asked me --

25   Q.   He asked who you lived with?

1   A.   Yeah.

2   Q.   Why did you think he was asking you that?

3   A.   I didn't know at first time the reason he asked me, but

4   later on he asked me some other questions, I think I know why

5   he is asking me that question.  So later he asked me, "Is there

6   anyone care about you?"  So I think he's worried about someone

7   will worry about me if I didn't go back home until that

8   night -- the people who care about me would be nervous.

9   Q.   How did you feel when he asked if there was anyone there

10  to care about you?

11  A.   I feel he's trying to -- his concern, and I feel I have to

12  tell him that nobody's concerned, care about me, so makes him

13  like very relaxed.  Don't like, you know, pay too much

14  attention on me.

15  Q.   After that conversation, did it continue or was that the

16  end of it?

17  A.   After our conversation we had a break for a couple of

18  minutes and we continue driving on -- back on the street.  At

19  some point he ask me my -- the PIN code of my bank card.

20  Q.   He asked for your PIN code on your bank card?

21  A.   Yes.

22  Q.   What did you say?

23  A.   I tell him the PIN code.  And the PIN code was starting

24  with 86, somebody's birthday.  And then he asked me, "Did you

25  born 1986?"  I said, "Yes."

1   Q.   Are you actually born in 1986?

2   A.   Yes.

3   Q.   Was that birth date PIN code your birth date or someone

4   else's?

5   A.   It's not my birthday; somebody else's birthday.

6   Q.   Okay.  So after he asked if you were born in 1986, how did

7   the conversation go?

8   A.   After he asked me about 1986, he said, "That your

9   birthday?"  I said, "No, it's not my birthday; it's my

10  girlfriend's birthday."  And then he ask me, "Where is your

11  girlfriend?"  I mean, so I told him my girlfriend is not here;

12  she's in China.

13  Q.   What happened after that?

14  A.   After that we continued driving.  And I think we made a

15  left turn at some point onto -- onto Arsenal Street.

16  Q.   Onto Arsenal Street?

17  A.   Yeah, in Watertown.

18  Q.   All right.  So at some point now you're in Watertown from

19  driving around?

20  A.   Yes.

21  Q.   And where do you go once you get onto Arsenal Street?

22  A.   After a short one-minute drive on Arsenal Street, he ask

23  me to -- order me to make a right turn onto a local street or

24  dock.  I don't remember the name of the street.

25  Q.   All right.  So you turned on the street off of Arsenal.

1    And what happened?

2    A.   At some point he ask me question, like, "Do you -- do you

3    think all the white people look the same?"

4    Q.   Wait.  What was that question?

5    A.   He said, "Do you think all the white person looks like the

6    same?"

7    Q.   He asked if you --

8    A.   Yeah, I didn't get the question the first time.  I said,

9    "What?  I'm sorry?"  And then he said, "Do you think the white

10   person looks like the same like do you think the black person

11   looks like the same?  And so you won't remember my face,

12   right?"  So I said, "Yes.  No, I don't remember anything."

13   Q.   Why did you tell him you don't remember anything?

14   A.   I feel like if I tell him that I remember your face, I

15   remember everything, then he will, you know -- I think he will

16   do something not good for me later on.  I just feel safer if I

17   tell him that I don't remember anything.

18   Q.   All right.  So after he asked you if everyone

19   looked -- all white people looked the same to you or if you

20   would recognize him, what happened?

21   A.   He continue order me to drive in -- on the street, made

22   some turns, and about a few minutes later, we pull over

23   to -- on a local street in Watertown.

24   Q.   Do you remember the name of that local street in

25   Watertown?

1  A.   I think it's -- maybe it's called Dexter Street.

2  Q.   At that point in time was the sedan now behind you?

3  A.   After we pulled over to a curb, immediately a sedan pulled

4  right behind us.

5  Q.   When you pulled over and the sedan pulled in behind you,

6  what happened?

7  A.   After the sedan pulled over, he order me to get out of the

8  car and switch my seat, so order me to sit in the front

9  passenger seat.  So he took out the car keys, and I was -- I

10  took off the car and go run to the front side of my car and sit

11  in the front passenger seat.

12  Q.   At that point how come you didn't run?

13  A.   I'm sorry.  Can you repeat that?

14  Q.   Why didn't you run away right then?

15  A.   Before he took out the car key, I did think about run

16  away, but he took out the car key very quickly, I think I got

17  no chance to run away because he got a gun, it's very dark

18  street.  Nobody there.  And there's another car pulled behind

19  us, I don't know what's either.

20  Q.   All right.  So you get out of the driver's seat and you

21  run around the front of your SUV to the other side.  Is that

22  right?

23  A.   Yes.

24  Q.   Okay.  What happens while you're doing that?

25  A.   While I was sitting in the front passenger seat, he opened

1    the trunk of my car and I saw another person get out from the

2    sedan right behind us.

3    Q.   Let me stop you there.  You said he opened the trunk of

4    your car.  It's an SUV, so it's really kind of a hatchback that

5    opens up.  Is that right?

6    A.   Yes.

7    Q.   Okay.  You're now in the front passenger seat or you're

8    about to get into it.  Which one?  Are you already in the seat?

9    A.   Yes, I'm already in the seat.

10   Q.   Okay.  What happens to the person that was in the sedan?

11   A.   He get off the sedan and walk to my car and they had

12   some -- a little bit of conversation.

13   Q.   You said they had a conversation.  So how many people are

14   now in the back of your car near the hatchback?

15   A.   I think two people.

16   Q.   Okay.  The conversation that's being had, is that in

17   English or some other language?

18   A.   I didn't -- I cannot hear anything clearly at that point

19   so I'm not sure.

20   Q.   After the conversation between those two individuals, what

21   happened?

22   A.   I heard, and it feels like they are moving something from

23   the sedan into the Mercedes SUV.

24   Q.   Could you tell what they were moving from the sedan into

25   the SUV?

A.   No, I don't know what they are moving.

Q.   Did you look back to see what it was?

A.   No, I didn't.

Q.   Why not?

A.   Because like I remember just a few minutes earlier he asked me do I remember his face, so I feel like he doesn't want me to recognize him, he don't like me to look at him, so I didn't.

Q.   Okay.  Approximately how many items did they load into your car?

A.   I'm not sure.  Maybe -- I'm not sure but definitely more than one or two.

Q.   As you're sitting in that front passenger seat and this is going on, what did you notice?  Did you ever look to the side? Did you look, you know, to one side or the other?

A.   I just look at what's in front of me.  I trying to remember something, so I look at the car parked in front of my car and I look at another side street, look at those signs and I try to remember the name of the street.

Q.   Why are you trying to remember the name of the street?

A.   I don't know.  I just trying to -- maybe feels like maybe it will be useful later.  It's just something come from the inside of me.  I don't have any specific reason for that.

