UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, )<br>)<br>v. )<br>)<br>DZHOKHAR A. TSARNAEV, )<br>)<br>Defendant. )<br>) | CRIMINAL ACTION<br>NO. 1:13-cr-10200-GAO |

**WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF AMERICAN BROADCASTING COMPANIES, INC.; CBS NEWS, A DIVISION OF CBS BROADCASTING INC.; CABLE NEWS NETWORK, INC.; AND NBCUNIVERSAL MEDIA, LLC TO INSPECT AND COPY TRIAL EXHIBITS**

Movants American Broadcasting Companies, Inc., CBS News, a division of CBS Broadcasting Inc., Cable News Network, Inc., and NBCUniversal Media, LLC, hereby withdraw without prejudice their motion for leave to inspect and copy trial exhibits entered into evidence at the close of each trial day.

- 2 -

Respectfully submitted,

**AMERICAN BROADCASTING COMPANIES, INC.; CBS NEWS, A DIVISION OF CBS BROADCASTING INC.; AND CABLE NEWS NETWORK, INC.; and NBCUNIVERSAL MEDIA, LLC**

By their attorneys,

/s/Jonathan M. Albano
Jonathan M. Albano BBO #013850
jonathan.albano@morganlewis.com
Emma D. Hall BBO #687947
emma.hall@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Federal Street
Boston, MA  02110-1726
Phone: 617-951-8000
Fax:     617-951-8736

Dated:  March 19, 2015

## CERTIFICATE OF SERVICE

I, Jonathan M. Albano, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 19, 2015.

/s/Jonathan M. Albano
Jonathan M. Albano