UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

```
FILED
IN CLERKS OFFICE
2015 MAR 23  PM 1 33
U.S. DISTRICT COURT
DISTRICT OF MASS.
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                         ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV          ) | |

**SEALED MOTION TO SEAL MOTION FOR IN CAMERA REVIEW OF PRESENTENCE REPORT OF WITNESS**

Defendant moves that the Court grant him leave to file under seal a Motion for *In Camera* review of a witness' presentence report.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

/s/ Miriam Conrad
_____
Miriam Conrad

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)

Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document was served by email on March 1, 2015 and by hand delivery on March 23, 2015 upon counsel for the government.

_____
Miriam Conrad