```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS



                                      )
UNITED STATES OF AMERICA,             )
                                      )
          Plaintiff,                  )
                                      )   Criminal Action
v.                                    )   No. 13-10200-GAO
                                      )
DZHOKHAR A. TSARNAEV, also            )
known as Jahar Tsarni,                )
                                      )
          Defendant.                  )
                                      )



           BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                  UNITED STATES DISTRICT JUDGE



              JURY TRIAL - DAY THIRTY-THREE
                         EXCERPT
              TESTIMONY OF JAMES FLOYD



          John J. Moakley United States Courthouse
                     Courtroom No. 9
                   One Courthouse Way
              Boston, Massachusetts  02210
                 Monday, March 16, 2015
                       2:08 p.m.



             Marcia G. Patrisso, RMR, CRR
                Official Court Reporters
          John J. Moakley U.S. Courthouse
           One Courthouse Way, Room 3510
            Boston, Massachusetts  02210
                  (617) 737-8728

       Mechanical Steno - Computer-Aided Transcript
```

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: William D. Weinreb, Aloke Chakravarty and
 3             Nadine Pellegrini, Assistant U.S. Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6         By: Steven D. Mellin, Assistant U.S. Attorney
           Capital Case Section
 7         1331 F Street, N.W.
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         FEDERAL PUBLIC DEFENDER OFFICE
           By: Miriam Conrad and Timothy G. Watkins,
10             Federal Public Defenders
           51 Sleeper Street
11         Fifth Floor
           Boston, Massachusetts  02210
12         - and -
           CLARKE & RICE, APC
13         By: Judy Clarke, Esq.
           1010 Second Avenue
14         Suite 1800
           San Diego, California  92101
15         - and -
           LAW OFFICE OF DAVID I. BRUCK
16         By: David I. Bruck, Esq.
           220 Sydney Lewis Hall
17         Lexington, Virginia  24450
           On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

I N D E X

| | Direct | Cross | Redirect | Recross |

WITNESSES FOR THE
 GOVERNMENT:

JAMES FLOYD

     By Ms. Pellegrini              4

P R O C E E D I N G S

* * *

1

2

3      MS. PELLEGRINI:  Good afternoon, your Honor.  The

4   government calls James Floyd.

5                    JAMES FLOYD, duly sworn

6      THE CLERK:  Please state your name, spell your last

7   name for the record, keep your voice up and speak into the mic.

8      THE WITNESS:  My name is James Floyd, F-L-O-Y D.

9                    DIRECT EXAMINATION

10  BY MS. PELLEGRINI:

11  Q.   Good afternoon, Mr. Floyd.

12  A.   Hi.

13  Q.   Where were you born?

14  A.   I was born in Florence, South Carolina.

15  Q.   And at some point did you move to Massachusetts?

16  A.   About five years ago.

17  Q.   And in April of 2013, where were you living?

18  A.   I was living at 56 Laurel Street in Watertown.

19  Q.   And who was living there with you?

20  A.   My wife and my three-week-old son.

21  Q.   And on the night of April the 18th going into the

22  early-morning hours of April 19th, what do you recall

23  happening?

24  A.   I was sleeping on the couch.  My son was downstairs, as

25  was our routine.  Sometime after midnight or so I heard, you

1    know, some loud banging outside.  I hopped up, peeked out the

2    window, saw some gunfire, which was -- and then went and

3    scooped up my son and took him up to the second floor, to the

4    back of the house.

5         When I got to the top of the stairs, my wife stopped and,

6    you know, she was frantically asking what was going on.  I told

7    her I didn't know.  I went and set the baby down and went out

8    to our bedroom window, which was on the second floor, and

9    started looked out the window at what was going on.

10   Q.   Mr. Floyd, let's go back a little bit.  The house at 56

11   Laurel, single-family, two-family?

12   A.   It's a single-family.

13   Q.   And the front yard, what's that like?

14   A.   It kind of has more of a side yard.  And we have a vinyl

15   fence mostly around -- you know, that completely encloses the

16   side of the yard.  There's a pear tree in the yard, which is in

17   the back, and then a big plum tree at the front of the yard,

18   you know, the corner of the yard.

