UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,　　　）
　　　　　　　　　　　　　　　　）
　　　　　Plaintiff,　　　　　　）
　　　　　　　　　　　　　　　　）　Criminal Action
v.　　　　　　　　　　　　　　　）　No. 13-10200-GAO
　　　　　　　　　　　　　　　　）
DZHOKHAR A. TSARNAEV, also　　　）
known as Jahar Tsarni,　　　　　）
　　　　　　　　　　　　　　　　）
　　　　　Defendant.　　　　　　）
　　　　　　　　　　　　　　　　）

BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

**JURY TRIAL - DAY THIRTY-SEVEN**
**EXCERPT**
**TESTIMONY OF MATTHEW LEVITT, Ph.D.**

John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Monday, March 23, 2015
12:19 p.m.

Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: William D. Weinreb, Aloke Chakravarty and
 3              Nadine Pellegrini, Assistant U.S. Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6         By: Steven D. Mellin, Assistant U.S. Attorney
           Capital Case Section
 7         1331 F Street, N.W.
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         FEDERAL PUBLIC DEFENDER OFFICE
           By: Miriam Conrad and William W. Fick,
10              Federal Public Defenders
           51 Sleeper Street
11         Fifth Floor
           Boston, Massachusetts  02210
12         - and -
           CLARKE & RICE, APC
13         By: Judy Clarke, Esq.
           1010 Second Avenue
14         Suite 1800
           San Diego, California  92101
15         - and -
           LAW OFFICE OF DAVID I. BRUCK
16         By: David I. Bruck, Esq.
           220 Sydney Lewis Hall
17         Lexington, Virginia  24450
           On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

1                          I N D E X

2                               Direct   Cross   Redirect   Recross
  WITNESSES FOR THE
3    GOVERNMENT:

4  MATTHEW LEVITT, Ph.D.

5       By Mr. Chakravarty              4

6                          E X H I B I T S

7

8                  (There were no exhibits marked)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        P R O C E E D I N G S
 2              MR. CHAKRAVARTY:  The government calls Dr. Matthew
 3    Levitt.
 4                   MATTHEW LEVITT, Ph.D., duly sworn
 5              THE CLERK:  State your name and then spell your last
 6    name for the record, keep your voice up and speak into the mic
 7    so everyone can hear you.
 8              THE WITNESS:  Dr. Matthew Levitt, M-A-T-T-H-E-W L-E V
 9    as in "Victor" I-T-T.
10                           DIRECT EXAMINATION
11    BY MR. CHAKRAVARTY:
12    Q.   Good afternoon.
13    A.   Good afternoon.  Is this okay?
14    Q.   Yes, please.  The microphone both amplifies as well as
15    carries your voice into some other rooms.
16         Thank you for your patience.
17         Where are you currently employed?
18    A.   I'm employed at a think tank called The Washington
19    Institute for Near East Policy.
20    Q.   And what do you do there?
21    A.   I direct a program on counterterrorism and intelligence,
22    and I'm a senior fellow there.
23    Q.   How long have you been there?
24    A.   On and off for several years.  I've been there now since
25    2007.  My first time there was 1998.
```

1   Q.   And are you here to talk to the jury about geopolitics and

2   terrorism?

3   A.   I am.

4   Q.   What did you do before the Washington Institute?

5   A.   Before The Washington Institute, I served as the Deputy

6   Assistant Secretary for Intelligence and Analysis of the U.S.

7   Department of Treasury.

8   Q.   What does The Washington Institute do?

9   A.   The Washington Institute is a non-partisan educational

10  think tank, an institute, focused on U.S. policy towards the

11  Middle East.

12  Q.   Do you have a particular area of specialty?

13  A.   My area of specialty is counterterrorism and intelligence.

14  Q.   And what did you do at the Department of Treasury?

15  A.   At the Department of Treasury, as the Deputy Assistant

16  Secretary for Intelligence and Analysis, I was the Deputy Chief

17  of the Treasury Department's intelligence branch.  So it was a

18  kind of dual-hatted position.  I was a member of the Senior

19  Executive Service within the Department of the Treasury and I

20  was also the deputy chief of one of the U.S. government's

21  intelligence agencies under the kind of rubric of the Office of

22  the Director of National Intelligence.

23  Q.   So that's an arm of the intelligence community?

24  A.   Yes.

25  Q.   And before you were deputy assistant secretary, what did

1    you do?

2    A.    Before that I was again with The Washington Institute

3    where I was a senior fellow in the terrorism program, directing

4    the terrorism program.  And I was there for, at that time about

5    four years, until I went to the Treasury Department in 2005, I

6    think.

7    Q.    So what did you do before that four-year stint at The

8    Washington Institute?

9    A.    Before that I was a counterterrorism intelligence analyst

10   at the Federal Bureau of Investigation at headquarters in

11   Washington, D.C., in the International Terrorism Analysis Unit

12   focused on Middle East terrorist organizations' activities here

13   in the United States.

14   Q.    Now, in addition to your work experience in this field,

15   have you had any education particularized with this field?

16   A.    I have.

17   Q.    Describe it, please?

18   A.    I hold a Ph.D. in international relations from the

19   Fletcher School of Law and Diplomacy at Tufts here in Medford,

20   and a master's of law and diplomacy also from the Fletcher

21   School.  My concentrations there were international security

22   studies, the Middle East and international conflict resolution,

23   and the Ph.D. was on the impact of terrorism on negotiations.

24   And before that I earned a bachelor's, a BA in political

25   science at Yeshiva University in New York City.

1   Q.   Are you from this area originally?

2   A.   I am.

3   Q.   Your doctoral thesis, was it ultimately published in a

4   book?

5   A.   It was.

6   Q.   And what was the topic again?

7   A.   "Negotiating Under Fire - Preserving Peace Talks in the

8   Face of Terror Attacks."

9   Q.   So can you describe a little bit about how you crafted

10   that thesis?

11   A.   Well, I spent a good chunk of time on the ground in

12   Israel, the West Bank and the Gaza Strip.  It was a series of

13   case studies of terrorist attacks by Islamic extremists and

14   Jewish extremists both, and how those attacks undermined the

15   then nascent, the beginning of the Oslo peace process.

16   Q.   So is that when you first started going about a particular

17   method in order to gather information about terrorism?

18   A.   Yes.  That was the first time I did excessive field

19   research.  And that kind of primary field research is only one

20   part, but arguably the most important part of the kind of

21   research I do.

22   Q.   When you went on to the FBI, the Treasury Department and

23   The Washington Institute, how did you continue to do your work

24   in the area of terrorism and geopolitics?

25   A.   Well, it's different in each of those circumstances.  You

1    can separate into the government service and the think tank

2    academic service when I was at the think tank or teaching at

3    the university.  In government I did do some travel and I did

4    meet with others but it wasn't what I would call primary field

5    research, it was liaison, working with others, working on

6    similar issues.  There is the element of exchanging ideas and

7    vetting ideas and information that is similar to primary field

8    research, but that wasn't really for research; that was for

9    case work.

10        Also in government you have ongoing education.  And so I

11   took a long list of courses, some provided by the FBI, some

12   provided by other parts of the U.S. intelligence community on

13   counterterrorism, counterterrorism analysis and the like, which

14   were required in part for my advancement -- professional

15   advancement within government service, up the government GS

16   scale.

17   Q.   Well, when you were deputy secretary it was no longer on

18   the GS scale.  Is that fair to say?

19   A.   Correct.  By the time I was hired at the Treasury

20   Department that was above the GS scale and I was in the senior

21   executive service.

22   Q.   In addition to your thesis which was later published, have

23   you written other books?

24   A.   I have.

25   Q.   Can you describe what they are?

1    A.    I've written a book on Hamas which was published by Yale

2    University Press in 2006, and more recently I wrote a book on

3    Hezbollah published by Georgetown University Press here in the

4    United States and by Hurst Publishers in Europe, and now about

5    to be published by a third publisher in Spanish in Argentina;

6    and beyond those outside publications, a variety of monographs

7    published by The Washington Institute and others, peer-reviewed

8    journal articles, popular journal articles things like foreign

9    policy, foreign affairs, op-eds, policy briefs, et cetera.

10   Q.    Is it fair to say you write a lot, is the axiom of publish

11   or perish?  Is that true in your field as well?

12   A.    I wouldn't say publish or perish, which is a term in

13   academia, but part of my job is to publish.  And it's not that

14   I have to publish a certain amount of material or in a certain

15   number of places, but if you work in a think tank like the one

16   that I work in, you do it because you enjoy publishing and you

17   enjoy researching and sharing what you learn, and so I do

18   publish a lot.

19   Q.    You mentioned that some of your articles appeared in

20   peer-reviewed publications.  Can you explain what that means?

21   A.    "Peer review" is an academic term in which an author

22   writes something and then it is reviewed by peers, other

23   experts in the field who are unknown to the author, and they

24   will be sought out by the publication or the publisher to make

25   sure that the work meets academic standards.  And so the

1    university press books that I published by Yale and Georgetown

2    were certainly peer-reviewed, many of my articles are

3    peer-reviewed in that peer academic sense.  And then almost

4    everything I write has some peer review for it but not all of

5    it has that kind of formal, anonymous peer review that many

6    journals and academic presses do.

7    Q.   And have you also conducted peer review of others'

8    articles?

9    A.   Yes, frequently.  I'm often asked by university presses or

10   journals to do peer review -- anonymous peer review of the work

11   of others.

12   Q.   Do you teach?

13   A.   I don't right now but I have.

14   Q.   Where have you taught?

15   A.   I taught at Johns Hopkins University School of Advanced

16   International Studies; and also at the Zanvyl Krieger School

17   of -- graduate school; and I taught for several years as an

18   adjunct professor a variety of courses on counterterrorism.

19   Q.   Do you engage in speaking engagements on your topic?

20   A.   I do.

21   Q.   And how frequently?

22   A.   If you ask my wife, too frequently.  Almost every week

23   there's several lectures.

24   Q.   In fact, are you scheduled to go to one tomorrow or -- go

25   to one today for tomorrow?

1    A.    I am.

2    Q.    Where is that?

3    A.    Berlin.

4    Q.    How often do you do international lectures?

5    A.    It varies but it can be frequently, so last week I gave

6    several lectures in Europe, this week I'm scheduled to give

7    several more in Europe.  It can be abroad, it can be domestic.

8    Living in Washington, which is the heart of policymaking, many

9    of my lectures are domestic and don't require travel at all.

10   Q.    Have you testified before Congress?

11   A.    I have.

12   Q.    About what?

13   A.    International terrorism, illicit finance issues, sanctions

14   issues.  Most of the testimony has been about various aspects

15   of international terrorism.

16   Q.    Have you testified in other cases in court?

17   A.    Sorry.  I'm getting over a cold.  I have.

18   Q.    How often?

19   A.    I've done it probably a few dozen times.  Two or three

20   dozen times total.

21   Q.    Were you qualified as what we call an expert witness in

22   those areas?

23   A.    Every time.

24   Q.    Has your work been cited by other courts?

25   A.    I'm sorry.  Can you --

1    Q.   Has your work been cited by other courts?

2    A.   It has.

3    Q.   Can you name some?

4    A.   Some of my work was cited by the Supreme Court in the

5    Humanitarian Law Project, a case which upheld the material

6    support statute.  That's the most prominent that comes to mind.

7    Q.   Have you received awards and recognitions for your work in

8    this field of terrorism geopolitics?

9    A.   I have.

10   Q.   Can you give a very brief overview?

11   A.   I received numerous awards and commendations for my work

12   in government at the FBI, and things like the Exceptional

13   Service Award for my work at the Treasury Department.  I've

14   received Speaker Specialist Awards by the State Department,

15   selected to be sent by the State Department to give lectures

16   abroad on behalf of the local U.S. embassy; selected by CNN as

17   an up and coming thinker.  There are a host of others.

18   Q.   Do you continue to consult with government agencies?

19   A.   I do.

20   Q.   And how about non-governmental agencies, or NGO's as we

21   call them?

22   A.   Yes.

23   Q.   And do you consult with media outlets?

24   A.   Frequently.

25   Q.   When you work on a criminal case, what do you do in those

1    cases?

2    A.   I review the material that is provided, so the case

3    material, and I might put that in context, either historical

4    context or context of issues that come up in the context of

5    that case.  Every case is different.  Some cases require me to

6    review a tremendous amount of material specific to that case,

7    some very little.

8    Q.   And have you worked as an expert witness in cases in other

9    countries as well?

10   A.   I have.

11   Q.   What other countries?

12   A.   France, Scotland, twice in Denmark, and Canada.

13   Q.   And for your role in this case, were you asked to write an

14   expert report?

15   A.   I was.

16   Q.   Okay.  Can you describe what that is?

17   A.   An expert report is the report of the hired expert

18   witness, in this case me, laying out the findings on the issues

19   that the -- in this case prosecution, although it would be the

20   same if I was called by defense, ask the expert to opine on.

21   That can be history as context, it can be terrorist trends as

22   context.  And then it can also, of course, be analysis of some

23   of the material that was provided to me specific to the

24   material in this case.

25   Q.   And have you testified in both civil cases as well as

1    criminal cases like this one?

2    A.    I have.

3    Q.    And did you do a report in this case?

4    A.    I did.

5    Q.    And what was the purpose of writing a report versus just

6    testifying?

7    A.    It's for me to be able to kind of make sense of all the

8    material that's being provided to me and for me to be able to

9    provide context for the case for the lawyers who have hired me,

10   in this case the prosecution.

11   Q.    Describe the methodology you use when you analyze evidence

12   for purposes of testimony to a jury.

13   A.    I have to take the evidence at face value.  I'm in no

14   position to be able to vet it, but I'm in a position to be able

15   to comment on it, put it into context -- the larger context of

16   other material like it that I've come across in my own

17   research, again, historical context, the context of different

18   themes, different trends, different modus operandi.  Is this

19   something that is unique?  Is this something that is common?

20   Does this make sense?  Does it not make sense?  Does it have

21   historical precedent?  Who are key individuals who might have

22   come up in reference, key ideas that might have come up, terms

23   to help explain those for a jury that maybe doesn't spend all

24   of its time focused on these issues.

25   Q.    And did you examine some of the evidence -- did the

1    government provide you with some of the evidence in this case

2    to ask you to do just that?

3    A.   Yes.

4         MR. CHAKRAVARTY:  Your Honor, at this point I would

5    ask that the Mr. --

6         THE COURT:  Let me just see you at the side for a

7    minute.

8         (Discussion at sidebar and out of the hearing of the

9    jury:)

10        THE COURT:  I don't know whether you need to renew it

11   to preserve it but I'll give you an opportunity to renew your

12   objection.

13        MR. BRUCK:  Oh, thank you.  I would just like to renew

14   the objection as made in a motion in limine that the Court

15   denied today, and that particularly goes to the background of

16   the various authors and figures, jihadi or radical Islamic

17   figures who are referenced in Dr. Levitt's report and I gather

18   are about to be referenced in his testimony.  And the -- and we

19   have a continuing -- wish to have a continuing objection to the

20   biographies of those figures and to the people that

21   influenced -- there's a whole back story of each of these

22   individuals on the grounds that there has been and will be no

23   showing that the defendant was aware of any of them, and even

24   if he was, we think under 403, extraordinary prejudicial effect

25   of essentially putting in the history of Islamic terrorism in

1    the 21st century and burdening this defendant with everything

2    that has gone on since 9/11 and before and after is far -- the

3    prejudicial effects far outweighs its probative value.  We also

4    think that it injects an arbitrary factor in violation of the

5    Eighth Amendment in a capital case, and for the rest of it I

6    would like to rest on our papers.

7            THE COURT:  Okay.  As I've indicated, I think the

8    testimony is admissible.  I do think 403 is an important

9    consideration, and I trust the government won't step too far on

10   this, but it is relevant.

11           Let me also say for -- a different reason for calling

12   you over here, I've never been attracted by the idea of

13   declaring an expert to be an expert because it has always been

14   my view that it depends on what he gets asked.  So I've done it

15   already on a couple of other experts because I just didn't want

16   to offer the resistance, but this guy may be different so I

17   will not give him blanket qualification.  But I suspect within

18   the scope of things in his report, he is qualified to testify

19   as an expert.

20           MR. CHAKRAVARTY:  Thank you.

21           MR. WEINREB:  Your Honor, if I may clarify something,

22   I understand the Court's ruling is a denial of the defense

23   motion in limine that as a categorical matter everything should

24   be excluded on either 401 or 403 grounds, but I don't

25   understand the meaning of a continuing objection of relevance

1    on 403 grounds.  I don't think that we should assume that every

2    single question has to be objected to --

3           THE COURT:  No, I agree with that.  I guess when I was

4    talking about a continuing, I was thinking of his

5    qualifications to testify under Rule 702.  That was the context

6    of that.  Other matters I think are more appropriate.

7           MR. BRUCK:  So I will have to object each time he goes

8    into these back story details about -- I mean, we gave --

9           THE COURT:  No, I don't -- I mean, to the extent he

10   wants to talk about a particular source of jihadi

11   encouragement, I don't think you have to object to each

12   question.

13          MR. WEINREB:  Yeah, I guess the motion in limine

14   addresses categories of evidence.  And the Court has denied it

15   and at the same time cautioned the government to be prudent in

16   its questioning.  But the parties and the Court could all be of

17   different minds about what crosses the line into irrelevance of

18   403, and without an objection we're not going to have a ruling

19   and the defense will be in a position to say that there's no

20   plain error review here because it has a standing objection to

21   every single question being asked on relevance of 403 grounds.

22   That's just not appropriate.

23          The defense may wish that it didn't have to get up and

24   object to things, but that's the way trials work so the Court

25   can focus on a particular question.  And whether it, in fact,

1    asks for irrelevant or unduly prejudicial evidence, there's no

2    way to make that ruling one way or the other with respect to an

3    entire line of questions.

4         THE COURT:  Well, I think there are some categorical

5    qualities to what I meant by the ruling, which is he can

6    testify about the history of recent terrorist activity,

7    particularly the encouragement of jihadi actions by particular

8    prominent figures.  I don't think every time a question gets

9    asked about al-Awlaki, that he has to stand up and object to

10   that.

11        MR. WEINREB:  Well, I understand.  So I understand

12   there's a continuing objection to certain categories of

13   evidence, but if it is the view of the defense that the

14   government has gone beyond what the Court has permitted, then I

15   think it needs to get up and object so the Court can decide if

16   it's on this side of the line or the far side of the line,

17   especially since many questions may be in a blurry area.

18        THE COURT:  Okay.

19        MR. BRUCK:  Well, it's going to become unwieldy.  And

20   I don't know what the government intends to do, but his

21   report -- Dr. Levitt's report goes into areas like -- there's

22   al-Maqdisi.  He's a Jordanian jihadi figure -- was the mentor

23   to al-Zarqawi, the head of al-Qaeda in Iraq.  And of course

24   people will recall the American war to try to -- and they were

25   eventually successful in killing al-Zarqawi.

1          Now, you know, to our way of thinking, that way

2     crosses the line.  It's -- that's the back story.  Now, do

3     I -- you know, I feel like we should have a continuing

4     objection to things like that.

5          THE COURT:  It's that kind of evidence.  But I

6     think -- I guess understanding that I will permit it to some

7     degree, I guess the 403 objection has to be that you think it's

8     gone beyond the degree to which I will permit it.  I don't know

9     how else to say it.

10          MR. BRUCK:  I would just object.  I would like the

11     record to reflect, if it may, when I make a 403 objection, I

12     intend that to include an Eighth Amendment constitutional and

13     due process constitutional objection, this being a death

14     penalty case especially.  I mean, I could recite the entire

15     legal litany each time I get to my feet but I would rather just

16     have that be a shorthand for Fifth and Eighth Amendment and 403

17     when I say "403," if that satisfies the Court.

18          MR. WEINREB:  That I think isn't problematic as long

19     as we have the objections and the rulings in real time so the

20     government can perhaps rephrase a question, ask a different

21     question --

22          THE COURT:  Yeah.

23          MR. WEINREB:  -- or knows that it's now going into an

24     area that the Court thinks has crossed the line; otherwise, we

25     have no idea.  We could create an error without even knowing

1    it.

2         MR. BRUCK:  One last thing.  I trust your witness is

3    on a short leash about this and will not simply give -- in

4    response to a simple question about al-Maqdisi, will give the

5    entire back story without another question, because then it's

6    extremely hard to know where you're going.

7         MR. CHAKRAVARTY:  We've been very sensitive to

8    Mr. Bruck's concerns from the motion in limine.  I don't

9    anticipate there will be many back stories at all.  Those back

10   stories that will be testified about are going to be relevant

11   to people like Awlaki, like Maqdisi, other people who are the

12   authors of the documents on his computer that further suggest

13   were both either accessed or otherwise relevant to his actions

14   that he later cited.  There's going to be a lot of reading from

15   those documents and not a lot of -- you know, maybe a sentence

16   or two into background about those people.

17        MR. MELLIN:  Your Honor, while we're here, may I

18   suggest that when we take the break for lunch, that everyone be

19   given a little bit of leeway to talk to this expert, if we get

20   a sense of -- 10 or 15 minutes, kind of where he -- how he's

21   handling the situation and how best to avoid these concerns?

22        THE COURT:  Do you have a problem with that?

23        MR. BRUCK:  Do you have a problem with my being

24   present for that?

25        MR. MELLIN:  No.

