UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Crim. No.13-10200-GAO |
| | ) |
| DZHOKHAR A. TSARNAEV, | ) |
| Defendant | ) |

FILED
IN CLERKS OFFICE
2015 MAR 25 AM 9 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

## GOVERNMENT'S MOTION
## TO FILE OMINBUS MOTION IN LIMINE UNDER SEAL

The United States, by and through its undersigned counsel, respectfully moves this Court for permission to file its Omnibus Motion in Limine under seal.

As grounds for this motion, the government states that the sealing is necessary in order to avoid unnecessary speculation and public comment regarding the nature of the proposed exclusions.

Respectfully submitted,

CARMEN M.ORITZ
United States Attorney

By:   /s/ *Nadine Pellegrini*
ALOKE S. CHAKRAVARTY
WILLIAM D. WEINREB
NADINE PELLEGRINI
Assistant U.S. Attorney

Date: March 24, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney

Date: March 24, 2015