UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
v.                                 )   Criminal Action
                                   )   No. 13-10200-GAO
                                   )
DZHOKHAR A. TSARNAEV, also         )
known as Jahar Tsarni,             )
                                   )
          Defendant.               )
                                   )


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


**JURY TRIAL - DAY TWENTY-SEVEN**
**EXCERPT**
**TESTIMONY OF THOMAS GRILK**


John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Wednesday, March 4, 2015
11:30 a.m.


Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: William D. Weinreb, Aloke Chakravarty and
 3              Nadine Pellegrini, Assistant U.S. Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6         By: Steven D. Mellin, Assistant U.S. Attorney
           Capital Case Section
 7         1331 F Street, N.W.
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         FEDERAL PUBLIC DEFENDER OFFICE
           By: Miriam Conrad, Federal Public Defender
10         51 Sleeper Street
           Fifth Floor
11         Boston, Massachusetts  02210
           - and -
12         CLARKE & RICE, APC
           By: Judy Clarke, Esq.
13         1010 Second Avenue
           Suite 1800
14         San Diego, California  92101
           - and -
15         LAW OFFICE OF DAVID I. BRUCK
           By: David I. Bruck, Esq.
16         220 Sydney Lewis Hall
           Lexington, Virginia  24450
17         On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

<u>I N D E X</u>

|                          | <u>Direct</u> | <u>Cross</u> | <u>Redirect</u> | <u>Recross</u> |
|--------------------------|--------|-------|----------|---------|

WITNESSES FOR THE
  GOVERNMENT:

THOMAS GRILK

|                          |        |       |          |         |
|--------------------------|--------|-------|----------|---------|
| By Mr. Chakravarty       | 4      |       |          |         |
| By Ms. Conrad            |        | 43    |          |         |

<u>E X H I B I T S</u>

GOVERNMENT'S

| <u>EXHIBIT</u> | <u>DESCRIPTION</u> | <u>FOR ID</u> | <u>RECEIVED</u> |
|----------------|--------------------|--------|----------|
| 1              | Photograph         |        | 29       |
| 2              | Photograph         |        | 29       |
| 3              | Photograph         |        | 29       |
| 4              | Photograph         |        | 29       |
| 5              | Photograph         |        | 29       |
| 774            | Diagram            | 29     |          |
| 789            | Diagram            | 29     |          |
| 790            | Diagram            | 29     |          |
| 791            | Diagram            | 29     |          |

P R O C E E D I N G S

* * *

1           MR. CHAKRAVARTY:  Your Honor, the government calls its

first witness, Mr. Thomas Grilk.

THOMAS GRILK, duly sworn

THE CLERK:  Have a seat.  Please state your name, and

spell your last name slowly for the record.

THE WITNESS:  My name is Thomas Grilk, G-R-I-L-K.

DIRECT EXAMINATION

BY MR. CHAKRAVARTY:

Q.   Good morning, Mr. Grilk.

A.   Good morning, sir.

Q.   Can you please tell the jury where you work?

A.   I work at the Boston Athletic Association.

Q.   And what is your role there?

A.   I'm the executive director.

Q.   And what is the Boston Athletic Association?

A.   The Boston Athletic Association is an organization that

was formed in 1887 to promote health and fitness.  It has

existed over that period of time to the present day with that

as its principal aim.

Q.   I assume you have not been affiliated with the

organization since then?

A.   My affiliation is briefer, yes.  I became a member of the

Boston Athletic Association in 1987.  I had been affiliated

1    previously as -- I had first run the Boston Marathon three

2    times:  in 1976, '77 and '78.  In 1979 I became the finish line

3    announcer at the marathon, which was my first actual connection

4    with the event and the organization.

5        In 1987 I became a member of the BAA; in 1990, a member of

6    its board of governors; in 1995, a vice president of the BAA;

7    and then in 2003, I became the president of the BAA, and held

8    that role until 2011, when I became the executive director.

9    Q.   Sir, can you describe --

10            THE COURT:  Excuse me.  Mr. Grilk, would you just move

11   the microphone up a little bit so you're speaking a little more

12   directly into it?

13            (Witness complies.)

14            THE COURT:  Thank you.

15   BY MR. CHAKRAVARTY:

16   Q.   Can you describe the role and responsibilities of the

17   executive director of the BAA?

18   A.   The executive director is the person who is in charge of

19   day-to-day activities, is the senior executive officer for the

20   conduct of the business of the BAA.

21   Q.   Now, can you describe the different types of activities

22   that the BAA operates in?

23   A.   The BAA operates in three principal areas:  Number one,

24   best known, is the conduct of running events, racing events;

25   most notably, the Boston Marathon every year.  In addition to

1    that, large, mass-participation races involving thousands of

2    runners at three other distance:  five kilometers, ten

3    kilometers and a half marathon.

4        The second principal area of activity is community service

5    aimed, to a great deal, at kids, fitness activities and

6    competitive activities for school-aged children:  cross-country

7    events in the fall, relay events in the springtime, around the

8    time of the marathon, and training courses that support those.

9        The third area is the development of high-performance

10   athletes, high-performance runners now.  In the beginning of

11   the BAA, it was an organization that looked to many sports but

12   focused on track and field.  When the Olympic Games were

13   revived in Athens in 1896, it was the Boston Athletic

14   Association that sent a majority of the U.S. team.  So the

15   development of high-performance track-and-field athletes has

16   been a part of the BAA for a long time.  And we have revived

17   that rather recently, hiring one of the world's preeminent

18   distance coaches to reinvigorate that part of what we do.

19       So those are the three areas in which we operate.

20   Q.   And let's talk about the Boston Marathon specifically.

21   When did the BAA first host the Boston Marathon?

22   A.   The Boston Marathon was first conducted in 1897.  In 1896,

23   when BAA athletes went to Athens for the revival of the Olympic

24   Games, one of the events that was contested there was a

25   marathon:  a run from the Plains of Athens -- Plains of

1   Marathon into Athens.  And BAA members brought that idea back

2   with them, and in 1897 organized the first Boston Marathon.

3   And it has been conducted annually ever since.

4   Q.   And what was the general layout of the course back then?

5   A.   The course is largely unchanged since 1897.  It's a little

6   bit longer now because the marathon distance was standardized

7   in the 1920s at 26 mile, 385 yards, the distance we know today.

