FILED

UNITED STATES DISTRICT COURT OFFICE

DISTRICT OF MASSACHUSETTS

2015 MAR 31  PM 4 24

**FILED UNDER SEAL** U.S. DIST.

DISTRICT OF

UNITED STATES OF AMERICA,      )
                               )
v.                             )      CRIMINAL NO. 13-10200-GAO
                               )
DZHOKHAR TSARNAEV              )

### SEALED MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S OMNIBUS PENALTY PHASE MOTIONS IN LIMINE

Defendant moves that the Court grant the instant motion and the attached

Defendant's Response to Government's Omnibus Penalty Phase Motions in Limine under

seal. The request to seal is made because the motion responds to a government motion

that has been sealed.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

David I. Bruck

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document was served by email on March 31, 2015 upon counsel for the government.

Robert F. Rieske

- 2 -