UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 03-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

## **VERDICT**

COUNT ONE.   As to Count 1 of the Indictment charging conspiracy to use a weapon of mass destruction, resulting in the death of at least one of the following people:   Sean Collier, Krystle Marie Campbell, Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWO.   As to Count 2 of the Indictment charging use of a weapon of mass destruction (Pressure Cooker Bomb #1) and aiding and abetting, resulting in the death of Krystle Marie Campbell, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT THREE.   As to Count 3 of the Indictment charging use of a firearm (Pressure Cooker Bomb #1) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 2 of the Indictment), causing the death of Krystle Marie Campbell, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT FOUR.   As to Count 4 of the Indictment charging use of a weapon of mass destruction (Pressure Cooker Bomb #2) and aiding and abetting, resulting in the death of at least one of the following people, Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT FIVE.   As to Count 5 of the Indictment charging use of a firearm (Pressure Cooker Bomb #2) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 4 of the Indictment) and aiding and abetting, resulting in the death of at least one of the following, Lingzi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT SIX.   As to Count 6 of the Indictment charging conspiracy to bomb a place of public use, resulting in the death of at least one of the following people:   Sean Collier, Krystle Marie Campbell, Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT SEVEN.   As to Count 7 of the Indictment charging the bombing of a place of

public use (Pressure Cooker Bomb #1) and aiding and abetting, resulting in the death of Krystle Marie Campbell, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT EIGHT.   As to Count 8 of the Indictment charging use of a firearm (Pressure Cooker Bomb #1) during and in relation to a crime of violence (bombing of a place of public use as charged in Count 7 of the Indictment) and aiding and abetting, resulting in the death of Krystle Marie Campbell, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT NINE.   As to Count 9 of the Indictment charging the bombing of a place of public use (Pressure Cooker Bomb #2) and aiding and abetting, resulting in the death of at least one of the following people, Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TEN.   As to Count 10 of the Indictment charging use of a firearm (Pressure Cooker Bomb #2) during and in relation to a crime of violence (bombing of a place of public use as charged in Count 9 of the Indictment) and aiding and abetting, resulting in the death of at least one of the following people, Lingzi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT ELEVEN.   As to Count 11 of the Indictment charging conspiracy to maliciously destroy property, resulting in the death of at least one of the following people:   Sean Collier, Krystle Marie Campbell, Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWELVE.   As to Count 12 of the Indictment charging malicious destruction of property (Pressure Cooker Bomb #1) and aiding and abetting, resulting in the death of Krystle Marie Campbell, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT THIRTEEN.   As to Count 13 of the Indictment charging use of a firearm (Pressure Cooker Bomb #1) during and in relation to a crime of violence (malicious destruction of property as charged in Count 12 of the Indictment) and aiding and abetting, resulting in the death of Krystle Marie Campbell, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT FOURTEEN.   As to Count 14 of the Indictment charging malicious destruction of property (Pressure Cooker Bomb #2) and aiding and abetting, resulting in the death of at least one of the following people:   Lingzhi Lu and Martin Richard,   we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT FIFTEEN.   As to Count 15 of the Indictment charging use of a firearm (Pressure Cooker Bomb #2) during and in relation to a crime of violence (malicious destruction of property as charged in Count 14 of the Indictment) and aiding and abetting, resulting in the death of at least one of the following people:   Lingzi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT SIXTEEN.   As to Count 16 of the Indictment charging use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (conspiracy to use a weapon of mass destruction as charged in Count One of the Indictment) and aiding and abetting, resulting in the death of Officer Sean Collier, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT SEVENTEEN.   As to Count 17 of the Indictment, charging use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (conspiracy to bomb a place of public of use as charged in Count Six of the Indictment) and aiding and abetting, causing the death of Officer Sean Collier, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT EIGHTEEN.   As to Count 18 of the Indictment charging use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (conspiracy to maliciously destroy property as charged in Count Eleven of the Indictment) and aiding and abetting, causing, the death of Officer Sean Collier, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT NINETEEN.   As to Count 19 of the Indictment charging carjacking and aiding and abetting, resulting in serious bodily injury to Officer Richard Donohue, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY.   As to Count 20 of the Indictment charging use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (carjacking as charged in Count Nineteen of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-ONE.   As to Count 21 of the Indictment charging robbery affecting interstate commerce, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-TWO.   As to Count 22 of the Indictment charging use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (robbery affecting interstate commerce as charged in Count 21 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-THREE.   As to Count 23 of the Indictment charging use of a weapon of mass destruction (Pressure Cooker Bomb #3) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-FOUR.   As to Count 24 of the Indictment charging use of a firearm (Pressure Cooker Bomb #3 and a Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 23 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-FIVE.   As to Count 25 of the Indictment charging use of a weapon of mass destruction (Pipe Bomb #1) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-SIX.   As to Count 26 of the Indictment charging use of a firearm (Pipe Bomb #1 and a Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 25 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-SEVEN.   As to Count 27 of the Indictment charging use of a weapon of mass destruction (Pipe Bomb #2) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-EIGHT.   As to Count 28 of the Indictment charging use of a firearm (Pipe Bomb #2 and a Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 27 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-NINE.   As to Count 29 of the Indictment charging use of a weapon of mass destruction (Pipe Bomb #3) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT THIRTY.   As to Count 30 of the Indictment charging use of a firearm (Pipe Bomb #3 and a Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 29 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

_____
FOREPERSON

DATE: _____