UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CRIMINAL NO. 03-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**<u>VERDICT</u>**

COUNT ONE.   As to Count 1 of the Indictment charging conspiracy to use a weapon of mass destruction, resulting in the death of at least one of the following people:   Sean Collier, Krystle Marie Campbell, Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWO.   As to Count 2 of the Indictment charging use of a weapon of mass destruction (Pressure Cooker Bomb #1) and aiding and abetting, resulting in the death of Krystle Marie Campbell, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT THREE.   As to Count 3 of the Indictment charging possession and use of a firearm (Pressure Cooker Bomb #1) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 2 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 3, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so   ____Yes ____No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so   ____Yes ____No

(c) that the firearm was discharged   ____Yes ____No

(d) that the firearm was a destructive device   ____Yes ____No

(e) that the Defendant, in the course of committing the violation alleged in this count, caused, or aided and abetted another in causing, the death of Krystle Marie Campbell through the use of the firearm, and the killing was a murder   ____ Yes ____No

COUNT FOUR.   As to Count 4 of the Indictment charging use of a weapon of mass destruction (Pressure Cooker Bomb #2) and aiding and abetting, resulting in the death of at least one of the following people,   Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT FIVE.   As to Count 5 of the Indictment charging possession and use of a firearm (Pressure Cooker Bomb #2) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 4 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 5, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so    \_\_\_\_Yes \_\_\_\_No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so    \_\_\_\_Yes \_\_\_\_No

(c) that the firearm was discharged    \_\_\_\_Yes \_\_\_\_No

(d) that the firearm was a destructive device    \_\_\_\_Yes \_\_\_\_No

(e) that the Defendant, in the course of committing the violation alleged in this count, caused, or aided and abetted another in causing, the death of at least one of the following people through the use of the firearm:   Lingzi Lu and Martin Richard, and the killing was a murder \_\_\_\_ Yes \_\_\_\_No


COUNT SIX.   As to Count 6 of the Indictment charging conspiracy to bomb a place of public use, resulting in the death of at least one of the following people:   Sean Collier, Krystle Marie Campbell, Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty


COUNT SEVEN.   As to Count 7 of the Indictment charging the bombing of a place of

public use (Pressure Cooker Bomb #1) and aiding and abetting, resulting in the death of Krystle Marie Campbell, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT EIGHT.   As to Count 8 of the Indictment charging possession and use of a firearm (Pressure Cooker Bomb #1) during and in relation to a crime of violence (bombing of a place of public use as charged in Count 7 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 7, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so    \_\_\_\_Yes \_\_\_\_No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so    \_\_\_\_Yes \_\_\_\_No

(c) that the firearm was discharged    \_\_\_\_Yes \_\_\_\_No

(d) that the firearm was a destructive device    \_\_\_\_Yes \_\_\_\_No

(e) that the Defendant, in the course of committing the violation alleged in this count, caused, or aided and abetted another in causing, the death of Krystle Marie Campbell through the use of the firearm, and the killing was a murder    \_\_\_\_ Yes \_\_\_\_No

4

COUNT NINE.   As to Count 9 of the Indictment charging the bombing of a place of public use (Pressure Cooker Bomb #2) and aiding and abetting, resulting in the death of at least one of the following people, Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TEN.   As to Count 10 of the Indictment charging possession and use of a firearm (Pressure Cooker Bomb #2) during and in relation to a crime of violence (bombing of a place of public use as charged in Count 9 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 10, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so    \_\_\_\_Yes \_\_\_\_No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so    \_\_\_\_Yes \_\_\_\_No

(c) that the firearm was discharged    \_\_\_\_Yes \_\_\_\_No

(d) that the firearm was a destructive device    \_\_\_\_Yes \_\_\_\_No

(e) that the Defendant, in the course of committing the violation alleged in this count, caused, or aided and abetted another in causing, the death of at least one of the following people through

5

the use of the firearm:   Lingzi Lu and Martin Richard, and the killing was a murder

\_\_\_\_ Yes \_\_\_\_No

  COUNT ELEVEN.   As to Count 11 of the Indictment charging conspiracy to maliciously destroy property, resulting in the death of at least one of the following people:   Sean Collier, Krystle Marie Campbell, Lingzhi Lu and Martin Richard, we unanimously find the Defendant, Dzhokhar Tsarnaev:

      _____ Guilty

      _____ Not Guilty

COUNT TWELVE.   As to Count 12 of the Indictment charging malicious destruction of property (Pressure Cooker Bomb #1) and aiding and abetting, resulting in the death of Krystle Marie Campbell, we unanimously find the Defendant, Dzhokhar Tsarnaev:

