UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### RESPONSE TO COURT ORDER REGARDING INDICTMENT AND VERDICT FORM (DE 1238)

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully submits the following response to the Court's order, DE 1238.

Defendant has no objection to a copy of the indictment, with overt acts and special findings redacted, being sent to the jury.

The defense objects to the use of "guilty" and "not guilty" with respect to each of the aggravating elements, and proposes instead that the words "yes" and "no" be used with regard to whether the jury unanimously finds that these elements have been proved beyond a reasonable doubt.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

*/s/   Miriam Conrad*

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

1

        David I. Bruck, Esq.
        220 Sydney Lewis Hall
        Lexington, VA 24450
        (540) 460-8188
        BRUCKD@WLU.EDU

        Miriam Conrad, Esq. (BBO # 550223)
        Timothy Watkins, Esq. (BBO # 567992)
        William Fick, Esq. (BBO # 650562)
        FEDERAL PUBLIC DEFENDER OFFICE
        51 Sleeper Street, 5th Floor
        (617) 223-8061
        MIRIAM_CONRAD@FD.ORG
        TIMOTHY_WATKINS@FD.ORG
        WILLIAM_FICK@FD.ORG

### Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 3, 2015.

        */s/   Miriam Conrad*