UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )  Criminal Action
v.                             )  No. 13-10200-GAO
                               )
DZHOKHAR A. TSARNAEV, also     )
known as Jahar Tsarni,         )
                               )
        Defendant.             )
                               )


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


**EXCERPT OF DAY FORTY-THREE OF JURY TRIAL
<u>CLOSING ARGUMENT BY JUDY CLARKE</u>**


John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Monday, April 6, 2015
2:14 p.m.


Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

1   APPEARANCES:

2       OFFICE OF THE UNITED STATES ATTORNEY
        By: William D. Weinreb, Aloke Chakravarty and
3           Nadine Pellegrini, Assistant U.S. Attorneys
        John Joseph Moakley Federal Courthouse
4       Suite 9200
        Boston, Massachusetts  02210
5       - and -
        UNITED STATES DEPARTMENT OF JUSTICE
6       By: Steven D. Mellin, Assistant U.S. Attorney
        Capital Case Section
7       1331 F Street, N.W.
        Washington, D.C.  20530
8       On Behalf of the Government

9       FEDERAL PUBLIC DEFENDER OFFICE
        By: Miriam Conrad and William W. Fick
10          Federal Public Defenders
        51 Sleeper Street
11      Fifth Floor
        Boston, Massachusetts  02210
12      - and -
        CLARKE & RICE, APC
13      By: Judy Clarke, Esq.
        1010 Second Avenue
14      Suite 1800
        San Diego, California  92101
15      - and -
        LAW OFFICE OF DAVID I. BRUCK
16      By: David I. Bruck, Esq.
        220 Sydney Lewis Hall
17      Lexington, Virginia  24450
        On Behalf of the Defendant

18

19

20

21

22

23

24

25

P R O C E E D I N G S

1

2          THE CLERK:  All rise for the Court and the jury.

3          (The Court and jury enter the courtroom at 2:14 p.m.)

4          THE CLERK:  Be seated.

5          THE COURT:  All right.  We're ready to continue with

6   the defendant's closing.

7          Ms. Clarke.

8          Are you using the CART computer?

9          MR. FICK:  I think it's all set up, your Honor.  Thank

00:04 10   you.

11          MS. CLARKE:  Good afternoon.

12          THE JURORS:  Good afternoon.

13          MS. CLARKE:  In the past few weeks, we have come

14   face-to-face with tragedy, suffering and grief in dimensions

15   that none of us could imagine possible.  We would never have

16   thought that this devastation would touch our lives so

17   directly.

18          We've heard words, we've heard screams, and we've

19   heard cries.  We've seen shocking videos; we've seen horrific

00:05 20   photos; we've seen the clothes of young Martin Richard.  We've

21   seen the faces of people who live daily the pain and

22   devastation that we only witnessed.

23          For this destruction, suffering and profound loss,

24   there is no excuse.  No one is trying to make one.  Planting

25   bombs at the Boston Marathon one year and 51 weeks ago was a

1  senseless act.

2          Jahar Tsarnaev followed his brother down Boylston

3  Street carrying a backpack with a pressure cooker bomb in it

4  and put it down in front of the Forum restaurant, knowing that

5  within minutes it would explode.  Three days later, Tamerlan

6  Tsarnaev murdered Officer Collier, and Jahar was right there

7  with him.

8          Within a half an hour or so, Tamerlan -- this is

9  giving me feedback -- Tamerlan Tsarnaev held a gun to Dun

00:06 10  Meng's head, demanded him to drive, and Jahar followed in the

11  Honda.  He took the ATM card, he took the code, and he stole

12  $800 from Dun Meng's ATM account.  Jahar was part of a shootout

13  in Watertown.  We know that his brother had the Ruger P95

14  because he was shooting at the police.  We know that Jahar had

15  a BB gun.

16          Still, he hurled explosives at the police, and when he

17  saw his brother walk into a hail of gunfire shooting, clearly

18  determined to go out in a blaze of glory, he ran to the

19  Mercedes and escaped as police riddled the Mercedes with

00:07 20  bullets.  And he ran over his older brother, the brother that

21  he loved, and the brother that he followed.

22          When I talked with you almost -- just over a month

23  ago, I said to you the evidence would bear out all of the

24  events that I just talked about and that they just talked

25  about.  And it has.  I said to you that we would not disagree

1   with this evidence or dispute it, challenge it, and we haven't.

