UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
a/k/a "Jahar Tsarni,"
Defendant.

**<u>VERDICT</u>**



**COUNT ONE:**

1.    As to Count One of the Indictment charging conspiracy to use a weapon of mass destruction, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

☐    Not Guilty          ☐    Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

2.    As to whether the conspiracy charged in Count One of the Indictment resulted in at least one of the four deaths alleged in Count One, we unanimously find:

a.    As to the death of Krystle Marie Campbell:
☐    No          ☐    Yes

b.    As to the death of Officer Sean Collier:
☐    No          ☐    Yes

c.    As to the death of Lingzi Lu:
☐    No          ☐    Yes

d.    As to the death of Martin Richard:
☐    No          ☐    Yes

SPECIMEN

**COUNT TWO:**

1.    As to Count Two of the Indictment charging use of a weapon of mass destruction (Pressure Cooker Bomb #1) on or about April 15, 2013, in the vicinity of 671 Boylston Street in Boston, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



□    Not Guilty          □    Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

2.    As to whether the offense charged in Count Two resulted in the death of Krystle Marie Campbell, we unanimously find:

□    No                    □    Yes

**COUNT THREE:**

1.      As to Count Three of the Indictment charging that the defendant used or carried a firearm (Pressure Cooker Bomb #1) during and in relation to a crime of violence, namely, use of a weapon of mass destruction as charged in Count Two of this Indictment, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

☐      Not Guilty            ☐      Guilty

*If guilty, proceed to Questions 2-4. If not guilty, proceed to the next Count.*

2.      As to whether the firearm charged in Count Three (Pressure Cooker Bomb #1) was discharged, we unanimously find:

☐      No            ☐      Yes

3.      As to whether the firearm charged in Count Three (Pressure Cooker Bomb #1) was a destructive device, we unanimously find:

☐      No            ☐      Yes

4.      As to whether the defendant, in the course of committing the violation alleged in Count Three, caused the death of Krystle Marie Campbell through the use of the firearm, and the killing was a murder, or aided or abetted another in causing the death of Krystle Marie Campbell through the use of the firearm, and the killing was a murder, we unanimously find:

☐      No            ☐      Yes

**COUNT FOUR:**

1.      As to Count Four of the Indictment charging use of a weapon of mass destruction (Pressure Cooker Bomb #2) on or about April 15, 2013, in the vicinity of 755 Boylston Street in Boston, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



                 □      Not Guilty          □      Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

2.      As to whether the offense charged in Count Four of the Indictment resulted in at least one of the two deaths alleged in Count Four, we unanimously find:

      a.      As to the death of Lingzi Lu:
             □      No                  □      Yes

      b.      As to the death of Martin Richard:
             □      No                  □      Yes

SPECIMEN

5

**COUNT FIVE:**

1.      As to Count Five of the Indictment charging that the defendant used or carried a firearm (Pressure Cooker Bomb #2) during and in relation to a crime of violence, namely, use of a weapon of mass destruction as charged in Count Four of this Indictment, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

☐      Not Guilty      ☐      Guilty

*If guilty, proceed to Questions 2-4. If not guilty, proceed to the next Count.*

2.      As to whether the firearm charged in Count Five was discharged, we unanimously find:

☐      No      ☐      Yes

3.      As to whether the firearm charged in Count Five was a destructive device, we unanimously find:

☐      No      ☐      Yes

4.      As to whether the defendant, in the course of committing the violation alleged in Count Five, caused one of the two deaths alleged in Count Five, and the killing was a murder, or aided or abetted another in causing one of the two deaths alleged in Count Five, and the killing was a murder, we unanimously find:

        a.      As to the death of Lingzi Lu:

☐      No      ☐      Yes

        b.      As to the death of Martin Richard:

☐      No      ☐      Yes

SPECIMEN

**COUNT SIX:**

1.     As to Count Six of the Indictment charging conspiracy to bomb a place of public use, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

☐     Not Guilty          ☐     Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

2.     As to whether the conspiracy charged in Count Six of the Indictment resulted in at least one of the deaths alleged in Count Six, we unanimously find:

    a.     As to the death of Krystle Marie Campbell:
        ☐     No          ☐     Yes

    b.     As to the death of Officer Sean Collier:
        ☐     No          ☐     Yes

    c.     As to the death of Lingzi Lu:
        ☐     No          ☐     Yes

    d.     As to the death of Martin Richard:
        ☐     No          ☐     Yes

SPECIMEN

**COUNT SEVEN:**

1.   As to Count Seven of the Indictment charging the bombing of a place of public use (Pressure Cooker Bomb #1) on or about April 15, 2013, in the vicinity of 671 Boylston Street, Boston, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



