UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2015 APR 7 PM 2 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV ) | |

### SEALED MOTION TO SEAL MOTION FOR MISTRIAL

Defendant moves that the Court grant the instant motion and the attached Motion for Mistrial under seal. The request to seal is made because the motion refers to the Court's sealed jury colloquy.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

DATED: April 7, 2015

William Fick

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)

>Timothy Watkins, Esq. (BBO # 567992)
>William Fick, Esq. (BBO # 650562)
>FEDERAL PUBLIC DEFENDER OFFICE
>51 Sleeper Street, 5th Floor
>(617) 223-8061
>MIRIAM_CONRAD@FD.ORG
>TIMOTHY_WATKINS@FD.ORG
>WILLIAM_FICK@FD.ORG

**Certificate of Service**

I hereby certify that this document was served by email and hand delivery on April 7, 2015 upon counsel for the government.

_____
Robert F. Rieske