Exhibit A





