# Exhibit B

 **Laurel J. Sweet**
@Laurel_Sweet

 Following

With the guilt of #Tsarnaev now concrete, the cement mixer that haunts him returns to Seaport District.



RETWEETS  FAVORITES
22        29           

4:36 PM - 5 Mar 2015