# Exhibit C

 **Audrey Markoff**
@audmarko

  Follow

This art inspired & named after Boston Strong. Thanks for checking it out if you're at the trial. #Tsarnaev



 

FAVORITE
1



2:06 PM - 9 Mar 2015

 Reply to @audmarko