UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
April 8, 2015

O'TOOLE, D.J.

The defendant has moved to file under seal his response to the government's Omnibus Penalty Phase Motions in Limine and Incorporated Memorandum. The motion (dkt. no. 1227) is GRANTED at this time as it responds to the government's motion which is under seal.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge