# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| DZHOKHAR TSARNAEV | Case Number: 13-10200-GAO |

| PRESIDING JUDGE<br>O'TOOLE | PLAINTIFF'S ATTORNEY<br>Weinreb, Chakravarty, Pellegrini, Mellin | DEFENDANT'S ATTORNEY<br>Conrad, Clarke, Bruck, Watkins, Fick |
|---|---|---|
| TRIAL DATE (S)<br>3-4-15-4/8/15 | COURT REPORTER<br>Patrisso | COURTROOM DEPUTY<br>Lyness |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Government Witness-Thomas Grilk-Sworn 3/4/15 |
| | | | | | Government Witness-Shane O'Hara-Sworn 3/4/15 |
| | | | | | Government Witness-Colton Kilgore-Sworn 3/4/15 |
| | | | | | Government Witness-Rebekah Gregory-Sworn 3/4/15 |
| | | | | | Government Witness-Sydney Corcoran-Sworn 3/4/15 |
| | | | | | Government Witness-Karen McWatters-Sworn 3/4/15 |
| | | | | | Government Witness-Frank Chiola-Sworn 3/5/15 |
| | | | | | Government Witness-Jeff Bauman-Sworn 3/5/15 |
| | | | | | Government Witness-Richard Claflin-Sworn 3/5/15 |
| | | | | | Government Witness-James Marinelli-Sworn 3/5/15 |
| | | | | | Government Witness-James Tyre-Sworn 3/5/15 |
| | | | | | Government Witness-Alan Hern- Sworn 3/5/15 |
| | | | | | Government Witness-Lauren Woods-Sworn 3/5/15 |
| | | | | | Government Witness-Roseanne Sdoia-Sworn 3/5/15 |
| | | | | | Government Witness-Thomas Barrett-Sworn 3/5/15 |
| | | | | | Government witness-William Richard-Sworn 3/5/15 |
| | | | | | Government Witness-Jessica Kensky-Sworn 3/9/15 |
| | | | | | Government Witness-Danling Zhou-Sworn 3/9/15 |
| | | | | | Government Witness-Matt Patterson-Sworn 3/9/15 |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. DZHOKHAR TSARNAEV | | | | | CASE NO. 13-10200-GAO |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Government Witness-James Bath-Sworn 3/9/15 |
| | | | | | Government Witness- Anthony Imel- Sworn 3/9/15 |
| | | | | | Government Witness-James Hooley-Sworn 3/9/15 |
| | | | | | Government Witness-William Gross-Sworn 3/9/15 |
| | | | | | Government Witness-Katelin Harper- Sworn 3/9/15 |
| | | | | | Government Witness-Gregory Homel-Sworn 3/9/15 |
| | | | | | Government Witness-Christopher Frias-Sworn 3/9/15 |
| | | | | | Government Witness-Stephen Kimball-Sworn 3/9/15 |
| | 3000 | 3/10/15 | x | 3/10/15 | Entire twitter feed of Jahar |
| | | | | | Government Witness-Todd Brown-Sworn 3/10/15 |
| | | | | | Government Witness-Jeffrey Rolands-Sworn 3/10/15 |
| | | | | | Government Witness-Kristen Koch-Sworn 3/10/15 |
| | | | | | Government Witness- Michael Macias-Sworn 3/10/15 |
| | | | | | Government Witness-Jason Costello-Sworn 3/10/15 |
| | | | | | Government Witness-Paula Ernst-Sworn 3/10/15 |
| | | | | | Government Witness-Sarah DeLair-Sworn 3/10/15 |
| | | | | | Government Witness-Chad Fitzgerald- Sworn 3/11/15 |
| | 3001 | 3/11/15 | x | 3/11/15 | Excerpt of T-Mobile Records with 4/15/13 highlighted |
| | 3002 | 3/11/15 | x | | HTC phone Extraction |
| | 3003 | 3/11/15 | x | | AT&T phone records for Jahar going back to 12/11/12 to 4/19/13 |
| | | | | | Government Witness- James Eppard-Sworn 3/11/15 |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | vs. | DZHOKHAR TSARNAEV | CASE NO. 13-10200-GAO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Government Witness-John DiFava-Sworn 3/11/15 |
| | | | | | Government Witness-David Sacco-Sworn 3/11/15 |
| | | | | | Government Witness-Clarence Henniger- Sworn 3/11/15 |
