UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
April 10, 2015

O'TOOLE, D.J.

The defendant has moved to file under seal his Motion for Mistrial or in the Alternative to Delay Start of Defense Penalty Phase Presentation. The motion quotes a transcript which has not yet been made public. It also references confidential details regarding the transportation of jurors which have been instituted to protect the jurors from contamination and therefore to protect the defendant's right to a fair trial under the Sixth Amendment. The motion (dkt. no. 1247) is therefore GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge