# Exhibit A

T-Mobile
BOSTON'S
DATA STRO

MAYOR MARTIN J. WALSH
THERE'S
ONLY
ONE
2015 BOSTON
MARATHON
#WeRunTogether

THE BOSTON RED SOX PLAY AN EARLY GAME EVERY MARATHON MONDAY AND CROWDS STREAM OUT TO CHEER ON RUNNERS AFTERWARD
THERE'S ONLY ONE
2015 BOSTON MARATHON
THERE'S ONLY ONE
2015 BOSTON MARATHON
THERE'S ONLY ONE
THERE'S ONLY ONE
WHO'S YOUR FARMER?