Exhibit C

 **Audrey Markoff**
@audmarko

 

This art inspired & named after Boston Strong. Thanks for checking it out if you're at the trial. #Tsarnaev

 

FAVORITE
1



2:06 PM - 9 Mar 2015

 Reply to @audmarko

