Exhibit E

# Boston declares April 15 to be 'One Boston Day'



Photo by: Angela Rowlings

1    2

ALL FOR RUN, RUN FOR ALL: Mayor Martin J. Walsh, has declared April 15 as 'One Boston Day' in memory of the 2013 bombings. This year's race will be April 20.

**Thursday, March 19, 2015**                                                                 Print  Email  Comments

**By: Owen Boss**

April 15 will now be known as "One Boston Day" in the Hub, Mayor Martin J. Walsh announced yesterday, a holiday aimed at honoring "the resiliency, generosity and strength of the city" on the anniversary of the Boston Marathon bombings.

"The day will be an opportunity to recognize the good in our community and reflect on the spirit of grace and resilience of the people of Boston that was exemplified in the response to the loss and the tragedies of April 15, 2013," Walsh said. "The new tradition will put a mark on a day honoring the strength of our city, its people and their acts of goodness toward one another."

Walsh made the announcement while unveiling the 2015 Boston Marathon street banners "There's Only One Boston" on Boylston Street with 2014 Boston Marathon champion Meb Keflezighi and four-time Boston Marathon champion Bill Rodgers. John Hancock is marking 30 years as marathon principal sponsor.

"One Boston Day" will encourage random acts of kindness and spreading goodwill, and activities across the city will encourage individuals to give back to their community.

"April 15 is a date that has come to stand for our city's deepest values," Walsh said. "I hope everyone can mark this day in a way that is appropriate and inclusive for each of our experiences."

More On:  **Mar**ty Walsh     Bill Rogers     Meb Keflezighi

**Author(s):**



Owen Boss / Boston Herald
@oVVenboss

## WE RECOMMEND



Watch Out Boys, Girls are Taking Over Tampa Bay!
Visit Tampa Bay



Michelle Wie: Child Golf Prodigy Blossoms Into Beauty
Golf.com



20 Hot Female Athletes That Should Ditch Sports For Hollywood
RantSports



8 Foreign Cultural Norms That Americans Find Gross
Answers.com

**LIVE VIDEO**

Aaron Hernandez fiancee expected to take stand today

# Boston Marathon street banners unveiled



JONATHAN WIGGS/GLOBE STAFF

**Boston Marathon winner Meb Keflezighi (left) and four-time winner Bill Rodgers shared a laugh at an event unveiling the 2015 Boston Marathon banners.**

By **Martin Finucane** | GLOBE STAFF  MARCH 19, 2015

Boston Mayor Martin J. Walsh said Thursday that he would declare April 15, the date of the Boston Marathon bombing, to be One Boston Day.

The mayor's office said the new tradition is intended to honor the "resiliency, generosity, and strength" that the city showed in the response to the Marathon terror attack on April 15, 2013, which killed three people and wounded more than 260 others.

CONTINUE READING BELOW ▼

"One Boston Day will inspire all of us to come together as the community we are and share the spirit of Boston by giving back," Mayor Walsh said in a statement. "April 15 is a date that has come to stand for our city's deepest values. I hope everyone can mark this day in a way that is appropriate and inclusive for each of our experiences."

The mayor made the announcement at the unveiling of the 2015 Boston Marathon street banners at Marathon Sports on Boylston Street Thursday.

On the morning of April 15, the mayor will attend the raising of honorary banners on Boylston Street to honor the bombing victims and survivors. The mayor will then visit multiple other sites in Boston's neighborhoods to mark the day, the mayor's office said.

The Marathon bombers, Dzhokhar and Tamerlan Tsarnaev, also allegedly killed an MIT police officer several days after the bombings, prosecutors say. Tamerlan Tsarnaev died in a violent confrontation with police hours later.

Dzhokhar Tsarnaev, who was captured, is now on trial in federal court, facing a host of charges that could bring him the death penalty.

This year's Marathon is on April 20.



JONATHAN WIGGS/GLOBE STAFF

A closer look at the banners.

Get Today's Headlines from the Globe in your inbox:




**BOSTON'S NEWS LEADER**

LIVE VIDEO:     Hernandez murder trial

Home / Local News

# Mayor announces 'One Boston Day' to honor anniversary of bombing

*Day will encourage random acts of kindness, goodwill*

**UPDATED**   10:58 AM EDT Mar 19, 2015

NEXT STORY
Pilot who crashed
plane: What we
know about him

Tweet  6

8+1   3

Text Size:  A **A A**     Advertising



Jim Lokay/WCVB

**BOSTON —**  With the two-year anniversary of the Boston Marathon bombing next month, Mayor Martin J. Walsh on Thursday announced One Boston Day, a new tradition to honor the resiliency, generosity and strength of the city.

The day is aimed at recognizing and honoring the city's response to the loss and the tragedies of April 15, 2013.

"One Boston Day will inspire all of us to come together as the community we are and share the spirit of Boston by giving back," Walsh said. "April 15 is a date that has come to stand for our city's deepest values. I hope everyone can mark this day in a way that is appropriate and inclusive for each of our experiences."

Walsh made the announcement with John Hancock at the unveiling of the 2015 Boston Marathon street banners at Marathon Sports on Boylston Street on Thursday.

One Boston Day will encourage random acts of kindness and spreading goodwill, and activities across the city will encourage individuals to give back to their community.

