UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

SCHEDULING ORDER
April 10, 2015

O'TOOLE, D.J.

On April 8, 2015, the jury in this matter returned a verdict against the defendant on all counts, including the capital counts. The trial therefore will proceed to a second phase, typically referred to as the penalty phase. The defendant has requested that the penalty phase commence in approximately two weeks so as to, among other things, allow the defendant additional time to resolve outstanding logistical issues with a number of potential witnesses. It is not uncommon for there to be a brief recess between phases in a capital case.

The defendant's request is GRANTED. The penalty phase of the trial will begin on Tuesday, April 21. The jury will be called by the Jury Administrator to return at 9:00 a.m. on Tuesday, April 14 for brief instructions from the Court regarding scheduling and other logistical matters.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge