UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 13-CR10200-GAO |
| v. | ) |
| | ) |
| | ) |
| DZHOKHAR TSARNAEV | ) |

FILED IN CLERKS OFFICE
2015 APR 13  AM 10 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

## SEALED MOTION TO SEAL DEFENSE PROPOSED PRELIMINARY PENALTY PHASE JURY INSTRUCTIONS

Defendant moves that this Court grant him leave to file under seal both the instant Motion and the attached Proposed Preliminary Penalty Phase Jury Instructions. In support of this motion, counsel submits that the attached instructions should be filed under seal at the discretion of the Court.

Respectfully submitted,

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

### Certificate of Service

I certify that this document was served on counsel for the government by hand on April 13, 2015.

1