UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2015 APR 14  PM 2:07

U.S. DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | **UNDER SEAL** |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States, by and through undersigned counsel, moves to seal the attached motion. As grounds therefor, the government states that the motion refers to matters that are already under seal and subject to a previously-entered protective order.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:   /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVEN MELLIN
Trial Attorney, U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by electronic mail on Dzhokhar Tsarnaev's attorney, Judy Clarke, Esq., on April 14, 2015.

/s/ William D. Weinreb
WILLIAM D. WEINREB