## DEFENDANT'S REQUESTED CAUTIONARY INSTRUCTION

Because you will not return to court until a week from today, I would like to expand my instructions to you about avoiding any coverage related to this case. As you may be aware, tomorrow is the second anniversary of the 2013 Boston Marathon. In addition, the 2015 Boston Marathon will take place next Monday. Both of these events are matters of public interest, and will be covered by the news media. Under the circumstances, I am going to expand my previous instructions to include that you are to avoid all discussion or news coverage involving either the 2013 or the 2015 Marathons. In addition, do not attend this year's Marathon or any events or gatherings related to either the 2013 or 2015 Boston Marathons.