UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action |
| v. | ) | No. 13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, also | ) | |
| known as Jahar Tsarni, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


**JURY TRIAL - DAY FORTY-SIX**


John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Tuesday, April 14, 2015
9:06 a.m.


Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1   APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: William D. Weinreb, Aloke Chakravarty and
 3            Nadine Pellegrini, Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        - and -
          UNITED STATES DEPARTMENT OF JUSTICE
 6        By: Steven D. Mellin, Assistant U.S. Attorney
          Capital Case Section
 7        1331 F Street, N.W.
          Washington, D.C.  20530
 8        On Behalf of the Government

 9        FEDERAL PUBLIC DEFENDER OFFICE
          By: Miriam Conrad, Federal Public Defenders
10        51 Sleeper Street
          Fifth Floor
11        Boston, Massachusetts  02210
          - and -
12        CLARKE & RICE, APC
          By: Judy Clarke, Esq.
13        1010 Second Avenue
          Suite 1800
14        San Diego, California  92101
          - and -
15        LAW OFFICE OF DAVID I. BRUCK
          By: David I. Bruck, Esq.
16        220 Sydney Lewis Hall
          Lexington, Virginia  24450
17        On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

P R O C E E D I N G S

1

2          THE CLERK:  All rise for the Court and the jury.

3          (The Court and jury enter the courtroom at 9:06 a.m.)

4          THE CLERK:  Be seated.

5          THE COURT:  Good morning, jurors.

6          THE JURORS:  Good morning, your Honor.

7          THE COURT:  Welcome back.

8          This will be brief.  Let me begin by asking, as I have

9    before, about your compliance with my instructions.  And I'd

00:16 10   like you to answer verbally, if you would, either affirmatively

11   or negatively.  Specifically, have you refrained from

12   discussing anything about the substance of the case, including

13   your deliberations, with anyone, including each other?

14          THE JURORS:  Yes.

15          THE COURT:  All right.  Additionally, have you avoided

16   all media reports about the case and the related issues

17   including newspapers, television, radio, Internet, social

18   networking sites?

19          THE JURORS:  Yes.

00:17 20          THE COURT:  Thank you.  As I mentioned when you were

21   last here, I anticipated we would take a short recess between

22   the guilt phase and the penalty phase of the trial.  And that

23   is not uncommon in capital cases.

24          Last Friday we set the schedule.  The jury

25   administrator called each of you that day to tell you about it.

1    He told you that you would be coming in today for a very brief

2    session to hear information about logistics and other matters.

3    He also told you, and I'll remind you now, that you'll not

4    return to court until next Tuesday, a week from today, April

5    21st, when the presentation of evidence in the penalty phase

6    will begin.

7         You may remember when the trial began and you

8    completed the jury questionnaire there was an outline of the

9    schedule that we were going to follow in the case, and that it

00:17 10    would be Monday through Thursday.  But we also noted that if

11    there was a Monday holiday in the week, that we would use that

12    Friday.

13         So next Monday is a state holiday, and we will follow

14    that, so we'll begin on Tuesday, and we'll continue for the

15    four days for the rest of the week.  So that Friday we would

16    expect to sit, on Friday the 24th, and we'll resume the normal

17    Monday-through-Thursday schedule for the rest of the trial.

18         Predictions about how long a trial will last are

19    usually worse than predictions about the weather, but to give

00:18 20    you a general idea based on what the lawyers have told me, this

21    phase is likely to take about four weeks or so.

22         There's one other important point -- very important

23    point that I want to make with you.  As you're undoubtedly

24    aware, this week marks the anniversary of the crimes of which

25    the defendant now stands convicted, and additionally, this

1    coming Monday is the running of the 2015 Boston Marathon.

2            Almost all of you live outside of Boston.  Some of you

3    live quite far from Boston.  And as a matter of fact, you might

4    think it a little odd that we asked you to come all the way in

5    here today for such a brief session.  The fact that we have

6    done so should be taken by you as an indication of how

7    important these brief instructions are to your service as fair

8    and impartial jurors in this case.

