FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

### SEALED MOTION TO SEAL DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE ANY REFERENCE TO WALTHAM TRIPLE HOMICIDE OR OTHER ALLEGED BAD ACTS OF TAMERLAN TSARNAEV

Defendant moves that the Court grant the instant motion and the attached Defendant's Response to Government's Motion in Limine to Preclude any Reference to Waltham Triple Homicide or Other Alleged Bad Acts of Tamerlan Tsarnaev under seal. The request to seal is made because the motion responds to a government motion that has been sealed.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

DATED: April 14, 2015

## Certificate of Service

I hereby certify that this document was served by email on April 14, 2015 upon counsel for the government.

_____