FILED
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

### SEALED MOTION TO SEAL DEFENDANT'S LIST OF MITIGATING FACTORS AND REQUEST REGARDING PRELIMINARY INSTRUCTIONS

Defendant moves that the Court file the instant motion and the attached Defendant's List of Mitigating Factors and Request Regarding Preliminary Instructions under seal. The information has been the subject of in camera proceedings.

Respectfully submitted,

DATED: April 16, 2015

David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins

### Certificate of Service

I hereby certify that this document was served by email on April 16, 2015 upon counsel for the government.