## MITIGATING FACTORS

1. Dzhokhar Tsarnaev was 19 years old at the time of the offenses.
2. Dzhokhar had no history of violent behavior prior to the crimes.
3. Dzhokhar would not have committed the crimes of which he has been convicted had it not been for the influence of his older brother Tamerlan.
4. Although guilty of these offenses, Dzhokhar was not the leader or planner of the offenses.
5. Dzhokhar was particularly susceptible to Tamerlan's influence because of Tamerlan's age, his size, his personality, and his privileged status in the family.
6. Dzhokhar's parents' failed to provide him with positive guidance and support during his adolescence.
7. Dzhokhar's father suffered from mental illness and brain damage.
8. Dzhokhar's mother suffered from mental illness.
9. Dzhokhar's parents' return to Russia in 2012 left Tamerlan as the dominant adult in Dzhokhar's life.
10. Dzhokhar was well regarded by his teachers and peers in middle school and high school.
11. The law requires that if not sentenced to death, Mr. Tsarnaev will be sentenced to life in prison without the possibility of release.
12. Dzhokhar will not pose a significant risk of violent misconduct in the future if he is imprisoned for life.
13. A sentence of life in prison without the possibility of release, under the strict conditions the Bureau of Prisons and the Attorney General are likely to impose, will be a more severe punishment for Dzhokhar than a sentence of death.
14. Under all of the circumstances of this case, executing Dzhokhar is unlikely to reduce the danger of future terrorist attacks.
15. Sentencing Dzhokhar to death is likely to increase his notoriety.