UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## SEALED MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE PENALTY-PHASE EXPERT TESTIMONY AND RELATED EXHIBITS

Defendant moves that the Court grant the instant motion and the attached Defendant's Response to Government's Motion in Limine to Exclude Penalty-Phase Expert Testimony and Related Exhibits under seal. The request to seal is made because the motion responds to a government motion that has been sealed.

                        Respectfully submitted,
                        DZHOKHAR TSARNAEV

                        By his attorneys

                        /s/ David I. Bruck
                        DAVID I. BRUCK
                        JUDY CLARKE
                        MIRIAM CONRAD
                        WILLIAM FICK
                        TIMOTHY WATKINS
                        Attorneys for Dzhokhar Tsarnaev

DATED: April 17, 2015

## Certificate of Service

I hereby certify that this document was served by email on April 17, 2015 upon counsel for the government.

/s/ David I. Bruck