[FILED UNDER SEAL]

FILED
IN CLERKS OFFICE
2015 APR 20  PM 12 52
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## SEALED MOTION FOR LEAVE TO FILE DEFENDANT'S OPPOSITION TO PUBLIC DISCLOSURE OF PENALTY PHASE WITNESS LISTS UNDER SEAL

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the Court grant him leave to file his Opposition to Public Disclosure of Penalty Phase Witness Lists under seal.

As grounds therefore, the defendant states that the filing relates to matters discussed during a sealed lobby conference on April 17.

Respectfully submitted,

/s/ Miriam Conrad
David I. Bruck
Judy Clarke
Miriam Conrad
William Fick
Timothy Watkins

Counsel for Dzhokhar Tsarnaev

### Certificate of Service

I hereby certify that I have caused this document to be served upon counsel for the United States by e-mail PDF on April 19, 2015.

/s/ Miriam Conrad