UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED UNDER SEAL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## SEALED MOTION TO SEAL DEFENSE OBJECTIONS TO GOVERNMENT PENALTY PHASE EXHIBITS AND TESTIMONY

Defendant moves that the Court grant him leave to file under seal the instant motion and the attached Objections to Government Penalty Phase Testimony and Exhibits. The motion is filed under seal because it includes the names of witnesses and refers to exhibits that may be inadmissible.

Respectfully submitted,

/s/ David I. Bruck

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

DATED: April 20, 2015

### Certificate of Service

I hereby certify that this document was served on government counsel by email on April 20, 2015.

/s/ Robert Rieske