FILED
IN CLERKS OF...
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
U.S. DISTRICT...
FILED UNDER SEAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## SEALED MOTION TO SEAL DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE PENALTY-PHASE EXPERT TESTIMONY AND RELATED EXHIBITS

Defendant moves that the Court grant the instant motion and the attached

Defendant's Motion to Exclude Inflammatory, Cumulative, and Late-Disclosed

Government Exhibits under seal.  The request to seal is made according to the Court's

practice of treating objections to sensitive non-public information at sidebar, and we

leave any decision regarding public disclosure to the Court's discretion.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

DATED:  April 22, 2015

### Certificate of Service

I hereby certify that this document was served by email on April 22, 2015 upon counsel for the government.