FILED

UNITED STATES DISTRICT COURT CLERKS OFFICE

DISTRICT OF MASSACHUSETTS

2015 APR 22   AM 10 46

**FILED UNDER SEAL**

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## SEALED MOTION TO SEAL DEFENDANT'S MOTION TO EXCLUDE INFLAMMATORY, CUMULATIVE, AND LATE-DISCLOSED GOVERNMENT EXHIBITS

Defendant moves that the Court grant the instant motion and the attached Defendant's Motion to Exclude Inflammatory, Cumulative, and Late-Disclosed Government Exhibits under seal.  The request to seal is made according to the Court's practice of treating objections to sensitive non-public information at sidebar, and we leave any decision regarding public disclosure to the Court's discretion.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

DATED:  April 22, 2015

## Certificate of Service

I hereby certify that this document was served by email on April 22, 2015 upon counsel for the government.