FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2015 APR 22 PM 1 49

FILED UNDER SEAL

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### SEALED MOTION TO SEAL DEFENDANT'S MOTION TO COMPEL IMMIGRATION PAROLE OF DEFENSE WITNESS ELMIRZA KHOZHUGOV

Defendant moves that the Court grant the instant motion and the attached Defendant's Motion to Compel Immigration Parole of Defense Witness Elmirza Khozhugov under seal. The request to seal is made because the motion relates to a sealed Court order and witness security.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

/s/ William Fick (RR)
DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

DATED: April 22, 2015

## Certificate of Service

I hereby certify that this document was served by email on April 22, 2015 upon counsel for the government.

_____