FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

## SEALED MOTION TO SEAL DEFENDANT'S MOTION TO COMPEL PRODUCTION OF GRAND JURY TESTIMONY AND/OR RECORDED STATEMENTS BY DEFENSE WITNESSES IN GOVERNMENT'S POSSESSION, CUSTODY, OR CONTROL

Defendant moves that the Court grant the instant motion and the attached Defendant's Motion to Compel Production of Grand Jury Testimony and/or Recorded Statements by Defense Witnesses in Government's Possession, Custody, or Control under seal. The request to seal is made because the motion addresses issues related to discovery materials.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

/s/ William Fick (RR)
DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

DATED: April 22, 2015

## Certificate of Service

I hereby certify that this document was served by email on April 14, 2015 upon counsel for the government.

_____