UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV,  ) | **UNDER SEAL** |
| Defendant  ) | |

## GOVERNMENT'S MOTION TO SEAL ITS MOTION FOR AN ORDER AUTHORIZING BIDMC TO DISCLOSE DEFENDANT'S CT FILMS

The United States, by and through undersigned counsel, moves to seal the attached motion. As grounds therefor, the government states that the motion refers to protected health care information.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVEN MELLIN
Trial Attorney, U.S. Department of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document was served by electronic mail on Dzhokhar Tsarnaev's attorney, Judy Clarke, Esq., on April 23, 2015.

*/s/ William D. Weinreb*
WILLIAM D. WEINREB