UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | Crim. No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV,     ) | |
| Defendant               ) | |

## ORDER

### (Under Seal)

The Government has moved for an order pursuant to 45 C.F.R. § 164.512(e)(i) authorizing Beth Israel Deaconess Medical Center ("BIDMC") to release certain federally protected health information pertaining to defendant Dzhokhar Tsarnaev. The Court finds that the Government has shown good cause for the Order. Accordingly, the Court hereby ORDERS that BIDMC produce to the Government forthwith all images, films, results and reports related to computed tomography scans of the defendant's head and brain performed during the period April 19, 2013 through April 23, 2013.

SO ORDERED this ____ day of April, 2015.

_____
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

4