UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2015 APR 23 PM 2 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | **UNDER SEAL** |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO SEAL ITS OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE CERTAIN EXHIBITS

The United States, by and through undersigned counsel, moves to seal the attached opposition. As grounds therefor, the government states that the motion to which the opposition relates was itself filed under seal and should be sealed for the same reasons.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVEN MELLIN
Trial Attorney, U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by electronic mail on Dzhokhar Tsarnaev's attorney, Judy Clarke, Esq., on April 23, 2015.

*/s/ William D. Weinreb*
WILLIAM D. WEINREB