# Exhibit A

| Search Term | Date Visited (UTC) | URL | Page Title |
|---|---|---|---|
| tory burch outlet | 09/19/2011 18:21:49 | http://www.google.com/search?client=safari&rls=en&q=tory+burch++outlet&ie=UTF-8&oe=UTF-8 | tory burch outlet - Google Search |
| tory burch | 09/19/2011 18:17:02 | http://www.google.com/search?client=safari&rls=en&q=tory+burch&ie=UTF-8&oe=UTF-8 | tory burch - Google Search |
| tory burch outlet | 09/19/2011 18:15:20 | http://www.google.com/search?client=safari&rls=en&q=tory+burch+outlet&ie=UTF-8&oe=UTF-8 | N/A |
| classic european made toddler shoes | 09/19/2011 18:09:04 | http://www.google.com/search?client=safari&rls=en&q=classic+european+made+toddler+shoes&ie=UTF-8&oe=UTF-8 | classic european made toddler shoes - Google Search |
| european made toddler shoes | 09/19/2011 18:07:22 | http://www.google.com/search?client=safari&rls=en&q=european+made+toddler+shoes&ie=UTF-8&oe=UTF-8 | european made toddler shoes - Google Search |
| when does season 6 of 30 rock start | 09/19/2011 17:23:19 | http://www.google.com/search?client=safari&rls=en&q=when+does+season+6+of+30+rock+start&ie=UTF-8&oe=UTF-8 | when does season 6 of 30 rock start - Google Search |
| tamerlan tsarnaev | 09/19/2011 05:18:23 | http://www.google.com/search?client=safari&rls=en&q=tamerlan+tsarnaev&ie=UTF-8&oe=UTF-8 | tamerlan tsarnaev - Google Search |
| men killed in walthan | 09/19/2011 05:15:51 | http://www.google.com/search?client=safari&rls=en&q=men+killed+in+walthan&ie=UTF-8&oe=UTF-8 | N/A |
| burning palms | 09/19/2011 05:08:35 | http://www.google.com/search?client=safari&rls=en&q=burning+palms&ie=UTF-8&oe=UTF-8 | burning palms - Google Search |
| islamic nasheed | 09/18/2011 22:17:04 | http://www.youtube.com/results?search_query=islamic+nasheed&aq=ū | islamic nasheed - YouTube |
| 3 men killed in waltham | 09/18/2011 14:04:45 | http://www.google.com/search?client=safari&rls=en&q=3+men+killed+in+waltham&ie=UTF-8&oe=UTF-8 | 3 men killed in waltham - Google Search |
| boston news | 09/18/2011 13:55:08 | http://www.google.com/search?client=safari&rls=en&q=boston+news&ie=UTF-8&oe=UTF-8 | boston news - Google Search |
| coterie | 09/18/2011 13:47:07 | http://www.google.com/search?client=safari&rls=en&q=coterie&ie=UTF-8&oe=UTF-8 | coterie boston - Google Search |
| 2 | 09/18/2011 04:36:34 | http://www.6pm.com/women-boots/CK_XARCz1wE6AtATqgEBA8ABAeICBRgBAgcV.zso?p=2 | Search 6pm.com |
| 1 | 09/18/2011 04:35:49 | http://www.6pm.com/women-boots/CK_XARCz1wE6AtATqgEBA8ABAeICBRgBAgcV.zso?p=1 | N/A |
| beverly hills | 09/18/2011 03:56:25 | http://www.sidereel.com/_television/search?q=beverly+hills | search results for 'beverly hills' | SideReel |
| cracker barrel | 09/18/2011 03:11:15 | http://www.google.com/search?client=safari&rls=en&q=cracker+barrel&ie=UTF-8&oe=UTF-8 | cracker barrel - Google Search |