FILED
IN CLERKS OFFICE

2015 APR 24 2 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## SEALED MOTION TO SEAL DEFENDANT'S EMERGENCY MOTION TO PROHIBIT RETURN OF PENALTY PHASE WITNESS AND TO PERMIT ENTRY INTO THE UNITED STATES PENDING TESTIMONY

Defendant moves that the Court grant the instant motion and the attached

Defendant's Emergency Motion to Prohibit Return of Penalty Phase Witness and to

permit Entry into the United States pending Testimony under seal.  The request to seal is

made because the motion relates to a sealed Court order and witness security.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

DATED:  April 24, 2015

## Certificate of Service

I hereby certify that this document was served by email on April 24, 2015 upon counsel for the government.

_____
Robert Rieske