UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**SEALED MOTION TO COMPEL PRODUCTION OF GRAND JURY
TESTIMONY AND/OR RECORDED STATEMENTS BY DEFENSE WITNESSES
IN GOVERNMENT'S POSSESSION, CUSTODY, OR CONTROL**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves to

compel the government to produce grand jury testimony and/or other recorded statements

of defense witnesses in the possession, custody or control of the government that have

not previously been produced.  As grounds therefor, defendant states:

1.      By letter dated April 9, 2015, the defendant requested that the government

produce any grand jury transcripts and/or recorded statements in the government's

possession, custody, or control  of named defense witnesses that have not previously been

produced.

2.      The government has declined to produce the requested materials.

3.      The Court should order production in the interests of justice and orderly

trial management.  Such statements likely contain exculpatory (mitigating) information

and in any event should be produced since they may be used to impeach or refresh the

memory of the witness. *See United States v. McMahon*, 938 F.2d 1501, 1504 (1st Cir.

1

1991) ("[I]f the defendant does call the witness at trial, and the witness' trial testimony could be refreshed or impeached by the grand jury testimony, the defendant should have access to the earlier statements.") (internal quotation marks and citation omitted).

Wherefore, the Court should order the requested relief.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

**Certificate of Service**

    I hereby certify that I have caused this document to be served by hand deliery upon counsel for the United States this 22d day of April, 2015.