FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2015 APR 24 PM 4 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | UNDER SEAL |
| Defendant ) | |

## GOVERNMENT'S MOTION TO SEAL ITS MOTION IN LIMINE TO EXCLUDE NON-DIGITAL PENALTY-PHASE EVIDENCE IDENTIFIED IN DEFENDANT'S WITNESS AND EXHIBIT LISTS

The United States, by and through undersigned counsel, moves to seal the attached motion. As grounds therefor, the government states that the motion refers to evidence that is subject to a protective order and that, if excluded, will never be admitted into evidence.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVEN MELLIN
Trial Attorney, U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that this document was served by electronic mail on Dzhokhar Tsarnaev's attorney, Judy Clarke, Esq., on April 24, 2015.

/s/ William D. Weinreb
WILLIAM D. WEINREB