FILED
IN CLERKS OFFICE
2015 APR 27 AM 8 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                          ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV            ) | |

### SEALED MOTION TO SEAL DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE DEFENSE EXHIBIT 3253 (ADX PHOTO)

Defendant moves that the Court grant the instant motion and the attached Defendant's Opposition to Government's Motion in Limine to Exclude Defense Exhibit 3253 (ADX Photo) under seal. The request to seal is made because the motion is responsive to a sealed pleading, but in defense counsel's view, sealing is not necessary.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

/s/ David I. Bruck

DAVID I. BRUCK
JUDY CLARKE
MIRIAM CONRAD
WILLIAM FICK
TIMOTHY WATKINS
Attorneys for Dzhokhar Tsarnaev

DATED: April 27, 2015

## Certificate of Service

I hereby certify that this document was served by email on April 27, 2015 upon counsel for the government.

_____
Robert Rieske