[FILED UNDER SEAL]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### SUPPLEMENT TO MOTION FOR ORDERS TO THE MASASACHUSETTS STATE POLICE, MIDDLESEX DISTRICT ATTORNEY'S OFFICE, AND WALTHAM POLICE DEPARTMENT TO PRODUCE FOR *IN CAMERA* REVIEW MATERIAL REGARDING TAMERLAN TSARNAEV'S INVOLVEMENT IN 2011 WALTHAM MURDERS

Defendant, Dzhokhar Tsarnaev, respectfully submits this supplement to his previously filed Motion for Orders to the Massachusetts State Police, the Waltham Police Department, and the Middlesex County District Attorney's Office to produce for *in camera* review information regarding Tamerlan Tsarnav's involvement in a triple murder in Waltham on September 11, 2011.

After undersigned counsel filed this motion *ex parte*, the Court ordered that the government be served with the motion. Since that time, the government has produced in discovery a report of an interview with Khairullozhon Matanov, conducted on April 23, 2015. ▮

▮

▮

The government has consistently taken the position that information regarding the homicides are in the possession of state law enforcement agencies, who have not shared that information with federal agents or the prosecutors. Tr. 4/13/15 at 16.

This Court has held that the defense cannot present evidence about the Waltham murders because it has not provided sufficient information to show that Tamerlan participated in them.

Undersigned counsel therefore seek to supplement their motion and, in addition, to compel the government to provide to the defense or, in the alternative, to the Court for *in camera* review, any information regarding Tamerlan Tsarnaev's involvement in the September 11, 2011 homicides.

DZHOKHAR TSARNAEV
By his attorneys

/s/ Miriam Conrad

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

- 2 -

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document is being served upon counsel for the United States by e-mail PDF on April 27, 2015.

/s/ Miriam Conrad