1                       UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MASSACHUSETTS
2

3
                                          )
4        UNITED STATES OF AMERICA,         )
                                          )
5                Plaintiff,                )
                                          )   Criminal Action
6        v.                                )   No. 13-10200-GAO
                                          )
7        DZHOKHAR A. TSARNAEV, also        )
         known as Jahar Tsarni,            )
8                                          )
                 Defendant.                )
9                                          )

10

11           BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                     UNITED STATES DISTRICT JUDGE
12

13
                      **JURY TRIAL - DAY FIFTY**
14

15
               John J. Moakley United States Courthouse
16                       Courtroom No. 9
                        One Courthouse Way
17              Boston, Massachusetts  02210
                     Monday, April 27, 2015
18                         9:05 a.m.

19

20              Marcia G. Patrisso, RMR, CRR
                Cheryl Dahlstrom, RMR, CRR
21                 Official Court Reporters
               John J. Moakley U.S. Courthouse
22              One Courthouse Way, Room 3510
                Boston, Massachusetts  02210
23                    (617) 737-8728

24         Mechanical Steno - Computer-Aided Transcript

25

```
1    APPEARANCES:

2         OFFICE OF THE UNITED STATES ATTORNEY
          By: William D. Weinreb, Aloke Chakravarty and
3              Nadine Pellegrini, Assistant U.S. Attorneys
               John Joseph Moakley Federal Courthouse
4         Suite 9200
          Boston, Massachusetts  02210
5         - and -
          UNITED STATES DEPARTMENT OF JUSTICE
6              By:  Steven D. Mellin, Assistant U.S. Attorney
          Capital Case Section
7         1331 F Street, N.W.
          Washington, D.C.  20530
8         On Behalf of the Government

9         FEDERAL PUBLIC DEFENDER OFFICE
               By:  Miriam Conrad, William W. Fick and Timothy G.
10             Watkins, Federal Public Defenders
          51 Sleeper Street
11        Fifth Floor
          Boston, Massachusetts  02210
12        - and -
          CLARKE & RICE, APC
13             By:  Judy Clarke, Esq.
          1010 Second Avenue
14        Suite 1800
          San Diego, California  92101
15             - and -
          LAW OFFICE OF DAVID I. BRUCK
16             By:  David I. Bruck, Esq.
          220 Sydney Lewis Hall
17        Lexington, Virginia  24450
          On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

1                           I N D E X

2   OPENING STATEMENT:                                    Page

3     By Mr. Bruck                                          32

4                        * * * * * *

5

6                        Direct   Cross   Redirect   Recross

7   WITNESSES FOR THE
      DEFENSE:

8
    LAITH ALBEHACY
9
        By Mr. Fick            55
10      By Mr. Chakravarty             61

11  LOAY ASSAF

12      By Mr. Fick            66
        By Mr. Chakravarty             74
13
    Abderrazak Razak
14
        By Mr. Fick            75
15      By Mr. Weinreb                 80

16  ROBERT BARNES

17      By Mr. Watkins         82
        By Mr. Weinreb                 99
18
    GERALD R. GRANT, JR.
19
        By Mr. Fick           103
20      By Mr. Chakravarty            134

21  JUDITH RUSSELL

22      By Ms. Clarke         142               175
        By Mr. Weinreb                166
23
    GINA CRAWFORD
24
        By Ms. Clarke         179
25

1                              <u>Direct</u>   <u>Cross</u>   <u>Redirect</u>   <u>Recross</u>

2    WITNESSES FOR THE
       <u>DEFENSE:</u>
3
     ROBERT PONTE
4
         By Ms. Conrad            197
5        By Ms. Pellegrini                 208

6                        E X H I B I T S

7    DEFENDANT'S
       <u>EXHIBIT</u>       <u>DESCRIPTION</u>                   <u>FOR ID</u>      <u>RECEIVED</u>
8
     3316-001      Email summary chart                          107
9
     3316-002      Summary chart                                110
10
     3315-001      YouTube home screen of Tamerlan Tsarnaev     123
11
     3315-002      YouTube Favorites                            125
12
     3315-003      YouTube channels                             127
13
     3317-1-1      Extractions from cell phone HTC-1B1          129
14
     3317-1-2      Extractions from cell phone HTC-1B1          129
15
     3317-1-3      Extractions from cell phone HTC-1B1          129
16
     3317-1-4      Extractions from cell phone HTC-1B1          129
17
     3317-1-5      Cellebrite report                            134
18
     3317-1-6      Video recording                              135
19
     3404          Photograph                                   159
20
     3401          Photographs                                  159
21
     3437A         Photographs                                  183
22
     3437B         Photographs                                  183
23
     3436A         Summary of texts                             193
24
     3543A    September 2004-2005 school year record for
25            Tamerlan Tsarnaev                                 200

1                           P R O C E E D I N G S

2       (LOBBY CONFERENCE AS FOLLOWS:

3               THE COURT:  So I have a couple of things.  I'd like to

4       know who the witnesses will be.

5               MS. CLARKE:  We gave the government the list, did we

6       not?  Is that the most recent one?  Sorry, Judge.  You're not

7       on our service list.  We've taken Abu Turshaev off.

8               THE COURT:  Let me just concentrate on today and

9       tomorrow.

01:05 10        MS. CLARKE:  DaSilva may be delayed.  Is he on the

11      top?

12              MR. WEINREB:  Yes.  He's number -- the fifth witness.

13              MS. CLARKE:  He may be delayed.

14              MR. WEINREB:  Sixth on the list.  Delayed past today?

15              MS. CLARKE:  Either afternoon or -- yeah.

16              THE COURT:  So from the number that I see you have on

17      today, they will be relatively brief?  Is that --

18              MS. CLARKE:  That's what we expect.

19              THE COURT:  Okay.  So the first -- I'm just trying to

01:05 20   locate the expert.  You have Mark Spencer tomorrow that you

21      expect --

22              MR. WEINREB:  Jerry Grant, who's No. 10 on the list.

23      He's an expert.

24              MR. WATKINS:  I can speak on that behalf.  I don't --

25              THE COURT:  Who's Spencer?

 1              MR. WATKINS:  That's going to be cell phone

 2    extraction.  I don't think there's any controversy so far as I

 3    know.  I think really he's going to be somewhat of a reader or

 4    at least someone who can click on some of the links that are in

 5    those and talk about where links and emails go.

 6              MR. CHAKRAVARTY:  Your Honor, there's one file that

 7    he's trying to introduce substantively from one of Tamerlan's

 8    phones, which is a video of their daughter Zahira playing in

 9    the playground.  It doesn't seem to connect with the defendant.

01:05 10    It seems to be a distraction to humanize both Zahira and

 11    potentially the defendant's relationship with her.

 12              THE COURT:  Well, I don't know.  That raises a more

 13    general question, that is, for the exhibit objections, I'm

 14    going to have to obviously see the exhibits, which I haven't

 15    seen yet either.  So if you can work on what you think are the

 16    controversial ones so I can get a head start on some of that.

 17              MS. CLARKE:  The exhibits are listed.

 18              THE COURT:  Right.  Do we have a thumb drive or

 19    anything with them?

01:05 20              MS. CLARKE:  You should.  New ones got added, I think,

 21    this morning to Paul's list.

 22              MR. WATKINS:  I think we sent over a JERS disk with

 23    them, so they're in the system.

 24              THE COURT:  JERS disk, okay.

 25              MR. WATKINS:  Did you also want them separately for

1    chambers?

2            THE COURT:  I don't know the technology, frankly, how

3    I tap into JERS at this point.  It goes into that system.  It

4    would be convenient to have a thumb drive or a disk to stick in

5    my desktop.

6            MS. CONRAD:  The JERS disk is just a PDF.

7            MS. CLARKE:  Does Paul need to keep the thumb drive

8    once we give it to him?

9            THE COURT:  That's the JERS one?  I don't know.

01:05 10   That's what I don't know the answer to.

11           MS. CLARKE:  If you don't know, you know I don't know.

12           THE COURT:  Anyway, okay.  But I'd just like to have a

13   head start on this so I could have seen the controversial

14   items.  I gather from the defendant's response to the

15   government's extensive exhibit motion, a good bit of that is

16   not going to be offered and not in controversy.

17           MS. CONRAD:  Well, not discussed in the opening, but

18   certainly a good bit of that is going to be offered.

19           MR. BRUCK:  Well, for example, they have objection to

01:05 20   numerous photographs from our Russia expert, Reynolds, but we

21   are only going to use a few of them.  We're not going to use

22   the photographs that are not taken from the defendant's

23   computer, which the government is objecting to.  We're going to

24   use very non-controversial ones such as maps and so forth.

25   Generally speaking, I think the burden of the government's

1      objections are not actually going to have to be ruled on.

2              THE COURT:  Okay.

3              MS. CLARKE:  If I can grab my list, I can make sure

4      you guys have the numbers.  You guys have all of the exhibits.

5              MS. CONRAD:  May I speak to Mr. Bruck for a second?

6              MS. CLARKE:  Judge, can I --

7              THE COURT:  Yeah, go ahead.  Is Paul out there to let

8      you back in?

9              MS. CONRAD:  Judge, did you want to go through all the

01:05 10    objections in the government's motion in limine?

11             THE COURT:  Not if I don't have to.

12             MS. CONRAD:  We only address the ones that were

13      germane to the opening statement, but many of these objections

14      are still live.

15             THE COURT:  I guess my point is it will help me to

16      understand the argument if I have had a chance to look at the

17      objected-to materials.  So that's what I'd rather do.

18             MS. CONRAD:  We can get those to you.  We've also done

19      some further redactions, for example, on some of the objections

01:05 20    on the 302s.  We've adopted a lot of the government's proposed

21      redactions, but not all of them, and I have them all

22      catalogued.

23             THE COURT:  As they come up on the horizon, then --

24             MS. CONRAD:  Can I just email -- I can do that from my

25      computer now, or would you prefer just getting them on one disk

1  or something?  Some of those are going to come up today if we

2  get that far.

3          THE COURT:  I guess I'd prefer one disk that had the

4  whole roster.

5          MS. CONRAD:  Sure.

6          THE COURT:  And then I just have it and -- 3207, I can

7  go and look at it.

8          MS. CONRAD:  Okay.  We can probably get somebody to

9  burn that and bring that over.

01:05 10         MR. WEINREB:  Your Honor, we'd request a copy of that

11  same disk just to make sure we're all on the same page.

12         MS. CONRAD:  Sure.  I thought that's what we gave the

13  government yesterday.

14         MR. WEINREB:  We've been getting a lot of exhibits

15  from the defense piecemeal over time which we've been

16  combining.  It's not clear -- sometimes we have an exhibit, and

17  then it gets broken out into A and B and other such things

18  indicating only a subset is going to be offered.  This way

19  we'll know which one is going to be offered.

01:05 20         THE CLERK:  I did get the most recent thumb drive from

21  defense about ten minutes ago, which has everything on it for

22  JERS.  That's the initial list last week to what's coming on.

23  I haven't loaded it on my JERS.  Do you want to see it?

24         MS. CONRAD:  Once it's loaded, then can the judge have

25  that, or should we produce a new thumb drive?

1          THE CLERK:  No.

2          MS. CLARKE:  Then can we get Paul Bruemmer to make a

3     copy of that thumb drive, too?

4          MS. CONRAD:  For the government.

5          THE CLERK:  That's fine.  As long as I get it on JERS,

6     you can do what you want with the thumb drive.

7          MS. CLARKE:  I don't mean exactly but --

8          THE COURT:  Okay.  Well, are there particular -- let's

9     just look at today, which goes down through 14, I guess.  Are

01:05 10    there -- with respect to the identified exhibits in the

11    right-hand column, are there issues that we know of that we'll

12    have to deal with?

13         MR. BRUCK:  Maybe we should start with opening

14    unless -- which we would not --

15         THE COURT:  I just want to prioritize my look at the

16    exhibits.  That's all.  If you say, Yeah, with respect to Gina

17    Crawford's photos or whatever, I would look at those before I'd

18    look at the other things.  That's all.

19         MS. CONRAD:  So with respect to the documents that are

01:05 20    going to be read by Sonya Petri, Exhibit 14 -- Witness No. 14

21    on this list -- actually, it's really 13 because one is the

22    heading.  So the three Dolakov 302s -- I believe one of them,

23    the portions the government objected to, have all been

24    redacted, 3271A, I think it is.  Give me a minute.  I can tell

25    you.

1          3270A, there probably are still some remaining issues.

2     We redacted some of what the government objected to and not

3     others.

4          3271A, none of the objected-to portions are being

5     presented to the jury or read to the jury.  We're just putting

6     in this one paragraph about Jahar Tsarnaev.

7          And 3269, which was a late-added exhibit, I don't

8     believe the government has indicated whether they have any

9     issues with the proposed exhibit, and that may be because they

01:05 10   haven't had a chance to review it.

11         Exhibit 3274A, again, we've redacted some portions the

12    government objected to and not others.

13         THE COURT:  Okay.  So there may be some minor or

14    lesser --

15         MS. CONRAD:  A sentence here and a sentence there.

16    Just to give you an example of one of the more minor ones,

17    there's one portion where the government -- I think it's

18    3270 where there's a follow-up interview.  We've redacted all

19    of it except for the line that they met again with the witness

01:05 20   at a Starbucks.  We just left that in to set the timing of that

21    interview.  And the government had redacted that out.  So I

22    don't think that should be controversial.

23         MR. WEINREB:  So, your Honor, with respect to 302s,

24    the government objects generally to the introduction of 302s,

25    which are FBI interviews, basically an agent's notes of

1    unsworn, uncross-examined statements by a witness sometimes

2    given years ago.

3         The jury, as the judge of the facts, has to determine

4    whether what's said by a witness is true and also how much

5    weight to assign it.  In general, that's simply impossible to

6    do based on merely a 302.  It's not sworn.  The agents are

7    simply asking questions.  They're not cross-examining.  They're

8    not necessarily challenging the witness.  Certainly, they're

9    not challenging their ability to perceive, their ability to

01:05 10   recollect, their ability to narrate, whether they have biases,

11   all the things the jurors need to know in order to assess

12   whether to assign weight to evidence.  So it puts the jurors in

13   the position of having to -- no basis whatsoever on which to

14   accept or reject it.  And the information -- it's like

15   speculation on their part.

16        With respect to particular 302s that the defense has

17   asked us to allow them to put before the jury, we have

18   essentially agreed that we will waive our objection with

19   respect to certain of them, in particular, the ones associated

01:05 20   with Mr. Kartashov or Mr. Dolakov.  Our understanding is those

21   two witnesses are particularly important to the defense because

22   they tell a narrative of Tamerlan Tsarnaev's radicalization,

23   and they date it to a point earlier than when they believe

24   Dzhokhar Tsarnaev was radicalized, and that's very important to

25   their theory of the case.  And so taking that into account and

1      other factors, we've agreed to waive our objections.

2             But we do not waive the objection with respect to Mr.

3      Vakhabov.  Up until Saturday at 8:30, we have been under the

4      understanding that Mr. Vakhabov was going to take the stand and

5      testify.

6             THE COURT:  Who is he?

7             MR. WEINREB:  He is essentially a friend of Tamerlan

8      Tsarnaev's who lives in this country and knew him.  There was a

9      group of friends -- Mr. Vakhabov, Mr. Turshaev, Sebastian

01:05 10   Freddura, others -- who were contemporaries of Tamerlan

11     Tsarnaev's and were friends of his.

12            Mr. Vakhabov, we object in particular -- in addition

13     to our general objection, we object in particular to any 302 of

14     Mr. Vakhabov coming in because he is an unreliable witness.  He

15     is someone who refused to testify in the grand jury on the

16     grounds that his testimony might incriminate him.  My

17     understanding is he's informed the defense -- or his lawyer has

18     informed the defense that he would do the same if called at

19     this trial.

01:05 20          In addition, he gave several statements to the FBI

21     over time before he was called to the grand jury, in which he

22     gave inconsistent statements and statements about matters of

23     great import.  I think it's undisputed that Tamerlan Tsarnaev

24     contacted him on April 18th, I believe, between the time that

25     Officer Collier was murdered and the time that Dun Meng was

1    carjacked.  And he has given quite inconsistent statements

2    about what that conversation was about and about what Tamerlan

3    Tsarnaev may have asked him or said to him.

4         Those are matters that are essential for the jury to

5    hear if they're going to have any idea whether to believe other

6    things that Mr. Vakhabov said.  He's not a disinterested third

7    party in this case.  On that ground, we believe that this is

8    just putting information before the jury that is much more

9    prejudicial than probative.  It creates too much of a chance

01:05 10   that they will be misled, confused, and so on.

11        In addition, a lot of his testimony is cumulative.

12   For example, Mr. Dolakov and Mr. --

13        THE COURT:  Who's Dolakov?

14        MR. WEINREB:  Dolakov is another friend of Tamerlan

15   Tsarnaev's.

16        THE COURT:  U.S. friend?

17        MR. CHAKRAVARTY:  U.S. friend.  He was a foreign

18   student.  He's from the Caucasus but he's not Chechen.  He knew

19   him -- knew Tamerlan somewhat but not very well.  Mr. Vakhabov

01:05 20   knew him better because he lived here for a little bit longer

21   together.  But they did various activities together including,

22   the Friday before the bombing, they went to the gym together.

23   He also went to the mosque.

24        MR. WEINREB:  I think there's a difference between

25   reading potentially a document to a witness that -- I mean, to

1    the jury that's in the essence of, like, a business record and

2    one that is a statement of a witness.  I mean, one of the main

3    functions of juries is to observe witnesses on the witness

4    stand and make judgments about whether to believe what they say

5    or not.  That's just impossible if a reader is reading a 302.

6    It's really impossible for the government to bring out what it

7    would normally bring out during cross-examination.  Even though

8    the Rules of Evidence don't strictly apply at sentencing

9    hearings, it's still important that jurors make quality

01:05 10    decisions based on quality evidence, and it's not that when you

11    have these unsworn, uncross-examined notes of an interview.

12          MS. CONRAD:  May I respond, your Honor?  So, first of

13    all, everything Mr. Weinreb has said goes to weight.  It

14    doesn't go to admissibility.  And, clearly, the Rules of

15    Evidence don't apply.  Clearly, this witness is unavailable.

16    These were statements taken by an FBI agent who carefully

17    documented them.  We are simply recounting what that witness

18    said.

19          This is an important witness, a very close friend of

01:05 20    Tamerlan Tsarnaev's, a witness who talks about Tamerlan's

21    radicalization and the timing of that.  He's corroborative of

22    other witnesses.  He also talks about Jahar.  Mr. Vakhabov's

23    brother was a friend of Jahar's, and he had interactions with

24    Jahar as well and he talks about that.

25          If the government feels that there is a question of

1    unreliability, it seems to me to the extent -- I don't really

2    see that in the statute as being a threshold, but if there is a

3    threshold, then maybe the Court needs to have a hearing and

4    make a preliminary ruling on the reliability if the Court is

5    going to exclude it based on claimed lack of reliability.

6            It also seems to me that, at least by analogy, is

7    Federal Rule of Evidence 806.  If the government has evidence

8    of inconsistent statements, it can offer them.  806 says, when

9    an out-of-court statement is offered under an exception -- or

01:05 10   rather, excuse me, that's characterized as non-hearsay is

11   offered, it can be impeached in the same manner as if the

12   witness were on the stand.

13           So if the government -- you know, we may have

14   prejudice issues there if they relate to inconsistencies

15   outside of the statements -- substance of the statements that

16   we're offering as far as, for example, what happened on the

17   night of the -- in the days surrounding the bombing, which I

18   don't think we were planning to put in at all.

19           So -- and to say it should be excluded because he's

01:05 20   not a disinterested third party, I'm not aware of any rule of

21   evidence or any ruling under the Death Penalty Act that says

22   that all witnesses have to be disinterested third parties.

23   That just simply is not the case.  Family members testify.

24   Friends are going to testify.  And it seems to me that the

25   government's threshold for evidence that is relevant to the

1   defendant's case in mitigation is set way too high to try to

2   bar what is clearly relevant evidence.

3         THE COURT:  Well, as Wigmore says, "The great engine

4   for seeking the truth is cross-examination," and so that's

5   always preferred.  So I think, as a general proposition, if the

6   witness is available, then a substitute out-of-court statement

7   of any kind, including 302s, would not be preferred.  There

8   would have to be some substantial reason to go to that rather

9   than the availability of a witness who would be subject to

01:05 10   cross-examination.

11         There may be some people who are not available in

12   various -- for various reasons.  I've already suggested earlier

13   in the case that the Kartashov's 302 could be used as a

14   substitute because he was not able to be deposed.  And so there

15   can be circumstances where the 302 might --

16         I do think that it may be appropriate at an

17   appropriate time to caution the jury about the considerations

18   they might have in assessing the reliability of the evidence

19   under those circumstances where cross-examination is absent.  I

01:05 20   think that's something that would be well within the

21   appropriate instructions, at least at the end of the case, on

22   how to evaluate the evidence, if not contemporaneous with the

23   offer.

24         So some of them we'll have to take one by one and just

25   see what the circumstances are, what the unavailability is and

1    so on.  I guess I have a -- well, I'll just leave it at that.

2         So there may be some that there's no controversy

3    about.  There seems not to be a controversy about Kartashov,

4    for example, except for portions of it.  But as a principle,

5    the use of the report itself --

6         MR. WEINREB:  We're willing to waive our objections on

7    that one.

8         THE COURT:  So now I know there's one person anyway

9    that you have a serious disagreement about.  I'll have to look

01:05 10    at that and look at the circumstances.

11         MS. CONRAD:  Just for purposes --

12         THE COURT:  Let me just say --

13         MS. CONRAD:  Sure.

14         THE COURT:  -- in general, I do think there's a

15    reliability standard implicit in the statute and in the

16    project, and so I will prefer better evidence over less good

17    evidence as a general proposition, whether it's in this hearsay

18    context or others.  There's kind of a general cloud of best

19    evidence principles over the case.  And so if a witness can be

01:05 20    subpoenaed and examined and then subjected to

21    cross-examination, that is the first step, and there has to be

22    an excuse for that not occurring in order to get secondary or

23    lesser quality evidence.  That's just a general guiding

24    principle.

25         MS. CLARKE:  For the Court's purposes, the only 302s

1    that I believe we are planning to put in are those that are

2    unavailable:  Kartashov, Dolakov.

3               THE COURT:  Why is Dolakov unavailable?

4               MS. CONRAD:  Can't find him.  Neither can the

5    government.

6               THE COURT:  There's an indicia of reliability.

7               MS. CONRAD:  Maybe he just wants to move on with his

8    life.

9               MS. CLARKE:  Vakhabov is Fifth Amendment.  And then we

01:05 10   just recently learned on Mirra, No. -- that she's very ill, and

11   her doctor is going to provide a note.

12              THE COURT:  Who's she?

13              MS. CLARKE:  She is a --

14              THE COURT:  Relative?

15              MS. CLARKE:  No, no.  She's a disinterested third

16   party.

17              THE COURT:  Okay.  All right.  So now -- so I'll start

18   to get a head start on some of those issues which you think you

19   might get to today.

01:05 20             MS. CONRAD:  Yes, 3269, 3270, 3271, and 3274, although

21   actually I should say "A" because those are the redacted

22   versions as to all of those.

23              THE COURT:  Okay, all right.  Are there any others in

24   today's list that you think will be controversial?

25              MS. CLARKE:  Bill, if you look at my updated one --

1          THE COURT:  While they're conferring, where do you

2     think we would be at the break?  First of all, how long do you

3     think the opening will be?

4          MR. BRUCK:  Forty-five minutes.

5          THE COURT:  Okay.  So we won't get very far into the

6     list then probably before the break, will we?

7          MS. CLARKE:  That's probably correct.  Judge, what

8     looks like No. 6 on the list is really No. 5 on the list

9     because they're delayed, DaSilva.

01:05 10          THE COURT:  Okay.

11          MR. MELLIN:  Your Honor, may we ask what exhibits Mr.

12     Bruck is going to use in his opening?

13          THE COURT:  We'll come to the opening in a minute.

14          MR. WEINREB:  Your Honor, with respect to today's

15     exhibits, the only other one we have an objection to is this

16     seemingly entirely gratuitous video of Zahira Tsarnaeva, the

17     daughter of Tamerlan and his wife, you know, untethered to any

18     connection to the defendant or to anything else seemingly, just

19     to show that -- you know, it essentially suggests to the jury

01:05 20     that they should consider what the effect of a death sentence

21     would be on other people, which is execution impact evidence,

22     which --

23          THE COURT:  What exhibit is that?

24          MR. WEINREB:  That is one of the Bill Fick will email

25     exhibits for Jerry Grant.

1          MR. CHAKRAVARTY:  I think it's 3317, that series.

2          MS. CLARKE:  The digital evidence is on the 3300

3     series.

4          THE COURT:  Okay.  Well, let me look at it.

5          MR. BRUCK:  We need to hear why it's relevant.

6          MR. WATKINS:  As I understand it, it goes to

7     radicalization.  It is not an issue of Tamerlan Tsarnaev's

8     particular radicalization.  I believe that's true of this one

9     where we're talking about Arabic slogans that he's teaching his

01:05 10   young daughter in that period of time.

11          MR. BRUCK:  The video depiction, as I understand it,

12    over and over and over again teaching the child to say Abu

13    Akbar, Abu Akbar, in this sort of compulsive, insistent, weird,

14    inappropriate seeming way, and it is another window into

15    Tamerlan's radicalization and monomania.

16          THE COURT:  How long is it?

17          MR. WATKINS:  Thirty-three seconds, I think somebody

18    just said.

19          THE COURT:  All right.  I'll look at it.

01:05 20        I think maybe now we can get to the opening.  What

21    exhibits do you propose to use in the opening?

22          MR. BRUCK:  We're going to use two chalks, a map just

23    to orient the jury, and a second map which just depicts

24    schematically the wanderings of the Tsarnaev family in Russia

25    over the 15 years between when the parents just met and when

1        they left the United States.  And the government has those.

2              Then we also intend to display two exhibits which I

3        think are 3253 and 3254 --

4              MR. WATKINS:  Unfortunately, I left that list in the

5        --

6              MR. BRUCK:  -- which are aerial photographs of ADX

7        prison.  One is a very distant view that shows the setting, and

8        the other is a black and white that shows the prison in a

9        relatively close-up aerial view.  This is simply to illustrate

01:05 10   the meaning of the jury's sentencing alternative.  The

11        government has said they were going to move to exclude the

12        general subject matter of ADX but have not yet actually made

13        that motion except with respect to these photographs.  So we

14        haven't really engaged the legal issue.

15              What this concerns -- we've briefed the issue -- I

16        very -- we got this objection on Friday, and yesterday I was

17        able to respond to it in writing.  The government has a

18        nonstatutory aggravating factor that the defendant incited

19        others, made statements, in effect, incited others to commit

01:05 20   acts of violence.  We think that fair response to that is to

21        show the extent to which the government can prevent the

22        defendant from communicating and inciting others and in any way

23        causing others to commit acts of violence in the future by

24        virtue of the SAMS, which he has been on since August of 2013

25        and which he will be on at the discretion of the Justice

1      Department for as long as they see fit.  So we intend to put

2      that into evidence.

3              Along with that, what goes with the SAMS are the ways

4      where someone is held when they are under SAMS and have a

5      terrorism conviction.  We subpoenaed a witness back in January.

6      We found out that the government proposes to give us three

7      other witnesses whom we actually didn't want.  We've -- and

8      there -- there has yet been no written objection to any of this

9      in terms of relevance except for this photograph.

01:05 10        Now, this is an extremely important part of our case,

11     and it seems only fair that when there is so much attention

12     focused on the defendant's statements, on his capacity to

13     communicate with others, that we may be able to respond.  This

14     is not intended to show -- and we have removed the mitigating

15     factor about conditions of confinement.  It is not intended to

16     show that they'll hammer him at ADX.  It is intended to show

17     that whatever he did in the past the jury should not give

18     weight to the risk of recurrence in the future if for no other

19     reason than because of the tools available to the government

01:05 20   which we think should be made visual before they make this

21     decision and weigh everything.  So that's the gist of it.

22              And for -- the government says that this suggests a

23     verdict based on emotion and sympathy.  I mean, after what

24     we've been through, I just was gobsmacked by that argument.

25     That is not the risk that the jury is going to be unduly

1    sympathetic to this defendant.

2         MR. WEINREB:  Your Honor, generally speaking,

3    information about the capacity of the Bureau of Prisons to

4    incapacitate prisoners is not relevant to mitigation because it

5    is not an issue about whether this particular murderer is more

6    morally culpable for his crimes than another murderer, but it's

7    a question about, in general, whether we need the death penalty

8    at all given the ability of the Bureau of Prisons to

9    incapacitate people.

01:05 10         The Supreme Court has held that if the -- or courts

11   have held that if the government alleges as an aggravating

12   factor that the defendant presents a risk of future danger, for

13   example, to people within the institution of the Bureau of

14   Prisons, and even if it doesn't allege it as an aggravating

15   factor, if it, nevertheless, puts on evidence of it or suggests

16   it in its opening statement or in its case in chief that it is

17   fair rebuttal by the defense to show that the defendant will

18   not be a future danger to others.

19         The government, however, has done none of those

01:05 20   things.  We have not alleged future dangerousness as a factor,

21   and we have never suggested that once the defendant is

22   incarcerated he will be a danger to others.  The nonstatutory

23   aggravating factor to which Mr. Bruck refers states that the

24   defendant, in the boat, made statements suggesting that others

25   would be justified in committing additional acts of violence

1    and terrorism against the United States.  It is a past tense,

2    backward-looking allegation with respect to a circumstance of

3    the crime, not with respect to his character as a person going

4    forward, that he is a violent person and, therefore, the world

5    needs to be protected from him beyond mere incapacitation in

6    prison.

7            Even assuming for the sake of argument that what Mr.

8    Bruck alleges is true, that they will be able to prove, for

9    example, that SAMS exists at the discretion of the Attorney

01:05 10    General or actually subject to review and often terminated by

11    courts, and even assuming for the sake of argument that it's

12    admissible for them to put in evidence about the SAMS at all,

13    an aerial view of ADX prison has absolutely nothing to do with

14    the defendant's ability or inability to offer encouragement of

15    incitement to the outside world.  The photos that Mr. Bruck

16    wants to use are calculated to make ADX look like an extremely

17    forlorn, forbidding institution.  They in no way relate to

18    anything that he has said is an actual issue in the case.  It's

19    simply an effort to convince the jury that life imprisonment is

01:05 20    a bad enough punishment as a kind of moral proposition that the

21    death penalty is unnecessary.  And that is not -- that is

22    something that the defense is able to argue with respect to the

23    defendant in particular based on his character, based on the

24    circumstances of the crime, based on his history, that given

25    all those factors, that life imprisonment is a sufficient

1   punishment for him.  But that's different from photographs that

2   try to suggest that, as a general matter, life imprisonment is

3   a -- that the death penalty is an unnecessary punishment given

4   how forbidding ADX prison looks from the sky.  That's a public

5   policy argument.  That's not something that helps distinguish

6   him from other murderers.

7         THE COURT:  Well, no.  So, again, there are, I think,

8   two issues.  I disagree with that.  I think it goes to the

9   weighing that the jury will ultimately do, is, do the

01:05 10   aggravating factors outweigh the mitigating so that the death

11   penalty is the preferred punishment in this case or is life

12   imprisonment without possibility of release sufficient.  And I

13   think that's inherent in what the judgment will be, so I think

14   that's a legitimate consideration for the jury.

15         The second reason, the quality of the evidence itself

16   and whether it's misleading or accurate and so on and so

17   forth -- so I don't know whether those things are mixed.  If

18   you put aside the first --

19         MR. WEINREB:  Very well, putting aside the first, the

01:05 20   defendant will never see the outside of ADX prison.  How it

21   looks like from the sky is utterly irrelevant to what his life

22   will be like.  In fact, Mr. Bruck is correct that we have not

23   objected to the defense putting on photographs and evidence of

24   what the inside of ADX is like, in other words, the parts that

25   the defendant will actually experience.  We haven't okayed to

1    it putting aside whether a legal objection could be made.  All

2    we've said is that, if they intend to put in that evidence,

3    then we assume and assert that it opens the door to us putting

4    it in context and challenging it and so on.  But these aerial

5    shots of ADX are utterly irrelevant to what the experience of

6    this defendant will be inside ADX.  He's not going to be

7    viewing it from a helicopter.

8            THE COURT:  Are they misleading, in your view?

9            MR. WEINREB:  Yes, they are.  The ADX -- the photos

01:05 10   are designed to make it look like ADX could be on the moon.

11   They are, again, completely isolated from surrounding areas and

12   that's simply not true.  I think ADX is located within 40 miles

13   of the nearest town.

14           MR. MELLIN:  It's in the foothills of Colorado,

15   pushing up against the Rocky's.  The photo is taken in such a

16   way that it looks --

17           THE COURT:  Do you have the photo?

18           MS. CLARKE:  Yeah.

19           MR. BRUCK:  We have it on poster boards.  We're not

01:05 20   using it on poster boards.  We're using it on the system, but

21   we have a mockup.

22           I have to say, it shows the Rocky's.  It shows the

23   prison.  It is -- I don't know how you could depict the prison

24   in its setting without a picture almost exactly like this.  The

25   *New York Times* used this exact photograph, and we think it's

1    accurate.  It's not the only thing the jury is going to hear

2    about it, but it simply says, This is where he's going, and it

3    is what it is.

4         If we -- I mean, I'm at a loss to know how we can

5    depict the alternative to the death penalty without showing a

6    view.  Obviously, if the government has views of ADX that make

7    it look like a pleasant place to be --

8         MS. CLARKE:  It does not have a feel of a resort.

9         MR. WEINREB:  The defense has put on their exhibit

01:05 10   list numerous photos of ADX --

11         MR. BRUCK:  Interior shots.

12         MR. WEINREB:  -- that we have not objected to as being

13   accurate photos.  That's the part that the defendant will

14   actually experience.  That's the point.

15         MR. CHAKRAVARTY:  Another point, the ADX photos, to

16   suggest that ADX, which is a place that he will be going to, is

17   the place where he will spend the rest of his life is --

18         THE COURT:  Does look like the moon.

19         MR. BRUCK:  It is like the moon.  I've been there.

01:05 20   MR. CHAKRAVARTY:  The fact that he's going there, over

21   time that could change.

22         MR. BRUCK:  All of that is going to be made known.

23         THE COURT:  I'm sorry?

24         MR. WEINREB:  We're just talking amongst ourselves.

25         MR. BRUCK:  There's also a black-and-white shot.

 1              We propose to do a little close-up to show the

 2      exercise --

 3              THE COURT:  I'm sorry?

 4              MR. BRUCK:  We're going to do a little close-up on

 5      TrialDirector just to show the outdoor areas of the unit.  I

 6      mean, after a proceeding -- I don't know if the Court needs to

 7      hear more from me.

 8              THE COURT:  You can use it.

 9              MR. BRUCK:  Great.

01:05 10              THE COURT:  Okay.  Is that it?

 11              MR. WEINREB:  Yes.

 12              THE COURT:  Can we start?

 13              MS. CLARKE:  Rule 29.

 14              MR. BRUCK:  The question was whether we could further

 15      reserve this or whether the motion needs to be made now.  I

 16      don't know.

 17              MS. CLARKE:  I think we just want to make sure the

 18      record was clear we made the Rule 29.

 19              THE COURT:  I wasn't clear whether you made it on

01:05 20      Friday or you were saying you were going to make it this

 21      morning.

 22              MS. CLARKE:  We consider it made.  And the motion on

 23      duplicative aggravating factors is renewed.

 24              THE COURT:  Okay.

 25              MS. CLARKE:  That was 249.

1          THE COURT:  289, I think.

2          MS. CLARKE:  Whatever.

3          THE COURT:  Anyway, that one is denied.  I reserve, as

4     I did before, the Rule 29 motion.

5          MR. WEINREB:  Your Honor, we filed a motion to strike

6     mitigating factors.

7          THE COURT:  Oh, yes.  That's granted.  I don't think

8     there was much opposition, 1113, 14, and 15.

9          MR. BRUCK:  Yikes.

01:05 10          THE COURT:  Go ahead.

11          MR. BRUCK:  We hadn't even responded to it.

12          MS. CONRAD:  We just got it last night.

13          THE COURT:  Can you not address them in the opening?

14          MR. BRUCK:  We're not going -- the opening does not

15     list mitigating factors.

16          THE COURT:  I tipped my hand.  I think you've got an

17     uphill battle, but I'll give you the opportunity to change my

18     mind.  Let me just say I don't think they meet the statutory

19     standard of the defendant's characteristics and character and

01:05 20     the circumstances of the offense.  That's my general take on

21     it, but I'll hear from you, obviously.

22          MR. BRUCK:  Okay.

23          THE COURT:  I thought we had sort of previewed this

24     the other day.

25          MS. PELLEGRINI:  We did.

