UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v.                        ) | Crim. No. 13-10200-GAO |
|                           ) | |
| DZHOKHAR A. TSARNAEV,     ) | UNDER SEAL |
|         Defendant         ) | |

## GOVERNMENT'S MOTION TO SEAL ITS
## MOTION TO STRIKE MITIGATING FACTORS

The United States respectfully moves to seal the attached motion. As grounds therefor, the government states that the motion refers to non-public information.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVEN D. MELLIN
Trial Attorney
Department of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served by electronic mail on Dzhokhar Tsarnaev's attorney, Judy Clarke, Esq., on April 29, 2015.

/s/ William D. Weinreb
STEVEN D. MELLIN