FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS APR 29 AM 10 14

U.S. DISTRICT COURT
MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. 13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | UNDER SEAL |
| Defendant | ) | |

### GOVERNMENT'S MOTION TO SEAL ITS
### MOTION IN LIMINE TO EXCLUDE DIGITAL EVIDENCE

The United States respectfully moves to seal the attached motion. As grounds therefor, the government states that the motion refers to items that were produced pursuant to a protective order.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVEN D. MELLIN
Trial Attorney
Department of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served by electronic mail on Dzhokhar Tsarnaev's attorney, Judy Clarke, Esq., on April 29, 2015.

/s/ William D. Weinreb
STEVEN D. MELLIN