FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS APR 29   AM 10 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. 13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | **UNDER SEAL** |
| Defendant | ) | |

### GOVERNMENT'S MOTION TO SEAL ITS
### SUPPLEMENTAL MEMORANDUM IN SUPPORT
### OF ITS MOTION IN LIMINE TO EXCLUDE EXHIBITS 3200 AND 3200a

The United States respectfully moves to seal the attached supplemental memorandum.

As grounds therefor, the government states that the underlying motion to which the supplemental

memorandum relates is itself under seal, and the supplemental memorandum refers to the same

materials.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:     /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVEN D. MELLIN
Trial Attorney
Department of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document will be served by electronic mail on Dzhokhar
Tsarnaev's attorney, Judy Clarke, Esq., on April 29, 2015.

/s/ William D. Weinreb
STEVEN D. MELLIN