UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
May 1, 2015

O'TOOLE, D.J.

The parties' motions to seal materials related to motions in limine and trial management (dkt. nos. 1336, 1337, 1344, 1345, 1346, 1356, 1357 [1], 1358) are GRANTED, and where relevant, GRANTED *nunc pro tunc*. They respond to motions currently under seal, identify witnesses which, at the defendant's request, have not yet been publicly disclosed, involve information which is not or may not ever be admitted into evidence, relate to information the defense has sought to be addressed privately at sidebar, and/or concern discovery-related matters or material typically under seal, such as FBI 302 reports.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] The substantive motion the government seeks to file under seal to exclude digital evidence (Katherine Tsarnaeva's internet search history and voice recordings) has already been denied on the record.