FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED UNDER SEAL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV   ) | |

### SEALED MOTION TO SEAL EMERGENCY MOTION TO ACCOMMODATE DEFENSE PREPARATION OF FOREIGN WITNESSES

Defendant, Dzhokhar Tsarnaev, respectfully requests the the Court seal the accompanying Emergency Motion to Accommodate Defense Preparation of Foreign Witnesses. As grounds therefor, defendant states that the motion concerns sensitive matters as to which public filing would be disruptive to the trial and the ability of the defense to call witnesses on his behalf.

DZHOKHAR TSARNAEV
By his attorneys

/s/

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

- 1 -

>Miriam Conrad, Esq. (BBO # 550223)
>Timothy Watkins, Esq. (BBO # 567992)
>William Fick, Esq. (BBO # 650562)
>FEDERAL PUBLIC DEFENDER OFFICE
>51 Sleeper Street, 5th Floor
>(617) 223-8061
>MIRIAM_CONRAD@FD.ORG
>TIMOTHY_WATKINS@FD.ORG
>WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document is being served upon counsel for the United States by e-mail PDF on May 1, 2015.

/s/ signature