FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS   MAY 1 PM 4 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No.13-10200-GAO |
| | ) |
| DZHOKHAR A. TSARNAEV, | ) (UNDER SEAL) |
| Defendant | ) |

## GOVERNMENT'S MOTION TO SEAL ITS OPPOSITION TO DEFENDANT'S MOTION FOR ORDERS COMPELLING VARIOUS AGENCIES TO PRODUCE INFORMATION REGARDING THE 2011 WALTHAM MURDERS

The United States, by and through its undersigned attorneys, moves to seal the attached opposition on the grounds that it relates to a sealed search warrant, an ongoing criminal investigation, and other documents that have produced subject to a protective order in this case.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:   /s/ William Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVE MELLIN
Trial Attorney, U.S. Department of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document was served by electronic mail on Dzhokhar Tsarnaev's attorney, Judy Clarke, Esq., on May 1, 2015.

/s/ William Weinreb