UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | (UNDER SEAL) |
| Defendant | ) | |

### GOVERNMENT'S MOTION TO SEAL ITS MOTION IN LIMINE TO EXCLUDE DEFENSE EXHIBITS 3566 AND 3567

The United States, by and through undersigned counsel, respectfully moves to seal the attached motion on the grounds that it relates to materials covered by the protective order in this case that may never be offered into evidence.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:  /s/ William Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
Assistant U.S. Attorneys
STEVE MELLIN
Trial Attorney, U.S. Department of Justice

### CERTIFICATE OF SERVICE

I hereby certify that this document was served by electronic mail on Dzhokhar Tsarnaev's attorney, Judy Clarke, Esq., on May 3, 2015.

/s/ William Weinreb