UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
v.                            )   Criminal Action
                              )   No. 13-10200-GAO
                              )
DZHOKHAR A. TSARNAEV, also    )
known as Jahar Tsarni,        )
                              )
        Defendant.            )
                              )


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


**JURY TRIAL - DAY FIFTY-FOUR**


John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Monday, May 4, 2015
9:17 a.m.


Marcia G. Patrisso, RMR, CRR
Cheryl Dahlstrom, RMR, CRR
Official Court Reporters
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

1   APPEARANCES:

2         OFFICE OF THE UNITED STATES ATTORNEY
          By: William D. Weinreb, Aloke Chakravarty and
3         Nadine Pellegrini, Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
4         Suite 9200
          Boston, Massachusetts  02210
5         - and -
          UNITED STATES DEPARTMENT OF JUSTICE
6             By:  Steven D. Mellin, Assistant U.S. Attorney
          Capital Case Section
7         1331 F Street, N.W.
          Washington, D.C.  20530
8         On Behalf of the Government

9         FEDERAL PUBLIC DEFENDER OFFICE
          By: Miriam Conrad, William W. Fick and Timothy G.
10        Watkins, Federal Public Defenders
          51 Sleeper Street
11        Fifth Floor
          Boston, Massachusetts  02210
12        - and -
          CLARKE & RICE, APC
13            By:  Judy Clarke, Esq.
          1010 Second Avenue
14        Suite 1800
          San Diego, California  92101
15        - and -
          LAW OFFICE OF DAVID I. BRUCK
16        By: David I. Bruck, Esq.
          220 Sydney Lewis Hall
17        Lexington, Virginia  24450
          On Behalf of the Defendant

18

19

20

21

22

23

24

25

1                             I N D E X

2                                Direct   Cross   Redirect   Recross
   WITNESSES FOR THE
3    DEFENSE:

4  RAISAT SULEIMANOVA

5    By Mr. Fick                   7                  34
     By Mr. Weinreb                        27
6
   NAIDA SULEIMANOVA
7
     By Mr. Fick                  35
8
   PATIMAT SULEIMANOVA
9
     By Mr. Fick                  52
10
   SHAKHRUZAT SULEIMANOVA
11
     By Mr. Fick                  54
12
   NABISAT MAGOMEDOVNA SULEIMANOVA
13
     By Mr. Fick                  74
14
   ALEXA GUEVARA, resumed
15
     By Ms. Conrad                97                 104
16   By Ms. Pellegrini                    98

17 ROSA BOOTH

18   By Ms. Conrad                105                121
     By Mr. Chakravarty                   118
19

20                          E X H I B I T S

21
   DEFENDANT'S
22   EXHIBIT      DESCRIPTION                        RECEIVED

23 3507-109     Photograph of Suleimanov and Tsarnaev       10
                family
24
   3501-16      Photograph of Zubeidat Tsarnaeva            14
25

<pre>
 1                        E X H I B I T S  (cont'd)

 2
     DEFENDANT'S
 3     EXHIBIT        DESCRIPTION                          RECEIVED

 4   3501-120      Photograph of Zubeidat Tsarnaeva          14

 5   3507-25       Photograph of Dzhokhar Tsarnaev           20
                   class picture
 6
     3507-111      Photograph of Suleimanov and Tsarnaev     20
 7                 family taken in Makhachkala

 8   3507-58       Photograph of Zubeidat Tsarnaev           23
                   wearing hijab
 9
     3507-112      Photograph of Suleimanov and Tsarnaev     39
10                 family

11   3507-21       Photograph taken at the home of           40
                   Shakhrudin
12
     3501-10       Photograph of Tamerlan and Dzhokhar       41
13
     3306-J        Audio recording played for Naida          51
14                 Suleimanova

15   3306-K        Transcript of 3306-J                      51

16   3507-83       Photograph                                53

17   3505-107      Photograph                                55

18   3507-91       Photograph                                57

19   3507-92       Photograph                                58

20   3507-7        Photograph                                61

21   3507-12       Photograph                                65

22   3507-14       Photograph                                65

23   3507-13       Photograph                                66

24   3507-90       Photograph                                68

25   3507-113      Photograph                                70
</pre>

1                         E X H I B I T S (cont'd)

2
    DEFENDANT'S
3    EXHIBIT        DESCRIPTION                            RECEIVED

4   3507-115        Photograph                                 71

5   3507-85         Photograph                                 75

6   3507-84         Photograph                                 76

7   3507-86         Photograph                                 76

8   3507-117        Photograph                                 77

9   3507-77         Photograph                                 86

10  3507-79         Photograph                                 86

11  3507-80         Photograph                                 86

12  3507-81         Photograph                                 86

13  3507-16         Photograph                                 87

14  3507-27         Photograph                                 91

15  3286            Photograph                                110

16  3287            Photograph                                111

17

18

19

20

21

22

23

24

25

1                          P R O C E E D I N G S

2              THE COURT:  Good morning, jurors.

3              THE JURY:  Good morning, your Honor.

4              THE COURT:  Let me ask again.  Have you all been able

5    to follow my instructions and avoid any news reports about the

6    case?

7              THE JURY:  Yes.

8              THE COURT:  Yes.

9              And any discussion among yourselves, you've avoided

00:36 10   that?

11             THE JURY:  Yes.

12             THE COURT:  Anything anybody wants to talk to me

13   about?

14             All right.  We'll resume the evidence.  Mr. Fick.

15             MR. FICK:  Good morning, your Honor.  The defense

16   calls Raisat Suleimanova.

17             THE COURT:  Let me just note for the record that, when

18   we last broke, there was a witness on the stand.  We will

19   resume the examination of that witness eventually, but we're

00:36 20   going to take some witnesses in a different order.

21             MR. FICK:  Your Honor, I have some chalks and exhibits

22   as to which I believe there's no objection.  So if I can get

23   the screen access, I would appreciate it.  Thank you.

24   (Interpreter sworn.)

25             RAISAT SULEIMANOVA, Sworn

```
 1              THE CLERK:  Be seated.  State your name.  Spell your
 2   first and last name slowly.
 3              THE WITNESS:  (Name spelled by the witness.)
 4              THE COURT:  It's on the list, Paul.  You can use the
 5   list.
 6              MR. FICK:  If I could ask you both to move the
 7   microphone a little closer so we can all hear you better.
 8   DIRECT EXAMINATION BY MR. FICK:
 9   Q.    Good morning, Miss Suleimanova.
10   A.    Good morning.
11   Q.    What year were you born?
12   A.    1980.
13   Q.    Where were you born?
14   A.    In Russia, the Republic of Dagestan, the village of Chokh.
15   Q.    I'm going to put up on the screen as a chalk a map which
16   has been identified as 3503.  Is Dagestan in the area that I've
17   just highlighted on the map?
18   A.    Yes, that's correct.
19   Q.    I'm going to also put up another map, which is a little
20   bit closer in scale, of Dagestan, which has been marked as
21   3506.  The area that I'm circling here in the mountains of
22   Dagestan, is that where Chokh is located?
23   A.    Yes, correct.
24   Q.    Besides Chokh, where else did you live in your childhood
25   and youth?
```

```
 1   A.    In the town of Kaspiysk.

 2   Q.    Is that this town here on the coast of the Caspian Sea

 3   that I've circled?

 4   A.    Yes, correct.

 5   Q.    Is it next to Makhachkala, the capital of Dagestan?

 6   A.    Yes, all is correct.

 7   Q.    Where do you live now, Miss Suleimanova?

 8   A.    In the town of Podolsk, Moscow Region.

 9   Q.    So this is a city just outside Moscow, is that right?

10   A.    That's correct.

11   Q.    Are you employed?

12   A.    Yes, I am.  I'm a nurse in an ICU unit in a hospital.

13   Q.    Do you have any children?

14   A.    Yes, I have one child.  It's a girl.  She's three years

15   old.

16   Q.    I'm going to put up now on the screen another chalk that's

17   a -- has been identified as 3507-118, a family tree of the

18   Suleimanov family.  And on the witness stand in front of you on

19   paper is the same document in Russian if it helps you for

20   reference.

21        Can you just briefly tell me, what is your family

22   connection to Jahar?

23   A.    Yes, of course.  Zubeidat is a younger sister of my

24   mother.

25   Q.    So Zubeidat is your aunt, is that right?
```

```
 1    A.    Yes.
 2    Q.    And Jahar is then your cousin?
 3    A.    Yes.
 4    Q.    So just to sort of make clear on the chart here, is this
 5    you here that I've circled?
 6    A.    Yes, that's me.
 7    Q.    And your mother is one of Zubeidat's sisters, named
 8    Shakhruzat, that I've circled?
 9    A.    Yes.
10    Q.    Is there a shorter name that your mother is sometimes
11    called by?
12    A.    Shari.
13    Q.    It's -- you have a number of aunts and -- aunts who are
14    named Patimat, is that right?  I'm circling them here.
15    A.    Yes.  I have Patimat who is an older sister of my mother.
16    There is another Patimat who is the wife of my Uncle Mukhammad
17    Haji.  And there is also another Patimat related to another
18    brother of my mother's younger brother.  And the wife of the
19    youngest brother's name is also Patimat.
20    Q.    So is that a -- is Patimat a common name in Dagestan?
21    A.    The most common name, female name, is Patimat; and the
22    male name is Magomed.
23    Q.    Now, Miss Suleimanova, have you ever traveled outside the
24    territory of the former Soviet Union before?
25    A.    No.  This is the first time.
```

00:42 (line 10)
00:43 (line 20)

Q.   Why have you traveled so far to be here today?

A.   I came for the sake of my brother, whom I love very much.
He's part of my family.  I had no right not to come here.  I
categorically reject what he did.  It's a great tragedy, of
course.

          MR. WEINREB:  Your Honor, this is getting beyond --

          THE COURT:  Yes.  Let's be sure there's a
question-and-answer format, please.

Q.   You referred to Jahar as your brother instead of your
cousin.  Can you explain why that is?  Is there something about
the Russian word for cousin and brother that we should take
into account here?

A.   I usually call my cousins brothers.  I don't have brothers
per se.  They're very close to me so I call my cousins my
brothers.

Q.   In the Russian language, is the word for cousin
essentially brother second removed?

A.   Yes.  Brother is related to me in the same family, and the
cousin is twice removed.

Q.   I'm going to move into evidence and publish a photograph
that I'm going to ask you about, 3507-109.

(Defendant's Exhibit No. 3507-109 received into evidence.)

          THE COURT:  I take it from what Mr. Fick said earlier,
there is no objection to these photographs, is that correct?

          MR. WEINREB:  That's correct, your Honor.

1   Q.   Miss Suleimanova, do you recognize the people who are in

2   this photograph?

3   A.   Yes, of course.  These are my sisters and my cousins, male

4   and female cousins.

5   Q.   Where was this picture taken?

6   A.   In the town of Kaspiysk, at the square named after Lenin.

7   Q.   If you touch the screen with your fingers, you can draw

8   circles.  Can you just go from right to left and circle the

9   faces and tell us who they are?

00:48  10   A.   This is my older sister Nabisat.  This is Dzhokhar.  This

11   is also my older sister Naida.  This is myself.  This is my

12   cousin Tamerlan; my cousin Ailina; my cousin Bella; and my

13   younger sister Rabiyat.

14   Q.   Thank you.  Did your family and the Tsarnaevs frequently

15   visit each other during your childhood and youth?

16   A.   Yes, fairly often.  Every summer they would come and stay

17   with us.

18   Q.   Did you sometimes visit them in the various places they

19   were living?

00:49  20   A.   I only stayed with them once, in 1991, with my family.  We

21   went to visit them in Kirgizia.

22   Q.   Did -- well, when was the last time you saw Jahar actually

23   in person?

24   A.   When they were leaving for the United States.

25   Q.   I'm sorry.  When they left for the United States?

A.    Yes.

Q.    How would you describe the Jahar you knew back then?

A.    I can only say good things about Dzhokhar, and that's not because he's my cousin.  He was a very liked child.  He was a very kind, very warm child.  And I think that his kindness made everybody around him kind.  I don't think there is anybody in our family who didn't like him or didn't love him.  He was a sunny child.  If you looked at him, you would want to smile even if you didn't feel good that time.

00:51    And regarding what I said about his kindness causing others to be kind, so one time when Zubeidat and Anzor were leaving for Kyrgyzstan, he stayed with Aunt Patimat and Mukhammad Haji.  Patimat is very strict.  She is the kind of person who have -- one second.

        MR. WEINREB:  Can we have another question?

        THE COURT:  Yeah.  I think --

Q.    I was actually going to ask you, is there a particular memory or story about Jahar as a child that you would like to share with us?

00:52        MR. WEINREB:  Your Honor, I object.

        THE COURT:  I think it has to be a little more guided than that.

Q.    Well, when you talked about how Jahar had an affect on other members of your family, can you give us an example of what you mean -- what you meant?

A.    Yes.   That's what I was trying to say.   Aunt Patimat was a

very strict person.   She had her own ways, and even her nieces

and nephews couldn't -- one second.

    So she was very strict with the children, and we couldn't

go out of bounds with her.   But when Dzhokhar was staying with

her, with his kindness, he changed her.   He could do whatever

he wanted, and she would allow him to do whatever he wanted.

She even said herself, This child has changed me.   They would

watch together a cartoon called king and the lion -- the

cartoon, Lion King.   And when Simba dies, Dzhokhar was crying.

He was very sorry that the lion died.   And she would say, I

can't even understand how such a small child -- he was about

four or five -- could sympathize so much, could understand

tragedy.   So my aunt changed after that very much.   She started

really loving everybody, including the children.

Q.    Thank you.   Can you tell me a little bit about your Aunt

Zubeidat?   Describe from your memories what kind of character

or personality she had.

A.    First of all, she's a very strong person.   She's a very

determined person.   She has a bright personality.   She always

wanted everything to be excellent, to be ideal in her life, to

be beautiful.   And she was trying to achieve it always.   She

loved fashion, with a big "F."   She always loved bright

clothing.   She liked to wear bright clothing.   How should I put

that?   She had a great taste.   She had great taste in clothes

1    and in furnishings.  Her house was always the most beautiful.

2    Her children were always the best dressed.  She's a very

3    hospitable person.  She always had lots of people in her house.

4    Q.   That's fine.  Thank you.

5         I'm going to show you a couple of pictures now and ask if

6    you can tell us who it is and if that matches your memory of

7    Zubeidat.  The first one is 3501-16.

8              MR. FICK:  I'd move it into evidence as I publish.

9              THE COURT:  All right.

00:57 10   (Defendant's Exhibit No. 3501-16 received into evidence.)

11   Q.   Who is this in the photograph, Miss Suleimanova?

12   A.   My Aunt Zubeidat.

13   Q.   Is this representative of the kind of way she used to

14   dress?

15   A.   Yes.  I always remember her like this, beautiful, wearing

16   bright clothes.

17             MR. FICK:  Another photograph, moving into evidence

18   3501-120.

19   (Defendant's Exhibit No. 3501-120 received into evidence.)

00:58 20   Q.   Is that also your Aunt Zubeidat?

21   A.   Yes.  This is also my Aunt Zubeidat.

22             MR. WEINREB:  Your Honor, I'd just like to say none of

23   us have ever seen some of these pictures before, so our -- any

24   objection to them is conditioned on raising it for those that

25   we're seeing now for the first time.

1          THE COURT:  Maybe we should go through the standard

2    procedure and have you look at it before it's admitted.

3          MR. WEINREB:  I don't want to slow things down

4    unnecessarily.  But if we see one that we do object to, then

5    maybe we will need to go through that process.  We're willing

6    to assume --

7          MR. FICK:  All of these were previously provided to

8    the government, your Honor, so I'm not sure where the confusion

9    lies.  There may have been some miscommunication perhaps, but

00:59 10   these are all in a series that were provided.

11          MR. WEINREB:  We would dispute that, your Honor.

12          THE COURT:  Just so -- we'll proceed, I guess, as we

13    have been, admitting them.  If there's an issue, we'll deal

14    with it.

15          MR. FICK:  Thank you.  3501-120 is moved in?

16          THE COURT:  Yes.

17          MR. FICK:  Thank you.

18    Q.    3501-121, is this also your Aunt Zubeidat?

19    A.    Yes.  That's how she always was, beautiful, tastefully

00:59 20   dressed.

21    Q.    What kind of personality did she have?  Was she shy or

22    outgoing or somewhere between?

23    A.    No.  She wasn't shy at all.  That's not something that was

24    characteristic of her.  She had a very bright personality.  She

25    was outgoing.  She was very social.  She was loud.

1    Q.   Would you describe her as emotional or reserved or

2    something between?

3    A.   Very, very emotional.

4    Q.   What were her aspirations or goals in life?

5    A.   As all normal people, she wanted all the best for her and

6    her family and her children.  She was always learning.  She was

7    always trying to get more and more knowledge.  I even heard it

8    here she was studying to be a aesthetician.  She was the kind

9    of person -- how shall I put that?

01:01 10   Q.   Okay.  Thank you.  Tell me a little bit now about your

11   Uncle Anzor.  What were your impressions of him growing up?

12   A.   He was the total opposite of Aunt Zubeidat.  She was

13   outgoing.  She had this bright personality.  Anzor was always

14   very quiet, very even-keeled.  He was kind person.  He was

15   always willing to help people.

16   Q.   Did he provide well for his family, at least as you knew

17   them in Russia?

18   A.   He always worked.  He was always trying to provide as well

19   as he could for his family, sometimes working two or three

01:03 20   jobs.  He didn't want his family to miss anything, to be

21   wanting for anything.  He was a very hardworking person, always

22   trying to provide for his family.

23   Q.   Did he live up to Zubeidat's expectations?

24   A.   He did his best.  He did all he could to fulfill

25   Zubeidat's and the children's expectations.

1    Q.   Can you tell me a little bit about your observations of

2    the relationship between Anzor and Zubeidat?  What kind of

3    relationship did they have?

4    A.   Anzor was crazy in love with Zubeidat, crazy, crazy in

5    love.  He was worshipping her.  He wouldn't go anywhere without

6    her.  I mean, part is, were to visit somebody, and he didn't

7    want Zubeidat to go anywhere without him, and he was very

8    jealous of her.

