UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED UNDER SEAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CRIMINAL NO. 13-10200-GAO |
| DZHOKHAR TSARNAEV | ) |

## SEALED MOTION TO SEAL MOTION TO BAR EVIDENCE AND ARGUMENT CONCERNING SUPPOSED ADX PRISON PROGRAMMING AND AMENITIES

Defendant moves that the Court grant him leave to file the instant Motion and the attached *Motion to Bar Evidence and Argument Concerning Supposed ADX Prison Programming and Amenities* under seal. As ground for this motion, the defendant states that the sealing is necessary because the subject matter of the motion concerns materials that were furnished by the BOP subject to a protective order against public disclosure.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

DATED: May 5, 2015

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

I hereby certify that copies of this document filed under seal have been served on Assistant U.S. Attorneys William Weinreb, Aloke Chakravarty, and Nadine Pellegrini by email on May 5, 2015.

/s/ David I. Bruck
David I. Bruck