FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2015 MAY 5 AM 8 37

**FILED UNDER SEAL**

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA,   )
                            )
v.                          )   CRIMINAL NO. 13-10200-GAO
                            )
DZHOKHAR TSARNAEV           )

### SEALED MOTION TO SEAL MOTION IN LIMINE TO PROHIBIT CROSS-EXAMINATION OF MARK BEZY ON REMOTE PERSONNEL MATTERS

Defendant moves that the Court grant him leave to file the instant Motion and the attached *Motion in Limine to Prohibit Cross-Examination of Mark Bezy on Remote Personnel Matters* under seal. As ground for this motion, the defendant states that the sealing is necessary in order to prevent dissemination of sensitive personal information relating to a witness.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

DATED: May 5, 2015

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

I hereby certify that copies of this document filed under seal have been served on counsel for the government by hand on May 5, 2015.

*/s/ David I. Bruck*
David I. Bruck