UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                            )
UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )   Criminal Action
v.                          )   No. 13-10200-GAO
                            )
DZHOKHAR A. TSARNAEV, also  )
known as Jahar Tsarni,      )
                            )
        Defendant.          )
                            )
```

BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

**<u>JURY TRIAL - DAY FIFTY-FIVE</u>**

John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Tuesday, May 5, 2015
9:12 a.m.

Marcia G. Patrisso, RMR, CRR
Cheryl Dahlstrom, RMR, CRR
Official Court Reporters
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1   APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: William D. Weinreb, Aloke Chakravarty and
 3             Nadine Pellegrini, Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        - and -
          UNITED STATES DEPARTMENT OF JUSTICE
 6        By: Steven D. Mellin, Assistant U.S. Attorney
          Capital Case Section
 7        1331 F Street, N.W.
          Washington, D.C.  20530
 8        On Behalf of the Government

 9        FEDERAL PUBLIC DEFENDER OFFICE
          By: Miriam Conrad, William W. Fick and Timothy G. Watkins,
10             Federal Public Defenders
          51 Sleeper Street
11        Fifth Floor
          Boston, Massachusetts  02210
12        - and -
          CLARKE & RICE, APC
13        By: Judy Clarke, Esq.
          1010 Second Avenue
14        Suite 1800
          San Diego, California  92101
15        - and -
          LAW OFFICE OF DAVID I. BRUCK
16        By: David I. Bruck, Esq.
          220 Sydney Lewis Hall
17        Lexington, Virginia  24450
          On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

1                          I N D E X

2                          Direct   Cross   Redirect   Recross

3    WITNESSES FOR THE
       DEFENSE:
4
     AMANDA RANSOM
5
          By Ms. Conrad         4
6         By Ms. Pellegrini              22

7    ELIZABETH ZAMPARELLI

8         By Ms. Conrad        23
          By Mr. Chakravarty            34
9
     MIRRA KUZNETSOV
10
          By Mr. Fick          39
11
     ALEXANDER NISS
12
          By Ms. Clarke        51
13
     MICHEL REYNOLDS
14
          By Mr. Bruck         72              53
15        By Mr. Weinreb                128              159

16   HENRY ALVAREZ

17        By Mr. Watkins       161
          By Mr. Chakravarty            174
18
     ROY HOWARD
19
          By Mr. Watkins       177
20

21

22

23

24

25

1                        E X H I B I T S

2
    DEFENDANT'S
3    EXHIBIT       DESCRIPTION              FOR ID      RECEIVED

4   3418          Photograph                             8

5   3507-053A     Photograph                             9

6   3509E         Redacted medical records of Dr. Ness  60

7   3314-001      Photographs of links found on Tamerlan's  112
    and           computer
8   3314-001A

9   3314-003      Article found on Tamerlan's computer  113
    and
10  3314-003A

11  3285          Photograph                            166

12  3281          Photograph                            172

13  3284          Photograph                            173

14  3280          Photograph                            182

15

16

17

18

19

20

21

22

23

24

25

1                       P R O C E E D I N G S

2            THE CLERK:  All rise for the Court and the jury.

3            (The Court and jury enter the courtroom at 9:12 a.m.)

4            THE CLERK:  Be seated.

5            THE COURT:  Good morning, jurors.

6            THE JURORS:  Good morning, your Honor.

7            MS. CONRAD:  The defense calls Amanda Sass- -- excuse

8    me -- Amanda Ransom.

9                    AMANDA RANSOM, duly sworn

10           THE CLERK:  Have a seat.  State your name, spell your

11   first and last name for the record, and keep your voice up.

12           THE WITNESS:  My name is Amanda Ransom, A-M-A-N-D-A,

13   R-A-N-S-O-M.

14                     DIRECT EXAMINATION

15   BY MS. CONRAD:

16   Q.   Good morning, Ms. Ransom.

17        Is "Ransom" your married name?

18   A.   It is, yes.

19   Q.   When did you get married?

20   A.   May of 2014.

21   Q.   And what was your maiden name?

22   A.   Saisselin.

23   Q.   Can you spell that, please, for the court reporter?

24   A.   S-A-I-S-S-E-L-I-N.

25   Q.   How old are you, Ms. Ransom?

1    A.    I'm 25.

2    Q.    And what kind of work do you do?

3    A.    I work in a local university.

4    Q.    Where do you live?

5    A.    I live in Providence.

6    Q.    Rhode Island?

7    A.    Yes.

8    Q.    Where did you go to school?

9    A.    I went to Suffolk University.

10   Q.    And when did you graduate?

11   A.    In 2011.

12   Q.    What was your major?

13   A.    Philosophy.

14   Q.    Where did you live your freshman year of college?

15   A.    I lived at the dorm at 150 Tremont Street.

16   Q.    And did you share a room with someone?

17   A.    Yes, I shared a room with three other girls.

18   Q.    And was one of them Katherine Russell?

19   A.    Yes.

20   Q.    And did you get to know Katherine over the course of your

21   freshman year?

22   A.    Yes.

23   Q.    And how would you describe your relationship that year?

24   A.    We became very close our freshman year.

25   Q.    What was she like when you met her in 2007?

1    A.   She was very smart and sarcastic and funny.

2    Q.   What kinds of things would you do together?

3    A.   We just -- we lived together.  We would go shopping and

4    eat together and pretty much -- we'd go to school together, our

5    homework, everything, really.

6    Q.   At some point did you meet -- or did you hear about, I

7    should say, Tamerlan Tsarnaev?

8    A.   Yes.

9    Q.   And how did you hear about him?

10   A.   She -- after she met him, she told us that she met him.

11   Q.   What did she tell you about him?

12           MS. PELLEGRINI:  Objection.

13           THE COURT:  Overruled.

14           THE WITNESS:  She just told us that she had met this

15   person in a club that she liked.

16   BY MS. CONRAD:

17   Q.   And at some point, did you meet him?

18   A.   Yes.

19   Q.   And did you know what his relationship at that point was

20   with Katherine?

21   A.   Yes.  It was in its very early stages.  I just knew that

22   he liked her.

23   Q.   And she liked him?

24   A.   Yes.

25   Q.   I would like to show you Exhibit 3418.

1          MS. CONRAD:  I don't know if the government has an

2    objection to this exhibit; otherwise, I would ask to admit it

3    and publish it.

4          MS. PELLEGRINI:  No objection.

5          MS. CONRAD:  Thank you.

6          (Defense Exhibit No. 3418 received into evidence.)

7    BY MS. CONRAD:

8    Q.   Do you see that photograph on the screen?

9    A.   Yes.

10   Q.   And who is that in that picture?

11   A.   That's Tamerlan and Katherine.

12   Q.   And is that what they looked like in about 2007?

13   A.   Yes.

14   Q.   In fact, did you take this picture?

15   A.   I did.

16   Q.   And what was he like?

17   A.   He was very outgoing and chatty and flashy.

18   Q.   What do you mean by "flashy"?

19   A.   The way he dressed and...

20          MS. CONRAD:  So I'd like to show another photograph,

21   Exhibit 3419.

22          MS. PELLEGRINI:  Just for the witness, please.  I

23   think I have an objection to this one.

24          MS. CONRAD:  Oh, I'm sorry.  Not 3419.  I got my

25   numbers wrong.  3507-053A.  I'm not going to be offering 3419,

1    Ms. Pellegrini.

2            Do you have an objection to this one?

3            MS. PELLEGRINI:  No.

4            MS. CONRAD:  I'd offer this, your Honor.

5            THE COURT:  Okay.  The number again?

6            MS. CONRAD:  3507-053A.

7            (Defense Exhibit No. 3507-053A received into

8    evidence.)

9    BY MS. CONRAD:

10   Q.   And do you see that photograph?

11   A.   Yes.

12   Q.   And is that what Tamerlan looked like when you met him in

13   2007 and during the time that you knew him?

14   A.   Yes.

15   Q.   Or at least the beginning of the time that you knew him, I

16   guess I should say?

17   A.   Yes.

18   Q.   And do you know where this photograph was taken?

19   A.   Did you say -- I'm sorry?

20   Q.   Do you know where this photograph was taken?

21   A.   I believe it's the North End.

22   Q.   Of Boston?

23   A.   Yes.

24   Q.   Did you go out with Katherine and Tamerlan?

25   A.   Yes.

1    Q.    And would that be just the three of you or with groups?

2    A.    At first we went out in groups; and later on, we did go

3    out just the three of us.

4    Q.    And where would you go?

5    A.    At first we went to a nightclub a few times; and later on,

6    I've gone to dinner with them.

7    Q.    So you said you went to nightclubs.  How old were you at

8    this point?

9    A.    I was about 20, maybe.

10   Q.    Freshman year?

11   A.    Yes.

12   Q.    Were you underage at that point?

13   A.    Yes.

14   Q.    How did you get into the nightclub?

15   A.    He would pay the bouncers to get us in.

16   Q.    Did you know what he did for a living?

17   A.    It was unclear, but he said he worked with cars,

18   delivering cars.

19   Q.    And do you remember what kind of car he was driving at

20   that time?

21   A.    He was driving a Mercedes.

22   Q.    And did Katherine tell you anything about his background?

23   A.    About -- I'm sorry?

24   Q.    His background.

25   A.    I was aware that he was Chechen.  I don't know who told me

1    that.

2    Q.    Now, did you live together with Katherine during your

3    sophomore year of college?

4    A.    No.

5    Q.    But did you remain good friends?

6    A.    Yes.

7    Q.    How would you describe Katherine and Tamerlan's

8    relationship over the course of freshman and sophomore year?

9    A.    They were on and off multiple times.  They broke up and

10   got back together multiple times.

11   Q.    And did you know why?

12   A.    There was a range of reasons, but at one point she found

13   out that he was dating another woman.

14   Q.    And how was it that they got back together?

15   A.    I remember one time she ran into him on the street, and

16   they talked, and she decided to see him again.

17   Q.    What was his personality like?  Was he sort of a laid-back

18   person?

19   A.    No, it was more aggressive.

20   Q.    And did you at some point start to feel uncomfortable

21   around him?

22             MS. PELLEGRINI:  Objection to the leading.

23             THE COURT:  You may have it.  Go ahead.

24   BY MS. CONRAD:

25   Q.    At some point did you start to feel uncomfortable around

1    him?

2    A.    Yes.

3    Q.    Why?

4    A.    There were a few instances between -- that I witnessed and

5    also between us and our conversations where I just didn't quite

6    feel like we were on the same page.

7    Q.    Can you tell me about that -- tell us about those, please?

8    A.    Yes.  When we -- when we were living together in our

9    sophomore year, later in the summer, I could --

10   Q.    I'm sorry.  Let me just stop you there.  So you didn't

11   live together in sophomore year, but the summer after sophomore

12   year, you shared an apartment?

13   A.    Yes.

14   Q.    I'm sorry.  Please continue.

15   A.    During that year, we were all in the same apartment.  I

16   could hear some of their conversations, and I heard some of

17   the -- she would tell me some of the things that he said to

18   her.  And at one point we all went out, and I witnessed him

19   being aggressive with somebody on the street.

20   Q.    So let's go back to that.  You said you heard some of the

21   things they were talking about.  What did you hear?

22   A.    At one point I heard him laughing really -- really hard,

23   and she was crying in her room.  And later I asked her what had

24   happened, and she said that after they had had sex, he told her

25   that he had AIDS, and when she started to cry, he laughed at

1   her, just --

2   Q.   And did he say whether he was serious or not?

3   A.   He said he wasn't serious.  It was a joke.

4   Q.   But she wasn't laughing?

5   A.   No.

6   Q.   And did you ever hear them arguing?

7   A.   Yes.

8   Q.   Did you ever feel uncomfortable with him in your personal

9   interactions with him?

10  A.   Yes.

11  Q.   Can you tell us more about that?

12  A.   Just the way that our conversations would go, I always

13  felt like we weren't quite having the same conversation.  He

14  would sort of laugh when I didn't think something was funny,

15  or -- I think certain things may have just been lost between

16  us.  Our conversations were not always quite clear.

17  Q.   Did you -- you mentioned that you once saw him be

18  aggressive with someone on the street.  Please explain.

19  A.   We had gone out to dinner, Katherine and Tamerlan and I,

20  and we were walking on the street, and a man sitting on a wall

21  said something to Katherine and I, and Tamerlan confronted him

22  and asked him what he said.  And he repeated it.  And Tamerlan

23  punched him in the chest.

24  Q.   How hard did he punch him?

25  A.   Hard.  I think the man was knocked out on the ground.

1   Q.   He fell to the ground?

2   A.   Yeah.

3   Q.   And what was your reaction to that?

4   A.   I was shocked, and I just -- we walked away very quickly.

5   Q.   When was that; do you remember?  Was it -- I mean, can you

6   pin it down in terms of freshman year, sophomore year, summer?

7   A.   I believe it was sophomore year, but I don't remember the

8   exact date.

9   Q.   And you said that you lived together with Katherine

10  at -- in the summer after your sophomore year, so this would

11  have been 2009?  The summer of 2009?

12  A.   Yes.

13  Q.   And at that point, had you noticed any changes in her?

14  A.   That's when she started to be more exclusive with him.  We

15  were still very close at that point.

16  Q.   Did she still dress in the same way?

17  A.   That summer, yes.

18  Q.   And did you, at some point during the summer or fall of

19  2009, suspect that she was being emotionally abused?

20          MS. PELLEGRINI:  Objection.

21          THE COURT:  Overruled.

22          You may answer.

23          THE WITNESS:  Yes.

24  BY MS. CONRAD:

25  Q.   And what made you suspect that?

1    A.    The conversation I mentioned previously, amongst other

2    similar conversations.

3    Q.    Was there anything else that you observed her doing to try

4    to please Tamerlan?

5    A.    That was around the time that he gave her the Qur'an for

6    the first time, and she sort of observed some holidays with

7    him.

8    Q.    Before that, did he ever make comments to her or did she

9    tell you that he had complained to her about her weight?

10            MS. PELLEGRINI:  Objection.  Leading.

11            THE COURT:  Overruled.

12            THE WITNESS:  Yes.

13   BY MS. CONRAD:

14   Q.    So can you tell us about that, please.

15   A.    Another conversation she told me about that I was not

16   there for, she was in the car with him, and he said to her that

17   she was getting fat and she needed to lose weight.

18   Q.    And did you observe her make efforts to do that?

19   A.    Yes.  She said it was in her best interests.

20   Q.    And what did she do?

21   A.    She would try to -- she tried to lose weight.  It was

22   through diet, not exercise.

23   Q.    Did you think she needed to lose weight?

24   A.    No.

25   Q.    And at some -- after the summer, did you and Katherine

1    move into another apartment at the beginning of the 2009 school

2    year?

3    A.   Yes.

4    Q.   And did you move in with somebody else?

5    A.   Yes.

6    Q.   And can you -- and was that person Stephanie?

7    A.   Yes.

8    Q.   Can you describe the layout of that apartment, please?

9    A.   It was two floors, and Stephanie and I lived on the second

10   floor, and Katherine lived on the first floor.

11   Q.   And did you each have your own bedroom?

12   A.   Yes.

13   Q.   How many bathrooms were there?

14   A.   Two.

15   Q.   And where was -- was there a bathroom on each floor?

16   A.   Yes.

17   Q.   How much would you see of Tamerlan at that point?

18   A.   He was there most of the time, but I didn't see him very

19   much.

20   Q.   So -- and what about Katherine?  Did you see much of

21   Katherine at that point?

22   A.   I started seeing her less and less at that point.

23   Q.   Do you know whether she was attending class?

24   A.   I had heard from other friends at school that they saw her

25   at school.

1    Q.   And what changes did you notice in -- if any, did you

2    notice in Katherine at that point?

3    A.   Besides not really being involved in her daily life that

4    much anymore, she started to change her dress at that point,

5    and she was wearing a hijab.

6    Q.   And what were some of the other changes that you noticed?

7    A.   I don't remember what month, but she had started to dress

8    fully -- she had started to fully cover herself, and she just

9    became very quiet and, obviously, alienated from myself and

10   Stephanie.

11   Q.   I'm sorry.  I missed the word.

12   A.   Alienated from Stephanie and myself.

13   Q.   "Alienated"?

14        Did you try during that summer and fall to maintain what

15   had been a very close friendship?

16   A.   Yes.

17   Q.   And how would she respond?

18   A.   I don't recall exactly what was said, but it was

19   unsuccessful.

20   Q.   Did something happen at the end of 2009 that caused you to

21   move out of that apartment?

22   A.   Yes.

23   Q.   What was it?

24   A.   I had -- I had heard an argument between them, and I

25   attempted to help Katherine and --

1    Q.    What did you do?

2    A.    I went downstairs to her room, and I banged on the door.

3    And I knew that she needed help because I could hear her asking

4    for it earlier, before I ran downstairs.  And she said it was

5    none of my business and wanted me to go away.  And --

6    Q.    Let me just stop you right there.  Do you remember what

7    time of day or night this was?

8    A.    It was, I think, about one o'clock in the morning,

9    two o'clock in the morning.

10   Q.    And what exactly did you hear, as best you recall and as

11   best you can describe it?

12   A.    I could hear -- I was sleeping with my TV on, and I was

13   woken up by how loud they were fighting, and I could hear

14   banging, and I don't know what the noises were, but it was

15   screaming as well as throwing things or...

16   Q.    Did you think it was just a verbal argument?

17   A.    No.

18             MS. PELLEGRINI:  Objection.

19             THE COURT:  Overruled.

20             You may answer it.

21   BY MS. CONRAD:

22   Q.    What did you hear that made you think that it might be a

23   physical fight?

24   A.    I could hear things being physically either thrown or

25   moved or...

```
 1   Q.   When you went downstairs, how did Katherine sound?
 2   A.   She sounded frantic, but when I spoke to her, she was very
 3   calm and stern with me.
 4   Q.   So when you -- after she told you it was none of your
 5   business, what did you do?
 6   A.   I said that he needed to get out of our house.
 7   Q.   And this was still -- you were outside the bedroom door?
 8   A.   Yes.
 9   Q.   And did either of them respond?
10   A.   She repeated that it was none of my business.
11   Q.   So what did you do?
12   A.   I went back upstairs to go talk to Stephanie.
13   Q.   And what happened after you went upstairs?
14   A.   Their door opened, and he, I think, came out.  I didn't
15   see because when I heard their door open, I had gone in my
16   room.  And he was speaking to me from the bottom of the
17   stairwell.
18   Q.   So let me just stop you there.  So you're in your room.
19   Did you have a lock on the door of your room?
20   A.   No.
21   Q.   Did you do anything to secure the door?
22   A.   Yes.  After he spoke to me, I moved my desk to barricade
23   my door.
24   Q.   What did he say?
25   A.   He -- it was repeating, very angrily, "Get down here right
```

1    now."

2    Q.   And did he say anything after that?

3    A.   When I said no, he said, "If I ever see you again."

4    Q.   And how did you interpret that?

5    A.   I was very scared.

6    Q.   Did you take it as a threat?

7    A.   Yes.

8    Q.   And is that when you barricaded the door?

9    A.   It was when he was asking me to come downstairs.

10   Q.   So what did you do at that point?  This is now, what,

11   one-thirty, two in the morning?

12   A.   Uh-huh.

13   Q.   So what did you do?

14   A.   When I heard their door shut again, I ran into Stephanie's

15   room to ask if she had heard everything that had happened, and

16   she was also wide awake with her light on, and she was scared.

17   And we packed bags, and we left.

18   Q.   Now, you say you left.  Where did you go?

19   A.   We went to a friend from high school that I knew who lived

20   in Boston's house, apartment.

21   Q.   Why did you leave?

22   A.   We were scared.

23   Q.   Did you take time to change clothes?

24   A.   I'm sorry?

25   Q.   Did you take time to change clothes?

```
 1    A.    No.

 2    Q.    So you left in your pajamas?

 3    A.    Yes.

 4    Q.    And did you call the police?

 5    A.    No.

 6    Q.    Why not?

 7    A.    I was thinking that she would deny anything ever having

 8    happened and he wouldn't be put in jail, and therefore he would

 9    be more agitated with me.

10    Q.    Did you take some action, though?

11    A.    I had asked a lawyer for advice on how to get out of our

12    lease.

13    Q.    And did you actually send the lawyer an email that night?

14    A.    Yes.

15    Q.    At about three in the morning?

16    A.    Yes.

17            MS. CONRAD:  I'd offer, at this time, Exhibit 3238,

18    your Honor.

19            MS. PELLEGRINI:  Objection, your Honor.

20            THE COURT:  Sustained.

21            MS. CONRAD:  May I show it just to the witness,

22    please?

23            THE COURT:  Yes.

24            MS. CONRAD:  Thank you.

25            Just for the witness.  Do you have 3238?
```

1    BY MS. CONRAD:

2    Q.   Is this the email that you sent?

3    A.   Yes.

4    Q.   And what was the date?

5    A.   December 14th, 2009.

6    Q.   And that was when this happened?

7    A.   Yes.

8    Q.   Did you ever move back into the apartment?

9    A.   No.

10   Q.   Did you ever see Katherine again?

11   A.   Yes.

12   Q.   When did you see her?

13   A.   About a week or two later to discuss moving out.

14   Q.   And -- well, let me back up a second.

15        Between when you left the apartment in the middle of the

16   night and when you saw her again, did you hear from her?

17   A.   Yes.

18   Q.   And how did you hear from her?

19   A.   She had called my phone the next day.

20   Q.   And spoke to you or left you a message?

21   A.   She left me a message.

22   Q.   And what did she say?

23   A.   She said that I was -- she said that Tamerlan had never

24   threatened me and that I was being childish.

25   Q.   Did you -- and what happened when you met with her?

```
1    A.   I'm sorry?

2    Q.   What happened when you met with her?

3    A.   It was very business.  We were talking about subletting

4    our rooms.

5    Q.   And fair to say that was the end of your friendship?

6    A.   Yes.

7              MS. CONRAD:  I have nothing further.

8                        CROSS-EXAMINATION

9    BY MS. PELLEGRINI:

10   Q.   Good morning, Ms. Ransom.

11   A.   Good morning.

12   Q.   I just have a few questions for you.

13        When Tamerlan Tsarnaev, you said, told you to "Come down

14   here," did you go?

15   A.   No.

16   Q.   Okay.  And do you have anything to tell this jury about

17   the defendant, Dzhokhar Tsarnaev?

