UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2015 MAY 11  AM 8 41

**FILED UNDER SEAL**

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

**SEALED MOTION TO SEAL MOTION TO EXCLUDE REBUTTAL TESTIMONY OF WITNESSES NICOLET AND OLIVER**

Defendant moves that the Court grant him leave to file the instant Motion and the attached *Motion to Exclude Rebuttal Testimony of Witnesses Nicolet and Oliver*. As ground for this motion, the defendant states that the motion concerns discovery subject to a protective order.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU
Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

I hereby certify that copies of this document filed under seal have been served on Assistant U.S. Attorneys William Weinreb, Aloke Chakravarty, Steven Mellin, and Nadine Pellegrini by email on May 11, 2015.

/s/ William Fick