UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**DEFENDANT'S PROPOSED SUPPLEMENTAL PENALTY PHASE INSTRUCTIONS NO. 1-5**

Defendant, Dzhokhar Tsarnaev, by and through counsel, hereby files his proposed Supplemental Penalty Phase Instructions No. 1 (Lack of Remorse Allegation), No. 2 (Mitigation: Nexus to Crime Not Required), No. 3 (Lack of Jury Unanimity Does Not Require Retrial), No. 4 (Not to Consider Cost of Sentencing Alternatives), and No. 5 (Demeanor of Non-Witnesses is not Evidence).

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

*/s/David I. Bruck*

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

1

                                  Miriam Conrad, Esq. (BBO # 550223)
                                  Timothy Watkins, Esq. (BBO # 567992)
                                  William Fick, Esq. (BBO # 650562)
                                  FEDERAL PUBLIC DEFENDER OFFICE
                                  51 Sleeper Street, 5th Floor
                                  (617) 223-8061
                                  MIRIAM_CONRAD@FD.ORG
                                  TIMOTHY_WATKINS@FD.ORG
                                  WILLIAM_FICK@FD.ORG

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 12, 2015.

                         /s/   David I. Bruck