UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
May 15, 2015

O'TOOLE, D.J.

For good cause, it is HEREBY ORDERED that the term of service for all jurors who sat in this matter, including alternate jurors, is extended for administrative purposes for a period of ninety days from the date of their discharge by the Court as sitting jurors in the case.

/s/ George A. O'Toole, Jr.
United States District Judge