UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

NOTE FROM THE JURY

YOUR HONOR,

Could we please get a few copies of the verdict form and Jury Charge. Some jurors need the visual to use. Would be helpful.

DATE: 5/14/2015

TIME: 10:70 Am

286.
JUROR NUMBER OF FOREMAN

Jurors:
Copies of the verdict form and instructions will be provided to you shortly. The copies of the verdict form will be marked "Specimen" to prevent confusion with the actual original form.
/s/ 
USDJ

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

NOTE FROM THE JURY

YOUR HONOR,

IN Connection with "Gateway Factors", DO we Base each question's answer on our own interpretation OR follow exactly how each Count is written (i.e., Should we take "Aiding & Abetting" into Consideration)? Same question to Apply to "Conspiracy" as noted in Counts.

DATE: 5/14/15

TIME: 11:08 Am

286
JUROR NUMBER OF FOREMAN

Jurors;
We are not sure we understand exactly what your question or concern is. Could you please rephrase the question? Thank you.
                                    Gurdone
                                    USDJ

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

NOTE FROM THE JURY

YOUR HONOR,

Should gateway Factors be considered as an individual act by the defendant solely or should aiding and abetting, that is stated in a count, be considered when answering. (In particular with factor #1)

DATE: 5/14/15
TIME: 12:43pm

286
JUROR NUMBER OF FOREMAN

Ct EX 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

NOTE FROM THE JURY

YOUR HONOR,

On Question #1 for Section III if we all agree to either Part A or B or A+B Do we then check off the 1st line that we unanimously All agree to the applicable capital counts.

If it is specific to just be for Some do we have to only list the accounts.

DATE: 5-14-15
TIME: 12:58

786
JUROR NUMBER OF FOREMAN



Ct Ex 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

NOTE FROM THE JURY

YOUR HONOR,

WE HAVE REACHED A VERDICT.

DATE: 5·15·15

TIME: 2:21 PM

286

JUROR NUMBER OF FOREMAN