AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DZHOKHAR TSARNAEV

## EXHIBIT AND WITNESS LIST

Case Number: 13-10200-GAO

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'TOOLE | WEINREB,CHAKRAVARTY, ET AL | CONRAD, BRUCK, CLARKE, ET AL |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/21/15-5/15/15 | PATRISSO | LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Government Witness-Celeste Corcoran-Sworn 4/21/15 |
| | | | | | Government Witness-Jillian Reny-Sworn 4/21/15 |
| | | | | | Government Witness- William Campbell III-Sworn 4/21/15 |
| | | | | | Government Witness-William Campbell, Jr.-Sworn 421/15 |
| | | | | | Government Witness-Nicole Gross-Sworn 4/21/15 |
| | | | | | Government Witness-Andrew Collier-Sworn 4/22/15 |
| | | | | | Government Witness-Joseph Rogers-Sworn 4/22/15 |
| | | | | | Government Witness- John DiFalva-Sworn 4/22/15 |
| | | | | | Government Witness-Eric Whalley-Sworn 4/22/15 |
| | | | | | Government witness-Adrian Haslet-Davis-Sworn 4/22/15 |
| | | | | | Government Witness-Gary Oliviera-Sworn 4/22/15 |
| | 4000 | 4/22/15 | x | 4/22/15 | Video clip of Tsarnaev in cell block on arraignment day |
| | 4001 | 4/22/15 | x | 4/22/15 | Video cl;ip of Tsarnaev in cell block on arraignment day |
| | 4002 | 4/22/15 | x | 4/22/15 | Video clip of Tsarnaev in cell block on arraignment day |
| | | | | | Government Witness- Jinyan Zhau-Sworn 4/22/15 |
| | | | | | Government Witness-Mark Fucarile-Sworn 4/23/15 |
| | | | | | Government Witness-Heather Abbot-Sworn 4/23/15 |
| | | | | | Government Witness-David King-Sworn 4/23/15 |
| | | | | | Government Witness-Michelle Gamble-Sworn 4/23/15 |
| | | | | | Government Witness-Steven Woolfenden-Sworn 4/23/15 |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | vs. | DZHOKHAR TSARNAEV | CASE NO. 13-10200-GAO |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Defendant Witness-Laith Albehacy-Sworn 4/27/15 |
| | | | | | Defendant Witness-Loay Assaf-Sworn 4/27/15 |
| | | | | | Defendant Witness-Abderrazak Razak-Sworn 4/27/15 |
| | | | | | Defendant Witness-Robert Barnes-Sworn 4/27/15 |
| | | | | | Defendant Witness-Gerald Grant-Sworn 4/27/15 |
| | | | | | Defendant Witness-Judith Russell-Sworn 4/27/15 |
| | | | | | Defendant Witness-Gina Crawford-Sworn 4/27/15 |
| | | | | | Defendant Witness-Robert Ponte-Sworn 4/27/15 |
| | | | | | Defendant Witness-Roger Franca-Sworn 4/28/15 |
| | | | | | Defendant Witness-Mark Spencer-Sworn 4/28/15 |
| | | | | | Defendant Witness-John Curran-Sworn 4/28/15 |
| | | | | | Defendant Witness-Kendrick Ball-Sworn 4/28/15 |
| | | | | | Defendant Witness-Brandon Douglas-Sworn 4/28/15 |
| | | | | | Defendant Witness-Sonya Petri-Sworn 4/28/15 |
| | | | | | Defendant Witness-Sam Lipson-Sworn 4/28/15 |
| | | | | | Defendant Witness-Michael Sullivan-Sworn 4/29/15 |
| | | | | | Defendant Witness-Laura Lee-Sworn 4/29/15 |
| | | | | | Defendant Witness-Cathryn Charner-Laird-Sworn 4/29/15 |
| | | | | | Defendant Witness-Tracey Gordon-Sworn 4/29/15 |
| | | | | | Defendant Witness-Rebecca Norris-Sworn 4/29/15 |
| | | | | | Defendant Witness-Rachel Otty-Sworn 4/29/15 |
| | | | | | Defendant Witness-Brendan Kells-Sworn 4/29/15 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | vs. | DZHOKHAR TSARNAEV | CASE NO. 13-10200-GAO |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Defendant Witness-Tiarrah Dottin-Sworn 4/29/15 |
| | | | | | Defendant Witness-Alexa Guevara-Sworn 4/29/15 |
| | | | | | Defendant Witness-Raisat Suleimanova-Sworn 5/4/15 |
| | | | | | Defendant Witness-Naida Suleimanova-Sworn 5/4/15 |
| | | | | | Defendanta Witness-Patimat Suleimanova-Sworn 5/4/15 |
| | | | | | Defendant Witness-Shari Suleimanova-Sworn 5/4/15 |
| | | | | | Defendant Witness-Nabeisat Suleimanova-Sworn 5/4/15 |
| | | | | | Defendant Witness-Rosa Booth-Sworn 5/4/15 |
| | | | | | Defendant Witness-Amanda Ranson-Sworn 5/5/15 |
| | | | | | Defendant Witness-Elizabeth Zamparelli-Sworn 5/5/15 |
| | | | | | Defendant Witness-Mirra Kuznetsov-Sworn 5/5/15 |
| | | | | | Defendant Witness-Alexander Niss-Sworn 5/5/15 |
| | | | | | Defendant Witness-Michael Reynolds-Sworn 5/5/15 |
| | | | | | Defendant Witness-Henry Alvarez-Sworn 5/5/15 |
| | | | | | Defendant Witness-Roy Howard-Sworn 5/5/15 |
| | | | | | Defendant Witness- Elmirza Khuzhugova-Sworn 5/6/15( by video conference) |
| | | | | | Defendant Witness-Jay Giedd-Sworn 5/6/15 |
| | | | | | Defendant Witness-Jennifer Carr-Callison-Sworn 5/6/15 |
| | | | | | Defendant Witness-Eric Traub-Sworn 5/6/15 |
| | | | | | Defendant Witness-Kevin Roche-Sworn 5/6/15 |
| | | | | | Defendant Witness-Mark Bezy-Sworn 5/6/15 |
| | | | | | Defendant Witness-Helen Prejean-Sworn 5/11/15 |
| | | | | | Government Witness-Michelle Nicolet-Sworn 5/11/15 |
| | | | | | Government Witness-John Oliver-Sworn 5/11/15 |
| | | | | | |
| | | | | | |
| | | | | | |