UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**ASSENTED TO MOTION FOR ORDER EXTENDING THE TIME FOR FILING
POST-TRIAL MOTIONS PURSUANT TO FED. R. CRIM. P. 29 AND 33**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully moves this

Court, pursuant to Fed. R. Crim. P. 45(b)(1)(A), for an order to be entered before the

expiration of the 14 day period to file post-trial motions (that is, no later than Friday, May

29, 2015) that extends the time for filing post-trial motions pursuant to Fed. R. Crim. P.

29 and 33 to August 17, 2015.

During a status conference held on Tuesday, May 19, 2015, undersigned counsel

made an oral request that the Court extend the time for filing post-trial motions for 90

days to allow counsel sufficient time to consult and review the record, which includes

numerous sealed documents that remain to be identified by docket number and unsealed.

The government did not object to this requested extension of time; and it assents to this

request.

To date, the Court has not issued a scheduling order.  Both Rules 29 and 33

require that post-trial motions be filed within 14 days of the verdict; alternatively, the

defendant may seek an extension of time within the 14 day period.  *See* Rule 45(b)(1)(A).

While the Court is no longer required to rule on a requested extension within the 14-day

1

period for filing underlying post-trial motions, *see* 2005 Advisory Committee Notes to

Rules 29 and 33, the Court nevertheless should rule within that time to provide the

defense with certainty about whether the deadline will be extended or whether, instead,

motions must be filed within 14 days to avoid losing the opportunity to seek relief

Given that the government posed no objection to the requested extension, and the

parties agreed that a delayed filing would not interfere with an earlier date for sentencing

the defendant, undersigned counsel seek a docketed order extending the time for filing

post-trial motions under Rule 29 and 33.

## CONCLUSION

For the reasons stated during the May 19, 2015, status conference and restated in

this motion, the defendant requests that an order be entered before Friday, May 29, 2015

granting an extension of time up to and including August 17, 2015 to file post-trial

motions.

> Respectfully submitted,
> DZHOKHAR TSARNAEV
> by his attorneys
>
> */s/ Judy Clarke*
>
> Judy Clarke, Esq. (CA Bar # 76071)
> CLARKE & RICE, APC
> 1010 Second Avenue, Suite 1800
> San Diego, CA 92101
> (619) 308-8484
> JUDYCLARKE@JCSRLAW.NET
>
> David I. Bruck, Esq.
> 220 Sydney Lewis Hall
> Lexington, VA 24450
> (540) 460-8188

BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 27, 2015.

/s/  Judy Clarke