| | Counts | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Count 1**: Conspiracy Use a WMD Resulting in Death of Krystle Campbell, Lingzi Lu, Martin Richard and Sean Collier | **Count 2**: Use a WMD Resulting in Death of Krystle Campbell | **Count 3**: Firearm Use Murder of Krystle Campbell | **Count 4**: Use a WMD Resulting in Death of Lingzi Lu and Martin Richard | **Count 5**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 6**: Conspiracy to Bomb a Place of Public Use Resulting in Death of Krystle Campbell, Lingzi Lu, Martin Richard and Sean Collier | **Count 7**: Bombing a Place of Public Use Resulting in Death of Krystle Campbell | **Count 8**: Firearm Use Murder of Krystle Campbell | **Count 9**: Bombing a Place of Public Use Resulting in Death of Lingzi Lu and Martin Richard | **Count 10**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 12**: Malicious Prop. Destruction Resulting in Death of Krystle Campbell | **Count 13**: Firearm Use Murder of Krystle Campbell | **Count 14**: Malicious Prop. Destruction Resulting in Death of Lingzi Lu and Martin Richard | **Count 15**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 16**: Firearm Use Murder of Sean Collier (re Count 1) | **Count 17**: Firearm Use Murder of Sean Collier (re Count 6) | **Count 18**: Firearm Use Murder of Sean Collier (re Count 11) |
| **Section 1: Age:** For each count, determine whether you unanimously find beyond a reasonable doubt that the defendant was 18 years or older at the time of the offense. Indicate a finding with an "X" in the appropriate column. | | | | | | | | | | | | | | | | | | |
| The defendant, Dzhokhar Tsarnaev was 18 years or older at the time of the offense: | | | | | | | | | | | | | | | | | | |
| | If you unanimously found beyond a reasonable doubt that Dzhokhar Tsarnaev was 18 years or older at the time he committed a particular offense, you may consider it in step two, threshold intent factors, below.  However, if you did not find that Dzhokhar Tsarnaev was 18 years old at the time of a particular offense, you may not impose the death penalty for it and must impose a sentence of life imprisonment for it in step six, below. | | | | | | | | | | | | | | | | | |

| | Counts | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 2: Threshold Intent Factors:** For each count, determine whether you unanimously find beyond a reasonable doubt that one or more threshold intent factors apply. Indicate a finding with an "X" in the appropriate column. | **Count 1**: Conspiracy Use a WMD Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 2**: Use a WMD Resulting in Death of Krystle Campbell | **Count 3**: Firearm Use Murder of Krystle Campbell | **Count 4**: Use a WMD Resulting in Death of Lingzi Lu and Martin Richard | **Count 5**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 6**: Conspiracy Bomb Place of Public Use Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 7**: Bombing a Place of Public Use Resulting in Death of Krystle Campbell | **Count 8**: Firearm Use Murder of Krystle Campbell | **Count 9**: Bombing a Place of Public Use Resulting in Death of Lingzi Lu and Martin Richard | **Count 10**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 12**: Malicious Prop. Destruction Resulting in Death of Krystle Campbell | **Count 13**: Firearm Use Murder of Krystle Campbell | **Count 14**: Malicious Prop. Destruction Resulting in Death of Lingzi Lu and Martin Richard | **Count 15**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 16**: Firearm Use Murder of Sean Collier (re Count 1) | **Count 17**: Firearm Use Murder of Sean Collier (re Count 6) | **Count 18**: Firearm Use Murder of Sean Collier (re Count 11) |
| Intentionally killed a victim: | | | | | | | | | | | | | | | | | | |
| Intentionally inflicted serious bodily injury that resulted in the death of a victim | | | | | | | | | | | | | | | | | | |
| Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and a victim died as a direct result of the act; or | | | | | | | | | | | | | | | | | | |
| Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act | | | | | | | | | | | | | | | | | | |
| | If you unanimously found beyond a reasonable doubt that Dzhokhar Tsarnaev satisfied at least one threshold intent factor for a particular offense, you may consider that charge in step three, statutory aggravating factors, below. However, if you did not find at least one intent factor for a particular offense, you may not impose the death penalty for it and must impose a sentence of life imprisonment for it in step six, below. | | | | | | | | | | | | | | | | | |

