UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DZHOKHAR A. TSARNAEV,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL ACTION<br>NO. 1:13-cr-10200-GAO |

**MOTION OF BOSTON GLOBE MEDIA PARTNERS, LLC IN SUPPORT OF MOTION FOR ACCESS TO JURY LIST**

Boston Globe Media Partners, LLC (the "Globe") respectfully moves for public access to the jury list in this case. As grounds for its motion, the Globe states that the public has a right of access to the jury list (including the jurors' names and addresses) under the Jury Selection and Service Act of 1968, 28 U.S.C. § 1863, et seq. and the District of Massachusetts Plan for Random Selection of Jurors, § 10(a). See In re Globe Newspaper Co., 920 F.2d 88, 92 (1st Cir. 1990). The public also has a commensurate right of access to the jury list under the First Amendment. See generally Press−Enterprise Co. v. Superior Court, 464 U.S. 501 (1984) (constitutional right of access to transcript of jury voir dire). As further grounds for its motion, the Globe relies upon its memorandum of law, filed herewith.

-2-

By its attorneys,

/s/Jonathan M. Albano
Jonathan M. Albano BBO #013850
Emma D. Hall BBO #687947
MORGAN LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110
(617) 951-8000

Dated: June 12, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 12, 2015.

/s/Jonathan M. Albano
Jonathan M. Albano

DB3/ 200278946.1