UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| **DZHOKHAR A. TSARNAEV,** | ) | |
| **Defendant** | ) | |

**PROPOSED JUDGMENT WITH RESPECT TO
COUNTS FOUR, FIVE, NINE, TEN, FOURTEEN AND FIFTEEN**

The United States of America, by and through its undersigned counsel, pursuant to 18 U.S.C. § 3596 and 28 C.F.R. §§ 26.1 and 26.2, respectfully requests that the Court include the following language in the Judgment and Commitment Order:\

With regard to counts Four, Five, Nine, Ten, Fourteen, and Fifteen, it is ordered that the defendant be committed to the custody of the Attorney General until exhaustion of the procedures for appeal of the judgment of conviction and review of the sentence. When the sentence is to be implemented, the Attorney General shall release the defendant to the custody of the U.S. Marshal, who shall supervise implementation of the sentence in the manner prescribed by 18 USC § 3596 on a date and at a place to be designated by the director of the federal Bureau of Prisons.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
ALOKE S. CHAKRAVARTY
NADINE PELLEGRINI
STEVEN MELLIN
Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

*/s/ William D. Weinreb*
WILLIAM D. WEINREB