UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | |
| Defendant ) | |

**REVISED PROPOSED JUDGMENT WITH RESPECT TO
COUNTS FOUR, FIVE, NINE, TEN, FOURTEEN AND FIFTEEN**

The United States of America, by and through its undersigned counsel, pursuant to 18 U.S.C. § 3596 and 28 C.F.R. §§ 26.1 and 26.2, respectfully requests that the Court include the following language on Sheet 2 of Form AO 245B (Rev. 09/11) "Judgment in a Criminal Case," in the space marked "The Court makes the following recommendations to the Bureau of Prisons:"

the Attorney General shall release the defendant to the custody of a United States Marshal, who shall supervise implementation of the sentence in the manner prescribed by the law of the State of Indiana unless modified by later court order.

                                              Respectfully submitted,

                                              CARMEN M. ORTIZ
                                              UNITED STATES ATTORNEY

By:    /s/ William D. Weinreb
         WILLIAM D. WEINREB
         ALOKE S. CHAKRAVARTY
         NADINE PELLEGRINI
         STEVEN MELLIN
         Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

*/s/ William D. Weinreb*
WILLIAM D. WEINREB