```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )   Criminal Action
v.                                  )   No. 13-10200-GAO
                                    )
DZHOKHAR A. TSARNAEV, also          )
known as Jahar Tsarni,              )
                                    )
        Defendant.                  )
                                    )


        BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
              UNITED STATES DISTRICT JUDGE
```

**EXCERPT OF DISPOSITION**

**<u>ALLOCUTION OF DZHOKHAR A. TSARNAEV</u>**

```
     John J. Moakley United States Courthouse
                 Courtroom No. 9
                One Courthouse Way
          Boston, Massachusetts  02210
              Wednesday, June 24, 2015



           Marcia G. Patrisso, RMR, CRR
              Official Court Reporter
           John J. Moakley U.S. Courthouse
          One Courthouse Way, Room 3510
           Boston, Massachusetts  02210
                  (617) 737-8728

     Mechanical Steno - Computer-Aided Transcript
```

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: William D. Weinreb, Aloke Chakravarty and
 3             Nadine Pellegrini, Assistant U.S. Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6         By: Steven D. Mellin, Assistant U.S. Attorney
           Capital Case Section
 7         1331 F Street, N.W.
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         FEDERAL PUBLIC DEFENDER OFFICE
           By: Miriam Conrad, William W. Fick and Timothy G. Watkins,
10             Federal Public Defenders
           51 Sleeper Street
11         Fifth Floor
           Boston, Massachusetts  02210
12         - and -
           CLARKE & RICE, APC
13         By: Judy Clarke, Esq.
           1010 Second Avenue
14         Suite 1800
           San Diego, California  92101
15         - and -
           LAW OFFICE OF DAVID I. BRUCK
16         By: David I. Bruck, Esq.
           220 Sydney Lewis Hall
17         Lexington, Virginia  24450
           On Behalf of the Defendant
18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2                             * * *
 3              THE DEFENDANT:  Thank you, your Honor, for giving me
 4   an opportunity to speak.  I would like to begin in the name of
 5   Allah, the exalted and glorious, the most gracious, the most
 6   merciful, "Allah" among the most beautiful names.  Any act that
 7   does not begin in the name of God is separate from goodness.
 8              This is the blessed month of Ramadan, and it is the
 9   month of mercy from Allah to his creation, a month to ask
10   forgiveness of Allah and of his creation, a month to express
11   gratitude to Allah and to his creation.  It's the month of
12   reconciliation, a month of patience, a month during which
13   hearts change.  Indeed, a month of many blessings.
14              The Prophet Muhammad, peace and blessings be upon him,
15   said if you have not thanked the people, you have not thanked
16   God.  So I would like to first thank my attorneys, those who
17   sit at this table, the table behind me, and many more behind
18   the scenes.  They have done much good for me, for my family.
19   They made my life the last two years very easy.  I cherish
20   their company.  They're lovely companions.  I thank you.
21              I would like to thank those who took time out of their
22   daily lives to come and testify on my behalf despite the
23   pressure.  I'd like to thank the jury for their service, and
24   the Court.  The Prophet Muhammad, peace and blessings be upon
25   him, said that if you do not -- if you are not merciful to
```

```
 1    Allah's creation, Allah will not be merciful to you, so I'd
 2    like to now apologize to the victims, to the survivors.
 3            Immediately after the bombing, which I am guilty of --
 4    if there's any lingering doubt about that, let there be no
 5    more.  I did do it along with my brother -- I learned of some
 6    of the victims.  I learned their names, their faces, their age.
 7    And throughout this trial more of those victims were given
 8    names, more of those victims had faces, and they had burdened
 9    souls.
10            Now, all those who got up on that witness stand and
11    that podium related to us -- to me -- I was listening -- the
12    suffering that was and the hardship that still is, with
13    strength and with patience and with dignity.  Now, Allah says
14    in the Qur'an that no soul is burdened with more than it can
15    bear, and you told us just how unbearable it was, how
16    horrendous it was, this thing I put you through.  And I know
17    that you kept that much.  I know that there isn't enough time
18    in the day for you to have related to us everything.  I also
19    wish that four more people had a chance to get up there, but I
20    took them from you.
21            Now, I am sorry for the lives that I've taken, for the
22    suffering that I've caused you, for the damage that I've done.
23    Irreparable damage.
24            Now, I am a Muslim.  My religion is Islam.  The God I
25    worship, besides whom there is no other God, is Allah.  And I
```

1  prayed for Allah to bestow his mercy upon the deceased, those
2  affected in the bombing and their families.  Allah says in the
3  Qur'an that with every hardship there is relief.  I pray for
4  your relief, for your healing, for your well-being, for your
5  strength.
6          I ask Allah to have mercy upon me and my brother and
7  my family.  I ask Allah to bestow his mercy upon those present
8  here today.  And Allah knows best those deserving of his mercy.
9  And I ask Allah to have mercy upon the ummah of Prophet
10 Muhammad, peace and blessings be upon him.  Amin.  Praise be to
11 Allah, the Lord of the Worlds.
12         Thank you.
13                              * * *

C E R T I F I C A T E

I, Marcia G. Patrisso, RMR, CRR, Official Reporter of the United States District Court, do hereby certify that the foregoing transcript constitutes, to the best of my skill and ability, a true and accurate transcription of my stenotype notes taken in the matter of Criminal Action No. 13-10200-GAO, United States of America v. Dzhokhar A. Tsarnaev.

/s/ Marcia G. Patrisso
MARCIA G. PATRISSO, RMR, CRR
Official Court Reporter


Date:  6/24/15