```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )  Criminal Action
v.                                 )  No. 13-10200-GAO
                                   )
DZHOKHAR A. TSARNAEV, also         )
known as Jahar Tsarni,             )
                                   )
        Defendant.                 )
                                   )


        BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
             UNITED STATES DISTRICT JUDGE
```

**EXCERPT OF DISPOSITION RE APPEAL**

```
     John J. Moakley United States Courthouse
                 Courtroom No. 9
                One Courthouse Way
          Boston, Massachusetts  02210
             Wednesday, June 24, 2015



            Marcia G. Patrisso, RMR, CRR
               Official Court Reporter
           John J. Moakley U.S. Courthouse
          One Courthouse Way, Room 3510
           Boston, Massachusetts  02210
                   (617) 737-8728

     Mechanical Steno - Computer-Aided Transcript
```

```
 1    APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: William D. Weinreb, Aloke Chakravarty and
 3            Nadine Pellegrini, Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        - and -
          UNITED STATES DEPARTMENT OF JUSTICE
 6        By: Steven D. Mellin, Assistant U.S. Attorney
          Capital Case Section
 7        1331 F Street, N.W.
          Washington, D.C.  20530
 8        On Behalf of the Government

 9        FEDERAL PUBLIC DEFENDER OFFICE
          By: Miriam Conrad, William W. Fick and Timothy G. Watkins,
10            Federal Public Defenders
          51 Sleeper Street
11        Fifth Floor
          Boston, Massachusetts  02210
12        - and -
          CLARKE & RICE, APC
13        By: Judy Clarke, Esq.
          1010 Second Avenue
14        Suite 1800
          San Diego, California  92101
15        - and -
          LAW OFFICE OF DAVID I. BRUCK
16        By: David I. Bruck, Esq.
          220 Sydney Lewis Hall
17        Lexington, Virginia  24450
          On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2                            * * *
 3           MS. CLARKE:  The other thing, your Honor, is the Court
 4   has set the deadline for the filing of post-trial motions of
 5   August the 17th.  We will be filing the motions by that day.
 6   Under FRAP Rule 4(b), that extends the time for the filing of
 7   the notice of appeal 14 days after the ruling on timely filed
 8   motions, and we just wanted the Court to know that that would
 9   be the notice of appeal deadline for us.
10           THE COURT:  I'm not an appellate practitioner, but my
11   understanding is the rule, as it stands now, requires the
12   notice to be filed within 14 days of the entry of judgment, but
13   that it does not become effective as a notice of appeal until
14   the post-trial motions have been resolved.  That's my
15   understanding.
16           MS. CLARKE:  And my understanding is that it is filed
17   14 days after the ruling on a timely filed motion, but we'll
18   certainly heed the Court's comments.
19           THE COURT:  You would be advised to file within 14
20   days of the date of entry of judgment.
21           MS. CLARKE:  Thank you, your Honor.
22           THE COURT:  I actually now formally advise the
23   defendant that you have the right to appeal both the conviction
24   and the sentence.  If you do wish to appeal, you must file a
25   notice of appeal in accordance with the rules of appellate
```

1  procedure, and that must be done within 14 days of the entry of
2  judgment.  As I say, it will become effective, in light of the
3  post-trial motions and the extension of time we've given, once
4  those post-trial motions have been resolved.

                                * * *

```
 1                      C E R T I F I C A T E
 2
 3         I, Marcia G. Patrisso, RMR, CRR, Official Reporter of
 4   the United States District Court, do hereby certify that the
 5   foregoing transcript constitutes, to the best of my skill and
 6   ability, a true and accurate transcription of my stenotype
 7   notes taken in the matter of Criminal Action No. 13-10200-GAO,
 8   United States of America v. Dzhokhar A. Tsarnaev.
 9
10   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
11   Official Court Reporter
12   Date: 6/25/15
```