

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

June 17, 2015

**BY ELECTRONIC MAIL**

The Honorable George A. O'Toole
United States District Judge
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re:    *United States v. Dzhokhar Tsarnaev*, Crim. No. 13-10200-GAO

Dear Judge O'Toole:

    Attached are victim impact statements submitted to the United States Attorney's Office in connection with this case. At the request of the United States Probation Office, we are sending the statements directly to you.

    Approximately 30 victims have indicated that they would like to speak at the sentencing hearing. Most, but not all, of those who wish to speak are among those who have submitted written statements and are likely simply to read them aloud.

                             Very truly yours,

                               CARMEN M. ORTIZ
                               United States Attorney

                By:    /s/ William D. Weinreb
                        WILLIAM D. WEINREB
                        ALOKE S. CHAKRAVARTY
                        NADINE PELLEGRINI
                        STEVEN MELLIN
                        Assistant U.S. Attorneys

Cc: Defense counsel (by electronic mail)