UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DZHOKHAR A. TSARNAEV,<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　CRIMINAL ACTION<br>)　NO. 1:13-cr-10200-GAO<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL FILING OF BOSTON GLOBE MEDIA PARTNERS, LLC IN SUPPORT OF MOTION FOR ACCESS TO JURY LIST**

　　Boston Globe Media Partners, LLC (the "Globe") respectfully supplements its Motion for Access to Jury List as follows:

　　1.　On June 12, 2015, the Globe filed a motion and supporting memorandum of law for access to the jury list in this case. [DE 1462 and 1463].

　　2.　On July 21, 2015, the defendant filed a response to the Globe's motion. [DE 1497]. The defendant's response stated that he has no objection to the Globe's motion.

　　3.　On July 20, 2015, the government advised undersigned counsel that it does not intend to file a response to the motion.

　　WHEREFORE, for the reasons set forth in the Globe's memorandum of law, and there being no opposition thereto, the Globe respectfully requests that its Motion for Access to Jury List be granted.

-2-

By its attorneys,

/s/Jonathan M. Albano
Jonathan M. Albano BBO #013850
Emma D. Hall BBO #687947
MORGAN LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110
(617) 951-8000

Dated: July 22, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 22, 2015.

/s/Emma D. Hall
Emma D. Hall

DB3/ 200357092.1