UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>             v.<br><br>DZHOKHAR A. TSARNAEV,<br>                    Defendant. | CRIMINAL ACTION<br>NO. 1:13-cr-10200-GAO |

## MOTION OF TRUSTEES OF BOSTON UNIVERSITY, D/B/A WBUR-FM TO JOIN IN MOTION FOR ACCESS TO JURY LIST

The Trustees Of Boston University, d/b/a WBUR-FM ("WBUR") hereby move for leave to join in the Motion for Access to Jury List filed by Boston Globe Media Partners LLC (the "Globe") [DE 1462 and 1463]. As grounds for the motion, WBUR states as follows:

1. On June 12, 2015, the Globe filed a motion and supporting memorandum of law for access to the jury list in this case.

2. On July 21, 2015, the defendant filed a response to the Globe's motion, stating that the Globe's memorandum of law "correctly sets forth and applies the governing legal principles" and that "defendant has no objection to the motion." [DE 1497]

3. On July 20, 2015, the government advised undersigned counsel that it did not intend to file a response to the motion.

4. As further grounds for its motion, WBUR incorporates by reference the arguments made in the Globe's memorandum of law [DE 1463].

WHEREFORE, WBUR respectfully moves for leave to join in the Globe's Motion for Access to Jury List and requests that the motion, which is unopposed, be granted.

                               **TRUSTEES OF BOSTON UNIVERSITY D/B/A WBUR-FM**

                               By their attorneys,

                               /s/Jonathan M. Albano
                               Jonathan M. Albano BBO #013850
                               Emma D. Hall BBO #687947
                               MORGAN LEWIS & BOCKIUS LLP
                               One Federal Street
                               Boston, MA  02110
                               (617) 951-8000

Dated: July 22, 2015

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 22, 2015.

                               /s/Emma D. Hall
                               Emma D. Hall

DB3/ 200357273.1