UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
[UNDER SEAL]
August 19, 2015

O'TOOLE, D.J.

The defendant has moved to seal an unredacted copy of his Memorandum in Support of Motion of Judgment Notwithstanding Verdict and for New Trial, as well as exhibits accompanying the memorandum.[1] The proposed memorandum details, among other things, juror names and the social media activity of jurors and individuals in their social networks. In order to protect the privacy of jurors and help maintain the integrity of the post-trial proceedings, the motion to seal (dkt. no.1507) is GRANTED at this time.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge

---

[1] A redacted copy of the memorandum is available on the public docket.