Unable to Scan Due to Volume Entry Submitted as a CD