May 15 · Wakefield, MA · 🌐

Fuck yes the piece of shit has been sentenced to death rot in hell motherfucker

Share

👍 32 people like this.

Needed to set an example
👍 1 · May 15 at 3:45pm

I still say he should be hung in Boston common and anybody who would like to go down there and throw rocks at him till he dies can attend
👍 3 · May 15 at 3:51pm

I feel like Russia is guna start a war over this
May 15 at 4:31pm

I'd rather he got life in prison. Now we have to deal with them shutting down Boston again for the next year and a half while he appeals the verdict.
👍 1 · May 15 at 6:59pm