

**Mike Noal**
May 15 at 4:20pm

That's a wrap

Share

👍 39 people like this.

> Any idea how much I was hoping you'd grab a mic?
> 1 - May 15 at 4:33pm

> Good job bro!!!!!
> 1 - May 15 at 4:37pm

> Welcome back
> 1 - May 15 at 4:39pm

> Awesome job!!!
> 1 - May 15 at 4:41pm

> Yay!!! I'm so intrigued how it all went!! You're a part of history now!!!
> 1 - May 15 at 4:42pm

> Were you the one the news said "never wore a tie the whole time but did today"? Lol
> 1 - May 15 at 4:44pm

> 🤍🩶🩶🩶🩶🩶🩶🩶
> 1 - May 15 at 4:44pm


4 - May 15 at 4:44pm

> That was obviously my first thought too 😂
> 2 - May 15 at 4:44pm

> Lol^^^that! Right there!
> 2 - May 15 at 4:44pm