[redacted] Of course I had to text Colleen to see if he borrowed one from Matt 😊
👍 4 · May 15 at 4:45pm

[redacted] Atta boy
👍 1 · May 15 at 4:45pm

**Mike Neal** Ya that was me...I rocked the tie all day
👍 11 · May 15 at 4:46pm

[redacted] 👍 💻 💬
👍 1 · May 15 at 4:46pm

[redacted] Hahahah knew it!!
👍 2 · May 15 at 4:47pm

[redacted] And I saw the judge said you all are free to share your experiences and I'm letting you know right now I am 100% interested!! I've been wanting to ask you things the whole time but knew you couldn't talk about it
May 15 at 4:50pm

[redacted] The news even described I think, what you were wearing...a black shirt? Lol
👍 1 · May 15 at 4:50pm

**Mike Neal** judgement day 🙂
👍 9 · May 15 at 4:52pm

[redacted] Good job hurry home!
👍 1 · May 15 at 5:32pm

[redacted] Thats awesome, good choice
👍 1 · May 15 at 7:10pm

[redacted] Steel Neal your the man guy Need to hear about some of this stuff
👍 2 · May 15 at 9:17pm

[redacted] Great job Mike! Thanks for serving up some justice.
👍 1 · May 15 at 11:11pm