
June 24 at 5:24pm



Like · Share · 👍 10 💬 2

👍 10 people like this.

 YES!
June 24 at 5:40pm · Like · 👍 1

 Ann Petraglia Gilbert LOVE IT !
Yesterday at 8:32am · Like · 👍 1