

June 24 at 6:52am

Back to boston today....see the end of this...for now anyway

Share

👍 9 people like this.

**Mike Neal** What a joke...waste of time
17 hrs