

June 24 at 12:23pm

Scum

Share

👍 2 people like this.