

16 hrs ·

Atleast they finally moved that trash out of the state and making their way to the dungeon where he will be forgotten about until his time comes

Share

👍 15 people like this.