UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


```
                              )
UNITED STATES OF AMERICA,     )
                              )
         Plaintiff,           )
                              )   Criminal Action
v.                            )   No. 13-10200-GAO
                              )
DZHOKHAR A. TSARNAEV, also    )
known as Jahar Tsarni,        )
                              )
         Defendant.           )
                              )
```


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


**LOBBY CONFERENCE**


John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Monday, April 6, 2015
9:18 a.m.



Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

1   APPEARANCES:

2       OFFICE OF THE UNITED STATES ATTORNEY
        By: Aloke Chakravarty Assistant U.S. Attorney
3       John Joseph Moakley Federal Courthouse
        Suite 9200
4       Boston, Massachusetts  02210
        On Behalf of the Government

5

       CLARKE & RICE, APC
6       By: Judy Clarke, Esq.
        1010 Second Avenue
7       Suite 1800
        San Diego, California  92101
8       On Behalf of the Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

1

2      THE CLERK:  Judge, I have Number 35 here.

3      THE COURT:  Good morning.

4      JUROR NO. 35:  Hi.  I'm a little nervous.

5      THE COURT:  Don't be nervous.  We're about to get

6  going.  I just wanted to ask each of you individually whether

7  you've had any difficulty in following the instructions about

8  avoiding any discussion of the case with anyone or any exposure

9  to media reports about it.

10      JUROR NO. 35:  No.

11      THE COURT:  In other words, this is the last time

12  before we really get the case.

13      JUROR NO. 35:  Yeah.

14      THE COURT:  I want to just --

15      JUROR NO. 35:  No, absolutely not.

16      THE COURT:  Okay.  So you've followed those

17  instructions?

18      JUROR NO. 35:  Yes, I have.

19      THE COURT:  You haven't read the newspaper stories?

20      JUROR NO. 35:  No, absolutely not.

21      THE COURT:  You know, as a lead-up to today there's

22  been some more activity.

23      JUROR NO. 35:  I don't watch the news.

24      THE COURT:  Okay.  Thank you.

25      (Juror No. 35 is excused.)

1          THE CLERK:  Judge, I have Juror No. 41.

2          THE COURT:  Good morning.

3          JUROR NO. 41:  Good morning.

4          THE COURT:  This will be, I hope, brief.

5          JUROR NO. 41:  How are you?

6          THE COURT:  We're about to get started.  The case will

7    be in the jury's hands pretty soon, so I just want to ask for

8    the last time to be sure:  Have you had any difficulty in

9    following the instructions about keeping away from news reports

10   or talking about the case with anybody?

11         JUROR NO. 41:  No, no difficulty.

12         THE COURT:  No difficulty?  You haven't seen or read

13   any reports, including anything leading up to the case going to

14   the jury?  There's been a lot of press activity, obviously, as

15   you can imagine.

16         JUROR NO. 41:  No.  I mean, you know, if I'm watching

17   TV and it starts to come on, I remove myself from the

18   situation.

19         THE COURT:  Okay.  And you haven't had any discussions

20   with anybody about the substance of the case?

21         JUROR NO. 41:  No, although they've tried.

22         (Laughter.)

23         THE COURT:  I'm sure they have.  That's why we're so

24   sensitive to this, because we know in real life that's what

25   happens.  But you've been able to follow the instructions?

1          JUROR NO. 41:  Yes.

2          THE COURT:  Okay.  Thank you very much.

3          JUROR NO. 41:  Okay.  You're welcome.

4          THE COURT:  And, please, as we're doing this one by

5    one, it's going to take us a while to get through 18.  As

6    you're standing lined up, please don't talk about it either.

7          JUROR NO. 41:  Okay.

8          (Juror No. 41 is excused.)

9          THE CLERK:  Judge, I have Juror No. 83 here.

10          THE COURT:  Okay.  Come in, sir.

11          Would you line up the next one, Paul, so we can go

12    right after?

