Help Center

Bill    Home 1    Find Friends          8      1    99

Desktop Help    **News Feed**                                            English (US)

Navigating Your Home Page

**How News Feed Works**

Controlling What You See in News Feed

News Feed Privacy

Ticker

Commenting

Sharing

Troubleshooting

Updates to News Feed

Saving

News Feed Translations

Back

## How News Feed Works

News Feed is the constantly updating list of stories in the middle of your home page. News Feed includes status updates, photos, videos, links, app activity and likes from people, Pages and groups that you follow on Facebook.

### How does News Feed decide which stories to show?

The stories that show in your News Feed are influenced by your connections and activity on Facebook. This helps you to see more stories that interest you from friends you interact with the most. The number of comments and likes a post receives and what kind of story it is (ex: photo, video, status update) can also make it more likely to appear in your News Feed.

If you feel you're missing stories you'd like to see, or seeing stories in your News Feed that you don't want to see, you can adjust your settings.

Last edited over a year ago

How helpful did you find this answer?                    Permalink · Share · Related articles

Why am I seeing stories about people I'm not friends with or groups I'm not a part of in my News Feed?

Why can I see News Feed stories about someone who has yet to accept my friend request?

When my friend posts something on my Timeline, who can see it in their News Feed?

Why are stories I've already seen still appearing in my News Feed?

### Related Topics

- Bugs and known issues
- Have a suggestion? Tell us about it.

Permalink · Share · Related articles

About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices    Terms    Help

Facebook © 2015
English (US)

# Here's How Facebook's News Feed Actually Works

Victor Luckerson @VLuck   |   July 9, 2015

**How a controversial feature grew into one of the most influential products on the Internet**

There are two very important rooms that will help determine the future of the Facebook News Feed and, by extension, the way more than a billion people communicate. One is in a corner of Facebook's new 430,000-foot, Frank Gehry-designed building in Menlo Park, California. The other is in a nondescript office park in Knoxville, Tennessee.



Courtesy of Alex Fitzpatrick/Facebook

**Facebook Profile Page, 2014-2015.** Facebook updated both the newsfeed algorithm and the privacy settings.

At Facebook headquarters in California, about 20 engineers and data scientists meet every Tuesday in the "John Quincy Adding Machine" room—"Abraham Linksys" and "Dwight DVD Eisenhower" are nearby. They're tasked with assessing the billions of likes, comments and clicks Facebook users make each day to divine ways to make us like, comment and click more. In Knoxville, a group of 30 contract workers sit in a room full of desktop computers, getting paid to surf Facebook. They are tasked with scrolling through their News Feeds to assess how well the site places stories relative to their personal preferences. Their assessments, as well as ratings from about 700 other reviewers around the United States, are later fed back to the team in California, all in the service of improving Facebook's News Feed algorithm, the software that delivers personalized streams of content.

This is a relatively new vision for how to keep users hooked on Facebook—by asking users themselves. In 2014 when the program launched, the social network had already tuned the News Feed into a powerful engine, sucking up our time and pumping out ad revenue. Nearly a billion people around the world now look at Facebook daily. The company runs the second-most-popular website in the world and the most-used mobile app in the United States. American users spend nearly as much time on the site per day (39 minutes) as they do socializing with people face-to-face (43 minutes). That has turned Facebook into an online advertising behemoth that generated $12.5 billion in revenue in 2014.

News Feed is at the epicenter of Facebook's success. Over the past nine years, the product, which was initially controversial, has evolved into the most valuable billboard on Earth—for brands, for publishers, for celebrities and for the rest of us. For years, the News Feed has been fueled by automated software that tracks each user's actions to serve them the posts they're most likely to engage with. That proved successful in helping News Feed generate more revenue for Facebook than any other part of the site. But it's also led to a growing anxiety about how much Facebook knows, and how the company can use that knowledge to influence what users buy, how they vote, even how they feel.

Increasingly, though, Facebook is injecting a human element into the way News Feed operates. The company's growing army of human raters help the social network improve the News Feed experience in ways that can't easily be measured by "Likes." A new

curation tool launching Thursday, for instance, called "See First" will let any user choose which of their friends they want to see at the top of the feed, rather than having the decision dictated by an algorithm.

The end goal for the world's largest social network isn't just to guess what you'll click on when you're bored. The company wants to show you the things you care about most in your life, both online and off. "If you could rate everything that happened on Earth today that was published anywhere by any of your friends, any of your family, any news source...and then pick the 10 that were the most meaningful to know today, that would be a really cool service for us to build," says Chris Cox, Facebook's chief product officer. "That is really what we aspire to have News Feed become." The company, it turns out, has a plan for doing just that.

## THIS IS WHAT YOUR FACEBOOK PROFILE LOOKED LIKE OVER THE LAST 11 YEARS



Courtesy of Facebook

**The Original Facebook Group Page, 2004.** Before people realized how awesome pictures are.

1 of 12

## First Controversy

Facebook retired "Move Fast and Break Things" as its unofficial motto in 2014, but you can still find posters emblazoned with the phrase in bold red lettering by employees' desks inside the company's sprawling new open workspace. Nothing epitomized the adage more than the controversial launch of the News Feed in 2006.

In its earliest days, Facebook was essentially a directory of profile pages. Users could list their favorite bands, post pictures or write on each others' profiles, but these activities were mostly discrete. As the social network grew, Facebook engineers noticed that some people were navigating the site in unexpected ways. Every user had access to a page showing when all their friends had last made a change to their profiles. A growing number of people began bouncing from this page to different users' profiles to figure out what their friends were up to. "Users are usually pretty lazy. They're not really willing to jump through a lot of hoops to do most things," says Ari Steinberg, an early Facebook engineer and former manager of the News Feed team who now runs a travel startup. He and others at Facebook realized they needed to provide an easier solution.

In September 2006, two years after its founding, Facebook unveiled a simplified way to keep track of activity on the site. They called it News Feed. The blog post announcing the new feature was true to the company's dorm room origins, describing it as a

personalized list of news stories throughout the day, so you'll know when Mark adds Britney Spears to his Favorites or when your crush is single again."

