UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV ) | |

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY**

Defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests an extension of time, through and including October 30, 2015, in which to file a reply to the government's Opposition [DE 1542] to his Motion for Judgment Notwithstanding Verdict and for New Trial [DE 1490].  The government has stated that it takes no position on the defense request for additional time.

As grounds for this motion, the defense states that the Opposition included a number of factual assertions and assumptions about the technical workings of Facebook, some of which are beyond the personal knowledge of counsel, that require time to investigate and research.  In addition, the legal issues, specifically including those surrounding the recent Supreme Court decision in *Johnson*, are novel and complex and require additional time to address as this area of the law is developing and changing rapidly.

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

*/s/ William W. Fick*

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 9, 2015.

*/s/  William Fick*