UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-10200-GAO |
| ) | |
| DZHOKHAR TSARNAEV ) | |

**SEALED MOTION TO SEAL ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY TO MOTION FOR ORDER TO MAINTAIN PROTECTION OF PRIVILEGED AND CONFIDENTIAL DEFENSE INFORMATION AND WORK PRODUCT**

Defendant moves that this Court grant him leave to file under seal the instant motion and the attached Assented-to Motion for Leave to File Reply to Government's Opposition to Motion for Order to Maintain Protection of Privileged and Confidential Defense Information and Work Product.. As ground for this motion, the defendant states that the motion concerns non-public information that the Court previously has determined should remain under seal.

Respectfully submitted,
DZHOKHAR TSARNAEV

By his attorneys

David I. Bruck, Esq. (SC Bar # 967)
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

I hereby certify that copies of this document filed under seal have been served on Assistant U.S. Attorneys William Weinreb, Aloke Chakravarty, Steven Mellin, and Nadine Pellegrini by email on October 20, 2015.

_____
Miriam Conrad