1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
2

3
                                    )
4    UNITED STATES OF AMERICA,       )
                                    )
5            Plaintiff,              )
                                    )  Criminal Action
6    v.                             )  No. 13-10200-GAO
                                    )
7    DZHOKHAR A. TSARNAEV, also      )
     known as Jahar Tsarni,          )
8                                   )
             Defendant.             )
9                                   )

10

11          BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                 UNITED STATES DISTRICT JUDGE
12

13
                       **LOBBY CONFERENCE**
14
                       **SEALED TRANSCRIPT**
15

16

17          John J. Moakley United States Courthouse
                       Courtroom No. 9
                       One Courthouse Way
18             Boston, Massachusetts  02210
                  Tuesday, March 31, 2015
19                        9:04 a.m.

20

21              Cheryl Dahlstrom, RMR, CRR
                  Official Court Reporter
            John J. Moakley U.S. Courthouse
22           One Courthouse Way, Room 3510
              Boston, Massachusetts  02210
23                  (617) 737-8728

24      Mechanical Steno - Computer-Aided Transcript

25

1    APPEARANCES:

2        OFFICE OF THE UNITED STATES ATTORNEY
         By: William D. Weinreb, Aloke Chakravarty and
3            Nadine Pellegrini, Assistant U.S. Attorneys
             John Joseph Moakley Federal Courthouse
4        Suite 9200
         Boston, Massachusetts  02210
5        - and -
         UNITED STATES DEPARTMENT OF JUSTICE
6            By:  Steven D. Mellin, Assistant U.S. Attorney
         Capital Case Section
7        1331 F Street, N.W.
         Washington, D.C.  20530
8        On Behalf of the Government

9        FEDERAL PUBLIC DEFENDER OFFICE
             By:  Miriam Conrad, William W. Fick and Timothy G.
10           Watkins, Federal Public Defenders
         51 Sleeper Street
11       Fifth Floor
         Boston, Massachusetts  02210
12       - and -
         CLARKE & RICE, APC
13           By:  Judy Clarke, Esq.
         1010 Second Avenue
14       Suite 1800
         San Diego, California  92101
15           - and -
         LAW OFFICE OF DAVID I. BRUCK
16           By:  David I. Bruck, Esq.
         220 Sydney Lewis Hall
17       Lexington, Virginia  24450
         On Behalf of the Defendant

18

19

20

21

22

23

24

25

1 (LOBBY CONFERENCE AS FOLLOWS:

2  THE COURT:  We had left open what might be shown

3 today, so I just wanted to go over it with you.

4  Generally, I think I'll permit what Mr. Fick outlined

5 yesterday on the representation it will be targeted.  So in

6 terms -- you know, I think some of these things are opened by

7 the government in its evidence about the hard drive on Laurel

8 Street, for example, so on and so forth.  So I think some of

9 that.

08:05 10  There is -- what is your -- has anything changed?

11 Have you talked about the translation issue?

12  MR. FICK:  The one that we want to come in today,

13 we've reached an agreed-upon version, so I think --

14  MR. CHAKRAVARTY:  I haven't seen the revision but --

15  MR. FICK:  We adopted everything you suggested, so

16 that was fine with us.

17  THE COURT:  Okay.  What about Ms. Graff?

18  MR. WEINRAB:  She's here.

19  THE COURT:  And will get on and off today?

08:06 20  MS. CLARKE:  Sure.  Did you introduce her to --

21  MR. WEINRAB:  I think Mr. Watkins is out talking to

22 her right now.

23  THE COURT:  All right.

24  MR. CHAKRAVARTY:  Your Honor, one issue on the

25 computer exhibits, there's internet web history for which the

1    witness has created some what appear to be chalks, which are

2    kind of a graphic representation.  I assume that they are going

3    to be chalks and not exhibits, versus the entire internet

4    history, which is some several thousand pages long, which I

5    think is more than what they need to show the particular items

6    which we concede are obviously relevant.

