

U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 25, 2015

**BY ELECTRONIC MAIL**
Judy Clarke, Esq.
David Bruck, Esq.
Miriam Conrad, Esq.
Timothy Watkins, Esq.
William Fick, Esq.
Federal Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA  02210

    Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO

Dear Counsel:

    We are writing to notify you that effective September 4, 2015, the government will withdraw from the "Agreement To Protect Defense Information and Work Product" dated July 3, 2014.  We have always viewed that agreement as strictly voluntary, and we believe changed circumstances -- namely, the defendant's conviction and imprisonment -- have rendered it obsolete and unnecessary.  We intend to ask AUSA Terrence Donnelly to transfer all of his files in this matter to us and inform him that his services as a "walled-off" AUSA in this matter are no longer needed.

    Based on our review of the docket, we believe the Court issued only one order respecting the SAMs, namely, a requirement that mixed legal and social visits involving defense team members and one or both of the defendant's sisters be monitored, if at all, by a "walled-off" agent working in conjunction with a "walled-off" AUSA from another district.  We believe this order was effectively terminated by the conclusion of legal proceedings in the district court.

Judy Clarke, Esq, et al.
August 25, 2015
Page 2

      We are providing 10 days' notice of our intent to withdraw from the Agreement to allow you tine to seek relief in Court if you consider that necessary.

                                 Very truly yours,

                                 CARMEN M. ORTIZ
                               United States Attorney

By:   */s/ William Weinreb*
       William D. Weinreb
       Aloke S. Chakravarty
       Nadine Pellegrini
       Assistant U.S. Attorneys
       Steven D. Mellin
       Trial Attorney, U.S. Department of Justice