UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

### ASSENTED-TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT NOTWITHSTANDING VERDICT AND FOR NEW TRIAL

Defendant, Dzhokhar Tsarnaev, by and through counsel, with the assent of the government, respectfully moves for leave to file a short supplemental memorandum in support of his Motion for Judgement Notwithstanding Verdict and for New Trial on or before December 14, 2015.[1]  In particular, the defense wishes to address the government's oral arguments at the hearing on December 1, 2015, not previously raised in its papers, that the section 924(c) predicates at issue in this case are "divisible" within the meaning of *Descamps v. United States*, 133 S.Ct. 2276 (2013), and that this somehow defeats the defendant's arguments that the predicates fail to satisfy the "elements" clause of section 924(c).  Progeny of *Descamps* are numerous and the principles at issue complex.   Against that backdrop, a supplemental brief would assist the Court in resolving the motion.

---

[1] Undersigned counsel have requested a transcript of the relevant portion of the hearing on December 1 and hope to receive it within one week.  Counsel would like an opportunity to review the transcript before filing the supplemental memo.

1

Respectfully submitted,

DZHOKHAR TSARNAEV
by his attorneys

*/s/ William W. Fick*

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 2, 2015.

*/s/  William W. Fick*