UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

SCHEDULING ORDER
December 16, 2015

O'TOOLE, D.J.

Pursuant to the orders dated May 28, August 13, and December 1, 2015, the Court enters the following scheduling order applicable to all docket entries currently under seal, including but not limited to motions to seal, substantive motions, and related orders:

On or before December 22, 2015, the parties shall submit a joint list of docket entries by docket number and document title that both parties agree can be unsealed. To the extent there are disagreements as to whether certain documents may be unsealed, the parties shall jointly submit a chart setting forth each disputed docket entry by docket number and document title, the supporting party's basis for continuing the seal, and the opposing party's response. The justification shall be supported by reference to specific authority where appropriate. Materials may not be incorporated by reference.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge