AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DZHOKHAR A. TSARNAEV<br>a/k/a Jahar Tsarni | ) **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>)<br>) Case Number: **1: 13 CR 10200 - 001 - GAO**<br>) USM Number: **95079-038**<br>) MIRIAM CONRAD, JUDY CLARKE<br>) Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)   Counts 1 through 30   (Date of Verdict: 4/8/15)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC Sec. 2332a (a)(2) | Conspiracy to Use a Weapon of Mass Destruction Resulting in Death | 04/19/13 | 1 |
| 18 USC Sec. 2332a (a)(2) | Use of a Weapon of Mass Destruction Resulting in Death | 04/15/13 | 2 |

The defendant is sentenced as provided in pages 2 through __11__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/24/2015
Date of Imposition of Judgment

_[signature]_
Signature of Judge

The Honorable George A. O'Toole, Jr
Judge, U.S. District Court
Name and Title of Judge

January 15, 2016
Date

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 1A

Judgment—Page 2 of 11

DEFENDANT: DZHOKHAR A. TSARNAEV a/k/a Jahar Tsarni
CASE NUMBER: 1: 13 CR 10200 - 001 - GAO

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC Sec. 924(c) & (j) | Possession and Use of a Firearm During and in Relation to a Crime of Violence Resulting in Death | 04/15/13 | 3 |
| 18 USC Sec. 2332a (a)(2) | Use of a Weapon of Mass Destruction Resulting in Death | 04/15/13 | 4 |
| 18 USC Sec. 924(c) & (j) | Possession and Use of a Firearm During and in Relation to a Crime of Violence Resulting in Death | 04/15/13 | 5 |
| 18 USC Sec. 2332f (a)(1) & (a)(2) & (c) | Conspiracy to Bomb a Place of Public Use Resulting in Death | 04/19/13 | 6 |
| 18 USC Sec. 2332f (a)(1) & (c) | Bombing of a Place of Public Use Resulting in Death | 04/15/13 | 7 |
| 18 USC Sec. 924(c) & (j) | Possession and Use of a Firearm During and in Relation to a Crime of Violence Resulting in Death | 04/15/13 | 8 |
| 18 USC Sec. 2332f (a)(1) & (c) | Bombing of a Place of Public Use Resulting in Death | 04/15/13 | 9 |
| 18 USC Sec. 924(c) & (j) | Possession and Use of a Firearm During and in Relation to a Crime of Violence Resulting in Death | 04/15/13 | 10 |
| 18 USC Sec. 844(i) & (n) | Conspiracy to Maliciously Destroy Property Resulting in Personal Injury and Death | 04/19/13 | 11 |
| 18 USC Sec. 844(i) | Malicious Destruction of Property Resulting in Personal Injury and Death | 04/15/13 | 12 |

AO 245B  (Rev. 10/15) Judgment in a Criminal Case
Sheet 1A

Judgment—Page  3  of _____

DEFENDANT:   DZHOKHAR A. TSARNAEV a/k/a Jahar Tsarni
CASE NUMBER:  1: 13 CR 10200  - 001 - GAO

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 USC Sec. 924(c) & (j) | Possession and Use of a Firearm During and in Relation to a Crime of Violence Resulting in Death | 04/15/13 | 13 |
| 18 USC Sec. 844(i) | Malicious Destruction of Property Resulting in Personal Injury and Death | 04/15/13 | 14 |
| 18 USC Sec. 924(c) & (j) | Possession and Use of a Firearm During and in Relation to a Crime of Violence Resulting in Death | 04/15/13 | 15 |
| 18 USC Sec. 924(c) & (j) | Possession and Use of a Firearm During and in Relation to a Crime of Violence Resulting in Death | 04/18/13 | 16 |
| 18 USC Sec. 924(c) & (j) | Possession and Use of a Firearm During and in Relation to a Crime of Violence Resulting in Death | 04/18/13 | 17 |
| 18 USC Sec. 924(c) & (j) | Possession and Use of a Firearm During and in Relation to a Crime of Violence Resulting in Death | 04/18/13 | 18 |
| 18 USC Sec. 2119(2) | Carjacking Resulting in Serious Bodily Injury | 04/18/13 | 19 |
| 18 USC Sec. 924(c) | Possession and Use of a Firearm During and in Relation to a Crime of Violence | 04/18/13 | 20 |
| 18 USC Sec. 1951 | Interference with Commerce by Threats and Violence | 04/18/13 | 21 |
| 18 USC Sec. 924(c) | Possession and Use of a Firearm During and in Relation to a Crime of Violence | 04/18/13 | 22 |
| 18 USC Sec. 2332a (a)(2) | Use of a Weapon of Mass Destruction | 04/19/13 | 23 |

