UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

**ORDER**
January 15, 2016

O'TOOLE, D.J.

The defendant's Motion for Order to Maintain Protection of Privileged and Confidential Defense Information and Work Product (dkt. no. 1579) is GRANTED only to the following extent:

The notes or other materials in the custody of the FBI agent(s) and Assistant United States Attorney(s) who have served in this case in a "firewalled" or "taint" capacity shall not be shared or made available to any other government agent, officer, or attorney without the prior approval of this Court, at least until the defendant's potential avenues of appeal or collateral attack have been exhausted or are otherwise foreclosed as a matter of law.

In all other respects, the defendant's motion is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge