**[FILED UNDER SEAL]**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO. 13-10200-GAO |
| | ) |
| DZHOKHAR TSARNAEV | ) |

## RESPONSE TO SCHEDULING ORDER RE:
## JOINT LISTING OF DOCKET ENTRIES THAT SHOULD
## BE UNSEALED AND SUPPORTING BASIS FOR CONTINUED SEALING

Pursuant to the Court's Order of December 16, 2015 [D.E. 1605], the defendant,

Dzhokhar Tsarnaev, and the United States, by and through counsel, jointly submit that

the following Docket Entries may be unsealed:

| DE # | Name | Description |
|---|---|---|
| 170 | Motion | Motion to Seal Supplemental Memorandum in Support of Motion to Vacate SAMs and Accompanying Declaration |
| 170.01 | Exhibit | Supplemental Memorandum in Support of Motion to Vacate SAMs |
| 170.02 | Exhibit | Supplemental Memorandum in Support of Motion to Vacate SAMs |
| 179 | Order | Re: DE 170 |
| 180 | Memorandum in Support | Supplemental Memorandum in Support of Motion to Vacate SAMs |
| 180.01 | Exhibit | Supplemental Memorandum in Support of Motion to Vacate SAMs |
| 206 | Order | Re: DE 180 |
| 295 | Motion | Motion to Suppress Statements |
| 295.01 | Exhibit | Affidavit of Charles P. McGinty |
| 295.02 | Exhibit | FBI Electronic Recording of Confessions and Witness Interviews |
| 295.03 | Exhibit | FBI Memorandum |
| 297 | Suppress | Motion to Suppress Fruits of Searches at Norfolk Street and University of Massachusetts |
| 297.01 | Exhibit 1 | Search and Seizure Warrant |
| 297.02 | Exhibit 2 | Search and Seizure Warrant |
| 297.03 | Exhibit 3 | Search and Seizure Warrant |
| 297.04 | Exhibit 4 | FBI Report Re: Storage of Personal Property Left within UMass Dartmouth Dormitory Room |
| 297.05 | Exhibit 5 | Search and Seizure Warrant |

| 297.06 | Exhibit 6 | Application for Search Warrant |
|---|---|---|
| 303 | Suppress | Motion to Suppress Fruits of Searches: Electronically Stored Information, Including Email Communications and Data Contained in Sony Vaio Laptop Computer |
| 303.01 | Exhibit A | Search and Seizure Warrant |
| 303.03 | Exhibit C | Search and Seizure Warrant |
| 303.05 | Exhibit E | Search and Seizure Warrant |
| 323 | Order | Re: DE 297, DE 303 |
| 334 | Order | Re: DE 297, DE 303 |
| 383 | Order | Re: DE 297, DE 303 |
| 440 | Motion | Motion to Compel Government to Comply with Its Expert Disclosure Obligations, and to Suspend Defendant's Expert Disclosure Deadline |
| 440.01 | Exhibit A | Expert Disclosure Letter of June 30, 2014 (Filed under Seal) |
| 440.04 | Exhibit A | Expert Disclosure Letter of June 30, 2014 from AUSAs |
| 455 | Motion | Motion for Leave to File Supplemental Motion to Compel Government to Comply with Its Expert Disclosure Obligations and Exhibit under Seal |
| 455.01 | Exhibit | Supplemental Motion to Compel Government to Comply with Its Expert Disclosure Obligations |
| 455.02 | Exhibit A | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (August 1, 2014) |
| 459 | Order | Re: DE 455 |
| 460 | Motion | Supplemental Motion to Compel Government to Comply with Its Expert Disclosure Obligations |
| 460.01 | Exhibit A | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (August 1, 2014) |
| 463 | Opposition to Motion | Government's Opposition to Defendant's Renewed Motion for Hearing to Address "Leaks" |
| 463.01 | Letter to Law Enforcement | Letter Re: United States v. Dzhokhar Tsarnaev |
| 464 | Opposition to Motion | Government's Opposition to Defendant's Motion to Compel Compliance and Suspend Defendant's Expert Disclosure Deadline |
| 464.05 | Exhibit | Massachusetts State Police Crime Scene Services Section Report of Investigation |
| 464.06 | Exhibit | Massachusetts State Police Crime Scene Services Section Evidence Examination /Latent Print Development Worksheet |
| 464.07 | Exhibit | MA State Police Firearms Identification Report |
| 464.08 | Exhibit | Area of Agreement |
| 464.09 | Exhibit | MA State Police Gunshot Primer Residue Analysis Report |
| 464.10 | Exhibit | FBI Laboratory Report of Examination |
| 464.11 | Exhibit | MA State Police Firearms Identification Report |
| 465 | Motion | Government's Motion for Leave to File Exhibit to Its Opposition to Defendant's Renewed Motion for Hearing to Address "Leaks" under Seal |
| 466 | Motion | Government's Motion for Leave to File Exhibits to Its Opposition to Defendant's Motion to Compel Compliance under Seal |

| 466.05 | Exhibit | Massachusetts State Police Crime Scene Services Section Report of Investigation |
|---|---|---|
| 466.06 | Exhibit | Massachusetts State Police Crime Scene Services Section Evidence Examination/Latent Print Development Worksheet |
| 466.07 | Exhibit | Massachusetts State Police Firearms Identification Section Report |
| 466.08 | Exhibit | Areas of Agreement Photograph |
| 466.09 | Exhibit | Massachusetts State Police Gunshot Primer Residue Analysis Report |
| 466.10 | Exhibit | FBI Laboratory Report of Examination |
| 466.11 | Exhibit | Massachusetts State Police Firearms Identification Section Report |
| 494 | Order | Re: DE 404 |
| 498 | Order | Re: DE 440 |
| 502 | Motion | Government's Motion to Seal Opposition to the Defendant's Supplemental Motion to Compel the Government to Comply with Its Expert Disclosure Obligations |
| 502.01 | Exhibit | Government's Opposition to Defendant's Supplemental Motion to Compel Compliance with Government's Expert Discovery Obligations |
| 504 | Opposition to Motion | Government's Opposition to Defendant's Supplemental Motion to Compel Compliance with Government's Expert Discovery Obligations |
| 507 | Motion | Motion to Seal Reply to Government's Opposition to Defendant's Supplemental Motion to Compel Compliance with Government's Expert Discovery Obligations |
| 507.01 | Exhibit | Reply to Government's Opposition to Defendant's Supplemental Motion to Compel Government to Comply with Its Expert Disclosure Obligations |
| 523 | Order | Re: DE 507 |
| 524 | Reply to Response | Reply to Government's Opposition to Defendant's Supplemental Motion to Compel Government to Comply with Its Expert Disclosure Obligations |
| 568.01 | Exhibit | Expert Report of Dr. Sebastian L. Gorka |
| 568.02 | Exhibit | Expert Report of Dr. Matthew Levitt |
| 568.04 | Exhibit | Forensic Images of Sony Vaio Computer |
| 568.05 | Exhibit | Expert Report of Evan F. Kohlmann |
| 569 | Order | Re: DE 460 |
| 602 | Motion | Motion to Compel Discovery |
| 602.02 | Exhibit B | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (July 25, 2014) |
| 604 | Motion | Motion to Seal Exhibits to Motion to Compel Discovery |
| 607 | Order | Re: DE 297, DE 303 |
| 612 | Order | Re: DE 602, DE 242, DE 295 |
| 652 | Motion | Motion to Seal Motion for Foreign Deposition |
| 652.01 | Exhibit | Motion for Foreign Deposition |
| 660 | Motion | Motion for Order Re: Forensic Testing |
| 660.01 | Exhibit A | Email Correspondence Re: Forensic Testing (October 31, 2014) |
| 662 | Opposition to Motion | Government's Opposition to Defendant's Motion for Order Re: Forensic Testing |

