UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

## <u>NOTICE OF APPEAL</u>

Defendant, Dzhokhar Tsarnaev, by and through counsel, hereby appeals to the United

States Court of Appeals for the First Circuit from:

(1) the district court's judgment of conviction and sentence, entered on June 24, 2015 (DE 1480);

(2) the Order, entered on June 25, 2015, granting the government's Motion for Forfeiture of Property (DE 1481);

(3) the Opinion and Order, entered on August 24, 2015, denying the Motion to Unseal Document and for Public Access to Jury List (DE 1511);

(4) the amended judgment of conviction and sentence, entered on  January 15, 2016 (DE 1618);

(5) the Opinion and Order, entered on January 15, 2016 (DE 1620), denying defendant's Motion for New Trial and Judgment NOV;

(6) the Opinion and Order, entered on January 15, 2016, denying in part defendant's Motion to Maintain Protection of Privileged and Confidential Defense Information and Work Product (DE 1619);

(7) all rulings and orders contained in docket 13-MC-91116-JLT;

1

(8) all rulings and orders contained in docket M.B.D. No. 15-MC-91085-GAO;

(9) and all other rulings and orders of the district court concerning Mr. Tsarnaev, including but not limited to all pretrial, trial, and sentencing rulings and orders of the district court.


Respectfully submitted,


DZHOKHAR TSARNAEV
by his attorneys

_/s/      William W. Fick_

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

2

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 29, 2016.

/s/   *William W. Fick*