UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


```
                                    )
UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )   Criminal Action
v.                                  )   No. 13-10200-GAO
                                    )
DZHOKHAR A. TSARNAEV, also          )
known as Jahar Tsarni,              )
                                    )
          Defendant.                )
                                    )
```


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


**SENTENCING**


John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Wednesday, June 24, 2015
9:44 a.m.




Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1    APPEARANCES:

 2         OFFICE OF THE UNITED STATES ATTORNEY
           By: William D. Weinreb, Aloke Chakravarty and
 3              Nadine Pellegrini, Assistant U.S. Attorneys
           John Joseph Moakley Federal Courthouse
 4         Suite 9200
           Boston, Massachusetts  02210
 5         - and -
           UNITED STATES DEPARTMENT OF JUSTICE
 6         By: Steven D. Mellin, Assistant U.S. Attorney
           Capital Case Section
 7         1331 F Street, N.W.
           Washington, D.C.  20530
 8         On Behalf of the Government

 9         FEDERAL PUBLIC DEFENDER OFFICE
           By: Miriam Conrad, William W. Fick and Timothy G. Watkins,
10              Federal Public Defenders
           51 Sleeper Street
11         Fifth Floor
           Boston, Massachusetts  02210
12         - and -
           CLARKE & RICE, APC
13         By: Judy Clarke, Esq.
           1010 Second Avenue
14         Suite 1800
           San Diego, California  92101
15         - and -
           LAW OFFICE OF DAVID I. BRUCK
16         By: David I. Bruck, Esq.
           220 Sydney Lewis Hall
17         Lexington, Virginia  24450
           On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

P R O C E E D I N G S

1

2      THE CLERK:  All rise.

3      (The Court enters the courtroom at 9:44 a.m.)

4      THE CLERK:  The United States District Court for the

5 District of Massachusetts.  Court is in session.  Be seated.

6      For a sentencing in the case of *United States v.*

7 *Dzhokhar Tsarnaev,* 13-10200.  Would counsel identify yourselves

8 for the record.

9      MR. WEINREB:  Good morning, your Honor.  William

00:17 10 Weinreb for the United States.

11      MR. CHAKRAVARTY:  Aloke Chakravarty for the United

12 States.

13      MS. PELLEGRINI:  Nadine Pellegrini for the United

14 States.

15      MR. MELLIN:  Good morning, your Honor.  Steve Lynn for

16 the United States.

17      MS. CLARKE:  Judy Clarke, David Bruck, Miriam Conrad,

18 and Bill Fick and Tim Watkins for Mr. Tsarnaev.

19      COUNSEL IN UNISON:  Good morning, your Honor.

00:17 20      THE COURT:  Good morning.  We are convened for the

21 imposition of sentence on Dzhokhar Tsarnaev upon his conviction

22 of the crimes alleged in the indictment and upon the jury's

23 sentencing determination.  Let me begin by outlining how we

24 will proceed this morning.

25      The jury's sentencing decision pertains only to the

1   capital counts of conviction; that is, those counts as to which

2   the death penalty is potentially applicable.  There are also a

3   number of non-capital counts of conviction.  As to those

4   counts, sentence is imposed by the Court in accordance with

5   usual procedures.

6        The relevant criminal statutes themselves set both

7   upper and lower limits on the range of sentences authorized for

8   particular offenses.  In this case, the statutes require that

9   some sentences be imposed consecutively rather than

00:18 10   concurrently.  In addition, before deciding on an appropriate

11   sentence as to counts where the Court has a range of judgment

12   under statutory provisions, the Court must consult the United

13   States Sentencing Guidelines to determine what recommendation

14   the Guidelines make with respect to sentencing options.

15        The Guidelines' recommendation is not binding on the

16   Court, but advisory, but the Court must consider it along with

17   other factors that may be pertinent.  Accordingly, we'll first

18   determine what the Guidelines recommendation is for the counts

19   at issue.

00:19 20        After that, in accordance with statutory provisions

21   regarding victims' rights, a number of victims of the

22   defendant's crimes will address the Court.  Following the

23   victim statements, I will invite the parties to make whatever

24   presentations they intend to make concerning issues related to

25   the sentence.  And finally, I will then impose sentence both as

1    to the capital counts as determined by the jury and as to the

2    non-capital counts determined by me on the basis of the

3    requirement and the considerations that I have outlined.

4         Turning to the question of the Guidelines:  Typically

5    in a criminal case our probation office will prepare a

6    presentence report in accordance with the federal rule of

7    criminal procedure 32.  As to capital counts, no presentence

8    report is prepared because the sentencing decision is made by

9    the jury.  Here, as I have noted, there are also non-capital

00:20 10   counts as to which the Court must determine the sentence.  I

11   directed the probation office to prepare a limited presentence

12   report for aid in determining the sentence for these counts.

13   The probation office has done that and the parties have

14   received that report.  An updated report adding recent

15   information was served on the parties on Monday.

16        Let me ask, pursuant to Rule 32(i)(1)(A) for the

17   defense to confirm that the defendant and counsel have received

18   and discussed this presentence report.

19        MS. CLARKE:  We have, your Honor.

00:20 20        THE COURT:  Thank you.

21        As I say, the presentence report sets forth a proposed

22   application of the sentencing guidelines.  It happens that in

23   this case principally because of statutory prescriptions that

24   the determination of the guideline offense level is rather

25   straightforward.  As set forth in the PSR at Paragraphs 18

1    through 31, the total offense level is 43.  There are no

2    criminal history points, but because the crimes involved a

3    federal crime of terrorism, the criminal history category is

4    deemed to be VI pursuant to Guideline Section 3A1.4(b).

5    According to the guideline sentencing table, the recommended

6    range of sentence is a total offense level of 43 and a criminal

7    history category of six.  At those levels the recommended range

8    of sentence is a life sentence.

9          Neither party has formally objected to the proposed

00:21 10    calculation or the determination of the life sentence

11    recommendation for the controlling non-capital counts.  I've

12    reviewed the PSR's determination of the Guidelines

13    recommendation and concur with it, and I therefore adopt it as

14    set forth in the PSR.

15          Let me just add a couple of comments.  First, the PSR

16    notes the applicability of some enhancements to the offense

17    level.  I agree that the proposed enhancements are applicable,

18    but as the PSR recognizes, they have no effect on the total

19    offense level because at level 43, it is as high as it can get

00:22 20    without -- whether with or without any enhancements.  It is

21    also the case that the guideline recommendation at Offense

22    Level 43, which life imprisonment, is the same whether the

23    criminal history category is I, based on actual criminal

24    history points, or VI, based on the terrorism enhancement.

25          Second, the terrorism-related enhancement is one the

1  strict application of which I have previously criticized in

2  another case.  Every case is different and a much stronger

3  argument can be made in this case than in the prior one for the

4  strict application of the terrorism enhancement.  Nonetheless,

5  as I have noted, the guideline sentencing recommendation of

6  life imprisonment would result even if the terrorism

7  enhancement were to be ignored.

8           Any victim of the defendant's crimes has the right to

9  present a statement before sentence is imposed.  Some victims

00:23 10  have submitted written statements, copies of which have been

11  provided to the parties.  I have read those victim statements

12  and they will be filed in the docket of the case.

13           A number of victims have chosen to make oral

14  statements at this hearing.  The government has organized their

15  presentations, and I invite the government now to ask the

16  presenters to come forward one by one, or in small groups, and

17  to make their statements.  The speakers will address the Court

18  from the podium located near the government counsel table.

19           Ms. Pellegrini?

00:23 20           MS. PELLEGRINI:  Your Honor, the Campbell family.

21           MS. CAMPBELL:  Good morning, Judge O'Toole.  Good

22  morning.  I'm Patricia Campbell, and this is my husband William

23  Campbell, my son, William Campbell, and my brother John Riley.

24           I'd just like to take this opportunity to say I want

25  to thank the jury for what they did.  I'm very pleased.  And

1  your Honor.  I feel that the parents brought you here for a

2  reason, for a better life.  And obviously you're intellectually

3  pretty bright and you had -- you could have helped your brother

4  get help.  I feel that you went down the wrong road.  I know

5  life is hard but the choices that you made are despicable and

6  what you did to my daughter is disgusting.  And I don't know

7  what happened.  I mean, I really wish you had gotten the help

8  for your brother.  And -- I don't know what to say to you but I

9  think the jury did the right thing.

00:25  10        Would you like to speak?  This is my husband William.

11        MR. CAMPBELL:  I want to thank you, your Honor.  Thank

12  you very much, and the jury as well for doing such a great job.

13        I'd just like to say that, you know, you failed as a

14  soldier of your heart so he has to deal with what he has to

15  deal with.  I'm very pleased to see at least he won't hurt

16  anybody else, and to take away such a precious life as he did

17  with my daughter.  I thank you.

18        THE COURT:  Thank you.

19        MR. MELLIN:  Karen McWatters, your Honor.

00:25  20        MS. McWATTERS:  My name is Karen McWatters,

21  M-C-W-A-T-T-E-R-S.  This is my husband, Kevin McWatters.  I'd

22  like to start by thanking the prosecution team for the thorough

23  case you presented and it has really shown your dedication to

24  justice.  I would also like to thank the jury for their

25  service.  This has been a very long and difficult process.

1          Your Honor, today I'd like to talk to you about my

2   beautiful friend Krystle Campbell.  I'd like to tell you about

3   the kind of person she was and what losing her has meant to all

4   of us that loved her.

5          The defendant and his brother took away a kind and

6   loving person who would have never hurt anyone.  She was not

7   the enemy.  They didn't even know her.  Krystle didn't even

8   have a chance to say good-bye to anyone that day.  In a minute

9   everything changed forever and Krystle was gone.  And if you

00:27 10   knew Krystle, you knew her family, they were the most important

11   people in her life.  You knew Nana, you knew Little Billy, you

12   knew all their other family members because of all the stories

13   she told about them.  She spent so much time with them and she

14   did whatever she could to help them whenever they needed

15   something.  Their heartache and sadness has been the hardest

16   thing for me to watch.  Those brothers took away their angel.

17          Krystle was in a relationship with Joe Collins.  They

18   were enjoying their time together and it was one of the

19   happiest times in her life.  She was in a really good place and

00:27 20   all of her friends agreed that we had never seen her happier.

21   Joe was also there while her family waited at the hospital

22   thinking that Krystle was having surgery only later to be told

23   that it was me and that they had lost Krystle.  We have watched

24   Joe suffer with his own loss and grief.  We will never know if

25   they would have married or had a family, and Krystle will never

 1   have that chance.

 2          Krystle also had many good friends.  She was the

 3   friend that was always there for you in good times and bad.

 4   She was always the first to offer help and the one that you

 5   could always count on.  She treated her friends like an

 6   extended family.  She was loyal, she was fun, kind, and she was

 7   the best kind of friend that anyone could have.  She was also a

 8   hard worker and a dedicated worker.  She always worked harder

 9   than anyone else.  Her infectious smile brought out the best in

00:28 10   all of us.  You couldn't help but smile back.

11          Many of her good friends, including me, started out as

12   people that she had worked with.  She had the opportunity to

13   finally be able to change to a job that would give her more

14   time to spend with the people she loved, and just when she

15   finally had this chance that she had been waiting for, she was

16   senselessly murdered.  The defendant and his brother took away

17   my lovely friend Krystle just before her 30th birthday.

18          I could tell you so many stories about Krystle but you

19   will never really know her.  You will never understand the

00:29 20   impact of her loss or why she was loved so much.  You will

21   never know why she is so desperately missed by all of us that

22   loved her.  My grief over her loss has been the hardest part of

23   my recovery and my heart has been the last to heal.

24          Islamic terrorists came targeting innocent people in

25   one of the greatest events in our city.  They came to hurt,

1    destroy and kill people.  Some of those people were from their

2    very own community, people that had never hurt them in any way.

3    Innocent people.  They came and took away innocence that -- in

4    our city that we will never get back.  I am talking about the

5    defendant and his brother.  The defendant stood there watching

6    children play and he still chose to leave his weapon of mass

7    destruction behind those children when he walked away.  He

8    can't possibly have had a soul to do such a horrible thing.

9         During this trial a defense witness said that she saw

00:30 10   remorse.  Why didn't any of the victims that testified to the

11   horrors that we experienced see that remorse?  Why didn't any

12   of us that sat in the courtroom through this long trial see any

13   remorse?  The defense blamed the dead brother for these

14   terrible actions.  What a cowardly defense.  You ruined so many

15   lives that day, but you also ruined your own.  You will never

16   see your family again.  Your friends abandoned you and you will

17   die alone in prison.

18        If you are truly remorseful, now's the time that you

19   can say you're sorry and mean it.  Now is the time to show your

00:30 20   regret and remorse to all of us that are suffering.  There are

21   many misguided young men and women in this country that are

22   working to join terrorist groups.  In your remorsefulness you

23   can tell them of your regret and you can discourage them.  You

24   can save someone else from the horror and these cowardly acts

25   if you really have an ounce of genuine regret or remorse.

1        Thank you, your Honor.

2        THE COURT:  Thank you.

3        MR. MELLIN:  Your Honor, the Collier family.

4        MS. ROGERS:  I'd like to thank your Honor for the

5   opportunity to speak today, and also to the jury, the FBI and

6   law enforcement and the U.S. Attorney for all their hard work

7   and support.

8            There are not words that can accurately describe the

9   heart-wrenching pain I have suffered due to the actions of the

00:31 10   defendant.  In the past two years I have lost my younger

11   brother and friend.  I have been dragged through an emotional

12   tug of war between trying to mourn that, live a normal life,

13   and the spectacle of a federal death penalty trial and the

14   media circus that goes along with it.

15            We are a private family, six kids and two loving

16   parents living in a small town.  We grew up, we moved out and

17   started becoming contributing adults, many of us working in the

18   human services filed to make a difference.  When Sean died, I

19   was working with adolescents on an inpatient mental health unit

00:32 20   and bartending to make ends meet.  I was behind the bar the

21   night that I got the call from my dad at 12:08 a.m. that Sean

22   was shot.  Sean was dead.

23            I left work immediately, unsure how to get to the

24   hospital, not realizing that I couldn't get a cab because the

25   city was shut down as the men who savagely murdered my brother

1    were still out there attempting to ruin the lives of other

2    families.  When I was finally able to get to the hospital, I

3    was told my family was in a room down the hall.  I opened the

4    door and saw them sobbing and wailing over Sean's dead body.  I

5    would never have gone into that room had I known I could never

6    wash that memory from my mind ever.

7           I went to school for forensic science and knew

8    immediately based on the distortion and the entry wounds to my

9    brother's face, that he had been shot in the head, and more

00:33 10   than once.  I don't believe I was in that room for more than

11   two minutes because I didn't want to keep looking at and

12   examining the wounds.  That's not how I wanted to remember him.

13   This is (indicating.)

14          After leaving that room, we were told that there were

15   more people, not family, waiting down the hall for us.  I

16   walked into a room of full-grown men sobbing.  Most were police

17   officers.  I had never seen anything like that before and I

18   don't know if I could ever explain the weight of heavy sadness

19   in there, although now it's something I experience quite

00:33 20   frequently.  Shortly after that was our first media assault.

21   They had sent someone to the hospital to try and speak to us

22   about how we felt about Sean's murder.  She was young looking

23   and blended in quite well, but it was a first look at how our

24   grief would be treated through this point as a salacious story.

25          The next few days were a blur.  I went where I was

1   told, usually by escort, now learning not only was my brother a

2   murdered cop, but he was murdered by the same terrorists who

3   killed three other people, maimed and physically injured

4   hundreds more and aimed to destroy the city I live in and love

5   dearly.

6           During this time we were visited by friends and

7   family, and the press was on the porch of the neighbor's house

8   trying to get pictures of us crying as we welcomed the

9   condolences of loved ones.  In the past two years I've had to

00:34 10   call the police because this has become a normal occurrence.

11           Over the past two years I've tried to find some sort

12   of normalcy in my life to try and find my identity again, but

13   my life isn't normal at all.  I can't watch the news without

14   fear of starting off my day hearing about Sean's death, or more

15   frequently, seeing the defendant's face, sending me into

16   complete breakdown or a panic attack.  It's hard to forget for

17   even a minute that the happy and loving family I once had is

18   now ripped apart over pure hate that had nothing to do with us,

19   pure hate that I had never before felt, considered or seen,

00:34 20   never mind act out on anyone else.

21           My once private life has been infiltrated and invaded.

22   The media have come to my apartment, know my phone number and

23   my email, and they stalk us on the Facebook.  Though not all

24   press is like this and the ones who have been respectful know

25   who they are.  I'm approached in public, and sometimes I feel

like I have to look over my shoulder, or heaven forbid someone
tell me they recognize me because it usually ends with a
question about how I feel about the defendant.  I've had to
learn to cry and smile behind a stone face and oversized
sunglasses to prevent it from being misinterpreted and tweeted.

I constantly worry about my physical appearance
because I can never have a fat or bad hair day without the
world seeing pictures of me at my worse.  I live in fear and
apprehension to meet people because everyone has an opinion or
wants to know the gruesome details of Sean's death or even the
defendant's life.  I sit at restaurants in my city with friends
and overhear conversations of strangers talking like they know
him.  There's nowhere to hide from that feeling as your stomach
drops and your face gets hot and you decide whether or not to
say something, punch something or just leave.

Being the unmarried siblings in the family was fun
with Sean.  We could exchange stories and laugh about it, and
it was nice to have something in common just to ourselves.  I
rarely date anymore.  Having to explain my life is too
difficult for someone outside the circle.  Finding someone who
isn't around only to be part of a big publicized tragedy or has
the ability to empathize and stick around for the stress and
emotion of being a part of it feels almost impossible.  And
these days there's no one to share these dating disasters with
at the kids' table at Thanksgiving.

1        I've always been an outgoing and happy person.  While

2    that hasn't completely changed, I find myself finding joy --

3    less joy in activities or the energy to participate in them.  I

4    don't really know what makes me happy anymore.  There are days

5    where the process of merely getting through the day has become

6    a goal, never mind any extras, and just putting on underwear I

7    say is a success.

8        We have been beyond fortunate to have the support

9    system of other survivors, friends, the Boston community, and

00:37 10    especially law enforcement and the FBI who have kept us going

11    with events and ceremonies and stories about how amazing Sean

12    was, but I found myself exhausted from wanting to attend

13    everything, to find a purpose or to get a laugh in order to not

14    have to face the reality of what actually happened because if

15    his friends are there, then he is obviously on his way.

