UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**JOINT MOTION FOR FURTHER EXTENSION OF DEADLINE
RE: JOINT LISTING OF DOCKET ENTRIES**

The United States, and the defendant, Dzhokhar Tsarnaev, by and through counsel, respectfully request an additional extension to and including February 29, 2016 to comply with the Court's Scheduling Order regarding docket entries that continue to remain under seal, *see* DE 1605 (scheduling order), DE 1622 (status report), DE 1623 (adopting revised deadline).

On January 25, 2016, the parties submitted a 22-page list of documents (approximately 621 documents) both parties agreed should be unsealed.  [DE 1626].  At the parties' request, the Court granted additional time (to February 12, 2016) for the parties to review and discuss the remaining documents.  [DE 1623].  Since submitting the agreed to list, the parties have continued to review the remaining documents.  However, at this point, the parties still need to reconcile their positions on proposed redactions as well as the remaining documents which one or both parties may request remain sealed.

- 1 -

Given unanticipated scheduling conflicts, the parties have not been able to finalize this work, and jointly request another extension to and including February 29, 2016.

>Respectfully submitted,
>
>CARMEN M. ORTIZ
>United States Attorney
>
>By: */s/ Aloke Chakravarty*
>William D. Weinreb
>Aloke S. Chakravarty
>Nadine Pellegini
>Assistant U.S. Attorneys
>
>DZHOKHAR TSARNAEV
>by his attorneys
>
>*/s/  Judy Clarke*
>Judy Clarke, Esq. (CA Bar # 76071)
>CLARKE & RICE, APC
>1010 Second Avenue, Suite 1800
>San Diego, CA 92101
>(619) 308-8484
>JUDYCLARKE@JCSRLAW.NET
>
>David I. Bruck, Esq.
>220 Sydney Lewis Hall
>Lexington, VA 24450
>(540) 460-8188
>BRUCKD@WLU.EDU
>
>Miriam Conrad, Esq. (BBO # 550223)
>Timothy Watkins, Esq. (BBO # 567992)
>William Fick, Esq. (BBO # 650562)
>FEDERAL PUBLIC DEFENDER OFFICE
>51 Sleeper Street, 5th Floor
>(617) 223-8061
>MIRIAM_CONRAD@FD.ORG
>TIMOTHY_WATKINS@FD.ORG
>WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 11, 2016.

*/s/ Judy Clarke*