# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Dzhokhar A. Tsarnaev

District Court Number: 13cr10200-GAO

Fee:   Paid?   Yes ____   No ____   Government filer ____   *In Forma Pauperis* Yes  X    No ____

| | | | |
|---|---|---|---|
| Motions Pending *If yes, document #* | Yes X  No ____ (see attached) | Sealed documents *If yes, document #* | Yes X  No ____ (see attached) |
| *Ex parte* documents *If yes, document #* | Yes X  No ____ (see attached) | Transcripts *If yes, document #* | Yes X  No ____ (see attached) |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X    Other: ____

Appeal from:

#1480 Judgment, #1481 Order, #1511 Opinion and Order, #1618 Amended Judgment, #1619 Order, #1620 Opinion and Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#1480, #1481, #1511, #1618, #1619, #1620, and #1628

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 1628  filed on January 29, 2016 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 12, 2016 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS**:

14,18,19,21,24,25,29,30,33,35,36,39,43,45,48,49,50,51,52,53,54,55,56,57,64,65,66,70,71,72
73,74,75,76,77,78,79,89,101,103,108,109,112,118,119,120,121,122,123,124,125,130,131,132,
137,145,146,147,153,155,156,159,160,161,162,163,164,165,169,171,176,177,178,181,182,183,
184,185,187,188,189,190,191,193,195,196,197,198,200,201,202,203,204,212,213,214,217,218,
219,222,226,227,228,229,230,238,241,249,250,252,253,257,259,260,261,262,263,272,273,274,
275,282,283,284,298,308,309,310,311,313,327,328,329,331,338,339,349,352,353,354,357,361,
362,363,377,378,379,386,387,388,389,390,391,394,395,396,397,398,399,400,403,404,406,407,
408,409,410,411,413,414,415,416,419,420,421,422,423,424,428,429,431,432,433,434,435,436
437,439,440,444,445,446,447,449,450,451,452,453,454,457,458,463,464,465,466,467,468,469,
470,471,472,475,476,479,480,481,482,483,484,489,490,491,492,493,495,496,499,500,501,502,
503,509,510,511,513,514,515,520,525,526,528,533,536,540,541,542,543,544,545,553,554,555,
556,560,561,562,568,570,571,572,574,575,576,582,583,584,585,586,587,589,590,594,595,596,
597,598,599,600,601,602,603,604,609,610,611,615,619,620,621,622,623,624,626,627,628,629,
633,635,637,638,639,640,643,644,645,646,652,653,654,655,656,657,658,659,661,664,665,669,
670,677,678,679,689,690,692,693,696,697,698,699,700,701,702,703,704,705,707,711,713,714,
715,716,720,723,725,726,727,728,729,730,731,738,740,741,742,743,744,747,748,749,750,752,
759,761,762,763,764,767,768,769,770,771,772,781,782,783,784,785,786,787,788,789,790,792,
793,795,798,797,802,803,806,808,810,812,814,815,816,818,820,823,825,827,834,835,837,839,
840,843,845,846,848,849,850,851,852,854,855,856,857,858,859,860,861,862,863,864,865,866,
867,868,869,870,871,872,875,877,878,879,881,883,884,886,889,890,891,892,893,894,896,897,
898,899,901,902,903,904,905,906,907,908,909,911,913,917,918,920,921,922,923,924,925,926,
927,928,929,931,932,933,934,936,939,940,941,942,943,944,945,946,947,948,949,950,951,952,
956,957,958,959,960,961,964,965,966,967,968,969,970,971,972,974,975,979,981,985,990,994,
996,1016,1017,1042,1045,1046,1047,1053,1055,1059,1060,1061,1063,1064,1065,1066,1067,
1068,1069,1070,1071,1072,1073,1074,1076,1077,1078,1086,1087,1088,1089,1090,1091,1092,
1093,1094,1095,1096,1097,1099,1100,1102,1103,1104,1105,1106,1113,1124,1125,1126,1127,
1128,1129,1136,1137,1138,1139,1140,1141,1142,1145,1147,1148,1151,1154,1160,1162,1167,
1168,1169,1170,1171,1174,1175,1176,1192,1201,1203,1205,1208,1209,1212,1213,1215,1222,
1227,1239,1247,1248,1252,1253,1254,1255,1256,1259,1260,1266,1267,1269,1270,1272,1273,
1274,1277,1278,1279,1280,1282,1283,1284,1286,1289,1290,1291,1292,1293,1298,1300,1301,
1302,1303,1304,1305,1310,1311,1312,1314,1316,1317,1318,1319,1320,1321,1323,1325,1326,
1327,1328,1329,1330,1331,1332,1333,1334,1335,1336,1337,1342,1343,1344,1345,1346,1356,
1357,1358,1359,1361,1365,1366,1368,1369,1370,1371,1372,1373,1374,1375,1376,1377,1378,
1379,1380,1381,1385,1386,1400,1401,1402,1403,1405,1427,1428,1428,1430,1431,1432,1440,
1452,1453,1454,1456,1457,1458,1459,1460,1461,1464,1465,1466,1467,1468,1470,1472,1475,
1484,1485,1489,1491,1494,1495,1507,1508,1509,1523,1524,1525,1536,1549,1550,1551,1552,
1554,1555,1591,1614,1616.

**EX PARTE DOCUMENTS:**

18,19,21,29,33,39,43,48,49,50,51,54,56,64,65,66,73,74,76,77,80,81,83,92,96,533,536,661,677, 690,700,701,705,707,738,761,769,771,790,792,793,795,797,834,835,854,855,893,894,928,929, 950,1071,1072,1074,1087,1104,1136,1137,1139,1140,1141,1142,1151,1160,1162,1169,1171, 1175,1176,1212,1213,1239,1259,1260,1269,1273,1274,1277,1278,1279,1280,1286,1289, 1290,1291,1293,1298,1302,1304,1314,1316,1317,1318,1319,1320,1343,1361,1365,1366,1368, 1381,1401,1402,1403,1427,1440,1452,1453,1454,1456,1457,1458,1459,1460,1461,1464,1465, 1466,1467,1468,1470,1472,1475,1484,1485,1489,1491,1494,1495,1523,1524,1525,1536,1550, 1551,1552,1614.

**TRANSCRIPTS:**

11,13,25,67,104,149,174,270,425,538,580,671,776,800,915,987,988,1006,1007,1008,1009, 1010,1011,1012,1013,1014,1015,1019,1024,1026,1028,1034,1041,1049,1052,1058,1059, 1075,1083,1116,1117,1133,1146,1155,1156,1163,1165,1180,1183,1190,1194,1197,1198, 1199,1210,1243,1244,1250,1287,1294,1306,1308,1348,1349,1351,1354,1362,1383,1388, 1393,1395,1396,1397,1398,1418,1420,1422,1423,1424,1444,1445,1446,1476,1477,1482, 1487,1492,1500,1510,1512,1513,1514,1515,1516,1517,1518,1519,1521,1522,1526,1527, 1528,1529,1530,1533,1537,1538,1540,1541,1544,1546,1548,1553,1559,1560,1562,1564, 1566,1567,1569,1573,1574,1575,1577,1580,1583,1585,1586,1587,1592,1597,1602,1603, 1609,1611,1613,1621,1624,1629,1630,1631,1632,1633,1634.

**MOTIONS PENDING:**

727,730,731,812,971,1047,1115,1192,1371,1377,1379,1380,1385,1386,1428,1400,1405,1409 1432,1525,1636.