UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

NOTICE
February 12, 2016

O'TOOLE, D.J.

On August 24, 2015, I denied the Motion of Boston Globe Media Partners, LLC in Support of Motion for Access to Jury List (dkt. no. 1462) without prejudice to renewal when the then-pending post-trial matters had been concluded. (Aug. 24, 2015 Op. & Order at 3 (dkt. no. 1511).) Those matters have now been concluded.

The jurors in this case, listed in alphabetical order with their city or town of residence as specified in the Jury Administrator's records, are identified as follows:

Deliberating Jurors

| | | |
|---|---|---|
| Kevan M. Fagan<br>Marlborough | Paul M. Lopes<br>Dartmouth | Paul Poirier<br>Ipswich |
| Ann Gilbert<br>Malden | Kelley A. McCarthy<br>Peabody | Diana L. Richards<br>Franklin |
| Laura A. Halliday<br>Scituate | Michael T. Neal<br>Peabody | Kimberly A. Savage<br>Boston |
| Noreen S. Jones<br>Osterville | Daniel C. Piazza<br>Woburn | Jennette A. Shaw<br>New Bedford |

<u>Alternate Jurors</u>

| | | |
|---|---|---|
| Janet P. Cappers<br>Hingham | Dennis C. Jones<br>Harwich | Daniel McDonald<br>Pembroke |
| Matthew Ellis<br>Sandwich | Katelyn Mayo<br>Peabody | Summer D. Scriber<br>Haverhill |

Counsel are reminded that the First Circuit "prohibits the post-verdict interview of jurors by counsel, litigants or their agents except under the supervision of the district court, and then only in such extraordinary situations as are deemed appropriate." <u>United States v. Kepreos</u>, 759 F.2d 961, 967 (1st Cir. 1985).

/s/ George A. O'Toole, Jr.
United States District Judge