UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**SECOND RESPONSE TO SCHEDULING ORDER RE:
JOINT LISTING OF DOCKET ENTRIES THAT SHOULD
BE UNSEALED AND SUPPORTING BASIS FOR CONTINUED SEALING**

Pursuant to the Court's Order of December 16, 2015 [D.E. 1605], the defendant, Dzhokhar Tsarnaev, and the United States, by and through counsel, jointly submit that the following Docket Entries may be unsealed:

| DE # | Name | Description |
|---|---|---|
| 303.02 | Exhibit B | Affidavit of Special Agent in Support of an Application for Search Warrant |
| 303.04 | Exhibit D | Affidavit of Special Agent Daniel R. Genck |
| 328 | Sealed Motion (Public Entry) | Motion for Leave to Seal Government's Motion to File Partially Unredacted Version of Its Opposition to Defendant's Motion to Suppress Statements |
| 328.01 | Exhibit 1 | Government's Motion for Leave to File Partially Unredacted Version of Its Opposition to Defendant's Motion to Suppress Statements |
| 349 | Exhibit A | Search Warrant Document |
| 349 | Exhibit B | Search Warrant Document |
| 349 | Exhibit C | Search Warrant Document |
| 349 | Exhibit D | Search Warrant Document |
| 349 | Exhibit E | Search Warrant Document |
| 349 | Exhibit F | Search Warrant Document |
| 349 | Exhibit G | Search Warrant Document |
| 349 | Exhibit I | Search Warrant Document |
| 349 | Exhibit K | Search Warrant Document |
| 349 | Exhibit L | Search Warrant Document |

| | | |
|---|---|---|
| 349 | Exhibit M | Search Warrant Document |
| 349 | Exhibit N | Search Warrant Document |
| 387 | Reply to Response | Reply to Government's Opposition to Motion to Suppress Physical and Digital Evidence |
| 400 | Sealed Motion (Public Entry) | Motion to File Motion under Seal |
| 400.04 | Exhibit C | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (June 18, 2014) |
| 400.05 | Exhibit D | Recusal Order: U.S. v. Loughner |
| 402 | Order | Re: DE 388 |
| 403 | Order | Re: DE 400 |
| 404.03 | Exhibit C | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (June 18, 2014) |
| 404.04 | Exhibit D | Recusal Order: U.S. v. Loughner |
| 439 | Leave to File Document | Motion for Leave to Late File Government's Opposition to Defendant's Motion for Disclosure |
| 440.02 | Exhibit B | FBI Laboratory Reports (Filed under Seal) |
| 440.03 | Exhibit C | MA State Police Forensic Services Group Laboratory Reports (Filed under Seal) |
| 464.02 | Sealed Exhibit | MA State Police DNA-STR Comprehensive Report |
| 464.04 | Sealed Exhibit | FBI Latent Print Operations Unit: Laboratory Case Notes |
| 466.02 | Exhibit | MA State Police DNA-STR Comprehensive Report |
| 466.04 | Exhibit | FBI Latent Print Operations Unit: Laboratory Case Notes |
| 568 | Sealed Document | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (September 2, 2014) |
| 692 | Sealed Motion (Public Entry) | Sealed Motion for Motion for Leave to File Opposition to Defendant's Sealed Motion for Foreign Deposition under Seal |
| 727.01 | Exhibit A | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (December 4, 2014) |
| 741.02 | Exhibit 2 | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (December 12, 2014) |
| 747 | Sealed Document | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (December 12, 2014) |
| 784.13 | Exhibit K | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (November 24, 2014) |
| 784.14 | Exhibit L | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (December 15, 2014) |

