UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**JOINT MOTION FOR EXTENSION OF DEADLINE RE:
JOINT LISTING OF DOCKET ENTRIES THAT SHOULD
BE UNSEALED AND SUPPORTING BASIS FOR CONTINUED SEALING**

The defendant, Dzhokhar Tsarnaev, and the United States, by and through

counsel, respectfully request the Court to extend the deadline regarding disputed docket

entries by two weeks, to March 28, 2016.

On January 25, 2016, the parties submitted a 22-page list of approximately 621

documents both parties agreed should be unsealed. [DE 1626].  At the parties' request,

the Court has twice granted additional time, most recently to February 29, 2016, for the

parties to review and discuss the remaining documents. [DE 1623, 1638].  A third motion

to extend the time for filing until March 14, 2016 is pending.  [DE 1640].

The parties have developed and traded rationales for their respective positions

regarding the remaining docket entries and have drafted portions of the chart as directed

by the Court.  As the result of that continuing exercise, the parties are optimistic that they

can resolve their disputes regarding additional docket entries and so reduce the list of

entries that require ruling by the Court.  The review continues, however, and the parties

require a brief additional period of time to come to final resolution.  The parties request

an additional two-week period to produce the "chart setting forth each disputed docket

entry by docket number and document title, the supporting party's basis for continuing

the seal, and the opposing party's response."  D.E. 1605.

The parties therefore jointly request the Court extend the deadline for submitting

the chart setting forth disputed docket entries to March 28, 2016.

Respectfully submitted,

CARMEN M. ORTIZ                             DZHOKHAR TSARNAEV
United States Attorney
                                            By his attorneys


By: /s/ Aloke S. Chakravarty               /s/ Timothy Watkins
William D. Weinreb                          Judy Clarke, Esq. (CA Bar # 76071)
Aloke S. Chakravarty                        CLARKE & RICE, APC
Assistant U.S. Attorneys                    1010 Second Avenue, Suite 1800
                                            San Diego, CA 92101
                                            (619) 308-8484
                                            JUDYCLARKE@JCSRLAW.NET

                                            David I. Bruck, Esq.
                                            220 Sydney Lewis Hall
                                            Lexington, VA 24450
                                            (540) 460-8188
                                            BRUCKD@WLU.EDU

                                            Miriam Conrad, Esq. (BBO # 550223)
                                            Timothy Watkins, Esq. (BBO # 567992)
                                            William Fick, Esq. (BBO # 650562)
                                            FEDERAL PUBLIC DEFENDER
                                            OFFICE
                                                 51 Sleeper Street, 5th Floor
                                            (617) 223-8061
                                            MIRIAM_CONRAD@FD.ORG
                                            TIMOTHY_WATKINS@FD.ORG
                                            WILLIAM_FICK@FD.ORG

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 14, 2016.

*/s/* Timothy G. Watkins