UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10200-GAO |
| | ) | |
| DZHOKHAR TSARNAEV | ) | |

**JOINT MOTION FOR EXTENSION OF DEADLINE RE:
JOINT LISTING OF DOCKET ENTRIES THAT SHOULD
BE UNSEALED AND SUPPORTING BASIS FOR CONTINUED SEALING**

The defendant, Dzhokhar Tsarnaev, and the United States, by and through counsel, respectfully request the Court to extend the deadline regarding disputed docket entries by two weeks, to April 11, 2016.  The parties have developed and traded rationales for their respective positions regarding the remaining docket entries and narrowed the number of disputed docket entries that require ruling by the Court to less than a half dozen.  To obviate disputes, the parties in many cases have agreed to redactions rather than complete document entry sealing and need additional time to complete the document redactions and insure that all documents are ready for the Court and the clerk's office.  The parties request until April 11, 2016, to do so and to submit a chart of the small number of remaining disputes to the Court.

The parties therefore jointly request the Court extend the deadline for submitting the chart setting forth disputed docket entries to April 11, 2016.

Respectfully submitted,

| | |
|---|---|
| CARMEN M. ORTIZ<br>United States Attorney | DZHOKHAR TSARNAEV<br><br>By his attorneys |
| By: /s/ Aloke S. Chakravarty<br>William D. Weinreb<br>Aloke S. Chakravarty<br>Assistant U.S. Attorneys | */s/* Timothy Watkins<br>Judy Clarke, Esq. (CA Bar # 76071)<br>CLARKE & RICE, APC<br>1010 Second Avenue, Suite 1800<br>San Diego, CA 92101<br>(619) 308-8484<br>JUDYCLARKE@JCSRLAW.NET<br><br>David I. Bruck, Esq.<br>220 Sydney Lewis Hall<br>Lexington, VA 24450<br>(540) 460-8188<br>BRUCKD@WLU.EDU<br><br>Miriam Conrad, Esq. (BBO # 550223)<br>Timothy Watkins, Esq. (BBO # 567992)<br>William Fick, Esq. (BBO # 650562)<br>FEDERAL PUBLIC DEFENDER OFFICE   51 Sleeper Street, 5th Floor<br>(617) 223-8061<br>MIRIAM_CONRAD@FD.ORG<br>TIMOTHY_WATKINS@FD.ORG<br>WILLIAM_FICK@FD.ORG |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 28, 2016.

                */s/* Timothy G. Watkins