UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 13-10200-GAO |
| DZHOKHAR TSARNAEV ) | |
| ) | |

## MOTION FOR LEAVE TO FILE REPLY

Boston Globe Media Partners, LLC (the "Globe), by and through counsel, respectfully requests leave to file a Reply to Defendant's Opposition (D.E. 1647) to the Globe's Motion for Public Access to Criminal Justice Act Materials (D.E. 1645). The proposed Reply will assist the Court in adjudicating the motion by responding to matters raised in Defendant's Opposition and by bringing to the Court's attention the case of *United States v. Williams*, No. 06-00079 JMS/KSC, 2014 WL 2932365 (D. Haw. June 30, 2014), which addresses the statutory argument raised in the Opposition.

Respectfully submitted,

**Boston Globe Media Partners, LLC**

By Its Attorneys,

/s/ Emma D. Hall
_____
Jonathan M. Albano
BBO #013850
jonathan.albano@morganlewis.com
Emma Diamond Hall
BBO #687947
emma.hall@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110-1726
+1.617.341.7700

Dated: April 4, 2016

- 2 -

## CERTIFICATE OF SERVICE

I, Emma D. Hall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 4, 2016.

/s/Emma Diamond Hall
Emma Diamond Hall