```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


                                  )
UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )  Criminal Action
v.                                )  No. 13-10200-GAO
                                  )
DZHOKHAR A. TSARNAEV, also        )
known as Jahar Tsarni,            )
                                  )
        Defendant.                )
                                  )


        BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
             UNITED STATES DISTRICT JUDGE
```

**JURY TRIAL - DAY FORTY-FOUR**
**REDACTED SIDEBAR CONFERENCE**

```
    John J. Moakley United States Courthouse
              Courtroom No. 9
              One Courthouse Way
        Boston, Massachusetts  02210
          Tuesday, April 7, 2015
                9:15 a.m.



        Marcia G. Patrisso, RMR, CRR
            Official Court Reporter
        John J. Moakley U.S. Courthouse
        One Courthouse Way, Room 3510
        Boston, Massachusetts  02210
                (617) 737-8728

    Mechanical Steno - Computer-Aided Transcript
```

```
 1    APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: William D. Weinreb, Aloke Chakravarty and
 3            Nadine Pellegrini, Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        - and -
          UNITED STATES DEPARTMENT OF JUSTICE
 6        By: Steven D. Mellin, Assistant U.S. Attorney
          Capital Case Section
 7        1331 F Street, N.W.
          Washington, D.C.  20530
 8        On Behalf of the Government

 9        FEDERAL PUBLIC DEFENDER OFFICE
          By: Miriam Conrad and William W. Fick,
10            Federal Public Defenders
          51 Sleeper Street
11        Fifth Floor
          Boston, Massachusetts  02210
12        - and -
          CLARKE & RICE, APC
13        By: Judy Clarke, Esq.
          1010 Second Avenue
14        Suite 1800
          San Diego, California  92101
15        - and -
          LAW OFFICE OF DAVID I. BRUCK
16        By: David I. Bruck, Esq.
          220 Sydney Lewis Hall
17        Lexington, Virginia  24450
          On Behalf of the Defendant
18

19

20

21

22

23

24

25
```

Case 1:13-cr-10200-GAO   Document 1657   Filed 05/10/16   Page 3 of 5
                                                                    3

```
 1                      P R O C E E D I N G S
 2                              * * *
 3             MR. WEINREB:  Your Honor, I would like to be heard at
 4   sidebar about one matter.
 5             (Discussion at sidebar and out of the hearing of the
 6   jury:)
 7             MR. WEINREB:  So, your Honor, we were informed by
 8   Tracy Dayton, the firewall counsel, that she had requested and
 9   received the Court's permission to let us know that the defense
10   intended to withdraw their 12.2 notice.  We haven't seen any
11   withdrawal and we still have absolutely no idea which of the
12   experts who were originally proposed by the defense to talk
13   about things like PET scan imagery, testing of the defendant
14   and other matters, are still planning on testifying or not.
15             And we're now at the point where we're going to begin
16   filing motions in limine and preparing cross-examination and
17   other things, and it would be very helpful for us to know the
18   answer to those questions.
19             MS. CLARKE:  Well, the 12.2 notice has been filed.
20             THE COURT:  Well, I think what happened, if I'm
21   correct, is it was filed in the MBD and not in this case.  It
22   has to be filed in this case as well, I guess.
23             MS. CLARKE:  Okay.  We just followed the instructions.
24             THE COURT:  Right.  Right.  Right.  So I think it has
25   to be filed -- I mean, it was originally filed in this case and
```

```
 1    the withdrawal should be filed in this case.  A simple
 2    withdrawal, I guess.
 3             I want to have a conference at some convenient time
 4    when we have some other -- when other matters have been
 5    resolved to talk about witness planning and things like that
 6    for another phase.
 7             MR. MELLIN:  Your Honor, given the withdrawal, does
 8    the Court have any objection to us talking to Ms. Clarke and
 9    Mr. Bruck about the defense case and trying to resolve these
10    issues?  Because we do need some guidance as to what's coming
11    so we have at least some idea which of our experts we should
12    cut loose, which experts we should still --
13             THE COURT:  The restriction on prosecutors dealing
14    with the defense was related only to the 12.2 process.
15             MR. MELLIN:  Okay.
16             THE COURT:  Okay.
17                              * * *
```

```
 1                       C E R T I F I C A T E
 2
 3           I, Marcia G. Patrisso, RMR, CRR, Official Reporter of
 4   the United States District Court, do hereby certify that the
 5   foregoing transcript constitutes, to the best of my skill and
 6   ability, a true and accurate transcription of my stenotype
 7   notes taken in the matter of Criminal Action No. 13-10200-GAO,
 8   United States of America v. Dzhokhar A. Tsarnaev.
 9
10   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
11   Official Court Reporter
12
13   Date:  5/10/16
```