```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


                                  )
UNITED STATES OF AMERICA,         )
                                  )
         Plaintiff,               )
                                  )   Criminal Action
v.                                )   No. 13-10200-GAO
                                  )
DZHOKHAR A. TSARNAEV, also        )
known as Jahar Tsarni,            )
                                  )
         Defendant.               )
                                  )


     BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
             UNITED STATES DISTRICT JUDGE
```

**JURY TRIAL - DAY FORTY-FIVE**
**REDACTED SIDEBAR CONFERENCE**

```
     John J. Moakley United States Courthouse
                Courtroom No. 9
               One Courthouse Way
          Boston, Massachusetts  02210
            Wednesday, April 8, 2015
                   9:30 a.m.



          Marcia G. Patrisso, RMR, CRR
              Official Court Reporter
         John J. Moakley U.S. Courthouse
         One Courthouse Way, Room 3510
          Boston, Massachusetts  02210
                 (617) 737-8728

    Mechanical Steno - Computer-Aided Transcript
```

```
 1    APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: William D. Weinreb, Aloke Chakravarty and
 3            Nadine Pellegrini, Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        - and -
          UNITED STATES DEPARTMENT OF JUSTICE
 6        By: Steven D. Mellin, Assistant U.S. Attorney
          Capital Case Section
 7        1331 F Street, N.W.
          Washington, D.C.  20530
 8        On Behalf of the Government

 9        FEDERAL PUBLIC DEFENDER OFFICE
          By: Miriam Conrad, Federal Public Defender
10        51 Sleeper Street
          Fifth Floor
11        Boston, Massachusetts  02210
          - and -
12        CLARKE & RICE, APC
          By: Judy Clarke, Esq.
13        1010 Second Avenue
          Suite 1800
14        San Diego, California  92101
          - and -
15        LAW OFFICE OF DAVID I. BRUCK
          By: David I. Bruck, Esq.
16        220 Sydney Lewis Hall
          Lexington, Virginia  24450
17        On Behalf of the Defendant

18

19

20

21

22

23

24

25
```

```
 1                      P R O C E E D I N G S
 2                              * * *
 3            (Discussion at sidebar and out of the hearing of the
 4   jury:)
 5            MS. CONRAD:  I heard the government instruct as --
 6   appropriately as to they must find the scope and the duration.
 7            THE COURT:  You mean me.  You said the government.
 8            MS. CONRAD:  Correct.  Sorry.  I meant the Court.
 9            However -- and the Court also reminded them what was
10   charged in the indictment, but what the Court didn't say, which
11   we had requested and I thought the Court was going to do, but
12   is somewhat incorporated, but I can't find it right now in the
13   original instructions, is the government must prove the
14   conspiracy charged in the indictment.  So it's not sufficient
15   if they find some other conspiracy of shorter scope or shorter
16   duration where the government has charged a more overarching
17   conspiracy, that's not sufficient to support a conviction.
18            THE COURT:  Well, I'm not sure that's entirely
19   accurate.  I think the answer [sic] is sufficient.
20            MR. WEINREB:  And that would also be answered --
21            THE COURT:  I'll leave it as is.  Your objection is
22   noted.
23            MS. CONRAD:  Thank you.
24            (Sidebar concluded.)
25                              * * *
```

C E R T I F I C A T E

I, Marcia G. Patrisso, RMR, CRR, Official Reporter of the United States District Court, do hereby certify that the foregoing transcript constitutes, to the best of my skill and ability, a true and accurate transcription of my stenotype notes taken in the matter of Criminal Action No. 13-10200-GAO, United States of America v. Dzhokhar A. Tsarnaev.

/s/ Marcia G. Patrisso
MARCIA G. PATRISSO, RMR, CRR
Official Court Reporter


Date:  5/10/16