```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS



                                    )
UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )    Criminal Action
v.                                  )    No. 13-10200-GAO
                                    )
DZHOKHAR A. TSARNAEV, also          )
known as Jahar Tsarni,              )
                                    )
          Defendant.                )
                                    )


           BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                  UNITED STATES DISTRICT JUDGE



                  LOBBY CONFERENCE - SEALED


          John J. Moakley United States Courthouse
                      Courtroom No. 9
                    One Courthouse Way
                 Boston, Massachusetts  02210
                   Tuesday, March 3, 2015
                        10:41 a.m.



               Marcia G. Patrisso, RMR, CRR
                   Official Court Reporter
                John J. Moakley U.S. Courthouse
                One Courthouse Way, Room 3510
                 Boston, Massachusetts  02210
                       (617) 737-8728

          Mechanical Steno - Computer-Aided Transcript
```

```
 1   APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: William D. Weinreb, Aloke Chakravarty and
 3             Nadine Pellegrini, Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        - and -
          UNITED STATES DEPARTMENT OF JUSTICE
 6        By: Steven D. Mellin, Assistant U.S. Attorney
          Capital Case Section
 7        1331 F Street, N.W.
          Washington, D.C.  20530
 8        On Behalf of the Government

 9        FEDERAL PUBLIC DEFENDER OFFICE
          By: Miriam Conrad, Federal Public Defender
10        51 Sleeper Street
          Fifth Floor
11        Boston, Massachusetts  02210
          - and -
12        CLARKE & RICE, APC
          By: Judy Clarke, Esq.
13        1010 Second Avenue
          Suite 1800
14        San Diego, California  92101
          - and -
15        LAW OFFICE OF DAVID I. BRUCK
          By: David I. Bruck, Esq.
16        220 Sydney Lewis Hall
          Lexington, Virginia  24450
17        On Behalf of the Defendant

18   ALSO IN ATTENDANCE:

19        James McAlear, Jury Administrator

20

21

22

23

24

25
```

```
 1                        P R O C E E D I N G S
 2            THE COURT:  We almost made it.  We have another juror
 3    problem.  Number 245 did not report this morning, and Jim has
 4    tracked him down at his place of work to find out why he wasn't
 5    here.  And he's an interpreter, medical interpreter.  He said
 6    he couldn't get coverage and so he went to work.
 7            He's on his way here per instructions to come in a
 8    cab, and I invite your input.
 9            MR. MELLIN:  We haven't even started, your Honor.  I
10    would think at this point we should just excuse him.
11            MR. WEINREB:  I would agree.
12            THE COURT:  That would be my inclination, but I didn't
13    want to suggest it before you did.
14            MR. WEINREB:  It's a bad sign to begin with.
15            THE COURT:  I think it is.  I know it is.  It's rather
16    disrespectful of the process.  So when he gets here, we'll give
17    him a talking to and send him back.
18            MS. CLARKE:  You'll yell at him and send him home.  I
19    still want to see the guy that didn't want to come out.  The
20    juror who was refusing to come out.
21            (Laughter.)
22            THE COURT:  Oh, yeah.  Yeah.  I think it's just as
23    well you didn't see him per the reports I have.
24            MR. WEINREB:  It feels like Groundhog Day.
25            THE COURT:  Anyway, that's it.  I just -- so
```

1    otherwise, do you still need a little time?

2              COUNSEL IN UNISON:  Yes.

3              THE COURT:  All right.  Fine.  Great.

4              (The proceedings adjourned at 10:43 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                           C E R T I F I C A T E

2

3              I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

4    the United States District Court, do hereby certify that the

5    foregoing transcript constitutes, to the best of my skill and

6    ability, a true and accurate transcription of my stenotype

7    notes taken in the matter of Criminal Action No. 13-10200-GAO,

8    United States of America v. Dzhokhar A. Tsarnaev.

9

10   /s/ Marcia G. Patrisso
     MARCIA G. PATRISSO, RMR, CRR
11   Official Court Reporter

12

13   Date:  5/10/16

14

15

16

17

18

19

20

21

22

23

24

25