```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


                                  )
UNITED STATES OF AMERICA,         )
                                  )
       Plaintiff,                 )
                                  )   Criminal Action
v.                                )   No. 13-10200-GAO
                                  )
DZHOKHAR A. TSARNAEV, also        )
known as Jahar Tsarni,            )
                                  )
       Defendant.                 )
                                  )


         BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
                UNITED STATES DISTRICT JUDGE
```

**EX PARTE CONFERENCE**

```
      John J. Moakley United States Courthouse
                 Courtroom No. 9
                One Courthouse Way
          Boston, Massachusetts  02210
             Monday, December 8, 2014
                    3:03 p.m.



           Marcia G. Patrisso, RMR, CRR
              Official Court Reporter
         John J. Moakley U.S. Courthouse
         One Courthouse Way, Room 3510
           Boston, Massachusetts  02210
                 (617) 737-8728

    Mechanical Steno - Computer-Aided Transcript
```

```
 1   APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: Aloke Chakravarty and Nadine Pellegrini,
 3            Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        On Behalf of the Government

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                   P R O C E E D I N G S
 2            THE COURT:  This won't take long because I really want
 3   to just put on the record that I don't want to talk to you ex
 4   parte anymore.
 5            MS. PELLEGRINI:  Okay.  Good.
 6            (Laughter.)
 7            THE COURT:  Well, in light of the fact that there's
 8   now a pending motion about it, I think it's appropriate for the
 9   issue to be discussed on the record.
10            MR. CHAKRAVARTY:  Okay.
11            THE COURT:  That's all.  Because we had done the first
12   thing, I wanted to tie it off formally by having it on the
13   record.
14            MS. PELLEGRINI:  Okay.
15            THE COURT:  So we will -- I think your response may be
16   due on Wednesday, something like that, I think 14 days.  So
17   we'll look for the response, we'll --
18            MS. PELLEGRINI:  Then we'll argue it.
19            THE COURT:  -- do what seems to be appropriate.
20            MS. PELLEGRINI:  Okay.
21            THE COURT:  Maybe.
22            MS. PELLEGRINI:  Maybe.  I didn't mean to rush that
23   ahead.
24            THE COURT:  I don't know.  We'll see what the response
25   is.
```

1          MR. CHAKRAVARTY:  But it will be adversarial, though.
2          THE COURT:  It will be, yes.
3          Is the defense motion under seal?  No, it's not,
4  because it was reported in the paper.  I wouldn't think it
5  should be.  So your response will be -- okay.
6          Completely unrelated, our esteemed court reporter is
7  interested in knowing well in advance whether anyone will be
8  getting daily copy because there's some run up time to
9  preparations and so on and so forth.  This is a paid
10 advertisement.
11         MS. PELLEGRINI:  She's been very good about answering
12 all the questions, we just don't have an answer from those who
13 are responsible for signing off on it.
14         THE COURT:  Have you talked with Miriam or the other
15 side about what their interest is?
16         MS. PELLEGRINI:  No.  I just assumed they were getting
17 daily copy but you're right.  I shouldn't assume anything.  But
18 my information had been if both sides were doing it, then this
19 would be the price, and that's what I forwarded to the front
20 office.
21         THE COURT:  Okay.  Sooner would be better than later.
22         MS. PELLEGRINI:  Yes.
23         THE COURT:  Thank you very much.
24         MR. CHAKRAVARTY:  Thank you.
25         MS. PELLEGRINI:  Thank you.

```
 1              (The proceedings adjourned at 3:05 p.m.)
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1               C E R T I F I C A T E

2

3         I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

4   the United States District Court, do hereby certify that the

5   foregoing transcript constitutes, to the best of my skill and

6   ability, a true and accurate transcription of my stenotype

7   notes taken in the matter of Criminal Action No. 13-10200-GAO,

8   United States of America v. Dzhokhar A. Tsarnaev.

9

10  /s/ Marcia G. Patrisso
    MARCIA G. PATRISSO, RMR, CRR
11  Official Court Reporter

12

13  Date:  5/27/16