# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __United States v. Dzhokhar Tsarnaev__
District Court Case No. __13 Cr. 10200 (GAO)__        District of Massachusetts
Date Notice of Appeal filed __January 29, 2016__    Court of Appeals Case No. __16-6001__
Form filed on behalf of __Dzhokhar Tsarnaev__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __See attached Exhibit A.__

## TRANSCRIPT ORDER

Name of Court Reporter __Marcia Patrisso__
Phone Number of Reporter __(617) 737-8728__

A. ✓   This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☒ Trial | 4/30/15 |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) various | See attached Exhibit B. |
| ☐ Testimony (specify) | |
| ☒ Other (specify) various | See attached Exhibit B. |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓   I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the __district court__ judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☒ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __David Patton__                    Filer's Signature _____
Firm/Address __Federal Defenders of New York, 52 Duane St., 10th Floor, NY NY 10007__   Filer's Email address __david_patton@fd.org__
Telephone number __212-417-8700__              Date mailed to court reporter __May 27, 2016__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                    SEE INSTRUCTIONS ON REVERSE

# EXHIBIT A

Transcripts Already Filed in District Court

| Dkt. No. | Date | Type of Proceeding |
|---|---|---|
| 11 | 4/22/13 | Initial Appearance |
| 13 | 4/22/13 | Sealed Conference |
| 25 | 5/3/13 | Sealed Ex Parte Proceeding (Telephonic) |
| 67 | 7/10/13 | Arraignment |
| 104 | 9/23/13 | Status Conference |
| 149 | 11/12/13 | Status Conference and Motion Hearing |
| 174 | 2/12/14 | Status Conference |
| 270 | 4/16/14 | Motion Hearing |
| 425 | 6/18/14 | Status Conference |
| 538 | 8/14/14 | Status Conference |
| 580 | 9/18/14 | Status Conference |
| 671 | 11/12/14 | Status Conference |
| 776 | 12/18/14 | Status Conference (Excerpt) |
| 800 | 12/18/14 | Final Pretrial Status Conference |
| 915 | 10/20/14 | Status Conference |
| 987 | 1/2/15 | Lobby Conference (Sealed) |
| 988 | 12/30/14 | Lobby Conference (Sealed) |
| 1006 | 1/15/15 | Jury Trial Day Four (Empanelment) (Sealed) |
| 1007 | 1/16/15 | Jury Trial Day Five (Empanelment) (Sealed) |
| 1008 | 1/20/15 | Jury Trial Day Six (Empanelment) (Sealed) |
| 1009 | 1/21/15 | Jury Trial Day Seven (Empanelment) (Sealed) |
| 1010 | 1/22/15 | Jury Trial Day Eight (Empanelment) (Sealed) |
| 1011 | 1/23/15 | Jury Trial Day Nine (Empanelment) (Sealed) |
| 1012 | 1/26/15 | Jury Trial Day Ten (Empanelment) (Sealed) |
| 1013 | 1/29/15 | Jury Trial Day Eleven (Empanelment) (Sealed) |
| 1014 | 1/30/15 | Jury Trial Day Twelve (Empanelment) (Sealed) |
| 1015 | 2/4/15 | Jury Trial Day Thirteen (Empanelment) (Sealed) |
| 1019 | 2/5/15 | Jury Trial Day Fourteen (Empanelment) (Sealed) |
| 1024 | 2/6/15 | Jury Trial Day Fifteen (Empanelment) (Sealed) |
| 1026 | 2/11/15 | Jury Trial Day Sixteen (Empanelment) (Sealed) |
| 1028 | 2/12/15 | Jury Trial Day Seventeen (Empanelment) (Sealed) |
| 1034 | 2/13/15 | Jury Trial Day Eighteen (Empanelment) (Sealed) |
| 1041 | 2/17/15 | Jury Trial Day Nineteen (Empanelment) (Sealed) |
| 1049 | 2/18/15 | Jury Trial Day Twenty (Empanelment) (Sealed) |

