```
             UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

```
                              )
UNITED STATES OF AMERICA,     )
                              )
       Plaintiff,             )
                              )  Criminal Action
v.                            )  No. 13-10200-GAO
                              )
DZHOKHAR A. TSARNAEV, also    )
known as Jahar Tsarni,        )
                              )
       Defendant.             )
                              )
```

```
      BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
             UNITED STATES DISTRICT JUDGE
```

**JURY TRIAL - DAY FIFTY-THREE**

```
     John J. Moakley United States Courthouse
                 Courtroom No. 9
                One Courthouse Way
          Boston, Massachusetts  02210
            Thursday, April 30, 2015
                    10:27 a.m.


          Marcia G. Patrisso, RMR, CRR
             Official Court Reporter
         John J. Moakley U.S. Courthouse
         One Courthouse Way, Room 3510
           Boston, Massachusetts  02210
                 (617) 737-8728

    Mechanical Steno - Computer-Aided Transcript
```

```
 1   APPEARANCES:

 2        OFFICE OF THE UNITED STATES ATTORNEY
          By: William D. Weinreb, Aloke Chakravarty and
 3            Nadine Pellegrini, Assistant U.S. Attorneys
          John Joseph Moakley Federal Courthouse
 4        Suite 9200
          Boston, Massachusetts  02210
 5        - and -
          UNITED STATES DEPARTMENT OF JUSTICE
 6        By: Steven D. Mellin, Assistant U.S. Attorney
          Capital Case Section
 7        1331 F Street, N.W.
          Washington, D.C.  20530
 8        On Behalf of the Government

 9        FEDERAL PUBLIC DEFENDER OFFICE
          By: Miriam Conrad, William W. Fick and Timothy G. Watkins,
10            Federal Public Defenders
          51 Sleeper Street
11        Fifth Floor
          Boston, Massachusetts  02210
12        - and -
          CLARKE & RICE, APC
13        By: Judy Clarke, Esq.
          1010 Second Avenue
14        Suite 1800
          San Diego, California  92101
15        - and -
          LAW OFFICE OF DAVID I. BRUCK
16        By: David I. Bruck, Esq.
          220 Sydney Lewis Hall
17        Lexington, Virginia  24450
          On Behalf of the Defendant
18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2            THE CLERK:  All rise for the Court.
 3            (The Court enters the courtroom at 10:27 a.m.)
 4            THE CLERK:  Please be seated.
 5            THE COURT:  This will be brief.  I just want to make a
 6   public announcement that one of our jurors has a temporary
 7   illness which makes it inadvisable for the juror to participate
 8   today, and so we're going to suspend the trial for today and
 9   resume on the regular schedule on Monday when we expect that
10   the temporary illness will have passed.
11            That's it.  We'll be in recess.
12            THE CLERK:  All rise for the Court.  The Court will be
13   in recess.
14            (The Court exits the courtroom and the proceedings
15   adjourned at 10:28 a.m.)
```

```
 1                    C E R T I F I C A T E
 2
 3          I, Marcia G. Patrisso, RMR, CRR, Official Reporter of
 4    the United States District Court, do hereby certify that the
 5    foregoing transcript constitutes, to the best of my skill and
 6    ability, a true and accurate transcription of my stenotype
 7    notes taken in the matter of Criminal Action No. 13-10200-GAO,
 8    United States of America v. Dzhokhar A. Tsarnaev.
 9
10    /s/ Marcia G. Patrisso
      MARCIA G. PATRISSO, RMR, CRR
11    Official Court Reporter
12
      Date:  7/25/16
13
```