UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 13-10200-GAO

UNITED STATES OF AMERICA

v.

DZHOKHAR A. TSARNAEV,
Defendant.

ORDER
September 16, 2016

O'TOOLE, D.J.

Having considered the parties' submissions regarding unsealing, the Court hereby directs the Clerk's Office to unseal the following entries and attached documents:

| | | | |
|---|---|---|---|
| 303.02 | 400.02 | 603 | 679 |
| 303.04 | 400.03 | 604.02 | 692 |
| 328 | 400.04 | 610 | 727.01 |
| 328.01 | 400.05 | 611 | 741.02 |
| 349A | 403 | 615 | 747 |
| 349B | 404 | 626 | 784.13 |
| 349C | 404.01 | 626.01 | 784.14 |
| 349D | 404.02 | 626.02 | 789.28 |
| 349E | 404.03 | 626.03 | 789.29 |
| 349F | 404.04 | 626.04 | 814.02 |
| 349G | 439 | 626.05 | 913 |
| 349I | 440.02 | 633 | 913.01 |
| 349K | 440.03 | 635 | 921 |
| 349L | 444 | 635.01 | 960 |
| 349M | 445 | 635.02 | 1059 |
| 349N | 464.02 | 635.03 | 1095 |
| 387.01 | 464.04 | 635.04 | 1284 |
| 388.01 | 466.02 | 658 | 1292 |
| 400 | 466.04 | 658.01 | 1507 |
| 400.01 | 568 | 664 | |

1

The following docket entries shall have redacted copies of the sealed documents added to the public docket:

| | | | |
|---|---|---|---|
| 303.06 | 604.04 | 818.11 | 1209 |
| 349H | 604.06 | 825.01 | 1227.01 |
| 349J | 604.07 | 848.02 | 1253 |
| 440.05 | 604.08 | 848.03 | 1282.02 |
| 440.06 | 604.09 | 850.03 | 1282.03 |
| 464.01 | 669 | 858.01 | 1284.01 |
| 464.03 | 698 | 867 | 1284.02 |
| 466.01 | 741 | 868 | 1292.01 |
| 466.03 | 741.01 | 875.01 | 1327 |
| 568.06 | 749 | 875.02 | 1346.01 |
| 602.03 | 784.15 | 898 | 1371 |
| 602.04 | 785.05 | 934.01 | 1376 |
| 602.06 | 785.06 | 936 | 1379.01 |
| 602.07 | 786.13 | 1059.01 | 1380.01 |
| 602.08 | 812.13 | 1069 | 1400.01[1] |
| 602.09 | 814.03 | 1182 | |
| 604.03 | 814.04 | 1201.01 | |

The following docket entries addressed by the parties shall remain sealed:

| | | | |
|---|---|---|---|
| 951.01 | 975 | 1094.01 | 1106.02 |
| 952.01 | 981 | 1094.03 | 1124 |
| 958 | 994 | 1096 | 1125 |
| 959 | 994.01 | 1097 | 1126 |
| 960.01 | 1042.01 | 1100.01 | 1127 |
| 961.01 | 1042.02 | 1100.03 | 1128 |
| 967 | 1064 | 1105.01 | 1400.02 |
| 968 | 1065 | 1106.01 | 1509 |

---

[1] With respect to Docket No. 1400.01, the only paper as to which the parties disagree concerning the redactions to be made, the defendant's suggested redactions will be used except for an additional redaction on page four of the seven words following "The prosecution knew at the time that there was contrary evidence, . . ."

3

      The technical process of executing this Order by the Clerk will proceed as expeditiously as practicable.

      It is SO ORDERED.

                                   /s/ George A. O'Toole, Jr.
                                   United States District Judge