# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 13-10200 (GAO) |
| ) | |
| DZHOKHAR TSARNAEV ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Undersigned counsel hereby moves, under Local Rule 83.5.3, that this Court admit attorney David E. Patton *pro hac vice* to represent defendant, Dzhokhar Tsarnaev. Mr. Patton is admitted to practice in the state of New York, as stated in his affidavit, attached hereto.

DZHOKHAR TSARNAEV

By his attorney:

/s/ Miriam Conrad
Miriam Conrad
B.B.O. #550223
Federal Defender Office
51 Sleeper Street, Fifth Floor
Boston, MA 02210
Tel: 617-223-8061

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on December 20, 2016.

/s/ Miriam Conrad