## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 13-10200 (GAO) |
| ) | |
| DZHOKHAR TSARNAEV ) | |

I, David E. Patton, hereby state the following under the pains and penalties of perjury:

1. I am a member of the bar of the United States District Courts for the Southern District of New York and the Eastern District of New York and the courts of the state of New York.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

David E. Patton

December 19, 2016