AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Dzhokhar Tsarnaev

**APPEARANCE**

Case Number: 13 Cr. 102

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dzhokhar Tsarnaev

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

☐ CJA Appointment
☑ Federal Public Defender
☐ Retained
☐ Pro Bono

12/30/2016
Date

Signature

David Patton — 3926813
Print Name — Bar Number

Federal Defenders of NY, 52 Duane St., 10th Floor
Address

New York — NY — 10007
City — State — Zip Code

(212) 417-8738 — (212) 571-0392
Phone Number — Fax Number