**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR NO. 13-CR-10200-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| **DZHOKHAR A. TSARNAEV** | ) | |

**GOVERNMENT'S MOTION TO FILE**
**ATTACHMENT EX PARTE AND UNDER SEAL**

The United States of America seeks leave to file Ex Parte and Under Seal the attachment to its Motion to Disclose to the Defense Specific Documents and Transcripts Previously Filed Ex Parte. The attachment includes Ex Parte and Sealed documents and transcripts that the government believes should be disclosed to the defense in connection with the pending appellate proceedings. Because all of these materials are currently Ex Parte and Under Seal, the attachment itself should also be filed Ex Parte and Under Seal.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

Date: January 31, 2017

/s/ Aloke Chakravarty
Aloke Chakravarty
Assistant United States Attorney