UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 13-CR-10200-GAO |
| DZHOKHAR TSARNAEV | |

**FILED UNDER SEAL**

**SEALED MOTION TO SEAL MOTION FOR DISCLOSURE OF GOVERNMENT *EX PARTE* FILINGS AND PROCEEDINGS**

Defendant-Appellant, Dzhokhar Tsarnaev, by and through counsel, moves this Court for leave to file under seal this Motion and the attached Motion for Disclosure of Government *Ex Parte* Filings and Proceedings. As grounds for this motion, the Defendant-Appellant states that the attached motion pertains to sealed government filings and proceedings.

Respectfully submitted,

DZHOKHAR TSARNAEV

by his attorneys

/s/ David Patton
David Patton, Esq. (NY Bar # 3926813)
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8700
DAVID_PATTON@FD.ORG

1

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

## CERTIFICATE OF SERVICE

I certify that the attached Sealed Motion to Seal Motion to Disclose *Ex Parte* Filings and Proceedings has been served upon counsel for the United States by e-mail PDF on this the 21st day of February 2017, including the following:

Aloke Chakravarty, Esq.
U.S. Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
Aloke.Chakravarty@usdoj.gov

David Patton, Esq. (NY Bar # 3926813)
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8700
DAVID_PATTON@FD.ORG