UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 13-CR-10200-GAO |
| DZHOKHAR TSARNAEV | |

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY

Defendant-Appellant, Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the Court grant him leave to file the attached Defendant-Appellant's Reply to Government's Opposition to Defendant-Appellant's Sealed Motion to Disclose *Ex Parte* Filings and Proceedings [DE 1722]. The defendant-appellant seeks leave to file a reply to address arguments raised by the Government's Opposition. Government counsel has no objection to this request.

Respectfully submitted,

DZHOKHAR TSARNAEV

by his attorneys

David Patton, Esq. (NY Bar # 3926813)
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8700
DAVID_PATTON@FD.ORG

1

Judy Clarke, Esq. (CA Bar # 76071)
CLARKE & RICE, APC
1010 Second Avenue, Suite 1800
San Diego, CA 92101
(619) 308-8484
JUDYCLARKE@JCSRLAW.NET

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on March 13, 2017, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including:

Aloke Chakravarty, Esq.
U.S. Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
Aloke.Chakravarty@usdoj.gov

/s/ DPW
_____
David Patton, Esq. (NY Bar # 3926813)
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8700
DAVID_PATTON@FD.ORG