IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-CR-10200-GAO |

**JOINT MOTION TO UNSEAL SPECIFIED TRANSCRIPTS AND PLEADINGS**

Defendant, Dzhokhar Tsarnaev, and the United States, by and through counsel, jointly move to unseal, either in their entirety or with agreed-upon redactions, as specified in the charts below: additional pleadings (pursuant to the Court's Order of December 16, 2015 [DE 1605]); the questionnaires of the seated jurors and alternates; and the entirety of the *voir dire* and the lobby conferences.

The parties submit that the following pleadings and transcripts may be unsealed in their entirety:[1]

| Docket No. | Date | Document |
|---|---|---|
| 145 | 11/12/2013 | Government's Sealed Ex Parte Motion to Seal |
| 146 | 11/12/2013 | Ex Parte Order granting 145 |
| 295-4 to -8 | 5/7/2014 | Exhibits to Motion to Suppress Statements |
| 327 | 5/23/2014 | Government's Opposition to Defendant's Motion to Suppress Statements |
| 411 | 7/8/2014 | Sealed Motion for Leave to File Document Under Seal |
| 413 | 7/8/2014 | Sealed Notice Regarding Ongoing Investigation |

---

[1] One of these sealed pleadings was filed but does not appear to have been docketed: the Government's Motion in Limine to Exclude Defense Exhibits 3249 and 3249a (no DE). A copy of this pleading will be filed separately, under seal.

| | | |
|---|---|---|
| 429 | 7/22/2014 | Sealed Motion for Leave to File Document Under Seal |
| 435 | 7/23/2014 | Sealed and Ex Parte Order granting 429 |
| 436 | 7/23/2014 | Second Sealed Notice Regarding Ongoing Investigation |
| 574 | 9/22/2014 | Government's Sealed Ex Parte Motion to Seal |
| 575 | 9/22/2014 | Sealed and Ex Parte Order granting 574 |
| 599 | 10/10/2014 | Government's Sealed Ex Parte Motion to Seal |
| 600 | 10/10/2014 | Sealed and Ex Parte Order granting 599 |
| 602-8 | 10/10/2014 | Exhibit H: Letter dated 08/15/2014 to Defense Counsel from Prosecution |
| 867 | 12/30/2014 | Government's Motion in Limine to Preclude Any Reference to Waltham Triple Homicide or Other Alleged Bad Acts of Tamerlan Tsarnaev |
| 868 | 12/30/2014 | Government's Motion in Limine to Preclude Reference to Plea Negotiations |
| 1034 | | Transcript: Sealed Jury Trial Day 18 (empanelment) as to DT held 2/13 |
| 1100-1; 1100-3 | 2/27/2015 | Exhibit 1: Defendant's Motion to Excuse Juror 138 for Cause Based on Newly Discovered Information; Exhibit 3: Defendant's Motion to Excuse Juror 286 for Cause Based on Newly Discovered Information |
| 1105-1 | 3/2/2015 | Exhibit 1: Defendant's Reply to Government's Opposition to Motion to Excuse Jurors for Cause Based on Newly Discovered Information |
| 1133 | | Transcript: Sealed Lobby Conference 3/3/15 12:45pm |
| 1146 | | Transcript: Sealed Lobby Conference 3/12/15 |
| 1170 | 3/3/2015 | Peremptory Challenges |
| 1243 | | Transcript: Excerpt Day 43 (closing argument and rebuttal) held on 4/6/15 |
| 1297 | | Transcript: Sealed Motion Hearing 4/13/15 |
| 1306 | | Transcript: Sealed Lobby Conference 4/17/15 |
| 1326 | 4/24/2015 | Supplemental Memorandum in Opposition to Government's Motion in Limine to Preclude Any Reference to Waltham Triple Homicide or Other Alleged Bad Acts of Tamerlan Tsarnaev |
| 1327 | 4/24/2015 | Opposition to Government's Motion in Limine to Preclude Any Reference to Waltham Triple Homicide or Other Alleged Bad Acts of Tamerlan Tsarnaev |
| 1395 | | Transcript: Sealed Lobby Conference 4/24/15 |
| 1444 | | Transcript: Sealed Lobby Conference 5/11/15 |
| 1445 | | Transcript: Sealed Lobby Conference 5/11/15 #2 |
| 1446 | | Transcript: Sealed Lobby Conference 5/12/15 |
| 1509 | 8/19/2015 | Memorandum in Support of Motion for Judgment Notwithstanding Verdict and for New Trial |
| 1510 | | Transcript: Sealed Lobby Conference 5/13/15 |
| 1521 | | Transcript: Sealed Lobby Conference 3/2/15 |
| 1526 | | Transcript: Sealed Lobby Conference 3/9/15 |
| 1527 | | Transcript: Sealed Lobby Conference 3/10/15 |
| 1540 | | Transcript: Sealed Lobby Conference 3/11/15 |
| 1541 | | Transcript: Sidebar with seated jurors 4/6/15 |
| 1548 | | Transcript: Sealed Lobby Conference 3/17/15 |
| 1553 | | Transcript: Sealed Lobby Conference 3/24/15 |

