IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-CR-10200-GAO |

## JOINT MOTION TO SEAL ATTACHMENTS TO
## JOINT MOTION TO UNSEAL SPECIFIED TRANSCRIPTS AND
## PLEADINGS

      Defendant-Appellant, Dzhokhar Tsarnaev, and the United States, by and through counsel, jointly move for leave to file under seal the attached documents. These documents are the attachments to the publicly filed Joint Motion To Unseal Specified Transcripts and Pleadings [DE 1737]. As grounds for this motion, the parties state that the attached documents are still under seal.

Respectfully submitted,

DZHOKHAR TSARNAEV

by his attorneys,

/s/ David Patton

David Patton, Esq. (NY Bar # 3926813)
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8700
DAVID_PATTON@FD.ORG

ANDREW E. LELLING
United States Attorney

By: /s/ Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney

Clifford Gardner, Esq. (CA Bar # 93782)
Law Offices of Cliff Gardner
1448 San Pablo Avenue
Berkeley, CA 94702
(510) 524-1093
CASETRIS@AOL.COM

Gail K. Johnson, Esq. (CO Bar # 29703)
Johnson & Klein, PLLC
1470 Walnut Street, Suite 101
Boulder, CO 80302
(303) 444-1885
GJOHNSON@JOHNSONKLEIN.COM

## Certificate of Service

I certify that the attached Joint Motion to Seal Attachments to Joint Motion To Unseal Specified Transcripts And Pleadings has been served upon counsel for the United States by electronic mail on this the 13th day of July 2018, including the following:

William A. Glaser
U.S. Department of Justice, Crim. Div., App. Sec.
950 Pennsylvania Ave. NW, Suite 1264
Washington, DC 20530

Joseph F. Palmer
U.S. Department of Justice, NSD
950 Pennsylvania Ave., NW, Suite 6500
Washington, DC 20530

Nadine Pellegrini
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02110-0000

/s/ David Patton

David Patton, Esq. (NY Bar # 3926813
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8700
DAVID_PATTON@FD.ORG