


# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 13cr10200-GAO
USCA Docket Number: 16-6001

UNITED STATES OF AMERICA

v.

DZHOKHAR TSARNAEV

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed  X  paper documents ____ electronic documents:

**Main Documents:**

   Document Numbers: _____

**Other Documents:**

   Sealed Records:

   Document Numbers: ECF Nos. 266 and 1736 (ONE CD-ROM) (IN CAMERA - EX PARTE - SEALED)

   *Ex parte* Records:

   Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on AUGUST 6, 2018.

ROBERT M. FARRELL
Clerk of Court

By: /s/MATTHEW A. PAINE
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/6/18.

Deputy Clerk, US Court of Appeals