Q.   After they loaded these unknown items into the back of the car, what happened?

1    A.   After the loading is finished, so the man who jumped into

2    my car, he became the driver.  He's sitting in the driver's

3    seat.  And another man sitting in the Mercedes, he sit in the

4    backseat, right behind me.

5    Q.   The other man who sat in the backseat behind you, do you

6    see him in court today?

7    A.   Yes.  Yes.

8    Q.   Can you point him out for the record, please?

9    A.   That gentleman over there.

10   Q.   Is he wearing a black coat?

11   A.   Yes.

12          MR. MELLIN:  Your Honor, I would ask the record

13   reflect the identification of the defendant.

14          THE COURT:  All right.

15   BY MR. MELLIN:

16   Q.   When the defendant climbed into the backseat behind you,

17   did he say anything?

18   A.   He didn't speak to me, but maybe they had some talk, but I

19   really don't remember very clearly about that.

20   Q.   So after the defendant climbs into the back, the other

21   individual climbs into the front, what happened?

22   A.   So he started to drive.  I don't know in what direction

23   to.  He made a lot of turns.  Like driving in, I think it's

24   Watertown.  Like about ten minutes later he pulled over to

25   a -- right in front of a bank, ATM.  And one of the guy -- one

1    of the men just get out of the car and took my bank card and

2    went to the ATM.

3    Q.    Let me slow that down just a little bit.  Now,

4    subsequently did you learn the identity of the man who is now

5    driving your car?

6    A.    Huh?

7    Q.    Were you able to identify later on the name and the

8    picture of the individual that was driving your car?

9    A.    Yes.

10   Q.    And was that Tamerlan Tsarnaev?

11   A.    Yes.

12   Q.    All right.  So as the defendant's brother drove the car to

13   the Bank of America ATM, what happened?

14   A.    So the man sit in the backseat, he get out of the car, and

15   I remember he knock on the window, ask the PIN code again.

16   Q.    Let me stop you there again.  You say -- again, this is

17   the defendant that we're talking about that knocks on the

18   window?

19   A.    Yes.

20   Q.    He knocks on which window?

21   A.    I remember it was the front passenger window.

22   Q.    Okay.  You were sitting in the front passenger seat,

23   correct?

24   A.    Yes.

25   Q.    So does he ask you for the PIN number?

1    A.    I'm not sure who he's asking, but I did give him the PIN
2    code again.
3    Q.    Okay.  So he asked for the PIN number; you answer and tell
4    him what the PIN is, correct?
5    A.    Yes.
6    Q.    Okay.  And then what happened?
7    A.    So he went into the ATM store, and I was staying in the
8    car with the man from the -- the first man whose name was
9    Tamerlan, you just told me.
10   Q.    Before the defendant walked in to the ATM machine, do you
11   recall any conversation between the defendant and his brother
12   about how much money to withdraw?
13   A.    No, I don't remember that.
14   Q.    Okay.  Did the man driving the car ever tell the defendant
15   the exact amount of money to take out?
16   A.    No, I don't know.
17   Q.    So as the defendant was at the ATM machine and the -- his
18   brother was in the front driver's seat, what were you thinking?
19   A.    I was thinking maybe this is chance for me to run because
20   they told me they both have guns and I think I have no chance
21   if both of them are in the car.
22   Q.    Now, when did they tell you that they both had guns?
23   A.    I think it's after the -- some point -- I don't know if it
24   was that time, but at some point both of them were in the car.
25   Q.    So when you were driving when they were both in the car,

1    about how much time elapses between the time when they both

2    climb into the car and you get to the Bank of America ATM?  Do

3    you follow me?  How long was the trip from when they both got

4    into the car until you got to the ATM?

5    A.    I think it's about ten to 15 minutes.

6    Q.    Okay.  And so it's during this ten or 15 minutes that they

7    both tell you that they have guns?

8    A.    Yes.

9          MR. BRUCK:  I object to "they told."  If the

10   government would ask the witness to indicate who told.

11         THE COURT:  If you can.

12         MR. MELLIN:  Your Honor, I'm going with what the

13   witness said.  He used the term "they."

14   BY MR. MELLIN:

15   Q.    When you said they told you, did they both tell you or did

16   one tell you?

17   A.    You know, it was Tamerlan tell me.

18   Q.    Okay.  So the man in the driver's seat tells you they both

19   have guns, right?

20   A.    Yes.

21   Q.    Does the man sitting behind you at any time say, "I don't

22   have a gun"?

23   A.    No.

24         MR. MELLIN:  Your Honor, if I may approach?

25         THE COURT:  All right.

1            MR. MELLIN:  I'm going to show the witness what has

2     been marked as Government's Exhibit No. 755.

3            THE COURT:  Is that 75-5?

4            MR. MELLIN:  I'm sorry, your Honor.  755.

5     BY MR. MELLIN:

6     Q.   Mr. Meng, do you recognize what is inside the envelope in

7     Government's Exhibit 755?

8     A.   I can say a bank card.

9     Q.   Okay.  And whose bank card is that?

10    A.   It's mine.

11    Q.   And is that the bank card that the defendant used to

12    withdraw cash from the ATM out of your account?

13    A.   I think so.

14    Q.   Did you have another bank card?

15    A.   Yes.

16    Q.   Okay.  Was that the one, though, that was taken from you?

17    A.   Different.

18    Q.   Which is a different one?

19    A.   I got a couple of others, but different color.  I know

20    this one, I put my picture on it.  I only put this one with my

21    picture on it.

22    Q.   Okay.

23            MR. MELLIN:  Your Honor, at this time I would move

24    into evidence Exhibit 755.

25            MR. BRUCK:  No objection.

1            THE COURT:  All right.

2            (Government Exhibit No. 755 received into evidence.)

3     BY MR. MELLIN:

4     Q.   Mr. Meng, when the defendant went in to the ATM, did he

5     come back with money that he showed you?

6     A.   No, he didn't show to me.

7     Q.   Did he at any time tell you how much money he had taken

8     out of your account?

9     A.   No.

10    Q.   Did he at any time tell his brother, the driver, how much

11    money he had taken out of the account?

12    A.   They have some talk but in a language I don't understand,

13    so I don't know.

14    Q.   The conversation in a language you didn't understand, when

15    did that occur?

16    A.   I think the first time after the defendant was in the car

17    and they have some talk.  They had a few talks.  I don't

18    remember every time the talk happened.  But every time when

19    they talk to each other, they speak in a different language.