19   Q.   All right.  And how would you describe the neighborhood in

20   which you live?

21   A.   It's a mixed neighborhood, very quiet neighborhood.

22   Mixture of older, young people, mixture of single families and

23   renters.  It's pretty diverse.

24   Q.   And with respect to the closest -- or the side of the

25   yard, how would you describe the houses on Laurel Street?

A.    I think we have a pretty decent-size yard for the area.
You know, I have a whole yard, which is one of the reasons we
moved there.  I want to say we're a fifth of an acre, is the
size of our plot.  You know, a nice size for this area, I
think.

Q.    All right.  So I'd like to show you what's in evidence
already as Exhibit 772.

       MS. PELLEGRINI:  Mr. Bruemmer, if you would bring that
up, please.

Q.    And do you see this diagram in front of you, Mr. Floyd?

A.    Yes.

Q.    All right.  And I'm going to enlarge this part right about
here.  Can you point out -- your screen is a touch screen in
front of you.  If you touch it with the pad of your finger, you
can make a circle, you can have an arrow.  Can you point out to
the jury where you were living in April of 2013?

A.    Right here (indicating).

Q.    All right.  So you've made a little yellow mark on the
second house in.  I actually think it is marked as 56 Laurel
Street.  And what I'm going to point to right here, is that the
tree you were talking about, or one of them?

A.    Yes; that's the plum tree.

Q.    All right.  And so this part looks out onto Laurel Street.
Is that correct?

A.    Yes.

1    Q.   All right.  Now, so when you said that you were downstairs

2    and you said that had been part of your routine, whose routine

3    when you're sleeping downstairs?

4    A.   Our family routine.  We had a three-week-old.  We tried to

5    get through the nights as best we could with as much sleep as

6    possible.  So she would feed the baby, go upstairs, try to get

7    as much sleep as she could.  I'd give the baby a bottle

8    whenever it woke up and then go upstairs, and hopefully one of

9    us got a decent night's sleep.

10   Q.   And the living room area in which you said you were

11   resting on the couch -- is that right?

12   A.   Yes.

13   Q.   -- is that front -- the front part of your house, does

14   that come up to the front?

15   A.   The actual room extends from the front to the back.  Front

16   to the back.  The couch was probably right -- sort of in the

17   middle of the room.

18   Q.   And the noises that you heard that woke you up, how would

19   you describe those?

20   A.   Well, at first I thought it could have just been some

21   fireworks going off.  It was -- you know, it woke me up out of

22   a sleep, so I didn't really have any bearings about me at

23   first.  And so I looked outside and I could see -- you know, I

24   could see, you know, guns firing.  I could mostly -- at that

25   point I could see people to my right, which would have been to

1    the west and sort of underneath where the tree is.  But I

2    didn't look for long.  I saw that it was, you know, pretty

3    serious, and I wanted to get my kid back to the back of the

4    house upstairs in his crib.

5    Q.    All right.  And so once you looked out and you saw what

6    you saw, you took the baby and went upstairs?

7    A.    Right.  Put the baby in the crib in the back of the house.

8    And then my wife and I went and couldn't help but look out of

9    the second-floor window in our bedroom.

10   Q.    All right.  Now, from the second floor, is there any

11   obstruction of your view by the -- it's a plum tree, right?

12   A.    It's a plum tree.  At the time it was pretty -- it was

13   blooming pretty good and so I couldn't really see a lot

14   of -- so, yes, there was some obstruction to the view as I

15   looked down and to the right.  Once I was downstairs, I could

16   kind of see -- I didn't have to look through the tree.  But

17   once I was on the second floor, it was kind of hard to see

18   through the trees at exactly what was going on down there.

19   Q.    All right.  So when you first looked out, and you

20   said -- well, tell me what you saw.