```
 1              MR. BRUCK:  All right.  Then let's do that.

 2              MR. CHAKRAVARTY:  Not for the admonishment, no.

 3              THE COURT:  I'm not sure that I understood what the

 4     answer was.  But, yes, to encourage him to stay focused on the

 5     question and answer the question in a direct way, not expand.

 6              (In open court:)

 7              MR. CHAKRAVARTY:  May I proceed, your Honor?

 8              THE COURT:  Yes, please.

 9     BY MR. CHAKRAVARTY:

10     Q.   Dr. Levitt, thank you for your patience again.  We weren't

11     talking about you.  Not the whole time.

12     A.   That's a shame.

13              (Laughter.)

14     Q.   Did you examine some evidence in this case before you

15     drafted your expert report?

16     A.   I did.

17     Q.   And before you prepared for your testimony today?

18     A.   I did.

19     Q.   And did we go through some of the scope of what I would be

20     asking you today?

21     A.   Yes.

22     Q.   And just to be clear as to what your qualifications are,

23     do you read or write Arabic?

24     A.   I do not.

25     Q.   And the materials that you reviewed, what language were
```

1  they in?

2  A.   Most of the materials that I reviewed were in English.

3  There were a small number of materials that I reviewed for the

4  report that were in Arabic which I had to go through with

5  someone who could help me understand the Arabic.  But the vast

6  majority of the materials were in English.  There were some

7  materials in -- I think there was at least one other language

8  which I communicated back to you I couldn't review because I

9  didn't speak the language.  It wasn't Arabic.

10 Q.   And you haven't reviewed all of the evidence in this case.

11 Is that fair to say?

12 A.   No, I have not.

13 Q.   So specifically, did I provide you with evidence that I

14 told you was from the defendant's computer?

15 A.   Yes.

16 Q.   Now, Dr. Levitt, can you explain to the jury what the

17 global jihad movement is?

18 A.   The global jihad movement is an idea.  It's not a

19 movement, per se.  It's not a group that has an office.  It's

20 not led by a committee or an individual.  It's the idea of

21 like-minded people who are pursuing in their mind this idea of

22 a global jihad, and it will include people from different parts

23 of the world who even disagree with one another on certain

24 precepts, theological ideas, tactical ideas.  It will include

25 people who say that their implementation, their

1    operationalization of these ideas should be local, in their

2    home countries, and others will say, no, it should be done more

3    globally.

4         But the idea behind it that there is a need for a global

5    effort on behalf of Muslims to unite as a nation among the

6    Arabic, to defend itself, to do that through acts of violence,

7    this is something that has a continuum going back several

8    decades now through to today.

9         And there are things that have been constant in terms of

10   some of the core precepts, some of the key pieces of ideology,

11   some of the key ways that it manifests itself, and there are

12   things that have changed over time in terms of geographic

13   focus, in terms of emphasizing this ideological precept more

14   than that ideological precept.

15        So it is accurate to say that there is, especially in the

16   minds of its adherence, a global jihadi movement.  You have

17   people who, whether they're talking to other human beings or

18   they're reading or hearing or watching this on various types of

19   media on their computer screens, feel that they are part of a

20   large, singular following, like-minded followers.  But that

21   doesn't mean we're talking about an organization incorporated

22   or an office or anything like that.

23   Q.   So do you have to be in a terrorist group to be part of

24   the global jihadi movement?

25   A.   No, by definition you don't.  It can and certainly does

1    include terrorist groups, and it can include individuals, what

2    we describe today as home-grown violent extremists or lone

3    offenders who will feel that they are part of something bigger

4    and will be acting in concert with and on behalf of something

5    bigger but don't have to sign up, don't carry a membership

6    card.

7         Once upon a time you really had to travel to meet with one

8    of these groups, to get trained by one of these groups, to meet

9    people.  Nowadays the world is flat through social media.  You

10   can get your indoctrination, you can get your motivation, you

11   can get your schooling and skill set just online and you don't

12   have to have traveled, or even necessarily communicated with

13   anybody, in order to be able to carry out an action that in

14   your own mind would be in concert with those other people.

15   Q.   So what ties adherence to the global jihadi movement

16   together?

17   A.   Ideas.  Ideology both in terms of the things that motivate

18   them, the ideas that motivate them, the things in which -- for

19   which they think they're acting on behalf of, and then also

20   frequently the how; the what they do.  So you don't have to

21   have met with an individual or belonged or signed up or pledged

22   an oath, a pledge of loyalty or allegiance, in order to believe

23   that there is a requirement to engage in militant jihad; that

24   the primary type of jihad is not what is usually called the

25   more important jihad, which is self-improvement, but rather,

1      the lesser jihad of militancy; that this is to be done on

2      behalf of this larger Muslim nation, the ummah; that one's

3      affiliation really is to that ummah and not to any -- this

4      Muslim nation, not to any local ethnicity, nationality

5      community; that there are rewards for engaging in this

6      behavior, rewards of a national level, this kind of altruistic

7      doing on behalf of others who can't, coming to the defense of

8      the people who can't defend themselves.  And also, a more

9      selfish deliverance:  Forgiveness of past sins, getting into

10     heaven.  Not just heaven but the highest levels of heaven.

11          And so these types of ideas also remove disincentives.  So

12     for most people the idea of killing innocents is forbidden, but

13     what if through this ideology it's no longer forbidden; in

14     fact, it's permitted.  And what if it's no longer just

15     permitted but it's also praiseworthy.  And what if it's not

16     only praiseworthy, but it's also a personal obligation upon you

17     if you want to be a good member of this community, this ummah,

18     if you want to be a good Muslim.  So you've now gone the

19     spectrum, from killing innocents is not okay all the way to

20     this is something that's not only okay, it's not only

21     praiseworthy, this is something that is incumbent upon you.

22          And so these types of ideas have motivated a whole host of

23     different types of characters, from people who operate as

24     groups to people who coalesce together as networks that may

25     have some tangential connection to a group or may not, to

1   individuals, to lone offenders.

2   Q.   So there are some concepts there that I just wanted to

3   have you explain a little bit to the jury.  I think you started

4   to explain what jihad was.  Are you a religious scholar?

5   A.   I'm not.

6   Q.   Okay.  So what is the basis of your understanding of these

7   concepts?

8   A.   Well, one of the things that I've developed expertise in

9   in the course of my studying terrorism studies is the concepts

10  in the process of radicalization.  Arguably, one of the most

11  important issues we're dealing with today:  How is it that

12  people are being radicalized around the world to want to go out

13  and carry out acts of terrorism in whatever venue that may be:

14  at home, today in Syria, whatever it is.

15      And within that area of study I've had to learn a lot of

16  different things, from things that relate to social work and

17  psychology, because one aspect that drives people is either

18  local grievances, particular circumstances to an individual,

19  anger over international grievances, foreign conflicts; but

20  then the other half of the equation is ideology.  And the fact

21  is that Islam is not terrorism full stop, and the fact is that

22  all religions have the capability for extremism, but the fact

23  is that today the radicalization that we are seeing kind of as

24  almost a global insurgency is happening in the name of Islam;

25  not in the name of the Islam practice by the vast majority of

1    Muslims, but it's happening in the name of Islam, and the

2    twisting of certain Islamic concepts.

3         And so I've spent a tremendous amount of time studying

4    these to have a better understanding, not as a Muslim scholar

5    to be sure, but as a scholar of terrorism studies, how are

6    these being used and implemented to radicalize, motivate and

7    then operationalize, dispatch and send people to engage in

8    these types of acts of terrorism.

9    Q.   So you explained that there was a kind of a greater jihad

10   and a lesser jihad.  How do adherence to the global jihad

11   movement refer to jihad?

12   A.   So the greater jihad is traditionally the jihad of one's

13   self, and that is self-improvement, becoming a better person,

14   and that can be as behaviorally, just being a better person,

15   being kind to one's neighbor and family, and also becoming a

16   more pious person, you know, giving more charity, making the

17   pilgrimage, et cetera.  And these are praiseworthy.

18        The lesser jihad traditionally was militant, was a violent

19   jihad.  And it can be done in a defensive manner and it can be

20   done in an offensive manner.  The radicalizers within this

21   global jihadi movement over a period of decades -- and

22   different individuals have done it can differently, but one of

23   the common themes is their argument that, in fact, it is this

24   lesser jihad, the jihad of militancy, which is actually the

25   more important, the more religiously obligatory, the more

1    impactful; that if you do this, and you do this violent jihad

2    faithfully and with proper intent, not to enrich yourself or

3    not to become a famous person but for the right reasons, then

4    it can be even more powerful than someone who, say, was a pious

5    person all their life and prayed five times a day or

6    what-have-you, trying to promote this idea that violent jihad

7    is something primary, violent jihad is something core to the

8    practice of a good Muslim and that it is a personal obligation.

9         There's this idea within Islam of something that is the

10   obligation of a community, which means not every single

11   individual has to do it, and something that is a personal

12   obligation, that is the obligation of each individual.  And the

13   jihadi idiologs go to great lengths to say that this militant

14   jihad, this is an obligation on the individual.  So if you,

15   individual, want to be a good practicing Muslim, this is

16   something you need to do, and you can't shirk that

17   responsibility.

18   Q.   You mentioned something called the ummah, U-M-M-A-H.  What

19   is that?

20   A.   The nation.  The Muslim nation.

21   Q.   Now, is there a relationship between the global jihad

22   movement and the United States of America?

23   A.   Not a friendly one.  So the United States has for many

24   years now been at the receiving end of much of the anger of a

25   global jihad movement and for a variety of reasons.  Idiologs

1    within this milieu have described the United States as the

2    force backing regimes, in the Middle East in particular, that

3    were seen to be totalitarian, bad to their citizens, and

4    insufficiently Islamic.  And that the way, for example, to

5    defeat Mubarak in Egypt back in the day, or others in other

6    Arab countries or Muslim countries, Muslim-majority countries,

7    would be not necessarily to try and take the fight to those

8    governments which were very heavy-handed, but to take the fight

9    to the United States, their backer.  And if the United States

10   were to withdraw its backing for these countries, they would

11   fall like dominoes.

12         There's anger over the United States and its perceived

13   interventions against Muslims around the world in conflicts

14   around the world.  So there will be anger about the United

15   States in Iraq, the United States in Bosnia, the United States

16   support for Israel in the context of Israeli-Palestinian

17   conflict, et cetera, and it comes down to a foundational idea

18   that there's a war between the Muslim ummah and the West with

19   the United States kind of leading the West.

20             THE COURT:  Mr. Chakravarty, we're just about at one

21   o'clock.  I think perhaps we'll take the lunch recess at this

22   point.

23             THE CLERK:  All rise for the Court and the jury.  The

24   Court will take the lunch recess.

25             (The Court and jury exit the courtroom and there is a