8   It first started in Ashland, Mass., and followed the route that

9   it follows today.  When the course had to be lengthened to meet

10  the standard distance for a marathon, that moved the start out

11  to Hopkinton, Massachusetts, which is where it starts today.

12  Q.   And so in describing the history of the marathon, what

13  else has changed over the years in terms of the layout or the

14  organization of the marathon?

15  A.   Well, as I say, the course itself hasn't changed really

16  very much, but the size of the race, I suppose, is the most

17  notable change.  It has grown from 15 runners in 1897 to tens

18  of thousands each year now.  If we go back to around the year

19  2000, it had grown to about 17,000 runners, and over the

20  ensuing decade grew to 27,000.  And for a number of years, from

21  2010 to 2013, it was about 27,000 runners.  So it is a much

22  larger event than it once was.

23  Q.   How would you describe the significance of the Boston

24  Marathon?

25  A.   The marathon has a different significance, I'm sure, for a

1   great many different people.  For runners, it is the only

2   marathon outside of the Olympic Games and the world

3   championships for which one needs to qualify in order to run,

4   for the most part.  For in excess of 80 percent of the field,

5   it is necessary for somebody to have run another marathon

6   somewhere else, and done it in a time standard that is set for

7   their age and gender.  So it's an aspiration for a great many

8   people.  And the qualifying standards are difficult, so it's a

9   challenge for someone to do, and it is seen as quite an

10  accomplishment by people who do it.

11      The significance is different for others.  There are

12  people who come out every year to work on the race, to

13  volunteer.  There are between 8500 and 10,000 people, depending

14  on field size, who come out and volunteer each year.  And many

15  of them come back year after year.  There's a great commitment

16  to it there.

17      For people who live along the route, it is a day to come

18  out and have one of the first days of spring when one can get

19  outdoors and perhaps cheer for an event and for some athletes

20  that are going by their door.

21  Q.   And what day of the year does the marathon occur?

22  A.   It falls on Patriots' Day, which is -- which falls on the

23  third Monday in April each year.  It is a Massachusetts

24  holiday, so schools are out and many people are off work.  So

25  it's a day when people have the opportunity to come out and

1    watch if they wish.

2    Q.   And is there a significance of it being on Patriots' Day?

3    A.   It was -- the Boston Marathon, officially the BAA Boston

4    Marathon, was originally known by the name America's Marathon.

5    And I think -- although I wasn't there for it, I expect that it

6    was chosen to coincide with Patriots' Day, in part, because

7    that was the day that honored the Battle of Lexington and

8    Concord.  The notion of American freedom and let's find another

9    way to celebrate that day, and that's when the marathon was

10   selected for that date.

11   Q.   You mentioned that it was one of the -- the Boston

12   Marathon is one of the few that requires a qualification.  Are

13   there other distinguishing aspects of the Boston Marathon

14   versus other marathons around the world?

15   A.   Well, it is among the largest and it is also one that

16   attracts some of the finest competitors in the world.  So it is

17   a combination of being an elite race with professional runners

18   competing for prize money, as well as a mass-participation race

19   for a great many people, for those who are able to qualify.

20   And there are very few such races around the world that have

21   that combination of size and high-performance participation.

22   Q.   Can you describe a little bit about what that balance is,

23   the ratio is of competitors in terms of whether they're elite

24   runners or just competitive runners who are running for time or

25   other runners?

1    A.    The number of elite runners is rather small.  So each year

2    for the men's and women's open division, the people who are

3    competing for prize money, there are 15 to 20 in each of those

4    categories who might have some chance, not necessarily of

5    winning but of winning some money.  Maybe 30 would have an

6    opportunity to win money.  There's a wheelchair competition as

7    well, and there is a slightly smaller number of elite athletes

8    competing for money there.

9         About 80 percent of the field, a little more than that, is

10   made up of people who have come in through open registration,

11   which is to say that they have run another marathon in the

12   past, and within the preceding 18 months or so, that meets the

13   qualifying time for their age and gender.

14        About half of the rest of the field is made up of charity

15   runners who are running either in the charity program operated

16   by the BAA or that operated by our principal sponsor, John

17   Hancock.  Other runners who are in that additional percentage

18   come from running clubs here, from cities and towns along the

19   way, international runners coming through tour groups.  In

20   general, many of the people who are instrumental in allowing

21   the marathon to go forward by providing that assistance, it

22   seems fair that they should have some opportunity to designate

23   some of the people who will run.

24   Q.    So just on that point, do you -- can you describe

25   generally what that course is from Hopkinton to Boston?

A.    It is just over 26 miles, or just over 42 kilometers.

Hopkinton resides about 490 feet above sea level, so people

start on the course at a relatively high point and run down a

steep hill and then run through -- from Hopkinton through

Ashland into Framingham.  In Hopkinton, there's a considerable

crowd of spectators at the very start.  As the race then moves

beyond Hopkinton, it is a more -- the course is a more -- has a

more rural character to it.  So the number of spectators is not

as great going through the first part of Hopkinton after the

start and then through Ashland.

It moves then into Framingham and Natick where it is a

more suburban set of communities.  There are more spectators

along the road.  It goes from Natick into Wellesley.  In

Wellesley the number of spectators rises considerably, most

famously, perhaps, as the runners pass through Wellesley

College where the students come out in great numbers to

encourage runners, then through Wellesley Center where a great

number of people come out to watch.

It then -- the course then passes past what we think of

here as Route 128, I-95, and gets into a series of hills.

There are four major hills that the runners have to cross in

the city of Newton, most famously Heartbreak Hill which leads

up to Boston College.  The number of spectators is, if

anything, greater as the runners come through Newton and as

they get to Heartbreak Hill, which is at about 21 miles coming

 1   up to the buildings at Boston College.  The crowds are very,

 2   very dense.

 3        The race then goes down from that hill through Brookline,

 4   where the crowds are very thick, and finally comes through

 5   Kenmore Square in Boston, onto Commonwealth Avenue, right onto

 6   Hereford Street, left onto Boylston Street, which is where the

 7   finish is.  The crowds in Boston are very dense, and the number

 8   of people and the noise that they make at the finish is

 9   considerable, both because there are a lot of people there and

10   because they are now in an urban setting with large buildings

11   around them.

12   Q.   Can you describe a little bit about the makeup of the

13   spectating population of the marathon as it varies across the

14   course?