      _____ Guilty

      _____ Not Guilty

  COUNT THIRTEEN.   As to Count 13 of the Indictment charging possession and use of a firearm (Pressure Cooker Bomb #1) during and in relation to a crime of violence (malicious destruction of property as charged in Count 12 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

      _____ Guilty

      _____ Not Guilty

If you find the Defendant guilty as to Count 13, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of

violence or aided and abetted another in doing so     ____Yes ____No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so     ____Yes ____No

(c) that the firearm was discharged     ____Yes ____No

(d) that the firearm was a destructive device     ____Yes ____No

(e) that the Defendant, in the course of committing the violation alleged in this count, caused, or aided and abetted another in causing, the death of Krystle Marie Campbell through the use of the firearm, and the killing was a murder     ____ Yes ____No

COUNT FOURTEEN.   As to Count 14 of the Indictment charging malicious destruction of property (Pressure Cooker Bomb #2) and aiding and abetting, resulting in the death of at least one of the following people:   Lingzhi Lu and Martin Richard,   we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT FIFTEEN.   As to Count 15 of the Indictment charging possession and use of a firearm (Pressure Cooker Bomb #2) during and in relation to a crime of violence (malicious destruction of property as charged in Count 14 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 15, indicate below whether you also unanimously find beyond a reasonable doubt:

7

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so     ____Yes ____No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so     ____Yes ____No

(c) that the firearm was discharged     ____Yes ____No

(d) that the firearm was a destructive device     ____Yes ____No

(e) that the Defendant, in the course of committing the violation alleged in this count, caused, or aided and abetted another in causing, the death of at least one of the following people through the use of the firearm:   Lingzi Lu and Martin Richard, and the killing was a murder ____Yes ____No

COUNT SIXTEEN.   As to Count 16 of the Indictment charging possession and use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (conspiracy to use a weapon of mass destruction as charged in Count One of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 16, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so     ____Yes ____No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or

8

aided and abetted another in doing so     ____Yes ____No

(c) that the firearm was brandished     ____Yes ____No

(d) that the firearm was discharged     ____Yes ____No

(e) that the Defendant, in the course of committing the violation alleged in this count, caused, or aided and abetted another in causing, the death of Officer Sean Collier, and the killing was a murder     ____Yes ____No

COUNT SEVENTEEN.   As to Count 17 of the Indictment charging possession and use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (conspiracy to bomb a place of public of use as charged in Count Six of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 17, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so     ____Yes ____No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so     ____Yes ____No

(c) that the firearm was brandished     ____Yes ____No

(d) that the firearm was discharged     ____Yes ____No

(e) that the Defendant, in the course of committing the violation alleged in this count, caused, or

aided and abetted another in causing, the death of Officer Sean Collier, and the killing was a murder   ____Yes ____No

COUNT EIGHTEEN.   As to Count 18 of the Indictment charging possession and use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (conspiracy to maliciously destroy property as charged in Count Eleven of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 18, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so   ____Yes ____No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so   ____Yes ____No

(c) that the firearm was brandished   ____Yes ____No

(d) that the firearm was discharged   ____Yes ____No

(e) that the Defendant, in the course of committing the violation alleged in this count, caused, or aided and abetted another in causing, the death of Officer Sean Collier, and the killing was a murder   ____Yes ____No

COUNT NINETEEN.   As to Count 19 of the Indictment charging carjacking and aiding

and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 19, indicate below whether you also unanimously find beyond a reasonable doubt that the offense resulted in serious bodily injury to Officer Richard Donohue \_\_\_\_Yes \_\_\_\_No

COUNT TWENTY.   As to Count 20 of the Indictment charging possession and use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (carjacking as charged in Count Nineteen of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 20, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so    \_\_\_\_Yes \_\_\_\_No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so    \_\_\_\_Yes \_\_\_\_No

(c) that the firearm was brandished    \_\_\_\_Yes \_\_\_\_No

COUNT TWENTY-ONE.   As to Count 21 of the Indictment charging robbery affecting interstate commerce, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-TWO.   As to Count 22 of the Indictment charging possession and use of a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (robbery affecting interstate commerce as charged in Count 21 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 22, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried the firearm during and in relation to a crime of violence or aided and abetted another in doing so     \_\_\_\_Yes \_\_\_\_No

(b) that the Defendant knowingly possessed the firearm in furtherance of a crime of violence or aided and abetted another in doing so     \_\_\_\_Yes \_\_\_\_No

(c) that the firearm was brandished     \_\_\_\_Yes \_\_\_\_No

COUNT TWENTY-THREE.   As to Count 23 of the Indictment charging use of a weapon of mass destruction (Pressure Cooker Bomb #3) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-FOUR.  As to Count 24 of the Indictment charging possession and use of a firearm (Pressure Cooker Bomb #3 and a Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 23 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 24, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried Pressure Cooker Bomb #3 during and in relation to a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