2   I said to you that it was inexcusable, and it is.  And Jahar

3   Tsarnaev stands ready, by your verdict, to be held responsible

4   for his actions.

5        I also told you that while we agreed with the

6   prosecution on a lot, mostly the big questions in this case --

7   the who, what, where and when -- we very much disagreed about

8   the why.  In order to fully understand what happened on April

9   the 15th, 2013, and the four days that followed it, it's

00:08 10   important to know who did what and why it was done.  Tamerlan

11   and Jahar were brothers, but they're both individual people who

12   thought differently, acted differently and had a very different

13   role in the conspiracies charged.

14        The prosecution must believe that this is important to

15   understand their varying roles because they made an issue of it

16   and attempted to bring you evidence that Jahar Tsarnaev was an

17   equal partner with his brother and that he self-radicalized

18   himself.  This is simply not true.

19        What you heard from the government, and you heard it

00:09 20   again today -- they made the bombs, they killed Officer

21   Collier, Tamerlan didn't always lead down Boylston Street, they

22   said to Dun Meng certain things -- when the evidence is that

23   Tamerlan built the bombs, Tamerlan murdered Officer Collier,

24   Tamerlan led and Jahar followed, and Tamerlan talked always to

25   Dun Meng.  You remember his testimony.

1          So let's talk a little bit about what the evidence
2    does show in terms of roles.  Who researched building the
3    bombs?  Who bought the necessary materials?  Who planned this
4    series of horrific events?  And I see you don't have notes, so
5    I won't give you exhibit numbers, but I want to show you some
6    exhibits and talk with you about some of the exhibits.
7          We know that Tamerlan did Internet research about the
8    electronic parts.  And you can see it here.  The radio
9    transmitter receiver, the radio transmitter, the transmitter
00:10 10   receiver, the radio, all on April the 7th.  You can see it; I
11   think it's -- is it on your screens?  The fireworks firing
12   system.  Tamerlan did that research.
13         Tamerlan's computer -- and if we could pull up the
14   next one.
15         Tamerlan's computer had a Russian translation of the
16   *Inspire* magazine.  Remember that, the *Inspire* magazine,
17   bomb-making instructions.  He had a sort of value-added Russian
18   translation on his computer which advised search the Internet
19   with the terms "radio detonator" and "mobile detonator."  There
00:11 20   was a Russian language set of instructions on Tamerlan's
21   computer, and this is in evidence with the translations.
22         The second document was telling people how to
23   construct these bombs without blowing themselves up.  Also,
24   when you're making the bomb, get rid of all the metal things,
25   as they might detonate the powder.  Work only with wooden and

1    plastic things; for example, you should not use a metal bucket

2    and all that is connected to it.  That was on Tamerlan's

3    computer.  Those bomb-making instructions were not on Jahar's

4    computer.

5           Tamerlan bought the pressure cookers.  Now, we heard

6    evidence and I think we saw the GPS maps of the January 31st

7    purchase of pressure cookers.  Today the prosecutor suggested

8    to you that perhaps Tamerlan bought them.  Of course Tamerlan

9    bought them because here's what we know:  Tamerlan is at

00:12 10   the -- he stops at 7:45 p.m. up north of -- here's Saugus, but

11   up north, and then he comes back and he stops at 8:13 p.m., and

12   the pressure cookers are purchased at 8:38 p.m.  So he's on the

13   road at 7:45, stopping at 8:13 and buying the pressure cookers

14   at 8:38 p.m.

15          Where was Jahar?  He was in Dartmouth during those

16   time periods.  It's not that it might have been Tamerlan buying

17   the pressure cookers; it was Tamerlan buying the pressure

18   cookers.  Jahar was in Dartmouth.  Well, his telephone was in

19   Dartmouth.  Now, I don't know too many 19-year-old folks who

00:13 20   leave their phones and go without them.  In fact, the

21   prosecutor made the point of that, how they always carry their

22   phones.  And here's Jahar with an outbound text and data usage

23   on his phone making it impossible for him to have been where

24   the pressure cookers were bought and when the pressure cookers

25   were bought.

1          Tamerlan bought the -- you saw with Agent Knapp's

2    testimony that the agent that brought us the mock-up of the

3    pressure cooker bombs, and he showed you the car -- how the car

4    would be used -- the parts of the radio-controlled car would be

5    used.  Tamerlan brought -- bought a radio -- the Rally Monster

6    truck.  On February the 8th, it was shipped to his house.  And

7    we can show what he purchased at the bottom of the receipt.