□   Not Guilty          □   Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

2.   As to whether the offense charged in Count Seven resulted in the death of Krystle Marie Campbell, we unanimously find:

□   No          □   Yes

8

**COUNT EIGHT:**

1.     As to Count Eight of the Indictment charging that the defendant used or carried a firearm (Pressure Cooker Bomb #1) during and in relation to a crime of violence, namely, the bombing of a place of public use as charged in Count Seven of this Indictment, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

                                ☐    Not Guilty        ☐    Guilty

*If guilty, proceed to Questions 2-4. If not guilty, proceed to the next Count.*

2.     As to whether the firearm charged in Count Eight (Pressure Cooker Bomb #1) was discharged, we unanimously find:

                                ☐    No        ☐    Yes

3.     As to whether the firearm charged in Count Eight (Pressure Cooker Bomb #1) was a destructive device, we unanimously find:

                                ☐    No        ☐    Yes

4.     As to whether the defendant, in the course of committing the violation alleged in Count Eight, caused the death of Krystle Marie Campbell through the use of the firearm, and the killing was a murder, or aided or abetted another in causing the death of Krystle Marie Campbell through the use of the firearm, and the killing was a murder, we unanimously find:

                                ☐    No        ☐    Yes

**COUNT NINE:**

1.     As to Count Nine of the Indictment charging the bombing of a place of public use (Pressure Cooker Bomb #2) on or about April 15, 2013, in the vicinity of 755 Boylston Street, Boston, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



      □   Not Guilty    □   Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

2.     As to whether the offense charged in Count Nine of the Indictment resulted in the death of at least one of the two persons alleged in Count Nine, we unanimously find:

   a.   As to the death of Lingzi Lu:
      □   No       □   Yes

   b.   As to the death of Martin Richard:
      □   No       □   Yes

**COUNT TEN:**

1.     As to Count Ten of the Indictment charging that the defendant used or carried a firearm (Pressure Cooker Bomb #2) during and in relation to a crime of violence, namely, the bombing of a place of public use as charged in Count Nine of this Indictment, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

        □    Not Guilty       □    Guilty

*If guilty, proceed to Questions 2-4. If not guilty, proceed to the next Count.*

2.     As to whether the firearm charged in Count Ten (Pressure Cooker Bomb #2) was discharged, we unanimously find:

        □    No       □    Yes

3.     As to whether the firearm charged in Count Ten (Pressure Cooker Bomb #2) was a destructive device, we unanimously find:

        □    No       □    Yes

4.     As to whether the defendant, in the course of committing the violation alleged in Count Ten of the Indictment, caused the death of one of the two persons alleged in Count Ten through the use of the firearm, and the killing was a murder, or aided or abetted another in causing the death of one of the two persons alleged in Count Ten through the use of the firearm, and the killing was a murder, we unanimously find:

    a.     As to the death of Lingzi Lu:
        □    No       □    Yes

    b.     As to the death of Martin Richard:
        □    No       □    Yes

SPECIMEN

**COUNT ELEVEN:**

1.      As to Count Eleven of the Indictment charging conspiracy to maliciously destroy property, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

□      Not Guilty              □      Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

2.      As to whether the conspiracy charged in Count Eleven of the Indictment resulted in at least one of the four deaths alleged in Count Eleven, we unanimously find:

a.      As to the death of Krystle Marie Campbell:
□      No                  □      Yes

b.      As to the death of Officer Sean Collier:
□      No                  □      Yes

c.      As to the death of Lingzi Lu:
□      No                  □      Yes

d.      As to the death of Martin Richard:
□      No                  □      Yes

12

**COUNT TWELVE:**

1. As to Count Twelve of the Indictment charging malicious destruction of property by means of an explosive (Pressure Cooker Bomb #1) on or about April 15, 2013, in the vicinity of 671 Boylston Street in Boston, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



◻     Not Guilty        ◻     Guilty

*If guilty, proceed to Questions 2-3. If not guilty, proceed to the next Count.*

2. As to whether the offense charged in Count Twelve of the Indictment resulted in personal injury to at least one person, we unanimously find:

◻     No          ◻     Yes

3. As to whether the offense charged in Count Twelve of the Indictment resulted in the death of Krystle Marie Campbell, we unanimously find:

◻     No          ◻     Yes

13

**COUNT THIRTEEN:**

1.     As to Count Thirteen of the Indictment charging that the defendant used or carried a firearm (Pressure Cooker Bomb #1) during and in relation to a crime of violence, namely, malicious destruction of property as charged in Count Twelve of this Indictment, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

      □   Not Guilty    □   Guilty

*If guilty, proceed to Questions 2-4. If not guilty, proceed to the next Count.*

2.     As to whether the firearm charged in Count Thirteen was discharged, we unanimously find:

      □   No      □   Yes

3.     As to whether the firearm charged in Count Thirteen was a destructive device, we unanimously find:

      □   No      □   Yes

4.     As to whether the defendant, in the course of committing the violation alleged in Count Thirteen, caused the death of Krystle Marie Campbell through the use of the firearm, and the killing was a murder, or aided or abetted another in causing the death of Krystle Marie Campbell through the use of the firearm, and the killing was a murder, we unanimously find:

      □   No      □   Yes

SPECIMEN

**COUNT FOURTEEN:**

1.      As to Count Fourteen of the Indictment charging malicious destruction of property by means of an explosive (Pressure Cooker Bomb #2) on or about April 15, 2013, in the vicinity of 755 Boylston Street in Boston, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

□      Not Guilty      □      Guilty

*If guilty, proceed to Questions 2-3. If not guilty, proceed to the next Count.*

2.      As to whether the offense charged in Count Fourteen resulted in personal injury to at least one person, we unanimously find:

□      No      □      Yes

3.      As to whether the offense charged in Count Fourteen of the Indictment resulted in at least one of the two deaths alleged in Count Fourteen, we unanimously find:

a.      As to the death of Lingzi Liu:

□      No      □      Yes

b.      As to the death of Martin Richard:

□      No      □      Yes

SPECIMEN

**COUNT FIFTEEN:**

1.      As to Count Fifteen of the Indictment charging that the defendant used or carried a firearm (Pressure Cooker Bomb #2) during and in relation to a crime of violence, namely, malicious destruction of property as charged in Count Fourteen of this Indictment, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

      □     Not Guilty       □     Guilty

*If guilty, proceed to Questions 2-4. If not guilty, proceed to the next Count.*

2.      As to whether the firearm charged in Count Fifteen (Pressure Cooker Bomb #2) was discharged, we unanimously find:

      □     No       □     Yes

3.      As to whether the firearm charged in Count Fifteen (Pressure Cooker Bomb #2) was a destructive device, we unanimously find:

      □     No       □     Yes

4.      As to whether the defendant, in the course of committing the violation alleged in Count Fifteen of the Indictment, caused the death of one of the two persons alleged in Count Fifteen, and the killing was a murder, or aided or abetted another in causing the death of one of the two persons alleged in Count Fifteen, and the killing was a murder, we unanimously find:

      a.     As to the death of Lingzi Lu:
            □     No       □     Yes

      b.     As to the death of Martin Richard:
            □     No       □     Yes

SAMPLE

**COUNT SIXTEEN:**

1.     As to Count Sixteen of the Indictment charging that on or about April 18, 2013, the defendant used or carried a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence, namely, conspiracy to use a weapon of mass destruction as charged in Count One of this Indictment, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



☐     Not Guilty          ☐     Guilty

*If guilty, proceed to Questions 2-3. If not guilty, proceed to the next Count.*

2.     As to whether the firearm charged in Count Sixteen (Ruger P95 9mm semiautomatic handgun) was discharged, we unanimously find:

☐     No          ☐     Yes

3.     As to whether the defendant, in the course of the violation charged in Count Sixteen, caused the death of Officer Sean Collier, and the killing was a murder, or aided or abetted another in causing the death of Officer Sean Collier, and the killing was a murder, we unanimously find:

☐     No          ☐     Yes

**COUNT SEVENTEEN:**

1.     As to Count Seventeen of the Indictment charging that on or about April 18, 2013, the defendant used or carried a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence, namely, conspiracy to bomb a place of public use as charged in Count Six of this Indictment, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