| | | | | | Government Witness-Brendan O'Hurn-Sworn 3/11/15 |
| | | | | | Government Witness-Matthew Isgur-Sworn 3/11/15 |
| | | | | | Government Witness-Nathan Harman-Sworn 3/11/15 |
| | | | | | Government Witness-Michael Cashman- Sworn 3/12/15 |
| | | | | | Government Witness-Anthony Grassi-Sworn 3/12/15 |
| | | | | | Government Witness-Renee Robinson- Sworn 3/12/15 |
| | | | | | Government Witness-Alan Mednick-Sworn 3/12/15 |
| | | | | | Government Witness-Eddie Lakkis- Sworn 3/12/15 |
| | | | | | Government Witness-Dung Meng-Sworn 3/12/15 |
| | | | | | Government Witness-William O'Keefe-Sworn 3/12/15 |
| | | | | | Government Witness-Michael Nickerson-Sworn 3/12/15 |
| | | | | | Government Witness-Joseph Sulllivan-Sworn 3/12/15 |
| | | | | | Government Witness-Joseph Reynolds- Sworn 3/16/15 |
| | | | | | Government Witness-John MacLellan-Sworn 3/16/15 |
| | 3005 | 3/16/15 | x | 3/16/15 | Photo of two suspects in Watertown on night of 4/18/13 |
| | | | | | Government Witness-Jeffrey Pugliese-Sworn 3/16/15 |
| | 3006 | 3/16/15 | x | 3/16/15 | Photo of two suspects in Watertown on night of 4/18/13 |
| | | | | | Government Witness-James Floyd- Sworn 3/16/15 |
| | | | | | Government Witness-Andrew Kitzenberg-Sworn 3/16/15 |
| | | | | | Government Witness-Heather Studley-Sworn 3/16/15 |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. DZHAKHAR TSARNAEV | | | | | CASE NO. 13-10200-GAO |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  |  |  |  |  | Government Witness-Francis Hughes- Sworn 3/16/15 |
|  | 3034 | 3/16/15 | x | 3/16/15 | Photo of Tsarnaev on boat before arrest |
|  |  |  |  |  | Government Witness-David Henneberry- Sworn 3/17/15 |
|  | 3035 | 3/17/15 | x | 3/17/15 | Photo of back of boat |
|  | 3036 | 3/17/15 | x | 3/17/15 | Photo of side of boat |
|  | 3037 | 3/17/15 | x | 3/17/15 | Photo of back of the boat |
|  | 3027 |  | x | 3/17/15 | Photo of interior of boat |
|  | 3028 | 3/17/15 | x | 3/17/15 | Photo of blood stain in boat |
|  | 3029 | 3/17/15 | x | 3/17/15 | Photo of blood stain on berth |
|  | 3030 | 3/17/15 | x | 3/17/15 | Photo of tool kit in boat |
|  |  |  |  |  | Government Witness-Stephan Silva-Sworn 3/17/15 |
|  |  |  |  |  | Government Witness- Michael Nealon- Sworn 3/17/15 |
|  |  |  |  |  | Government Witness-Jessica Ulmer- Sworn 3/17/15 |
|  |  |  |  |  | Government Witness-Robert McCarthy-Sworn 3/18/15 |
|  |  |  |  |  | Government Witness-Matthew Hess- Sworn 3/18/15 |
|  | 3040 | 3/18/15 | x | 3/18/15 | Photo of passenger side with bullet holes on Mercedes |
|  | 3041 | 3/18/15 | x |  | Photo of Mercedes |
|  | 3042 | 3/18/15 | x |  | Photo of bullet holes in windshield ofMercedes |
|  | 3043 | 3/18/15 | x |  | Photo of driver side of windshield with bullet holes Mercedes |
|  | 3044 | 3/18/15 | x |  | Photo of bullet holes on driver side of Mercedes |
|  | 3046 | 3/18/15 | x |  | Bullet hole in head rest of rear seat of Mercedes |
|  | 3047 | 3/18/15 | x |  | Photo of bullets on driver side of h ead rest of Mercedes |
|  | 3048 | 3/18/18 | x |  | Photo of bullet holes in head rest in front of Mercedes |
|  | 3049 | 3/18/15 | x |  | Photo of rear of Mercedes |
|  | 3039 | 3/18/14 | x |  | Photo of Mercedes |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. DZHOKHAR TSAARNAEV | | | | | CASE NO. 13-10200-GAO |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Government Witness-Patrick Moynihan-Sworn 3/18/15 |