## MOST POPULAR

SLIDESHOWS   **STORIES**   VIDEOS

1. **Mass. towns where property taxes are highest**

2. Data: 'Most obese' and 'excessive drinking' places in Mass.

3. Help us find homes for these adorable pups

4. Tour Jennifer Lopez's $17M California home

5. 20 ways you could hurt your credit score

6. Wines that may have high levels of arsenic

From the web

- Next Big Thing in High-Tech Startups to Watch
  Venture Capital News
- Drivers Feel Stupid For Not Knowing This New Rule
  Provide-Savings Insurance Quotes
- How Much Money Do You Really Get from a Reverse Mortgage?
  NewRetirement

Sponsored Links by Taboola

**FOLLOW US ON GOOGLE+**

Tweet  6    8+1   3



AdChoices ▷

## Mayor Walsh announces 'One Boston Day' for April 15

**Posted: Mar 19, 2015 10:38 AM EDT**
**Updated: Mar 20, 2015 5:59 AM EDT**

Reported by Victoria Warren   CONNECT

BOSTON (WHDH) - Mayor Marty Walsh announced the creation of "One Boston Day" to honor the city's "resiliency, generosity and strength" on April 15.

At an event to unveil the 2015 Boston Marathon banners at Marathon Sports on Boylston Street, the Mayor described the plan as an opportunity to recognize good in the community and honor the resilience the city had following the 2013 bombings.

"I think it's a way to properly remember the day by doing nice things for people, just like what happened here in the city the day after the bombing," said Walsh.

Walsh said April 15 will be forever known as One Boston Day.

He made the announcement as last year's Boston Marathon winner, Meb Keflezighi, and four-time winner Bill Rodgers helped unveil the street banners for the 2015 Boston Marathon.

The theme: "There's only one Boston."

"Boston is not a huge city in terms of numbers, but it's huge in spirit," said Rodgers.

Meb Keflezighi's finish lifted the city's spirits. He said this year's race will do the same, despite the shadow of Dzhokhar Tsarnaev's trial.

"Unfortunately, the trial, I wish it was some other time. But, the marathon brings the best out of us," he said.

Walsh said this year on April 15, let the marathon bring the best out in you, even if you have never run a mile in your life.

"Go shopping for a neighbor next door. Work at a food pantry, you know, help a homeless person. You know, go to Spaulding Rehab and donate some time, whatever it might be, it can be anything you want. Just do a nice act with someone," Walsh said.

Walsh said there will be special tributes on April 15 to honor the victims and survivors of the 2013 bombings.





**40°**

        FOLLOW US

Home   News   Sports   Weather   Traffic   Health   Boston's Best   Video   Audio   Events   Directory   Travel   Deals   Circulars   Autos



Beth Israel Deaconess Medical Center

Are you a candidate for weight loss surgery?

→ click here to find out

**HERNANDEZ TRIAL:** Watch Court Live │ Reporter Updates │ Who's Who │ Complete Coverage

*News*

# Mayor Declares April 15 'One Boston Day'

March 19, 2015 7:00 PM

Share  {992}        70              21              View Comments

**This Week's Circulars**

        

HOVER FOR          HOVER FOR
CIRCULAR           CIRCULAR

JCPenney           ★macy's

Related Tags: Boston, Boston Marathon, Boston Marathon Bombings, David Wade, mayor marty walsh, Mike Macklin, One Boston Day, WBZ NewsRadio 1030

BOSTON (CBS) — From now on, April 15 will be known as "One Boston Day" in the city.

Boston Mayor Marty Walsh made the announcement Thursday morning, calling it "a new tradition to honor the resiliency, generosity and strength" of Boston.

Sponsored Links                                    Advertise Here ▷



**Try Equifax**
Take control of your credit
with Equifax Complete™
Premier www.equifax.com



**Save with AmexTravel**
Get the Lowest Hotel Rate
Guaranteed at
Amextravel.com. Terms
Apply. AmexTravel.com

**You've Earned
Points for Reading!**

Claim points in our Reward Center,
and earn more tomorrow.

Claim Points



"The marathon is certainly a symbol of hope and joy, and now more than ever strength and resilience," Walsh said during his remarks at the ceremony unveiling this year's Boston Marathon banners. "It's a symbol of how great our city is and everything that we love about our city."

Three people were killed and more than 260 were injured when bombs exploded near the finish line of the Boston Marathon on April 15, 2013.

Going forward, Walsh said One Boston Day is a day that residents should use to remember the countless lives impacted on the day of the Boston Marathon bombings.

"It's a day everyone should come together, spread goodwill throughout the city and recommit ourselves to our deepest values," Walsh told WBZ NewsRadio 1030.

The mayor plans to mark April 15 by raising honorary banners on Boylston Street to honor victims and survivors of the bombing.

Walsh envisions One Boston Day as an opportunity for Boston residents to give back.

**FOLLOW CBS BOSTON**



**WBZ | CBS Boston**

Like   156,498

156,498 people like this.

Follow @cbsboston   97.4K followers

8+1

Follow More Stations and Personalities

"I think a lot of the survivors want to take this opportunity and take a 'One Boston Day' as a way for people to go out and help someone else," Walsh said. "It shows the commitment, resilience and strength of our city, and the compassion of our city."

Defending Boston Marathon champion Meb Keflezighi was on hand at Thursday's ceremony as well.

"Last year was a magical moment. I really wanted to do something positive," Keflezighi told WBZ-TV. "The inspiration of the spirit of the victims – the crowd was phenomenal it turned me on and there's no way I would have won the race without that support of the crowd."

The banners for the 2015 Boston Marathon say "There's Only One" and also have a heart with "Boston" printed in the middle of it.

**WBZ NewsRadio 1030's Mike Macklin reports:**



MENU ⌄

LISTEN LIVE

NOW PLAYING
**On Point**


Have a CAR you no longer need?
DONATE IT TO 90.9 WBUR TODAY!
CLICK HERE

**WBUR** NEWS                                                    March 19, 2015

# Mayor Walsh Declares Anniversary Of Marathon Bombings As 'One Boston Day'



*Boston Mayor Marty Walsh announced Thursday that the anniversary of the Boston Marathon bombings on April 15 will now be "One Boston Day." (Robin Lubbock/WBUR)*

*By* **ALYSSA CREAMER**



Help WBUR claim $600,000 from Overseas Adventure Travel!