9            So I urge you to go about your lives in the coming

00:19 10   week, between now and next Tuesday, and avoid any events that

11   would put you in the position of being exposed to information

12   that would be inappropriate for a juror on this case to see or

13   hear while serving as an active juror.

14           Now, let me be quite direct about it.  Do not attend

15   the Boston Marathon or any related events or gatherings that

16   are connected with the anniversary of the 2013 marathon or to

17   this year's running of the marathon.  I expect, given where

18   most of you live and work, this will not be a difficult thing

19   for you to do.

00:20 20        Additionally, as you're surely aware, the Boston

21   Marathon is a matter not just of local, but of national and

22   international, interest.  It will be covered extensively not

23   just in local media but in the national press.  Under the

24   circumstances, again, continue to avoid any coverage of the

25   marathon, both in terms of the issues of this case and the

1    current race.  This includes, of course, TV, radio, newspaper,

2    magazines, Internet, social media, and communications with

3    other people about the events.

4           If you happen to see or hear anything that sounds like

5    it's related to the marathon, related events in the media or

6    from other people and so on, stop reading, turn off the TV or

7    the computer, and put your attention in other places.  If

8    you're at work and it should happen, you know, leave the room

9    or see what your coworkers will do to accommodate your needs.

00:21 10          And, of course, please continue to refrain from any

11   communication with anyone, including each other, about the

12   issues in the case.  People are curious about what you're

13   doing, but it's your duty to tell them if they inquire and

14   discuss the issues -- and seek to discuss the issues with you

15   that you cannot talk to them about it.  If anyone persists in

16   trying to speak to you about the case, I remind you that you

17   can let any court official know and we'll come to your

18   assistance.

19          Make sure your family members and coworkers understand

00:21 20   your position, basically.  I trust that you have been doing

21   this all along, but I want to underscore that instruction now

22   for this sensitive period.

23          Now, I made this clear I think last week but out of an

24   abundance of caution let me repeat it:  These rules continue to

25   apply to all our alternate jurors.  Your service remains very

1    important in this case.  You may be called to deliberate if

2    something were to happen to prevent one of the jurors who did

3    deliberate in the guilt phase from continuing in the case.  So

4    that alternates are still very important to the process here.

5            You will be together in the jury room, you'll eat

6    lunch together, you'll sit in the box as you are now during the

7    presentation, all as happened during the guilt phase.  So you

8    remain under the same instructions with respect to

9    communications and the media as the jurors who conducted the

00:22 10   deliberations.

11           When you return next Tuesday, you all take your seats

12    in the box.  I'll give you some preliminary instructions, as I

13    did before the prior phase, regarding the sentencing phase.

14    The attorneys will have an opportunity to give you opening

15    statements as they did, and then we'll proceed to the

16    presentation of the evidence relating to your necessary

17    judgment about the appropriate penalty to be imposed on the

18    capital crimes for which you found the defendant guilty.

19           Until then, please put the case out of your minds,

00:23 20   enjoy the warm weather and keep busy with other things.  And we

21    will see you back here next Tuesday, all right?

22           We'll be in recess.

23           THE CLERK:  All rise for the Court and the jury.

24           (The Court and jury exit the courtroom at 9:14 a.m.)

25           THE CLERK:  Court will be in recess.

1          (The proceedings adjourned at 9:14 a.m.)

2

3

4

5                    C E R T I F I C A T E

6

7          I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

8   the United States District Court, do hereby certify that the

9   foregoing transcript constitutes, to the best of my skill and

10  ability, a true and accurate transcription of my stenotype

11  notes taken in the matter of Criminal Action No. 13-10200-GAO,

12  United States of America v. Dzhokhar A. Tsarnaev.

13

14  /s/ Marcia G. Patrisso
    MARCIA G. PATRISSO, RMR, CRR
15  Official Court Reporter

16

17  Date:  4/14/15

18

19

20

21

22

23

24

25