```
 1              MR. WEINREB:  Also, I think 13 was withdrawn.

 2              MR. BRUCK:  13 was withdrawn.

 3              MS. CLARKE:  Not on Friday but another day.

 4              MR. BRUCK:  Although it will be reasserted if --

 5              THE COURT:  As long as you're not going to make

 6    reference to the topics in the opening or with the witnesses

 7    today, there's no problem.

 8              MR. BRUCK:  No.

 9              THE COURT:  Okay.

01:05 10    .  .  .  END OF LOBBY CONFERENCE.)

11    (The Court and jury entered the courtroom at 10:03 a.m.)

12              THE COURT:  Good morning, jurors.  Once again, thanks

13    for your patience.  We had some organizing work to do, and,

14    hopefully, that will makes things move a little smoother.

15              Again, I ask you:  Have you all been able to avoid any

16    contact with reporting about the case with the news?  Yes?  And

17    avoid any discussions with people about the case?

18              THE JURY:  Yes.

19              THE COURT:  Thank you.  We're now at the stage where

01:22 20    the defense will present its case in this phase of the trial.

21    And as usual, we'll begin with an opening statement which I

22    told you was reserved from the beginning to this point.  Mr.

23    Bruck will now present the opening statement.

24              MR. BRUCK:  Thank you, your Honor.  Mr. --

25              MR. WATKINS:  Before we begin, may we have the jurors
```

1    pull out the monitors and also have the feed go --

2             THE COURT:  Is it the CART feed as opposed to the

3    table?

4             MR. WATKINS:  Yes.

5             THE COURT:  Okay.

6             MR. BRUCK:  Everybody ready?

7             THE COURT:  No notes during the opening statement.

8    That's because?  You know the answer.  Because it's not part of

9    the evidence.

01:23 10          MR. WATKINS:  Judge, it's not yet feeding into any of

11   our monitors.

12             THE COURT:  I don't have it yet here myself.  Try

13   again.

14             There.  I'm getting it now.

15             MR. WATKINS:  Thank you, your Honor.

16             MR. BRUCK:  Good morning.

17             THE JURY:  Good morning.

18             MR. BRUCK:  We've now seen more pain and more horror

19   and more grief in this courtroom than any of you would have

01:24 20  thought possible.  And we have heard from so many survivors who

21   have testified with such courage and such dignity.  And it now

22   falls to you to decide what is the best, what is the most

23   appropriate, response, not just to the crime but to the person

24   who is being sentenced for committing it.  As you know, there

25   are only two punishments for you to choose from:  death and

1    life imprisonment without any possibility of release or parole.

2             Judge O'Toole has already told you the law never

3    requires you to vote for death.  That is different than the

4    first phase of the trial.  When you took an oath to well and

5    truly try this case, with respect to the issue of guilt or

6    innocence, that oath meant that when the government proved the

7    defendant's guilt beyond a reasonable doubt as to any count in

8    the Indictment, it was your duty to vote guilty.  You were

9    required to vote guilty when the evidence reached the point of

01:25 10   proof beyond a reasonable doubt.

11             But the death penalty doesn't work that way.  Whether

12   you vote for death is up to each one of you.  The law doesn't

13   tell you what to do.  Each one of you has to decide that for

14   yourself and only after you take everything into account.

15             We are asking you to punish Jahar by imprisoning him

16   for the rest of his life.  And for the next few minutes, I'd

17   like to tell you some of the reasons why and about some of the

18   evidence that you will be hearing in this phase of the case.

19   The choice might be easier if you only had to consider the

01:26 20   evidence of these awful crimes.  But the man who conceived,

21   planned, and led this crime is beyond our power to punish.

22   Only the 19-year-old younger brother who helped is left.  So

23   the question of what makes most sense, death or a lifetime of

24   unrelenting punishment, is more complicated than just the

25   crimes themselves.

1          Now, you've all probably realized by now that no

2     punishment, no punishment, could ever be equal to the terrible

3     effects of these crimes on the innocent people who were killed

4     and hurt or on their families.  There is no evening the scales.

5     There's no point in trying to hurt him as he hurt because it

6     can't be done.  All we can do, all you can do, is to make the

7     best choice.  And if there's one thing to remember through all

8     of this, it is that Jahar will be severely punished either way.

9     Your guilty verdicts have already guaranteed that.  One

01:28 10    punishment is over quickly, although after more media attention

11     and fame and notoriety.  The other will last for years and

12     decades while he is locked away and forgotten.

13          As you'll soon learn, if you sentence him to life,

14     this is where he will be.  Administrative Maximum Facility in

15     Florence, Colorado, also known as ADMAX or ADX.  The ADX

16     facility is on the left here.  A little more about that later.

17          But for now, I just want to make the point that this

18     hearing is not about whether to punish Jahar Tsarnaev.  It's

19     only about how.  No matter what Jahar does now, no matter what

01:29 20    regrets he feels, no matter how much he matures, no matter what

21     amends he may wish to make, his last chance came when he was

22     19, and he will never be given another.  We'll bring you

23     evidence about that, and we'll let you see how the government

24     will ensure that Jahar will be securely locked away, safely and

25     securely, where he can never hurt anyone or even be heard from

1    ever again if any of you choose to punish him with life

2    imprisonment.

3            Now, maybe we could have shown you this and stopped.

4    He goes here and he's forgotten.  No more spotlight like the

5    death penalty brings.  His legal case will be over for good.

6    And no martyrdom.  Just years and years of punishment, day

7    after day, while he grows up to face the lonely struggle of

8    dealing with what he did.  And all the while society is

9    protected.  That might be -- that should be -- enough to vote

01:30 10   for life for Tamerlan Tsarnaev's younger brother.  But each of

11   you said that you'd want to know everything about Jahar as well

12   as about the crime before you made this decision.  Whether you

13   realized it or not, each of you persuaded Judge O'Toole that

14   you meant it, and that is why you were found to be qualified to

15   sit on this jury.

16           Miss Pellegrini said in her opening statement last

17   week that all you need to know about Jahar Tsarnaev is what he

18   did on Boylston Street because, she said, that's who he is.

19   That's his character.  Simple as that.  You think about it for

01:31 20   a moment what that really means, if it were true, is that Jahar

21   is someone who would have conceived and committed these crimes

22   on his own.  And that's the question -- there's the question --

23   you'll need to answer.  Miss Pellegrini said that Tamerlan

24   doesn't matter.  He's just an easy target.  But if Tamerlan

25   hadn't been in the picture, would Jahar have done this on his

1      own or anything even remotely like it?  So we're going to bring

2      you more evidence to help you answer that question.

3            Now, let me be clear about something.  No one is going

4      to claim that Tamerlan forced Jahar to help him commit these

5      terrible crimes.  Miss Clarke told you that at the very

6      beginning of this trial.  But it bears repeating.  When

7      Tamerlan decided that it was time, his little brother went with

8      him.  And once he did, he was all in.  But the evidence will

9      show that, if Tamerlan hadn't led the way, Jahar would never

01:32 10   have done any of this no matter what was on his computer and no

11     matter what kinds of songs he listened to.  How do we know

12     that?  First, because Tamerlan's motivation to commit this

13     attack was so much stronger and had existed for much longer;

14     secondly, because their personalities were so different; and,

15     third, because Tamerlan had power over Jahar.

16           Our case is going to start today with some of the

17     people who encountered Tamerlan in the last months before the

18     bombings and can describe a little about what sort of person he

19     was, at least near the end.  Now, it's probably going to be

01:33 20   hard for some of these people to testify.  They may be scared,

21     and they may show it.  But they should be able to shed some

22     light.

23           We'll start at the Islamic Society of Boston, which is

24     a mosque on Prospect Street in Cambridge where Tamerlan used to

25     go.  And you'll hear about how, six months before the bombing

1    and four months before the bombing, Tamerlan had come to the

2    point where he had interrupted Friday sermon, the most sacred

3    service of the week, screaming and yelling at the Imam, the

4    minister, in the middle of the ceremony because Tamerlan had

5    got to the point where he was so sure that he knew what was

6    true and everyone else did not that he could take that extreme

7    step.  And he did, not once but twice, and you'll hear that

8    described by people who were there.

9         You'll get a little bit of a picture of what Tamerlan

01:34 10   was like on the street, picking fights with people sort of

11   randomly about religion, aggressive, extreme, and walking

12   around dressed in flowing white robes like a Saudi sheikh, not

13   the clothes of the Chechen people, where he originated from,

14   but something very, very different.

15        You'll learn that about 15 months before the bombing,

16   in January 2012, Tamerlan left his wife and his one-year-old

17   daughter to travel to Russia with plans to go into the forest.

18   That means to join radical jihadi fighters, insurgents there.

19   And relatives who have come here from Russia will describe,

01:35 20   with the help of a translator, how fanatical and unreasoning

21   Tamerlan seemed to them when they saw him in 2012 during that

22   visit.

23        You'll also learn that Tamerlan was a very tough guy,

24   a good boxer, who was suspended from high school for assaulting

25   another student and who was later arrested for assaulting his

1    own girlfriend.  Tamerlan turned a lot of people off, as you'll

2    hear, from his angry aggressive preaching.  But he also clearly

3    had a kind of magnetism because he was able to pull a young

4    college student from Rhode Island into his gravitational field.

5    And she became his wife, the mother of his child, and took on

6    the role of a conservative Muslim mother and wife, swathed in a

7    traditional head covering, a hijab, and working long hours as a

8    home healthcare aid for people with disabilities while he

9    stayed home and obsessively cruised the internet for scenes of

01:36 10   massacred women and children in the Middle East, jihadi warfare

11   in Russia, and fundamentalist preaching about the fires of hell

12   that awaited any Muslim man who did not step up and fight.

13   That was his world.

14        We'll have to reconstruct who Tamerlan was from people

15   who knew him, from FBI reports, and other evidence about his

16   attempts to join the jihadi insurgents in Russia in 2012.  And

17   we'll see that he had already been planning to wage jihad in

18   Russia back when Jahar was still a 17-year-old high school

19   senior.  Some of the evidence about Tamerlan will come from

01:36 20   documents, not witnesses, because the witnesses aren't

21   available.  So part of our case is unavoidably going to have to

22   involve reading the important parts of FBI interviews and

23   email.  That will not be as gripping as some of the

24   unforgettable testimony that you have heard from the witness

25   stand in the last few weeks.  But it will be important because

1    it will shed some light on why Tamerlan set himself and his

2    brother on this terrible course.

3         In this part of the trial, we'll also be able to show

4    you the rest of what was on Tamerlan's Samsung computer.

5    Remember Mark Spencer, the forensic computer analyst?  He will

6    come back and unpack what we were not able to show you at the

7    first part of the trial.  The first phase, you were mostly

8    limited to what was on Jahar's computer.  In isolation, his

9    computer created the impression that he had "self-radicalized,"

01:37 10   and that was the way the government presented it.  It looked

11   horrible because the computer had documents on it which you

12   could, if you wanted to, sort of match up to the facts of the

13   crime.  And so it looked like Jahar was taking his direction

14   directly from things he was getting online or downloading from

15   the internet or wherever, that he was the one, he was the

16   motivating force, that it had started with him.  That was the

17   impression that was created because you were not seeing him in

18   context.

19        But the picture looks very different once you open up

01:38 20   Tamerlan's computer and compare because not only was the

21   radical material on Jahar's computer, mostly dumped there by

22   Tamerlan, as you began to hear a little bit of in the first

23   phase of the trial, but because Jahar's radical internet

24   activity was just a faint echo of Tamerlan's.  What Tamerlan's

25   computer shows is obsession.  He was consumed by jihad.  It had

1    become almost all he did and all he thought about.

2         Comparing Tamerlan's computer to Jahar's leaves no

3    doubt as to where the impulse for the Boston Marathon bombing

4    came from, who drove this plot, and who just followed, not just

5    who bought the parts, not just who built the bombs, not just

6    who led the way, but where the fuel for this came from, the

7    fanatical emotions and ideology that propelled this crime.

8         We all know that younger brothers tend to look up to

9    older brothers, especially when there is an almost seven-year

01:39 10   difference between them.  But the evidence here will show that

11   this was especially true here for two reasons:  one was the

12   culture into which Tamerlan and Jahar were born and in which

13   they were raised, and the other has to do with their own

14   particular family.  So when the older brother went off the

15   rails in this family, there was every reason to expect that he

16   would pull the younger brother with him.

17        To get oriented, we'll call a historian called Michael

18   Reynolds probably tomorrow.  Professor Reynolds teaches at

19   Princeton, and he studies the part of the world where Russia

01:40 20   meets the Middle East, the Islamic Southern Caucasus Region of

21   Russia.  Let's get oriented.  Let's go back out for a minute.

22   This is the map that shows the great distances involved.

23   There's us.  There's Chechnya and Dagestan, the South Caucasus,

24   and here, as you'll learn, is where Jahar spent the first six

25   years of his life.  And Professor Reynolds will explain the

1     history behind that.  This is the country of Kyrgyzstan, which

2     is actually on the border of China.  Want to bring it up?

3     Expand.

4          So here is the region of Southern Russia and Central

5     Asia in which our family's story begins.  Professor Reynolds

6     will just give you some background.  His testimony is not going

7     to explain why this happened.  It's just going to give you some

8     background, some sense, of who this family was, where they came

9     from, what their story is, so that you can have a fuller

01:41 10    understanding of who they are, of who Tamerlan is, was, and who

11    Jahar is.

12         Professor Reynolds will tell you who the Chechen

13    people are, a people who have lived independently in the

14    mountains of Southern Russia for thousands of years.  He'll

15    tell you a little about their culture.  It is a patriarchal

16    culture.  He'll explain the reasons why it developed the way it

17    did.  Importantly for our story, what that means is that it is

18    a culture in which in each family the father is all powerful,

19    and the eldest brother has tremendous power.  And when the

01:42 20    father can no longer fulfill his role, the elder brother rules

21    the family.

22         While he's here, Professor Reynolds will also tell us

23    a little bit about the fate of Chechnya in the modern world.

24    It's a small country, still about only a million people.  He'll

25    tell you about what has happened in Chechnya over the last 20

1    years in the course of two appalling wars, two invasions by

2    Russia, in which countless thousands of people have died, and

3    much of the country has been laid waste.  He'll explain that

4    the Chechen wars began as a nationalist uprising, not a

5    religious war at all but just -- by people who wanted to be

6    free of Russia.  But after unimaginable death and destruction,

7    violent Islamist jihadis have effectively hijacked the

8    struggling Chechnya so that when a young Chechen overseas goes

9    online to find out about his roots and his origin, what pops up

01:43 10    is sophisticated extremist propaganda.  You'll see some

11    examples of that.

12         Professor Reynolds will give you a very small sample

13    of things Tamerlan was doing online.  He speaks fluent Russian,

14    by the way, and a great deal of this material is in the Russian

15    language.  And that was why we thought it was important to get

16    his help in explaining what was there, what Tamerlan's online

17    world had begun.  And we hope that some of this material will

18    give you some little sense of the deadly allure of this stuff.

19    And he'll point you to some of the clues on Tamerlan's computer

01:44 20    that shows quite precisely, with recordings of his own voice,

21    what he was thinking and doing in Russia when he was there in

22    2012.

23         Now, let me be clear about something.  To say that

24    Tamerlan had power over Jahar does not mean that Jahar had no

25    freewill.  Jahar could and did try to get around Tamerlan.  He

1    hid his own pot smoking from him all the time.  Around his own

2    friends, Jahar is somebody who seemed independent and cool or

3    chill.  And the government, I'm sure, will point that out

4    before we're done.

5         But the idea the younger brother follows and supports

6    the older brother is part of who they both were.  Culture is

7    what's bred in the bone.  And a family like Jahar's, turn your

8    back on your older brother and you are no one.  So Jahar did

9    not defy Tamerlan to his face, not ever.  And when Tamerlan

01:45 10   made a decision, Jahar's role was to support him.

11        Now, of course, the cultural rules that I've mentioned

12   and the historical experiences apply to a lot of people who

13   never become violent.  So we'll need to widen the frame and let

14   you know a little bit about Jahar's family of origin because

15   part of the reason why Tamerlan had such power, why he became

16   so extreme, and why he was left in charge of Jahar when the

17   parents both left for Russia for the last time in mid-2012, has

18   to do with his particular family.  It's a long and complicated

19   story, but I'll try to outline the bare bones of it right now

01:45 20   for you.

21        I told you that Jahar was born in Kyrgyzstan, which is

22   a country almost to China.  It used to be part of the Soviet

23   Union, very, very far from Chechnya, very far from the North

24   Caucasus.  Professor Reynolds will explain, the historical

25   reason for that is that the entire Chechen people were loaded

1    onto cattle cars and deported en masse, in the third week of

2    February 1944, in the middle of World War II, by Joseph Stalin,

3    and dumped in Central Asia, 2,200, 2,400 miles away, a third to

4    a half of the Chechen people died during that, what was one of

5    the great crimes of the 20th Century, something that very few

6    people know anything about.  I mention that only because it

7    explains why Jahar, in a Chechen family, grew up thousands of

8    miles from Chechnya and has never set foot there.

9          Jahar's father, Anzor Tsarnaev, was born in

01:47 10   Kyrgyzstan, in the Chechen exile there, of parents who were

11   both child survivors of those cattle cars.  And Jahar's mother,

12   Zubeidat Tsarnaeva, was born back in the Caucasus.  She is not

13   Chechen.  She is a member of the Avar ethnic group in a region

14   called Dagestan, which is right next to Chechnya.  And they

15   might never have met but for the fact that she was living with

16   a brother in Siberia.  Anzor was in the Soviet Army in Siberia.

17   They're teenagers.  She's 18; he's 19.  They meet.  They marry.

18   He brings her back to meet his family in Kyrgyzstan.

19         And immediately his family realized that something is

01:47 20   very seriously wrong.  Chechen culture puts great emphasis --

21   it insists upon modesty, self-effacement.  And Zubeidat was

22   everything that Chechen culture does not permit.  She was loud.

23   She was over the top.  She was self-aggrandizing.  And Anzor's

24   family rejected her, said she cannot be part of our family.

25   Send her back.  But he didn't.  He stayed with her.

1           And thus began 15 years of wandering, of intermittent

2      traveling and trips in which, for thousands and thousands of

3      miles across Central Asia, Siberia, back to Chechnya and

4      Dagestan, while the couple had four children, starting with

5      Tamerlan in 1986 and ending with Jahar in 1993.  These are the

6      moves, the relocations, that this couple, and eventually their

7      four children, made between 1985 and when they left for America

8      in 2002.  And this gives you some sense of the instability, the

9      turmoil, in which these children first entered the world.

01:49  10          The pattern of this nomadic life was always the same.

11     Anzor and Zubeidat would head off to some new place with great,

12     unrealistic hopes and ended up having to go back to Anzor's

13     family in Kyrgyzstan to bail them out, give them a place to

14     live, put them back on their feet.  They tried to return to

15     Chechnya in the early 1990s but had to go back to Anzor's

16     relatives in Central Asia just before the first Chechen war

17     began, just before Russia attacked, to such devastating effect,

18     1994.  In 2000, they thought it would be a good time to move

19     back to Dagestan just as the second Chechen war was getting

01:50  20     underway and as war broke out in the region, a terribly

21     dangerous time for them to be going where they went.

22          Finally, Anzor's relatives saw what desperate shape

23     this family was in and helped them emigrate to the United

24     States.  And they arrived in Cambridge, Massachusetts, in 2002,

25     with higher hopes than ever.  But nothing worked out.  They

1    worked hard and they tried everything, but within a couple of

2    years both parents were diagnosed with serious mental illness,

3    and their family's disintegration had begun.  Anzor especially

4    was badly damaged.  He worked as a self-employed auto mechanic,

5    fixing cars outdoors in empty lots and in parking spaces on the

6    street.  He worked hard, but he never learned English well

7    enough to get a regular job, and his physical and mental

8    illnesses were soon severe enough that he was placed on S.S.I.,

9    although he continued to work as much as he could.

01:51 10       Later on in this hearing, you'll see some of his

11    medical and psychiatric records, and you'll see how afflicted

12    he was with Post-Traumatic Stress Disorder, with organic

13    delusional disorder, with panic attacks over the ten years in

14    which he -- that he spent in Cambridge.  Anzor, the man in the

15    family, was supposed to lay down the law, make sure everyone

16    did what was expected of him, but he was too sick to fulfill

17    that role.  And eventually, as you'll see, that would leave

18    Tamerlan in charge.

19       Zubeidat also worked hard, but she had wildly

01:52 20    unrealistic dreams that went nowhere.  She took what she

21    wanted.  She got in trouble with the law.  She alienated much

22    of the small Chechen community in Boston.  She proved a

23    destructive force in the lives of everyone around her.  She was

24    desperate for praise and validation, and her children existed

25    to reflect glory back on her.  As her dreams in America began

1   to crumble, Zubeidat began to turn to fundamentalist religion,

2   and she made sure that Tamerlan learned about it, too.

3          Although the family had not been very religious in

4   Russia and nor when they first lived in Cambridge, after

5   several years in Boston, Zubeidat began to dress all in black

6   and in the -- with a hijab, a head covering, like a devout

7   Muslim woman in the Middle East, and she was becoming more and

8   more radical in her thinking.  Her own family in Russia was,

9   and still is, as you'll hear, mystified by the changes.

01:53 10          But throughout all this, the oldest son, Tamerlan, was

11   the answer to all the family's mounting problems.  He was going

12   to be a boxing champion and compete for the United States in

13   the Olympics.  He was going to go to Harvard.  He was going to

14   become a famous musician.  He was going to become a lawyer.  He

15   was going to become a dentist.  He could do anything.  Tamerlan

16   was the reason the family existed.  Only great things lay

17   ahead.  What made this so wonderful for Zubeidat was that

18   Tamerlan loved and adored his mother so much.  That was the

19   atmosphere of maternal delusion in which Jahar grew up.  He not

01:54 20   only had an older brother to look up to obey, but his older

21   brother was Superman.

22          But the evidence will show that Tamerlan failed at

23   everything.  After a mediocre high school career, he made three

24   tries at community college and music school and dropped out or

25   never even attended all three times.  He had almost no

1    legitimate work history, just a handful of occasional

2    low-paying jobs.  Despite his deepening interest in Islam, he

3    spent most of his time drinking, chasing women in clubs,

4    partying, smoking pot.  His boxing career petered out partly

5    because he never obtained his U.S. citizenship, as you'll

6    learn, but also for what looks like lack of motivation.  After

7    he married and fathered a child, his wife went to work, as I've

8    told you, as a home healthcare aid, to support the little

9    family while Tamerlan stayed home becoming steadily more

01:55 10   focused on extremist ideas that he was absorbing online.  By

11   the end of 2012, Tamerlan had received an eviction notice.  He

12   was about to lose the only home that the family had ever had in

13   America.  But Tamerlan was ready to step into an alternate

14   reality where none of this would matter, where he would be

15   important, where he would be remembered; and in all the world,

16   there was one person he could take with him.

17        In 2009, Anzor is badly beaten in a parking lot

18   outside a restaurant where he had gotten into some kind of

19   argument.  His skull is bashed in.  His brain is damaged.  And

01:55 20   his psychiatric problems become even worse than they already

21   were.  In 2012, in January, as I've told you, Tamerlan leaves

22   his wife and his one-year-old daughter to go to Russia to wage

23   jihad.  Anzor leaves for Southern Russia for Dagestan in May,

24   telling people he is going home to die.  Tamerlan comes back

25   from Russia in July 2012 having failed to find a holy war to

1    fight in.  His mother Zubeidat leaves for Russia in September.

2         Jahar has just turned 19.  He's a sophomore in

3    college.  He's drifting and he's failing.  Now Tamerlan is in

4    charge.  He has always been the most important member of the

5    family, and now he's the last adult family member in Jahar's

6    life.  The evidence about Jahar will look very, very different

7    in what I've just described to you.  Through all of the family

8    chaos and that tiny, two-bedroom apartment that you've already

9    seen, he was the quiet, helpful kid who did his homework, cared

01:57 10   for his relatives' children, was loved by his teachers and

11   appreciated by his friends.  He didn't beat anyone up.  He

12   didn't take advantage of people.  He did well in school.

13        You'll hear from a few of his friends in high school

14   and college.  It's hard for them to come forward now.  But some

15   of them will.  Even Stephan Silva, remember him?  The

16   government's witness who was hoping for a good deal on his own

17   charges.  He didn't have a lot of running room to say anything

18   nice about Jahar, but he still did.  One of the realist and

19   coolest kids he knew, he said.  Never seen him violent.  Never

01:57 20   picked on anybody.  But no one said -- no one says anything

21   like that about Tamerlan.  When people who knew Tamerlan heard

22   that he'd bombed the Marathon, it kind of fit.  But people who

23   knew Jahar were stunned.

24        Now, I'm sure there are people now who don't want to

25   hear what Jahar was like all through elementary and high

1    school.  That's understandable, at least for people who don't

2    sit where you do.  But it's all true.  He was a good kid.  Now,

3    the government will tell you that the good kid was a fake and

4    that only the Jahar that followed his brother down Boylston

5    Street was real.  But does that really make sense?  When did

6    this fake self start?  College?  Twelfth grade?  Eleventh?

7    Tenth?  Was he fake when he was eight?  What about when he

8    started that Al-Firdaus Islamic Twitter account a month before

9    the bombings, the Twitter feed that the government made such a

01:59 10   big deal about during the first phase of the trial?  Was he

11   faking when he lost interest after seven tweets?  It doesn't

12   really make sense.  I think, when you look at all the evidence,

13   you'll find that Jahar really was what he appeared to be:  a

14   lost teenager with very little motivation to do anything much

15   on his own, who had been raised all his life to take direction

16   from the most powerful adult, by 2013, the only powerful adult

17   in his world.

18          When you look at all the evidence -- that reminds me

19   of something that happened last week:  the still photo of Jahar

02:00 20   with his middle finger out.  I could almost hear you gasp when

21   Miss Pellegrini put that still up on the easel.  And she did it

22   between those four photographs of the victims, those beautiful

23   photos of those people so young and full of promise.  And it

24   took us a whole day before you found out what you had and

25   hadn't seen because, when you finally got to see the 30-second

1      clip, it turned out that that shocking gesture wasn't quite as

2      advertised.

3            What you saw was that Jahar had just been unchained

4      after who knows how many hours, and he starts looking and

5      walking around his cell.  He finally has use of his hands.  He

6      starts to fiddle with his hair and starts using the plastic

7      housing of the security camera as a mirror.  Then he stands up

8      close to it.  He flashes a peace sign and, for just a split

9      second, sticks out his middle finger.  To who?  To himself?

02:01 10     What did it mean?  It meant that he was acting like an immature

11     19-year-old is what it meant.

12           Then there's his facial expression which looks like a

13     sneer until you know -- and there will be evidence about this

14     later on -- that he had been shot in the face on April 19th,

15     and his face was slightly twisted to one side by the wound.

16     You can still see some of the effects of that wound on the left

17     side of his face and his closed left eye.  You also found out

18     that the deputy marshal who saw whatever it was didn't think

19     anything of it until the order came from higher-ups two days

02:02 20     later to write a little report.  Enough said about that, more

21     than enough.

22           But it's worth remembering for this reason:  because

23     it's an example of how you can't ever accurately evaluate

24     anything, not even a picture, until you know the context.

25     Whether it's a grainy still from a surveillance camera or a

1    young man's life, you have to know the context.

2          You'll also hear a little bit in this trial about

3    where Jahar will go if you punish him with life in prison.

4    This is another photograph of ADX.  Can you see it on your

5    monitors?  This is where the government keeps other terrorists

6    who used to be famous but aren't anymore.  It's a place so

7    secure that he won't even be able to glimpse the outside world.

8    All you can see from the narrow cell windows or from the small,

9    one-man exercise cages is a patch of sky.  It's right near the

02:03 10   Rocky Mountains, but no one in the prison can see that.

11          Importantly, communications are strictly limited, and

12    the few that are allowed are monitored in real time.  There is

13    no privacy.  There is a video camera trained on the inside of

14    his cell and on him every minute of the day.  There are no

15    interviews with the news media.  There will be no

16    autobiography.  There will be no messages relayed from Jahar

17    onto the internet.  There will be no nothing.  There will be no

18    media spotlight coming back on him as an execution date

19    approaches.  And one important thing you'll learn is that the

02:04 20   FBI and the U.S. Attorney's Office here in Boston are in a

21    position to help ensure that Jahar is cut off from the outside

22    world forever if they think it best.

23          So the evidence will show that if you sentence Jahar

24    to a lifetime of thinking about what he did, you'll both punish

25    him and protect society at the same time.

1          The government has called a number of expert

2     witnesses, and we expect to call some experts, too, to shed

3     light on particular issues or items of evidence.  I'm not going

4     to tell you about them all now, but I do want to mention one.

5     Dr. Jay Giedd is one of the country's top researchers on how

6     the human brain matures and what that means for adolescent

7     behavior.

8          Everyone who's ever been or raised a teenager knows

9     that they don't have the same judgment and maturity as adults.

02:05 10     The death penalty law recognizes that by drawing an absolute

11     line at age 18.  Under 18, even by a single day, no one can

12     even be considered for the death penalty no matter how horrible

13     the crime that he commits.  Well, in April 2013, Jahar was 19.

14     He was 21 months past his 18th birthday.  But he was still at

15     an age too young to legally buy a beer, at which many, many

16     people make horribly bad self-destructive decisions, the sort

17     of decision that leave the people who know them and care about

18     them thinking, asking, What was he thinking?

19          And one of the things you'll each have to decide for

02:06 20     yourself is how to weigh his young age as an mitigating factor,

21     that is, as a factor against imposing death.  In the last few

22     years, modern science has begun to understand why it is that

23     adolescents so -- it's such a characteristic of adolescents to

24     make such terrible decisions.

25          As Dr. Giedd will explain, the answer has to do with

1    the way the different parts of the brain mature at different

2    rates.  The impulse, risk-taking parts of our brain mature

3    before the parts that regulate our actions, our judgment, and

4    help us weigh consequences.  So adolescence is a time when

5    we're like cars with very powerful engines and faulty brakes.

6    It's a time to be more stirred by powerful emotions, rage at

7    supposed injustice, love for a charismatic older brother, and

8    less by logic and good judgment.

9         Now, Dr. Giedd will make clear that no one can say

02:07 10   where a particular individual is on the path to maturation, and

11   he certainly will not suggest, and neither will we, that Jahar

12   could not have controlled his behavior because of his age or

13   for any other reason.  Let me say that again.  Nothing you're

14   going to hear from the defense in the coming days is going to

15   suggest that Jahar couldn't control himself.  No one is going

16   to say that he didn't know what he was doing.  No one is going

17   to say that his brother actually forced him to commit these

18   horrible crimes.  And no one is going to tell you that you

19   should feel sorry for him.

02:07 20        But when all is said and done, the evidence will still

21   show that Jahar was the 19-year-old little brother.  And

22   considered with everything else, we think it will show that, as

23   awful as this crime was, a lifetime in prison to face what he

24   has done is the better choice for everyone.  Thank you.

25        THE COURT:  Mr. Fick.