9    Q.   Did you have a favorite memory or story about a role you

01:04 10   once played in that jealousy?

11   A.   Yes.  Unfortunately, I was instrumental in stirring this

12   jealousy up, although I'm very ashamed of it.  I'll tell you

13   one such story.  There was a time when Zubeidat was supposed to

14   attend her classmates' reunion.  Anzor knew about this event,

15   but he was away in a different town that time, and so he told

16   Zubeidat not to go anywhere without him.  She didn't wait for

17   him, and she went to this event.  And she warned everybody, my

18   mother, myself, my sisters, not to tell Anzor about it.

19       So she went.  And when Anzor came, the first question was:

01:06 20   Where is Zubeidat?  My mother said that she went to visit a

21   friend, and my sisters said the same thing.  But he came to me

22   and he told me, Raisat, tell me where Zubeidat is.  And I told

23   him everything.  I told him where she was and with whom.

24   That's how I was involved.

25   Q.   Did the Tsarnaevs move around to a lot of different places

1    when you were a young person?

2    A.    Unfortunately, they moved around a lot, and the children

3    had to switch schools a lot.  So the children didn't even have

4    time to get adapted to the new school when it was time to move

5    again.  So they always lived out of suitcases, so to speak.  We

6    would even say, You're like gypsies.  You always move around.

7    You never stay in one place for a long time.

8    Q.    Can you remember or just list off some of the places where

9    you knew the Tsarnaevs to live before they came to America?

01:08 10    A.    Yes, of course.  The first place is Novosibirsk.  That's

11   where they met.

12   Q.    I'm sorry.  Novosibirsk is not on this map.  Can you just

13   point out roughly where it is in Russia?

14   A.    This is in English though.

15   Q.    I'm sorry.  But you understand that this that I've circled

16   here is Russia, is that right?  Is Novosibirsk somewhere in

17   Siberia?

18   A.    Yes, in Siberia.

19   Q.    I'm sorry.  I interrupted you.  Where else did the

01:09 20    Tsarnaevs live during your experience with them before they

21   moved to America?

22   A.    Novosibirsk.  Then they lived in Kyrgyzstan, the town of

23   Tokmok.  Then they moved to Chechnya, Makhachkala, and then

24   they left.  But when they lived in Tokmok, I know that it

25   wasn't all the time that they stayed there.  They moved around

1    there as well.

2    Q.   Is it fair to say they moved back and forth between

3    Dagestan and Central Asia multiple times?

4    A.   Yes, yes, multiple times.

5    Q.   When they were in Central Asia, even when they were living

6    in Central Asia, did they sometimes come to visit the family in

7    Dagestan?

8    A.   They would come to visit us often, especially in summers,

9    with the children.  Since we live on the Caspian Sea, all our

01:10 10   cousins would come and visit us, including Zubeidat and her

11   children, and not only in summer but many times in other

12   seasons as well.

13   Q.   When they would visit just for temporary visits to

14   Dagestan, how long would they typically stay?

15   A.   Minimum of three months and sometimes up to six, seven

16   months.

17   Q.   How did all this moving around, in your experience, in

18   your observation -- how did that affect Anzor's ability to make

19   a living?

01:11 20   A.   You know, he's the kind of person that can find ways to

21   support his family anywhere.  He can find work anywhere.  And

22   he was never afraid of not being able to find work.  He was an

23   auto mechanic, and he did this all his life.

24   Q.   How did all of the moving around affect, the children,

25   your cousins, Jahar and his siblings?

1    A.   I don't think that moving around, changing school,

2    changing friends, not being able to get adapted to one place, I

3    don't think --

4         MR. WEINREB:  Your Honor, I object and move to strike

5    this on the grounds that it's speculative and not based on her

6    personal knowledge.

7         THE COURT:  I'll allow it to stand.

8         MR. FICK:  Thank you.  I'll move on.

9    Q.   Where did the Tsarnaev family live immediately before they

01:13 10   left for America?

11   A.   The town of Makhachkala.

12   Q.   Did the children attend school?

13   A.   The children attended School No. 1, close to their house.

14        MR. FICK:  I'm going to move into evidence and publish

15   Exhibit 3507-25.

16   (Defendant's Exhibit No. 3507-25 received into evidence.)

17   Q.   Miss Suleimanova, do you recognize what this photograph

18   depicts?

19   A.   Yes, of course.  This is my cousin Dzhokhar in the first

01:14 20   grade.

21   Q.   Can you use your finger and circle him on the screen?

22   A.   (Indicating.)

23   Q.   Thank you.  So I'm going to now publish one additional

24   photograph and ask you about it, 3507-111.

25   (Defendant's Exhibit No. 3507-111 received into evidence.)

1    Q.   Do you recognize what this photograph depicts?

2    A.   Yes.  These are my cousins and my sisters and my male

3    cousin.

4    Q.   Where was the picture taken?

5    A.   This picture was taken in Makhachkala where Zubeidat and

6    her family lived.

7    Q.   I'm going to circle the faces myself and ask you to

8    identify who each person is.  The first one, the man on the

9    left?

01:15 10   A.   This is my cousin Bashir.

11   Q.   And this young woman?

12   A.   This is my younger sister, Rabiyat.

13   Q.   And here, this person?

14   A.   My cousins Bella and Ailina.

15   Q.   These two faces are Bella and Ailina?

16   A.   Yes, yes.

17   Q.   And they're Jahar's sisters?

18   A.   Yes.

19   Q.   And this woman in the back?

01:16 20   A.   This is older sister, Naida.

21   Q.   I'm sorry.  This one?

22   A.   This is.

23   Q.   And who is this?

24   A.   And this is myself.

25   Q.   What -- when was this photograph taken?  What was the

```
 1   occasion?

 2   A.    This is where we are celebrating the new year, year 2000.

 3   Q.    How is it that you know this is a new-year photograph?

 4   A.    First of all, you can see the Christmas tree on the right

 5   or the new-year tree.  And you have table set for the

 6   celebration.  That's a tradition.  We always celebrate new year

 7   with a Christmas tree.

 8   Q.    What role did religion play in the life of you and your

 9   family as you were growing up?

01:17 10   A.    Well, religion is first because I'm a Muslim.  We

11   celebrate all our Muslim holidays.  If you want me, I can name

12   them.  And we observed all the traditions of Islam.

13   Q.    Were Zubeidat and Anzor religiously observant before they

14   moved to America?

15   A.    To be honest, I think they were kind of removed from it.

16   What I mean is they would celebrate the major holidays, Kurban

17   Bayram, Uraza Bayram, but they wouldn't pray five times a day.

18   Q.    After the family, the Tsarnaev family, moved to America,

19   did a time come when Zubeidat became more religious?

01:19 20   A.    Yes.

21   Q.    Can you describe what your family in Dagestan observed

22   about that?

23   A.    Since I live in Moscow, I don't visit Dagestan very often.

24   So what I know --

25           MR. WEINREB:  Your Honor, I object.  She's going to
```

```
 1   testify about what other people know.

 2           THE COURT:  I think we need a basis of knowledge.

 3           MR. FICK:  Well, I --

 4   Q.   Well, did you personally observe at some point Zubeidat

 5   dressed in more religious clothing?

 6   A.   Yes.  In 2010, I went back home, and that was the first

 7   time I saw her wearing a hijab for the first time.

 8   Q.   What was your reaction to that?

 9           MR. WEINREB:  Objection.

10   A.   I was in shock.

11           THE COURT:  Overruled.  I'll allow it.

12   A.   It was a shock for me.  Knowing what kind of person

13   Zubeidat used to be, it was very strange to see that.  She used

14   to be such a fashionable person.  She loved to wear bright

15   clothing; and now to see her wearing a hijab, it was a shock

16   and not just for me but for my mother and everybody else.

17           MR. FICK:  I'm going to move into evidence and publish

18   Exhibit 3507-58.

19   (Defendant's Exhibit No. 3507-58 received into evidence.)

20   Q.   Who is the woman in this photograph?

21   A.   This is my Aunt Zubeidat.

22   Q.   Does that reflect how she began to dress at some time

23   after the family moved to America?

24           MR. WEINREB:  Your Honor, I'm going to object on the

25   grounds of a lack of foundation.  She said she saw her once in
```

```
 1    2010.  So how she began to dress back in America is not

 2    something she knows about.

 3              THE COURT:  Why don't you rephrase the question,

 4    refocus it.

 5    Q.   Is this consistent with the way you observed Zubeidat to

 6    be dressed when you saw her in 2010?

 7    A.   Yes, that's how she was dressed.

 8    Q.   What, if any, concerns did you and your family have about

 9    the change in Zubeidat?

10              MR. WEINREB:  Objection.  That's calling for

11    speculation.

12              THE COURT:  Yes.  Sustained to that.

13    Q.   What, if any, concerns did you have about Zubeidat's

14    change in appearance?

15              MR. WEINREB:  Objection.

16              THE COURT:  Same ruling.  Sustained.

17    Q.   What effect have the crimes committed by Tamerlan and

18    Jahar had on you and your family?

19              MR. WEINREB:  Objection.

20              THE COURT:  Sustained.

21              MR. FICK:  May we approach?

22              THE COURT:  All right.

23    (SIDEBAR CONFERENCE AS FOLLOWS:

24              MR. FICK:  It seems to me that a witness' potential

25    biases, things that may influence their testimony, things that
```

1    are on their mind, are always a subject of -- always a subject

2    that's admissible.  Here I think it's important to establish,

3    especially given the kind of -- sort of, shall I say,

4    reputation that precedes the family here.  For the jury to be

5    able to understand that these folks, while they love Jahar and

6    they came here to support him, they do not support or endorse

7    or in any way the crimes that were committed.

8         MR. BRUCK:  If they are not able to say anything about

9    their feelings and their reaction to this, the jury will simply

01:24 10    discount everything they have to say.  They will assume that

11    they only care about Jahar and had no feelings whatsoever about

12    this crime.  They simply -- it's just essential to position

13    them on the spectrum of human feeling and give them some -- the

14    jury some basis for evaluating what sort of people they are.

15    It's so fundamental.

16         MR. WEINREB:  Your Honor, the only thing relevant here

17    is the evidence that bears on Jahar Tsarnaev's moral

18    culpability for the crime.  Questions that essentially have

19    nothing to do with that but that are necessarily going to

01:24 20    elicit from the witnesses testimony about how they feel about

21    what is happening to him is bound to have a disproportionate

22    impact on the jury without contributing any probative --

23    anything probative in the case.  Simply something that is going

24    to elicit very prejudicial testimony, potentially going to

25    mislead the jury and confuse the issues, which are not what

1    effect his actions have had on them, let alone what effect his

2    potential death sentence will have on them, but simply whether

3    he is a -- has the kind of character, which is all they can

4    talk about, that would make him somebody not deserving of the

5    death penalty.  This is just getting too far afield of that.

6    Its probative value is low, and its prejudicial value is high.

7             MR. FICK:  I certainly don't intend to go into the

8    question about what impact the death penalty would have on his

9    family.  Again, witness credibility and witness bias and

01:25 10   witness predisposition is always an issue.  I'm simply trying

11   to sort of level the field here so that these people are taken

12   seriously.

13             The questions of what effect did Mr. Tsarnaev's

14   character in the course of his life and the life of his parents

15   are sort of broad ones.  We need to sort of lay small bricks

16   one piece at a time.  The sort of way the witnesses are heard

17   and interpreted, I think, it's just important for that human

18   piece to be able to be in the picture.

19             THE COURT:  All right.  Well, you will have leeway

01:26 20   about these witnesses.  There's a lot of evidence that would

21   not have been admissible under the Rules of Evidence that

22   you've had.  I think this goes too far and asks for personal

23   opinions about things.

24   .  .  .  END OF SIDEBAR CONFERENCE.)

25   Q.   So -- well, Miss Suleimanova, is there anything else you'd

```
 1   like to tell the jury about Jahar or your family?
 2           MR. WEINREB:  Objection.
 3           THE COURT:  Sustained.
 4           MR. FICK:  I have nothing further then.  Thank you.
 5   CROSS-EXAMINATION BY MR. WEINREB:
 6   Q.   Good morning.
 7   A.   Good morning.
 8   Q.   My name is Bill Weinreb.  I'm an attorney for the United
 9   States.  I'd like to ask you a few questions.
10   A.   Yes.
11   Q.   You talked about the defendant's family moving around
12   before they came to the United States.
13   A.   Yes.
14   Q.   Most of those moves took place before he was born,
15   correct?
16   A.   Some before and some after.
17   Q.   He spent -- he moved here when he was about eight years
18   old?
19   A.   Yes.
20   Q.   And for almost five years before that, he had lived in one
21   place?
22   A.   As far as I know, they lived in Kyrgyzstan, and they moved
23   to Grozny and then they moved to Makhachkala.
24   Q.   The defendant was never in Grozny, was he?
25   A.   They didn't stay there for a long time.  They moved there.
```

1    They bought a house, but then the war began and they moved

2    away.

3    Q.   Yes.  But, in fact, the defendant himself has never set

4    foot in Chechnya, has he?

5    A.   I cannot give you the exact dates.  I was a child myself.

6    But I know for a fact that they moved to Chechnya and then the

7    war began and they moved away from Chechnya.

8    Q.   Because you were a child, you weren't keeping track of the

9    exact dates of where they were when the defendant was alive?

01:30 10   A.   I was 14 years old when the war broke out in Chechnya.

11   Q.   So it's possible the defendant spent about four or five

12   years in one place in Kyrgyzstan before the family moved to the

13   United States?

14        MR. FICK:  Objection.  I think the foundation is

15   lacking based on the answers.

16        THE COURT:  Go ahead.  You can have it.

17        THE INTERPRETER:  Can the question be read out,

18   please?

19        MR. WEINREB:  Yes.

01:30 20   Q.   So it's possible that the defendant spent about four or

21   five years in Kyrgyzstan before moving to the United States?

22        MR. FICK:  Objection.

23        THE COURT:  Overruled.

24   A.   I cannot tell you for a fact.

25   Q.   No matter where he lived, he managed to -- and the whole

1    family managed to -- summer on the Caspian Sea?

2    A.    Yes.  They would always come for vacation no matter where

3    they would live.  They would come for -- to spend the summer.

4    Q.    And spend time with family?

5    A.    Yes, with us, of course.

6    Q.    You haven't seen the defendant since he was eight years

7    old, correct?

8    A.    Yes.  I haven't seen him since he left.

9    Q.    Okay.  But growing up, he was very loved?

01:31 10   A.    Yes, yes, madly, everybody.

11   Q.    He grew up surrounded by loving family members?

12   A.    Yes.  He was such a sweet child.  One couldn't help but

13   love him.

14   Q.    Family members who doted on him?

15   A.    Yes, of course.  He was the little one.

16   Q.    And they supported him?

17   A.    Yes.

18   Q.    If he had needs, they were met?

19   A.    What does a child need?  I don't think a small child needs

01:32 20   much.

21   Q.    He needed food.

22   A.    Of course.

23   Q.    And he was always well-fed?

24   A.    Yes.

25   Q.    He always had clothing?

A.   Yes.  Zubeidat really took care of the clothes and of her
children.  She made sure that her children are well-dressed.

Q.   If he was sad, someone comforted him?

A.   Yes.  When a child cries, yes, especially since there are
sisters around.

Q.   He was a very lucky boy in that way?

A.   He has a lot of cousins.

Q.   And all these cousins and family members who surrounded
him with love and with support, they helped him become a
confident young boy?

A.   Yes, at least until he turned eight years old.  But I've
already said that I haven't seen him since he was eight.

Q.   Okay.  But when you did see him, they had raised him to be
a confident young boy?

A.   Yes, of course.

Q.   So confident that he wasn't intimidated by his strict
aunt?

A.   Strict aunt?

Q.   You told a story about he had a strict aunt.

A.   She was strict towards us, but for a child who is four or
five years old, it's hard to be very strict with a child like
that.

Q.   Well -- but you said that Jahar was the one who managed to
make her less strict.

A.   Yes.  He lived with her, and she changed because of him.

1    Her biological children actually lived with their grandmother.

2    Q.   So when he faced someone in the family, someone older who

3    was strict, he managed to change them?

4    A.   You know, when he was a boy, he had such a smile that,

5    know matter how strict you were, you couldn't help but have

6    this huge smile on your face.

7    Q.   And because of that, you said he could do whatever he

8    wanted?

9    A.   Well, I don't mean it literally.

01:36 10    Q.   But you mean that -- I'm sorry.

11    A.   In the bounds of the reasonable.

12    Q.   But he did have a mind of his own even at age eight?

13    A.   I didn't understand the question.

14    Q.   Let me ask a different question.  You talked about Jahar's

15    kindness.

16    A.   Yes.

17    Q.   Okay.  But you would agree that the bombing of innocent

18    people is not an act of kindness?

19         MR. FICK:  Objection.

01:36 20         THE COURT:  Sustained.  Same objection we dealt with

21    at the side.

22    Q.   Well, you said he felt sad watching the Lion King?

23    A.   Yes.

24    Q.   He cried when Mustafa died?

25    A.   Yes, the character.  What was his name?  Yeah, when the --

1    when Simba's father died.

2    Q.   But you would agree that a person who cries at the death

3    of a cartoon character but is indifferent to the death and

4    suffering of hundreds of people --

5         MR. FICK:  Objection.

6         THE COURT:  Sustained, Mr. Weinreb.

7         MR. FICK:  We need to be seen at sidebar, your Honor.

8         THE COURT:  No.  I think it's clear.  Sustained.

9         MR. WEINREB:  I have no further questions.

01:37 10         MR. FICK:  May we be seen?

11         THE COURT:  All right.

12    (SIDEBAR CONFERENCE AS FOLLOWS:

13         MR. FICK:  So not only, I believe, has the government

14    opened the door that the Court tried to close, but any

15    suggestion that his silence or demeanor in the courtroom, even

16    implied, suggests a lack of remorse is grounds for a mistrial.