18   A.   No.

19             MS. CONRAD:  Objection, your Honor.

20             THE COURT:  Sustained.

21   BY MS. PELLEGRINI:

22   Q.   Did you ever meet Dzhokhar Tsarnaev?

23             MS. CONRAD:  Objection.

24             THE COURT:  Overruled.

25             You may answer that.
```

1              THE WITNESS:  No.

2    BY MS. PELLEGRINI:

3    Q.   Did you even know that Tamerlan Tsarnaev had a brother?

4    A.   Yes.

5    Q.   And did you know that while you were living with Katherine

6    Russell?

7    A.   Yes.

8    Q.   All right.  And -- but you never met Dzhokhar Tsarnaev?

9    A.   No.

10             MS. PELLEGRINI:  I have nothing further.

11             THE COURT:  Is that it?

12             MS. CONRAD:  Thank you very much.

13             (The witness is excused.)

14             MS. CONRAD:  The defendant calls Elizabeth Zamparelli.

15                  ELIZABETH ZAMPARELLI, duly sworn

16             THE CLERK:  Have a seat.  State your name, spell your

17   first and last name for the record, keep your voice up and

18   speak into the mic so everyone can hear you.

19             THE WITNESS:  Bett Zamparelli, B-E-T-T, or Elizabeth,

20   Z-A-M-P-A-R-E-L-L-I.

21                         DIRECT EXAMINATION

22   BY MS. CONRAD:

23   Q.   Good morning, Ms. Zamparelli.

24   A.   Good morning.

25   Q.   Did you say you go by "Bett"?

1   A.   Yes.

2   Q.   How old are you?

3   A.   Twenty-two.

4   Q.   And are you in school?

5   A.   Yes.

6   Q.   Where?

7   A.   UMass Boston.

8   Q.   What do you study?

9   A.   Biology and psychology.

10  Q.   And what year are you in?

11  A.   Junior/senior.  I transferred, so...

12  Q.   In fact, do you have finals coming up next week?

13  A.   This week.

14  Q.   Do you also work or have an internship?

15  A.   Yes, I do.

16  Q.   What do you do?

17  A.   I teach yoga now.

18  Q.   Where did you grow up?

19  A.   Cambridge.

20  Q.   And where did you go to high school?

21  A.   Cambridge Rindge and Latin.

22  Q.   When did you graduate from Cambridge Rindge and Latin?

23  A.   2011.

24  Q.   And do you remember the date of your graduation?

25  A.   I want to say it was in May, early May.

1    Q.    Let me just show you a document and see if that helps you

2    remember.

3              MS. CONRAD:   This is just for the witness, your Honor.

4    Q.    Does that help you remember when graduation was?

5    A.    Was it June 2nd or was that just when that was published?

6    Q.    Well, why don't you just take a look at the document and

7    just look down here, and then I'm going to show you a calendar

8    for June of 2011.   Okay?   Take your time.

9              Does that refresh your recollection?

10   A.    Yeah, that sounds right.

11   Q.    So was it June 2nd, 2011?

12   A.    Probably.

13   Q.    And was Jahar Tsarnaev one of your classmates?

14   A.    Yes.

15   Q.    Were you friends?

16   A.    Yes.

17   Q.    How did you and Jahar meet?

18   A.    We met in driver's ed.   We had a few classes together.

19   Q.    When did you take driver's ed?

20   A.    Probably about sophomore year.

21   Q.    And was there somebody else who you became friendly with

22   during the course of that class, besides Jahar?

23   A.    At driver's ed?

24   Q.    Yeah.

25   A.    I guess Davin, when we were all doing our driving hours

1   together.

2   Q.   And you said you took some other classes with Jahar as

3   well?

4   A.   Yes.

5   Q.   What other classes did you take with him?

6   A.   I believe we had Spanish 2 together.

7   Q.   Did you participate in any school activities together

8   outside of class, like clubs or activities?

9   A.   We were both in Best Buddies.

10   Q.   What's Best Buddies?

11   A.   It's a program that interacts high school kids with

12   special needs kids.

13   Q.   And what kinds of activities would the two of you

14   participate in, in Best Buddies?

15   A.   There was like holiday parties where we would make

16   gingerbread houses.  There was proms and -- I didn't go to the

17   prom.  I'm not sure if he did, but...

18   Q.   I'm sorry?

19   A.   There's just a bunch of events.  I just went to a couple.

20   Q.   I just missed what you said about the Best Buddies prom.

21   A.   Oh, I said that there is one.  I don't know if he went.  I

22   wasn't able to attend it.

23   Q.   Was that something you got credit for?

24   A.   No.

25   Q.   Are you aware of any other activities that Jahar was

1    involved in, in terms of school-related events?

2    A.    He wrestled.

3    Q.    Did you also know at some point whether he got a job

4    someplace?

5    A.    He lifeguarded.

6    Q.    Where was that?

7    A.    The Harvard pool.

8    Q.    What was your relationship like with Jahar -- well, did

9    you maintain a friendship with him from sophomore through

10   senior year?

11   A.    Yeah.

12   Q.    And what was your relationship like?

13   A.    I thought we were relatively close.

14   Q.    Friends?

15   A.    Yeah.

16   Q.    Just friends?

17   A.    (Nonverbal response.)

18   Q.    Did you ever go to his house?

19   A.    No.

20   Q.    Did you ever think that was odd?

21   A.    No.

22   Q.    What kinds of things would the two of you do together?

23   A.    Just hang out, just laugh.  I don't know.  Just talk about

24   stuff.

25   Q.    What was he like?

1    A.    Very caring.

2    Q.    Did you have an easy time in high school?

3    A.    No.

4    Q.    And did you confide your problems in Jahar?

5    A.    Not necessarily, but I talked to him when I was going

6    through a lot of problems and --

7    Q.    And how would he -- how would that -- how would he

8    respond?

9    A.    Like a friend.  He didn't pry.  He knew that it was

10   upsetting to me.

11   Q.    And would he do anything that would make you feel better?

12   A.    Just make me laugh.

13   Q.    And when you were feeling down, what effect would spending

14   time with Jahar have on you?

15   A.    Make me feel good.

16   Q.    Did you keep in touch after high school?

17   A.    Every now and then.

18   Q.    Was that mostly online?

19   A.    Yes.

20   Q.    During the time that you knew Jahar in high school, did

21   you ever see him argue with anyone?

22   A.    No.

23   Q.    Did you ever see him fight with anyone?

24   A.    No.

25   Q.    Was he somebody -- can you think of any -- what was his

1  sense of humor like?

2  A.   A little sarcastic but not mean sarcastic, just...

3  Q.   How would he treat girls?

4  A.   Really nicely, actually.

5  Q.   In what way?

6  A.   He didn't demoralize them or demean them.

7  Q.   Did he ever talk about the future?

8  A.   Probably.

9  Q.   Do you remember anything about what his plans were, what

10 he said his plans were?

11 A.   I know that he was going to go to UMass Dartmouth.   I

12 think we might have talked about being an engineer, but I'm not

13 sure if I recall.

14 Q.   Did he ever talk about politics?

15 A.   No.

16 Q.   Religion?

17 A.   No.

18 Q.   Did you know he was Muslim?

19 A.   Yeah.

20 Q.   Did you ever meet his parents?

21 A.   No.

22 Q.   What about -- you went to graduation?

23 A.   Yeah.

24 Q.   He went to graduation?

25 A.   Yeah.

1    Q.   And you don't remember meeting his parents at graduation?

2    A.   No.

3    Q.   Did you know his sisters?

4    A.   I knew of them; I didn't know them personally.

5    Q.   What about Tamerlan, his older brother?

6    A.   I knew him through a friend, so...

7    Q.   So --

8    A.   Not really directly.

9    Q.   Can you tell us a little bit more about that?  When did

10   you meet Tamerlan?

11        MR. CHAKRAVARTY:  Objection, your Honor.  It's

12   open-ended, and there's a lot of potential hearsay here.

13        MS. CONRAD:  I asked when she met Tamerlan.

14        THE COURT:  You may have it.

15        THE WITNESS:  I met him.

16   BY MS. CONRAD:

17   Q.   I'm sorry?  Do you remember when you met him?

18   A.   Maybe junior year of high school.

19   Q.   And how did that come about?

20   A.   I was at an ex-boyfriend's house, and he was at a friend's

21   house across the street.

22   Q.   Who was the friend across the street?

23   A.   Brendan Mess.

24   Q.   And who was the ex-boyfriend?

25   A.   Sam Cuddy.

1    Q.   So what happened when you met Tamerlan?

2    A.   Not much.  I was a lot younger than them, so it was just

3    kind of like they were interacting, and I was kind of out of

4    place.  But that's just kind of how it goes.

5    Q.   So this was actually at Brendan's house or at your

6    ex-boyfriend's house?

7    A.   It was like in between the two.  They live across the

8    street from each other, so it was like on the sidewalk.

9    Q.   So was Brendan there?

10   A.   Yeah.

11   Q.   So you met Brendan?

12   A.   Yeah.

13   Q.   And what was Tamerlan like?

14   A.   He was comfortable with his friends.  I don't know.  Like,

15   "What up, Doogie?"  I don't know.  I was a little intimidated.

16   I mean, I was a lot younger than they were.

17   Q.   Intimidated by Tamerlan?

18   A.   I mean, yeah, but the situation in general just because --

19   I don't know -- it wasn't my crew of people and --

20   Q.   Had you heard anything about Tamerlan from Jahar or from

21   your other friends?

22            MR. CHAKRAVARTY:  Objection, your Honor.

23            THE COURT:  Sustained.

24   BY MS. CONRAD:

25   Q.   Do you know what happened to Brendan?

```
 1   A.   He was murdered --

 2            MR. CHAKRAVARTY:  Objection.

 3            THE COURT:  Sustained.

 4   BY MS. CONRAD:

 5   Q.   Do you know from your ex-boyfriend whether Tamerlan went

 6   to the funeral?

 7            MR. CHAKRAVARTY:  Objection, your Honor.

 8            THE COURT:  Sustained.  This area.

 9   BY MS. CONRAD:

10   Q.   When -- after the Boston Marathon bombing occurred and the

11   pictures were shown of the suspect, did your sister call you?

12            MR. CHAKRAVARTY:  Objection to relevance, anything

13   post bombing.

14            THE COURT:  Yes, sustained.

15   BY MS. CONRAD:

16   Q.   Did someone say to you that they thought one of the --

17            MR. CHAKRAVARTY:  Objection, your Honor.

18            THE COURT:  Sustained.

19            MS. CONRAD:  It's for state of mind, your Honor.

20            THE COURT:  Sorry?

21            MS. CONRAD:  It's for state of mind.

22            THE COURT:  Sustained.

23   BY MS. CONRAD:

24   Q.   Did you think one of the photographs looked like Jahar?

25   A.   Yes.
```

```
 1    Q.    But did you think it was Jahar?
 2    A.    No.
 3                MR. CHAKRAVARTY:  Objection, your Honor.
 4                THE COURT:  Overruled.
 5                You may answer that.
 6    BY MS. CONRAD:
 7    Q.    Why not?
 8    A.    Just none of us thought it could be.  It was like a joke,
 9    almost.
10    Q.    You thought the marathon bombing was a joke?
11    A.    No, not at all.
12                MR. CHAKRAVARTY:  Objection, your Honor.
13                THE WITNESS:  The fact that it could be him.
14                THE COURT:  Overruled.
15    BY MS. CONRAD:
16    Q.    I'm sorry?
17    A.    The idea that it could be him.
18    Q.    Why?
19                MR. CHAKRAVARTY:  Objection.
20                THE COURT:  Overruled.
21                THE WITNESS:  Because it just was very much not who my
22    friends and I knew him to be.
23                MS. CONRAD:  I don't have anything further for this
24    witness.
25                MR. CHAKRAVARTY:  Very briefly.
```

```
 1                      CROSS-EXAMINATION

 2   BY MR. CHAKRAVARTY:

 3   Q.   Ms. Zamparelli, you graduated with the defendant?

 4   A.   Yes.

 5   Q.   You were about six years younger than Tamerlan and his

 6   friends when you met him?

 7   A.   Probably something like that, yes.

 8   Q.   And you met him, what, one time?

 9   A.   No, we've crossed paths a few times.

10   Q.   Okay.  But you didn't really engage with him, correct?

11   A.   I mean, we'd be in the same conversations.  It would be

12   with a group of people, though.

13   Q.   Okay.  You knew the defendant's friends from Cambridge

14   Rindge and Latin, correct?

15   A.   Yes.

16   Q.   Davin Zimble, for example, he's one of your friends?

17   A.   Yes.

18   Q.   You knew the Silva brothers.  Those were some of his very

19   good friends?

20   A.   Yes.

21   Q.   Would you guys hang out together?

22   A.   Yes.

23   Q.   And you knew that they would smoke pot and deal pot as

24   well?

25   A.   Yes.
```

```
1              MS. CONRAD:  Objection, your Honor.
2              THE COURT:  Sustained.
3    BY MR. CHAKRAVARTY:
4    Q.   Did you know the basis of his relationship with all of
5    those people?
6              MS. CONRAD:  Objection.
7              THE COURT:  Sustained.
8    BY MR. CHAKRAVARTY:
9    Q.   When you would hang out with them, would you smoke
10   together?
11   A.   Maybe once or twice.
12   Q.   You've only smoked once or twice?
13   A.   No, with them.
14   Q.   Okay.  You knew that the Silvas were very close with the
15   defendant, correct?
16             MS. CONRAD:  Objection.
17             THE COURT:  Sustained.
18   BY MR. CHAKRAVARTY:
19   Q.   Your relationship with the defendant was a friendly one,
20   right?
21   A.   Yes.
22   Q.   And he was pretty socially well adjusted?
23   A.   Yes.
24   Q.   And he was friends with you as well as a bunch of other
25   people; he wasn't part of a particular clique, correct?
```

1    A.    Yeah.

2    Q.    I mean, he had his core group of friends, but not --

3    A.    Yeah.

4    Q.    -- but he also was able to transfer between a bunch of

5    different groups, right?

6    A.    Yeah.  That's pretty much how Rindge goes, though.

7    Q.    And you didn't know anything about his -- the depth of his

8    religious beliefs or his political beliefs, correct?

9              MS. CONRAD:  Objection.

10             THE COURT:  Overruled.

11             THE WITNESS:  I mean, religious beliefs, I absolutely

12   knew about them.  Political beliefs, I guess we just never

13   really talked about it.  I don't think he was secretive of it.

14   That's just not...

15   BY MR. CHAKRAVARTY:

16   Q.    When you say his religious beliefs, you absolutely knew

17   about them, you mean you absolutely knew that he was Muslim?

18   A.    Yeah.

19   Q.    He was proud of being a Muslim.  That's something that

20   Rindge celebrates, right?

21   A.    Yeah, being who you are.

22   Q.    And he was a self-contained person.  He was confident.  He

23   was able to talk to you and other women respectfully?

24             MS. CONRAD:  Objection.  Compound question.

25             THE COURT:  You may answer it.

```
 1              THE WITNESS:  I'm sorry?
 2   BY MR. CHAKRAVARTY:
 3   Q.   You may answer the question.  Did you understand the
 4   question?
 5   A.   Can you repeat it, please?
 6   Q.   Sure.
 7        He was a confident person.  He was able to treat people
 8   with respect and be confident in who he was?
 9   A.   Sure.
10   Q.   You respected him for that?
11   A.   Yeah.
12   Q.   And when he went away to college, you had less contact
13   with him, correct?
14   A.   Yes.
15              MR. CHAKRAVARTY:  That's all I have, your Honor.
16              THE COURT:  Anything else?
17              MS. CONRAD:  No.  Thank you very much.
18              THE COURT:  All right, Ms. Zamparelli.  Thank you.
19   You may step down.
20              (The witness is excused.)
21              MR. FICK:  The defense calls Mirra Kuznetsov.  And
22   we'll ask the interpreter to come up as well.
23              MR. WEINREB:  Your Honor, can we approach?
24              THE COURT:  Okay.
25              (Discussion at sidebar and out of the hearing of the
```

1    jury:)

2          MR. WEINREB:  Your Honor, this witness is a bookstore

3    owner who knew the family to some degree.  Her witness

4    statement is filled with opinion testimony and hearsay

5    testimony.  We have not had any kind of proffer from the

6    defense about what she's going to be called for, and so we just

7    want to make a motion in limine up front to exclude that kind

8    of --

9          THE COURT:  Let me just hear --

10         MR. FICK:  I mean, she owned the Russian bookstore in

11   the area, and because the community is relatively small, she

12   came to know a lot of the customers very well.  She would

13   socialize with them.  She would visit their house.  And so I

14   intend to ask questions about her personal observations and

15   interactions with the family.  So, you know, I do not intend to

16   elicit sort of hearsay or opinions, but certainly she made

17   observations, and she --

18         THE COURT:  Like what?  Give me some specifics.

19         MR. FICK:  Well, she observed some of the changes in

20   the family in terms of their adoption of religious beliefs.

21   She observed sort of arguments between Anzor and Zubeidat about

22   the development --

23         THE COURT:  Okay.

24         MR. FICK:  That's all.

25         THE COURT:  Nothing about whether she thought they

1    were crazy or not?

2            MR. FICK:  No, no.  Just observation of what she saw

3    and the fact that -- what she observed.

4            THE COURT:  Observations are fine.

5            Just as long as you're here, I have a couple of

6    administrative things.  One is, to respond to your question, we

7    checked with the jury clerk and the chief deputy clerk, and the

8    jurors were not advised about the EAP.

9            The other is, we have to shorten the day to three

10   o'clock today.  I don't know if that's a problem, if you had a

11   fairly full list.  If it is a slight problem, we could take a

12   half-hour lunch and begin at 1:30.  So think about that.

13           MS. CLARKE:  Let's see how we do.

14           (In open court:)

15           (The interpreter is duly sworn.)

16       MIRRA KUZNETSOV, duly sworn through interpreter.

17           THE CLERK:  State your name and spell your first and

18   last name slowly for the record, keep your voice up and speak

19   moot mistake.

20           THE WITNESS:  (Through the interpreter)  Okay.  Mirra

21   Kuznetsov, M-I-R-R-A, K-U-Z-N-E-T-S-O-V.

22                        DIRECT EXAMINATION

23   BY MR. FICK:

24   Q.   Good morning, Ms. Kuznetsov.

25           And if -- the interpreter is there for your assistance if

1    you need her, but if we can try, at least, to go back and forth

2    in English -- can we try that way at the beginning, at least?

3    A.    Yes.

4    Q.    Thank you.

5          Where are you from originally?

6    A.    I came from Russia in 1992.

7    Q.    And you've been in the U.S. since that time?

8    A.    Yes.

9    Q.    And how long have you been in the Boston area?

10   A.    Since 2006 or '5.

11   Q.    And what kind of work or business have you been involved

12   in since you came to the United States?

13   A.    I had a video store.  It was in the Brighton area.  And I

14   had Russian-language books, videos, CDs.

15   Q.    And this was up until about 2012 you owned this store?

16   A.    Yes.  I closed it in 2012.

17   Q.    Okay.  And did your store sort of serve the

18   Russian-speaking community here in Boston, the Boston area?

19   A.    Yes, correct.

20   Q.    And in the course of running that store, did you come to

21   know some of your customers who were regulars, so to speak?

22   A.    Yes.

23   Q.    And did you sometimes even socialize with some of your

24   customers?

25   A.    Yes, of course.

1    Q.    Visit people at their houses, for example?

2    A.    Yes, we delivered.

3    Q.    And even socially, would you occasionally dine in people's

4    homes?

5    A.    Yes, of course.  It's small business, and we're very

6    friendly to all our customers.

7    Q.    So at some point did you come to know the Tsarnaev family?

8    A.    Yes, of course.

9    Q.    Were they customers of your store?

10   A.    Yes.

11   Q.    Do you recall approximately when you first met them?

12         (The question was translated by the interpreter.)

13   A.    Probably it was in 2005 or maybe '4.  I don't remember

14   exactly.

15   Q.    And were they -- were members of that family regular

16   customers at your store?

17   A.    Yes.

18   Q.    And did you sometimes deliver items to their home?

19   A.    Yes.

20   Q.    The apartment in Cambridge?

21   A.    Yes.

22   Q.    And did you have occasion even to dine in their home?

23   A.    Yes.

24   Q.    What do you remember about the family at the time?

25   Describe your impressions of them when you first met them.

1   A.    It was very nice-looking family, and it seems to me that

2   they were very close to each other.  And I saw them -- first,

3   they were all of them sisters, and I saw defendant, and he was

4   probably 10 or 11 at first.  And I saw like they were hugging

5   him and kissing him, and they were -- it seems to me that he

6   was very loved by them.

7   Q.    Tell me about Zubeidat, the mother.  What do you remember

8   about her?  How did she dress?  How did she act?

9   A.    When I saw her first, it was very beautiful woman, and I

10  notice how she was even gorgeous.  And she was dressed very

11  fancy, and she was smiling always.  And I saw, like, she loved

12  her kids.

13  Q.    And what did you observe that made you conclude that she

14  really loved her kids?

15  A.    She was always on the phone; she was always telling them,

16  "Take these.  Try to take these book or this video.  Maybe

17  we'll take these.  Do one of these more," so...

18  Q.    And what do you remember about Anzor from when you first

19  met the family?

20  A.    Anzor was very quiet, and he was good-looking either.

21  They actually were very beautiful couple.  And I didn't talk to

22  Anzor more; I -- more I talked to Zubeidat.

23  Q.    And what did you observe about the relationship between

24  Anzor and Zubeidat in those early years?

25  A.    It seemed to me that they loved each other.

1    Q.   And how about the children?  What do you remember about

2    them from when you first met the family?

3    A.   I saw just sisters and Jahar when he was kid, and later on

4    I saw Tamerlan, and he had brought movies and changed movies.

5    And Tamerlan looked very -- nice-looking guy, very good shape,

6    nice, nothing.

7    Q.   What, if anything, did you observe about the interactions

8    in relationship between Tamerlan and Jahar when they were both

9    younger?

10   A.   I saw -- second time I saw them briefly, and I even

11   thought for myself that --

12        MS. PELLEGRINI:  Objection as to what she thought; the

13   question was what she observed.

14        THE COURT:  No, overruled.  I think it was about an

15   observation she was making.

16        So go ahead.

17        THE WITNESS:  I saw them when they changed movie

18   again, and I think some of them, probably Jahar, was driving

19   the car, and Tamerlan came with him.  And Tamerlan said

20   something to Jahar, and it was very powerful.  I don't remember

21   exactly words.  And that's it.

22   BY MR. FICK:

23   Q.   When you say he said something very powerful, even if you

24   don't remember the exact words, what was sort of the context?

25   What was happening?

1    A.   Maybe "Go to the car" or something, "Wait for me," or like

2    this.

3    Q.   In other words --

4    A.   It was brief like.

5    Q.   -- giving him direction?

6           MS. PELLEGRINI:  Objection.

7           THE WITNESS:  Yeah, probably.

8           THE COURT:  It may stand.

9    BY MR. FICK:

10   Q.   Did the family appear at all religious in the early years

11   you knew them?

12   A.   I hadn't seen them for a long time, maybe one year or

13   around one year.  And first I saw Zubeidat, and she came

14   covered, and she had hijab on her, and she was dressed another

15   way.  And I was very surprised.  And we talked to each other,

16   and they said, "Oh, Zubeidat, you look other way," and she

17   said, "Yes, I'm religious.  I started to be religious, and I'm

18   very happy."  And we were talking not one time, many times.

19          And maybe in a month or less, Tamerlan came to me, and I

20   was scared.  And when I see -- when I saw him, I didn't even

21   recognize him because I was scared.  Somebody came to me in

22   glasses and with beard, and he looked very strange for me.  And

23   I asked, "You look other way."  And he said, "Yes, yes, I know.

24   I know."

25   Q.   Make sure to speak into the microphone so we can all hear

1    you.  Thank you.

2    A.    Okay.

3    Q.    So before these observations of Zubeidat in the hijab and

4    Tamerlan in the beard, do you remember approximately when that

5    was when you noticed the change?

6    A.    I don't remember.  Maybe 2008 or '9.

7    Q.    Before that, had you ever known them to be dressed in

8    religious garb, or had discussed, you know, religious topics?

9    A.    When I talked to Zubeidat, but it was before she was

10   religious, and once I remember she said that people who go in

11   to kill somebody, it's not Muslim people.  It's nothing common

12   with religion.

13   Q.    This was before she started covering?

14   A.    Yes.

15   Q.    When she started covering, did you observe how Anzor

16   reacted to that, or did you observe any interactions between

17   Zubeidat and Anzor about the subject of the religious change?

18   A.    It's my opinion, but I --

19           MS. PELLEGRINI:  Objection.

20           THE COURT:  Re-put the question.

21   BY MR. FICK:

22   Q.    So did you observe any interaction between Anzor and

23   Zubeidat about Zubeidat's religious change?

24   A.    We talked to Zubeidat, and she said that my --

25           MS. PELLEGRINI:  Objection.  Not responsive to the

```
 1    question.
 2             THE COURT:  About observations.
 3    BY MR. FICK:
 4    Q.   Did Zubeidat tell you anything about Anzor's reaction to
 5    her religious change?
 6    A.   Yes.  Yes.  She said that she --
 7             MS. PELLEGRINI:  Your Honor, I'm going to object
 8    again.
 9             THE COURT:  I'll allow this.
10    BY MR. FICK:
11    Q.   I'm sorry.  Go ahead.  What did Zubeidat tell you about
12    Anzor's reaction to her --
13    A.   She said that she was very happy that Tamerlan became very
14    religious, and probably he will be --
15             MS. PELLEGRINI:  Objection, your Honor.  I'm going to
16    ask that this be stricken.
17             THE COURT:  No, it may stand.
18    BY MR. FICK:
19    Q.   So -- and my question was a little bit different.  What
20    did you learn about Anzor's reaction to Zubeidat's religious
21    development?
22    A.   Anzor wasn't -- it seems to me that he wasn't really
23    just -- and she was very upset that he's not so religious
24    as her relatives are and as she.
25    Q.   Okay.  Do you remember right just a couple of days after
```

1    the marathon bombing in 2013, you had called the FBI to tell

2    them you knew about the suspects, right?

3              MS. PELLEGRINI:  Objection, your Honor.

4              THE WITNESS:  Yes.

5              THE COURT:  Let me see you about this.

6              (Discussion at sidebar and out of the hearing of the

7    jury:)

8              THE COURT:  So what have you got?

9              MR. FICK:  I wanted to simply -- I wanted to bring to

10   her attention a couple of her statements to the FBI about

11   specifically Anzor's -- what she had said back two years ago

12   about Anzor's reaction to the newfound religiosity and what she

13   had told them at that time about Tamerlan and Jahar's

14   interactions.

15             MS. PELLEGRINI:  I just don't think that was the

16   question asked.

17             MR. FICK:  Well, I was asking a foundation question.

18   She talked to the FBI.

19             MS. PELLEGRINI:  Well, actually, your Honor, the

20   government has no record of -- his question was shortly after

21   the bombing she called the FBI.  She did not.  We can find no

22   record of that.  If he's referring to the 302, then, again,

23   that's getting into her impressions, and it's --

24             THE COURT:  Was there something in the 302 that's --

25             MS. PELLEGRINI:  Yes.

1          MR. FICK:  I guess there were principally two things I

2     wanted to sort of inquire about.  "Anzor thought most of the

3     practices and beliefs were bullshit.  They fought repeatedly

4     about her newfound religious dedication."  That was one.  And

5     the other was a statement that "Jahar was under Tamerlan's

6     power, and Tamerlan constantly advised and threatened Jahar."

7          MR. WEINREB:  Your Honor, he can't impeach his own

8     witness.  If the witness says she doesn't remember, and then

9     she could be refreshed, but she doesn't say she doesn't

10    remember --

11         THE COURT:  Yeah, that's what I was thinking.  You

12    could show her the 302 and see if that refreshes her

13    recollection.

14         MR. WEINREB:  But she's not saying she doesn't have a

15    recollection.  What matters is what she recollects now, if she

16    has a recollection.  It's only if she says she doesn't have a

17    recollection that you can actually refresh it with something.

18         Throughout this whole trial, the defense has been

19    showing witnesses things not really to refresh their

20    recollection but just to get them to read something off of a

21    document that they didn't remember and never knew in the first

22    place.

23         This was just the notes of an FBI agent.  It's not

24    fair to put something in front of her and say, "Even though you

25    recollect it this way today, you should adopt this because that

1    was an FBI agent's recollection two years ago."

2         MR. FICK:  It seems to me with any witness, any party

3    can confront the witness with a prior statement and ask them

4    about it.

5         MS. PELLEGRINI:  Your Honor, again, actually, my

6    objection is slightly different.  When we first objected prior

7    to her getting on the stand, it was about her impressions,

8    without any kind of basis.  Both of those paragraphs have no

9    basis for why -- excuse me -- why she was providing those

10   observations.

11        And from listening to this witness on the stand, she

12   does not appear -- she's quite capable of understanding a

13   question about her own observations and facts.  She constantly

14   starts the answer with "My opinion was," and this, again, is

15   getting into her opinion, and it would be her opinion that she

16   told the FBI.  So now we're two and three steps removed from

17   actuality and from any kind of fact.

18        MR. FICK:  She made statements to the FBI about her

19   observations, and what I was hoping to do was elicit a little

20   bit more about what underlie the statements.

21        THE COURT:  Well --

22        MS. PELLEGRINI:  The question has already been asked,

23   your Honor, about observations that she made about the

24   relationship between Jahar and Tamerlan.  She answered that

25   fully.  And now what Mr. Fick appears to want to do is to get

1    in the opinion as to what she feels about the nature of the

2    relationship based upon her observation.

3            THE COURT:  Yeah, I think that's right.  I'll sustain

4    the objection.

5            (Discussion off the record.)

6            (In open court:)

7    BY MR. FICK:

8    Q.   You had said a few minutes ago that you had seen Tamerlan

9    Tsarnaev after he started -- his appearance changed, and you

10   were scared.  Can you tell us why that was?

11   A.   As I told you, I came to America in 1992, and after

12   these -- all 19 years -- 19th years, it was war between -- in

13   Russia between Chechens and Russia, and --

14           MS. PELLEGRINI:  Objection, your Honor.

15           THE WITNESS:  -- I saw --

16           THE COURT:  No, go ahead.  Overruled.

17           THE WITNESS:  Okay.

18           THE COURT:  Go ahead.

19           THE WITNESS:  (Through interpreter)  He reminded

20   Tamerlan Tsarnaev when I saw him.

21   BY MR. FICK:

22   Q.   After that occasion you saw Tamerlan, did you ever see any

23   of the Tsarnaevs in person again?

24       (The question was translated through the interpreter.)

25   A.   No.