| | Counts | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 3: Statutory Agg. Factors:** For each count, determine whether you unanimously find beyond a reasonable doubt that one or more statutory aggravating factors apply. Indicate a finding with an "X" in the appropriate column. | **Count 1**: Conspiracy Use a WMD Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 2**: Use a WMD Resulting in Death of Krystle Campbell | **Count 3**: Firearm Use Murder of Krystle Campbell | **Count 4**: Use a WMD Resulting in Death of Lingzi Lu and Martin Richard | **Count 5**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 6**: Conspiracy to Bomb a Place of Public Use Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 7**: Bombing a Place of Public Use Resulting in Death of Krystle Campbell | **Count 8**: Firearm Use Murder of Krystle Campbell | **Count 9**: Bombing a Place of Public Use Resulting in Death of Lingzi Lu and Martin Richard | **Count 10**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 12**: Malicious Prop. Destruction Resulting in Death of Krystle Campbell | **Count 13**: Firearm Use Murder of Krystle Campbell | **Count 14**: Malicious Prop. Destruction Resulting in Death of Lingzi Lu and Martin Richard | **Count 15**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 16**: Firearm Use Murder of Sean Collier (re Count 1) | **Count 17**: Firearm Use Murder of Sean Collier (re Count 6) | **Count 18**: Firearm Use Murder of Sean Collier (re Count 11) |
| Death during the commission or flight from an offense under section 844(i) or 2332(a) | | | | | | | | | | | | | | | | | | ■ |
| Death during the commission or flight from an offense under section 2332(a) | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | |
| Knowingly creating a grave risk of death to others | | | | | | | | | | | | | | | | | | |
| Committing the offense in a heinous cruel or depraved manner | | | | | | | | | | | | | | | | | | ■ |
| Committing the offense after substantial planning and premeditation to cause the death of a person or commit an act of terrorism | | | | | | | | | | | | | | | | | | |
| Intentionally killing or attempting to kill more than one person in a single criminal episode | | | | | | | | | | | | | | | | | | |
| The victim was particularly vulnerable due to youth | | ■ | ■ | | | | ■ | ■ | | | ■ | ■ | | | ■ | ■ | ■ | ■ |
| | If you unanimously found beyond a reasonable doubt at least one statutory aggravating factor for a particular offense, you may consider it in step four, non- statutory aggravating factors, below.  However, if you did not find at least one statutory aggravator  for a particular offense, you may not impose the death penalty for it and must impose a sentence of life imprisonment for it in step six, below. | | | | | | | | | | | | | | | | | |

| | Counts | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 4: Non-Statutory Agg. Factors:** For each count, determine if you unanimously find beyond a reasonable doubt that one or more non-statutory aggravating factors apply. Indicate a finding with an "X" in the appropriate column. | **Count 1**: Conspiracy Use a WMD Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 2**: Use a WMD Resulting in Death of Krystle Campbell | **Count 3**: Firearm Use Murder of Krystle Campbell | **Count 4**: Use a WMD Resulting in Death of Lingzi Lu and Martin Richard | **Count 5**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 6**: Conspiracy Bomb Place of Public Use Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 7**: Bombing a Place of Public Use Resulting in Death of Krystle Campbell | **Count 8**: Firearm Use Murder of Krystle Campbell | **Count 9**: Bombing a Place of Public Use Resulting in Death of Lingzi Lu and Martin Richard | **Count 10**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 12**: Malicious Prop. Destruction Resulting in Death of Krystle Campbell | **Count 13**: Firearm Use Murder of Krystle Campbell | **Count 14**: Malicious Prop. Destruction Resulting in Death of Lingzi Lu and Martin Richard | **Count 15**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 16**: Firearm Use Murder of Sean Collier (re Count 1) | **Count 17**: Firearm Use Murder of Sean Collier (re Count 6) | **Count 18**: Firearm Use Murder of Sean Collier (re Count 11) |
| Encouraging Terrorism | | | | | | | | | | | | | | | | | | |
| Victim Impact | | | | | | | | | | | | | | | | | | |
| Site Selection | | | | | | | | | | | | | | | | ■ | ■ | ■ |
| Lack of Remorse | | | | | | | | | | | | | | | | | | |
| Victim Status | | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | |
| Uncharged Criminal Acts | | | | | | | | | | | | | | | | | | |
| | If you unanimously found a non-statutory aggravating factor beyond a reasonable doubt, you must weigh it in step six. | | | | | | | | | | | | | | | | | |