13          THE CLERK:  Yeah.

14          THE COURT:  Good morning.

15          JUROR NO. 83:  Good morning.  How are you?

16          THE COURT:  Good.

17          We're almost at the point where the jury is going to

18    get the case.  I just want to ask again for the last time

19    before we do that whether you've had any problem in avoiding

20    news reports about the case.

21          JUROR NO. 83:  No; I've been very good about staying

22    away from it, so...

23          THE COURT:  Okay.  Including over the weekend there

24    have been reports about things leading up to today in the

25    press?

```
 1              JUROR NO. 83:  No, I haven't heard anything.

 2              THE COURT:  Okay.  And you've been able to avoid

 3    talking about the merits of the case with anybody?

 4              JUROR NO. 83:  Yeah.

 5              THE COURT:  Okay.  Thanks.  That's all I want to know.

 6              JUROR NO. 83:  All right.

 7              (Juror No. 83 is excused.)

 8              THE CLERK:  Next up is 102.

 9              THE COURT:  Good morning.  What did you do to your

10    hand?

11              JUROR NO. 102:  I fractured my wrist.

12              THE COURT:  Oh, dear.  I'm sorry.

13              JUROR NO. 102:  I'll be okay.

14              THE COURT:  This will be -- just quick, I just wanted

15    to touch base with each of you individually to be sure before

16    we get to the next stage that you've been able to stay away

17    from news reports in the case?

18              JUROR NO. 102:  Yes.

19              THE COURT:  Has that been true?

20              JUROR NO. 102:  Uh-huh.

21              THE COURT:  Over the weekend there have been reports

22    by the press, you know, getting excited about today happening

23    and so on.  Have you seen or read anything about that?

24              JUROR NO. 102:  No, nothing, actually.

25              THE COURT:  Okay.  Have you been able to avoid talking
```

1   about the merits of the case with anyone?

2           JUROR NO. 102:  Yeah.

3           THE COURT:  That's all I wanted to know.

4           JUROR NO. 102:  Okay.

5           (Juror No. 102 is excused.)

6           THE CLERK:  Juror No. 138.

7           THE COURT:  Good morning.  Have a seat quickly.

8           JUROR NO. 138:  How are you guys doing?

9           THE COURT:  We're at the stage where the case is going

10  to be submitted to the jury.  I just wanted to take one last

11  chance to talk to each of you individually to be sure you have

12  followed the instructions not to talk about the merits of the

13  case with anyone.

14          JUROR NO. 138:  Yes.

15          THE COURT:  And avoid news reports about the case?

16          JUROR NO. 138:  Yes.

17          THE COURT:  There's been some publicity over the

18  weekend about things as the press anticipates today.  And

19  you've been able to --

20          JUROR NO. 138:  Yeah, I didn't watch any news.

21          THE COURT:  Or read the papers?

22          JUROR NO. 138:  No, I don't read the paper.

23          THE COURT:  All right.  That's all I wanted to know.

24          JUROR NO. 138:  All right.  Awesome.

25          (Juror No. 138 is excused.)

1            THE CLERK:  229.

2            THE COURT:  Good morning.

3            JUROR NO. 229:  Good morning.

4            THE COURT:  Just sit briefly.  It will be brief.

5            JUROR NO. 229:  Okay.

6            THE COURT:  Just as we are about at the last stage of

7  the case in the courtroom, we're going to put the case to the

8  jury, I just wanted to ask for the last time whether you've had

9  any problem in avoiding news reports about the case.

10           Have you been able to avoid the press over the

11  weekend?  And, in particular, the press is getting excited

12  about the --

13           JUROR NO. 229:  Sure.  No one has talked to me.

14           THE COURT:  -- events today.

15           You haven't seen anything in the papers or anything?

16           JUROR NO. 229:  No.

17           THE COURT:  Okay.  And you've been able to avoid

18  talking about the case with anybody?