Users were, for the first of many times, outraged by the update. Profile changes had previously been relatively minor. No one was prepared for their online activity to suddenly be fodder for mass consumption—even by their friends. Immediately, groups with names like "Students Against Facebook News Feed" sprouted up, condemning the new feature and amassing hundreds of thousands of members. (Ironically the News Feed itself, with its capacity for seamlessly connecting acquaintances, allowed the backlash to flourish.) But there was another factor of News Feed that was less obvious to users: it wasn't showing people all the potential stories they could be seeing. Even in those days, Cox says, the feed was curated because there was simply too much content to show everyone everything.

The first iterations of the News Feed algorithm were pretty crude. Based largely on their own intuition about what people liked, engineers assigned point scores to different story formats (a photo might be worth 5 points, while joining a group was worth 1 point). Multiplying the score of the post type with the number of friends involved in the story would yield a general ranking order for posts. The formula might be tweaked based on emailed complaints from users or problems staffers saw in their own feeds. "We would just make all these arbitrary judgments," recalls Steinberg.

As Facebook grew, News Feed became more flexible. Eventually the algorithm ranked content considering recency, post type and the relationship of the poster to the end user in a formula that came to be known as EdgeRank. The debut of the "Like" button in 2009, which let users endorse specific pieces of content for the first time, helped News Feed hone in even more on which stories people actually enjoyed.

Around 2011, Facebook moved on from EdgeRank to a more complex machine learning system that better individualizes each user's experience. Instead of assuming that all users enjoy photos, the algorithm would adapt to users' behavior so that people who click on photos see more pictures and people who don't click on them see fewer. This is the algorithm that's currently powering your News Feed, and the one Facebook's engineers are constantly tinkering with. "You have a lot of impact," Steinberg says about working on the News Feed. "When that team makes a change, the rest of the company is going to be paying attention."

## FACEBOOK'S GORGEOUS NEW CAMPUS HAS A 'GREEN ROOF' THE SIZE OF 7 FOOTBALL FIELDS



Matt Harnack for Facebook

An aerial view of Facebook's new campus, an expansion of its current headquarters in Menlo Park, Calif. The LEED-certified building, known as MPK 20, has a 9-acre "green roof."

1 of 8

## How News Feed Works

Nowadays the News Feed team has a difficult balancing act. The feed must be completely personalized but still highly engaging to Facebook's users so they'll keep coming back and seeing more ads from the company's 2 million advertisers. But most users see only a sliver of the potential posts in their network each day. Facebook says the average user has access to about 1,500 posts per day but only looks at 300. (A user who scrolls endlessly will eventually see every post from their friends and a smattering of posts from Pages they follow.)

To ensure that those 300 posts are more interesting than all the rest, Facebook says it uses thousands of factors to determine what shows up in any individual user's feed. The biggest influences are pretty obvious. How close you are to a person is an increasingly important metric, as judged by how often you like their posts, write on their Timeline, click through their photos or talk with them on Messenger, Facebook's chat service. The post-type is also a big factor, as Facebook hopes to show more links to people who click lots of links, more videos to people who watch lots of videos and so forth. The algorithm also assumes that content that has attracted a lot of engagement has wide appeal and will place it in more people's feeds.

But there are other, less intuitive factors to the algorithm. Use a phone with a slow mobile connection and you may see less video. Writing "congratulations" in a comment signals the post is probably about a big life event, so it will get a boost. Liking an article after you clicked it is a stronger positive signal than liking before, since it means you probably read the piece and enjoyed it.

The exact calculus that determines how all these factors coalesce is in constant flux, according to the company. Engineers are also continually running multiple experiments with about 1% of Facebook users in an attempt to boost engagement. During a week in mid-May, for instance, one test was giving greater preference to tagged photos that included close friends, while another was boosting the ranking for stories people spent more time looking at on the iPhone. Experiments that are deemed successful by News Feed's product managers are quickly rolled out globally to all users. Big updates are noted on a News Feed blog, but smaller changes occur without fanfare. Two to three changes typically occur every week.

Despite its heavy reliance on data, News Feed's minders are quick to point out that their directive is not only to boost engagement metrics. "What we don't want to have News Feed turn into is a thing that is just like an aggregation of whatever you may have clicked on," says Cox. "What we really want it to be is the most meaningful stuff."

The new team of human raters, which Facebook calls the "feed quality panel," are key to surfacing this meaningful content. Each day a typical panelist rates 60 stories that would actually appear in their own News Feeds on a 1 to 5 scale, judging how interesting they found the posts. They also reorder their own feeds to show how their priorities differ from the algorithm's, providing what Facebook calls a transposition score. And they write paragraph-long explanations for why they like or dislike certain posts, which are often reviewed in the News Feed engineers' weekly meetings. Facebook also regularly conducts one-off online surveys about News Feed satisfaction and brings in average users off the street to demo new features in its usability labs.

Some of the changes sparked by these methods have already reached you on Facebook, such as an April tweak that placed increased priority on posts by close friends and a June change that added time spent reading a post as an algorithm factor. The company sees these kinds of improvements, which can't necessarily be measured through basic engagement metrics, as crucial. Facebook says the feed quality panel is currently representative of its U.S. userbase, but the company has plans to expand the initiative globally. "It's fundamentally human," says Cox of the rater data, "and it's not fundamentally like a click."

## An Algorithmic World

As Facebook's News Feed gets smarter and we spend more time interacting with it, its impact on the average person will likely come under increasing scrutiny. When University of Illinois Urbana-Champaign researcher Karrie Karahalios was trying to conduct a study on how people change their online behavior based on the presence of a News Feed algorithm, though, she ran into a problem. Many of the people she interviewed didn't even realize the algorithm existed.

In Karahalios' 2013 study, which involved 40 subjects who were selected to mimic the demographics of the U.S. population, 62% of people didn't know that their News Feeds were being filtered. When the algorithm was explained to one subject, she compared the revelation to the moment when Neo discovers the artificiality of The Matrix. "We got a lot of visceral responses to the discovery when they didn't know," Karahalios says. "A lot of people just spent literally five minutes being in shock."