7         MR. FICK:  You're talking about internet history on

8    the Sony?

9         MR. CHAKRAVARTY:  On the Samsung particularly.

08:06 10         MR. FICK:  On the Samsung, we intend -- the search

11    history --

12         THE COURT:  The Samsung is Tamerlan?

13         MR. FICK:  The Samsung is Tamerlan.  I don't intend to

14    put in the entire internet history.  For convenience and to

15    avoid sort of accusations of cherry picking, I would like to

16    put in the entire search history and then show the particular

17    examples I mentioned yesterday.  The search history is only,

18    like, a hundred pages of a PDF, and I'll pull out a few things

19    to show him.  I think that document, though, in its entirety, I

08:07 20    would like to introduce.

21         MR. CHAKRAVARTY:  The issue there is then it goes to

22    -- the government understands the connection with component

23    parts or things that are related to crimes.  The other things

24    that Tamerlan was doing on his computer seem to be irrelevant

25    and potentially go to the penalty phase, not to anything in

1    this phase.

2              THE COURT:  Well, what's the point, I guess?

3              MR. FICK:  I guess it's just a little bit more

4    cumbersome to introduce -- I can do pullouts of the individual

5    search terms that I discussed yesterday that are pertinent to

6    who did a particular piece of research about the crime.  And we

7    could introduce those, I guess, at the end of everything and

8    put those in evidence as A, B, C subparts.  It's a little bit

9    more cumbersome.

08:08 10              THE COURT:  We did some of that yesterday.

11              MR. FICK:  Okay.

12              THE COURT:  I think it -- yeah, I think it -- to the

13    extent the jurors will pay attention to the whole history,

14    which I think is perhaps open to doubt --

15              MS. CLARKE:  We just don't want to have --

16              THE COURT:  -- and search through it themselves, I

17    think it probably would produce irrelevant and potentially 403

18    types of things.  Eventually, if there's a second phase, you'll

19    have the chance to put in all the stuff about Tamerlan you

08:08 20    want.  Don't quote me.

21              MR. WEINRAB:  We move to strike that from the record.

22    (Laughter.)

23              MR. FICK:  Understood.  I guess, perhaps just even in

24    terms of presentation -- I don't know -- if the government has

25    no objection to -- rather than having to switch the screen for

1    every little individual search, I mean, I will only pull up to

2    show, you know, in legibly large type, the searches of the

3    nature we talked about, and then I can move, you know,

4    sub-pages into evidence but -- rather than taking it on and off

5    the screen if that's okay.

6             THE COURT:  That's fine.

7             MR. WEINRAB:  I think there was one unresolved issue,

8    which were the seven so-called arrest photos.

9             THE COURT:  Yes.  I'll permit those to be used.

08:09 10   They're cumulative to some degree, but seven is within the

11   range.

12             MS. CLARKE:  The travel document.

13             MR. FICK:  That was the other question.  I would like

14   to move into evidence simply the public record travel document

15   right before I question Mr. Spencer just so it's in the record.

16             THE COURT:  That's okay.  You know -- anyway, so --

17   it's limited enough that I'll allow it.

18             MR. FICK:  Thank you.

19             THE COURT:  Who's first?  Spencer?

08:09 20             MR. FICK:  Yes.

21   .   .   .   END OF LOBBY CONFERENCE.)

22

23

24

25

1                          C E R T I F I C A T E

2

3              I, Cheryl Dahlstrom, RMR, CRR, and Official Reporter

4      of the United States District Court, do hereby certify that the

5      foregoing transcript constitutes, to the best of my skill and

6      ability, a true and accurate transcription of my stenotype

7      notes taken in the matter of Criminal Action No. 13-10200-GAO,

8      United States of America v. Dzhokhar A. Tsarnaev.

9

10     /s/ Cheryl Dahlstrom
       CHERYL DAHLSTROM, RMR, CRR
11     Official Court Reporter

12

13     Date:  October 26, 2015

14

15

16

17

18

19

20

21

22

23

24

25