AO 245B  (Rev. 10/15) Judgment in a Criminal Case
Sheet 1A

Judgment—Page **4** of **11**

DEFENDANT: DZHOKHAR A. TSARNAEV a/k/a Jahar Tsarni
CASE NUMBER: 1: 13 CR 10200  - 001 - GAO

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 USC Sec. 924(c) | Possession and Use of a Firearm During and in Relation to a Crime of Violence | 04/19/13 | 24 |
| 18 USC Sec. 2332a (a)(2) | Use of a Weapon of Mass Destruction | 04/19/13 | 25 |
| 18 USC Sec. 924(c) | Possession and Use of a Firearm During and in Relation to a Crime of Violence | 04/19/13 | 26 |
| 18 USC Sec. 2332a (a)(2) | Use of a Weapon of Mass Destruction | 04/19/13 | 27 |
| 18 USC Sec. 924(c) | Possession and Use of a Firearm During and in Relation to a Crime of Violence | 04/19/13 | 28 |
| 18 USC Sec. 2332a (a)(2) | Use of a Weapon of Mass Destruction | 04/19/13 | 29 |
| 18 USC Sec. 924(c) | Possession and Use of a Firearm During and in Relation to a Crime of Violence | 04/19/13 | 30 |

AO 245B (Rev. 10/15) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 5 of 11

DEFENDANT: DZHOKHAR A. TSARNAEV a/k/a Jahar Tsarni
CASE NUMBER: 1: 13 CR 10200 - 001 - GAO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Upon the jury's verdict, the defendant is sentenced to death on Counts 4,5,9,10,14, and 15. (Continued on page 6).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ ☐ a.m. ☐ p.m. on _____ .
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on _____ .
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 10/15) Judgment in a Criminal Case
Sheet 2A — Imprisonment

Judgment—Page 6 of 11

DEFENDANT: DZHOKHAR A. TSARNAEV a/k/a Jahar Tsarni
CASE NUMBER: 1: 13 CR 10200 - 001 - GAO

## ADDITIONAL IMPRISONMENT TERMS

As to Counts 1, 2, 6, 7, and 12, life imprisonment without the possibility of release, the sentences on these enumerated counts to be served concurrently.

As to Counts 11, 23, 25, 27, and 29, life imprisonment, the sentences on these five counts to be served concurrently with each other, but consecutively to the terms of imprisonment imposed on Counts 1, 2, 6, 7, and 12.

As to Count 19, imprisonment for a term of 25 years. As to Count 21, imprisonment for a term of 20 years. The sentences on these two counts are to be served concurrently with each other, but consecutively to the terms of imprisonment imposed as to Counts 11, 23, 25, 27, and 29.

As to Count 3, life imprisonment without the possibility of release, to be served consecutively to all prior terms of imprisonment.

As to Count 8, life imprisonment without the possibility of release, to be served consecutively to all prior terms of imprisonment.

As to Count 13, life imprisonment without the possibility of release, to be served consecutively to all prior terms of imprisonment.

As to Count 16, life imprisonment without the possibility of release, to be served consecutively to all prior terms of imprisonment.

As to Count 17, life imprisonment without the possibility of release, to be served consecutively to all prior terms of imprisonment.

As to Count 18, life imprisonment without the possibility of release, to be served consecutively to all prior terms of imprisonment.