| 665 | Motion | Motion for Leave to File Reply to Government's Opposition to Defendant's Motion for Order Re: Forensic Testing |
|---|---|---|
| 665.01 | Exhibit | Reply to Government's Opposition to Defendant's Motion for Order Re: Forensic Testing |
| 667 | Reply to Response | Reply to Government's Opposition to Defendant's Motion for Order Re: Forensic Testing |
| 668 | Order | Re: DE 652 |
| 675 | Order | Re: DE 602 |
| 691 | Motion | Motion to Seal Exhibit 3 to Defendant's Memorandum in Support of Second Motion to Change Venue [DE 686] |
| 691.01 | Exhibit | Exhibit 3 (8-1-14 Government Expert Disclosure) to DE686 Memorandum in Support of Second Motion to Change Venue |
| 692.01 | Exhibit | Opposition to Defendant's Motion for Foreign Deposition |
| 695 | Order | Re: DE 691 |
| 696 | Exhibit | Exhibit 3 (8-1-14 Government Expert Disclosure) to DE 686 Memorandum in Support of Second Motion to Change Venue |
| 702 | Motion | Motion for Leave to FileDocument under Seal |
| 702.01 | Exhibit | Juror Questionnaire Preliminary Instructions |
| 703 | Motion | Motion for Leave to File Motion to Supplement Jury Questionnaire under Seal |
| 703.01 | Exhibit | Government's Motion to Supplement Jury Questionnaire |
| 704 | Motion | Motion for Leave to File Motion to Supplement Agreed-Upon Questionnaire and Defendant's Reply to Government's Motion to Supplement Jury Questionnaire under Seal |
| 704.01 | Exhibit | Motion to Supplement Agreed-Upon Questionnaire under Seal |
| 704.02 | Exhibit | Reply to Government's Motion to Supplement Jury Questionnaire |
| 706 | Order | Re: DE 660 |
| 711 | Motion | Assented-To Motion to Seal |
| 711.01 | Exhibit | Assented-To Motion for Extension of Time (One Week) to File in Limine Daubert Motion Regarding Tape, Polymer and Fabric Matches |
| 711.02 | Exhibit | Motion for Leave to File Motion to Exclude Toolmark Identification Evidence and Request for Daubert Hearing in Excess of Twenty Pages |
| 711.03 | Exhibit | Motion to Exclude Testimony Regarding Matching Transmitter-Receiver Binding Codes |
| 711.04 | Exhibit A | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (December 4, 2014) |
| 711.06 | Exhibit | Motion to Exclude Testimony of Certain Conclusions Regarding DNA Matching |
| 711.07 | Exhibit A | DNA-STR Comprehensive Report |
| 711.08 | Exhibit B | Massachusetts State Police Forensic Services Group DNA Unit, DNA Case File and Report Preparation Guidelines |
| 711.09 | Exhibit C | Procedures for Interpretation of DNA Typing Results from Ampfistr® Identifiler® Plus and Minifiler™ PCR Amplification Kits |
| 711.10 | Exhibit | Motion to Exclude Toolmark Identification Evidence and Request for Daubert Hearing |

| 711.11 | Exhibit | Motion to Exclude Cellphone Geolocation Evidence and Request for Daubert Hearing |
|---|---|---|
| 711.12 | Exhibit | Motion to Exclude Unsupported "Scientific" Opinions of Government Terrorism Experts |
| 712 | Order | Re: DE 702, DE 703, DE 704 |
| 713 | Document | Juror Questionnaire Preliminary Instructions |
| 714 | Motion | Government's Motion to Supplement Jury Questionnaire |
| 715 | Motion | Motion to Supplement Agreed-Upon Questionnaire under Seal |
| 716 | Response to Motion | Reply to Government's Motion to Supplement Jury Questionnaire |
| 720 | Motion | Motion for Leave to File Reply under Seal to Government's Opposition to Motion for Foreign Deposition |
| 720.01 | Exhibit | Reply to Government's Opposition to Motion for Foreign Deposition |
| 722 | Order | Re: DE 720 |
| 723 | Reply to Response | Reply to Government's Opposition to Motion for Foreign Deposition |
| 724 | Order | Re: DE 711 |
| 725 | Motion | Assented-To Motion for Extension of Time (One Week) to File in Limine Daubert Motion Regarding Tape, Polymer and Fabric Matches |
| 726 | Motion | Motion for Leave to File Motion to Exclude Toolmark Identification Evidence and Request for Daubert Hearing in Excess of Twenty Pages |
| 727 | Motion | Motion to Exclude Testimony Regarding Matching Transmitter-Receiver Binding Codes |
| 728 | Motion | Motion to Exclude Testimony of Certain Conclusions Regarding DNA Matching |
| 728.01 | Exhibit A | DNA-STR Comprehensive Report |
| 728.02 | Exhibit B | Massachusetts State Police Forensic Services Group DNA Unit, DNA Case File and Report Preparation Guidelines |
| 728.03 | Exhibit C | Procedures for Interpretation of DNA Typing Results from Ampfistr® Identifiler® Plus and Minifiler™ PCR Amplification Kits |
| 729 | Motion | Motion to Exclude Toolmark Identification Evidence and Request for Daubert Hearing |
| 730 | Motion | Motion to Exclude Cellphone Geolocation Evidence and Request for Daubert Hearing |
| 731 | Motion | Motion to Exclude Unsupported "Scientific" Opinions of Government Terrorism Experts |
| 732 | Order | Re: DE 725 |
| 734 | Order | Re: DE 726 |
| 740 | Motion | Government's Motion for Leave to File Exhibit "B" to Its Opposition to Defendant's Motion for Reconsideration under Seal |
| 740.01 | Exhibit | Government's Opposition to Defendant's Motion for Reconsideration of His Renewed Motion for Hearing to Address "Leaks" |
| 742 | Motion | Motion to Seal Motion for Extension of Time to File in Limine Daubert Motion Regarding Tape, Polymer and Fabric Matches |
| 742.01 | Exhibit | Assented-To Motion for Extension of Time to File in Limine Daubert Motion Regarding Tape, Polymer and Fabric Matches |
| 744 | Opposition to Motion | Government's Opposition to Defendant's Motion for Reconsideration of His Renewed Motion for Hearing to Address "Leaks" |