16        There's an emptiness that I cannot manage to fill

17    despite these thoughtful distractions.  I have run full and

18    half marathons, gone to concerts and sporting events,

19    participated in corn hull tournaments and kickball games, gone

00:37 20    to award ceremonies and met dignitaries, but I would trade it

21    all in for the quiet of knowing my family and my life were

22    whole again.

23        The defendant has not only taken Sean away from me,

24    but he has taken me away from me in so many ways.  I do not

25    believe that I will ever totally recover from that or feel

1  whole again despite how resilient defense counsel claims that I

2  am.  The simple pleasures of life are noticeably missing

3  sometimes or my emotions run the full spectrum of intensity at

4  all times.  When I'm angry, I am furious.  When I am sad, it is

5  a debilitating woe, and sometimes when I feel joy, I feel it so

6  purely that I cry because it is so rare and so powerful now

7  knowing the depths of my grief that I try to hold onto it, not

8  knowing when I will feel that full again.

9        So now in my journey to reclaim my life, I realize I

10  am starting over.  I am accepting that I will never have a

11  complete and happy family ever again and that I will never hear

12  that gut-busting laugh or low snicker followed by, "You're a

13  mess."  I will never see that mischievous grin or beg him to

14  ditch whatever girl he's seeing to come meet me for drinks.  I

15  will only hear stories of his greatness, his shenanigans and

16  how many people loved him.

17        I will toast whiskey in his honor and cry with grown

18  men.  My family will grow closer and I will grow stronger as I

19  pursue a life of continuing to help others and show

20  unconditional love and not hate.  Most importantly, I will

21  revel in the moments of small joy like Sean would, moments that

22  were taken from him with every hope and endless gratitude that

23  I am able and the defendant, who gave them up for hate, cannot.

24        He will never feel truly sorry for what he's done,

25  only sorry for himself, that he no longer has the things that

1    young people live for, the things that Sean loved most, like a

2    little bit of chicken fried, a cold beer on a Friday night, a

3    pair of jeans that fit just right and the radio up, seeing the

4    sun rise, seeing the love in his woman's eyes, to feel the

5    touch of a precious child and to know a mother's love.

6           Information regarding the defendant that I would like

7    the Court to consider is that I do not know the defendant, nor

8    do I care to know him.  He is a coward and a liar.  Defense

9    counsel tried to portray him as a remorseful follower of his

00:39 10   brother's hate-filled doings.  He showed no remorse while his

11   victims and their families stood in front of him disclosing

12   their pain, injuries and experiences.  He wouldn't even

13   acknowledge them.  He hid behind a dead man who could not

14   defend himself and he took no responsibility for his actions.

15   Every day he walked into this courtroom, head held high with a

16   swagger in his step like he was entering a party with his

17   entourage, his federal protectors.

18           When Nathan Harmon identified him as the only person

19   leaning into the cruiser over my brother's dead body, rather

00:40 20   than just make himself more visible [*sic*], he stood and pulled

21   on his shirt like he was showing off his new designer clothes,

22   he was daring him to identify the color, he turned his head to

23   watch how a holster like Sean's would work since he had clearly

24   failed before.  There was a level of premeditation to this

25   crime against my brother as he parked near by, snuck up behind

1    the cruiser and wore gloves to commit his murder.

2         He bought milk after setting off a bomb to kill

3    children.  I think that this was less to show how little he

4    cared and more to try to set up a videotape alibi.  He drove

5    around getting snacks to prepare to kill more people as he

6    robbed a terrified hostage, and heaven forbid he leave his

7    terrorist death soundtrack while he did it.

8         He has not once shown that he cares about a single

9    person but himself.  He ran his own brother over with a car.

00:41 10   He was willing to do that, so it's no wonder he had no issue

11   shooting mine in the head.  If that did not show a complete

12   disregard for life, then what does?  He is a leach, abusing the

13   privileges of American freedom, and he spit in the face of the

14   American dream.

15        I ask the Court to take into consideration the

16   defendant's actions and impose strict and consecutive sentences

17   for these offense that do not carry the burden of the death

18   penalty so that there is no way the defendant will ever be free

19   to spread his hate again.

00:41 20        Thank you, your Honor.

21        MR. MELLIN:  Your Honor, just for the record, that's

22   Jennifer Rogers.  The last name is R-O-G-E-R-S.

23        THE COURT:  Thank you.

24        MS. PELLEGRINI:  Bill and Denise Richard.

25        MR. RICHARD:  Bill and Denise Richard, last name

1    R-I-C-H-A-R-D.

2              Your Honor, I thank you.  Thank you, members of the

3    jury.

4              We have no words to express what today means to us.

5    There's nothing we can say that will change anything for any of

6    us.  His attorneys began this trial telling us and the world

7    the truth of what we already knew, that he was guilty.  He

8    could have stopped his brother.  He could have changed his mind

9    the morning of April 15, 2013, walked away with a minimal sense

00:42 10    of humanity and reported to authorities that his brother

11    intended to hurt others.

12              He chose to do nothing, to prevent all of this from

13    happening, and he chose to accompany his brother and

14    participate in this hate.  He chose hate.  He chose

15    destruction.  He chose death.  This is all on him.

16              We choose love.  We choose kindness.  We choose peace.

17    This is our response to hate.  That is what makes us different

18    than him.

19              We had preferred he have a lifetime to reconcile with

00:43 20    himself what he did that day, but he will have less than that.

21    Until the day he comes to understand what he has done, there is

22    no reconciliation for him.  Until the day he asks for

23    reconciliation, this all hangs on him.  And on the day he meets

24    his maker, may he understand what he has done and may justice

25    and peace be found.

1         THE COURT:  Thank you.

2         MR. MELLIN:  Richard Donohue.

3         MR. DONOHUE:  Your Honor, Transit Police Sergeant

4    Richard Donohue.  Last name is spelled D-O-N-O-H-U-E.

5         My life was changed forever due to the defendant's

6    actions on April 18, 2013, and the early morning of April 19,

7    2013.  On the night of the 18th, Mr. Tsarnaev and his brother

8    murdered MIT Police Officer Sean Collier.  He was my police

9    academy classmate, and more importantly, a good friend.

00:44 10         There are many words I could use to describe Sean's

11    character, but I mainly remember him as a selfless individual.

12    Every time I got together with Sean, his light-hearted spirit

13    would boost the mood of everyone around him every single time.

14    He was truly a special person and the loss of him that night is

15    something I'll never forget.

16         The defendant's actions in Watertown on April 19,

17    2013, caused me lasting injuries.  His attempts to inflict more

18    terror and kill police officers brought me there.  I should

19    have died early that morning from the injuries I sustained, but

00:45 20    instead was miraculously kept alive through prolonged

21    resuscitation and hours of surgery.  I was literally within

22    seconds of leaving this world and leaving my six-month-old son

23    to grow up without a father, a life to live without a husband

24    and a family without a son, without a brother.

25         Since that morning in Watertown, I've been left with

immense, irreversible physical pain, pain that I feel every

minute of every day.  I endure burning and weakness in my left

leg and left foot, a limp, and no fewer than six scars, some

ranging up to six inches in length.

I spent two months in hospitals recovering from my

injuries.  That time included days without being able to eat or

drink and nights where I was unable to sleep.  The most

gut-wrenching time was when I had to watch my friend Sean's

funeral on TV from my hospital bed.  It's truly hard to put

into words how difficult those months were, and then I

continued to undergo extensive physical therapy for

approximately 18 months after my hospital stays.

My ability to work as a police officer has also been

severely affected.  My injuries impede me from engaging in

recreational activities I formerly enjoyed and excelled at,

such as running and swimming.  And one of the most difficult

parts of my recovery has been my inability to care for my young

son.  Due my physical condition I've not been able to care for

him in the full capacity had I not been injured, and lengthy

hospital stays have forced me to miss months away from him, a

significant portion in a two-year-old child's life, and every

day continues to be a challenge.

My injuries and my situation have not only affected me

but my family, friends and fellow police officers.  For 72

hours my family was at the hospital and had to deal with the

1    unknown, whether I would live or whether I would die.  And even

2    after I came out of surgery, they had to worry whether I would

3    wake up and never be able to move again.  They were forced to

4    take substantial time off work and rearrange their entire lives

5    so they could act as caretakers for me.

6         They drove me to countless appointments and helped

7    with even the most mundane tasks which I could no longer do for

8    myself.  I took those for granted as a healthy individual.  My

9    friends and fellow police officers also made changes to their

00:47 10   lives.  They sacrificed their own personal time to stay by my

11   side.

12        But let me be clear on one thing:  The defendant did

13   not succeed in all his actions.  Even though I have struggled,

14   am in pain, even though I have had some of the worst days of my

15   life, I'm still standing here.  Lastly, this country and this

16   Commonwealth accepted the defendant and his family with open

17   arms as we have to millions of other immigrants since the

18   founding of this country.  Mr. Tsarnaev threw away the chance

19   to makes a contribution to society and instead carried out

00:48 20   cowardly heinous terrorist attacks.  His attacks and actions

21   are no less than treason against the United States of America

22   and should be considered as such.

23        Thank you, your Honor.

24        MS. PELLEGRINI:  Michael Chase.

25        MR. CHASE:  My name is Michael Chase.  Last name is

1     C-H-A-S-E.  Good morning, your Honor.

2           My life was also changed forever on that afternoon on

3     Boylston Street on April 15th of 2013.  Patriots' Day had been

4     a celebrated day in my family for many years.  My wife and I

5     had taken that annual trip down Boylston Street to watch at the

6     finish line and cheer on everything that the Boston Marathon

7     represents to so many of us that sit here before you today.

8           On that Monday we watched from the patio of Atlantic

9     Fish Company with -- there were nine of us total, friends and

00:49 10     family.  I stood on the planter that separated the Forum

11     restaurant from the Atlantic Fish.  We celebrated like we have

12     so many times on a beautiful sunny day with some laughter and a

13     couple of cold beers.  I was absolutely -- actually on the

14     phone with my brother at the time, trying to give him

15     directions to Atlantic Fish.  He was coming to enjoy the Bruins

16     playoff game that night, and him and his wife were on their way

17     down to meet us on Boylston.

18           When I heard the first explosion to my left and I took

19     a peek just like everybody else and saw that mushroom cloud

00:49 20     fill the sky, and I knew the concussion that I felt wasn't

21     something that was planned and it wasn't part of the

22     festivities, but we weren't quite sure what was going on just

23     yet.  At that moment -- you know, in these days you can see a

24     videotape of the defendant making his way in the opposite

25     direction.  He clearly knew what was going on.

1        Seconds later, as I continued to speak with my

2   brother, the explosion took place on my left about 10, 15 feet

3   away.  I think you can imagine the highest pitched ring and

4   complete silence all at the same time.  Smoke, fire and screams

5   filled the air.  And I covered my wife, we took cover

6   underneath the high-top table that we were standing next to,

7   and I ushered her and one of our good friends into the little

8   alcove between the Forum restaurant and Atlantic Fish.

9        As the smoke started to clear I could see that my

00:50 10   sister-in-law had made her way into the restaurant and started

11   banging on the glass window and told us to come inside.  I

12   ushered my wife and Lauren and we stayed close, concerned about

13   a third or fourth explosion, and we made our way to the

14   restaurant.  But before I left the patio, I could see over my

15   left-hand side at all the horror and the tragedy that took

16   place that day, and the only thing I knew I needed to do was

17   help.  Boylston Street had turned into Bagdad.  I felt like I

18   was in a Third World country.  My brother was still on the

19   phone and I tucked it into my back pocket because I knew I

00:51 20   needed to help.

21        People started to scatter, and I dropped my wife and

22   Lauren at the front door and I saw a disheveled man coming down

23   the street with his clothes torn from the explosion, and I

24   helped him get to the front of the restaurant, and that's when

25   I noticed a young girl laying in the middle of the street.

1          I made my way into Boylston and I found Matt Patterson

2    who testified in front of this Court, who is a true hero, a

3    veteran of our military.  He was providing care to young Jane

4    Richard.  And he is a true hero.  And he had a calming effect

5    on me and everybody at the scene.  I removed my belt to help

6    control the bleeding of this poor young girl who was tragically

7    and critically wounded.  I could see her father and his eldest

8    son at my rear.

9          We made the determination at that point that Matt and

00:52 10   I needed to move her to emergency personnel who were

11   approaching down Boylston Street.  So Matt scooped her up and I

12   held onto the tourniquet and we moved down the street as fast

13   as we could to help Jane with her family in tow.  And I spoke

14   to Bill that day and I explained to him that I would swap out

15   with him as soon as we got to the ambulance so that he could be

16   with Jane before she was taken away.  And I sat with Henry on

17   the street corner, on the curb, and tried to quell his fears

18   and let him know that his sister was on her way to some of the

19   best hospitals in the world and that she was going to be okay.

00:52 20   And at that time we weren't sure of her fate.

21          We were reunited with Bill, and he kept pointing

22   toward the blast.  And it was very difficult for anybody to

23   hear or communicate, so I made my way back to the epicenter of

24   the second scene, and that's where I sat with Martin and a few

25   other people.  And we all know his fate, unfortunately, from

1    that day.

2         I helped move barricades and passed backboards and

3    helped the professionals that were there trying to help out as

4    they arrived on the scene, and I lasted at the scene probably

5    25 to 30 minutes before I was reunited with my family and close

6    friends around the corner in front of DeLuca's Market.

7         I was transported to Salem Hospital where I realized I

8    had a ruptured eardrum and my hearing was going to impacted,

9    like so many people.  I had a concussion, but my physical

00:53 10    symptoms are so much better than so many other people on that

11    day.  I stood next to that planter and that's the only reason

12    why I'm standing upright right now.  It saved my live.  I've

13    been on Coumadin for ten years.  It's a blood thinner.  If I

14    was at the Forum that day, there's no chance I would be here

15    right now.  There's no way they would have been able to control

16    the bleeding.  I'm very fortunate.

17         The defendant's decision to place that bomb on the

18    curb that day had a tremendous impact on my life the last

19    several years and continues to impact me today.  I work as a

00:53 20    student support coordinator at an alternative high school.  We

21    service about 120 kids from Boston all the way up to the North

22    Shore with social and emotional and physical disabilities and

23    behavioral issues.  My job includes providing safety for these

24    children.  If there's a problem, they come see me.  My job is

25    to get them back in their classroom, if we can, or provide them

        1    a space away from the group to work and just be thoughtful and

        2    careful and empathetic all of those things that we do on a

        3    day-to-day basis.  And these young kids come into my office,

        4    and sometimes this requires a physical intervention.

        5          I wasn't prepared for the first flashback or panic

        6    attack I had at work with a young girl who was screaming and

        7    yelling and required a hands-on situation.  I wasn't ready for

        8    that.  I wasn't ready for the first day I walked into school,

        9    and we carry Walkie-Talkies in the form of communication, and I

00:54  10    could hear the chirping in the walkies, and the first time I

       11    heard a siren go by.

       12          I'm looked at as a leader at my job.  It's my job and

       13    my role as a professional.  And sometimes because of the acts

       14    of this man, my role has been jeopardized and I've had to take

       15    a step back or leave a situation or take a walk and do the

       16    things that I've worked on since that time to make sure that

       17    I'm mentally capable to finish off my day and do what I need to

       18    do to be a professional.

       19          The acts have impacted my relationship with my wife

00:55  20    who was with me that day and stood next to me.  She's here

       21    today.  There would be guilt that I felt for not staying with

       22    her.  During a terrorist attack, I left my wife to fend for

       23    herself.  We struggled to enjoy some of those things that we've

       24    always enjoyed and found joy in.  And we kind of coexisted for

       25    a quite a long time in a depressive state in trying to figure

1    those things out.  We've done the work we had to do and

2    continue to work every day on our relationship.

3         I'll never forget the first time I walked in -- I have

4    a six-year-old daughter -- the time she was four and I carried

5    her from the truck.  She had fallen asleep after a night out.

6    And it was one of my fondest childhood memories, of falling

7    asleep and your parents transporting you inside and throwing

8    you in bed.  And the first time I had picked up a young girl

9    since that moment.  It was a very, very difficult moment for me

00:56 10   and I began sweating and crying and shaking.

11         My physical health:  Also, as I mentioned, my eardrum.

12   I was only postop two months from an ACL reconstruction.  I was

13   in a knee brace that day and there was definitely a physical

14   setback due to my running and jumping and the things that took

15   place that day.  My depression led to missed appointments and

16   definitely negatively impacted my rehab.

17         My mental health, like so many other people, has been

18   impacted.  I never experienced anxiety, even though I speak to

19   children about it every single day, until now.  Sleepless

00:56 20   nights.  And that impacts, as we know, every aspect of your

21   life.  At times two to three days:  Sleepless.  Three or four

22   hours, sometimes 12 in a week.  But I worked hard with

23   professionals, like so many people here have.  So many people

24   reached out, caring, kind people with compassion.

25   Professionals who helped me develop skills to work on those

1    things that are associated with sleep deprivation and anxiety

2    and depression.  Like I said, I've worked so hard to support my

3    wife in all of her struggles and improve our relationship and

4    to build on what our family is.  I'm never going to get rid of

5    the images that I saw on that street on Boylston, but I've been

6    back there many, many, many times since then.

7            I continue to work hard and prepare myself for those

8    moments that I can't predict:  How to respond when a door slams

9    shut in the wind; how my daughter sneaks up to scare me from

00:57 10   behind just to be a silly little kid; what if a student asks me

11   about my experience on 4/15; or like two weeks ago when

12   fireworks went off in the neighborhood that you had no idea

13   would go off.  This work has taken years, but it's allowed me

14   to take back control of my life.  And this hard work is going

15   to have to continue for years to come.

16           On April 16th, that following day, in 2013, I tried to

17   put some of my thoughts in words on paper in a sense to cope

18   with what happened that day.  Acts of terror designed to scare

19   us into changing our daily plans.  They want us to rethink our

00:58 20   travel plans and second-guess decisions made once without

21   hesitation and ruin our spirit.  We will not waiver because we

22   are strong.  I stand in front of you with all those people

23   behind me and waves of survivors in the overflow courtrooms to

24   let you know that this community is strong.  I've never felt

25   anything like this.  And emails and text messages and phone

1    calls from complete strangers and meeting all these people here

2    over the last months and years that stand beside you every

3    single day and let you know that we're going to be okay in this

4    community and this country has stood beside us, and that's what

5    this is all about.

6           I didn't know what I was going to do for the first

7    time of seeing this defendant, and to be honest with you, I

8    don't want to speak to him.  I'm here to say that we are okay,

9    we're going to move forward and that we are strong.