| | | |
|---|---|---|
| 789.28 | Exhibit | Expert Report of Tyler J. Howell |
| 789.29 | Exhibit | CEAU Notes |
| 814.02 | Exhibit | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (September 2, 2014) |
| 960 | Sealed Motion (Public Entry) | Government's Sealed Motion to File Follow-Up Questions for Individual Voir Dire under Seal |
| 994 | Sealed Motion (Public Entry) | Motion for Leave to File under Seal Motion to Excuse for Cause Jurors 102 and 145 |
| 1042.02 | Exhibit A | Jury Trial - Day Six, Part 1 |
| 1059 | Sealed Motion (Public Entry) | Motion to Seal Defendant's Motion to Strike and Correct Certificates of Service and to Enlarge Time to File Opposition to Government Motions in Limine |
| 1100.03 | Exhibit | Motion to Excuse Juror 286 for Cause Based on Newly Discovered Information |
| 1105.01 | Exhibit | Defendant's Reply to Government's Opposition to Motion to Excuse Jurors for Cause Based on Newly Discovered Information |
| 1125 | Sealed Motion (Public Entry) | Defendant's Motion to Excuse Juror 286 for Cause Based on Newly Discovered Information |
| 1128 | Reply to Response | Defendant's Reply to Government's Opposition to Motion to Excuse Jurors for Cause Based on Newly Discovered Information |
| 1284 | Sealed Motion (Public Entry) | Government's Motion in Limine to Exclude Penalty-Phase Expert Testimony and Related Exhibits |
| 1292 | Sealed Motion (Public Entry) | Motion to Seal Defendant's Opposition to Government's Motion in Limine to Preclude Any Reference to Waltham Triple Homicide or Alleged Bad Acts of Tamerlan Tsarnaev |
| 1507 | Sealed Motion | Motion to Seal Memorandum in Support of Motion for Judgment Notwithstanding Verdict and for New Trial |

The parties submit that the following Docket Entries may be unsealed with redactions of material either (1) subject to Fed. R. Crim. P. 49.1(a), or (2) irrelevant to a judicial determination of either party's substantive rights, privacy interests or otherwise outweigh the need for public disclosure, *see United States v. Kravetz*, 706 F.3d 47 (1st Cir. 2013).

| DE # | Name | Description |
|---|---|---|
| 349 | Exhibit H | Search Warrant Document |
| 349 | Exhibit J | Search Warrant Document |
| 464.01 | Sealed Exhibit | FBI Laboratory: Report of Examination (June 5, 2013) |
| 464.03 | Sealed Exhibit | FBI Laboratory: Report of Examination (July 8, 2013) |

| | | |
|---|---|---|
| 466.01 | Exhibit | FBI Laboratory: Report of Examination (June 5, 2013) |
| 466.03 | Exhibit | FBI Laboratory: Report of Examination (July 8, 2013) |
| 602.03 | Sealed Exhibit C | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (September 26, 2014) |
| 602.04 | Sealed Exhibit D | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (September 12, 2014) |
| 602.06 | Sealed Exhibit F | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (June 15, 2014) |
| 602.07 | Sealed Exhibit G | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (August 15, 2014) |
| 602.08 | Sealed Exhibit H | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (August 15, 2014) |
| 602.09 | Sealed Exhibit I | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (July 29, 2014) |
| 604.03 | Exhibit C | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (September 26, 2014) |
| 604.04 | Exhibit D | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (September 12, 2014) |
| 604.06 | Exhibit F | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (June 15, 2014) |
| 604.07 | Exhibit G | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (August 15, 2014) |
| 604.08 | Exhibit H | Government Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (August 15, 2014) |
| 604.09 | Exhibit I | Letter Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO (July 29, 2014) |
| 875.01 | Exhibit 1 | Full Addresses of Civilian Witnesses |
| 875.02 | Exhibit 2 | Full Addresses of Government Witnesses |
| 898 | Sealed Document | Government Law Enforcement Witness List |
| 1182 | Order | Re: DE 1072, DE 1168 |

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney


By: /s/ Aloke S. Chakravarty
William D. Weinreb
Aloke S. Chakravarty
Nadine Pellegini
Assistant U.S. Attorneys

DZHOKHAR TSARNAEV
by his attorneys

/s/ *Timothy G. Watkins*
Judy Clarke, Esq.
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

David I. Bruck, Esq.
220 Sydney Lewis Hall
Lexington, VA 24450
(540) 460-8188
BRUCKD@WLU.EDU

Miriam Conrad, Esq. (BBO # 550223)
Timothy Watkins, Esq. (BBO # 567992)
William Fick, Esq. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
(617) 223-8061
MIRIAM_CONRAD@FD.ORG
TIMOTHY_WATKINS@FD.ORG
WILLIAM_FICK@FD.ORG

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 29, 2016.

/s/ *Timothy G. Watkins*
Timothy G. Watkins