| | | |
|---|---|---|
| 1052 | 2/19/15 | Jury Trial Day Twenty One (Empanelment) (Sealed) |
| 1058 | 2/20/15 | Jury Trial Day Twenty Two (Empanelment) (Sealed) |
| 1075 | 2/24/15 | Jury Trial Day Twenty Three (Empanelment) (Sealed) |
| 1083 | 2/25/15 | Jury Trial Day Twenty Four (Empanelment) (Sealed) |
| 1116 | 3/4/15 | Jury Trial Day Twenty Seven (Excerpt) (Opening Statements by Mr. Weinreb) |
| 1117 | 3/4/15 | Jury Trial Day Twenty Seven (Excerpt) (Opening Statements by Ms. Clarke) |
| 1133 | 3/3/15 | Lobby Conference (Sealed) |
| 1146 | 3/12/15 | Lobby Conference (Sealed) |
| 1155 | 3/9/15 | Jury Trial Day Twenty Nine (Excerpt) (Testimony of Steven Kimball) |
| 1156 | 3/10/15 | Jury Trial Day Thirty (Excerpt) (Testimony of Steven Kimball) |
| 1163 | 3/11/15 | Jury Trial Day Thirty One (Excerpt) (Testimony of Chad Fitzgerald) |
| 1165 | 3/10/15 | Jury Trial Day Thirty (Excerpt) (Sidebar Conference Re Proffer) |
| 1180 | 3/12/15 | Jury Trial Day Thirty Two (Excerpt) (Testimony of Dun Meng) |
| 1183 | 3/18/15 | Jury Trial Day Thirty Five (Excerpt) (Testimony of Stephanie Waite) |
| 1190 | 3/19/15 | Jury Trial Day Thirty Six (Excerpt) (Testimony of Kevin Swindon) |
| 1194 | 3/17/15 | Jury Trial Day Thirty Four (Excerpt) (Testimony of Stephen Silva) |
| 1197 | 3/16/15 | Jury Trial Day Thirty Three (Excerpt) (Testimony of James Floyd) |
| 1198 | 3/23/15 | Jury Trial Day Thirty Seven (Excerpt) (Testimony of Matthew Levitt, Ph.D.) |
| 1199 | 3/24/15 | Jury Trial Day Thirty Eight (Excerpt) (Testimony of Matthew Levitt, Ph.D.) |
| 1210 | 3/4/15 | Jury Trial Day Twenty Seven (Excerpt) (Testimony of Thomas Grilk) |
| 1243 | 4/6/15 | Jury Trial Day Forty Three (Excerpt) (Closing Argument by Aloke Chakravarty and Rebuttal by William Weinreb) |
| 1244 | 4/6/15 | Jury Trial Day Forty Three (Excerpt) (Closing Argument by Judy Clarke) |

| | | |
|---|---|---|
| 1250 | 4/8/15 | Jury Trial Day Forty Five (Excerpt) (Juror Questions) |
| 1287 | 4/14/15 | Jury Trial Day Forty Six |
| 1294 | 4/6/15 | Jury Trial Day Forty Three (Excerpt) (Part I Jury Instructions by the Court) |
| 1297 | 4/13/15 | Motion Hearing (Sealed) |
| 1306 | 4/17/15 | Lobby Conference (Sealed) |
| 1308 | 4/21/15 | Jury Trial Day Forty Seven (Excerpt) (Opening Statements of Nadine Pellegrini) |
| 1348 | 3/9/15 | Jury Trial Day Twenty Nine (Excerpt) (Testimony of Danling Zhou) |
| 1349 | 4/27/15 | Jury Trial Day Fifty |
| 1351 | 3/26/15 | Jury Trial Day Forty (Excerpt) (Testimony of Edward S. Knapp) |
| 1354 | 4/28/15 | Jury Trial Day Fifty One |
| 1362 | 4/29/15 | Jury Trial Day Fifty Two |
| 1383 | 5/4/15 | Jury Trial Day Fifty Four |
| 1388 | 5/5/15 | Jury Trial Day Fifty Five |
| 1393 | 5/6/15 | Jury Trial Day Fifty Six |
| 1395 | 4/24/15 | Lobby Conference (Sealed) |
| 1396 | 3/26/15 | Jury Trial Day Forty (Excerpt) (Testimony of David McCollam) |
| 1397 | 3/31/15 | Jury Trial Day Forty Two (Excerpt) (Testimony of Elena Graff) |
| 1398 | 5/7/15 | Jury Trial Day Fifty Seven |
| 1418 | 5/13/15 | Jury Trial Day Fifty Nine |
| 1420 | 5/11/15 | Lobby Conference (Sealed) |
| 1422 | 3/5/15 | Jury Trial Day Twenty Eight (Excerpt) (Testimony of William Richard) |
| 1423 | 3/30/15 | Jury Trial Day Forty One (Excerpt) (Testimony of Gerald R. Grant, Jr.) |
| 1424 | 3/31/15 | Jury Trial Day Forty Two (Excerpt) (Testimony of Mark Spencer) |
| 1444 | 5/11/15 | Lobby Conference (Sealed) |
| 1445 | 5/11/15 | Lobby Conference # 2 (Sealed) |
| 1446 | 5/12/15 | Lobby Conference (Sealed) |
| 1476 | 6/24/15 | Disposition (Excerpt) (Remarks by the Honorable George A. O'Toole, Jr., District Judge) |
| 1477 | 6/24/15 | Disposition (Corrected Excerpt) (Allocution of Dzhokhar A. Tsarnaev) |