| | | |
|---|---|---|
| 1562 | | Transcript: Sealed Lobby Conference 3/18/15 |
| 1573 | | Transcript: Sealed Lobby Conference 3/31/15 |
| 1574 | | Transcript: Sealed Lobby Conference 3/30/15 |
| 1577 | | Transcript: Sealed Afternoon Lobby Conference 3/31/15 |
| 1586 | | Transcript: Sealed Lobby Conference 4/8/15 |
| 1602 | | Transcript: Sealed Lobby Conference 4/21/15 |
| 1613 | | Transcript: Sealed Lobby Conference 4/23/15 |
| 1621 | | Transcript: Sealed Lobby Conference 4/28/15 |
| 1629 | | Transcript: Sealed Lobby Conference 4/29/15 |
| 1630 | | Transcript: Sealed Lobby Conference 4/30/15 |
| 1631 | | Transcript: Sealed Lobby Conference 5/6/15 |
| 1632 | | Transcript: Sealed Lobby Conference 5/7/15 |
| 1633 | | Transcript: Sealed Lobby Conference 6/23/15 |
| 1656 | | Transcript: Sealed Lobby Conference 12/18/14 |
| 1657 | | Transcript: Sealed Jury Trial Day 44 (Redacted Sidebar Conference) held 4/7/2015 |
| 1658 | | Transcript: Sealed Jury Trial Day 45 (Redacted Sidebar Conference) held 4/8/2015 |
| 1663 | | Transcript: Sealed Lobby Conference 12/26/14 |
| 1664 | | Transcript: Sealed Lobby Conference 1/9/15 |
| 1666 | | Transcript: Sealed Lobby Conference 3/3/15 at 10:41 am |
| 1670 | | Government Ex Parte Conference 12/08/2014 3:03pm |
| 1671 | | Government Ex Parte Conference 02/26/15 3:35pm |
| 1735 | | Transcript: Sealed Lobby Conference from Day 57 held 5/7/2015 |
| No DE | | 5/6/15 Government's MIL to Exclude Defense Exhibits 3249 and 3249a (only main motion, not exhibits) |

The parties submit that the following pleadings, transcripts and questionnaires of seated jurors may be unsealed with redactions of material (1) that is subject to Fed. R. Crim. P. 49.1(a), or (2) that is irrelevant to a judicial determination of either party's substantive rights, implicates protected privacy interests, or otherwise presents a need for continued sealing that outweighs the need for public disclosure. See United States v. Kravetz, 706 F.3d 47 (1st Cir. 2013):[2]

---

[2] For each pleading or transcript for which we propose redactions, a redacted copy of the document will be filed separately under seal so that it may be docketed, if it meets with the Court's approval.

| Docket No. | Transcript | Page and line numbers for redactions |
|---|---|---|
| 987 | Transcript: Sealed Lobby Conference 1/2/15 | 27.12 to 31.7 |
| 988 | Transcript: Sealed Lobby Conference 12/30/14 | 5.3-4 |
| 1006 | Transcript: Sealed Jury Trial Day 4 (empanelment) held on 1/15 | 48.17-49.10, 49.13-52.14, 54.11, 83.16-86.14, 89.20-91.8, 100.17-101.18, 108.5-109.4, 128.9-130.4, 140.14, 153.6-153.7, 153.11, 158.9, 158.12, 158.14, 158.15, 158.17, 158.18, 158.19, 159.4, 159.9, 159.16, 160.11, 160.12, 160.15, 160.16, 160.19, 173.15, 180.19-181.10, 181.24-182.7, 187.21, 190.14. |
| 1007 | Transcript: Sealed Jury Trial Day 5 (empanelment) held on 1/16 | 36.1-37.1, 49.16, 65.11, 129.4-130.25, 131.3-131.5, 176.5 |
| 1008 | Transcript: Sealed Jury Trial Day 6 (empanelment) held on 1/20 | 15.23-18.25, 47.4-48.4, 49.17-50.11, 80.2, 80.4, 85.2-86.20, 133.16-134.13, 176.5, 205.9-206.12 |
| 1009 | Transcript: Sealed Jury Trial Day 7 (empanelment) held on 1/21 | 110.3-111.10, 111.24-111.25 |
| 1010 | Transcript: Sealed Jury Trial Day 8 (empanelment) held on 1/22 | 28.1-29.13, 94.19-100.25 |
| 1011 | Transcript: Sealed Jury Trial Day 9 (empanelment) held on 1/23 | 18.1-19.14, 32.3-35.7, 62.2, 110.12-110.13, 152.15-153.20, 169.20-172.4, 198.17, 200.7-200.8, 203.15, 204.19-205.11, 208.23-209.8, 209.22, 211.24-211.25, 214.21-215.13 |
| 1012 | Transcript: Sealed Jury Trial Day 10 (empanelment) held 1/26 | 10.7-25, 11.9-13, 18.4-19.9, 66.21-68.14, 73.3-76.6, 76.19-76.20, 82.4-85.19, 158.11-159.5, 162.5-162.21 |
| 1013 | Transcript: Sealed Jury Trial Day 11 (empanelment) held 1/29 | 52.2-8, 53.16-56.3 |
| 1014 | Transcript: Sealed Jury Trial Day 12 (empanelment) held 1/30 | 28.21-29.14, 59.21-62.20, 63.10-63.15, 66.17-67.12, 80.13-81.11 |
| 1015 | Transcript: Sealed Jury Trial Day 13 (empanelment) held 2/4 | 23.5-24.8, 63.3-6, 63.15-64.14, 175.1-2 |
| 1019 | Transcript: Sealed Jury Trial Day 14 (empanelment) held 2/5 | 33.19-34.2, 34.4-8, 87.7-89.19, 104.17-20, 175.10 |
| 1024 | Transcript: Sealed Jury Trial Day 15 (empanelment) held 2/6 | 59.1-6, 176.8, 194.4-196.15, 196.23-197.3, 204.12-205.4, 223.6, 224.8 |
| 1026 | Transcript: Sealed Jury Trial Day 16 (empanelment) held 2/11 | 11.24-25, 36.7-9, 41.23-43.1, 152.11-153.24, 160.16-162, 173.7-174.25, 202.1-206.23 |
| 1028 | Transcript: Sealed Jury Trial Day 17 (empanelment) held on 2/12 | 32.13-33.2, 33.9-35.20; 54.24; 59.23, 113.17-114.6; 117.6-118.1, 120.24 |
| 1041 | Transcript: Sealed Jury Trial Day 19 (empanelment) as to DT held 2/17 | 89.8-90.17, 120.23-123.2, 127.24-129.10 |
| 1049 | Transcript: Sealed Jury Trial Day 20 (empanelment) held 2/18 | 10.5-6, 25.25, 53.18-57.15, 89.3-89.4, 108.23-109.14, 109.23-110.23, 173.6-174.8, 181.11-183.13 |
| 1052 | Transcript: Sealed Jury Trial Day 21 (empanelment) held 2/19 | 10.2-10, 15.6-16.5, 43.16-45.8, |
| 1058 | Transcript: Sealed Jury Trial Day 22 (empanelment) held on 2/20 | 22.3-22.25, 31.12-33.8, 67.2-3, 81.15-22 |