20    When they speak to me, we talk in English.

21    Q.   What happened as you left the Bank of America ATM?

22    A.   After we left Bank of America ATM?  Okay.  After the bank

23    ATM, Tamerlan continued driving.  I think he was driving

24    further from the city we were in.  He was driving towards

25    Waltham, the direction.

1    Q.   He's driving toward Allston?

2    A.   Waltham.

3    Q.   Waltham?

4    A.   Yeah.

5    Q.   I'm sorry.  Waltham.

6    A.   So he continued driving, and at some point he ask me, "How

7    many gas left in your car?"  I said, "Only a quarter."  And he

8    asked, "How long that amount of gas can drive; how far?"  I

9    answered, "I don't know.  Maybe 50 miles."  So we continued

10   driving.

11   Q.   Continued driving towards Waltham now?

12   A.   Yeah, towards Waltham.  And I -- I remember we passed a

13   police station, and after a few miles he made a U-turn, like

14   driving back.

15   Q.   Driving back to the same direction you had just come?

16   A.   Yeah, the direction we just came from the ATM machine.

17   Q.   Okay.  What happened after he did the U-turn?

18   A.   After the U-turn, I think a conversation happened.  He

19   asked me -- I'm not sure it happened at that point or maybe a

20   few minutes later.  He asked me, "Can your car go out of

21   state?"  I was -- I didn't get the question on the first time

22   because I didn't want to have a conversation with him so I

23   answered, "I'm sorry.  What did you ask?"  And he asked me,

24   "Can your car go out of state, like to New York?"  I said,

25   "Yes, my car can go out of state and I have drived to New York

1    a few times."

2    Q.   When he asked if this car could go out of state and you

3    said New York, what happened after that?

4    A.   He also ask me do I have GPS in the car.  I said no.

5    Q.   You told him no, you don't have GPS?

6    A.   Yeah, I told him no.

7    Q.   Is that true?

8    A.   No, that's not true.  I did have a GPS in my car and I

9    didn't tell him that I have GPS.

10   Q.   Why didn't you tell him the truth and tell him that you

11   had GPS?

12   A.   Because another time I was thinking -- because I have

13   really good GPS in the car, you can find anything, like gas

14   station, hotels, everything on the map.  So because I know they

15   told me -- they ask about -- mention about New York, so I know

16   they are going somewhere further.  I'm thinking maybe they're

17   looking for something.  If they find out there's GPS in the

18   car, then they can go to anyplace they want to go.

19   Q.   Were you worried at that point they're not going to need

20   you at all?

21   A.   Yeah, I worried about that.  And the defendant at that

22   time also asked him -- I think that's the first time he was

23   talking to me, he asked me, "Can you connect your car --

24   connect an iPhone in your car?  Can I play music in your car?"

25   And I said yes.

1   Q.   After that discussion, what happened?

2   A.   After that discussion we pulled over to a gas station on

3   that street.  And so they pulled over to the gas station.  So

4   the defendant get out of the car and try to pump -- put some

5   gas into the car.  And he asked me which one is my credit card.

6   Q.   Who asked you which one is your credit card?

7   A.   The defendant today.

8   Q.   At that point does he have your wallet?

9   A.   Yes, he had my wallet.

10  Q.   What did you say?

11  A.   I told him the ZIP code.  Oh, he asked me -- I told him

12  which one is my credit card.  And then he asked me the ZIP

13  code, so I told him the ZIP code.

14  Q.   Which one was your credit card?

15  A.   The credit card also was a Bank of America credit card.

16  Q.   Okay.  What happened after you told the defendant your ZIP

17  code?

18  A.   So he took the card to the pump station, trying to add

19  some gas, and he spend about two or three minutes there, and

20  then he came back and sit in the car and he talk to Tamerlan.

21  I don't know what they're talking about.

22  Q.   Again, when they talked, did they talk in some other

23  language?

24  A.   Yeah, in another language.

25  Q.   How would you describe the tone of that conversation?

1    Were they screaming and yelling back and forth or just a normal

2    conversation?

3    A.   I would describe it as normal conversation.

4    Q.   So the defendant was not yelling at Tamerlan; Tamerlan's

5    not yelling at the defendant?

6    A.   No, I don't remember that.

7    Q.   Okay.  All right.  So after this conversation between the

8    two of them, what happened?

9    A.   They continued driving -- continued driving.  Tamerlan

10   was -- asked me how to play the radios.  He turned on the

11   radios in the car.

12   Q.   Let me stop you there.  When you were at this gas station,

13   do you know if any gas was actually put into your SUV at this

14   gas station?

15   A.   I think -- I think they didn't put any gas into the car

16   because at the gas station the lights were off.  Nobody was

17   there.  It looks like it was closed.  But they didn't tell me.

18   But after the gas station they didn't -- they drive back to the

19   ATM direction where we originally drive from, so I saw that

20   they didn't get gas at this gas station.

21   Q.   How did you see that they didn't get gas?

22   A.   Because they talk about -- I think in two sense:  They

23   didn't spend enough time at the gas station to pour the gas.

24   That's the first answer.  The second reason is I heard they

25   talk about New York.  So if they go to New York, it would go to

1    waste.  They want to go back to the direction they came from.

2    That's what I was thinking.

3    Q.   All right.  So when you left this gas station you were

4    headed east, back towards Boston and not towards New York?

5    A.   Yes, I think so.

6    Q.   All right.  So what happened after that?

7    A.   After that he drive back to the first place we stopped in

8    Watertown, the street in front of the house, and he stop at the

9    house again.  In front of the house again.

10   Q.   All right.  Now, let me just stop you there.  "He" being

11   Tamerlan Tsarnaev?

12   A.   Yeah, Tamerlan.  Sorry.  Tamerlan, yeah.

13   Q.   So he drives back to the same location where the green

14   sedan was located?

15   A.   Yes.

16   Q.   All right.

17   A.   I think the defendant today, he got out of the car and

18   grab something from the sedan again and get back in the car

19   very quickly.

20   Q.   Do you know what the defendant grabbed out of the green

21   sedan?

22   A.   I don't know at that point, but I think later on I think

23   it's -- it was something like a CD or something.

24   Q.   Okay.  Why do you say you think he grabbed a CD?

25   A.   Because later on they put a CD into my car to play music.

1    Very different music.  A style I never heard of before.

2    Q.   How would you describe that kind of music?

3    A.   I would describe it as a little bit weird.  It sounds like

4    religious.

5    Q.   It sounds very religious?

6    A.   Yeah.

7    Q.   How did that make you feel when that music was being

8    played in your car?

9    A.   Nervous.

10   Q.   After the defendant got out of the car, got something from

11   the other car, got back into your car in the back, was he again

12   right behind you?

13   A.   Yes, same spot.

14   Q.   Okay.  What happened at that time?

15   A.   After that Tamerlan start driving again.  I don't know

16   where he's heading to but he made a right turn into a very

17   small, dark street.  It's a dead-end street.  And he stop there

18   for four, five seconds, didn't do anything.  I don't know

19   what -- I thought at the point maybe he will kill me at that

20   place.  But fortunately he didn't, and he made a U-turn again

21   and drive out of that dead-end, go back to the street.