21   A.    When I was downstairs and I looked out, I saw guns firing

22   and people screaming.  And this was to my right.  And then I

23   basically stopped and got the kid and I ran upstairs.  So I

24   didn't see much at that time.  Then when we got upstairs, we

25   looked for a more extended period.

1    Q.    All right.   But when you were downstairs, could you tell

2    if anybody was in uniform at that time that you saw outside?

3    A.    The only thing I could say for sure is I saw blue lights.

4    Q.    Blue lights?

5    A.    So there was that assumption, that someone was in uniform.

6    But which one, who was firing, no, I couldn't see any of that.

7    Q.    When you got upstairs and you were able to look out the

8    second-floor window, what did you see?

9    A.    So out of the second-floor window, I could see a lot

10   better and it -- to my left and -- which I guess would be

11   facing east, so --

12   Q.    If you can mark that on the map which is still in front of

13   you, 772?

14   A.    So somewhere around this area --

15   Q.    Okay.

16   A.    -- I could see there was two cars, both facing this

17   direction, I guess which would have been east.   I could see two

18   cars and I could see two individuals firing back to the west.

19   Q.    Can you --

20   A.    Firing.

21   Q.    Can you tell what kind of car was involved here?

22   A.    I saw there was a sedan, and it was easy for me to see one

23   of them was a black Mercedes SUV just because of the

24   pretty -- it has a pretty distinctive shape to it.

25   Q.    And where were these two individuals in regard to the

1    location of the Mercedes?

2    A.    Between them.  Between them taking cover.  They would pop

3    up and out from time to time, and then go back.  Seemingly,

4    they had things with them and they kept going back to the

5    ground to grab things.

6    Q.    What do you mean?

7    A.    It seemed like maybe they had a bag of things that they

8    were going to to either -- I don't know whether it was

9    ammunition.  I know at several points I saw a fuse being lit

10   and, you know, what I then found out were bombs being thrown.

11   When actually they threw them, you know, you could hear -- sort

12   of throwing them like a baseball, you'd hear the clink, clink,

13   clink and then an explosion.  I definitely saw four of those

14   things happen, but only two I remember actually exploding.

15   Q.    And with respect to the two individuals, was there any way

16   that you could differentiate between the two?

17   A.    No.

18   Q.    Were both individuals doing the same type of thing or was

19   one doing one?  What happened?

20   A.    Well, while they were taking cover between the vehicles,

21   it was really tough to see what was going on.  It was just kind

22   of a barrage of gunfire in both directions.  And also, you

23   know, they would pop up from time to time and, you know, come

24   out.  And, you know, I saw them throw the bombs.  Sort of --

25   that kind of went on for an extended period of time.  And at

1    some point one of them came out from that cover and started

2    moving forward, which would be west.  And once he kind of came

3    out from the car, he kind of seemed to get into some sort of

4    really close-range gunfight.  I didn't see who he was doing

5    that with, but he was obviously shooting -- exchanging fire

6    with someone.  And I'm not sure, you know, the exact, you know,

7    sequence of things, but at some point the --

8              MR. WATKINS:  I'm going to object, your Honor.

9              THE COURT:  New question?

10             MR. WATKINS:  Yes.

11             THE COURT:  Let's have a new question.

12   BY MS. PELLEGRINI:

13   Q.   What's the next thing you saw after you saw the person

14   start down the street?

15   A.   The next thing I saw was -- I looked back and I could see

16   the individual that was still behind the car pull out something

17   larger.  It seemed to me that it was in a bookbag.  It seemed

18   to be -- light a fuse.  And where the other -- and then he kind

19   of took the bookbag like this, and it seemed like it was heavy

20   just by the way he was throwing it.  And he seemed to throw it

21   out this way.  Actually --

22   Q.   Let me just stop you right there, Mr. Floyd.  So for the

23   record, you're indicating with your arm outstretched and

24   starting down low?