```
 1   recess in the proceedings at 1:00 p.m.)
 2            THE CLERK:  All rise for the Court and the jury.
 3            (The Court and jury enter the courtroom at 2:09 p.m.)
 4            THE CLERK:  Be seated.
 5            THE COURT:  Go ahead, Mr. Chakravarty.
 6   BY MR. CHAKRAVARTY:
 7   Q.   Good afternoon, Dr. Levitt.
 8   A.   Good afternoon.
 9   Q.   Can you explain how the global jihad movement has evolved
10   over the last decade?
11   A.   The global jihad movement has evolved over several
12   decades, but over the past decade in particular we've seen
13   really tectonic changes, that is to say, you know, about ten
14   years ago the biggest threat on the horizon was an organized
15   al-Qaeda.  But with several years of international
16   counterterrorism efforts, al-Qaeda itself began to almost break
17   apart, and with the rise of social media and kind of the
18   flattening of the earth and the ability to communicate via
19   social media around the world you had two phenomena:  The first
20   is the rise of al-Qaeda affiliates, both formal affiliates,
21   that is to say, recognized by al-Qaeda, and others, kind of
22   al-Qaeda want-to-be affiliates, groups that saw themselves like
23   al-Qaeda, aspired perhaps to maybe officially be part of
24   al-Qaeda, but whether they were officially or not were of that
25   same ilk in different regions.
```

1     The ones that were truly al-Qaeda franchises would have

2     their focus in a region.  So, for example, al-Qaeda in the

3     Arabian Peninsula, in Saudi Arabia and Yemen; al-Qaeda in

4     Islamic Maghreb in North Africa; the Shabaab group in Somalia.

5     And they would certainly do things locally, but they would also

6     have interests in things international.

7     Other groups that were more aspired to be part of

8     al-Qaeda, some of which had asked to join but hadn't received a

9     response, others that hadn't even asked, they might be more

10    local in their activities than, say, the Sinai desert or other

11    places.  With time, again, more crackdowns from --

12    counterterrorism crackdowns by the international community and

13    the rise of social media, what we found is a new phenomenon

14    that in some ways is more difficult to contend with.  I won't

15    necessarily say more dangerous, because it's not quite as

16    capable to carry out kind of spectacular attacks, but much

17    harder to identify and stop, and that is the home-grown violent

18    extremists, HVE, or the lone wolf or lone offender, as I prefer

19    to call it.  And this can be a lone individual or it can be a

20    lone small group of individuals.

21    These are much harder to stop -- identify and stop because

22    they don't necessarily engage in the types of activities that

23    set off the trip wires that security intelligence,

24    counterterrorism entities have placed to try and figure out

25    who's doing what; in particular, three:  travel, communication

1   and moving and receiving money.

2      So if they're not setting off these trip wires, if they're

3   not going to bring themselves to the attention of law

4   enforcement by virtue of traveling to a place that terrorists

5   are known to go to, or communicating with people who are known

6   or suspected of engaging in terrorist activity, or sending

7   funds to or receiving funds from people who are known or

8   suspected of being involved in terrorist activity, they stay

9   under the radar and they're much harder to identify.

10      And many officials, both here in the United States and

11   abroad, have articulated this concern, of just how hard it is

12   to deal with these types of home-grown violent extremists.

13   They won't necessarily have the capabilities to do a

14   spectacular attack, but the expectation is -- and the President

15   himself said this -- that over time they're going to be more

16   frequent.  And since terrorism at the end of the day is not

17   necessarily about killing the maximum amount of people,

18   wounding the maximum amount of people alone, it's also about

19   getting media attention, it's also about literally terrorizing

20   society, making people afraid, this can be a very, very

21   effective means of accomplishing that goal.

22   Q.   And so in the last ten years, has this decentralized way

23   become the strategic choice of the global jihad movement?

24   A.   So this decentralization is a fact of life, and it means

25   that it's not like the old school terrorism has gone away.

1    Al-Qaeda in the Arabian Peninsula, for example, has attempted

2    to carry out multiple attacks targeting the West over the past

3    few years.  There are other al-Qaeda elements, one based out of

4    Syria today that we're very concerned, is plotting out of

5    Syria -- not attacks in Syria but attacks in the United States

6    and in Europe.  That kind of organized al-Qaeda or al-Qaeda

7    franchise model still does exist.  But on top of that, the much

8    more immediate threat and phenomenon that we're seeing more

9    frequently is this phenomenon of the home-grown violent

10   extremist, the individual or the small group.

11   Q.   So is there a command and control relationship between the

12   individual, the small group and one of these terrorist

13   organizations?

14   A.   There need not be, and in most of the cases we're seeing

15   today there isn't.  Again, that doesn't mean that there can't

16   be.  And over the past few years there have been some

17   instances, although at this point they're really more of the

18   exception, where there is I wouldn't say full command and

19   control, but interaction between senior, say, al-Qaeda or other

20   terrorist group leaders and operatives trying to do things

21   abroad.

22        Most of the plots we're seeing nowadays are not like that.

23   They do not have command and control.  And in some cases there

24   is some communication, in many cases there is no communication,

25   and the -- as if command and control authority, say al-Qaeda,

1    will simply log the attack after it happens, this was people

2    following on our call to go do what has to be done.  You don't

3    have to come to a foreign battlefield to do it.  You're welcome

4    to if you want to, but you can also do it at home, especially

5    in the West.  And that's become a major theme of radical

6    propaganda:  Do it at home.

7    Q.   And are the terrorist organizations that are part of the

8    global jihad movement, are they monolithic in the sense of

9    their encouragement of this type of activity?

10   A.   They're not monolithic.  They encourage this type of

11   activity.  They also encourage people to travel to other

12   places.  A common refrain is:  Come here.  But if you don't

13   come here, do something at home.

14       We discussed earlier this personal obligation, right?  You

15   can't shirk this responsibility.  If you still are intent on

16   living amongst unbelievers, then at least you've got to do what

17   you've got to do:  terrorist attacks at home.  They welcome you

18   to come and fight somewhere else too.  And this is not only

19   al-Qaeda; now the so-called Islamic state or ISIS --

20           MR. BRUCK:  I'd object to bringing in organizations

21   that have nothing to do with --

22           THE COURT:  As a general background I think it's all

23   right.  Go ahead.

24   BY MR. CHAKRAVARTY:

25   Q.   You were talking about ISIS.  That we've all heard of,

1   ISIS.  How does that relate to the global jihad movement?

2   A.    ISIS is the latest incarnation of this global jihad

3   movement, a group that in the region in the Middle East is

4   fighting with al-Qaeda and yet it won't be uncommon to see

5   people who have a primary affiliation with al-Qaeda and people

6   who have a primary affiliation with ISIS somewhere in diaspora

7   doing something together as we've seen in just the past few

8   weeks, in one instance.

9       ISIS, like al-Qaeda, has glossy magazines, and even better

10  than al-Qaeda very impressive online radical and radicalization

11  literature.  And it too explicitly says:  Come.  But if you

12  don't come -- you don't have to come -- just do something back

13  home.

14  Q.   So is there a common narrative to these global jihadi

15  groups?

16  A.   Well, as we discussed before, there's plenty of things

17  that divide them on theological points, on points of strategy.

18  What should you do first?  Should you target the near enemy;

19  say, for example, the government of Egypt first, or should you

20  target the far enemy, say the government of United States

21  first, or could they be done concurrently?

22      Where there is this commonality is in the motivational

23  ideology, the idea that there is a personal obligation upon

24  every good Muslim, every member of this ummah to this Muslim

25  nation to do their part for which they can be rewarded both

1    altruistically, that is to say, giving of themselves on behalf

2    of this ummah, defending those who are defenseless.  And you

3    can do that -- you know, you can defend people in, you know,

4    some foreign conflict at home if you're in the United States by

5    targeting the United States, which is this head of the snake as

6    it were, but you also get this personal, if you will, selfish

7    individualized benefit which is absolution, deliverance, entry

8    into the highest levels of paradise.

9    Q.   So is there a particular demographic or particular traits

10   of people that this narrative attempts to appeal to?

11   A.   Well, as I said earlier, you know, Islam does not equal

12   terrorism full stop.  I can't stress that enough.  But this

13   particular set of radicalized ideologies is an extremist

14   variation of Islamic concepts.  And so it is targeted towards

15   Muslim youth -- youth in particular.  Not only Muslim but

16   particularly Muslim youth.  Beyond that, you know, there is no

17   single profile.  We have people who have been radicalized who

18   were experiencing poverty and lack of opportunity, and we've

19   had people who were very successful professionals, engineers,

20   doctors, you know, people who had money, people from the West,

21   people from the Middle East, people who seem to be quite well

22   integrated into their societies, people who are not at all well

23   integrated into their societies.

24        The bottom line is, the way I describe it is there are two

25   general baskets into which the issue sets fall, and it's like a

salad bar of options.  If you go to the salad bar and I go to

the salad bar, we're going to, odds are, pick slightly

different salads.  What makes you laugh and me laugh and you

cry and me cry is going to be slightly or very different.

We're all individuals.

It's the same for radicalization.  There tends to be

something that provides a cognitive opening.  Some combination

of local grievances can be -- I just had a case last week -- my

girlfriend dumped me; to feeling discrimination; to feeling

pulled by different types of identity crisis:  Am I primarily,

saying this country, American?  Am I primarily Muslim?  Is my

primary national ethnic identity or national identity being an

American?  Is it being part of the Muslim ummah?  Do I belong?

Those types of local grievances.

I'd also include in that first box the international

grievances:  concern about foreign conflicts, Palestine, Iraq,

Chechnya, this type of thing.  Those types of issues create in

an individual a cognitive opening into which dangerous ideas

can then fill the gap.

So there's going to be some component of grievance,

there's going to be some component of ideology, and for every

single person the division of how much grievance and how much

of which grievance and how much ideology and what type of

ideology -- not only how much ideology, but how much exposure

to ideology, over how much time, over how many medium, by

1   individuals, not by individuals, online only, will be

2   different, and we've seen cases that can fit anywhere across

3   that spectrum.

4   Q.   So are you talking about the process of radicalization?

5   A.   Yes.

6   Q.   What is radicalization?

7   A.   Radicalization is the process by which an individual

8   adopts extremist or radical ideas and then possibly is

9   mobilized to operationalize, to do something about them.  You

10  can, of course, have someone who adopts radical ideas and

11  doesn't act on them, right?  And ideas, even radical ideas, are

12  protected in this country.  So our concern is ultimately about

13  action.

14       Within the -- within the study of radicalization there are

15  two schools of thought, however.  One says:  Yes, ideas are

16  protected, but we have to be concerned or at least start being

17  concerned when people start digesting really radical ideas

18  which are about violence, whether or not they actually then

19  have or have yet acted on it, prefer that they might

20  potentially very quickly.  And others say:  No, dangerous ideas

21  are protected in this country and we're quite proud of that,

22  and so the only thing we're concerned about is action.

23       What's absolutely clear is that for an individual who has

24  gone through a process of radicalization and mobilization and

25  operationalize those and has carried out an act of violence,

1    that is, by definition, full-fledged radicalization.  This is

2    not someone who maybe is contemplating radical ideas like you

3    might contemplate, you know, you might study fascist ideology

4    in college; this is someone who has then acted on them.  And so

5    by then any definition of either of those two schools of

6    thought, this would obviously be a case of concern.

7    Q.    And how does radicalization take place?

8    A.    Yes.

9          (Laughter.)

10   A.    There is no one model for how radicalization takes place.

11   Every single one of us is an individual.  Our experiences are

12   different.  What makes us happy and makes us angry is different

13   and, therefore, every single case of radicalization is going to

14   be at least a little bit different.

15         And you'll be able to find cases that are similar to one

16   another, and that may be interesting to look at, but at the end

17   of the day it's the combination of these two baskets:

18   grievances, local and international; and some type of ideology.

19         Now, mind you, of course, it doesn't have to be a

20   deviation of Islam.  It doesn't have to be radical Islamist

21   ideology, right?  We've seen a rise of white supremacist

22   activity in this country since we elected an African-American

23   president, right?  But that combination of grievance and

24   ideology.  Some thing, either someone or some -- now in the age

25   of social media and digital media, someone doesn't have to be

1    in person, but someone has to be able to kind of hold your hand

2    and pull you across that dividing line to the point where you

3    mobilize and actually do, operationalize, these ideas.

4    Q.    When you say "someone," what do you mean?

5    A.    There is a radicalizer in every case that we'll see.  It

6    won't necessarily be someone with a clear-cut name.  The

7    radicalizer can be the totality of things that someone has