15   A.   The spectators who are there reflect the diversity of

16   their communities through which the race passes.  For much of

17   the first part of the race, probably the first 20 miles or so,

18   the spectators in the main are people who live there, people in

19   those towns.  They are people, in many cases, who have been

20   coming for many years.  Their parents may have been out as

21   spectators at the race; their grandparents may have been out

22   there.

23        As the race gets more toward Boston College, then the

24   student participation in spectating goes way up.  And as the

25   race then goes down into Brookline and into Boston, there are

1    more -- many local people are there, but also visitors from

2    other places.  Marathoners come from many states -- from all

3    states and many countries.  They bring family members with

4    them.  There are a lot of people who are students here or

5    people who are working in Boston who will come out to watch the

6    race.

7         So there is a diversity to the spectators that, as I say,

8    reflects where the race is being run.

9    Q.   What kind of interaction do spectators have with

10   participants in the race?

11   A.   They express a great deal of enthusiasm for the runners in

12   the race.  For those who are running -- it's been a long time

13   since I have, but even going back that far, I remember how

14   inspiring it is to have people cheering for you as you are

15   running.  It is exciting.  It is exhilarating.

16        For the spectators, it is -- it's a chance to come

17   outdoors in the springtime.  It's a chance for them to cheer a

18   little bit.  And they come out and, when necessary, take care

19   of runners.  So if, for example, we have, as we did in 2012, a

20   very warm day, in addition to the hydration stations that we

21   have along the way on the course -- and there are hydration

22   stations every mile along the way -- in addition to that,

23   people who live along the course will bring out water and ice

24   and orange juice and fruit, and little children will have

25   orange peels that they give to runners.  And it leads to a very

1    heightened degree of interaction between the spectators and the

2    runners.

3    Q.   Now, does the marathon have a significant financial impact

4    on the area?

5    A.   Each year the Greater Boston Convention & Visitors Bureau

6    does an analysis, an estimate of the economic impact of the

7    marathon, and publishes that.  In 2012 the number that they

8    published was approximately $137 million; for 2013 it was a bit

9    more than that.  I think $142 million.

10   Q.   And is there an estimate that the BAA uses for how many

11   people come into Boston because of the marathon?

12   A.   It's difficult to -- well, the connection at the Visitors

13   Bureau has a formula they use.  I don't know precisely what it

14   is, but they look at the number of runners and decide how many

15   people will be there; they look at media people who come in,

16   those who are attracted to cover the race, and they have a

17   formula that they use to come up with their economic impact

18   study.

19        It's difficult for us to be able to say exactly how many

20   spectators there are along the way.  There is no way to count

21   them.  The estimate we have used is that in a year when the

22   weather is favorable and a lot of people come out, there are

23   perhaps half a million people who line the course.

24   Q.   Can you describe the diversity of places from which

25   runners come to participate in the race?

A.   Well, certainly all 50 states in the United States are
represented in the marathon field.  About 20 to -- there are at
least 40 percent who are from outside Massachusetts and New
England.  All states are represented.  And there are runners
from many countries.  About 18 percent of the field is
international.  So the rest are domestic from various places
around the U.S.

Q.   And approximately how much does it cost to put the
marathon on?

A.   For us at the Boston Athletic Association, the amount that
we spend in order to put on the race in sort of a normal year,
going back to 2012 or 2013, is in the $7 million range;
however, there are contributions that come from others that go
beyond that.  So that, for example, another of our sponsors,
Adidas, provides jackets to all the volunteers, provides shirts
to all of the athletes who are competing; Poland Spring
provides water; Gatorade provides hydration beverages of
theirs.  Others provide other things.  John Hancock provides
assistance in various ways.

     So I know what we spend.  I don't have a number for
everything that goes into it, but it is a number more millions
of dollars.

Q.   And so the BAA has relationships with various sponsors?

A.   We do.  We have a principal sponsor, which is John Hancock
Financial Services here in Boston.  That is a relationship that

1    is now 30 years old.  The second largest sponsor is Adidas.

2    That's a 27-year relationship.  And there are a number of other

3    significant sponsors with whom we work.

4    Q.   What about charities?  Are there relationships with

5    charities that the BAA has?

6    A.   There are.  The most formal relationships with the

7    charities are conducted by the BAA and by John Hancock.  We

8    each have a charity program in the BAA program.  We have about

9    30 charities in any given year with whom we work.  They receive

10   approximately 15- to 1600 entries that they can distribute to

11   people whom they select to raise money for that charity.

12        John Hancock has a charity program involving approximately

13   a thousand runners.  They have more charities in that program.

14   They have more than a hundred charities with whom they work,

15   and the charities are able to select whomever they want.  They

16   generally require a fund-raising minimum, generally, over

17   recent years, in the realm of four to five million dollars.

18   Then at the end, after the race is over, the charities all

19   report back.  And in the realm of 2012-2013, the amount raised

20   in the aggregate would be approximately $20 million from those

21   two programs.

22   Q.   And those who run for charities, I assume that they don't

23   have to qualify like the majority of the runners?

24   A.   The entries that are provided to the charities waive the

25   qualifying requirement, although there are some runners who

1    have met the qualifying requirement who choose to run via the

2    charity programs.

3    Q.   Are there other events that the BAA puts on around the

4    time of the marathon?

5    A.   During marathon weekend there are events in two

6    categories:  First, athletic.  On either Saturday or Sunday --

7    in 2013 it was on Sunday -- we conduct a five-kilometer road

8    race that starts -- in those days started and finished at the

9    Boston Marathon finish line with, in that year, about 7,500

10   participants.  That's followed on that day by a series of urban

11   mile races:  one-mile races around city streets with six

12   categories.  One actually is one kilometer rather than a mile.

13   There's a one-kilometer race for middle-school boys and one for

14   middle-school girls; and then there's a one-mile race for

15   high-school boys and for high-school girls; and then a one-mile

16   race for professional male and female competitors.  They run

17   around city blocks, coming past the finish line and the

18   grandstand a couple of times.

19        And then in the afternoon on Saturday of marathon weekend

20   we have what's called the "Relay Challenge" which is a series

21   of relay races along Boylston Street right by Copley Square in

22   the Back Bay, with teams comprised of kids from Boston schools,

23   schools from towns along the marathon course and a few other

24   towns.  And the kids who compete in those races are kids who

25   have been -- have gone through a training program to get ready

1  for it.  Those are the athletic events.