(b) that the Defendant knowingly used or carried the Ruger during and in relation to a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

(c) that the Defendant knowingly possessed Pressure Cooker Bomb #3 in furtherance of a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

(d) that the Defendant knowingly possessed the Ruger in furtherance of a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

(e) that the defendant brandished Pressure Cooker Bomb #3    \_\_\_\_Yes \_\_\_\_No

(f)  that the defendant brandished the Ruger    \_\_\_\_Yes \_\_\_\_No

(g) that Pressure Cooker Bomb #3 was a destructive device    \_\_\_\_Yes \_\_\_\_No

COUNT TWENTY-FIVE.   As to Count 25 of the Indictment charging use of a weapon of mass destruction (Pipe Bomb #1) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-SIX.   As to Count 26 of the Indictment charging possession and use of a firearm (Pipe Bomb #1 and a Ruger P95 9mm semiautomatic handgun)   during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 25 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 26, indicate below whether you also unanimously find beyond a reasonable doubt:

(a) that the Defendant knowingly used or carried Pipe Bomb #1 during and in relation to a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

(b) that the Defendant knowingly used or carried the Ruger during and in relation to a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

(c) that the Defendant knowingly possessed Pipe Bomb #1 in furtherance of a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

(d) that the Defendant knowingly possessed the Ruger in furtherance of a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

(e) that the defendant brandished Pipe Bomb #1   \_\_\_\_Yes \_\_\_\_No

(f)  that the defendant brandished the Ruger      ____Yes ____No

(g) that Pipe Bomb #1 was a destructive device      ____Yes ____No

COUNT TWENTY-SEVEN.   As to Count 27 of the Indictment charging use of a weapon of mass destruction (Pipe Bomb #2) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

COUNT TWENTY-EIGHT.   As to Count 28 of the Indictment charging possession and use of a firearm (Pipe Bomb #2 and a Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 27 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

_____ Guilty

_____ Not Guilty

If you find the Defendant guilty as to Count 28, indicate below whether you also unanimously find beyond a reasonable doubt:

(a)  that the Defendant knowingly used or carried Pipe Bomb #2 during and in relation to a crime of violence or aided and abetted another in doing so:   ____Yes ____No

(b) that the Defendant knowingly used or carried the Ruger during and in relation to a crime of violence or aided and abetted another in doing so:   ____Yes ____No

(c) that the Defendant knowingly possessed Pipe Bomb #2 in furtherance of a crime of violence or aided and abetted another in doing so:   ____Yes ____No

    (d) that the Defendant knowingly possessed the Ruger in furtherance of a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

    (e) that the defendant brandished Pipe Bomb #2   \_\_\_\_Yes \_\_\_\_No

    (f) that the defendant brandished the Ruger   \_\_\_\_Yes \_\_\_\_No

    (g) that Pressure Cooker Bomb #3 was a destructive device   \_\_\_\_Yes \_\_\_\_No

COUNT TWENTY-NINE.   As to Count 29 of the Indictment charging use of a weapon of mass destruction (Pipe Bomb #3) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

    _____ Guilty

    _____ Not Guilty

COUNT THIRTY.   As to Count 30 of the Indictment charging possession and use of a firearm (Pipe Bomb #3 and a Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence (use of a weapon of mass destruction as charged in Count 29 of the Indictment) and aiding and abetting, we unanimously find the Defendant, Dzhokhar Tsarnaev:

    _____ Guilty

    _____ Not Guilty

If you find the Defendant guilty as to Count 30, indicate below whether you also unanimously find beyond a reasonable doubt:

    (a) that the Defendant knowingly used or carried Pipe Bomb #3 during and in relation to a crime of violence or aided and abetted another in doing so:   \_\_\_\_Yes \_\_\_\_No

    (b) that the Defendant knowingly used or carried the Ruger during and in relation to a crime of

16

    violence or aided and abetted another in doing so:    ____Yes ____No

(c) that the Defendant knowingly possessed Pipe Bomb #3 in furtherance of a crime of

    violence or aided and abetted another in doing so:    ____Yes ____No

(d) that the Defendant knowingly possessed the Ruger in furtherance of a crime of violence or

    aided and abetted another in doing so:    ____Yes ____No

(e) that the defendant brandished Pipe Bomb #3    ____Yes ____No

(f) that the defendant brandished the Ruger    ____Yes ____No

(g) that Pipe Bomb #3 was a destructive device    ____Yes ____No

 

_____  
FOREPERSON

DATE: _____