8          Can you pull it up?

9          MR. FICK:  No.

00:14  10          MS. CLARKE:  Well, the bottom of the receipt shows --

11    there we go -- purchasing the Rally Monster -- Off-Road Rally

12    truck.  It has rechargeable batteries being purchased and

13    transmitters being purchased.  Tamerlan bought those.

14          Tamerlan bought the BBs that were loaded into the

15    bombs.  Now, that was another one of those series of GPS maps,

16    and then Jerry Grant, who testified, showed where Jahar's phone

17    was.

18          Here is the GPS that shows Tamerlan's journey that

19    day, and I want you to hang on in your head for a moment, if

00:14  20    you can.  The first stop was at Keller Street in Manchester,

21    New Hampshire.  Walmart in Keller Street in Manchester, New

22    Hampshire.  There's a receipt for the purchase of BBs at

23    3:22 p.m.  Keller Street.  And then there's a stop at Bedford,

24    New Hampshire, and then there's a stop in Amherst, New

25    Hampshire, and another purchase of BBs at the Amherst, New

Hampshire, stop.  The purchase was in the -- at 5:36 p.m.  And then there's another stop in Hudson.  So there's a stop on Keller Street, Bedford, Amherst, and Hudson.

Now, you remember Tamerlan Tsarnaev's wallet that was found in the back of the Honda on Watertown.  In his wallet were a variety of receipts that we helped put into evidence. And one of the documents in his wallet was this, with Walmart and telephones, Hudson, New Hampshire; Keller Street; Bedford. He had his notes in his wallet of where he had gone to purchase the BBs.

Where was Jahar?  Again, he was in Dartmouth.  Data usage on his phone, an outbound text on his phone at about the same times that the purchases were being made.

It's not that possibly Tamerlan bought these items; he did.  Jahar wasn't with him.

Tamerlan bought the additional electronics on April the 8th.  There's a receipt, RC Cars of Boston, that was found in one of the cars parked on Norfolk Street.  And it's in Tamerlan's name, RC Cars of Boston.  And I think it was Agent Knapp who again told you that that was a purchase of an additional transmitter and receiver.  Tamerlan did that.

Tamerlan searched online for the Boston Marathon.  The prosecution argued to you that Jahar selected the marathon. Tamerlan did.  Tamerlan searched the Boston Marathon before the Boston Marathon.  There are no such searches on Jahar's

1    computers.  This is Tamerlan's Samsung laptop.

2           Tamerlan bought the backpacks.  He -- again in that

3    wallet, there's a Target receipt for purchase of the backpacks.

4           Have you got that, Bill?

5           Here's the -- it's in the wallet.  You'll see a

6    picture of all of the items that were in the wallet, and you'll

7    have the wallet as well, but in the wallet is the Target

8    backpack purchase.  And here's the picture of Tamarlan leaving

9    the store.  He was alone.

00:17 10           Now, the prosecution introduced a lot of evidence

11    found at the Norfolk Street apartment, and you would think that

12    they gave it to you because it's related in some way to bomb

13    making.  But what didn't they bring to you?  Whose prints were

14    all over those items?

15           Now, the cross-examination of Elena Graff, who was --

16    it's a first for her.  She's an FBI fingerprint analyst called

17    by the defense to testify about fingerprints, and the

18    cross-examination [sic] is some fingerprints disappear.  So all

19    of Jahar's fingerprints disappeared, and Tamerlan's stayed on

00:18 20    there.  You know who made these bombs.  It was Tamerlan.

21           We know from Elena Graff that Tamerlan's prints were

22    on the glass jar with the nails in it.  Tamerlan's prints were

23    on the caulk gun.  Tamerlan's prints were on -- well, you'll

24    find this caulk gun in several places.  I think actually

25    physically in evidence, but you won't be able to find

1    fingerprints on it.  I wouldn't be able to.  But prints were on

2    it.  And it's also in the interactive.  Remember that exhibit

3    that you can click on and see the room and click on a button

4    and it shows you what was found where?  It's also in that

5    exhibit.  Tamerlan's prints were on the tape.  Tamerlan's

6    prints were on the solder gun.  In fact, in Tamerlan's wallet

7    was a Home Depot receipt for the purchase of that solder gun.