☐     Not Guilty          ☐     Guilty

*If guilty, proceed to Questions 2-3. If not guilty, proceed to the next Count.*

2.     As to whether the firearm charged in Count Seventeen was discharged, we unanimously find:

☐     No          ☐     Yes

3.     As to whether the defendant, in the course of committing the violation charged in Count Seventeen of the Indictment, caused the death of Officer Sean Collier, and the killing was a murder, or aided or abetted another in causing the death of Officer Sean Collier, and the killing was a murder, we unanimously find:

☐     No          ☐     Yes

**COUNT EIGHTEEN:**

1.     As to Count Eighteen of the Indictment charging that on or about April 18, 2013, the defendant used or carried a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence, namely, conspiracy to maliciously destroy property as charged in Count Eleven of this Indictment, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



       ☐     Not Guilty      ☐     Guilty

*If guilty, proceed to Questions 2-3. If not guilty, proceed to the next Count.*

2.     As to whether the firearm charged in Count Eighteen was discharged, we unanimously find:

       ☐     No      ☐     Yes

3.     As to whether the defendant, in the course of committing the violation charged in Count Eighteen, caused the death of Officer Sean Collier, and the killing was a murder, or aided or abetted another in causing the death of Officer Sean Collier, and the killing was a murder, we unanimously find:

       ☐     No      ☐     Yes

**COUNT NINETEEN:**

1.   As to Count Nineteen of the Indictment charging carjacking and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

☐   Not Guilty   ☐   Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

2.   As to whether the offense charged in Count Nineteen resulted in serious bodily injury to Officer Richard Donohue, we unanimously find:

☐   No   ☐   Yes



**COUNT TWENTY:**

      1.    As to Count Twenty of the Indictment charging that on or about April 18, 2013, the defendant used or carried a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence, namely, carjacking as charged in Count Nineteen of this Indictment, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

□     Not Guilty        □     Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

      2.    As to whether the firearm charged in Count Twenty (Ruger P95 9mm semiautomatic handgun) was brandished, we unanimously find:

□     No        □     Yes



**COUNT TWENTY-ONE:**

    1.     As to Count Twenty-One of the Indictment charging interference with commerce by threats or violence on or about April 18, 2013, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

                    □     Not Guilty      □     Guilty



22

**COUNT TWENTY-TWO:**

1.      As to Count Twenty-Two of the Indictment charging that on or about April 18, 2013, the defendant used or carried a firearm (Ruger P95 9mm semiautomatic handgun) during and in relation to a crime of violence, namely, interference with commerce by threats and violence as charged in Count Twenty-One of this Indictment, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



□      Not Guilty          □      Guilty

*If guilty, proceed to Question 2. If not guilty, proceed to the next Count.*

2.      As to whether the firearm charged in Count Twenty-Two was brandished, we unanimously find:

□      No                    □      Yes

23

**COUNT TWENTY-THREE:**

1.      As to Count Twenty-Three of the Indictment charging use of a weapon of mass destruction (Pressure Cooker Bomb #3) on or about April 19, 2013, in the vicinity of Laurel Street and Dexter Avenue in Watertown, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

     □  Not Guilty      □  Guilty



## COUNT TWENTY-FOUR:

1.      As to Count Twenty-Four of the Indictment charging that the defendant used or carried a firearm (Ruger P95 9mm semiautomatic handgun and Pressure Cooker Bomb #3) during and in relation to a crime of violence, namely, use of a weapon of mass destruction, as charged in Count Twenty-Three of this Indictment, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

     a.      As to the Ruger P95 9mm semiautomatic handgun:
         ☐   Not Guilty     ☐   Guilty

     b.      As to Pressure Cooker Bomb #3:
         ☐   Not Guilty     ☐   Guilty

*If guilty, proceed to Questions 2-4. If not guilty, proceed to the next Count.*

2.      As to whether the Ruger P95 9mm semiautomatic handgun charged in Count Twenty-Four was discharged, we unanimously find:

     ☐  No     ☐   Yes

3.      As to whether Pressure Cooker Bomb #3 charged in Count Twenty-Four was discharged, we unanimously find:

     ☐  No     ☐   Yes

4.      As to whether Pressure Cooker Bomb #3 was a destructive device, we unanimously find:

     ☐   No     ☐   Yes

**COUNT TWENTY-FIVE:**

1.     As to Count Twenty-Five of the Indictment charging use of a weapon of mass destruction (Pipe Bomb #1) on or about April 19, 2013, in the vicinity of Laurel Street and Dexter Avenue in Watertown, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