| | 3051 | 3/18/15 | x | 3/18/15 | Receipt from wallet |
| | | | | | Government Witness-D.J. Fife-Sworn 3/18/15 |
| | 3058 | 3/18/15 | x | 3/18/15 | Picture of sweatshirt from defendant |
| | 3061 | 3/18/15 | x | 3/18/15 | Sweatshirt of defendant |
| | | | | | Government Witness-Stephanie Waite-Sworn 3/18/15 |
| | | | | | Government Witness-Jennifer Montgomery- Sworn 3/18/15 |
| | | | | | Government Witness-Brian Corcoran-Sworn 3/18/15 |
| | 775a | 3/19/15 | x | 3/19/15 | capture of exhibit 772 with changes |
| | 775b | 3/19/15 | x | 3/19/15 | capture of exhibit 772 with changes |
| | | | | | Government Witness-Philip Christiano-Sworn 3/19/15 |
| | | | | | Government Witness-Kevin Swindle-Sworn 3/19/15 |
| | | | | | Government Witness-Matthew Levitt-Sworn 3/23/15 |
| | | | | | Government Witness- Colleen Tanguay-Sworn 3/24/15 |
| | | | | | Government Witness-David Cahill-Sworn 3/24/15 |
| | | | | | Government Witness-Matthew Riportella-Sworn 3/24/15 |
| | | | | | Government Witness-Timothy Dowd-Sworn 3/24/15 |
| | | | | | Government Witness-Christopher Donahue-Sworn 3/24/15 |
| | | | | | Government Witness-Miguel Colon-Sworn 3/24/15 |
| | | | | | Government Witness-Mark Preble-Sworn 3/24/15 |
| | | | | | Government Witness-Kimberly Franks-Sworn 3/24/15 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. DZHOKHAR TSARNAEV | | | | CASE NO. 13-10200-GAO | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | Government Witness- Christopher Derks-Sworn 3/25/15 |
| | | | | | |
| | 3062 | 3/25/15 | x | 3/25/15 | Picture of bin on shelf in apartment |
| | 3063 | 3/25/15 | x | 3/25/15 | Copy of paper of writing, Q685.1 |
| | 3064 | 3/25/15 | x | 3/25/15 | 4 Notebooks found in apartment, composition book, binder |
| | 3065 | 3/25/25 | x | | Copy of newspaper found on TV Stand in living |
| | 3066 | 3/25/15 | x | 3/25/15 | Variety of items, tools and tapes from drawer |
| | 3067 | 3/25/15 | x | | Document# 350 |
| | | | | | Government Witness-Christian Fierabend-Sworn 3/25/15 |
| | 3099 | 3/25/15 | x | 3/25/15 | Gloves |
| | 3100 | 3/25/15 | x | 3/25/15 | latex Gloves |
| | 3101 | 3/25/15 | x | 3/25/15 | Glove |
| | 3096 | 3/25/15 | x | 3/25/15 | Photo of Tamerlan Tsarnaev exit vestibule from Target |
| | 3097 | 3/25/15 | x | 3/25/15 | Closeup photo of Tamerlan Tsarnaev of exit vestibule from Target |
| | | | | | Government Witness-Kenneth Benton-Sworn 3/25/15 |
| | | | | | Government Witness-Olga LaFond-Sworn 3/25/15 |
| | | | | | Government Witness- Muna Shishani-Sworn 3/25/15 |
| | | | | | Government Witness-Heidi Williams-Sworn 3/25/15 |
| | 1387a | 3/25/15 | x | 3/26/15 | Full text of government exhibit 1387. |
| | | | | | Government Witness-David McCollam-Sworn 3/26/15 |
| | 3102 | 3/26/15 | x | 3/26/15 | Photo of hobby fuse |
| | 3103 | 3/26/15 | x | 3/26/15 | Photo of lid with with residue of high explosive |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | vs. | DZHOKHAR TSARNAEV | | CASE NO. 13-10200 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Government Witness-Edward Knapp-Sworn 3/26/15 |
| | 3093 | 3/26/15 | x | 3/26/15 | Fragments of cardboard at scene A |
| | | | | | Government Witness-Jennifer Hammers-Sworn 3/26/15 |
| | | | | | Government Witness-Katherine Lindstrom-Sworn 3/30/15 |
| | | | | | Government Witness-Michelle Gamble-Sworn 3/30/15 |
| | 3146 | 3/30/15 | x | 3/30/15 | Photo of government exhibit 675-5 |