Support the news coverage on WBUR by pledging now.

♥ support wbur today

BOSTON   Boston Mayor Marty Walsh announced Thursday that the city will officially recognize April 15, the anniversary of the Boston Marathon bombings, as "One Boston Day."

Walsh said the new tradition will honor the city's strength during and after the 2013 attacks, which killed three people and injured at least 260 others.

The mayor made his announcement during the unveiling of this year's marathon street banners on Boylston Street.

Walsh said the idea for a commemorative day on April 15 was born out of meetings between survivors, marathon organizers and members of the One Fund, the charity for bombing victims.



COMMONWEALTH LEARNING ONLINE INSTITUTE

Providing Self-Paced and Facilitated Standards-Based Courses for Educators

PDPs and Graduate Credit Available

REGISTER NOW

"I think it's a way to properly remember the day by doing nice things for people, just like what happened here in the city the day after the bombing," Walsh said at the unveiling.

**MOST POPULAR**

The College You Go To May Not Matter As Much As You Think

Hey Kids! Go Outside, Already

Our Protest-Free New Gilded Age

EXPAND

2014 Boston Marathon winner and Olympic silver medalist Meb Keflezighi and four-time Boston Marathon winner Bill Rodgers helped reveal the banner designs, which are themed "There's Only One Boston" and feature images of runners, volunteers and fans of the race.



*2014 Boston Marathon winner and Olympic silver medalist Meb Keflezighi, left, and four-time Boston Marathon winner Bill Rodgers give a thumbs up during the unveiling of the Boston Marathon street banners. (Robin Lubbock/WBUR)*

Follow @BostonMagazine    Like   59K



Subscribe & Save 83%!

# Boston

Make a reservation and begin your journey at   FOGO DE CHÃO   BRAZILIAN STEAKHOUSE   MAKE A RESERVATION ▶

NEWS      RESTAURANTS      A&E      HEALTH      PROPERTY      STYLE      WEDDINGS      BEST OF      MAGAZINE

IN THIS SECTION:   Politics   |   Business   |   Education   |   Media

search

Mayor Marty Walsh

## Mayor Walsh Announces April 15 as 'One Boston Day'

The anniversary of the 2013 Boston Marathon will mark a new tradition to honor the resiliency and strength of the city.

By Bryanna Cappadona   |   Boston Daily   |   March 19, 2015 11:29 a.m.

Recommend   781         25         Tweet   25



PHOTO BY ASSOCIATED PRESS

**MOST POPULAR**

1. The Monster Next Door: Rwandan Genocide »
2. How Van Morrison Wrote 'Astral Weeks' »
3. Spotted: Malia Obama Tours Harvard and Tufts »
4. 21 Top Breweries in New England: The List »
5. Meanwhile, Tom Brady Is a Cool Dad on Vacation »
6. The Rolling Stones Stayed in a Massachusetts Barn »
7. Sorting Boston into 'Divergent' Factions »



SUPPORT THE JIMMY FUND

YOUR IDEA could change the lives of millions.

The Jimmy Fund®

BIG IDEAS
CONTEST

• **Enter** your idea for a new fundraiser
• **Win** fabulous prizes
• **Be mentored** by a prominent CEO judge

JimmyFundBigIdeas.org
Submissions due April 26

WCVB 5

DANA-FARBER CANCER INSTITUTE      The Jimmy Fund®

SPONSOR CONTENT

Mayor Marty Walsh announced on Thursday, at the unveiling of the 2015 Boston Marathon street banners, the start of a new tradition here in our city. Walsh proclaimed April 15 as "One Boston Day," an official way to honor the resilience and goodness among the people in Boston. Moreover, the day is an opportunity to salute the courageousness and the spirit of grace led by so many Bostonians in response to the tragedies of April 15, 2013.

"One Boston Day will inspire all of us to come together as the community we are and share the spirit of Boston by giving back," said Mayor Walsh in a release statement. "April 15 is a date that has come to stand for our city's deepest values. I hope everyone can mark this day in a way that is appropriate and inclusive for each of our experiences."

**Trending:** Meanwhile, Tom Brady Is a Cool Dad on Vacation

The instillation of "One Boston Day" comes from efforts expressed by survivors to continue spreading that unwavering support following the 2013 Boston Marathon.

   

SPONSORED CONTENT
**Suggested:** The Pros and Cons of Kissing You Haven't Heard

This year, on April 15, the Mayor will raise honorary banners on Boylston Street to recognize the victims and survivors of the 2013 bombings. He'll follow this event with visits to community sites around town, spreading the message of "One Boston Day."

## You May Also Like:









Malia Obama Tours Harvard and Tufts, Might Become Hip Boston Teen

Throwback Thursday: Happy Birthday, Gerrymandering

SPONSORED CONTENT
Botox for headaches?

Mayor Walsh: Lone Person of Strength During Difficult One Direction News

*Be respectful of our online community and contribute to an engaging conversation. We reserve the right to remove impersonators or personal attacks, threats, profanity, or flat-out offensive comments. By posting here, you are permitting Boston magazine and Metro Corp. to edit and republish your comment in all media.*

**1 Comment**    **Boston Magazine**               **Login** ⌄

♥ **Recommend**      ⤤ **Share**                    Sort by Newest ⌄

 Join the discussion…

 **Deb Thom** · 8 days ago
what a wonderful way to both commemorate the spirit of Boston Strong that united a city in it's hour of tragedy as well as the spirit of the victims that lives on.
⌃  ⌄  · Reply · Share ›

 Subscribe    Add Disqus to your site    Privacy

---

**How Boto reat Overactiv**

Botox has long ic treatment. But now, physic wrinkle eraser as a noninvasive way to help women cope with incontinence. Tanaz Ferzandi, More >>

Next Article:

Five Things Pro Athletes Know About Staying Healthy



---

## VIDEO

---

 SHARE

**Video:** Boston Marathon Movie Trailer

## SUBSCRIBE



Subscribe Now

Give a Gift

Customer Service

Table of Contents



Could you be owed money?