```
 1            MR. FICK:  The defense calls Laith Albehacy.
 2            LAITH ALBEHACY, Sworn
 3            THE CLERK:  State your name.  Spell your last name for
 4      the record.  Keep your voice up and speak into the mic so
 5      everyone can hear you.
 6            THE WITNESS:  My name is Laith Albehacy, L-a-i-t-h,
 7      A-l-b-e-h-a-c-y.
 8      DIRECT EXAMINATION BY MR. FICK:
 9      Q.   Good morning, Mr. Albehacy.
02:10 10 A.   Good morning, sir.
11      Q.   Are you here today in compliance with a subpoena that we
12      issued to you?
13      A.   Yes.
14      Q.   Did you want to come here today?
15      A.   To be honest, at the beginning I didn't want to come, but
16      now I'm here.  So I'm ready to do it, yeah.
17      Q.   Thank you, sir.
18      A.   You're welcome.
19      Q.   How old are you, Mr. Albehacy?
02:11 20 A.   I'm 46.
21      Q.   What's your educational background?
22      A.   I have a bachelor of commerce.
23      Q.   From what institution?
24      A.   From Egypt.
25      Q.   Okay.  Egypt is where you were from originally?
```

1    A.    Yes.  I'm originally from Egypt.

2    Q.    How long have you been living in the Boston area?

3    A.    I came to Boston 2008.

4    Q.    Back in April of 2013, where were you working at that

5    time?

6    A.    I was working at Al-barra Market in Cambridge.

7    Q.    How long had you been working there?

8    A.    Since I came to the States, in 2008.

9    Q.    Okay.  So a number of years?

02:11 10    A.    Yes, almost seven years.

11    Q.    What was your position there?

12    A.    I'm the store manager.

13    Q.    Okay.  What kind of store is it?

14    A.    It's for Middle Eastern food stuff and have meat and

15    chicken.

16    Q.    Geographically in Cambridge, is it near the Islamic

17    Society of Boston mosque on Prospect Street?

18    A.    Yes.  It's about two blocks away from the mosque.

19    Q.    Were you working on the afternoon of April 15, 2013?

02:12 20    A.    Yes, I was.

21    Q.    While you were working, did you hear about the explosions

22    at the Marathon?

23    A.    Yes, I did, I did, through a customer.  He came and told

24    me there's something happen during the Marathon.  And I watched

25    the news on my laptop.

1    Q.   Now, sometime after you had heard about the explosions,

2    did you encounter a person in the store, coming into the store

3    as a customer, who you later learned to be Tamerlan Tsarnaev?

4    A.   Yes.

5    Q.   Now, is Tamerlan Tsarnaev somebody you had seen in the

6    store before?

7    A.   I saw him a couple of times, yes.

8    Q.   Over the years you worked there?

9    A.   Yes, about maybe every two, three months, I see him.

02:13 10   Q.   Every two, three months?

11   A.   Yeah.  I work there only three days a week, so --

12   Q.   Now, on the afternoon of April 15 of 2013, can you

13   describe your interaction with Tamerlan Tsarnaev on that day?

14   A.   Can you repeat the question, please?

15   Q.   On April 15, 2013, can you describe your interaction with

16   Tamerlan on that day?

17   A.   When he came that day while I was watching the news on my

18   laptop.  And I think he grabbed some cookies or chocolate.  And

19   I told him, Do you heard about the bomb, the Marathon bombing?

02:13 20   And he said no.  And I told him, as a joke, You're not the one

21   who did it?  And he smiled to me and he said no.

22   Q.   And what happened then?

23   A.   And then he left.

24   Q.   He just bought some cookies and candy and left?

25   A.   Yes.  As far as I remember, he just bought something.

1    Q.   From your prior encounters with Mr. Tsarnaev in the store

2    over the years, how would you describe him physically, his

3    demeanor?  What do you mean by him?

4    A.   Well, he's a big guy.  He's a muscly guy.  And to be

5    honest, the conversation between me and him, it was only, like,

6    normal chatting, like, Hi, how are you?  How is everything?

7    How is your daughter?  Because he has a daughter same age as my

8    daughter.  So most of the conversation was about how is the

9    girl and does she speak?  Does she walk?  That's it.  No more.

02:14 10   Q.   Did you have any observations of how he sort of -- how he

11   carried himself, how he shook hands with you?

12   A.   He's a big guy, so when he shake your hand, he just --

13   he's -- what you can say -- is proud of his muscles.  Like, he

14   show off that I'm a big guy, and I can squeeze your hand.

15   Q.   Now, in addition to seeing him at the store -- first of

16   all, let me ask you:  Do you sometimes yourself attend the

17   Islamic Society mosque on Prospect Street?

18   A.   Yes, I do.  Every Friday in the Jumu'ah prayer, I work in

19   the store, and we close during the prayer time, and I go to

02:15 20   pray and come back to work.

21   Q.   And did you observe an incident involving Tamerlan

22   Tsarnaev at the mosque in the fall of 2012?

23   A.   I did, yes.

24   Q.   Can you describe what you observed?

25   A.   Well, I think it was before the election.  And to be

1    honest, I can't remember which election, the presidential

2    election or the governor of the city.  And Imam, during the

3    speech, the lecture, at prayer, he was saying that -- he was

4    encouraging everybody to go and elect and choose one of the

5    guys.  And then we have -- by participating in the election, we

6    can be a full-time citizen and so on and so on.  He didn't like

7    that.  So he stood up, and he told him we shouldn't do that.

8    Q.   Do you remember any of the words he used?

9    A.   He called the Imam, You are monafiq.  Monafiq means, like,

02:16 10   hypocrite.

11   Q.   What was his demeanor like?  What did his voice sound

12   like?

13   A.   He always -- as I said, he's full of -- he's proud of his

14   muscles and his voice.  When he talks, he's loud.  He doesn't

15   speak -- he has loud voice, yeah.

16   Q.   Did he make any gestures or anything like that?

17   A.   Say it again, please.

18   Q.   Did he make any gestures with his hands as he did this?

19   A.   Yeah.  He said to Imam -- when he was talking to the Imam,

02:16 20   he was using his hand.

21   Q.   How long did the interruption last?

22   A.   A few seconds, maybe ten, twenty seconds, and he -- then

23   he sat down.

24   Q.   Okay.  Now, were you there for a second incident involving

25   Tamerlan a few months later?

1    A.    Yes, I was there.

2    Q.    Can you describe what happened that time?

3    A.    That week, it was Martin Luther King week or holiday, and

4    also it was the Prophet Mohamed's, Sallah Allah alihe wa Salam,

5    birthday.  So, as Muslims, we celebrate the birthday of the

6    prophet, Sallah Allah alihe wa Salam.  So the Imam was saying

7    that this week we have Martin Luther King and he was a great

8    guy, and he did so and so for human rights and for -- the

9    history of Martin Luther King as everybody knows.  Also in the

02:17 10  same week we have the Prophet Mohamed, Sallah Allah alihe wa

11   Salam.  He did that for mankind.  He was doing comparison

12   between Martin Luther King and the Prophet Mohamed, Sallah

13   Allah alihe wa Salam.

14         The first part of the speech was in Arabic, so I think

15   he didn't understand what was going on.

16   Q.    When you say "he," who do you mean?  Are you referring to

17   Tamerlan?

18   A.    Yes, yes, sorry.

19         And then when the second half Imam say in English.

02:18 20  And when he start to do it to compare between Martin Luther

21   King and what he did and the Prophet Mohamed, Sallah Allah

22   Alihe wa Salam, he didn't like it.  And he stood up and he

23   said, Imam, you are monafiq.  He didn't like it, and he was

24   shouting at him.

25   Q.    He was shouting this time?

1    A.    Yeah.  He was saying that he shouldn't do this.  This is

2    -- you cannot compare the prophet with kafir person.  Kafir is

3    infidel.  So he was saying that.  You cannot compare the

4    prophet himself and a kafir person.

5    Q.    How long did this incident last?

6    A.    Again, maybe 30 seconds or something like that.  I can't

7    remember to be honest.

8    Q.    How did it end?  What happened?

9    A.    He look at everybody in the masjid and he said, You guys,

02:19 10    you should kick him out or he should go.  People tell him, No,

11    you go out.  And then he left.

12    Q.    Thank you, Mr. Albehacy.  I have nothing further for you.

13    A.    Thank you.

14    CROSS-EXAMINATION BY MR. CHAKRAVARTY:

15    Q.    Good morning.

16    A.    Good morning, sir.

17    Q.    I'm one of the prosecuting attorneys.

18         Mr. Albehacy, when Tamerlan came to the -- your store,

19    the Al-barra, on April 15th --

02:19 20    A.    I don't own the store.  I work there.

21    Q.    I'm sorry.  You don't own the store.  You're just an

22    employee?

23    A.    Yes.

24    Q.    Do you still work there?

25    A.    Yes, I do.

1    Q.    He came to the store.  And you had seen him before?

2    A.    Yes, a couple of times.

3    Q.    Before April 15 of 2013?

4    A.    Yeah.

5    Q.    Had you seen him in the few months between these incidents

6    at the mosque and the bombing?

7    A.    I think so, yeah.

8    Q.    Is that the time period where he would attend the store?

9    A.    Yes.

02:20 10    Q.    And he was pleasant with you?

11    A.    Yes.

12    Q.    When he came, he actually -- I think one time he came with

13    his young daughter, correct?

14    A.    Yes, he did.

15    Q.    And he was pleasant with her?

16    A.    Yes, he was.

17    Q.    When he came on April 15, 2013, and he bought -- I think

18    you said cookies and maybe chocolate?

19    A.    Yes.  Normally he buys cookies and chocolate for the

02:20 20    daughter.

21    Q.    He was alone on that day, correct?

22    A.    On the day, the day of the incident?  Yes, he was alone.

23    Q.    And your store is very close to the masjid on Prospect

24    Street?

25    A.    Two blocks away from the mosque.

1    Q.   Is there also a Whole Foods on that street?

2    A.   Yes.

3    Q.   That's not far as well, correct?

4    A.   No.

5    Q.   And you didn't see the defendant come into the store that

6    day, correct?

7    A.   Who?

8    Q.   The defendant, the person seated at counsel table.

9    A.   No, I never met him in my life.

02:21 10    Q.   He had never come into that store before?

11    A.   I don't know.  But I never met him in my life.

12    Q.   You didn't see a car waiting outside?

13    A.   On that day?

14    Q.   On April --

15    A.   No, I didn't see.

16    Q.   How long was Tamerlan in your store?

17    A.   Maybe a half minute.

18    Q.   He just came in?

19    A.   Yeah.

02:21 20    Q.   Said a few things and then left?

21    A.   Yes.

22    Q.   With regards to the incidents that occurred at the masjid

23    with Tamerlan rising, would you agree with me that it's not

24    usual for somebody to challenge the Imam at the masjid?

25    A.   It's unusual.

1    Q.    It happens sometimes but it's not --

2    A.    Not usual, yeah.  You shouldn't do that, yeah.

3    Q.    Was that the first time that you had seen Tamerlan to be

4    loud and obnoxious?

5    A.    Yes.

6    Q.    Would you agree with me that the position that he took was

7    a pretty extremist position, that you should not participate in

8    elections?

9    A.    I cannot decide if extreme or not, but I think it's --

02:22 10   also I'm not very -- I'm not scholared to decide, but I think

11   it's unusual.

12   Q.    Unusual here in America?

13   A.    In the masjid.  You shouldn't interrupt the Imam.

14   Q.    Okay.

15   A.    It's rude.

16   Q.    Okay.

17   A.    Yeah.

18   Q.    Is it the rudeness that was unusual or the substance of

19   what he was saying that was unusual?

02:22 20   A.    I think both, yeah.

21   Q.    And do you remember who the Imam was that day?

22   A.    Yes, I do.

23   Q.    Who was it?

24   A.    His name is Loay.

25   Q.    Was he the Imam on both days?

1      A.   Yes, he was.

2      Q.   After the interruption, did people at the masjid attempt

3      to talk to Tamerlan?

4      A.   To be honest, I work, so I just run to the masjid to pray

5      and run back to open the store because after praying time it's

6      very busy in the store.  Most of the people finish praying and

7      then go to the store, so I have to run.  So I didn't see what

8      happened after that.

9      Q.   So, regardless, after the first interruption around

02:23 10   November of 2012, Tamerlan continued to attend the masjid?

11     A.   Yes, because he was there on the second time.

12     Q.   He was there at the second time.  Did you see him after

13     that at the masjid?

14     A.   To be honest, I can't remember.

15     Q.   When he -- after the interruption, did you talk to

16     Tamerlan about that?

17     A.   No, I didn't talk to him about this incident.

18     Q.   Did you talk to the management of the masjid about what

19     they were going to do about Tamerlan?

02:24 20   A.   No, I did not.

21          MR. CHAKRAVARTY:  That's all I have, your Honor.

22          THE COURT:  Mr. Fick, anything else?

23          MR. FICK:  No, your Honor.  Not for this witness.

24          THE COURT:  Mr. Albehacy, thank you.  You may step

25     down.

```
 1              THE WITNESS:  Thank you, sir.
 2              THE COURT:  I think we'll take the morning recess at
 3       this point.
 4              THE CLERK:  All rise for the Court and jury.  Court
 5       will take the morning recess.
 6       (Recess taken at 11:07 a.m.)
 7              THE CLERK:  All rise for the Court and the jury.
 8              (The Court and jury enter the courtroom at 11:35 a.m.)
 9              THE CLERK:  Be seated.
02:53 10        THE COURT:  Mr. Fick?
11              MR. FICK:  Thank you, your Honor.  The defense calls
12       Mr. Loay Assaf.
13                         LOAY ASSAF, duly sworn
14              THE CLERK:  Have a seat.
15              THE WITNESS:  Thank you.
16              THE CLERK:  State your name, spell your last name for
17       the record, keep your voice up, and speak into the mic so
18       everyone can hear you.
19              THE WITNESS:  My name is Loay Assaf.  Last name is
02:54 20   A-S-S-A-F, as in "Frank."
21              THE COURT:  Go ahead, sir.
22              MR. FICK:  Thank you, Mr. Assaf.
23                         DIRECT EXAMINATION
24       BY MR. FICK:
25       Q.   Good morning.
```

```
 1    A.    Good morning.

 2    Q.    How are you currently employed?

 3    A.    I work at the Muslim American Society and MAS Boston

 4    Society.

 5    Q.    And what are those organizations?

 6    A.    It's nonprofit organizations.  One of them is the one

 7    that's running the cultural center in Roxbury.

 8    Q.    And what do you do specifically?  What is your position

 9    with those organizations?

02:54 10   A.    I'm the director of operations.

11    Q.    And how long have you been working for those

12    organizations?

13    A.    2007, I think.

14    Q.    Okay.  And what is your educational background?

15    A.    So I have a degree in electrical engineering, and I work

16    in management.  That's --

17    Q.    And where are your degrees from?

18    A.    From the University of Georgia.

19    Q.    Okay.  And what was your prior work background prior to

02:55 20   coming to these nonprofits that you just mentioned?

21    A.    So I used to be a program manager at Microsoft.

22    Q.    At Microsoft?

23    A.    Microsoft, yes.

24    Q.    Thank you.

25          How long have you resided in the Boston area?
```

1    A.    Since 1999.

2    Q.    And do you have a family?

3    A.    I have a family, yes.  Wife and wonderful kids, four of

4    them.

5    Q.    Thank you.

6          Have you worked over the years as a visiting imam at

7    mosques in the Boston area?

8    A.    Yeah.

9    Q.    Can you describe that a little bit, how long you've been

02:55 10    doing it and what you do?

11    A.    So it all kind of started in -- maybe around 2002 when I

12    had my first daughter.  I was giving speeches and different

13    lectures, and because of lack of imams and the people who can

14    give sermon, I start receiving invitations to give these

15    sermons in different mosques.  You know, Muslims pray this

16    Friday -- pray at, like, a congregational mass every Friday.

17    So many mosques don't have imams, so they need somebody to

18    speak.  So I start receiving these invitations.  So since then

19    I've pretty much spoke every Friday.  I would go to a different

02:56 20    mosque or center to give these speeches and sermons.

21    Q.    And among those mosques, have you been a regular speaker

22    at the Islamic Society of Boston in Cambridge?

23    A.    Yes, every third Friday of the month I usually go there.

24    Q.    And what kinds of themes do you preach about?

25    A.    So different things, depending on the community needs.

1   But my main kind of idea is trying to integrate the Muslim

2   community, the American society -- we're part of it; we should

3   participate in it -- and the prosperity of the whole society;

4   and also trying to fill the spiritual gap that they might have.

5   Q.   Okay.  Do you recall an incident at the Cambridge mosque

6   in 2012 when you were preaching involving a person you later

7   learned was named Tamerlan Tsarnaev?

8   A.   Yes.

9   Q.   Can you please describe what happened on that occasion in

02:57 10   the fall of 2012?

11   A.   Sure.  So during that period of time, there was an event

12   in the Muslim calendar called the Ashura, which is -- kind of

13   commemorate the time when Prophet Muhammad, peace be upon him,

14   migrated from Mecca to Medina, and he interacted with the

15   Jewish community there and learned that they're celebrating a

16   particular celebration.

17          So he asked them about this celebration and said this

18   is the time when Prophet Moses, peace be upon him, and the

19   Israelites were rescued from Pharaoh.  That's why we're

02:58 20   celebrating it.  So the Prophet, peace be upon him, he ordered

21   the believers then to celebrate and join the society by

22   fasting.

23          So I wanted to take advantage of this incident,

24   especially that this is kind of the right time frame for it,

25   everybody's celebrating the Ashura, they -- to take a lesson so

1    people can learn about, you know, how the Prophet did it,

2    integrate in this society, especially that many of those who

3    attend the prayers there and the ISB, the Islamic Society of

4    Boston, are mostly immigrants.  So that was my message to them.

5         So during this sermon, I mentioned, you know, the idea

6    of, you know, we're here, many of us come, so nothing wrong for

7    us to be part of this society and, you know, celebrate

8    Thanksgiving is coming and -- because it was also around that

9    time.  And Fourth of July, there are so many events that we

02:59 10   should, you know, celebrate.

11        At that moment, the older brother -- I didn't know his

12   name at that time; I didn't recognize him -- stood up, and he

13   was shouting at me and so angry and fired up that "This is not

14   Islamic.  This is wrong.  You should not say that," and he

15   would just keep repeating this.  I kept quiet, silent, give him

16   the room to say whatever he want.  I felt that awkward,

17   honestly, because usually people don't do this in such

18   ceremonies.

19        Later on he -- within a couple of minutes or so he

02:59 20   left the room and I continued the sermon.  After we're done

21   with the service, he came back.  And many people came kind of

22   to support me, and they say, you know, "This is wrong," and

23   they're trying, kind of, to calm me down.  I was not so angry

24   to begin with.  But he came, and people surrounded us.

25        I was hoping to kind of understand his point of view,

1    where he's coming from, so I had a dialogue with him explaining

2    to him my kind of basis, my -- the principles from which I'm

3    bringing my thoughts and asking him, you know, "Show me why

4    you're saying this is wrong, what -- on what basis?"  And he

5    kept repeating the same thing, "This is wrong.  This is not

6    Islamic.  You should not say that," without giving me any proof

7    or any reference to, you know, events in the holy Qur'an or a

8    saying of the Prophet or any reference material that can be

9    used.

03:00 10          Then I think there were so many people around us, and

11    I cannot remember exactly how he left, but he left, and I then

12    left after that.

13    Q.   Okay.  And is it unusual for someone to interrupt a sermon

14    during the Friday prayers?

15    A.   Oh, yes.  The -- so in the tradition, the Friday prayer

16    sermon is like once a week.  It starts by a sermon and then

17    followed by a prayer service.  During the sermon, people are

18    not allowed to be distracted.  Distraction means voiding the

19    whole prayer service.

03:01 20          And there is different saying of the Prophet, peace be

21    upon him, describing what distraction means.  So in one of

22    these sayings he said if you turn to the person next to you and

23    say "hush," that's a distraction, and your prayer is voided.

24    Another saying he was describing that -- at the time they were

25    sitting on pillows because there were no carpets, and if you

1    touch and play with these pillows, that's a distraction and you

2    will void your prayer.

3          So imagine a person standing and shouting and putting

4    a whole act like this.  That was my main concern, that he was

5    voiding his prayer.  And people don't usually do this.  I

6    haven't seen that happening before that time.  That was my

7    first experience.

8    Q.   So in other words, across all of the times you've given

9    sermons, this was the first time anybody interrupted like that?

03:02 10   A.   Yes.

11   Q.   Was there another incident involving Tamerlan Tsarnaev in

12   January 2013?

13   A.   That's correct.  Yeah.

14   Q.   Can you describe that for us, please?

15   A.   Sure.  So again, January, third Friday, I come again.  At

16   that time, it was the kind of the time we're celebrating Martin

17   Luther King Day.  It was like within the week or so.  So I take

18   advantage of this opportunity, try to highlight that Martin

19   Luther King is a great man, done a lot for his community.  He

03:02 20   had the cause, and he fought for this just cause, and we can

21   see the fruits of his efforts.

22          So, again, as a Muslim community, we -- many of us

23   think and feel that a lot of our rights are not served.  Again,

24   there are so many analogies there.  So I want to kind of entice

25   people to be part of this society and speak up for their civic

1    rights and be part of the whole civic engagement movement.

2           So I was kind of approaching this from an angle that

3    it's not just Martin Luther King who's done that; it's many,

4    and pretty much all of the great people, including the prophets

5    in the past.  And great people always had a mission to serve

6    the society.  They cared less about themselves personally.

7    They were not selfish.  They faced some opposition, and they

8    overcame that opposition by being persistent on the true path.

9           So I was mentioning different names, including Prophet

03:03 10   Muhammad, peace be upon him, as a role model for the Muslims,

11   and I also mentioned Martin Luther King.  And when I mentioned

12   that, again, the older brother stood up, and he was fired up,

13   very hot.  And you can see his face like tomato red.  And he

14   was shouting that, "This is wrong.  I remember you from last

15   time," and even his stance was fighting stance.

16          I later on, actually after the bombing incident,

17   learned that he was a boxer because he was doing something like

18   this (indicating).  "I know you from last time.  I remember

19   you," and he kept saying this -- "This is not Islamic.  This is

03:04 20   not right, and you are hypocrite," kind of insulting me with

21   this.

22          And the people at the time was -- were shouting at

23   him, asking him to shut up and to sit down.  That incident took

24   longer than the first one in terms of time.  Then he left the

25   room.