17    There is ample case law to suggest that silence cannot be taken

18    to mean lack of remorse.  For that reason, No. 1, I think he

19    opens the door to asking some of these witnesses to describe,

01:38 20    very briefly at least, what their reaction to these events

21    were, No. 1.

22         And, No. 2, I think that a mistrial is called for

23    because of the -- what the government's question implies.

24         MR. WEINREB:  Your Honor, there was no reference to

25    his silence in the courtroom.  The government has argued from

1   the very beginning that the way that he behaved in the moments

2   after the Marathon -- went to Whole Foods, when he went to buy

3   snacks shortly after killing Officer Collier -- were all

4   examples of his indifference and callousness, lack of remorse.

5   There's nothing about -- no aversion to anything about the --

6   in the courtroom today.

7          Secondly, these witnesses are essentially character

8   witnesses.  That's what they're here for.  They're not giving

9   their testimony in the form of an opinion, but they're

01:39 10   essentially up there to testify that he's kind; he's sweet.

11          THE COURT:  That's what you just objected to.

12          MR. WEINREB:  What I objected to was her -- the impact

13   on her.  The question that I objected to was:  What impact has

14   it had on you that he has done these things?  My question is

15   simply the kind of question that's usually given to a character

16   witness.  Is your opinion different given this, given that the

17   defendant has been arrested -- let me finish -- given that the

18   defendant has been convicted of a crime.

19          This defendant has been convicted of four murders.

01:39 20   I'm entitled to ask her whether her views of his kindness or

21   every other thing that she testified about are different in

22   light of that.

23          THE COURT:  Not when her last exposure to him was when

24   he was eight years old.  Just as her opinion Mr. Fick tried to

25   get, her comments, personal assessments, were excluded.  I

1    think yours are as well.  I don't know what other witnesses can

2    do but -- no.

3            MR. FICK:  Okay.  Very brief redirect then.

4            THE COURT:  Wait.  Motion for mistrial is denied.

5            MR. WEINREB:  Your Honor, if the redirect is going to

6    just be --

7            MR. FICK:  No.  It's a very discrete question about

8    summering on the Caspian Sea.

9    .  .  .  END OF SIDEBAR CONFERENCE.)

01:40 10  REDIRECT EXAMINATION BY MR. FICK:

11   Q.   Very briefly, Miss Suleimanova.  When the Tsarnaevs came

12   to visit from Central Asia to Kaspiysk where you were living,

13   where did they stay?

14   A.   Mostly with us in Kaspiysk.

15   Q.   How many rooms were in the apartment that you lived in?

16   A.   We have a two-room apartment.

17   Q.   That's two rooms total other than the kitchen, is that

18   right?

19   A.   That's right.

01:41 20  Q.   And so how many total people were packed into those two

21   rooms?

22   A.   Our family that consists of six people; the Tsarnaevs,

23   whose family also consisted of six people; my other cousin that

24   we saw in the photograph and his mother; and sometimes we would

25   have other people as well.

```
 1   Q.   So is that more than a dozen people in those two rooms?
 2   A.   They didn't live there, but they would just stay when they
 3   visited.
 4   Q.   Remind us again how long they would typically stay.
 5   A.   So if they would come for the summer, they wouldn't stay
 6   with us all the time.  They would leave all their things with
 7   us, but they would also go and visit other people.
 8             MR. FICK:  Thank you.
 9             THE COURT:  All right, Miss Suleimanova.  You may step
10   down.  Thank you.
11             MR. FICK:  The defense called Naida Suleimanova.
12             NAIDA SULEIMANOVA, Sworn
13             THE CLERK:  Have a seat.  State your name and spell
14   your first and last name for the record.
15             THE WITNESS:  Naida Suleimanova.
16             MR. FICK:  Maybe, with the Court's indulgence, I can
17   spell the first name for the reporter.
18             THE COURT:  Go ahead.
19             MR. FICK:  N-a-i-d-a.  And Suleimanova, I think we
20   already have.  Thank you.
21             If I could request the screen again, your Honor?
22   DIRECT EXAMINATION BY MR. FICK:
23   Q.   Good morning, Miss Suleimanova.
24   A.   Good morning.
25   Q.   What year were you born?
```

01:43 (line 10)
01:46 (line 20)

```
 1    A.    1976.

 2    Q.    Where were you born?

 3    A.    Republic of Dagestan, Gunibsky Region, the village of

 4    Chokh.

 5    Q.    Where did you live during your childhood and youth?

 6    A.    I lived in Chokh till I was probably three and then in

 7    Kaspiysk till I turned 25.  And since then I've been living in

 8    Moscow.

 9    Q.    Are you employed?

10    A.    Yes.

11    Q.    What kind of work do you do?

12    A.    I'm a cashier at a gas station.

13    Q.    Do you have any children?

14    A.    Yes.

15    Q.    How old?

16    A.    Twenty.

17          MR. FICK:  Your Honor, I think the screen for some

18    reason is -- I'm not getting --

19          THE COURT:  I don't have your feed.

20    Q.    Miss Suleimanova, what is your family connection to Jahar?

21          THE INTERPRETER:  With Jahar?  I'm sorry.  Can you

22    repeat the question, please?

23    Q.    What is your family connection to Jahar?

24    A.    Jahar is my brother, my beloved brother.

25    Q.    On the family tree here on the screen, is this you that
```

1    I've circled here?

2    A.    Yes, correct.

3    Q.    And your sister Raisat just testified a few minutes ago?

4    A.    Yes.

5    Q.    You seem to be a little bit emotional or teary up there.

6    Can you tell us why?

7              MR. MELLIN:  Objection.

8              THE COURT:  Go ahead.  You may answer that.

9    A.    Because I'm seeing my brother for the first time in so

01:49 10   many years and it's not easy.

11   Q.    Why is it not easy?

12             MR. MELLIN:  Objection.

13             THE COURT:  Sustained to that.

14   Q.    Had you finished your answer about why you're feeling

15   emotional?

16             THE COURT:  Put another question.

17   Q.    I'm going to show you a photograph that is already

18   admitted as 3507-109.  Do you recognize this photograph?

19   A.    Of course.

01:50 20   Q.    Where was it taken?

21   A.    In the town of Kaspiysk.

22   Q.    Do you know what year approximately or when it was taken?

23   A.    2004.

24   Q.    I'm sorry.  Did you mean 2004 or 1994?

25             MR. MELLIN:  Objection to the leading.

```
 1              THE COURT:  Overruled.  Go ahead.
 2    A.   I'm so sorry.  I'm so sorry.  1994.
 3    Q.   Is there something that was happening in your life at that
 4    time that makes it -- that allows you to remember the date?
 5    A.   I was then pregnant.
 6    Q.   If you touch the screen with your finger, you can make
 7    lines and circles.  Can you circle where you are in the
 8    picture?
 9    A.   (Indicating.)
10    Q.   Who is it you're holding there?
11    A.   Dzhokhar.
12    Q.   So when was the last time you saw Jahar in person?
13    A.   In 2002.
14    Q.   What do you remember about that time, that occasion?
15    A.   Before leaving for the United States, they visited me in
16    Moscow.
17    Q.   Do you remember anything else about that meeting?
18    A.   They came with my aunt, my uncle.  And it was very painful
19    because they were leaving, that they were living so far away,
20    and nobody knew when we would see each other again.  When they
21    lived in Kyrgyzstan, in Chechnya, they would visit us often,
22    and we saw each other often.
23    Q.   So in the years before they left for America, what kinds
24    of occasions would you see -- on what sorts of occasions would
25    you see the Tsarnaev family?
```

1    A.    Prior to my departure for Moscow, I worked at the

2    hairdresser salon across from where they lived in Lenin Square.

3    So they lived across from my workplace, and I would go and have

4    dinner with them every day.  Then I left in 2000, and I haven't

5    seen them since.

6    Q.    Other than the time when they were leaving in 2002 for

7    America?

8    A.    No, I didn't.  The last time I saw them was in 2000.

9    Q.    Did you sometimes baby-sit for the Tsarnaev children?

01:55 10    A.    Yes, of course.

11    Q.    I'm going to show you a couple of pictures and ask you

12    about them.

13          MR. FICK:  I'm going to publish and move into evidence

14    3507-112.

15    (Defendant's Exhibit No. 3507-112 received into evidence.)

16    Q.    Do you recognize this photograph?

17    A.    Yes.

18    Q.    Where is this photograph taken?

19    A.    This is at Uncle Mukhammad Haji's, in his home in

01:56 20    Makhachkala.

21    Q.    Is Mukhammad Haji your eldest uncle?

22    A.    Yes.

23    Q.    Just to go around, who is that that I've circled, the man

24    with the mustache?

25    A.    This is Uncle Mukhammad Haji.

1   Q.   And who is that, the young boy sitting in front of

2   Mukhammad Haji?

3   A.   This is cute Dzhokhar, the little one.

4   Q.   And who is this that I'm circling here, the woman in the

5   orange in the back?

6   A.   This is I.

7   Q.   And who is the older woman, one in from the left, that

8   I've just circled?

9   A.   This is Aunt Patimat, the wife of Uncle Mukhammad Haji.

01:57 10   Q.   And, finally, the young girl sort of between the -- next

11   to the boy in the yellow that I've circled?

12   A.   This is Ailina.

13   Q.   Jahar's sister?

14   A.   Yes.

15   Q.   How would you describe the Jahar you knew as a child?

16   A.   He was very cute, very nice, very kind, caring.  There was

17   always a smile on his face.  There was never an occasion when

18   he didn't have a smile on his face.

19   Q.   I'm going to show you another picture and publish as

01:58 20   3507-21.

21   (Defendant's Exhibit No. 3507-21 received into evidence.)

22   Q.   Do you recognize this photograph?

23   A.   Yes.

24   Q.   Do you know where this was taken?

25   A.   This one in Makhachkala, in the home of Uncle Shakhrudin.

1   Q.   Do you know approximately how old Jahar was when this

2   picture was taken?

3   A.   Honestly, I can't say.

4   Q.   I'm going to introduce and publish another photograph,

5   3501-10.

6   (Defendant's Exhibit No. 3501-10 received into evidence.)

7   Q.   Do you recognize this photograph?

8   A.   Yes.

9   Q.   Who is in this photograph?

01:59 10   A.   Tamerlan and Dzhokhar.

11   Q.   So who is this that I've circled at the top?

12   A.   Dzhokhar.

13   Q.   And so he is on the shoulder of who that I've just

14   circled?

15   A.   Tamerlan.

16   Q.   What do you remember about your observations of the

17   relationship between Jahar and Tamerlan as children?

18   A.   Dzhokhar loved his older brother very much.

19   Q.   How -- I'm sorry.

02:00 20   A.   And as is the custom in our families, you would always

21   listen to your older sibling.  You always tried to listen to

22   your older sibling, your older brother, and follow his example.

23   Q.   Can I ask both of you to speak a little bit more loudly,

24   please?

25        Did -- tell me about your memories of your Aunt Zubeidat

1    before she left for America.

2    A.   She was fun-loving.  She was love-loving -- life-loving.

3    She loved to dress well.  She wanted to look good.  She was a

4    beautiful woman, a fashionable woman.

5    Q.   After the Tsarnaev family left for America, did Zubeidat

6    at some point begin to return to Russia to visit family?

7    A.   Yes.

8    Q.   Did there come a time when you noticed a very noticeable

9    change in her?

02:02 10        MR. MELLIN:  Your Honor, objection, unless it's based

11   on personal knowledge.

12        THE COURT:  Well, yes.  I took that to be the

13   question, personal observation.

14        MR. FICK:  Yes.

15   A.   At first when my aunt came, she was the same as she had

16   always been.  I didn't often go to Makhachkala to see her when

17   she was visiting, but maybe the time -- the last -- the one --

18   but last time when she came, she was already covered.

19   Q.   When you say "covered," what do you mean by that?

02:03 20   A.   She was wearing a hijab.  She was wearing a black scarf.

21   It was strange for us to see our aunt like that.  When she

22   lived here, she dressed very well.  She wore gold and diamonds.

23        MR. MELLIN:  Objection, your Honor.  This is total

24   hearsay for this witness.

25        THE COURT:  No, overruled.  Go ahead.

|  |  |
|---|---|
| 1 | A.   And this dramatic change, it was very strange to see her |
| 2 | covered all over. |
| 3 | Q.   In Dagestan society, what is the significance of putting |
| 4 | on all black and a hijab? |
| 5 | MR. MELLIN:  Objection. |
| 6 | THE COURT:  Overruled. |
| 7 | A.   From ancient times, as far as I know, they would cover |
| 8 | their bodies up to the ankles and cover their face.  But to |
| 9 | wear all black, I don't think that was the custom. |
| 02:05 10 | Q.   Was that the customary dress for women in your family? |
| 11 | A.   The black one, you mean?  No. |
| 12 | Q.   Were you concerned when you saw Zubeidat this way? |
| 13 | MR. MELLIN:  Your Honor, objection. |
| 14 | THE COURT:  Rephrase it. |
| 15 | Q.   What was your reaction when you saw Zubeidat dressed this |
| 16 | way? |
| 17 | MR. MELLIN:  Objection. |
| 18 | THE COURT:  I'll allow it. |
| 19 | A.   My personal opinion -- |
| 02:06 20 | MR. MELLIN:  Objection to the "personal opinion." |
| 21 | A.   I'm a little -- |
| 22 | THE COURT:  No.  Go ahead.  You can answer the |
| 23 | question. |
| 24 | A.   My personal opinion, I'm a little scared of people who are |
| 25 | completely covered. |

```
 1    Q.   Why is that?

 2    A.   Because many become extremist Islamists and start wearing

 3    all black.

 4    Q.   A couple of days ago I played for you an audio recording

 5    found on Tamerlan's computer.  Do you remember listening to

 6    that with me?

 7    A.   Yes.

 8    Q.   Did you recognize one of the voices on that recording?

 9    A.   Yes, I did.

02:07 10   Q.   Whose voice did you recognize on the recording?

11    A.   Tamerlan's.

12    Q.   I'm going to play a little bit of the recording for you

13    now and put the transcript on the screen and ask you, after you

14    listen to it, to point out who is speaking.

15         MR. FICK:  I ask you to bear with me a moment.

16              MR. MELLIN:  Objection, your Honor.

17              THE COURT:  Let me see you at the side.

18    (SIDEBAR CONFERENCE AS FOLLOWS:

19              MR. MELLIN:  Your Honor, we object.  It's irrelevant

02:08 20   and I'm not sure exactly --

21              THE COURT:  What is it?

22              MR. MELLIN:  I'm not sure right now what it is.

23              MR. FICK:  If you notice, this is one of the

24    recordings from Tamerlan's computer, one of the ones I played

25    when Mr. Spencer was on the stand.  She's going to identify one
```

1    of the voices on that tape as being Tamerlan's voice.  In it he

2    expresses his then apparently state of mind about kinds of

3    actions he wants to take.  And I think identifying him as the

4    speaker makes that evidence particularly relevant, and she's a

5    person who's in a position to make that identification.

6            THE COURT:  What is it?

7            MR. MELLIN:  Well, your Honor, we object to anything

8    other than her identifying the voice.  She can just be asked --

9    in fact, she can be led through it.  Did I play for you Exhibit

02:08 10    whatever it was?  Do you recognize the voice?  Yes, it's

11    Tamerlan's voice.  What he's trying to do is get that entire

12    recording into evidence and have it played over again.  That's

13    inappropriate through this witness.  She just admitted that she

14    just viewed what it is.

15            MR. WEINREB:  Let me explain what it is.

16            THE COURT:  That's what I'd like to know.

17            MR. WEINREB:  When -- there were some recordings found

18    on Tamerlan's computer which the defense claims are discussions

19    between him and others when he visited Russia.  And the

02:09 20    discussions are about religious topics.

21            THE COURT:  Those were admitted the other day.

22            MR. FICK:  They're in evidence.

23            MR. WEINREB:  The government had a motion to exclude

24    them in limine on the grounds that, without some kind of

25    explanation about them, they could easily be -- that the jury

1   will be led to speculate that this was some kind of terrorist

2   cell that was getting together.  In fact, there was a

3   discussion of Tamerlan with religious scholars who are, in

4   fact, telling him jihad is not the way, anti-jihad.

5           THE COURT:  If there's an exhibit that has been

6   admitted in evidence, she can say that she recognizes Tamerlan

7   as one of the speakers.

8           MR. FICK:  Your Honor, I plan to play two very, very

9   brief, literally 20-second excerpts, to identify the particular

02:10 10   speaker at particular lines of the exhibits.  That's all I want

11   to do.

12           MR. MELLIN:  Your Honor, we would object to anything

13   more than that.  If he starts to ask what does that mean, what

14   did you think about that, that's an entirely objectionable

15   area.  That's inappropriate.

16           THE COURT:  I agree.  Commentary on the content of the

17   exhibit, I think, would be inappropriate through this witness.

18           MR. FICK:  I'm not speaking any kind of expert

19   commentary explanation, but I think it is fair game to ask,

02:10 20   again, very simply, What was your reaction to hearing that?

21           THE COURT:  No, not for that particular --

22           MS. CLARKE:  Judge, could we just have a basis for the

23   Court's ruling on that?

24           THE COURT:  It's just a subjective -- it's not

25   probative.  I mean, what she thinks of something is not

1    particularly probative.

2            MS. CLARKE:  But she would have known Tamerlan before.

3            THE COURT:  Yes.  Well, there may be ways of getting

4    it more specifically than just asking the question, What do you

5    think about it?  Maybe it could be contrasted to something

6    specific.

7            MR. WEINREB:  Your Honor, we still have the 403

8    objection to it because the jury is not -- it's like putting a

9    picture of somebody standing in a crime scene and saying, Does

02:11 10    it alarm you to see this person standing at the crime scene

11    when maybe they were there shopping.  Maybe they were walking

12    through.  Maybe they were -- she has no personal knowledge, so

13    there's no way to cross-examine her about it.  The fact is

14    having this conversation could be sinister or it could be the

15    opposite of sinister.  She has no way of knowing and yet --

16            THE COURT:  She can say whether the statements he was

17    making were consistent or inconsistent with what she remembered

18    him having said, something like that, I think would be

19    admissible.