```
 1              MR. FICK:  Thank you.  I have nothing further.
 2              MS. PELLEGRINI:  No questions.
 3              THE COURT:  No questions?  All right.  Ms. Kuznetsov,
 4    thank you.  You may step down.
 5              (The witness is excused.)
 6              MS. CLARKE:  May I make sure that we have our next
 7    witness?
 8              THE COURT:  Okay.
 9              MS. CLARKE:  The defendant will call, your Honor,
10    Dr. Alexander Niss.
11              THE COURT:  Do we need the interpreter?
12              MS. CLARKE:  Yes.
13        ALEXANDER NISS, duly sworn through the interpreter
14              THE CLERK:  Have a seat.  State your name and spell
15    your first and last name for the record, keep your voice up and
16    speak into the mic.
17              THE WITNESS:  So my name is Alexander Niss.  First
18    name Alexander, like in English, through X; and Niss, N, like
19    "Nancy," I-S-S.
20                        DIRECT EXAMINATION
21    BY MS. CLARKE:
22    Q.   Dr. Niss, I understand that you speak English and you
23    speak other language.  You're comfortable in Russian and
24    English?
25    A.   More in Russian, but I'll try to speak English here.
```

1  Q.   We have the interpreter if you need to use the

2  interpreter's services.   Thank you.

3       Dr. Niss, where do you currently work?

4  A.   Right now I work in Hollywood Mental Health Center in Los

5  Angeles.  And this is County Mental Center, and one day I have

6  private practice.

7  Q.   Private practice in psychiatry?

8  A.   In psychiatry, of course.

9  Q.   You -- I take it you have a medical degree?

10 A.   Yes, I have -- you know, in Russia I have several medical

11 degree because a medical degree as a physician I got after

12 graduation of medical school in 1967.  But after that, I

13 defended two dissertations, I had two more medical degree, but

14 they don't exist in the United States.

15 Q.   So you got your medical degree in Russia, in Moscow?

16 A.   Yes.

17 Q.   All right.  Can you tell the jury just a little bit about

18 the training you received in Russia as a physician?

19 A.   So I had medical school.  This is six years.  Then

20 one-year internship, then four years of residency and one year

21 in forensic psychiatry fellowship.

22 Q.   And then after you completed your training, where did you

23 work?  Did you stay in Moscow and work?

24 A.   I work most -- mostly I work in Moscow psychiatric

25 research institute based on the big psychiatric hospital.  So I

1   did a lot of research but with people.  This is clinical

2   research.

3   Q.    Primarily, your practice was treating patients?

4   A.    Treating, diagnosing.

5   Q.    And what positions did you hold at the --

6   A.    I was the chief of department last years.  And between '92

7   and '94, I left this institute and I worked as the chief of

8   department of alcoholism and psychotherapy in international

9   Netherlands-Russian medical company.

10  Q.    And then at some point did you immigrate to the United

11  States?

12  A.    Yes.  I came to the United States in '94.

13  Q.    And why did -- can you tell the jury why you came to the

14  United States?

15  A.    Following my family, mostly my son, because his fiancée

16  was in Los Angeles by that time, and so it was his decision.

17  And after that, all family and my parents, too, all of us came

18  to the United States.

19  Q.    And you came to Los Angeles, it sounds like?

20  A.    Yes.

21  Q.    Did you then become licensed to practice psychiatry in the

22  United States?  I mean, you were how old when you came to the

23  U.S.?

24  A.    I was 50.

25  Q.    With a rather substantial career behind you?

```
 1              THE WITNESS:  Sorry?
 2              (The question was translated through the interpreter.)
 3   A.   Yes, but I had to start everything, all the tests and --
 4   plus residency.  That's why I was in Boston, in St. Elizabeth
 5   Medical Center.
 6   Q.   So you did the training in the United States to become a
 7   licensed psychiatrist in the U.S.?
 8   A.   Yes.
 9   Q.   Can you tell us a little bit about what you had to do to
10   do that?
11   A.   So I was two years -- from 2001st until 2005th I was in
12   the Boston St. Elizabeth Medical Center; two years in inpatient
13   psychiatry; and two last years in outpatient psychiatry.
14   Q.   So you did your residency as sort of --
15   A.   Yes, this is my residency.
16   Q.   -- a second-career residency in Boston for four years?
17   A.   Yes.  Yes.
18   Q.   Is that when you met Anzor Tsarnaev?
19   A.   Yes, I met him in 2003.  He came to me -- I started this
20   outpatient practice in September, so pretty soon he came to me
21   and was -- was under my care until June or -- yeah, June 2005.
22   Q.   So you had Anzor Tsarnaev under your care here in Boston
23   for about two years?
24   A.   Yes.
25   Q.   And what -- can you tell us -- can you tell the jury what
```

1    the presenting problem was, why you were treating Anzor?

2    A.   He was very sick guy.

3         MR. CHAKRAVARTY:  Objection to the social history that

4    led to his diagnosis.

5         THE COURT:  Overruled.  As long as it was relevant to

6    the diagnosis and treatment.

7         MS. CLARKE:  Yes.

8         THE WITNESS:  So --

9    BY MS. CLARKE:

10   Q.   Just what the presenting problem was, why you were

11   treating him.

12   A.   His main problem was posttraumatic stress disorder as he

13   was -- it was time of Russian-Chechen wars, and he came from

14   the Kirgizia, where he was born, to Chechen republic.

15   According to him, he was close to Dzhokhar Dudayev, first

16   president of Chechnya.

17   Q.   So he explained some of his background problems.  Did you

18   diagnose based on that?

19   A.   He told me -- so I diagnose him objectively.  I took his

20   whole history, what happened with him.  So he was in some

21   filtration camp organized by Russian troops, and he was there,

22   according to him, as a whole mass; according to his wife,

23   Zubeidat, less.

24   Q.   Let's just stick to what you were aware of from him when

25   you began to diagnose him.

```
 1   A.    Okay.  So he was tortured; he experienced a lot of this --
 2              MR. CHAKRAVARTY:  Objection, your Honor.
 3              MR. WEINREB:  Objection.
 4              THE WITNESS:  -- filtration camp.
 5   BY MS. CLARKE:
 6   Q.    Dr. Niss --
 7              MS. CLARKE:  I'll rephrase, your Honor.  I'm going to
 8   get to the diagnosis.
 9              THE COURT:  All right.
10   BY MS. CLARKE:
11   Q.    Let's just focus on the fact that you diagnosed Anzor with
12   posttraumatic stress disorder.  Is that correct?
13   A.    So he had typical signs and symptoms of posttraumatic
14   stress disorder.  It means --
15   Q.    Let me just ask --
16   A.    -- he has a lot of anxiety, panic attacks.  He had
17   flashbacks.  He was re-experiencing his -- you know, that
18   time in that camp.
19              THE COURT REPORTER:  If you could please repeat that
20   word.
21              THE WITNESS:  He had nightmares -- like he vividly
22   saw -- he was hallucinating.  Vividly saw as it was at that
23   time; not before, but at that time.
24              He had also -- where he had startle reflex.  He had a
25   lot of paranoia.  He was afraid that -- at that time it was
```

1   phase B, former KGB, like following him.  He was looking

2   through his window of his home.  And even he was guarded when

3   he was coming to me.  And so he had a lot of paranoia but local

4   paranoia related to such specific situation, not general

5   paranoia.

6   BY MS. CLARKE:

7   Q.    Dr. Niss.

8   A.    Yeah?

9   Q.    Did you diagnose based only on what Anzor told you or on

10  your observations of him and symptoms that you saw?

11  A.    So I saw it.  He was, you know, startling from loud sound;

12  from -- you know, he couldn't tolerate light.  You know, he

13  always ask me to turn off.  And so it was typical objective and

14  subjective picture of posttraumatic stress disorder.  Plus he

15  had -- you know, he had seizures from childhood.  He had some

16  injury at age eight.  He had seizures.  By that time, much less

17  frequent in the childhood.  But later -- this is already after

18  I had left -- he had additional head injury, very severe, and

19  all his PTSD experienced together with new organic symptoms are

20  historic.

21  Q.    Let me ask you a question.  It sounds like he had a

22  complex of problems that you identified.

23  A.    Yes.

24  Q.    You treated Anzor for about two years.  And you have

25  reviewed your medical records before coming to court today?

1  A.   Yes.

2        MS. CLARKE:  Your Honor, there's a set of medical

3  records that I believe the government wanted a portion of the

4  social history redacted.  I have no objection to that.  I'm not

5  sure whether we have a redacted copy available, but we're going

6  to work off of a summary.

7        Mr. Chakravarty, do we have a --

8        MR. CHAKRAVARTY:  Your Honor, I have a -- Ms. Clarke

9  accurately explained the government's limited objection to the

10 redaction.  The summary the government has no objection to.

11       THE COURT:  This is the one that was just recently

12 provided?

13       MR. CHAKRAVARTY:  Yes.

14       THE COURT:  I think I have it, right?

15       MS. CLARKE:  That's correct.

16       THE COURT:  Okay.  So there's no objection to that

17 being admitted as an exhibit?

18       MR. CHAKRAVARTY:  No.

19       MS. CLARKE:  And we will admit the records, which

20 would be 3509E, as redacted by the government.

21       THE COURT:  Those are the otherwise complete treatment

22 records?

23       MS. CLARKE:  Those are Dr. Niss's records, correct.

24 But I'm going to help Dr. Niss walk through, for the jury,

25 based on a typewritten summary so we don't have to deal with

1    the handwriting of a psychiatrist.

2           THE COURT:  And is that separately identified by

3    exhibit number?

4           MS. CLARKE:  That is 3521, if we could pull that up.

5    And I don't believe that the government has any objection to

6    the use of that summary.

7           MR. CHAKRAVARTY:  That's correct.

8           THE COURT:  Okay.

9           (Defense Exhibit No. 3509E received into evidence.)

10   BY MS. CLARKE:

11   Q.   Dr. Niss, there's a summary that's going to come up in

12   front of you.  I can bring you a copy, if I may.

13          MS. CLARKE:  I'm giving the doctor a copy of his

14   records unredacted and the summary, in case he needs to use

15   them.

16   Q.   Dr. Niss, this document that's in front of you on the

17   screen, that's an accurate summary of your psychiatric records

18   of treating Anzor, correct?

19   A.   Yes, yes.

20   Q.   And by my count, you saw Anzor approximately 28 times over

21   a two-year period of time.  Is that right?  Is that about

22   right?

23   A.   Yeah.

24   Q.   If I could, let's walk the jury a little bit through --

25          MS. CLARKE:  Can I have the notes?

```
 1            (Pause.)
 2            MS. CLARKE:  Well, if we can all squint, I can walk
 3    them through.
 4            Do you know how?  Maybe we can start without it.
 5            Can you see?
 6            THE JURORS:  Yes.
 7            MS. CLARKE:  With reading glasses?  Okay.  I actually
 8    have it.
 9    BY MS. CLARKE:
10    Q.   Dr. Niss, I'm going to start -- it looks like your first
11    meeting with Anzor was in -- was July 11th, 2003.  Is that
12    correct?
13    A.   Yes.  It is what I say.
14    Q.   And can you tell the jury what it was that you diagnosed
15    at that time?
16    A.   So at that time I diagnosed PTSD, posttraumatic stress
17    disorder, but just academically I wrote "Rule out panic
18    disorder with agoraphobia" and "rule out mild neurocognitive
19    disorder."
20    Q.   And can you tell the jury why it was you were focused on a
21    mild neurocognitive disorder?
22    A.   So I felt if he's speech impaired, especially as I knew he
23    had good education -- according to him he was prosecutor in
24    Kirgizia.  So his speech/thought process was too concrete, too
25    direct.  Just -- it was clinical impression.  Later, I
```

1    checked -- I think it should be later, maybe in the notes -- I

2    checked his MMSE, Mini Mental Status Exam.  He gave 25 from 30.

3    But, you know, beginning from 21 dementia starts.  So this is

4    not dementia, but this is pretty substantial impairment of

5    cognitive function.

6    Q.   So let's say when you first met Anzor, you were concerned

7    not only about posttraumatic stress disorder but neurocognitive

8    issues?

9    A.   Also this, yes.

10   Q.   At that time, it does not appear that you offered any

11   medication for Anzor?

12   A.   You see -- let me see.

13   Q.   On your --

14   A.   Maybe I didn't give him -- maybe I didn't have enough time

15   and I needed to meet him one more time to decide about

16   medications.

17   Q.   That makes sense.

18   A.   That happens sometimes.

19   Q.   I pulled up the second visit with Anzor.

20   A.   In a week.  I see here.

21   Q.   That was July the 18th, 2003.  Is that the time when you

22   first offered medication to Mr. Tsarnaev?

23   A.   Yes.

24   Q.   And can you tell the jury what those medications were

25   offered for and what they are?

1    A.   So at that time --

2              MR. CHAKRAVARTY:  Objection, your Honor.

3              THE WITNESS:  -- I started from --

4              THE COURT:  Wait a minute.  Excuse me, Doctor.

5         Sorry?

6              MR. CHAKRAVARTY:  Your Honor, the witness is here to

7    describe his treatment of the defendant's father, but going

8    into a long expert-testimony-type exegesis about what each of

9    these conditions are and what chemicals he's giving him is

10   beyond the notice.

11             THE COURT:  All right.  Overruled for now.

12             MS. CLARKE:  We'll go through it, your Honor.  I

13   wanted the jury to get a feel for the extent of the medication.

14             THE COURT:  Go ahead.

15             THE WITNESS:  So, you know, we started from three

16   medications.  It was trazodone for sleep; it was Zoloft, an

17   anti-depressant at the same time, anxious anti-depressant, so

18   having two goals; and it was Klonopin medication, immediately

19   removing panic attacks.

20             In the future, we tried to establish another

21   combination, so I tried a lot of medications.  Finally, we, you

22   know, came to some different combination of medication.  But it

23   was, in the start, these three.

24   BY MS. CLARKE:

25   Q.   Let me take you to another round.  I'm going to skip

1    forward to the 8th of August.

2    A.   Yes, I see.

3    Q.   Can you tell the jury what was going on there?  It sounded

4    like perhaps the medications began to work?

5    A.   Yes.  According to my notes, they started to work.

6    Q.   And at some point you tapered off a medication, but you

7    added another medication.  Can you tell the jury just a little

8    bit about that?

9    A.   For example, at this time --

10   Q.   Do you see on the screen?

11   A.   This time I added Zyprexa.  Zyprexa is antipsychotic

12   medication, given his paranoid part in his status.  And Zyprexa

13   is antipsychotic.  At the same time, Zyprexa is mildly

14   sedative, depending on dose, and anti-anxious medication.  So

15   Zyprexa also multifunctional medication.  In this case, it was

16   done for paranoia and as a complement of his status.

17   Q.   And it appears that you kept Mr. Tsarnaev on that

18   medication --

19        MS. CLARKE:  Can I go to the next -- I can do it.

20   Q.   -- on that medication for several visits.  Is that

21   correct?

22   A.   Yes.  But going ahead, I have to say that this paranoid

23   part went away first.  He was -- he had all other symptoms, you

24   know, just weighing like this, better/worse.  Also there are

25   some -- he had some triggers that reminded him about his

1    previous experience, and -- but paranoid part went away.

2    Q.   It went away.

3    A.   Yeah, it was the best reaction to treatment.

4    Q.   I'm going to pull up an October 24th, 2003, entry.   And

5    you talked about the paranoia going away.   Can you tell us what

6    was going on in October?

7    A.   What date you said, October?

8    Q.   24th, 2003.

9    A.   24th.   Because I have it here.

10        So this is 2003.   He still had this, but I said going

11   ahead, so later, but let's say 2004, by 2005, they went away,

12   paranoid symptoms.   But all the other symptoms -- PTSD cannot

13   be recovered.   It could be better, but PTSD is forever,

14   posttraumatic stress disorder.

15   Q.   It appears that you changed the medication in October

16   2003.

17   A.   Yes.   I gave him Zydis.   And, yes, I changed several

18   medications.   It means I was looking for better combination.   I

19   give him Zydis.   Zydis is the same as Zyprexa, but Zydis can be

20   absorbed from the mouth.   Zydis has same role as Zyprexa, but

21   also good for panic because it removes panic attack.

22        Lexapro, this is another SSRI.   So this is same group as

23   Zoloft.   So I decided to try another one because the previous

24   one was not completely effective.   And Ativan is a medication

25   like Klonopin, same group, but Ativan is shorter.   Klonopin has

1    a longer period of elimination.  So I decided it will be better

2    for faster action, for anxiety and panic.

3    Q.   So is it fair to say that you saw him still as a fairly

4    disabled man from PTSD?

5    A.   Yes.

6    Q.   You mentioned that you gave a test.  Maybe you can tell us

7    what that is.  December of 2003, you must have still been

8    concerned about the cognition?

9    A.   Yes.  This what I said.  This test -- usually we give this

10   test to people with dementia, but they have results 11, 12, 13.

11   This is Alzheimer.  But beginning from 21st and below, this is

12   already some kind of dementia.  25, this is bad result, you

13   know?  This is not dementia, but this is significant cognitive

14   impairment.  All these people in this auditorium will give 30,

15   without exception.

16   Q.   Everyone here --

17   A.   Everybody here will give 30.

18   Q.   Well, that's comforting.

19           (Laughter.)

20           THE WITNESS:  It's not compliment; this is just there.

21   BY MS. CLARKE:

22   Q.   You wouldn't -- would you give this MMSE test to just

23   every patient you have?

24           THE WITNESS:  Excuse me?

25           (The question was translated through the interpreter.)

1    A.    No, not at all.

2    Q.    Only if you were seeing symptoms that you wanted to

3    confirm?

4    A.    Yes.

5    Q.    I'm going to take you down to March 12th, 2004.  And can

6    you tell us what was happening with that visit?

7    A.    I see here there is some impairment of his condition, but

8    this is some -- only some resumé from my notes.  That's why no

9    full description here.  That is why it's difficult to say if he

10   had any trigger for this or it happened spontaneously.  I don't

11   remember this.

12         But, again, I changed his treatment.  I added one

13   medication, Remeron, for sleep, and I give him Topamax, which

14   is anti-seizure medication.  At the same time, Topamax is mood

15   stabilizer.

16   Q.    A mood stabilizer?

17   A.    A mood stabilizer so you don't get so much, you know,

18   emotional reaction.

19   Q.    It looks to me like by this time your diagnosis had

20   expanded from PTSD to PTSD with panic, agoraphobia.  Could you

21   explain your additional diagnoses to the jury?

22   A.    You know, this -- basically, his panic, his anxiety, this

23   is part of his PTSD.  PTSD is very complex disease, including

24   many, many other symptoms.  PTSD is here and many, many

25   symptoms here, you know, which I included, involved in PTSD.

1        So this is large category, PTSD.  But, you know, in the

2   United States, your American classification request to qualify

3   any condition separately.  Any condition has its core, for

4   example, panic disorder, his agoraphobia.  This is why I

5   mention this and this and this.  But basically, this is part of

6   PTSD.

7        But encephalopathy, this is not part of PTSD.  It was

8   related.  There was a point that he was not only injured in his

9   childhood, but also he had -- he was a boxer.  You know, any

10  knockout is a concussion.  You know, in nine seconds people can

11  come to their consciousness.  This is some small concussions.

12  So he had a lot of concussions in his life.  So maybe this

13  factors less seizure disorder, most probably from head injury.

14  Seizure disorder also brings to cognitive impairment.

15       So, finally, I included encephalopathy as additional

16  diagnosis secondary to head injuries or...

17  Q.   So it sounds like you were trying to figure out and narrow

18  in and appropriately medicate this man?

19            MR. CHAKRAVARTY:  Your Honor, objection to the

20  leading.

21            MS. CLARKE:  I'm just trying to --

22            THE COURT:  I think it might be more efficient.  Go

23  ahead.

24            (Laughter.)

25  BY MS. CLARKE:

1    Q.   Go ahead.  Correct?

2    A.   Sorry.  I didn't know who to listen to.

3    Q.   Who to listen to.  I know.  Him.

4         (Laughter.)

5    Q.   So essentially you were trying to identify more

6    specifically Anzor's mental health problems and appropriately

7    medicate.  Is that fair to say?

8    A.   Yes.  Yes, that's true.

9    Q.   I want to take you down to October the 14th --

10   A.   Yes, right here.

11   Q.   -- of 2004.  Can you tell us what was happening by then?

12   A.   You see I write again PTSD always, but also I write mental

13   disorder secondary to general medical condition.  This is what

14   I meant by encephalopathy.  You know, could be different terms

15   for the same.  So this is nothing new.  I don't see anything

16   new here.

17   Q.   And you had changed the medications somewhat?  I see the

18   addition of Risperdal?

19   A.   Yes.  So it means at that time he still had some of this

20   paranoid part because Risperdal is antipsychotic medication.

21   Q.   An antipsychotic?

22   A.   Antipsychotic, yeah.

23   Q.   I'm going to take you into 2005.  And it appears that you

24   added some additional medications.  Maybe I got the wrong date.

25   A.   Wrong date?

1    Q.   Just a second.

2         It sounds like there was some improvement from January 6,

3    2005?

4    A.   Yes.  Yes, I am writing he is no longer suspicious,

5    despite being anxious.  But he had -- when I say

6    encephalopathy, he has not only cognitive problems; he

7    was -- he had a lot of weakness.  He was physically ill, you

8    know?  He had a lot of physical problems.  Once I had to

9    hospitalize him from my office.  He had acute kidney stone.

10   But it does not relate to anything, just anybody can have it.

11   But, in general, he's physically -- you know, physically -- he

12   was kind of, you know, putting his head very often on the table

13   because he had some dizziness.  He had some -- sometimes

14   headaches.  He was just --

15        (Through the interpreter)  He was unwell.  There was a

16   general condition of not being well.

17        (In English)  So this day I decided to add Provigil.

18   Provigil, this is good medication for alertness, just for being

19   well, you know?  So people feel alert, better mood.  It's not

20   anti-depressant; this is just medication contributing to this

21   feeling of well-being.

22   Q.   So you tried to medicate just this overall bad feeling

23   that he had?

24   A.   Yes.  I added Provigil.

25   Q.   Now, you treated him, Mr. Tsarnaev, up until the time you

1    left Boston?

2    A.    Yes.

3    Q.    I think we can do -- it looks like your last treating

4    entry is May of 2005.  Can you tell the jury how he was at the

5    time you left him?

6    A.    This is some confirmation I see here in my notes,

7    confirmation of what I said.  He had epistasis -- so he had lot

8    of bleedings from nose.  He was going -- at that time, he was

9    going to emergency room almost every day.  So he had this --

10   every time he had some additional somatic symptoms.

11   Q.    And when you say "additional somatic symptoms"?

12   A.    Physical.

13   Q.    Physical symptoms?

14   A.    So different physical symptoms, not involving only one

15   system of body, but general, like he was weakened in general.

16   That's why he had this, he had this, he had many, many,

17   many -- he was a sick guy.

18   Q.    He was a very --

19   A.    He couldn't drive.  I remember, especially first half

20   year, he couldn't drive, and even his -- the owner of his

21   apartment, she was driving -- she was bringing him to our

22   clinic.

23   Q.    How disabling were the illnesses that he had?

24   A.    He -- at that time, he was really disabled.  He couldn't

25   work, in my opinion, but it seems to me he had -- I never

1    filled out any forms for him for disability, but it seems to me

2    he had disability.

3    Q.    That he was on disability?

4    A.    Yeah.

5    Q.    Dr. Niss, is there any doubt in your mind when you

6    finished treating Anzor in 2005 that he was a very sick man?

7              MR. CHAKRAVARTY:  Objection, your Honor.

8              THE COURT:  Overruled.

9              You may answer.

10             THE WITNESS:  (Through the interpreter)  Can you

11   repeat the question, please?

12   BY MS. CLARKE:

13   Q.    Was there any doubt in your mind when you finished

14   treating Anzor in mid 2005 that he was a very sick man?

15   A.    Still, he was -- no such panic attacks, no paranoia

16   anymore by that time, but the rest was like in the beginning.

17   Q.    Very disabled?

18   A.    Yeah.

19   Q.    Thank you very much.  The prosecutor may have some

20   questions.

21             MR. CHAKRAVARTY:  One moment, your Honor.

22             (Pause.)

23             MR. CHAKRAVARTY:  No questions, your Honor.

24             THE COURT:  No questions?  All right.

25             Thank you very much, Dr. Niss.  You may step down.

```
 1              (The witness is excused.)

 2              THE COURT:  This is probably a good time to take the

 3   morning recess.

 4              THE CLERK:  All rise for the Court and the jury.  The

 5   Court will take the morning recess.

 6              (The Court and jury exit the courtroom and there is a

 7   recess in the proceedings at 10:50 a.m.)

 8   (The Court and jury entered the courtroom at 11:22 a.m.)

 9              THE COURT:  Mr. Bruck.

10              MR. BRUCK:  Call Michel Reynolds.

11              THE CLERK:  Sir, want to step up here, please.  Step

12   up to the box.  Remain standing.  Raise your right hand.

13              MICHEL REYNOLDS, Sworn

14              THE CLERK:  Have a seat.  State your name.  Spell your

15   first and last name for the record.  Keep your voice up and

16   speak into the mic.