| Section 5: Mitigating Factors: Which mitigating factors, if any, do any of you find the defendant has proven by a preponderance of the evidence? Please indicate the number of jurors who find any mitigating factor in the column for any to which they find it applies. | Count 1: Conspiracy Use a WMD Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | Count 2: Use a WMD Resulting in Death of Krystle Campbell | Count 3: Firearm Use Murder of Krystle Campbell | Count 4: Use a WMD Resulting in Death of Lingzi Lu and Martin Richard | Count 5: Firearm Use Murder of Lingzi Lu and Martin Richard | Count 6: Conspiracy Bomb Place of Public Use Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | Count 7: Bombing a Place of Public Use Resulting in Death of Krystle Campbell | Count 8: Firearm Use Murder of Krystle Campbell | Count 9: Bombing a Place of Public Use Resulting in Death of Lingzi Lu and Martin Richard | Count 10: Firearm Use Murder of Lingzi Lu and Martin Richard | Count 12: Malicious Prop. Destruction Resulting in Death of Krystle Campbell | Count 13: Firearm Use Murder of Krystle Campbell | Count 14: Malicious Prop. Destruction Resulting in Death of Lingzi Lu and Martin Richard | Count 15: Firearm Use Murder of Lingzi Lu and Martin Richard | Count 16: Firearm Use Murder of Sean Collier (re Count 1) | Count 17: Firearm Use Murder of Sean Collier (re Count 6) | Count 18: Firearm Use Murder of Sean Collier (re Count 11) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dzhokhar Tsamaev was 19 years old at the time of the offenses | | | | | | | | | | | | | | | | | |
| Dzhokhar Tsaranev had no history of violent behavior prior to the crimes | | | | | | | | | | | | | | | | | |
| Dzhokhar would not have committed the crimes of which he has been convicted had it not been for the influence of his older brother, Tamerlan Tsarnaev | | | | | | | | | | | | | | | | | |
| Although guilty of these offenses, Dzhokhar Tsarnaev was not the leader or planner of the offenses | | | | | | | | | | | | | | | | | |
| Dzhokhar Tsarnaev was particularly susceptible to Tamerlan Tsarnaev's influence because of Tamerlan's age, his size, his personality, and his privileged status in the family | | | | | | | | | | | | | | | | | |

| Section 5: Mitigating Factors Cont'd: Which mitigating factors, if any, do any of you find the defendant has proven by a preponderance of the evidence? Please indicate the number of jurors who find any mitigating factor in the column for any to which they find it applies. | Counts | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Count 1**: Conspiracy Use a WMD Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 2**: Use a WMD Resulting in Death of Krystle Campbell | **Count 3**: Firearm Use Murder of Krystle Campbell | **Count 4**: Use a WMD Resulting in Death of Lingzi Lu and Martin Richard | **Count 5**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 6**: Conspiracy Bomb Place of Public Use Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 7**: Bombing a Place of Public Use Resulting in Death of Krystle Campbell | **Count 8**: Firearm Use Murder of Krystle Campbell | **Count 9**: Bombing a Place of Public Use Resulting in Death of Lingzi Lu and Martin Richard | **Count 10**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 12**: Malicious Prop. Destruction Resulting in Death of Krystle Campbell | **Count 13**: Firearm Use Murder of Krystle Campbell | **Count 14**: Malicious Prop. Destruction Resulting in Death of Lingzi Lu and Martin Richard | **Count 15**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 16**: Firearm Use Murder of Sean Collier (re Count 1) | **Count 17**: Firearm Use Murder of Sean Collier (re Count 6) | **Count 18**: Firearm Use Murder of Sean Collier (re Count 11) |
| Dzhokhar Tsarnaev's parents failed to provide him with positive guidance and support during his adolescence | | | | | | | | | | | | | | | | | | |
| Dzhokhar Tsarnaev's father suffered from mental illness and brain damage | | | | | | | | | | | | | | | | | | |
| Dzhokhar Tsarnaev's mother suffered from mental illness | | | | | | | | | | | | | | | | | | |
| Dzhokhar Tsarnaev's parents' return to Russia in 2012 left Tamerlan Tsarnaev as the dominant adult in Dzhokhar's life | | | | | | | | | | | | | | | | | | |
| Dzhokhar Tsarnaev was well regarded by his teachers and peers in middle school and high school | | | | | | | | | | | | | | | | | | |
| Dzhokhar Tsarnaev will not pose a significant risk of violent misconduct in the future if he is imprisoned for life | | | | | | | | | | | | | | | | | | |