19           JUROR NO. 229:  Uh-huh.

20           THE COURT:  Yes?

21           JUROR NO. 229:  Yes.  I'm sorry.  Yes.

22           THE COURT:  Okay.  Fine.  Thank you.

23           JUROR NO. 229:  Thank you.

24           (Juror No. 229 is excused.)

25           THE CLERK:  286, Judge.

1          THE COURT:  Good morning.

2          JUROR NO. 286:  Good morning.

3          THE COURT:  Just briefly, I just wanted to talk to

4    each of you individually to be sure that you've had no problem

5    in abiding by the instructions to avoid talking about the case

6    with anyone.

7          JUROR NO. 286:  Right.  Yes.

8          THE COURT:  And to avoid news reports about the

9    matter?

10          JUROR NO. 286:  Uh-huh.

11          THE COURT:  As the case came to today, the press has

12    been having stories that lead up, over the weekend, and so on.

13    Did you see any of those or read any of those?

14          JUROR NO. 286:  No, I worked all weekend.

15          THE COURT:  Good for you.  All right.  Thank you.

16    That's all I wanted to know.

17          JUROR NO. 286:  All right.

18          (Juror No. 286 is excused.)

19          THE CLERK:  349.

20          THE COURT:  Good morning.

21          JUROR NO. 349:  Good morning.

22          THE COURT:  Have a seat briefly.  I'm just talking to

23    each of you individually as we get ready to present the case to

24    you to be sure you've had no problem avoiding news reports

25    about the case.

1          JUROR NO. 349:  No, I haven't.

2          THE COURT:  There's been some activity over the

3    weekend as the press anticipates the occasion for today.  Have

4    you been able to stay away from those stories?

5          JUROR NO. 349:  Yeah.  Yeah.

6          THE COURT:  Okay.  Have you also been able to avoid

7    any discussion of the case with anybody about the merits of the

8    case or anything?

9          JUROR NO. 349:  No.  Uh-huh.  Yes.  Sorry.

10         THE COURT:  All right.  That's it.  Thank you.

11         JUROR NO. 349:  That's it?

12         (Juror No. 349 is excused.)

13         THE CLERK:  Next up is Juror 395.

14         THE COURT:  Good morning.

15         JUROR NO. 395:  Good morning.

16         THE COURT:  Just have a seat briefly.

17         JUROR NO. 395:  Sure.

18         THE COURT:  I'm just taking this occasion before we

19    send the case to you to be sure that each of the jurors has

20    been able to abide by the instructions and stay away from any

21    news reports of the case.

22         JUROR NO. 395:  I have.

23         THE COURT:  You have been able to do that?

24         JUROR NO. 395:  Yes.

25         THE COURT:  Okay.  Including over the weekend there

1  has been some press activity as they anticipate today.  Have

2  you been able to avoid any --

3         JUROR NO. 395:  I honestly have not looked at

4  television.  And over the weekend with family I did have to

5  excuse myself once or twice, but --

6         THE COURT:  To avoid discussion of the case?

7         JUROR NO. 395:  -- for the most part people were very

8  respectful of my situation.

9         THE COURT:  Okay.  So when you thought it was getting

10  close, you took measures to stay away from --

11         JUROR NO. 395:  They actually gave me -- my family

12  actually gave me a warning and told me that I needed to leave.

13  So they were pretty respectful.

14         THE COURT:  Okay.  And you mentioned TV.  Newspapers

15  as well?

16         JUROR NO. 395:  No newspapers.

17         THE COURT:  Okay.  Thanks very much.

18         JUROR NO. 395:  Okay.  Thank you.

19         (Juror No. 395 is excused.)

20         THE CLERK:  441.

21         THE COURT:  Good morning.

22         JUROR NO. 441:  Good morning.

23         THE COURT:  I'm just taking this opportunity before we

24  send the case to the jury to touch base with each of you to

25  make sure that you've had no trouble in avoiding any discussion

1    of the case with anyone.  Is that the -- is that true?