Though from a small group, that reaction underscores the growing anxiety among Internet users about having algorithms help control their digital lives, not just on Facebook but on sites like Google, Amazon and Twitter. Facebook sparked a firestorm in June of last year when it published a study detailing how it purposefully changed the number of positive or negative posts in 700,000 users' News Feeds in an attempt to alter their moods. (Facebook eventually acknowledged that the research was mishandled.) Two months later, when Ferguson was wracked with protests over the shooting of Michael Brown, media observers noted that many people's News Feeds were being filled with cheerful videos of people dumping water on their heads in support of the charitable Ice Bucket Challenge rather than images from the news event.

Adam Mosseri, the project management director for News Feed, calls the Ice Bucket Challenge "anomalous" but acknowledges that it dominated other news at the peak of its popularity, which was around the time of the Ferguson protests. "There was a lot more news in the News Feed over the last year than there was ice bucket challenges, but in that week, it wasn't the case," he says.

Still, he argues that it's not Facebook's job to make sure every user sees a story that some might think is critically important. "We can't start an editorialized feed," Mosseri says. "That doesn't mean we don't have values, but there's a line that we can't cross, which is deciding that a specific piece of information–be it news, political, religious, etc.–is something we should be promoting. It's just a very, very slippery slope that I think we have to be very careful not go down."

News Feed engineers stress that the their team doesn't perform sentiment analysis—so the algorithm isn't generally trying to find posts with a positive tone and place them in more people's feeds. (The team that conducted the controversial mood study was part of a different department.) Still, some sociologists argue that the very way Facebook is structured incentivizes posting feel-good stories such as ice bucket videos rather than more challenging narratives like Ferguson.

"Things that are likable get more feedback," says Zeynep Tufekci, a sociologist at the University of North Carolina who studies online interactions. "Even if you're not explicitly told this, people over time will adapt their behavior. It's like you're rats in a maze, and if you go this way, you get cheese, and if you go that way, you don't get cheese. By structuring the environment, Facebook is training people implicitly to behave in a particular way in that algorithmic environment."

Facebook uses other indicators, such as number of comments, to surface posts that aren't likely to yield a lot of "Likes." The more recent addition of time reading a post as an algorithm factor should also help more complicated content rise to the top. But the social network has stopped short of adding a "sympathize" or "dislike" button, which Cox says would complexify Facebook's interface.

Another issue with the algorithm, sociologists say, is that users aren't explicitly informed of its existence, and those that do know about it don't have a clear sense of how their actions on the site affect what they will see. In Karahalios' study, many people voiced a common Facebook complaint: too many baby photos in their feeds. They said they would

Like a friend's baby picture out of a feeling of obligation, but then immediately hide the post to try to tell Facebook they didn't actually want a feed full of toddlers. There's no way for the average user to know how the social network interpreted those conflicting signals. "People like to feel empowered," Karahalios says. "People felt some of the power was taken away from them and somebody else was making decisions that affected them."

Facebook has addressed these concerns somewhat by making it easier for users to control which friends and Pages appear in a user's feed most often. The company says its "Unfollow" button, which lets you remove a person from your News Feed without un-friending them, is heavily used. And the new "See First" feature gives users a simple way to automatically place up to 30 friends' and Pages' posts at the top of their feeds whenever they appear. A more streamlined settings menu will help users easily access all these features at once. "We want to give people controls that are simple and easy to use but have a powerful impact on their News Feed," says Greg Marra, a product manager for News Feed.

Some users will no doubt continue to clamor for even more control. Tufekci suggests a simplified way to directly control how often the algorithm shows different types of content. (Marra says organizing controls around friends and Pages is easier for users to understand) Karahalios would like to see something in the actual design of the website—and other websites that prominently use algorithms—that makes it more clear to users that the content they see is being filtered. "We need to start getting some common languages, some norms, where people can understand what's filtered and what's not in more than just Facebook," she says. "I think people have a right to know, for better or worse."

*Read next:* *Here's Why Facebook Won't Put Your News Feed in Chronological Order*

*Download TIME's mobile app for iOS to have your world explained wherever you go*

©2015 Time Inc. All rights reserved.

©2015 Time Inc. All rights reserved.
Powered by WordPress.com VIP

Help Center

Log In

Desktop Help    **Help Community**

English (US)

Back to Top Questions

**Related Questions**

How can I get my posts on a Group Page
to NOT show up in my...

How can I make my pages feed show
most recent first like my...

How can I stop seeing all the "liked" posts
of friends in my...

How do I get all of my "Liked" pages to
show up in my news f...

Is there a News Feed setting that will
allow me to see all o...

How can I get photos to show up on my
news feed?

**Related Help Center FAQs**

How can I make sure that more people
see my Page's posts in...

How do I choose a date for my Page post
to stop showing in N...

Will my check-in show in News Feed or
on my Timeline?

Will all of the people who like my Page
see my Page's posts...

My posts aren't appearing in News Feed.

Where can I see all my Page's published
posts?

## Can I get my news feed to show ALL of my friends posts in recent to oldest?

Ask a Question

News Feed    Notifications

I know for a fact I am not seeing all posts issued by my FB Friends and it pisses me off
that you guys think you know what I am interested in. (mostly your stupid Ads) if you are
going to make me look at your ads the least you can do is allow me to see ALL my friends
posts, also allow us to choose a default look,IE. recent,(top Stories is BS).

Asked over a year ago by **Kristen Sage**

431 Votes · 85 Followers · Seen by 14,731

**Good Question**                                            Follow this Question · Share

Answers                                        Recent answers    Top answers

**Terry Johnson** 7,296 answers · Star Contributor ⚙
3 of 4 people found this helpful

The following FAQ (desktop) tells how to select Most Recent filter for your News Feed:
https://www.facebook.com/help/218728138156311

If you use a mobile device, click the 'other help centers' link toward bottom of the FAQ and
then select the type of device you use to get the method for your device.