As to Count 20 and 22, terms of 7 years and 25 years, respectively. As to Counts 24, 26, 28, and 30, life imprisonment. These sentences are to be served consecutively to each other and consecutively to all prior terms of imprisonment.

Defendant is committed to the custody of the Attorney General until the exhaustion of the procedures for appeal of the judgement of conviction and for review of the sentences. See 18 USC Sec. 3596(a). When the sentence of death is to be implemented, the Attorney General shall release the defendant to the custody of a United States Marshal, who shall supervise the implementation of the sentence in the manner prescribed by the law of the State of Indiana. See 18 USC Sec. 3596(a).

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 7 | of | 11 |

DEFENDANT: DZHOKHAR A. TSARNAEV a/k/a Jahar Tsarni
CASE NUMBER: 1: 13 CR 10200 - 001 - GAO

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 3,000.00 | $ 0.00 | $ 101,124,027.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See Appendix to this Amended Judgment | | $101,124,027.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | $ 0.00 | $ 101,124,027.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 10/15) Judgment in a Criminal Case
   Sheet 6 — Schedule of Payments

Judgment — Page **8** of **11**

DEFENDANT: DZHOKHAR A. TSARNAEV a/k/a Jahar Tsarni
CASE NUMBER: 1: 13 CR 10200 - 001 - GAO

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐ Lump sum payment of $ _____ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance     ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☒ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☒ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒ Special instructions regarding the payment of criminal monetary penalties:

   ( See page 9).

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (Rev. 10/15) Judgment in a Criminal Case
Sheet 5A — Criminal Monetary Penalties

Judgment—Page 9 of 11

DEFENDANT: DZHOKHAR A. TSARNAEV a/k/a Jahar Tsarni
CASE NUMBER: 1: 13 CR 10200 - 001 - GAO

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Restitution payments shall commence immediately and shall be made in accordance with the Federal Bureau of Prisons Inmate Financial Responsibility Program while the defendant is incarcerated. Any payment made that is less than payment in full shall be divided and distributed proportionately among the victims listed as Victims 1 through 49 in the Appendix to this Amended Judgment. Restitution shall be made to the Massachusetts Victim Compensation Fund pursuant to 18 USC Sec. 3664(j) only after Victims 1 through 49 have received payment in full of the restitution amounts due them.

All restitution payments shall be made to the Clerk, U.S. District Court for transfer to the identified recipients.

# APPENDIX
## Restitution Amounts

Total: $ 101,124,027

| Victim Number | Amount |
| --- | --- |
| 1 | $4,307,812 |
| 2 | $7,711,304 |
| 3 | $4,033,738 |
| 4 | $5,125,193 |
| 5 | $7,708,906 |
| 6 | $5,616,441 |
| 7 | $4,269,961 |
| 8 | $4,930,507 |
| 9 | $3,980,906 |
| 10 | $8,179,166 |
| 11 | $2,861,289 |
| 12 | $4,216,351 |
| 13 | $3,945,985 |
| 14 | $4,998,468 |
| 15 | $5,356,110 |
| 16 | $1,014,233 |
| 17 | $5,185,355 |
| 18 | $1,844,090 |
| 19 | $1,658,623 |
| 20 | $2,766,358 |
| 21 | $1,665,255 |
| 22 | $14,412 |
| 23 | $86,930 |
| 24 | $193,041 |
| 25 | $37,967 |
| 26 | $168,536 |
| 27 | $345,000 |
| 28 | $168,000 |
| 29 | $811,000 |
| 30 | $774,000 |
| 31 | $228,500 |
| 32 | $2,800 |
| 33 | $792,383 |
| 34 | $1,125,229 |
| 35 | $854,881 |
| 36 | $6,390 |
| 37 | $161 |
| 38 | $372,481 |
| 39 | $14,010 |
| 40 | $160 |
| 41 | $681 |

| | |
|---|---:|
| 42 | $6,156 |
| 43 | $3,516 |
| 44 | $22,823 |
| 45 | $120 |
| 46 | $3,750 |
| 47 | $106,327 |
| 48 | $50,000 |
| 49 | $2,451,258 |
| 50 – Massachusetts Victim Compensation Fund | $1,107,464 |