- 5 -

| 746 | Order | Re: DE 741 |
|---|---|---|
| 751 | Order | Re: DE 742 |
| 752 | Motion | Assented-To Motion for Extension of Time to File in Limine Daubert Motion Regarding Tape, Polymer and Fabric Matches |
| 753 | Order | Re: DE 752 |
| 759 | Motion | Government's Motion for Leave to File Preliminary Witness and Exhibit Lists One Day Late and under Seal |
| 759.01 | Exhibit | Preliminary Witness List of the United States of America |
| 759.02 | Exhibit | Preliminary Exhibit List of the United States of America |
| 763 | Document | Preliminary Witness List of the United States of America |
| 764 | Document | Preliminary Exhibit List of the United States of America |
| 781 | Motion | Government's Motion for Leave to File Response to Defendant's Motion to Exclude Certain Conclusions Regarding DNA Evidence and Motion to Supplement Expert Disclosures under Seal |
| 781.01 | Exhibit | Government's Response to Defendant's Motion to Exclude Certain Conclusions Regarding DNA Evidence and Motion to Supplement Expert Dislcosures |
| 782 | Motion | Government's Motion for Leave to File Response to Defendant's Motion to Exclude Testimony Regarding Cellphone Geolocation Evidence under Seal |
| 782.01 | Exhibit | Government's Opposition to Defendant's Motion to Exclude Testimony Regarding Cellphone Geolocation Evidence and Request for Daubert Hearing |
| 784 | Motion | Motion to Seal Motion to Exclude Opinion Testimony Concerning Polymer, Tapes, and Fiber Matching |
| 784.01 | Exhibit | Motion for Leave to File Motion to Exclude Opinion Testimony Concerning Polymer, Tapes, and Fiber Matching in Excess of Twenty Pages |
| 784.02 | Exhibit | Motion to Exclude Opinion Testimony Concerning Polymer, Tapes, and Fiber Matching |
| 784.03 | Exhibit A | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (September 2, 2014) |
| 784.04 | Exhibit B | FBI Laboratory, Report of Examination, Case Id No.: 415M-Bs-2814367-11017 |
| 784.05 | Exhibit C | FBI Laboratory, Report of Examination, Case Id No.: 415M-Bs-2814367-10652 |
| 784.06 | Exhibit D | Declaration of Janine Arvizu Regarding Method Validation |
| 784.07 | Exhibit E | General Requirements for Competence of Testing and Calibration Laboratories |
| 784.08 | Exhibit F | Macroscopical and Microscopical Examination of Tape Evidence |
| 784.09 | Exhibit G | Trace Evidence Unit: Fabric, Fabric Damage, Fabric Impression, Duct Tape, and Cordage Examinations |
| 784.10 | Exhibit H | FBI Laboratory Quality Assurance Manual |
| 784.11 | Exhibit I | Chemistry Unit, Validation of Analytical Procedures |
| 784.12 | Exhibit J | Trace Evidence Unit, Validation of Technical Procedures |

| 785 | Motion | Government's Motion for Leave to File Exhibits in Support of Government's Oppositions to Motions to Exclude Expert Testimony under Seal and One Day Late |
|---|---|---|
| 785.01 | Exhibit | Government's Motion for Leave to File Opposition to Defendant's Motion to Exclude "Scientific" Opinions of Government Terrorism Experts under Seal |
| 785.02 | Exhibit | Government's Opposition to Defendant's Motion to Exclude "Scientific" Opinions of Government's Terrorism Experts |
| 785.03 | Exhibit | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (August 1, 2014) |
| 785.04 | Exhibit | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (September 2, 2014) |
| 785.07 | Exhibit | CV of Matthew Levitt |
| 785.08 | Exhibit | Expert Report of Sebatian L. v. Gorka |
| 785.09 | Exhibit | Expert Report of Dr. Matthew Levitt |
| 785.10 | Exhibit | Expert Report of Evan F. Kohlmann |
| 786 | Motion | Government's Motion for Leave to File Exhibits in Support of Government's Oppositions to Motions to Exclude Expert Testimony under Seal and One Day Late |
| 786.01 | Exhibit | Government's Motion for Leave to File Opposition to Defendant's Motion to Exclude Toolmark Identification Evidence under Seal |
| 786.02 | Exhibit | Government's Opposition to Defendant's Motion to Exclude Toolmark Identification Evidence and Request for Daubert Hearing |
| 786.03 | Exhibit | Statement of Qualifications of Erich D. Smith |
| 786.04 | Exhibit | CV of Massachusetts State Police Lieutenant David M. Cahill |
| 786.05 | Exhibit | Massachusetts State Police Firearms Identification Section Report |
| 786.06 | Exhibit | Massachusetts State Police Firearms Identification Section Report |
| 786.07 | Exhibit | Massachusetts State Police Firearms Identification Section Examination |
| 786.08 | Exhibit | Massachusetts State Police Firearms Identification Section Worksheet |
| 786.09 | Exhibit | Massachusetts State Police Firearms Identification Section Worksheet |
| 786.10 | Exhibit | Massachusetts State Police Firearms Identification Section Examination |
| 786.11 | Exhibit | FTU Toolmark Worksheet |
| 786.12 | Exhibit | FTU Toolmark Worksheet |
| 786.14 | Exhibit | FBI Laboratory Report of Examination |
| 786.15 | Exhibit | Theory of Identification as It Relates to Toolmarks |
| 786.16 | Exhibit | Firearm/Toolmark Identification: Passing the Reliability Test under Federal and State Evidentiary Standards |
| 787 | Motion | Government's Motion for Leave to File Exhibits in Support of Government's Oppositions to Motions to Exclude Expert Testimony under Seal and One Day Late |
| 787.01 | Exhibit | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-Gao (August 1, 2014) |
| 787.02 | Exhibit | CV of Chad Fitzgerald |

| 787.03 | Exhibit | FBI Cellular Analysis Survey Team |
|--------|---------|-----------------------------------|
| 787.04 | Exhibit | Data Detail |
| 787.05 | Exhibit | Combined Detail LE |
| 787.06 | Exhibit | Mobility Usage with Cell Location |
| 787.07 | Exhibit | Data Detail |
| 787.08 | Exhibit | Combined Detail LE |
| 788 | Motion | Government's Motion for Leave to File Response to Defendant's Motion to Exclude Certain Conclusions Regarding DNA Evidence and Motion to Supplement Expert Disclosures under Seal |
| 788.01 | Exhibit | Government's Response to Defendant's Motion to Exclude Certain Conclusions Regarding DNA Evidence and Motion to Supplement Expert Disclosures under Seal |
| 788.02 | Exhibit | CV of Mark W. Perlin |
| 788.03 | Exhibit | Cybergenetics Letter (December 8, 2014) |
| 788.04 | Exhibit | Cybergenetics Case Packet |
| 789 | Motion | Government's Motion for Leave to File Response to Defendant's Motion to Exclude Testimony Regarding Matching Transmitter Receiver Binding Codes under Seal |
| 789.01 | Exhibit | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (September 2, 2014) |
| 789.02 | Exhibit | CV of Michael D. Mcfarlane |
| 789.03 | Exhibit | CV of Michael J. Harmsen |
| 789.04 | Exhibit | CV of Tyler J. Howell |
| 789.05 | Exhibit | CV of Eric Kunkel |
| 789.06 | Exhibit | CV of Stacey Perino |
| 789.13 | Exhibit | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (December 4, 2014) |
| 789.14 | Exhibit | Global United Technology Services FCC Report |
| 789.15 | Exhibit | Horizon Hobby Test Report |
| 789.16 | Exhibit | DX2E DSM Radio System |
| 789.17 | Exhibit | Fly Sky Instruction Manual |
| 789.18 | Exhibit | Spectrum Analyzer |
| 789.19 | Exhibit | Spectrum Analyzer |
| 789.20 | Exhibit | Overview of Bind Code Testing Methodology |
| 789.21 | Exhibit | Spectrum Analyzer |
| 789.22 | Exhibit | Spectrum Analyzer |
| 789.23 | Exhibit | Spectrum Analyzer |
| 789.24 | Exhibit | Spectrum Analyzer |
| 789.25 | Exhibit | Spectrum Analyzer |
| 789.26 | Exhibit | FBI Digital Forensics and Analysis Section Cryptologic and Electronic Analysis Unit Administrative Review Form |
| 789.27 | Exhibit | FBI Digital Evidence Section Cryptologic and Electronic Analysis Unit Peer Review Form |
| 798 | Motion | Motion to Seal Defense Position Regarding Juror Addresses |