00:59 10          Thank you very much, your Honor, and members of this

11    Court.

12           MR. MELLIN:  Joseph Craven.

13           MR. CRAVEN:  Good morning, Judge.  Thank you for

14    giving me the opportunity to speak today.  The name is J.P.

15    Craven, C-R-A-V-E-N.

16           I've grown up in Boston nearly my whole life.  It's

17    the only city I've ever truly known well, and the marathon has

18    come to be one of my favorite days of the year.  Just over two

19    years ago, I was standing ten feet away from the first bomb

00:59 20   site on Boylston Street.  I sustained the bulk of my injuries

21    to my head, with minor injuries to my extremities.  I was

22    knocked unconscious, taking ball-bearings to the temple, nose,

23    and two to the calf.

24           For over a year I attended regular doctors'

25    appointments, hearing tests, multiple surgical procedures and

1    numerous follow-ups.  I've been given more support than I could

2    have ever understood possible from nearly every corner of my

3    now 27 years on earth.  However, the majority of my thoughts

4    now revolve around the impact of this entire event moving

5    forward.

6         While I do not know the defendant personally, I do

7    hope that he feels remorse for his actions just a couple of

8    years ago.  There are plenty who still suffer both emotionally

9    and physically.  Our world today is full of so many

01:00 10  misunderstandings and disagreements, from smaller scale things

11   that lead to arguments at school or in a store to much larger

12   events that force countries into war and pit entire groups of

13   people against each other.  Events like the bombings make it so

14   much easier for these rifts to grow larger and for our

15   differences to divide us even more.

16        It is so much harder to recognize that these

17   unfortunate situations also provide us with a great opportunity

18   to bring us as people closer together.  Evil acts make it

19   easier for more evil to fester; however, the good that can come

01:01 20  from that same evil has the potential to affect people far

21   beyond what hatred ever could.  If we as a community allow

22   these proceedings and this decision to just dissipate into the

23   background without so much as a whimper, we forgo the

24   opportunity to enact any type of real change.  Whether in an

25   individual's life or in the way we interact with those who

1    think differently than we do, we sometimes forget that people

2    who may follow different ideals or have different cultural

3    norms oftentimes long for very similar outcomes.

4         As I mentioned earlier, I hope the defendant's

5    personal clarity has come into better focus and that he feels

6    deep regret for what transpired two years ago.  I don't wish

7    this primarily for my own or any other individual's personal

8    gratification and understanding, but rather for the fact that

9    it brings hope to the possibility of using this new

01:01 10  understanding to make a positive impact on the world.  As

11   ironic as it may seem, Jahar now possesses the unique ability

12   to be a force of change in the lives of those who most of us

13   wouldn't be able to reach.

14        Everyone connected to this event, every person in this

15   courtroom, the city of Boston, our great country and people

16   throughout the world have the ability to contribute.  It may

17   not be clear how to achieve this right away, it may even seem

18   daunting just to think about how; however, the impact,

19   regardless how small in a world full of violence, will be just

01:02 20  as tangible as the people who initiate it.

21        I've tried my best to relate in any minor way to Jahar

22   throughout the last number of months in preparation for the

23   trial, though I must admit that it is hard at times.  Though

24   I've noticed over the last two years that we as Americans in a

25   global community are no closer to confronting the issues of

1    death and destruction that plague so many corners of the world,

2    sometimes even in our backyard; however, the verdict does not

3    suppress every one of our abilities to bridge gaps of

4    misperception and show that the vast majority of people have

5    similar goals of peace and understanding.

6         As much pain and suffering that began on April 15,

7    2013, I wholeheartedly believe in the benevolence and goodwill

8    of people having supreme power over hatred, violence and evil.

9    I would ask for you, Jahar, and everyone else in this courtroom

01:03 10   and beyond to believe that as well.  These unfortunate events

11   have ultimately inspired me to challenge what has become

12   societal normal at its core.

13        I understand you have no discretion, Judge, with

14   regards to a number of these counts.  It is my hope that the

15   decisions you do have today can help to point us in the right

16   direction and inspire us -- inspire all of us to be the

17   catalyst for change our world so desperately needs.

18        MS. PELLEGRINI:  Stephanie Benz.

19        MS. BENZ:  Good morning, your Honor.  My name is

01:04 20   Stephanie Benz, B-E-N-Z.  And thank you very much for the

21   opportunity to speak this morning.

22        I was on the patio of the Forum at the site of the

23   second blast.  I remember the chilly air as we walked and

24   talked on our way to the restaurant.  We empathically commented

25   on our excitement for spring, the flowers that were planted

1    along the way, and the little things we love about our city,

2    like the ducklings in the Boston Common.

3         The Forum was a favorite spot of one of the friends I

4    was with that day.  A charity was hosting a viewing party of

5    the marathon, and we guests, among many others, supporting

6    their team of runners who had raised thousands of dollars for

7    cancer research.  I tracked my friends who were running the

8    race, and as they approached our location, I got especially

9    ready with cowbells in hand and a smile from ear to ear.  I had

01:04 10   never watched the Boston Marathon that close to the finish

11   line.  The crowd's enthusiasm was extra infectious as the

12   runners were that much closer to an incredible achievement.

13   Sadly and thankfully, I didn't see my friends running that day.

14   When the bomb went off at our site, it changed their pace,

15   their goals, and all of our lives.

16        As I peered down the street and watched the smoke

17   engulf the sidewalk in the distance, I thought the first

18   explosion was a faulty fireworks display or a transformer

19   malfunctioning, and then something happened to me and in an

01:05 20   instant the scenario was far worse.  With one shoe hanging and

21   the other missing, I tried to step, but instead, kicked that

22   dangling shoe off my foot.  I saw my purse covered in blood.

23   It was smokey and I couldn't hear.  When I recount the story, I

24   say I hurried inside.  Maybe due to shock I was in a hurried

25   state, but later learning the extent of my injuries, I rival

1    at the fact that I was fast moving at all.

2          I could see one of my friends inside the restaurant

3    and I moved towards him.  I tried to speak but I was unsure if

4    he could hear me.  I could barely hear him.  The sirens raged,

5    people were screaming and running in all directions.  Was this

6    an attack?  Were people coming on foot to get us?  Should we be

7    hiding.  Thoughts of actual combat entered my mind.  We were

8    unarmed.

9          Super civilians, as I like to call them, helped my

01:06 10   friend lift me onto a granite table.  I did all I could to stay

11   calm, but I didn't feel safe.  With my injuries wrapped in bar

12   towels, I was moved to the street to be more visible to the

13   first responders.  My friend told me not to look at my leg

14   anymore.  "Just look at me," he said.  "Don't look around."  He

15   reassured me we would be okay.  That friend became the bravest

16   person I know that day.

17          I waited to get in an ambulance until they all but

18   cleared the scene.  Too many others, as many have addressed,

19   needed those gurneys.  Most people in my life didn't know I was

01:06 20   at the marathon that day.  We didn't have cell service until we

21   made it to Storrow Drive, and family and friends who had been

22   in the dark about my whereabouts were relieved to get a call

23   from my friend and to learn my state, but obviously traumatized

24   by the reality of what was.

25          Once at the hospital, it was like a movie set come to

1    life.  It was incredible how many people were helping, but at

2    the same time, I simply couldn't believe how many people needed

3    help.  After several interviews with police detectives and FBI

4    agents, confirmation that this act was a potential crime, and

5    countless nurses, aides and doctors had treated me, essentially

6    anyone who could help, helped, they released me.  My X-rays

7    showed no broken bones, we managed to extract most of the

8    shrapnel off the surface of my forehead, face, arms and legs,

9    and I agreed to be discharged.

01:07  10           I didn't watch TV for the first day or two following

11    the bombing.  I was in so much pain and it was difficult to

12    relax or rest.  When FBI agents asked to interview me at home,

13    I agreed.  All I wanted to do was help.  I struggled to

14    remember that chunk of time between the bomb and finding my way

15    into the restaurant that day.  I was still having trouble

16    hearing.  I truly felt helpless in aiding their efforts to

17    identify the wrongdoers.

18           My first followup with my physician would prove

19    frustrating.  Essentially, I was told to focus on being

01:08  20    fortunate, and regarding my pain, I should suck it up.  After

21    months of crutches, misdiagnoses, wheelchairs, headaches,

22    stiffness, ringing in my ears and countless doctors'

23    appointments, second, third and fourth opinions, x-rays, blood,

24    testing, re-testing it was determined the left side of my body

25    had, in fact, for lack of better terminology, been frozen.  My

1    thigh all the way to the toes of my leg was purple.  My leg had

2    started to atrophy.

3           With concern for further injury and a true uncertainty

4    for what was causing the pain, doctors had suggested I stay off

5    the leg on at least two different occasions for weeks at a

6    time.  As a result, my leg was starting to deteriorate.  Almost

7    ten months to the day after the bombing, I would have surgery

8    on my left ankle in the hopes of finding the shrapnel and

9    repairing the internal damage.  Inevitably, the foreign objects

01:08 10   that had passed through my leg had left a crazy path of

11   extensive scar tissue.  There is no guarantee the surgery will

12   fix what was done.  If the pain I have today and every day is

13   any indication, it hasn't yet.

14          Physical therapy, home remedies, exercise, hard work,

15   patience and a positive outlook have been my course of action

16   thus far.  My neck and shoulder are pulled because of the

17   ineptness of my left side.  My hip and knee constantly

18   compensate for my IT band, my hamstring and my ankle.  My right

19   side does a lot of work for my body.  It's been difficult to

01:09 20   build any muscle back on the left leg.

21          I've missed out on special moments of my nieces,

22   nephews and Godchildren.  Friendships have changed dramatically

23   because people don't know how to be friends with a bombing

24   victim, and who can blame them.  My lifelong love for dance is

25   forever apparent but to execute it is painful.  I cannot fully

1    flex my left leg, and I often wake up during the night in pain.

2            The treatment that has been a catalyst for releasing

3    some of my body's physical turmoil isn't recognized as medical

4    by the state, so I pay thousands of dollars out-of-pocket to

5    continue this healing process.  I jump at loud noises.  I

6    struggle to separate sounds in a telephone conversation or in a

7    crowded room.  I try to do the things I love to do but

8    sometimes find fear creeping into scenarios and places that

9    were once mine free to enjoy free of anxiety.

01:10 10         I stick with the idea and hope that I will get full

11   mobility back in my left foot and ankle; that I will be able to

12   dance or walk down stairs without a consciousness of where I'm

13   placing my foot and sleep without pain that has since become

14   the norm.

15           Thank you very much.

16           MR. MELLIN:  Henry Borgard.

17           MR. BORGARD:  Hello.  My name is Henry Borgard, last

18   name is spelled B-O-R-G-A-R-D.  And this lovely service dog

19   next to me is my Girl Friday.

01:10 20         Your Honor, I'd just like to start by thanking you for

21   the opportunity to address the Court.  I really appreciate it.

22   I've had a really difficult time deciding what to say.  The

23   past two years have been hell and nothing can adequately

24   describe how I feel, so I've had problems with finding words

25   because no words really could ever do justice to the atrocities

1    that the Tsarnaev brothers committed.  But I want my voice to

2    be heard today because there are five [*sic*] people whose voices

3    are permanently silenced as a result of their actions, so I am

4    grateful for the opportunity.

5            The story of the marathon has been told over and over

6    and over again, and I don't want to hammer out details that

7    have been repeated.  I don't want to continue with that

8    tragedy, but I will tell you what makes my story unique.  I was

9    a 21-year-old student at Suffolk University.  I was not at the

01:11  10   marathon to spectate; I was walking home from work back to my

11   dorm on Beacon Hill.  And when the first explosion went off, I

12   thought it was a canon.  I thought somebody might have crossed

13   the finish line who was famous.  I really didn't know anything

14   about the marathon.

15           And I remember thinking about my hometown in Downers

16   Grove, Illinois, and the Fourth of July parade that we have

17   every year and the 21-gun salute that was my favorite part of

18   the parade.  And that's what it sounded like to me, so I wasn't

19   alarmed at first.  And then I remember processing the screams

01:12  20   of the people down by the finish line, and how they multiplied

21   and amplified.  And then I knew something was really wrong.

22   And I watched as the marathon reversed and the runners stopped

23   running and the spectators started running towards me away from

24   the finish line.  And the last thing I remember before the

25   second explosion went off was turning and looking and seeing a

1    little boy, and I later found out that boy was Martin Richard.

2    So that was the last thing I saw before the second explosion.

3         And I remember the night of the marathon, going back

4    to my dorm and trying to sleep, and laying in bed and just

5    shaking because I was afraid that something like that would

6    happen again.  I was afraid that the day wasn't over.  And I

7    still wake up screaming sometimes from nightmares.  They

8    continue to plague me on a regular basis.  And what I keep

9    playing over and over in my head is the fact that I called my

01:13 10   mother.  The bombs went off at 2:49 p.m.  I called my mom at

11   2:52, and the only thing that she heard were my screams and the

12   sirens of the emergency vehicles as they rushed to Boylston

13   Street and the word "bomb," and then the line went dead.  And

14   every time I call my mom now she asks if I'm okay before she

15   says hello.  And that's really, really hard for her.  She said

16   that the 15 minutes between my initial phone call and when I

17   was finally able to get ahold of her again were the worst

18   moments of her life.  And she was in Illinois.  She wasn't even

19   there.

01:14 20        I called my mom because I was genuinely afraid that I

21   was going to die and I needed her to know that I loved her.

22   And I wasn't sure if she knew.  And that was -- I couldn't get

23   it out when I was on the phone with her initially, and that's

24   something that I feel guilty about to this day.  And, you know,

25   guilt is something that I deal with on a regular basis.  I feel

guilty about calling my mom, I feel guilty about the fact that
I wasn't severely injured and other people were, I feel guilty
about the fact that I'm breathing, that I'm here.  And that's
not something that anyone should have to deal with.

     I deal with panic attacks and flashbacks and
disassociation episodes.  I'm hypervigilant constantly.  Being
in court here with my back to people makes me really nervous.
Backpacks, sirens, flashing lights, crowds, media vans, the
news, children, screams, blood, crowds, all of these things I
can't -- I can't be around them.  Loud noises, fireworks.  That
Fourth of July parade I loved so much?  I can't go anymore.

     I had to drop out of school after I was diagnosed with
posttraumatic stress disorder, combat specific, and later with
postconcussive syndrome, which is a mild traumatic brain
injury.  I had to teach myself how to read again, and it took
me almost a year, and I'm an English major.

     The road to recovery is difficult, it's unpaved, it's
unkept, and most of the time I'm alone.  But that's something
that I'm really grateful for because the majority of the people
that I encounter, they don't speak the language of victims, and
I'm glad that they don't because that means that they don't
know the hell that I've been through and they don't know the
hell the people behind me have been through.

     I know how fear feels.  I know how it feels when it
courses through your veins and your blood gets cold.  I know

1   how it feels when every piece of good that you have inside of
2   you gets extinguished by fear.
3           I have a million questions.  I want to know why.  And
4   I was really angry for a really long time and really resentful.
5   But honestly, today, you know, I deal with a lot of stuff, but
6   the biggest thing is that I'm grateful for my life today
7   because I might not have had it.  And I'm grateful for the
8   people who carried me when I wanted to give up.  And I'm
9   grateful for the fact that I never stopped fighting and I'm
01:17 10   grateful for the fact that in two days I'm going to be turning
11   24 and I'm going to be celebrating that birthday with my family
12   and I'm going to get to give my mom a hug.  And I'm grateful
13   for the fact that I'm going back to school for the first time
14   in two years in the fall and that I'm majoring in English
15   again.  I'm grateful for the fact that Boston has taught me how
16   to be resilient even though I'm all the way out in Chicago.
17   The Windy City says hello.  I think what I'm most grateful for
18   is the fact that I found a way to forgive the defendant despite
19   everything that he did to me.
01:18 20           When I hug my mom, I hug her extra tight because I
21   know it might be the last time that I see her.  When I say that
22   "I love you," I mean it because I know how quickly a life can
23   be extinguished.  I've learned how to accept help graciously
24   and extend my hand effortlessly, and that's a blessing because
25   I want to spread good in this world.  And I'm going to continue

1    to do that.

2           The biggest impact that the Boston Marathon bombing

3    has had on my life is the overwhelming kindness and generosity

4    that everyone has showed me:  My friends, my family and just

5    random strangers.  A few nights after the marathon, I went back

6    to Boylston Street and I was just standing on the edge of the

7    barricades when it was still blocked off.  And I was crying,

8    and this kid I didn't know from BU -- he had a BU sweatshirt

9    on -- came up to me and just gave me a hug and was, like,

01:19 10   "Everything's going to be okay."  And that is the kind of stuff

11   that I want to remember from this, just random acts of kindness

12   from strangers who don't even know me.  That's awesome.

13          My dog Friday is apparently bothering you.  I

14   apologize.  She was donated to me.  Her training cost $50,000

15   and she was donated to me by people that I had never met.

16          I want to say that I truly believe that love is and

17   always will be louder and that I truly am grateful for this

18   experience, and had I been given the option to take another

19   route home that day, I wouldn't.  I really wouldn't.

01:20 20          Your Honor, thank you again for allowing us to speak.

21   I really appreciate it.  And thank you very much for your

22   service.

23          MS. PELLEGRINI:  Elizabeth Bourgault.

24          MS. BOURGAULT:  Your Honor, I am Elizabeth Bourgault,

25   B-O-U-R-G-A-U-L-T.  Being a runner, the Boston Marathon has

long been an event that I enjoyed attending.  April 15th was no
different.  My husband and I chose to stay and watch the
marathon at the finish line instead of moving along the course
because the weather was so nice, the crowds were having fun,
and I was watching for one particular runner to cross the
finish line.  Then the bombs exploded.

Most everyone knows by now the physical, emotional and
financial toll the victims have endured.  Many have shared
their stories publicly these past two years.  We all have our
stories to tell, the moments to relive and the trauma to deal
with.  What I have endured is no different.  The dramatic
impact on my life, the physical and emotional pain I still
suffer, and the sense of loss for the life that I enjoyed prior
to walking out my door on April 15th.

I know my impact statement is supposed to describe the
harm I have endured these past two years, but I would rather
reflect upon the non-harmful aspects of having had the
misfortune of being injured.  Besides, the defendant does not
care about the negative impact his actions have had on my life
because that was his reason for getting out of bed that morning
in the first place.  The defendant was determined to destroy as
many lives as he could without any regard for impact.