| | | |
|---|---|---|
| 1482 | 6/24/15 | Disposition (Excerpt) (Re: Appeal) |
| 1487 | 5/19/15 | Status Conference |
| 1492 | 6/24/15 | Sentencing (Excerpt) |
| 1500 | 3/16/15 | Jury Trial Day Thirty Three (Excerpt) (Testimony of Jeffrey Pugliese) |
| 1510 | 5/13/15 | Lobby Conference (Sealed) |
| 1512 | 1/5/15 | Jury Trial Day One (A.M. Session) |
| 1513 | 1/5/15 | Jury Trial Day One (P.M. Session) |
| 1514 | 1/6/15 | Jury Trial Day Two (A.M. Session) |
| 1515 | 1/6/15 | Jury Trial Day Two (P.M. Session) |
| 1516 | 1/7/15 | Jury Trial Day Three (A.M. Session) |
| 1517 | 1/7/15 | Jury Trial Day Three (P.M. Session) |
| 1518 | 3/2/15 | Jury Trial Day Twenty Five (Motion Hearing) |
| 1519 | 3/16/15 | Jury Trial Day Thirty Three |
| 1521 | 3/2/15 | Lobby Conference (Sealed) |
| 1522 | 3/3/15 | Lobby Conference (Sealed) |
| 1526 | 3/9/15 | Lobby Conference (Sealed) |
| 1527 | 3/10/15 | Lobby Conference (Sealed) |
| 1528 | 3/4/15 | Jury Trial Day Twenty Seven |
| 1529 | 3/5/15 | Jury Trial Day Twenty Eight |
| 1530 | 3/9/15 | Jury Trial Day Twenty Nine |
| 1533 | 3/3/15 | Jury Trial Day Twenty Six |
| 1537 | 3/10/15 | Jury Trial Day Thirty |
| 1538 | 3/11/15 | Jury Trial Day Thirty One |
| 1540 | 3/11/15 | Lobby Conference (Sealed) |
| 1541 | 4/6/15 | Lobby Conference (Sealed) |
| 1544 | 3/12/15 | Jury Trial Day Thirty Two |
| 1546 | 3/17/15 | Jury Trial Day Thirty Four |
| 1548 | 3/17/15 | Lobby Conference (Sealed) |
| 1553 | 3/24/15 | Lobby Conference (Sealed) |
| 1559 | 3/18/15 | Jury Trial Day Thirty Five |
| 1560 | 3/23/15 | Jury Trial Day Thirty Seven |
| 1562 | 3/18/15 | Lobby Conference (Sealed) |
| 1564 | 3/19/15 | Jury Trial Day Thirty Six |
| 1566 | 3/24/15 | Jury Trial Day Thirty Eight |
| 1567 | 3/25/15 | Jury Trial Day Thirty Nine |
| 1569 | 3/26/15 | Jury Trial Day Forty |
| 1573 | 3/31/15 | Lobby Conference (Sealed) |
| 1574 | 3/30/15 | Lobby Conference (Sealed) |