| | | |
|---|---|---|
| 1075 | Transcript: Sealed Jury Trial Day 23 (empanelment) as to DT held 2/24 | 28.20, 40.1-41.6, 41.8-42.13, 60.19-61.14, 63.17-65.14, 77.18-78.5, 81.1-83.5, 152.24-153.8, 161.11 |
| 1083 | Transcript: Sealed Jury Trial Day 24 (empanelment) held 2/25 | 79.7-79.8, 108.25, 109.5, 113.12 |
| 1522 | Transcript: Sealed Lobby Conference 3/3/15 at 10:10 am | 5.3; 5.4; 5.5 |
| 1665 | Transcript: Sealed Lobby Conference 1/14/15 | 14.22, 15.22-23, 16.3, 19.9, 19.19 |
| 1100-2; 1100-4 | Exhibits 2 and 4; 2 Facebook materials; 4 Twitter materials | Exhibit 2: names and photos of juror's Facebook friends; Exhibit 4: juror's Twitter photo; photos and Twitter handles of civilians |
| 1106-1 | Exhibit 1: Opposition to Defendant's Last-Minute Motions to Strike Various Qualified Jurors for Cause and Request to Foreclose Further Motion to Strike and Further Briefing on the Already-filed Motions to Strike | Names of prospective jurors who were not seated |
| 1509-B | Exhibit B pages: 2015-05-15 Mike Neal's status 4:20pm Parts 1 & 2; 2015-05-15 Mike Neal's friend's status; 2015-06-24 Kimberly Savage's status; 2015-06-24 Mike Neal's status 6:52am; 2015-06-24 Mike Neal's status 12:23pm; 2015-06-25 Mike Neal's status | Names and photos of friends of jurors |
| No DE | Juror Questionnaire Numbers 35, 41, 83, 102, 138, 229, 286, 349, 395, 441, 480, 487, 552, 567, 588, 598, 608, 638 | DOBs of juror; full addresses; age, occupation, residences of jurors' children and siblings (except for Juror 286); anything marked "private" by jurors |

Respectfully submitted,

DZHOKHAR TSARNAEV

by his attorneys,
/s/ David Patton
David Patton, Esq. (NY Bar # 3926813)
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8700
DAVID_PATTON@FD.ORG

ANDREW E. LELLING
United States Attorney

By: /s/ Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney

Clifford Gardner, Esq. (CA Bar # 93782)
Law Offices of Cliff Gardner
1448 San Pablo Avenue
Berkeley, CA 94702
(510) 524-1093
CASETRIS@AOL.COM

Gail K. Johnson, Esq. (CO Bar # 29703)
Johnson & Klein, PLLC
1470 Walnut Street, Suite 101
Boulder, CO 80302
(303) 444-1885
GJOHNSON@JOHNSONKLEIN.COM

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 13, 2018.

/s/ *David Patton*