22   Q.   After you pulled out of that dead-end, where did he go?

23   A.   He went down the street.  I don't remember the name of the

24   street but it's not -- heading toward the ATM direction we went

25   to before.  And it looks like he's heading to -- towards Boston

1    direction.

2    Q.    So now we're back -- essentially driving east towards

3    Boston again?

4    A.    Yes.

5    Q.    Okay.  And what happens?

6    A.    At some point we were -- the three of us were in the car

7    and my roommate called in.  First time she called in, we missed

8    that call.  And Tamerlan was asking me, "Who is calling you?"

9    Q.    Let me stop you there.  So when you say that your

10   roommate's calling you, is it an actual cell phone call as

11   opposed to like a text message?

12   A.    Cell phone call.

13   Q.    Okay.  Do you have the ringer on or off?

14   A.    It's on because it's connected to my car.  So when a call

15   is in the car, the whole car can hear that, and that the call

16   is coming in.

17   Q.    Okay.  So when you had this first call, what did Tamerlan

18   say to you?

19   A.    He just -- first time he just ask me who is calling me.

20   And after we talk about -- we were talking, and the time is

21   up -- the time is up on the phone, we just missed the call.

22   And a few, two -- a couple of minutes later I get a message

23   from my roommate.

24   Q.    Is this a text message or what is it?

25   A.    This time it's a text message.

Q.   All right.

A.   So the text message was in Chinese.  I remember it was
about asking something, "Where are you?  It's dangerous
outside.  Come home earlier" in Chinese.

Q.   All right.  So when you received the text message that
it's dangerous outside, where are you --

A.   Yes.

Q.   -- how do you respond, or what do you do?

A.   I didn't respond to the text message, to her immediately.
Tamerlan look at the message.  He doesn't know Mandarin.  So he
asked me, "What's the text message?"  So I told him my
roommate's just asking me where I am and she said it's
dangerous outside, the truth translation of the text message.
Then he asked me how to spell "no" in Chinese.

Q.   How to spell what?

A.   No.

Q.   N-O?

A.   N-O, yes, in Chinese.

Q.   Yes.

A.   So I tell him how to spell "no" in Chinese.  And later he
asked me where is a dictionary.  "A dictionary application in
your phone?"  So I give him English-to-Mandarin dictionary.

Q.   On your phone?

A.   Yeah, on my phone.

Q.   Okay.  So he's doing this while he's driving the car, at

1    the same time?

2    A.   I think we stopped for a while, stopped for a couple of

3    minutes at that time because we were driving on the -- no car

4    was on the street.  Nobody was on the street.  So he stopped

5    for a while to try to find the dictionary out.  And he typed

6    "no" in the dictionary and he got the translation from the

7    Mandarin, just one word, texted back it my roommate.

8    Q.   At that time where is the gun, do you know?

9    A.   At that time I don't know where the gun -- I think it was

10   in the driver door side in the pocket.  But what happened next,

11   I think I know the gun.

12   Q.   Right.  But as you pulled over and he was checking how to

13   spell "no" in Mandarin, why did you not run at that point?

14   A.   I didn't think about running at that time because he

15   had -- both of them have guns.  And not just him, but other --

16   the defendant today was sitting right behind me.  And nobody

17   was on the street.  I have no place to run.  And they can

18   drive.  They have car.

19   Q.   When you stopped on the road and he was checking the text

20   message for the translation, did the defendant ever get out of

21   the car?

22   A.   No, he didn't.

23   Q.   Did he ever run away?

24   A.   No.

25   Q.   Okay.  What happened?

1  A.   So after he text back the message, later on, I think just

2  very shortly, one minute later, another roommate who is

3  boyfriend of the -- the roommate who text me, so he called me

4  again.

5  Q.   Now, this other roommate that is contacting you, he's

6  calling you?

7  A.   Yeah, he calling me on cell phone.

8  Q.   Okay.

9  A.   And this time because of the -- after he call me, this

10 time Tamerlan became a little bit nervous.  Anxious, it looks

11 like.  He asked me, "Who is calling you again?"  I said, "My

12 roommate."  And I become a little nervous too.  I said, "If you

13 don't want to answer -- you don't want me to answer the phone,

14 I won't answer the phone.  I won't say anything."  But he

15 said -- he took the gun, again point it to me, he said, "You

16 have to answer the phone."

17 Q.   So now the driver, Tamerlan, pulls out the gun again, his

18 gun again, and points it at you?

19 A.   Yes.

20 Q.   Where does he point it?

21 A.   He point to me.  I said, "If you don't want me to answer

22 phone, I won't."  He said, "No, you have to answer the phone."

23 Q.   Where is the gun pointed?  At you?

24 A.   At me.  At my head.  And he said, "You have to answer the

25 phone, but if you say any single word in Chinese, I will kill

1    you right now."

2    Q.   He told you that if you said anything in Chinese on the

3    phone, he would kill you right now?

4    A.   Yes.

5    Q.   What did you do?

6    A.   When we were having that conversation, we missed the call

7    again.  But the roommate call right back again.  So he point a

8    gun to me, and I said, "Okay.  I will answer in English."

9    Q.   Did he point the gun at you again?

10   A.   Still pointing to me.  And I ask him, "What do you want me

11   to say?"  He said, "Just say you are sick.  Just say you feel

12   sick, you're staying at a friend's home tonight."  So I pick up

13   the phone and answer in English, which is unusual, it's weird

14   because my roommates are Chinese too.  We talk in Mandarin

15   every day.  We never speak English, not even on the phone.  So

16   I answer in English and I say, "I'm very sick.  I'm going to

17   stay at my friend's home tonight."

18   Q.   What does your roommate say in response to that?

19   A.   He -- he sounds like little bit surprised.  He said,

20   "What?" in Chinese.  "Why you speak English?"  And I repeat,

21   again, I say, "I'm sick.  I stay at a friend's home tonight.

22   And I've got to go right now.  I talk to you later."  Then he

23   said, "Okay," and he hung up.

24   Q.   After that phone call, what happened?

25   A.   After that phone call Tamerlan just feels little

1    bit -- looks like he feels a little bit happier.  He told me,

2    "Good job, boy.  Good job."  So I feel relaxed too because I

3    was nervous at a point.  And then we continued driving.  He

4    continued driving, Tamerlan.

5    Q.   Where did you go from there?

6    A.   I think he was driving back to -- he was driving back to

7    Boston direction.  Maybe it was Soldiers Field Road.  At some

8    point he looked at the other side of the street.  He looked and

9    he see some lights were on from a gas station.  And he

10   feel -- I remember he was excited at the moment.  He said,

11   "Yes."  He said, "Yes" or something.  He feels like excited.

12   Q.   As you were on Soldiers Field Road, did you feel like you

13   started to know that area a little bit better too?