25   A.    Yes.  He was standing up or -- from what I could remember,

1    and he grabbed the bookbag by the -- you know, one of the

2    bookbag straps and seemed to launch it as far as he could,

3    which wasn't, you know, very far, from what I could tell.  The

4    bomb did not make it very far -- or the thing did not make it

5    very far before it blew up.

6    Q.   All right.  And when it blew up, what happened?

7    A.   It was far and away much bigger explosions than the other

8    ones, than the other smaller explosions that happened, and it

9    was a very, very bright light.  Blinding light.  We ducked

10   down.  A couple of pictures came off of our wall.  And we

11   looked back out and the scene was very smokey.  And at that

12   point we saw the person that was still by the cars get into his

13   car and make a -- somewhat of a three-point turn and turn his

14   car, the Mercedes, heading east, and floored it.  I mean, just

15   really floored it.

16   Q.   What could you hear?

17   A.   Well, just heard the engine roar loudly and then it seemed

18   like he was heading straight toward where everyone was

19   gathered, including the other person who had been tackled to

20   the ground at that point.  My wife made a shriek because it

21   looked to her and us that he was going straight for, you know,

22   the whole crowd of police officers there.  And we heard

23   a -- you know, it was kind of like a thud and we saw the

24   headlights -- the taillights, excuse me -- raise up off the

25   ground.  He had obviously -- obviously hit something and run

1    over it.  Then lots of gunfire.  But he somehow made it -- the

2    vehicle somehow made it down through Dexter and up the street.

3    Q.   Mr. Floyd, let's go back just a little bit.  You said that

4    when you first looked back and you heard gunfire.  Could you

5    see the exchange of gunfire?

6    A.   Yes.

7    Q.   All right.  I'm talking now about the two individuals who

8    were by the Mercedes.  What, if anything, could you see either

9    one doing?

10   A.   Just, I mean, other than firing, not much.  There was just

11   a lot of activity, you know, so there wasn't constant firing.

12   There would be firing followed by a brief delay where it seemed

13   like they would be digging back into whatever they had at their

14   feet.

15          MR. WATKINS:  Objection to "seems like."

16          THE COURT:  I'm sorry.  I didn't hear you.

17          MR. WATKINS:  I'm saying -- could we have another

18   question?

19          THE COURT:  I think he's still answering the same

20   question.  Go ahead.

21          THE WITNESS:  So I just saw, you know, these two

22   individuals were firing and launching -- well, when I was

23   downstairs I didn't see any of the things thrown, only saw the

24   gunfire at that point.  And I was not --

25   BY MS. PELLEGRINI:

1    Q.   Let me stop you there.  When you said you only saw

2    gunfire, with respect to the Mercedes, where did you see the

3    gunfire?

4    A.   It was coming from behind the Mercedes.

5    Q.   Could you tell who was firing the -- any weapon from

6    behind the Mercedes?

7    A.   I couldn't distinguish one from the other at that point,

8    no.

9    Q.   And then when the individual came out from behind the

10   Mercedes, let me -- so this person walked down Laurel Street?

11   A.   Right.  Walked down Laurel Street to about -- you know, I

12   would say about right here (indicating).  You know, somewhere

13   in this area.  And stood there for a while and exchanged

14   gunfire with something that I could not see.

15   Q.   All right.  So you could not see whether or not there were

16   police officers in this location at that time from your --

17   A.   I couldn't tell.

18   Q.   You could not tell?

19   A.   I couldn't tell.  Right.

20   Q.   And the other individual remained where, if you saw?

21   A.   Behind the Mercedes.

22   Q.   By the way, how could you differentiate between the

23   gunfire and -- when you talked about being -- fuses being lit?

24   A.   Well, you know, I've shot guns in my life.  I've been

25   around guns, so I know what that's like.  And then, you know,

1    I've seen fuses being lit at least on, you know, fireworks.

2    It's very distinguished -- it's a very easy thing to see what a

3    fuse going looks like:  It's slow and has sparks flying off it

4    versus a gunfire, which is, you know, muzzle blast.