8    heard and read and watched online; it could be exposure to

9    individuals; it could be long treatises; it could be

10   140-character tweets.  In all likelihood, it will be some

11   combination of that and everything in between it.

12        Our concern is that, you know, unlike, say, ten years ago

13   or so when much of the material that was put out there online

14   were these mostly theological treatises written in language --

15   if it was written in English at all, and it wasn't particularly

16   accessible.  Nowadays you have glossy magazines; Twitter

17   accounts; Facebook accounts; treatises; videos; chants,

18   nasheeds, which are like devotionals -- which can be devotional

19   in a purely, you know, religious way, but many radical Islamist

20   groups use them to -- in singing a song to some type of

21   percussion music promoting dangerous radical, explicitly

22   violent ideas -- all these types of media are accessible today

23   and it's removed barriers to entry.

24        You don't have to be able to become an Islamic

25   jurisprudent, you don't have to wade through really complicated

1    writings of people who are a whole lot older than you and whose

2    English maybe isn't so great.  You can hear, you can read, you

3    can watch people who speak your language -- not just English

4    but American English; not just American English but colloquial

5    English -- and put things in terms that you use every day and

6    that removes barriers to entry.

7    Q.   Is there a way to measure how radicalized somebody is?

8    A.   Lots of people have tried.  The simple answer is:  Until

9    someone actually acts, there's complete room for debate, all

10   right?  There's no quantifiable, this is a 3.2 radicalization.

11        MR. BRUCK:  Your Honor, if you'd please, I'm going to

12   object to any further testimony along this line without a

13   showing of any scientific basis for measuring how radical

14   someone is whether they have acted or not.  This is a *Daubert*

15   issue.  We did not have notice of this.

16        MR. CHAKRAVARTY:  I can move on, your Honor, but it's

17   a simple, you know, general question.

18        THE COURT:  All right.

19   BY MR. CHAKRAVARTY:

20   Q.   Does the length of time that someone consumes radical

21   material indicate how radicalized somebody is?

22   A.   No.  Again, we're all individuals.  For some people, to

23   get radicalized you'd need to be exposed to material for a long

24   period of time; for other people it's very, very quick.  The

25   problem that we have nowadays -- and this is something I

1    studied closely, especially over the past few months -- is that

2    the pace of radicalization is much, much faster, the time

3    period is much, much shorter over the past few years than we

4    have seen in the past.

5    Q.   How about the nature and the volume of propaganda or other

6    materials that somebody amasses.  Is that dispositive as to how

7    radical somebody might be?

8    A.   Not necessarily, no.  Again, it depends on the individual.

9    Some people would need to have a lot of material and be

10   reviewing it all the time and really, you know, immersing

11   themselves in it, some people, short-term immersion of just a

12   few particularly inspiring pieces of radicalization written,

13   audio, video will be enough.

14   Q.   In the course of your study, have you found a way to

15   predict whether somebody was going to be a terrorist or not?

16   A.   No, and I don't know anybody else who has.

17   Q.   What are the channels through which this global jihadi

18   movement actually recruits people to engage in the activities

19   that you're talking about?

20   A.   So there's a spectrum again.  You know, back in the day it

21   was primarily by drawing people to terrorist training camps

22   around the world, and there are still people who will travel

23   either for training camps or for opportunity to fight in

24   foreign conflicts, but that is increasingly the exception.

25   Increasingly, it is reaching out to people, and not necessarily

1    to a particular individual, in kind of a direct communication,

2    through online social media communication:  putting out there

3    these audio files, these video files, these documents

4    manifestos that people can access, you know, in their mama's

5    basement without having had to travel.  And that is our

6    greatest concern right now.

7    Q.   And how do they use the Internet to communicate this

8    information?

9    A.   Well, they post things online.  It can be radicalization

10   material; it can be, you know, if you want to contribute to the

11   cause in other ways, such as giving money, they can communicate

12   ways of giving money; they communicate if you want to -- if you

13   decide that you'd rather travel someplace, there's now

14   instructions on here's places you could go.  Here's types of

15   things you should bring.  Here's what you'll need to know if

16   you're going to go someplace.  If you decide not to go, here's

17   what you could do.

18        So it's not just the question anymore about radicalizing

19   and mobilizing, inspiring someone with these radical ideas, now

20   it's also operationalizing them.  Again, removing another level

21   of barrier to entry.  This time not barrier to radicalization

22   but barrier to operationalization.  And this has, therefore,

23   been described as "terrorism on the go," right?

24        So you want to know how to put together a bomb?  You can

25   see that online.  You want to know how to communicate securely?

1    There's stuff about that online.  You want to know, on the

2    other hand, how to go and travel someplace and what to expect

3    when you get there and what types of things you should bring?

4    That's available too.

5    Q.   Are there particular websites that these extremist groups

6    use?

7    A.   There are a whole host of them.  And some of them got

8    knocked down and they pop up elsewhere.  The most common theme

9    about them is there are certain types of common radicalization

10   propaganda that they tend to put up on there; in particular

11   *Inspire* magazine which was published by al-Qaeda in the Arabian

12   Peninsula.

13   Q.   Okay.  We'll talk about that in a moment.  I'm just going

14   to ask you about a few websites and ask if you're familiar with

15   these.  Tibyan Publications?

16   A.   Tibyan Publications, if I recall correctly, actually isn't

17   up anymore.  But it was -- and its publications are still

18   available on other websites, mirror sites.  But it was a

19   prominent jihadi kind of online publication house, if you will,

20   for a whole host of different types of al-Qaeda and other

21   publications.

22   Q.   Kavkaz Center?

23   A.   Kavkaz Center is a website that was affiliated with the

24   Chechen jihadi movement.

25   Q.   Hunafa.info?

1    A.   Also a website with jihadi information.  And if I recall,

2    also about -- related to Chechnya.

3    Q.   Ghuraba.info?

4    A.   Ghuraba, the stranger.  Again, another one of these

5    websites where you could access this type of material.

6    Q.   And then there are -- a website, one called Memri,

7    M-E-M-R-I.  Are you familiar with that?

8    A.   Yes.

9    Q.   And also Jihad Watch.  Are you familiar with that?

10   A.   Yes.

11   Q.   What are those?

12   A.   They're a host of websites that are maintained by people

13   who track radicalization and track extremism and terrorism.

14   There's a spectrum, thereto, from the left to the right, and

15   those are both examples of kind of anti-jihadi, anti-terrorism

16   websites that maintain a collection of this material for

17   scholars and counterterrorism people to be able to access

18   without accessing the jihadi websites themselves.

19   Q.   Now, does this movement specifically message to people in

20   the United States?

21   A.   It does.

22   Q.   How does it do that?

23   A.   Online.

24   Q.   And what is that message?

25   A.   The message is, again, as we've said, you can come here,

1    wherever the "here" may be in that particular case, but if you

2    don't, you should do what has to be done at home.  And you can

3    do things at home.  Take the fight to the enemy, the United

4    States, at home.  In some cases it will be alternative

5    messages:  If for some reason you think you absolutely can't,

6    then you should at least -- you know, be a fighter, you should

7    at least fund a fighter.  The general theme is:  This is a

8    personal obligation; you have to do at least what you can do.

9    Q.   And what's the value proposition offered by their

10   narrative?

11   A.   The value proposition, as we've discussed, is twofold:  On

12   the one hand, it's selfless, right?  Do on behalf of the

13   greater ummah, the greater nation.  There are people who are

14   being oppressed by the United States and others; there are

15   people who can't -- who are defenseless, who can't defend

16   themselves.  We need to defend them.  You need to defend them.

17   You need to be one of these elite.  This is a personal

18   obligation.  And then you'll be rewarded for that.

19        There's also something that is a benefit to the

20   individual, you might describe it as the selfish or at least

21   the personal benefit, which is this absolution, this cleansing

22   of past deeds, and the ability, even if you weren't such a

23   great believer before -- which includes, by the way, being a

24   Muslim, just not a jihadi Muslim -- in these people's world

25   view, this can give you absolution.

1          So this is so much greater a service.  This type of

2     violence is so much greater a religious service that it can

3     absolve even if you haven't been a good person at prayer or

4     going on the Hajj, the pilgrimage, or giving of charity, a

5     zakat, et cetera.

6     Q.   You mentioned a moment ago *Inspire* magazine.  What is

7     that?

8     A.   *Inspire* magazine is a glossy English language magazine

9     produced by al-Qaeda in the Arabian Peninsula out of Yemen.

10    Its publication was a watershed, as I said earlier, because it

11    was written in American colloquial English.  So it's so

12    accessible and understandable to Western, in particular

13    American, youth.  Some of the authors were people who were born

14    or lived in the United States and could speak to their American

15    experiences to be able to make a connection with the reader.

16         It's a glossy magazine like a *Newsweek* or, you know, a

17    typical American magazine only it's not about, you know, the

18    current news around the world; it's about jihad, the need to do

19    jihad, to radicalize and mobilize people to jihad, and then

20    removing the last barrier, giving how-to instructions.  So you

21    don't know how to build a bomb?  Here's how you build a bomb.

22    Step-by-step instructions with pictures, very, very clear, not

23    unlike the kind of step-by-step instructions with pictures that

24    my kids use when they put together a Lego that I bought them.

25    Q.   Who started this magazine?

A.    So the key person behind it was Anwar al-Awlaki.  Anwar

al-Awlaki was an American-born Islam imam, preacher, lived in

the southwest, lived at one point in Virginia, came up at one

point in the 9/11 investigation, and ultimately left the United

States and moved to Yemen.

      By virtue of having lived here much of his life, he was

able to draw on those experiences, speaking American colloquial

English combined with his knowledge of radical Islamist

propaganda.  And he was a gifted speaker, very calm, very

professorial, and was an extraordinarily effective radicalizer.

Q.    What happened to him?

A.    He was killed in a U.S. drone strike.

Q.    Aside from *Inspire* magazine, what other types of media

information did Anwar Awlaki produce?

A.    Aside from the video, the most famous are the audio.  Some

are him over-speaking some of these nasheeds, these chants,

these devotionals, in this case not devotionals about kind of

mainstream religious ideas but violent ones, and also a whole

series of -- a lecture series.

      He has two different types of lecture series:  some that

are about the history of Islam, kind of Islam 101; the history

of the life of the prophet.  It's called "The Life of the

Prophet Series," or another one is the "Hereafter Series."  And

some of these earlier series are not jihadi at all; they are

introductions to Islam.  And they were very, very popular among

1   people who were either Muslim but weren't particularly

2   practicing or among converts and potential converts.  Again, a

3   gifted orator, a very kind of calm and steady tone.

4         But then he developed these explicitly violent jihadi

5   sermons.  And authorities and fellow Muslim preachers both have

6   cited their concern about the continuum between these two sets

7   of lectures, that many people get hooked on the Awlaki lectures

8   that are just about the history of Islam and that don't call on

9   people to engage in violence, but they get hooked on them, this

10  guy's now effectively their kind of online teacher, and then

11  they follow him into his expressly violent, there's an

12  obligation upon you to engage in terrorism, violence lectures.

13  And there's tremendous concern, therefore, today even about

14  those earlier lecture series.

15              MR. CHAKRAVARTY:  So if I may call up for the jury,

16  your Honor, 1143-71, which is in evidence.  Page 1.

17  Q.    Does this is appear to be a translation of one of his

18  lectures?

19  A.    Yes.

20              MR. CHAKRAVARTY:  Go to page 2, please.  I'm sorry.

21  Page 3, and page 4.

22  Q.    And is this a picture of Mr. Awlaki?

23  A.    It is.

24  Q.    And it has a little biographic of him as well?

25  A.    It does.

1           MR. CHAKRAVARTY:  If you would go to page 8 quickly?

2    Q.   Can you read the portion of this lecture that I just

3    highlighted?

4    A.   "So let them spend their money as that's how they will be

5    defeated as Allah 'Azza wa Jall says they need to spend their

6    money first and then they will be defeated.  So we should be

7    happy that they are spending their money to fight Islam as that

8    means that victory for Islam is soon; victory is on its way."

9    Q.   What's the significance of that passage?

10   A.   He's arguing that it's not just that the effective attacks

11   are in the actual explosions; let them spend their money on

12   trying to prevent us from carrying these out, and that too is a

13   means of being effective.  They're spending their money to

14   fight Islam.  In these radical interpretations of Islam,

15   there's supposed to be this penultimate battle where the West

16   tries to defeat Islam.  That means that this ultimate victory

17   for Islam is coming, this process has begun, victory is on its

18   way.

19          MR. CHAKRAVARTY:  Mr. Bruemmer, can I call up Exhibit

20   1280, which is also in evidence.

21   Q.   Do you recognize this quote?

22   A.   I do.

23   Q.   And what is that?

24   A.   "They will spend their money and they will regret it and

25   then they will be defeated."