2       There are then a series of other events, more on the

3  social side of things, some welcoming events.  There is an

4  event at which we make presentations of numbers to returning

5  champions, known as the "Champions' Breakfast"; there is,

6  through the course of the weekend, what is referred to as the

7  "Expo," which is perhaps most easily seen as a kind of trade

8  show, usually at the John Hynes Convention Center, at the

9  Prudential, at which people in the running and fitness industry

10  have booths at which they exhibit products and where people can

11  buy things.

12       For people who have come to run in the race, they have to

13  go to the Expo to pick up their race number.  They receive a

14  postcard which they then bring to the Expo; they go through our

15  registration area.  They receive their number, they receive the

16  T-shirt that Boston Marathon contestants receive, then go

17  through the Expo.  It is a very large and heavily attended

18  event.

19       After the marathon is over, there is an award ceremony

20  recognizing the winners, both those who have won prize money

21  and people through five-year increments of age category, male

22  and female.

23       I left out something in the beginning.  The night before

24  the marathon, on Sunday evening, there is a pasta dinner for

25  all runners who choose to go that's conducted at Boston City

1    Hall and Government Center.  A couple of years ago about 8,000

2    people attended that event.

3         Following the race, following the award ceremony, there is

4    then a post-race party that is conducted.  It has, in recent

5    years, been up at the House of Blues and Fenway Park.

6    Q.   Aside from the events that the BAA puts on, are there

7    other social events on that day of Marathon Monday?

8    A.   There are a great many people who come to Boston for the

9    marathon.  People who are, for example, publishers in the

10   running industry, who have magazines; equipment manufacturers

11   come.  And for many of them, they will host social events for

12   the people whom they would like to reach.  So there are a great

13   many social events that go on through the course of the weekend

14   that are independent from the BAA.

15   Q.   Now, are there sporting events going on around the same

16   time?

17   A.   Well, the most notable one on the same day as the marathon

18   is a Red Sox game that is traditionally played in the morning

19   on Patriots' Day as opposed to the normal game times.  And it

20   has been common for many years for a lot of people to leave the

21   Red Sox game and then walk down into Kenmore Square to watch

22   the marathon go by.

23   Q.   It may seem obvious, but what kind of media attention does

24   the Boston Marathon receive?

25   A.   A substantial amount.  There are approximately a thousand

1    media credentials issued, but that's total people.  There are

2    80 organizations that are registered.  Some are print; some are

3    TV of all kinds, domestic and international.  There are 20

4    international outlets that come and receive credentials and

5    cover the race.  It is covered on television in Boston by our

6    broadcast partner here.  It is then carried nationally by a

7    separate carrier with whom we contract.

8         The BAA contracts with a firm to produce the video

9    production, the TV show, as it were.  And that is conveyed

10   locally by one station, nationally by a national network.  And

11   then there are -- it's also live-streamed over the Internet.

12   And there are individual broadcasting companies in different

13   countries, 20 or so, that carry the race in those nations.

14   Q.   And is there an estimate about how many -- the volume of

15   people who watch the marathon in some respect?

16   A.   I haven't looked at that in recent times.  I'm not an

17   expert in ratings.  It's a pretty large number, but the fact

18   that it's on a Monday diminishes that to some extent.  It's not

19   a holiday anywhere else.

20   Q.   Are there various partnerships aside from the sponsorships

21   and the charities that you described in which either the BAA or

22   some other partners have relations with?  Business

23   partnerships, relations with -- in the Boston area?

24   A.   Perhaps you can guide me a little bit further.

25   Q.   Sure.  Are there hotels, restaurants, other types of --

A.   Oh, I see.  Well, there is a host hotel for us that is right in Copley Square, the Copley Plaza Hotel.  That's the place where the BAA conducts most of our press events and a couple of large social events; one that I failed to mention before, on Saturday evening, a large reception that was known for many years as the Mayor's Reception.

It is that organization with whom we have a direct relationship, but all of the surrounding hotels and restaurants benefit from all of the runners that are there.  We have never had a need to enter into relationships with those hotels or restaurants, to sort of help them out, because people seek them out quite a lot.  We do provide entrance to the race with something referred to as a "runner's passport," which shows them as entrants to the marathon and provides them discounts at some restaurants where they might go.

Q.   What type of logistics does the BAA have to accommodate for to put on an events like the marathon?

A.   There is a very substantial amount of work to be done in order to provide for the needs of all the runners as well as making everything as accessible as we can for spectators and for media.  If one starts at the beginning, with a race starting out in Hopkinton, and most people being somewhere else, we need to get them all out there.  So we have a very extensive bussing program that takes place beginning early on Monday morning, sometimes as early as six o'clock, with people

1  reporting to the Boston Common and being bussed out to

2  Hopkinton in waves.

3       They get out there and they need a place to wait for the

4  race to start, so we work with the town officials in Hopkinton

5  to provide what's referred to as an athletes' village out

6  there, where athletes can await the beginning of the race.

7  There are announcements; there are refreshments for them if

8  they need them.  And they are then -- because there are so many

9  of them and because the course is really the same as it was in

10  1897 -- it hasn't gotten any wider -- they have to come in

11  waves.  In 2013 there were three waves of 9,000 each.

12       And so the first wave will be brought out to the finish

13  area, and they will go off; 20 minutes later another wave will

14  come out, and they will go off; 20 minutes later another wave

15  will come out and they will go off.  So the first major

16  logistical challenge is just making sure they're all there,

17  bussing as much as 80 percent of them out there, and then

18  getting them off to an orderly start.

19       Going down the course, the next two most important areas

20  are hydration and health.  For someone running 26 miles, 42

21  kilometers, they need hydration along the way.  We have

22  hydration stations with either water -- with water and Gatorade

23  virtually every mile along the course, all the way to the

24  finish.  And in order to meet possible health needs, there are

25  first-aid medical tents nearly every mile along the way.

1       The hydration stations are busy right from the beginning

2   all the way along the course.  The first-aid and medical tents

3   are less busy in the early stages of the race.  It is a very

4   fit field of runners.  Virtually all of them have met a

5   qualifying standard.  But as they get further down the course,

6   medical interactions become a little bit greater, and so the

7   first-aid medical tents are larger.

8       As one gets all the way down through the course to the

9   finish area, now you have some thousands of runners who are

10  done and they stop, and their needs need to be met there.  When

11  they cross the finish line, they receive more hydration; they

12  receive something to eat; they receive their finisher's medal,

13  which is very important to them; they receive a heat-retention

14  cape, a blanket to keep them warm.