8         Tamerlan's prints were on the tape inside the toolkit.

9    Tamerlan's -- and this is just a larger picture.  You can see

00:19 10   the little ring of tape where they found Tamerlan's prints and

11   the toolkit.  Tamerlan's prints are on a set of pliers in the

12   toolkit.  Tamerlan's prints were on the gun-cleaning kit.  And

13   Tamerlan's prints were on the wiring book.

14        So the items of evidence that the prosecut- -- and the

15   government -- that the investigation seized from Norfolk, those

16   items were seized because somebody thought they were relevant

17   to bomb making.  And whose prints were on them all?

18   Tamerlan's.  Whose prints were not?  Jahar's.

19        Elena Graff, though, FBI fingerprint analyst, also

00:20 20   told you that Tamerlan's prints were found on two items of

21   evidence seized on Boylston Street.  The cardboard was seized

22   from what they called Scene A, the first bomb, and the paper

23   inside an exploded backpack seized at what they call Scene B,

24   the second bomb; and Tamerlan's prints were found on the

25   cardboard, and Tamerlan's prints were found on the paper.

1   Whose prints were not found?  Jahar's.

2           There was a transmitter found at Watertown that Elena

3   Graff also analyzed, and this was the lab photo of it sort of

4   dismantled.  Tamerlan's prints were found on the transmitter.

5           There was a pressure cooker lid.  And you may remember

6   the picture.  It's like it landed far away and in somebody's

7   backyard, the pressure cooker lid.  Tamerlan's prints were

8   found on it.

9           We know that explosive residue was found on a set of

00:21 10   rubber gloves found in Tamerlan's car.  Remember the agent

11   testified about that being residue?  Found in Tamerlan's car.

12           And notably missing was any residue found in Jahar's

13   dorm room where he did live.  There was some explosive residue

14   found in Norfolk where he didn't live.  And contrary to what

15   Agent Imel -- you may remember his testimony early in the days

16   of this case -- contrary to his suggestion that Tamerlan didn't

17   always lead down Boylston, he did.

18           So let's be honest about what the evidence actually

19   shows.  We are not asking you to excuse the conduct, but let's

00:22 20   look at the varying roles.  Tamerlan shot and killed Officer

21   Collier.  The prosecution argued they didn't know who did that

22   murder.  We know.  We know.  Let's look at the evidence of what

23   we know.

24           First, he confessed to Dun Meng that "I just killed a

25   policeman."  He confessed.  You probably remember this video,

1    and I don't think we have to play it again.  The prosecution

2    played it for you.  This is that -- that -- you've got the

3    distant surveillance and then the up-close surveillance.  Oh,

4    they're playing it.

5              (Video recording played.)

6              MS. CLARKE:  Very clearly -- if you can stop it, Bill.

7              Very clearly, two people walk up to the driver's side

8    of Officer Collier's car.  Two people.  Very clearly.  I mean,

9    to the extent anything is very clear, but you can see two

00:23 10   figures, one in front of the other, walking up to Officer

11   Collier's car.

12             Now, Nate Harman, the MIT student who came in, rides

13   by on his bicycle not long after this.  He rides by on his

14   bicycle.  Remember, he's going home.  It's a little late, and

15   he's going to bike on home.  And what Nate Harman said is, "I

16   only saw one person."  And that one person was who?  Jahar.

17   And that one person stood up -- had the yellow on his

18   sweatshirt and stood up, and they locked eyes for a moment.

19   That was the only person that Nate Harman saw.

00:24 20        So where was Tamerlan?  If Jahar is standing up and

21   looking at Nate Harman, where is Tamerlan?  As the door

22   opens -- you know, here's the car, and the door opens --

23   there's a V.  Here's Jahar standing, looking at Nate Harman.

24   Where is Tamerlan?  He's got to be squatted down trying to get

25   Officer Collier's gun.  And getting Officer Collier's gun would

1  put blood on your hands or blood on the gloves that you were

2  wearing.

3      Now, remember those gloves were found in the driver's

4  side floor with blood on them?  Whose blood?  Officer Collier's

5  blood.  Officer Collier's blood was found on the keys, so the

6  gloves were used to start the car.

7      Where were the -- where was Tamerlan's personal

8  belongings found?

9      And I don't know if we have it.  Exhibit 879.

00:25 10   Where was Tamerlan's personal items found?  Right

11  behind the driver's seat in the Honda.  The bloody gloves are

12  found on the driver's side.  Tamerlan's wallet was found on the

13  backseat driver's side.