☐     Not Guilty          ☐     Guilty

**COUNT TWENTY-SIX:**

1.     As to Count Twenty-Six of the Indictment charging that the defendant used or carried a firearm (Ruger P95 9mm semiautomatic handgun and Pipe Bomb #1) during and in relation to a crime of violence, namely, use of a weapon of mass destruction as charged in Count Twenty-Five of this Indictment, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

     a.    As to the Ruger P95 9mm semiautomatic handgun:
          □   Not Guilty       □   Guilty

     b.    As to Pipe Bomb #1:
          □   Not Guilty       □   Guilty

*If guilty, proceed to Questions 2-4. If not guilty, proceed to the next Count.*

2.     As to whether the Ruger P95 9mm semiautomatic handgun charged in Count Twenty-Five was discharged, we unanimously find:

          □   No          □   Yes

3.     As to whether Pipe Bomb #1 charged in Count Twenty-Five was discharged, we unanimously find:

          □   No          □   Yes

4.     As to whether Pipe Bomb #1 was a destructive device, we unanimously find:

          □   No          □   Yes

**COUNT TWENTY-SEVEN:**

As to Count Twenty-Seven of the Indictment charging use of a weapon of mass destruction (Pipe Bomb #2) on or about April 19, 2013, in the vicinity of Laurel Street and Dexter Avenue in Watertown, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



        □     Not Guilty       □     Guilty

**COUNT TWENTY-EIGHT:**

1.      As to Count Twenty-Eight of the Indictment charging that the defendant used or carried a firearm (Ruger P95 9mm semiautomatic handgun and Pipe Bomb #2) during and in relation to a crime of violence, namely, use of a weapon of mass destruction as charged in Count Twenty-Seven of this Indictment, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

      a.      As to the Ruger P95 9mm semiautomatic handgun:
         ☐     Not Guilty          ☐     Guilty

      b.      As to Pipe Bomb #2:
         ☐     Not Guilty          ☐     Guilty

*If guilty, proceed to Questions 2-4. If not guilty, proceed to the next Count.*

2.      As to whether the Ruger P95 9mm semiautomatic handgun charged in Count Twenty-Eight was discharged, we unanimously find:

         ☐     No          ☐     Yes

3.      As to whether Pipe Bomb #2 charged in Count Twenty-Eight was discharged, we unanimously find:

         ☐     No          ☐     Yes

4.      As to whether Pipe Bomb #2 was a destructive device, we unanimously find:

         ☐     No          ☐     Yes

SPECIMEN

**COUNT TWENTY-NINE:**

1.　　As to Count Twenty-Nine of the Indictment charging use of a weapon of mass destruction (Pipe Bomb #3) on or about April 19, 2013, in the vicinity of Laurel Street and Dexter Avenue in Watertown, Massachusetts, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:



　　　　　　　□　　　Not Guilty　　　　　　□　　　Guilty

30

**COUNT THIRTY:**

  1.  As to Count Thirty of the Indictment charging that the defendant used or carried a firearm (Ruger P95 9mm semiautomatic handgun and Pipe Bomb #3) during and in relation to a crime of violence, namely, use of a weapon of mass destruction as charged in Count Twenty-Nine of this Indictment, and aiding and abetting, we unanimously find the defendant, Dzhokhar A. Tsarnaev:

    a.  As to the Ruger P95 9mm semiautomatic handgun:
       ◻  Not Guilty    ◻  Guilty

    b.  As to Pipe Bomb #3:
       ◻  Not Guilty    ◻  Guilty

*If guilty, proceed to Questions 2-4 and then sign and date the Verdict. If not guilty, proceed directly to signing and dating the Verdict.*

  2.  As to whether Pipe Bomb #3 charged in Count Thirty was brandished, we unanimously find:

       ◻  No      ◻  Yes

  3.  As to whether the Ruger P95 9mm semiautomatic handgun charged in Count Thirty was discharged, we unanimously find:

       ◻  No      ◻  Yes

  4.  As to whether Pipe Bomb #3 was a destructive device, we unanimously find:

       ◻  No      ◻  Yes

**The foregoing represents the unanimous decision of the jury.**

FOREMAN: _____    _____
                         Signature                                         Juror Number

DATE: _____

32