| | 3137 | 3/30/15 | x | 3/30/15 | Photo of spectators at scene of 2nd blast |
| | 3138 | 3/30/15 | x | 3/30/15 | Photo taken at 2:37 pm on morning of marathon bombing |
| | | | | | Government Witness-Henry Nieles-Sworn 3/30/15 |
| | 3132 | 3/30/15 | x | | Evidence recovery log |
| | 3150 | 3/30/15 | x | 3/30/15 | Evidence bag with Wiring magazine |
| | 3151 | 3/30/15 | x | 3/30/15 | Photo of Wiring Magazine |
| | | | | | Defendant Witness-Gerald Grant-Sworn 3/30/15 |
| | 3126A | 3/30/15 | x | 3/30/15 | Twitter Feed- 4/15/15- 4:58 PM |
| | 3126b | 3/30/15 | x | 3/30/15 | Twitter Feed 4/16/12 - 6:42 AM |
| | 3126h | 3/30/15 | x | 3/30/15 | Twitter Feed 4/16/12- 12:46PM |
| | 3126c | 3/30/15 | x | 3/30/15 | Twitter Feed- 4/16/12- 8:38 AM |
| | 3126d | 3/30/15 | x | | Twitter Feed- 4/16/12 8:45 AM |
| | 3126e | 3/30/15 | x | 3/30/15 | |
| | 3126f | 3/30/15 | x | 3/30/15 | Twitter Feed 4/17/12- 3:15 AM |
| | 3125 | 3/30/15 | x | 3/30/15 | Card access into college building page 8 |
| | 3127 | 3/30/15 | x | 3/30/15 | Location of Macy's at Square One Mall |
| | 3130-004 | 3/30/15 | x | 3/30/15 | Page 4 of Patron History |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. DAHOKHAR TSARNAEV | | | | | CASE NO. 13-10200-GAO |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 3128 | 3/30/15 | x | 3/30/15 | New Hamshire Walmart Purchases 3/6/13 |
| | 1433 | 3/31/15 | x | 3/31/15 | Tamerlan Tsarnaev's Travel Record |
| | | | | | Defendant's Witness-mark Spencer-Sworn 3/31/15 |
| | 3308 | 3/31/15 | x | 3/31/15 | HP Samsung and Sony Installation and Creation dates. |
| | 3303-6 | 3/31/15 | x | 3/31/15 | Web Searches Samsung 1W3 |
| | | | | | |
| | 006 a | 3/31/15 | x | 3/31/15 | Web Searches |
| | 006 b | 3/31/15 | x | 3/31/15 | Web Searches |
| | 006 c | 3/31/15 | x | 3/31/15 | Web Searches |
| | 006 d | /3/31/15 | x | 3/31/15 | Web Searches |
| | 3303 | 3/31/15 | x | 3/31/15 | Sony Vaio fm 69 Carriage-1R6- Visits by host |
| | 10 | | | | |
| | 3301-1 | 3/31/15 | x | 3/31/15 | Owner SIDS from Laurel 1W16 list |
| | 3310-1 | 3/31/15 | x | 3/31/15 | Translations of Document |
| | 3310-2 | 3/31/15 | x | 3/31/15 | Translation of Document |
| | | | | | |
| | 3310-2 | 3/31/15 | x | 3/31/15 | English translation of recipe |
| | a | | | | |
| | 3312-1 | 3/31/15 | x | 3/31/15 | Chart of Summary |
| | 3312-2 | 3/31/15 | x | 3/31/15 | Summary chart 1/21/12 |
| | 3313-3 | 3/31/15 | x | 3/31/15 | Summary chart of Inspire Magazine 1/21/12 |
| 3302-4 | | 3/31/15 | x | 3/31/15 | Selected Removable Storage Device Attachments-Laurel 1W16 |
| | | | | | |
| 3303-2 | | 3/31/15 | | | Web Searches |
| | 3303- | 3/31/15 | x | 3/31/15 | Web Searches |
| | e | | | | |
| | | | | | |

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. DZHOKHAR TSARNAEV | | | | | CASE NO. 13-10200 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3300-7 | | 3/31/15 | x | 3/31/15 | Extraction- Live MFT Records-Laurel 1W16 |
| | | | | | Defendant's Witness-Elena Graff-Sworn 3/31/15 |
| | 3153 | 3/31/15 | x | 3/31/15 | Photo of Soddering Gun |
| | 3066 | 3/31/15 | x | | Photo of items to Quantico ( tools) |
| | 3154 | 3/31/15 | x | 3/31/15 | tools from drawer |
| | 3155 | 3/31/15 | x | | Photo of group of note books |
| | 3156 | 3/31/15 | x | 3/31/15 | Photo of Gun Cleaning Equipment (1195) |
| | 3157 | 3/31/15 | x | | Sovereign newspaper |