How many Massachusetts residents have unclaimed money?

○ 5,000
○ 50,000
○ 500,000
○ 500,000 +

Unclaimed Property Division
findmassmoney.com

Powered by SnapApp™

## FEATURED STORIES







THE LATEST NEWS FROM AROUND THE STATE

**NEWS > NEW ENGLAND**

CONNECTICUT   |   MAINE   |   MASSACHUSETTS   |   :W HAMPSHIRE   |   RHODE ISLAND   |   VERMONT

# Mayor Walsh: April 15 Now Known as "One Boston Day"

Boston Mayor Walsh made this announcement during 2015 Boston Marathon banner unveiling ceremony

By Peter Howe and Allison Sonfist



View Comments ()  |  Email  |  Print          Tweet  19     8+1   1

Officials with the Boston Athletic Association and Mayor Marty Walsh unveiled this year's official Boston Marathon banner on Thursday morning. (Published Thursday, Mar 19, 2015)

Updated at 4:41 PM EDT on Thursday, Mar 19, 2015

Officials with the Boston Athletic Association and Mayor Marty Walsh unveiled this year's official Boston Marathon banner on Thursday morning.

Walsh also announced that April 15

## TRENDING STORIES

WATCH: Hernandez's Fiancee: "I Asked Him If He Did It, He Said No"

VIDEO   Man Fatally Shot After Firing Shotgun at Officers

Arrest Made in Hernandez Courthouse Bomb Threat

Aaron Hernandez Trial



Photo credit: NECN

will now be known as "One Boston Day."

The day will be an opportunity to reflect on the spirit of grace and resilience of the people of Boston that was exemplified in the response to the loss and the tragedies of April 15, 2013.

The new tradition of "One Boston Day" will encourage random acts of kindness and spreading goodwill.

 Co-Pilot Hid Illness From Germanwings: Prosecutors

## WEATHER FORECAST



Boston, MA

40° Overcast
Feels Like 37°

  
Radar      Forecast      Maps



## NEWSLETTERS

Receive the latest new-england updates in your inbox

SIGN UP

Privacy Policy | More Newsletters

Walsh: April 15 Now Known as "One Boston Day"

Officials with the Boston Athletic Association and Mayor Marty Walsh unveiled this year's official Boston Marathon banner on Thursday morning. Walsh also announced that April 15 will now be known as "One Boston Day." (Published Thursday, Mar 19, 2015)

"It will be a day of compassion and generosity," Walsh said, adding that he hopes Bostonians will consider everything from going shopping for a homebound neighbor to serving at a homeless shelter or soup kitchen or "just a nice act for someone."

"The marathon has long been a time Boston shines," Walsh said. "One Boston Day will reflect and lift up what the marathon has come to mean in our city since 2013."

Bill Rodgers, who won four Boston marathons between 1975 and 1980, and 2014 champion Meb Keflezighi helped Walsh and John Hancock executives unveil the first of 500 "there's only one Boston" banners that will go up around the city before the April 20 race.

Rodgers said he loves the idea of One Boston Day. "It will celebrate what the Boston marathon stands for, and it really stands for, I think, the whole world coming together here in Boston."

Keflezighi said it's clear that Boston is "the grandfather" of all marathons other than the Olympics. "There's only one Boston. Everybody's trying to be like Boston," Keflezighi said. "They've been a great role model, and the prestige and honor that this race brings is huge."

- **2015 Boston Marathon Banners Unveiled**

The big unveil took place at Marathon Sports on Boylston St.

- **Old South Church Hangs 2013 Boston Marathon Banners**

The theme of last April was "We Run Together," a symbol of unity following the 2013 bombings.

The 2015 Boston Marathon will be held on Mon., April 20, Patriots' Day.

Published at 9:07 AM EDT on Mar 19, 2015

**For up-to-the-minute news and weather, be sure to follow us on Twitter and like us on Facebook. Sign up for our new breaking news email alerts by clicking here and download our free apps here.**

| Promoted Stories | More from NECN |
| --- | --- |
|  Shocking Ole Miss Win: See Who Else Won Bing |  Police Seek Bank Robbery Suspect |
|  3 Warning Signs That You're a Victim of Tax Refund Identity... LifeLock |  City Losing Over 600K Gallons of Water Daily |
| Michelle Wie: Child Golf Prodigy Blossoms Into Beauty Golf.com | State Revokes Parole for Convicted Cop Killer |
| Elderly Couple Takes A Picture At The Start Of Every Season. The Last One Is A Tearjerker (Photos) LolBoom | Man Arrested on Sex Trafficking Charge |
| 29 Clever License Plates That Slipped Past The DMV Odometer.com | Testimony on Bombs in Tsarnaev Trial |
| 6 Things You Didn't Know General Motors Invented FastLane by GM | Reporter Dies of Brain Hemorrhage While on Assignment |

Recommended by

View Comments () | Email | Print

**Leave Comments**

# To there and back, for Martin Richard



Photo by: (Courtesy Photo)

1

Actor Sean Astin shows off his Team MR8 jersey. The 'Lord of the Rings' star is running the 2015 Boston Marathon for the Martin Richard Foundation.



"DWTS" Contestant Is Getting a Vegas Show
E! Online

Thursday, March 19, 2015                                      Print   Email   1 Comments

By: Gayle Fee

Sean Astin, best known as "Rudy" and as Samwise Gamgee in the "Lord of the Rings" trilogy, has never met the family of Martin Richard, the 8-year-old boy killed in the Boston Marathon bombings, but the longtime actor said he's "honored" and "privileged" to be running the 26.2 miles next month for Team MR8, the Martin Richard Charitable Foundation.