```
 1   Q.   Did you ever see Tamerlan Tsarnaev after that day?
 2   A.   Face-to-face, no.  Just on the TV when the -- after the
 3   incidents.
 4   Q.   And you mentioned -- I think you called him the older
 5   brother.  Had you ever seen, in person, Dzhokhar Tsarnaev
 6   before this day today?
 7   A.   No.
 8   Q.   So you learned -- in other words, you only learned that
 9   they were the older and younger brothers after the bombing
10   events?
11   A.   Yes.
12        MR. FICK:  I have nothing further.  Thank you,
13   Mr. Assaf.
14        THE WITNESS:  Thank you.
15        THE COURT:  Mr. Chakravarty?
16        MR. CHAKRAVARTY:  Thank you, your Honor.  Just a
17   couple of questions.
18                    CROSS-EXAMINATION
19   BY MR. CHAKRAVARTY:
20   Q.   When you talked to the older brother, Tamerlan Tsarnaev,
21   after the incident, did he persuade you about anything?
22   A.   No.  He didn't have much to say.  He was just repeating
23   the same thing, the objection.  My point of the conversation
24   was to understand his point of view, from which basis he's
25   coming.  He didn't add anything.  I felt that he's kind of
```

1  empty.  He has basic understanding.  He's more emotional rather
2  than rational in the conversation.  I could not understand
3  where he's coming from.
4  Q.   When he left, he left alone.  Nobody went with him, right?
5  A.   I cannot remember exactly, but there were so many people,
6  so I think when he left he was with a group of people trying to
7  kind of isolate him from me and from the masjid.
8  Q.   And he left?
9  A.   He left the room.  I was still in the room, and he left
03:06 10  the room, yes.
11         MR. CHAKRAVARTY:  Thank you.
12         THE COURT:  Anything else?
13         MR. FICK:  Nothing further, your Honor.
14         THE COURT:  All right.  Thank you, Mr. Assaf.  You may
15  step down.
16         THE WITNESS:  Thank you.
17         (The witness is excused.)
18         MR. FICK:  And defense will next call Mr. Abderrazak
19  Razak, and I'd ask the interpreter to step forward as well.
03:07 20         DOSS BASHIER, interpreter, duly sworn
21         THE CLERK:  Please state your name.
22         THE WITNESS:  Doss Bashier, Arabic interpreter.
23         THE CLERK:  Sir, would you please raise your right
24  hand.
25         ABDERRAZAK RAZAK, duly sworn

1          THE CLERK:  Be seated.

2          State your name.

3          THE WITNESS:  Abderrazak Razak.

4                    DIRECT EXAMINATION

5    BY MR. FICK:

6    Q.   Mr. Razak, can you please just state your name and spell

7    your last name for the record?

8    A.   Okay.  Abderrazak Razak, and my last name, it's R-A-Z-A-K.

9    Q.   And perhaps for the court reporter, maybe we'll ask you to

03:08 10   spell your first name too, I think, in this instance.  Thank

11   you.

12   A.   Okay.  First name?  A-B-D-E-R-R-A-Z-A-K.

13   Q.   Thank you.  Good morning, Mr. Razak.

14   A.   Good morning.

15   Q.   And I'm going to suggest that maybe we start in English

16   and use the interpreter as a backup, if that's okay with you.

17   A.   Just to make -- I'm not excellent in English, and I'm not

18   stupid in English, so I'm going to do my best.

19   Q.   Thank you.

03:08 20   A.   Because I'm in very, very serious situation.  So if I

21   don't understand something, I'm going to ask my friend here to

22   help me.  Thank you.

23   Q.   Thank you, Mr. Razak.  I appreciate that very much.

24          How old are you, sir?

25   A.   Thirty-two years.

1     Q.    And what is your educational background?

2     A.    Okay.  I finish my college in Morocco back home, in law,

3     public law.

4     Q.    And, I'm sorry.  You said Morocco?

5     A.    Yes.

6     Q.    Okay.  And that's where you're from originally?

7     A.    Yes.

8     Q.    Do you live in the Boston area now?

9     A.    Yeah.  I live in Cambridge, Massachusetts.

03:09 10    Q.    And how long have you lived in the Boston area?

11    A.    Okay.  I'm here close to six years.

12    Q.    And do you have a family here?

13    A.    Yes.

14    Q.    How are you currently employed?

15    A.    Say again?

16    Q.    How are you currently employed?

17    A.    Now I work in Al-Bara, on 304 Prospect Street, Cambridge,

18    Massachusetts.

19    Q.    And is that a sort of Middle Eastern food and halal meat

03:09 20    store in Cambridge?

21    A.    Yes.  Yes.  Yes.

22    Q.    How long have you been working there?

23    A.    So I work in there -- it's almost five years, but

24    sometimes I left and I came back, so almost five years, yeah.

25    Q.    Now, while you were working in that store, did you

```
 1    occasionally see a person who you later learned was named
 2    Tamerlan Tsarnaev?
 3            (The interpreter translates the question.)
 4    A.   Yes.
 5    Q.   Do you recall a particular incident with Tamerlan Tsarnaev
 6    in the fall of 2012 where he -- well, do you recall an incident
 7    from the fall of 2012?
 8            (The interpreter translates the question.)
 9    A.   Yes, an important event.
10    Q.   And can you describe, please, what was that important
11    event?
12    A.   Okay.  I'm going to try with English.  If not, I'm going
13    to -- okay.
14            So he's a customer of the store, so I see him over
15    there in the store.  So probably three or four, five time.
16    Okay?  But the time that I can remember 100 percent, so a time
17    when it's Thanksgiving.  So we -- and we have a sign in the
18    show, so we put a sign that we sell halal turkey for
19    Thanksgiving.  Okay?  So when he's come in the store, so he was
20    try to buy some stuff, and he see the sign, so he ask me, "Why
21    you sell the turkey?"  So I told him because this is at
22    Thanksgiving.
23            I'm going to use him.  Sorry.
24    Q.   That's fine.
25            (The interpreter translates the question.)
```

03:10 (line 10)
03:11 (line 20)

1    A.   He yelled at me, and he said, "This is haram, which is not

2    right to sell turkeys."  And he was so nervous and spoken very

3    loudly using hand gestures too.

4    Q.   I'm sorry.  Hand gesture?

5         THE INTERPRETER:  Hand gestures.

6         (The interpreter translates the question.)

7    A.   And he said, "You shouldn't be selling this.  That's not

8    right."

9    Q.   Can you sort of demonstrate the hand gestures he used and

03:11 10  what his face looked like?

11        (The interpreter translates the question.)

12   A.   So he's standing like that, and the show, it's in the

13   front of him, and he use his hand exactly -- he show me, for

14   example, the paper, why you put the sign here, so like that.

15   He's using his hands like that.  (Indicating.)

16   Q.   And what kind of expression is on his face?

17   A.   He's angry.

18   Q.   And just so everyone understands, can you explain, what is

19   halal meat?

03:12 20  A.   Halal meat?  So the halal meat, it's -- for example,

21   the -- it's the Islamic way to slaughter the animal.  So we

22   have to use the knife -- okay.  For example, there's another

23   way here, for example, you use the gun, and the only

24   one -- it's gun, so you going to skin the animals and serve it

25   to eat.

1          But for our way, for the Islamic way, so you have to

2      use the knife, and you have -- before you slice the animal, you

3      have to say "Allahu Akbar," name of God.  That's halal meat.

4      Q.   So these were halal turkeys that you were selling?

5      A.   Yes.

6      Q.   And, nevertheless, Tamerlan Tsarnaev did what you just

7      described?

8      A.   Yeah.  So it's -- in America, it's -- Islamic society, so

9      even -- they live in America, so they want to celebrate turkey

03:13 10   [*sic*], so automatically we try to provide halal turkey for

11      them.

12          MR. FICK:  Thank you, Mr. Razak.  I have nothing

13      further.

14                    CROSS-EXAMINATION

15      BY MR. WEINREB:

16      Q.   Good morning, Mr. Razak.

17      A.   Good morning.

18      Q.   In all the time you were working at the store, you only

19      saw Tamerlan Tsarnaev three or four times, correct?

03:13 20   A.   Yeah.  Or four times.

21      Q.   And you only saw him because he was shopping for food at

22      your store?

23      A.   Yes.

24      Q.   You didn't know him personally?

25               (The interpreter translates the question.)

1    A.   No.

2    Q.   You didn't even know his name?

3         (The interpreter translates the question.)

4    A.   No.

5    Q.   So you know virtually nothing about him?

6         (The interpreter translates the question.)

7    A.   No.

8    Q.   And you never met his brother, Dzhokhar Tsarnaev?

9         (The interpreter translates the question.)

03:14 10    A.   Never.

11   Q.   So you know absolutely nothing about Dzhokhar Tsarnaev?

12   A.   No, I just see him in the news after the bombing.  That's

13   it.

14   Q.   Okay.  So really, all you can tell us is that one day in

15   2012 Tamerlan Tsarnaev told you that Thanksgiving isn't a

16   Muslim holiday and you shouldn't sell turkey?

17   A.   Yes.

18        MR. WEINREB:  No further questions, your Honor.

19        MR. FICK:  Nothing further, your Honor.

03:14 20        THE COURT:  All right, Mr. Razak.  Thank you.  You may

21   step down.

22        (The witness is excused.)

23        MR. WATKINS:  The defendant calls Robbie Barnes.

24             ROBERT BARNES, duly sworn

25        THE CLERK:  Have a seat.  State your name, spell your

1    last name for the record, keep your voice up and speak into the

2    mic so everyone can hear you.

3              THE WITNESS:  My name is Robert Barnes, last name

4    B-A-R-N-E-S.

5                         DIRECT EXAMINATION

6    BY MR. WATKINS:

7    Q.   Mr. Barnes, where were you born?

8    A.   I was born in Boston.

9    Q.   And where have you lived during your life?

03:15 10    A.   Cambridge.  Cambridge, Mass.

11    Q.   Do you still live in Cambridge?

12    A.   I do, yeah.

13    Q.   Were you raised in Cambridge?

14    A.   Yeah.

15    Q.   Go to elementary school in Cambridge?

16    A.   I did, yeah.

17    Q.   And where did you go?

18    A.   I went to King Open elementary.

19    Q.   After King Open elementary, where did you go to school?

03:16 20    A.   I went to Cambridge Rindge and Latin High School.

21    Q.   And did you get your diploma from Cambridge Rindge and

22    Latin?

23    A.   I did, yeah.

24    Q.   And after that, did you go to college?

25    A.   Yeah.

1    Q.   Where did you go to college?

2    A.   I went to Boston College.

3    Q.   And are you still at Boston College?

4    A.   No.

5    Q.   Did you finish your degree at Boston College?

6    A.   Almost.

7    Q.   What have you been studying?  What is your major at Boston

8    College?

9    A.   History.

03:16 10   Q.   Are you currently employed?

11   A.   Yeah.

12   Q.   And how are you employed?

13   A.   I'm self-employed.

14   Q.   Mr. Barnes, I want to go back to your time at Cambridge

15   Rindge and Latin.  How large a school is Cambridge Rindge and

16   Latin?

17   A.   It's about 1500 students.  At least that's how much it was

18   when I was there.

19   Q.   And when did you graduate from Cambridge Rindge and Latin?

03:17 20   A.   2010.

21   Q.   Do you see Jahar Tsarnaev in the courtroom today?

22   A.   Yes.

23   Q.   And he's sitting at counsel table?

24   A.   Yeah.

25   Q.   Were you in the same grade as Jahar or a different grade?

1    A.   A grade above.

2    Q.   And did you know Jahar Tsarnaev while you were at

3    Cambridge Rindge and Latin?

4    A.   Yeah.

5    Q.   And would you describe him as a friend or a close friend,

6    an acquaintance?

7    A.   An acquaintance.

8    Q.   But you knew him?

9    A.   Yeah.

03:17 10    Q.   And how did you know him?

11    A.   I played soccer with Jahar.

12    Q.   And were you on the soccer team all four years?

13    A.   Yeah.

14    Q.   And at some point were you captain of the soccer team?

15    A.   Yeah, I was soccer of the junior varsity team.

16    Q.   And was it that year that you met Jahar?

17    A.   Yeah.

18    Q.   Did you also do other after-school sports, or was soccer

19    it?

03:18 20    A.   Yeah, I ran track, winter, and spring, cross-country

21    during my senior year.

22    Q.   Did you know Jahar to also do after-school sports?

23    A.   Yeah.

24    Q.   And what sport was he involved with other than soccer?

25    A.   Wrestling.

```
 1    Q.   And did you understand whether he was a good wrestler,
 2    mediocre wrestler?  What -- do you know?
 3    A.   Yeah, I knew that he was a good wrestler.
 4    Q.   Now, you said you were acquainted with Jahar.  Did you
 5    have friends that knew Jahar?
 6    A.   Yeah.
 7    Q.   And was there a particular friend?
 8    A.   Yeah.
 9    Q.   And that would be Louie Freddura?
03:18 10   A.   Yeah.
11    Q.   Now, you knew Louie Freddura for some time growing up,
12    right?
13    A.   Yeah, I grew up with Louie.
14    Q.   And you understood that Louie knew Jahar?
15    A.   Yeah.
16    Q.   And when you talk about "acquaintance," you moved in the
17    same circle of friends?
18         MR. WEINREB:  Your Honor, I'm going to object at this
19    point.  These are all leading questions.
03:19 20        THE COURT:  They are leading.
21    BY MR. WATKINS:
22    Q.   Okay.  So you knew Jahar in that fashion?
23    A.   Yes.
24    Q.   Did you know other friends of Jahar?
25    A.   Yeah, I knew.
```

1    Q.    What other friends of Jahar's did you know?

2    A.    Steven, Stephen.

3    Q.    When you say Steven and Stephen, do you know their last

4    names?

5    A.    Yeah, Silva.

6    Q.    And are they identical twins?

7    A.    Yeah.

8    Q.    Did you know -- spend a lot of time with the Freddura

9    family?

03:19 10    A.    Yes, I did.  I -- they're close family friends, yeah.

11    Q.    Did you also at some point meet Tamerlan Tsarnaev?

12    A.    Yeah.

13    Q.    And how did you meet Tamerlan Tsarnaev?

14    A.    I probably met Tamerlan at the Freddura household.

15    Q.    Was he friends with one of the Fredduras?

16    A.    Yeah, he was friends with Louie's older brother,

17    Sebastian.

18    Q.    And so how -- how did it come that you would meet Tamerlan

19    Tsarnaev at the Fredduras'?

03:20 20    A.    I spent a lot of time there growing up and during high

21    school.  I think -- I know that Tamerlan lived in that

22    neighborhood and spent time there too.

23    Q.    Did Tamerlan spend a lot of time?

24    A.    Yeah, he was with us fairly often.

25    Q.    And how many brothers are there in the Freddura family?

1    A.   There are seven of them.

2    Q.   And they're relatively close in age?

3    A.   Yeah.  I mean, they're all spread out.

4    Q.   How old was the friend of Tamerlan Tsarnaev -- what was

5    his name?

6    A.   Sebastian.

7    Q.   And how many years older than you was he?

8    A.   He's a couple of years older than I am.

9    Q.   At the -- having seen Tamerlan Tsarnaev at the Freddura

03:21 10   household, was that in the context sometimes of parties?

11   A.   Yeah.

12   Q.   Would you observe Tamerlan Tsarnaev getting high,

13   marijuana?

14   A.   I can't recall a specific time, but -- yeah, I would

15   imagine that he did that sometimes.

16        MR. WEINREB:  Objection, your Honor.  He's

17   speculating.

18        THE COURT:  It may stand.

19        MR. WATKINS:  I'm sorry?

03:21 20        THE COURT:  Overruled.

21   BY MR. WATKINS:

22   Q.   Were there particular times or always high?

23   A.   I can't say "always high," but, you know, probably often.

24   Q.   Now, did you know that Tamerlan Tsarnaev -- well, first,

25   what years did you -- were you over at the Freddura household

50-88

1    that Tamerlan would have been there at the same time?

2    A.    Probably while I was in high school.

3    Q.    Would that have been your junior or senior year?

4    A.    Yeah.

5    Q.    So you graduated in 2010, so --

6    A.    2010, yeah.

7    Q.    So the time period, as best you can put it, what were the

8    years that you saw Tamerlan Tsarnaev through the Fredduras?

9    A.    2008-2011.

03:22 10   Q.    Can you describe Tamerlan Tsarnaev physically, his

11   physical stature?

12   A.    Yeah, he's a big guy, pretty large in stature.

13   Q.    Did you understand him to be a boxer?

14   A.    Yeah, I knew that he was a boxer.

15   Q.    And what did you know about his boxing prowess?

16   A.    I knew that he was a pretty successful boxer.

17   Q.    What about his demeanor at the Fredduras'?  Was he a shy

18   guy?

19   A.    No, he was pretty outgoing, I would say, pretty

03:23 20   personable, joked often.  That's the kind of guy he was, I

21   guess.

22   Q.    And was he -- was there any arrogance to him?

23   A.    I guess so.

24   Q.    Were there times where Tamerlan Tsarnaev was a bit of a

25   show-off?

1          MR. WEINREB:  Objection, your Honor.

2          THE COURT:  Yeah.  More direct form of questioning,

3    please.

4    BY MR. WATKINS:

5    Q.    Were there times where he exhibited his physical prowess?

6    A.    Yeah.

7    Q.    Tell us about that.

8    A.    I can remember one time in particular when he held, like,

9    a pretty heavy chair out in front of him, probably something

03:23 10   that I wouldn't have been able to do, and he held it out in

11   front of his body, I guess to demonstrate the kind of strength

12   he had.

13   Q.    And what was the context of that?  Was that during a

14   conversation you had with him?

15   A.    Yeah.  I mean, we were talking about, like, weightlifting

16   and stuff, and I think he was explaining that he didn't really

17   weight-lift and he did other sorts of exercises.

18   Q.    Did you have other conversations with Tamerlan at the

19   Fredduras' or other -- at the Fredduras'?

03:24 20   A.    I'm sorry?  Say that -- can you say that again?

21   Q.    Did you talk with Tamerlan about politics, religion,

22   any --

23   A.    No, not really.

24   Q.    Now, Jahar Tsarnaev, how does he, his physical stature,

25   compare to Tamerlan?

1    A.    Not as big.

2    Q.    And what about Jahar Tsarnaev's demeanor when you've been

3    around him and seen him?  Is he an outgoing kind of guy?

4    A.    Less outgoing, more reserved.

5    Q.    But was he an angry guy?

6    A.    No.

7    Q.    Was he a person who bullied others?

8    A.    No.

9    Q.    You talked about Tamerlan's physical stature.  Was there

03:25 10    times where he might have unintentionally hurt you?

11              MR. WEINREB:  Objection, your Honor.

12              THE COURT:  No, you may answer that.

13              THE WITNESS:  Yeah, there was one time in particular

14    that I remember I ran into him at Angelo's Pizzeria in

15    Cambridge, and he -- he greeted me by sort of giving me some

16    friendly punches to the chest, and I just got taken aback

17    because he hit me, I guess, harder than he -- I don't know if

18    he intended to hit me that hard, but I was taken aback by it.

19    BY MR. WATKINS:

03:25 20    Q.    Were you hurt?

21    A.    Yeah, it hurt a little bit.

22    Q.    Now, when you went off to Boston College, did you live on

23    campus, or did you --

24    A.    Yeah, I did.

25    Q.    -- just continue to live in Cambridge?

1              During the time you went to Boston College, were you

2      at the Fredduras' quite as much as you --

3      A.   Not as much.

4      Q.   And at some point did you see Tamerlan Tsarnaev

5      particularly less often?

6      A.   Yeah.  I mean, I didn't spend as much time in Cambridge

7      while I was at school, so I wouldn't have seen, you know,

8      Cambridge people in general as often.

9      Q.   Did you learn that Tamerlan Tsarnaev had gotten married?

03:26 10   A.   Yeah, I had heard that.

11     Q.   And also did you learn that he had gone to Russia?

12     A.   Yeah, I had heard that as well.

13     Q.   So while you were in Boston College, would you see

14     Tamerlan Tsarnaev just on the -- other places other than the

15     Fredduras'?

16     A.   Yeah, I mean, I probably ran into him a few times just

17     around Cambridge, would run into him.

18     Q.   And that would be occasions where you would say "hello"

19     and --

03:26 20   A.   Yeah, just, you know, greet each other.

21     Q.   I want to turn now to December of 2012.  What year were

22     you in school?

23     A.   I was a junior in college.

24     Q.   And was there a particular time in December 2012 where you

25     saw Tamerlan Tsarnaev?

1    A.    Yeah, I saw him in December 2012 at Angelo's.

2          MR. WATKINS:  Your Honor, I would like to show the

3    jury a chalk, a picture.  I don't think the government -- I

4    don't intend to introduce it, but I don't think the government

5    has any objection.  3223.

6          MR. WEINREB:  No objection, your Honor.

7    BY MR. WATKINS:

8    Q.    I'm showing you and the jury a picture of Angelo's Pizza.

9    Do you recognize that?

03:28 10   A.    Yeah.

11   Q.    And where in Cambridge is Angelo's Pizza located?

12   A.    It's right across the street from the high school.

13   Q.    And Cambridge Rindge and Latin is also close by the

14   library, Cambridge library?

15   A.    Oh, yes.  They're virtually attached.  It's right next

16   door.

17   Q.    So you were starting to tell us in December -- sometime in

18   December 2012, you were in Angelo's, and you saw Tamerlan

19   Tsarnaev?

03:28 20   A.    Yeah, that's right.

21   Q.    So describe that encounter, what happened.

22   A.    I was there when he came in, and I was sitting and eating,

23   and he came in and ordered some pizza or something.  He -- I

24   greeted him, and he sat down with me, and we had a

25   conversation.

1    Q.   And tell us about that conversation.   How did it begin?

2    A.   You know, just sort of regular, you know, "Hey, what's up?

3    And how are you doing?"   I asked, you know, how Jahar was

4    doing.   And, you know, he told me a little bit about Jahar.

5    And I asked him about whether he hung out with Sebastian and

6    those -- that group of friends, and he said he hadn't been

7    recently.

8    Q.   And did he say why he hadn't been?

9    A.   Yeah, he said something along the lines of they need to

03:29 10   drink or smoke to socialize, and "I don't really do that stuff"

11   or "I can't do that stuff anymore."

12   Q.   Do you remember whether it was "I don't do that stuff" or

13   "I can't do that stuff"?

14   A.   I don't.

15   Q.   Describe physically what he was wearing.   Was anything

16   notable about that?

17   A.   Yeah.   He was wearing -- he was wearing some longer

18   garments, I don't know what to call it.   I guess a robe.   And

19   he was wearing a beard at that point.

03:29 20   Q.   Had you ever seen him in a beard before?

21   A.   I don't think so.

22   Q.   And generally, was his appearance different from when you

23   had seen him at the Fredduras'?

24   A.   Yeah.

25   Q.   What did you go on to talk about while the two of you were

1    eating pizza at Angelo's?

2    A.    He talked a bit about, you know, his religion and -- sort

3    of unprompted by me, I guess, and he definitely got into stuff

4    about, you know, foreign policy stuff, American foreign policy

5    stuff, and he had some criticisms of the things, you know, the

6    United States government does abroad.  And, yeah, that was sort

7    of the basis of the conversation.

8    Q.    You say unprompted by you.  Did Tamerlan just start

9    talking about those things?

03:30 10    A.    Yeah.  I mean, he was definitely doing most of the

11    talking, and I was sort of doing a lot of listening.

12    Q.    And describe his demeanor while he's talking.

13    A.    He definitely was very passionate about what he was

14    talking about and -- yeah, he spoke very emphatically.

15    Q.    Did you -- was the conversation about Chechnya or Islam or

16    other things?

17          MR. WEINREB:  Objection, your Honor.

18          THE COURT:  Yes, sustained to the form of the

19    question.

03:31 20    BY MR. WATKINS:

21    Q.    If you can talk more specifically about what the

22    conversations were about, what you remember.

23    A.    No, I don't remember him talking about Chechnya.  I

24    remember him just -- he was certainly relating things that the

25    United States has brought to religion and -- yeah, I don't

1    exactly remember what he was critical of.  I just remember him

2    being critical.

3    Q.   Did he talk about the concept of respect and --

4         MR. WEINREB:  Objection, your Honor.

5         THE COURT:  Sustained.

6    BY MR. WATKINS:

7    Q.   At some point did another -- a person come in to Angelo's

8    Pizza?

9    A.   Yeah.

03:32 10    Q.   And tell us -- was that also a person you knew?

11    A.   Yeah.  His name's Albrecht (ph) or Albritch (ph).

12    Q.   And do you know his last name or really any other

13    information?

14    A.   I -- based on Facebook, I think his last name is Kerlow

15    (ph) or something.  I don't know what his last name is.

16    Q.   And how did you know him?

17    A.   I knew him from Rindge and Latin.  We were in Model UN

18    together.  I knew him as a German exchange student or German

19    student studying in Cambridge.

03:32 20    Q.   And would you describe him as an acquaintance or a friend?

21    A.   Yeah, an acquaintance.

22    Q.   So when Albrecht came in, what happened?

23    A.   He came in.  He greeted me.  He didn't greet Tamerlan, and

24    I guess Tamerlan took offense to that.

25    Q.   When you say you guess Tamerlan took offense to that,

1    explain.

2    A.   He said something along the lines of like what Albrecht

3    did, you know, in greeting me and not greeting him or -- you

4    know, if a person does that, it's disrespectful or not

5    honorable, something along those lines.

6    Q.   Now, did you and Tamerlan continue to talk about various

7    subjects?

8    A.   Yeah.

9    Q.   And was Albrecht also eating?

03:33 10   A.   Yeah.  Albrecht, you know, he ordered and -- he wasn't

11   eating with us, but he sat down behind us -- behind me.

12   Q.   Did Albrecht join the conversation at some point?

13   A.   Yeah.  Albrecht, I guess, overheard the conversation and

14   stood up and challenged what Tamerlan was saying.

15   Q.   Challenged him about what Tamerlan was saying about what?

16   A.   He challenged the things that Tamerlan was saying about,

17   you know, the things that America does abroad and I guess the

18   virtue of his religion.  He said something along the lines of

19   that women aren't treated with respect in his religion.

03:34 20   Q.   Who said that?

21   A.   Albrecht said that.

22   Q.   Did the conversation become more heated?

23   A.   Yeah.

24   Q.   And explain -- describe what you saw.

25   A.   That it was clear that that upset Tamerlan.  He got up and

1    sort of left me where I was sitting, and they started having a

2    conversation, and he got up and sort of in his -- in Albrecht's

3    face, and they were arguing pretty close together.

4    Q.   Was there a time where Tamerlan actually physically

5    touched Albrecht?

6    A.   Yeah, he was poking him in the chest, and Albrecht

7    appeared to be a little scared, to me.  He asked him not to do

8    that.  He asked him not to poke him.  I remember that.

9    Q.   Can you show the jury what you saw of Tamerlan?

03:35 10   A.   Just poking him in the chest while he was talking to him.

11   Q.   And how does Albrecht's stature compare to Tamerlan?

12   A.   He was a small guy, probably shorter than I am and

13   definitely not as big.

14   Q.   So they continued to engage in a discussion?

15   A.   Yeah.

16   Q.   And what happened after that?

17   A.   You know, they argued for a bit, and they went outside and

18   continued to argue.  I followed them outside and was just sort

19   of spectating.  I thought it was kind of bizarre and

03:35 20   interesting.  And basically, the argument calmed down a bit,

21   and they went their separate ways.

22   Q.   How long outside of Angelo's did they continue to talk?

23   A.   I don't know, five or ten minutes.

24   Q.   After Albrecht left, did you talk to Tamerlan some more?

25   A.   Yeah, I talked to him for a bit.

```
 1    Q.   And what was the conversation there?
 2    A.   Still a lot of the same stuff, you know, foreign
 3    policy -- American foreign policy-type stuff.  And he -- I kind
 4    of let him know that I had my own criticisms of American
 5    foreign policy and that I couldn't really agree with everything
 6    that he was saying.
 7    Q.   Other than telling him that you couldn't agree with
 8    everything he said at the end there, did you engage in much
 9    back-and-forth with him?
10    A.   Yeah.  I mean, a little more back-and-forth than earlier
11    on.
12    Q.   When you were inside, was it a one-sided conversation
13    between the two of you?
14    A.   Yeah, it was more one-sided.
15    Q.   All right.  Once you spoke for a little while outside of
16    Angelo's Pizza, did the two of you go your separate ways?
17    A.   Yeah, we went separate ways.
18    Q.   Are you here voluntarily today?
19    A.   No.
20    Q.   Did you receive a subpoena from our office?
21    A.   I did.
22    Q.   If you had not received a subpoena, would you elect not to
23    testify?
24    A.   Yeah.
25              MR. WATKINS:  That's all I have.
```

                          CROSS-EXAMINATION

2    BY MR. WEINREB:

3    Q.   Good afternoon, Mr. Barnes.

4    A.   Good afternoon.

5    Q.   My name's Bill Weinreb.  I'm one of the prosecutors in the

6    case.

7              So you were friends with Louie Freddura?

8    A.   Yeah.

9    Q.   And Tamerlan was friends with Sebastian Freddura?

03:37 10   A.   Yeah.

11   Q.   So Tamerlan was about, what, six years older than you?

12   A.   I don't know how old he was.

13   Q.   But he was considerably older than you?

14   A.   Yeah.

15   Q.   You hadn't overlapped with him in school at all?

16   A.   No.

17   Q.   So it wasn't that -- you weren't really a friend of his,

18   were you?

19   A.   No.

03:38 20   Q.   In fact, when you were first -- you talked to -- when law

21   enforcement interviewed you earlier, you said that when he saw

22   you in Angelo's that day, you weren't even sure he knew what

23   your name was.  Is that right?

24   A.   Yeah, that's right.

25   Q.   So you really can't tell us a lot about Tamerlan, can you?

1    A.    I can tell you what I've told you.

2    Q.    Okay.  But you didn't know him personally.  You weren't

3    intimate with him in any way?  You weren't intimate friends?

4    A.    We weren't intimate friends, no.

5    Q.    You also didn't really know Dzhokhar Tsarnaev very well.

6    Is that correct?

7    A.    I knew him.

8    Q.    You were acquainted with him.  That's what you said?

9    A.    Yeah.

03:38 10    Q.    But you weren't like a regular friend of his?

11    A.    No, we didn't hang out or anything.

12    Q.    And you certainly can't tell us anything about Tamerlan

13    Tsarnaev's relationship with Dzhokhar Tsarnaev?

14    A.    I don't know what their relationship was like.

15    Q.    So in December of 2012, Tamerlan had a slice of pizza with

16    you?

17    A.    Yeah.

18    Q.    And he had some things to say about United States foreign

19    policy?

03:39 20    A.    Yeah.

21    Q.    And you said initially he did all the talking and you did

22    a lot of listening?

23    A.    Yeah, that's right.

24    Q.    But you didn't find what he said particularly compelling,

25    did you?

```
 1    A.    No, I didn't.

 2    Q.    In fact, you told him you didn't agree with him?

 3    A.    I did, yeah.

 4    Q.    And he didn't get violent or try to intimidate you, did

 5    he?

 6    A.    No.

 7    Q.    He seemed to take it well?  He wasn't offended?

 8    A.    No, he wasn't offended.

 9    Q.    Then this other friend of yours, Albrecht, came in to the

03:39 10    restaurant?

11    A.    Yeah.

12    Q.    And sat down behind you?

13    A.    Yeah.  He told me -- I told him that I didn't agree with

14    him after their exchange.

15    Q.    Gotcha.  Okay.  So getting back to Albrecht, he came into

16    the restaurant?

17    A.    Yeah.

18    Q.    And he sat down behind you?

19    A.    Correct.

03:40 20    Q.    And he actually criticized the Muslim religion?