02:11 20            MR. MELLIN:  Based on her interactions with him.

21            THE COURT:  She would have to have a basis for making

22    the comparison, but she could make a comparison.

23            MS. CLARKE:  Thank you.

24            MR. WEINREB:  There's no way to go through this line

25    and we're not going to get into the substance of what's being

1    said.  And the substance of what's being said should not be

2    admitted through this witness who can only speculate about the

3    meaning of it and confuse the jury and mislead them about what

4    is going on here.

5              THE COURT:  Well, anyway.  Go ahead.  You may do it.

6    .  .  .  END OF SIDEBAR CONFERENCE.)

7    Q.   I'm going to play a very short portion of the tape and

8    then ask you some questions when I'm done.

9    (Audio recording played.)

02:13 10   Q.   Miss Suleimanova, do you see on the screen on the

11   left-hand side the Russian text there?

12   A.   Yes.

13   Q.   And the portions of the text highlighted in yellow, who

14   was the person saying those words?

15   A.   This is Tamerlan speaking.

16   Q.   And one more brief portion I want to ask you about.

17   (Audio recording played.)

18   Q.   Again, Miss Suleimanova, the text on the screen that was

19   highlighted in yellow, who was the speaker of those lines?

02:15 20   A.   Tamerlan.

21   Q.   We listened to the entirety of this particular

22   recording --

23             MR. MELLIN:  Objection to the preamble, your Honor.

24             THE COURT:  Okay.  Just the question, I think.

25   Q.   We listened to the entire recording, this entire recording

```
 1  together last week, is that right?
 2  A.   Yes.
 3  Q.   Are the religious ideas discussed in that recording
 4  consistent with the Islamist conditions that your family grew
 5  up with?
 6  A.   I don't understand this.  Our parents didn't teach us
 7  these things.  They taught us to pray and to read the prayers.
 8  And I'm very far away from all of this.
 9  Q.   When was the last time you saw Tamerlan in person?
10  A.   In 2012.
11  Q.   Can you describe the circumstances of your meeting with
12  Tamerlan in 2012?
13  A.   He was visiting Uncle Mukhammad Haji.  I and my older and
14  younger sister, Nabisat and Rabiyat, we came to visit Uncle
15  Mukhammad Haji, and that's where we met.
16  Q.   Can you describe the meeting?
17  A.   I was very happy to see my brother.  It had been so many
18  years.  But I had two conflicting feelings.
19            MR. MELLIN:  Your Honor, objection to the feelings.
20            THE COURT:  Overruled.
21  A.   Fear, but to see my brother and hug him.  When we were
22  told that he was adhering to some kind of radical Islam, I was
23  afraid.
24            MR. MELLIN:  Objection.
25            THE COURT:  Overruled.
```

```
 1    A.   I'm sorry that at this time I didn't have my heart

 2    completely open to my brother.  I didn't demonstrate all my

 3    feelings and that I had been missing him so much all those

 4    years.

 5              MR. MELLIN:  Your Honor, objection to the narrative.

 6              THE COURT:  I think the question has been answered.

 7    Q.   Okay.  So you described your feelings leading up to the

 8    meeting.  Describe what happened at the meeting itself.

 9    A.   Both prior to the meeting and during the meeting, but when

02:20 10   I learned that he died, I was so --

11              MR. MELLIN:  Objection.

12              THE COURT:  Sustained.

13              MR. FICK:  If I could again ask the microphone to move

14    a little closer to both of you so that we can all hear better.

15    Thank you.  You can actually move the microphone.

16              THE INTERPRETER:  Close to the witness?

17              MR. FICK:  Both of you I think would be nice.  Thank

18    you.

19    Q.   Were you concerned in 2012 with Tamerlan having

02:20 20   interactions with your son?

21              MR. MELLIN:  Objection.  Relevance, your Honor.

22              THE COURT:  Sustained.

23    Q.   Did you do or say anything to prevent your son from

24    interacting with Tamerlan?

25              MR. MELLIN:  Objection.
```

1          THE COURT:  You may answer that.

2     A.   It wasn't about the contact, but my son -- my son just

3     called me and said that Tamerlan --

4          MR. MELLIN:  Objection.

5          THE COURT:  Yeah, sustained.

6     Q.   Did you do or say anything based on what your son told

7     you, without telling us what your son said?

8          MR. MELLIN:  Your Honor, objection to the answer.  It

9     was a yes-or-no question.  I would object to the content of

02:21 10    that.

11         THE COURT:  No.  Go ahead.  You may translate it.

12    A.   I didn't take any action.  All I did, I said to my son --

13         MR. MELLIN:  Objection.

14    A.   Are you --

15         THE COURT:  Overruled.

16    A.   Are you praying?  That's enough for me.

17         MR. FICK:  Thank you, Miss Suleimanova.  I have

18    nothing further.

19         As a housekeeping matter, I would sub-mark the two --

02:22 20    the tape I played and the transcript I showed as 3306-J, the

21    recording, and 3306-K, the transcript, for housekeeping.

22         THE COURT:  All right.

23    (Defendant's Exhibit No. 3306-J received into evidence.)

24    (Defendant's Exhibit No. 3306-K received into evidence.)

25         MR. MELLIN:  No questions.  Thank you, your Honor.

```
 1              THE COURT:  All right.  Miss Suleimanova, you may step
 2       down.  Thank you.
 3              MR. FICK:  Is this a good time for the break, your
 4       Honor?
 5              THE COURT:  It will be a good time.  We'll take it.
 6              THE CLERK:  All rise for the Court and jury.  The
 7       court will take the morning recess.
 8       (Recess taken at 11:05 a.m.)
 9              THE CLERK:  All rise for the Court and the jury.
02:46  10              (The Court and jury enter the courtroom at 11:33 a.m.)
11              THE CLERK:  Be seated.
12              MR. FICK:  Thank you, your Honor.  The defense calls
13       Patimat Suleimanova.
14              And if I could get the screen back, your Honor, I'd
15       appreciate it.
16              PATIMAT SULEIMANOVA, duly sworn through interpreter
17              THE CLERK:  State your name, and spell your first and
18       last name for the record.
19              THE WITNESS:  Suleimanova, Patimat.
02:52  20              MR. FICK:  And with the Court's indulgence, I'll just
21       spell the name:  P-A-T-I-M-A-T.
22              And if I could also just ask the interpreter to move
23       the microphone a little bit closer so everyone can hear.  And
24       if there's any problems hearing me, by all means, please let me
25       know.  Thank you.
```

```
 1              THE INTERPRETER:  Can you hear me now?

 2              MR. FICK:  Yes.

 3                          DIRECT EXAMINATION

 4    BY MR. FICK:

 5    Q.    Good morning, Ms. Suleimanova.

 6    A.    Good morning.

 7    Q.    What year were you born?

 8    A.    My -- the year of my birth is 1950.

 9    Q.    And where were you born?

10    A.    October 10.  Chokh.

11    Q.    And is that a village in the mountains of Dagestan?

12    A.    Yes, Dagestan.

13              MR. FICK:  I'm going to publish and move into evidence

14    what has been marked as 3507-83.

15              (Defense Exhibit No. 3507-83 received into evidence.)

16    BY MR. FICK:

17    Q.    Ms. Suleimanova, is that a picture of Chokh?

18    A.    Yes, this is my hometown, Chokh.

19    Q.    And where do you live now, Ms. Suleimanova?

20              THE INTERPRETER:  Sorry.  The interpreter couldn't

21    hear the question.

22              MR. FICK:  I'm sorry.

23              THE COURT:  Take a moment.

24              MR. FICK:  Why don't we just ask you to take a moment,

25    yes.
```

 1            (Pause.)

 2            MR. FICK:  May I pour you a glass of water, ma'am?

 3            Thank you.

 4            (Pause.)

 5            THE COURT:  Mr. Fick, perhaps we should take a break

 6    and do a different witness and let her recover a little bit of

 7    her composure.

 8            MR. FICK:  That's fine, your Honor.

 9            Ms. Suleimanov, we'll let you take a little break and

02:55 10    bring you back, okay?

11            (The witness is excused.)

12            MR. FICK:  The defense would call Shakhruzat

13    Suleimanova.

14            SHAKRUZAT SULEIMANOVA, sworn through interpreter

15            THE CLERK:  Have a seat.  State your name, and spell

16    your first and last name for the record.

17            THE WITNESS:  Suleimanova, Shakhrzat.

18            MR. FICK:  Your Honor, with the Court's indulgence,

19    I'll spell the first name and, in fact, put it up on the

02:57 20    monitor for everyone's convenience:  S-H-A-K-H-R-U-Z-A-T.

21                         DIRECT EXAMINATION

22    BY MR. FICK:

23    Q.   Good morning, Ms. Suleimanova.

24    A.   Thank you.

25    Q.   Are you sometimes also called by the name Shari?

```
 1   A.   Shari, yes.

 2   Q.   And what year were you born?

 3   A.   '55.

 4   Q.   And where were you born?

 5   A.   The village of Chokh.  Gubinskyi region.

 6   Q.   And is that in the mountains of Dagestan?

 7   A.   Yes.

 8   Q.   And the picture on the screen, 3507-83, is that a picture

 9   of the town of Chokh?

02:58 10   A.   Yes, Chokh.

11   Q.   For some of your adult life, did you also live in the town

12   of Kaspiysk?

13   A.   Yes.

14   Q.   And just putting up on the screen -- Kaspiysk is this area

15   near Makhachkala and the Caspian Sea.  Is that right?

16   A.   Yes.

17   Q.   And where do you live now?

18   A.   Now I live at the village of Shamkhal.

19   Q.   And is that essentially a suburb of Makhachkala, the

02:59 20   capital?

21   A.   Yes.

22        MR. FICK:  I'm going to move into evidence and publish

23   what's been marked as 3505-107.

24        (Defense Exhibit No. 3505-107 received into evidence.)

25   BY MR. FICK:
```

| | |
|---|---|
| 1 | Q.   Is this a picture essentially of the garden behind your |
| 2 | house in Shamkhal? |
| 3 | A.   Yes. |
| 4 | Q.   Do you work? |
| 5 | A.   Yes. |
| 6 | Q.   What kind of work do you do? |
| 7 | A.   I work in the hospital.  I'm a nurse's assistant. |
| 8 | Q.   And are you married? |
| 9 | A.   Yes. |
| 03:00 10 | Q.   And do you have any children? |
| 11 | A.   Yes. |
| 12 | Q.   How many and how -- how many? |
| 13 | A.   Four girls. |
| 14 | Q.   And on the family tree that's on the screen, I'm circling |
| 15 | in English, but the Russian is on paper in front of you, if you |
| 16 | need it.  Is this you and your husband and your children that |
| 17 | I've circled? |
| 18 | A.   Yes. |
| 19 | Q.   And so the two young women we've heard from already this |
| 03:00 20 | morning, Raisat and Naida, they're two of your daughters? |
| 21 | A.   Yes. |
| 22 | Q.   What is your daughter Rabiyat doing while you all are |
| 23 | here? |
| 24 | MS. PELLEGRINI:  Objection. |
| 25 | THE COURT:  Overruled. |

```
 1              THE WITNESS:  She's taking care of the children.
 2    Raisat has a daughter, and Naida has a daughter, so she's
 3    taking care of all the children.
 4    BY MR. FICK:
 5    Q.   What is your family connection to Jahar?  Are you his
 6    aunt?
 7    A.   Yes.
 8    Q.   I'm going to show you a photograph and ask you a few
 9    questions about it.
03:01 10              MR. FICK:  3507-91.
11    Q.   Do you recognize this photograph?
12              MR. FICK:  I'm sorry.  I move it into evidence as
13    well.
14              THE COURT:  All right.
15              (Defense Exhibit No. 3507-91 received into evidence.)
16              THE WITNESS:  Yes, I do.
17    BY MR. FICK:
18    Q.   Who is the person on the left here who I've circled?
19    A.   This is my mother.  Her name is Aishat.
03:02 20    Q.   And who is the person in the middle that I've circled?
21    A.   This is myself, Shari.
22    Q.   And who's this on the right?
23    A.   This is my oldest sister, Patimat.
24    Q.   And who is this down here on the bottom, the young child?
25    A.   This is the youngest sister, Zubeidat.
```

Q.   And where was this picture taken?

A.   This is at our house.  This is at our home in Chokh.

Q.   And what kind of a town was Chokh when you were a child?
About how big was it?

A.   It's a big town.  Very big town, Chokh.

Q.   When you say "big," do you mean it's just over a thousand
people or do you mean bigger?

A.   A thousand people, maybe 1200.

     MR. FICK:  And I'm going to publish and move into
evidence another photo, 3507-92.

     (Defense Exhibit No. 3507-92 received into evidence.)

BY MR. FICK:

Q.   Do you recognize this photo?  Who is that?

A.   This is my father.

Q.   And what kind of work did your father do in Chokh?

A.   He was a shepherd at the collective farm.  He worked at
the collective farm as a shepherd.

Q.   And what about your mother?  Did she work?

A.   No, she did not.

Q.   Why was that?

A.   She was sick.  She had cancer.  She had breast cancer.

Q.   And did she suffer from that for a number of years?

A.   Yes.

Q.   How did that affect you and the other children?

     MS. PELLEGRINI:  Objection.

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  It was very hard for us.  Our mother was
 3    always in the hospital, and we had to take care of the younger
 4    brothers and sisters, and she was always in the hospital.  She
 5    had three surgeries.
 6    BY MR. FICK:
 7    Q.   So what was your role in helping to take care of the
 8    younger children, including Zubeidat?
 9              THE INTERPRETER:  May the interpreter ask that the
10    witness break it up a little bit, the testimony?
11              THE COURT:  Yes, it's probably best if you ask her to
12    do that as you go along.  Don't try to translate too much a
13    chunk at once.
14              MR. FICK:  Let me just start with a fresh question
15    maybe, perhaps, your Honor, and we can just start again.
16    BY MR. FICK:
17    Q.   What was your role in helping to take care of the other
18    children when your mother was ill?
19    A.   I did the raising.  When my mother was discharged from the
20    hospital, she couldn't do much.
21    Q.   And so what did you do to help the youngest children,
22    especially Zubeidat?
23    A.   I was right next to her.  I cooked the meals.  I did
24    laundry.  I supported them.  They would ask me when would
25    Mother be back.  I would console the younger children.  I would
```

```
 1  say the mother is coming soon.  She will be in a week or she
 2  will be back in two weeks.  A week would pass, and the mother
 3  wouldn't be home, so they would ask again why isn't the mother
 4  home.
 5  Q.   Did your older sister Patimat also help out?
 6  A.   Yes.  She would come twice a week from where she lived.
 7  Q.   How long did it take her to get there?
 8  A.   It's 15 kilometers.
 9  Q.   And how long did it take to cross that distance in the
10  mountains?
11  A.   Two hours.
12  Q.   So she was already married and living away from home at
13  that point.  Is that right?
14  A.   Yes, she was already married.
15  Q.   And at some point while your mother was ill, did you get
16  married?
17  A.   Yes.  I was married when I was 18.
18  Q.   How did Zubeidat react to your marriage?
19  A.   It was very difficult for her.  I had always been next to
20  her.  And our oldest sister wasn't living at home anymore, so
21  it was very hard for Zubeidat.
22  Q.   Is there a particular story you remember from your
23  wedding?
24  A.   Yes.  She approached me under the table.  She was patting
25  my legs under the table.  And she was crying.  She was saying,
```

1    "Shari, let's go home.  What, are you going to stay with those

2    strangers?"  It was very painful for me.  I tried to console

3    her.  I said, "Go home.  I'll come and tuck you in at night."

4    Q.   How old was Zubeidat approximately at that point?

5    A.   She was seven.

6    Q.   I'm going to show you a picture and move into evidence

7    what's been marked as 3507-7.

8            (Defense Exhibit No. 3507-7 received into evidence.)

9    BY MR. FICK:

03:09  10    Q.   Who is that in the picture?

11    A.   This is my sister Zubeidat.

12    Q.   And is that Chokh in the background?

13    A.   Yes.

14    Q.   And is this from the time -- around the time when your

15    mother passed away?

16    A.   Yes.

17    Q.   How long after your mother's death did Zubeidat remain in

18    your father's home in Chokh?

19    A.   Three years.  And then she went to live with our older

03:10  20    brother.

21    Q.   And I'm going to put the family tree back up here so that

22    we can all see what we're talking about.  You say that after

23    about three years in Chokh she went to live with your oldest

24    brother, is that right, and his wife?

25    A.   That's right.  Older brother, Mukhammad Haji, took her to

        1   live with him.

        2   Q.   And is that the person I've circled here on your family

        3   tree, Mukhammad Haji, and Patimat, his wife?

        4   A.   Yes.

        5   Q.   Who made the decision to send Zubeidat to live with

        6   Mukhammad Haji?

        7   A.   Our father.  He's the older brother.  That's why he took

        8   her.

        9   Q.   And why was that the decision to be made by your father

03:11  10   and the oldest brother?

       11   A.   The mother was no longer alive.  I was married, and the

       12   older brother took the girl to live with him.

       13   Q.   And did he live in Makhachkala?

       14   A.   Yes, he lived in Makhachkala.

       15   Q.   How long did Zubeidat stay with Mukhammad Haji in

       16   Makhachkala?

       17   A.   Until she was in the ninth grade.  She graduated from the

       18   ninth grade there.

       19   Q.   And where did she go after that?

03:12  20   A.   Then our other brother Aliskhab took her.  He was in

       21   charge of the highway patrol there, and so he took her to live

       22   with him.

       23   Q.   And is that the person I circled on the family tree,

       24   Aliskhab?

       25   A.   Yes, correct.

1    Q.   And did he live in a little town on the border with

2    Chechnya?

3    A.   Yes.

4    Q.   And how long did Zubeidat stay with that brother?

5    A.   So she was there for the tenth grade, and once she

6    graduated from school, the other brother took her to live with

7    him in Novosibirsk.

8    Q.   Who made the decision to move Zubeidat from Mukhammad Haji

9    to Aliskhab?

03:13 10    A.   The older brother decided that because they didn't have

11    school beyond ninth grade.

12    Q.   And after Aliskhab, where did she go to live?  I think you

13    started to tell us.

14    A.   So she finished tenth grade there, and another brother who

15    is now deceased took her to Novosibirsk so she could apply and

16    study at the University.

17    Q.   And is Novosibirsk a city in Russian Siberia?

18    A.   Yes, in Siberia.

19    Q.   It's many thousands of kilometers from Dagestan?

03:14 20    A.   Very far.

21    Q.   And which brother was that?

22    A.   Murtuz.

23    Q.   And so is that the brother that I'm circling here on the

24    tree?

25    A.   Yes.