17              THE WITNESS:  My name is Michel Reynolds, M-i-c-h-e-l,

18   R-e-y-n-o-l-d-s.

19   DIRECT EXAMINATION BY MR. BRUCK:

20   Q.   Good morning, Mr. Reynolds.

21   A.   Good morning.

22   Q.   Where do you live?

23   A.   I live in Princeton, New Jersey.

24   Q.   What do you do?

25   A.   I teach in the Department of Near Eastern Studies at
```

1   Princeton University where I am an associate professor, and I

2   teach courses on the history, politics, and culture of the

3   Middle East and what we now call Russia and Eurasia.

4   Q.   How long have you been teaching at Princeton?

5   A.   I have been teaching there ten years.

6   Q.   What is your educational background?

7   A.   I have a B.A. from Harvard University in government, or

8   political science, and Slovak languages and literatures.  I

9   received my M.A. from Columbia University where I studied

10  political science.  And my doctorate is from Princeton

11  University in the field of Near Eastern Studies.

12  Q.   Do you have a particular academic interest and

13  specialization in the history and culture of the North Caucasus

14  Region, Islamic parts of Southern Russia?

15  A.   Yes, I do.

16  Q.   And about how long has that been a particular interest of

17  yours academically?

18  A.   Academically, I would say it's been an interest of mine

19  since 1996.  Personally, it's been an interest of mine since

20  1989.

21  Q.   That -- which was when you were still in college?

22  A.   Correct, yes.

23  Q.   And you traveled in the region starting at that time?

24  A.   Yes, that's correct.

25  Q.   Do you -- are you a fluent Russian speaker?

1    A.    Yes, I am.

2    Q.    Have you also -- in addition to the historical studies

3    that you've told us about, have you also studied Islam?

4    A.    Yes, I have.  My degree is in Near Eastern Studies, which

5    is an older term for Middle Eastern studies.  And as part of

6    that, as my graduate training, I studied Islam, and many of my

7    courses also address the topic of Islam.

8    Q.    Have you also studied Arabic?

9    A.    Excuse me?

10   Q.    Have you also studied Arabic?

11   A.    Yes, I have.

12   Q.    I should ask you if you've ever been a witness in court

13   before.

14   A.    No, I have not.  This is my first time.

15   Q.    Welcome.

16   A.    Thank you.

17   Q.    What did we ask you to do?

18   A.    You asked me to perform essentially two tasks.  One was to

19   review the material found on the computers of the defendant and

20   other people involved in this case.

21   Q.    Other people including his brother, Tamerlan Tsarnaev?

22   A.    Yes, exactly, including his brother Tamerlan.  I reviewed

23   those materials, videos, links to websites, textual materials.

24   Other materials included FBI reports.  I believe there were

25   reports from the Russian Security Services.

1    Q.   Let me stop you there for a moment.  Were a great deal of

2    the materials that you were asked to look at in the Russian

3    language?

4    A.   Yes, many of them were.  Hundreds out of maybe -- the

5    number might go into the thousands.  There was a lot of

6    material.  I also reviewed essays written by the defendant.  So

7    that was one task.

8         The other task was to provide historical and cultural

9    background about the Chechens and the peoples of the North

10   Caucasus.

11   Q.   All right.  I'd like to start with the second task first

12   if I might.

13        Who are the Chechens?

14   A.   The Chechens are a small people.  Today their population,

15   roughly speaking, is about 1.2 million.  They are classified as

16   a mountain peoples.  They live in the North Caucasus.  In terms

17   of language, their language -- the Chechen language is part of

18   the group called the Nakh Dagestani Group.  That's significant

19   in that it is not related at all to Slovak.  So the Chechens

20   have no -- are not Russians or Slovs.

21   Q.   Let me clarify there.  The Chechen language is not a

22   dialect of Russian?

23   A.   No, absolutely not.

24   Q.   It's --

25   A.   It's completely different from Russian or from any other

1    -- from any Indo-European language, for that matter, nor is it

2    related to Arabic.  The Chechens are not Arabs.  They're not

3    Turks.  Their language has no relationship to Turkish, nor do

4    they ethnically, nor are they related to Persians, to Iranians,

5    another group near the Caucasus.  This is significant.  The

6    Chechens have been living in the Caucasus --

7    Q.   Can you wait just a moment.

8         MR. BRUCK:  Can we bring up the map 3501?  I'm sorry.

9    3205-1, excuse me.

10        THE COURT:  Okay.  As a chalk?

11        MR. BRUCK:  This is a chalk, yes.  And the government

12   has indicated it has no objection to a series of chalks.

13        THE COURT:  Okay.

14   Q.   Mr. Reynolds, does this depict the area of the Caucasus

15   Mountains that includes Chechnya?

16   A.   Yes, it does.

17   Q.   Before we get back to the Chechen people, is there some

18   reason that the mountain range that's shown in the center --

19   these were the Great Caucasus Mountains or the Northern

20   Caucasus?

21   A.   So the Northern Caucasus refers to the northern side of

22   the Great Caucasus range.

23   Q.   I see.  Is there some reason why, as Americans, we would

24   all have been familiar with some part of the Caucasus Mountains

25   within the last few years?

1    A.    Yes, there is.

2          MR. BRUCK:   If we could bring up 3502 and 3.

3    Q.    And that's what?

4    A.    Well, in 2014, the Winter Olympics were held in Sochi.

5          MR. BRUCK:   3, please.

6    Q.    These are the Winter Olympics?

7    A.    Correct, yes.   That shows the site where the Winter

8    Olympics were held.

9    Q.    The 2014 Winter Olympics?

10   A.    Yes.

11   Q.    You'll notice a mountain range along the top of that

12   image.

13   A.    Yes.   That is the Caucasus.

14   Q.    If one were to follow that mountain ridge about 450 miles

15   east, where would that be?

16   A.    That would put you in Chechnya.

17   Q.    All right.   You were beginning to tell us about the

18   Chechen people.   If we could focus in on the area of Chechnya

19   on --

20         MR. BRUCK:   Mr. Fick, on 35 -- on 01 and bring that --

21   enlarge this a little bit.   Okay.

22   Q.    This is the -- Grozny is the capital of Chechnya?

23   A.    Correct, yes, it is.

24   Q.    All right.   And Dagestan, which we've heard about, is the

25   region to the east between Chechnya and the Caspian Sea?

1    A.    That is correct, yes.

2    Q.    All right.  How long have the Chechens lived in the

3    Caucasus Mountains?

4    A.    The Chechens have been living in the Caucasus since well

5    before recorded time, that is, thousands of years.

6    Q.    What is the topography?  What sort of land is it that --

7    in which they have made their home?

8    A.    Chechnya is a heavily -- it's a mountainous area, like

9    Dagestan, also heavily forested.  And topography has had

10   profound implications for any culture and social organization

11   of the Chechens and the other mountain peoples of the North

12   Caucasus.

13   Q.    We've brought up 3205-5.  Is that a typical example of the

14   topography of Chechnya?

15   A.    Yes.  One can see mountains and a small village community.

16   Q.    And 06, another Chechen --

17   A.    Yes.

18   Q.    -- typical scene?  And 07?  No.  Excuse me.

19         You've said that the Chechens have lived in this region of

20   the North Caucasus for thousands of years.

21   A.    Yes.

22   Q.    How were they governed over that period of time?  What

23   country were they a part of?

24   A.    They weren't -- up until the middle of the 19th Century,

25   Chechnya has never known anything like centralized rule.  The

1    Chechens essentially lived on their own in a -- without any

2    centralized -- so they were neither part of a larger state, nor

3    did they have anything that we would recognize as a state

4    today; that is, there was no Chechen president.  There was no

5    Chechen emperor.  There's no Chechen king.  There was no

6    centralized body of authority.

7    Q.   Was there a capital city?

8    A.   No, there was no capital city.

9         Instead, the Chechens, like the other mountain peoples of

10   the North Caucasus, lived in small, isolated communities.

11   Communities are isolated, of course, because they're living in

12   the mountains.  And they are small, of course, living in the

13   mountains, there's limited space to build homes.  Also, the

14   land and mountains is relatively poor, so it cannot support

15   large populations.  So as a result, the mountain peoples live

16   scattered in autonomous, small villages in the mountains.  And

17   this has had important implications for their culture.

18   Q.   That was my question.  How does any people -- how did the

19   Chechen people live without a government, without police or a

20   capital?

21   A.   Right.  There was -- as I said, there was nothing.  There

22   was no president, no king, nor is there anything like a police

23   service; there's no sheriff.  So there were two particular

24   challenges that mountain peoples face.  One is the need to

25   maintain social cohesion.  So, as I said, these are difficult

1    -- life in the mountains is precarious.

2              MR. WEINREB:  Your Honor, I'm sorry to interrupt.  But

3    can we put this in a time frame?  Because, otherwise, it's

4    potentially irrelevant.

5              THE COURT:  Yeah.  I think that's a good idea to frame

6    this.

7    Q.   When we're talking about the evolution of Chechen society

8    and culture over a long period of time, are you -- does this --

9    the description that you're giving us, does this extend to the

10   present day?

11   A.   Absolutely, yes.  This is -- yes.

12   Q.   Okay.  Although today there is a formal government, but

13   the culture you're going to tell us about continues on today?

14   A.   Yes, absolutely.

15   Q.   All right.  So you were saying there were two basic

16   requirements that have to be met.

17   A.   One is the importance of maintaining social cohesion.  As

18   I said, living in the mountains is a very precarious existence,

19   and it's very important that the community stick together.  You

20   cannot separate from the community.  You will perish if you

21   were to do that in the mountains; and, likewise, the community

22   depends upon every person, member, within it doing their part,

23   their share.  So it's quite important that everybody basically

24   know their place and that they prevent the community from

25   breaking up, that they all get along.

1         The second challenge that mountain communities face is

2    that of self-protection.  Each of these is living on -- they're

3    isolated.  Because they live in the mountains, it's very

4    difficult to travel, to communicate with others.  So every

5    community has to provide for its own self-protection.  And as a

6    result of these two needs, the mountain peoples developed a

7    code of conduct and behaviors.  This is called Adat.  That's

8    spelled A-d-a-t.  And this is a social code that regulates

9    everything from property rights inside of a community to the

10   way that people within families interact.

11   Q.   Let me get directly to that.  How would you describe the

12   structure of a Chechen family that is unusual in

13   characteristic?

14   A.   Well, Chechen families, like the other mountain peoples of

15   the North Caucasus, the family units are very strong.  They've

16   had to be.  They are described -- they are, I should say, very

17   patriarchal.  That is, it is the elder men, the father in the

18   family, is the person who over -- who runs the family and is

19   responsible both for the welfare of the family, that is, the

20   social -- I should say rather the material well-being of the

21   family, as well as the cohesion of the family.

22   Q.   So the father in the family plays a critical or the

23   critical role, the dominant role.  Are there implications of

24   Adat, of this culture, for the relationships between siblings

25   in a Chechen or North Caucasus family?

1    A.   Yes, very much so.  So the father, of course -- there are

2    cases, of course, where the father becomes incapacitated,

3    either perhaps dies or is injured, et cetera.  And then the

4    role of the father is filled by the eldest brother.  And

5    brothers, there is a hierarchy among the brothers.  And, again,

6    for the purpose of cohesion, it's expected that the younger

7    brothers will listen to the older brother.

8    Q.   Is this an expectation which exists even when the father

9    is around?  Is this -- in other words, is there a relationship

10   of equality or inequality between brothers in a family?

11   A.   Absolutely.  This is something that is inculcated in

12   children from their birth, from the very beginning.  So the

13   relationships between brothers and towards fathers is something

14   that is -- certainly exists before anything happens to the

15   father.

16   Q.   So what, if anything, is the obligation owed a younger

17   brother to an older brother?

18   A.   The younger brother owes his deference to the older

19   brother, and he owes his loyalty to the older brother because

20   it's understood to the older brother and to the family as a

21   whole.

22   Q.   Is there a corresponding authority of the older brother

23   over the younger brother?

24   A.   Yes.  I wouldn't want to push this analogy too far, but

25   one could draw comparison between the family structure and that

1    of a military unit in that, just as a military unit is

2    hierarchal and has discipline for the purposes of maintaining

3    unit cohesion and for purposes of self-protection, so too have

4    the mountain peoples of the Caucasus developed a system of

5    discipline and hierarchy to maintain, again, social cohesion

6    and discipline in times of need, in times of emergency.

7    Q.   Now, is this pattern of family relationship unique to the

8    Chechens, or is it -- does it also characterize the cultures of

9    other mountain peoples in this region?

10   A.   No, it is not unique to the Chechens.  The other Highland

11   peoples of the Caucasus, such as those -- many of those living

12   in Dagestan.  Also in the Northwest Caucasus one can find very

13   similar patterns of family or social structure and behavior.

14   Q.   If we had a family that was intermarried between an Avar

15   -- who are the Avars, by the way?

16   A.   The Avars are a people who live in the highlands of

17   Dagestan.  They also are the -- ethnically and linguistically,

18   their language also is considered a Caucasian language, meaning

19   that it is not related to anything outside of the Caucasus and

20   also a Highland peoples.  I can go on.

21   Q.   But the Avars are also a similar ethnic group to the

22   Chechens living to their east?

23   A.   Similar.  I mean, their language is very, very distantly

24   related to the Chechens.  But in terms of their social

25   organization, by and large, they are similar.

1    Q.    What is the religious affiliation, religious

2    identification, of both the Avar people and the Chechens?

3    A.    Both the Avars and the Chechens and the majority of the

4    mountain peoples of the North Caucasus are Sunni Muslims.

5    Q.    So if one had a family that was the product of an

6    intermarriage between a Chechen man and an Avar woman, would

7    you expect that the patterns of family authority would be

8    similar to that of a purely Chechen or purely Avar?

9    A.    Yes, I would.

10   Q.    How do young -- how are these roles that you've described

11   inculcated?  How do young people learn them?

12   A.    They learn them from the -- from growing up, from birth

13   onwards.  These are patterns of behavior that they are -- that

14   they witness, that they play out in their -- from the beginning

15   of their lives.

16   Q.    Now --

17   A.    It's a very powerful culture.

18   Q.    Would you expect that these cultural patterns would hold

19   true even for Chechens who did not grow up in Chechnya?

20   A.    Yes.  We know that from Chechen groups living in diaspora,

21   that is, outside of Chechnya, both in the former Soviet Union,

22   and then those who lived in the Middle East and are living in

23   the Middle East today.  You see very similar patterns of family

24   organization and behavior.

25   Q.    You've told us about the authority of the eldest brother

1    in a Chechen or a Caucasus family.  What expectations are

2    placed on the eldest brother culturally?

3    A.   Well, the eldest brother would be, again, expected to look

4    after the material well-being of the family and, again, its

5    cohesion.

6    Q.   Does the eldest brother have special responsibilities in

7    the eyes of the family as a whole or in the eyes of the

8    community?

9    A.   Yes, absolutely.  People from the outside often see this

10   as something as a -- it's a position of honor, which it is, but

11   it's also a position of great responsibility and a burden.

12   Q.   Now, you told us that Chechnya for Millenia had no

13   government, had no central authority, nothing that we would

14   think of as political organization at least as we know it.  Did

15   there come a time when Chechnya entered the modern world?

16   A.   Yes.  I would -- Chechen's modern history, perhaps very

17   simplistically, identify four key moments or watershed moments.

18   One of those occurred in 1859 when Chechnya and the rest of the

19   North Caucasus was conquered by the Russian Empire, subjugated

20   after a war that roughly ran for four decades, a war in which

21   the Russian Empire used everything at its -- all the means of

22   its disposal so both the military, did things such as

23   destroying homes, destroys farmland, even poisoning water wells

24   to deny the people water to drink.  That is, they used -- the

25   empire used every means at their disposal because the

1   resistance that it faced was so strong.  In part, this was a

2   reflection of the strength of the mountain communities of the

3   North Caucasus.  They famously resisted.  So that took place in

4   1859 when Dagestan and Chechnya were both finally conquered.

5   Q.   And the next watershed moment in history?

6   A.   The next moment I would say occurred in 1917 when the

7   Russian Empire had a revolution.  The Czarist Regime -- the

8   czar fell.  And Chechnya had a brief moment of independence,

9   1917 to about 1919 when it was reconquered, this time by the

10  Bolshevists, and it was forcibly reincorporated into what

11  became the Soviet Union.

12  Q.   Now, there's been testimony that the Tsarnaev family,

13  Jahar Tsarnaev's father, Anzor, was born in Kyrgyzstan, in

14  Central Asia, which is actually on the border of China, very

15  far from Chechnya.  Do you know why that might be so?

16  A.   Yes, I do.

17  Q.   Can you tell us about that?

18  A.   Yes.  In 1944 -- to be more specific, on 23 February

19  1944 -- Joseph Stalin, the leader of the Soviet Union, gave the

20  order that the Chechen nation was to be deported en masse; that

21  is, every single Chechen living inside of Chechnya was to be

22  deported to Central Asia, that is, to Kazakhstan and

23  Kyrgyzstan.

24       This was in -- during World War II.  The Soviet Union was

25  at war with Germany.  And the official accusation was that the

1    Chechens had betrayed the Soviet Union, although this was --

2    and collaborated -- the charge was collaboration with the

3    German armies, although the fact was that the German armies had

4    never actually entered Chechnya.  More likely, the reason for

5    this is because the Soviet Union was at that time getting ready

6    for a war -- potential war with Turkey.  It was making

7    territorial demands.  But the --

8    Q.    About how many Chechens were there at this time?

9    A.    There were roughly 400,000.

10   Q.    What happened?

11   A.    They were all -- virtually all of them were put on cattle

12   cars and sent from Chechnya.  Again, this was on February 23rd.

13   This is when it began.  And with about -- within a week to two

14   weeks virtually the whole nation had been put on cattle cars,

15   sent to Central Asia.  These cattle cars had no facilities.

16   They were not equipped to carry human beings.  There was no

17   provision made for feeding people, no provisions even made for

18   things such as toilets.

19        And they were loaded onto the cattle cars, sent to Central

20   Asia, where they did not find any sort of facilities waiting

21   for them.  There's no housing.  It was not prepared.  The

22   majority of them were simply kicked out and left on the step to

23   fend for themselves.

24   Q.    Was there -- was there a mortality associated with this

25   deportation?

1    A.   Yes.  There was an extraordinarily high mortality rate as

2    one might expect from -- in a matter of days, packing people

3    into cattle cars.  Estimates are -- range -- I would say the

4    most reliable, about a third of the population died in the

5    years both during the deportations and then, say, about two

6    years after that due to disease, from -- and starvation and the

7    general negligence and mistreatment.

8    Q.   Did the survivors of that experience settle in Central

9    Asia, in Kazakhstan and Kyrgyzstan for a time?

10   A.   Yes, that is correct.

11   Q.   Did the Chechen communities become assimilated or did they

12   remain intact?

13   A.   No, they did not assimilate.  They maintained their

14   identity as Chechens.

15   Q.   Is that a story, a historical event, that Chechens today,

16   young Chechens, know about?

17   A.   Absolutely.  The majority -- and virtually all Chechens

18   would have had relatives, for example, grandparents who had

19   lived through that experience.  And if they were one of the

20   very few who didn't experience it, they would have -- or whose

21   families did not experience it, they would certainly have known

22   about it.

23   Q.   In the discovery that you reviewed, did you look at a

24   couple of very short high school essays by Dzhokhar Tsarnaev

25   that described the Chechen deportations?

1    A.   Yes, I did.

2    Q.   Did you find them to be accurate in the way the events

3    were rendered?

4    A.   I did, yes.

5    Q.   Were they extremist or radical in the view of what had

6    happened?

7    A.   No, they were pretty mainstream.

8    Q.   Did there come a time when many or most of the Chechens

9    were allowed to return to Chechnya from Central Asia?

10   A.   Yes.  Under -- in 1956, they were permitted to return to

11   Chechnya.

12   Q.   Did some Chechen families remain in Central Asia where

13   they had put down roots?

14   A.   Yes, some did remain.

15   Q.   As you understand, the Tsarnaev family were for a time --

16   A.   Right.  Those who could return did.  Those who could not,

17   stayed where they had been deported.

18   Q.   Now, you said there were four great events, and I think

19   we've covered three of them.  What was the fourth great turning

20   point in Chechen history?

21   A.   The fourth one, I would say, is the breakup of the Soviet

22   Union.  That occurred in 1991.  When the Soviet Union broke up,

23   the constituent Republics of the Soviet Union -- there were 15

24   of them -- left the Soviet Union and became sovereign,

25   independent states.  Chechnya, because -- although it was a

1    distinct part of the Russian Federation, because it was part of

2    the Russian Federation, did not become an internationally

3    recognized sovereign state.  But there was a movement inside of

4    Chechnya that pushed for Chechnya's emergence as an independent

5    sovereign state, that is, a state that would be separate from

6    Russia, from the Russian Federation.

7    Q.   What happened as a result of that independence movement?

8    A.   That independence movement -- again, to keep things

9    simple, that independence movement, the government was

10   established in Chechnya that insisted that it was independent.

11   Moscow, however, refused to recognize that independence; and in

12   December of 1994, the president of Russia, Boris Yeltsin,

13   ordered an invasion of Chechnya.

14   Q.   This is what is known as The First Chechen War?

15   A.   Yes.  This is what is usually called The First Chechen

16   War.

17   Q.   Can you describe, characterize, what happened during The

18   First Chechen War?  Let me ask you, before you do that, was

19   this a war of Islamic radicalism or religious extremism?

20   A.   No, it was not in any way.  The government that was formed

21   in Chechnya was, in fact, explicitly a secular government, and

22   it's one that aspired to the establishment of a Chechen

23   national state.

24   Q.   And can you describe the result of the Russian response in

25   The First Chechen War?

1    A.   Again, to keep things simple, the Russian Army invaded in

2    December 1994.  That triggered the war that lasted about a year

3    and eight months.  And it was quite a destructive war.  There

4    are no -- there's no definite number of casualties.  The lower

5    estimates say that something like 50,000 people died.  Other

6    estimates go up to around 100,000 people killed.

7         MR. BRUCK:  I'd like to bring up 3205-13, please, as a

8    chalk.

9    Q.   What does that photograph show?

10   A.   That shows the capital of Chechnya, Grozny, after the

11   initial Russian invasion.  This is from The First Chechen War.

12   Q.   Does that fairly characterize the level of devastation in

13   The First Chechen War that resulted from the Russian invasion?

14   A.   Yes.  This is the result of artillery barrages and aerial

15   bombardment.

16   Q.   You said there were about 1.2 million Chechens at that

17   time?

18   A.   Roughly, yes.

19   Q.   And are there any estimates of how many people were killed

20   during that First Chechen War?

21   A.   Right.  So the estimates in the first war, lower estimates

22   are around 50,000 people were killed.  Other estimates go as

23   high as 100,000.  100,000 is probably the most commonly cited

24   figure for deaths.

25   Q.   All right.  During the course of that and to bring our

1    story forward, was -- you said that this was not a religious

2    war, not a religiously motivated rebellion on the part of the

3    Chechens.  Did that begin to change during the course of the

4    First Chechen War?

5    A.   Yes, it did begin to change.

6    Q.   How did that happen?

7    A.   Excuse me?

8    Q.   How did --

9    A.   How.  In particular, in 1995, a Saudi citizen by the name

10   of Amir Khattab arrived in Chechnya.

11        MR. BRUCK:  Can you bring up 3205-20, please?

12   Q.   Do you recognize either one of these gentlemen as the

13   person you're talking about?

14   A.   Yes.  Amir Khattab is the one on the left, left-hand side,

15   wearing the beret.

16   Q.   And I believe Dr. Levitt, when he testified for the

17   government earlier, referred to Amir Khattab as one of the

18   leaders of the jihadi movement in the Caucasus.  Can you tell

19   us a little bit about what happened and how the -- how jihadis

20   infiltrated or took over this effort?

21   A.   Right, yes.  The jihadis saw the Chechen struggle as a

22   wonderful opportunity for them to exploit.  That is, they saw

23   here was a small nation, Muslim nation, that was fighting a

24   great power that was having some success in doing so during The

25   First Chechen War.  And in 1995, they began arriving in

1    significant numbers inside of Chechnya.  They were, by and

2    large, well-armed and they were also -- perhaps even more

3    importantly, they were well-funded.  So someone like Amir

4    Khattab had gone initially to Afghanistan to wage jihad and saw

5    that --

6    Q.    Wage jihad against the Russians?

7    A.    Yes.  And then saw that here was a movement in Chechen to

8    further the cause of jihad.  So he arrived in Chechnya as well

9    as other jihadis.  And I should maybe just add, he was quite a

10   charismatic figure.  He made a name for himself, in particular,

11   by carefully videotaping his battlefield exploits and by --

12   through the use of those videotapes and distributing them,

13   particularly to potential backers in the Arab Gulf countries,

14   was able to raise money for the cause of jihad.

15   Q.    All right.  The First Chechen War ended when?

16   A.    The First Chechen War came to an end in August of 1996

17   when there was an accord signed between the Chechen government

18   and the Russian government.  That was essentially a cease-fire

19   that put off the question of Chechnya's ultimate status.

20   Q.    Did that bring peace to Chechnya?

21   A.    Not exactly.  The country, of course, had been devastated

22   by the first war, and there was no possibility of any

23   investment inside of Chechnya coming in from the outside to

24   rebuild it.  The jihadists saw this, again, as a wonderful --

25   saw -- believed that they had won the great victory in

1    Chechnya.  They had claimed the Chechen victory as their own.

2    They sought to further exploit this victory.

3         So more jihadis began to arrive in Chechnya.  They were

4    well-funded, and in a country that's been devastated by war,

5    one of the best or the only ways to get employment was to join

6    with jihadi brigades.  Training camps were established inside

7    of Chechnya.  This jihadi movement then challenged the

8    government inside of Chechnya and essentially became a state

9    within a state.

10         And in 1999, they invaded the neighboring Republic of

11   Dagestan, part of the Russian Federation.  And as part of their

12   plan to export jihad from Chechnya through the rest of the

13   North Caucasus and then ultimately through all of the

14   predominately Muslim areas of the Russian Federation, that was

15   their ultimate goal.  The invasion of Dagestan in 1999 then

16   triggered what is known as The Second Chechen War where Russia

17   then reinvaded Chechnya.

18   Q.   How long did The Second Chechen War last?

19   A.   The second war lasted -- formal military operations lasted

20   from 1999 until 2009.

21   Q.   Was that a less bloody or destructive war than the first?

22   A.   No.  That war was arguably even more destructive because

23   the lesson that the Russian military and what Vladimir Putin

24   took from the first war was that Russia had lost the first war

25   because it fought with one arm tied behind its back

1    effectively.  And the Russian military was determined not to

2    lose the second war and effectively used every means at its

3    disposal to win that war.

4    Q.   During this time, and especially during the time of The

5    Second Chechen War, you say 1999 forward, what was the status

6    of Chechens in the former Soviet Union, in Russia, including in

7    Dagestan?  What was it like to be a Chechen?

8    A.   Very difficult.  Of course, Russia was at war inside of

9    Chechnya, and Chechens were regarded, both in Russia and in the

10   countries of the former Soviet Union, as both an unwanted

11   element and often were targets for police harassment, and

12   particularly extortion of bribes was very common.

13   Q.   Now, you said that one of the innovations of Amir Khattab

14   in The First Chechen War was the videotaping of battles and

15   military operations which were then used -- sent to Arab

16   countries to use for fund-raising and so forth.  Did that

17   continue as a propaganda tool into the age of the internet, up

18   till the present time?

19   A.   Yes, absolutely, yes.

20   Q.   Given this whole history that you've narrated, have

21   summarized very briefly, if a young Chechen in the United

22   States or elsewhere in the world went online looking for

23   information about his roots, his origins, as a Chechen, what

24   would he find?

25   A.   Well, he would -- what he would find on the internet would

1    be that the Chechen cause is one that's very much intertwined

2    with the cause of international jihad.  I should state that in

3    the second war the resistance in Chechnya increasing became

4    limited just to diehard jihadis, both those Chechens who had

5    joined the cause of jihad as well as the foreigners who had

6    come to Chechnya for the purposes of waging jihad.

7         Those jihadis were well-funded and established a prominent

8    presence on the internet.  And whenever one looks for anything

9    regarding Chechnya or Chechen history, one almost immediately

10   stumbles upon websites dedicated to jihad and that describe the

11   wars in Chechnya as wars of jihadis.

12   Q.   Now, Dr. Levitt, in his testimony, referred to a website

13   called kavkazcenter.com.  Are you familiar with that site?

14   A.   Yes, I am.

15   Q.   And is that perhaps the leading jihadi website that is

16   based in the North Caucasus?

17   A.   Yes, that is the leading website.  It also has several --

18   established several related websites.

19   Q.   Did you look at the browsing history on Jahar Tsarnaev's

20   computers and also on -- the computer, Sony VAIO, and also on

21   Tamerlan Tsarnaev's computer, the Samsung computer?

22   A.   Yes, I did.

23   Q.   Did you also look at the -- I believe it's 3303-009, the

24   chart of Tamerlan Tsarnaev's internet activity, browsing

25   history, that was introduced by Mr. Mark Spencer?

1    A.    Yes.

2    Q.    I note that the -- of course, this reflects the number of

3    -- the frequency and proportion of browsing activity by the

4    operator of the Samsung laptop, which, of course, is Tamerlan's

5    computer?

6              MR. WEINREB:  I would object to him testifying about

7    what the computer shows.  It's okay to ask him questions about

8    --

9              THE COURT:  All right.  Rephrase it.

10   Q.    Looking at this chart, would you note what the

11   second-most-frequent browsing target is?

12   A.    Kavkazcenter.com, the website which we just discussed.

13   Q.    All right.  I think there's -- the jury had a -- have you

14   reviewed an FBI statement by Magomed Kartoshov, which I believe

15   was substantially introduced here in court here the other day?

16   A.    Yes, I have.

17   Q.    There were references in that to kavkazcenter.com?

18   A.    Yes, there were.

19   Q.    That Mr. Kartoshov was quoting Tamerlan Tsarnaev as saying

20   that that's where he got his ideas?

21   A.    Correct, yes.

22   Q.    All right.  That is the website we're talking about?

23   A.    Exactly, that is the website.

24   Q.    Okay.  And youtube.com, did you examine many of the

25   links -- follow many of the links that were reflected in the

1    browsing history involving YouTube for --

2    A.    Yes.

3    Q.    -- for this computer?

4    A.    Yes, I did.

5    Q.    Were a great many of those --

6              MR. WEINREB:  Your Honor.

7    Q.    What was the nature of --

8              MR. WEINREB:  We're getting into leading questions in

9    an area where I think --

10             MR. BRUCK:  I'll rephrase it.

11             THE COURT:  All right.

12   Q.    What was the nature of the websites on YouTube that you

13   reviewed?

14   A.    I would divide -- basically, I would say there were three

15   groups, three types of videos that --

16   Q.    Now, broadly speaking.

17   A.    Broadly speaking.

18   Q.    If there's one overall category, were they music?  Were

19   they entertainment?  Were they political?

20   A.    No.  The vast majority had something to do with Islam.

21   Q.    Okay.  And if you can characterize those Islamic links or

22   links, what -- you said there were three basic categories.

23   Could you describe what you observed by following those links?

24   A.    So I would say the first category would be instructional

25   videos.  Largely these are lectures where a single person is

1    speaking.  Some of them might be interviews where the speaker