| | Counts | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 5: Mitigating Factors Cont'd:** Which mitigating factors, if any, do any of you find the defendant has proven by a preponderance of the evidence? Please indicate the number of jurors who find any mitigating factor in the column for any to which they find it applies. | **Count 1**: Conspiracy Use a WMD Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 2**: Use a WMD Resulting in Death of Krystle Campbell | **Count 3**: Firearm Use Murder of Krystle Campbell | **Count 4**: Use a WMD Resulting in Death of Lingzi Lu and Martin Richard | **Count 5**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 6**: Conspiracy Bomb Place of Public Use Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 7**: Bombing a Place of Public Use Resulting in Death of Krystle Campbell | **Count 8**: Firearm Use Murder of Krystle Campbell | **Count 9**: Bombing a Place of Public Use Resulting in Death of Lingzi Lu and Martin Richard | **Count 10**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 12**: Malicious Prop. Destruction Resulting in Death of Krystle Campbell | **Count 13**: Firearm Use Murder of Krystle Campbell | **Count 14**: Malicious Prop. Destruction Resulting in Death of Lingzi Lu and Martin Richard | **Count 15**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 16**: Firearm Use Murder of Sean Collier (re Count 1) | **Count 17**: Firearm Use Murder of Sean Collier (re Count 6) | **Count 18**: Firearm Use Murder of Sean Collier (re Count 11) |
| Additional mitigating factor, if any (please identify): | | | | | | | | | | | | | | | | | | |
| Additional mitigating factor, if any (please identify): | | | | | | | | | | | | | | | | | | |
| Additional mitigating factor, if any (please identify): | | | | | | | | | | | | | | | | | | |
| Additional mitigating factor, if any (please identify): | | | | | | | | | | | | | | | | | | |
| | In step six, for each count for which you have found at least one eligibility factor under steps one, two and three, each of you must weigh any mitigating factor or factors that you have found to exist in this step. | | | | | | | | | | | | | | | | | |

| | Counts | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Section 6: Weighing the Factors:** Determine if all the aggravating factor or factors found to exist for each count sufficiently outweigh all the mitigating factor or factors found to exist for that count to justify a sentence of death, or, in the absence of a mitigating factor, whether the aggravating factor or factors alone are sufficient to justify a sentence of death. Indicate your verdict with an "X" in the appropriate column. | **Count 1**: Conspiracy Use a WMD Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 2**: Use a WMD Resulting in Death of Krystle Campbell | **Count 3**: Firearm Use Murder of Krystle Campbell | **Count 4**: Use a WMD Resulting in Death of Lingzi Lu and Martin Richard | **Count 5**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 6**: Conspiracy Bomb Place of Public Use Resulting in Death of K. Campbell, L. Lu, M. Richard and S. Collier | **Count 7**: Bombing a Place of Public Use Resulting in Death of Krystle Campbell | **Count 8**: Firearm Use Murder of Krystle Campbell | **Count 9**: Bombing a Place of Public Use Resulting in Death of Lingzi Lu and Martin Richard | **Count 10**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 12**: Malicious Prop. Destruction Resulting in Death of Krystle Campbell | **Count 13**: Firearm Use Murder of Krystle Campbell | **Count 14**: Malicious Prop. Destruction Resulting in Death of Lingzi Lu and Martin Richard | **Count 15**: Firearm Use Murder of Lingzi Lu and Martin Richard | **Count 16**: Firearm Use Murder of Sean Collier (re Count 1) | **Count 17**: Firearm Use Murder of Sean Collier (re Count 6) | **Count 18**: Firearm Use Murder of Sean Collier (re Count 11) |
| **A sentence of death:** | | | | | | | | | | | | | | | | | | |
| **A sentence of life:** | | | | | | | | | | | | | | | | | | |
| **Certification:** | By signing below, each juror declares that the sentences above are his or her own. | | | | | | | | | | | | | | | | | |

Date: _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

**Section 7:** By signing below, each juror declares that consideration of the race, color, religious beliefs, national origin, or sex of the defendant or any victim was not involved in reaching the verdict and that the individual juror would have made the same recommendation regarding a sentence for the crime in question no matter what the race, color, religious beliefs, national origin, or sex of the defendant or any victim may be.

Date: _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____