2              JUROR NO. 441:  Yes.

3              THE COURT:  You avoided it?

4              JUROR NO. 441:  Uh-huh.

5              THE COURT:  And you've been able to avoid any news

6    reports about the case?

7              JUROR NO. 441:  Yes.

8              THE COURT:  Including over the weekend, as some of the

9    press has started to, you know, increase their coverage as we

10   come to today?

11             JUROR NO. 441:  Yes, I avoided it.

12             THE COURT:  Okay.  You didn't look at the daily

13   newspapers or anything like that?

14             JUROR NO. 441:  No, purposefully not.

15             THE COURT:  Okay.  Thank you.

16             JUROR NO. 441:  All right.

17             (Juror No. 441 is excused.)

18             THE CLERK:  480.

19             THE COURT:  Good morning.

20             JUROR NO. 480:  How are you?

21             THE COURT:  Good.  Just have a seat briefly.

22             Just as we get ready to send the case to the jury, I'm

23   taking the opportunity to talk to each of you individually to

24   be sure you've had no problem in following my instructions

25   about avoiding news accounts of the case.

1          JUROR NO. 480:  Yeah.

2          THE COURT:  Is that -- have you been able to do that?

3          JUROR NO. 480:  Those will occur.

4          THE COURT:  Yup.  Have you avoided it?

5          JUROR NO. 480:  As much as I could.  I mean, you hear

6    it and you try to look the other way and --

7          THE COURT:  And were you able to do that?

8          JUROR NO. 480:  Oh, yeah.

9          THE COURT:  Huh?

10         JUROR NO. 480:  I guess the good thing is I'm pretty

11   much hard of hearing, so I can focus a lot.  And the best thing

12   about the case was the microphones.  So that worked out good.

13         THE COURT:  But If you thought you were being exposed

14   to something, did you take some steps to avoid it?

15         JUROR NO. 480:  Yeah, (guttural utterance while

16   indicating).  Left turn.

17         THE COURT:  Okay.  And did you avoid talking about the

18   case with anyone?

19         JUROR NO. 480:  Not recently.  I mean, back when we

20   had our interviews, I told you I mentioned it with my mother

21   and --

22         THE COURT:  Yeah.  Well, what you mentioned is that

23   you were called for service.  Is that it?

24         JUROR NO. 480:  Yeah.

25         THE COURT:  Did you talk about the substance of the

 1    case with anyone?

 2              JUROR NO. 480:  No.

 3              THE COURT:  All right.  Thanks.

 4              JUROR NO. 480:  Thank you.

 5              (Juror No. 480 is excused.)

 6              THE CLERK:  487.

 7              THE COURT:  Good morning.

 8              JUROR NO. 487:  Good morning.

 9              THE COURT:  As we get ready to send the case to the

10    jury, I just want to take this opportunity to be sure that

11    you've had no problem in avoiding news reports about the case?

12              JUROR NO. 487:  No problem.

13              THE COURT:  Okay.  There's been some activity over the

14    weekend as the press anticipates today.

15              JUROR NO. 487:  Yeah.

16              THE COURT:  Have you seen or read any of that

17    coverage?

18              JUROR NO. 487:  Nope, none at all.

19              THE COURT:  Okay.  And have you avoided talking about

20    the case with other people?

21              JUROR NO. 487:  Yes.

22              THE COURT:  Okay.  Thank you.

23              JUROR NO. 487:  Is that it?  Okay.

24              (Juror No. 487 is excused.)

25              THE CLERK:  552.

1           THE COURT:  Good morning.

2           JUROR NO. 552:  Good morning.

3           THE COURT:  This will be brief.  I just wanted to

4    touch base with each of you as we get ready to send the case to

5    the jury to be sure that you've been able to follow the

6    instructions to avoid news reports about the case.

7           JUROR NO. 552:  Yes, I have, your Honor.  Yes.

8           THE COURT:  Particularly over the weekend as the press

9    anticipates today, there's been some increased activity in both

10   the newspapers and the radio and TV.  Have you been able to --

11          JUROR NO. 552:  I pretty much gave up watching the

12   news for the most part.