31 comments · Share · Answered over a year ago

View previous comments

when our friends tick LIKE on their friends posts ....Their friends posts are coming into our news
feed ... it's annoying ....we've complained lot's of times to fb ...but they don't fix the problem up
Posted about 2 months ago by **Twins Dimitroulis**

when our friends write posts ...we are not getting their comments ...we have to go out of face
book news feed then come back in again just to see what they wrote on the comments eg arrow
out then arrow in ..on our lap top computers ....it's very annoying we can't play on posts with our
friends anymore ...they should fix it up ...we've complained to fb many many times and they've
done nothing about it ...
Posted about 2 months ago by **Twins Dimitroulis**

guys, this isn't a bug or mistake. facebook does this on purpose to control us, so we see pictures
of babies instead of urls about, e.g., how facebook is in bed with the nsa. get a clue peep. just
accept it and move on already. if you want an alternative you can try seen.is but of course none of
your friends will be on it.
Posted about 2 months ago by **Jason Arthur Taylor**

This answer is incorrect - it doesn't set your Facebook page to show ALL posts and it actually
doesn't even show the Most Recent. It shows whatever it feels like showing you.
Posted about 3 weeks ago by **Cheryl Stoyle**

**Josh Alfstad** 1 answer
24 of 25 people found this helpful

The current answer is go to your friends list and mark everyone as "close friends" IMHO
this is one of the crappiest design flaws I have ever seen. The people they pick to show up
on your feed are completely arbitrary. MY GIRLFRIEND WASN'T SHOWING UP. Their
algorithm is so bad it can't even take into account your relationship/family status into it.

4 comments · Share · Answered about 5 months ago

I have done this and still don't see but a few friends.
Posted about 3 months ago by **Debbie Caldwell Liner**

I have done this too and they still don't show up
Posted about 2 months ago by **Colleen Wandoff**

I have done this. No change - I still don't get the posts I want to see from family and friends. All I
get is spam!
Posted about 2 months ago by **Alyson James**

**Tom Hodapp** 1 answer
13 of 14 people found this helpful

I'm not seeing posts from many of my friends, family, and even my significant other's posts
- I have to go to their pages to see what they have been posting. Clicking on the Follow
button doesn't even seem to solve this issue. I am nonplussed.

11 comments · Share · Answered about 10 months ago

View previous comments

i've put like 3 hundred close friends on close friends list. i still can't see most of their posts on the
friend feed if i don't visit their pages daily. how frustrating is that
Posted about 2 months ago by **Masha Tramvay Zhe**

making them close friends has no effect, apparently.
Posted about 2 months ago by **Jason Arthur Taylor**

This is realy bad im missing most of my friends post is there any way to fix this so i can see all my
friends post we should pick what we like not facebook soon every one will leave facebook for sure
Posted about 2 months ago by **Peri Can**

I want to see my friends and family not news feed.
Posted about a month ago by **Rose Howlett**

**Jo Taylor** 2 answers
3 of 4 people found this helpful

Cannot see but 4 posts on my news feed. This is very frustrating. What is the problem??? I
haven't done anything different to cause this. Please help.

Comment · Share · Answered about 7 months ago

**Norman S Happ** 2 answers
0 of 0 people found this helpful

Don't use the Microsoft app -- it is dummed down. Use Facebook.com in you browser and
you will be able to select the "Most Recent" option. Although it still wants to go back to
what Zuckerburg wants you to see vs what you want to see. So you have to check it every
time.

Comment · Share · Answered about a week ago

**Ed Charles** 1 answer
0 of 0 people found this helpful

It's an absolute disgrace that Facebook feels entitled to force content down its users'
throats.

People want to see what their friends are doing - this was the point of Facebook in the first
place. The company is at serious risk of losing its members if this continues. Just add an
option to switch between posts from Liked pages and those of your friends - it's simple. I
still want to see all the advertised content, but on my own terms.

Do this or watch the company shrink into irrelevance and people seek new venues.

Comment · Share · Answered last Saturday



**Hedda Chedda** 2 answers
2 of 3 people found this helpful

You idiots should have tested this better before it rolled out to Production.What the hell kind of social media company (worth it's salt) hires a QA lead requiring ONLY 3 yrs of experience?

1 comment · Share · Answered about 5 months ago

you are not aware that this was already tested to do what it does.
Posted about 2 months ago by Jason Arthur Taylor

**Leanne Terrett** 1 answer
1 of 2 person found this helpful

How can I see all my friends posts in facebook?? After scrolling for ages and ages and ages I finally got to the bottom of my Home page and there is no 'edit' button ... Pls help it is frustrating

Comment · Share · Answered about 6 months ago

**Sharon Maddox Braddock** 1 answer
2 of 3 people found this helpful

how do I see all of my timeline post...it says no more post ends in july 2014

1 comment · Share · Answered over a year ago

**Duderino Lebowski** 1 answer
1 of 2 person found this helpful

So if the api supports only an upper limit of 250 is there a search criteria field in said api that allows to pull from a date range with specified bound?

if so that;s how you can see all your posts - granted you may have to write some code

Comment · Share · Answered about 11 months ago

**Jo Taylor** 2 answers
3 of 4 people found this helpful

I'm supposed to see how to solve my problem here but I see nothing but other people's problems too. Why did I get a notice that I should see this? Most answers had collapsed anyway.

1 comment · Share · Answered about 3 months ago


you are on facebook's site. they did this on purpose, so think about it.
Posted about 2 months ago by Jason Arthur Taylor



**Bonnie Martin** 1 answer
2 of 2 people found this helpful

It's pissing me off too. All I get to scroll through is news, ads, and anyone else who is paying Facebook to push their pages. Very upsetting. Time to delete my account I think. After all, I did create my account to be in touch with my friends. And that's no longer there for me.

Comment · Share · Answered about 3 months ago



**Dan McKenzie** 2 answers
3 of 3 people found this helpful

I'm pretty close to just deleting my Facebook account because of this. It's just crap that I can't see all my friends post in order. I don't want your damn algorithm deciding what I should see!!!

2 comments · Share · Answered about 4 months ago

 You can set up notifications for all your friends... I once complained about this... Finally I set a few of my best to following, and notifications for the ones I really care about. Still practically a full time job to keep with all the posts, the more friends I get.

Posted about 4 months ago by **Ricky Hamaker**

 but does that actually give notifications of all posts?

Posted about 2 months ago by **Jason Arthur Taylor**




---

 **Carey Charlton** 1 answer
7 of 8 people found this helpful

Yea that sort button is gone with the recent mobile update. Its annoying.

2 comments · Share · Answered over a year ago

 I like the post on my facebook I need more info or friends I am not able to locate some of myfriends.