| 798.01 | Exhibit | Defense Position Regarding Juror Addresses |
|---|---|---|
| 802 | Order | Re: DE 798 |
| 803 | Document | Defense Position Regarding Juror Addresses |
| 806 | Motion | Government's Motion for Order That Law Enforcement Witnesses' Home Addresses Need Not Be Provided to the Defendant |
| 806.03 | Exhibit | |
| 808 | Motion | Government's Response to Defendant's Motion to Exclude Certain Conclusions Regarding DNA Evidence and Motion to Supplement Expert Dislcosures |
| 810 | Opposition to Motion | Government's Opposition to Defendant's Motion to Exclude Testimony Regarding Cellphone Geolocation Evidence and Request for Daubert Hearing |
| 810.01 | Exhibit | |
| 811 | Order | Re: DE 784 |
| 812 | Motion | Motion to Exclude Opinion Testimony Concerning Polymer, Tapes, and Fiber Matching |
| 812.01 | Exhibit A | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (September 2, 2014) |
| 812.02 | Exhibit B | FBI Laboratory, Report of Examination, Case Id No.: 415M-Bs-2814367-11017 |
| 812.03 | Exhibit C | FBI Laboratory, Report of Examination, Case Id No.: 415M-Bs-2814367-10652 |
| 812.04 | Exhibit D | Declaration of Janine Arvizu Regarding Method Validation |
| 812.05 | Exhibit E | General Requirements for Competence of Testing and Calibration Laboratories |
| 812.06 | Exhibit F | Macroscopical and Microscopical Examination of Tape Evidence |
| 812.07 | Exhibit G | Trace Evidence Unit: Fabric, Fabric Damage, Fabric Impression, Duct Tape, and Cordage Examinations |
| 812.08 | Exhibit H | FBI Laboratory Quality Assurance Manual |
| 812.09 | Exhibit I | Chemistry Unit, Validation of Analytical Procedures |
| 812.10 | Exhibit J | Trace Evidence Unit, Validation of Technical Procedures |
| 812.11 | Exhibit K | Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (November 24, 2014) |
| 812.12 | Exhibit L | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (December 15, 2014) |
| 814 | Opposition to Motion | Government's Opposition to Defendant's Motion to Exclude "Scientific" Opinions of Government's Terrorism Experts |
| 814.01 | Exhibit | |
| 814.05 | Exhibit | |
| 814.06 | Exhibit | |
| 814.07 | Exhibit | |
| 814.08 | Exhibit | |
| 815 | Motion | Motion to Seal Motion for Leave to File Replies to Government's Oppositions to Daubert Motions in Limine and for an Extension of Time in Which to Do So |

| 815.01 | Exhibit | Motion for Leave to File Replies to Government's Oppositions to Daubert Motions in Limine and for an Extension of Time in Which to Do So |
|---|---|---|
| 817 | Order | Re: DE 786 |
| 818 | Opposition to Motion | Government's Response to Defendant's Motion to Exclude Certain Conclusions Regarding DNA Evidence and Motion to Supplement Expert Dislcosures |
| 818.01 | Exhibit | Motion to Exclude Toolmark Identification |
| 818.02 | Exhibit | Evidence and Request for Daubert Hearing |
| 818.03 | Exhibit | |
| 818.04 | Exhibit | |
| 818.05 | Exhibit | |
| 818.06 | Exhibit | |
| 818.07 | Exhibit | |
| 818.08 | Exhibit | |
| 818.09 | Exhibit | |
| 818.10 | Exhibit | |
| 818.12 | Exhibit | |
| 818.13 | Exhibit | |
| 818.14 | Exhibit | |
| 820 | Motion | Government's Response to Defendant's Motion to Exclude Certain Conclusions Regarding DNA Evidence and Motion to Supplement Expert Dislcosures |
| 820.01 | Exhibit | |
| 820.02 | Exhibit | |
| 820.03 | Exhibit | |
| 823 | Opposition to Motion | Government's Opposition to Defendant's Motion to Exclude Testimony Regarding Matching Transmitter Receiver Binding Codes |
| 823.01 | Exhibit | |
| 823.02 | Exhibit | |
| 823.03 | Exhibit | |
| 823.04 | Exhibit | |
| 823.05 | Exhibit | |
| 823.06 | Exhibit | |
| 823.13 | Exhibit | |
| 823.14 | Exhibit | |
| 823.15 | Exhibit | |
| 823.16 | Exhibit | |
| 823.17 | Exhibit | |
| 823.18 | Exhibit | |
| 823.19 | Exhibit | |
| 823.20 | Exhibit | |
| 823.21 | Exhibit | |

| 823.22 | Exhibit | |
|---|---|---|
| 823.23 | Exhibit | |
| 823.24 | Exhibit | |
| 823.25 | Exhibit | |
| 823.26 | Exhibit | |
| 823.27 | Exhibit | |
| 823.28 | Exhibit | |
| 823.29 | Exhibit | |
| 825 | Response to Motion | Defendant's Response to Government's Motion for Order That Law Enforcement Witnesses' Home Addresses Need Not Be Provided to Defendant |
| 825.02 | Exhibit | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (December 23, 2014) |
| 825.03 | Exhibit | Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (December 24, 2014) |
| 825.04 | Exhibit | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (December 24, 2014) |
| 827 | Motion | Government's Motion for Leave to File Reply to Defendant's Opposition to Government's Motion for Order That Law Enforcement Witnesses' Home Addresses Need Not Be Provided to the Defendant |
| 827.01 | Exhibit | |
| 832 | Reply to Response | Government's Reply to Defendant's Response to Government's Motion for Order That Law Enforcement Witnesses' Home Addresses Need Not Be Provided to the Defendant |
| 836 | Order | Re: DE 815 |
| 837 | Motion | Motion for Leave to File Replies to Government's Oppositions to Daubert Motions in Limine and for an Extension of Time in Which to Do So |
| 838 | Order | Re: DE 837 |
| 839 | Order | Re: DE 803 |
| 843 | Appendix | Government Expert Disclosure |
| 843.01 | Exhibit | |
| 843.02 | Exhibit | |
| 843.03 | Exhibit | |
| 843.04 | Exhibit | |
| 843.05 | Exhibit | |
| 843.06 | Exhibit | |
| 843.07 | Exhibit | |
| 845 | Motion | Motion to Seal Motions in Limine Regarding Testimony of David King, M.D. and of Terrorism Experts |
| 845.01 | Exhibit | Motion in Limine to Exclude Testimony of Trauma Surgeon David King, M.D. |
| 845.02 | Exhibit | Motion in Limine Regarding Testimony of Government Terrorism Experts |
| 846 | Motion | Motion to Seal Reply to Government's Opposition to Second Motion to Continue Trial Date [DE 828] |

| 846.01 | Exhibit A | Reply to Government's Opposition to Second Motion to Continue Trial Date [DE 828] (excerpt of "Knapp Report") |
|---|---|---|
| 848 | Motion | Government's Motion for Leave to File Motions in Limine under Seal to File Motions in Limine under Seal |
| 848.01 | Exhibit | |
| 849 | Motion | Motion to Seal Defendant's Motion to Limit Defense Penalty Phase Foreign Witness Disclosure |
| 849.01 | Exhibit | Motion to Limit Defense Penalty Phase Foreign Witness Disclosure |
| 849.02 | Exhibit A | Motion to Limit Defense Penalty Phase Foreign Witness Disclosure (DE_) |
| 850 | Motion | Motion to Seal Motion Requesting Leave to File Three Replies to Government's Opposition to His Daubert Motions in Limine and Motion to Extend to Time to File One Additional Daubert Reply Motion |
| 850.01 | Exhibit | Motion for One-Day Extension of Time File Reply to Government's Opposition to Daubert Motion in Limine to Exclude Toolmarks Testimony |
| 850.02 | Exhibit | Reply to Government's Opposition to Motion to Exclude Testimony of Certain Conclusions Regarding DNA Matching and Opposition to Government's Motion to Supplement Expert Disclosures |
| 850.04 | Exhibit | Defendant's Reply to Government's Opposition to Defendant's Motion to Exclude Testimony Regarding Cellphone Geolocation Evidence |
| 850.05 | Exhibit | Defendant's Reply to Government's Opposition to Defendant's Motion to Exclude Testimony Regarding Matching Transmitter-Receiver Binding Codes |
| 850.06 | Exhibit A | Overview of Bind Code Testing Methodology |
| 850.07 | Exhibit B | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (December 19, 2014) |
| 850.08 | Exhibit C | Practices for Examination of Evidence |
| 856 | Order | Re: DE 850 |
| 857 | Motion | Motion for One-Day Extension of Time File Reply to Government's Opposition to Daubert Motion in Limine to Exclude Toolmarks Testimony |
| 858 | Reply to Response | Reply to Government's Opposition to Motion to Exclude Testimony of Certain Conclusions Regarding DNA Matching and Opposition to Government's Motion to Supplement Expert Disclosures |
| 859 | Reply to Response | Defendant's Reply to Government's Opposition to Defendant's Motion to Exclude Testimony Regarding Cellphone Geolocation Evidence |
| 860 | Reply to Response | Defendant's Reply to Government's Opposition to Defendant's Motion to Exclude Testimony Regarding Matching Transmitter-Receiver Binding Codes |
| 860.01 | Exhibit A | Overview of Bind Code Testing Methodology |
| 860.02 | Exhibit B | Government Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (December 19, 2014) |
| 860.03 | Exhibit C | Practices for Examination of Evidence |
| 861 | Order | Re: DE 846 |