Since being injured on April 15th, I have had the
opportunity to know just how much my family and friends love
me.  When I wasn't able to care for myself, they cared for me.

1    When I couldn't function emotionally and I was a puddle, they

2    were all my rock.  When my life was out of control, they were

3    there to rein things in and remind me that I will come through

4    the other side and be okay, which I did and which I am.

5         At the time I was injured, I was working in the legal

6    field, a career I enjoyed for almost 37 years.  Until I

7    realized after spending a long time recovering and rebuilding

8    my life, that I could no longer be surrounded by people who

9    were bent on destroying their lives or the lives of others, I

01:23 10   changed careers recently, and am now very happily employed as a

11   caregiver, assisting people who are working hard to regain and

12   rebuild their lives.

13        The defendant chose to commit a crime for which the

14   English language has no words to describe how horrible it is.

15   The defendant is a coward in the strongest sense of the word.

16   The defendant will now die for what he did.  I firmly believe

17   that whatever god the defendant believes in is not a god that

18   will welcome the defendant upon his death for the crimes he

19   committed.  Instead, I believe the defendant's god will condemn

01:24 20   him to an eternity of suffering equal to, if not more than what

21   he intentionally caused others.

22        When the defendant is sitting alone in his very small

23   jail cell day after day waiting to die, I hope he never forgets

24   and will be forever haunted by the fact that not only did he

25   fail to destroy the human spirit on that Marathon Monday, but

1    that I am surrounded by the love of my family and friends,

2    something the defendant will never, ever again experience.

3            Thank you, your Honor.

4            MR. MELLIN:  Carol Downing.

5            MS. DOWNING:  Good morning, your Honor, members of the

6    jury.  My name is Carol Downing, D-O-W-N-I-N-G.  I am the

7    mother of Nicole Gross and Erica Brannock, who were severely

8    injured at the Boston Marathon.  I would like to share how the

9    marathon bombing has impacted my life.

01:25 10            Although I was not physically injured on Boylston

11   Street, I was injured emotionally by the terrible event of that

12   day.  I was running the marathon that day and learned about the

13   bombing when I was stopped a quarter mile from the finish line.

14   Erica, Nicole, and my son-in-law Michael were waiting for me at

15   the finish line and tried to -- I tried to text them but got no

16   answer.  A little while later, I got a text from Michael.  He

17   said, "Are you okay?"  I said, "Yes, are you?"  He said, "We

18   were in the bombing and I can't find Nicole and Erica."  That

19   is when my life changed forever.  Pure panic overcame me and I

01:26 20   was absolutely frozen in fear.

21            If not for this stranger that was next to me, I don't

22   know if I would have been able to maneuver through a strange

23   city, cold and exhausted, almost completing the 26.2 mile run.

24   Michael eventually texted me that he had learned Nicole was on

25   her way to Brigham and Women's Hospital; that he still didn't

1    know where Erica was.

2           With the help of other strangers, I was able to get to

3    Brigham and Women's Hospital, a few hours later to learn that

4    Nicole was in surgery.  Michael had suffered burns to his head

5    and severe -- some shrapnel injuries.  But Erica was still

6    missing.  It wasn't until 9 p.m. that evening that FBI agents

7    found me in the waiting room at Brigham and Women's and told me

8    that Erica was at Beth Israel.  They walked me over there and

9    took me to the ICU where I was met by a doctor and nurse who

01:27 10   told me that Erica lost a leg on Boylston Street and that her

11   other leg was severely damaged but they would do all that they

12   could to save it.

13          So my nightmare continued.  34 days in the hospital

14   for Nicole and 50 days for Erica.  I spent all but one day of

15   those days in Boston.  My only respite was going home to

16   Maryland for 24 hours to get more clothes and take care of some

17   financial matters.

18          To say that my life has been impacted by the bombing

19   is an understatement.  So much focus has been on the injuries

01:28 20   of the survivors.  I, on the other hand, feel like an invisible

21   victim.  Consider the exhaustion of running almost a full

22   marathon only to find out that your children were severely

23   injured as they waited to see their mother cross the finish

24   line.  Most people who run a marathon need a week or more to

25   recover, but I was immediately thrown into an emotional

1  marathon that tested my mental and physical abilities for more

2  than two years.

3       Every day for nearly two months I spent with one or

4  both of my children at their hospitals.  Nicole was finally

5  ready to return to her home, and return to Charlotte with

6  Michael in May; Erica's hospital stay was much longer.  She was

7  the longest of the injured, and finally went home on June 3rd,

8  2013.

9       I accompanied Erica when she was medevaced home, and

01:29  10  she immediately was admitted into an inpatient hospital for the

11  next two weeks.  I visited her or stayed overnight with her

12  every day while she was there.  She was then moved back home

13  with my husband and me where she and I slept in the living room

14  while renovations were done on our house to make it

15  handicap-accessible.  During this time, I helped her change the

16  bandages on her still-open wounds and cared for her needs, as

17  she was virtually immobile.  She was on IV meds for six weeks

18  that had to be administered every six hours that took 30

19  minutes each time by either she or I.

01:30  20       In Boston, two free-flap operations were attempted on

21  Erica's remaining leg, both of which were unsuccessful.  A

22  third attempt to save Erica's remaining leg was made on August

23  5th, 2013, at Maryland Shock Trauma.  She was discharged from

24  there on August 13th, and I became Erica's 24-hour caretaker

25  while she healed from this major surgery.

1          The physical and emotional exhaustion was something I

2     have never felt before.  There was very little time for me to

3     even try to heal my own emotional trauma and get rest.  On top

4     of that, Nicole was home in North Carolina where she continued

5     to have more surgeries.  Due to Erica's need for my constant

6     help, I was unable to be with Nicole to help with her physical

7     and emotional needs.

8          My life has been filled with countless hours of

9     supporting Erica through 21 surgeries, doctors' appointments,

01:31 10    miles of driving to and from the hospitals and doctors, hours

11    of sitting in waiting rooms and hospitals, home nurse visits,

12    physical therapy appointments, home wound care and support for

13    Erica, Nicole, mental health counseling, untold hours of

14    paperwork required for reimbursement of bombing-related costs,

15    and many more demands on my life that I have pushed far from my

16    memory.

17         I've had to be strong for my daughters while I was

18    falling apart myself.  Many nights I would sit at the dinner

19    table with my husband and sob from physical and mental

01:32 20    exhaustion and guilt; the guilt of placing my children at the

21    finish line as I ran the marathon.

22         It has been extremely hard for me to concentrate on

23    tasks that require me to be focused.  I have spent days where I

24    felt like I couldn't drag myself out of bed, but I pushed

25    through it only to wander around the house without the

1    motivation to get anything accomplished.  My house, daily

2    routine, marriage, relationship with my daughters and mental

3    well-being have all been affected.  To say that I was away from

4    my home a lot with Erica is an understatement which put a

5    strain on my marriage with my husband, who is not Erica and

6    Nicole's father.

7         There was no way that my life had any balance in it.

8    After 25 months, I am still now -- just now starting to feel

9    the reality of how our lives have been turned upside-down

01:33 10   forever.  I don't have the energy that I once had.  I

11   constantly worry about Erica, Nicole and Michael.  They are

12   still very much affected emotionally.  I see Erica's struggles

13   on a daily basis, how limited she is to engage in activities

14   that once were so easy for her and the reality that she's

15   unable to continue her career as a preschool teacher.  It pains

16   me to know that Nicole will never be the outstanding athlete

17   that she had been and that she will never be able to go back to

18   her advocation as a triathlete and her vocation as a personal

19   trainer.  Neither of my daughters have been able to return to

01:34 20   work, so I experience the added worry about what they will be

21   able to do for employment in the future.

22         My daughters' bodies are covered from torso to feet

23   with scars, broken bones, missing bones, severed tendons and

24   skin grafts.  Erica has lost one leg above the knee and her

25   other leg is so severely injured that she will need to walk

1    with a brace for the rest of her life.  She has a scar from her

2    armpit to her hip where muscle and skin was harvested to cover

3    up the injury in her remaining leg.  Nicole has a scar from

4    just below her ribs to below her navel from an emergency

5    abdominal surgery in Boston due to complications from a filter

6    that was placed in her to prevent blood clots.  The filter

7    became dislodged and perforated her small intestines and became

8    embedded in an artery.

9         Am I stressed?  Physically, emotionally and mentally

01:35 10    exhausted?  Worried?  All the time.  My life is forever

11    changed, but not as much as the lives of my daughters and

12    son-in-law.  I have done my best to move forward, to stay

13    positive and to be thankful for all that we have and all that

14    we have received.  I have tried to hide my hurt and sadness

15    from my daughters so they can heal emotionally and make the

16    best out of the life that they have been given.  Some days are

17    just harder.

18         Thank you for your time and allowing me to share how

19    this horrific event has impacted my life.

01:36 20         MR. MELLIN:  Your Honor, Erica Brannock.

21         MS. BRANNOCK:  Thank you for letting me speak, your

22    Honor.  My name is Erika Brannock, E-R-I-K-A B-R-A-N-N-O-C-K.

23         While Mr. Tsarnaev did not place the pressure cooker

24    bomb directly behind me, his participation and involvement in

25    the planning caused my injuries resulting in the loss of part

1   of my left leg.  In April of 2013, I had two amputations:  One

2   on Boylston Street while waiting with my sister and my

3   brother-in-law to see my mother complete her first Boston

4   Marathon, the other was two weeks later after the bombing at

5   Beth Israel Deaconess Medical Center when I gave my surgeons

6   permission to take my below-the-knee amputation above the knee.

7   This would ensure that I could later support a prosthesis.

8         While I have made progress after multiple revisions to

9   my left limb and becoming more comfortable walking with a leg

01:37   10   that is not my own, I have had struggles -- I've had to

11   struggle with much more.  On April 15, I lost three centimeters

12   of bone from my fibula in my right leg closer to my ankle than

13   most doctors would want.  To say that I am lucky to be standing

14   on one of my own legs is an understatement.  I should be an

15   amputee -- a double amputee like Jeff, Celeste and Jessica.

16   Had it not been for the quick thinking of Amanda North, a woman

17   I had never met before, I would not be here today.  She grabbed

18   my hand and told me she would get me help.  She never -- she

19   even gave her belt to be used to stop my bleeding.

01:38   20         Mr. Tsarnaev not only played a part in my leg being

21   blown off and my struggles to walk again, but also in the life

22   I had built for myself.  I am not able to physically teach the

23   age level I cherished so much because of the serious damage to

24   my right leg.  I cannot run after my students, or as I refer to

25   them, my babies, and play with them.  I cannot fulfill the

duties of a teacher of young two-year-olds.  Ultimately, my

physical life is now changed forever.  To date, I have had 21

surgeries since April 15, 2013, that have repaired holes in

both my eardrums, removed multiple nails and BB's, healed

fractured bones, given me some function back in my right leg

that had a hole blown into it, and the amputation of my -- the

lower part of my left leg above the knee.

My risk for early bone disease is much higher now due

to all the injuries I sustained.  I will most likely have to

wear a brace on my right leg for the rest of my life.  While I

am standing and walking today, I tire easily when walking or

doing physical activities.  It takes a large amount of effort

to walk even just a few feet.  I doubt I will ever be able to

run or jog again, so when I have my own children I will not be

able to share that kind of fun and play with them.

My mental state is significantly different from where

it was before the bombing.  I flinch at loud noises and I

experience panic attacks from flashbacks.  That day will never

leave me no matter the amount of time or therapy I have.  The

long-term financial burden I will experience will be with me

for the rest of my life.  I was not able to complete my

master's program that I had been working on before the bombing

because I could not complete the requirements both physically

and mentally.  Even though I have been profoundly impacted in

so many ways, I will get on with my life and not let

1    Mr. Tsarnaev and his -- Mr. Tsarnaev and his brother decided to

2    do.  What they did will not break my spirit and my drive to

3    accomplish my dreams and goals.

4         Thank you.

5         MS. PELLEGRINI:  Jeanne-Marie Parker.

6         MS. PARKER:  Good morning, your Honor.  My name is

7    Jeanne-Marie Parker, J-E-A-N-N-E-M-A-R-I-E P-A-R-K-E-R.  I was

8    at the Forum with my two daughters, my nieces and some friends.

9    We were inside when the bomb detonated, went off.  I cannot

01:41 10   explain to you the terror we all felt.

11        In the 49 years of my life, I never knew this

12   gut-wrenching feeling that would change our lives forever.  The

13   last two years of our lives have been challenging to say the

14   least.  We suffer from permanent hearing loss, tinnitus, severe

15   anxiety, PTSD, severe migraine headaches, difficulty in startle

16   response, to name a few.

17        I may not look wounded to you, but I am.  You don't

18   see my wounds because they are invisible to the eye.  I can

19   relate to that because I watched -- I watched your aunt walk to

01:42 20   the stand while she showed no obvious signs of physical trauma

21   either; however, as I watched you watch your aunt try and

22   speak, she couldn't utter a word because she was hysterically

23   crying.  I saw you wiping your tears away knowing that you were

24   the cause of her pain.  She may not have suffered a physical

25   injury by your hands like we did, but you obviously caused her

1  severe emotional trauma.

2       While you wait in prison for your impending death,

3  your aunt will carry the emotional pain.  Long after you are

4  gone, your aunt will continue to carry that pain with her for

5  the rest of her life.  Not only is that going to affect her,

6  but everyone else she interacts with will be impacted.

7       That was just one person.  Now think about that

8  magnified by every person who was not only at the marathon but

9  knew someone at the marathon or watched the images on TV.  Just

01:43 10  know that you have caused that much pain and suffering.  My

11  pain is their pain.  It's like a cancer that you created that

12  spread so rampantly.  My only hope is that you own all of this

13  grief and anguish for the rest of your natural life.

14       What I represent in the world is wholeness and

15  healing.  I ask myself where does the healing begin.  It begins

16  with you taking responsibility for your actions, telling the

17  truth and asking for forgiveness.  So I have one question for

18  you:  According to your meetings with Sister Prejean, you are

19  remorseful for your actions.  I haven't seen or heard any

01:43 20  indication of that.  What would your impact statement be for

21  all the pain and suffering that you've caused?  I challenge you

22  to write that.

23       Thank you.

24       MR. MELLIN:  Scott Weisberg.

25       MR. WEISBERG:  Your Honor, my name is Scott Weisberg,

1    S-C-O-T-T, Weisberg, W-E-I-S-B-E-R-G.  Thank you for allowing

2    me to speak today.

3           I am a 45-year-old family physician from Birmingham,

4    Alabama.  I'm also a marathon runner, and I now suffer with

5    bilateral hearing loss, a mild traumatic brain injury,

6    posttraumatic stress disorder as a result of accomplishing my

7    first Boston Marathon on April 15, 2013, which was a dream of

8    mine.

9           I crossed that finish line three seconds prior to the

01:44 10   detonation of the first bomb.  I am so grateful to be here

11   today for my family, and especially for my three children,

12   Joshua, Jordan and Jesse, but my life has changed forever, as

13   well as the other survivors, as a result of that day.

14          I never would have thought that I would be wearing

15   hearing aids at 43 years old.  I also never realized that I

16   would have to convince society and my medical professionals

17   that my injuries were real because they are hidden and

18   invisible.  It took me over 16 months of searching for answers

19   to figure out my injuries.  I spent countless hours going to

01:45 20   the doctors', taking medications, as well as having very

21   painful procedures on my ears to only find out that my hearing

22   loss was permanent.

23          It is very easy to diagnose someone with depression

24   and PTSD due to the traumatic event that we all endured.  I was

25   forgetful, confused.  I could not perform higher executive

functioning tasks.  And as a family physician, that was a real

problem.  Despite all of the technology available in today's

world, I am still not able to use a stethoscope to hear body

sounds.  I was the main financial supporter of my family and I

had my own very successful medical practice for ten years.  Now

my practice is struggling to survive.  I continue to do the

very best for my three children, and in the midst of this, I'm

getting a divorce because my spouse cannot grasp the trauma

this has inflicted on me and my family.

I live in Alabama, isolated from other survivors and a

city that understands what happened to them.  Luckily, I have a

support group through our private social media site, but it is

very hard going through this process, often at times alone.

The process of trying to reinvent oneself and deal with the

emotional trauma after an event such as the Boston bombing is

overwhelming, but when one is forced to convince others that

their injuries are lifelong and costly, compounds the problems.

I fight constantly with my insurance carriers because

they do not recognize hearing aids as a necessary medical

expense.  In addition, they do not feel that speech therapy is

necessary to help in the recovery of a traumatic brain injury.

Traveling to my doctors in Boston, Huntsville, Alabama, and

Montgomery, Alabama, makes it very difficult to function as a

working adult.  Additionally, seeing both mental and speech

therapists to help with all of my conditions takes time and

1    money.

2         I wish the world could take my place one day and see

3    what it's like to appear normal on the outside and have so many

4    day-to-day problems on the inside.  My hearing loss is

5    bilaterally, and I've been wearing hearing aids since August of

6    2013.  I change out my batteries every few days, and the

7    maintenance and upkeep is unbelievable.  My brain injury has

8    left me having trouble with processing speed and working

9    memory, both of which are very important in the world of being

01:50 10   a family physician.

11         I'm still struggling to convince insurance companies

12   that I actually have a disability since these are hidden and

13   invisible injuries.  I have since become an advocate for

14   others, which is why I'm here today in this courtroom sharing

15   my story.  I want people to understand that my injuries are

16   very significant and will be with me for the rest of my life

17   and will impact my future and my family's future forever.

18         There are around 260 survivors of the bombings that

19   have issues just like myself, all dealing with tinnitus,

01:50 20   hearing loss, brain injuries, depression, PTSD.  Our voices

21   must be heard and our injuries are not disappearing.  Our lives

22   have changed April 15, 2013, and we must not be forgotten by

23   the City of Boston, the State of Massachusetts, the United

24   States, and by the community of professionals that take care of

25   us, whether it's in Massachusetts, Alabama, Maine, Wisconsin,

1    California, North Carolina, Pennsylvania, Maryland and whatever

2    other states we come from.

3         Thank you for allowing me the opportunity to speak

4    today and to share my story as well as that of the other

5    survivors.

6         MS. PELLEGRINI:  Meghan Zipin.

7         MS. ZIPIN:  Good morning.  My name is Meghan Zipin.

8    And you spell the "Zipin" Z-I-P-I-N.

9         A few months ago many of us who are here today

01:52 10   received a letter in the mail, and the first question was,

11   "Describe in your own words the harm you suffered from the

12   crime the defendant committed.  Explain the physical, emotional

13   and financial harm you endured.  Include any long-term impact

14   you foresee, and describe what that means to you and your

15   lifestyle."