| | | |
|---|---|---|
| 1575 | 3/31/15 | Jury Trial Day Forty Two |
| 1577 | 3/31/15 | Afternoon Lobby Conference (Sealed) |
| 1580 | 4/6/15 | Jury Trial Day Forty Three |
| 1583 | 4/7/15 | Jury Trial Day Forty Four |
| 1585 | 4/7/15 | Jury Trial Day Forty Four (Sealed) (Sealed Sidebar Conference) |
| 1586 | 4/8/15 | Lobby Conference (Sealed) |
| 1587 | 4/8/15 | Jury Trial Day Forty Five |
| 1592 | 4/9/15 | Status Conference |
| 1597 | 12/1/15 | Motion Hearing |
| 1602 | 4/21/15 | Lobby Conference (Sealed) |
| 1603 | 4/21/15 | Jury Trial Day Forty Seven |
| 1609 | 4/22/15 | Jury Trial Day Forty Eight |
| 1611 | 4/23/15 | Jury Trial Day Forty Nine |
| 1613 | 4/23/15 | Lobby Conference (Sealed) |
| 1621 | 4/28/15 | Lobby Conference (Sealed) |
| 1624 | 3/30/15 | Jury Trial Day Forty One |
| 1629 | 4/29/15 | Lobby Conference (Sealed) |
| 1630 | 4/30/15 | Lobby Conference (Sealed) |
| 1631 | 5/6/15 | Lobby Conference (Sealed) |
| 1632 | 5/7/15 | Lobby Conference (Sealed) |
| 1633 | 6/23/15 | Lobby Conference (Sealed) |
| 1634 | 6/24/15 | Sentencing |
| 1656 | 12/18/14 | Lobby Conference (Sealed) |
| 1657 | 4/7/15 | Jury Trial Day Forty Four (Sealed) (Redacted Sidebar Conference) |
| 1658 | 4/8/15 | Jury Trial Day Forty Five (Sealed) (Redacted Sidebar Conference) |
| 1659 | 3/16/15 | Jury Trial Day Thirty Three (Jury View) |
| 1660 | 5/14/15 | Jury Trial Day Sixty |
| 1661 | 5/15/15 | Jury Trial Day Sixty One |
| none | 4/1/15 | Motion Hearing (Sealed) |

# EXHIBIT B

Transcript Order

| Date | Type of Proceeding |
| --- | --- |
| 5/3/13 | Defense Ex Parte Conference |
| 7/14/13 | Defense Ex Parte Conference |
| 9/23/13 | Defense Ex Parte Conference |
| 10/21/13 | Defense Ex Parte Conference |
| 11/12/13 | Government Ex Parte Conference |
| 12/12/13 | Defense Ex Parte Conference |
| 2/2/14 | Defense Ex Parte Conference |
| 2/12/14 | Defense Ex Parte Conference |
| 6/4/14 | Defense Ex Parte Conference |
| 7/3/14 | Government Ex Parte Conference |
| 10/30/14 | Defense Ex Parte Conference |
| 11/6/14 | Government Ex Parte Conference |
| 11/18/14 | Defense Ex Parte Conference |
| 12/8/14 | Government Ex Parte Conference |
| 12/19/14 | Defense Ex Parte Conference |
| 12/22/14 | Defense Ex Parte Conference |
| 12/26/14 | Lobby Conference |
| 1/9/15 | Joint In-Chambers Conference |
| 1/12/15 | In-Chambers Conference |
| 1/14/15 | In-Chambers Conference |
| 2/26/15 | Defense Ex Parte Conference |
| 2/26/15 | Government Ex Parte Conference |
| 4/30/15 | Jury Trial Day Fifty Three |
| 5/15/15 | Defense Ex Parte Conference |
| 9/24/15 | Government Ex Parte Conference |

**CERTIFICATE OF SERVICE**

       I certify that the attached Transcript Report/Order was filed electronically through the ECF systems for the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the First Circuit, which will send electronic notice to counsel of record for all parties on this the 27th day of May, 2016, including the following:

Elizabeth D. Collery, Esq.
U.S. Department of Justice, Crim. Div., App. Sec.
950 Pennsylvania Ave. NW, Suite 1264
Washington, DC  20530
liza.collery@usdoj.gov

                                            /s/ David Patton, Esq.
                                            Court of Appeals # 1173507
                                            Federal Defenders of New York, Inc.
                                            52 Duane Street, 10th Floor
                                            New York, NY 10007
                                            (212) 417-8700
                                            DAVID_PATTON@FD.ORG