14   A.   A little later on I feel better.  After he made a right --

15   a left turn from the Soldiers Field Road to Cambridge, because

16   after we went to Cambridge, I feel it's very familiar with that

17   area.

18   Q.   You said that Tamerlan Tsarnaev pointed the gun at you

19   when these phone calls were coming in, correct?

20   A.   Yes.

21   Q.   Did you ever see Tamerlan Tsarnaev point the gun at his

22   brother?

23   A.   No, never.

24   Q.   Did he ever threaten his brother during any of the time

25   you were in that car?

1   A.   In my understanding, I mean, even English speaking, I

2   didn't think so.

3   Q.   And did you ever see him yell at his brother?

4   A.   No, I didn't see.

5   Q.   As you were now coming back into Cambridge, what happened?

6   A.   Now coming into Cambridge, he driving to a gas station.  I

7   remember it was a Shell gas station.  So he pulled over into

8   gas station.

9   Q.   At that point had you been to that Shell gas station

10  before?

11  A.   I never made it to the gas station.  I never purchase gas

12  from that gas station.  But I drive past by that gas station

13  multiple times.

14  Q.   So you knew that location?

15  A.   Yes, I do.

16  Q.   As he pulled into that Shell gas station, what happened?

17  A.   After pulling into the gas station, the defendant today

18  get out of the car again.  He was -- he tried to buy the gas by

19  using the credit card again.  I remember he had a conversation

20  with me -- the ZIP code again.  He asked me what was the ZIP

21  code again, so I told him the ZIP code.  But a few seconds

22  later he knocked on my window again and asked it -- told

23  Tamerlan in English, he said, "Cash only."

24       I remember Tamerlan asking me, "How much money you think

25  you need to spend to fill the tank of your car?"  I said, "I

1    don't know, maybe 50, 60."  And then Tamerlan told the

2    defendant today to put $50 in for the gas.  And he also said

3    super.  Super.  The super grade.  And so the defendant today,

4    he went into the store to pay for the gas.  Then I was with

5    Tamerlan.  Only two of us in the car.

6    Q.   At that point, do you know where Tamerlan's gun was?

7    A.   I remember it was in a pocket on the driver's side.

8    Q.   And that's the same pocket where you had your wallet

9    before?

10   A.   Yes.

11   Q.   Okay.  So with the gun in the pocket, what were you

12   thinking?

13   A.   I was thinking about running away at that time because I

14   think -- thought about running away in Watertown before.  So I

15   saw that they were heading to New York, maybe I don't have

16   another chance, but right now they're adding gas.  It may be my

17   last chance.  And I thought about the conditions for me to

18   running away.

19   Q.   And what conditions did you think about?

20   A.   I thought about the three conditions.  First of all, if

21   two of them or both are in the car, I have no chance to run;

22   second of all, if I have to run away, I have to do a few

23   things.

24   Q.   What are the few things you'll do?

25   A.   First of all, I'm back in my seatbelt and the car door is

1    locked.  So if I have to open the door of the car on my side, I

2    have to press the unlock button first.  So that's the second

3    thing.  And then the third is I have to do -- I have to open

4    the door with the handle, pull the handle and open the door and

5    run away.  So because at that point so I only have one person

6    in the car and he was -- he didn't have the gun in his hand.

7    Q.   What was he doing at that time?

8    A.   He was -- both of his hands was on the GPS, a Garmin GPS

9    device.

10   Q.   Was that your Garmin GPS?

11   A.   No, it's from their -- I don't have that GPS device.

12   Q.   Do you know when they got that Garmin GPS out of their

13   car?

14   A.   I'm not sure it's the first time the moving luggage or the

15   second time when we go back to Watertown.  I think -- I

16   personally think it's the second time because I didn't see he

17   was using the GPS the first time.

18   Q.   As he's sitting in the front driver seat working with the

19   GPS, what are you thinking?

20   A.   I think this is my best chance because only one of them be

21   in the car and the door is -- the door of the car is unlocked.

22   I only have to do two things, in my opinion:  unbuckle my

23   seatbelt, open the door and jump out.

24   Q.   What did you do?

25   A.   So I count down in my mind 1, 2, 3, 4.  So it's very tough

1  decision for me at that moment.

2  Q.   How are you feeling at that moment?

3  A.   Every time when I recall this, this was the most

4  terrifying moment.  It's most difficult decision in my life.

5  Q.   Why do you say it's the most difficult decision of your

6  life?

7  A.   Because I ask Tamerlan before when both of us in the car,

8  I ask him, "Are you going to kill me tonight?"  He told me that

9  "I'm not going to kill you.  Just relax, man."  And "maybe we

10  will drop you off at someplace very far away from any person,

11  you have to walk about five or six miles to find any person."

12      So I was struggling about should I trust him about that?

13  Should I just follow his order and maybe he will release me

14  later on, or should I take this chance by myself to run away?

15  So, I mean, the decision -- I say the decision based on the two

16  choice I think I have at that time.

17  Q.   Right.  What did you do?

18  A.   So I count down 1, 2, 3, 4, and I -- fortunately, I

19  unbuckle my seatbelt and open the car door quickly

20  successfully, jump out of the car, and I dashed into the

21  street.  I can feel he was trying to grab me.

22  Q.   When you say you could feel he was trying to grab you, how

23  could you feel he was trying to grab you?

24  A.   You could feel his hands were so close to my left hand.

25  You can feel kind of like wind on my left hand and he was

1    shouting.  He was like saying some word.

2    Q.    He was shouting at you?

3    A.    Shouting -- not at me, shouting a word.

4    Q.    Okay.  Do you know what word he was shouting?

5    A.    He said, "Fuck."  Can I speak that?

6          (Laughter.)

7    Q.    You've done it now.

8          (Laughter.)

9    A.    Sorry.  I should have asked first.

10   Q.    All right.  When he said that, what did you do?

11   A.    I dash into the street.  And I can see there is another

12   gas station on our side of the street, so I run across the

13   street.  Fortunately, there's no car driving on the street at

14   that time.  So I can see the lights from that gas station was

15   on, but I'm not sure the gas station is open or locked.  So I

16   was like praying, "Please open.  Please somebody be there."

17        So I got to the door of the gas station, I open the door,

18   it opened.  The attendant was there.  I beg him to call 911.

19   And he didn't get me at the first time.  And I just say,

20   "Please call 911.  Please."

21   Q.   When you told him to please call 911, did you stay at the

22   front door?  What did you do?

23   A.    Yeah, I stayed at the front door, but I tried to lower

24   down my body so they cannot see me through the windows.

25   Q.    Did you look back to see if they were following?

1   A.   No.

2   Q.   Why not?

3   A.   I don't know.  It just feels like I'm very terrified.  It

4   feels like -- I was very worried about them in front of me.  I

5   feel like if I don't look back there, then maybe they won't

6   follow me, something like that.  I didn't have too many reason

7   in my mind after that time.