5    Q.   Now, when you indicated that the Mercedes was heading in

6    the direction of people who were down the street, were you able

7    to see at that point who was down the street?

8    A.   No.  What I saw was the suspect who wasn't -- or the

9    individual that wasn't by the car.  He started to just

10   seemingly just walk in this direction, just oddly, just not

11   firing, just walking, almost maybe walking fast, straight

12   towards where, you know, kind of all the police activity was

13   down here.  Well, that doesn't --

14   Q.   That's okay.  So you've made an arrow a little past your

15   house and a line?

16   A.   I probably should change that.  That's --

17   Q.   I can do that.  Go ahead.

18   A.   So there was -- most of the police cars seemed to be

19   around here.

20   Q.   All right.

21   A.   And then someone started walking from -- he started

22   walking from this way, that way.  And at that point I did see a

23   shadow come out from behind this yard, through the gate, tackle

24   him to the ground.

25   Q.   All right.  When you say "come out from behind this yard,"

1  you made no indication on the map.  Can you tell us where

2  you're speaking --

3  A.   This yard right here.

4  Q.   Okay.  So a shadow comes out, intercepts a person walking

5  down the street?

6  A.   Tackles him to the ground.  I saw other figures jump on

7  top and looked back and saw someone, the other guy, get in the

8  car and do some sort of three-point turn and --

9  Q.   Can I stop you there, Mr. Floyd?  What do you mean by a

10  three-point turn?

11  A.   Well, the car was pointing east.  So he had to turn the

12  car around in the middle of the road to make it back so it was

13  going west.  So I don't remember if he pulled forward first and

14  then backward first, but basically he did that kind of turn

15  that you have to do in the middle of a street when you're going

16  to turn around.

17  Q.   All right.  And what's the next thing that you remember?

18  A.   He just went very, very fast, seemingly as fast as he

19  could go, straight to where it seemed like the people had been

20  tackled to the ground.  So there was also police vehicles in

21  the street or other vehicles in the street, so that also

22  happened to be the same area where, you know, he had gotten

23  tackled.

24  Q.   All right.  And once the vehicle made contact with

25  the -- well, did you know who the vehicle made contact with,

1   from your vantage point?

2   A.   No, we didn't know.  Our assumption was it made contact

3   with everyone and that it was bad.  We didn't think there was

4   any way anyone could have gotten up and moved.

5   Q.   All right.  And tell me, what did you see the vehicle do

6   specifically?

7   A.   It -- well, you could distinctly see the headlights raise

8   up like it had hit something and bounced over it, and you could

9   hear a thud, like a ka-koo (indicating), and then just lots and

10  lots of gunfire.

11  Q.   Now, Mr. Floyd, as you sit here today, is it your memory

12  that, in fact, the person you saw do the underhand movement and

13  throw the container that made the big blast was the same person

14  who drove the Mercedes back down the street toward the police

15  officer?

16  A.   Absolutely without question.

17  Q.   I'm sorry.  Say it again.

18  A.   Without question it was the same person.

19        MS. PELLEGRINI:  Thank you.  I have no further

20  questions.

21        MR. WATKINS:  No questions.

22        THE COURT:  No questions?  All right, Mr. Floyd.

23  Thank you.  You may step down.

24        (The witness is excused.)

25                              *  *  *

1

2                        C E R T I F I C A T E

3

4           I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

5      the United States District Court, do hereby certify that the

6      foregoing transcript constitutes, to the best of my skill and

7      ability, a true and accurate transcription of my stenotype

8      notes taken in the matter of Criminal Action No. 13-10200-GAO,

9      United States of America v. Dzhokhar Tsarnaev.

10

11     /s/ Marcia G. Patrisso
       MARCIA G. PATRISSO, RMR, CRR
12     Official Court Reporter

13
       Date:  3/25/15
14

15

16

17

18

19

20

21

22

23

24

25