```
 1    Q.    And is that a paraphrase of what we just read?
 2    A.    It is.
 3    Q.    Aside from Anwar Awlaki, are there other major figures in
 4    the contemporary global jihad movement?
 5    A.    Many.
 6    Q.    Are there various al-Qaeda figures?
 7    A.    There are.
 8    Q.    Are you familiar with somebody named Abdullah Azzam?
 9    A.    I am.
10    Q.    Who is he?
11    A.    Abdullah Azzam is often referred to as the grandfather of
12    the modern-day jihad.  He was a Palestinian who went to
13    Afghanistan and became one of the leaders of the jihad against
14    the Soviets in the 1980s.  And one of his key partners there
15    was a guy who would later become very famous named Osama Bin
16    Laden.  Azzam wrote a treatise, the most significant of which
17    was "Join the Caravan," that is to say, join the caravan of the
18    mujahidin, the jihad fighters.  He later wrote that he had no
19    idea it would become as popular and influential as it did, but
20    it did, and it is often found among the radicalizing literature
21    of people radicalized to violence today and in the period since
22    then, in the 1980s.  It's been often referred to as the key
23    manifesto, the go-to thing that people need to read to
24    understand the kind of history.
25          That was written, of course, in the context of come fight
```

1    the jihad against the Soviets here in Afghanistan, but what he

2    argues there is that there are many reasons why jihad is

3    obligatory and you need to do it, and it's something that's

4    incumbent upon you to do it.  And those are critical concepts

5    for moving someone beyond traditional Islam to this radical

6    Islamist ideology that says that there is an obligation to

7    engage in jihad against the enemy.

8    Q.   Now, people like Awlaki and some of the al-Qaeda figures,

9    did they refer back to these Azzam works?

10   A.   Certainly.

11   Q.   And did Azzam himself refer back to others who preceded

12   him?

13   A.   Yes.

14   Q.   Are you familiar with someone named Sayyid Qutb?

15   A.   I am.

16   Q.   Who is he?

17   A.   Sayyid Qutb is a major figure in the Muslim brotherhood,

18   and his major contribution to the concept of jihad that we're

19   talking about was the idea that it's not sufficient to try and

20   work to bring Muslims back to the proper -- the proper carrying

21   out of their faith, the proper observance of their faith, and

22   only then to engage in jihad against the enemy; he felt that

23   the jihad against the enemy had to be uploaded, front-loaded,

24   and that by virtue of people participating in that jihad, they

25   would also become better Muslims.

1          Now, as we discussed earlier, there's many disagreements

2     within the kind of global jihadi movement ideological

3     waterfront.  And many people in al-Qaeda would then say Qutb

4     didn't go far enough.  There are many people who were Muslim

5     brotherhood who didn't subscribe all the way to al-Qaeda.  But

6     those ideas of his were picked, maybe even cherry-picked, and

7     became key pillars of the writings of still more radical people

8     like Abdullah Azzam.

9     Q.   Now moving from individuals to places, you talk a little

10    bit about what the geopolitical situation was in the Caucasus,

11    particularly in Chechnya, as it relates to this global jihad

12    movement in the last 20, 30 years?

13    A.   When the Soviet Union fell, the Republic of Chechnya

14    rebelled.  And there were two distinct wars in the 1990s.

15    Within these, there also grew a jihadi element.  And Chechnya

16    became a prominent rallying cry for the jihadists.  Not all of

17    this war was jihadi; there were Chechens who were rebelling

18    against the new Russia and they weren't jihadis.

19         But the jihadists used this as a platform.  And many key

20    jihadists tried to go to Chechnya.  Many did.  Some current

21    al-Qaeda leaders tried to go and made it close but didn't get

22    all the way there, but the fact that they were trying to get

23    there shows how prominent it was at the time in the jihadi

24    landscape.  And it has continued to be ever since one of many

25    foreign conflicts that jihadis have taken for themselves,

1    whether it was originally theirs or not, to use to radicalize

2    people.  Look what the infidels, in this case the Russians, are

3    doing to Muslims, in this case in Chechnya.

4    Q.   Are you familiar with Commander Ibn al-Khattab?

5    A.   I am.

6    Q.   And who is he?

7    A.   Commander Khattab was a Jordanian -- some say Saudis, but

8    most likely Jordanian -- who became a very senior jihadi

9    commander in Chechnya.  After he was killed, battalions were

10   named for him.  There are Chechen battalions fighting in the

11   Syrian conflict now.  I believe one is named for him.  He

12   became a very prominent personality in the Chechen context, in

13   the Chechen jihadi context.

14   Q.   Moving on to Syria, what's the role of the Syrian conflict

15   in this global jihadi movement?

16   A.   Can't be overstated.  We just marked four years since the

17   beginning of what, when it started, was a rebellion against the

18   rule of Bashar al-Assad.  But as has been the case in Chechnya

19   and other place, jihadis use this opportunity to take a

20   rebellion and make it a jihad of their own, and it has become a

21   rallying cry around the world.

22        We talked earlier about the different types of

23   radicalization.

24             MR. BRUCK:  I'm going to object to the whole

25   discussion of Syria that goes beyond the date of any of the

1    events alleged in the indictment.

2              THE COURT:  Overruled.

3              THE WITNESS:  Sticking even to the first two years of

4    the Syrian conflict two years ago, there's a whole host of

5    different things that drew jihadis to this conflict.  Some were

6    drawn by jihadi ideology and wanted to go fight with the next

7    incarnation of al-Qaeda, and some were drawn to defend Muslims,

8    Sunni Muslims who were being butchered by the Assad regime.

9    Some of those people didn't go farther and stayed with what you

10   might call moderate, or non-Islamist, non-jihadi battalions.

11   Many did move to still more radical battalions.

12             Within the radical literature circulating in the home

13   of any person who has a computer, online Syria has become the

14   most powerful magnet drawing people to fight jihad.  And not

15   just to fight in Syria, or now more recently in Iraq as well,

16   but again, as al-Qaeda in the Arabian Peninsula said even

17   earlier through its *Inspire* magazine, today groups like this

18   Islamic state which has a magazine called *Dabiq*, glossy,

19   English, very much like *Inspire* magazine, echoes *Inspire*'s

20   message saying:  Come here if you want, but you don't have to.

21   And if you don't come here, take it to the infidels at home and

22   hit them at home.

23   BY MR. CHAKRAVARTY:

24   Q.   Pakistan and Afghanistan:  How do they relate to the

25   contemporary global jihad movement as of 2013?

1    A.   After the war in Afghanistan -- well, first, the war in

2    Afghanistan after 9/11, and after years of fighting in

3    Afghanistan what was left of the al-Qaeda core and some

4    al-Qaeda affiliates was in that border area of

5    Afghanistan/Pakistan, and in some cases individuals or cells

6    elsewhere in large cities in Pakistan.  And this was something

7    of the everyday news, of coalition forces continuing to fight

8    the remnants of al-Qaeda and the Taliban in Afghanistan and in

9    Pakistan, increasingly through the use of drones which has

10   become a very controversial tactic, which in and of itself

11   according to many scholars has attributed to radicalization.

12        Some drone strikes, I think it's hard to argue, have not

13   been effective; have been able to reach places you'd never be

14   able to reach on foot and removed some very dangerous people,

15   and some the exact opposite end of the spectrum, were complete

16   misses and killed innocents, which as you can imagine,

17   radicalizes people.

18   Q.   Let's turn now to *Inspire* magazine in greater detail,

19   Dr. Levitt, if you will.  Can you tell us the significance of

20   the first issue of *Inspire* magazine?

21        MR. CHAKRAVARTY:  And I'll call up what's in evidence

22   as 1142-091.

23   A.   So the release of the first issue of *Inspire* magazine, as

24   I said, was a watershed event.  You'd be able to access this

25   through your computer.  It's not for sale; it's for free.  It's

1    popping up in mirror sites.  It is in accessible American

2    colloquial English.  It's glossy.  It's got a table of

3    contents.  It bulletizes in the front some of the key things to

4    look forward to in the edition, what page you can flip right

5    to.  And it's extraordinarily accessible, and really for the

6    first time in this type of American English, doesn't stop at

7    you really should do stuff.  It's incumbent upon you to do

8    stuff.  It takes it to the next step:  Here are ideas for what

9    you might want to do, and here's how you might go about doing

10   them, removing barriers and disincentives to entry.

11        So it's inspiration on the go, it's know-how on the go.

12   And what they're hoping for and unfortunately ultimately

13   succeeding, enabling terrorism on the go.

14        MR. CHAKRAVARTY:  If we could go to page 2, please.

15   Q.   Is this a letter to the editor?

16   A.   Yes.

17   Q.   And does this spell out what the purpose is of *Inspire*

18   magazine?

19   A.   Yes, it explains the derivation of the name, why they use

20   the name "Inspire" and what they're trying to do.

21        MR. CHAKRAVARTY:  Go to page 17, please.

22   Q.   I'd ask you to read this and explain its significance.  It

23   actually goes on to the next column.

24   A.   So this is a series of questions.  We're starting here

25   with Question 9.  If memory serves, this is from an interview

1    with one of the leaders of al-Qaeda in the Arabian Peninsula,

2    and the editors of the magazine are asking this individual the

3    ninth question, Question 9:  "In the end, what is your advice

4    to the Muslims in the West?"  And the answer is:  "My advice to

5    my Muslim brothers in the West is to acquire weapons and learn

6    methods of war.  They are living in a place where they can

7    cause great harm to the enemy and where they can support the

8    messenger of Allah."

9    Q.   And does it continue up here?

10   A.   It does.  "There is no meaning in life if the messenger of

11   Allah is cursed while they listen to and see such crimes being

12   committed in front of their eyes.  It is not enough to defend

13   him, may my father and mother be sacrificed for him, to

14   participate in demonstrations and protests because these

15   methods would not stop the West, which is already used to them.

16   The successful means are through explosive devices and

17   sacrificing souls."

18   Q.   And what is the speaker communicating here?

19   A.   It's not enough to protest, it's not enough to write

20   letters to the editor.  The West is used to this type of thing.

21   The way to truly defend the name of God and the name of the

22   Prophet Muhammad is through violence.

23        MR. CHAKRAVARTY:  Page 31 and 32, if you could call

24   these up side by side.

25   Q.   What is "Open Source Jihad"?

A.   So "Open Source Jihad" is a section of the magazine that

appears in multiple editions.  This is obviously the first

time; this is the first edition.  It's a play on the idea of

open source intelligence, which is something that has been

widely reported in the media, about trying to leverage not just

classified information but information that is what -- when I

was in the intelligence community -- we would call the open

source, online or elsewhere.  A play on that is "Open Source

Jihad."

So the idea is instead of having to go to some classified

place, some closed members-only chat room, instead of having to

go to some training camp where someone has to vouch for you and

you need to get there and pay for your travel and whatnot, here

is "Open Source Jihad" available to you, easily accessible on

the Internet.  And in this first inaugural edition, it says in

this section:  "Make a bomb in the Kitchen of Your Mom"; and

the second point, "How to use Asrar al-Mujahideen," which was

an al-Qaeda secure communication -- online communication

network.

MR. CHAKRAVARTY:  If you would go to a single screen,

next page, 33.

Q.   Are you familiar with this page?

A.   I am.

Q.   And is this the first page of that article on "Make a Bomb

in the Kitchen of Your Mom"?

1   A.   It is.  By what they describe as the al-Qaeda chef.

2   Q.   So let me first start with the first paragraph.  Would you

3   just read the white portion of that?

4   A.   "Can I make an effective bomb that causes damage to the

5   enemy from ingredients available in any kitchen in the world?

6   The answer is yes.  But before how, we ask why?  It is because

7   Allah says."  And then there's a quote.

8   Q.   And is that a quote from a religious scripture?

9   A.   It is.

10  Q.   Can you read the next section?

11  A.   "And it is also because every Muslim is required to defend

12  his religion and nation.  The Jews and Christians have

13  dishonored the Muslims, desecrated our holy places and cursed

14  the beloved prophet.  Today they are holding contests for the

15  best blasphemy of Muhammad.

16      "The western governments today are waging a relentless war

17  against Islam.  They brought together a coalition and have the

18  support of their population in invading and destroying Muslim

19  land.

20      "But there is a small band of sincere Muslims who are

21  striking back at the enemy.  The efforts of this small group of

22  mujahidin have had a great effect in hindering the plans of the