15      And if they need medical attention, there are really two

16  medical tents that are available for them.  The first is a very

17  large one, referred to as Medical Tent A, which is located at

18  Dartmouth Street in the Back Bay right in front of the Boston

19  Public Library.  It's a very large white tent, quite noticeable

20  by anyone, with space for about 200 cots inside.

21      There is also a second medical tent down the road, a

22  little bit further in the Back Bay, which is a little less than

23  half the size of that for overflow and for runners who may

24  cross the finish line and feel all right and receive their

25  refreshments, but as they get a little further down, suddenly

1   get a little shaky.  And that can happen.  So they would go to

2   Medical Tent B.

3        There is also a large area down in that part of the Back

4   Bay where people can be reunited with their families, what's

5   referred to as the family meeting area.  And so there are

6   letters on lightposts and sign posts so that people whose last

7   name begins with R can meet their family in that locale.

8        The last bit of business, kind of a large item, is that in

9   2010, '11, '12, 13, runners could take out to the start with

10  them a personal bag that -- we would issue them a bag that they

11  could use to put personal belongings in and then be able to

12  reclaim them at the finish.  And those bags would be put on

13  busses, those busses would be driven back into Boston while the

14  competition was going on, and when the runners finish, they

15  cross the line, received hydration, food, heat-retention cape,

16  whatever they wanted, they would then come to a place where

17  these busses were and they could, with their race number,

18  receive the correspondingly numbered bag with their personal

19  effects in there.  At that point, once they had all of that,

20  went off to meet their family, then they're on their own.

21  Q.   What types of precautions does the BAA take with regards

22  to security?

23  A.   We partner closely with public safety officials at all

24  levels, and it is they who provide for security matters.  A

25  rather simple way to think about it might be that our attention

1    is focused on what happens inside the curbstones, for the

2    runners, and public safety officials are more looking to the

3    outside.  There is a very high level of coordination that goes

4    on among those public safety officials in the months leading up

5    to the marathon every year.

6          It is coordinated to a considerable degree through the

7    Massachusetts Emergency Management Agency, which has its

8    headquarters in Framingham, Massachusetts.  And there are

9    meetings out in Framingham, at their headquarters, at which

10   both public safety and police, fire, emergency management,

11   emergency medical people get together along with various state

12   agencies and federal agencies to plan for the race that year

13   and to address any security issues that they think need to be

14   addressed.

15   Q.   Let's go to the 2013 marathon.  How did that day start?

16   A.   2013 began as any marathon had for a number of years with

17   runners going down to the Common to get on busses to go out to

18   Hopkinton.  It was a good weather day.  The year before, in

19   2012, we had had very high heat and had to take extra measures

20   in order to provide, particularly for hydration, for runners.

21   So when the race was beginning to form in 2013, it was good

22   news for everybody that it was a good weather day.  A good day

23   to run and a good day to watch.

24   Q.   And so there were staggered start times that morning?

25   A.   That's right.  Once the runners got out to Hopkinton, then

1    there is a very tight schedule to the way everything begins.

2    At nine o'clock the athletes to whom we refer as mobility

3    impaired, those for whom mobility is most challenging, began.

4    At 9:17 the wheelchairs go off.  Men and women in push

5    wheelchairs.  At 9:22 hand cycles would begin.  There's a small

6    number of people who compete in hand cycles, a wheelchair but

7    where they don't push the rim of the wheel; they have what look

8    like pedals in their hands that they turn.  There's a geared

9    system that moves the chair down the road.  At 9:32 the elite

10   women, the women competing for prize money, start so that they

11   can -- the reason for that being so that they can have a

12   competition themselves rather than being in the midst of a

13   large pack of runners, including men.

14       And then at ten o'clock the large race begins.  At 10 a.m.

15   the elite men start, the men competing for prize money.  And

16   then at the same time, right behind them, is Wave 1 of the

17   overall field, so the first group of 9,000 runners.  After they

18   leave, there's a 20-minute period for runners to move from the

19   athletes' village out to the starting line so that Wave 2 can

20   begin at 10:20.  And that process repeats itself.  Wave 2

21   leaves; the people in Wave 3 move from the athletes' village

22   out to the starting line, and at 10:40 they began.

23   Q.   And what were your duties essentially during the day?

24   A.   Well, as executive director of the Boston Athletic

25   Association, we, the organization, and I, as its

1   representative, have overall responsibility for the race.

2   We -- there's a gentleman who has been the race director for a

3   number of years who is in charge of the tactical implementation

4   of everything that happens out on the race course, and he is

5   out in Hopkinton at the beginning of the race and then on a

6   lead vehicle in front of it.

7       Having been the finish line announcer for a very long

8   time, I have continued to do that.  That leaves me at the

9   finish line.  So we have a race director who's out on the

10  course and I at the finish, and with a couple of other people

11  there in case I have to -- in case I'm called away.  I would

12  act as finish line announcer, which really for a long time

13  involves talking to people who have come to the finish line

14  quite early, long before any runners are coming in, but to get

15  a good space to watch.

16      And so I would, at the time of the start of the wheelchair

17  division, start talking about 9:15 or so, just to describe for

18  people the scene out in Hopkinton, what it looks like, what it

19  feels like, and then let them know when races began.  And then

20  over the course of the morning, over the course of the race,

21  describe to people a little bit of what was happening, who was

22  ahead, who was challenging, just to keep them apprised of what

23  was going on.  Over the course of that time, more and more

24  people would begin to fill in the grandstands that are there.

25  Q.   Now, before you came in to testify, did I show you several

1   photos, a video and a few diagrams?

2   A.   Yes, you did.

3   Q.   And did you recognize those?

4   A.   I did.

5   Q.   And Exhibits 1 through 4, are those photos of the finish

6   line area of the Boston Marathon on 2013?

7   A.   They are.

8   Q.   And do those fairly and accurately depict that scene that

9   day?

10  A.   Yes, they do.

11  Q.   And Exhibit 5, is that a video captured from the photo

12  bridge at the Boston Marathon on 2013?

13  A.   Yes.

14  Q.   And does that fairly and accurately depict the events that

15  occurred at a certain period of time during the Boston

16  Marathon?

17  A.   It does.

18  Q.   And the diagrams that I showed you, Exhibit 774, 789

19  through 791, are those fair and accurate diagrams of the area

20  on Boylston Street leading up to the marathon finish line?