14      Now, the prosecution put on Stephen Silva to say that

15  Jahar asked him for a gun.  But pretty clearly that gun went to

16  who?  Tamerlan.

17      In addition to the confession that he gave to Dun

18  Meng, Tamerlan did what?  He searched the Ruger P95 on the

19  Internet.  He had the gun at Watertown.  He shot at the police

00:26 20  at Watertown.  He threw the gun at the police at Watertown.

21  Tamerlan had that Ruger the entire time.  Tamerlan is the one

22  who murdered Officer Collier.  Whose prints were found on the

23  magazine that went in that gun?  Tamerlan's.

24      Now, what does any of this matter when we know that

25  Jahar walked down Boylston Street with a bomb in a backpack and

put it down in front of the Forum restaurant?  When he was

beside his brother when his brother murdered Officer Collier?

When we know that when Tamerlan held Dun Meng hostage, Jahar

took money out of his account; and we know that Jahar hurled

bombs at the police?  What does any of what I just discussed

with you matter?

It matters because you're entitled to know the full

picture.  It matters because it's important for us at this

stage to tell you as much as we could.  We don't deny that

Jahar fully participated in the events, but if not for

Tamerlan, it would not have happened.

There's some other things that we should talk about,

and one is radicalization.  The government wants you to believe

that Jahar was self-radicalized essentially from high school;

that he was a young extremist in the making; that he was a

young jihadi in high school in the making; that his tweets were

jihadi; and that he attended the 2012 marathon, I guess,

because he was planning it that much in advance.

They brought you Stephen Silva to suggest that there

was a debate in the world history class and Jahar took some

extreme position.  He didn't.

They continued to flash up onto the screen but when

going through the computers a paper called "The Predator

War" -- you'll see it -- in which there was a discussion of the

use of drones.  And what they seemingly just simply deny is

1    that was a class assignment, and instead use it to try to

2    promote that Jahar was a young jihadi in the making.

3         The government introduced the black Islamic flag and a

4    picture of Jahar in front of it suggesting self-radicalization

5    and suggesting perhaps a connection to a terrorist group.  They

6    just played, to tug on your heartstrings, some nasheeds while

7    looking at the flag, suggesting that there's something ominous

8    or wrong about that flag.  Their own expert, their own expert,

9    Matthew Levitt, said there's nothing radical about that flag.

00:29 10   Some groups have adopted it, but there is nothing radical about

11   the flag.  It is a religious flag.

12         The government argued to you through Stephen Silva,

13   again, that Jahar went to the 2012 marathon.  Now, going back

14   that far, it's hard to convince somebody you weren't where they

15   say you were that long ago.  But we did the best we could to

16   provide you circumstantial evidence, and I think the

17   circumstantial evidence is pretty strong that he wasn't there.

18         There is, in evidence, again, one of the swipe card

19   sheets from UMass Dartmouth on April 15th in the afternoon,

00:30 20   about four o'clock.  Jahar goes in to Maple Ridge Hall, which

21   was the dorm he was in first year.  At about five o'clock, he

22   tweets, "I'm about to sleep for 20 hours."  That sounds like a

23   19-year-old to me.

24         April 16th, the next day, the day of the 2012

25   marathon, at 6:42 in the morning he tweets -- and you've seen

this tweet quite a lot, actually -- "They will spend their
money, and they will regret it, and they will be defeated."
Now, that -- everybody debated the source of that and what that
meant and the context of it.

At 8:38 in the morning, Jahar tweets, "Hmm.  Get
breakfast or go back to sleep?  This is always a tough one."
It sounds like a teenager.  At 8:45 he tweets, "Sleep after
breakfast is so much sweeter."  At 8 -- at 10:56, he uses his
access card to come back into the dorm.  At almost -- 12:46,
almost one o'clock, he's tweeting again.

At 1:30 in the morning -- again, only the teenagers
can do it -- he uses his access card to enter his dorm again.
The likelihood that this kid, who was sleeping and eating
breakfast and going back to sleep and about to sleep for 20
hours, drove to Boston and went to the 2012 marathon is slim.
I don't know what it means if he did, but it sure doesn't look
like he did.

The government suggested to you deep and
self-radicalization by the -- remember the Al_Firdausia
account, the seven tweets over a two-day period of time?  Look
at them.  There is no promotion of violence in there.  There's
no promotion of extremism in there.  Looking back, somebody can
always say that you must have been thinking something evil at
the time.  There isn't.  And regardless, it went for two days
and ended.  Jahar lost interest in it.