"When you put on those shoes and move forward, you are setting an example," Astin told the Track. "Just like Bill and Denise (Martin) and their kids. They're leading by example, they're not letting themselves be defined by tragedy. They are living lives of determination. I feel like a foot soldier. I'm a rank-and-file member of Team MR8 and it feels really cool to do that."

Astin has been a long-distance runner since before high school and has run in countless 5Ks, 10Ks, half-marathons and marathons over the years. In fact, he said the only times he stopped running was when he was obligated to bulk up for his role as a "fat hobbit for Peter Jackson."

"But I never would have expected I would do Boston," he said. "If I dedicated my entire life and had chefs, nutritionists, coaches, massage people, everything, I would not qualify on the merits."

But Astin happened to be at Disney World speaking at a running expo when he met marathon race director Dave McGillivray, who invited him to run and to do it for the Richard family.

"When Dave said, 'I'd love for you to join the team,' I still had to apply. I wrote a half-page essay on why I wanted to be a part of it," Astin said.

Soon after, he got a note from Bill and Denise Richard thanking him, and a few weeks after that he got confirmation that he was accepted on the team.

"At first I didn't tell anyone about it," he said. "Then one night I decided that if I was really going to be a part of this in a way that went beyond just writing a check, I wanted to make it a grass-roots thing."

So Sean turned to Facebook and Twitter and told fans why he was running and what it meant. And donations started coming in — mostly $10, $25 and $50. To date, he's raised nearly all of the $15,000 he set as a goal.

"Two hundred-plus people have donated," he said. "So to me it's not just about the money, but bringing people to Martin's story. When he wrote, 'No more hurting people. Peace,' it was in response to the Sandy Hook shootings. Little Martin had no idea when he wrote that, that millions of people would be deeply moved in ways he never could have imagined."

Astin — the son of actress Patty Duke — got his start as a kid actor in Steven Spielberg's "The Goonies," played the title role of a small but determined football player in "Rudy," and has amassed over 100 acting credits. He said he is aware that the trial of accused marathon bomber Dzhokhar Tsarnaev still will likely be going on during next month's marathon — reopening old wounds.

## TOP ENTERTAINMENT STORIES

Movie Reviews
**Laughing 'Hard': Ferrell, Hart turn stereotypes into slapstick in buddy flick**

Music News
**Which way will One Direction go after Zayn Malik's departure?**

Movie Reviews
**'Get Hard' gets rotten reviews: 11 critics giving Will Ferrell, Kevin Hart comedy hard time**

Movie Reviews
**For Jennifer Garner, working with Pacino in 'Danny Collins' a real treat**



## Newsmax

☐ Reid Won't Run for Re-election in 2016

☐ Southern Political Report: Newsmax TV 'Major Cable TV Force'

☐ Fresno Dep. Police Chief Arrested in Drug Bust

"The fate of that guy doesn't matter to me personally," he said. "I know it matters to the families, the people of Boston, and the idea of justice. But you know, after it happened, one of the first thoughts I remember having, other than being in shock, was, 'They picked the wrong people.'

"If their idea was to be destructive, they picked the wrong people in runners. Every moment of the activity is about determination. There's just no way someone is going to attack runners with a message of hatred and win. Runners are determined. Runners are undaunted. So as far as I'm concerned, I'm going to put on Martin's jersey and take the first steps in the marathon, and it's going to be fantastic."

File Under: An Unexpected Journey.

More On: **Sean Astin    Martin Richard    Dave McGillivray**

Author(s):

Gayle Fee / Boston Herald

- Alan Greenspan Warns of the Deficit Spending Disaster Ahead
- When Can You Retire? FREE Evaluation Shows You When.
- New Probiotic Fat Burner Takes GNC by Storm
- Americans Urged to Search Their Names Before Site Gets Taken Down
- A Simple Way to Erase Years From Your Face

What's This?



## WE RECOMMEND



10 warning signs of Alzheimer's
Healthgrades



Jimmy Fallon Smashed A Pie in Jennifer Garner's Face!
Z100



Creepy Ferris Bueller Facts You Totally Missed
Answers.com



A gasoline tax map that explains a lot
ExxonMobil Perspectives Blog



14 Famous People Living With MS
WebMD



Here's How Amtrak Is Going to Improve Train Travel in the Northeast
Amtrak



Ever Googled yourself? A popular website reveals more than
Instant Checkmate



3 Warning Signs That You're a Victim of Tax Refund Identity Theft
LifeLock

## FROM AROUND THE WEB

8 Celeb Couples Whose Marriages Lasted Less Than a Year (Interesticle)

What Are the Best Islands in the Caribbean? (Celebrity Cruises)

Michelle Wie: Child Golf Prodigy Blossoms Into Beauty (Golf.com)

Same Family Runs Boston Bar for Over a Century (Boston.com)

This App is Quickly Replacing Human Financial Advisors  (Business Insider)

6 Amazing Facts about Unbroken's Inspiration Louis Zamperini (Universal Pictures Home Entertainment)

## MORE FROM BOSTONHERALD.COM

Robert Durst's ex-girlfriend tells 'Today Show' his apartment had 'concrete floor with a saw'

Heslam: Boston.com lowers the bar

Co-pilot 'intentionally' destroyed plane, prosecutor says

New Balance gives Boston its sole

Kathy Griffin's bold 'Fashion Police' exit draws cheers from Hollywood peers

Tracked Down: Malcolm Butler, Howard Jones, Jon Gosselin...