21    A.    Yeah, he did.

22    Q.    And he was a lot younger than Tamerlan, correct?

23    A.    Yeah.

24    Q.    He was younger even than Dzhokhar Tsarnaev?

25    A.    Yeah, I think.
```

1    Q.   He was physically small?

2    A.   Yeah.  I mean, he's smaller than I am.

3    Q.   But he wasn't scared to contradict Tamerlan?

4         MR. WATKINS:  Objection.

5         THE COURT:  Sustained to the form of the question.

6    BY MR. WEINREB:

7    Q.   He contradicted him despite his smaller stature and his

8    younger age?

9    A.   Yeah.

03:40 10   Q.   When Tamerlan responded, indicating that he didn't like

11   what Albrecht had said, Albrecht just kept arguing with him,

12   correct?

13   A.   Yeah.

14   Q.   You testified that Dzhokhar Tsarnaev was a lot quieter

15   than Tamerlan Tsarnaev?

16   A.   Yeah.

17   Q.   So unlike Tamerlan Tsarnaev, Dzhokhar Tsarnaev kept his

18   opinions to himself?

19   A.   As far as I know, yeah.

03:41 20   Q.   But he was also a fighter, wasn't he?

21   A.   Yeah.

22   Q.   He wasn't afraid to wrestle opponents much bigger than

23   him, for example?

24   A.   Yeah.

25   Q.   In fact, he was a leader.  He was the captain of the

```
 1    wrestling team?
 2    A.    Yeah.
 3    Q.    He wasn't someone that, as far as you know, who was easily
 4    pushed around?
 5              MR. WATKINS:  Objection, your Honor.
 6              THE COURT:  Overruled.
 7              THE WITNESS:  No, I knew him to be a pretty good
 8    wrestler.
 9              MR. WEINREB:  No further questions.
03:41 10         MR. WATKINS:  Nothing, your Honor.
11              Thank you.
12              THE COURT:  Mr. Barnes, thank you.  You may step down.
13              (The witness is excused.)
14              MR. FICK:  The defense will re-call Gerry Grant.
15                        GERALD GRANT, duly sworn
16              THE CLERK:  State your name and spell your last name
17    for the record, keep your voice up and speak into the mic so
18    everyone can hear you.
19              THE WITNESS:  Sure.  It's Gerald R. Grant, Junior,
03:42 20    G-E-R-A-L-D, G-R-A-N-T.
21                        DIRECT EXAMINATION
22    BY MR. FICK:
23    Q.    Good morning, Mr. Grant.  Welcome back.
24    A.    Good morning, sir.
25    Q.    Can you just briefly remind the jury where you work?
```

1    A.    I work for the Federal Public Defender's Office.  I've

2    been there for 21 years, just recently went part-time.  And

3    then I also have my own consulting business with computer

4    forensics and mobile forensics.

5    Q.    And the defender office you work out of, it's not the

6    Boston office; it's a different one, right?

7    A.    Yes, it is the Western District of New York, which is

8    Buffalo and Rochester.  And I am stationed in the Rochester,

9    New York, office.

03:43 10   Q.    And can you just briefly describe the kind of work you do

11   as it relates to your testimony today, the subject matter of

12   your testimony?

13   A.    Yes, sir.

14        Everything I do has to do with some type of digital

15   forensics or digital equipment or electronic evidence.

16   Anything that comes into our office with either a mobile

17   device, a computer, any type of computer-connected device I am

18   in charge of handling that, examining it, providing testimony

19   and/or consultation with the attorneys.

03:44 20   Q.    Thank you.  And -- okay.

21        Now, were you provided access to electronic materials

22   produced by the Yahoo company in response to a federal search

23   warrant issued by the prosecution?

24   A.    I was, yes, sir.

25   Q.    And did you review what's commonly referred to as the

1    "return" relating to those materials, the documents that came

2    back in response to the warrant?

3    A.   I did, sir, yes.

4    Q.   And did the return indicate that Yahoo provided emails for

5    the accounts associated with Tamerlan and Jahar Tsarnaev?

6    A.   Yes, sir.

7    Q.   And about how many total emails were contained in the

8    materials received from Yahoo?

9    A.   Between the two different accounts, the Jahar account

03:44 10   contained 5,561 emails, and the Tamerlan account contained 92.

11         MR. FICK:  Your Honor, if I could get the screen up

12   just for the witness, please.

13   Q.   Mr. Grant, I'm going to put a chart up on the screen in

14   just a moment, hopefully.

15         Do you recognize the document that's on the screen

16   right now?

17   A.   I do, sir.

18   Q.   What does this chart -- what does this summary chart

19   depict?

03:45 20   A.   The summary chart indicates the emails that were

21   identified to have transposed between Jahar and Tamerlan,

22   between the accounts.

23   Q.   Is it all of the emails back and forth between Jahar and

24   Tamerlan?

25   A.   There is 21 depicted in this document, but there were two

1    additional emails that were located within the email account.

2    Q.   And the two additional ones, was there something about

3    them that led us to -- or led you to leave them off the chart

4    or led them to be left off the chart?

5    A.   Yes, we left them off the chart because they contained a

6    link to an Internet address, but that Internet address would

7    have been invalid, so it would not have taken us anywhere.

8    Q.   And was -- were the emails addressed to a very, very large

9    number of recipients, not just between the two brothers?

03:46 10   A.   Yes, it definitely was.  It was not just an individual

11   conversation.  There were a number of recipients for the emails

12   indicating even the possibility that this was a spam message.

13   Q.   And did you verify the accuracy of all of the information

14   in this summary chart based on the materials received from

15   Yahoo?

16   A.   Yes, I individually took each one of these items, opened

17   up and processed the actual snapshot files that came from

18   Yahoo, opened each individual email to validate both date and

19   time, the recipient as well as the sender and the subject.

03:46 20        MR. FICK:  And, your Honor, at this time I would ask

21   to admit and publish Exhibit 3316-001.

22        MR. CHAKRAVARTY:  No objection.

23        THE COURT:  All right.  It will be admitted.

24        (Defense Exhibit No. 3316-001 received into evidence.)

25   BY MR. FICK:

1    Q.   This is a little bit more blurry than I had hoped, but

2    I'll just blow up a part of it.  Can you just briefly go

3    through and describe what the various columns depict?

4    A.   Yes.  The first column, date and time, is basically pulled

5    from the individual emails that were opened up from the Yahoo

6    snapshot.  So that information was copied.  That would indicate

7    local time.  So it's been converted to the actual Eastern time

8    zone at that point through the email.

9         The "from" column would be whoever the sender was of

03:47 10   the actual email.  The "to" column, the third one, would be the

11   recipient or multiple recipients, if there were.  And last, the

12   subject was just basically what was in the actual subject field

13   with the other indicators of either a forward or in regard to.

14   Q.   And I think you said there were 21 total emails on this

15   chart.  Is that right?

16   A.   Yes, sir.

17   Q.   And the color scheme here is that the Jahar Tsarnaev email

18   address is in blue and the Tamerlan is in green.  Is that

19   right?

03:48 20   A.   Correct, sir.

21        MR. FICK:  If I could get the screen back just for the

22   witness, your Honor.

23   Q.   Mr. Grant, I'm going to put up on the screen what has been

24   previously marked as Exhibit 3316-02, which I'll represent to

25   you is a multi-paged document.

1          Have you seen this document before?

2     A.   Yes, sir.

3     Q.   And what does this summary chart depict?

4     A.   In order to be able to show the full email message by

5     indicating both the header information, the subject, to, from,

6     and date, as well as the body of the message, if there was any

7     text or links in them, and attachments, this document was

8     created to make it easier so that an individual can look at a

9     single page and see the actual email in its full content.  That

03:49 10    would be very difficult in any other format.

11    Q.   Okay.  And did you verify the accuracy of all of the

12    information in this chart?

13    A.   I did.  I went through each one, one by one, again

14    comparing it to the actual email out of the Yahoo snapshot.  I

15    opened up the individual attachments, if they were a picture.

16    And I also -- if there was a link that I can go to the

17    Internet, I followed that link through, opened it up and

18    verified that it did take you to a valid video or a file and

19    displayed that file.

03:49 20    Q.   In other words, a screen shot from that site was then put

21    into the chart?

22    A.   Correct, sir.

23         MR. FICK:  And, your Honor, at this time I would move

24    to admit and publish 3316-002.

25         MR. CHAKRAVARTY:  No objection.

1          THE COURT:  All right.

2          (Defense Exhibit No. 3316-002 received into evidence.)

3    BY MR. FICK:

4    Q.   And, Mr. Grant, there's only one email on the first page,

5    but does the chart overall contain all 21 of the messages we

6    saw in the previous exhibit?

7    A.   Yes, sir, it does.

8    Q.   And in certain places there are translations.  What's your

9    understanding of where those translations came from?

03:50 10   A.   My understanding is that the translations came from

11   another separate document that was provided from the government

12   to the defender's office.

13   Q.   So briefly, then, this first email dated November 1st,

14   2011, who's it to and who's it from?

15   A.   It's from Jahar to Tamerlan.

16   Q.   And it's essentially forwarding another email message.  Is

17   that fair?

18   A.   Yeah.  As you can -- a couple of ways you can tell if it

19   was forwarded.  There's an indicator in the subject line that

03:50 20   has an FW indicating that somebody forwarded the message, as

21   well as you may also see, within the body of the message, if

22   you forward another one, it will actually contain the

23   individual message that was forwarded inside of the body as you

24   forward it on to the next person.

25   Q.   In any event, looking at the attachment photos in the

```
 1   right column, fair to say that this is simply forwarding a

 2   message containing some pictures of a car, right?

 3   A.    That is correct.  Yes, sir.

 4   Q.    Moving on to the second page of the exhibit, an email also

 5   dated November 1st, 2011, is that a similar kind of message

 6   from Jahar to Tamerlan enclosing car pictures?

 7   A.    Yes, it is.  And it did include car pictures, yes, sir.

 8   Q.    Moving to the third page of the exhibit, an email message

 9   dated April 23rd, 2012.  Who is this to and who's this from?

10   A.    It's from Tamerlan to Jahar.

11   Q.    And does it include an Internet link?

12   A.    It did.  So because it did contain an Internet link,

13   that's what I was following through on the Internet, and then

14   opened up the actual video that it linked to and then had a

15   screen snapshot to indicate on the right.

16   Q.    And can you just read the English-language translation of

17   the text of the message that I just highlighted?

18   A.    Based on what you have highlighted, it says, "Watch this,

19   it's interesting."

20   Q.    And is the screen shot there at the right a fair depiction

21   of what is at that link?

22   A.    Yes, it is.

23   Q.    Moving to the next message dated April 25th, 2012, who is

24   this to -- who is it from and who is it to?

25   A.    It is from Tamerlan to Jahar.
```

1    Q.    Was there another recipient as well?

2    A.    Yes, there's also a Katherine Tsarnaev that was included

3    in this.

4    Q.    And other than the link, is there any message text?

5    A.    There was no message text.  There was just the link only.

6    And again, I followed that link through to validate that that

7    screen shot was accurate and that it did contain that

8    information.

9    Q.    And that's an accurate depiction of the -- what's visible

03:52 10   or what the video is at the other end of that link?

11   A.    Yes, sir.

12   Q.    Moving to the next page of the exhibit, an email dated

13   April 27th of 2012.  Can I ask you to read, if you're just

14   leaving out the sort of Salaam-Alaikum, Islamic greeting --

15   first of all, before I get there, let me -- who's it to and

16   who's it from?

17   A.    It is from Jahar to Tamerlan.

18   Q.    Okay.  And skipping the sort of Salaam-Alaikum greeting,

19   can you read the English part of the message I just highlighted

03:53 20   there?

21   A.    Thank you.  I appreciate you letting me skip that.

22        It says, "Tamerlan, I miss you.  I hope everything's

23   all right.  I can't get through to you no matter how many times

24   I try to call.  Thanks for the video.  Take care of yourself.

25   I'll call today."

1    Q.    Okay.  And does this appear to be a reply to the message

2    we just looked at, based on the body of the message?

3    A.    It does.  It's a reply back from the one that Tamerlan

4    sent, sir.

5    Q.    Moving to the next page of the exhibit, an email dated

6    April 28th, 2012, who is this from and to?

7    A.    It is again from Tamerlan, and it was to Jahar as well as

8    Katherine Tsarnaev.

9    Q.    And the body of the message?

03:54 10   A.    It contained both a typed text message that said, "Check

11   this out," as well as a link to a YouTube video.  Again, I

12   copied that link, pasted it into the Internet, pulled up the

13   actual video, and then this depicts a screen shot of the

14   content of that video.

15   Q.    Did you watch any of this video?

16   A.    I watched all of -- not all of it, but I skipped through

17   it to make sure that it was completed from the beginning to the

18   end and that I can validate that that exact screen shot is what

19   the video contains on that date and timestamp.

03:54 20   Q.    Moving to the next page of the exhibit, an email dated May

21   2nd of 2012, who is this one from and who is this one to?

22   A.    It was from Tamerlan to Jahar.

23   Q.    I'll just ask you to read, again, the English part of the

24   message without the Islamic greeting at the beginning.

25   A.    Okay.  Translation is, "I am doing well" -- and I

1    apologize if I'm not well with that -- "I am educating myself

2    more and more about Islam.  We are working on spreading Islam.

3    In order for an Islamic society to emerge, Islamic spirit and

4    thinking must rein amongst the population.  And here in the

5    Caucasus" -- I think that's what it is; I apologize -- "there

6    are still very many people who live in jahili," [*sic*] and then

7    in parentheses it says, "in ignorance.  But it gets better and

8    better.  More and more people turn back to Islam, and want

9    Islamic ruling shariat."  And then there's like a text note

03:55 10   that just shows the spelling "sharia."  "But ignorance still

11   dominates but not for too long.  We need to practice patience

12   and work on our way to Islam.  Those who help Allah's cause,

13   Allah will help them."

14   Q.   Now, moving to the next page of the exhibit, an email

15   dated May 7th, 2012, who is this to and from?

16   A.   It's from Jahar to Tamerlan.

17   Q.   In response to the prior message?

18   A.   Yes, it was, sir.

19   Q.   And can you just read again the English -- the

03:56 20   non-greeting part of the message before the link?

21   A.   Okay.  It says, "Make Allah S.W.A" -- that's S, period, W,

22   period, A -- "make it easy for the Muslim world, here is an

23   interesting article too."  And underneath it was an actual link

24   to an Internet site, again --

25   Q.   And the picture, the screen capture at the right is what's

1    at that link?

2    A.    Yes, sir.

3    Q.    Moving to the next page of the exhibit, an email dated May

4    7th of 2012, who's that to and from?

5    A.    It is from Jahar to Tamerlan.

6    Q.    And this is the substance of the message that got

7    highlighted on the screen?

8    A.    Yes.  It contains kind of a website, the .ru, and then it

9    says, "It is.  Check it out."

03:57 10  Q.    And this website, this F-O-N-D-I-H-L-A-S, is that, in

11   fact, the same website that the previous link we saw just came

12   from?

13   A.    Yes, sir.

14   Q.    Moving to the next email, an email dated May 28th, 2012,

15   who's that to and from?

16   A.    The top one, this is actually two independent emails on

17   one page.  So the top one is from Jahar to Tamerlan.

18   Q.    And they both -- there's no body text in either email?

19   A.    No, sir.  It was just attachments.

03:57 20  Q.    And the attachments appear to be copies of a woman's

21   passport.  Is that fair?

22   A.    Yes, sir.

23   Q.    Moving to the next page of the exhibit, an email dated

24   June 2nd or -- I'm sorry -- June 5th of 2012.  Who is this one

25   to and from?

```
 1   A.   This is from Tamerlan to Katherine as well as Jahar, and
 2   then there's a third email that's called Karleone, two
 3   thousand --
 4   Q.   The text of the body of the email is what?
 5   A.   It says, "Two interesting articles, must read."
 6   Q.   Can you read the first page of the article?
 7   A.   It says, "One year of" -- I apologize if I can't --
 8   "Sheikh Usam-" --
 9   Q.   Is it Sheikh Usamah?
10   A.   Sheikh Usamah, yes.  And that's "Martyrdom and the
11   Apocalyptic Dream of America."
12   Q.   And the title of the second article?
13   A.   "Sheikh Usamah Bin Laden, The 'Lion of Islam' with a
14   Tender Heart."
15   Q.   And, again, this is an email that Tamerlan sent to Jahar,
16   Katherine, and this Karleone address?
17   A.   Yes, sir.
18   Q.   Moving to the next email dated June 8th, 2012, who is this
19   to and from?
20   A.   This is from Jahar to Tamerlan.
21   Q.   And what's his response there?
22   A.   His response is, "Thanks, it's interesting."
23   Q.   The next email, June 10, 2012, who is that to and from?
24   A.   This was from Tamerlan to Jahar as well as Katherine
25   Tsarnaev.
```

1    Q.   And it's another YouTube link that you've captured at the

2    right?

3    A.   Yes, it is.

4    Q.   Moving to the next email dated June 20th, 2012, who is

5    that to and from?

6    A.   Again, this is another one from Tamerlan to Katherine and

7    Jahar.

8    Q.   Okay.  And here, the screen capture said, "This video is

9    unavailable."  Can you explain how something like that happens?

03:59 10   A.   A couple of different ways it can be taken down.  I tried

11   the link to go to that actual video, and you get this exact

12   screen.  It's just an indication that the video was either

13   removed or the person who originally posted it may have deleted

14   it and taken it down, or there may have been some other reason

15   for it not being available, but it's not playable at that

16   point.

17   Q.   Are you aware of what -- under what circumstances YouTube

18   may remove videos?

19        MR. CHAKRAVARTY:  Objection, your Honor.

04:00 20        THE COURT:  Overruled.  You may answer it.

21        THE WITNESS:  I've seen it where either somebody

22   complains and says it was copyrighted material, they can take

23   it down, or even possibly inappropriate material.

24   BY MR. FICK:

25   Q.   Moving to the next email dated June 26th, 2012, can you

1    read the -- I'm sorry.  Who is it to and from?

2    A.    It's from Tamerlan to Jahar as well as Katherine, and then

3    that third Karleone email.

4    Q.    And then can you read the text of the message?

5    A.    It says, "Check this out."  I'm not sure what the -- you

6    know, "Pious brother, Mashallah."

7    Q.    I'm sorry.  Is that "pious brother"?

8    A.    "Pious brother," yes.

9    Q.    And again here the link is missing, but a little bit of

04:01 10    its title remained.  Is that fair?

11    A.    Yes.  In this case, as you can see, it actually gives you

12    an indication of why the video was taken down.  So YouTube is

13    explaining that it's been terminated due to third-party

14    notifications, so that would have been somebody saw the video,

15    identified it, wrote in to YouTube and said, "This is copyright

16    material," and then YouTube removed it.

17    Q.    And moving on to an email dated August 28th, 2012, do you

18    recognize -- who is this one to and from?

19    A.    Again, this is from Tamerlan to Jahar.

04:01 20    Q.    And is that a screen capture of part of the video there on

21    the right?

22    A.    Yes, it is, sir.

23         MR. FICK:  Your Honor, with the Court's permission, I

24    would actually like to publish just a very brief portion of

25    this link live, if I could.

1          MR. CHAKRAVARTY:  Your Honor, this link -- they don't

2     have a -- they have a recorded version of this link.  I don't

3     know why we need to do a live version.

4          THE COURT:  I'm sorry?

5          MR. CHAKRAVARTY:  We don't need to go to the Internet

6     to get this when the defense has a downloaded version of this.

7          THE COURT:  Yeah, I think we should use --

8          MR. FICK:  Well, the downloaded version is part of a

9     different exhibit.  I suppose I can find it.  One moment.

04:02 10          THE COURT:  I think it's a more cautious way of

11    approaching it.

12          MR. FICK:  Thank you.

13          (Pause.)

14          THE COURT:  Just take it down from the jury while you

15    look for it.

16          MR. FICK:  Sure.  I'm not -- I'm actually not

17    broadcasting my own desktop onto the screen, but that's fine.

18          THE COURT:  I understood you were going to look at

19    another exhibit and find it.  I just wanted to take it down

04:02 20    while you did that.

21          MR. FICK:  Okay.  Thank you.  That's fine, your Honor.

22    Thank you.

23          THE COURT:  When you're ready, let me know.  I'll put

24    it back up.

25          (Pause.)