```
 1   Q.   And who made the decision that Zubeidat should move to
 2   Novosibirsk with Murtuz?
 3   A.   Our older brother and our father.
 4   Q.   When did you first learn about Zubeidat meeting Anzor?
 5   A.   The brother who lived there, he called our father.
 6   Q.   And what did your family learn?
 7   A.   He was asking if the father was giving his permission for
 8   Anzor to marry Zubeidat.
 9   Q.   And why was -- why were they asking your father's
10   permission?  Could Zubeidat have married without your father's
11   permission?
12   A.   No.  In our tradition a woman cannot marry without the
13   permission of her father or, if the father is deceased, without
14   the permission of the older brother.
15   Q.   And when you say "older brother," do you mean oldest
16   brother or simply any older brother?
17   A.   The oldest.
18   Q.   How did the family react to the fact that Anzor was a
19   Chechen and not an Avar?
20   A.   At first we didn't like that.  Everybody wants their own
21   people.
22   Q.   And why is that?
23   A.   Because we don't allow our daughters to marry a person
24   from a different ethnicity, and also we don't take people from
25   other ethnicities to marry our people.
```

```
 1   Q.   I'm going to show you a picture and move into evidence
 2   3507-12.
 3            (Defense Exhibit No. 3507-12 received into evidence.)
 4   BY MR. FICK:
 5   Q.   Do you recognize this picture?
 6   A.   Yes.
 7   Q.   Is that Anzor and Zubeidat around the time of their
 8   marriage?
 9   A.   Yes.
10   Q.   And one more picture, 3507-14.
11            MR. FICK:  And I move this into evidence.
12            (Defense Exhibit No. 3507-14 received into evidence.)
13   BY MR. FICK:
14   Q.   Do you recognize this photograph?
15   A.   Yes.
16   Q.   Is that also Anzor and Zubeidat from their time in
17   Siberia?
18   A.   Yes, yes.
19   Q.   It's much colder there than Dagestan?
20   A.   Yes, it's very cold.
21   Q.   When did you first meet Anzor?
22   A.   When they came home from there.  That's when I met him,
23   when they came home.
24   Q.   When they came to Dagestan, in other words?
25   A.   Yes, that's when I met him.
```

```
 1   Q.   And did they already have a child at that point?
 2   A.   Yes.
 3   Q.   And did you know that Tamerlan was born in Kalmykia,
 4   another region of Russia?
 5   A.   No.
 6   Q.   So do you have any understanding of what might have
 7   brought Zubeidat and Anzor to Kalmykia?
 8   A.   We don't know that.  They didn't live next to us.  How
 9   would we know?
10   Q.   I'm going to show you another picture and move into
11   evidence 3507-13.
12        (Defense Exhibit No. 3507-13 received into evidence.)
13   BY MR. FICK:
14   Q.   Do you recognize this picture?
15   A.   Yes.
16   Q.   Who is the baby?
17   A.   Tamerlan.
18   Q.   And so was this photo taken around the time they
19   came -- the first time you met Anzor in Dagestan?
20   A.   Yes.
21   Q.   Did Anzor and Zubeidat move around a lot in the time you
22   knew them before they came to America?
23   A.   Yes, they moved a lot.
24   Q.   Did you sometimes visit them in central Asia?
25   A.   To Kyrgyzstan.  I went to Kyrgyzstan.
```

03:19 10

03:20 20

```
 1    Q.   And when they were living in central Asia, did they
 2    sometimes visit you in Dagestan?
 3    A.   Yes.  Yes, they did.
 4    Q.   What did you observe about -- what, if anything, did you
 5    observe about the effect all of the moving had on the children?
 6    A.   Yes.
 7    Q.   Well, what did you observe?
 8    A.   We watched the children when they came when the children
 9    were young.  It was very painful for us when they came and
 10   went.  It's very painful.  It's very hard when your relatives
 11   live far away.
 12   Q.   And how did the children adjust to changing schools?
 13   A.   Yes.
 14   Q.   How did they adjust?
 15   A.   Well, it's hard when you move from one place to another
 16   when you need time to get to know the teachers.
 17   Q.   Were there occasions when you sent your oldest daughter,
 18   Nabisat, to help Anzor and Zubeidat with their children?
 19   A.   Yes.
 20   Q.   Was there a time when you sent her all the way to
 21   Kyrgyzstan, to Tokmok?
 22   A.   Yes.  Yes.  She stayed there three months.  She was
 23   watching the children.
 24   Q.   And how old was Nabisat at that time?
 25   A.   13 or 14, I think.
```

```
 1    Q.   And who made the decision to send your daughter to help
 2    Anzor and Zubeidat?
 3              MS. PELLEGRINI:  Objection to this line of
 4    questioning.
 5              THE COURT:  Overruled.
 6              THE WITNESS:  My husband, Magomed.
 7    BY MR. FICK:
 8    Q.   And was there another occasion when you sent your daughter
 9    Nabisat to Chechnya to help Anzor and Zubeidat?
10    A.   Yes.
11    Q.   And how old was she at that time?
12    A.   Then she was 15 or 16.
13    Q.   And who made the decision to send her that time?
14    A.   Also my husband, Magomed.
15    Q.   I'm going to show you a photo and move into evidence
16    3507-90.
17              (Defense Exhibit No. 3507-90 received into evidence.)
18    Q.   Do you recognize this photograph?
19    A.   Yes.
20    Q.   I'm just going to circle some of the people and have you
21    tell me who they are, okay?
22    A.   Okay.
23    Q.   The man at the top on the left, who is that?
24    A.   This is Anzor, the husband of my sister's.
25    Q.   The man at the top on the right?
```

1   A.   This is my husband, Magomed.

2   Q.   The woman on the far right?

3   A.   This is my sister Zubeidat.

4   Q.   The next woman over?

5   A.   This is my daughter Naida.

6   Q.   The next one over?

7   A.   This is my daughter Raisat.

8   Q.   The next one over in that row?

9   A.   This is my daughter Nabisat.

03:25 10   Q.   And then this young man?

11   A.   This is my nephew, the son of my sister Fatimat [*sic*].

12   Q.   Fatimat?

13   A.   Patimat.

14   Q.   And his name is Bashir?

15   A.   Yes, Bashir.

16   Q.   And the woman now in the front row?

17   A.   This is myself, Shari.

18   Q.   The baby you're holding?

19   A.   This is Ailina, my niece, the daughter of my sister's.

03:25 20   Q.   Dzhokhar's sister?

21   A.   Yes.

22   Q.   The next girl over in the bottom row?

23   A.   This is my younger daughter, Rabiyat.

24   Q.   The boy I just circled?

25   A.   This is also my sister's son, Tamerlan.

1    Q.    And the woman on the right in the front row?

2    A.    This is my oldest sister, Patimat.

3    Q.    And finally, the child Patimat is holding?

4    A.    This is Zubeidat's daughter Bella.

5    Q.    And do you remember approximately what year this picture

6    was taken?

7    A.    Not exactly, but I think it was 1994.

8    Q.    Dzhokhar isn't there yet.  Does that help orient you a

9    little bit?  Maybe was it earlier?

03:26 10    A.    Yeah, Dzhokhar wasn't -- wasn't there yet.

11    Q.    So early 1990s.  Is that fair?

12    A.    Maybe.  I don't recall exactly.

13    Q.    Do you remember where the picture was taken?

14    A.    This is Kyrgyzstan.

15          MR. FICK:  I'm going to put up now 3507-1 13 and

16    introduce that.

17          (Defense Exhibit No. 3507-113 received into evidence.)

18    BY MR. FICK:

19    Q.    Do you recognize this photograph?

03:27 20    A.    Yes.

21    Q.    And where was this photograph taken?

22    A.    This is in Makhachkala at my younger brother Shakhrudin.

23    Q.    And the woman on the left that I'm circling, is that you?

24    A.    This is me.

25    Q.    And who's this that I'm circling on the right?

1    A.    This is my sister Zubeidat.

2    Q.    And the girl at the top, who is that?

3    A.    This is my daughter, Naida.

4    Q.    And the girl next to her?

5    A.    This is my brother's wife, Patulya.

6    Q.    And is this your brother Shakhrudin in the front there?

7    A.    Yes, this is my brother Shakhrudin.

8    Q.    And then one more photo I would like to show you,

9    3507-115, which I would also move into evidence.

03:28 10          (Defense Exhibit No. 3507-115 received into evidence.)

11   BY MR. FICK:

12   Q.    Who is the woman sitting in the middle of the photo?

13   A.    This is my sister Zubeidat.

14   Q.    And on the left?

15   A.    This is myself.

16   Q.    And on the right?

17   A.    This is sister Patimat.

18   Q.    When was the last time you saw Jahar in person?

19   A.    He was eight years old.  He was in the second grade when

03:29 20   he left.  I haven't seen him since.

21   Q.    Describe what kind of child Jahar was in the time that you

22   knew him when he was with you.

23   A.    He was a very good boy, quiet, shy.  Somebody told him

24   something, he was so shy, he would turn his face away.  He was

25   a very good boy, a very quiet boy.  The family was fun-loving.

1    Very good family.  Very hospitable.  They respected each other

2    very much.  They didn't talk back.  They were so good.  They

3    wouldn't hurt a fly.  My sister's children was such good

4    children.

5    Q.   When they left for America, were you concerned about them

6    leaving?

7    A.   Yes, of course.  We felt very bad.  We cried a lot.  We

8    didn't want them to go.

9    Q.   And why was that?

03:31 10    A.   Because it's so far.  We didn't want our youngest sister

11   to be so far away from us.  She wouldn't have the love that she

12   would if she were close to us, so we didn't want her to go.

13   She was like a daughter to me.  I raised her.  I treated her

14   like a daughter.  It was like somebody tore her away from me

15   when she left.

16   Q.   Some years later, did Zubeidat begin to visit Dagestan

17   from the United States?

18   A.   She came back in about five or six years.

19   Q.   And the first few times she visited, did she seem more or

03:32 20    less as she always had been?  Was she the same person?

21   A.   The first time she came she was the same.

22   Q.   Was there a subsequent visit where something had changed?

23   A.   Yes.  When she came right before the brother died, she

24   came and she was all covered up.  We were all shocked.  We were

25   all in pain.  We were very scared.  We had never had people

1    like that in our family.  We prayed, we fasted, but no people

2    like that.  We cried.  My oldest sister and I, we asked, "What,

3    do they dress like that in America?  Why are you -- why do you

4    look like that?"

5    Q.    You said you were scared.  Why?

6    A.    It was scary to look at her.  We had never had people like

7    that in our family.  Usually, you're dressed in all black when

8    you're mourning someone deceased.  People would wear black when

9    a brother dies or a father dies, or people would wear black for

03:34 10   a year when in mourning, but not in other locations.

11        She had never been like that.  She had always been

12   fun-loving.  She had never covered her hair with a scarf.  The

13   family was fun-loving.  They liked to --

14        MS. PELLEGRINI:  Your Honor, objection first to

15   "family," and, secondly, can we have a question?

16        THE COURT:  Yeah, okay.  Let's have this answer.

17        THE WITNESS:  The family was fun-loving.  They used to

18   dance and sing.  They liked to have fun.  And when she came

19   like that, we were in shock.

03:35 20   BY MR. FICK:

21   Q.    What's the last time you saw Tamerlan in person?

22   A.    The last time we saw him when he left -- before he left

23   for the United States.  When he came back for three or four

24   months, he was there.

25   Q.    Was that in 2012?

1    A.    Yes.  He started talking about religion.  He was very

2    different, Tamerlan, and we hadn't seen him since he'd left.

3    Q.    You've been a little teary here today.  Can you tell us

4    why?

5              MS. PELLEGRINI:  Objection.

6              THE COURT:  Sustained.

7              MR. FICK:  Nothing further.

8              MS. PELLEGRINI:  No questions.

9              THE COURT:  No questions?  All right, Ms.

03:36 10    Suleimanova, you may step down.

11              (The witness is excused.)

12              MR. FICK:  The defense calls Nabisat Suleimanova.

13         NABISAT SULEIMANOVA, duly sworn through interpreter

14              THE CLERK:  State your name and spell your first and

15    last name for the record.

16              THE WITNESS:  Suleimanova Nabisat Magomedovna.

17              MR. FICK:  And, again, with the Court's indulgence,

18    it's N-A-B-I-S-A-T.

19                          DIRECT EXAMINATION

03:38 20    BY MR. FICK:

21    Q.    Good morning, Ms. Suleimanova.

22    A.    Good morning.

23    Q.    What year were you born?

24    A.    1974.

25    Q.    And where were you born?

```
 1    A.    In the village of Chokh.
 2    Q.    And where did you grow up?  Where did you spend your
 3    childhood and youth?
 4    A.    Until second grade I went to school in Chokh, and later on
 5    in Kaspiysk.
 6    Q.    And where do you live now?
 7    A.    Now I love in the village of Unty.
 8    Q.    And I'm going to put a map up here on the screen.  Is Unty
 9    a village in the mountains not far from Chokh?
03:39 10    A.    Yes, here.
11    Q.    I'm going to show you a photograph and enter into evidence
12    what's been marked 3507-85.
13              (Defense Exhibit No. 3507-85 received into evidence.)
14    BY MR. FICK:
15    Q.    Do you recognize what this photograph shows?
16    A.    Yes.  This is the house of my in-laws.
17    Q.    And is this where you live in Unty?  Is this the house you
18    live in?
19    A.    Yes.
03:40 20    Q.    And the man in the center of the photograph here that I've
21    circled, who is that?
22    A.    This is Anzor, Jahar's father.
23    Q.    And the man in the far right corner, who is that?
24    A.    This is my husband.
25              MR. FICK:  Also, I'd publish and move into evidence
```

1    3507-84.

2            (Exhibit No. 3507-84 received into evidence.)

3    BY MR. FICK:

4    Q.   Now, what does this photograph show?

5    A.   This is the view of the mountains that we have from our

6    house.

7    Q.   And is that your garden with some fruit there in front?

8    A.   Yes.

9            MR. FICK:  And finally, I'd publish and move into

03:41 10   evidence 3507-86.

11           (Defense Exhibit No. 3507-86 received into evidence.)

12   BY MR. FICK:

13   Q.   Is this the road leading into Unty?

14   A.   Yes.

15   Q.   Now, putting back up the family tree here, what is your

16   family connection to Jahar?

17   A.   My mother and his mother are sisters, and we are cousins.

18   Q.   So is this you that I'm circling here in the middle of the

19   chart?  There's a Russian version in front of you.

03:42 20   A.   Yes.  Yes.

21   Q.   And so there's only seven years' difference between you

22   and Zubeidat in age.  Is that right?

23   A.   Yes.

24   Q.   Do you remember when she first came to Dagestan with

25   Anzor?

1  A.    Yes.  She came when Tamerlan was just a few months old.

2  Q.    I'm going to put back up on the screen what's in evidence

3  as 3507-13.  Is this a picture from roughly that time?

4  A.    Yes.  Yes.

5  Q.    How did your family react to the fact that Zubeidat had

6  married a Chechen man?

7  A.    It was unusual at first, but then everybody got used to

8  this idea.

9  Q.    Can you describe just a couple of the differences in

03:43 10  culture and custom between the Avar nationality and the Chechen

11  nationality?

12  A.    There are a lot of traditions, but I don't really know

13  much about it.

14  Q.    Well, for example, in terms of the way weddings are

15  performed, are there some differences in tradition between the

16  Chechens and Avars?

17  A.    Yes.  In their tradition, the bride spends the whole day

18  by herself in the corner or in a special place that's assigned

19  to her, and in our tradition, the bride sits at the table.

03:44 20  Q.    I'm going to show you a picture and enter into evidence

21  what's been marked as 3507-117.

22              (Defense Exhibit No. 3507-117 received into evidence.)

23  BY MR. FICK:

24  Q.    Do you recognize this picture?

25  A.    Yes, of course I do.

```
 1   Q.   Is this a picture from your wedding?

 2   A.   Yes, from my wedding.

 3   Q.   And you were allowed to sit at the table?  It was a

 4   traditional Avar wedding?

 5   A.   Yes.

 6   Q.   So who's this in the middle here?

 7   A.   This is Aunt Patimat, my mother's oldest sister.

 8   Q.   And the woman on the right?

 9   A.   This is the wife of Uncle Shukhrudin, my mother's brother.

03:45 10   Q.   Again turning to some of the cultural differences between

11   Chechens and Avars, is there a difference in the way children

12   are handled after a divorce between the two cultures?

13           MS. PELLEGRINI:  I'm going to object to this, your

14   Honor.

15           THE COURT:  Overruled.  I'll allow it.

16           THE WITNESS:  Yes, there are differences.  In Chechen

17   tradition, the children usually stay with the father.  They

18   don't go to live with the mother.  And in Avar tradition, they

19   usually stay with the mother.

03:46 20   BY MR. FICK:

21   Q.   And what about the role of men in the family and the

22   eldest men in the family as between Chechen and Avar cultures?