2    is explaining various points of Islamic doctrine, sometimes

3    ritual.  So they are effectively instructional videos.

4         The second --

5    Q.   I should ask, were the majority of these in Russian?

6    A.   The instructional videos, there was a mix, both in English

7    language and in Russian.

8    Q.   And you listened to them both?

9    A.   Yes, I did.  I did.

10   Q.   The second category?

11   A.   The second category, I would say, would be -- I would call

12   atrocity.

13   Q.   Atrocity?

14   A.   Yes.  And these were videos portraying the atrocities

15   committed against Muslims in various parts of the globe.  Many

16   in particular were from Syria, from the current Civil War in

17   Syria, but other places as well, the Uighurs in China.

18        And then I would say the third category -- sometimes these

19   categories overlapped.  But the third category, I would

20   describe --

21   Q.   Before we go to the third category --

22   A.   Yes.

23   Q.   -- let's look at an example of the second that you picked

24   out for us.  We would like to -- let me just -- did you

25   identify an example that you wanted to play a few minutes of

1    involving a documentary about Syria?

2    A.   Yes.

3    Q.   All right.  Was that documentary an English documentary

4    that you found on YouTube that was dubbed into Russian?

5    A.   Yes.

6    Q.   All right.  And in order for ease of listening, did you

7    locate the English originals without the Russian dubbing?

8    A.   Yes, I did.  It was not difficult.

9    Q.   And is that video Exhibit No. 33-23-004A?

10   A.   I believe so, yes.

11        MR. BRUCK:  We would offer this and propose to play

12   from 40 seconds to three minutes and 40 seconds, just a total

13   of three minutes out of what is a half-hour video, to give some

14   sample of the type of material being viewed on the Samsung.

15        MR. WEINREB:  Your Honor, I object on relevance

16   grounds.

17        THE COURT:  On relevance grounds, it's overruled.

18        MR. BRUCK:  Thank you.

19        MR. WEINREB:  Can we approach?

20        THE COURT:  Yes.

21   (SIDEBAR CONFERENCE AS FOLLOWS:

22        MR. WEINREB:  Your Honor, I object on several grounds.

23        THE COURT:  Okay.  All right.  You thought that was a

24   winner, huh?

25        MR. WEINREB:  I thought that was an all-embracing one.

1    We are -- this witness was noticed primarily as being a

2    background witness about Chechnya and the Caucasus and so on.

3    He's now -- to display a video of -- I think it was just

4    described as being about Syria -- it is beyond his area of

5    expertise, beyond what was noticed.  I believe it's more

6    prejudicial than probative.  And it's not --

7         THE COURT:  Well, I guess it depends on the content of

8    it, which I'm not familiar with.

9         MR. BRUCK:  Well, this is -- it's the start of a video

10   which is very much motivational.  It has some Hollywood movies,

11   sort of what difference can one man do in the world.  Well, it

12   depends on the man.  And then it -- you know, very much in the

13   we want you.  And then it goes to clips of people mourning and

14   wailing and the destruction in Syria.  They're not extremely

15   graphic.  They're emotional.

16        But the point of it is, we have thousands and

17   thousands of hours that Tamerlan Tsarnaev saw, that is

18   documented in exhibits.  We think it's terribly important --

19   this witness -- first of all, as far as the notice goes, the

20   government complained on Thursday they didn't have notice.  We

21   supplemented the -- our notice and put this witness over till

22   today.  So they knew exactly -- we provided this video.

23   They've seen it, which is why they're able to object to it.

24        There needs to be -- this witness has explained the

25   history that leads up to this situation by which young Chechens

1    have sort of been led into or exposed to this really very

2    foreign jihadi movement.  And it has exercised a great power

3    over people like Tamerlan Tsarnaev, and we believe he pulled

4    his younger brother in.

5            To make that credible, we think just three minutes out

6    of the thousands of hours that he saw and then a few visual

7    websites that won't be videos, just to give some picture of

8    what -- when we say that these websites are important, we've

9    got to be able to show why they're important, why they could

10   have actually moved somebody.  With everything the jury has

11   seen about this crime, three minutes of scenes from Syria is

12   not going to --

13           THE COURT:  What is the source of the video?

14           MR. FICK:  The Russian-language video was linked into

15   Tamerlan Tsarnaev's web history.  It was testified --

16           THE COURT:  I know it came from the computer.  But

17   where did the computer get it?  Is it from Kavkaz?

18           MR. FICK:  This particular one is a YouTube link.

19   It's not Kavkaz Center.  But YouTube is also one of the big

20   internet history categories that the witness just testified

21   about.  It was part of the notice.  The point is that the

22   Russian-language version of this was in the internet history of

23   the computer.

24           THE COURT:  Who is the producer of the video?  Is it

25   known?

1          MR. FICK:  I don't know that it's known.  It's on the

2     internet.

3          THE COURT:  Some of them are.  Some of them --

4          MR. BRUCK:  The point -- none of it is being offered

5     for the truth.  It's being offered to show the effect of this

6     propaganda, which is being represented as truth to Tamerlan

7     Tsarnaev.

8          MR. WEINREB:  Your Honor, this is all argument.  He's

9     not an expert on these things.  He's not a terrorism expert.

10    He's not a radicalization expert.  He's a professor of history

11    at Princeton.  He can't testify about the effect of --

12         MR. BRUCK:  He's not going to.

13         MR. WEINREB:  Excuse me.  I'm talking.

14         He can't talk about the radicalizing effects of these

15    things or that somebody looking at it would -- that's the

16    implication of his testimony.  That's the whole point for

17    playing it while he's on the witness stand as opposed to

18    playing it as a chalk during closing argument and saying, This

19    is what Tamerlan Tsarnaev was looking at on his computer.

20    Imagine the effect that this must have.  This is precisely what

21    we objected to and moved in limine to exclude this witness from

22    doing.  He's sort of bleeding over into psychological-type --

23         THE COURT:  Okay.  I reverse the relevance ruling.  I

24    think that convinced me.

25         MR. BRUCK:  He's not going to say anything about it.

1    Can we just play it and --

2            THE COURT:  Maybe some other time but I think, for his

3    testimony, no.

4            MR. BRUCK:  Once he goes off, I can just play it?

5            THE COURT:  I don't know.  I'm not deciding that

6    question.

7            MS. CONRAD:  May I have one moment?

8    (Discussion held off the record.)

9            MR. BRUCK:  Well --

10           THE COURT:  Anyway, the objection is sustained.

11   .  .  .  END OF SIDEBAR CONFERENCE.)

12   Q.   Well, you've described -- could you generally describe --

13   we're not going to play it, but could you generally describe

14   the -- what you mean by atrocity videos that were on Kavkaz

15   Center and in the YouTube materials that you reviewed from

16   Tamerlan's computers?

17   A.   So the video that we're not going to show or more general?

18   The video that I had selected, in particular, has scenes of the

19   Civil War in Syria where depicted are -- and it's quite

20   graphic -- Syrian civilians that have been -- suffered from

21   shelling and bombing by the government of Syria.  And the

22   message over -- as a speaker, as these events --

23           MR. WEINREB:  This is not a matter of expert

24   testimony.  He's just describing what's in the exhibit --

25           THE COURT:  Right.  I think --

1              MR. WEINREB:  -- he saw on YouTube.

2              THE COURT:  It sounded like the question started out

3    to be a general one about those two sites or caches or whatever

4    on the computer.

5    Q.   Did you find a very large quantity of these what you've

6    characterized as atrocity videos in Tamerlan Tsarnaev's --

7    A.   Yes.

8              MR. WEINREB:  Objection, your Honor.

9              THE COURT:  No.

10             MR. WEINREB:  That's not a question for an expert

11   witness on --

12             THE COURT:  Okay.  The witness had started to describe

13   the three categories.  This is the second one.  Maybe we could

14   get to the third one.

15             MR. BRUCK:  Yes.  We'll move on.

16   Q.   What was the third category of material that you found in

17   profusion on the Samsung?

18   A.   The third category is one I would categorize as

19   motivational videos.

20   Q.   Motivational?

21   A.   Motivational.  So these are videos predominantly from the

22   Caucasus, Dagestan and Chechnya, also from other sites.  But

23   the -- parts of the globe where jihad is being waged.  But the

24   message here, it depicts jihadis in the mountains either in

25   combat or preparing to go to combat, marching through the

1    mountains.  And they give one a sense of adventure.  One sees a

2    camaraderie.

3            MR. WEINREB:  Objection, your Honor.  We've heard the

4    category.  Now we're getting into something else.

5            THE COURT:  No.  I think he can describe the nature of

6    the content.  Go ahead.

7    A.   So depictions of -- one sees camaraderie, and one sees

8    basically young men standing for something larger than

9    themselves.

10       So where -- the emphasize isn't the harm being done to

11   Muslims.  The harm is more -- the emphasis, rather, is sort of

12   one -- one could be part of a greater cause, and being part of

13   this greater cause is something that is very rewarding in an

14   immediate sense of being part of a group and proving one's

15   courage.

16   Q.   Were there very large number of these videos linked on the

17   Samsung?

18   A.   Yes, there were.

19   Q.   Now, in addition, did you review an Odnoklassniki page

20   that Tamerlan Tsarnaev created?

21   A.   Yes, I did.

22   Q.   Can you --

23           MR. BRUCK:  I think you have the spelling, do you not?

24   Q.   What is Odnoklassniki?

25   A.   Odnoklassniki is a Russian-language social media website.

1    Odnoklassniki basically translates as classmates.

2    Q.   Classmates?

3    A.   Classmates, correct.  And I would -- very similar to

4    Facebook.  It's the same sort of social media site as Facebook.

5              MR. BRUCK:  If we could please have on the -- okay.

6    We'd like to move into evidence 3707 -- excuse me, 3307-001,

7    which is Tamerlan Tsarnaev's Russian-language Odnoklassniki

8    page.

9              MR. WEINREB:  Your Honor, we object to this as well on

10   the same grounds as before.

11             THE COURT:  Can I see the -- can you put it up?

12             MR. BRUCK:  Now, this, of course, is Tamerlan's own

13   page.  This is not something that --

14             MR. WEINREB:  Your Honor, can we approach on that?

15   There's been no foundation for that.  This witness has no way

16   of laying a foundation.

17             THE COURT:  I'll see you at the side.

18   (SIDEBAR CONFERENCE AS FOLLOWS:

19             THE COURT:  Where are you headed?

20             MR. BRUCK:  Well, this is -- the Kartoshov statement,

21   which is in evidence, referred to the fact that Tamerlan put up

22   a Facebook page -- an Odnoklassniki page after he returned from

23   Russia.  This is an Odnoklassniki page which has a great deal

24   of internal evidence that it -- it's posted using his name

25   Muaz, which is a name he adopted.  But there's a great deal of

1    internal evidence that this is, in fact, Tamerlan Tsarnaev's

2    page, and we think the jury should see what he was putting out.

3    And the government has certainly put out what precious little

4    the defendant put out.

5            THE COURT:  How does it relate to the witness'

6    testimony?

7            MR. BRUCK:  Well, we simply need a witness to explain

8    what Odnoklassniki is and that this is the Russian Facebook.

9    He's not going to evaluate it.  In that sense, he's like a

10   reader.  He's going to translate one Islamic -- one Russian

11   Islamic line on the home page, which is just an Islamic jihadi

12   religious statement.  And the jury can see it and that's it.

13   He's just going to -- I mean, someone has to do it, and it

14   needs to be someone who speaks Russian.

15           MR. WEINREB:  Your Honor, there may be evidence or

16   information from which a juror could infer that this is

17   Tamerlan Tsarnaev's Odnoklassniki -- Russian equivalent

18   Facebook page, but this witness isn't going to provide it, and

19   no other witness has provided it.

20           THE COURT:  I guess the point may be that it is in

21   some respect self-authenticating.

22           MR. WEINREB:  It is not, your Honor.  We tried very

23   hard to authenticate it ourselves in the course of the

24   investigation in this case.  It's on his computer, but

25   determining that it is, in fact, his page requires somebody

1    with knowledge.  And this witness doesn't have it, and no other

2    witness has testified about it.

3           In addition, it is, once again, I think, inappropriate

4    to publish these images through this expert witness.  The

5    images on this page are shocking and lurid.  And for the

6    defense to try to publish them while an expert witness is on

7    the stand is to basically argue about them using an expert who

8    really knows nothing about them.  He's simply being -- they're

9    being published during the course of his testimony in order to

10   present them to the jury in an argumentative way.

11          MR. FICK:  On the authentication question, first of

12   all, experts are often permitted to talk about or testify about

13   things that are not in evidence or to explain them.  As to the

14   authentication, the government produced this page to us in a

15   letter identifying it as Tamerlan's page.  It is linked from

16   Tamerlan Tsarnaev's internet history.  Internal information on

17   the page suggests it's a person -- the person self-identifies

18   as a resident of Boston of the appropriate age.

19          THE COURT:  Well, I gather it doesn't directly relate

20   to his opinions.  It's just, as you say, he's a convenient

21   person to do it.

22          MR. BRUCK:  Well --

23          THE COURT:  If that's the case, then I think it should

24   not come in.

25          MR. FICK:  As sort of a Russian-speaking historian and

1    political scientist of the region, he's really the only person

2    who can both understand it in Russian and explain what it means

3    in the context of what he's already been talking about.

4           MR. BRUCK:  He's not going to say any more about it

5    than just introduce it.

6           THE COURT:  No.  I'll exclude it.

7    .  .  .  END OF SIDEBAR CONFERENCE.)

8    Q.   Mr. Spencer -- excuse me, Mr. Reynolds, you told me -- you

9    told us that -- you told us a little bit about Kavkaz Center as

10   a jihadi website or a radical Islamist website based in the

11   Caucasus.

12         By the way, you described the innovation of Amir Khattab

13   in The First Chechen War as videotaping battles.  This was a

14   new thing that hadn't been done before?

15   A.   Yes.  I can't say for certain it hadn't been done, but it

16   was one where he distinguished himself from other jihadis.

17   Q.   Would it be fair to say that this technique has wildly

18   proliferated?

19   A.   Absolutely, yes.

20   Q.   And these are the types of videotapes you were describing

21   a moment ago, the motivational videotapes?

22   A.   Correct, yes.

23   Q.   Getting now to Kavkaz Center, did you --

24         MR. BRUCK:  We'd like to move in a couple of

25   representative pages.

1    Q.    Did you find Russian pages in Tamerlan Tsarnaev's --

2    Kavkaz Center is in several languages now, is that correct?

3    A.    That's correct.  It's in four languages.  It has -- it's

4    in Russian, English, Turkish, and Arabic.

5    Q.    And did you find some representative Russian-language

6    links that Tamerlan Tsarnaev had linked to and then found the

7    English equivalent so that we would be able to see the same

8    page in English?

9    A.    Yes.

10   Q.    We'd like to offer 3314-001A, which is the English -- I'm

11   sorry, 001 and 001A, which is just an example of the sort of

12   material on the internet, side by side, and ask you if this is

13   one of the kavkazcenter.com links that you found in Tamerlan

14   Tsarnaev's internet browsing history.

15            MR. WEINREB:  Can we see it on the screen first?

16            MR. BRUCK:  There was no objection?

17            MR. WEINREB:  No objection.

18            MR. BRUCK:  Very well.

19            THE COURT:  Okay.

20   (Defendant's Exhibit No. 3314-001 and 3314-001A received into

21   evidence.)

22   Q.    Can you just -- this is, in effect, a jihadi --

23            MR. WEINREB:  Objection to the --

24   Q.    Well, can you generally describe what this is?

25   A.    The Kavkaz Center or this particular part?

1    Q.   Well, both.

2    A.   Well, kavkazcenter.com, as I stated, is a jihadi website

3    dedicated in particular to the support of jihad in the

4    Caucasus, the North Caucasus even more specifically, so as

5    materials, videos, showing jihadis fighting in the Caucasus,

6    speaking to audiences about what they're doing.  And then there

7    are other materials explaining -- such as this textual

8    materials, explaining what a Muslim is supposed to do, what are

9    their obligations, what are the obligations of their faith.

10   Q.   And if we could look at 3314-003 and 003A.

11            THE COURT:  Is there any objection to this?

12            MR. WEINREB:  No, your Honor.

13            THE COURT:  Okay.

14   (Defendant's Exhibit No. 3314-003 and 3314-003A received into

15   evidence.)

16   Q.   And this is a -- can you just generally characterize

17   what --

18   A.   This is an announcement about a Chechen jihadist who was

19   killed fighting in Syria.

20   Q.   Okay.  And you found this on Tamerlan Tsarnaev's internet

21   history?

22   A.   Yes.

23   Q.   And the date of that, we note, is April 7, 2013?

24   A.   Correct, yes.

25   Q.   And were these the only such links that you found?

1    A.    No.  There were many, many, many beside this.  There were

2    countless, it seemed.

3    Q.    Now, there's been some testimony about Yahoo email

4    exchanges between Tamerlan, when he was in Russia, and Jahar,

5    his brother.  And I'd like to know whether you examined these

6    exchanges.

7              MR. BRUCK:  And, in particular, I'd like to bring up

8    3316 -- I'm sorry, 3316-002, which is in evidence.

9              THE COURT:  Okay.

10             MR. BRUCK:  And go to Page 8.  I may need to make that

11   a little larger.

12   Q.    Do you recognize what that -- looking at the email

13   exchange, the Yahoo email exchange on the left, to refresh your

14   memory, do you recall what this link is, who sent it to whom?

15   A.    Yes.  This is, I believe, Jahar Tsarnaev had sent to his

16   brother Tamerlan while Tamerlan was in Dagestan, I believe.

17   Q.    All right.  And this was a response --

18             MR. WEINREB:  Object to the leading nature of the

19   question, your Honor.  If he knows or doesn't --

20   Q.    Do you know what the -- what triggered this email?

21   A.    Yes, I do.  There had been email exchanges from Tamerlan

22   to Jahar, and Tamerlan had sent a number of links and material

23   related to and in support of jihad and jihadi interpretations

24   of Islam.  And most of those received the reply -- or virtually

25   all of them, except for this one, received the reply of, That's

1    interesting.  There was no reply of any substantive nature.

2    This is the one -- the reply that I saw that had anything

3    substantive in it.

4    Q.    And it was a reply that contained a link?

5    A.    Yes.

6    Q.    And this is the link?

7    A.    That's correct.

8    Q.    Can you tell us what this link is?

9    A.    So this is a link to a -- first, the website Ihlas -- I

10   think it was a dot-org -- is a registered -- a website of an

11   organization, a Muslim organization, located in Moscow.  That's

12   legal --

13   Q.    You need to slow down a little bit.  A Muslim organization

14   located in Moscow?

15   A.    Located in Moscow.

16   Q.    Is that a jihadi organization?

17   A.    No, absolutely not.  It is one that is registered,

18   operates openly, and, as I would describe it, probably as a

19   philanthropical educational institution.  They have classes for

20   both adults and for children to instruct them in the basics of

21   the Islamic faith as well as they also carry out charitable

22   activities.

23   Q.    Is the organization sanctioned by the Russian government?

24   A.    Yes.  No, this is one that is registered and operates very

25   much in the open.

1    Q.   What was the content of the material from this

2    state-sanctioned Muslim website?

3    A.   Right.  So the link is to a text that's taking -- that

4    comes from a Muslim mystic, perhaps the most famous, by the

5    name of Ibn Arabi.  He lived in the 12th and 13th Centuries.

6    The text is from a larger work of his known as Shajarat

7    al-Kawn, which translates essentially to the Tree of Being.

8    And the text of the -- is -- depicts or describes an imaginary

9    encounter between the Prophet Muhammad and Satan.  And they

10   have a conversation in which Muhammad asks Satan what the

11   things that either make you very happy and then what are the

12   things that upset you?

13       And the sorts of things that -- the emphasis of the text

14   is that the things that people do in their everyday lives such

15   as if you -- things that drive Satan crazy are when someone

16   performs their ablutions, that is, the ritual washing and

17   getting ready for prayer.  That drives him crazy.  What makes

18   him happy is when someone lies, when a divorce takes place.

19       Ibn Arabi is a mystic that was reviled by jihadis.  This

20   is an interpretation of Islam that is poles apart from the

21   Salafi interpretation of Islam and the jihadi interpretation of

22   Islam.  They regard -- jihadis regard Ibn Arabi essentially as

23   a blasphemer, as an apostate, as utterly contemptible.  And

24   that's the thing that really struck me looking at this message.

25   Of all the things to send back --

1          MR. WEINREB:  Objection, your Honor.  That is going

2    beyond --

3          THE COURT:  No.  I think it's still germane.

4    A.   Of all the texts to send back, this is one from Ibn Arabi,

5    who, again, is a figure, an Islamic thinker, who is reviled and

6    very strongly reviled -- and I choose that word carefully --

7    reviled by jihadis.

8          The text of it is very much about everyday sorts of

9    activities that people -- everyday life they engage in.  There

10   is no reference to jihad or any kind of fighting or killing in

11   this text.

12   Q.   Thank you.  Switching gears now, I'd like to ask you if

13   you researched -- well, I guess, to try to answer the question:

14   In the writing on the boat, there is a line, "Know that you are

15   fighting man who look into the barrel of your gun and see

16   heaven.  How can you compete with that?"  Did we ask you to try

17   to determine if you could whether that was an original line

18   that Dzhokhar Tsarnaev had come up with on his own?

19   A.   Yes, you did ask me to look into that line, and I can say

20   it was certainly not an original one.

21   Q.   What did you find out about it?

22   A.   That line and variations of it -- so sometimes one sees,

23   instead of -- there's the barrel of a gun in some.  Others

24   refer to a barrel of a pistol.  So there are slight variations.

25   One -- I found this widespread throughout Russian-language

1  social websites used primarily by Muslims but not only Muslims.

2  There are a number of non-Muslims.  One finds it on their

3  websites.  One finds it now used in reference to the current

4  conflict in Ukraine.

5  Q.   In Ukraine?

6  A.   Correct, yes.

7  Q.   Which is not a religious conflict?

8  A.   No, not at all.  There are no Muslims virtually involved

9  in the conflict in Ukraine.  It's used in both sides.  After --

10  it seems to have become quite popular after 2010.  There was a

11  noted increase in its usage.  And I would say the average -- it

12  struck me the most commonly it seemed to be used by people sort

13  of posing on their --

14  Q.   Posing?

15  A.   Posing, right, trying to look cool on their websites.  It

16  has sort of an interesting ring to it.  Some people who posted

17  this -- the quote -- I searched for the origins as well, who

18  first originally uttered this and where did it come from.  Some

19  people who posed -- who posted it claim that it came from an

20  Afghan in the 19th Century who had been fighting the British.

21  That is the closest claim I found to a source for the citation,

22  although that strikes me as largely probably an invented

23  origin.

24  Q.   So it's ubiquitous?

25  A.   Yes.  It's very much ubiquitous, found, again, all

1    throughout Russian-language social media, websites, and used by

2    a wide range of people, generally males in their teenage years,

3    early 20s, mostly Muslim but not solely Muslim.  And, again,

4    even some Ukrainians on both sides have invoked it.

5    Q.   All right.  Now, finally, I'd like to ask you a little bit

6    about some issues, people, organizations, and materials related

7    to Tamerlan's six-month trip to Russia in 2012.

8         Did you review some FBI 302s, including the statement of

9    Magomed Kartoshov that the jury has already heard about that

10   trip?

11   A.   Yes, I did.

12   Q.   Did -- by the way, who is Magomed Kartoshov in terms of --

13   he lives where or did before his arrest?

14   A.   Magomed Kartoshov lives in Dagestan.  He is the chairman

15   of an organization known as the Union of the Just.

16   Q.   Tell me about the Union of the Just.

17   A.   The Union of the Just is an organization that was founded

18   for the protection of the rights of Muslims inside of Dagestan,

19   and a particular concern of it has been protecting the rights

20   of Muslims from the police in -- against violation by the

21   police and security services inside of Dagestan.

22   Q.   Is this an organization with any following?

23   A.   Yes, it does have a fair following.  The numbers of the

24   organization itself are not known, but one can see it can bring

25   out several thousand people for rallies inside of Dagestan.

1   Q.   What is its relationship -- there is a violent insurgency

2   in Dagestan at the present time, is there not?

3   A.   That is correct, yes.

4   Q.   There was when Tamerlan traveled to Dagestan --

5        MR. WEINREB:   Your Honor, these are leading questions

6   again.

7        MR. BRUCK:   I'll rephrase.

8   Q.   Was there, if you know, a violent insurgency taking place

9   in Dagestan in the first half of 2012?

10  A.   Yes.   There has been an insurgency going on in Dagestan

11  for the last -- well, one can say it starts shortly after the

12  breakup of the Soviet Union but certainly within the last 15

13  years.   And it's ongoing today.

14  Q.   At all relevant times, there have been --

15       MR. WEINREB:   Objection to the phrasing of the

16  question.

17       THE COURT:   Okay.

18  Q.   What, if you know, is the relationship of the Union of the

19  Just to the insurgency?

20  A.   The Union of the Just -- from all the materials that I've

21  reviewed, the Union of the Just is one that is -- I would say

22  them as being sympathetic to the insurgents.   They don't

23  outwardly advocate the use of violence, but they do not condemn

24  it.   And they are very quick to criticize the police and

25  security services for their treatment of accused or suspected

1    jihadists and other insurgents.

2        And they are -- it's an organization that aspires to the

3    -- I mean, Kartoshov himself has explained in interviews that

4    he wishes to see the establishment of Islamic law inside of

5    Russia, that he desires the reestablishment of the Caliphate.

6    That is, the Caliphate was the political union of all Muslims

7    that have existed that was founded by the Prophet Muhammad and

8    then existed with the four -- what they call the four

9    righteously guided successors to Muhammad.  And the Union of

10   the Just seeks to recreate this political union of all Muslims

11   throughout the world.

12   Q.   By the way, you said interviews.  Are interviews and

13   speeches to crowds by Kartoshov available online?

14   A.   Yes, they are.

15   Q.   Did you examine some of those?

16   A.   Yes, I did.

17   Q.   So they're posted?

18   A.   Yes.  So there are both interviews with Kartoshov where he

19   explains his views, and then there are multiple videos of

20   Kartoshov speaking at rallies.

21   Q.   And advocating what you've described?

22   A.   Yes.

23   Q.   And, of course, is it your understanding that Kartoshov is

24   a cousin of --

25              MR. WEINREB:  Objection.

1   A.    Yes.

2   Q.    -- of Tamerlan?

3   A.    Yes.

4   Q.    Now, is the Union of the Just ideologically affiliated

5   with some larger organization?

6   A.    It is.  It is affiliated -- shares the same world view and

7   program as an organization known as Hizb ut-Tahrir.

8   Q.    The court reporter has that, but you might want to spell

9   it just so --

10  A.    Okay.  Usually that's -- there are a number of ways one

11  can spell it.  The phonetic way would be H-i-z-b, and then the

12  next word would be u-t, dash, T -- usually the second T is

13  capitalized -- a-h-r-i-r.  And "Hizb" means basically party.

14  "Tahrir" means liberation.  So it means the Party of

15  Liberation, in particular, Islamic liberation.

16  Q.    What is the ideology of Hizb ut-Tahrir?

17  A.    Hizb ut-Tahrir is a global organization and has members

18  all throughout the world, and it aspires to the restoration of

19  the Caliphate, again, the political union of all Muslims.

20  Q.    Okay.  Now, did you review several hours of audio

21  recordings that were found on Tamerlan Tsarnaev's encrypted

22  hard drive?

23  A.    Yes, I did.

24  Q.    All right.  They were in what language?

25  A.    They were in Russian.

1    Q.    Okay.  And they have also been -- we have an English

2    translation transcript?

3    A.    Yes.

4    Q.    One of those is already introduced in evidence as Exhibit

5    3306, I believe, 3306-J.

6          Now, you listened to -- how many hours in total did you

7    say these conversations --

8    A.    They were about six hours, maybe slightly more than six

9    hours.  Excuse me, rather, I mean, slightly more than three

10   hours.  They were generally about 30 minutes to 40 minutes

11   apiece.

12   Q.    And they -- how many people, generally speaking, are

13   talking on these tapes?

14   A.    Usually around four, but sometimes there's some voices in

15   the background.  But the majority of it usually speaking is

16   about four people.

17   Q.    Do all of them involve one person who is designated in the

18   transcript as "MV," for "male voice"?

19   A.    Yes.

20   Q.    And I think the record will reflect --

21         MR. WEINREB:  Objection, your Honor.  That's not

22   appropriate.  He can't testify about what the --

23         THE COURT:  What?  Is this to the coming question or

24   the last question?

25         MR. WEINREB:  The question that's coming.  Mr. Bruck

1    is about to testify about things in evidence.

2            MR. BRUCK:  Well, I'll move on.  The jury has heard --

3            THE COURT:  It's in evidence.

4            MR. BRUCK:  The voice has been identified.

5    Q.   Would you generally describe the nature of these

6    conversations?  And then we'd like to just have you read

7    through some examples to illustrate your assessment.  But in a

8    general way, could you describe what this conversation between

9    MV, the person designated as "male voice," and the other

10   speakers on these three hours of tapes --

11           MR. WEINREB:  Your Honor, I object, and maybe we

12   should be heard at the sidebar.

13           THE COURT:  Yeah, let me see you.

14   (SIDEBAR CONFERENCE AS FOLLOWS:

15           MR. WEINREB:  Your Honor, his interpretation of the

16   conversation between Tamerlan Tsarnaev and Magomed Kartoshov

17   and other people is not within his area of expertise.  It's not

18   really something we've been given robust notice of.  We were

19   noticed that defense wanted him to do it, but it was not within

20   what we were told this expert, who is an expert in -- and he is

21   a professor of Near East studies at Princeton, has some

22   understanding of Islam and some other things that he testified

23   about.  But I think this is using him to make arguments to the

24   jury about what inferences they should draw from these.

25           MR. BRUCK:  He's going to be speak in a very general

1    way.  We have three hours of tapes.  There has to be some way

2    of condensing this into a manageable form.  He's going to say

3    that Tamerlan Tsarnaev -- about which there has been abundant

4    evidence already -- is expressing a desire to fight, to take --

5    to take violent action.  And that is the subject matter of

6    these instructions.  And he will read a passage in which the

7    upshot of one of these discussions is that there are many

8    different paths and that he, Tamerlan, is drawing the

9    conclusion that his path, which is an expressly violent one, is

10   valid.  So it's sort of a --

11          MR. WEINREB:  He's using him as a reader and then

12   using him to argue about the meaning of these things.

13          THE COURT:  How is it connected to his expert

14   testimony?

15          MR. BRUCK:  He's a Russian speaker.  We have a

16   translation, but --

17          MR. FICK:  The problem is it's three hours of

18   conversations.  They're extremely dense and complex with

19   Islamic terminology.

20          THE COURT:  Right.  You need an expert, but that's not

21   what he was noticed for.

22          MR. BRUCK:  We noticed him that -- in the supplemental

23   notice, we said that he was going to characterize and discuss

24   these --

25          MR. WEINREB:  There's a difference between a notice

1      that simply says we're going to -- right.  I knew that this was

2      coming.  That's why I'm up here objecting.  But that's

3      different from saying that that's who this expert is.  It's not

4      an expert.

5             THE COURT:  I think it goes beyond the scope of his

6      testimony.

7             MR. BRUCK:  Then why don't we have him read the

8      passage.

9             MR. WEINREB:  He's not a reader, your Honor.

10            THE COURT:  It may imply his expertise in reading.

11            MR. BRUCK:  So we'll just have to use a reader to read

12     it.

13            THE COURT:  Perhaps.  It's in evidence anyway.

14            MR. BRUCK:  Yes, but --

15     .   .   .  END OF SIDEBAR CONFERENCE.)

16     Q.   So to summarize -- and I'm not going to go into the

17     content of the tapes with you, Professor Reynolds, but just so

18     that we sort of leave off with the jury understanding what

19     these are, these are --

20            MR. WEINREB:  I'd object, your Honor.  We're about to

21     have a summary given by Mr. Bruck.

22            THE COURT:  Yeah, sustained.

23            MR. BRUCK:  Okay.  Bear with me just a moment.

24            I think that's all, Professor Reynolds.  Thank you

25     very much.