13          THE COURT:  Nothing good has happened, I'll tell you.

14          (Laughter.)

15          JUROR NO. 552:  Surprise.

16          THE COURT:  Have you also avoided talking about the

17   merits of the case with anyone?

18          JUROR NO. 552:  Yes.  Absolutely, your Honor.

19          THE COURT:  Okay.  Thank you.

20          JUROR NO. 552:  You're welcome.

21          (Juror No. 552 is excused.)

22          THE CLERK:  567.

23          JUROR NO. 567:  Good morning, your Honor.

24          THE COURT:  Good morning.  Briefly --

25          JUROR NO. 567:  Sure.

1          THE COURT:  -- I just want to talk to each of you

2    individually as we get ready to send the case to you to be sure

3    that you've had no trouble in following my instructions and

4    avoiding the newspapers and the TV reports about the case.

5          JUROR NO. 567:  Yes, sir.

6          THE COURT:  You tell me affirmatively --

7          JUROR NO. 567:  I have.  Yes, I have avoided all

8    opportunities.

9          THE COURT:  Okay.  Okay.  And particularly, over the

10   weekend there's been some increased press interest in the case

11   knowing about today, so...

12         JUROR NO. 567:  I didn't see any all weekend long.  I

13   don't even have cable TV.

14         THE COURT:  Okay.  That includes newspapers as well?

15         JUROR NO. 567:  Newspapers:  I haven't read one.  I've

16   kind of Jonesed it, so...

17         (Laughter.)

18         THE COURT:  And have you been able to avoid talking

19   about the merits of the case with anyone?

20         JUROR NO. 567:  Yes.  Yes, I have.

21         THE COURT:  All right.  Very good.  Thank you.

22         (Juror No. 567 is excused.)

23         THE CLERK:  588.

24         THE COURT:  Good morning.

25         JUROR NO. 588:  Good morning.

1          THE COURT:  I just wanted to take the opportunity to

2     talk to each of you individually as we get ready to present the

3     case to you to be sure that you've had no problem in following

4     the instructions about not talking about the case with anyone?

5          JUROR NO. 588:  Yeah, it hasn't been a problem.

6          THE COURT:  Okay.  Have you avoided media reports,

7     news, TV, newspapers?

8          JUROR NO. 588:  Yeah.  Anytime it comes on, I just

9     leave the room, turn it off.

10          THE COURT:  Okay.  And in anticipation of today, the

11     press over the weekend/late last week, you know, started

12     getting more stories.

13          JUROR NO. 588:  They did?

14          THE COURT:  Have you avoided those?

15          JUROR NO. 588:  Oh, okay.  Sorry.

16          THE COURT:  All right.  Have you avoided them?

17          JUROR NO. 588:  Yes.

18          THE COURT:  Okay.  All right.  Thank you.

19          JUROR NO. 588:  Okay.

20          (Juror No. 588 is excused.)

21          THE CLERK:  598.

22          THE COURT:  What happened?

23          JUROR NO. 598:  Nothing major.  Not this past weekend,

24     the weekend before, I strained my T-band.  A lifelong break.

25     And went to the hospital and they said just stay off of it for

1   three to five days and you'll be fine.  I can walk on it now.

2   It's feels 100 percent better.  I'm not in pain.  I just --

3         THE COURT:  Will it be any problem for you to sit for

4   an extended period of time?

5         JUROR NO. 598:  No, no, no, not at all.  The tendon

6   feels great.

7         THE COURT:  If you feel you think you need to stand up

8   to relieve it.

9         JUROR NO. 598:  I don't.  I don't.

10        THE COURT:  All right.

11        JUROR NO. 598:  It's already better.  Just two days on

12  crutches, it's better.  It's like I probably don't even need

13  these.  I'm thinking about not bringing them in because I don't

14  want the attention.