Posted over a year ago by **Delphine Peyton**

 It's not that it's gone it just doesn't work at all whether you're in mobile or on a laptop

Posted about 8 months ago by **Sandy Green-Yanichko**



---

 **Peri Can** 1 answer
0 of 0 people found this helpful

Is there a News Feed setting that will allow me to see all of my friends' posts?

1 comment · Share · Answered about 2 months ago

 no.

Posted about 2 months ago by **Jason Arthur Taylor**



---

 **Sabrina Inderbitzi** 1 answer
0 of 0 people found this helpful

Is there a soliution now? It seams like I have still that problem. What about you?

1 comment · Share · Answered about 2 months ago

 no but you can go to each friend and check mark "get notifications" on the drop down for them.

Posted about 2 months ago by **Jason Arthur Taylor**




---

 **Dan McKenzie** 2 answers
0 of 0 people found this helpful

Now today the Most Recent selection has moved back to the original spot, in the top left menu. What a joke...

Comment · Share · Answered about 4 months ago



---

 **Linda Hazen** 1 answer
4 of 4 people found this helpful

What's wrong with FACEBOOK? Do they not have the decency to not only answer this question, but no decency to give us an option to see ALL of our friends posts.

Well, maybe have to do like so many others and head over to Seen.IS. I hear it's not perfect, but they will improve with customers, feedback and time.

1 comment · Share · Answered about 8 months ago

i signed up. thanks for the suggestion linda
Posted about 2 months ago by **Jason Arthur Taylor**



**Rick Ritt** 1 answer

0 of 0 people found this helpful

yes I would like it if Facebook made it easier for me to communicate with my friends how can I do that

Comment · Share · Answered about 4 months ago

**Lisa Steel** 2 answers

5 of 5 people found this helpful

I missed my friend having a baby because of this stupid setting.

Comment · Share · Answered about 5 months ago

**Kathy A Knight** 1 answer

20 of 20 people found this helpful

It makes me not want to use the mobile FB app. The person who came up with the idea of taking 'sort' away should be fired!

1 comment · Share · Answered over a year ago

having the same problem, ive changed nothing! cant read any posts!! about to delete FB! FIX NOW PLEASE!!!

Posted about a month ago by Franki Gershon

Ask a friend to answer this question?

Sign Up        Log In        Messenger        Facebook Lite        Mobile        Find Friends        Badges        People        Pages        Places
Games        Locations        About        Create Ad        Create Page        Developers        Careers        Privacy        Cookies        Ad Choices
Terms        Help

Facebook © 2015
English (US)

Help Center                                                                                    [ Log In ]

Desktop Help    **Help Community**                                                    English (US)

Back to Top Questions

Related Questions

I want to be able to see all my friends posts in my news fee...

Can I get my news feed to show ALL of my friends posts in re...

News Feed: My posts aren't appearing on my friends' news feeds.

Why i can't see my friends stories in my news Feed ?

How can I stop seeing all the "liked" posts of friends in my...

How to Filter Which Friends' Posts I See in my News Feed?

Related Help Center FAQs

Will all of the people who like my Page see my Page's posts...

Who will see my Page posts in their News Feeds?

I'm seeing stories about my friends being marked safe in New...

How can I make sure that more people see my Page's posts in...

How do I see stories in my News Feed in the order they were...

My posts aren't appearing in News Feed.

## Is there a News Feed setting that will allow me to see all of my friends' posts?                                 [ Ask a Question ]

News Feed

 The "News Feed" and "Most Recent" lists both hide posts. I would like to keep up with all of my friends, not just the ones with whom I have recently interacted. I missed important updates from old friends because facebook chose not to show me them. I would like a feed that shows me EVERY post made by one of my facebook friends. If I don't find a friend's post interesting, I can remove the post or the friend from my feed, but that's not for you to decide for me. I know you are just trying to show me what you think I will find most interesting, but your algorithm takes a hatchet to my friends list when what is needed is a scalpel. Please add an uncensored "Most Recent" feed that actually shows the most recent posts made by my friends.

Asked over a year ago by **Greg Schinke Fein**
724 Votes · 109 Followers

**Good Question**                                                      Follow this Question · Share

---

Featured Answer

 **Prakash Baniya** 76 answers
10 of 11 people found this helpful

Go to Their Profiles:
Drop Down Menu Next To "Message" Tab
Click Add To Interest List
Give List A Name & Keep On Adding Others On The List.

Go to Their Profiles:
Hover Over Mouse Button On "Friends" Tab
Click "Get Notification"
On Same Menu Click "Settings"
Click "All Updates"
Or Add Them On Default Lists Or On The List You've Created Before.

-=-=-=-
Thanks.
https://www.facebook.com/BestPriceForAll

39 comments · Share · Answered over a year ago

**View previous comments**

 I agree with Sally Mendzela. What's the point of adding someone as a friend if you never see them? I can't click on every single person's page! I actually know a few people! Can somebody please address this problem?
Posted about 6 months ago by **Tyler Yates**

 no. I have 950+ friends who never come up. I am not going to do that! It used to be a simple click!
Posted about 6 months ago by **JulianGiulio Nhorteo Batedo**

 So let me make sure I have this right... We are suppose to go to EACH friend's page and then add them to a list to see them in our feed? This is absolutely INS... See More
Posted about 5 months ago by **Becky Correia**

 Ademscustom Mike, please stop this!
Posted about 5 months ago by **JulianGiulio Nhorteo Batedo**

 It is a shame that FB didn't give us a link on our dashboard that opens a list of all our friend's "status updates". ...the way they list on my widget.
Posted about 5 months ago by **Christine Chang**

 Yeah, this is NOT a solution.
Posted about 5 months ago by **Jamie Muszalski Heston**

 It really is ridiculous, especially, since we now know that FB is manipulating our newsfeed a coded algorithm. http://www.theguardian.com/technology/2014/jun/30/facebook-emotion-study-breached-ethical-guidelines-researchers-say
Posted about 5 months ago by **Anna Prisutti**

 this NO LONGER works!!! FB sort it out!
Posted about 5 months ago by **Róisín Starrystarrynight**

 Decided to add years to my life and get off Facebook. Don't need to be controlled or worry about who likes what I say or not. Facebook is fading out. Mr. Zuckerberg got all his cash. lol.
Posted about 2 months ago by **Vickie Bombalier-Silver**

 Please fix this to what it used to be. I am not on that much and I visit less and less because all I see are the groups I follow. It's ridiculous.
Posted about 2 months ago by **JJ Page**

 I'm starting to ask myself why I bother. Though the total number of friends I have goes up, the ones that show up in my feed or respond to my posts are about 1/3 of what they were. No matter what "fix" I try that has been suggested here.
Posted about 2 months ago by **Sally Mendzela**

 Facebook, people are not getting seen. Look at this quote from Ride to Give posted 19 hours ago: "Evening Army... Thank you for all your kind words of support today. It is so frustrating knowing what we have over 97,000 followers and less than 30% of you see a given post. We know what we are doing is changing lives but are at a loss as to how to get ourselves seen. The more that the members of the RTGA see our posts the more effectively we are able to help children like Gabrielle get the support they need..."