| 862 | Exhibit A | Reply to Government's Opposition to Second Motion to Continue Trial Date [DE 828] (excerpt of "Knapp Report") |
|---|---|---|
| 863 | Order | Re: DE 845, DE 848 |
| 864 | Motion | Motion in Limine to Exclude Testimony of Trauma Surgeon David King, M.D. |
| 865 | Motion | Motion in Limine Regarding Testimony of Government Terrorism Experts |
| 866 | Motion | Government's Motion in Limine to Exclude Evidence or Argument Regarding Mitigating Evidence in the Guilt Phase |
| 870 | Order | Re: DE 849 |
| 871 | Motion | Motion to Limit Defense Penalty Phase Foreign Witness Disclosure |
| 871.01 | Exhibit | Motion to Limit Defense Penalty Phase Foreign Witness Disclosure (DE_) |
| 872 | Motion | Motion to Seal Requesting Leave to File His Reply to Government's Opposition to Motion to Exclude Toolmark Identification Evidence and Request for Daubert Hearing |
| 872.01 | Exhibit | Reply to Government's Opposition to Motion to Exclude Toolmark Identification Evidence and Request for Daubert Hearing |
| 874 | Order | Re: DE 857 |
| 875 | Motion | Government's Motion for Leave to File Witness and Exhibit Lists under Seal and Late |
| 875.03 | Exhibit 3 | |
| 877 | Order | Re: DE 872 |
| 878 | Document | Reply to Government's Opposition to Motion to Exclude Toolmark Identification Evidence and Request for Daubert Hearing |
| 881 | Motion | Motion for Leave to File Trial Brief under Seal |
| 881.01 | Attachment | |
| 883 | Motion | Motion for Leave to File Supplemental Proposal Regarding Jury Selection and Jury Questionnaire under Seal |
| 883.01 | Exhibit | |
| 884 | Motion | Motion to Seal Defense Position on Outstanding Issues Regarding Jury Selection and Jury Questionnaire |
| 884.01 | Exhibit | Defense Position on Outstanding Issues Regarding Jury Selection and Jury Questionnaire |
| 886 | Motion | Motion to Seal Defense Request for Jury Records |
| 886.01 | Exhibit | Motion for Disclosure of Jury Records |
| 891 | Motion | Motion to Seal Defense Objection to Draft Preliminary Jury Instructions |
| 891.01 | Exhibit | Objection to Draft Preliminary Jury Instructions |
| 892 | Motion | Motion to Seal Defense Position Regarding "Called to Serve" Video |
| 892.01 | Exhibit | Defendant's Position Re: "Called to Serve" Video |
| 899 | Document | Government Exhibit List |
| 900 | Order | Re: DE 891, DE 892 |
| 901 | Document | Defendant's Position Re: "Called to Serve" Video |
| 902 | Document | Objection to Draft Preliminary Jury Instructions |
| 905 | Order | Re: DE 883, DE 884 |

| 906 | Document | Supplemental Proposal Regarding Jury Selection and Jury Questionnaire |
|---|---|---|
| 907 | Document | Defense Position on Outstanding Issues Regarding Jury Selection and Jury Questionnaire |
| 909 | Document | Government's Trial Brief |
| 911 | Order | Re: DE 886 |
| 912 | Motion | Motion for Disclosure of Jury Records |
| 914 | Order | Re: DE 715 |
| 917 | Order | Re: DE 912 |
| 918 | Motion | Motion to Seal Accompanying Motion to Bar Spoliation of So-Called Boat Writings and to Make Boat Available for View by Jury at Trial |
| 918.01 | Exhibit | Motion to Bar Spoliation of So-Called "Boat Writings" and to Make Boat Available for View by Jury at Trial |
| 922 | Order on Motion | Re: DE 918 |
| 924 | Motion | Motion to Seal Defense Motion to Voir Dire in Random Order Provided on December 29, 2014 |
| 924.01 | Exhibit | Motion to Voir Dire Jurors in Random Order Provided on December 29, 2014 List |
| 926 | Order | Re: DE 924 |
| 927 | Motion | Motion to Voir Dire Jurors in Random Order Provided on December 29, 2014 List |
| 933 | Motion | Motion to Seal Motions in Limine, Replies to Oppositions, and Status Report |
| 933.01 | Exhibit | Motion in Limine to Exclude Evidence of Uncharged Crimes, Wrongs, and/or Acts |
| 933.02 | Exhibit | Motion for Leave to File Reply |
| 933.03 | Exhibit | Defendant's Reply to Government's Opposition to Motion to Limit Testimony of Government Terrorism Experts |
| 933.04 | Exhibit | Reply to Government's Opposition [DE 904] to Defendant's Motion to Exclude Opinion Testimony Concerning Polymer, Tapes, and Fiber Matching [DE 818] |
| 933.05 | Exhibit A | Order Regarding Defendant's Motion to Preclude Expert Opinion Testimony of Bomb Technicians and/or Any or Explosives Experts, Pursuant to CRE 702 and 403, Due Process, and People v. Shreck, 22 P.3D 68 (Colo. 2001) (D-109) |
| 933.06 | Exhibit B | Innocence Project and NACDL Announce Historic Partnership with FBI and DOJ on Microscopic Hair Analysis Cases |
| 933.07 | Exhibit C | United States of America vs. Robel Kidane Phillipos, Crim. No. 1:13-CR-10238-DPW-3 |
| 933.08 | Exhibit | Defendant's Status Report and Notice of Guilt Phase Evidentiary Issues and Objections |
| 934 | Motion | Motion to Seal Joint Strikes of Panels A and B |
| 935 | Order | Re: DE 934 |
| 939 | Motion | Government's Motion for Leave to File Opposition to Defendant's Motion to Bar Spoliation of Boat Writings and to Make Boat Available under Seal |
| 939.01 | Exhibit | |