16        It's nearly impossible to answer that question, and

17   that is my most important statement.  This is a huge ask, to

18   still down to three black and white lines of text, text that

19   ends with the question, what does this mean to you and your

01:52 20   lifestyle.  I decided to match the direct nature of the

21   question because there's power in a collective voice.  I hope

22   that you've read 260 messages of triumph, fight, struggle,

23   loss, madness and strength.  Just know your question is too

24   simple and the fight is too complex.  We all wish that we knew

25   the answer.

1          Physically, my ears and auditory processing ability

2     were directly impacted by the crime.  My hearing loss is named

3     global auditory processing disorder, and mine is classified as

4     severe and permanent.  Your ears and your brain work together

5     listen to stimuli and processing that information into

6     interpretable language.  My injury interrupts that

7     communication, making it difficult to distill and comprehend

8     auditory information in any environment.  I'll wear hearing

9     aids forever to minimize the struggle.  The injuries most

01:53 10    consistent with traumatic brain injuries seen in soldiers

11    following an IED impact, bombings and proximity to the

12    explosion matters.  My foot was on the finish line.

13          I suffer an array of physical symptoms consistent with

14    PTSD:  Insomnia, hyperventilation, hypervigilance, rapid

15    heartbeat.  My fight-or-flight hormones are still high that

16    doctors once suspected I had a tumor on the secreting glands.

17          Emotionally, two of my friends were waiting for me at

18    the finish line.  Both girls were blown up, suffering

19    life-threatening injuries.  And the weight of guilt is

01:54 20    insurmountable.  The memory of their suffering is burned in my

21    brain.  And all that once felt safe and secure in the world has

22    felt jarred.  PTSD is a beast that I continue to tackle.  I

23    have panic attacks, and at one point in January 2015 they

24    occurred every 48 hours for weeks.  I work to control severe

25    anxiety, frequent nightmares, and a disconnect associated with

1    losing all that once defined me.

2          Financially, I'm a 2013 MBA graduate of Boston

3    College.  In September of 2012, prior to graduation, I accepted

4    and began a job with a large Boston firm.  The salary was over

5    $100,000, and I couldn't believe it.  After the bombing, I

6    never returned.  Due to my symptoms, I had to leave my job in

7    business development.  I am married, and thankfully my

8    apartment and health insurance remain secure.  But when you

9    lose -- when you once earned a keep and then you stop, your

01:55 10   personal worth suffers a far greater loss than can be counted

11   in dollars.  The loss is impossible to capture.

12          I will try to remember that the bombing always will

13   have happened but it will not forever define me.  It will not

14   always define my marriage.  It will not define my relationships

15   or my injured friends.  I do not know when I'll feel that

16   shift, and the long-term impact of not knowing even that is

17   overwhelming, so I'm going to list for you what I know.

18          I know I can no longer work in business development,

19   an environment flurried with complex, simultaneous conversation

01:56 20   an environment where I once thrived.  I know I will have to

21   find a means of professional development, of financial security

22   that accommodates for my hearing deficits, my need for

23   flexibility and for personal connection.  I know I will suffer

24   from PTSD forever, but hopefully not to this degree.  I know my

25   marriage will always carry the burden of this event, our

foundation was cracked, and we'll work forever to make it
whole.  I know I will never be who I once was, and although we
all change and grow, rarely are we forced to change
instantaneously.  I know I will always miss that 2013 Boston
Marathon runner girl because she was one of the good ones.

I know I will live a life of deep gratitude.  I
promised myself immediately after the bombing that I would not
let an opportunity to say thank you pass me by.  This is a gift
borne out of tragic circumstances, but long term I believe it
will free my spirit and allow me to appreciate people in a way
I never would have been capable of before the bombing.  I know
one day I'll be a better mother and my husband will be a better
father because we will show our children all that is good in
the world and all that there is to be thankful for.

I try to think of a way for someone who didn't
experience this to understand what this is like.  And, Judge, I
want you to imagine that you had a dandelion, one that made it
to the phase of a perfect, white-lace, fuzzy sphere made of a
million individual seeds.  Imagine you stood with the wind at
your back and you blew.  You'd watch the seeds fly high and
far.  Some would land, some would hide, some would endlessly
float away.  It happened in an instant:  A beautiful sphere, a
very explosive disbursement.  You'd never be able to find all
the pieces.  It's an impossible task.  With this question,
you've asked me to find those pieces and remake a sphere.

1    You've asked 260-plus survivors to find those pieces and to

2    make their spheres.  I beg my words offer mild justice to our

3    collective plight, and I am grateful that you've taken the time

4    to so thoughtfully listen.

5         Judge O'Toole, I came here for the first two days of

6    the trial.  I came with those girls, for my friends.  I watched

7    the defendant.  He sat there blank, never looking at any of us.

8    And after that day, I realized I'm the one who's alive, and the

9    defendant, he's already dead.  Today I'll go home to my

10   husband, to my comfortable bed.  I'll eat pizza, I'll go to

11   yoga.  And the defendant, your Honor, he'll go back to a cell

12   from now until forever.  He's the one who's dead and I'm the

13   one who's alive.  Thank you.

14        MS. PELLEGRINI:  Johanna Hantel.

15        MS. HANTEL:  Good morning, your Honor.  My name is

16   Johanna Hantel, H-A-N-T-E-L.  I would like to thank the Court

17   for giving me this opportunity.

18        I'm a runner.  I was running the Boston Marathon on

19   April 15th, 2013.  If not the only, I was one of the very few

20   runners who had qualified with a time for the marathon who were

21   injured.  I was about ten feet from the first bomb that

22   exploded.  The physical injuries I sustained included broken

23   and dislocated fingers, a ruptured eardrum, hearing loss,

24   dental bite and jaw misalignment, shrapnel wounds and a

25   traumatic brain injury.  I continue to suffer from cognitive

deficiencies, difficulty remembering, concentrating, making
decisions, slowed thinking, speaking.  My brain sometimes does
not let my mouth speak the words that I'm trying to say.  I'm
easily confused.  I feel tired all the time and lack energy.  I
am anxious, have mood changes, crazy sleep patterns, and simple
things are now overwhelming.  I have a constant headache,
dizziness, loss of balance, blurred vision, ringing in the
ears, increased sensitivity to lights, sounds and distractions.
I'm easily startled and jump at everything.

02:01      2013 was my 13th Boston.  I love the Boston Marathon.
Following the race each year, I cannot wait until the next year
to return to Boston.  I belong to the old school of the Boston
Marathon, when the only way to get in was to qualify with a
fast time.  Boston was the race all distance runners aspire to
run.  The day I qualified was one of my proudest moments, and I
decided then that I would run each year that I continued to
qualify.  If I did not qualify, I would not run.  Because of
this horrific act committed, I can no longer qualify.

     As a distance runner, I am tough both mentally and
02:01 physically.  I have a very high pain tolerance.  I just naively
thought -- assumed my injuries would heal and everything would
return to normal.  But this has been a nightmare.  As far as my
physical injuries are concerned, I am coming to terms with my
new normal; however, as a participant of the marathon, what
continues to haunt me is that this heinous attack seemed to be

1   directed at the spectators.  The most severely injured victims

2   of this tragedy were those there to watch us, the runners.  I

3   feel if we had not been running, this dreadful crime would not

4   have occurred.  I blame myself.  I think that somehow as a

5   participant this was my fault, and I cannot shake this guilt.

6           This trial, conviction and sentencing have not been

7   healing for me.  They have brought everything back up that I've

8   tried -- been trying for two years to put past me.  This

9   conviction and sentencing have not brought closure for me.  I

02:03 10   do not believe in closure.  They will not bring back Martin,

11   Lindsay, Krystle or Sean.  They will not return those of us

12   affected to our previous lives.  I will say that I have come to

13   peace with Mr. Tsarnaev, and amidst the tragedy of this

14   horrific act, I have seen and felt overwhelming goodness and

15   kindness.  And if I have to crawl, I am going to continue to

16   run Boston each year even if I cannot qualify because I will

17   not let this sickening act take that away from me.  And there

18   will be four angels waiting along Boylston Street for me to

19   finish.

02:03 20           I'm sorry for you, Mr. Tsarnaev.  I hope you're able

21   to do something good during your life.  Good will always

22   conquer evil.  Isn't that the fundamental core of all

23   religions?

24           I want to say thank you to the Court, the U.S.

25   Attorney's Office and the jury.  God bless all those affected

1    by the events of April 15th, 2013, and God bless the City of

2    Boston and the United States of America.  I have been reassured

3    that our legal system works.  I'm so very proud to be an

4    American.  Thank you.

5          THE COURT:  I think at this moment we'll take a

6    ten-minute recess.

7          THE CLERK:  All rise for the Court.  Court will take a

8    ten-minute recess.

9          (The Court exits the courtroom and there is a recess

02:04 10    at 11:32 a.m.)

11          THE CLERK:  All rise for the Court.

12          (The Court enters the courtroom at 11:53 a.m.)

13          THE CLERK:  Be seated.

14          THE COURT:  Everyone ready?

15          MS. PELLEGRINI:  Your Honor, Jennifer Joyce-Maybury.

16          MS. JOYCE-MAYBURY:  Hi.  I'm Jennifer Joyce-Maybury.

17    Last name is M-A-Y-B-U-R-Y.  I'm Jeffrey Bauman's aunt, and

18    this is Erica Joyce, J-O-Y-C-E.  This is Jeffrey Bauman's

19    sister-in-law.

02:26 20          I will never forget April 15, 2013, when this horrible

21    and unthinkable act happened.  I was enjoying the day at the

22    zoo with my six-year-old son when I received a text message

23    containing a graphic photo of my nephew Jeffrey, an iconic

24    photo of a shellshocked man being pushed in a wheelchair, panic

25    in the air, a look of sheer horror on his face, and his

         1    beautiful legs, nothing but raw bone and tattered flesh.

         2          Like most of the country, I cannot erase that image

         3    out of my mind.  It haunts me to comprehend the barbaric act

         4    that my nephew endured.  For several agonizing hours, I could

         5    not get any information whether Jeffrey was dead or alive.  It

         6    was the worse hell anyone could imagine.  I've had to watch

         7    Jeffrey go through countless operations and endless therapy

         8    sessions.  I had to learn about the pain in therapy and the

         9    strength and courage it takes to put on prosthetic legs and

02:27   10    find a way to stand.  I watch Jeffrey take step after agonizing

        11    step with such determination knowing that this was a bitter

        12    fight to regain his independence.  I was so overwhelmed with

        13    what happened to my nephew and the journey to recover he would

        14    need to take.

        15          Like a rock thrown into a pond, there are rippling

        16    effects that carry.  It was not only Jeffrey that was affected

        17    by this act, the impact of the bombing has created severe

        18    stress and emotional trauma on our whole family.  In order for

        19    Jeffrey to receive treatment and therapy, he needed many around

02:28   20    him to support him.  I took off three months of work, unpaid,

        21    to help my nephew and my sister Patty, his mom, to travel from

        22    Chelmsford into Boston every day for months.  That day changed

        23    the course of an entire family.  For the first time in my life,

        24    I was taking anxiety and sleeping pills so I could find release

        25    from the nightmares that haunted me.

1          The fear and anxiety never leaves you.  It bubbles

2     right under the surface waiting, always waiting, looking over

3     your shoulder, feeling uneasy in large gatherings.  I am unable

4     to fully talk or express what happened to my nephew Jeffrey; it

5     provokes such pain.  I worry every day about Jeffrey who still

6     does not find comfort in his prosthetic legs and wonder will he

7     ever?  When will the pain end for him?  Why did this have to

8     happen to him?  Will he ever be the same?  Will our family?

9          This is a tragedy that you caused my nephew Jeffrey;

02:29 10    his friends and his family.  We will live with the ripple

11    effects for the rest of our lives.

12          Thank you for taking the time to hear my thoughts.

13    From a loving aunty of Jeffrey Michael Bauman, Aunty.  Thank

14    you.

15          MR. MELLIN:  Jennifer Kauffman.

16          MS. KAUFFMAN:  Your Honor, my name is Jennifer

17    Kauffman, K-A-U-F-F-M-A-N.  First, I'd like to thank the jury

18    for your service and I'd like to thank all of the countless men

19    and women who worked tirelessly to bring justice for myself and

02:29 20    the rest of the survivors.

21          The actions of the defendant and his brother have

22    completely altered my life.  I've had to endure numerous

23    physical and emotional complications all while trying to

24    rebuild my life, which I know will never be the same.  The

25    wonderful memories that began on the morning of April 15, 2013,

1    have been overshadowed by the terror that took place in the

2    afternoon.

3            It was my first time attending the Boston Marathon.  I

4    remember being deeply inspired and overjoyed with each and

5    every runner passing by.  It was electrifying.  I was at the

6    finish line with a close friend of mine waiting for her son to

7    come running down Boylston Street.  We were tracking his

8    progress and we knew he was in the final stretch.  We were

9    standing along the steel barricade near Marathon Sports, a few

02:30 10   feet away from Krystle Campbell and her friend Karen McWatters.

11   Then all of a sudden, without any warning, the first explosion

12   detonated.  The loud cheers of joy quickly turned to silence,

13   followed by pandemonium.  People were crying and screaming for

14   help.  It was absolutely horrifying.

15           The picture -- words cannot begin to fully describe

16   the tremendous impact this horrific event has had on my life.

17   My physical impact:  I suffered an abdominal injury causing

18   bruising and swelling of most of my major organs, which was

19   excruciatingly painful and resulted in my inability to eat

02:31 20   normal for months; in fact, I still eat a very restrictive diet

21   today to ensure I minimize the inflammation in my body.  I

22   suffered neck and back injuries causing severe headaches, and

23   my inability to walk for many months after the bombings.  I

24   also suffered a heart arrhythmia as a result of the force of

25   the explosion.  I have suffered damage to my ears;

1   specifically, nerve damage to my left ear, along with increased

2   sensitivity and hearing loss.  Most of the first 15 months were

3   spent going to doctors, specialists and wellness practitioners

4   multiple times weekly.  In fact, it felt like a full-time job.

5   I've been diagnosed with PTSD and am being treated by several

6   mental health doctors and practitioners.

7        I was an active, athletic person prior to all of this

8   happening; now my physical fitness level is considered below

9   normal for someone of my age and prior activity level.  I have

02:32 10  not been able to resume any of my normal activities on a

11  regular basis, such as going to the gym, biking, hiking,

12  swimming, golfing, and all the other fun things I once loved to

13  do.  There hasn't been one day where I have not experienced

14  some form of pain in my body to varying degrees.  Despite all

15  the progress I've made in the past two years, I continue to get

16  fatigued easily.

17        My emotional impact:  Before suffering this unprovoked

18  life-changing terrorist attack, I was a successful business

19  woman.  Very active in my community, fit, happy and passionate

02:33 20  about life.  After the bombings, I have struggled to feel safe

21  and secure outside of my own surroundings and I have not been

22  able to trust people like I once did.  I no longer am able to

23  do the social things I once loved:  Dining out with family and

24  friends, going to sporting events, traveling the world and

25  more.  I have been stressed about money and my ability to make

1    ends meet.

2          In the beginning I experienced recurring nightmares of

3    the bombings as I was reliving it all over again.  I was

4    literally afraid to sleep.  Although the nightmares have

5    lessened, I still experience nightmares from time to time.  In

6    fact, during the court proceedings the nightmares resumed in

7    full force as if the bombings had just happened again.  It's

8    very upsetting and discouraging after all the work I've done to

9    get myself well again.  I often experience flashbacks from the

02:34 10    bombings, unexpected triggers that cause stressful experiences

11    that I've never even experienced before.  Sensitivity to sound,

12    light, proximity to other people.  I often have feelings of

13    being trapped, stuck, which leads to anxiety and panic attacks.

14          I have been forced to alter my life and I have become

15    more reclusive in order to protect myself and feel safe.  On

16    occasion I will experience random outbursts of rage and anger

17    or profound sadness and crying that occur completely out of the

18    blue.  Perception from others that I look fine, therefore, I

19    should be fine; the fact that I did not lose a limb means that

02:35 20    some people judge me because on the outside I look normal yet

21    on the inside I'm still dealing with the complications as a

22    result of the injuries I sustained at the bombings and my life

23    will never be the same.  Relationships in my life have

24    significantly altered.  I have lost friends, some members of my

25    family who simply cannot understand why I am the way I am

today.  I am no longer the person I once was, and I think that
scares people.

This has greatly affected every aspect of my life.  I
am currently unable to work like I used to.  I no longer
socialize like I used to and I am unable to physically do the
things I once loved to do.

My financial impact:  For eight years I owned and
operated a coaching and consulting business.  At the time of
these explosions, I had just come off the best year in my
business.  In addition, I had recently signed a contract with a
publishing company to publish my first book.  After the
bombings, I had to let go of all of my clients and I had to
live off of my savings for the next 15 months.  I resumed
working on a limited basis in July of 2014.  To this day, I am
unable to work a normal 40-hour workweek.

Conventional medicine was unable to address all of my
conditions that were a direct result of the injuries I
sustained.  I had to pursue holistic treatment, all of which
was paid out-of-pocket and continues to be the case today.  At
this point I have spent in excess of $50,000 in treatment, and
even though I do not require the same level of treatment today
as I once did, it is unknown the duration of treatment required
to regain a normal live.  Since I am unable to work full time,
it is impacting my ability to rebuild my savings and
retirement.  I have literally lost hundreds of thousands of

1   dollars in lost wages.

2        The fact that everything I used to love to do in many

3   instances I can no longer do at this point in my recovery.  My

4   life has been completely changed.  I had plans of buying my

5   first home in 2013 but I had to use all my savings for my

6   medical treatment.

7        Despite the tremendous impact this event has had on my

8   life, I forgive you and your brother for the harm and the

9   terror that you caused me, my family, my friends, my fellow

02:37 10  survivors and victims, and my community.  My hope and desire is

11  that some day soon you'll be brave enough to take 100 percent

12  responsibility for your actions and be willing to forgo your

13  right to appeals so we can all move forward in peace.

14        Thank you.

15        MS. PELLEGRINI:  Annette Emerson.

16        MS. EMERSON:  Your Honor, I'm Annette Emerson,

17  E-M-E-R-S-O-N.  Thank you for giving me the opportunity to

18  speak today.