8   Q.   When you asked for a 911 call to be made, was one made?

9   Did the attendant call 911?

10  A.   Yeah, after a few seconds he called 911.

11  Q.   And as he was calling 911, what did you do?

12  A.   I went to the side of -- they have a storage room behind

13  the desk.

14  Q.   All right.  So did you go behind him into a storage room?

15  A.   Yeah, I go behind him, the storage room.

16  Q.   Why did you do that?

17  A.   I'm worried about they were coming in front of me.  I just

18  want to hide.  In case they came into the store, they cannot

19  see me.

20  Q.   They cannot what?

21  A.   They cannot find me.

22  Q.   As you were hiding in the back, do you know if there was a

23  call that was placed to 911?

24  A.   Yes, I can hear that.

25  Q.   At some point is the phone given to you?

1    A.    Yes, the attendant gave me the phone later, a few seconds

2    later.

3    Q.    After the phone call is made, do the police arrive?

4    A.    Yeah.  The police arrive quickly.  When I was still

5    talking on the phone, the attendant knock on the door of the

6    storage room and told me that the police is here.

7              MR. MELLIN:  Your Honor, if I could have the witness

8    look at Exhibit 744, which I believe is already in evidence.

9              THE COURT:  All right.

10   BY MR. MELLIN:

11   Q.    Mr. Meng, do you recognize what Exhibit 744 is?

12   A.    I can say on the left side is a Shell gas station, on the

13   right side is a Mobil gas station which I dash into.

14   Q.    Right.  So this is -- on the left side is the Shell that

15   you were at, and you ran across the street to the Mobil on the

16   right?

17   A.    Yeah, and run across the street.

18             MR. MELLIN:  And just if we could have 745 brought up,

19   please, which I also believe is already in evidence.

20   Q.    And do you recognize Exhibit 745?

21   A.    Yes.

22   Q.    Okay.  And what is that?

23   A.    It's a Mobil Gas Station where the attendant called 911.

24             MR. MELLIN:  Your Honor, this may be a good time to

25   break just because I was going to play the video and audio

 1    attached.

 2             THE COURT:  Yes?  Okay.  So we'll take the lunch

 3    break, ladies and gentlemen, and resume at two o'clock.

 4             THE CLERK:  All rise for the Court and the jury.  The

 5    Court will take the lunch recess.

 6             (The Court and jury exit the courtroom and there is a

 7    recess in the proceedings at 12:57 p.m.)

 8             THE CLERK:  All rise for the Court and the jury.

 9             (The Court and jury enter the courtroom at 2:06 p.m.)

10             THE CLERK:  Be seated.

11             THE COURT:  Do we have the witness?

12             Go ahead, sir.

13             MR. MELLIN:  Thank you, your Honor.

14                          DUN MENG, resumed

15                    DIRECT EXAMINATION CONTINUED

16    BY MR. MELLIN:

17    Q.   Good afternoon, Mr. Meng.

18    A.   Good afternoon.

19             MR. MELLIN:  And good afternoon, Miss Zhang.

20             THE INTERPRETER:  Good afternoon.

21             MR. MELLIN:  For the record, your Honor, Ms. Zhang is

22    seated next to Mr. Meng to help with interpretations this

23    afternoon as well.

24    BY MR. MELLIN:

25    Q.   Mr. Meng, we stopped for the lunch break when you were

1    looking at some photographs of both the Shell gas station and

2    the Mobil Gas Station.  Do you remember that?

3    A.   Yes.

4    Q.   In addition to having a chance to view those before, did

5    you also have a chance to watch the video from the Shell gas

6    station and also the Mobil Gas Station?

7    A.   Yes.

8    Q.   And are those fair and accurate videos of what you did

9    that day?

10   A.   Yes.

11   Q.   Okay.  And in addition to that, have you had a chance to

12   listen to the 911 call that was placed initially by the clerk

13   in the Mobil Gas Station, but at some point you actually speak

14   on it, correct?

15   A.   Yes, correct.

16   Q.   And have you had a chance to listen to that 911 call?

17   A.   Yes.

18   Q.   And is it a fair and accurate recording of what was said

19   that day?

20   A.   Yes.

21        MR. MELLIN:  And, your Honor, for the record, I would

22   seek to move into evidence Exhibit 752, which is actually a

23   composite of the videos as well as the audio from the 911 call

24   overlaid where it's appropriate.

25        THE COURT:  Is there any objection?

1              MR. BRUCK:  No.

2              THE COURT:  All right.

3              (Government Exhibit No. 752 received into evidence.)

4              THE COURT:  We don't have it.

5              (Pause.)

6              THE COURT:  All right.

7              (Video recording played.)

8              MR. MELLIN:  If we could pause it there for just one

9      moment.

10     BY MR. MELLIN:

11     Q.   Mr. Meng, did you see who just dashed out of the black SUV

12     and onto the screen?

13     A.   Yes, it was me.

14     Q.   All right.

15             (Video recording played.)

16             MR. MELLIN:  If we could pause it there for one

17     minute.

18     Q.   Mr. Meng, in the video right now that is playing, you are

19     inside the Mobil Gas Station.  Is that right?

20     A.   Yes.

21     Q.   What is it you're telling the clerk behind the counter?

22     A.   I think I was telling him that someone has guns, want to

23     kill me.  Please call 911 right now, please.

24             MR. MELLIN:  Continue, please.

25             (Video recording played.)

1        MR. MELLIN:  Could you pause it, please?

2   Q.   Again, Mr. Meng, that portion of the video, you are still

3   at the counter talking to the man behind the counter.  Is that

4   right?

5   A.   Yes.

6   Q.   And at some point you actually get down somewhat on your

7   knees and put your hands up as if to pray.  Is that right?

8   A.   I'm trying to tell him, trying to say, "Please, please

9   call 911," because in the first couple of minutes, first few

10  seconds, he didn't make the call.  So I wanted him to make the

11  call right now, immediately.

12  Q.   And just before that you actually turned towards the door

13  and kind of put your hands up on the inside of the door to the

14  Mobil.  Do you remember that portion of the video?

15  A.   Yes.

16  Q.   And what were you trying to do there?

17  A.   I was trying to ask him, "Can you please lock the door?"

18  And I don't know how to lock it, but I try -- I'm afraid they

19  were following me.

20  Q.   And so had you attempted to lock the door?

21  A.   Yes.

22        MR. MELLIN:  If we could continue, Mr. Bruemmer.

23  Thank you.

24        (Video recording played.)

25        MR. MELLIN:  You could stop it right there, please.

1    Q.   Now, Mr. Meng, if you can describe, what were you doing

2    right there as you went around the back of the counter?