23  enemy.  So now we have a balance of forces.  As they kill

24  Muslims, Muslims respond by killing among them.  This is the

25  effect of a small group of sincere mujahidin, so what would the

1  effect be if the Muslim ummah wakes up?"

2  Q.   Pause there for a moment.  What is mujahidin?

3  A.   Jihad fighters.

4  Q.   And the "ummah" is the same word you mentioned earlier for

5  Muslim nation?

6  A.   So if a small number of fighters have had this much

7  success, imagine how much more success there would be if a much

8  larger grouping -- if the whole nation were to rise and engage

9  in this activity.

10 Q.   Please continue.

11 A.   "There are many Muslims who have the zeal to defend the

12 ummah, but their vision is unclear.  They believe that in order

13 to defend the ummah, they need to travel and join the mujahidin

14 elsewhere and they must train in their camps.  **But we tell the**

15 **Muslims in America and Europe** there is a better choice, an

16 easier one to give support to your ummah.  That is individual

17 work inside the West such as the operations of Nidal Hassan and

18 Faisal Shahzad with a few 'failed' operations - as they claim.

19     "The Director of National Intelligence was forced to

20 resign.  With a few more 'failed operations' we may have the

21 resignation of the President of the United States."

22 Q.   Dr. Levitt, it sounds like there's a political dimension

23 to this exhortation.  Is there?

24 A.   Yes.  In part, that's what makes it terrorism and not just

25 murder.  Terrorism has to be by -- there are many definitions

1    of terrorism, but the basic commonality is targeting civilians

2    to achieve some type of political goal.

3    Q.   At the bottom of this -- start here after this passage.

4    First it recites to another part of scripture, and then can you

5    read from where it says "the results"?

6    A.   "The results of these trials would be the highest levels

7    of paradise, the pleasure of Allah, heaven in the hearts in

8    this world and eternal pleasure in the afterlife.  My Muslim

9    brother, **we are conveying to you our military training right**

10   **into your kitchen to relieve you of the difficulty of traveling**

11   **to us.**  If you are sincere in your intentions to serve the

12   religion of Allah, then all what you have to do is enter your

13   kitchen and make an explosive device that would damage the

14   enemy if you put your trust in Allah and then use this

15   explosive device properly.  Here are the main qualities of this

16   bomb."

17        The following are four bullet points.  The first bullet:

18   "Its ingredients are readily available"; second bullet:

19   "Buying these ingredients does not raise suspicion"; third

20   bullet:  "It is easily disposed of if the enemy searches your

21   home.  Sniffing dogs are not trained to recognize them as

22   bomb-making ingredients"; fourth bullet:  "In one or two days

23   the bomb could be ready to kill at least ten people.  In a

24   month, you may make a bigger and more lethal bomb that could

25   kill tens of people."

1   Q.   Does the magazine then go on to explain how to build these

2   bombs?

3   A.   It does.

4        MR. CHAKRAVARTY:   Can we go to page 45 and 46 side by

5   side, please?

6   Q.   What is this?

7   A.   Pardon?

8   Q.   What is this?

9   A.   This is another section of this first edition of *Inspire*

10  called "What to Expect in Jihad - Part One."

11  Q.   And does this explain the process of traveling overseas to

12  join a terrorist organization or a group that's fighting?

13  A.   It describes the things that one needs to know in advance

14  to overcome potential barriers to entry.   In fact, one of the

15  titles given in one of these is "cut out piece of paper" -- you

16  can see even here the kind of fine-tuned graphics, there's

17  language barrier.   It's telling people you have to be prepared

18  to overcome the language barrier.   If you can, bring a

19  companion.   There will be downtime; it would be much better to

20  have someone with you.   There's a cultural issue of blending

21  into the culture if you go fight in some foreign land.   Don't

22  expect it to be America or the United Kingdom or wherever

23  you're from.   What to bring, what not to bring, all sorts of

24  advice what to do and what not to do to make it easier for you

25  to make the decision to go and to then make it easier for you

1    to actually do it once you decide to go.

2           MR. CHAKRAVARTY:  Can we have page 56, please?  Can we

3    have 58 on the other screen?  Thank you.

4    Q.   What is this portion?

5    A.   This is a message from Anwar Al-Awlaki, Sheikh Anwar, to

6    the American people and Muslims in the West.

7    Q.   And is it an extensive speech explaining what he thinks is

8    the appropriate actions by Muslims in America?

9    A.   In America in particular, but also more generally in the

10   West.  In some points in here he speaks specifically to the

11   Muslims in the United States, and other times more generally to

12   Muslims wherever they may be in the West.

13   Q.   Page 58, I'm highlighting just the last portion.  Can you

14   read that?

15   A.   "Hence, my advice to you is this:  You have two choices:

16   Either hijra," which is immigration, "or jihad.  You either

17   leave or you fight.  You leave and live among Muslims or you

18   stay behind and fight with your hand, your wealth and your

19   word.  I specifically invite the youth to either fight in the

20   West or join their brothers in the fronts of jihad:

21   Afghanistan, Iraq and Somalia.  I invite them to join the new

22   front, Yemen, the base from which the great jihad of the

23   Arabian Peninsula will begin, the base from which the greatest

24   army of Islam will march forth."

25   Q.   Is this concept of choosing either hijra or jihad one that

1    you've seen before?

2    A.    Many times.

3    Q.    Can you explain what hijra is?

4    A.    It's migration, and it's following in the footsteps of the

5    Prophet Muhammad who in his day also made a migration.  This

6    idea is to make a migration to places where there's a Muslim

7    majority; where you can live with fellow Muslims as opposed to

8    living in a place where you are a minority as a Muslim.

9         At least if you live among Muslims, it will be easier for

10   you to live as a Muslim, is the idea, plus on top of that, the

11   overlay from the radical jihadi perspective of being able to

12   fight in jihadi conflicts.  And if you don't do that and if you

13   do decide to stay wherever you are in the diaspora, then as he

14   says, you either join us or you fight.

15   Q.    Were there other copies of *Inspire* magazine that we sent

16   to you that were similar in terms of the types of exhortations

17   that the editors of the magazine were making?

18   A.    Quite a few.

19   Q.    I'm going to draw your attention now to Exhibit 1142-89.

20   Is this one of those issues?  Excuse me.  Yeah, 1142-89.

21   A.    It is.

22   Q.    And this is the spring of 2011 issue.  Is that right?

23   A.    Yes, the fifth issue.

24   Q.    And was this a significant issue?

25   A.    They're all significant.  Yes, it was.

1          MR. CHAKRAVARTY:  Can we go to page 8, please?

2     Q.   Is there a portion that discusses the various reactions to

3     *Inspire* magazine?

4     A.   Yes.

5     Q.   And this one, can you read that?

6     A.   "They're not looking to outdo the readership of the

7     *Economist* or *Time Magazine*, they only need to inspire one or

8     two people to blow something up in the right place and they'll

9     make back their start-up costs."

10    Q.   Now, the highlighted passages were "inspire one or two

11    people" and "in the right place."  Is that correct?

12    A.   Correct.

13         MR. CHAKRAVARTY:  Can we go to page 62 and 63 side by

14    side, please?

15    Q.   And is this an interview of Anwar Awlaki as to "Why did I

16    choose al-Qaeda"?

17    A.   Exactly.

18    Q.   And does he say in Section 4 -- would you read that

19    passage except for the scripture?

20    A.   "Because they are the strangers (al Ghuraba)" and then he

21    quotes scripture.  After the scripture he continues,

22    "Thereupon, regarding this prophetic description for the people

23    of the truth about their status of estrangement, there is no

24    doubt that the one who lives in a state of fear about his soul

25    being taken for death as a result of this 'aqidah and jihad is

1   the one who lives in the status of being strange.  He lives in

2   the state of estrangement because he is accused of having

3   deficiency in his 'aqidah," in his creed, in other words.

4   "This is not the case; rather, it is because he is steadfast

5   upon the truth in a time where the supporters have become less

6   in number.  Indeed he is a stranger."

7   Q.   And what does that mean?

8   A.   Being a stranger is not just living in the diaspora, being

9   a stranger is living in a state of fear about whether or not

10  you're going to live or die, because there is something greater

11  in the afterlife.

12  Q.   Are you familiar with a person named Abu Muhammad

13  al-Maqdisi?

14  A.   I am.

15  Q.   And who is he?

16  A.   Al-Maqdisi is one of the most prominent Jordanian radical

17  Islamist preachers, been in and out of jail many, many times.

18  His materials are frequently included among the jihadi

19  materials on these various websites, and is a very well-known

20  and prominent jihadi ideologue.

21  Q.   And did you read documents authored by him as part of the

22  materials that we sent?

23  A.   I did.

24        MR. CHAKRAVARTY:  Can we call up 1142-16, page 2?

25  Q.   Is this one of those documents?

1    A.    It is.

2    Q.    And is this published by a Tibyan Publications, the

3    publication you mentioned earlier?

4    A.    It is.

5    Q.    Can you read the title?

6    A.    "Precaution, Secrecy and Concealment:  Balancing Between

7    Negligence and Paranoia."

8    Q.    And what is the topic of this document?

9    A.    Well, as the title suggests, it's about the need for

10   operational security and how this is not only permissible but

11   required for the Islamist fighter, the jihadi, and how on the

12   one hand you can go overboard; on the flip side, you can be

13   negligent, and either of those is dangerous.  So he describes

14   in talking about something innocent with one of your

15   compatriots, you insist on talking in code thereto, you could

16   make the authorities think you're up to something dangerous and

17   bring law enforcement scrutiny to yourself that was

18   unnecessary.  So you shouldn't be engaging in, you know, covert

19   code all the time.  And yet, if you think that no one's ever

20   listening to you and you don't take security precautions, you

21   also open yourself up to potential law enforcement scrutiny.

22   And many of our operatives, he explains, have been thwarted

23   that way as well.

24        He, as an ideologue -- this is not just kind of as an

25   operator's incentive, he explains the ideological, theological

1    basis for this.  This becomes now a matter of religion as well.

2    Q.   Now, has this message of operational security been

3    simplified for easier consumption?

4    A.   Absolutely.

5         MR. CHAKRAVARTY:  If we could go to 1142-89, page 11.

6    Q.   Would you read that?  Should I open that up a little bit

7    more?  Can you read that?

8    A.   "We have noticed that the year 2010 alone saw the most

9    arrests in the West for home-grown jihadi operations.  Most of

10   those arrested were arrested in groups, one connected to

11   another.  Sometimes the enemy would even set up the brother in

12   a sting operation, fooling him into believing that he was

13   working with the mujahidin.  Keeping that in mind, we have

14   witnessed that operations done by lone individuals has proven

15   to be much more successful.

16       "So what can we learn from this?"  I think the last two

17   cutoff words are "group operations have a greater tendency of

18   failing than lone operations due to the idea (of the operation)

19   escaping the mind and tongue to other individuals.  Even if

20   those individuals are trustworthy in your eyes, there is still

21   that 1 percent chance that someone from the intelligence

22   agencies are listening in and paying attention to your groups'

23   actions or that the person you are talking to might be working

24   for the enemy or that he might be pressured..."

25       MR. CHAKRAVARTY:  Next page, please.

1    Q.   Just to finish that thought.

2    A.   "...at a later period to give information to them.  With

3    lone operations, however, as long as you keep it to yourself,

4    nobody in the world would know what you're thinking and

5    planning."

6              MR. CHAKRAVARTY:  Call up Exhibit 1142-15.

7    Q.   Are you familiar with this document?

8    A.   I am.

9    Q.   And is this another Tibyan Publications document?

10   A.   It is.

11   Q.   And what was the substance of this document?

12   A.   This, again, is another document putting the idea of jihad

13   in a religious context.

14   Q.   "The effects of intention upon it."  Did it say anything

15   about the type of intentions that bring the greatest rewards?

16   A.   Well, this is the whole point, right, that to get rewards,

17   whether it's that selfless, what you're doing on behalf of the

18   ummah, or the benefits for one's self of entry into the highest

19   levels of paradise, these only come if they're done for true

20   intentions, right?  So if you do it for monetary gain, you

21   don't get that reward.  If you do it for personal glory, you

22   don't get that reward.

23        You have to do what you do for the right reasons, which

24   makes it in the eyes of these extremists not an act of

25   terrorism, not an act of killing civilians that is forbidden,