21  A.   Yes, they are.

22         MR. CHAKRAVARTY:  Your Honor, at this point I would

23  move in Exhibits 1 through 5, 774, 789 through 791.

24         MS. CONRAD:  Your Honor, no objection to the photos

25  and video; however, with respect to the diagrams, we have no

1    objection to them being used as chalks.  We do object at this

2    juncture to their admission as exhibits.

3             THE COURT:  Well, perhaps we could have something

4    about their preparation.

5    BY MR. CHAKRAVARTY:

6    Q.   Mr. Grilk, the diagrams that you saw with regards to the

7    finish line configuration, and perhaps just for the --

8             MS. CONRAD:  I don't have an objection to them being

9    shown, just to be clear.

10            THE COURT:  Yeah.  Well, I wanted to give you an

11   opportunity for foundation if that was the -- if that was what

12   was needed.  If that's not, then we can just reserve on the

13   question.  We can use them now and decide the admission

14   question later.

15            MR. CHAKRAVARTY:  That's fine, your Honor.  I mean,

16   they are relatively to scale.  It's not like a chalk --

17            MS. CONRAD:  Objection to Mr. Chakravarty testifying.

18            MR. CHAKRAVARTY:  Fair enough.

19            So if we could put up Exhibit 1, please.

20            (Government Exhibit Nos. 1 through 5, admitted into

21   evidence; Exhibits Nos. 774, 789 through 791, marked for

22   identification.)

23   BY MR. CHAKRAVARTY:

24   Q.   Mr. Grilk, can you describe this scene for us?

25   A.   That is an aerial view of Boylston Street looking down

1    toward the finish line as the runners would approach it.  And

2    as one looks, there is what appears to be a blue triangle, and

3    that is just after the finish line.  And up above it --

4    Q.   Where I circled, is that what you're talking about, the

5    blue triangle?

6    A.   That's right.  Yes, that is just beyond the finish line.

7    The finish line is the yellow line in the road, just prior to

8    that as one looks up the street here.

9    Q.   Is that where I just --

10   A.   It is there, yes.

11        And then up above where one sees what appears to be a

12   white strip is a temporary structure that we refer to as the

13   photo bridge, which is where photo and video journalists are

14   who are taking pictures.  It's also where a couple of the media

15   outlets are that are doing a broadcast of the race, both the

16   local broadcast and the organization that does the national

17   broadcast.

18   Q.   And the video that we're going to watch in a few seconds,

19   is that taken from that photo bridge?

20   A.   It's taken from the photo bridge looking back up in the

21   other direction, yes.

22   Q.   Is this the grandstand area over here that you're

23   describing?

24   A.   Yes, it is.

25   Q.   Okay.  And over here, do you recognize that structure

1   behind what I just circled?

2   A.   With the blue tent is the announcer's platform.  So it is

3   there that I sit during the time when announcing the race.

4   Q.   Now, along that side of the street, are there various

5   flags lining the street?

6   A.   There are.  There are metal structures up there,

7   barricades, and attached to those are flags of many countries

8   representing countries from which runners come to run the race.

9        MR. CHAKRAVARTY:  May I have Exhibit 2, please.

10  Q.   Can you describe what you see here?

11  A.   The video screen that appears in the picture is put up

12  each year at the corner of Boylston Street and Exeter Street.

13  It is across the street from where those grandstands are

14  located.  So it allows people who are seated in the grandstand

15  to be able to see a video feed of what is happening out on the

16  race course.

17  Q.   All right.  And this -- so from your position where you do

18  the commentating, can you typically see the jumbotron?

19  A.   I cannot.  It's behind the flags.

20       MR. CHAKRAVARTY:  Exhibit 3, please.

21  Q.   Now, can you tell where this depicts?

22  A.   Well, this is -- looking at the same corner, just for

23  reference, at the very top right one can see a little blue

24  patch with the John Hancock logo.  That's the large video

25  screen that we saw before.  The street is Boylston Street.  And

1   this depicts runners coming to the finish there as they cross

2   Exeter Street, which is the cross-street there in front of the

3   grandstand, which one can see on the left there.  They have

4   about another half a block to go to the finish line, which is

5   opposite the center of the Boston Public Library.

6          MR. CHAKRAVARTY:  And Exhibit 4, please.

7   Q.   And can you describe what that is?

8   A.   This is an aerial view of the marathon finish, again,

9   looking in the direction in which the runners are going.  The

10  finish line in yellow is where you have marked it.  On the

11  right side of the picture are the really two grandstands.  In

12  the lower right-hand corner is the larger grandstand which is

13  most analogous to, perhaps, bleachers one might see at a high

14  school athletic event.  The lower grandstand with white chairs

15  is smaller, and that's right on the finish line.  And it is

16  right there at which presentations are made of the champions,

17  trophy and metal, and the olive wreath that is given to the

18  champion.

19       As one goes beyond the finish line, it is -- one can see

20  the photo bridge much more clearly here with a white awning

21  over the top.

22  Q.   And up in the upper right-hand corner, what is that?

23  A.   That is Medical Tent A that I described before.  So people

24  going through the finish area can go in there if necessary.

25  There are volunteers who are out in the finish area who are

1    able to pick up anyone who needs medical assistance, put them

2    in a wheelchair and take them down to that tent.

3    Q.    And is this the booth that you typically --

4    A.    That is where I'm located, yes.

5    Q.    And these are the flags that you described earlier?

6    A.    They are.

7              MR. CHAKRAVARTY:  Let's put up Exhibit 774, if we

8    could.

9    Q.    Why don't you describe what this shows.

10   A.    It's a diagram of Boylston Street looking down from above.

11   The yellow finish line is easy to see there.  And just to the

12   right of that, a kind of grayish white line, represents where

13   the photo bridge is.  The lower portion of the diagram

14   represents the Boston Public Library:  to the right, the older

15   portion; to the left, the newer portion.

16   Q.   And based on your experience at the marathon, does this

17   diagram appear to be scale?

18             MS. CONRAD:  Objection.

19             THE COURT:  Overruled.

20             You may answer it.

21             THE WITNESS:  Yes.

22   BY MR. CHAKRAVARTY:

23   Q.   And there are names of various establishments on the

24   diagram.  Do those purport to represent the structures that are

25   next to them?

1    A.   They are places that I remember from that time.   There

2    have been some changes since 2013, but yes.