1           The government then suggested that Jahar's regular

2    Twitter account -- and you may remember the agent that

3    testified and Ms. Conrad who cross-examined him about the

4    tweets.  And they're suggesting that all of these tweets had

5    some ominous, evil context to them.  The agent didn't bother to

6    investigate rap songs, to investigate Nas' and Eminem and Lil

7    Wayne and to investigate that the quotes from poems, from

8    horoscopes, from Comedy Central, instead telling you that this

9    is some evidence of a jihadi in the making.  The entire tweet

00:33 10   is in -- it's Exhibit 3,000.  It's a thick document.  And it's

11   in evidence, and you can look.

12           And the government really cherry-picked the tweets

13   that they showed you and left out the ones where it was pretty

14   much teenage, adolescent sort of tweeting about girls and

15   missing class and not doing homework and sleeping.

16           If we look in the context of the allegation of

17   self-radicalization, let's look at Jahar's Internet-browsing

18   history.  Remember Mark Spencer, the computer guy that came in

19   and testified?  And here's Jahar's browsing history.  The

00:34 20   leading candidate is -- not candidate, the leading browsing

21   search was Facebook.  The next one was VK, which is the Russian

22   Facebook.  This is a kid doing kid things.  This is an

23   adolescent -- this is a teenager doing teenage things.

24           The government suggested to you that a representative

25   sample of the documents on Jahar's computer were all jihadi,

1    and they selected a few files from 500,000 items and thousands

2    of files on a computer and brought them to you.  We do not deny

3    that he had these extremist materials on his computer.  But

4    let's be honest about how prominent they were in his life and

5    when.

6              The library of extremist materials -- you remember the

7    hard drive found in Watertown -- we called it the Laurel hard

8    drive -- and it was found inside a computer bag that had

9    Tamerlan's high school graduation certificate, a travel

00:35 10   document that -- for Tamerlan.  It had Tamerlan's computer in

11   it.  That computer bag had the hard drive in it.

12             And what we brought to you was very clear evidence

13   through Mark Spencer that that hard drive was formatted by

14   Tamerlan's Samsung; that hard drive was loaded -- all of those

15   documents on that hard drive came from Tamerlan's Samsung

16   laptop.

17             There was a lot of discussion about complete *Inspire*.

18   That's the one that has "How to Build a Bomb in the Kitchen of

19   Your Mom" in it.  A lot of discussion about that.  A lot of

00:35 20   times you were shown that document.

21             But we tried to trace the history of it for you.  We

22   know that Tamerlan got his -- activated Windows on his laptop.

23   I hope you're computer friendly, but after listening to how

24   much you know about people from computers, I think we may want

25   to never use one again.

1          But complete *Inspire* was on -- let me start this way:

2     Tamerlan's laptop opened Windows on December the 21st.

3          Have you got that, Bill?

4          MR. FICK:  Hang on.

5          MS. CLARKE:  Do you remember Mark Spencer showed you a

6     PowerPoint-slide-looking thing that had Tamerlan's laptop, the

7     Sony and the HP?  And it showed when Windows was opened on all

8     of those.  Essentially what that means is that's when the

9     computer -- somebody got it and started it up and began to use

00:36 10   it.  And Tamerlan's laptop was -- Windows was loaded --

11          Have you got it here?

12          Windows was loaded on Tamerlan's laptop on December

13     21st, 2011.  The complete *Inspire* went onto Tamerlan's laptop

14     on December 21st, 2011, almost immediately.  And then we can

15     show you the flow of this complete *Inspire* magazine because it

16     goes from Tamerlan's laptop, which is the Samsung -- there's an

17     attachment of the Patriot -- the now-missing Patriot thumb

18     drive -- to the laptop on January 21st.  And remember, January

19     21st is the day that Tamerlan left for Russia.

00:37 20          The file was created -- complete *Inspire* was created

21     on that Patriot thumb drive from the Samsung, and then it

22     attached -- the Patriot attached then to the Sony, and the file

23     was created on the Sony.  So it came from Tamerlan's laptop to

24     the Patriot thumb drive to Jahar's laptop.  That is the course

25     of the complete *Inspire* magazine.  It does not mean that Jahar

1   did not have it, but we need to understand who was leading and

2   who was following.