Recommended by

## Join The Conversation

View Comments (1 comments) | Add a Comment

A D V E R T I S E M E N T





**WCVB 5**
**BOSTON'S NEWS LEADER**

LIVE VIDEO:    Hernandez murder trial

Home / Local News

# Hundreds remember Martin Richard during Run for Peace

*Race held in honor of Boston Marathon bombing victim*

**Published**   6:39 PM EDT Mar 22, 2015

Tweet ⟨ 3

g+1   1

Text Size: A **A** **A**    Advertising

**NEXT STORY**

Pilot who crashed plane: What we know about him

---

**MOST POPULAR**

SLIDESHOWS   **STORIES**   **VIDEOS**



1. **Mass. towns where property taxes are highest**

2. Data: 'Most obese' and 'excessive drinking' places in Mass.

3. Help us find homes for these adorable pups!

4. Tour Jennifer Lopez's $17M California home

5. 20 ways you could hurt your credit score

6. Wines that may have high levels of arsenic

From the web

- Next Big Thing in High-Tech Startups to Watch
  VentureCapital News
- Drivers: Feel Stupid For Not Knowing This New Rule
  Provide-Savings Insurance Quotes
- How Much Money Do You Really Get from a Reverse Mortgage?
  NewRetirement

Sponsored Links by Taboola

**FOLLOW US ON GOOGLE+**

---

SHOW TRANSCRIPT

**HINGHAM, Mass. —** An enduring image from the aftermath of the Boston Marathon bombings is a photo of 8-year-old Martin Richard holding a sign that reads "No more hurting people. Peace."

**RELATED**
- 5 Investigates: Alleged marathon...
- German pilot hid medical condition...
- Top Sleep Stealers
- Man unaccounted for in blast was on...
- Report: Glitch cuts off food stamp...

Watch NewsCenter 5's report

Hundreds ran or walked in the inaugural Race for Peace 5K on Sunday in honor of Richard and the message of peace his memory has come to stand for.

The race raised money for the Martin W. Richard Charitable Foundation, a non-profit started

Ray Childs, the race organizer, is also a part of the Martin Richard Charitable Foundation that sponsors Team MR-8, the group of 102 people who run to remember Richard.

"The main thing here is a fun, safe race to honor Martin, his memory and to focus on all the good things the foundation has been doing," Childs said.

Childs ran the race on Sunday with Team MR-8 in memory of Richard, and said he plans to do the same for the upcoming Boston Marathon.

Emily Cosman, of Hingham, registered for the race with her son on Saturday, and said Richard has become an inspiration for her family.

"He obviously had a big message to tell people and I want my kids to learn about that," Cosman said.

The race title is an acronym standing for peace, education, athletics, community and empathy.

On Friday, actor Sean Astin announced he would join Team MR-8 to run the 2015 Boston Marathon in Richard's honor.

Tweet   3   g+1   1

Copyright 2015 by WCVB.com All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

TAGS   Hingham   Run   Martin Richard   Run For Peace   Charity   Boston Marathon Bombing

Comments          Print

Ads by Adblade

## Trending Offers and Articles



Why didn't they tell drivers about this new rule? If you drive less than 35 mi/day read this...

1 Dirty Little Secret To Pay Off Your Home In Half

Monitor your credit. Manage your future. Equifax Complete™ Premier.

## RECOMMENDED

### FROM WCVB

- Police: Woman beats 11-year-old outside of school
  WCVB.com
- California teacher found hanged in classroom
  WCVB.com
- Boy, 5, calls 911; Father gets arrested
  WCVB.com
- Man guilty of setting up wife's death while on walk with son
  WCVB.com
- Mark Zuckerberg has one rule for hiring
  WCVB.com
- 14-year-old girl killed in Alabama after Facebook spat
  WCVB.com

### FROM AROUND THE WEB

Promoted Links by Taboola

Annette Funicello Dies of Multiple Sclerosis Symptoms
[Lifescript]

Next Big Thing in High-Tech Startups to Watch
[VentureCapital News]

Drivers Feel Stupid For Not Knowing This New Rule
[Provide-Savings Insurance Quotes]

## COMMENTS

The views expressed are not those of this site, this station or its affiliated companies. By posting your comments you agree to accept our terms of use.

- 3 comments Comments
- **WCVB Community**
- Login
  - Disqus
  - Facebook
  - Twitter
  - Google

- Recommend Recommended

  - **Discussion Recommended!**

WCVB Channel 5 ...

g+ Follow   +1

+ 8,378

Advertising

SEARCH    Log In    Alerts    Mobile    Submit a Tip    40°    **Follow**


**WCVB5**
**BOSTON'S NEWS LEADER**

LIVE VIDEO:    Hernandez murder trial

Home / Local News

# Runners to remember Martin Richard with Race for Peace

*Race in honor of Boston Marathon bombing victim*

**UPDATED**   6:31 PM EDT Mar 21, 2015

Text Size: A A A

Advertising


VIKING RIVER CRUISES
*Exploring the World in Comfort*
ENTER FOR YOUR CHANCE TO
WIN THE BIGGEST PRIZE WE'VE EVER GIVEN AWAY
WCVB5

**NEXT STORY**
Pilot who crashed plane: What we know about him

Tweet   14
8+1   1

## MOST POPULAR

SLIDESHOWS    **STORIES**    VIDEOS

1. Mass. towns where property taxes are highest
2. Data: 'Most obese' and 'excessive drinking' places in Mass.
3. Help us find homes for these adorable pups!
4. Tour Jennifer Lopez's $17M California home
5. 20 ways you could hurt your credit score
6. Wines that may have high levels of arsenic

From the web

- Next Big Thing in High-Tech Startups to Watch
  VentureCapital News
- Drivers Feel Stupid For Not Knowing This New Rule
  Provide-Savings Insurance Quotes
- How Much Money Do You Really Get from a Reverse Mortgage?
  NewRetirement

Sponsored Links by Taboola

**FOLLOW US ON GOOGLE+**

SHOW TRANSCRIPT

**HINGHAM, Mass. —** An enduring image from the aftermath of the Boston Marathon bombings is a photo of 8-year-old Martin Richard holding a sign that reads "No more hurting people. Peace."