```
 1              THE COURT:  Are you ready?
 2              MR. FICK:  I am ready.  Thank you, your Honor.
 3              (Video recording played.)
 4      BY MR. FICK:
 5      Q.   And so just returning now, if I could, to the exhibit that
 6      we had up, the page of Exhibit 3316-002, what we just saw is,
 7      in fact, the beginning of the video that you had
 8      screen-captured here, right?
 9      A.   That's correct, yes, sir.
04:04 10 Q.   So that's the -- again, the content of the link sent from
11      Tamerlan to Jahar on August 28th of 2012?
12      A.   Yes, sir.
13      Q.   Moving to the next page of the exhibit, an email dated
14      November 8th, 2012, who's that to and from?
15      A.   It's from Tamerlan to Jahar.
16      Q.   And the text of the message?
17      A.   It says, "Take a look, brother."
18      Q.   And the title of the article or item that was sent?
19      A.   Subhanallah, A Story About the Youngest Sniper of the" --
04:05 20 it's kind of cut off -- "Nusrah Who Fell in a Battle in Hamah
21      at the Age of 15."
22      Q.   Moving to the next page of the exhibit, an email dated
23      November 30th of 2012, who is this one to and from?
24      A.   This one was from Tamerlan to Jahar.
25      Q.   And the text of the message?
```

1    A.    Yes, the top part was the link to the YouTube video, and

2    then below was text that was typed, "Here.  Watch it and

3    share."

4    Q.    And this screen capture that contains "The Day of

5    Judgment, Love Allah" at the top."  Is that a fair and accurate

6    screen capture of the video that is at that link?

7    A.    Yes, sir.

8    Q.    Moving to the next page of the exhibit, email February

9    16th, 2013, who's this to and from?

04:06 10   A.    From Tamerlan to Jahar.

11   Q.    And the text of the message?

12   A.    Again, the top part is an actual YouTube link, and then it

13   says, "Listen and share.  The same version exists in English if

14   you need it."

15   Q.    And the screen capture at the right is an accurate

16   depiction of what lies at that link?

17   A.    Yes, sir.

18   Q.    And finally, the last page of the exhibit, an email dated

19   March 21st, 2013.  Who's this one to and from?

04:06 20   A.    From Tamerlan to Jahar.

21   Q.    And is it the case, again, that the videos that were at

22   those links were no longer available when this exhibit was

23   made?

24   A.    Yes.  This particular email contained two individual links

25   of which the first one, when we followed through, gave the

1    message that it's no longer available.  And this time, though,

2    it stated that the account that posted it has been terminated.

3    Q.   Now, Mr. Grant, did you also have occasion to review a

4    search warrant return for Tamerlan Tsarnaev's YouTube account?

5    A.   Yes, sir.

6    Q.   Can you describe a little bit what is meant by a YouTube

7    account?  What is a YouTube an account, an account on YouTube?

8    A.    Well, YouTube, like any other type of social media, is a

9    way of sharing and being able to have a wall or some type of

04:07 10   main screen that indicates what you may like, the activities

11   that you're doing, if you're posting a video, so you can

12   actually upload your own videos, you can like other people's

13   videos, you can also join or have what's called a subscription,

14   which -- meaning if you like specific videos that a person or

15   another user of YouTube is producing, you can indicate that you

16   like that, and it will then show you those on your main page or

17   in your news feed, similar to like a Facebook.

18   Q.   So is it fair to say it's -- a YouTube account is a way to

19   sort of collect and share material on YouTube with other

04:08 20   people?

21   A.   Typically, yes.

22        MR. FICK:  Your Honor, if I could get the screen just

23   for the witness again.

24   Q.   Mr. Grant, I'm going to show you on the screen what's

25   previously been marked as Exhibit 3315-001.  Can you describe

1    for me what this is?

2    A.    Yes.   This is actually the home screen of the Tamerlan

3    Tsarnaev YouTube account.

4          MR. FICK:   Your Honor, I'd ask that this be admitted

5    and published.

6          MR. CHAKRAVARTY:   No objection.

7          THE COURT:   All right.

8          (Defense Exhibit No. 3315-001 received into evidence.)

9    BY MR. FICK:

04:08 10    Q.    So looking at the screen, we have Tamerlan Tsarnaev's name

11   there.   Is that fair to say?

12   A.    Yes, sir.

13   Q.    And then what does it mean to say this is the home page

14   and this "All activities" bar is listed?

15   A.    It just is an indication with the red underlining showing

16   you that that is the page that you're on.   The YouTube website

17   will basically put the most current page, or the one that

18   you're on, in front of the other pages, kind of like a

19   spreadsheet.   And this just indicates that you're on the home,

04:09 20   and the button indicating "All available," means that you're

21   not filtering anything out.   You're showing everything that's

22   available on the screen.

23   Q.    And highlighting the first entry here, it says Tamerlan

24   Tsarnaev subscribed to a channel, the Merciful Servant.   What

25   does it mean to subscribe to a channel on YouTube?

1    A.   A channel is kind of like a holding area for somebody to

2    post specific, I guess, videos that they want to file under a

3    specific category.  You may be able to associate it with like a

4    hash tag in Twitter.  What happens is, if a person goes into

5    this channel, they're going to see the videos that are posted,

6    and then they can subscribe or say they like it, and then other

7    videos that are in that channel will then show up or be offered

8    in their news feed as a possible thing to look at.

9    Q.   Paging through now to the second page of this exhibit,

04:10 10   this first entry where it says "Tamerlan Tsarnaev added to

11   Islam and liked," and then there's a video there, what does it

12   mean to add -- add to Islam and liked?

13   A.   Well, the "Islam" in this indication indicates a

14   favored -- or a category that was created on the Tamerlan

15   account.  If, during that, you're kind of like putting together

16   your collections, if you like a specific video, you can add it

17   to a certain area in kind of like your own favorites.

18   Q.   Moving now to the next page of the YouTube home page --

19   pardon me one moment -- and is this another video that was

04:11 20   liked on the Tamerlan Tsarnaev YouTube home page?

21   A.   Yes, he indicated that he liked it.

22   Q.   And can you read the caption on the upper pullout that

23   I've just done here?

24   A.   It says, "So fear them not, but fear me if you are true

25   believers."

1          MR. FICK:  Your Honor, if I can get the screen back

2     just for the witness again.

3     Q.   Mr. Grant, I'm putting up what's been previously marked as

4     3315-002.

5     A.   Sure.

6     Q.   Can you describe what this page is?

7     A.   Yes.  This is basically what's considered the play list of

8     the YouTube account.  As I was mentioning, it's kind of like a

9     favorites.  It allows you to create a custom play list of

04:12 10    videos.  It would be equivalent if you have iTunes and you

11    categorize a specific category of music in your iTunes and then

12    you put that music within it.  It's basically a collection.

13         So what would happen is you clicked on the play list;

14    it shows the individual categories that were created for the

15    Tamerlan Tsarnaev account.

16         MR. FICK:  Your Honor, I would ask that this be

17    admitted and published as 3315-002.

18         MR. CHAKRAVARTY:  No objection.

19         THE COURT:  Okay.

04:12 20        (Defense Exhibit No. 3315-002 received into evidence.)

21    BY MR. FICK:

22    Q.   Now, Mr. Grant -- I'll wait for this to come up on the

23    screen.

24         What I've just highlighted lists or contains the

25    various play lists that are on this YouTube page, right?

1    A.    Yes, sir.

2    Q.    And these are categories or play lists created by the

3    user, by the accountholder?

4    A.    Yes, sir.

5    Q.    And so one of the accounts was actually named -- or one of

6    the play lists was actually called "terrorists"?

7    A.    Yes, sir.

8    Q.    And what does it mean that there's this gray box without

9    an actual picture visible there?

04:13 10   A.    Well, if you open up that actual area, it would indicate

11   that the video is no longer available.

12   Q.    For some reason it was taken off YouTube?

13   A.    Yes, sir.

14         MR. FICK:  And then, your Honor, if I could get the

15   screen for the witness, please, one more time.

16   Q.    I'm putting on the screen what's been identified,

17   Mr. Grant, as 3315-003.  What is this?

18   A.    Again, this is just another page on the YouTube.  As we

19   saw before, a person could subscribe to a channel, so when they

04:13 20   do subscribe to a channel, it just keeps a collection of which

21   channels you're subscribed to so that you can quickly access

22   them if needed.

23         MR. FICK:  Your Honor, I'd ask that this also be

24   admitted and published.

25         THE COURT:  Okay.

1           (Defense Exhibit No. 3315-003 received into evidence.)

2    BY MR. FICK:

3    Q.    So, Mr. Grant, are these the four subscribed channels that

4    were on the Tamerlan Tsarnaev page?

5    A.    Yes, sir.

6    Q.    Now, finally, were you provided with access to the

7    forensic image of a cellular telephone identified -- Tamerlan

8    Tsarnaev's cellular telephone identified by the FBI as HTC, the

9    brand, 1B1?

04:14 10   A.    Yes, sir, I was.

11   Q.    And did you extract a file or files and also run some

12   reports about the contents of that phone?

13   A.    Yes, sir.

14         MR. FICK:  I'm going to put up on the screen, just for

15   the witness, if I could, what's previously been marked as

16   3317-1-3.

17   Q.    What is this particular document, Mr. Grant?

18   A.    What I did is I took the physical extraction of the phone

19   that was provided to us and processed it in a program called

04:15 20   Cellebrite Physical Analyzer.  From there, it allowed me to

21   quickly pull out and sort individual categories that come from

22   the phone:  contacts, videos, audios, and those types.  In this

23   case, what I was able to do is then open up that particular

24   class of entries that were in the phone, list them out, and

25   then extract them to an individual report.

1    Q.   And so this particular -- what is this particular report?

2    A.   This one specifically is just for the contacts, indicating

3    that there was 166 contacts within this phone.

4    Q.   And is the tool that you used to extract this report a

5    true -- a reliable tool used by professionals in your field?

6    A.   Yes, it's actually the same tool that was used to provide

7    the extraction.

8    Q.   And did you similarly create reports from this phone for

9    the call log?

04:16 10   A.   Not the call log.

11   Q.   Let me see if I can refresh your recollection.  I'm going

12   to put up Exhibit 3317-1-2.

13            MR. FICK:  Again, just for the witness.

14   Q.   Does that refresh your recollection about extracting the

15   call log?

16   A.   Yes, sir.

17   Q.   Okay.  And did you also extract the -- a list of the audio

18   files on the phone as 3317-1-1?

19   A.   Yes, sir.

04:16 20   Q.   And did you also extract a list of the video contents of

21   the phone as 3317-1-4?

22   A.   Yes, sir.

23            MR. FICK:  Your Honor, without -- I don't necessarily

24   want to publish them now, but I'd just ask that all those be

25   admitted into evidence for the moment, if I could.

            1              MR. CHAKRAVARTY:  No objection.

            2              THE COURT:  All right.

            3              (Defense Exhibit No. 3317-1-1, 3317-1-2, 3317-1-3, and

            4       3317-1-4 received into evidence.)

            5              THE COURT:  We're at one o'clock.  Where are you in

            6       your exam?

            7              MR. FICK:  I'm getting very close.  In fact, the last

            8       issue was one as to which I understand there was an objection

            9       at the beginning of the proceedings today that we should

    04:17  10       probably address before I go there.

           11              THE COURT:  Well, why don't we take the lunch recess,

           12       and we'll discuss that before we reconvene.

           13              THE CLERK:  All rise for the Court and jury.  The

           14       Court will take the lunch recess.

           15              (The Court and jury exit the courtroom and there is a

           16       recess in the proceedings at 1:00 p.m.)

           17              THE CLERK:  All rise for the Court.

           18              (The Court enters the courtroom at 2:08 p.m.)

           19              THE COURT:  Let me see counsel at the side.

    05:25  20              (Discussion at sidebar and out of the hearing of the

           21       jury:)

           22              THE COURT:  Who called this meeting?

           23              MR. FICK:  Well, I think I just -- what I mentioned to

           24       the Court is I understand the subject of a video on the cell

           25       phone -- it's a four-minute-long video of Tamerlan Tsarnaev's

1    voice in the park with his daughter, sort of repeatedly saying

2    "Allahu Akbar" and getting her to repeat it over and over

3    again.

4           We wanted to publish that very short video, and the

5    government, as I understand it, objects.

6           MR. CHAKRAVARTY:  It's four-minutes-something long and

7    it just seems so removed from what the issues are.  I mean,

8    domination -- it could hardly be characterized as domination --

9           THE COURT:  Do you quarrel with the characterization

05:26 10   of what the film shows?

11           MR. CHAKRAVARTY:  No, it does say -- but the issue

12   is -- I assume we're not playing the whole four minutes but a

13   30-second clip.

14           MR. FICK:  It's only four minutes.

15           THE COURT:  Only four minutes.

16           MR. FICK:  I mean, in the grand scheme -- I'll play a

17   bit.

18           THE COURT:  I'll let you do it and if I think you're

19   overdoing it --

05:26 20           MR. FICK:  I'll stop.

21           Thank you, your Honor.

22           MR. WEINREB:  I have another matter I would like to

23   put on the record.  We had some discussions with the defense

24   over the lunch hour with respect to the foreign witnesses who

25   are here.  It has to do with the timing of when they're going

1    to testify.

2         It's currently the intention of the FBI to return the

3    foreign witnesses to Russia on Friday, meaning that they need

4    to testify this week.  At that point they will have been in the

5    country for a week.

6         The FBI is devoting 16 personnel full time to taking

7    care of them, both guarding them as well as protecting them

8    from the press and from others.  It's an enormous expense and

9    distraction for the agency, and that's just part of the expense

05:27 10    that the government has endured.

11        There is ample time between now and the end of

12   Thursday to get all of them on and off the stand, but the

13   defense keeps insisting that they are not sure they are going

14   to be able to get them on the stand by Thursday and they may

15   need to keep them all the way until the following Monday, which

16   would be an additional four days, simply for the convenience of

17   putting off some other witnesses like those who are reading

18   302s and other kinds of lengthy witnesses.

19        So I just want the record to reflect that it is still

05:27 20   our intention that they are all going back to Russia on Friday

21   whether they have testified or not, and the defense can make

22   their decision about whether they want to call them between now

23   and then or not.

24        MR. FICK:  The issue is -- well, first of all, I would

25   say we do intend -- have every intention of calling these

1    witnesses on Thursday.  The issue, though, in terms of timing

2    is not just one of sort of convenience, and we would -- we're

3    not sort of recklessly putting on some other witness in advance

4    to delay them, but rather, the conditions under which their

5    presence was permitted and the conditions under which we're

6    able to interact with them makes it extremely difficult to do,

7    the preparation work, and time consuming.

8         So there's a concern about whether we can be ready on

9    Thursday, but we're certainly making efforts to do so.

05:28 10         THE COURT:  Okay.  Witness-handling is always an issue

11   in cases and it's routinely resolved, and I would expect this

12   will be resolved.  So what -- can you tell me what the gross

13   time would be for the witnesses' testimony?

14         MR. FICK:  I mean, it's still very much a work in

15   progress.  I think we can certainly get them all on and off in

16   under a day.

17         THE COURT:  That's too gross.

18         MR. FICK:  Well, let me think.  There are five of

19   them.  It kind of depends on the length of the cross.  And I

05:29 20   suspect each witness's direct is probably in the neighborhood

21   of a half-hour.

22         THE COURT:  And how many are there?

23         MR. FICK:  Five.

24         THE COURT:  Okay.  Well, let's see how things develop,

25   but I don't think the government's request is an unreasonable

1    one as I heard it.

2              MR. FICK:  I understand.

3              (In open court:)

4              THE CLERK:  All rise for the jury.

5              (The jury enters the courtroom at 2:13 p.m.)

6              THE CLERK:  Be seated.

7              MR. FICK:  Thank you, your Honor.  If I could get the

8    screen back just for the witness again for a moment, please.

9    BY MR. FICK:

05:30 10   Q.   Good afternoon again, Mr. Grant.

11   A.   Good afternoon, sir.

12   Q.   We just introduced four of your reports about Tamerlan's

13   HTC phone, the 1B1.  And there was one more that I neglected to

14   introduce.  I'm going to show you another report on the screen

15   and just ask if you recognize what this one is.

16   A.   Yes.  This is an extraction report of what's considered

17   the Internet history, or the web history of the device.

18   Q.   So in other words, as a smartphone it can surf the

19   Internet and it retains certain information about websites that

05:31 20   are visited?

21   A.   Yes, sir.

22   Q.   And this is also extracted with the tool that you used to

23   create the other reports?

24   A.   Yes, the Cellebrite UFED system.

25              MR. FICK:  Your Honor, I would ask to admit and

1    publish this as 3317-1-5.

2             MR. CHAKRAVARTY:  No objection.

3             THE COURT:  Okay.  It's admitted and published.

4             (Defense Exhibit No. 3317-1-5 received into evidence.)

5    BY MR. FICK:

6    Q.    And so on the screen -- sorry.  I'm going to pull out a

7    different section.  The sort of last bits of Internet history

8    on the phone are depicted on the screen here?

9    A.    Yes, sir.

05:32 10  Q.    And it's a number of web pages referencing articles

11   including, among other things, the marathon bombings?

12   A.    Yes, sir.

13   Q.    And then finally, did you have occasion to extract a video

14   file that was on this phone?

15   A.    Yes.  It actually was a report that included all video

16   files from the device.

17   Q.    Well, there was a report about video files, but then one

18   particular file itself we extracted -- or you extracted, and

19   it's an exhibit marked 3317-1-6.  Do you recall that?

05:32 20  A.    Yes.

21   Q.    So was that a video that was actually taken from the phone

22   itself?

23   A.    Yes, sir.

24             MR. FICK:  Your Honor, I would ask, then, permission

25   to introduce and publish that exhibit as well.

1          THE COURT:  All right.  We resolved that in our

2    discussion.  That will be admitted.

3          (Defense Exhibit No. 3317-1-6 received into evidence.)

4          (Video recording played.)

5          MR. FICK:  Thank you, your Honor.  I have nothing

6    further.

7          THE COURT:  Mr. Chakravarty?

8                    CROSS-EXAMINATION

9    BY MR. CHAKRAVARTY:

05:35 10   Q.   Good afternoon again, Mr. Grant.

11   A.   Good afternoon.

12   Q.   I just have a few things.  That phone from which you

13   extracted this video from, that was Tamerlan's phone found on

14   Laurel Street in Watertown?

15   A.   I'm not sure what the location is.  I was just basing it

16   off of the 1B1 actual folder.

17   Q.   Okay.  And you were able to extract that phone and all

18   that other data that Mr. Fick showed you from that phone?

19   A.   Yes.  I was provided a physical extraction, or physical

05:36 20   copy of the device's memory, and it was processed.  Yes, sir.

21   Q.   That includes the Internet history and that includes the

22   call logs as well as the contacts on the phone?

23   A.   Yes, sir.

24   Q.   And you weren't able to extract any of that data from the

25   defendant's phones, correct?

1    A.   I didn't --

2              MR. FICK:  Objection.  There's no evidence he was ever

3    asked to do it.

4              THE COURT:  Sustained.

5              MR. FICK:  Scope.

6    BY MR. CHAKRAVARTY:

7    Q.   The number of calls that you had between the -- from the

8    call log of the -- of Tamerlan's phone showed that there were

9    actually hundreds of calls that Tamerlan's phone had?

05:37 10             MR. FICK:  Objection to scope.

11   BY MR. CHAKRAVARTY:

12   Q.   Is that right?

13             THE COURT:  Overruled.

14             THE WITNESS:  Yeah, I -- yes, sir.  I -- if I could

15   see the exhibit.

16             MR. CHAKRAVARTY:  If we could call up 3317-1-2.

17   BY MR. CHAKRAVARTY:

18   Q.   Do you recognize this?

19   A.   Yes, sir.

05:37 20   Q.   And I'm sorry, this isn't in evidence yet.

21             So it shows 851 calls, right?

22   A.   Yes, sir.

23   Q.   And of those 851 calls, very few of them, in fact, less

24   than 45, were with numbers that were used by the defendant,

25   right?

1  A.   I did not go into that type of analysis.  All I did was

2  extracted the actual messages, or the call logs themselves, and

3  did not do any detailed analysis on them.

4  Q.   So you didn't count how many calls that he actually had

5  with the defendant?

6  A.   No, sir.

7  Q.   Did you do any analysis to find out who he called?

8  A.   No, sir.

9  Q.   So did you know that, for example, this phone number, that

05:38 10  was the -- Number 2, that was the phone number that the

11  defendant used on the T-Mobile phone that he activated just

12  before the bombing?

13         MR. FICK:  Objection.

14         THE COURT:  Overruled.

15         You may answer it.

16         THE WITNESS:  I recognized the number from other work

17  I'd done, yes.

18  BY MR. CHAKRAVARTY:

19  Q.   In fact, some of it you testified to last time you were

05:38 20  here, right?

21  A.   Correct, sir.

22  Q.   So you do you know that was the phone number that was the

23  defendant's number that he activated a T-Mobile phone just

24  before the marathon bombing?

25  A.   I believe so, yes, sir.

1    Q.    And so you didn't do any further analysis about when he

2    called the defendant?

3    A.    No, sir.

4    Q.    And when the defendant called him?

5    A.    No, sir.

6    Q.    You would agree with me that it was actually a very small

7    proportion of the 851 calls that were with the defendant?

8    A.    I can't agree unless I actually did it.  So unfortunately,

9    no, I cannot agree.

05:39 10    Q.    With regards to the YouTube videos that you showed, that

11    you described for Tamerlan's YouTube account, you would agree

12    with me that there were some religious videos on that YouTube

13    account, correct?

14    A.    I believe they're religious.  I know there were a lot of

15    them that were in a different language and others where people

16    were lecturing.

17    Q.    And that language was Russian, correct?

18    A.    I believe so.  Yes, sir.

19    Q.    Okay.  And you also downloaded some of those videos and

05:39 20    provided them to the government as potential exhibits, correct?

21    A.    Yes, sir.

22    Q.    And some of those videos were actually dance videos.  Is

23    that fair to say?

24    A.    I don't recall.  I believe so.  There may have been a

25    couple of dance ones.  I don't recall off the top of my --

1    Q.   Do you recall a dance remix video from 2012?

2    A.   It sounds familiar.  I can't state yes or no on that.

3    Q.   The YouTube site that you showed us had also indicated

4    that some of the videos had actually been followed by people --

5    by many people, and there's actually a number on the YouTube

6    site that shows how many people followed it, correct?

7    A.   Yes, there is.

8            MR. CHAKRAVARTY:  Can we just call up 3315-01?

9    Q.   And so, for example, this number here means that there are

05:40 10   320,321 subscribers to that channel, correct?

11   A.   Correct.

12   Q.   Of which Tamerlan Tsarnaev was but one, correct?

13   A.   Correct.

14   Q.   And then there were other videos.  Like, you know, this

15   video appears to be a humorous video?

16   A.   Yes, sir.

17   Q.   So there's a variety of different activities on that

18   YouTube site, right?

19   A.   Yes.  Yes, sir.

05:41 20   Q.   And you don't have any evidence that Dzhokhar Tsarnaev was

21   going to this YouTube site, correct?

22   A.   Not to -- to this site?  No, I don't have any evidence of

23   it.

24   Q.   With regards to the emails that you showed us, I think you

25   testified that there were about 6,000 emails that you looked

1    at.  Is that right?

2    A.   Between the two accounts that were submitted from Yahoo,

3    yes, sir.

4    Q.   So between the 6,000 emails, there are about 20 that you

5    presented to the jury?

6    A.   Twenty-one.

7    Q.   Twenty-one?

8    A.   Yes, sir.

9    Q.   And those are the emails between the defendant and his

05:41 10   brother?

11   A.   Yes, sir.

12   Q.   And occasionally there were two other people who were

13   party to those emails?

14   A.   Yes, sir.

15   Q.   And some of those emails involved the topic of religion,

16   correct?

17   A.   They appeared to be, yes, sir.

18   Q.   And many of those emails included foreign language, an

19   Arabic phrase as a greeting and then also a message in Russian,

05:42 20   correct?

21   A.   Yes, that needed a translation.  Yes, sir.

22   Q.   And you read the translated versions from the Russian?

23   A.   I did, sir.  Yes, sir.

24   Q.   And those emails -- of those 20 or so emails, 21 emails

25   that you described, some of them actually were the defendant

1    writing back to his brother Tamerlan, correct?

2    A.    Yes, they were in response to an email.  Yes, sir.

3    Q.    And in some of those cases, the defendant actually

4    suggested both an article as well as a particular website to

5    look at, correct?

6    A.    I don't believe that they suggested an article.  I think

7    it was a response back to one.  I'd have to look at it to

8    confirm it.

9              MR. CHAKRAVARTY:  Could we go to the Yahoo -- 3316,

05:42 10   please?  Thank you.  Not this particular one.  I'm just going

11   to page down to a particular page.  Thank you.

12   Q.    So you would agree with me, Mr. Grant, that this is an

13   email from the defendant to his brother?

14   A.    Yes, sir.

15   Q.    And do you see where it says "Inshallah make Allah s.w.a.

16   make it easy for the ummah," and then there appears to be a

17   hyperlink to an article?

18   A.    Yes, sir.

19   Q.    And then on the right-hand side you described that you

05:43 20   created a screen shot for that link, to wherever the article

21   went to, correct?

22   A.    Yes, sir.

23   Q.    And so this appears to be -- I'll zoom in a little more --

24   a page that is in both Arabic as well as in some kind of

25   Cyrillic writing?

1    A.    It appears so, yes, sir.

2    Q.    And you would agree with me that it appears to be

3    religious in nature, judging by the photograph?

4            MR. FICK:  Objection.

5            THE COURT:  Overruled.

6            You may answer it.

7            THE WITNESS:  It's hard to tell.  It looks it.  I

8    mean, it's hard to see from here what actually that is.

9    BY MR. CHAKRAVARTY:

05:44 10   Q.    Hard to see what's in the photograph, you mean?

11   A.    Yeah.  It's like a gathering.

12   Q.    Okay.  It's a gathering around a large box-type structure?

13   A.    It appears to be, yes, sir.

14   Q.    And then there's Arabic writing and then there are

15   passages throughout.  Have you seen the translation of this

16   article?

17   A.    No, sir, I've not.

18   Q.    Okay.  So you only know what was translated that was in

19   the body of the email, correct?

05:44 20   A.    Correct, sir.

21   Q.    Okay.  And so aside from these emails, you don't know what

22   the communications were between the defendant and his brother,

23   correct?

24   A.    I'm not sure -- you mean like other forms or you mean --

25   Q.    Aside from what you've testified to already, the other

1     forms of communication in which the defendant communicated with

2     his brother --

3     A.    No, I only looked at these.

4             MR. CHAKRAVARTY:  That's all I have, your Honor.

5             MR. FICK:  Nothing further.

6             THE COURT:  All right, Mr. Grant.  Thank you.  You may

7     step down.

8             THE WITNESS:  Thank you, sir.

9             (The witness is excused.)

05:45 10         MS. CLARKE:  Your Honor, we call Judith Russell.

11                    JUDITH RUSSELL, duly sworn

12            THE CLERK:  State your name, spell your last name for

13    the record, keep your voice up and speak into the mic.

14            THE WITNESS:  Judith Russell, R-U-S-S-E-L-L.

15                       DIRECT EXAMINATION

16    BY MS. CLARKE:

17    Q.    Good afternoon.

18    A.    Good afternoon.

19    Q.    We've got two forms of water up there for you.

05:46 20    A.    I like that.  Thank you.

21    Q.    Let me just help the jury know who you are.  You're

22    Katherine Tsarnaev's mother?

23    A.    I am.

24    Q.    Katherine was married to Tamerlan Tsarnaev?

25    A.    That's right.

1    Q.    So you were -- he was your son-in-law?

2    A.    Correct.

3    Q.    So let's tell the jury just a little bit more about your

4    background.  Can you tell us the state where you live?

5    A.    I live in Rhode Island.

6    Q.    And what do you do for a living?

7    A.    I'm a nurse.  I work in a public charter high school.

8    Q.    Registered nurse?

9    A.    I'm a registered nurse, yup.

05:46 10    Q.    And how long have you been a nurse?

11    A.    Many years.  Twenty-odd.  25, 28 years.

12    Q.    And at some point you were married to a doctor?

13    A.    Correct.

14    Q.    Are you still married?

15    A.    We are.

16    Q.    Are you living together?

17    A.    No; we're separated.

18    Q.    And what kind of a doctor was he?

19    A.    Emergency room doctor.

05:47 20    Q.    And do you have children other than --

21    A.    We have three girls, yup.  Three girls are all in -- adult

22    now.  And two are in college, in Rhode Island.

23    Q.    And where's Katherine in that --

24    A.    She's the oldest.  The oldest.

25    Q.    And the other two are in college?

1   A.   Correct.  Uh-huh.

2   Q.   And you also have -- any grandchildren?

3   A.   Yup.  One four-and-a-half-year-old granddaughter.

4   Q.   And that is?

5   A.   Katherine's daughter.

6   Q.   Do you -- you call Katherine "Katherine" or do you call

7   her "Katie"?

8   A.   I call her "Katie" and "Katherine" depending on the day,

9   or just what comes out.

05:47 10   Q.   Or the mood?

11   A.   Maybe.

12   Q.   So you call her "Katherine" and "Katie"?

13   A.   Yes, correct.

14   Q.   Can you tell us just a little bit about Katie/Katherine

15   growing up?

16   A.   She was the oldest.  She was always pretty independent

17   minded, liked sports.  She was actually into music.  She was in

18   the jazz club in middle school.  And she was very much into

19   ballet.  That became a passion for her for a number of years.

05:48 20   Seven years, probably.

21   Q.   And Katherine at some point graduated from high school and

22   went to college?

23   A.   Yup.  She went -- graduated high school and decided to go

24   to Suffolk in -- here in Boston.

25   Q.   And can you remember about when she went to Suffolk?

1    A.   I'm really bad at dates.

2    Q.   Yeah.

3    A.   Sorry.

4    Q.   All right.

5    A.   After high school.

6    Q.   After high school.

7         What do you know about when Katherine first met

8    Tamerlan Tsarnaev?

9    A.   They met, I believe, through a roommate of hers at the

05:48 10   time.  I think she was a freshman up at Suffolk.  And they went

11   out to a club and she met him there.

12   Q.   And did you follow with her -- did you talk to your

13   daughter about the nature of her relationship with Tamerlan?

14   A.   Yeah.  I mean, she didn't talk a lot about it, but at some

15   point, you know, I found out she had been seeing him.  And she

16   told me he was from Russia, and I think she told me he was in

17   school.  And then over time I kind of learned that he really

18   had only been at school -- at college -- I still don't really

19   know -- but a very little bit.  And so he wasn't in school

05:49 20   really when she was dating him at the -- at all, yeah.

21   Q.   So what was the nature of their relationship?

22   A.   Well, I think she -- I don't know how serious it got when,

23   and I can't remember dates, but by the time she -- she told me

24   a couple of times she was seeing him, I got the idea that it

25   was -- she really cared for him.  So at some point I decided we

1   should meet him.  So we invited him down to our house on a

2   weekend for, you know, a family meal.

3   Q.   Before you met him, had there been an on-and-off sort of

4   nature to the relationship?

5   A.   Again, I'm sorry, I get confused, but there had been

6   on-and-off.  But, yeah, before I met him at our house, I don't

7   think I knew that there was any on-and-off.  I think that was

8   after I met him.

9   Q.   Okay.  So you suggested to your daughter that maybe you

05:50 10   wanted to meet this guy that she's dating?

11   A.   Uh-huh.

12   Q.   Can you tell the jury a little bit about that meeting with

13   Tamerlan?

14   A.   Yeah.  We invited him down on a weekend.  And Katie was

15   living up in Boston, at Suffolk.  So I think I might have

16   invited them for two or something on Sunday afternoon.  And

17   they got there really late, maybe an hour and a half late.  And

18   I had communicated -- tried to communicate some, but I hadn't

19   gotten through.  And then they called and -- you know, so it's

05:50 20   the first time I'm meeting him and they came really late and

21   they said something like, "We drove the wrong way on 95."  And

22   it seemed kind of -- it bothered me, it irritated me, and it

23   wasn't a good way to start off.

24   Q.   Was punctuality a big thing for you?

25   A.   Yeah, I've always valued punctuality.  And I don't know,

1    it didn't seem like a good way to start off.  But it wasn't a

2    big deal.  But then it was hard to get to know him, and he

3    didn't really seem interested in getting to know us, so it

4    didn't start off on a really good footing.

5    Q.   And then how did the relationship between Katherine and

6    Tamerlan progress?

7    A.   I think she got more serious about him but there had

8    been -- they broke up once because I think she found out that

9    he had cheated on her.  And we -- the family kind of tried to

05:51 10   advise her not to get back with him and it didn't work.

11   Q.   What do you mean the family tried to advise her not to get

12   back with him?

13   A.   We weren't real happy with her choice in the relationship.

14   So we thought -- you know, we found out he cheated on her and

15   we thought this is a good opportunity, you know, break it off.

16   Don't stay with him.

17   Q.   Was it only because of the cheating that made you not

18   happy with the relationship?

19   A.   No, I didn't -- I didn't really want her to be with him.

05:52 20   I didn't think they were a good match.  He didn't seem to have

21   any -- the only thing he had passion -- really was driving him

22   was boxing at that point.  So he didn't really have a job

23   and -- I don't know.  I didn't want her to be with him.  The

24   cheating was, you know, a big cause, yes.

25   Q.   It was part of it?

1    A.    It was part of it.

2    Q.    Did there come a time when you got a telephone call from

3    one of her -- Katherine's roommates about --

4    A.    There was a time, yeah, when I got a call from one of the

5    roommates' mother saying that they were upset -- the girls were

6    upset, the other roommates, and really concerned because they

7    thought that Katie was in a domestic --

8              MR. WEINREB:  Objection, your Honor.

9              THE COURT:  Let me see you briefly.

05:53 10           (Discussion at sidebar and out of the hearing of the

11   jury:)

12             THE COURT:  First I want to know what you think she'll

13   say.

14             MS. CLARKE:  I know what she'll say.  She got a

15   telephone call from one of the parents of Katherine's roommates

16   who reported that their daughter had reported that Tamerlan was

17   physically abusive to Katherine.

18             MR. WEINREB:  Your Honor, there's hearsay and there's

19   hearsay, and this is multiple layers of hearsay so that it is

05:53 20   presumably the friend of Katherine who may have heard it from

21   Katherine reporting to her own mother who was then reporting to

22   this person.  Who knows how much the story changed over time.

23   There's no possible way for the jury to evaluate the

24   truthfulness or the reliability of that given that far removed

25   from the original source is not here to be cross-examined about

1    it.

2              MS. CLARKE:  Well, I don't know that it's coming in

3    for the truth of the matter asserted; it's hearsay regarding

4    Tamerlan.  But the government knows as well as we know that

5    this is corroborated by an email that one of the roommates sent

6    to a family member about Tamerlan being abusive to Katherine,

7    this incident, and the roommates moved out.

8              So that's been -- I mean, it's not a hearsay sort of

9    pulled out of the air.

05:54 10          MR. WEINREB:  And we have moved to exclude that email

11   because it's based on something that the individual in question

12   didn't see or witness, just heard something and surmised that

13   that was going on.  We also know that Katherine Tsarnaev

14   herself had firmly denied that.

15             MS. CLARKE:  And her mother's going to say that.

16             MR. WEINREB:  Yeah.  But I think you're talking about

17   something with great potential to confuse or mislead the jury

18   unless the truth of it is known, and nobody who actually has

19   firsthand knowledge about it is going to testify.  So the jury

05:55 20   is going to be asked to draw conclusions based on second- or

21   third-hand information about something rather significant, and

22   it's not a proper basis for them to --

23             THE COURT:  Okay.  Well, as a general matter we're

24   going to be somewhat forgiving of hearsay, but I think multiple

25   layers is a little too far, so I'll exclude it.

1          MS. CLARKE:  Your Honor, what I planned on going to

2     next, what she was going to say, was that she got a report from

3     the roommate's mother that Katherine had been abused, so she

4     talked to Katherine about it and Katherine denied it, but it

5     caused her concern as to whether --

6          THE COURT:  No.

7          MS. CLARKE:  I can't do it?

8          THE COURT:  No.

9          (In open court:)

05:56 10   BY MS. CLARKE:

11    Q.   Okay.  Without going into the content of the phone call or

12    what you did thereafter, did that cause you some more concern

13    about Tamerlan?

14    A.   Did the phone call?

15    Q.   Yes.

16    A.   Yes.

17    Q.   And did you do anything to try to dissuade Katherine from

18    the relationship with Tamerlan?

19    A.   I did.  I had a number of -- I wouldn't call them

05:56 20   conversations because, you know -- but I talked to her a number

21    of times about my concerns, uh-huh.

22    Q.   And did it do any good?

23    A.   No.

24    Q.   Did other members of the family think of doing anything to

25    try to dissuade Katherine from this relationship with Tamerlan?

1    A.   Yeah, my sister talked to her, and also I think wrote her

2    a letter with her concerns in it.

3    Q.   And --

4    A.   It didn't make a difference.

5    Q.   After that -- I mean, did you start to notice changes in

6    Katherine?

7    A.   Well, she started to learn about Islam, so that was a

8    change because she hadn't been religious as a child, and she

9    started reading and saying she liked the religion.

05:57 10   Q.   Did she talk with you about it?

11   A.   Not much more -- yes, somewhat.  Uh-huh.

12   Q.   Was that a fast change, a gradual change?  Can you

13   describe it for the jury?

14   A.   It was gradual but -- it's hard to answer.  It was gradual

15   that she started reading more and -- over a few months she

16   started reading more.

17   Q.   And do you know where that came from?

18   A.   Well, she hadn't been interested until Tamerlan, but she

19   said that she really liked it for herself and that she liked

05:57 20   what she read, in reading the books.

21   Q.   So Islam, the religion -- her interest in the religion

22   came from Tamerlan?

23   A.   It came at the same time.

24        MR. WEINREB:  Objection to the question.

25        THE COURT:  It was a leading question.  Why don't you

1    rephrase it.

2    BY MS. CLARKE:

3    Q.    Can you tell us a little bit about -- were you aware of

4    whether or not Tamerlan was religious?

5    A.    When I first met him I didn't think he was, but over time

6    he became much more religious and talked about it much more

7    frequently.  Like anytime I saw him, he would talk about it and

8    try to, you know, show me books and get me to learn about it.

9    Q.    So was this a change in him that you saw over time as

05:58 10   well?

11   A.    He became more involved in reading and talking about

12   religion, yes.

13   Q.    And your daughter did as well?

14   A.    Uh-huh.

15   Q.    Did Katherine's relationship with Tamerlan change your

16   relationship with her?

17   A.    Well, she didn't like that I didn't approve of their

18   relationship, so that became a bit of a problem, yup.

19   Q.    And what did that mean?  What did that mean?  How did that

05:59 20   affect your relationship?

21   A.    Well, we couldn't -- you know, we talked less, probably,

22   because she didn't want to hear what I had to say about it.

23   Q.    So there were topics you just couldn't touch?

24   A.    Uh-huh.

25   Q.    Did Katherine finish college?

1    A.    No, she did not.

2    Q.    And can you tell us why?

3    A.    She got pregnant in her junior year at Suffolk with -- and

4    they decided to keep the baby, so...

5    Q.    With Tamerlan?

6    A.    She got pregnant with Tamerlan's, yeah.

7    Q.    So she dropped out of college after, what, the end of her

8    junior year?

9    A.    Yeah, the end of her junior year.

05:59 10   Q.    And she and Tamerlan got married?

11   A.    They did get married before the baby was born, uh-huh.

12   Q.    Did you go to the wedding?

13   A.    I did not go to the wedding.  No one did.  I mean, no one

14   from our family.

15   Q.    Was that a disappointment?

16   A.    Yeah, it was.  But -- yes, it was.

17   Q.    So would you describe the relationship between you and

18   Katherine and her aunt, your sister, and her as being very

19   close before this time?

06:00 20   A.    It was close.

21   Q.    And did it get strained over the relationship with

22   Tamerlan?

23   A.    We always had contact.  We always kept up.  I mean, there

24   were things we couldn't talk about, so there was some strain,

25   but we didn't -- it wasn't -- we stayed supportive -- you know,

1    overall supportive.

2    Q.   When Katherine finished her junior year pregnant, where

3    did she --

4    A.   She moved back home to our family room.

5    Q.   In Rhode Island?

6    A.   In Rhode Island.

7    Q.   Even though she and Tamerlan got married?

8    A.   That's correct.

9    Q.   And where did Tamerlan stay?

06:00 10   A.   He was living in Cambridge with his family.

11   Q.   Did you see him?

12   A.   Yup.  He would come down and visit on the weekends.  Not

13   every weekend, but he would come down and visit to see Katie

14   during the pregnancy and after the baby was born.  So I did see

15   him, yes.

16   Q.   How long did Katherine, or Katie, stay with you?

17   A.   Until the baby was about ten months old.

18   Q.   And how come after ten months?

19   A.   I mean, at that point, you know, ten months, she was doing

06:01 20   all right as a mother.  She'd been there, what, ten months, ten

21   months, you know, quite a long time.  And it just seemed time

22   to go.  And she suggested it.  I thought it was time that he

23   supported his -- you know, his wife and daughter.  And so she

24   moved up to Cambridge.

25   Q.   Did you get to know -- did Katherine talk about Tamerlan's

1    family at all?

2    A.    She talked about them.

3    Q.    And what did you learn?

4    A.    When I first met -- when I first heard about the family,

5    she had said that Tamerlan's father was a lawyer, and then it

6    turned out that she said he bought his law degree but she said

7    that was typical over, you know, where they came from, Dagestan

8    or Chechnya.  And then I learned that he was a mechanic in

9    Cambridge, you know, on his own.  And then I just learned his

06:02 10    brother was in high school and his mother did home-care.

11    Q.    Was Katherine as forthcoming with you about the Tsarnaev

12    family and her relationship with Tamerlan over time or did she

13    sort of begin to shut down with you?

14    A.    Yeah, over time she told me it wasn't correct to talk

15    about people's private business or family, their

16    own -- don't-talk-about-people type of thing, so it became a

17    little off-topic, yeah.

18    Q.    Did it worry you that that was isolating her?

19          MR. WEINREB:  Objection, your Honor.

06:02 20          MS. CLARKE:  I'll rephrase.

21    BY MS. CLARKE:

22    Q.    Did you have any worries in terms of how private she was

23    becoming?

24    A.    Yeah, she was very cut off from a lot of the things she

25    had been involved in earlier in her life with the marriage and

1    relationship.

2    Q.    And including her family?

3    A.    We stayed in touch.  We stayed supportive overall.  But it

4    was -- you know, I couldn't talk -- I stopped talking to her

5    about the fact that I -- once the baby came, we stopped talking

6    about my feelings about Tamerlan -- yeah, about him.  We just

7    had to rope off some things.

8    Q.    So that -- why did you have to rope things off?

9    A.    Because I didn't want to break off my relationship with

06:03 10    her and lose my daughter and my granddaughter.

11    Q.    Were you aware that -- sometime in 2012 Tamerlan took a

12    trip to Russia?

13    A.    I was aware of it.

14    Q.    Can you tell the jury what you knew about that?

15    A.    I knew that he wasn't working at that point and he decided

16    to go over.  I asked why.  I asked my daughter, I think, why.

17    And she said he wanted to visit family and friends; he hadn't

18    been over there since he moved to this country.  And so I

19    didn't think much of it.  She was staying home working and

06:04 20    taking care of the baby, but it was what it was.  I couldn't

21    stop it.

22    Q.    What was your reaction to him taking a trip to Russia?

23    A.    I thought it was pretty selfish because it was a vacation

24    basically.

25    Q.    And how long was he to be gone?

1    A.   It wasn't clear.  I didn't know.  But it turned out six

2    months, but I didn't know.

3    Q.   When he came back were there more changes that you saw in

4    Katherine?

5    A.   No.  I mean, I don't recall.

6    Q.   Did you see any changes in Tamerlan's level of intensity

7    in religion?

8    A.   I think I only saw him one time or so after that.  Before

9    he went he had been getting more -- his appearance changed.  He

06:05 10   grew a beard and his hair got longer and he wore kind of a cap

11   that he hadn't worn before.  So before he -- and then when he

12   got back I think I saw him once outside in the yard and he had

13   long -- probably longer hair, beard and hair than when he left.

14   Q.   Now, at some point Katherine herself began to cover?

15   A.   To cover, uh-huh.

16   Q.   Can you tell the jury about that?

17   A.   That was when she -- the day that she started was when she

18   was living in Boston in an apartment in her junior year, and

19   that was the day I went up to see her that she was

06:05 20   covered -- she warned me that she was going to start covering.

21   But then when I first saw it, that was the day that they told

22   me that she was pregnant.

23   Q.   So you saw your daughter covering, and that was very

24   different?

25   A.   Yup.

1   Q.   And learned that she was pregnant all in one day?

2   A.   Correct.

3   Q.   What was your reaction?

4   A.   Well, you know, it was -- I wasn't against her adopting

5   Islam because there's nothing wrong with Islam, but I just was

6   concerned about the whole package of what came with it as far

7   as, you know, he didn't really have a job, there was no -- she

8   was -- it just seemed like she was sacrificing an awful lot to

9   be in the relationship.

06:06 10   Q.   I'm going to just -- you described them a little bit.  I'm

11   going to pull up a couple of pictures, if I can, and ask you to

12   tell the jury sort of when she began to go out with Tamerlan.

13           MS. CLARKE:  Your Honor, for the witness only, I

14   suppose, although I don't think there's any objection.

15           THE COURT:  What --

16           MS. CLARKE:  3404.

17           Mr. Weinreb?

18           MR. WEINREB:  There's no objection to 3404.

19           MS. CLARKE:  So we can just --

06:06 20           THE COURT:  You suggested there's more than one.  Why

21   don't we find out.

22           MS. CLARKE:  There's two.  And 3401.

23           MR. WEINREB:  No objection to that one either.

24           THE COURT:  All right.  So both may be admitted, then.

25           (Defense Exhibit Nos. 3404 and 3401 received into

1    evidence.)

2    BY MS. CLARKE:

3    Q.    I'm showing you what's Exhibit 3404.  You probably can't

4    see a number on there.  Do you see it on the screen?  Not the

5    number; the picture.

6    A.    Yes, the picture.

7    Q.    Can you tell the jury about the timing of that?  Or tell

8    the jury first who that is.

9    A.    That's my daughter Katherine and Tamerlan.

06:07 10   Q.    And can you figure out when in her Suffolk years,

11   freshman, sophomore?

12   A.    It was probably sophomore because I remember she dyed her

13   hair when she was living in the North End for a summer.  So it

14   was probably --

15   Q.    So she has blonde hair?

16   A.    Yeah, she dyed her hair platinum blond.

17   Q.    That wasn't her ordinary hair color?

18   A.    Nope.  But she wanted to do it, and she looked happy.  It

19   made her happy.

06:07 20   Q.    And when they first began dating, that's what they looked

21   like together?

22   A.    That's what they looked like, yup.

23   Q.    Let me show you 3401.

24         And about when is that picture?

25   A.    I don't know.  I don't know.  I mean, she's covered and he

1    has his beard so it must have been fairly late.  I'm sure the

2    baby was born.  I don't know when it was but that's --

3    Q.    Perhaps after he returned from Russia?

4    A.    No, it would have been before Russia because when he came

5    back, when I saw him, his beard was more.  I don't know for a

6    fact, but I don't think -- I think this was at the beginning

7    when he had started the growth.

8    Q.    So this is when you began to see the change in Katherine's

9    appearance and his appearance?

06:09 10    A.    She was covering and he started to grow the body hair and

11    he didn't dress as flashy anymore.

12    Q.    Did he talk to you more about Islam and religion and

13    politics?

14    A.    He tried to talk about that every time I saw him.

15    Q.    Can you tell us a little bit about that?

16    A.    I mean, he was always -- from the beginning he always

17    wanted to -- well, he always wanted to talk about how Islam was

18    good, and then over time it just seemed to be more of an

19    obsession or -- it just was really important to him and he

06:09 20    wanted to talk about it every time I saw him for the whole time

21    I was seeing him.  And I didn't let him, but that's what he

22    tried -- you know, he wanted to.

23    Q.    Other topics than Islam?  Politics?

24    A.    Politics.  As far as this country's, you know, politics.

25    About this country's influence and harm to Islamic countries.

1    Q.   Was there any difference in the level of intensity before

2    the trip to Russia and after the trip to Russia?  Now we're

3    talking about late 2012.

4    A.   I would say there was some progression in the time I knew

5    him.  But when he got back, I really don't think I saw him more

6    than one time, and that was outside for a few minutes.  So in

7    the time I knew him, there was progression of his belief system

8    and obsession or passion, yup.

9    Q.   To the point that you couldn't talk to him?

06:10 10   A.   Pretty much.

11   Q.   Could you derail him from those conversations?

12   A.   I mean, I tried with humor and just "I don't want to go

13   there" type of thing, so...  Yeah, I mean, I didn't engage

14   after a time with it, yup.

15   Q.   Ms. Russell, let me ask you, at some point you heard about

16   the Boston Marathon bombing?

17   A.   Yup.

18   Q.   Can you tell us where you were when you heard about the

19   Boston Marathon bombing?

06:11 20   A.   I think I was at work.  I don't -- I mean, I must have

21   been at work, in my car.  I heard it on the radio.  I don't

22   remember.

23   Q.   Patriots' Day is a holiday in Massachusetts but not in

24   Rhode Island?

25   A.   Not in Rhode Island.

1    Q.   The bombing was on a Monday.

2    A.   Uh-huh.

3    Q.   And at some point during that week before you learned that

4    Tamerlan was killed, did you have any thoughts about Tamerlan's

5    role in the Boston Marathon bombing?

6              MR. WEINREB:  Objection, your Honor.

7              THE COURT:  Sustained.

8    BY MS. CLARKE:

9    Q.   Well, could you tell us if you considered that Tamerlan

06:12 10    could be a suspect?

11              MR. WEINREB:  Objection.

12              THE COURT:  Sustained.

13    BY MS. CLARKE:

14    Q.   Were you concerned about Tamerlan and the Boston Marathon

15    bombing?

16              MR. WEINREB:  Objection.

17              THE COURT:  Sustained.

18    BY MS. CLARKE:

19    Q.   Were you concerned about your daughter?

06:12 20              MR. WEINREB:  Objection unless it's whether she was

21    injured or not.

22              THE COURT:  No, you may answer that general question.

23              THE WITNESS:  She was at work that day.

24    BY MS. CLARKE:

25    Q.   And did you reach out to her to find out --

1    A.    I did because she was working in the Boston area.  I

2    wasn't sure exactly where.  So I texted her and asked her if

3    she was all right, and she said she was but she -- and I told

4    her what happened.  I think I told her what happened in the

5    text.  And she said, "Yeah, I didn't know what was going on.  I

6    heard all these" -- she was maybe in Allston.  "I heard all

7    these sirens" and, you know, all this stuff going on.  But she

8    was at work and she was okay.

9    Q.    And at some point during that week did you learn that

06:12 10   Tamerlan had been killed?

11   A.    Yeah, Friday morning early.

12   Q.    And can you tell us how you learned about that?

13   A.    I woke up hearing my other daughter crying in the hall,

14   and, you know, I wanted to know what was going on, and she

15   said, "Katie thinks her husband" -- "Katie thinks that

16   Tamerlan's dead."  And that was early morning Friday.

17   Q.    And what did you do?

18   A.    I tried to make sense of it.  I talked to Becca.  I didn't

19   talk to Katie at that point.  And then I went and ran and put

06:13 20   the TV on.  And at that point I saw pictures and I saw who it

21   was.

22   Q.    Had you seen the pictures --

23   A.    I saw the pictures on Thursday night.

24   Q.    And what did you think when you saw them then?

25   A.    I still insist, but I guess I'm wrong, that they didn't --

1    they were grainy -- I didn't think it was him.  I'd never met

2    Jahar, and I didn't think it was Tamerlan.

3    Q.   At that point?

4    A.   At that point.

5    Q.   Had you had concerns before that point?

6             MR. WEINREB:  Objection.

7             THE COURT:  Sustained.

8    BY MS. CLARKE:

9    Q.   At the -- Becca, your daughter, receives the telephone

06:13 10   call, and then what did you do?

11   A.   We got in the car to go up to Katie and the baby.

12   Q.   How come?

13   A.   Because if it was him and his brother was -- you know, the

14   whole thing was -- the whole thing was like horrific, and I

15   knew that we needed to get her out of there safe.

16   Q.   So you left Rhode Island to --

17   A.   Driving up to go.  And then it kind of dawned on me that

18   maybe we wouldn't really be able to get there and help her, so

19   we went to my sister's.  And then we called the FBI from there

06:14 20   because we weren't -- like I don't know.  I was in shock.  But

21   we weren't clear if they knew.

22   Q.   If they knew who it was?

23        So you called -- you called the FBI yourself?

24   A.   Yup.

25   Q.   And reported what?

1    A.    That we knew who they were, where they lived.

2    Q.    And were you told to do anything at that point or did you

3    ask --

4    A.    Well, I said, "I want to get Katie out safely, and that's

5    my priority, and, you know, she'll tell the baby, 'You're going

6    to come' and it'll be -- just, like, be safe."  And they said

7    they'd come and escort me up there.  So they came and they

8    questioned us, of course, at my sister's, the FBI, and then

9    they brought us up to Cambridge.

06:15 10   Q.    Did you tell the FBI what you knew?

11   A.    Yeah, everything.

12   Q.    And --

13   A.    Everything I knew, which wasn't much, but I told them,

14   yeah.

15   Q.    So what happened after you talked to the FBI?

16   A.    They brought us to Cambridge.

17   Q.    And were you interviewed by more police?

18   A.    They brought us to the Cambridge Police Department, and

19   they talked to us together and separately.  I was with my

06:15 20   daughter, and then they interviewed me again, questioned me

21   for -- I don't know -- it felt like a long time -- half-hour,

22   20 minutes.  I don't know.

23   Q.    You gave them even the name of Katherine's best friend?

24   A.    I told them whatever I thought would help.

25   Q.    And who was that best friend?

1    A.    Gina.

2    Q.    Gina?

3    A.    Crawford.

4    Q.    How did you get reunited with Katherine?

5    A.    She was at the Cambridge Police Station with the baby, and

6    they let me take her after that, after we'd been interviewed a

7    couple of times -- I mean twice.

8    Q.    Is the -- what's your relationship with Katherine now?

9    A.    She really appreciates that we stayed as a family

06:16 10   supportive of her overall, so we have a pretty good

11   relationship.  I still see her and the baby.  And we do.

12   Q.    Is the Katherine that you knew before Tamerlan returning?

13   A.    She is healing and -- you know, from this experience.

14   Obviously it hasn't been as hard as all the other victims in

15   Boston, but she's getting her life together and is more kind of

16   lighter in spirit and more like the Katie that we knew.

17            MS. CLARKE:  Thank you very much.

18                      CROSS-EXAMINATION

19   BY MR. WEINREB:

06:17 20   Q.    Good afternoon, Ms. Russell.

21   A.    Good afternoon.

22   Q.    My name is Bill Weinreb.  Would you like a minute or --

23   A.    No.

24   Q.    No?  Okay.

25            So when you heard that Tamerlan was going to come to

        1    your house for the first time, you must have been curious as to

        2    what he might be like?

        3    A.    Yeah.

        4    Q.    But that meeting was somewhat of a disappointment?

        5    A.    Yes.

        6    Q.    He was a big talker.  Is that true?

        7    A.    He was a big talker.

        8    Q.    And full of himself?

        9    A.    I'd have to say.

06:17  10    Q.    He liked to brag a lot about his boxing, about himself?

       11    A.    Yes.

       12    Q.    Some people have a very charismatic, magnetic kind of

       13    personality, true?

       14    A.    True.

       15    Q.    But that was not Tamerlan?

       16    A.    He had a certain -- no, he had a certain charm.

       17    Q.    But he didn't pull you in?

       18    A.    No.  No.

       19    Q.    In fact, you thought that Katherine was making a bad

06:18  20    choice by marrying him?

       21    A.    I did.

       22    Q.    You thought she was settling.  Well, she could have done

       23    better, somebody who had maybe more ambitions or more of a work

       24    ethic?

       25    A.    Yeah.  I mean, I didn't think they were a good match,

1    yeah.  Right.  I have to agree.

2    Q.    Okay.  So you said that Tamerlan liked to talk about

3    religion?

4    A.    He did.

5    Q.    He liked to talk about how good Islam is?

6    A.    Uh-huh.

7    Q.    But not in a very interesting way, from your perspective?

8    A.    Well, I don't think it was -- it was not that it was not

9    an interesting way; it was that it was too much.

06:19 10   Q.    Well, so, for example, some people talk about things in a

11   way that kind of draws you in, makes you more interested in

12   what they have to say about it, but with Tamerlan -- is that

13   yes?

14   A.    Some people are, yes.

15   Q.    But not Tamerlan?

16   A.    I was not pulled in.

17   Q.    The opposite?  With all his talk about it, he just pushed

18   you away, correct?

19   A.    Yeah, I think -- yeah, I told him I could decide for

06:19 20   myself what I wanted to learn about it.

21   Q.    He pushed you to read the Qur'an, for example?

22   A.    He encouraged me to.  I didn't.

23   Q.    You didn't read it, though, right?

24   A.    Correct.

25   Q.    And he would have liked you to convert, in fact?

 1    A.    I don't know.  I mean, I would guess that.

 2    Q.    But he certainly wasn't very persuasive about getting you

 3    to adopt his religious beliefs?

 4    A.    I could only answer for me.  He was very -- he put a lot

 5    of effort into it.  He brought different books for me to look

 6    at and left them with me and then would follow up.  And he did

 7    not give up easily on talking about it, but I did not want to

 8    go there.

 9    Q.    And, in fact, you found it annoying?

06:20 10    A.    Well, I did.

11    Q.    It was boring?

12    A.    It was annoying.

13    Q.    Okay.  You finally told him you had had enough at one

14    point?

15    A.    I don't know if there was a cutoff.  I just stopped

16    engaging.  I don't think I said, "You may never speak to me

17    about this again"; I would tell him I don't want to hear it

18    about the politics because I don't like politics.

19    Q.    So if he was trying to get you interested in what he had

06:20 20    to say, he wasn't very successful about it?

21    A.    Correct.

22    Q.    When Tamerlan and your daughter were at your house, they

23    seemed like a normal couple, did they not?

24    A.    Well, I'm not -- what's a normal couple?

25    Q.    Well, they chatted?

1    A.   They chatted, uh-huh.

2    Q.   They watched movies?

3    A.   Sometimes.  Not much but sometimes.

4    Q.   They joked around from time to time?

5    A.   Not much, no.

6    Q.   They played with their daughter?

7    A.   Yeah.  Yeah.  It's fair to say that.

8    Q.   And when you visited Katherine at the apartment that the

9    Tsarnaevs lived at in Cambridge, it was a small apartment,

06:21 10   wasn't it?

11   A.   Reasonably -- yeah, small.

12   Q.   But a decent one?

13   A.   It wasn't bad.

14   Q.   It was clean?

15   A.   It was a lot different than the media presented it, yeah.

16   It was clean.

17   Q.   You actually met the defendant's mother and his sisters at

18   Katherine's baby shower?

19   A.   I met her at my house -- the three of them at my house one

06:21 20   time, at Katherine's baby shower, yes.

21   Q.   Okay.  And at least that one time you met them, they all

22   acted normally?

23   A.   Yup.

24   Q.   You're aware that the -- Tamerlan's sisters moved out of

25   the house at one point?