23   Are there similarities or differences?

24   A.   The similarity is that the older brother usually -- or an

25   older male is in charge of the family, is responsible for the
```

1    family.

2    Q.   Now, what -- for example, in your family, you have all

3    sisters.  You have no older brother.  So if your father were

4    not available, what male would be the one responsible in your

5    tradition for making family decisions?

6    A.   It will be my father's brother.

7    Q.   And would it be any brother of your father or your

8    father's oldest brother?

9    A.   My father specifically only has one brother, but if there

03:47 10   are several brothers and the oldest one is not available, then

11   the younger brother can also be in charge.

12   Q.   But if the oldest brother is available, what would happen?

13   A.   Then the oldest is responsible.

14   Q.   From the time of their marriage until their departure to

15   the United States, did Anzor and Zubeidat and their children

16   live in a number of different places?

17   A.   Yes, they moved from Kyrgyzstan to Dagestan and to

18   Chechnya and then back to Kyrgyzstan.

19   Q.   And between stops, so to speak, did they often come to see

03:48 20   the family or stay with the family for a time in Dagestan?

21   A.   Yes, they stayed with the family in Makhachkala.

22   Q.   Based on your own personal knowledge, where was Dzhokhar

23   born?

24   A.   He was born in Kizlyar region.

25   Q.   And is Kizlyar a town in Dagestan?

1    A.    Yes.  Yes.

2    Q.    And how do you know that?

3    A.    Well, Aunt Zubeidat came to visit us.  Dzhokhar was born

4    prematurely.  They were staying in Kizlyar with relatives, and

5    that's where he was born.

6    Q.    And you were around at that time.  Is that right?

7    A.    Yes, I lived in Kaspiysk.

8    Q.    And how old were you at that time, roughly?

9    A.    I don't want to give you false information, to be honest.

03:50 10    I don't recall exactly.

11    Q.    You were at least a teenager or a young adult at that

12    point; is that fair?

13    A.    No, I think I was approximately 20 years old.

14    Q.    Now, last week -- do you remember I showed you from

15    his -- Dzhokhar's American immigration file a birth certificate

16    from Kyrgyzstan?  Do you remember looking at that with me?

17    A.    Yes, I remember.

18             MR. FICK:  And I want to make sure there's no

19    objection, but I would like to put the document on the screen

03:51 20    just as a chalk, if I could.

21             MR. WEINREB:  Let's see it first.

22             THE COURT:  Why don't you put it up.  I've taken the

23    jury down.  Why don't you just put it up.

24             MR. FICK:  Okay.  Thank you, your Honor.

25             Is there -- I guess, is there an objection to using it

1    as a chalk?

2              MS. PELLEGRINI:  Is there a translation for the chalk?

3              MR. FICK:  Well, I intend to just use it for the

4    witness's reference and ask questions about it.

5              THE COURT:  Just an illustration?  That's fine.  You

6    can use it as a chalk.

7              MR. FICK:  Thank you, your Honor.  And we've marked

8    this as 3505 for identification.

9    BY MR. FICK:

03:52 10   Q.   Is this the Kyrgyzstan birth certificate for Dzhokhar that

11   I showed you last week?

12   A.   That's what it says.

13   Q.   Were there a few unusual things that you pointed out to

14   me?

15             MS. PELLEGRINI:  I'm going to object, your Honor.

16             THE COURT:  Sustained.

17             MR. FICK:  Let me ask a more pointed question.

18   BY MR. FICK:

19   Q.   Is Dzhokhar's name on this birth certificate spelled

03:52 20   correctly?

21   A.   I don't think so because "Dzhokhar," not "Dzhokhar."

22   Q.   Is this an extra V added to the middle of the name here,

23   "Dzhovkhar"?

24   A.   I don't know.  Maybe that's the pronunciation in Chechen.

25   I can't tell you exactly, but the name is "Dzhokhar" without V.

```
 1   Q.   And is it fair to say that on the birth certificate there

 2   is a V in the middle of the name?

 3              MS. PELLEGRINI:  Your Honor, I'm going to object.

 4              THE COURT:  Sustained.  I think she's indicated she

 5   doesn't really have a basis for answering.

 6              MR. FICK:  Well, I'm asking her about what is shown on

 7   the document, not why.

 8              THE COURT:  Move along.

 9   BY MR. FICK:

10   Q.   What is the date of birth on this document?

11        I'm sorry.  Let me just repeat the question.  On the

12   document that we're looking at, what is written down as the

13   date of birth?

14   A.   22nd July.  It's not quite clear if it's June or July.

15              MR. WEINREB:  May we approach, your Honor?

16              THE COURT:  All right.

17              (Discussion at sidebar and out of the hearing of the

18   jury:)

19              THE COURT:  Before I hear the objection, tell me what

20   the point of this is.

21              MR. FICK:  It's to show the level of chaos in the

22   family.  We're not trying to suggest that he is under 18, but

23   there are multiple things about this document that are very

24   strange, and we're trying to go through each one of them.

25   There's a suggestion that --
```

1          THE COURT:  No.  It hasn't even been authenticated.

2          MR. FICK:  It's what's in his U.S. immigration file,

3     so it is the document that U.S. authorities relied upon.

4          THE COURT:  No.  Let's get to something else.

5          (In open court:)

6     BY MR. FICK:

7     Q.   Ms. Suleimanova, were there times when you lived with

8     Zubeidat and Anzor and their family outside of Dagestan?

9     A.   Yes.  I lived with them in Kyrgyzstan.

03:56 10    Q.   Can you describe the circumstances leading up to that?

11    A.   My father opened a brick factory in Kyrgyzstan, and they

12    formed a team of workers who -- my whole family went.  And in

13    order for me not to stay with the men, I lived with Zubeidat.

14    Q.   And how old were you at this time?

15    A.   Fourteen.

16    Q.   And who decided to have you live with Zubeidat's family?

17    A.   My father.

18    Q.   And where did your sisters -- did your sisters stay back

19    in Dagestan?

03:57 20    A.   Yes, my sisters and my mother stayed in Dagestan.

21    Q.   During this time, did you sometimes take care of the

22    children in the evening when Anzor and Zubeidat would go out?

23    A.   Yes, I stayed and watched the children.

24    Q.   Do you have a particular memory about one of those

25    occasions you could share?

```
  1              MS. PELLEGRINI:  Can we have a date on this, your
  2      Honor?
  3              THE COURT:  Yeah, let's locate it a little bit in
  4      context.
  5      BY MR. FICK:
  6      Q.   Do you remember approximately what year you stayed with
  7      Anzor and Zubeidat in Kyrgyzstan?
  8      A.   One second.  It was sometime in '87 or '88 if I was 14
  9      years old.
03:58 10 Q.   So at this point Jahar had not been born yet.  Is that
 11      fair to say?
 12      A.   No, at that time they only had Tamerlan and Bella.
 13      Q.   Okay.  But on occasion in the evening when they would go
 14      out, you would stay with Tamerlan and Bella, correct?
 15      A.   Yes, I stayed home.
 16      Q.   And is there a particular experience or memory that you
 17      wish to share about one of those occasions?
 18              MS. PELLEGRINI:  I'm going to object to the relevance
 19      of this.
03:59 20         THE COURT:  Sustained.
 21      BY MR. FICK:
 22      Q.   In addition to the time that you lived with the Tsarnaev
 23      family in Kyrgyzstan, was there a time when you lived with them
 24      and helped with the children in Chechnya?
 25      A.   Yes, when they moved to Chechnya.
```

```
 1    Q.   And when was that approximately?

 2    A.   I don't remember the year exactly.

 3    Q.   Was it the early 1990s?

 4    A.   Before the war broke out in Chechnya.

 5    Q.   And did something happen at the internal border between

 6    Dagestan and Chechnya when you were traveling to move there?

 7              MS. PELLEGRINI:  Objection.

 8              THE COURT:  Sustained.

 9              MR. FICK:  May we approach?

10              THE COURT:  No, just -- let's get back on track.

11    Remember what the case is about, please.

12    BY MR. FICK:

13    Q.   Well, so you moved with Anzor and Zubeidat and their

14    family to Chiri-Yurt, Chechnya, correct?

15    A.   Yes.

16    Q.   And I'm just going to put up again on the screen the map

17    of the region.  Was this Chiri-Yurt up here in Chechnya?

18              THE INTERPRETER:  It doesn't come on.

19              MR. FICK:  Oh, I'm sorry.

20              THE COURT:  My fault.

21    BY MR. FICK:

22    Q.   Is this Chiri-Yurt in Chechnya?

23    A.   Yes, yes.

24    Q.   So this is across the border from Dagestan?

25    A.   Yes, across the border.
```

```
 1   Q.   And what caused you to -- or who made the decision to send

 2   you to help Anzor and Zubeidat in Chiri-Yurt?

 3   A.   My parents decided to let me go and help around the time

 4   that they were acclimatizing to the new place.

 5         MR. FICK:  I'm going to put up on the screen and move

 6   into evidence what's been marked as 3507-77.

 7         (Defense Exhibit No. 3507-77 received into evidence.)

 8   BY MR. FICK:

 9   Q.   Do you recognize this as being what remains of the house

10   in Chiri-Yurt where they lived?

11   A.   Yes, I recognize.  That's the house.

12         MR. FICK:  And 3507-78, also publish and move into

13   evidence.

14         Whoops, I'm sorry.  Not 78, 79.

15         (Defense Exhibit No. 3507-79 received into evidence.)

16   BY MR. FICK:

17   Q.   Is that another angle looking at the house?

18   A.   Yes.

19   Q.   And then 3507-80, is that an interior view?

20         MR. FICK:  I'd move this one also in.

21         (Defense Exhibit No. 3507-80 received into evidence.)

22         THE WITNESS:  Yes, from in the courtyard.

23         MR. FICK:  And finally 3507-81.  Also move that into

24   evidence.

25         (Defense Exhibit No. 3507-81 received into evidence.)
```

```
  1   BY MR. FICK:

  2   Q.   And is this another view of the remains of that house?

  3   A.   Yes.

  4   Q.   I'm sorry.  Moving back to the time you lived with

  5   Zubeidat and Anzor in Kyrgyzstan, did you become acquainted at

  6   that time with some of Anzor's family in Kyrgyzstan?

  7   A.   Yes, Aunt Liza, Maret, Malkana, Anvar, and Dalvi.

  8   Q.   And so the -- I'm sorry.  And the names you just listed,

  9   Liza, was that Anzor's mother?

04:03 10   A.   Yes.

 11   Q.   I'm sorry.  The other names were brothers and sisters of

 12   Anzor?

 13   A.   Yes.

 14        MR. FICK:  And publishing and moving into evidence

 15   3507-16.

 16        (Defense Exhibit No. 3507-16 received into evidence.)

 17   BY MR. FICK:

 18   Q.   Do you recognize this photograph?

 19   A.   Yes, this is Liza's house.

04:04 20   Q.   And where is it?

 21   A.   In Kyrgyzstan.

 22   Q.   How did Anzor's mother, Liza, relate to Zubeidat?

 23        MS. PELLEGRINI:  Objection.

 24        THE COURT:  Sustained.

 25   BY MR. FICK:
```

```
 1   Q.   Were there conflicts between Anzor's mother and Zubeidat?

 2              MS. PELLEGRINI:  Same question actually, also leading.

 3              THE COURT:  You may answer that.

 4              THE WITNESS:  Not conflicts per se, but everybody

 5   wants to have a daughter-in-law from the same ethnic

 6   background, and here you have a daughter-in-law who is an

 7   Anvar, and they didn't know much about the Anvars.

 8   BY MR. FICK:

 9   Q.   Was there a -- was this a source of conflict between Anzor

10   and Zubeidat?

11              MS. PELLEGRINI:  Objection, your Honor.

12              THE COURT:  Overruled.

13              THE WITNESS:  There was some negative feelings.  My

14   mother-in-law didn't want my husband to marry me, and there was

15   the same situation there.

16   BY MR. FICK:

17   Q.   Returning now to the time in Chiri-Yurt in Chechnya, did a

18   time come when Zubeidat and Anzor left Chechnya and returned to

19   Dagestan?

20   A.   Yes.

21   Q.   And when was that and why did that happen?

22              MS. PELLEGRINI:  Well, I object.  I don't object to

23   the "when," but I do object to the "why."

24              THE COURT:  All right.  It's multiple.  Let's take the

25   "when" first.
```

04:05 (line 10)
04:06 (line 20)

```
 1   BY MR. FICK:
 2   Q.   Do you remember approximately when that occurred?  How
 3   long had they been in Chiri-Yurt when they left?
 4   A.   I don't remember how long they lived there, but they
 5   didn't live there long.
 6   Q.   And why did they leave Chiri-Yurt?
 7            MS. PELLEGRINI:  Now I have an objection to the "why."
 8            THE COURT:  Sustained.
 9            MR. FICK:  May we approach?
10            THE COURT:  Basis of knowledge.
11   BY MR. FICK:
12   Q.   Were you present up until the time they left Chiri-Yurt?
13   A.   I was there when they moved there --
14   Q.   Were you there --
15   A.   -- to Chiri-Yurt.
16   Q.   Were you there when they left Chiri-Yurt?
17   A.   When they left Chiri-Yurt, you're asking?
18   Q.   Yes.
19   A.   I was in Kaspiysk then, at home.
20   Q.   Do you have an understanding from your family about why
21   they left Chiri-Yurt?
22            MS. PELLEGRINI:  Objection.
23            THE COURT:  Sustained.
24   BY MR. FICK:
25   Q.   Was something happening in Chechnya at the time they left
```

1    Chiri-Yurt?

2            MS. PELLEGRINI:  Objection.

3            THE COURT:  You may answer that.

4            THE WITNESS:  The war was unraveling there.  When we

5    were moving there with all the stuff, we were stopped at the

6    border.

7            MS. PELLEGRINI:  Objection.

8            THE COURT:  Same.

9            MR. FICK:  It's her personal experience, your Honor.

04:08 10            THE COURT:  I think it's a volunteered answer.  Let's

11    get another question.

12    BY MR. FICK:

13    Q.   After Anzor and Zubeidat and their family left Chiri-Yurt,

14    where did they move to?

15    A.   They were in Dagestan in Makhachkala.

16    Q.   And did you see them often during that time period?

17    A.   Not often -- not as often as I wanted to at that time.  I

18    was married, I had my own house, I had a child, and I was

19    there.

04:09 20    Q.   But did you see them from time to time?

21    A.   Yes.  Rarely, but I did see them.

22    Q.   Your families interacted from time to time?

23    A.   Yes, of course.

24    Q.   I'd like to show you a photograph and ask you some

25    questions about it.

```
 1              MR. FICK:  And move into evidence 3507-27.

 2              (Defense Exhibit No. 3507-27 received into evidence.)

 3    BY MR. FICK:

 4    Q.    Do you recognize this photograph?

 5    A.    Of course.

 6    Q.    Do you recognize where it was taken?

 7    A.    This is in Makhachkala at their house.

 8    Q.    And who is that in the picture?

 9    A.    Dzhokhar.

10    Q.    And do you know what he's doing?

11    A.    He's doing his homework.

12    Q.    And do you have a memory of interacting with Dzhokhar in

13    that apartment and some of the things he did?

14    A.    Of course I do.  I remember everything.

15    Q.    What are some of your favorite memories of Dzhokhar?

16    A.    There are very many.  He was so warm.  He was so caring.

17    One would want to hug him and not let him go.  He was an

18    unusual child.  He was wonderful kid.  He was the first one who

19    helped the wife of Mukhammad Haji, Patimat, discover her

20    maternal feelings.  She's a very stern woman.  She worked in

21    security forces, and she was very pedantic and made her

22    children follow the rules all the time.  And when Jahar

23    appeared, he changed her drastically.  She would even let him

24    urinate in the sink in the kitchen, and it was very strange for

25    us.
```

1    Q.   A couple of days ago, do you remember listening to an

2    audio recording that I played for you from Tamerlan's computer?

3    A.   Yes, I remember.

4    Q.   And what was your reaction to hearing that recording?

5              MS. PELLEGRINI:  Objection.

6              THE COURT:  Sustained.

7    BY MR. FICK:

8    Q.   In the area where you live in Dagestan, is there a problem

9    that you experience day to day with the spread of extremist

04:12 10    ideas?

11             MS. PELLEGRINI:  Objection.

12             THE COURT:  Sustained.

13             MR. FICK:  May I just have one moment?

14             (Counsel confer off the record.)

15             MR. FICK:  Your Honor, I'm going to suggest that we

16    take the lunch recess.  I'm almost done, but we have a couple

17    of issues to resolve plus to find out --

18             THE COURT:  I would rather finish.

19             MR. FICK:  I'm sorry?

04:14 20             THE COURT:  I would rather finish.

21             MR. FICK:  Okay.  If I may just have one moment.

22             (Counsel confer off the record.)

23             MR. FICK:  I have nothing further, your Honor.  Thank

24    you.

25             Thank you, Ms. Suleimanova.