```
 1              THE WITNESS:  Thank you.
 2              MR. WEINREB:  Your Honor, I think -- I propose taking
 3    the lunch break and then coming back to -- I'll be much more
 4    than ten minutes.
 5              THE COURT:  Right, but we could begin.  Let me just
 6    see you briefly.
 7    (SIDEBAR CONFERENCE AS FOLLOWS:
 8              MR. WEINREB:  I think if we could take an abbreviated
 9    lunch break perhaps to 1:30.
10              THE COURT:  That's what I wanted to know.  From now
11    until 1:30?
12              MS. CLARKE:  We pulled two people in today that were
13    on for tomorrow so we would have the full day.  Now we're
14    cutting it short.  It would be nice to get them on.  They're
15    short witnesses.  Do you know how long you'll be?
16              MR. WEINREB:  I think I'll be half an hour at the
17    most, so I think --
18              THE COURT:  How long will Bezy be?
19              MS. CLARKE:  We're not going to be able to finish him
20    today.  We're going to flip Roche and Bezy and Alvarez and --
21    yeah, we're going to do Howard and Alvarez.
22              THE COURT:  I thought you'd like to get him on and off
23    today.
24              MS. CLARKE:  We'd like to.
25              MR. WEINREB:  I'd prefer not to have to interrupt
```

1    this.  I think it would be hard for the jury.  Can we just

2    begin at 1:30?

3              THE COURT:  Fine.

4    .  .  .  END OF SIDEBAR CONFERENCE.)

5              THE COURT:  All right, jurors.  We're going to break

6    for the lunch recess at this point, but we're going to resume a

7    little early, to make sure we make appropriate progress, at

8    1:30.  For others reasons, we're going to have to end around

9    3:00 today.  We want to try to get some efficiency.  So we'll

10   be back here at about 1:30.  Okay.  All right.  We'll be in

11   recess.

12   (Luncheon recess taken at 12:50 p.m.)

13             THE CLERK:  All rise for the Court and the jury.

14             (The Court and jury enter the courtroom at 1:35 p.m.)

15             THE CLERK:  Be seated.

16             THE COURT:  All right, Mr. Weinreb.

17             MR. WEINREB:  Thank you, your Honor.

18                           CROSS-EXAMINATION

19   BY MR. WEINREB:

20   Q.   Good afternoon, Professor Reynolds.

21   A.   Good afternoon.

22   Q.   You began by telling us the history of Chechnya going back

23   a thousand years.

24   A.   A little bit, yes, very briefly.

25   Q.   And you said that, among other things, it didn't have a

1    government; there was no police, no titles to property?

2    A.   I didn't say there was no titles to property.  I did say

3    there was no centralized police force or centralized

4    government, correct.

5    Q.   And that was true in the United States for thousands of

6    years before the colonists arrived here?

7    A.   I'm not an expert on U.S. history.

8    Q.   Okay.  But you're aware there was an American Indian

9    population that lived here without a central government and

10   without a centralized police force?

11   A.   I can't tell you how the American Indian tribes were

12   organized.

13   Q.   Okay.  That's fine.  I guess what I'm really getting at

14   here is the world has changed a lot over the past few thousand

15   years, hasn't it?

16   A.   Yes, it has, but I would point out that Chechnya --

17   Q.   Well, that's fine.  Let me move on to the next question,

18   then.

19   A.   That's a relative statement, if it's changed or hasn't

20   changed.

21   Q.   Chechnya itself has changed in significant ways since --

22   in the past few thousand years?

23   A.   By "Chechnya," do you mean the society or do you mean the

24   physical -- the urbanization of Chechnya, for example?

25   Q.   Well, you told us that in 1859 it was first subdued by the

1    Russian government?

2    A.   That's correct, yes.

3    Q.   So that was a big change for Chechnya?

4    A.   Yes, it was.

5    Q.   And it changed even more dramatically during World War II?

6    A.   Yes.

7    Q.   Now, when it was subdued by the Russian government for the

8    first time in 1859, that was 100 years ago?

9    A.   Correct.

10   Q.   And World War II, that ended about 70 years ago?

11   A.   That's correct.

12   Q.   And it's undergone significant changes between World

13   War II and today?

14   A.   When you stay "it," I guess, do you mean the Chechen

15   culture or do you mean the Chechen people?  Do you mean the

16   landscape of Chechnya?

17   Q.   I guess all I'm asking you is that you said that there

18   were big developments in Chechnya between World War II and

19   today.  There were two wars?

20   A.   Certainly, yes.

21   Q.   And there's been back-and-forth with the Russian

22   government?

23   A.   Yes.

24   Q.   Anzor Tsarnaev, the defendant's father, he wasn't born or

25   raised in Chechnya, was he?

1    A.    I don't believe so.

2    Q.    And his older brother, Alvi Tsarnaev, or Alvi Tsarni, he

3    wasn't born or raised in Chechnya either, correct?

4    A.    That's correct.

5    Q.    And his younger brother, Ruslan Tsarni, was not born or

6    raised in Chechnya.

7    A.    As far as -- I'm willing to -- I have no reason to

8    disagree with that statement.

9    Q.    Okay.  Zubeidat Tsarnaev, she was not born or raised in

10   Chechnya?

11   A.    No, she was born and raised in Dagestan, I believe.

12   Q.    Tamerlan Tsarnaev was not born or raised in Chechnya?

13   A.    No, he was not.

14   Q.    Bella Tsarnaev, the defendant's oldest of the two sisters,

15   was not born or raised in Chechnya?

16   A.    Correct.

17   Q.    Ailina Tsarnaev, his other sister, she was not born or

18   raised in Chechnya?

19   A.    No, I...

20   Q.    When families of Chechen heritage move to the United

21   States, sometimes they bring their traditions with them, and

22   sometimes they leave them behind.  Is that fair to say?

23   A.    Most likely that's the case, yes.

24   Q.    They may bring some traditions with them and leave others

25   behind?

1    A.    That's correct, most likely.

2    Q.    Members of the family may adopt the customs of the country

3    that they've moved to?

4    A.    Correct.

5    Q.    And that's especially true if they come here as children?

6    A.    It's likely, yes.

7    Q.    That's a classic immigrant story, isn't it?

8    A.    Well, it may be one of many classic immigrant stories.  I

9    don't know that there's just one.

10   Q.    You followed the news of the Boston Marathon bombings as

11   they occurred?

12   A.    Yes, I did.

13   Q.    You also followed the news of Tamerlan Tsarnaev's capture

14   and his death and Dzhokhar Tsarnaev's arrest?

15   A.    Yes.

16   Q.    So it must have intrigued you when you first heard that

17   they were of Chechen background?

18   A.    Yes, it did.

19   Q.    Because of your professional interest in that?

20   A.    Yes.

21   Q.    And you researched everything you could about them at that

22   point.  Would that be fair to say?

23   A.    Yes, I did a fair bit of research, correct.

24   Q.    And then you were eventually retained by the defense to be

25   an expert in this case.

1    A.    That's correct.

2    Q.    How did that come about?

3    A.    I was contacted by the defense back in July, I think, of

4    last year.

5    Q.    July of 2014?

6    A.    Yes.

7    Q.    Did they discuss the case with you?

8    A.    Yes.

9    Q.    You know in a general way what they're seeking to prove

10   here at this hearing?

11   A.    Yes, I do.

12   Q.    But before then --

13          MR. BRUCK:  I think this goes to --

14          THE COURT:  I think it was okay.  It could have gone

15   further, and it apparently won't.

16   BY MR. WEINREB:

17   Q.    Before July 2014, back in May of 2013, you wrote an

18   article about the Tsarnaevs.

19   A.    Correct.

20   Q.    And that was just a few weeks after the bombings occurred?

21   A.    Correct.

22   Q.    And that was before you met the defense?

23   A.    Correct.

24   Q.    And before you --

25   A.    I have not met the defendant, I should point out.

1    Q.   I didn't say "the defendant."  I said "the defense," but I
2    meant the attorneys.
3    A.   Yes.
4    Q.   And that was before they talked to you about what they
5    were trying to prove here today?
6    A.   Yes.
7    Q.   I would like to show you a copy of that article.
8         MR. WEINREB:  It's Exhibit 1671 for identification.
9    Q.   Do you recognize this?
10   A.   Yes, I do.
11   Q.   What is it?
12   A.   It's an article that I wrote for the Foreign Policy
13   Research Institute in Philadelphia.
14   Q.   Could you tell us what it's called?
15   A.   It's called "The Northern Caucasus, the Tsarnaevs, and
16   Us."
17        MR. WEINREB:  Your Honor, I'm going to be asking the
18   witness a few questions about this and about a few quotations
19   in it, and to facilitate that, I would like to put it on the
20   screen just as a chalk.  Can we do that?
21        MR. BRUCK:  I think we'd better know before it goes
22   onto the screen what areas he plans to put up, so I would
23   object.
24        THE COURT:  Yeah.
25        MR. WEINREB:  That's fine.  I'll do that.

1          (Pause.)

2          MR. WEINREB:  Essentially, your Honor, the chalks are

3   just sentences from the article that I want to ask the witness

4   about, prior statements.

5          (Pause.)

6          MR. BRUCK:  If your Honor please, there is no reason

7   to be showing prior statements to the jury.  He can use this to

8   impeach or to examine the witness, but the statements

9   themselves do not go to the jury.

10         MR. WEINREB:  Your Honor, I'm just using it as a

11  chalk.  The matters --

12         MR. BRUCK:  It doesn't matter.

13         THE COURT:  Let's see how it goes without it.  I think

14  it might be enough for the witness to have it, and perhaps the

15  oral examination is enough.  If that's trouble, we can adjust.

16         MR. WEINREB:  Can we approach on this to explain my

17  reasons further?

18         THE COURT:  All right.

19         (Discussion at sidebar and out of the hearing of the

20  jury:)

21         MR. WEINREB:  Basically, the issue with it is just

22  that, with respect to several of the things, the sentences are

23  not written for -- the sentences are written like for a fellow

24  professor, graduate students.  Some of them are a little more

25  complicated.  If I read them, I just have a

1    feeling that -- it's basically an aid to the jury in taking a

2    very long sentence with a lot of three- and four-syllable words

3    in it and making it easier for them to remember what the

4    sentence is by the time I'm done asking the question.

5            MR. BRUCK:  What he's doing is taking shards of this

6    out of context.  The witness's explanation is not going to be

7    on --

8            MR. WEINREB:  This is cross-examination.

9            MR. BRUCK:  Yes, I know.  But there's no reason why

10   the jury should have the out-of-context bits and pieces on the

11   screen in front of them and then have to rely --

12           MR. WEINREB:  Your Honor, what I'm putting on the

13   screen is something that he would say is his statement and

14   something that he agrees with.

15           THE COURT:  Well, I think I'd rather -- at least at

16   the beginning, and we'll see whether it doesn't work this

17   way -- have the jury paying attention to what he says rather

18   than what they're reading on the screen, and I think that's a

19   better way to do it.  If it appears that that's not working, we

20   can consider it.

21           MR. WEINREB:  I'm not sure how we're going to know if

22   it's working or not.

23           THE COURT:  I don't know.  If it seems to be

24   confusing.

25           MS. CONRAD:  May I just point out that the Court, at

1    the government's suggestion, when we read the 302s of Kartashov

2    and so forth in, the jury didn't look at those as they were

3    following -- as they were being read, so I don't see why the

4    government gets to show --

5            THE COURT:  Okay.

6            (In open court:)

7    BY MR. WEINREB:

8    Q.   Professor Reynolds, I'd like to ask you some questions

9    about some of the things you wrote in that article.  The very

10   first sentence of it, I believe, you write, "The identification

11   of two young Chechen males as the alleged perpetrators of

12   bombing of the Boston Marathon has caused Americans to ask a

13   great many questions about the alleged perpetrators.  Those

14   questions range from the ineffable - what could drive the

15   brothers, Tamerlan and Dzhokhar Tsarnaev, to commit such

16   willful acts of violence? - to the seemingly straightforward -

17   where is Chechnya?"

18        Do you remember writing that?

19   A.   Yes.

20   Q.   And when you wrote "Those questions range from the

21   ineffable - what could drive the brothers to commit such

22   willful acts of violence," "ineffable" in that context means

23   ultimately unexplainable, unknowable, correct?

24   A.   Difficult to understand, correct.

25   Q.   And then I think a little further down on that page you

1    wrote, "To be sure, the actions of any individual or even group
2    of individuals can never be reduced to identity.  Identity most
3    assuredly is not destiny."  Correct?
4    A.    That is correct.
5    Q.    And you agree with that today?
6    A.    I would say that it certainly doesn't explain everything,
7    no.
8    Q.    Identity is not destiny?
9    A.    Correct.
10   Q.    Being born in Chechnya doesn't make you a murderer?
11   A.    Of course not.
12   Q.    Being born Chechen doesn't make you a murderer?
13   A.    No.
14   Q.    Like anyone else, a Chechen who murders chooses to become
15   a murderer?
16   A.    Correct.  Or anyone else, for that matter.
17   Q.    Right.
18         And you're not here to say that a Chechen terrorist is
19   less morally culpable for his crimes than any other terrorists?
20              MR. BRUCK:  This is all argumentative, your Honor.
21              THE COURT:  Overruled.
22              You may have that.
23              THE WITNESS:  I would say that the -- in order to
24   understand someone's actions, it might be useful to look at the
25   context in which they were living and operating, including the

1    culture in which they were raised and grew up and with which

2    they identify.

3    BY MR. WEINREB:

4    Q.   My question was a different question.  Okay?  My question

5    was:  You're not here to say that a Chechen terrorist is less

6    morally culpable for his crimes than other terrorists?

7                MR. BRUCK:  Objection.  Moral culpability?  This is

8    not --

9                THE COURT:  Overruled.  Overruled.

10   BY MR. WEINREB:

11   Q.   Are you?  Are you here to say that a Chechen terrorist is

12   less morally culpable than other terrorists for their crimes?

13   A.   No.

14   Q.   On a different page you said, "The experience of Chechnya

15   in the 1990s ... profoundly affected Chechen cultural norms."

16   Correct?

17   A.   Yes, I believe I wrote that.  If you could tell me which

18   page -- okay.  Here it is.  I found it.  Yes.

19   Q.   Okay.  "Cultural norms," that's what's normal in the

20   culture?

21   A.   Right.  Although I didn't say it changed all cultural

22   norms.

23   Q.   I didn't read that you did.  I said, "The experience of

24   Chechnya in the 1990s ... profoundly affected Chechen cultural

25   norms."

1    A.    Yes.

2    Q.    "For example, the cult of the elders, by which Chechans,

3    like most North Caucasians, would routinely accept the opinions

4    of the older males as law, declined precipitously," correct?

5    A.    Yes.   Inside of Chechnya, it did.

6    Q.    Yeah.   So "declined precipitously" meant went down?

7    A.    Yes, it does mean that, but I should also point the

8    elders -- cult of the elders, about which I did not speak this

9    morning refers not simply to elders inside of the family but

10   with regard to the society as a whole and to the extended clan.

11   Q.    Okay.   But a shorter, equally correct answer to my

12   question would be yes.   You wrote, "For example, the cult of

13   the elders by which Chechans, like most North Caucasians, would

14   routinely accept the opinions as law, that declined

15   precipitously"?

16   A.    Yes, but I -- there is -- I just want to make sure that

17   you understand the context in which I --

18   Q.    Well, the only question I'm asking you is whether you

19   wrote that.

20   A.    Yes, I did.

21   Q.    And you wrote that before you met the defense team here?

22   A.    I did.

23   Q.    "The masculine" -- and then I'm continuing to read:   The

24   masculine ideal of the Chechen as an irrepressible warrior

25   remained, but much of the culture that had nourished that ideal

1    and bounded it with obligation to others had withered away,"
2    correct?
3    A.    Yes, I wrote that.  Yes.
4    Q.    Okay.  And that's true in the Tsarnaev family, isn't it?
5    A.    You're asking me to make a judgment of the Tsarnaev
6    family, if that's --
7    Q.    Well --
8    A.    -- about the family or about an individual?
9            MR. BRUCK:  Objection.  This is way beyond direct.
10           THE COURT:  The objection is sustained to that
11   question.
12           THE WITNESS:  I would say that's true about Tamerlan,
13   yes.
14   BY MR. WEINREB:
15   Q.    Well, let me ask you this:  You talked about -- well, are
16   you aware that -- you're aware, for example, that Anzor
17   Tsarnaev married Zubeidat against his own father's wishes?
18   A.    No, I was not aware of that.
19   Q.    Okay.  You're aware that Ruslan Tsarni married an American
20   against his father's wishes?
21   A.    I was not aware of that, no.
22           MR. BRUCK:  This is all beyond the scope.  This is not
23   the area in which the witness has --
24           THE COURT:  No, it's not beyond the scope, but I
25   remind the jury that it's the answers that produce the

1    evidence, not the questions.

2    BY MR. WEINREB:

3    Q.   Well, let me ask you this:  You talked about adat.

4    A.   Yes.

5    Q.   Okay.  Can you say again what adat is?

6    A.   "Adat" is a word that refers to the customary law and

7    codes by which the people in the North Caucasus live.

8    Q.   So if Ruslan Tsarni, Anzor Tsarnaev's brother, married an

9    American against his father's wishes, that would be a violation

10   of adat?

11            MR. BRUCK:  Assumes facts not in evidence.

12            THE COURT:  You may answer the question.

13            THE WITNESS:  Without knowing more about how that

14   decision was made, it would be difficult for me to say if that

15   was a violation.

16   BY MR. WEINREB:

17   Q.   Well, if a father commands his son to marry within the

18   ethnicity and he refuses and he does something different --

19            MR. BRUCK:  This all assumes facts not in evidence.

20            MR. WEINREB:  He's an expert.  I'm asking him a

21   hypothetical question.

22            THE COURT:  Go ahead.  You may have it.

23   BY MR. WEINREB:

24   Q.   If a father commands his son not to marry someone outside

25   of his ethnicity but he defies the father and does it anyway,

1    that's a violation of adat?

2    A.    Yes, that would be.

3    Q.    And if I told you that Alvi Tsarnaev, the oldest male in

4    the -- Anzor's -- Ruslan-Anzor generation --

5          MR. BRUCK:  He's not telling him anything.  This is

6    not proper cross.

7          THE COURT:  Well, right.  Sustained to the form of the

8    question.

9          MR. WEINREB:  All right.

10   BY MR. WEINREB:

11   Q.    If it were the case that Alvi Tsarni was the oldest male

12   in the generation that Anzor belonged to, and he abdicated his

13   leadership of the family to somebody else, that would be a

14   violation of Chechen tradition?

15   A.    If he abdicated?

16   Q.    Yes, if he, instead of exercising leadership, let a

17   younger brother exercise leadership, that would not be the

18   normal course of the Chechan --

19   A.    No.  Again, one would need to know the context in which

20   the decision to abdicate was made.

21   Q.    Are you aware that Tamerlan Tsarnaev married Katherine

22   Russell, a Christian, initially against his parents' wishes?

23         MR. BRUCK:  Objection.

24         MR. WEINREB:  He said that he --

25   BY MR. WEINREB:

```
 1    Q.   Did you say that you had read --

 2         THE COURT:  Yes, again, to the form of the question.

 3    BY MR. WEINREB:

 4    Q.   Did you say you had read police reports about this case?

 5    A.   Yes.

 6    Q.   And you had researched it extensively online?

 7    A.   Yes.

 8    Q.   And that you had looked at the computers of the defendant

 9    and his brother?