15        THE COURT:  All right.  So I just wanted to talk to

16  each of you individually to be sure that you've had no problem

17  in avoiding news reports about the case.

18        JUROR NO. 598:  Zero.

19        THE COURT:  Okay.  Both TV and radio and newspapers?

20        JUROR NO. 598:  Yeah, I've listened to the radio on

21  the way in and it's come on and I just turn it -- there's

22  nothing they're going to tell me that...

23        THE COURT:  Right.  So if you hear it coming on --

24        JUROR NO. 598:  I turn the channel.

25        THE COURT:  -- you actually turn the station and get

 1    rid of it?

 2            JUROR NO. 598:  Yeah, and at home too.  I mean, my

 3    wife watches the news.  I'm not really watching any news, or

 4    try not to.  Or sometimes I'll watch a little bit, national

 5    news or something.  But if there's anything on, I just walk

 6    away.  There's nothing -- I didn't see any point.  There's

 7    nothing that I could absolutely hear about this.  I mean,

 8    what's the point?  There's -- I'm an eyewitness.

 9            THE COURT:  Right.  And have you been able to avoid

10    talking about the case with people?

11            JUROR NO. 598:  I've not only avoided talking about

12    the case but I've avoided people in general.  I mean, when I

13    first came up, there's people who knew I came up and obviously

14    curios and I'd say, "I can't talk about it.  I can't talk about

15    it."  And as time went on -- I mean, I work alone, I go home, I

16    play with my kids.  And I just want to get the hell away from

17    it really.

18            THE COURT:  Okay.  Thank you.

19            JUROR NO. 598:  All right?  Thank you.

20            (Juror No. 598 is excused.)

21            THE CLERK:  608.

22            THE COURT:  Have a seat.  Good morning.

23            JUROR NO. 608:  Good morning.

24            THE COURT:  This will be brief.

25            JUROR NO. 608:  Okay.

1          THE COURT:  I just wanted to touch base with each of

2     you individually to be sure that you've had no problem avoiding

3     news reports about the case during the presentation of the

4     trial.

5          JUROR NO. 608:  Yes, I have not read news reports.

6          THE COURT:  Okay.  Both newspapers and TV, radio?

7          JUROR NO. 608:  The TV comes on, I walk in the other

8     room and my husband yells when it's time to come back.

9          THE COURT:  Okay.

10          JUROR NO. 608:  And on Tuesday he actually cut an

11     article out of the newspaper, so I said, "What happened to the

12     paper?"  But that was the only time he did that.

13          THE COURT:  Did he used to work for the CIA?

14          JUROR NO. 608:  No.  No.

15          (Laughter.)

16          THE COURT:  And have you been -- have you been able to

17     avoid talking about the case, the substance of it with anybody?

18          JUROR NO. 608:  Yes.  Yeah, I've had to be fairly

19     adamant in some cases.

20          THE COURT:  Okay.  Thank you.

21          JUROR NO. 608:  Yup.

22          (Juror No. 608 is excused.)

23          THE CLERK:  And 638.

24          THE COURT:  Good morning.

25          JUROR NO. 638:  Good morning.  Happy Monday.

1          THE COURT:  I just wanted to take a moment to talk to

2     each of you individually to be sure that you've had no problem

3     following the instructions about avoiding news reports about

4     the case.

5          JUROR NO. 638:  Yes.

6          THE COURT:  Is that the case, you've been able to

7     avoid it?

8          JUROR NO. 638:  Avoid it.

9          THE COURT:  Both TV and newspapers?

10          JUROR NO. 638:  TV, newspapers, people.

11          THE COURT:  Okay.  And that's my next question.

12     You've been able to avoid talking about the merits of the case

13     with anyone?

14          JUROR NO. 638:  Yes.

15          THE COURT:  Obviously you tell people you're here, but

16     you don't talk about the merits?

17          JUROR NO. 638:  That's limited as to who knows I'm

18     here.