Please go back to how it used to be. FB is not supposed to be a popularity/trending site but a fun and sometimes serious/supportive site for our friends and family.
Posted about 2 months ago by **JJ Page**

 too much trouble. News feed is choked with spam and I see nothing from my friends anymore. FB is now just a time suck. Seriously, I have better things to do tha... See More
Posted about a month ago by **Sarah Pekingese**

 I would like your comment @Sarah Pekinese but that is not an option on this thread. Lol.
Posted about a month ago by **JJ Page**



---

**Answers**                                                    Recent answers  | Top answers |

 **Olivia Cruz** 3 answers
1 of 2 person found this helpful

Yes.

On your FB page or on this FB Help Center page,

Click the arrow down icon located on the top right to show the drop down menu.
Click the "News Feed Preferences" from the drop down menu.
It will pop up the News Feed Preferences box showing all your friends, groups, pages and more.
Click "+follow" on those you want to see on your news feed.

6 comments · Share · Answered about 3 months ago

View previous comments

 THANK YOU, I DONT WANT TO HAVE TO GO THROUGH 600-2000 FRIENDS AND "CLICK" ON FOLLOW OR INTERESTED OR WHATEVER I WANT TO SEE ALL THEIR POSTS!!!!!
Posted about 2 months ago by **Cherylhasfavor Weston**

 I don't even have a "News Feed Preference" in the drop down menu on my home page or any other page I'm viewing for that matter. The only place I have a news fee... See More
Posted about 2 months ago by **Paul Kenyon**

 You know, it shouldn't be this complicated to see your friends on your news feed. That was the original design and it worked. Bummer.
Posted about 2 months ago by **JJ Page**

Olivia that works but it only allows you to select 30 people. I wish there was a "select all" option, then again, maybe I don't :)

Posted last Saturday by Albert Lione





**Evelyn Henderson** 1 answer
15 of 16 people found this helpful

I just went to Report a Problem > General Feedback and submitted this:

I want to see all of my friends' posts on my News Feed, not just the ones who I interact with on Facebook. It's simply narcissistic of Facebook to think that if I don't interact with one of my friends on FB, their posts don't matter to me. Maybe I interact with them via phone or text instead. You should let ME decide who I want to unsubscribe from. I've seen plenty of complaints about this online (example: https://www.facebook.com/help/community/question/?id=10102175389907989). Please give your users the power to choose who they don't want to hear from, rather than letting some hidden algorithms do it.

3 comments · Share · Answered about 7 months ago



**Ashley Helton** 6 answers
12 of 13 people found this helpful

Here is a simple solution for Facebook to correct this problem....When news feeds are set to most recent make it work like Twitter. All friends and pages a person likes posts should show up on their news feed in chronological order. Twitter can do it so it must not be terribly difficult to make it possible.

4 comments · Share · Answered about 8 months ago



**Prakash Baniya** 76 answers
5 of 6 people found this helpful

For The Note:

As Interest List You Can Also Create Different Types Of Friends List.

How do I create a new list to organize my friends?
To create a new custom list:

From your home page, scroll down to the Friends section and click More
Click Create List
Write in the list's name
Enter the names of friends you want to add to this list in the Members section
Click Create
The new list will now be an option when you add friends to lists.

How do I use lists to organize my friends?
To help you get started, you have lists for:

Close Friends: You can add your best friends to this list to see more of them in your News Feed and get notified each time they post. You also have the option to turn these extra notifications off.
Acquaintances: This list is for friends you don't need to stay in close touch with. People on your acquaintances list will rarely show up in your News Feed. You can also choose to exclude these people when you post something, by choosing Friends except Acquaintances in the audience selector.

Restricted: This list is for people you've added as a friend but just don't want to share with, like your boss. When you add someone to your Restricted list, they will only be able to see your Public content or posts of yours that you tag them in.

Learn how to add friends to lists. People won't get notified when you add them to these lists.

You can also create custom lists to organize friends as you like. You choose who goes into these lists and what (if any) privacy restrictions apply. Note that your friends won't get notified when you add them to custom lists.

-=-=-=-

Thanks.

https://www.facebook.com/BestPriceForAll

9 comments · Share · Answered over a year ago

View previous comments

 When will you tell the truth Facebook? http://www.forbes.com/sites/kashmirhill/2014/07/07/ex-facebook-data-scientist-every-facebook-user-is-part-of-an-experiment-at-some-point/

Posted over a year ago by **Connie Muhammad-Nutmeg**

 what about pages that you "like", e.g. media outlets and humor pages ? These are not part of your friends list. These posts are getting redacted also and there is no way to add them to a custom list.

Posted about 10 months ago by **David Aliprandi**

 My suggestion is to click the upsidedown triangle in the upper right corner, go to "report problem" and send messages like this as often as possible......" The... See More

Posted about 7 months ago by **Ashley Helton**

 This is bullshit. Good bye facebook I'm taking my consumer power somewhere else

Posted about 3 months ago by **Simon Harrison**



 **Greg Schinke Fein** 1 answer
12 of 13 people found this helpful

Okay; here's a strange twist: I implemented the suggestion given above by Prakash Baniya, and it worked fine for two days. Today, I went to my new feed, which I had labeled "All Updates", only to find that all my friends had been removed from the list, leaving it blank. When I tried to re-add my friends to the list (a very time-consuming process already), I got the following error message after each friend I clicked:

"Message Failed
This message contains content that has been blocked by our security systems.