- 14 -

| 940 | Motion | Motion for Leave to File Reply under Seal |
|---|---|---|
| 940.01 | Exhibit | Defendant's Reply to Government's Opposition to Defendant's Motion to Limit Disclosure of Defense Penalty Phase Foreign Witnesses |
| 941 | Motion | Motion to Seal Memorandum of Law Regarding Waiver of Defendant's Presence During Voir Dire Examination of Jurors |
| 941.01 | Exhibit | Memorandum of Law Regarding Waiver of Defendant's Presence During Voir Dire Examination of Jurors |
| 942 | Motion | Motion to Seal Motion to Extend Time for Filing Joint Strikes of Panels C and D |
| 942.01 | Exhibit 1 | Motion to Extend Time to Submit Joint Strikes from Panels C and D |
| 944 | Opposition to Motion | Government's Opposition to Defendant's Motion to Bar Spoliation of Boat Writings and Make Boat Available to Jury |
| 945 | Order | Re: DE 941 |
| 946 | Document | Memorandum of Law Regarding Waiver of Defendant's Presence During Voir Dire Examination of Jurors |
| 947 | Order | Re: DE 942 |
| 948 | Motion | Motion to Extend Time to Submit Joint Strikes from Panels C and D |
| 949 | Order | Re: DE 948 |
| 951 | Motion | Motion to Seal Defendant's Proposed Follow-Up Questions Re: Voir Dire |
| 951.02 | Exhibit Attachment 1 | Defendant's Requested Voir Dire Questions (General) |
| 951.03 | Exhibit Attachment 2 | General Questions Re: Support for Death Penalty (Morgan v. Illinois) |
| 951.04 | Exhibit Attachment 3 | General Questions Re: Opposition to Death Penalty (Wirspoon v. Illinois) |
| 951.05 | Exhibit A | Selected Comments from Readers Published On-Line Between December 15, 2014 and January 6, 2015 in Boston Herald, Boston Globe, and Boston TV Station Websites (WCVB5, WHDH, CBS Boston) |
| 951.06 | Exhibit B | U.S. v. Tsarnaev: Selected Boston-Area Press Coverage Since January 1, 2015 |
| 951.07 | Exhibit C | U.S. v. Tsarnaev: Selected Boston-Area Press Coverage of Paris Terror Attacks January 7-13, 2015 |
| 952 | Motion | Government's Motion to File Follow-Up Questions for Individual Voir Dire under Seal |
| 956 | Motion | Motion to Seal Defendant's Supplementary Requested Follow-Up Questions |
| 956.01 | Exhibit | Defendant's Supplementary Requested Follow-Up Questions |
| 957 | Order | Re: DE 951, DE 952 |
| 958.01 | Exhibit Attachment 1 | Defendant's Requested Voir Dire Questions (General) |
| 958.02 | Exhibit Attachment 2 | General Questions Re: Support for Death Penalty (Morgan v. Illinois) |
| 958.03 | Exhibit Attachment 3 | General Questions Re: Opposition to Death Penalty (Wirspoon v. Illinois) |
| 958.04 | Exhibit A | Selected Comments from Readers Published On-Line Between December 15, 2014 and January 6, 2015 in Boston Herald, Boston Globe, and Boston TV Station Websites (WCVB5, WHDH, CBS Boston) |

| 958.05 | Exhibit B | U.S. v. Tsarnaev: Selected Boston-Area Press Coverage Since January 1, 2015 |
| 958.06 | Exhibit C | U.S. v. Tsarnaev: Selected Boston-Area Press Coverage of Paris Terror Attacks January 7-13, 2015 |
| 961 | Motion | Motion to Seal Defendant's Proposed Follow-Up Questions Revoir Dire |
| 964 | Order | Re: DE 956 |
| 965 | Order | Re: DE 960, DE 961 |
| 966 | Document | Defendant's Supplementary Requested Follow-Up Questions |
| 969 | Order | Re: DE 933 |
| · 970 | Motion | Motion in Limine to Exclude Evidence of Uncharged Crimes, Wrongs, and/or Acts |
| 971 | Motion | Motion for Leave to File Reply |
| 971.01 | Document | Defendant's Reply to Government's Opposition to Motion to Limit Testimony of Government Terrorism Experts |
| 972 | Document | Reply to Government's Opposition [DE 904] to Defendant's Motion to Exclude Opinion Testimony Concerning Polymer, Tapes, and Fiber Matching [DE 818] |
| 972.01 | Document A | Order Regarding Defendant's Motion to Preclude Expert Opinion Testimony of Bomb Technicians and/or Any or Explosives Experts, Pursuant to CRE 702 and 403, Due Process, and People v. Shreck, 22 P.3D 68 (Colo. 2001) (D-109) |
| 972.02 | Document B | Innocence Project and NACDL Announce Historic Partnership with FBI and DOJ on Microscopic Hair Analysis Cases |
| 972.03 | Document C | USA vs. Robel Kidane Phillipos, Crim. No. 1:13-CR -10238-DPW-3 |
| 974 | Document | Defendant's Memorandum Regarding Juror 38 |
| 979 | Document | Defense Follow-Up Voir Dire Questions (Third Request) |
| 985 | Document | Memorandum in Support of Third Motion for Change of Venue |
| 985.01 | Exhibit | Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (January 23, 2015) |
| 996 | Leave to File Document | Motion to File Reply to Government's Opposition to Defendant's Third Motion for Change of Venue under Seal |
| 996.01 | Redacted Reply | Reply to Government's Opposition to Defendant's Third Motion for Change of Venue |
| 996.02 | Exhibit | Reply to Government's Opposition to Defendant's Third Motion for Change of Venue |
| 1017 | Motion | Government's Motion for Leave to File Response to Defendant's Status Report and Notice of Guilt Phase Evidentiary Issues and Objections under Seal |
| 1017.01 | Exhibit | |
| 1020 | Order | Re: DE 985 |
| 1042 | Motion | Motion for Leave to File under Seal Motion to Excuse Juror 75 for Cause |
| 1055 | Motion | Government's Motion to File Motion to Strike Day 1 & 2 Jurors under Seal |
| 1055.01 | Exhibit | |

| 1060 | Motion | Motion to File Response to Defendant's Motion to Strike and to Correct Certificates of Service and to Enlarge Time under Seal |
|---|---|---|
| 1060.0 1 | Exhibit | |
| 1061 | Document | Defendant's Status Report and Notice of Guilt Phase Evidentiary Issues and Objections |
| 1063 | Order | Re: DE 994, DE 1042, DE 1055 |
| 1066 | Motion | Government's Motion to Excuse Jurors Qualified on Days One and Two of Individual Voir Dire |
| 1067 | Order | Re: DE 1017, DE 1059, DE 1060 |
| 1068 | Document | Government's Response to Defendant's Status Report and Notice of Guilt Phase Evidentiary Issues and Objections |
| 1070 | Response to Motion | Response to Defendant's Motion to Strike and to Correct Certificates of Service and to Enlarge Time to File Opposition to Government Motions in Limine |
| 1073 | Motion | Motion to Seal Defendant's Opposition to Government's Motion to Excuse Jurors Qualified on Days One and Two of Individual Voir Dire |
| 1073.0 1 | Exhibit | Opposition to Government's Motion to Excuse Jurors Qualified on Days One and Two of Individual Voir Dire |
| 1076 | Motion | Motion to Seal and for Leave to File Reply to Government's Opposition to Defendant's Motion to Bar Spoliation of Boat Writings and to Make Boat Available to Jury |
| 1076.0 1 | Exhibit | Reply to Government's Opposition to Defendant's Motion to Bar Spoliation of Boat Writings and to Make Boat Available to Jury |
| 1077 | Motion | Motion for Leave to File Opposition to Defendant Limines under Seal |
| 1077.0 1 | Exhibit | |
| 1077.0 2 | Exhibit | |
| 1077.0 3 | Exhibit | |
| 1078 | Motion | Government's Motion to Seal Its Opposition to Defendant's Motion to Forgo Use of the FJC Orientation Video |
| 1078.0 1 | Exhibit | |
| 1085 | Order | Re: DE 1073, DE 1074, DE 1076, DE 1077, DE 1078 |
| 1086 | Opposition to Motion | Opposition to Government's Motion to Excuse Jurors Qualified on Days One and Two of Individual Voir Dire |
| 1089 | Opposition to Motion | Government's Opposition to Defendant's Motion to Exclude Testimony of David King, M.D. |
| 1090 | Opposition to Motion | Government's Opposition to Defendant's Motion to Limit Testimony of Government's Terrorism Experts |
| 1091 | Opposition to Motion | Opposition to Defendant's Motion to Limit Disclosure of Foreign Defense Witnesses |
| 1092 | Document | Government's Opposition to Defendant's Motion to Forgo Use of the FJC Orientation Video |
| 1093 | Reply to Response | Reply to Government's Opposition to Defendant's Motion to Bar Spoliation of Boat Writings and to Make Boat Available to Jury |