19        When the bombs exploded in 2015 -- I mean April 15,

02:38 20  2013, terror soared through me like a rocket.  I could feel it

21  in my body, my mind and my soul.  My instinct was to flee the

22  scene.  With my ears buzzing, I ran as fast as I could to get

23  away.  The defendant stole my hearing, my sense of security and

24  my way of life.  Physically, I suffer a mild traumatic brain

25  injury and hearing loss, and I'm under medical care for all

1    that.  I often fail to register new information and must reread

2    and be retold information.  Before the bombings, I was not

3    easily distracted and could switch back and forth between

4    different tasks.  Now when I speak, I often cannot say what I

5    want to say because I have blanked out or I cannot retrieve the

6    words I want to share.  This leads to frustration and anxiety.

7              Emotionally, I suffer posttraumatic stress syndrome.

8    Before the bombings, I was a bubbly, outgoing person, now I am

9    hypervigilant, especially when I'm in a group of people.  I

02:39 10   used to enjoy fireworks; now they haunt me.  My sleep patterns

11   have been disturbed.  I am restless at night and have a hard

12   time getting to sleep.  I wake very tired and often with a

13   headache.  I have to rest during the day because my energy

14   levels are so that I'm forced to -- are so low.  I have forced

15   myself to participate in events like the 2014 and 2015 Boston

16   Marathons, but I'm a basket case during these events.  I keep

17   on my eyes on other people and think:  Will this person hurt

18   me?  Am I safe?  Will I survive this experience?  It saps the

19   joy of the event.  I refuse to give up.  If I give up, the

02:40 20   defendant wins.  If I strive to take my life back as best I

21   can, then I win.  But why must I be in this position of

22   choosing who wins?  I have learned that I must let the anger go

23   and forgive the transgressions so that I can take back my life.

24   The experience did not break me; it has made me stronger.

25              Financially, I live on a limited income.  Because of

1    the treatment I need to recover, I must pay out-of-pocket for

2    extra expenses.  My copayments and other treatments that are

3    not covered by insurance, unfortunately, these aren't

4    reimbursed so I must pay for myself.  I live in Maine, several

5    hours from Boston.  Because most of my treatment takes place in

6    Boston, I have to bear the physical strain and travel several

7    hours south for treatment as well as the cost of travel.  This

8    financial burden causes a great deal of stress and anxiety.

9            Thank you, your Honor, for letting me speak.

02:42 10            MR. MELLIN:  Ed Fucarile.

11            MR. FUCARILE.  Good morning, Judge.  My name is Ed

12    Fucarile, F-U-C-A-R-I-L-E.  This is my wife Andrea.  My son

13    Marc lost his right leg and he's fighting to keep his left.

14            The first time I saw you in this courtroom, you were

15    smirking at all the victims for your unspeakable, cowardly

16    acts.  You don't seem to be smirking today.  You angered all of

17    us, but only made all of us affected stronger.  You've taken

18    lives and severely damaged bodies, including my son Marc's, but

19    you haven't broken his spirit, his strength.  He suffered but

02:43 20    brought him to victim's closure and is stronger.  Sorry.

21            As far as I'm concerned as a father, although it is

22    what the law allows, your sentence today should be as severe as

23    possible.  In the end, you have failed.  As a city and a

24    country, we only became stronger and more prepared.

25            I also want to thank the jury and the prosecutors for

```
 1    a job well done.  Thank you.
 2              MS. FUCARILE:  Thank you.
 3              MS. PELLEGRINI:  Liz Norden.
 4              MS. NORDEN:  Good morning, Judge.
 5              MS. PELLEGRINI:  Your Honor, may I stand (indicating)?
 6              THE COURT:  All right.
 7              MS. NORDEN:  Today, with your Honor's permission, I
 8    would like to respectfully read my prepared statement.  My name
 9    is Liz Norden.  I'm the proud mother of sons JP and Paul
10    Norden, brothers who each lost their right leg after the second
11    explosion and during the Boston Marathon terrorist attack.  I
12    am extremely grateful and forever appreciative for this
13    opportunity to express both my feelings and share a little bit
14    about my family's life and what we've been through since
15    Monday, April 15, 2013.
16              Your Honor, I can confidently say we've been through
17    hell and back and have dealt with challenges no family should
18    be forced to endure.  It is of great emphasis when I say that
19    only a mother can describe the everlasting agony and any grief
20    and uncontrollably helplessness when one of their children
21    suffers a traumatic injury causing overwhelming pain, and
22    perhaps even more, the unthinkable, loss of life, to see your
23    child, my children, although grown young men, so injured, so
24    hurt, so broken, and the mere sight of them brought me to my
25    knees in gut-wrenching and crippling pain.  I'm here today
```

1    because I have two sons whose lives were literally destroyed

2    within seconds.

3              My family and I are no strangers to difficult times

4    and trying circumstances and life challenges that some feel

5    either make you stronger or tear you apart.  Today it is my job

6    to tell you what my family has been through going back to

7    directly before the first explosion -- now I can't see -- on

8    Boylston Street; however, before I do that, please allow me to

9    acknowledge the many other survivors, victims and family

02:45 10   members who have equally shared in their own suffering, pain

11   that I've come to know and love.

12             Today is the time we can openly find comfort, closure

13   and comfort that justice is served.  Regardless of our

14   individual opinions and personal beliefs concerning the

15   appropriate punishment and how we each feel about the death

16   penalty, the jury has rendered their decision.  Although there

17   are no winners on either side, I know this:  My family, me

18   personally, our lives have forever changed.  We have to

19   continue to work to put this tragic and hateful act behind us

02:46 20   so it doesn't actually become a negative emotion that will

21   slowly ruin from within.

22             From the beginning, my boys decided they were not

23   going to be identified by the marathon.  They both told me that

24   they would not let this horrific event define who they'd

25   become, yet they have accepted the disability but will not be

1    plagued by the new obstacles in their way.

2         Next, it's necessary for me to force [*sic*] on the

3    horrendous acts of the defendant and that of his brother that

4    were both unexcusable and unforgiven.  Nothing will ever return

5    our lives back to before the senseless acts.  No sentence, no

6    words, no punishment will ever take back what this defendant

7    took when he executed his plan to cause death and destruction

8    against so many innocent people, not from the families who lost

9    loved ones, not from the many injured and not from my two sons.

02:47 10        Your Honor, I have already submitted my original draft

11    for your review and trust it will be part of the record.

12    Please afford me a minute to mention yourself and the other

13    wonderful people who have made this abnormal event both

14    comforting and manageable.  I can honestly admit I would need

15    all day to thank the many awesome professional and committed

16    staff.  Thank you.

17         Also, I would be completely remiss if I didn't

18    acknowledge the countless friends and strangers who rushed to

19    help after the explosion.  It is often said that very good can

02:47 20    usually come from the extreme bad.  Well, if there's any silver

21    lining that I could say, it is the unaccountable strangers

22    around the world, many exceptional and compassionate people who

23    extended their love, support and kindness as we endured this

24    nightmare.  I am confident that my family would all agree that

25    we are getting through this unbelievable ordeal because of the

1    help and thoughtfulness of so many.  So, please, from the

2    bottom of my heart, thank you, and we are forever grateful.

3            Over the last two years, I've spent countless hours

4    thinking and asking why and who could be capable of committing

5    such horrific acts, who could harbor so much anger and have so

6    much hate that they could not only preplan, execute and commit

7    acts of terrorism with such malice intentions and wiliness to

8    cause as much death, destruction and fear, to be so removed

9    from human decency and compassion that they not only place

02:48 10  bombs besides innocent women and children, but quite honestly,

11   after two long years, I still haven't come to understand what

12   possible motive, reason or goal these two cowards had in mind

13   when they exploded two homemade bombs packed with nails, screws

14   and ball-bearings and other foreign objects.

15           Today I sit in this courtroom after spending many

16   painful minutes, hours, days and weeks, months watching my two

17   sons work to overcome, adjust and achieve the things most of us

18   take for granted every day.  Before I continue further, let me

19   proudly proclaim, my two sons are doing remarkably well.  And

02:48 20  for the record, they recognize what was taken from them; yet,

21   in some strange way, they have become stronger and more

22   determined to achieve and make a positive difference.

23           While I find it difficult and extremely painful to put

24   into words, let me try my best to tell you what my family has

25   been through over the past couple of years.  On Monday, April

1    15th at approximately 3:10, I experienced what I would clearly

2    describe a mother's worst fear:  A telephone call that I will

3    never forget as long as I shall live.  I not only heard the

4    pain, I could feel the extreme fear and severe hurt as my

5    second-oldest-son Paul called me from the street.  I'll never

6    forget his voice, his uncertainty, his urgency for help, yet

7    all the time telling me he couldn't find his brother or his

8    girlfriend.

9          After quickly talking with Paul and learning of the

02:49  10   events, I heard this unfamiliar voice take the phone.  I now

11   know it was an EMT who wanted me to hurry to get to the

12   hospital.  It was very bad.  The feeling of shock overwhelmed

13   me.  It was like time standing still.  I can only best describe

14   it as it seemed like an eternity.  I was confronted with

15   rushing to my two sons but had no idea where they were or where

16   to go, in fact, if they were still alive.

17          I have to confess not for a second can I imagine or

18   conceive the chaotic scene immediately following the explosion.

19   After talking with Paul for that brief minute, the urgency,

02:50  20   distress, pain and panic all evident, and yet assent in his

21   voice as he remarkably attempted to remain calm, I started to

22   panic but knew I had to keep it together so I could handle the

23   long nights and days that awaited me.

24          To share some additional facts that were caused by

25   that day:  My two sons each lost a right leg.  They sustained

numerous wounds, injuries and burns.  Paul's leg was actually

severed from his body and was clearly visible when we watched

the video of the explosion.  He required two immediate

surgeries just in order to save his life that evening.  He was

amputated above the knee and was placed in a medical coma for

seven days until his infection cleared.  It was difficult for

Paul these first few weeks and at times we didn't know what was

happening from one hour to the next.  He spent the next 32 days

in the hospital with family and friends providing emotional

support, his younger brother Jonathan, who planned to attend

the marathon with his two brothers that day, decided to visit

JP at another area hospital.

JP was admitted to a different hospital where his legs

were shredded -- where he had his leg shredded in the blast,

one so severe the video confirmed that his leg was barely

attached by skin and bone.  It was dangling from his tattered

and burned clothes.  These images were clearly visible in the

courtroom, images that I now wish I could erase and bury.

It should be noted that I was informed that JP arrived

by EMS at the hospital with just about a liter of blood

remaining in his broken, almost-lifeless body.  He was barely

clinging to life and spent the next 46 days in the hospital

with family and friends.  In addition to the limb loss, both my

boys -- both of my sons had burns over 50 percent of their

bodies, which required skin grafts, surgeries, and various

1   other medical procedures.  They both incurred permanent hearing

2   loss and require medical -- due to medical care as they move

3   forward.

4        The bomb and explosion didn't just take their legs,

5   but their bodies were embedded with shrapnel, nails, screws and

6   ball-bearings causing severe and permanent nerve damage.  This

7   very day they both carry around foreign objects that may or may

8   not work their way out through the skin.  It is sad that my

9   sons are reminded of the defendant's cowardly and gutless acts

02:52 10  whenever they feel the pain or the movement of the metal inside

11  their bodies.  Over the last two years our lives have been

12  turned upside down and inside out with emotions.  My sons have

13  had over 50 surgeries combined.  One has lost functionality of

14  his hand due to nerve damage caused by the shrapnel, and the

15  other requires additional surgery to his ever-changing limb.

16       The bombings have not only changed JP and Paul's

17  lives, it has also changed the lives of my entire family and

18  friends.  We will never be the same again.  I cannot begin to

19  describe the fear, the pain, the sadness and the emotional

02:52 20  distress the bombing has caused us.  As a mother, I was beyond

21  devastated.  Having two severely injured sons at two different

22  hospitals undergoing many emergency surgeries, often at the

23  exact same time, clearly presented a problem for me.  I was

24  being pulled in two different directions, and it would be

25  impossible for me to explain to you today.  I had to do what I

1   hope and pray that no parent or mother should have to do:

2   Choose, or better yet, decide where and which time I would

3   spend my time with.

4          Only a mother may understand this, and it is difficult

5   for me to say, but the guilt that I live with for not being

6   able to be with each son when they needed me the most still

7   haunts me to this day.  I'm very proud of JP and Paul, the

8   courage and strength they have shown my family and I this past

9   two years.  They've chosen to move on, adjusting to the new

02:53 10   normal and have accepted their life to the better.  They have

11   clearly decided to forgive and not permit hurt and anger to

12   enter their world and to live life to the fullest, but they are

13   still human.

14          They were once trade guys.  Roofers.  You know, the

15   guys who are supposed to handle everything and solve

16   everything?  Well, I know they do not want their family and

17   friends to see them struggle, but I see how the tragic event

18   has affected them and their siblings.  I see the pain, and I

19   can't begin to describe in words how they have suffered

02:53 20   throughout this nightmare.

21          We are a very close family, and my granddaughter

22   idolizes JP and Paul.  I can tell you the day they were trying

23   to find the right words to explain to her why they lost their

24   legs, and how extremely difficult it was for them.  That day I

25   knew our lives had changed forever.  There is not a day that

1    goes by that a family member does not shed a tear.  The simple

2    things in life now becoming a challenge.  The thing that most

3    of us take for granted daily, but now at the very least are

4    difficult and clearly heartbreaking for us to witness.

5         But please let me remind you I'm also very grateful

6    that I have my two sons here today.  Not for a minute am I

7    saying me or my family have experienced the worst because

8    that's not true.  There are many familiar faces of families

9    here that lost so -- even more, and believe me, my heart breaks

02:54 10   for them every day.  Although I'm speaking for my family, I

11   want you to know as a mother, we have a common bond that will

12   forever unite us because we truly all lost so much on April

13   15th.

14        I worry every single day about them.  As soon as they

15   walk out the door, I'm filled with worry.  I worry when they're

16   home alone, without their prosthetic on; I worry when it snows

17   out and there's ice on the ground.  I worry about every little

18   thing.  I struggle with the deepest sadness and I question God

19   every day why.  But we find strength in each other in knowing

02:54 20   that justice has been served.

21        Regrettably, my family and I do relive April 15th

22   every single day.  Every day the boys wake up and are forced to

23   put on their prosthetic, they're reminded of the explosion.

24   The heartache never goes away, when they look in the mirror,

25   when they see the scars across the bodies, surely April 15 will

```
 1   haunt us forever.
 2           I have sat through most of the trial in hopes of
 3   making some sense of how anyone could intentionally blow up
 4   innocent human beings and small children.  I can't even begin
 5   to imagine the pain and suffering my boys and all the other
 6   survivors and first responders went through that day on
 7   Boylston Street, but now after all the evidence we've heard,
 8   after all the tearful testimony from other survivors and some
 9   of the victims themselves and the families that weren't lucky
10   enough to have all of their loved ones here today, after
11   watching the video footage will forever be a part of my memory,
12   it was truly -- it was and is truly upsetting and distressing
13   to see the wreckage, carnage, damage and death to know my two
14   sons and many others were lying on a cold, hard, concrete
15   ground, blood draining from their bodies.  There are no words
16   to describe the anguish being felt that day.  I can only hope
17   that pain lessens as time subsides.
18           Thank you.
19           MS. PELLEGRINI:  Heather Abbott.
20           My name is Heather Abbott, A-B-B-O-T-T.  Your Honor,
21   first I would like to thank you and our government for the
22   thorough work and thoughtful detail used in presiding over and
23   presenting this case.  I would also like to express my sincere
24   and heartfelt thanks to the members of the jury.  I hope you
25   know how much you're appreciated for the close attention you
```

1    paid to the testimony and to the evidence presented and for the

2    sacrifices you made in order to be on this extremely important

3    jury.

4         Admittedly, I don't envy the position you were in,

5    being charged with determining whether or not another human

6    being is put to death.  I have no doubt that it was among the

7    most, if not the most, difficult decision you've ever had to

8    make.  It's hard to believe that another human being, along

9    with his brother, could have made that very same decision for

02:57 10   four innocent young lives, with the hopes of taking even more.

11        I didn't hear much about what happened to the

12   defendant, whether he died in prison or died by lethal

13   injection.  What he did can't be changed, but he will never

14   have the opportunity to harm anyone else.  That's what's

15   important to me.  I care about what lies ahead for me and for

16   the others who live with missing family members and injuries

17   with missing limbs.

18        Because of the defendant's actions, our lives are

19   severely altered for reasons I just can't understand.  By

02:57 20   taking away my leg, he has reduced my level of independence,

21   something I've always cherished.  Not only has he altered my

22   appearance, but I now live with constant nerve pain, sleepless

23   nights, uncertainty about the current and future medical

24   problems related to my limb loss that I face, and the

25   likelihood it will cause me to be in a wheelchair as I grow

1    older.  He has caused me financial burden beyond what I could

2    have ever imagined due to the tremendous cost of the prosthetic

3    legs I now use and the lack of health insurance that exists to

4    cover their cost.  I require five different prosthetic legs to

5    even come close to regaining the life I used to have, each of

6    which costs between 15,000 and $70,000 each, and need to be

7    replaced every three to five years for wear and tear.

8            Rather than spend my days at my former full-time job,

9    I now spend much of them in doctors' offices being examined,

02:58 10   x-rayed and fitted for legs.  I will forever carry the label

11   the woman who lost her leg in the Boston Marathon bombing in

12   this little seaside city where I live, Newport, Rhode Island.

13   I will never hop out of bed in the morning again.  I won't go

14   on a spontaneous run in my neighborhood as I used to do.  I

15   won't feel the sand between ten toes at the beach that I used

16   to love.  I will have to consider distances, obstacles,

17   surfaces, weather conditions and pain levels any time I walk,

18   all things I used to take for granted.  I often feel I've aged

19   40 years in these past two due to all the assisted medical

02:59 20   equipment I now require.

21           I could go on and on about the detriment the defendant

22   has caused to my life and the devastation he's caused to my

23   family, but I would imagine that would make what he's done all

24   worth it to him.  I wondered as I heard each one of us tell our

25   stories of pain and agony on the witness stand whether he

1    considered them success stories.  That's exactly what he

2    wanted:  to kill and hurt innocent people; to leave his mark on

3    America.  He succeeded.  However, there are residual effects to

4    his terror that no one could have anticipated, effects that

5    will cause his mark to diminish over time.