3    A.   So I was -- I was trying to go inside, trying

4    to -- because I'm really worried they will follow me.  So I was

5    trying to find a place to hide.  And the attendant, he was

6    trying to maybe stop me.  He said, "Sir, you cannot go in

7    there."  But I was very scared.  So I just go inside and I find

8    a storage room on the right side, so I went into a storage

9    room.

10   Q.   Okay.  So now as we look at the screen in this video,

11   you're moving off to the right behind the rack of items for

12   sale, correct?

13   A.   Yes.

14   Q.   So what is it that is behind that wall?

15   A.   Behind that wall is a storage room.

16            MR. MELLIN:  Thank you.

17            (Audio and video recording played.)

18   Q.   Mr. Meng, now at the start of that audio, it's the voice

19   of the attendant, correct?

20   A.   Yes.

21   Q.   Now, towards the latter portion of that, who is speaking?

22   A.   Later I was speaking.

23   Q.   So he hands you the phone and now you're on the phone?

24   A.   Yes.

25   Q.   Okay.  Now, right where we cut off, what did you just tell

1    the person on 911?

2    A.   That it is hard to understand better.  I was saying that

3    they told me they did the explosion, the marathon explosion.

4    Q.   So you had said that they did the marathon explosion?

5    A.   Yes.

6         MR. MELLIN:  Okay.  If we could play...

7         (Audio and video recording played.)

8    Q.   Now, Mr. Meng, what were you trying to -- or you indicated

9    that you were trying to explain what they looked like, correct?

10   A.   Yes.

11   Q.   And what were you trying to say there?

12   A.   I was trying to say it looks like from Middle East or

13   Middle Asia.

14   Q.   Okay.  That they looked Middle Eastern.  Is that what you

15   were trying to say?

16   A.   Yes.

17   Q.   Okay.

18        (Audio and video recording played.)

19        MR. MELLIN:  If you could stop it there, please.

20   Q.   Now, Mr. Meng, on the video that we're looking at, you

21   have just walked out from the storage room back in behind the

22   clerk's counter, correct?

23   A.   Yes.

24   Q.   Okay.  And there's a police officer now who has arrived on

25   the scene?

1    A.    Yes.

2              MR. MELLIN:  All right.  If we could roll it, thanks.

3              (Video recording played.)

4    Q.    And now as we're watching the video, and the video just

5    ended, you were speaking to the police officer.  Is that right?

6    A.    Yes.

7    Q.    And what did you talk to him about?

8    A.    I -- the first police officer, I think I remember the

9    first time I told him that -- the others -- told me the others

10   are suspect of the Boston Marathon bombing.  And then I say to

11   them maybe it's in the other gas station right across the

12   street.  And I said to the police station -- the police officer

13   that they have my cell phone in the car already still and that

14   my car has a GPS tracking system.  They can track -- so they

15   can track the location of the car if they want.

16   Q.    Okay.  Now, why did you tell the police that your phone

17   was still in the car?

18   A.    I really feel unsafe.  I feel they come back, to please

19   find them and take care of this.  So I tried to provide them

20   with useful information so they could find them quickly.

21   Q.    You told them there was a tracking device on the car,

22   right?

23   A.    Yeah.  I told them my car has a tracking system.

24   Q.    Do you know the name of that tracking system?

25   A.    It's a tracking system from Mercedes called MB Brace

1    [*sic*].

2    Q.   So MB Brace.

3         And so that is something that Mercedes has, and if you

4    need to find the car, Mercedes is able to find where the car is

5    located?

6    A.   Yes.  And if I -- if I give them Mercedes account

7    information, they can locate it.

8    Q.   So what happened after you told the officer that?

9    A.   After I told them that, the police officer called Mercedes

10   and I give him -- I gave him my account information, like MB

11   Brace account number, maybe password, I don't remember.  But I

12   remember I gave him the account number so they were able to

13   find the car.  And also I gave the police officer my bank

14   account because they had my bank card number.  So I told him

15   they just withdraw some cash in the ATM machine, so...

16   Q.   Mr. Meng, did you ever get your car back?

17   A.   No.

18   Q.   When you were seated in the car when you were texting your

19   friend back around 10:30 and then -- at night on April the

20   18th, do you remember what items you had in the car at that

21   time?

22   A.   I only remember like I have my wallet, sunglass, small

23   items in the car.  I don't remember I have any other items in

24   the car.  Maybe water, a bottle of water.

25   Q.   Did you ever put a Tupperware bomb in your car?

1    A.    No.

2    Q.    Do you remember someone during the night bringing a CD

3    into your car?

4    A.    Yeah, I remember they play CD, the different music CD.

5    Q.    Was that your CD?

6    A.    No.

7    Q.    Mr. Meng, did you ever hit a human being or an animal with

8    the front quarter-panel of your car?

9    A.    No, never before.

10   Q.    Did you ever cause any damage to the front left

11   quarter-panel of your car?

12   A.    No.

13   Q.    Did you ever leave any blood on the front left

14   quarter-panel of your car?

15   A.    No, I don't remember.

16   Q.    Prior to April the 18th at 10:30 p.m., had you ever had

17   any bullet holes in that car?

18   A.    No.

19           MR. MELLIN:  If I could pull up Exhibit 795 for the

20   witness.

21   Q.    Mr. Meng, do you see what is Exhibit 795?

22   A.    Yes.

23   Q.    Do you recognize the vehicle in that photograph?

24   A.    The black Mercedes looks like the type of my car, but the

25   condition is totally different.

1          MR. MELLIN:  Your Honor, I move into evidence Exhibit

2    795.

3          MR. BRUCK:  No objection.

4          THE COURT:  All right.

5          (Government Exhibit No. 795 received into evidence.)

6          MR. MELLIN:  Ask to publish.

7    BY MR. MELLIN:

8    Q.   Mr. Meng, as you look at the photograph of the black

9    Mercedes in 795, do you see all of that damage to the front

10   quarter-panel?

11   A.   Yes.

12   Q.   Do you know how that happened?

13   A.   No.

14   Q.   You'll also see in this photograph what I've just

15   enlarged?

16   A.   Yes.

17   Q.   And I just enlarged the front driver's door, correct?

18   A.   Yes.

19   Q.   And do you see these bullet holes in the front driver's

20   door?

21   A.   Yes, I see.

22   Q.   Was that ever in that car before April 18th at 10:30 p.m.?

23   A.   No.

24   Q.   Thank you.

25          MR. MELLIN:  If we could pull up Exhibit 796 just for

1    the witness, please.

2    Q.   Mr. Meng, do you see the photograph which is 796?

3    A.   Yes.

4    Q.   And can you describe what that is?

5    A.   That's my car.

6    Q.   Okay.  Now you're able to say that's your car based on the

7    tag on the car.  Is that right?

8    A.   Based on the plate number.

9         MR. MELLIN:  Your Honor, I move into evidence Exhibit

10   796 and ask to publish.