1    but an act -- a religious act of violence that is not only

2    permissible but praiseworthy, and not just praiseworthy, but a

3    personal obligation, but only if you do it for the right

4    reasons and the right intention.

5    Q.    And what are the right reasons?

6    A.    Service of God, defense of the ummah.

7          MR. CHAKRAVARTY:  Would you go to 1142-36.

8    Q.    Are you familiar with this document?

9    A.    This is the Abdullah Azzam document, "Join the Caravan,"

10   that we mentioned earlier.

11   Q.    Since we talked about it earlier, I won't go through it in

12   detail at this moment.

13         In addition to some of these documents, did you review

14   some of these audio files that you had discussed?

15   A.    Too many.

16   Q.    Were there a few short ones that you were able to both

17   listen to as well as see a transcript of?

18   A.    Yes.

19         MR. CHAKRAVARTY:  Just for the witness, your Honor,

20   Exhibit 1405A.  Just the transcript.

21   Q.    And is this three pages of transcript excerpts of three of

22   the audio files that we're going to listen to?

23   A.    I have here in front of me one paragraph of one of them,

24   yes; and a second, yes; and a third.

25   Q.    And do these transcripts fairly track the words of the

1    audio files that you listened to?

2    A.   They do.

3            MR. CHAKRAVARTY:  Your Honor, I would ask to publish

4    1405A as a chalk while we play three short audio clips.

5            MR. BRUCK:  I'd like to note our previously made

6    objection.

7            THE COURT:  All right.  Subject to that, they'll be

8    played.

9    BY MR. CHAKRAVARTY:

10   Q.   So if we could first play 1142-24 -- 124.  Excuse me.

11           (Audio recording played.)

12   Q.   Dr. Levitt, do you recognize the voice of the speaker in

13   that?

14   A.   That was Sheikh Awlaki, Anwar al-Awlaki.

15   Q.   And what's the significance of that passage that he

16   recited?

17   A.   So this Battle of Uhud is one that he talks about a lot,

18   he has a lecture series on it, among other battles, the Battle

19   of Badr, for example.  In this one, it's a theme we talked

20   about earlier, he's saying:  Look, if you do this act of jihad

21   with true intention -- the individual is asked, "Did you come

22   to fight here for the sake of your people or for the sake of

23   God?"  And he answers, "For the sake of God."  And then later

24   on his deathbed he says the Shahadah, the statement of faith,

25   and dies and is given entry into the highest levels of paradise

1   even though he had not been a good Muslim until then.  He had

2   not prayed, he had not fasted, et cetera.

3       And so there is this idea that engaging in an act of

4   jihadi violence for the right reasons and intentions is a

5   religious act, and not just a religious act.  One that can be

6   more spiritually fulfilling than any other type of religious

7   observance.

8           MR. CHAKRAVARTY:  Go to 1142-110 and page 2.

9           (Audio recording played.)

10  Q.   Dr. Levitt, first, there's some references, again, is this

11  Mr. Awlaki?

12  A.   This is Awlaki again, yes.

13  Q.   And what's the significance of this?

14  A.   Well, I think there are three things that are significant

15  here:  The first is you can see how he's trying to convince

16  people that to be a good Muslim, you have to break with Western

17  ideas.  I mean, the idea of a birthday.  This is a bad thing,

18  whereas, of course, many, many, many Muslims celebrate

19  birthdays and there's absolutely nothing wrong with that.  This

20  idea of breaking, having to be different and apart.

21      But more importantly it's two things:  One, there's a

22  clock ticking.  Don't waste a moment.  Act now.  It's:  Don't

23  push off to tomorrow what you can do today, right?  Death could

24  come tomorrow.  You don't know what's going to be.  We should

25  be not wasting a moment of our life, to try and do what has to

1    get done, whatever that may be, including this violent activity

2    that he talks about elsewhere.

3          Second is this idea of predestined time of death.  And

4    that is to say, you know, this is not something to fear.  This

5    is not something to be afraid of, as we read in an earlier

6    quote; this is something that's going to happen.  The date, the

7    time, the how, this is all predetermined.  It's not like if you

8    are more careful or less careful -- it is going to happen, so

9    you therefore have to take this time while you're here to do

10   the right thing.  And you don't have to be afraid of death

11   because it's going to happen, it's preordained when, how, what.

12         And this again removes the disincentive.  For many people

13   the idea of carrying out an operation in which they're not

14   going to survive is something that's difficult for them to wrap

15   their head around.  This is one way that the radical

16   individuals -- again, let's not associate this with traditional

17   Islam -- try and overcome that dissidence.

18   Q.   There are a couple of words that I don't think we talked

19   about yet here.  Is "dunya" basically this mortal life that

20   we're talking about?

21   A.   Yes, this world.

22   Q.   And kuffar, or "kufar"?

23   A.   The infidel, or non-believer.

24   Q.   Now, in the background there's some chanting or singing.

25   Is that the nasheed that you described earlier?

1    A.    It is.  So here you have a kind of overlay of an al-Awlaki

2    sermon on top of the chanting of a nasheed.

3    Q.    And in the earlier clip, which was entitled "The Man who

4    went to Jannah Without Praying," what is Jannah?

5    A.    Paradise.

6    Q.    I'll play one more short clip.  I'm not going to go

7    through the whole thing but a portion of it, which is 1142-32

8    and page 3.

9              (Audio recording played.)

10   Q.    Dr. Levitt, this was a considerably different tenor.  Was

11   this Anwar Awlaki?

12   A.    No, this is not Awlaki.  This -- you can completely hear

13   the difference between the measured kind of professorial tone

14   of Awlaki and this shrill, very, very excited speaker here.

15   And this is obviously much more graphic in terms of trying to

16   portray Islam in this violent context.

17   Q.    And audio files like these which are short clips of the

18   various different types, how are they used by the global jihadi

19   movement with regards to their messaging?

20   A.    Short or longer, they're very, very popular because

21   they're relatively small files.  They're meant to be downloaded

22   to players, and they are inspiration on the go.  So you don't

23   need to be tethered to your home computer, you don't even need

24   to be carrying your laptop around.  You can, you know, download

25   them to your MP3 player or to your car and you can listen to

1   them any time, as many times as you want.

2   Q.   Dr. Levitt, I want to now turn to the final series of

3   questions that I'm going to have for you, and they relate to

4   Exhibits 826 through 828.

5          MR. CHAKRAVARTY:   If you'd call that up on the left

6   side?

7   Q.   Dr. Levitt, did you recognize those photos as being photos

8   of a writing that's of significance in this case?

9   A.   Yes.

10  Q.   And this transcript, is this a transcript of the writing?

11  A.   It is.

12  Q.   And have you had a chance to study that writing?

13  A.   I have.

14  Q.   Were you able to glean from just the four corners of the

15  writing itself who the audience is for this writing?

16  A.   I think it's clear from the grammar that the audience is

17  kind of the American public.  This is clearly not written for

18  fellow travelers, fellow jihadis; this is an attempt to explain

19  what's been done, and I think the grammar is quite clear there.

20  Q.   As we read through, if you can point those out -- point

21  out those clues that give you that conclusion.  We'll do that.

22  But before we start reading, have you seen the concepts in this

23  document before?

24  A.   Yes.

25  Q.   Where?

1   A.   We've seen them in Awlaki's statements and writings and

2   other writings from the radicalizers that was among the

3   material that was provided to me to review in this case.

4   Q.   The themes that weave throughout this writing, are they

5   common themes in the global jihad movement?

6   A.   They are.

7   Q.   Let's first start with the first sentence.  Would you read

8   that, please?

9   A.   "I'm jealous of my brother who ha..." and there's a bullet

10  hole.  Presumably it's "...has received the reward of Jannutul

11  Firdaus, Insha'Allah..." which means the highest level of

12  paradise, God willing "...before me."

13  Q.   To stop you there.  Just some of the grammar.

14  "Insha'Allah" means "God willing"?

15  A.   Yes.

16  Q.   And "Jannutul Firdaus," that's the highest level of

17  paradise?

18  A.   Yes.

19  Q.   And is this a concept we've seen in some of the other

20  documents that you've reviewed?

21  A.   It is.

22       MR. CHAKRAVARTY:  Can we call up on the second page

23  1142-36, which is "Join the Caravan"?  Can we go to page 17,

24  please?

25  Q.   And can you read Section 8?

1   A.   Section 8 the title is "Hoping for Martyrdom and the High

2   Station in Paradise."

3        "It has been reported in the authentic hadith narrated by

4   Imam Ahmad and Tirmidhi on the authority of Miqdam Ibn Ma that:

5   'The martyr has seven special favours from Allah:  He is

6   forgiven with the first spurt of his blood, he sees his place

7   in Paradise, he is clothed with the garment of Faith, he is wed

8   with seventy-two wives from the beautiful Houris of Paradise,

9   he is saved from the punishment of the grave, and he is

10  protected from the Great Terror onQiyamah, on his head is

11  placed a crown of dignity, the jewel of which is better than

12  the world and all in it.'"

13  Q.   Please continue.

14  A.   Starting with the first full sentence:  "He is granted

15  intercession for 70 people of his household."

16  Q.   And then there is another reporting by a scholar and then

17  another piece of scripture?

18  A.   Yes.

19  Q.   And is this a common theme in some of the global jihadi

20  movement?

21  A.   Yes.

22  Q.   And were there numerous other references to Jannutul

23  Firdaus throughout the materials that you reviewed in this

24  case?

25  A.   Yes.

1    Q.    Read the next sentence of the writing in the boat.

2    A.    "I do not mourn because his soul is very much alive.  God

3    has a plan for each person.  Mine was to hide in his boat and

4    shed some light on our actions.  I ask Allah to make me a

5    shahied (IA)..." presumably Insha'Allah, God willing "...to

6    allow me to return to him and be among all the righteous people

7    in the highest levels of heaven."

8    Q.    And, Dr. Levitt, you had pointed out that there's a line

9    where it says "God has a plan for each person.  Mine was to

10   hide in the boat and shed some light on our actions."  Have the

11   actions that are relevant in this case been suggested

12   throughout the media that you reviewed?

13   A.    They have, and this is also one of those references that I

14   think makes clear that this note is intended to explain to a

15   broad public what was just going on, about what these actions

16   were about, "shed some light on our actions."

17   Q.    This word "shahid," I don't know that you've explained

18   what that means.  Would you mind?

19   A.    Martyr.  In this case, a martyr for God.  To be killed in

20   the process of doing an act of jihad.  It's not the only

21   definition of martyr, but in the radical jihadi context, that's

22   what it's referring to.

23   Q.    And I asked you whether you saw these references in the

24   media that I sent you.  What did I send you?

25   A.    I'm sorry.  Ask that again?

1   Q.   Media.  I didn't mean media as in news media.  What did I

2   send to you that you reviewed, these materials?

3   A.   In totality?

4   Q.   The types of materials that I sent you.

5   A.   The nasheeds, the -- some videos, the *Inspire* magazines.

6   The publications that we went through and a whole host of

7   others.

8   Q.   I wanted to clarify it wasn't newspapers I sent to you.

9   A.   No, this was jihadi media.

10  Q.   Can you read the bottom of -- if you can make out on page

11  56 of this issue of *Inspire* magazine, can you read what I've

12  highlighted there?

13  A.   "Another option for the individual jihad is the idea we

14  proposed in 'Make a Bomb in the Kitchen of Your Mom.'  The

15  pressurized cooker should be placed in crowded areas and left

16  to blow up.  More than one of these could be planted to explode

17  at the same time.  However, keep in mind that the range of the

18  shrapnel in this operation is short range, so the pressurized

19  cooker or pipe should be packed close to the intended targets

20  and should not be concealed from them by barriers such as

21  walls."

22  Q.   Were there other references to operational planning for

23  the types of actions in this case?

24  A.   Yes.

25  Q.   The next portion of this note, the writing, says -- asks

1  Allah to make the author a shahid and to return him to the

2  righteous people in the highest levels of heaven.  What do the

3  "highest levels of heaven" mean?

4  A.   This is the Jannutul Firdaus that we talked about.  By

5  tradition, there are many levels of heaven and the differences

6  between them are significant.  And this is the highest level of

7  heaven reserved for the prophets, the most pious and the

8  martyrs.

9  Q.   Would you read the next line, please?

10  A.   "He who Allah guides, no one can misguide."

11  Q.   What does that mean?

12  A.   That if you were doing something in the name of and in

13  defense of and for Allah, for God, you cannot be misguided.

14  Q.   And the last phrase?

15  A.   The letter A, then a bullet hole, bar exclamation point