3              MR. CHAKRAVARTY:   Can we do Exhibit 789, please.

4    Q.   And is this just a smaller version of just that block

5    closest to the -- between Exeter and the finish lane?

6    A.   That's right.   Exeter Street, the gray vertical line to

7    the left, and Dartmouth Street over to the right, and the

8    Medical Tent A depicted in the lower right-hand corner.

9    Q.   Now, on this map where were those -- the flags that we

10   were just looking at on the photo?

11   A.   If one looks down at the finish line, it is on the -- how

12   best to say it, opposite the library.   So the library is on the

13   lower portion.   So one would go across the street, and the

14   flags go from right around where the finish line is up to just

15   about Exeter Street at the left edge of the picture.

16   Q.   So is it the area where I circled?

17   A.   Yes.

18             THE COURT:   Mr. Chakravarty, I assume you know this,

19   but the witness is able to do that as well.

20             MR. CHAKRAVARTY:   I do, your Honor.   I was just about

21   to ask him that but --

22             THE COURT:   I wasn't sure whether you --

23             MR. CHAKRAVARTY:   Thank you, your Honor.

24             Exhibit 790, please.

25   BY MR. CHAKRAVARTY:

1   Q.   And do you recognize what this stretch of Boston is?

2   A.   This is now looking one block further out on the race

3   course, so that now we're between Exeter and Fairfield.  So

4   the gray -- I can do this?

5   Q.   You may have to press hard.  That's why I was reluctant to

6   ask you --

7   A.   So there is Exeter Street, which is the street we were

8   looking at before; now it's a block further up there.  There's

9   Fairfield Street.  The finish line is now down that way a half

10  a block.

11  Q.   Okay.  And are you familiar with this area in front of the

12  Forum restaurant?

13  A.   I am.

14       MR. CHAKRAVARTY:  Exhibit 791, please.

15  Q.   And can you describe what this depicts?

16  A.   This goes up now yet further so that now we're up -- here

17  is Hereford Street, which is where -- let's see.

18  Q.   Could it be Gloucester?

19  A.   Yeah, it would be Gloucester.  Hereford is yet one further

20  up where the runners come in.  So now it's a further block up

21  the race course prior to the finish.

22  Q.   Now we're on 2013 Marathon Monday.  Were spectators lined

23  up and down this part of the route?

24  A.   Yes, on both sides of the street.

25  Q.   And how dense would you compare the spectator --

1    spectating population in this area versus elsewhere on the

2    course?

3    A.   It is as dense here as it gets.  There are people that

4    fill the sidewalks.  The same is true in some other parts of

5    the course.  There are places where people fill all available

6    space, or so it seems.  It's true here.  If one goes out to the

7    Heartbreak Hill area in Newton, there are very dense, deep

8    crowds there as well.

9         MR. CHAKRAVARTY:  Can we call up Exhibit 5, please.

10   Q.   Now, the density of the crowd:  About two and a half hours

11   or so after the last wave had left Hopkinton, approximately how

12   dense would you say the crowds were in that area versus earlier

13   in the day?

14   A.   The crowds tend not to diminish very much, at least from

15   my observation.  There are a lot of people who stay out there,

16   and they continue to cheer loudly.  So it would seem that they

17   are out there enjoying cheering for the citizen runners, the

18   non-elites, but the people who have worked so hard to qualify

19   and are now finishing the Boston Marathon.

20   Q.   So on Exhibit 5, there's a clock that I'm circling here

21   with a time on it.  What does that time represent?

22   A.   That represents the time that's elapsed since a particular

23   wave left the starting line.  In years gone by, there was only

24   one time for the marathon.  Everyone lined up at the starting

25   line and the gun went off and everyone ran in, and your time

1    for the race was the time at the finish line when you got

2    there.  So if you started back in the pack, you were at a

3    disadvantage, but it was important for you to know what the

4    clock was at the finish because that was your official time for

5    the race.

6         As years have gone by, technology has made that clock less

7    important in that regard.  Now the race is timed electronically

8    for the vast majority of people who are running.  So that they

9    have a chip -- originally they were tied in to people's running

10   shoes, now it appears it's in the back of one's race number.

11   And every time one goes through a five-kilometer checkpoint,

12   time is recorded.  The official time for a runner is the time

13   recorded when they cross the finish line, and it's the time

14   that has elapsed and been measured electronically from the time

15   they cross the start to the time they get to the finish.

16        The principal benefit that those clocks provide these days

17   is really more to give spectators a sense for how far along the

18   race is.  So at the very beginning of the day when the clocks

19   are first set up, the starting gun is fired and that triggers

20   an electronic pulse that starts the clock -- the official clock

21   out in Hopkinton, but also triggers the clocks at the finish.

22   And it's initially set for the wheelchair competition.

23   So -- and that's the first group to finish.  So that spectators

24   can see where that is and they see the official time for the

25   wheelchair competitors because they all start at once.  It's a

1  relatively modest number, 50 or so.

2      When the women's elite race starts about 15 minutes after

3  the wheelchair competitors start, then one of the two finish

4  clocks is set to the women's elite start, and it then changes

5  as time goes by.  Then at ten o'clock, the men's elite group

6  and the first wave of runners starts, and then the wheelchair

7  clock switches back over to the starting time for the main

8  race.

9      There are scheduled times to shift those times back and

10 forth among waves but it is sort of loosely observed.  Once the

11 race is really going on, the officials in the street -- one in

12 particular -- will watch to see whether it now appears that

13 most of Wave 1 has come through.  And at that point, one or

14 both clocks will switch to Wave 2.

15     The way that an official can tell is that the waves have

16 different colored bibs, different colored numbers:  Wave 1,

17 red; Wave 2, white; Wave 3, blue.  And so those clocks would

18 shift.  And at a certain point, both clocks will reflect the

19 last wave of runners to have started.

20 Q.   So if the last wave of runners on April 15 of 2013 was at

21 10:40 a.m., the clock shows that the time is approximately 2:49

22 p.m.?

23 A.   It does.

24 Q.   And without identifying specific individuals, have you

25 reviewed this video and recognized several individuals in the

1    video?

2    A.    I do.

3    Q.    All right.  I'm going to play the video through now.

4          (Video recording played.)

5    Q.    Mr. Grilk, the portion of the video that I stopped here

6    and I'm circling, are you familiar with some of the

7    establishments that are around that blast?