3        The government made a -- well, we also have a chart of

4   the other *Inspire* magazines, you know, because the one was how

5   to build a bomb in the kitchen of your mom, and then there were

6   these other *Inspire* magazines, and they follow essentially the

7   same path.  The Samsung attaches to the missing Patriot thumb

8   drive on January the 21st, the complete *Inspire* is created, and

9   the attachment also creates the remaining *Inspires*, and they go

00:38 10  onto the Sony, and you can see the time, 6:22, 6:24, 6:24, 25,

11  25.  They go from the Samsung to the Patriot to the Sony.

12       Now, the government made a big deal about the HP

13  desktop at Norfolk and, in fact, today said that Jahar accessed

14  jihadi materials over the Christmas break on that HP.  I have

15  no idea where that evidence comes from or where that suggestion

16  comes from.  We do know that at, like, two in the morning on

17  January the 1st, Jahar accesses his email on that.  He's

18  clearly home for Christmas break.  The testimony that we heard

19  about that HP was that everybody in the household used it, that

00:39 20  it was open, and that it was clear there were multiple users.

21  And I don't know why we would suggest today that it was Jahar

22  accessing those materials and not Tamerlan.

23       Two thumb drives were found, one in the dorm room and

24  one in the Crapo landfill.  Remember those?  They both had

25  extremist materials on them.  But what else did they also both

1   have on them?  Katherine Tsarnaev, Tamerlan's wife's paycheck

2   stub and a rental application in her name.  Those thumb drives,

3   fairly clearly, came from Tamerlan.

4           Let's talk for just a minute about Jahar's actions

5   after the bombing because the government makes a big deal about

6   buying the milk and going to the gym.  It is bizarre.  It's

7   about as bizarre as going back into the Mobil station to put

8   the Doritos back down when Tamerlan comes and says, "Hurry up."

9   It's about as disconnected as that.

00:41 10        I think what it really shows is that, overall, he

11  bought into his brother's plan and his brother's actions and,

12  as the boat writing suggests, was convinced they were right.

13          We should talk about the writings in the boat.  We

14  should talk about these.  You won't find them on the verdict

15  form, but you will find them in the evidence.  The prosecution

16  sort of paints the picture of calm reflection inside the boat

17  and that Jahar had time to think and plan out what he was

18  doing.

19          Remember how he got there?  He had gotten into the

00:42 20  Mercedes, fled into a hail of gunfire, the windshield

21  bullet-riddled.  There's a series of these Mercedes pictures.

22  But you can see the bullets right at the driver's -- you can

23  see a picture where the bullets lodged into the headrest.

24  There wasn't time for calm reflection.

25          You've seen the boat.  He's in the boat, and he's

1   bleeding, and you've seen the pictures in the boat of the blood

2   all over.  And what does this 19-year-old do?  He tries to tell

3   why they did what they did.  It wasn't like it was written out

4   and ready to be distributed.  It wasn't like it was a message

5   to the world.  It was this 19-year-old's attempt to write about

6   why they did what they did.

7           And what does he say?  "I'm jealous of my brother who

8   has received the reward of paradise.  He's gone."  And he tries

9   to explain why they did what they did.  What he doesn't write

00:43  10  in here is what you might think a violent jihadi might write:

11  "Death to America."  He doesn't write that.  He doesn't

12  write -- he doesn't write, "Curse to America."  He knew it all

13  along that it was wrong to take innocent lives, and he says

14  that.  But he expressed the very twisted belief, the very

15  twisted belief, that his actions would make a difference.

16          The government tried to tie these writings to *Inspire*

17  magazine and some of the other extremist materials.  It's not

18  on your verdict form to find, but if you look at those other

19  materials, maybe some of the ideas expressed are in there, but

00:44  20  the language is not.  That's up to you to judge.  And we don't

21  know whether he got that, those ideas, from *Inspire* magazine or

22  from his brother.

23          Finally, I'd like to talk with you for just a few

24  minutes about the four minutes on Boylston.  The government --

25          Is that in your way?

1           THE COURT:  It's blocking my view of the -- some of

2      the lawyers.

3           MS. CLARKE:  How's that?

4           THE COURT:  That's much better.  Thank you.

5           MS. CLARKE:  The government argued to you in opening

6      statement, and again now, that there were four minutes, and

7      Jahar could have changed his mind.  They argued to you that

8      Jahar went to that location to target children.  They argued to

9      you in opening that after reaching -- after talking with his

00:45 10     brother, he reached a safe distance and detonated the bomb.