RELATED
- 5 Investigates: Alleged marathon...
- Man shot, killed by police assaulted...
- German pilot hid medical condition...
- Top Sleep Stealers
- Man unaccounted for in blast was on...

Watch NewsCenter 5's report

Richard, who was killed in the blasts that left three dead and hundreds injured, will be remembered Sunday for those sentiments at the inaugural Race for Peace 5K at Bare Cove Park in Hingham.

Ray Childs, the race organizer, is also a part of the Martin Richard Charitable Foundation that sponsors Team MR-8, the group of 102 people who run to remember Richard.

"If I could help in some small way to help honor Martin's memory, I'd do anything I could," Childs said.

Runners queued up Saturday to register for the run, many with Richard's message of peace on their minds.

"He obviously had a big message to tell people and I want my kids to learn about that," said Emily Cosman, of Hingham.

Cosman registered for the race with her son on Saturday, and said she sees Richard as an inspiration for her family.

The race title is an acronym standing for peace, education, athletics, community and empathy.

On Friday, actor Sean Astin announced he would join Team MR-8 to run the 2015 Boston Marathon in Richard's honor.

Tweet   14   8+1   1

Copyright 2015 by WCVB.com All rights reserved. This material may not be published, broadcast, rewritten or redistributed

**TAGS**    **Martin Richard**    **Marathon Bombing**    **Race For Peace**    **Running**    **Race**    **Road Race**

Comments             Print

Ads by Adblade

## Trending Offers and Articles



**1 Dirty Little Secret To Pay Off Your Home In Half**



**Monitor your credit. Manage your future. Equifax Complete™ Premier.**



**Shocking joint ingredient could fix knees in just 1 week.**

## RECOMMENDED

**FROM WCVB**

- Police: Woman beats 11-year-old outside of school
  WCVB.com
- California teacher found hanged in classroom
  WCVB.com
- Boy, 5, calls 911; Father gets arrested
  WCVB.com
- Man guilty of setting up wife's death while on walk with son
  WCVB.com
- Mark Zuckerberg has one rule for hiring
  WCVB.com
- 14-year-old girl killed in Alabama after Facebook spat
  WCVB.com

**FROM AROUND THE WEB**     Promoted Links by Taboola

Next Big Thing in High-Tech Startups to Watch
[VentureCapital News]

Drivers Feel Stupid For Not Knowing This New Rule
[Provide-Savings Insurance Quotes]

How Much Money Do You Really Get from a Reverse...
[NewRetirement]

## COMMENTS

The views expressed are not those of this site, this station or its affiliated companies. By posting your comments you agree to accept our terms of use.

WCVB Channel 5 ...

8+   **Follow**    **+1**

+ 8,378

Advertising



SEARCH    Log In   Alerts   Mobile   Submit a Tip    40°   Follow


**WCVB 5**
**BOSTON'S NEWS LEADER**

LIVE VIDEO:   Hernandez murder trial

Home / Local News

# Actor Sean Astin running Boston Marathon in honor of Martin Richard

*Race director invites actor to join Team MR8*

UPDATED   11:16 AM EDT Mar 20 2015

NEXT STORY
Pilot who crashed plane: What we know about him

Tweet   58

8+1   8

Text Size: A **A** **A**

Advertising





**BOSTON** — Actor Sean Astin is joining the Boston Marathon running team formed in honor of 8-year-old Martin Richard, who was killed in the 2013 marathon bombing.

Boston Marathon Race Director Dave McGillivray invited Astin to join Team MR8 and run on behalf of Richard and the foundation that his parents established.

"When I lifted this jersey out of the box I got jitters of excitement. Then I read the handwritten card inside. Bill and Denise Richard had taken the time to thank me for becoming a part of their team. They included a great picture of Martin. The jersey in my hand carries just a little more weight now. The Boston Strong Colors, the red letters TEAM. The word Peace written by a child's hand. Wow. I am a part of a team," Astin wrote on his blog.

Richard was one of three people killed when two bombs exploded near the marathon finish line in 2013. More than 260 people were injured, including Richard's parents and his younger sister.

Last year's "Team MR8" raised $1.25 million.

Astin, 44, is best known for his roles in "Rudy," "The Lord of the Rings," and "The Goonies."

## MOST POPULAR

SLIDESHOWS   **STORIES**   VIDEOS

1. **Mass. towns where property taxes are highest**


2. Data: 'Most obese' and 'excessive drinking' places in Mass.

3. Help us find homes for these adorable pups!

4. Tour Jennifer Lopez's $17M California home

5. 20 ways you could hurt your credit score

6. Wines that may have high levels of arsenic

From the web

- Annette Funicello Dies of Multiple Sclerosis Symptoms
  Lifescript

- Next Big Thing in High-Tech Startups to Watch
  VentureCapital News

- Drivers Feel Stupid For Not Knowing This New Rule
  Provide-Savings Insurance Quotes

Sponsored Links by Taboola

## FOLLOW US ON GOOGLE+

**Sean Astin**

He started the #Run3rd campaign on Twitter in January 2012 to "share runners' dedications made on behalf

of people's loved ones, causes and ideas."



WCVB Channel 5 …

g+   **Follow**   +1

+ 8,378

Advertising

Click here to support Astin and the Martin W. Richard Charitable Foundation.