```
 1    A.    Uh-huh.
 2    Q.    And Katherine told you it was because the mother, their
 3    mother, wanted them to wear the head scarf as well?
 4    A.    I don't remember who told me, but I did come -- and I
 5    don't remember when I heard that, but at some point, yes, I
 6    came to understand that some of the reason for them leaving was
 7    religious pressure from the mother.
 8    Q.    Okay.  And they didn't want to?
 9    A.    I didn't know them.  I only met them once.  I didn't
10    really know what they wanted.
11    Q.    But that was your understanding?
12    A.    That seemed to be the inference, you know.
13    Q.    So they just struck out on their own?
14    A.    I can't comment about what they did.  I know they moved
15    out.
16    Q.    You know nobody forced them to stay?
17    A.    I know they moved out.
18    Q.    But your daughter, she liked Islam?
19    A.    She seemed to like the religion, yes.
20    Q.    Yeah.  You described her as being independent minded?
21    A.    Uh-huh.
22    Q.    She could even be strong-willed?
23    A.    That's independent, yup.
24    Q.    But she told you that she was learning about the Muslim
25    religion, and unlike like the defendant and Tamerlan's sisters,
```

1    she liked the religion?

2    A.    She seemed to like the religion.

3    Q.    And she learned some more about it, from what you could

4    tell?

5    A.    Yes.

6    Q.    And eventually she started wearing that head scarf?

7    A.    Uh-huh.

8    Q.    And, in fact, she still is a practicing Muslim today,

9    correct?

06:23 10   A.    Correct.

11   Q.    And she still covers, as you say?

12   A.    Correct.

13   Q.    And once in a while you talk to Katherine about her

14   political views?

15   A.    A little bit.

16   Q.    And this was both before she met Tamerlan and after she

17   met him?

18   A.    I mean, things come up, yeah.

19   Q.    And, for example, she was against the war in Iraq?

06:23 20   A.    Was she?

21   Q.    Yes.

22   A.    I don't -- I imagine so.  I don't remember a specific

23   conversation about it.

24   Q.    Okay.  But she didn't seem to have very strong political

25   views.  Would that be correct?

1    A.   I don't really talk politics with anyone.  I don't know.

2    Q.   Okay.  So she didn't have strong enough views or she'd

3    talk to you about it all the time?

4    A.   She did not talk to me about it all the time, no.

5    Q.   She didn't talk about religion much?

6    A.   No.

7    Q.   She didn't really seem to have strong views about it

8    either?

9    A.   I think she knew that I didn't really want to talk about

06:24 10   it too much so I don't know -- I can't comment on her views.

11   Q.   Well, for example, she encouraged you to read *Islam for*

12   *Dummies* to learn about it?

13   A.   I had that book on my shelf for a while.  I didn't know

14   where I got it.  I don't know if she encouraged me to read it.

15   Q.   But she didn't try to convert you or anything?

16   A.   No.

17   Q.   In fact, she herself stopped going to mosque after her

18   baby was born?

19   A.   Uh-huh.

06:24 20   Q.   You have to say yes or no.

21   A.   Yes.

22   Q.   And so for years she didn't go?

23   A.   Pardon?

24   Q.   And so for years after her baby was born she didn't go?

25   A.   Correct.  Uh-huh.

```
 1    Q.   Your daughter worked very long hours, didn't she?

 2    A.   She did.

 3    Q.   And so she didn't have a lot of time to socialize --

 4    A.   Correct.

 5    Q.   -- correct?

 6              But she still kept in touch with you?

 7    A.   Uh-huh.

 8    Q.   And with her dad?

 9    A.   (Nonverbal response.)

06:25 10   Q.   And with her aunt?

11    A.   Yes.

12    Q.   And with her sisters?

13    A.   Texts are a wonderful way to keep in touch.

14    Q.   And her friends -- her friend Gina Crawford?

15    A.   Correct.

16    Q.   And when you say that she's now getting back to the

17    Katherine you once knew, you mean the Katherine who is not

18    bereft by the loss of her husband and everything that happened

19    at the marathon?

06:25 20   A.   More than that.  More than that.

21    Q.   All right.  But, in fact, that experience affected her the

22    way it would affect anybody?

23    A.   Correct.

24    Q.   Correct?  And she's recovering from it?

25    A.   Yes.
```

                  1          MR. WEINREB:  No further questions.

                  2          MS. CLARKE:  Just a couple.

                  3          THE COURT:  Go ahead.

                  4          MS. CLARKE:  Thank you.

                  5                    REDIRECT EXAMINATION

                  6     BY MS. CLARKE:

                  7     Q.   Mr. Weinreb asked you about whether you spent time with

                  8     Tamerlan's mother and sisters at the baby shower?

                  9     A.   Right.  At the baby shower.

06:26      10     Q.   So there was a baby shower.  I guess we hadn't talked

                 11     about that.  There was a baby shower?

                 12     A.   In August.

                 13     Q.   At your house?

                 14     A.   Uh-huh.

                 15     Q.   And did you spend any time with Zubeidat, Tamerlan's --

                 16     A.   I sat down for a few minutes with her.  But beyond that,

                 17     she sat kind of aside at the kitchen table, and I was busy in

                 18     the living room, which is open to the kitchen.

                 19     Q.   You were the host?

06:26      20     A.   Yeah, I was the host.

                 21     Q.   And did you have any impressions of Zubeidat?

                 22     A.   I did, but it's a little -- I don't know how -- it was

                 23     years ago and I don't remember, but it just seemed a little

                 24     funny because she seemed a little bit like she was the queen,

                 25     and like sitting there the whole time and then people came up

1    and took turns talking to her.  And I think people were polite,

2    but I think there was some element like she was the queen at

3    the baby shower, like wanting the attention or getting the

4    attention or removed from everyone somehow.

5    Q.    It struck you as unusual?

6    A.    A little funny, yeah.

7    Q.    And the prosecutor also asked you is the -- when I asked

8    you the question about is Katherine returning to the Katherine

9    that you knew, and you said that it's more than just getting

06:27 10   over what happened with the marathon bombing.

11   A.    Yeah, in her relationship with Tamerlan she became more

12   serious, focus -- kind of isolated.  So that is part of what I

13   meant.

14   Q.    So you see her becoming less isolated --

15   A.    Less serious, less -- that's all I can think to say.

16          MS. CLARKE:  Thank you.  I have no further questions.

17   Thank you very much.

18          THE COURT:  Anything else?

19          All right.  Thank you, Ms. Russell.  You may step

06:28 20   down.

21          THE WITNESS:  Thank you.

22          (The witness is excused.)

23          MS. CLARKE:  Your Honor, next we would call Gina

24   Crawford.

25          Your Honor, before Ms. Crawford gets on the stand, may

1    we approach?

2            THE COURT:  All right.

3            (Discussion at sidebar and out of the hearing of the

4    jury:)

5            MS. CLARKE:  Judge, before we get too far away from

6    Ms. Russell, I just want to make a showing as to what I was

7    trying to inquire about.  During the week, between the Monday

8    and the Friday, at some point Ms. Russell thought for a moment

9    that it could have been Tamerlan that bombed the Boston

06:29 10   Marathon, and the reason she thought that was because he had

11   become intensely radical in his views of Islam and politics,

12   and she was aware that the FBI had interviewed him at some

13   point.

14           So she had these immediate concerns, and then she

15   pushed them out of her head because she thought how horrible

16   could it be that she could have that thought about him, her own

17   son-in-law.  So that was the extent of the testimony that I was

18   trying to elicit --

19           THE COURT:  Okay.

06:29 20   MS. CLARKE:  -- 16 weeks to Sunday.

21           MR. CHAKRAVARTY:  While we're here, I'd like to know

22   whether -- concerning Ms. Crawford, whether there's going to be

23   testimony about domestic violence or whether it will be a

24   variety of statements that are hearsay.

25           MS. CLARKE:  I believe she heard about it from -- I

1    think she heard about it from Katherine.

2              MR. CHAKRAVARTY:  I'm not sure --

3              MR. WEINREB:  Katherine never --

4              MR. CHAKRAVARTY:  No, she never admitted it.

5              MR. WEINREB:  Katherine insisted there was never any

6    domestic violence, so she didn't hear it from her.

7              MS. CLARKE:  It wasn't something I was going to ask

8    her about, but it's a good idea.  She knew the roommates and

9    would refer to that, but I don't think I'm going to get into

06:30 10    it.

11              THE COURT:  Any issue with exhibits that you might

12    have?

13              MS. CLARKE:  I don't think so.  There's --

14              THE COURT:  The list says there's photographs.

15              MS. CLARKE:  There's photographs.

16              MR. CHAKRAVARTY:  With regard to some of the texts,

17    the texts were taken by -- written down by an FBI agent during

18    the course of the interview, and the last few --

19              MS. CLARKE:  Here's what I've got, Judge.  This series

06:31 20    of texts were on the 15th of April, and then the last two texts

21    were on the -- I think when Tamerlan was --

22              MR. CHAKRAVARTY:  After he was discovered, but that's

23    not clear from the body of the --

24              MS. CLARKE:  But I think she'll do it.

25              MR. CHAKRAVARTY:  Oh, she will?

1          MS. CLARKE:  Yeah.  And that's how I expect to show

2     it.

3          THE COURT:  Okay.

4          (In open court:)

5                    GINA CRAWFORD, duly sworn

6          THE CLERK:  State your name, spell your last name for

7     the record, keep your voice up and speak into the mic.

8          THE WITNESS:  Okay.  Gina Crawford, G-I-N-A

9     C-R-A-W-F-O-R-D.

06:32 10                    DIRECT EXAMINATION

11     BY MS. CLARKE:

12     Q.   Good afternoon.

13     A.   Hi.

14     Q.   I'm over here.

15          Ms. Crawford, can you tell the jury where you live?

16     Not your address but the state.

17     A.   I live in Rhode Island.

18     Q.   And are you employed?

19     A.   Yes.

06:32 20     Q.   What do you do?

21     A.   I'm a barista at Starbucks.  I also waitress and I nanny.

22     Q.   So you have three jobs?

23     A.   Yes.

24     Q.   And how do you work all that together?

25     A.   I try -- I fit it in.  I'm busy, but it works.

```
 1    Q.   All right.  Do you know Katherine Tsarnaev?

 2    A.   Yes.

 3    Q.   And how do you know her?

 4    A.   We met in elementary school and have been friends since.

 5    Q.   Very close friends?

 6    A.   Yes.

 7    Q.   And do you --

 8    A.   Best friends.

 9    Q.   And do you call Katherine -- what name do you call her?

06:33 10    A.   I call her "Katie."

11    Q.   "Katie."  Have you always called her "Katie"?

12    A.   Yes.

13    Q.   Would you describe your relationship as best friends?

14    A.   Yes.

15    Q.   For a long time.

16    A.   For a long time.

17    Q.   Did you know Tamerlan Tsarnaev?

18    A.   I met him once.

19    Q.   Only once?

06:33 20    A.   Yes.