```
 1              MS. PELLEGRINI:  No questions.
 2              THE COURT:  All right, Ms. Suleimanova.  You may step
 3      down.
 4              (The witness is excused.)
 5              THE COURT:  And now we will take the lunch recess.
 6              THE CLERK:  All rise for the Court and the jury.  The
 7      Court will take the lunch recess.
 8              (The Court and jury exit the courtroom and there is a
 9      recess in the proceedings at 12:57 p.m.)
05:24 10              THE CLERK:  All rise for the Court.
11              (The Court enters the courtroom at 2:08 p.m.)
12              THE COURT:  I'm told somebody wants to see me at the
13      side?  I'll see counsel at the side.
14              (Discussion at sidebar and out of the hearing of the
15      public:)
16              MR. FICK:  I just wanted to make a brief proffer about
17      two of the areas where the Court had shut down the questioning,
18      just for the record.
19              THE COURT:  Okay.
05:25 20              MR. FICK:  As to the last witness, Nabisat
21      Suleimanova, she was prepared on a couple of occasions, before
22      being shut down, to testify about her own personal experience
23      about crossing the border from Dagestan into Chechnya when she
24      was going there to live with the Tsarnaev family.  The
25      substance of that testimony would have been at the border they
```

 1   were told that fighting, military war-type activities had begun

 2   in Chechnya, it was not a good idea to go, but that Anzor

 3   insisted on going, and they, in fact, did go.  Things were okay

 4   in the town of Chiri-Yurt, where they were for a number of

 5   months, but she herself eventually went back to Dagestan, and

 6   then when the fighting really broke out more intensely, the

 7   rest of the family did.

 8          So that was the first issue, that I had hoped that she

 9   would be able to talk about her personal experience in making

05:26 10   that border crossing.

11          The second issue was with regard to her reaction to

12   listening to the tape recordings of Tamerlan and others in

13   Dagestan talking about Islamic radical ideas, essentially she

14   was going to sort of tie her reaction to that to her own -- the

15   experience of her family in the town where she lives.  The

16   spread of these ideas is a very big problem.  They have

17   meetings about it at school.  It's something she worries about

18   with her own children.  So, again, to sort of personalize and

19   to make -- to sort of draw a connection and highlight

05:27 20   the out-of-boundness of the nature of the things Tamerlan was

21   discussing, I would have elicited more information from her

22   about that, had the Court permitted it.

23          And I think Ms. Conrad noticed something in particular

24   about the language the Court used in shutting off one of these

25   lines of questioning, but I actually didn't myself, if you

1    wanted to --

2           MS. CONRAD:  I thought I heard your Honor say, "Let's

3    stick to what this case is about."  I mean, this case is about,

4    among other things, as part of the mitigation case, the history

5    of the family.  The history of the family is relevant to the

6    mitigation case.  And I would submit that by saying that, the

7    Court is essentially telling the jury to ignore or to give less

8    weight to this testimony.

9           THE COURT:  Well, the evidence was getting pretty far

05:27 10   remote from the issues in the case.  Anyway, the proffer has

11   been made.  What's next?

12          MR. FICK:  So at this point then we would not re-call

13   the elder Ms. Suleimanova, so I think we're done with the

14   Russian witnesses and --

15          MS. CONRAD:  I think one question would be whether, in

16   light of the proffer, the Court would reconsider because you --

17          THE COURT:  No, I think the proffer confirmed my views

18   on both matters.

19          MS. CONRAD:  Then I'll want to re-call Alexa Guevara.

05:28 20   I have a few more questions for her.

21          THE COURT:  Right.  And then you have Rosa Booth on

22   the list.

23          MS. CONRAD:  Yes.  And that's all I have for today.

24          THE COURT:  That's pretty thin.  Tell me about

25   tomorrow, as long as we're doing this.

1              MS. CONRAD:  I don't have my list in front of me.  I

2    could get my list.

3              MR. BRUCK:  It will be a full day.

4              THE COURT:  Well, tell me about the experts.  I mean,

5    is Reynolds --

6              MR. BRUCK:  Reynolds, and then we may start with the

7    Bureau of Prisons expert -- Bureau of Prisons evidence.

8              MR. FICK:  There's a local Russian witness who will be

9    in tomorrow as well with the interpreter here.

05:28 10              THE COURT:  Okay.  But, anyway, you've assured me it's

11   a full day.

12              MR. BRUCK:  Tomorrow is a full day.

13              MS. CLARKE:  I think it is.

14              THE COURT:  Okay.  All right.

15              (In open court:)

16              THE CLERK:  All rise for the jury.

17              (The jury enters the courtroom at 2:12 p.m.)

18              THE CLERK:  Be seated.

19              MS. CONRAD:  At this time the defense recalls Alexa

05:30 20   Guevara.

21              THE COURT:  Jurors, you will recall this witness was

22   on the stand when we previously recessed and is now completing

23   her testimony.

24                        ALEXA GUEVARA, resumed

25                      CONTINUED DIRECT EXAMINATION

BY MS. CONRAD:

Q.   Good afternoon, Ms. Guevara.

     Ms. Guevara, when you were in your freshman year and Jahar
was in his sophomore year at UMass Dartmouth, did you know
where Jahar's parents were?

A.   I knew that they were not in the country.

Q.   And do you know what role his older brother took on in the
absence of his parents?

          MS. PELLEGRINI:  Objection.

          THE COURT:  Sustained.

BY MS. CONRAD:

Q.   Did you know whether -- what Jahar's ethnic background
was?

A.   Yes.

Q.   And what was it?

A.   He's from Chechnya.

Q.   And at some point did he actually demonstrate a Chechen
dance for you and some of your friends?

A.   Yes, he did.

Q.   Can you tell us about that, please?

A.   Well, our friend Dias told us one day that Jahar could do
this really cool Chechen dance, and so me, my sister, Pam, and
Tiff, we begged Jahar to do it for us, like for a really long
time.  So he eventually got up and he did it, but then
afterwards, Dias told him he didn't do it right, so to do it

1    better, to do it how he did it for him.

2    Q.    Did he do it again?

3    A.    Yeah, he did.

4    Q.    What was it like?

5    A.    It was a lot of quick movements, like I didn't think he

6    was that coordinated.

7          MS. CONRAD:  I don't have anything further for

8    Ms. Guevara at this time.

9          THE COURT:  All right.

05:32 10        Ms. Pellegrini?

11         MS. PELLEGRINI:  Thank you, your Honor.

12                        CROSS-EXAMINATION

13   BY MS. PELLEGRINI:

14   Q.    Good afternoon, Ms. Guevara.

15   A.    Good afternoon.

16   Q.    When you were here last week, you testified that Dzhokhar

17   Tsarnaev would -- when you'd order pizza, things like that,

18   that he would pay for it, correct?

19   A.    Yes.

05:33 20   Q.    All right.  And he had a lot of extra money, didn't he?

21   A.    No, I wouldn't say so.

22   Q.    He didn't have a job while he was at UMass Dartmouth, did

23   he?

24   A.    No.

25   Q.    But he had money to buy pizza for other --

1              MS. CONRAD:  Objection, your Honor.  May we be heard?

2              THE COURT:  All right.

3              (Discussion at sidebar and out of the hearing of the

4        jury:)

5              MS. CONRAD:  I don't think this is proper impeachment,

6        and I don't see how it goes to bias, and I don't see how it's

7        within the scope, so I'm not sure what the government is doing

8        here.

9              MS. PELLEGRINI:  Well, I don't think I have to explain

05:33 10       what the government is doing to Ms. Conrad, but the fact of the

11       matter is that -- with respect to how well she knows the

12       defendant and the activities in which she participated with

13       him, and I think it is important for the jury to know.  My line

14       of questioning will be whether she knows that he got money from

15       doing drugs.  I know they did drugs together.  Her 302, her

16       prior testimony in the Tazhayakov case indicated that she would

17       often text him.  So I'm going down that road to find out

18       exactly what she knew about him.

19             MS. CONRAD:  Well, I don't see how doing drugs is a

05:34 20       source of income, and the government is purposely

21       asking witnesses who knew the defendant as a child whether he

22       knew he was Tamerlan's brother at UMass Dartmouth.  Unless the

23       government is prepared to prove that up, which I think it would

24       be inadmissible anyway -- but unless they're prepared to prove

25       that up, I don't see how it's proper for them to be asking

```
 1   these questions to plant that seed without any foundation.
 2   What is their basis for that?
 3             THE COURT:  Okay.  It can go too far, but I'll permit
 4   some of it in.
 5             (In open court:)
 6   BY MS. PELLEGRINI:
 7   Q.   Ms. Guevara, do you know if Jahar Tsarnaev got extra money
 8   from selling drugs?
 9   A.   Yes.
10   Q.   And how do you know that?
11   A.   I just heard that he sold --
12             MS. CONRAD:  Objection.  Move to strike.  No personal
13   knowledge.
14             THE COURT:  Yes, I'll strike it on that answer.
15   BY MS. PELLEGRINI:
16   Q.   Ms. Guevara, you smoked marijuana with Dzhokhar Tsarnaev,
17   correct?
18             THE COURT:  Let me just remind the jury that if it's
19   stricken evidence, it's no longer evidence, and you can
20   disregard it.
21   BY MS. PELLEGRINI:
22   Q.   Correct?
23   A.   Correct.
24   Q.   All right.  In fact, when you were talking with Ms. Conrad
25   about that the last time, on spring break when you and the
```

defendant, Dzhokhar Tsarnaev, and others went out for dinner,

isn't it true that all of you were looking to buy marijuana?

A.   Eventually by the end of the night.

Q.   Right.  And did you do so?

A.   Yes.

Q.   And, in fact, when you -- you indicated that you played a

game with your phone with the defendant.  Is that correct?  A

Scrabble game?

A.   Yes.

05:36  Q.   But you also used your phone to communicate with him about

doing drugs.  Isn't that correct?

A.   No, it's not correct.

Q.   Do you recall testifying in the summer of 2014?

        MS. CONRAD:  Objection, your Honor.

        THE COURT:  Let me see you.

        (Discussion at sidebar and out of the hearing of the

jury:)

        MS. CONRAD:  She acknowledged that they did drugs

together, so I don't know what the relevance of the text is

05:37  because she's not really impeaching her because she already

acknowledged it.

        THE COURT:  Yeah.  Where are you heading?

        MS. PELLEGRINI:  I'm saying that the fact that they

exchanged text messages and she indicated that her text

messages would be something like "Roll up," as in "Let's

1    smoke," and "Do you have a bud" -- "Do you want to smoke" --

2    indicating a sort of coded nature of their conversations, that

3    it wasn't simply --

4            THE COURT:  No, I think you have enough.  You've got

5    the fact of the use of drugs.  I think that's enough.

6            (In open court:)

7    BY MS. PELLEGRINI:

8    Q.    Ms. Guevara, in the March spring break that Ms. Conrad

9    asked you about, Mr. Tsarnaev didn't stay around at the UMass

05:38 10    Dartmouth campus, did he?

11   A.    No.

12   Q.    Do you know where he went?

13   A.    Came back to Cambridge, I believe.

14   Q.    And as a matter of fact, for the Christmas break was he

15   also in Cambridge, if you know?

16           MS. CONRAD:  Objection to scope.

17           THE COURT:  Overruled.

18           THE WITNESS:  I believe he was.

19   BY MS. PELLEGRINI:

05:38 20    Q.    And you indicated that during the spring break when you

21   all were together that there was a time that fireworks were

22   involved, correct?

23   A.    Correct.

24   Q.    All right.  And isn't it true that it was Dzhokhar

25   Tsarnaev who brought the fireworks to the group?

```
 1   A.    From the car, yes.

 2   Q.    All right.  And isn't it true that he got those fireworks

 3   out of a backpack that was in the car that he was driving?

 4   A.    This is true.

 5   Q.    And were you aware that Dzhokhar Tsarnaev left the UMass

 6   Dartmouth campus on April 11th and didn't return until April

 7   the 16th?

 8   A.    Not specifically aware of it, but, yeah.

 9   Q.    Did you see him during that time period, between April

10   11th and April 16th of 2013?

11   A.    No.

12   Q.    Did you know that Dzhokhar Tsarnaev had opened up a

13   Twitter account under the name G-H-U-R-A-B-A, "Ghuraba"?

14   A.    No.

15   Q.    Did he tell you that he planned to go to a gun range

16   during spring break?

17   A.    No, he did not.

18   Q.    Did he tell you after he got back from spring break that

19   he had gone to a gun range, a firing range?

20   A.    No, that topic never came up.

21   Q.    Did he ever tell you that he had a gun?

22             MS. CONRAD:  Objection, your Honor.

23             THE COURT:  Sustained.

24   BY MS. PELLEGRINI:

25   Q.    Did Dzhokhar Tsarnaev warn you not to go to the Boston
```

1    Marathon April the 15th of 2013?

2              MS. CONRAD:  Objection, your Honor.

3              THE COURT:  Overruled.  You may answer that.

4              THE WITNESS:  No, he never warned me.

5              MS. PELLEGRINI:  Thank you.  I have no further

6    questions.

7              THE COURT:  Ms. Conrad?

8              MS. CONRAD:  One moment, please.

9              (Counsel confer off the record.)

05:40 10              MS. CONRAD:  I just have a couple of questions.  May I

11   inquire from here?

12             THE COURT:  If it's really only a couple.

13             MS. CONRAD:  It is, but I'll take a walk.

14                       REDIRECT EXAMINATION

15   BY MS. CONRAD:

16   Q.   In spring break, who was it who was looking for marijuana

17   to smoke the evening when fireworks were involved?

18   A.   I would say it was a joint effort, I guess, from all of

19   us.

05:40 20   Q.   No pun intended?

21   A.   No pun intended.

22             (Laughter.)

23   Q.   And do you recall whether Jahar smoked with you?

24   A.   No, he didn't smoke with us.

25   Q.   And he didn't provide the marijuana that evening, did he?

1  A.   No.

2            MS. CONRAD:   Thank you.

3            THE COURT:   All right, Ms. Guevara.   You may step

4  down.

5            (The witness is excused.)

6            MS. CONRAD:   The defense calls Rosa Booth.

7                       ROSA BOOTH, duly sworn

8            THE CLERK:   State your name, spell your first and last

9  name for the record.

05:42 10            WITNESS:   Rosa Booth, B-O-O-T-H.

11                       DIRECT EXAMINATION

12  BY MS. CONRAD:

13  Q.   Good afternoon, Ms. Booth.   I'm over here.

14       How old are you?

15  A.   Twenty-one.

16  Q.   And are you enrolled in school?

17  A.   Yes.

18  Q.   Where?

19  A.   Massachusetts College of Art.

05:42 20  Q.   And what year of school are you in right now?

21  A.   I'm in my third year.

22  Q.   Where did you go to high school?

23  A.   Cambridge Rindge and Latin.

24  Q.   And did you know Jahar Tsarnaev?

25  A.   I did.

1    Q.    And do you see him in the courtroom?

2    A.    Yes, I do.

3    Q.    And how did you meet Jahar?

4    A.    In math class, second semester of 2011.

5    Q.    So that would be your senior year?

6    A.    My junior year, his senior year.

7    Q.    I see.  So you were a year behind him?

8    A.    Yes.

9    Q.    And did you become friends?

05:42 10    A.    Yes.

11    Q.    In math class other than listening to the teacher,

12    hopefully, and taking notes, did you and Jahar engage in any

13    particular activity?

14    A.    We would sit together most days and talk and sketch.

15    Q.    What do you mean by "sketch"?

16    A.    There's a game where you fold a piece of paper over and

17    start a drawing on the top and then fold it and the other

18    person continues and so on.

19    Q.    What was Jahar like when he was a senior in high school?

05:43 20    A.    He seemed like a sweet boy.

21    Q.    Did you spend time with him outside of school?

22    A.    Yeah.

23    Q.    And where would you spend time with him mostly?

24    A.    At our friend's, Emma's house, or at the river or at

25    parties.

```
 1   Q.   And what kind of activities would -- this would be in

 2   groups, I take it?

 3   A.   Yeah.

 4   Q.   And what kinds of activities would you and your friends

 5   engage in?

 6   A.   We would -- I mean, we would just spend time together,

 7   talk.  We would smoke together too.

 8   Q.   What do you mean by "smoke"?

 9   A.   Smoke marijuana.

10   Q.   And so did you get to be pretty good friends with Jahar?

11   A.   I would say so, yeah.

12   Q.   And did you like spending time with him?

13   A.   Yeah.

14   Q.   Why?

15   A.   Well, he had a sweetness about him.  Maybe a little shy.

16   I was very shy.

17   Q.   Would you consider him, within this group, a leader?

18   A.   No.

19   Q.   How would you describe his sort of way of relating to

20   others when, let's say, there's a group decision to be made?

21   A.   Not a group decision-maker, I wouldn't say.

22   Q.   And was he someone who was willing to go along with

23   others?

24   A.   Yeah.

25   Q.   Sort of go with the flow?
```

A.   Uh-huh.

Q.   I'm sorry.  I just need you to say "yes" or "no."

A.   Yes.  Sorry.

Q.   How would you compare Jahar to other boys his age when you were in high school with him?

            MR. CHAKRAVARTY:  Objection.

            THE COURT:  I don't think the question is clear.  On what criteria? I guess is the question.

BY MS. CONRAD:

Q.   Well, let's ask -- what about -- let me go back a little bit.

     Was he funny?

A.   Yeah, goofy.

Q.   What do you mean by "goofy"?

A.   I can't think of an example but just goofy.

Q.   Were you aware of any activities that he was involved in at school other than hanging out with his friends?

A.   Wrestling.

Q.   And did you ever see him wrestle?

A.   Yeah.

Q.   And how did that come about?

A.   I was in the dance company, and we both had practice at the same time.

Q.   Would he talk about wrestling?

A.   I think so.  I don't recall.

1    Q.   Was he someone who stuck to his own group, or did he have

2    a lot of friends?

3    A.   There was fluidity in his friend groups.  I would see him

4    move through different groups.

5    Q.   And generally speaking, what was Cambridge Rindge and

6    Latin like in terms of whether there were different cliques or

7    whether it was kids sticking to one type of friendship?

8    A.   We stuck to familiarity, but everyone was pretty close.

9    Q.   So it was a pretty close community?

05:46 10  A.   Definitely.

11   Q.   Did you ever go to Jahar's house?

12   A.   No.

13   Q.   Did that ever strike you as odd?

14   A.   Not in the moment.

15   Q.   Did he ever express his views about politics?

16   A.   Not that I can remember.

17   Q.   What about religion?

18   A.   Not that I can remember.

19   Q.   When was the last time that you saw Jahar?

05:47 20  A.   August of 2012, I think it was.

21   Q.   And what was the occasion?

22   A.   We were at our friend's house for a barbecue.

23   Q.   So this was a couple of months after you graduated.  Is

24   that right?

25   A.   Yes.

```
 1   Q.   But Jahar was -- it was at the end of or just before the

 2   beginning of -- I should say, of Jahar's sophomore year in

 3   college?

 4   A.   Yes.

 5   Q.   And I'd like to show you, unless the government has an

 6   objection, and publish Exhibit 3286.

 7            MS. CONRAD:  If we could have the podium hookup.

 8            And I'd offer this, your Honor.

 9            THE COURT:  All right.

10            (Defense Exhibit No. 3286 received into evidence.)

11   BY MS. CONRAD:

12   Q.   Ms. Booth, can you tell us when and where this photograph

13   was taken?