10    A.   Yes.

11    Q.   So you know something about Tamerlan and Dzhokhar Tsarnaev

12    and his family?

13    A.   I do.

14    Q.   Did you know that Tamerlan Tsarnaev married Katherine

15    Russell, a Christian, against his father's wishes?

16         MR. BRUCK:  Objection.

17         THE COURT:  Sustained.

18    BY MR. WEINREB:

19    Q.   If I told you that --

20         MR. BRUCK:  Objection.

21         THE COURT:  Sustained.

22    BY MR. WEINREB:

23    Q.   If it were the case that Tamerlan Tsarnaev married a

24    Christian girl against his father's wishes, would that be a

25    violation of adat?
```

1             MR. BRUCK:  Same objection.

2             THE COURT:  Overruled.

3             You may answer that.

4             THE WITNESS:  That would not be in conformity with

5    adat, correct, although I should point out that sort of --

6    marriages are not unheard of.

7             And, you know, adat is not --

8    BY MR. WEINREB:

9    Q.   There's no question on the table at this point, sir.

10            MR. BRUCK:  If the witness may finish his answer.

11            THE COURT:  I think it was finished.

12   BY MR. WEINREB:

13   Q.   Traditionally, I think you said earlier that if a man has

14   children, he's the decision-maker in the family?

15   A.   Correct.

16   Q.   If he dies or disappears, then a male in his generation,

17   typically the oldest brother, would normally become the

18   decision-maker in his family?

19   A.   Normally, correct, yes.

20   Q.   Are you aware that Anzor Tsarnaev had two brothers living

21   in the United States when he moved back to Russia in 2012?

22   A.   I knew he had one brother.

23   Q.   He had one brother named Ruslan Tsarni?

24   A.   Yes.

25   Q.   And he had another brother named Alvi Tsarni?

1          Is that a yes?

2     A.   Well, I knew he had one brother for certain.  I didn't

3     know for certain that he had two brothers.

4     Q.   Would it be a violation of adat for a younger brother to

5     smoke cigarettes if his older brother had admonished him not

6     to?

7     A.   Again, a lot of that would depend upon the context, but

8     that would not -- no, that would not be in conformity with the

9     idea of adat, correct.  But adat is not a -- it's a term that

10    refers to customary law, unwritten laws, codes of behavior, so

11    it would be a misinterpretation of adat to assume it operates

12    as either a formal written code or something like a computer

13    program.

14    Q.   Would it be a violation of the code that a younger brother

15    should obey his older brother if he disobeyed the older brother

16    by smoking cigarettes when his older brother told him not to?

17    A.   That would -- well, again, I would have to -- that would

18    not be in conformity with adat, correct.  Yeah.

19    Q.   Would it be a violation of the custom that a younger

20    brother is supposed to obey his older brother if his older

21    brother admonished him not to smoke pot but he defied his older

22    brother and did it anyway?

23    A.   Yes.

24    Q.   Would it be a violation of the code that a younger brother

25    is supposed to obey his older brother if his older brother told

1    the younger brother not to sell pot but he did it anyway?

2    A.   Yes.

3         MR. BRUCK:  Objection to the question.  Assumes facts

4    not in evidence, your Honor.  We object.

5         THE COURT:  You may have the question.

6         MR. WEINREB:  And I have the answer.

7    BY MR. WEINREB:

8    Q.   Would it be a violation of the code that a younger brother

9    should obey his older brother if his older brother admonished

10   him not to drink alcohol, but as soon as he was out of his

11   older brother's sight he drank all the alcohol he wanted?

12   A.   Well, he's out of his older brother's sight, and there are

13   different levels of infractions of -- maybe "infractions" are

14   not quite the right word.  That implies more of a system of

15   regularized law.  But these examples are all arguably

16   quite -- relatively minor things, but...

17   Q.   So you don't really have to obey your older -- well, you

18   said before that even marriage was a minor thing?

19   A.   No, I wouldn't -- marriage is more -- obviously more

20   substantial than would be drinking alcohol when your brother's

21   not around.

22   Q.   Okay.  So it's important to obey the elder in the family

23   when you're around them, but when you're on your own, do

24   whatever you want?

25   A.   No, I wouldn't say "do whatever you want."  That wouldn't

1  be the right thing once you do, but one would expect more of

2  that sort of --

3  Q.   But if, in fact, a younger brother did exactly what he

4  wanted except when he was in his older brother's sight, that

5  would not be in conformity with the principle that you --

6        MR. BRUCK:   Objection to the premise of that, the

7  assumption that --

8        THE COURT:   No, overruled.

9  BY MR. WEINREB:

10 Q.   If, in fact, a younger brother did whatever he wanted when

11 he wasn't in the sight of his older brother, that would not be

12 in conformity with the principle that you obey your older

13 brother?

14 A.   Correct, although use of the term "whatever" is -- I find

15 somewhat problematic.

16 Q.   You wrote in your article -- and I'm sorry.  I skipped

17 ahead.  So if you want to see it, I'd have to move back a

18 little bit.  You wrote, "Tamerlan and Dzhokhar Tsarnaev were

19 hardly typical of Chechens, and one might justifiably question

20 whether they can even properly be described as Chechen."

21       And then you explained their mother, Zubeidat, was an

22 ethnic Avar; both brothers were born outside of Chechnya; both

23 brothers grew up outside of Chechnya; and both brothers spent

24 little or no time in Chechnya.

25 A.   Correct.  That's what I wrote.

```
 1    Q.   And then you also wrote a little later --

 2    A.   But if I could say, though --

 3    Q.   No, that's the question, sir.  You'll have a chance to be

 4    questioned by your own lawyer again in a minute.

 5    A.   Okay.

 6              MR. BRUCK:  We would like the witness to be able to

 7    explain the answer.

 8              THE COURT:  You can ask him on redirect.

 9    BY MR. WEINREB:

10    Q.   You wrote in your article, "After violent extremists

11    hijacked the Chechen national movement, some Chechens rejected

12    violent extremism."  Is that correct?

13    A.   That is correct.

14    Q.   So seeing -- and part of that was because when the violent

15    extremists hijacked the Chechen nationalists' movement, they

16    were really extreme?

17    A.   Yes, they were.

18    Q.   Okay.  And that was really a turnoff for a lot of

19    Chechens?

20    A.   For many, yes.

21    Q.   So seeing Chechen extremists' propaganda online, that

22    could push you either way, towards jihad or against it?

23    A.   No.  Watching the propaganda online wouldn't -- I mean,

24    the purpose of the propaganda is to make one more attracted to

25    the cause and --
```

1    Q.   That's the purpose of it.

2    A.   And then -- and it works that way among non-Muslims as

3    well.  There are many supporters of the Chechen cause who look

4    with great sympathy upon the Kavkaz Center who are not Muslims.

5    Q.   So you're saying that it's your professional opinion that

6    no one ever looks at this online propaganda and is turned off

7    by it?

8    A.   No, but the majority -- well, many people who do look at

9    it find it -- it makes them more sympathetic to the cause,

10   which is the purpose of --

11   Q.   My question was a different question.

12   A.   Right.

13   Q.   Is it your professional opinion that no one who looks at

14   it is turned off by it and goes the other way?

15   A.   I don't know if that's my professional opinion.  I don't

16   know if my profession gives me any --

17   Q.   Well, you're the expert, correct?  That's why you're here.

18   A.   Right.  So is the question, then, if -- can I say there's

19   a uniform reaction among all people who look at these websites?

20   Is that what the --

21   Q.   Well, the question specifically was:  Can you say that

22   nobody who looks at these websites, no one of Chechen origin

23   who looks at these websites, is turned off by it and says, "You

24   know what?  This is too extreme"?

25   A.   I'm sure there are Chechens who look at them and would say

1    "This is too extreme," yes.

2    Q.   Whether you are attracted to it or whether you're repelled

3    by it, that depends in part on what kind of person you are?

4    A.   It certainly would depend on a great deal of factors,

5    including what kind of person you are.

6    Q.   You also wrote in your article, "The Tsarnaevs

7    made" -- and here I'm quoting:  (As read:)  The Tsarnaevs made

8    a choice to embrace a radical and militant version of Islam and

9    to carry out bombings and attack the police, correct?

10   A.   Yes, I wrote -- and I wrote that, and this is when, 2013?

11   Q.   Right.  And ultimately, it was the Tsarnaevs' choice to

12   embrace a radical and militant version of Islam and to carry

13   out bombings and attack the police?

14   A.   That is no longer my belief currently.

15   Q.   So back before you met the defense and before you learned

16   what they're trying to prove in this case --

17   A.   No, that's before I reviewed the evidence in this case.

18   Q.   But it's also before you met the defense, correct?

19   A.   I don't recall -- I mean, when I wrote this was, yes,

20   before I met -- before I had access to all the evidence in the

21   case.

22   Q.   I understand that's what you want to tell us, but here's

23   my question.  Before you met the --

24   A.   No, I'm telling you what I believe.  I'm under oath to

25   tell you what I -- to tell the truth.

1    Q.   You're under oath to answer the questions, and here is the

2    question.

3    A.   Yes.

4    Q.   This is before you met the defense?

5    A.   This was before, right.

6    Q.   Right.  And it's before they told you what they're trying

7    to accomplish in this part of the case?

8              MR. BRUCK:  Objection.

9              THE COURT:  You may answer it.

10             THE WITNESS:  Yes.

11             MR. WEINREB:  I have no further questions.

12             THE COURT:  Mr. Bruck?

13                        REDIRECT EXAMINATION

14   BY MR. BRUCK:

15   Q.   Mr. Weinreb's examination reminded me of a loose end which

16   is -- it was brought up yesterday that -- or the last couple of

17   days that Mr. Tsarnaev registered something online under the

18   name "Tsarni."  What is the difference between the word -- the

19   name "Tsarni" --

20             MR. WEINREB:  Objection, your Honor.  Beyond the scope

21   of --

22             THE COURT:  No, overruled.

23             Go ahead.

24   BY MR. BRUCK:

25   Q.   -- between the name "Tsarni" and the name "Tsarnaev"?

1    A.   The "Tsarnaev" is a Russified version of "Tsarni."

2    Q.   Russified?

3    A.   Yes.

4    Q.   It's the Russian-language version of the actual Chechen

5    name, which is "Tsarni"?

6    A.   Yes, that's my understanding.

7    Q.   So "Tsarni" is not an alias for "Tsarnaev," correct?

8    A.   No.

9    Q.   Okay.  And Mr. Weinreb asked you a series of questions

10   about adat and culture.  Was it your -- the purpose of your

11   testimony to try to establish that broad patterns of culture

12   dictate the actions of every single person in every single

13   family at all times if the person is, in fact, a member of that

14   culture?

15   A.   No, I mean, neither I nor any serious scholar would ever

16   argue that a culture dictates the actions of each and every

17   member of that culture, but one can identify broad patterns of

18   behavior that have been replicated over time, over generations.

19        In the case of the Chechens, this is a culture that's been

20   in formation for thousands of years, and one does know this --

21   and this is testified by anthropologists, by scholars who have

22   published things -- I have witnessed it in my own personal

23   interactions with peoples from the North Caucasus -- that there

24   is a distinct culture that does continue to exist until this

25   day that marks them out very distinctively from other peoples

1    of the former Soviet Union, from Russia, from the rest of the

2    world, and this -- so no, not every single person, obviously,

3    representative of a culture displays all the same behaviors and

4    patterns of behavior, but one can identify general patterns.

5    Q.    And do these general patterns tend to have greater effect

6    in matters of grave significance as opposed to relatively

7    trivial matters?

8                MR. WEINREB:  Objection, your Honor.  Is this in

9    general or with respect to Chechens?

10               THE COURT:  The witness can answer it if he

11   understands the question.

12               THE WITNESS:  I think that would -- I would say this:

13   It sort of matters -- sort of a -- daily habits that are

14   repeated tend to be stronger than those that are on much more

15   rare occasions.  So the sorts of behavioral patterns that one

16   is imbued with or inculcated with from a young age, for

17   example, will tend to be more enduring and more powerful.

18   BY MR. BRUCK:

19   Q.    The patterns of behavior of a younger brother towards an

20   older brother, for example?

21   A.    That would be a good example of that, yes.

22   Q.    All right.  The -- Mr. Weinreb asked you about a statement

23   from your article about whether the defendants might even be

24   properly described as Chechen.

25   A.    Right.  I did not -- I should point out I did not

1    write they're -- I said that one might raise those questions.

2    Q.    Right.

3    A.    And then I proceeded to answer it in the following

4    paragraph, to answer those questions by saying that,

5    nonetheless, it's very clear that Chechen identity and Chechen

6    culture do play a role.

7    Q.    And that, in fact, these brothers do identify as Chechen?

8    A.    Yes, absolutely.

9    Q.    Or did.

10          And the fact that their mother was Avar, you have

11   testified that patterns -- familial relationships and

12   relationships between brothers are very similar in Avar culture

13   as in Chechen culture.

14   A.    Yes, the family patterns are one that one finds across

15   most of the mountain peoples, or all of the mountain peoples of

16   the North Caucasus:  Avars, Chechens, Dargins, Lezgians.  I

17   could go on.

18   Q.    And can you characterize Chechen culture as one that is

19   particularly hearty or particularly inclined to assimilate when

20   people go to other parts of the world?

21   A.    Well, we know very clearly that it is a very strong

22   identity and one that does not assimilate easily.  There are --

23   I mentioned this briefly this morning.  After the Russian

24   conquest of the nineteenth century, many Chechens left Chechnya

25   and were resettled in what, today, we now speak of as the

1    Middle East, Jordan and Syria in particular.  Those communities

2    have maintained their language and their identity.  They have

3    not intermarried with the Arabs.

4         Likewise, we know that the Chechens, in living in

5    Kyrgyzstan and Kazakhstan, also maintain their identities and

6    very much their family practices as well.

7    Q.   In fact, let me just ask you about something as far as --

8    responsive to this question of being born outside Chechnya.

9    Are you aware that there was an FBI -- you said that Chechen is

10   a language that's unrelated to any other, or at least any other

11   major language.

12   A.   Yes.

13   Q.   It's a rare language?

14   A.   Yes, it's --

15   Q.   Hard to learn?

16   A.   Yes.

17   Q.   If you knew that there was an FBI translator who has

18   testified in this case who speaks Chechen whose name is

19   Shishani from Jordan --

20          MR. WEINREB:  Your Honor, this is way beyond the scope

21   of the cross-examination.

22          THE COURT:  Sustained.

23   BY MR. BRUCK:

24   Q.   You say there is still a Chechen-speaking community in

25   Jordan?

```
 1    A.    Yes, they're both in Jordan and in Syria.

 2    Q.    And that's 175 years after they arrived?

 3          MR. WEINREB:  Objection to the leading nature of the

 4    questions.

 5          THE COURT:  You may answer it.

 6          THE WITNESS:  Yes, correct.

 7    BY MR. BRUCK:

 8    Q.    And what is the Arabic word for Chechen?

 9    A.    Shishani.

10    Q.    Shishani.  Thank you.

11          When you wrote that many Chechens reject the violent

12    extremism of the jihadi movement during the Chechen wars, were

13    you talking about Chechens in Chechnya?

14    A.    Correct, I was discussing the Chechens inside of Chechnya.

15    Q.    Okay.  And Chechens in Chechnya could see with their own

16    eyes what was --

17          MR. WEINREB:  Objection to the leading nature of the

18    question.

19          THE COURT:  Sustained.

20    BY MR. BRUCK:

21    Q.    Is there a difference between perceiving the engagement of

22    jihadism in Chechnya on the ground as opposed to experiencing

23    it online?

24    A.    Yes, there is.  And I've read testimony to that effect

25    regarding Tamerlan Tsarnaev, in particular.  This is one of the
```

1    things that Magomed Kartashov emphasized, that Tamerlan clearly

2    didn't know what was going on.

3              MR. WEINREB:  Objection, your Honor.  I don't think

4    that's appropriate to be challenging.

5              THE COURT:  No, I think it's responsive to the

6    question.

7              THE WITNESS:  Emphasized that Tamerlan's impression of

8    what was taking place in Dagestan and North Caucus and Chechnya

9    was derived from watching a lot of videos on KavkazCenter.com.

10   And as he said, Tamerlan's desire to go to the forest, which is

11   a euphemism to mean to join the jihad, he said, "If you

12   continue this way," he said, "You're not going to make it to

13   the next tree."

14             MR. BRUCK:  Thank you.  That's all.

15                        RECROSS-EXAMINATION

16   BY MR. WEINREB:

17   Q.   You said that the pattern of older brother/younger brother

18   relationship is a -- sort of a hardy one that tends to survive

19   transporting from -- or transplanting from one place to

20   another?

21   A.   Yes.  I mean, it's a very strong tradition and practice.

22   Q.   But that -- but to say that the pattern of it survives in

23   a family, that presumes that that pattern was there in the

24   first place?

25   A.   Yes, although, I mean, there are -- oftentimes --

1    people's -- in terms of a culture, for example, if a parent

2    doesn't do something but the grandparents did, there are

3    definitely -- cultures are passed down not simply from parent

4    to children, also grandparents can play a role.  Traditions can

5    be revived as well, practices.

6    Q.   Okay.  I'm not sure that I understood the answer, so let

7    me ask the question again.

8    A.   Okay.

9    Q.   You said the pattern that exists can survive

10   transplantation from one country to another.

11   A.   Yes, it can survive, yes.

12   Q.   But for a pattern to survive, the pattern has to exist in

13   the first place?

14   A.   Well, by definition.

15   Q.   So if it were the case that, for example, Bella and Ailina

16   Tsarnaev stated there was never a pattern in their family of

17   anyone being a leader, would this --

18           MR. BRUCK:  Objection.  Objection to this.

19           THE COURT:  Sustained.

20           MR. WEINREB:  There's a good-faith basis.

21           THE COURT:  No, it's beyond the scope of the redirect.

22   BY MR. WEINREB:

23   Q.   So if it were a particular -- if, in a particular family,

24   there was no pattern and the family moved from one place to

25   another, then there would be no pattern to survive?

1    A.   If there is no pattern to begin with, there would be no

2    pattern at the end, yes.

3    Q.   And there are some families in which there is no pattern

4    of older brother/younger brother --

5    A.   Pattern of -- pattern in general or -- I was speaking --

6             MR. BRUCK:  Objection.

7             THE COURT:  No, you may answer in general.

8    BY MR. WEINREB:

9    Q.   No pattern of male -- oldest-male leadership.

10   A.   The question?  If you --

11   Q.   There are some immigrant Chechen families in which, in

12   that particular family, there are no -- there is no entrenched

13   pattern of older-male leadership?

14   A.   There may be such families.

15            MR. WEINREB:  That's all.

16            THE COURT:  All right.  Thank you, Professor.  You may

17   step down.

18            (The witness is excused.)

19            MR. WATKINS:  Henry Alvarez.

20                    HENRY ALVAREZ, duly sworn

21            THE CLERK:  Have a seat.  State your name, spell your

22   first and last name for the record, keep your voice up and

23   speak into the mic.

24            THE WITNESS:  Okay.  Henry Alvarez, H-E-N-R-Y.

25                        DIRECT EXAMINATION

1    BY MR. WATKINS:

2    Q.   And your last name also?

3    A.   A-L-V-A-R-E-Z.

4    Q.   Mr. Alvarez, where do you live?

5    A.   Cambridge, Massachusetts.

6    Q.   And where were you born?

7    A.   Cambridge, Massachusetts.

8    Q.   Have you lived in Cambridge all your life?

9    A.   Yes, I have.

10   Q.   Who do you live with there?

11   A.   My family.  My parents.

12   Q.   Did you go to school in Cambridge?

13   A.   I did.

14   Q.   Where did you go to elementary school?

15   A.   I went to the Amigos School.

16   Q.   And where did you go to high school?

17   A.   Cambridge Rindge and Latin.

18   Q.   When did you graduate from Cambridge Rindge and Latin?

19   A.   2012.

20   Q.   And after Cambridge Rindge and Latin, did you continue

21   studying?

22   A.   I did.

23   Q.   And are you a college student now?

24   A.   Yes, I am.

25   Q.   Where do you attend college?

1   A.   UMass Boston.

2   Q.   And do you also work?

3   A.   I do.

4   Q.   What is your job?

5   A.   I'm a teller at a bank.

6   Q.   What are your plans for the future?

7   A.   Get my degree in marketing, hopefully find a job in the

8   bank with marketing.

9   Q.   Do you know Jahar Tsarnaev?

10   A.   I do.

11   Q.   Do you see him sitting here in the courtroom?

12   A.   Yes.

13   Q.   Where and when did you meet Jahar Tsarnaev?

14   A.   I met him through the wrestling team freshman year, which

15   was 2008.

16   Q.   And was that at Cambridge Rindge and Latin?

17   A.   Yes, it was.

18   Q.   Before we talk more about Jahar, let's talk a little bit

19   about how you came to wrestling.  Had you ever wrestled before

20   you went to Cambridge Rindge and Latin?

21   A.   No, never.

22   Q.   How did you get involved with wrestling?

23   A.   My freshman football coach encouraged me to try it out and

24   some of my teammates as well.  So that's how I got started.

25   Q.   So in your freshman year, you were playing football?

1    A.   I was, yes.

2    Q.   And who was your coach at football who encouraged you for

3    wrestling?

4    A.   Roy Howard.

5    Q.   And is he also the wrestling coach?

6    A.   Yes.

7    Q.   Do you play other sports besides football and wrestling?

8    A.   I tried rugby one year, and I did track one year.

9    Q.   Now, the football season at Cambridge Rindge and Latin,

10   what months did that run?

11   A.   From end of August to Thanksgiving.

12   Q.   When did the wrestling season begin?

13   A.   That Monday after Thanksgiving.

14   Q.   So wrestling started up right after the football season

15   ended?

16   A.   Yes.

17   Q.   When you -- what did you think about wrestling when you

18   first tried it during your freshman year?

19   A.   I honestly hated it.  It sucked.

20            (Laughter.)

21   A.   It was very tiring.

22   Q.   I'm sorry, what?

23   A.   It was tiring.  It was hard.

24   Q.   Now, you had just finished the football season when you

25   started wrestling.  What was hard about wrestling at that

1   point?

2   A.    It was the pace.  There was hardly any breaks, so we just

3   go from one exercise to the next to the next to the next.

4   Q.    And how long did the wrestling season run for?

5   A.    It would run to mid-February, but depending if you

6   qualified to continue like other tournaments, like state

7   tournaments, it could run to March.

8   Q.    Did you ever learn to like wrestling during your time at

9   Cambridge Rindge and Latin?

10  A.    Yes, sometimes when -- when I would win my matches, I

11  would be on a streak, I would enjoy wrestling.

12  Q.    How many years did you wrestle at Cambridge Rindge and

13  Latin?

14  A.    All four years.

15  Q.    Did you ever learn to like the physical training that went

16  with wrestling all four years?

17  A.    Absolutely not.

18  Q.    When you met Jahar Tsarnaev, what -- you were in your

19  freshman year?

20  A.    Yes.

21  Q.    Do you know what year he was in?

22  A.    He was a sophomore at that time.

23  Q.    Do you know whether he had wrestled as a freshman?

24  A.    No, he didn't.

25  Q.    So both of you were beginning wrestling for the first

1    time?

2    A.    Yup.

3    Q.    As you began wrestling, did you and Jahar ever commiserate

4    about the physical-training aspect of wrestling?

5    A.    Yeah.  We both -- that's how we kind of broke the ice and

6    started to get to know each other by, you know, relating how

7    much wrestling practice sucked, so...

8    Q.    And explain that a little more to us.  What kinds of

9    things would you do with Jahar at practices?

10   A.    Like sometimes when we had to run stairs for half an hour,

11   you know, halfway through I would be tired and just trying to

12   catch my breath, but he would always try to encourage me to

13   continue and finish the drill strong.

14   Q.    And describe a typical practice that -- you do running and

15   you do what else?

16   A.    So we would first run a mile, stretch; after that, second

17   sprints; after that, go straight to the wrestling room, work on

18   a move, but intensely.  After that, we would probably

19   incorporate some exercises, like pushups and sit-ups, and

20   that's how the pace was.  You just kept going one thing to the

21   other.

22   Q.    How many days did practices run, every day of the week?

23   A.    Just about.  Sunday was optional.

24   Q.    So practices were actually available seven days a week,

25   but Sundays were optional?

1   A.   Right.

2   Q.   On weekends would there also be tournaments and meets?

3   A.   Yes, on Saturdays there would be tournaments.

4   Q.   In addition to the physical training and the meets, was

5   there also discussion about nutrition and cutting weight?

6   A.   Yup.  Our coach really emphasized on eating healthy and

7   watching what we were eating so we could perform at a good

8   level.

9   Q.   So you talked about something you -- a lot of things you

10  didn't like about wrestling.  What were some of the things that

11  you did like about wrestling besides winning?

12  A.   I would say the bond that I connected with my teammates.

13  Like football, for instance, is average of 45 players, so you

14  don't really get to know everybody as well as you would on the

15  wrestling team.  So since wrestling, you only have a few

16  wrestlers, you got to meet everybody and bond with them

17  closely.

18           MR. WATKINS:  Your Honor, I'm about to show

19  Mr. Alvarez Exhibit 3285.  I don't think there's an objection

20  to it.

21           MR. CHAKRAVARTY:  No objection.

22           THE COURT:  Okay.

23           (Defense Exhibit No. 3285 received into evidence.)

24  BY MR. WATKINS:

25  Q.   Do you see a picture up on the screen?

1    A.    Yes.

2    Q.    Using your finger, you can touch the screen.  Can you

3    point out where you are in that photograph?

4    A.    (Witness complies.)

5    Q.    And can you point out where Jahar Tsarnaev was in that

6    photograph?

7    A.    (Witness complies.)

8    Q.    What year was that photograph from, can you tell?

9    A.    That was my freshman year, so 2008-2009 season.

10   Q.    So you continued to do soccer for the -- I'm

11   sorry -- wrestling for the next three years?

12   A.    Yeah, I did.

13   Q.    Did Jahar Tsarnaev also wrestle during those three years?

14   A.    Yes, he did.

15   Q.    Two of the three years.  He graduated before you, right?

16   A.    Yes.

17   Q.    So did you come to know Jahar Tsarnaev through wrestling

18   over those years?

19   A.    Yes.

20   Q.    What are some of the words you'd use to describe Jahar

21   Tsarnaev as you knew him on the wrestling team?

22   A.    He was a kind person, had a very relaxed personality.  I

23   would say mellow, never caused harm to anybody or disrespected

24   anybody.  He was just a kind, funny person.

25   Q.    When you say "funny," what do you mean by "funny"?

1    A.    You know, sometimes he would have his moments where -- for

2    instance, in the wrestling season, he selected a song called

3    "Like a G6," and he would start dancing, and, you know, he

4    would just do that just to ease the tension so -- for the

5    wrestling team so we'd enter the tournament pretty relaxed.

6    Q.    Now, these tournaments you described, do those go on all

7    day?

8    A.    Yeah, they did.

9    Q.    What time do you start a tournament and what time does it

10   end?

11   A.    Tournaments usually start by ten o'clock and end around

12   seven, eight o'clock.

13   Q.    And if the tournaments are away from school, what time

14   would you have to show up at school?

15   A.    Around six, six-thirty.

16   Q.    We see this large wrestling team.  Is that the typical

17   size of a wrestling team by the end of the season?

18   A.    I'd say no.  Probably a quarter of these wrestlers would

19   just stop or quit.

20   Q.    And does the camaraderie amongst the wrestling team build

21   over the year as people drop out?

22   A.    Yeah.

23   Q.    Jahar Tsarnaev became co-captain of the wrestling team?

24   A.    Yes.

25   Q.    How did that happen?

1    A.    Our head coach, Roy, picked him.  I guess he believed he

2    could lead by example, so that's why he picked him.

3    Q.    Did you eventually become co-captain yourself?

4    A.    I did by my senior year.

5    Q.    Did you also talk with Jahar Tsarnaev outside of wrestling

6    practice, socially?

7    A.    Yeah, I did.

8    Q.    Now, you were a year behind him.  Did you have any classes

9    in common?

10   A.    Never, no.

11   Q.    So the social time would be on the way to practice,

12   leaving practice?  When would that be?

13   A.    It would be leaving practice, like on our way home.  So we

14   lived in the same part of Cambridge, so we just walked down the

15   same street and would conversate [*sic*].

16   Q.    Over the period of years you knew him as a wrestler, did

17   you ever have conversations with him about religion?

18   A.    No, never.

19   Q.    What is your faith?  What faith were you raised in?

20   A.    I'm Catholic.

21   Q.    Did he -- did you know or find out that he is of the

22   Muslim faith?

23   A.    Yeah, I did once.  We were getting a bite to eat, and I

24   realized he didn't like pepperoni pizza, and he explained to me

25   why, but that was the only time he ever really talked about his