19          THE COURT:  Okay.  Fair enough.  That's all I wanted

20     to know.  Okay.

21          JUROR NO. 638:  Okay.  Thank you.

22          (Juror No. 638 is excused.)

23          THE COURT:  Okay?

24          THE CLERK:  Do counsel want to follow me.

25          MR. CHAKRAVARTY:  Can we have a couple of minutes

1    before --

2         MS. CLARKE:  Thank you.

3         THE COURT:  Yes.  So as you were coming in here, Paul

4    was getting assembled draft verdict slips.  I expect the timing

5    will be that you're going to go on for a while.  We'll probably

6    take a break after that, come back and do -- well, I'm going to

7    go on for a while, to begin with.

8         MS. CLARKE:  Right.

9         THE COURT:  At some length.

10        And on that, let me just say:  I changed the aiding

11   and abetting instruction to more track the First Circuit model.

12   On reflection, I thought that was a better way to present it

13   since that's a major issue in the case.

14        So I'll do that, followed by the prosecution.  And

15   then we'll certainly take a break because the two of us will be

16   quite a bit.

17        MR. CHAKRAVARTY:  I'll need a minute or two just to

18   set things up.

19        THE COURT:  Oh, let me ask about the audio-visual aids

20   during presentations.

21        MR. CHAKRAVARTY:  So I have a -- I have one poster

22   board and mostly a PowerPoint slide show which has audio/video

23   and mostly just static images.  But we checked the volume and

24   it's loud, but it's not louder than it has been during trial.

25        The video is at the beginning, mostly front-loaded.

1    So after I use the poster board I'm going to move the poster

2    board out of the way so you can have an unimpeded view.  But

3    that screen that we've rolled out from time to time, we'll use

4    that.

5              THE COURT:  Okay.

6              MS. CLARKE:  And I'm using some exhibits that will be

7    pulled up electronically.  Frankly, this is all very new to me.

8    I'm used to the chalkboard and -- you know, it's my age.  But

9    I'm using some of those so that you can pull out -- and Bill

10   Fick is going to do that for me.

11             THE COURT:  And he'll do that from -- do you know what

12   the feed is?

13             MS. CLARKE:  He'll do it from where he's sitting.

14             THE COURT:  If he's doing it from his desk, that could

15   be a different feed from the cart.  That's the question.

16             MS. CLARKE:  I'll ask him and let you know.

17             THE COURT:  We'll have a break before then anyway.

18             And what's your feed?  Is it from Mr. Bruemmer.

19             MR. CHAKRAVARTY:  Yes, it's from Mr. Bruemmer.

20             MS. CLARKE:  And the prosecution said that I could

21   move their screen towards me so that I could see what was on

22   the screen.

23             THE COURT:  On the front table?

24             MS. CLARKE:  Yeah, on their table.

25             THE COURT:  Be conscious of the microphone, both of

1    you, at the microphone.  Because it's not only good for the

2    reporter, but it's broadcasting to the other rooms.  We want to

3    be sure they could hear it.

4           MR. CHAKRAVARTY:  We still need to see your exhibits.

5    We'll look at them.

6           MS. CLARKE:  Sure.  That's exactly what Bill thought.

7    Thank you, Judge.

8           THE COURT:  Okay.  So signal to Paul when you're ready

9    and we'll come in.

10          MS. CLARKE:  Thank you.

11          (The proceedings adjourned at 9:53 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                 C E R T I F I C A T E

2

3           I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

4     the United States District Court, do hereby certify that the

5     foregoing transcript constitutes, to the best of my skill and

6     ability, a true and accurate transcription of my stenotype

7     notes taken in the matter of Criminal Action No. 13-10200-GAO,

8     United States of America v. Dzhokhar A. Tsarnaev.

9

10    /s/ Marcia G. Patrisso
      MARCIA G. PATRISSO, RMR, CRR
11    Official Court Reporter

12
      Date:  9/30/15
13

14

15

16

17

18

19

20

21

22

23

24

25