If you think you're seeing this by mistake, please let us know."

I followed the link to let them know about this error, but the form it lead me to was all about refuting a claim of abusive content. I'm not sure what this has to do with me creating this feed for myself.

Now, whenever I go to the feed, it just gives me never ending loading icon, and no posts ever appear. I have no idea if I'll ever hear back from facebook about this.

5 comments · Share · Answered over a year ago

 **Olivia Cruz** 3 answers
2 of 3 people found this helpful

On your FB page or on this FB Help Center page,

Click the arrow down icon located on the top right to show the drop down menu.
Click the "News Feed Preferences" from the drop down menu.
It will pop up the News Feed Preferences box showing all your friends, groups, pages and more.
Click "follow" on those you want to see on your news feed.

1 comment · Share · Answered about 3 months ago

 **Ashley Helton** 6 answers
4 of 5 people found this helpful

It's ridiculous to have to do all that for one. I added friends and like pages so obviously I'm interested and shouldn't have to make lists. Second it plainly does not work, the pages on the lists I created still don't show on my news feed. Third the notification only show up when I click the globe about 25% of the time so if I'm not sitting there and see the initial notification in the lower left box that comes up for a few seconds and go to it from that I have no idea what the red box in the upper right is notifying me too. This is really an ignorant problem with Facebook since if I have my news feed set to most recent it should work exactly like Twitter.

1 comment · Share · Answered about 8 months ago

 **Kylie Moz** 1 answer
4 of 5 people found this helpful

 Thank God I found this tread!!! I was going mental! I'm pretty sure FB have done this just to be A-holes......

1 comment · Share · Answered over a year ago

 **David Aliprandi** 1 answer
1 of 1 person found this helpful

Just the Tip, of the Spear - 21

.. is blocked from news feeds

1 comment · Share · Answered about 10 months ago



 **Sally Mendzela** 2 answers
3 of 4 people found this helpful

Something I'd inadvertently left out in my earlier post: The curious cycling pattern of friends coming and going. This seems more frequent of late. Months of regularly seeing posts and getting comments from a friend and then they disappear from the feed for a few weeks, and then they are back. This process is totally random. All of these people are "close friends" and I have elected to receive all of their notifications. They've not left facebook, they've not unfriended me, fb has simply decided, randomly, to loop them out of my orbit for some varying period of time. Does this happen to any of you? I would be so very curious to hear the logic behind this algorithm.

Comment · Share · Answered about 5 months ago

 **Pedro Aragao** 1 answer
3 of 4 people found this helpful

This still messed up. We just missed some friends because we were waiting for them to check in... FB decided that wasn't important to appear on most recent news feed....

1 comment · Share · Answered over a year ago

 **Ondra Kubin** 2 answers
2 of 3 people found this helpful

money money money ... only one reason I can see is that paid advertising is paid by click... so if you have less posts on your wall + sponsored link there is much bigger change that you will do a click or missclick to make some money for them. If they not gonna change this issue Im going back to update my google+ and twiter account... Thats how it goes - if you dont like - dont use it ... There is huge amount of people who doesnt like this. They will go as well. Facebook will become commercial full of users with 1-50k friends :D using facebook just for business . Many users doesnt know that fcb is hiding many post from their friends - when I told them they were angry as hell asking "WHY ?! "

Comment · Share · Answered about 7 months ago

 **Abhey Sharma** 1 answer
2 of 3 people found this helpful

why don't show my all fb friend ?



1 comment · Share · Answered over a year ago

 **John Pullam** 1 answer
4 of 5 people found this helpful

Very frustrated that I don't see what my friends post, especially my immediate family.
Every time I hit refresh I can get a different set of posts.

2 comments · Share · Answered about 8 months ago

 **Pepper Mary Warren** 9 answers
6 of 7 people found this helpful

they still don't show you everything, even on an interest list.

4 comments · Share · Answered over a year ago

 simply add them into close friends. If you do it... then the activity made by your friends, will get
notified you via the notification feature... how cool it! :)
Posted over a year ago by Mohammad Shadab

 But Mohammad, what if you have hundreds of friends? Is this really the best answer?
Posted about 12 months ago by Evie Hayden McGerr



 **Steve Faidley** 1 answer
5 of 6 people found this helpful

Having to click on or enter every friend is a pain in the arse that we should not have.

Comment · Share · Answered about 7 months ago

 **Tanya Van Wyk** 1 answer
13 of 14 people found this helpful

Facebook is trying to control us all, I am getting text messages from my friends asking me
why I didn't comment on a post or if I even saw their post, but I cant see it at all. I am now
spending more time calling and texting my friends than keeping up with them on facebook
- which was the purpose of FACEBOOK in the first place ?????

1 comment · Share · Answered over a year ago

 **Sally Mendzela** 2 answers
0 of 1 people found this helpful

I've done every single thing suggested here. The cycling of what I see continues. I will see
posts for weeks or months from some friends and then they will just disappear for some
time. They are not taking a break. An algorithm simple randomly cycles posts from
different people in or out. I never have access to all posts from all friends at any given
time. The logic of this totally eludes me. I absolutely hate this control fb has over my
access.

Comment · Share · Answered about 2 months ago

 **Mollie Simmons** 1 answer
11 of 12 people found this helpful

This is so stupid, what is the problem if I want to see all my friend's news!? Why are they
controlling this?!

5 comments · Share · Answered about 12 months ago

 I agree - so frustrated and not being able to see my close friends and family news
Posted about 10 months ago by Sally Haworth

 Their probably going to wait till every one is UPSET about this then turn around and say hey???
Did you want to see what everyone is posting??? Well now you can PAY FOR IT....
NOT HAPPY
Posted about 10 months ago by Mitzi Nichols

 I recall a note from Facebook maybe a year ago that read "Facebook: Free and always will be."
Seems odd they thought they had to mention that. But it's *not* fr... See More
Posted about 8 months ago by Angela Havel



 **Bonnie Blue** 1 answer
12 of 13 people found this helpful

With improvement, comes failure...if only they had left fb the way it was, when you saw everything your friends posted in a neat little row down the page- no huge ads taking up the page, no manual settings entry for each damn friend (REALLY???!!! you do know some people have thousands of friends, right???), no stupid timeline, just what we wanted to post to each other. The good ol' days, I tell ya.