- 17 -

| 1094 | Motion | Motion for Leave to File under Seal Motions to Excuse Jurors 263 and 425 for Cause |
|---|---|---|
| 1100 | Motion | Motion to Seal Defendant's Motions Challenging Jurors 138 and 286 |
| 1102 | Motion | Motion to Seal Defendant's Opposition to Government's Motion in Limine to Exclude Evidence or Argument Regarding Mitigating Evidence in Guilt Phase |
| 1102.0 1 | Exhibit | Opposition to Government's Motion in Limine to Exclude Evidence or Argument Regarding Mitigating Evidence in Guilt Phase |
| 1105 | Motion | Motion to Reply to Government's Opposition to Various Challenges for Cause and to Seal Reply |
| 1106 | Motion | Motion for Leave to File Opposition to Last-Minute Jury Strikes Nunc Pro Tunc and under Seal |
| 1123 | Order | Re: DE 1100, DE 1105, DE 1106 |
| 1138 | Motion | Motion to Seal Accompanying Motion for Order to Facilitate Attendance of Foreign Witnesses |
| 1138.0 1 | Exhibit | Motion for Order to Facilitate Attendance of Foreign Witnesses |
| 1145 | Document | Defendant's Proposed Directions to Jury at Jury View |
| 1147 | Order | Re: DE 669 |
| 1148 | Order | Re: DE 940 |
| 1154 | Motion | Government's Motion to File Motion in Limine [Re: Stephen Silva] under Seal |
| 1154.0 1 | Exhibit | |
| 1167 | Order | Re: DE 1138 |
| 1168 | Motion | Motion for Order to Facilitate Attendance of Foreign Witnesses |
| 1173 | Order | Re: DE 1102 |
| 1174 | Opposition to Motion | Opposition to Government's Motion in Limine to Exclude Evidence or Argument Regarding Mitigating Evidence in Guilt Phase |
| 1192 | Motion | Motion to Seal Motion for in Camera Review of Presentence Report of Witness |
| 1192.0 1 | Exhibit | Motion for in Camera Inspection of Presentence Report of Azamatt Azhayakov |
| 1201 | Motion | Government's Motion to File Omnibus Motion in Limine under Seal |
| 1222 | Motion | Motion to Seal Motion to Reconsider Exclusion of Evidence Regarding Range of Transmitters |
| 1222.0 1 | Exhibit | Motion to Reconsider Denial of Admission of Evidence Regarding Range of Transmitters |
| 1227 | Motion | Motion to Seal Defendant's Response to Government's Omnibus Penalty Phase Motions in Limine |
| 1247 | Motion | Motion to Seal Motion for Mistrial |
| 1247.0 1 | Exhibit | Motion for Mistrial or in Alternative to Delay Start of Defense Penalty Phase Presentation |
| 1247.0 2 | Exhibit A | Photograph of 2015 Boston Strong |
| 1247.0 3 | Exhibit B | Photograph of 2015 Boston Strong |
| 1247.0 | Exhibit C | Photograph of 2015 Boston Strong |

| 4 | | |
|---|---|---|
| 1247.0 5 | Exhibit D | Photograph of 2015 Boston Strong |
| 1247.0 6 | Exhibit E | Photograph of 2015 Boston Strong |
| 1252 | Order | Re: DE 1227 |
| 1257 | Order | Re: DE 1222 |
| 1266 | Order | Re: DE 1247 |
| 1267 | Motion | Motion for Mistrial or in Alternative to Delay Start of Defense Penalty Phase Presentation |
| 1267.0 1 | Exhibit A | Photograph of 2015 Boston Strong |
| 1267.0 2 | Exhibit B | Photograph of 2015 Boston Strong |
| 1267.0 3 | Exhibit C | Photograph of 2015 Boston Strong |
| 1267.0 4 | Exhibit D | Photograph of 2015 Boston Strong |
| 1267.0 5 | Exhibit E | Photograph of 2015 Boston Strong |
| 1270 | Order | Re: DE 1267 |
| 1272 | Motion | Motion to Seal Defense Proposed Preliminary Penalty Phase Jury Instructions |
| 1272.0 1 | Exhibit | Jury Instructions Concerning (1) Nondiscrimination and (2) Victim Impact Evidence |
| 1272.0 2 | Exhibit | Defendant's Requested Opening Instruction No. 1: Justice Without Discrimination |
| 1272.0 3 | Exhibit | Defendant's Requested Opening Instruction No. 2: Victim Impact Evidence |
| 1275 | Order | Re: DE 1272 |
| 1282 | Motion | Government's Motion to Seal Motions in Limine Re: Penalty Phase Experts [E.G., Arden, Porterfieled, Atran, Haykel] |
| 1282.0 1 | Exhibit | |
| 1291 | Motion | Motion to Seal Defendant's Supplemental Memorandum in Opposition to Government's Motion in Limine to Preclude Any Reference to Waltham Triple Homicide or Alleged Bad Acts of Tamerlan Tsarnaev |
| 1300 | Motion | Motion to Seal Defendant's List of Mitigating Factors and Request Regarding Preliminary Instructions |
| 1300.0 1 | Exhibit | Defendant's List of Mitigating Factors and Request Regarding Preliminary Instructions |
| 1300.0 2 | Exhibit | Mitigating Factors |
| 1301 | Motion | Motion to Seal Defendant's Response to Government's Motion in Limine to Exclude Penalty-Phase Expert Testimony and Related Exhibits |
| 1301.0 1 | Exhibit | Defendant's Response to Government's Motion in Limine to Exclude Penalty-Phase Expert Testimony and Related Exhibits |

- 19 -

| 1303 | Motion | Motion for Leave to File Defendant's Opposition to Public Disclosure of Penalty Phase Witness Lists under Seal |
| --- | --- | --- |
| 1303.0 1 | Exhibit | Opposition to Public Disclosure of Penalty Phase Witness Lists |
| 1305 | Motion | Motion to Seal Defense Objections to Government Penalty Phase Exhibits and Testimony |
| 1305.0 1 | Exhibit | Objections to Government Penalty Phase Testimony and Exhibits |
| 1310 | Motion | Motion to Seal Defendant's Response to Government's Motion in Limine to Exclude Penalty-Phase Expert Testimony and Related Exhibits |
| 1310.0 1 | Exhibit | Defendant's Motion to Exclude Inflammatory, Cumulative, and Late-Disclosed Government Exhibits |
| 1311 | Motion | Motion to Seal Defendant's Motion to Exclude Inflammatory, Cumulative, and Late-Disclosed Government Exhibits |
| 1311.0 1 | Exhibit | Defendant's Motion to Exclude Inflammatory, Cumulative, and Late-Disclosed Government Exhibits |
| 1312 | Motion | Motion to Seal Defendant's Motion to Compel Immigration Parole of Defense Witness Elmirza Khozhugov |
| 1312.0 1 | Exhibit | Motion to Compel Immigration Parole of Defense Witness Elmirza Khozhugov |
| 1312.0 2 | Exhibit | Email Re: Tsarnaev Foreign Witnesses; Elmirza Khozhugov Parole |
| 1321 | Motion | Government's Motion to Seal Its Motion for an Order Authorizing BIDMC to Disclose Defendant's Ct Films |
| 1321.0 1 | Exhibit | |
| 1321.0 2 | Exhibit | |
| 1323 | Motion | Government's Motion to Seal Its Opposition to Defendant's Motion in Limine to Exclude Certain Exhibits (Contrast Video and Victim Photos) |
| 1323.0 1 | Exhibit | |
| 1325 | Order | Re: DE 1291, DE 1292, DE 1300, DE 1301, DE 1303, DE 1305, DE 1311, DE 1312, DE 1313, DE 1321, DE 1322, DE 1323 |
| 1328 | Response to Motion | Defendant's Response to Government's Motion in Limine to Exclude Penalty-Phase Expert Testimony and Related Exhibits |
| 1329 | Document | Opposition to Public Disclosure of Penalty Phase Witness Lists |
| 1330 | Document | Objections to Government Penalty Phase Testimony and Exhibits |
| 1331 | Motion | Defendant's Motion to Exclude Inflammatory, Cumulative, and Late-Disclosed Government Exhibits |
| 1332 | Response to Motion | Government's Response to Defendant's Motion to Exclude "Contrast Video" and Victim Photos |
| 1333 | Document | Mitigating Factors |
| 1334 | Motion | Motion to Compel Immigration Parole of Defense Witness Elmirza Khozhugov |
| 1334.0 1 | Exhibit | Email Re: Tsarnaev Foreign Witnesses; Elmirza Khozhugov Parole |
| 1335 | Motion | Motion for Order Authorizing BIDMC to Disclose Defendant's CT |