6           Shortly after he killed three and maimed dozens, he

7    tweeted, "Ain't no love in the heart of the city."  He couldn't

8    have been more wrong.  His dark, dismal existence wouldn't

9    allow him to see the love in the city of Boston:  The heroes

03:00 10   who saved people's lives that day; the family and friends who

11   came together to support those who were hurt; the strength and

12   resilience of those whose lives he changed forever, and the

13   unbreakable bond that has been formed amongst us.  He didn't

14   anticipate the outpouring of love and support for Americans

15   from all over the world.  This support had no race, gender or

16   religion.  His focus on hate blinded him to the love that is

17   present here in America and the compassion and fellowship that

18   exists among human beings everywhere.

19           Dzhokhar Tsarnaev has also taken away his own

03:01 20   freedoms, rights that he enjoyed and took every advantage of

21   prior to his decision to become a murderer and a terrorist.

22   Although he may not have remorse for what he did to us, may he

23   at the very least think about what he robbed himself of in his

24   young life and those who care about him while he's sitting on

25   death row.

1          I may be an amputee now but I still have my life,

2     unlike four of his other victims, and I intend to live it to

3     the fullest.  I would like Dzhokhar Tsarnaev to know that he

4     did not break me; that the memory of those he killed will be

5     kept alive by those who survived his terror, and it is I and

6     the other survivors who will be remembered for our resilience

7     while his memory fades.  Boston Strong and the American spirit

8     lives on.  Thank you.

9          MR. MELLIN:  Rebekah Gregory.

03:02 10          MS. GREGORY:  Good afternoon, your Honor.  First of

11    all, I want start by thanking each and every member of the

12    jury.  I can't imagine what you all have had to go through and

13    to put your lives on hold for the past couple of months and see

14    everything that you have.  And I personally want to give you a

15    hug after all of this is over.  And I want to thank the

16    prosecution and the U.S. Attorney's Office for how many hours

17    that you've all put into this for us and how hard you've worked

18    to give us a voice.

19          I was asked to give a victim impact statement today,

03:03 20    but in order to do that, I'd have to be someone's victim, and

21    I'm definitely not yours or your brother's.  For months now

22    everyone has watched you basically gawk at the horrific footage

23    of the devastation that you caused with little to no remorse.

24    You even saw an up-close video of my own legs completely blown

25    apart.  And I have to ask:  Did that make you feel good?  I can

1  only hope it felt as good as the numerous surgeries everyone

2  has had to have as a result.

3        Each day you've spent the majority of your time in

4  this courtroom fiddling with your pencil and cracking jokes

5  with your attorney while innocent people have had to come in

6  and rehash the most heart-wrenching details of everything that

7  was taken from them.  I even witnessed your refusal to stand up

8  and acknowledge the jury on the second day of the trial.

9        Yeah, you remember that aggressive nudge from Miriam?

03:04  10  I saw it.  As a matter of fact, it was very much like the one

11  your backpack gave me the day of the bombing.  And, of course,

12  if this were normal circumstances, I would simply ask if this

13  was how your mom raised you.  But that would be a whole

14  different issue, now, wouldn't it?

15        And I get the general idea of how these things are

16  supposed to flow, but it's hard for me to wrap my head around

17  spending my time talking about what you're already aware of.

18  While it's absolutely important to explain the severe role PTSD

19  plays in both mine and my child live's now, as well as

03:04  20  long-term headaches of being an amputee, what's more crucial to

21  me is that before you die, you are shown the bigger picture of

22  what your act of hate has truly done.

23        So in case it slipped your mind, I'm Rebekah, and

24  since I was standing a couple of feet away from the first bomb,

25  your brother is actually the one who blew me up.  But since

1    he's not here, you get to be the one I give my dose of reality

2    to, so listen closely.  Terrorists like you do two things in

3    this world:  One, they create mass destruction; but the second

4    is quite interesting, because do you know what mass destruction

5    really does?  It brings people together.  Over the last two

6    years, myself, along with the other survivors, have seen the

7    hearts and souls of millions across the world, an outpouring of

8    love that stretches hundreds of thousands of miles for one act

9    of hate that stretched a couple of hundred feet.

03:05 10           And while you seem proud to be responsible for blowing

11   up Marathon Monday, the legacies of Martin Richard, Lingzi Lu,

12   Krystle Campbell and Sean Collier blow up the entire nation

13   every day.  Let that sink in for a minute.  Because when people

14   look back on April 15th, 2013, they won't remember your name or

15   your brother's.  Instead, what they will think about is the

16   courage and bravery everyone has shown and the amazing feats

17   those affected have gone on to do.

18           Do you know how many foundations have been set up to

19   give back and help others?  How many people have made full-time

03:06 20   careers of traveling the world speaking out against evil?  That

21   is why it's so funny to me that you smirk and flip off the

22   camera.  Because truthfully, I feel like that's what we're

23   doing to you every day we continue to succeed, fake limbs or

24   not.

25           And in preparing this, I asked my seven-year-old, who

1    was also there with me that day, if he could say one thing to

2    you, what it would be.  And his reply was better than I could

3    have ever imagined.  "You made us stronger."  So by all means

4    smile, gawk, make your jokes and hate Americans.  But when

5    you're sitting in your prison cell, I want you to remember this

6    one promise from me:  I, Rebekah Gregory, vow with the rest of

7    my life to use the platform I've been given to do my part in

8    changing the world for the better in honor of the people that

9    weren't so lucky that day.

03:07 10       I will come up with new ways to shine my light

11   brighter than the day before and continue to stress the

12   importance of truly enjoying every minute we are given no

13   matter the circumstances.  When I look down at my leg, I will

14   not allow myself to become angry; instead, I will count it as a

15   blessing that I can try to encourage others through the hand

16   that I've been dealt.  And during those frequent nights I wake

17   up screaming due to nightmares, I still will not hold any

18   resentment, I will only let it give me further drive to push

19   forward no matter how many times life blows up in my face.

03:07 20       So despite what you think you've done, reality clearly

21   states that you and your brother have lost.  While your

22   intention was to destroy America, what you have really

23   accomplished is actually quite the opposite.  You've unified

24   us.  And though we have a long way to go, because of such a

25   horrific act, there are that many more people ready to do the

1    dirty work of getting rid of evil once and for all.

2         At 21 years old, I can't believe that you didn't think

3    twice about wasting such a precious life, and I'm sad that you

4    won't be here to see what happens next.  We are Boston Strong,

5    we are America strong, and choosing to mess with us was a

6    terrible idea.

7         So how's that for your victim impact statement?

8         MS. PELLEGRINI:  Your Honor, that completes the

9    presentation of the victim impact statements.

03:08 10    THE COURT:  All right.  I have previously addressed

11    the Guidelines calculation and the recommendation with respect

12    to imprisonment sentence.  There are other potential elements

13    of the sentence.  If the government wishes to address any of

14    those at this time?

15         MR. WEINREB:  Your Honor, separately from allocuting

16    about the sentence in general or should we --

17         THE COURT:  Both.

18         MR. WEINREB:  Is this microphone okay or should we --

19         THE COURT:  You can stand there if you want.

03:09 20    MR. WEINREB:  Thank you.  Your Honor, the defendant

21    helped plan and carry out one of the most horrific terrorist

22    attacks ever on American soil.  He murdered two young women, a

23    little boy and a police officer.  He permanently maimed 17 men,

24    women and children who will have to live without one or both

25    legs for the rest of their lives, and he injured hundreds more.

1    He burned some and blinded others.  He filled victims with

2    pieces of shrapnel that will in some cases remain in their

3    bodies forever.  He caused dozens, if not hundreds, to suffer

4    pain, hearing loss, insomnia, nightmares, anxiety and

5    depression.  The defendant did all of this not because of

6    mental illness or childhood trauma or social disadvantage, but

7    as a means to an end.  His actions were politically motivated.

8    His goal was to glorify violent extremism and to weaken America

9    by terrifying and demoralizing the American population.

03:10 10          But in that regard, the defendant's actions were a

11   total failure.  The only thing he showed the world is that

12   violent extremism is morally bankrupt.  It accomplishes nothing

13   but pointless suffering.  Far from demoralizing Americans, the

14   defendant's savage attack on women, children and other

15   innocents brought out the best in American people.  The victims

16   and survivors have reacted to their loss with strength and

17   dignity.  Family members and friends, first responders,

18   hospital workers and devoted caretakers have all shown

19   boundless compassion and generosity.  People from all over the

03:11 20   nation and the world have contributed money, time, kindness and

21   love.  Even so, the harm the defendant caused to the victims

22   cannot be undone.  The families of the dead and wounded will

23   suffer for their entire lives.  Their pain, their grief, their

24   loss can never be erased.  They can never be made whole.

25          Despite the barbaric nature of the defendant's crimes,

1    his treatment has been civilized and humane.  He received a

2    public trial before a fair and impartial jury.  He was assisted

3    by lawyers of his choice and a team of assistants who summoned

4    witnesses to testify for him from all over the world.  But

5    nothing that was said by them could distract from the enormity

6    of his crimes.  The trial of this case was a quintessential

7    example of American justice, and so was the jury's verdict.

8         And so the government now asks that the Court give

9    effect to that verdict by sentencing the defendant to death on

03:12 10   Counts 4, 5, 9, 10, 14 and 15, and to life imprisonment without

11   the possibility of release on Counts 1, 2, 3, 6, 7, 8, 12, 13,

12   16, 17, and 18.  By law, Counts 3, 8, 13, 16, 17 and 18 must

13   run consecutively with each other and with any other sentence.

14        The government further requests that the defendant be

15   sentenced to seven years imprisonment on Count 20, to 25 years

16   imprisonment on Count 2, and to life imprisonment on Counts 24,

17   26, 28 and 30, all to run consecutively to each other and to

18   any other sentence.

19        The government requests that the defendant be

03:13 20   sentenced to 25 years imprisonment on Count 19, the carjacking

21   count; to 20 years imprisonment on Count 21, the robbery count;

22   to life imprisonment on Count 11, which charges conspiracy to

23   maliciously destroy property; and to life imprisonment on

24   Counts 23, 25, 27 and 29, which charge use of a weapon of mass

25   destruction in Watertown.

1          On each count on which the defendant is not sentenced

2     to death, the government requests that the defendant be

3     sentenced to the maximum authorized term of supervised release.

4     Pursuant to Title 18, United States Code, Section 981(a)(1)(G),

5     and 28, United States Code, Section 2461(c), the government

6     requests that the Court grant the government's forfeiture

7     motion, pronounce it orally as part of the sentence, include it

8     in the judgment and commitment order, and enter the

9     government's proposed preliminary order of forfeiture.

03:14 10          Pursuant to Title 18, United States Code, Section

11     3013, the government requests that the Court sentence the

12     defendant to pay a $100 mandatory special assessment on each of

13     the 30 counts of conviction.

14          Finally, pursuant to Title 18, United States Code,

15     Section 3663A(a)(1), and 18, United States Code, Section

16     3664(d)(5), the government requests that the Court order the

17     defendant to pay restitution to the victims of his crimes in

18     amounts to be determined within 90 days of the judgment.

19          Thank you.

03:15 20          THE COURT:  All right.

21          MS. CLARKE:  Your Honor, we have some legal

22     requirements to talk to the Court about and an allocution to

23     make, and I wonder if the Court would give a break or perhaps

24     take the lunch break at this point.

25          THE COURT:  I think we might take the lunch break at

         1    this point.  Why don't we return at 1:30.

         2           THE CLERK:  All rise for the Court.

         3           (The Court exits the courtroom at 12:43 p.m.)

         4           THE CLERK:  Court will be in recess.

         5           (There is a recess in the proceedings at 12:43 p.m.)

         6           THE CLERK:  All rise for the Court.

         7           (The Court enters the courtroom at 1:37 p.m.)

         8           THE CLERK:  For a continuation of the Tsarnaev

         9    sentence.  Be seated.

04:10   10           THE COURT:  Ms. Clarke?

        11           MS. CLARKE:  Thank you, your Honor.  Before

        12    we -- Mr. Tsarnaev addresses the Court, I wanted to address the

        13    Court with regard to a few matters.  There have been comments

        14    over time with regard to Mr. Tsarnaev lacking remorse and

        15    lacking an apology and for being sorry for his actions.  And I

        16    think it's incumbent upon us to let the Court know that

        17    Mr. Tsarnaev offered to resolve this case without a trial as

        18    far back as October of 2013, and in January of 2014 provided a

        19    letter of apology.  But he will also speak today and address

04:11   20    those issues as well.  It is the government's right to have

        21    refused the offer of settlement and the letter, but we're here

        22    with legal issues to address.

        23           Mr. Weinreb asked that the Court enter a restitution

        24    order today.  I would note that the presentence report

        25    indicated that the government would be providing a date by

1    which it would submit information with regard to restitution.

2    As a result, we filed nothing in that regard, anticipating

3    litigation would be later.  We do need to note to the Court

4    that we that will be objecting to the entry of an order of

5    restitution on the grounds of *Apprendi*.  I know that that's

6    speaking Greek, but the Court understands the language.  It is

7    a live and debatable issue, and we think that the Court should

8    not impose the order of restitution.

9         The same goes for forfeiture.  Your Honor, the

04:12 10   government filed a forfeiture motion on the 19th of June.  It

11   was our understanding that we had two weeks to respond to that,

12   that it would not be entered before we could respond.  The same

13   *Apprendi* argument will apply to the forfeiture order, and we

14   ask that the Court defer until we can raise that appropriately

15   before the Court.

16        It is my understanding that the recommendation of the

17   government, although I didn't hear it -- but the recommendation

18   of the government and probation, I believe, is that there be no

19   fine imposed because of the lack of ability to pay.  We do

04:12 20   understand that the Court would be imposing special assessments

21   on each of the 30 counts in the amount of $100 each, for a

22   $3,000 total.  We have discussed with the government how

23   that -- how the judgment should read in terms of the

24   responsibility to pay it.  As we all know, Mr. Tsarnaev will be

25   serving -- facing executions, awaiting for the execution of his

         1    death sentences and will not be having, you know, income.

         2         We would ask that the Court -- we have some language

         3    for the Court to include in the judgment.  If the Court wants

         4    me to say it orally or simply provide it to the Court

         5    afterwards, it regards how it -- how the assessment is

         6    collected from wages.  The language would be "shall be

         7    collected from prison wages if any are earned and not from

         8    funds deposited in the commissary account."  If there is some

         9    concern about overages in the commissary account which we do

04:13   10    not ever envision but the government has hypothesized about, we

        11    would ask that the Court allow there to be a minimum below

        12    which the commissary account could not be taken.  As the Court

        13    knows, that is for some very basic necessities.

        14         THE COURT:  Let me just say to that point, I'm

        15    inclined to the latter; that is, that there be some fuller,

        16    below which assessments cannot be drawn.  I don't know whether

        17    the Bureau of Prisons has any regular practice with respect to

        18    such matters and whether there might already be a regulation

        19    that provided that.

04:14   20         MR. WEINREB:  I believe there is, your Honor.  I

        21    believe that the Bureau of Prisons normally takes the position

        22    that the first $75 -- basically $75 per month of a defendant's

        23    commissary monies are exempt from the payment towards any fines

        24    or special assessments, restitution and so on, and that that is

        25    pretty standard for --

 1          THE COURT:  Well, accepting your representation

 2    without researching it, I think that's adequate and we can rest

 3    on that, just as to that point.

 4          MS. CLARKE:  And I could -- well, we think there

 5    should be a slightly higher threshold, but I could also provide

 6    the Court with a judgment where language was used and that has

 7    been complied with.

 8          THE COURT:  Well, no, I think we've resolved that.  I

 9    think that -- it's amendable.  If it turns out to be an issue

04:15 10    of some kind --

11          MS. CLARKE:  A clear error.

12          THE COURT:  -- we can readdress it.

13          MS. CLARKE:  The other issue I believe was addressed

14    in the objections in the presentence report, and that is the

15    applicability of supervised release to any sentences other than

16    those that are a term of years.  In this case, the term of

17    supervised release is, you know --

18          THE COURT:  I'm not going to impose supervised release

19    in this case.  It's unnecessary as a practical matter in light

04:15 20    of the other structural sentence I will announce.

21          MS. CLARKE:  Thank you, your Honor.

22          The other area is what the government filed last night

23    and the proposed language for the judgment following Statute

24    3596 and then the C.F.R.s.  The government filed proposed

25    language and then amended it with a revised proposed, and we

1    don't -- we think the Court needs more thought than that and we

2    should respond.

3            The government has identified Indiana as the state

4    that the Court should identify in the judgment where the

5    execution will take place.  I know that the Court is probably

6    aware of Judge Wolf's analysis in *Sampson*, and it is more of a

7    balancing act than that.  That seems to be a bureaucratic

8    desire on the behalf of the government which, frankly, flies in

9    the face of the government's venue arguments in this case.  And

04:16 10    Judge Wolf in *Sampson* noted that it's a -- I can just quote the

11    language.  "The execution of a human being by the state is

12    perhaps the most solemn and significant act a government can

13    perform.  It should not be reduced to an invisible bureaucratic

14    function.  There is, therefore, a strong public interest in the

15    execution being as accessible as possible to the people most

16    interested in and impacted in it."  And as a result, Judge Wolf

17    identified the state of New Hampshire because Massachusetts

18    does not have a manner of execution.

19            We do have some language.  I think that probably the

04:17 20    most -- the safest course of action for the Court is to adopt

21    the judgment language that Judge Wolf used in *Sampson*, and we

22    have that and can submit it to the Court.  It lays out the

23    language that should be included in the judgment with regard to

24    execution.

25            THE COURT:  Do you want to respond to that?

          1            MR. WEINREB:  Your Honor, the defense's proposal, as I

          2    understand it, essentially tracks the language of the

          3    regulation and adds in this other language based on Judge

          4    Wolf's opinion regarding New Hampshire.  The regulation is not

          5    what controls in this case; it's the statute.  I believe it's

          6    18 U.S.C. 3596, is what specifies what the -- how --

          7            MS. CLARKE:  I've got it.

          8            MR. WEINREB:  -- its implementation in a sentence of

          9    death, and it explains the legal requirement.

04:18    10            The statute simply -- the regulation simply directs

         11    the government to submit a proposed order.  It's not a

         12    direction to the Court.  And in any event, to the extent that

         13    it's not consistent with the statute, the statute controls.

         14            The language that the government proposed in its

         15    revised motion which we submitted last night is language that

         16    has been worked out over time among various interested parties

         17    who actually are involved in the implementation of the

         18    sentence, BOP, the U.S. Marshal's Service among them, and is

         19    what the government normally recommends in all of these cases.