11        MR. BRUCK:  No objection.

12        (Government Exhibit No. 796 received into evidence.)

13   BY MR. MELLIN:

14   Q.   Mr. Meng, prior to April 18th, was your back window shot

15   out or damaged?

16   A.   No.

17   Q.   During the time that you were riding around in the car in

18   the front passenger seat, was that back window shot out or

19   damaged?

20   A.   No.

21   Q.   And I just enlarged a portion of that photograph showing

22   the back window, also the Mercedes symbol, and then to the

23   right of that is another bullet hole.  Do you see that?

24   A.   Yeah, I see it right now.

25   Q.   Was that in your car at any time prior to April 18, 2013,

1      at 10 p.m.?

2      A.    No.

3            MR. MELLIN:  Finally, if I could pull up 797, please,

4      for the witness.

5      Q.    Do you recognize what is 797, Mr. Meng?

6      A.    Yes.

7      Q.    Is that a picture of the VIN number, of the vehicle

8      identification number, on the Mercedes?

9      A.    It's the VIN number.

10           MR. MELLIN:  Your Honor, if I may move Exhibit 797

11     into evidence.

12           MR. BRUCK:  No objection.

13           (Government Exhibit No. 797 received into evidence.)

14           MR. MELLIN:  I'd ask to publish that alongside Exhibit

15     754, which is the lease agreement.

16     BY MR. MELLIN:

17     Q.    And, Mr. Meng, now in front of you on the screen is

18     Exhibit 797 with the VIN number from the Mercedes and the lease

19     agreement which is 754.  Do you see that?

20     A.    Yes.

21     Q.    And do they have a matching vehicle identification number?

22     A.    Let me take a look.  Yes, they have the same number.

23     Q.    Thank you.

24           MR. MELLIN:  Thank you, your Honor.  Nothing further.

25           THE COURT:  Mr. Bruck?

```
 1                         CROSS-EXAMINATION

 2   BY MR. BRUCK:

 3   Q.   Good afternoon, Mr. Meng.

 4   A.   Good afternoon, sir.

 5   Q.   My name is David Bruck, and I'm one of Jahar Tsarnaev's

 6   lawyers.

 7   A.   Okay.  Nice to meet you.

 8   Q.   And do you mind if I ask you just a few questions?

 9   A.   You can ask any questions.

10   Q.   I'm sorry?

11   A.   You can ask any questions.

12   Q.   Okay.  I only have a few.

13   A.   Okay.

14   Q.   The person who came up to your car that night when you

15   were parked, typing on your phone, that person was Tamerlan,

16   correct?

17   A.   Yes.

18   Q.   And Tamerlan was the person who opened your door and got

19   in the car, correct?

20   A.   Yes.

21   Q.   And pointed a gun at you and robbed you?

22   A.   Can you repeat that question?

23   Q.   Tamerlan is the person who pointed a gun at you and robbed

24   you that night in the car?

25   A.   Yes.
```

1 Q. And threatened to kill you?

2 A. Yes, I did [*sic*].

3 Q. Okay.  And the first time you had ever seen Tamerlan was

4 when he tapped on your window, correct?

5 A. Yes.

6 Q. And even when he did that, you didn't yet think anything

7 was necessarily the matter, correct, that he was going to harm

8 you?

9 A. No, I thought he was trying to ask me some questions the

10 first time.

11 Q. You thought maybe he was going to ask you for directions?

12 A. Yes.

13 Q. And that's why you lowered your window?

14 A. Correct.

15 Q. After Tamerlan got in the car and took your money and

16 pointed the gun and made you drive, did there come a time when

17 he made a cell phone call while you were driving?

18 A. I don't remember that.  I don't.

19 Q. Okay.  Mr. Mellin asked you a series of questions about

20 Tamerlan's gun.  Did you ever see any other gun that night?

21 A. No.

22 Q. So Tamerlan's gun was the only gun you saw?

23 A. Yes.

24 Q. And I think you said that the first thing that Jahar ever

25 said to you was to ask you if the stereo system -- or if the

1    sound system on your car would work with the iPhone -- with an

2    iPhone, correct?

3    A.   Yeah.  According to my memory, he was asking me can

4    I -- in my car, can I accommodate somebody's iPhone to the car

5    to play music.

6    Q.   To play music.

7    A.   Yeah.

8    Q.   And before that Jahar hadn't said anything to you,

9    correct?

10   A.   Yes; that's correct.

11   Q.   I think that's all.  I just have to check.  Can you bear

12   with me a moment?  I'm going to ask...

13               (Counsel confer off the record.)

14               MR. BRUCK:  Mr. Meng, thank you so much.  That's all I

15   have.

16               THE WITNESS:  All right, thank you.

17               MR. MELLIN:  Your Honor, briefly, redirect?

18               THE COURT:  Briefly.

19                        REDIRECT EXAMINATION

20   BY MR. MELLIN:

21   Q.   Mr. Meng, who was the person that loaded items into your

22   car when you stopped and the green sedan pulled up?

23   A.   I didn't look back, but I can say both of them -- they

24   were talking, and the both of them, I feel like two person

25   moving something, not just one single person.

1   Q.   Who is the person who got out of the green sedan and got

2   into the car behind you at that time?

3   A.   Jahar.

4   Q.   Who is the person who asked for a PIN number when you

5   pulled up to the Bank of America ATM?

6   A.   Jahar.

7   Q.   Who is the person who walked into the ATM and withdrew

8   money from your account?

9           MR. BRUCK:  I object.  This is beyond the scope.

10          THE COURT:  Overruled.

11          You may have it.

12          THE WITNESS:  Jahar.

13  BY MR. MELLIN:

14  Q.   Who was the person who got out of your car twice to fill

15  it up with gas?

16          MR. BRUCK:  Objection.  Leading.

17          THE COURT:  No, overruled.

18          THE WITNESS:  Jahar.

19  BY MR. MELLIN:

20  Q.   Did the defendant ever tell you he did not have a gun?

21  A.   No.

22          MR. MELLIN:  Thank you.

23          THE COURT:  Anything else?

24          MR. BRUCK:  No, sir.

25          THE COURT:  All right, Mr. Meng.  Thank you.  You may

1    step down.

2              THE WITNESS:  Okay.  Thank you.

3              (The witness is excused.)

4                                  * * *

5

6                    C E R T I F I C A T E

7

8         I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

9    the United States District Court, do hereby certify that the

10   foregoing transcript constitutes, to the best of my skill and

11   ability, a true and accurate transcription of my stenotype

12   notes taken in the matter of Criminal Action No. 13-10200,

13   United States of America v. Dzhokhar Tsarnaev.

14

15   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
16   Official Court Reporter

17
     Date:  3/19/15
18

19

20

21

22

23

24

25