16  which in all likelihood read "Allahu Akbar," praise to God,

17  praised is God -- God is great.

18  Q.   And is that a common phrase in the materials that you

19  reviewed over the course of your experience as a terrorism

20  expert?

21  A.   Yes.

22  Q.   And what does that mean?

23  A.   God is great.  Again, it need not be jihadi; it can be

24  said in other contexts too.  But in this context, this has a

25  jihadi connotation.

1          MR. CHAKRAVARTY:  The next page, please.

2     Q.   Please continue.

3     A.   "I bear witness that there is no God but Allah and that

4     Muhammad is his messenger."  There's a hole and then an R which

5     likely read "our actions came with a..." there's a bullet hole

6     and then the letter A, bullet hole, "ssage," "...came with a

7     message, and that is..." hole -- bullet hole, "...ha,"

8     Illallah.

9     Q.   The last phrase, is that an Arabic phrase?

10    A.   Yes.

11    Q.   And is that frequently known as the "Shahadah"?

12    A.   Yes.

13    Q.   What is that?

14    A.   It is a statement of faith.  And again, nothing radical

15    about this, per se.  This is the statement of faith of all

16    believing Muslims.  But it is also traditional to state it at a

17    time of death on the deathbed.  Again, harking back to the

18    Maqdisi document about intention, it's important before and

19    after an act in particular to state and restate one's true

20    intentions to be able to get that reward.

21    Q.   The first portion of this sentence, "I bear witness that

22    there's no God but Allah and that Muhammad is his messenger,"

23    is that essentially the English translation of the first

24    portion of the Shahadah?

25    A.   Yes.

1   Q.   Let me show you Exhibit 1341.  And this flag back here.

2   Do you recognize that?

3   A.   I recognize it.  As I stated earlier, I don't speak

4   Arabic, but I've seen this many times, and this is the Arabic

5   of the Shahadah; again, nothing inherently radical though many

6   jihadi groups have taken to putting the Shahadah in white

7   against the black backdrop as a symbol for them.

8           MR. BRUCK:  I think that image is not currently in

9   evidence.

10          THE COURT:  I thought it was.  This was the one that

11  was talked about being redacted, at the bottom.

12          MS. CONRAD:  It was redacted, your Honor.

13          MR. MELLIN:  No, your Honor.  The writing below it was

14  redacted; that image was entered.

15          THE COURT:  Right.  The picture was in.

16          MS. CONRAD:  The whole thing was displayed, your

17  Honor, for the jury.

18          THE COURT:  Yeah, but I don't think anyone could read

19  it.  The document should be redacted, though.  It didn't affect

20  anything that was shown to the witness.

21  BY MR. CHAKRAVARTY:

22  Q.   We'll move on to the next sentence, Dr. Levitt.

23  A.   "The U.S. government is killing our innocent civilians but

24  most of you already know that."

25  Q.   And here it says "most of you already know that."  What

1    significance do you attribute to that?

2    A.   Again, the grammar, this is speaking to an American

3    audience, this is speaking to a Western audience.  The author

4    is not associating himself with this audience, but it's "our,"

5    "your," us versus them, but I think this makes clear that this

6    is, again, as stated earlier in the message, in the statement,

7    trying to explain what just happened.

8    Q.   Now, did you find references amongst the materials in the

9    *Inspire* magazine particularly that make reference to the same

10   concept?

11   A.   Yes.

12        MR. CHAKRAVARTY:  Go to 1142-89, page 57.

13        MR. BRUCK:  I don't think that's the way it's supposed

14   to be displayed.

15        THE COURT:  If you can take down the unredacted...

16   BY MR. CHAKRAVARTY:

17   Q.   Can you read that, please?

18   A.   "America is a terrorist state and Americans are complacent

19   in some of the worst forms of terrorism our Muslim nation has

20   been subjected to.  Millions of Muslim lives has been lost to

21   American brutality.  It is about time Muslims wake up and pay

22   back America what is due to it."

23        "In this section, the OSJ" -- so that's Open Source

24   Jihad -- "we give our readers suggestions often how to wage

25   their individual jihad.  Here is one idea of how an individual

1    Muslim may do so.  It is a simple idea and there is not much

2    involved in its preparation.  All what is needed is the

3    willingness to give one's life for Allah."

4    Q.   There are several other passages like this throughout the

5    *Inspire* magazines particularly that demonstrate enmity towards

6    America?

7    A.   Yes.

8              MR. CHAKRAVARTY:  Go back to the note, please.

9              And, Mr. Bruemmer, you can take that down.

10   Q.   Can you please keep reading?

11   A.   "As a M..." and then a bullet hole, presumably Muslim.

12   "As a Muslim I can't stand to see such evil go unpunished.  We

13   Muslims are one body.  You hurt one, you hurt us all.  Well, at

14   least that's how Muhammad, peace be upon him, wanted it to

15   be..." bullet hole "...ever," presumably "however, the ummah is

16   beginning to rise..." presumably "awaken."  There's a bullet

17   hole.

18   Q.   And before we move on to the next page to finish that

19   clause, this notion of "we Muslims are one body," is that that

20   concept of ummah?

21   A.   That and more, yes.

22   Q.   When you say "more," what do you mean?

23   A.   It's not just the idea of a single ummah, a single Muslim

24   nation, it's the idea that it is if you hurt one Muslim in any

25   part of the world, it's incumbent upon a Muslim -- it's a

1   personal obligation upon a practicing Muslim elsewhere in the

2   world to do something about it.  It's not like if Muslims in

3   Chechnya or Palestine or Iraq are being hurt but you're being

4   treated well here in the United States, you're okay here.  You

5   still need to do something because we are all one body.  You

6   hurt one of us, you hurt all of us.

7   Q.   And just before it says "I can't stand to see such evil go

8   unpunished," is punishing a theme throughout these materials?

9   A.   Yes.

10          MR. CHAKRAVARTY:  Can we go to 1142-79?  Page 33,

11   please.

12   Q.   And is this a statement by Anwar al-Awlaki?

13   A.   Yes.

14          MR. CHAKRAVARTY:   Page 34, please.

15   Q.   Can you read that?

16   A.   "The declaration goes on to claim that we may not

17   terrorize those who enjoy safety and security.  To throw out

18   such a blanket statement that we are not allowed to terrorize

19   those who enjoy safety and security in light of the present

20   state of the world is another reckless statement.  According to

21   these scholars, we the Muslims are not allowed to terrorize the

22   Israelis or the Americans or the British who are living in

23   safety and security while millions of Muslims are being

24   terrorized by them.  We are told to never mind the insecurity

25   of the Palestinian or the Chechen or the Kashmiri.  Never mind

1    them.  We are simply not allowed to terrorize..."

2         MR. CHAKRAVARTY:  Next page, please.

3    A.   "...period.  No.  We do not agree with that.  We do not

4    agree with that because Allah says" -- and then there's a quote

5    from the scripture.  Would you like me to read it or not?

6    Q.   No, thank you.

7    A.   After the quote from the scripture it says, "We say that

8    whoever terrorizes us, we will terrorize them and we will do

9    what we can to strip them of their safety and security as long

10   as they do us the same."

11   Q.   Were there other passages like this throughout the *Inspire*

12   magazine particularly?

13   A.   Yes.

14   Q.   The idea of Muslims are one body, you hurt one, you hurt

15   us all, was that evident in "Join the Caravan" as well?

16   A.   Yes.

17        MR. CHAKRAVARTY:  Go to 1142-36 at page 23.

18   Q.   Can you read that?

19   A.   Yeah, with difficulty.  I'm not as young as I once was.

20        (Laughter.)

21   Q.   How about if I read it and you tell me?

22   A.   I got you.

23   Q.   Okay.

24   A.   I'm not willing to give in quite yet.

25        "The jurists have documented that the lands of the Muslims

1     are like a single land, so that whichever region of the

2     Muslims' territory is exposed to danger, it is necessary that

3     the whole body of the Islamic ummah rally together to protect

4     this organ which is exposed to the onslaught of the microbe.

5     What is the matter with the scholars, that they do not arouse

6     the youths for jihad, especially since arousal is compulsory."

7     Q.   And is this that notion that if you hurt one, you hurt us

8     all?

9     A.   That and the compulsory nature of this standing up and

10    defending the ummah.

11    Q.   We'd finished this page, with "The ummah is beginning to

12    rise/awake."

13           MR. CHAKRAVARTY:  Can we go to the next page?

14    Q.   Please keep reading from the new portion.

15    A.   "How Muhammad, peace be upon him, wanted it to be..."

16    bullet hole "...ever," presumably "however, the ummah is

17    beginning to rise awa..."  bullet hole, presumably "awake, has

18    awoken the mujahidin.  Know you are fighting men who look into

19    the barrel of your gun and see heaven.  Now how can you compete

20    with that?  We are promised victory and we will surely get it."

21    Q.   And just before we move on, this idea of awakening the

22    mujahidin, is that a theme that you saw throughout the

23    materials?

24    A.   It is.

25           MR. CHAKRAVARTY:  Go to 1142-89, page 35.

1    Q.   And read this portion.  I'm sorry.  Can you read this

2    portion?

3    A.   "We must also awaken in the hearts of the ummah the spirit

4    of resistance and jihad; confrontation of aggression,

5    oppression and tyranny; firmness on the truth; and rejection of

6    the culture of concession and methodology of backtracking,

7    which has led some to abandon the government of the Sharia and

8    concede four-fifths of Palestine.

9    Q.   Now going back to the note, the writing in the

10   boat -- sorry.

11          MR. CHAKRAVARTY:  Mr. Bruemmer, can you go back to

12   page 3?

13   Q.   The next phrase is, "Know you are fighting men who can

14   look into the barrel of your gun and see heaven."  Are you

15   familiar with that concept?

16   A.   I am.

17   Q.   What is it?

18   A.   Again, this is the idea of not fearing death, looking into

19   the barrel of the gun and seeing heaven, seeing the

20   opportunity.  Again, presumably if having done for the right

21   reasons, being able to go to heaven, maybe even the highest

22   levels of heaven.  It's articulating to this Western audience

23   that how can you compete with that?  How can you fight people

24   who aren't afraid to die for their cause?

25   Q.   Read the next line, please?

1    A.    "We are promised victory and we will surely get it."

2    Q.    Now, this concept of victory, an assured victory, is that

3    a theme throughout these materials?

4    A.    It is.

5          MR. CHAKRAVARTY:  Go to 1142-91, page 57.

6    Q.    This is that first issue of *Inspire* magazine?

7    A.    It is.

8    Q.    Can you read that?

9    A.    "It is true that we are facing the arsenal of the greatest

10   army on earth with our simple modest means, but victory is on

11   our side.  Victory is on our side because there is a difference

12   between us and you.  We are fighting for a noble cause.  We are

13   fighting for God and you are..."

14         MR. CHAKRAVARTY:  Next page, please.

15   A.    "...fighting for worldly gain.  We are fighting for

16   justice because we are defending ourselves and our families and

17   you are fighting for imperialistic goals.  We are fighting for

18   truth and justice and you are fighting for oppression.  You

19   have your B-52's, your Apaches, your Abrams and your cruise

20   missiles, and we have small arms and simple improvised

21   explosive devices, but we have men who are dedicated and

22   sincere, with hearts of lions."

23         MR. CHAKRAVARTY:  Your Honor, I still have a little

24   bit more to go and it's four o'clock.

25         THE COURT:  Let me see you at the side first.

  1          (Discussion at sidebar and out of the hearing of the

  2   jury:)

  3          THE COURT:  Is he staying?

  4          MR. CHAKRAVARTY:  Once we got to lunch we realized

  5   he's not going to make it.

  6          THE COURT:  Okay.  How much more?

  7          MR. CHAKRAVARTY:  Ten, 15 minutes.

  8          THE COURT:  How much time do you have?

  9          MR. BRUCK:  10, 15 minutes.  No more than a half hour.

 10   I would hate to be overtime with an expert with a jury.

 11          THE COURT:  Fair enough.

 12          (In open court:)

 13          THE COURT:  Okay.  We will pause here.  There is more

 14   to go but we have reached the four o'clock hour.  We'll

 15   adjourn.  Remember my instructions, obey them, and we will see

 16   you tomorrow and finish with the testimony.

 17          Enjoy the evening.

 18          THE CLERK:  All rise for the Court and the jury.  The

 19   Court will be in recess.

 20          (The Court and jury exit the courtroom and the

 21   proceedings adjourned at 4:00 p.m.)

 22

 23

 24

 25

1              C E R T I F I C A T E

2

3           I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

4     the United States District Court, do hereby certify that the

5     foregoing transcript constitutes, to the best of my skill and

6     ability, a true and accurate transcription of my stenotype

7     notes taken in the matter of Criminal Action No. 13-10200-GAO,

8     United States of America v. Dzhokhar A. Tsarnaev.

9

10    /s/ Marcia G. Patrisso
      MARCIA G. PATRISSO, RMR, CRR
11    Official Court Reporter

12
      Date: 3/25/15
13

14

15

16

17

18

19

20

21

22

23

24

25