8    A.    Yes.  The one with which I'm most familiar is a store that

9    sells running footwear and apparel, Marathon Sports.

10         (Video recording played.)

11   Q.    Now, here, the location of the second blast, what

12   establishment, if any, is near there?

13   A.    Again, the one with which I'm most familiar is the Forum

14   restaurant.

15   Q.    And you've been to both of these locations after the

16   blast?

17   A.    I have.

18   Q.    What happened after the blast occurred from the BAA

19   perspective?

20   A.    Well, for us in a situation like that, our approach is to

21   focus on those people to whom we have the greatest

22   responsibility, to focus on those things that we can control

23   and try not to be too distracted by those that we cannot.  And

24   that day we had runners out on the course.  We, the BAA,

25   couldn't help with medical attention beyond the assets that

1  were -- beyond the people who were already there in the medical

2  tent doing what they did.  So for us as race organizers, we

3  really looked to those people who were outside that area to do

4  what we could to meet their needs.

5       There were some 5,600 runners who were stopped, who were

6  unable to complete the course, some starting at Massachusetts

7  Avenue and Commonwealth Avenue in the Back Bay.  Everyone was

8  stopped and no one was allowed to go beyond there.  So our

9  focus was initially on, what can we do for these people?  How

10  do we get them back in?  There were some who were, for example,

11  taken to a church at Boston College.  So we wanted to get

12  busses out there so we could get them back in and get people

13  back in from other places.

14       Also, it was very important to runners to be able to

15  collect their personal belongings after the race.  For many

16  people, they would have phones in there, hotel room keys,

17  things that were important enough to them that they checked

18  them so they could get them immediately after the race.  And we

19  wanted to find -- we wanted to try to get that available to

20  them as quickly as we could.

21       Those personal bags were in busses that were on Boylston

22  Street, and that whole area was closed immediately by public

23  safety authorities.  So we had conversations with them to see

24  if we couldn't find some way to get some of those belongings

25  out for people.

1        So that's what we could do.  And then be as cooperative as

2    we could with public safety and medical authorities to deal

3    with the needs of those who had medical needs.

4    Q.   And did those people go in to the scene and deal with the

5    emergency response?

6    A.   Well, the people on the scene for us, our volunteers, our

7    medical staff attended immediately to needs of everybody whom

8    they could, going back to the same principle:  Where did they

9    feel an obligation?  It was to those runners or anybody who was

10   in the finish area who had been hurt.  And they went out to get

11   them, to do what they could, to provide first aid on the scene

12   or get them down to the medical tent.

13       Generally what happened was that volunteers and others

14   see -- official volunteers with volunteer jackets or people who

15   were just there, spectators, would do what they could to get

16   people who had been injured down into the medical area.  As

17   those people were brought into the medical tent, those who were

18   most critically injured were taken immediately to ambulances at

19   the other end of the tent; others were attended to, as well as

20   possible, while more ambulances could be obtained, and that was

21   generally being coordinated by Boston EMS, Boston Emergency

22   Medical Services.  And those people did a magnificent job.

23   Everyone who entered that tent alive is alive today.

24   Q.   Is it fair to say that that tent filled up?

25   A.   Yes, it did.

1    Q.    Did the marathon go forward in 2014?

2    A.    It did.

3    Q.    When is it scheduled in 2015?

4    A.    On Patriots' Day.  April 20th this year, 2015.

5    Q.    And has it grown?

6    A.    Last year -- well, for several years, from 2010 through

7    '13, the race had been 27,000.  That was the field size.

8    Because there were so many people who were unable to finish in

9    2013, with the cooperation of the eight cities and towns and

10   the Commonwealth of Massachusetts, we were allowed, on a

11   one-time basis, to enlarge the field so that we could give

12   everyone who wasn't able to finish before, the opportunity to

13   come and run if they wished to.  And of those 5,600 or so

14   people, the better part of 5,000 did.

15        We also wanted to offer the opportunity to run to other

16   people who were profoundly affected by what had happened in

17   2013, so the field size went up to 36,000 for that year.  For

18   this coming April, the field size will go back down, but not

19   all the way to 27,000; it will be 30,000.

20             MR. CHAKRAVARTY:  One moment, your Honor.

21             Thank you.

22             THE COURT:  All right.

23             MS. CONRAD:  May I?  I just have a couple --

24             THE COURT:  No, use the podium.

25                      CROSS-EXAMINATION

BY MS. CONRAD:

Q.   Good afternoon, sir.  My name is Miriam Conrad.

     I just have a couple of questions about the diagrams that Mr. Chakravarty showed you.  Did you prepare those yourself?

A.   I did not.

Q.   And do you -- Mr. Chakravarty asked you if they appeared to be to scale.  I think that was the question.

A.   That was the question.

Q.   And you said that they did.  Can you tell me what you mean by that, when you say "to scale"?

A.   When I see that and compare it to my experience of walking up and down the street along there quite often, it looks about right to me.

Q.   It looks about right?

A.   That's right.

Q.   But you haven't done any measurements of your own?

A.   That's correct.

Q.   And with respect to the specific businesses that are depicted there, I think you said that you were familiar with some of them or maybe you said that some of those businesses are no longer there.  So do you know as far as each of those business names --

     MS. CONRAD:  If we could get 774 up on the screen, please.

Q.   -- do you know if those businesses were there in 2013,

1   each and every one of them?

2   A.   I can't tell you particularly that each and every one of

3   them was there.

4   Q.   And there also seems to be some little brown things along

5   the way.  Do you know what those depict?

6   A.   I don't know that to --

7   Q.   There.  Do you know what all those are?

8   A.   I'm sorry.  To what do you --

9   Q.   Right there.

10  A.   Oh.  I do not know.

11          MS. CONRAD:  Thank you very much.

12          THE COURT:  Anything else?

13          MR. CHAKRAVARTY:  No, your Honor.

14          THE COURT:  All right, sir.  Thank you.  You may step

15  down.

16          (The witness is excused.)

17                              *  *  *

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3          I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

4    the United States District Court, do hereby certify that the

5    foregoing transcript constitutes, to the best of my skill and

6    ability, a true and accurate transcription of my stenotype

7    notes taken in the matter of Criminal Action No. 13-10200-GAO,

8    United States of America v. Dzhokhar A. Tsarnaev.

9

10   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
11   Official Court Reporter

12
     Date:  3/26/15
13

14

15

16

17

18

19

20

21

22

23

24

25