11     There were families there.

12           And who got killed and who got hurt and who escaped

13     was inexplicable, and Jahar's actions inexcusable, but for what

14     he saw when he arrived at that tree -- and I'm going to play

15     that video again for you to see if there was any indication

16     that he walked up to that spot and targeted children.  I think

17     you'll see on the clip on the video that Jahar walks up and the

18     selection was made because it was a tree.  So let's...

19           (Video recording played.)

00:46 20     MS. CLARKE:  You see him walking up.

21           (Video recording played.)

22           MS. CLARKE:  Okay.  Thank you, Bill.

23           You can judge for yourselves, but the video appears

24     that he walks up and he stops at the tree, not at the children.

25     The backpack was already down by the time of the 2:48 p.m.

1    photo that the government has shown us several times.  There

2    was movement by people going and coming.  It does not make it

3    better, but let's not make his intent any worse than it was.

4         The government told you in opening statement that

5    Jahar was -- when he got a safe distance away, he detonated the

6    bomb.  We heard no evidence of how the second bomb was

7    detonated and by whom.  The evidence does not show that he was

8    a safe distance away.  You've watched it again a couple of

9    times in the prosecution's argument.  What the evidence does

00:47 10    show is that he was dangerously close when the bomb exploded.

11         I'm going to stop in just a couple of minutes.  And

12    the prosecutor has an opportunity to get back up here and to

13    hammer home their story again.  We spent our time in this phase

14    of the case trying to correct misimpressions and trying to

15    complete the picture as best we could, given the issues that

16    you have to decide in this phase.

17         You now have to answer a whole lot of questions.

18    There are 30 complicated charges.  The judge spent over an hour

19    instructing you about them.  The indictment is long.  The

00:48 20    instructions are long.  The verdict form is 30 pages -- 31

21    pages long with a lot of questions for you to answer, for you

22    to discuss, for you to hear from each other about, for you to

23    express your opinions about.  And we know that you will do that

24    thoughtfully and truthfully because it's your job and it's your

25    responsibility to do it.

1          You've heard just a very little bit about who Jahar

2     was before April the 15th, 2013.  You've heard a very little

3     bit of evidence in this phase of the case about that.  He was

4     19.  You've seen that while he bought into the plan and bought

5     into the beliefs and passion that drove the plan and has now

6     changed many, many lives forever, including his own, he was an

7     adolescent and also doing adolescent things.  He was searching

8     Facebook.  He was tweeting his friends.  He was texting his

9     friends.  The prosecution says this was a double life.  He was

00:50 10    an adolescent drawn into a passion and belief of his older

11    brother and still living a teenage life.  He was flunking out

12    of school, and he was making up lame excuses about why he was

13    failing.

14         You also know from the one person who testified in

15    this phase, Stephen Silva, the one person who knew Jahar before

16    April 15, 2013, testified and told you that he never met

17    Tamerlan, but he was controlling and strict, and Jahar never

18    would introduce him to Tamerlan.

19         In the next phase of this case, you'll learn a lot

00:51 20    more.  We ask you to hold your minds open.  We asked you that

21    in the beginning of this case, to hold your minds open to what

22    more there is to hear, to what more there is to learn, and to

23    what more there is to understand.

24         We know that in the face of the heartbreak you've

25    watched and listened to and felt, and the horrific crimes that

1    you've been exposed to over the last month, that that is not an

2    easy task, but we ask you to do it.

3          And now when you go back to the jury room, we are not

4    asking you to go easy on Jahar.  We are not asking you to not

5    hold him accountable and responsible for what he did.  The

6    horrific acts that we've heard about, the death, destruction

7    and devastation that we've heard about deserve to be condemned,

8    and the time is now.  I know, and we know, that by your

9    verdict, you will do what is right and what is just, and your

00:52 10   verdict will speak the truth.

11          Thank you very much.

12                              * * *

13

14

15

16

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T E

2

3        I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

4   the United States District Court, do hereby certify that the

5   foregoing transcript constitutes, to the best of my skill and

6   ability, a true and accurate transcription of my stenotype

7   notes taken in the matter of Criminal Action No. 13-10200-GAO,

8   United States of America v. Dzhokhar A. Tsarnaev.

9

10  /s/ Marcia G. Patrisso
    MARCIA G. PATRISSO, RMR, CRR
11  Official Court Reporter

12
    Date:  4/6/15
13

14

15

16

17

18

19

20

21

22

23

24

25