Tweet ‹ 56   g+1 ‹ 8

Copyright 2015 by WCVB.com All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

Comments            Print

Ads by Adblade

## Trending Offers and Articles

      

**1 Dirty Little Secret To Pay Off Your Home In Half**

**Why didn't they tell drivers about this new rule? If you drive less than 35 mi/day read this...**

**Monitor your credit. Manage your future. Equifax Complete™ Premier.**

## RECOMMENDED

**FROM WCVB**          **FROM AROUND THE WEB**      Promoted Links by Taboola

Police: Woman beats 11-year-old outside of school
    WCVB.com

California teacher found hanged in classroom
    WCVB.com

Boy, 5, calls 911; Father gets arrested
    WCVB.com

Man guilty of setting up wife's death while on walk with son
    WCVB.com

## COMMENTS

The views expressed are not those of this site, this station or its affiliated companies. By posting your comments you agree to accept our terms of use.

blog comments powered by Disqus

---

# Latest from WCVB NewsCenter5

**News**

**Weather**

**u local**

**On TV**

**FEATURED**



Westwood man arrested in bomb threat that halted Hernandez trial
1min

**WEATHER**

   40°

Boston, MA

Alerts (0)

Closings (0)

Radar

MORE

**LATEST HEADLINES**

**Westwood man arrested in bomb threat that halted Hernandez trial** 3min 

An arrest has been made in connection with a bomb threat at the courthouse where the Aaron Hernandez murder trial is under way. Read More »

5 Investigates: Alleged marathon bombing victim indicted for stealing from One Fund 49min

Live updates: Several jurors questioned in Hernandez trial 49min

Man shot, killed by police assaulted girlfriend, fired at officers, DA says 54min







## Sean Astin to run Boston Marathon for Team MR8

Posted: Mar 20, 2015 6:08 PM EDT
Updated: Mar 20, 2015 6:40 PM EDT

Reported by Ryan Schulteis    CONNECT

BOSTON (WHDH) - We've grown up watching Sean Astin in movies, first in "The Goonies," then as the inspirational Rudy, and most recently as Frodo's best friend in "The Lord of the Rings."

But now, he's about to take on one of the biggest roles of his life, running the Boston Marathon as part of Team MR8, in honor of Boston Marathon bombing victim Martin Richard.

"I'm a runner. I've started a lot races. But I think it will feel like I'm hallucinating, because you've had something in your mind for so long and you know what those colors represent, the Boston Strong colors, to know that that family...It's a little intimidating actually. I'm still gonna be me, I'm still gonna put one foot in front of the other, but I think I'll feel a sense of responsibility to run strong," Astin said.

"I'm incredibly proud and incredibly grateful to be allowed to be part of a team, to be a part of a community that's meant so much to me, kind of from afar. Boston has meant something to me as a runner. And now, to be a part of the community in a way, I never expected to run the Boston Marathon," he said.

Astin has never met the Richard family, but after a chance meeting with the Marathon race director in Florida, he is now fully on board.

"He was moved that I felt connected to Boston before I really knew Boston. He invited me to do the run, and he invited me to be part of Team MR8," said Astin.

This will be his tenth marathon, but Boston is different.

He was drawn to the finish line a few months ago, even before he knew he was running in the marathon.

"You guys just have to wait here, I have to go to the finish line. And I had my backpack on, and I sprinted across the Common or whatever, and I got there and it was a pilgrimage. And this is before I met Dave, before I knew I would have anything to do with the Marathon. I just wanted to go and look at the finish line and to touch it and know that because I'm a runner. And if you're a runner, then you have a relationship to that finish line," he said.

Astin said he is aware the Marathon bombing trail is going on right now, but says his focus is on supporting the Richard family in one month.



## Team chosen to honor boy killed at Boston Marathon

Posted: Nov 30, 2014 6:06 PM
Updated: Jan 11, 2015 6:06 PM

BOSTON (AP) - A team has been chosen to run the 2015 Boston Marathon in honor of an 8-year-old boy who was killed in the 2013 marathon bombing.

Runners chosen by the Martin W. Richard Charitable Foundation have pledged to raise money for the foundation's mission to invest in education, athletics and community.

Martin Richard was one of three people killed when two bombs exploded near the marathon finish line in 2013. More than 260 people were injured, including Richard's parents and his younger sister.

Last year's "Team MR8" raised $1.25 million.

A total of 59 runners have been chosen for the 2015 marathon, including personal friends of the Richard family and total strangers.

The Richard family is still accepting applications from runners already registered to run the 2015 marathon.

blog comments powered by Disqus

**More on WHDH.com**

- Police: N.M. Mom Cheered On Teen Daughter In Brawl
- Joan Rivers' Daughter 'Outraged' By Findings
- Haverhill Couple Says Police Targeted Them After Lotto Win
- Brighton Tickler Strikes Three Homes Tuesday Morning
- Quiet For Now - Nor'easter Ahead
- Body Discovered Under Ice In Yarmouth

**From around the Web**

- Gentlemen, We Give You Natalie Gulbis In A Swimsuit (Golf.Com)
- Robin Williams's Widow And Children Tangle Over Estate (The New York Times)
- 11 Impossible Coincidences That Actually Happened (Answers.Com)
- Your 401(K) Isn't Growing As Fast As It Should - Here's Why (Mint.Com)
- Beautiful Golf Pro Holly Sonders Stuns In Gallery (Golf.Com)
- 11 Most Bizarre And Disturbing Wikipedia Pages You'll Ever Read (Answers.Com)

Recommended by



WHDH TV 7NBC WLVI TV CW56
Sunbeam Television Corp
7 Bulfinch Place
Boston, MA 02114

News Tips: (800) 280-TIPS
Tell Hank: (855) 247-HANK

CAN'T FIND SOMETHING?

SEARCH FOR IT HERE

SEARCH CONNECT WITH US HERE:

Text Alerts · Mobile Apps · Program Schedule
· Community Calendar · News Tips ·