21    Q.   In the time that Katherine knew him?

22    A.   Yup.

23    Q.   Do you know Jahar Tsarnaev?

24    A.   I don't.

25    Q.   Okay.  So you said you went to elementary school together?
```

1    A.    Yes.

2    Q.    Can you just tell us a little bit about that.  What

3    schools where?

4    A.    We went to Quidnessett Elementary School and then

5    Davisville Middle School and North Kingstown High School.

6    Q.    And did both of your families live in North Kingstown?

7    A.    Yes, we lived a street over.  A street next to each other.

8    Q.    So were your families close?

9    A.    Yes, still are.

06:34 10    Q.    And your mom and Katie's mom are good friends?

11    A.    Really good friends.

12    Q.    Do you remember when you graduated from high school?

13    A.    2007.

14    Q.    Can you describe the Katie that you knew in high school

15    days?

16    A.    In high school?  She was always really fun to hang around

17    with.  We would go shopping, watch movies.  She was really

18    artsy.  Just social.

19    Q.    Did you -- was she religious?

06:34 20    A.    No, not at all.

21    Q.    Did you and Katie go to college together?

22    A.    No.

23    Q.    Where did she go and where did you go?

24    A.    She went to Suffolk in Boston, and I went to University of

25    Rhode Island.

1    Q.   Did you remain in contact when you went to different

2    colleges?

3    A.   Yes.

4    Q.   How was that?

5    A.   Let's see.  We'd see each other every few months or so,

6    talk on the phone all the time.

7    Q.   So you kept in contact?

8    A.   Kept in contact, yes.

9    Q.   I'm going to -- did you come up to Boston to visit Katie?

06:35 10   A.   Yes.

11   Q.   I'm going to show you a couple of pictures just so you can

12   tell us --

13        MS. CLARKE:  And I believe there's no objection to

14   these, your Honor.  3437A and 3437B.

15        If I could move their admission.

16        THE COURT:  Okay.  I understand there's no objection.

17        MR. CHAKRAVARTY:  No objection.

18        THE COURT:  All right.  They'll be admitted.

19        (Defense Exhibit Nos. 3437A and 3437B received into

06:35 20   evidence.)

21   BY MS. CLARKE:

22   Q.   All right.  I'm going to show you, I think, 3437A.  Can

23   you see that okay?  Can you describe who's in that picture?

24   A.   That is myself and Katie.

25   Q.   You can touch the screen and it will -- you can draw a

```
 1   circle around it with your finger.
 2          Can you tell us which one's you and which one's Katie?
 3   A.   Me and Katie (indicating).
 4   Q.   All right.  And do you remember the occasion?
 5   A.   Yes.
 6   Q.   Can you tell us about it?
 7   A.   That was -- we were getting ready to go -- I had met her
 8   in Boston, and we were getting ready to go out for a night.
 9   Q.   Freshman year, sophomore year, do you remember?
10   A.   That was freshman year.
11   Q.   And let me pull up, while we're at it, 3437B.  Is that
12   another picture of you and Katie?
13   A.   Yes.
14   Q.   Is that that same night?
15   A.   Yes, it was.
16   Q.   So that was a weekend that you came up to -- or down to or
17   over to Boston?
18   A.   Yup.
19   Q.   Okay.  All right.
20          When did you first hear the name "Tamerlan Tsarnaev"
21   from Katie?
22   A.   It must have been freshman year, like the middle of
23   freshman -- yeah, winter.
24   Q.   And in what context did you hear it in?
25   A.   She just told me she had met someone at a club, and I
```

```
 1    didn't -- I don't know.  I didn't take it to be anything
 2    serious yet but that was...
 3    Q.    Did it become serious?
 4    A.    They were having fun.
 5    Q.    Did it become serious?
 6    A.    Yes.
 7    Q.    And how did you find out about that?
 8    A.    Let's see.  I knew it was pretty serious when she got
 9    pregnant.
10    Q.    Well, that was pretty serious.
11          (Laughter.)
12    A.    Yes.
13    Q.    Did she talk to you about him before she got pregnant?
14    A.    Yeah.
15    Q.    So, I mean, they dated a couple of years before she got
16    pregnant?
17    A.    Yes.
18    Q.    Was it an on-again/off-again relationship or a fairly
19    constant relationship?
20    A.    Yeah, it was on-again/off-again.
21    Q.    And can you describe that just a little bit?
22    A.    He cheated on her a few times and she found out.
23    Q.    Broke up?
24    A.    Broke up with him, yeah.  I think they broke up for six
25    months or so.
```

```
 1    Q.    What did she say about him?

 2    A.    She said he was a really fun person.  I didn't really --

 3    Q.    Did she introduce you to him before she got pregnant?

 4    A.    No.

 5    Q.    All right.  At some point did that strike you as unusual?

 6    A.    Yes.

 7    Q.    And did you keep saying you wanted to meet him or no?

 8    A.    Yes.  I tried many times.

 9    Q.    And what did Katie say?

06:38 10   A.    Well, she had tried too.  Just one time when I was in --

11    when I was visiting in Boston, and she had called him and he's

12    like, "Oh, but you're with your friend so that's your time."

13    So I took it to be as they kept their lives separate.

14    Q.    And he didn't want to meet you?

15    A.    And he didn't want to meet me.

16    Q.    At some point did you see Katie develop an interest in

17    Islam?

18    A.    Yes.

19    Q.    And can you tell us a little bit about that?

06:39 20   A.    That was -- I knew she was really becoming serious about

21    it when she became pregnant and started covering, but she had

22    been reading the Qur'an and --

23    Q.    Did she tell you why?

24    A.    Why she had --

25    Q.    Gotten interested in Islam?
```

1    A.    Because Tamerlan was Muslim.

2    Q.    And had he wanted her to develop that interest?  Did you

3    know anything about that?

4    A.    I took it as that she definitely was interested as well,

5    but he -- I thought he put that idea in her head, I guess.

6    Q.    Did Katie finish her school at Suffolk?

7    A.    She finished her junior year and then dropped out.

8    Q.    And do you know why?

9    A.    Because she was pregnant.

06:40 10   Q.    And did she and Tamerlan get married?

11   A.    Yes.

12   Q.    Were you invited to the wedding?

13   A.    No.

14   Q.    Was that a disappointment to you?

15   A.    Yes, but it wasn't a big wedding, it was just them, so I

16   just thought it was how the culture was.

17   Q.    Had you expected to be at your best friend's wedding one

18   day?

19   A.    Yes.

06:40 20   Q.    Where did Katie live after she got pregnant?

21   A.    She was in Boston, the North End, I think.

22   Q.    Until she finished her junior year?

23   A.    Yes.

24   Q.    And then where did she move?

25   A.    After she had Zahira she moved home, back to Rhode Island.

```
 1   Q.   So she was living in Rhode Island when she had Zahira?

 2   A.   Yes.

 3   Q.   At some point did you meet Tamerlan's mother?

 4   A.   Yes.

 5   Q.   And can you tell us a little bit about that?

 6   A.   We were taking care of Ziaudy, Ailina's son, and she had

 7   come to drop him off and pick him up.

 8   Q.   And so you met her?

 9   A.   Yes.

10   Q.   And her name?  Zubeidat?

11   A.   Yes.

12   Q.   Did you go to a baby shower for Katie in Rhode Island?

13   A.   Yes, I did.

14   Q.   At Katie's mom's house?

15   A.   Yes.

16   Q.   And was Zubeidat at that baby shower?

17   A.   She was.

18   Q.   Can you tell us a little bit about her there?

19   A.   She was very intense, very -- came off as kind of

20   intimidating.

21   Q.   What do you mean when you say "intimidating"?

22   A.   She spoke a lot about her religion and --

23   Q.   At the baby shower?

24   A.   Yes.  And how she thought it should be.

25   Q.   And you described her as "intense"?
```

       1     A.    Uh-huh.

       2     Q.    Can you tell us a little bit more about that?

       3     A.    I remember a few people got into -- not -- it wasn't an

       4     argument, really, but it was a heated discussion about Islam,

       5     and she was just very set in her opinions.

       6     Q.    Was that uncomfortable?

       7     A.    A little.

       8     Q.    Did you actually talk to her about Islam or avoid the

       9     discussion?

06:42 10     A.    I kind of avoided it with her.

      11     Q.    Do you remember when Zahira was born?

      12     A.    Yes.

      13     Q.    Were you there?

      14     A.    No.

      15     Q.    Did you come visit in the hospital?

      16     A.    Not in the hospital.

      17     Q.    When did you first, then, see Katie and Zahira?

      18     A.    A couple of days after she'd come home.

      19     Q.    And did you meet Tamerlan then?

06:43 20     A.    No.

      21     Q.    When did you meet Tamerlan?

      22     A.    He -- I was at work at Starbucks and he came in to get

      23     coffees for himself and Katie.

      24     Q.    And how did you know it was Tamerlan?

      25     A.    I'd seen pictures and he just looked -- I mean, I knew it

1    was him.

2    Q.    And did he introduce himself?

3    A.    Not -- no, I think I was the first one to say, "Oh, you're

4    Tamerlan."

5    Q.    So is that it?

6    A.    Yeah.  I said, "It was nice to finally meet you, and hope

7    to see more," but that was pretty much it.

8    Q.    And did you ever see more of him?

9    A.    No.

06:44 10    Q.    Katie at some point moved back to Cambridge with Zahira?

11    A.    Uh-huh.

12    Q.    Do you remember when that happened?  Not year-wise, but do

13    you remember when she moved back to Cambridge?

14    A.    Yeah, it was about -- I think like ten months after Zahira

15    was born.

16    Q.    And did you ever come and visit Katie in Cambridge after

17    Zahira was born?

18    A.    Yes, once.

19    Q.    Can you tell us about that?

06:44 20    A.    I came, and no one else at the house was there, and we

21    just walked around Boston and I got to see where she lived.

22    Q.    How often did you visit her in Cambridge after she came

23    back with Zahira?

24    A.    It was just that once.

25    Q.    And you didn't see Tamerlan on that visit either?

```
 1   A.   No.

 2   Q.   Did you visit Katie at all after that first time in

 3   Cambridge?  I mean, did you see her in Boston or in Cambridge?

 4   A.   Not in Boston.

 5   Q.   Where, then?

 6   A.   She had come home a few times back to Rhode Island.

 7   Q.   Bringing the baby with her?

 8   A.   Yes.

 9   Q.   And did Tamerlan come?

10   A.   Yes.

11   Q.   Did you get to see him there?

12   A.   No.

13   Q.   Did you try to spend time with them as a couple?

14   A.   I tried, yeah.  And Katie knew that I would like to, but

15   it never happened.

16   Q.   At some point did you learn about a trip that Tamerlan

17   took to Russia?

18   A.   Yes.

19   Q.   And do you remember when that was?  2012?

20   A.   Around then, yes.

21   Q.   What was your understanding from Katie as to why Tamerlan

22   went to Russia?

23   A.   I wasn't sure exactly, but I thought that he had gone to

24   be with his dad, do something over there.  I didn't know what

25   exactly.
```

1    Q.    While he was gone did you get to spend more time with

2    Katie?

3    A.    Yes.

4    Q.    And when he came back, did you notice any change in Katie?

5    A.    Yes.

6    Q.    Can you tell us about that?

7    A.    She became more intense into Islam, would speak about it

8    all the time.  Like all the conversations we had would always

9    lead there.  She would try and get me to read about it and gave

06:46 10   me a few books on, like, an introduction to Islam.  And I

11   watched a few lectures on YouTube.

12   Q.    Because she asked you to?

13   A.    Uh-huh.

14   Q.    And what was your reaction to all of that?

15   A.    I just -- I mean, it's a lot to think about.  I thought it

16   was interesting to learn about it.

17   Q.    Did you want to be converted?

18   A.    No.

19   Q.    And did you tell Katie to stop talking to you about it?

06:47 20   A.    I never really told her to stop.  It was just -- I mean,

21   that was her life, so...

22   Q.    But there was a growing intensity, it sounds like?

23   A.    Yes.

24   Q.    Was that concerning to you?

25   A.    A little bit.

1    Q.   How come?

2    A.   Just because it became most of what we talked about, and I

3    thought there was more to life than that.

4    Q.   At some point you heard about the bombing of the Boston

5    Marathon, right?

6    A.   Uh-huh.

7    Q.   And did you have contact with Katie that day?

8    A.   Yes, I texted her.

9         MS. CLARKE:  Let me pull up -- and I don't think

06:47 10    there's an objection to 3436A.  Is that correct?

11        MR. CHAKRAVARTY:  That's correct.  No objection.

12        THE COURT:  Okay.

13        (Defense Exhibit No. 3436A received into evidence.)

14   BY MS. CLARKE:

15   Q.   I'm going to show you a document, and I think we reviewed

16   this together.  And can you tell the jury what there is?  This

17   is a summary of something?

18   A.   Yes, this is what we said the day that it happened.  And I

19   was just asking if everybody was okay.

06:48 20   Q.   These are texts between you and Katie on the 15th of April

21   2013?

22   A.   Yes, the day it happened.

23   Q.   And can I get you to read them for the jury?  Can you see

24   them okay?  Can you see them okay?

25   A.   Yes.

1    Q.   Can I get you to read them and tell who's saying what?

2    A.   I said, "Hey.  You okay?"  And she says, "Yes, I'm fine.

3    I'm at work with Zahira.  Thanks."  And then she says, "I'm

4    like eight miles from Boston for work.  Yeah, it's crazy."

5          And then I say, "I can't believe it."  I say,

6    "Everyone you know okay?  People are idiots.  I'd say harsh

7    words but not to you."

8          And she says, "Yeah, as far as I know.  Tamerlan was

9    home in Cambridge."  And then I say, "Okay.  Good."

06:49 10          And then Katie says, "Hmm, well, that's a long story."

11          And I say, "Ha ha.  Touché, touché."  Then Katie says,

12    "Although a lot more people are killed every day in Syria and

13    other places.  Innocent people."

14          And I say, "Yeah, our world is messed up.  People

15    are."

16    Q.   When you got this text back from Katie, what did you

17    think?

18    A.   I thought that it was strange that she was bringing that

19    up in this situation, but she was always very into politics, so

06:50 20    I knew -- I mean, she kept up with the world, what was going on

21    in the world, so...

22    Q.   And had she had conversations with you as part of this

23    growing intensity about these kinds of topics?

24    A.   Not so much about Syria.

25    Q.   But international politics?

1    A.   But international politics, yes.

2    Q.   You had another couple of texts with Katie once you found

3    out about Tamerlan being killed?

4    A.   Uh-huh.

5    Q.   I'm going to show you 3436B.  And that was on the Friday,

6    the 19th of April?

7    A.   Yes.

8    Q.   And these are texts you actually provided to the FBI.  Is

9    that correct?

06:51 10   A.   Yes.

11   Q.   The texts we've already read as well as this?

12   A.   Yes.

13   Q.   Can you read for the jury what you said to Katie by text?

14   A.   I said, "I'm here for you if you need me, Katie.  I love

15   you."  And I said, "We don't have to say anything.  I just want

16   to hug you."

17   Q.   Did you have any response from Katie to those texts?

18   A.   No.

19   Q.   What did you think when you found out Tamerlan was

06:51 20   involved?

21          MR. CHAKRAVARTY:  Objection, your Honor.

22          THE COURT:  Sustained.

23   BY MS. CLARKE:

24   Q.   What did you think when you found out that Katie's husband

25   and her husband's brother were the bombers of the Boston

| | |
|---|---|
| 1 | Marathon? |
| 2 | MR. CHAKRAVARTY:  Objection, your Honor. |
| 3 | THE COURT:  Sustained. |
| 4 | BY MS. CLARKE: |
| 5 | Q.   Have you seen Katie since that -- these texts? |
| 6 | A.   Yes. |
| 7 | Q.   And have you spent time with her? |
| 8 | A.   Yes. |
| 9 | Q.   And is the Katie that you knew before -- |
| 06:52 10 | MR. CHAKRAVARTY:  Objection to the leading nature, |
| 11 | your Honor. |
| 12 | THE COURT:  I haven't heard the question yet. |
| 13 | MS. CLARKE:  Maybe we should write one together. |
| 14 | BY MS. CLARKE: |
| 15 | Q.   Have you seen changes in Katie in the last few months? |
| 16 | A.   Yes. |
| 17 | Q.   And can you tell us what those are? |
| 18 | MR. CHAKRAVARTY:  Objection to relevance, to changes |
| 19 | in the last few months, your Honor. |
| 06:52 20 | THE COURT:  Overruled. |
| 21 | You may answer it.  Go ahead. |
| 22 | THE WITNESS:  I notice she's -- I mean, it's kind of |
| 23 | back to how it was before everything got so intense with her, |
| 24 | with the religion. |
| 25 | BY MS. CLARKE: |

1    Q.   Is she still covering?

2    A.   Yes.

3    Q.   But you see a return to the Katie of pre-intense Islam?

4    A.   Yes.

5    Q.   And can you describe what you mean by that?

6    A.   We don't -- she doesn't try and force me to learn about

7    it, we don't talk about it nearly as much, and it's just we

8    have our own lives that we talk about.

9    Q.   You were interviewed by the FBI?

06:53 10    A.   Yes.

11    Q.   How many times?

12    A.   Twice.

13    Q.   And did you answer their questions?

14    A.   Yes.

15    Q.   And you also testified before the grand jury?

16    A.   Yes.

17    Q.   Subpoenaed by the prosecution?

18    A.   Yes.

19              MS. CLARKE:  Thank you very much.

06:53 20              THE WITNESS:  Thank you.

21              MR. CHAKRAVARTY:  No questions, your Honor.

22              THE COURT:  No questions?  All right.  Thank you,

23    Ms. Crawford.  You may step down.

24              (The witness is excused.)

25              MR. WATKINS:  Your Honor, the defendant would call

 1    John Curran.

 2              (Counsel confer off the record.)

 3              MS. CONRAD:  The defense calls Robert Ponte,

 4    P-O-N-T-E.

 5              (The unidentified witness is sworn.)

 6              MS. CONRAD:  Sorry, your Honor.  That isn't Mr. Ponte;

 7    that's Mr. Curran, so...

 8              MS. CLARKE:  Maybe I can help in the hallway.

 9              MS. CONRAD:  I was wondering why I didn't recognize

06:55 10   him.

 11             (Pause.)

 12             THE COURT:  It's been a long day.

 13             (Laughter.)

 14             MS. CONRAD:  We have to work on our hand signals

 15   better.

 16             (Pause.)

 17             MS. CONRAD:  That's better.  The defense now calls

 18   Robert Ponte.

 19                        ROBERT PONTE, duly sworn

06:56 20            THE CLERK:  State your name, spell your last name for

 21   the record, keep your voice up and speak into the mic.

 22             THE WITNESS:  Robert Ponte, P-O-N-T-E.

 23                        DIRECT EXAMINATION

 24   BY MS. CONRAD:

 25   Q.   Good afternoon, Mr. Ponte.  I'm over here.

```
  1   A.   Oh.  Good afternoon.

  2           (Laughter.)

  3   Q.   Can you tell us, sir, what you do for a living?

  4   A.   Currently I'm a piano teacher, jazz pianist.  For 36 years

  5   I had been the music teacher, jazz and band, at the Cambridge

  6   Rindge and Latin School.

  7   Q.   And that's a public school?

  8   A.   It is.

  9   Q.   And did you, in that job, meet Tamerlan Tsarnaev?

 10   A.   I did.

 11   Q.   And how did you meet him?

 12   A.   He came to me in September -- I can't quite recall the

 13   year at the moment.

 14   Q.   Let me see if I could help you out.

 15   A.   Thank you.

 16           MS. CONRAD:  If I could just have the -- I think -- do

 17   you have it up?  3534A, please, just for the witness.

 18           Never mind.  I'll use a piece of paper.  Maybe not.

 19   I'll use this.  Oh, it's up.  Okay.

 20   Q.   Can you take a look at your screen, please, Mr. Ponte,

 21   and -- let me see if I can make this a little bigger.  Does

 22   that help refresh your recollection?

 23   A.   Oh, yes.

 24   Q.   And what school year was it?

 25   A.   September 2004-2005.
```

1          MS. CONRAD:  Your Honor, I would offer 3543A.

2          MS. PELLEGRINI:  No objection.

3          (Defense Exhibit No. 3543A received into evidence.)

4          MS. CONRAD:  May that be published to the jury,

5    please?

6    BY MS. CONRAD:

7    Q.   And do you see your name on here as one of his teachers?

8    A.   I do.

9    Q.   And if you can just point to that.  If you touch the

06:58 10   screen, it will make a mark and you can circle your name.

11   A.   Did I do that correctly?

12   Q.   No, but let me try it and see if -- is that it right

13   there?

14   A.   Yes.

15   Q.   And what was the class that you taught him?

16   A.   Jazz ensemble, beginning.

17   Q.   And what year was that?

18   A.   That would have been September of 2004.

19   Q.   And drawing your attention to a different part of this

06:59 20   document, can you tell us what grade Tamerlan was in at that

21   time?

22   A.   Grade 11.

23   Q.   And do you know how old he was then?

24   A.   He seemed a little older than most of the students there,

25   but I don't recall exactly.

1          MS. CONRAD:  If I could just have the document camera

2     for a moment just for the witness.

3     Q.   If I could just direct your attention to this record, does

4     that refresh your recollection as to his age in 2004?

5     A.   Okay.  There it is.  So 1988.

6     Q.   Right.  So he would have been in 2004 -- I'm sorry.  It's

7     '86, I think.  Let me zoom in a little more.  It's a little

8     hard to see.  Well, I guess -- does that help you at all?

9     A.   No.  Actually, on my screen it was just reduced, the size

07:00 10   of the document.

11    Q.   That was probably my fault.  How about now?

12    A.   Yes, that's a six.

13    Q.   So in 2004 he would have been -- at the beginning of the

14    school year in September he would have been 17 going on 18,

15    right?

16    A.   Correct.

17    Q.   In 11th grade?

18    A.   Yup.  He would have been just a month shy of his 18th

19    birthday.

07:00 20   Q.   So a little older than most students?

21    A.   In 11th grade?  Yes.

22    Q.   Do you remember what he was like physically?

23    A.   Solidly built boy.

24    Q.   And what was he like?  What was his personality like?

25    A.   He was polite, he was respectful, but he kept himself

1    isolated.  He was not particularly engaged socially.  I tried

2    to reach out to my students.  I like to pride myself on being

3    able to engage them, smile, enjoy the class.  I don't ever

4    recall him smiling in my presence.  I don't recall him engaging

5    any of the students in conversation other than the, you know,

6    most basic logistical issues of "May I borrow that music

7    stand?"  "Where's the sheet?"  Things like that.  No social

8    discourse.

9    Q.    Do you use humor in your classroom?

07:01 10   A.    Yeah, I'm kind of a wiseguy.

11   Q.    Or at least try to use humor in your classroom?

12   A.    Probably the better way to express it.

13   Q.    And could you get a laugh out of him?

14   A.    No.  I put that up to language as much as anything else

15   but...

16   Q.    When you say "language," you knew that he was a fairly

17   recent immigrant, right?

18   A.    He had a strong accent, but we communicated effectively.

19   Q.    And was that unusual at Cambridge Rindge and Latin, for

07:02 20   students to come from another country?

21   A.    Oh, not at all.  Not at all.  They love to talk about how

22   they have at any given time native-born students from something

23   around 40 different countries -- 80 different countries, excuse

24   me -- 40 home languages spoken.  It's a common mantra for the

25   school.  We take pride in it, actually.

1    Q.   So his seeming sort of withdrawn or cut off, did you

2    attribute that to his being a recent immigrant or did you think

3    something else was going on?

4            MS. PELLEGRINI:  Objection, leading.

5            THE COURT:  Sustained.

6            Why don't you try again.

7            MS. CONRAD:  Okay.

8    BY MS. CONRAD:

9    Q.   Well, let me ask this:  What, if any, concerns did you

07:02 10   have about Tamerlan when you observed his demeanor and his

11   interactions or lack thereof?

12   A.   Well, I mean, you get children, students of all types, all

13   personalities, but when you see someone who chooses to set

14   themselves apart, you want to know why.  I mean, we really feel

15   that community is important for these kids, to be a part of

16   something, which was one of the reasons I brought him in.  When

17   I heard his story -- he came to me, asked me to join the group,

18   he really was undertrained for the group at that point, but he

19   seemed impassioned.  He really -- "I want to do this."

07:03 20           I tried to lay out for him why he wasn't the best

21   candidate and normally someone in his situation I wouldn't

22   permit to join this group, not at this level of his piano

23   experience; however, one of the things that I try to do, that

24   the school tries to do, is to engage students in community.

25   And it was clear to me, it seemed clear to me, that he was

1    fairly new to the country, certainly to the school system, that

2    this might be a good opportunity for him.  So I'll often make

3    exceptions for students for various reasons if I think that it

4    might be a benefit.

5    Q.   So can I just ask you to explain a little bit more -- so

6    what is the nature of this class?

7    A.   Well, it's a jazz ensemble.  It meets once per week in the

8    evening.  It's an elective as a music course.  The prerequisite

9    is that you be a solid, reasonably well-trained musician to

07:04 10    begin with because from there you move on into areas of

11   improvisation and creation, arranging, and you have to have a

12   good solid set of basic skills.

13        He had -- my understanding is that he had had one

14   semester of piano class, which really doesn't qualify you, but

15   he was kind of -- I think I used the word "impassioned" before.

16   He made it clear to me he really wanted to try this; he was

17   very interested.  I knew he didn't have a piano at home, at

18   least that's what he told me, so we agreed he would use the

19   piano lab at school whenever he could before and after school.

07:05 20        That's a burden on a student, and we discussed that,

21   and I told him, "Look, I'm going to let you try this.  I want

22   you to have the opportunity.  But to be fair, you need to know

23   this is not going to be easy.  This is going to be a burden on

24   you to keep this up, and we'll have to talk along the way.  So

25   it might be too much for you."  He seemed appreciative of that.

1    You know, he thanked me.  I took him at face value.

2    Q.   And is this a group that performs?

3    A.   They do.  At least twice a year, generally more.

4    Q.   And as the year went on, how did he do?

5    A.   He made a good effort at first.  He kept up more or less

6    in the early stages, but as the work became more sophisticated,

7    it was clear he was having a really hard time keeping up.

8    Q.   Did you make a decision about -- as a result of that?

9    A.   Ultimately.  We met a couple of times for extra help after

07:06 10   school.  He was -- as always, he was respectful, but he wasn't

11   able to keep up with the class.

12         So I made the decision -- there were a couple of -- I

13   guess you could call them warning conversations.  I told him he

14   really needed to try to find a way to get in there to make the

15   work happen.  As I said, we had a couple of extra-help

16   sessions.

17         I finally said to him, "Look, if we don't have some

18   meaningful progress in the next few weeks, I can't let you play

19   in the spring concert.  You're not going to be ready."  This is

07:07 20   a team effort.  I said, "I want to respect what you tried to

21   do, the difficulty of your position, but I can't put you on

22   that stage if you're not ready.  It's not fair to the rest of

23   the ensemble."

24   Q.   How did he respond to that?

25   A.   Well, he didn't yell at me, but he -- I guess it's fair to

1    say he glared at me.  I won't say I was ever nervous in his

2    presence, but I was definitely not being able to read him.  I

3    was uncomfortable.  I never knew how he would respond.  Again,

4    he showed so little aspect of himself in class, it was hard to

5    know how he would respond to any particular situation.

6            He glared at me.  He was not happy.  He argued,

7    respectfully, but the look in his eyes was not pleasant.  I

8    wasn't surprised by that, but not really knowing -- not

9    understanding him the way I felt I did most of my students, I

07:08 10    wasn't sure to what extent he would -- I didn't suspect any

11    sort of physical altercation or out-of-control altercation, but

12    I wasn't comfortable.  I didn't know where he would take that.

13   Q.   Had you, by the way, discussed your concerns about

14   Tamerlan with any other members of the faculty?

15   A.   There was a teacher next door who had met him, and I

16   really don't recall under what circumstances, but we did speak

17   of him a couple of times.

18   Q.   And what concerns were expressed?

19            MS. PELLEGRINI:  Objection.

07:08 20            THE COURT:  Sustained.

21   BY MS. CONRAD:

22   Q.   What concerns did you have about him?

23   A.   He didn't seem to be adjusting socially, at least to the

24   classroom.  I wasn't aware of his situation outside.  But it

25   was very unusual for someone to come in week after week and

1    remain isolated.

2         I'd had many students with language difficulties in

3    the past, but there always seemed to be a way, some touch

4    point, some interface with the other kids somewhere with me,

5    and I never found that with him.

6    Q.   After you had this conversation with him where you felt he

7    was not really able to participate, what happened?  Did he

8    remain in the class?

9    A.   Well, we had a couple of these in advance of his actually

07:09 10   leaving the class.  You know, he made kind of promises that

11   kids make, but it didn't happen and I understood.  I didn't

12   judge him for it.  It was a difficult situation.  When we had

13   the discussion, it was perhaps three weeks, a month before the

14   concert.  As I said, he was not happy --

15   Q.   Did he end up withdrawing from the class?

16   A.   He did.  I made an agreement.  This is an elective.  This

17   is something the kids choose to do at night.  And especially

18   given his unusual circumstances of really not being prepared

19   for the class -- and not his fault, I was trying to help him

07:10 20   out -- I didn't want to ruin his grade point average.

21        I didn't want to put him in a difficult academic

22   position, so we agreed on a gentleman's C.  I said, "I will

23   give you a reasonable grade here.  You did make some effort,

24   but you are in an unusually difficult circumstance."  So that's

25   the grade he left with.  He went to his guidance counselor and

1    had it changed.

2    Q.   When you heard about the Boston Marathon bombing in April

3    of 2013 and you heard Tamerlan's name associated with it, did

4    you recognize the name at first?

5             MS. PELLEGRINI:  Objection.

6             THE WITNESS:  No.

7             THE COURT:  No, you may answer whether you recognized

8    the name.

9             THE WITNESS:  I didn't initially, no.

07:11 10    BY MS. CONRAD:

11    Q.   Did someone contact you and remind you that you had had

12    this interaction with him?

13             MS. PELLEGRINI:  Objection.

14             THE COURT:  Overruled.

15             You may answer it.

16             THE WITNESS:  I received a phone call from a colleague

17    who said --

18             MS. PELLEGRINI:  Objection to what somebody else said.

19    BY MS. CONRAD:

07:11 20    Q.   Did that phone call -- after that phone call, did you

21    recognize the name and the face?

22    A.   Yes.  There was -- I don't know the best way to word this,

23    but following my conversation a lot of memories came flooding

24    back.

25    Q.   And how did you react to the news that someone you had

```
 1    taught had been involved in the marathon bombing?
 2              MS. PELLEGRINI:  Objection.
 3              THE COURT:  Sustained.
 4              MS. CONRAD:  Nothing further.
 5              MS. PELLEGRINI:  I just have a couple.
 6              THE COURT:  Go ahead.
 7                          CROSS-EXAMINATION
 8    BY MS. PELLEGRINI:
 9    Q.   Good afternoon, Mr. Ponte.
07:12 10    A.   Good afternoon.
11    Q.   My name is Nadine Pellegrini.  I'm an Assistant United
12    States Attorney.  I just have a couple of questions for you.
13              So we're talking about a class that Tamerlan Tsarnaev
14    took in 2004?
15    A.   Correct.
16    Q.   This would be nine years before the Boston Marathon
17    bombing?
18    A.   Correct.
19    Q.   And he wanted to be in a jazz ensemble but couldn't play
07:12 20    the piano well?
21    A.   Correct.
22              MS. PELLEGRINI:  I have nothing further.  Thank you.
23              THE COURT:  Anything further?
24              MS. CONRAD:  Nothing further.
25              THE COURT:  All right.  Thank you, Mr. Ponte.  You may
```

1     step down.

2             (The witness is excused.)

3             THE COURT:  Unless Mr. Curran is really short, I think

4     we should recess here.

5             Okay.  We'll call it a day.  Again, remember my

6     cautions, please.  And we'll see you tomorrow and make some

7     more progress.

8             THE CLERK:  All rise for the Court and jury.  Court

9     will be in recess.

07:12 10             (The Court and jury exit the courtroom and the

11     proceedings adjourned at 3:56 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3            We, Marcia G. Patrisso, RMR, CRR, and Cheryl

4    Dahlstrom, Official Reporters of the United States District

5    Court, do hereby certify that the foregoing transcript

6    constitutes, to the best of our skill and ability, a true and

7    accurate transcription of our stenotype notes taken in the

8    matter of Criminal Action No. 13-10200-GAO, United States of

9    America v. Dzhokhar A. Tsarnaev.

10

11   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
12   Official Court Reporter

13   /s/ Cheryl Dahlstrom
     CHERYL DAHLSTROM, RMR, CRR
14   Official Court reporter

15
     Date:  4/27/15
16

17

18

19

20

21

22

23

24

25