14   A.   This was at the barbecue in Cambridge in August of 2012.

15   Q.   And whose house was that at?

16   A.   Emma's.

17   Q.   And do you see Emma in the picture?

18   A.   No.

19   Q.   Do you see Emma's dog in the picture?

20   A.   Yes.

21   Q.   And is that the dog in the center?

22   A.   Yes.

23   Q.   What was the dog's name?

24   A.   Dempsey.

25   Q.   And what was Dempsey's relationship like with Jahar?
```

05:47 (line 10)
05:48 (line 20)

1    A.   He really liked Jahar.

2    Q.   And so can you tell from that photograph if he's looking

3    at Jahar because Jahar's eating something or just because he

4    likes Jahar?

5    A.   He was eating something.

6    Q.   Okay.  And who is that -- can you just put your finger --

7    or draw a circle with your finger on the screen around where

8    Jahar is seated in that photograph?

9    A.   (Witness complies.)

05:48 10   Q.   And I think we can all probably figure out that that's

11   Dempsey in front of him?

12   A.   Yes.

13   Q.   And where are you in this photograph?

14   A.   (Indicating.)

15   Q.   And what do you remember about that day?

16   A.   Good food.  I can't really remember -- oh, I remember

17   being surprised by how much bulkier he was in his arms.

18   Q.   Like he'd been working out?

19   A.   Yes.

05:49 20   Q.   And I'd like to show you Exhibit 3287.

21            MR. CHAKRAVARTY:  No objection.

22            MS. CONRAD:  And I'd offer this photograph as well.

23            THE COURT:  All right.

24            (Defense Exhibit No. 3287 received into evidence.)

25   BY MS. CONRAD:

1    Q.   And is this from the same event?

2    A.   Yeah.

3    Q.   And in this photograph, can you circle where Jahar is?

4    A.   (Witness complies.)

5    Q.   And where you are?

6    A.   (Indicating.)

7    Q.   And at some point, did you post this photograph on

8    Facebook?

9    A.   Yes, I did.

05:49  10    Q.   And when was that?

11    A.   I think it was the day -- it was April 20th, 2013.

12         MS. CONRAD:  And at this time, your Honor, I'd offer

13    and ask to publish Exhibit 3287A.

14         MR. CHAKRAVARTY:  I'd object to that, your Honor.  I'd

15    object to that.  It's the substance of what she wrote on

16    Facebook.

17         THE COURT:  Let me take a look at it.

18         (Pause.)

19         THE COURT:  Let me see you.

05:50  20         (Discussion at sidebar and out of the hearing of the

21    jury:)

22         THE COURT:  This appears to just express her reaction

23    to learning about his involvement.  I think I've already

24    excluded that from other people.

25         MS. CONRAD:  I think, you know, your Honor, first of

1    all, I'd like to say that it seems to me that the reaction that

2    we've been trying to get has to do with lay witness opinion

3    about character, which is relevant in this portion of the

4    proceedings.

5         But I think it also expressed -- expresses her

6    feelings both about the tragedy that was the marathon bombing

7    and her memories of Jahar, and I think the strength of that

8    feeling -- this is not, obviously, being offered for the truth

9    of the matter, but this is a present-sense impression that she

05:51 10   had at that time.

11         MR. BRUCK:  Lastly, if I could add something, is that

12   it's given particular force and poignancy by the fact that she

13   posted it the day after he was arrested.  So it means

14   something.  It is an expression that is much more powerful than

15   anything someone can say here.  When the chips were down, she

16   remembered him in the positive as well as condemning the act at

17   the same time, and that is our entire message of the case in

18   mitigation.  This is in real time as it's happening, and it

19   shows that her --

05:51 20        MR. WEINREB:  Your Honor, the relevant evidence is

21   what the defendant's character was, not whether these

22   particular witnesses on the witness stand -- not what their

23   personal thoughts and feelings were upon learning that somebody

24   who they once thought something was turns out to be something

25   different.  There's a whole panoply of reactions that people

1    might have in the world to that, and it's just confusing and

2    misleading for the jury to think that that's the thing that

3    they're supposed to be deciding the case on.

4           The issue is whether there's something about his

5    character, the circumstances of what he did in connection with

6    this crime, make him more or less morally culpable, more or

7    less deserving of the death penalty.  Her ability to reflect on

8    things and to reflect on her own thoughts and feelings about

9    it, that's not something the jury should be focusing on.

05:52  10           MS. CONRAD:  Your Honor, it seems to me what the

11    government wants to do is to say we can't get into anything

12    that reflects on character beyond the events of the bombing

13    itself, and that just can't possibly be true.  Part of our

14    narrative in this case is that Mr. Tsarnaev was basically a

15    good kid, a decent kid who got pulled into this by his older

16    brother.  And the fact that the people close to them, in both

17    instances, Tamerlan and Jahar, on the one hand, never saw this

18    coming with Jahar, thought it completely out of character, and

19    did not have that reaction to Tamerlan.  I think that's

05:53  20    relevant.

21           And so when they talk about character -- and I want to

22    point out that Ms. Pellegrini's opening statement was almost

23    entirely about character.  I have the highlighted portions with

24    me.  She's saying this crime reflects his character.  We're

25    saying there's more to it than that.  And the fact that

1   people's reaction was that this was so shockingly out of

2   character for Mr. Tsarnaev is a relevant fact.

3          MR. BRUCK:  It's also, as I pointed out -- *Tennard*

4   *versus Dretke* is the Supreme Court case, and there's a whole

5   series of them that says that the government, the state, cannot

6   limit mitigation to things which are connected to the crime or

7   in which explains the crime in some way.  Even if there was no

8   connection whatsoever, no explanation for why someone was a

9   good person and did this horrible thing, the fact that he had

05:54 10   been a good person is relevant at mitigation, even if there's a

11   complete history --

12          THE COURT:  You've had quite a bit of it.  The

13   question is whether this particular piece of evidence falls

14   into that area.

15          MR. WEINREB:  Just as to whether it falls within it,

16   your Honor, just to make the record clear, every single witness

17   who has been called to date, pretty much, has been a character

18   witness.  Certainly every single one who knew the defendant and

19   has testified about him has testified about his character.  The

05:54 20   government has not objected to witnesses testifying about his

21   character, how kind he was, what a lovely person he was.  And

22   the issue here is both whether this falls within the category

23   of character but also whether the risk of prejudice outweighs

24   its probative value.

25          A lot of these -- what the government's point has been

1    is that these questions about the witness's own personal

2    reactions to learning about something are more prejudicial than

3    probative because they're cumulative, and all of the testimony

4    about what a wonderful, lovely person he is, and -- they have a

5    risk of confusing and misleading the jury because they focus

6    attention on that witness's own humanity; not the defendant's,

7    which is the focus of the -- their inquiry.  The witness's own

8    ability to be compassionate, to forgive and so on should not

9    become a proxy for what the jury should do in this case and

05:55 10   whether the defendant is a compassionate kind of person.

11          What this does is asks the jury to confuse what these

12   people have done in their world in this case, which is to

13   measure what his character was based on what people have said

14   about him, what he was like, against the aggravating factors

15   and determine what the appropriate punishment should be.  It's

16   too confusing, too misleading to suggest to them that what

17   these witnesses -- how they reacted to it should be what -- the

18   thing that they should be focusing on.

19          MS. CONRAD:  The point, your Honor, is that, you know,

05:56 20   Mr. Weinreb says we're going to put in evidence of character,

21   but what we haven't been allowed to do is bring out how these

22   witnesses who are offering lay opinion, proper lay opinion,

23   about the defendant's character reconcile the defendant's

24   character with what he did.  And the government has hit that

25   hard, hit it in opening, presumably will hit it in closing.

 1    And they'll say, "Well, if he was so sweet, he wouldn't have

 2    done that."

 3           But these witnesses have a way of looking at that.

 4    Now, I'm not going to pull out "His brother must have led him

 5    into it."  I'm not going to bring out speculation.  But I think

 6    that for the witnesses to say "Something changed, because the

 7    person I knew would not have done that.  The person I knew

 8    would not have done that," it seems to me is their response to

 9    the government's argument that this was the person he always

05:57 10   was.

 11           THE COURT:  Well, I think you actually have hit on a

 12   way you can get the evidence in, as to whether it's consistent

 13   with their observations of his prior conduct.  I think that's a

 14   question I would permit.  But that will be taken as -- even if

 15   you say you're not offering it for the truth, it will be taken

 16   that way.

 17           So I'm going to exclude the -- what is it, Facebook

 18   posting?  But you can ask a consistent-with question if you'd

 19   like.  Okay?

05:57 20          (In open court:)

 21   BY MS. CONRAD:

 22   Q.   When you posted that photograph on Facebook, Ms. Booth,

 23   what were you feeling?

 24   A.   Betrayal --

 25           MR. CHAKRAVARTY:  Objection.

```
 1              THE COURT:  Sustained.  I think that's what we just...
 2              MS. CONRAD:  I have nothing further.
 3              MR. CHAKRAVARTY:  Just very briefly, your Honor.
 4                          CROSS-EXAMINATION
 5    BY MR. CHAKRAVARTY:
 6    Q.   Ms. Booth, you didn't know --
 7              THE COURT:  Microphone.
 8              MR. CHAKRAVARTY:  I'll move over.
 9    BY MR. CHAKRAVARTY:
10    Q.   You didn't know the defendant very well, did you?
11    A.   I believed that I did.
12    Q.   You had a class together with him when you were a junior
13    in high school?
14    A.   Yes.
15    Q.   And when you were a senior in high school, he had gone to
16    college?
17    A.   Yes.
18    Q.   You didn't remain in touch with him when he was in
19    college, did you?
20    A.   Through friends I saw him.
21    Q.   Was it through the Silva brothers?
22    A.   Yeah, on some occasion.
23    Q.   Okay.  And Emma Feigenbaum, was she one of the friends as
24    well?
25    A.   Uh-huh.
```

1   Q.   In 2012, the picture that we just looked at, that was the

2   only time in 2012 that you saw the defendant, correct?

3   A.   Yeah.

4   Q.   So that's the scope of your relationship with him.  You

5   didn't have a contact with him after that, correct?

6   A.   Yes.

7   Q.   I'm sorry.  Yes, you did not have contact with him after

8   that?

9   A.   I think on Facebook we did.

05:59 10   Q.   But you never talked to him?

11   A.   I didn't see him in person after that.

12   Q.   Okay.  And your relationship in high school was pretty

13   much what you described.  It was your -- you sat next to him in

14   a math class?

15   A.   Yeah.  I had a crush on him then.

16   Q.   And, in fact, he asked you out to his prom, right?

17   A.   Yes.

18   Q.   And you rejected him?

19   A.   Yes.

05:59 20   Q.   Okay.  And the -- but your relationship was one of --

21   where you were classmates who didn't do a whole lot together

22   when you were not with your other friends?

23   A.   One-on-one, you mean?

24   Q.   Correct.

25   A.   Yes.

1    Q.   And your other friends included the Silva brothers.  Did

2    you know all of the things that they were doing?

3    A.   Well, I wasn't friends with them in high school.

4    Q.   You became friends with them after high school?

5    A.   Yes.

6    Q.   Were you friends -- did you know that they were drug

7    dealing at the time?

8         MS. CONRAD:  Objection, your Honor.  This is a

9    different time period we're talking about now.

06:00 10         THE COURT:  Well, just be clear about --

11         MS. CONRAD:  Beyond the scope, your Honor.

12         THE COURT:  No.  You may have it.  Just be clear about

13   the time period you're talking about.

14   BY MR. CHAKRAVARTY:

15   Q.   So after high school, 2012 and on -- you graduated in

16   2012, correct?

17   A.   Yes.

18   Q.   And so you were friends with the Silvas and Ms. Feigenbaum

19   and the defendant in 2012, correct?

06:00 20   A.   Yes.

21   Q.   And knew the Silva brothers were drug dealing, correct?

22   A.   Not at the time.

23   Q.   You didn't know that they were drug dealing?

24   A.   Well, when I graduated I didn't know them, in 2012.

25   Q.   So then after you got to know them, then you learned that

1    they were drug dealing?

2    A.    In 2013.

3    Q.    Okay.  Before or after the Boston Marathon?

4    A.    After.

5    Q.    After the Boston Marathon.  You still hung out with them?

6    A.    That's what I --

7          MS. CONRAD:  Objection at this point, your Honor,

8    relevance and scope.

9          THE COURT:  Sustained.  Sustained.

06:01 10       MS. CONRAD:  Thank you.

11   BY MR. CHAKRAVARTY:

12   Q.   At one point, in fact, one of the Silva brothers actually

13   would come to your house and stay with you?

14         MS. CONRAD:  Objection, your Honor.  This is far

15   outside the time frame.

16         THE COURT:  Sustained.

17         MS. CONRAD:  It's irrelevant.

18         MR. CHAKRAVARTY:  Just one moment, your Honor.

19         (Pause.)

06:01 20       MR. CHAKRAVARTY:  That's all I have.

21         MS. CONRAD:  Very briefly.

22                        REDIRECT EXAMINATION

23   BY MS. CONRAD:

24   Q.   So I'm a little confused, Ms. Booth.  You had a crush on

25   Jahar, right?

1    A.   Yes.

2    Q.   And he asked you to the prom?

3    A.   Yes.

4    Q.   But you didn't go with him?

5    A.   No.  Like I said, I was very shy.

6              MS. CONRAD:  I have nothing further.

7              THE COURT:  All right.  Thank you, Ms. Booth.  Thank

8    you.  You may step down.

9              (The witness is excused.)

06:02 10              MS. CONRAD:  I don't think we have anyone else today,

11   your Honor.

12              THE COURT:  That's it?

13              Jurors, the day went a little faster than anticipated,

14   and we've come to a point where there are no other witnesses

15   present, so we'll have to break a little early.  We'll continue

16   on the schedule.  I am told that tomorrow will be a full day,

17   and we look forward to that.

18              So, again, I remind you of the cautions:  Avoid news

19   reports, any discussion of the case in any way among yourselves

06:02 20   or with others.  Enjoy the rest of the day.  I think the

21   weather has turned for the better.  And we'll see you in the

22   morning and continue with the case.

23              Let me just see the lawyers briefly for scheduling.

24              THE CLERK:  All rise for the jury.

25              (The jury exits the courtroom at 2:45 p.m.)

1          THE CLERK:  Be seated.

2          THE COURT:  Did you want a sidebar?

3          MR. BRUCK:  Please.

4          THE COURT:  Okay.

5          (Discussion at sidebar and out of the hearing of the

6    public:)

7          MR. BRUCK:  We have two matters for the record, your

8    Honor.  One is we read in the *Boston Globe* this morning that

9    the jurors are being afforded counseling after the trial, and

06:04 10   this -- we did not know anything about this.  Of course we have

11   no position about it except that we wanted to inquire as to

12   whether the jurors have been informed already.

13         THE COURT:  I don't believe they have.  I'll find that

14   out.

15         MR. BRUCK:  Can we determine that?

16         THE COURT:  I'll find that out.

17         MR. BRUCK:  Okay.  And so we'll check back with the

18   Court on that.

19         The second is that we would like the record to reflect

06:04 20   which juror was sick last week, if that can be done.

21         THE COURT:  Does it matter?

22         MR. BRUCK:  It could.

23         MS. CONRAD:  Especially if there's a repeat.

24         MS. CLARKE:  We just think the record should be clear

25   as to who was sick.

```
 1              THE COURT:  Let me think about that.  I don't know
 2     whether that's necessary.
 3              MS. CLARKE:  Okay.
 4              THE COURT:  Okay.  As long as I have you here, what
 5     I'm interested in is proposals for jury verdict slips,
 6     instructions from both of you.
 7              MR. WEINREB:  Yes, we're almost done.  We'll submit
 8     them today.
 9              THE COURT:  Give me a little bit of a preview.  We
06:05 10    have a full day tomorrow.  What does the rest of the week look
11     like?
12              MS. CLARKE:  Okay.  We were just trying to list out
13     tomorrow's witnesses.
14              THE COURT:  I would like it as soon as you can, at the
15     end of the day, witnesses, exhibits for tomorrow.
16              MS. CLARKE:  Okay.
17              THE COURT:  But anyway, after tomorrow.
18              MS. CLARKE:  After tomorrow?  Well, that's a test.
19     Could I send -- tomorrow we have --
06:05 20             THE COURT:  I'm just trying to get a gross schedule.
21     When do you think you're going to finish?
22              MS. CLARKE:  We should go -- we may go over into
23     Thursday.
24              THE COURT:  I'm beginning to get that feeling.  That's
25     why I was trying to --
```

1          MS. CLARKE:  And depending on a couple of witness
2     decisions, it will go into Thursday.  I think you can't count
3     on being done Wednesday.  Not to be cagey, I just --
4          THE COURT:  No, no, I understand.  So if you were to
5     have, what, half a morning on Thursday, a full morning on
6     Thursday?
7          MS. CLARKE:  It could be depending on a couple of
8     judgment calls we haven't yet made.
9          THE COURT:  Right.  I just want to know how much the
06:06 10     government will have.
11          MR. WEINREB:  Your Honor, we think we'll have a day or
12     two.
13          THE COURT:  All right.  So we're going to get evidence
14     into next week is what it looks like at this stage.
15          MR. WEINREB:  If it's all right by the Court, we would
16     prefer to begin our rebuttal case on Monday.  It would give us
17     some time to get our ducks in a row.
18          THE COURT:  Let's see where we are.  I mean, we've
19     done that before for the defendant.
06:06 20          (In open court:)
21          THE COURT:  All right.  We'll be in recess.
22          (The Court exits the courtroom and the proceedings
23     adjourned at 2:49 p.m.)
24
25

1                    C E R T I F I C A T E

2

3          We, Marcia G. Patrisso, RMR, CRR, and Cheryl

4   Dahlstrom, RMR, CRR, Official Reporters of the United States

5   District Court, do hereby certify that the foregoing transcript

6   constitutes, to the best of our skill and ability, a true and

7   accurate transcription of our stenotype notes taken in the

8   matter of Criminal Action No. 13-10200-GAO, United States of

9   America v. Dzhokhar A. Tsarnaev.

10

11  /s/ Marcia G. Patrisso
    MARCIA G. PATRISSO, RMR, CRR
12  Official Court Reporter

13  /s/ Cheryl Dahlstrom
    CHERYL DAHLSTROM, RMR, CRR
14  Official Court Reporter

15
    Date:  5/4/15
16

17

18

19

20

21

22

23

24

25