```
 1    religion.
 2    Q.    Did you know that Jahar had a brother?
 3    A.    Yes.
 4    Q.    Did Jahar talk about his brother to you?
 5    A.    Yeah, he did once.
 6              MR. CHAKRAVARTY:  Objection, your Honor.
 7              THE COURT:  Well, that may stand.
 8              MR. CHAKRAVARTY:  That may stand.  Whatever he's going
 9    to stay after this.
10    BY MR. WATKINS:
11    Q.    Did you know that his brother was a boxer?
12    A.    Yes.
13    Q.    And how did you know that?
14    A.    He told me.
15    Q.    And what did he tell you about his brother?
16              MR. CHAKRAVARTY:  Objection.
17              THE COURT:  Sustained.
18    BY MR. WATKINS:
19    Q.    When Mr. Tsarnaev spoke about his brother, what would his
20    demeanor be?
21    A.    He would sound -- I could sense some pride in him talking
22    about his brother, about his boxing skills.
23    Q.    Now, Jahar graduated when you were still a junior, and you
24    went on to wrestle the next year?
25    A.    Yes.
```

1    Q.    Now, the wrestling practice sessions, you actually

2    practiced through Christmas vacation?

3    A.    Yeah, we did.

4    Q.    Does it sometimes happen that former wrestlers come back

5    during those Christmas vacations and help with practices?

6    A.    Yes.

7    Q.    And did Jahar do that?

8    A.    Yes, he did.

9    Q.    How often did he do it when you were the co-captain that

10   senior year?

11   A.    Probably say he came around, maybe, eight, nine times

12   during his winter break.

13   Q.    I'm going to talk about senior night.  Is there a

14   tradition amongst the wrestling team, something called senior

15   night?

16   A.    Yes.

17   Q.    And explain what senior night...

18   A.    It's basically the last home match for seniors, and it's

19   more like a recognition for all the hard work you've done.

20   Q.    So explain the -- what happens.  So first there's a match?

21   A.    First we take a picture with the coaches and someone else.

22   Like it could be a parent or friend or sibling.

23   Q.    And that's before the match gets started?

24   A.    Yes.  Yes, before the match.

25   Q.    And before the match gets started, do you dress -- well,

 1   explain.  What happens for the actual senior night?  What

 2   physically happens?

 3   A.   So the coaches announce, you know, just our names, the

 4   seniors' names; hands us -- it could be like a flower, a rose

 5   or something like that; and someone takes a picture of us.

 6           MR. WATKINS:  I would like to show Mr. Alvarez Exhibit

 7   3281.

 8           MR. CHAKRAVARTY:  No objection, your Honor.

 9           (Defense Exhibit No. 3281 received in evidence.)

10   BY MR. WATKINS:

11   Q.   Do you see Exhibit 3281 in front of you?

12   A.   Yes.

13   Q.   Can you point out, going left to right and tapping on the

14   screen, who is it that we're seeing in this picture?

15   A.   That's Roy Howard, me, Jahar, and Coach Payack.

16   Q.   And that was taken at senior night before the match?

17   A.   Yes.

18   Q.   Why is Jahar in the picture of your senior night?

19   A.   I'd asked him to accompany me that night.  He showed up

20   right before I was about to take the picture.

21   Q.   And then you also wrestled that night?

22   A.   Yes.

23   Q.   And who was the opponent that night?

24   A.   Newton South.

25           MR. WATKINS:  I'm going to show the witness 3284.

```
 1              MR. CHAKRAVARTY:  I'm not sure if this is in.

 2              MR. WATKINS:  Perhaps just for counsel, then.

 3              MR. CHAKRAVARTY:  I don't see the relevance of this

 4    picture, your Honor.

 5              MR. WATKINS:  Perhaps I can lay a foundation.

 6    BY MR. WATKINS:

 7    Q.   Mr. Alvarez, do you see the picture in front of you?

 8    A.   Yes, I do.

 9    Q.   Who is wrestling in that picture?

10    A.   I am.

11    Q.   And was that from that same night?

12    A.   Yes, it is.

13              MR. WATKINS:  I would move to admit 3284.

14              THE COURT:  Okay.  I'll admit it.

15              (Defense Exhibit No. 3284 received into evidence.)

16    BY MR. WATKINS:

17    Q.   Mr. Alvarez, is that you wrestling that night?

18    A.   Yes, it is.

19    Q.   Did you win?

20    A.   I did.

21    Q.   And did Cambridge Rindge and Latin win that night?

22    A.   Yes, we did.

23    Q.   Do you see Jahar Tsarnaev in this picture?

24    A.   No, I can't see him.  Sorry.

25    Q.   Do you see him up in the stands here perhaps?
```

1    A.    Yeah, I see him now.

2    Q.    Is that Jahar Tsarnaev watching your wrestling match?

3    A.    Yes.

4    Q.    And that was your senior year?

5    A.    Yes, it was.

6    Q.    Now, you learned that Jahar was involved in the Boston

7    Marathon bombing, right?

8    A.    Yeah.

9    Q.    Is his involvement with that consistent with the Jahar

10   Tsarnaev you knew when you were wrestling for three years?

11         MR. CHAKRAVARTY:  Objection, your Honor.

12         THE COURT:  Overruled.  You may answer it.

13         THE WITNESS:  Never.  I honestly never could imagine

14   he would do something like this.

15         MR. WATKINS:  That's all I have, your Honor.

16         MR. CHAKRAVARTY:  Just very briefly.

17                        CROSS-EXAMINATION

18   BY MR. CHAKRAVARTY:

19   Q.    Good morning, Mr. Alvarez.  Excuse me.  Good afternoon.

20         The defendant was about a year older than you?

21   A.    Yeah, I believe so.

22   Q.    He was a year ahead of you in school?

23   A.    Yeah.

24   Q.    And yet you joined the wrestling team at around the same

25   time?

1    A.   Yeah.

2    Q.   And one of the things that you would talk to him about was

3    the fact that wrestling was tough?  It was very difficult; it

4    was physically demanding?

5    A.   Right.

6    Q.   And the workouts were incredibly difficult, and you would

7    run to exhaustion, essentially, every day?

8    A.   Yes.

9    Q.   And yet both of you stuck through it?

10   A.   Yes.

11   Q.   And it takes a lot of discipline to maintain through the

12   course of a season wrestling?

13   A.   Yes.

14   Q.   And then to excel, to become better at it, takes even more

15   discipline?

16   A.   Yes.

17   Q.   When you knew the defendant, you knew him through --

18   primarily through wrestling and, you know, the times in the

19   locker room and the times coming and going.  Is that right?

20   A.   Yes.

21   Q.   So you didn't have a relationship with him outside, with

22   other of his activities, correct?

23   A.   Not really.

24   Q.   So as you started going through your wrestling career

25   there, he became captain?

1    A.    Yeah, he did.

2    Q.    And it looked like, from that picture, that -- he looked

3    like a bit of a mentor to you.  Is that fair to say?

4    A.    Yeah, somewhat.

5    Q.    And then you became captain after he graduated, correct?

6    A.    Yes.

7    Q.    And that picture also showed that you had a very

8    close-knit group on the wrestling team, correct?

9    A.    Yes.

10   Q.    And you had a lot of support and a lot of friends?

11   A.    Yes.

12   Q.    And the coaches, Mr. Howard and Mr. Payack, they were

13   really tight with everybody on the team, right?

14   A.    Yes.

15   Q.    And they tried to help everybody?

16   A.    Yes.

17   Q.    And they were there -- if you needed anything, you could

18   go to them?

19   A.    Correct.

20              MR. CHAKRAVARTY:  Thank you.

21              MR. WATKINS:  Nothing, your Honor.

22              THE COURT:  All right, Mr. Alvarez.  Thank you.  You

23   may step down.

24              THE WITNESS:  Thank you.

25              (The witness is excused.)

1           MR. WATKINS:  Roy Howard.

2                    ROY HOWARD, duly sworn

3           THE CLERK:  Have a seat.  State your name, spell your

4      first and last name for the record, keep your voice up and

5      speak into the mic, okay?

6           THE WITNESS:  Roy Howard, R-O-Y, H-O-W-A-R-D.

7                     DIRECT EXAMINATION

8      BY MR. WATKINS:

9      Q.   Mr. Howard.  Good afternoon.  What city do you live in?

10     A.   Cambridge, Massachusetts.

11     Q.   And were you raised in Cambridge?

12     A.   Half.  I was born in Jamaica.

13     Q.   I'm sorry?

14     A.   I was born in Jamaica.

15     Q.   You were born in Jamaica?  When did you move to the United

16     States?

17     A.   1980.

18     Q.   And after that, raised in Cambridge?

19     A.   Yes, sir.

20     Q.   Did you go to school in Cambridge?

21     A.   Yes, I did, sir.

22     Q.   Where did you go to high school in Cambridge?

23     A.   Cambridge Rindge and Latin.

24     Q.   Did graduate from Cambridge Rindge and Latin?

25     A.   Yes, I did.

1    Q.    Did you go on to study after high school?

2    A.    I went to college.

3    Q.    How many years of college did you go to?

4    A.    One semester.

5    Q.    Are you -- are you currently employed?

6    A.    Yes, I am.

7    Q.    And how -- what do you do?  What's your work?

8    A.    I'm a chef.  A cook.

9    Q.    Yup.  And who do you work for?

10   A.    Harvard University.

11   Q.    And what hours do you work as a chef at Harvard

12   University?

13   A.    Six to three.

14   Q.    Do you have a second job during the academic school year?

15   A.    Yes, I do.

16   Q.    And what's your second job?

17   A.    I'm a coach.

18   Q.    For what sports are you a coach?

19   A.    Football, wrestling, lacrosse.

20   Q.    Between those three sports, does that cover pretty much

21   the entire school year?

22   A.    Yes, it does.

23   Q.    How long have you been a wrestling coach in particular?

24   A.    Since -- sorry.  I just heard a ding -- 1995 to present.

25   Q.    And when you first started coaching -- and has that always

1    been at Cambridge Rindge and Latin?

2    A.    Yes, sir.

3    Q.    When you first became an athletic coach, was that just for

4    wrestling or was it for all the sports?

5    A.    No, it was for wrestling.

6    Q.    And then as years went by, did you add additional sports?

7    A.    Yes, I did.

8    Q.    When did you yourself first begin wrestling?

9    A.    1984.

10    Q.    And how did you start wrestling?

11    A.    A friend of mine that played football actually just

12    dragged me to a wrestling practice.

13    Q.    And did you wrestle while you were at Cambridge Rindge and

14    Latin?

15    A.    Yes, I did.

16    Q.    Did you continue wrestling after you graduated from

17    Cambridge Rindge and Latin?

18    A.    No, I didn't.

19    Q.    So do you -- what was it that you enjoyed about wrestling?

20    A.    The discipline it taught me and the responsibility.

21    Q.    And did you wrestle for all four years at Cambridge Rindge

22    and Latin?

23    A.    Yes, I did.

24    Q.    How was it that you decided to become a coach for

25    wrestling?

1    A.    I liked the sport and I wanted to give back to the

2    community.

3    Q.    Describe the wrestling program generally, practices and

4    meets, what -- during the year beginning in November.

5    A.    The first day of practice would be the first Monday after

6    Thanksgiving, and it doesn't -- it ends, say, for some people,

7    early February-late March -- I mean early March.

8    Q.    In the early part of the wrestling season, is the focus on

9    physical training?

10   A.    Yes, sir.

11   Q.    Does the focus stay on physical training all through the

12   season?

13   A.    And conditioning, yes.

14   Q.    And conditioning?

15         Describe a typical practice, what your coachees will do?

16   A.    Well, we'll warm up by rolling the mats out, do drills,

17   get a sweat going, and then start practice.

18   Q.    Now, you played, yourself, football, and you've wrestled

19   and you've played lacrosse?

20   A.    I've played football, wrestled, and I've coached lacrosse.

21   Q.    Of football and wrestling, which one is the most demanding

22   sport?

23   A.    Wrestling.

24   Q.    And why is that?

25   A.    Because you have to lose weight, gain weight, and you have

1    to get on a diet, eat correctly.

2    Q.   Is part of what you do as a coach discuss nutrition?

3    A.   Yes, I do.

4    Q.   And why do you discuss nutrition as part of being a coach?

5    A.   Because they have to learn how to treat their body, eat

6    correctly.

7    Q.   Is that for wrestling specifically or do you try to teach

8    life skills?

9    A.   I teach life skills, so...

10   Q.   What does cutting weight and how does that play into

11   nutrition?

12   A.   Because there's a weight class you have to be certified at

13   to wrestle at that weight class.

14   Q.   Now, how many classes -- weight classes are there for

15   wrestling?

16   A.   There's 14.

17   Q.   Do you know Jahar Tsarnaev?

18   A.   Yes, I do.

19   Q.   Do you see him in the courtroom today?

20   A.   Yes, I do.

21   Q.   What class did Jahar wrestle in when he first started

22   wrestling for you?

23   A.   I would say 112.

24   Q.   And where is that on the scale of the 11 [*sic*] weight

25   classes?

```
 1    A.   It's at the beginning, the lower weight.

 2    Q.   As the years went on, did he move up in classes?

 3    A.   Yes, he did.

 4    Q.   What was the highest class you remember him wrestling in?

 5    A.   135.

 6    Q.   How many years did Jahar Tsarnaev wrestle for you?

 7    A.   Three years.

 8    Q.   And do you know what years of his high school career that

 9    was?

10    A.   It would be sophomore, junior and senior year.

11    Q.   What are some of the descriptions you would -- what are

12    some of the words you would use to describe Jahar Tsarnaev?

13    A.   Quiet, hard worker.

14         MR. WATKINS:  I'd like to show Mr. Howard Exhibit

15    3280.

16         THE COURT:  Is there any objection to this?

17         THE WITNESS:  Where am I looking?

18         MR. CHAKRAVARTY:  Again, your Honor, I'm not sure I've

19    seen this one.

20         No objection, your Honor.

21         THE COURT:  No?  Okay.

22         (Defense Exhibit No. 3280 received into evidence.)

23    BY MR. WATKINS:

24    Q.   Mr. Howard, do you see that picture that's on the screen?

25    A.   Yes, I do.
```

1    Q.   Do you see Jahar in that picture?

2    A.   Yes, I do.

3    Q.   First, this is a montage of various wrestlers.  And can

4    you point out by tapping on the screen which ones include

5    Jahar?

6    A.   (Witness complies.)

7    Q.   So you've tapped on at least a couple.  Do you

8    recall -- can you tell when these pictures were taken?

9    A.   It will be January, I would say 3rd, around there.

10   January 3rd.

11   Q.   Of what year?

12   A.   Of, I would say, senior year.

13   Q.   And Mr. Tsarnaev graduated in 2011, so January 3rd of

14   2011?

15   A.   Correct.

16   Q.   Showing you what's already been admitted as Exhibit 3285,

17   do you recognize what year this picture was taken from?

18   A.   This would be his first year wrestling.  It would be

19   sophomore year.

20   Q.   And where's Jahar Tsarnaev in this photograph?  You can

21   circle it with your finger, if that helps.

22   A.   (Witness complies.)

23   Q.   Now, did Jahar Tsarnaev become co-captain of the wrestling

24   team?

25   A.   His junior year, yes.

1    Q.   And how did he rise to that title?

2    A.   He showed leadership and he showed hard work, dedication,

3    to his peers.

4    Q.   You talked about some of the -- well, you talked about

5    some of the nutrition and some of the very difficult physical

6    conditioning that's involved.  Do you reach out to family

7    members in preparation for the wrestling season?

8    A.   Yes, I do.

9    Q.   And why do you do that?

10   A.   To let their parents know what their kids are getting into

11   and if they come home, say, "Mom, Dad, I've got to change my

12   eating habits," the reasons why.

13   Q.   So are there -- during the wrestling season, it sounds

14   like there are everyday demands outside of wrestling?

15   A.   Yes.

16   Q.   And so what do you do to try and get in touch with

17   families?

18   A.   We usually have a meeting at the end of the year -- I

19   mean -- sorry -- at the beginning of the year to meet all

20   parents.

21   Q.   Did you ever meet Jahar Tsarnaev's parents?

22   A.   No.

23   Q.   Were you ever able to talk to them about the demands of

24   the wrestling season?

25   A.   No, sir.

1    Q.    Did you ever see his parents at any of the meets or

2    tournaments?

3    A.    No.

4    Q.    Any of the practices?

5    A.    No, sir.

6    Q.    Is there a -- well, tell us what Senior Day is.

7    A.    Senior Day is the last home wrestling match of the

8    seniors.

9    Q.    And for Jahar Tsarnaev's Senior Day, he was captain of the

10   wrestling team -- co-captain of the wrestling team by that

11   point, correct?

12   A.    Correct.

13   Q.    And what is involved?  What happens on Senior Day before

14   the match?

15   A.    Senior Day, all the seniors invite their parents, we hand

16   flowers out to the senior to give to their parents.

17   Q.    Were Jahar Tsarnaev's parents at Senior Day?

18   A.    No, they wasn't.

19   Q.    Wrestling practice runs right through Christmas vacation

20   and on into January?

21   A.    Yes, it does.

22   Q.    And that's during the break that a lot of college students

23   have?

24   A.    Correct.

25   Q.    Do some of your former wrestlers come back to attend

1    practices?

2    A.    Yes, they do.

3    Q.    Did Jahar Tsarnaev do that in 2012?

4    A.    Yes, he did.

5    Q.    How many times did he come back?

6    A.    Twice, I think.

7    Q.    Did he also come back in 2013?

8    A.    Is that the year of the bombing?

9    Q.    Yes.

10   A.    Yes.

11   Q.    And what do -- when they come back, what do your former

12   wrestlers do at practice?

13   A.    They either practice with the kids and just tell them to

14   listen to Coach.  And then I asked him how college was going.

15   Q.    But they actually help with practices or they stand around

16   and gab?

17   A.    No, they help with practice.

18   Q.    After that, those times that you saw Jahar Tsarnaev back

19   at practice in 2013, did you see him again before today?

20   A.    No, I haven't.

21   Q.    You learned that Jahar Tsarnaev was involved in the Boston

22   Marathon bombing?

23   A.    What was the question?

24   Q.    You've since learned that Jahar Tsarnaev was involved in

25   the Boston Marathon bombing?

1    A.    Yes, sir.

2    Q.    Was his participation there consistent with what you saw

3    as the boy you coached for three years?

4    A.    Was what?

5    Q.    Was it consistent?  Was it the same?  Was that the same

6    Jahar?

7    A.    No, sir.

8              MR. WATKINS:  That's all I have, your Honor.

9              MR. CHAKRAVARTY:  No questions, your Honor.

10              THE COURT:  No questions?  All right, sir.  Thank you.

11    You may step down.

12              (The witness is excused.)

13              THE COURT:  Unless you have somebody very short, I

14    think we'll break until tomorrow.  So we'll resume the regular

15    schedule tomorrow and continue with the evidence.  Have a good

16    evening.

17              THE CLERK:  All rise for the Court and the jury.

18    Court will be in recess.

19              (The Court and jury exit the courtroom and the

20    proceedings adjourned at 2:50 p.m.)

21

22

23

24

25

```
 1                  C E R T I F I C A T E

 2

 3          We, Marcia G. Patrisso, RMR, CRR, and Cheryl

 4   Dahlstrom, RMR, CRR, Official Reporters of the United States

 5   District Court, do hereby certify that the foregoing transcript

 6   constitutes, to the best of our skill and ability, a true and

 7   accurate transcription of our stenotype notes taken in the

 8   matter of Criminal Action No. 13-10200-GAO, United States of

 9   America v. Dzhokhar A. Tsarnaev.

10

11   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
12   Official Court Reporter

13   /s/ Cheryl Dahlstrom
     CHERYL DAHLSTROM, RMR, CRR
14   Official Court Reporter

15
     Date:  5/5/15
16

17

18

19

20

21

22

23

24

25
```