7 comments · Share · Answered over a year ago

 **Teh Andy** 1 answer
0 of 1 people found this helpful

why i can not see my friend posts (sharing coins slotomania)in the news feed area?

1 comment · Share · Answered about 8 months ago

 **Dario Calore** 1 answer
23 of 24 people found this helpful

Zucherberg take note ... we want an easy option to see ALL not what your algorythm decides we should see.

3 comments · Share · Answered over a year ago

 This is soooo frustrating and alot of facebook users will find another program! Just as MySpace to facebook. There will be another waiting....and I hope they get it right
Posted over a year ago by **Apryle J. Kleinhans**

 That's right I interact with my man every day and facebook still tries hiding his post from me. It makes no since until I go to his page and there they are. And he's sharing them will his friends. So.. and this happens with a lot of friends.
Posted about 10 months ago by **Mitzi Nichols**

 [ ]

 **Judy Cavill** 13 answers
0 of 1 people found this helpful

close friends why cant i see all post

1 comment · Share · Answered over a year ago

 **Susan Larsen** 1 answer
0 of 1 people found this helpful

there is no interest list in the drop down menu by the message tab?

3 comments · Share · Answered over a year ago

 Updating your interest lists has no effect, you still wont see the people you add to the list.
Posted about 7 months ago by **Ashley Helton**

 [ ]

 **John Carey** 1 answer
16 of 17 people found this helpful

Why is there a manual one by one process for all of our friends? This takes forever. Please come up with a better solution.

6 comments · Share · Answered over a year ago

Ask a friend to answer this question?

Sign Up        Log In          Messenger      Facebook Lite      Mobile              Find Friends      Badges      People      Pages      Places
Games        Locations      About            Create Ad         Create Page      Developers      Careers      Privacy      Cookies      Ad Choices
Terms        Help

Facebook © 2015
English (US)



## Help Center

Bill   Home 20+   **Find Friends**   6   1   98

**Desktop Help**   **News Feed**

English (US)

Navigating Your Home Page

How News Feed Works

Controlling What You See in News Feed

**News Feed Privacy**

Ticker

Commenting

Sharing

Troubleshooting

Updates to News Feed

Saving

News Feed Translations

Back

### Why am I seeing stories about people I'm not friends with or groups I'm not a part of in my News Feed?

You see stories in your News Feed about your friends' activity on Facebook, including when your friends like or comment on posts from people you're not friends with. If you don't want to see stories in your News Feed about a friend's activity on Facebook, you can unfollow that friend. Learn more about how to adjust what you see in your News Feed.

You also might see stories in your News Feed about your friends liking or commenting in public groups that you're not a member of. Learn how to hide stories you don't want to see.

Click here to give us feedback about your experience with News Feed.

**More info**
**Get help for mobile apps and browsers**

Last edited over a year ago

How helpful did you find this answer?                                    Permalink · Share · Related articles

**RELATED ARTICLES**

How do I hide a story that appears in my News Feed?

Why is my News Feed blank?

How do I share a post I see on my News Feed?

Who will see when I follow someone?

Who can see my posts when I use hashtags?

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Help

Facebook © 2015
English (US)

Help Center                                                                    Log In

| Desktop Help | **News Feed** | | English (US) |

Navigating Your Home Page

**How News Feed Works**

Controlling What You See in News Feed

News Feed Privacy

Ticker

Commenting

Sharing

Troubleshooting

Updates to News Feed

Saving

News Feed Translations

Back

## How News Feed Works

News Feed is the constantly updating list of stories in the middle of your home page. News Feed includes status updates, photos, videos, links, app activity and likes from people, Pages and groups that you follow on Facebook.

How does News Feed decide which stories to show?

Why am I seeing stories about people I'm not friends with or groups I'm not a part of in my News Feed?

Why can I see News Feed stories about someone who has yet to accept my friend request?

When my friend posts something on my Timeline, who can see it in their News Feed?

**Why are stories I've already seen still appearing in my News Feed?**

Sometimes a story that you've already seen will move to the top of your News Feed because many of your friends have liked or commented on it. This helps you see popular stories and conversations that your friends are interacting with the most.

If you feel you're missing stories you'd like to see, or seeing stories in your News Feed that you don't want to see, you can adjust your settings.

Last edited over a year ago

Was this answer helpful? Yes · No                    Permalink · Share · Related articles

## Related Topics

- Bugs and known issues

- Have a suggestion? Tell us about it.

Permalink · Share · Related articles

Sign Up       Log In       Messenger    Facebook Lite    Mobile        Find Friends   Badges   People    Pages    Places
Games        Locations    About                       Create Ad      Developers      Careers  Privacy   Cookies   Ad Choices
Terms        Help

Facebook © 2015
English (US)

Help Center

Log In

Desktop Help    Pages    **Managing a Page**

English (US)

Getting Started

Basic Information

Settings

Page Roles

Moderation

**Publishing**

Messaging

Growing Your Audience

Page Insights

Pages Manager App

Facebook Wi-Fi

Facebook Bluetooth® Beacons

Policy Questions

Troubleshooting

Pages Glossary

Back

### Will all of the people who like my Page see my Page's posts in their News Feed?

It's possible that an update you publish on your Page may not be shown to everyone who likes your Page because News Feed space is limited. The News Feed algorithm uses several factors to determine top stories shared by people and Pages, including the number of comments, who shared the story, and what type of post it is (ex: photo, video, status update). Experiment with different types of posts and see what your audience responds to best by checking your Page Insights. To help increase the chance that your audience will see your posts, you can boost your posts. Learn more about boosted posts.

Last edited about 2 months ago

Was this answer helpful? Yes · No

Permalink · Share · Related articles

RELATED ARTICLES

Who will see my Page posts in their News Feeds?

How can I make sure that more people see my Page's posts in News Feed?

How do I remove someone who likes my Page?

Who can see what on a Facebook Page?

What is organic promotion?

Sign Up     Log In       Messenger    Facebook Lite    Mobile         Find Friends    Badges    People    Pages    Places
Games      Locations    About        Create Ad        Create Page    Developers      Careers    Privacy    Cookies    Ad Choices
Terms      Help

Facebook © 2015
English (US)