- 20 -

|  |  | Films |
| --- | --- | --- |
| 1335.0 1 | Exhibit |  |
| 1336 | Motion | Motion to Seal Accompanying Supplemental Memorandum in Support of Motion to Compel Parole of Defense Witness Elmirza Khozhugov |
| 1336.0 1 | Exhibit | Supplemental Memorandum in Support of Motion to Compel Parole of Defense Witness Elmirza Khozhugov |
| 1337 | Motion | Motion to Seal Defendant's Emergency Motion to Prohibit Return of Penalty Phase Witness and to Permit Entry Into United States Pending Testimony |
| 1337.0 1 | Exhibit | Emergency Motion to Prohibit Return of Penalty Phase Witness and to Permit Entry Into United States Pending Testimony |
| 1339 | Trial Brief | Defendant's List of Mitigating Factors and Request Regarding Preliminary Instructions |
| 1339.0 1 | Exhibit (Exhibit) | Mitigating Factors |
| 1344 | Motion | Government's Motion to Seal Its Motion in Limine to Exclude Non-Digital Penalty-Phase Evidence Identified in Defendant's Witness and Exhibit Lists |
| 1344.0 1 | Exhibit |  |
| 1345 | Motion | Motion to Seal Defendant's Opposition to Government's Motion in Limine to Exclude Defense Exhibit 3253 (ADX Photo) |
| 1345.0 1 | Exhibit | Defendant's Opposition to Government's Motion in Limine to Exclude Defense Exhibit 3253 (ADX Photo) |
| 1346 | Motion | Motion to Seal Accompanying Supplemental Memorandum in Support of Ex Parte Motion for Orders to Massachusetts State Police, Middlesex District Attorney's Office, and Waltham Police Department to Produce for in Camera Review Material Regarding Tamerlan Tsarnaev's Involvement in 2011 Waltham Murders |
| 1356 | Motion | Government's Motion to Seal Its Motion to Strike Mitigating Factors |
| 1356.0 1 | Exhibit |  |
| 1357 | Motion | Government's Motion to Seal Its Motion in Limine to Exclude Digital Evidence |
| 1357.0 1 | Exhibit |  |
| 1358 | Sealed Motion (Public Entry) | Government's Motion to Seal Its Supplemental Memorandum in Support of Its Motion in Limine to Exclude Exhibits 3200 and 3200A [ZT Text Messages] |
| 1358.0 1 | Exhibit |  |
| 1359 | Order | Re: DE 1334 |
| 1367 | Order | Re: DE 1336, DE 1337, DE 1344, DE 1345, DE 1346, DE 1356, DE 1357, DE 1358 |
| 1369 | Motion | Emergency Motion to Prohibit Return of Penalty Phase Witness and to Permit Entry Into United States Pending Testimony |
| 1370 | Memorandum in Support | Supplemental Memorandum in Support of Motion to Compel Parole of Defense Witness Elmirza Khozhugov |

- 21 -

| 1372 | Order | Re: DE 1369 |
|---|---|---|
| 1373 | Motion | Motion to Seal Emergency Motion to Accommodate Defense Preparation of Foreign Witnesses |
| 1373.0 1 | Exhibit | Emergency Motion to Accommodate Defense Preparation of Foreign Witnesses |
| 1374 | Order | Re: DE 1373 |
| 1375 | Opposition to Motion | Defendant's Opposition to Government's Motion in Limine to Exclude Defense Exhibit 3253 (ADX Photo) |
| 1377 | Motion | Government's Motion to Strike Certain Mitigating Factors |
| 1378 | Memorandum in Support | Government's Supplemental Memorandum in Support of Its Motion in Limine to Exclude Exhibits 3200 and 3200A [ZT Text Messages] |
| 1379 | Motion | Government's Motion to Seal Its Opposition to Defendant's Motion for Orders Compelling Various Agencies to Produce Information Regarding the 2011 Waltham Murders |
| 1380 | Motion | Government's Motion to Seal Its Motion in Limine to Exclude Defense Exhibits 3566 and 3567 [DT Ninth Grade Essays] |
| 1385 | Motion | Motion to Seal Motion to Bar Evidence and Argument Concerning Supposed ADX Prison Programming and Amenities |
| 1385.0 1 | Exhibit | Motion to Bar Evidence and Argument Concerning Supposed ADX Prison Programming and Amenities |
| 1385.0 2 | Exhibit 2 (Part 1) | Ayyad v. Holder, Civil Action No. 05-CV-02342-WYD-MJW |
| 1386 | Motion | Motion to Seal Motion in Limine to Prohibit Cross-Examination of Mark Bezy on Remote Personnel Matters |
| 1386.0 1 | Exhibit | Motion in Limine to Prohibit Cross-Examination of Mark Bezy on Remote Personnel Matters |
| 1386.0 2 | Exhibit A | Transcript: United States v. Briseno, District of Indiana Crim. No. 2:11-CR-77 |
| 1400 | Motion | Motion to Seal Motion to Admit Testimony by Sister Helen Prejean |
| 1405 | Motion | Motion to Seal Motion to Exclude Rebuttal Testimony of Witnesses Nicolet and Oliver |
| 1405.0 1 | Exhibit | Defendant's Motion to Exclude Rebuttal Testimony of Witnesses Nicolet and Oliver |
| 1405.0 2 | Exhibit | Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (May 6, 2015) |
| 1405.0 3 | Exhibit | Letter Re: United States v. Dzhokhar Tsarnaev Crim. No. 13-10200-GAO (May 10, 2015) |
| 1428 | Motion | Government's Motion in Limine to Exclude the Testimony of Sister Helen Prejean |
| 1429 | Reply to Response | Government's Reply to Defendant's Opposition to Its Motion in Limine to Exclude the Testimony of Sister Helen Prejean |
| 1430 | Document | Government's Opposition to Defendant's Requested Penalty Phase Instructions and Verdict Form |
| 1430.0 1 | Exhibit | Requested Penalty Phase Instructions and Verdict Form |
| 1430.0 2 | Exhibit | |
| 1431 | Document | Mitigating Factors |

- 22 -

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney


By: /s/ Aloke S. Chakravarty
William D. Weinreb
Aloke S. Chakravarty
Nadine Pellegini
Assistant U.S. Attorneys


DZHOKHAR TSARNAEV
by his attorneys

Judy Clarke, Esq.
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2016.

Timothy G. Watkins