04:19    20    And it is typically, to our understanding, of course, adopted

         21    in cases consistent with the statute, and it is a -- it both

         22    fulfills the statutory requirements and is a practical set of

         23    instructions that the government is familiar with and will

         24    facilitate the orderly execution of the sentence.

         25            MS. CLARKE:  Well, Judge, I'm not sure that that's

1   exactly right.  3596 provides, "If the law of the state does

2   not provide for implementation of a sentence of death, the

3   Court shall" -- the Court, not the government or the Bureau of

4   Prisons -- "shall designate another state, the law of which

5   does provide for the implementation of a sentence of death, and

6   the sentence shall be implemented in the latter state in the

7   manner prescribed by law."  So it is a Court determination of

8   which state will implement the sentence of death.

9        And Judge Wolf went through a balancing determination

04:20 10  in *Sampson* and determined, as I read one of the reasons -- part

11  of the reasons was because of the people most affected need to

12  have access to the execution and that it is not just a

13  bureaucratic administrative act but a very solemn, profound act

14  by our government.

15       THE COURT:  Okay.  This is not an issue that was

16  raised or briefed.  It was not formally presented.  I did spend

17  some time thinking about it nonetheless and I think the

18  government's suggestion is an acceptable one.  Indiana is the

19  location of the institution, Terre Haute, which is the federal

04:21 20  death row, as they say in casual language, and I think that

21  makes an appropriate default position.  So I will accept the

22  government's recommendation on that.

23       MS. CLARKE:  Your Honor, I have a couple of

24  ministerial matters that do not affect the imposition of

25  sentence and can be delayed.  I think Mr. Tsarnaev is prepared

1    to address the Court.

2              THE COURT:  All right, Mr. Tsarnaev.

3              MS. CLARKE:  May I move the microphone?

4              THE DEFENDANT:  Thank you, your Honor, for giving me

5    an opportunity to speak.  I would like to begin in the name of

6    Allah, the exalted and glorious, the most gracious, the most

7    merciful, "Allah" among the most beautiful names.  Any act that

8    does not begin in the name of God is separate from goodness.

9              This is the blessed month of Ramadan, and it is the

04:22 10   month of mercy from Allah to his creation, a month to ask

11   forgiveness of Allah and of his creation, a month to express

12   gratitude to Allah and to his creation.  It's the month of

13   reconciliation, a month of patience, a month during which

14   hearts change.  Indeed, a month of many blessings.

15             The Prophet Muhammad, peace and blessings be upon him,

16   said if you've not thanked the people, you've not thanked God.

17   So I would like to first thank my attorneys, those who sit at

18   this table, the table behind me, and many more behind the

19   scenes.  They have done much good for me, for my family.  They

04:23 20   made my life the last two years very easy.  I cherish their

21   company.  They're lovely companions.  I thank you.

22             I would like to thank those who took time out of their

23   daily lives to come and testify on my behalf despite the

24   pressure.  I'd like to thank the jury for their service, and

25   the Court.

1          The Prophet Muhammad, peace and blessings be upon him,

2    said that if you do not -- if you are not merciful to Allah's

3    creation, Allah will not be merciful to you, so I'd like to now

4    apologize to the victims, to the survivors.

5          Immediately after the bombing, which I am guilty of --

6    if there's any lingering doubt about that, let there be no

7    more.  I did do it along with my brother -- I learned of some

8    of the victims.  I learned their names, their faces, their age.

9    And throughout this trial more of those victims were given

04:24 10   names, more of those victims had faces, and they had burdened

11   souls.

12         Now, all those who got up on that witness stand and

13   that podium related to us -- to me -- I was listening -- the

14   suffering that was and the hardship that still is, with

15   strength and with patience and with dignity.  Now, Allah says

16   in the Qur'an that no soul is burdened with more than it can

17   bear, and you told us just how unbearable it was, how

18   horrendous it was, this thing I put you through.  And I know

19   that you kept that much.  I know that there isn't enough time

04:25 20   in the day for you to have related to us everything.  I also

21   wish that four more people had a chance to get up there, but I

22   took them from you.

23         Now, I am sorry for the lives that I've taken, for the

24   suffering that I've caused you, for the damage that I've done.

25   Irreparable damage.

1          Now, I am a Muslim.  My religion is Islam.  The God I

2    worship, besides whom there is no other God, is Allah.  And I

3    prayed for Allah to bestow his mercy upon the deceased, those

4    affected in the bombing and their families.  Allah says in the

5    Qur'an that with every hardship there is relief.  I pray for

6    your relief, for your healing, for your well-being, for your

7    strength.

8          I ask Allah to have mercy upon me and my brother and

9    my family.  I ask Allah to bestow his mercy upon those present

04:26 10   here today.  And Allah knows best those deserving of his mercy.

11   And I ask Allah to have mercy upon the ummah of Prophet

12   Muhammad, peace and blessings be upon him.  Amin.  Praise be to

13   Allah, the Lord of the Worlds.

14          Thank you.

15          THE COURT:  All right.  First, I want to acknowledge

16   the presence of a number of the jurors and alternates who

17   participated in the trial of this case.  They are here at my

18   invitation.  It is my practice, after a verdict in every

19   criminal trial, to talk informally with the discharged jurors,

04:27 20   principally to thank them again personally for their service.

21   It is my habit on such occasions to invite them to return to

22   attend the sentencing hearing, and sometimes they do.

23          Consistent with that practice, I extended a similar

24   invitation to the jurors in this case to attend.  As you can

25   see, many of them accepted and are here.  Because so many were

1    interested and because we have limited public seating in the

2    courtroom, as a courtesy and as a gesture of respect for their

3    service, I authorized them to sit in the jury box.  I do want

4    to emphasize, of course, that they are present now simply as

5    members of the public.  They are no longer a jury, but a group

6    of citizens who are here, each in his or her individual

7    capacity.  Nonetheless, I take this occasion again to thank the

8    now-former jurors for their exceptional service.

9         Much of the evidence in this case was hard to hear and

04:28 10   see.  We made great demands on their time and asked them to

11   insulate themselves from potential extraneous influences in

12   ways that an ordinary person would find difficult or

13   uncomfortable.  We asked them to make significant changes to

14   their daily routines and to spend a long time away from work

15   and other pursuits.  We also asked them to accept the

16   responsibility to set aside any preconceived ideas, and instead

17   to reason from the evidence presented in this trial to any

18   conclusions and not the other way around.

19        Above all, we asked them, as they acted to perform

04:29 20   their high duty, to be utterly fair and impartial in their

21   deliberations.  Their careful verdict satisfies me that they

22   did what they were asked to do.  Theirs was not the only

23   possible verdict, but it is certainly a rational one on the

24   evidence.

25        That they performed their duty so well and faithfully

1    came as no surprise to me.  I've been presiding over jury

2    trials in this state for more than 30 years, and I know how

3    seriously Massachusetts jurors take the responsibilities of

4    jury service.  I had no doubt that we could select a jury for

5    this case that would accept and perform their high duty

6    conscientiously and justly.  The proof is in the pudding.

7         This was an extraordinary case.  Those of us who sat

8    through it from beginning to end saw and heard things we will

9    never forget, both good and bad.  First, we will never forget

04:30 10   the victims of these crimes and their individual stories.  We

11   appreciate the presentations made here today.  It takes a good

12   deal of courage to stand up in this setting and to make such

13   intensely personal statements.

14        Today's presentations were relatively brief.  We had a

15   fuller opportunity to see and hear those victims who testified

16   as witnesses during the trial.  Their courage throughout their

17   extended ordeal was exemplary.  We were impressed by their

18   dignity.  What I'll never forget is how, as the tragic events

19   unfolded, one after another victims, who themselves were

04:31 20   grievously wounded, worried about someone else:  a spouse, a

21   parent, a child, a friend.  Concern for others was everywhere

22   on display that day, even from people who were themselves

23   experiencing the deepest anguish.

24        We will all remember the heroes.  And there were many.

25   One thing that particularly stands out for me, for example, is

1    that when Boston police officers like Lauren Woods and Tommy

2    Barrett saw people running away from danger, they ran toward

3    it, not knowing what they would encounter.  Days later,

4    Watertown police officers put their lives on the line in the

5    shootout on Laurel Street.

6              But it was not just those who had official duties.

7    After the explosions, people in the crowd immediately responded

8    to help where they could.  How many times did we hear of

9    someone at the scene spontaneously taking off his belt to use

04:32 10   it as a makeshift tourniquet for one of the injured, or using a

11   drink to try to douse burning clothing, or simply trying to

12   give comfort to one of the injured?  Nor can we forget the

13   bravery of Dun Meng, whose courageous escape was the beginning

14   of the end for the fugitive brothers.

15             The medical response was similarly heroic, from the

16   EMTs to the nurses and doctors in the medical tents and at the

17   hospitals.  I have two particularly vivid memories from the

18   testimony:  One was EMS Chief Hooley's description of the red,

19   yellow, green triage process at the medical tent, crucial

04:33 20   life-or-death decisions being made instantly because they had

21   to be; the other was Dr. Heather Studley's testimony about how

22   she and her team at Mount Auburn literally revived Dic Donohue

23   after what might have been regarded as clinical death.

24             Finally, I commend what appears from this vantage

25   point to have been the meticulous professionalism of the law

1    enforcement post-crime investigation.  I'm sure there were

2    hitches and glitches.  There always are.  But the painstaking

3    collection and analysis of evidence was extraordinary.  If you

4    want a real-life example of looking for a needle in a haystack,

5    how about looking for a knapsack in a landfill?

6            Those are some of the good things I'll remember.  The

7    bad things, however, will be even harder to forget.  I turn to

8    those now as I address the defendant.  One of Shakespeare's

9    characters observes:  "The evil that men do lives after them.

10   The good is oft interred with their bones."  So it will be for

11   Dzhokhar Tsarnaev.

12           Whenever your name is mentioned, what will be

13   remembered is the evil you've done.  No one will remember that

14   your teachers were fond of you.  No one will mention that your

15   friends found you funny and fun to be with.  No one will say

16   you were a talented athlete or that you displayed compassion in

17   being a Best Buddy or that you showed more respect to your

18   women friends than your male peers did.  What will be

19   remembered is that you murdered and maimed innocent people and

20   that you did it willfully and intentionally.  You did it on

21   purpose.

22           You tried to justify it to yourself by redefining what

23   it is to be an innocent person so that you could convince

24   yourself that Martin Richard was not innocent, that Lingzi Lu

25   was not innocent, and the same for Krystle Campbell and Sean

1    Collier and, therefore, they could be, should be killed.  It

2    was a monstrous self-deception.  To accomplish it, you had to

3    redefine yourself as well.  You had to forget your own

4    humanity, the common humanity that you shared with your brother

5    Martin and your sister Lingzi.

6         It appears that you and your brother both did so under

7    the influence of the preaching of Anwar al-Awlaki and others

8    like him.  It is tragic, for your victims and now for you, that

9    you succumbed to that diabolical siren song.  Such men are not

10   leaders but misleaders.  They induced you not to a path to

11   glory but to a judgment of condemnation.

12        In Verdi's opera Otello, the evil Iago tries to

13   justify his malice.  "Credo in un Dio crudel," he sings.  "I

14   believe in a cruel god."  Surely someone who believes that God

15   smiles on and rewards the deliberate killing and maiming of

16   innocents believes in a cruel god.  That is not, it cannot be,

17   the god of Islam.  Anyone who has been led to believe otherwise

18   has been maliciously and woefully deceived.

19        Mr. Tsarnaev, if you would stand, please.

20        (The defendant complies.)

21        THE COURT:  The jury has unanimously condemned you to

22   death for your personal actions in placing the bomb that killed

23   Martin Richard and Lingzi Lu, thus distinguishing your

24   culpability for those acts from your culpability for other

25   criminal acts.  That is a reasoned moral judgment.  It is my

1    duty to impose the sentence that the jury has designated with

2    respect to the capital counts.  It is my duty to determine the

3    sentences to be imposed on the non-capital counts in accordance

4    with the relevant statutes and after consideration of relevant

5    sentencing factors, including Guidelines recommendation, and as

6    I have indicated, I accept and apply the Guidelines

7    recommendation generally as to those counts.

8          So accordingly, as to Counts 4, 5, 9, 10, 14 and 15, I

9    sentence you to the penalty of death by execution.  As to

04:38 10   Counts 1, 2, 6, 7 and 12, I sentence you to life imprisonment

11   without the possibility of release, the sentences on these

12   enumerated counts to be served concurrently with each other.

13         As to Counts 11, 23, 25, 27 and 29, I sentence you to

14   life imprisonment, sentences on these five counts to be served

15   concurrently with each other but consecutively to the terms of

16   imprisonment imposed on Counts 1, 2, 6, 7 and 12.

17         As to Count 19, I sentence you to imprisonment for a

18   term of 25 years.  As to Count 21, I sentence you to a term of

19   imprisonment for 20 years.  These are the maximum terms

04:39 20   authorized for these offenses.  Sentences on these two counts

21   are to be served concurrently with each other but consecutively

22   to the terms of imprisonment imposed as to Counts 11, 23, 25,

23   27 and 29.

24         As to Count 3, I sentence you to life imprisonment

25   without the possibility of release to be served consecutively

1    to all prior terms of imprisonment.

2              As to Count 8, I sentence you to life imprisonment

3    without the possibility of release, to be served consecutively

4    to all prior terms of imprisonment.

5              As to Count 13, I sentence you to life imprisonment

6    without the possibility of release, to be served consecutively

7    to all prior terms of imprisonment.

8              As to Count 16, I sentence you to life imprisonment

9    without the possibility of release, to be served consecutively

04:40 10   to all prior terms of imprisonment.

11             As to Count 17, I sentence you to life imprisonment

12   without the possibility of release, to be served consecutively

13   to all prior terms of imprisonment.

14             As to Count 18, I sentence you to life imprisonment

15   without the possibility of release, to be served consecutively

16   to all prior terms of imprisonment.

17             As to Counts 20 and 22, I sentence you to terms of

18   seven years and 25 years respectively.  As to Counts 24, 26, 27

19   and 30, I sentence you to life imprisonment.  These sentences

04:41 20   are to be served consecutively to each other and consecutively

21   to all prior terms of imprisonment.

22             No monetary fines are imposed.  No term of supervised

23   release is imposed as unnecessary as a practical matter in

24   light of the numerous consecutive life sentences.

25             Restitution will be ordered as mandated by 18 United

1   States Code Section 3663A(a)(1).  The amount of restitution

2   shall be determined not later than September 22, 2015, which is

3   90 days from today.

4         The government's motion for a preliminary order of

5   forfeiture is granted and a separate preliminary order of

6   forfeiture will be entered.

7         There is a mandatory assessment of $100 on each of the

8   counts of conviction for a total of $3,000, which is due

9   forthwith, or can be collected pursuant to the Inmate Financial

04:42 10   Responsibility Program.

11        The defendant is committed to the custody of the

12  attorney general until the exhaustion of the procedures for

13  appeal of the judgment of conviction and for review of the

14  sentence.  When the sentence of death is to be implemented, the

15  attorney general shall release the defendant to the custody of

16  a United States marshal who shall supervise the implementation

17  of the sentence in the manner prescribed by the law of the

18  State of Indiana.

19        Is there anything else?

04:42 20        MS. CLARKE:  Your Honor, I understand that the Court

21  entered the order of forfeiture and entered the order of

22  restitution, and that was over our objection with regard to

23  *Apprendi*.  Thank you, your Honor.

24        The Court noted that jurors were present.  I thought

25  that the record should reflect because of future proceedings

1    that I believe ten of the 12 regular jurors were here before

2    lunch and an 11th came in after lunch, and three of the six

3    alternates have been here all day sitting in the jury box.  And

4    we would ask -- I know that the Court has not made a decision

5    about identifying jurors, but we would ask for purposes of the

6    record that the Court identify the juror numbers of the

7    individuals who were present.

8         THE COURT:  I don't think it matters.  As I said,

9    they're not here as jurors.  Their numbers don't matter any

04:43 10    longer.

11        MS. CLARKE:  I understand that.  That would be our

12   request.  And we would note that they were invited to sit in

13   the jury box.  And not to the say that the Court didn't have

14   the authority to do that, we just think that the record

15   should --

16        THE COURT:  I noted it myself.

17        MS. CLARKE:  The other thing, your Honor, is the Court

18   has set the deadline for the filing of post-trial motions of

19   August the 17th.  We will be filing the motions by that day.

04:44 20   Under FRAP Rule 4(b), that extends the time for the filing of

21   the notice of appeal 14 days after the ruling on timely filed

22   motions, and we just wanted the Court to know that that would

23   be the notice of appeal deadline for us.

24        THE COURT:  I'm not an appellate practitioner but my

25   understanding is the rule as it stands now requires the notice

1    to be filed within 14 days of the entry of judgment but that it

2    does not become effective as a notice of appeal until the

3    post-trial motions have been resolved.  That's my

4    understanding.

5           MS. CLARKE:  And my understanding is that it is filed

6    14 days after the ruling on a timely filed motion, but we'll

7    certainly heed the Court's comments enough --

8           THE COURT:  You would be advised to file within 14

9    days of the date of entry of judgment.

04:45 10           MS. CLARKE:  Thank you, your Honor.

11           THE COURT:  I actually now formally advise the

12    defendant that you have the right to appeal both the conviction

13    and the sentence.  If you do wish to appeal, you must file a

14    notice of appeal in accordance with the rules of appellate

15    procedure and that must be done within 14 days of the entry of

16    judgment.  As I say, it will become effective in light of the

17    post-trial motions and the extension of time we've given once

18    those post-trial motions have been resolved.

19           If that's all, then we ask the marshal to take the

04:45 20    defendant into custody pursuant to the judgment of the Court.

21           COURT SECURITY OFFICER:  Everyone remain seated,

22    please.

23           (The defendant is escorted from the courtroom.)

24           THE COURT:  These proceedings are concluded.  We will

25    be in recess.

1        THE CLERK:  All rise for the Court.  The Court will be

2  in recess.

3        (The Court exits the courtroom and the proceedings

4  adjourned at 2:13 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3          I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

4     the United States District Court, do hereby certify that the

5     foregoing transcript constitutes, to the best of my skill and

6     ability, a true and accurate transcription of my stenotype

7     notes taken in the matter of Criminal Action No. 13-10200-GAO,

8     United States of America v. Dzhokhar A. Tsarnaev.

9

10    /s/ Marcia G. Patrisso
      MARCIA G. PATRISSO, RMR, CRR
11    Official Court Reporter

12

13    Date:  2/9/16

14

15

16

17

18

19

20

21

22

23

24

25