**Offered and Admitted Exhibits by Day**

Guilt Phase:

| Trial Date | Defense or Government Exhibit? | Exhibit Number | Description | ID | Admitted |
|---|---|---|---|---|---|
| 3/4/15 Day 27 | Government | 1 | Photo of finish line | | p. 90 |
| | Government | 2 | Photo of finish line | | p. 90 |
| | Government | 3 | Photo of finish line | | p. 90 |
| | Government | 4 | Photo of finish line | | p. 90 |
| | Government | 5 | Video Captured from photo bridge at BM 2013 | | p. 90 |
| | Government | 774 | Diagrams of area on Boylston Street leading up to finish line | p. 90 | Chalk |
| | Government | 789 | Diagrams of area on Boylston Street leading up to finish line | p. 90 | Chalk |
| | Government | 790 | Diagrams of area on Boylston Street leading up to finish line | p. 90 | Chalk |
| | Government | 791 | Diagrams of area on Boylston Street leading up to finish line | p. 90 | Chalk |
| | Government | 6 | Photo outside Marathon Sports | | p. 110 |
| | Government | 7 | Surveillance video from cameras in Marathon Sports | | p. 110 |
| | Government | 8 | Photo outside Marathon Sports | | p. 110 |
| | Government | 9 | Photo outside Marathon Sports | | p. 110 |
| | Government | 11A | Video taken by Kilgore | | p. 127 |
| | Government | 11B | Video after blast | | p. 129 |
| | Government | 11C | Video after blast | | p. 129 |
| | Government | 12 | Video after blast | | p. 150 |
| | Government | 16 | Video after blast | | p. 150 |
| | Government | 18 | Photo before explosion | | p. 150 |
| | Government | 1473 | Photo | | p. 150 |
| | Government | 13 | Photo | | p. 163 |
| | Government | 14 | Video | | p. 163 |
| | Government | 15 | Photo of McWatters | | p. 175 |
| | Government | 17 | Photo of Campbell | | p. 184 |
| 3/5/15 Day 28 | Government | 23 | Surveillance video from Forum | | p. 67 |
| | Government | 919 | GPS device | p. 67 | Chalk |
| | Government | 1152-03 | Maps | p. 69 | Chalk |
| | Government | 1152-05 | Maps | p. 69 | Chalk |

| | Government | 1152-06 | Maps | p. 69 | Chalk |
|---|---|---|---|---|---|
| | Government | 29 | Photo of 2nd bomb location | | p. 76 |
| | Government | 27 | Photo of Aaron Hern | | p. 81 |
| | Government | 28 | Photo of Aaron Hern | | p. 83 |
| | Government | 21-49 | Photos outside Forum after blast | | p. 110 |
| | Government | 21-50 | Photos outside Forum after blast | | p. 110 |
| | Government | 21-51 | Photos outside Forum after blast | | p. 110 |
| 3/5/15 | Government | 21-52 | Photos outside Forum after blast | | p. 110 |
| Day 28 | Government | 24 | Photo outside of Forum | | p. 128 |
| | Government | 25 | Photo - R. Sdoia tourniquet on her leg | | p. 130 |
| | Government | 26 | Photo of R. Sdoia being carried | | p. 131 |
| | Government | 21-13 | Photos of Thomas Barrett the scene | | p. 150 |
| | Government | 21-25 | Photos of Thomas Barrett the scene | | p. 150 |
| | Government | 21-26 | Photos of Thomas Barrett the scene | | p. 150 |
| | Government | 21-39 | Photos of Thomas Barrett the scene | | p. 150 |
| | Government | 634 | Photos of Thomas Barrett the scene | | p. 150 |
| | Government | 30 | Photos of Thomas Barrett the scene | | p. 150 |
| | Government | 37 | Photo of the Richards | | p. 160 |
| | Government | 21-2 | Photo Richards after 1st blast | | p. 167 |
| | Government | 34 | Forum Photo after 2nd blast | | p. 169 |
| | Government | 32 | Forum Photo after 2nd blast | | p. 172 |
| | Government | 36 | Video Clip of Forum Video | | p. 178 |
| | Government | 39 | Richard family post-blast | | p. 179 |

| | Government | 20 | Photo after blast | | p. 36 |
|---|---|---|---|---|---|
| 3/9/15 | Government | 1474A | Bag with two Kensky clothing items | | p. 38 |
| Day 29 | Government | 21-1 | Photo of Zhou and Lu before 2nd blast | | p. 53 |
| | Government | 21-3 | Photo of Zhou and Lu before 2nd blast | | p. 53 |
| | Government | 1499 | Photo of Lingzi Lu | | p. 67 |
| | Government | 1500 | Photo of Lingzi Lu | | p. 67 |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 1501 | Photo of Lingzi Lu | | p. 67 |
| | Government | 41 | Video of Matthew Patterson | | p. 77 |
| | Government | 40 | Photo of Patterson with Jane Richards | | p. 79 |
| | Government | 21-43 | Photo James Bath on Marathon Mon. | | p. 94 |
| | Government | 21-44 | Photo James Bath on Marathon Mon. | | p. 94 |
| | Government | 21-47 | Photo James Bath on Marathon Mon. | | p. 94 |
| 3/9/15 Day 29 | Government | 1170 | T-Mobile Business records | | p. 99 |
| | Government | 1171 | T-Mobile Business records | | p. 99 |
| | Government | 1172 | T-Mobile Business records | | p. 99 |
| | Government | 22 | Photos and videos | | p. 115 |
| | Government | 623 | Diagram of TT & DT exit paths | p. 116 | Chalk |
| | Government | 620 | Diagram of security cameras | p. 118 | Chalk |
| | Government | 1511 | Image of 2nd blast *[listed as 15-11 in transcript but 1511 is a photo of 2nd blast and there is no 15-11]* | | p. 128 |
| | Government | 633 | Chart on hospitals people went to | p. 152 | Chalk |
| | Government | 1456 | Video recording of Whole Foods | | p. 171 |
| | Government | 1502 | Receipt from Whole Foods for milk | | p. 173 |
| | Government | 1180H5 | Swipe date from Umass Dartmouth Fitness Center | | p. 178 |
| | Government | 1504 | Screenshot from Umass Surveillance Video at gym | | p. 183 |
| | Government | 1181 | Video clip from Umass Surveillance Video | | p. 183 |
| | Government | 1182 | Clip from Umass Surveillance Video | | p. 184 |
| | Government | 1183 | Clip from Umass Surveillance video | | p. 184 |
| | Government | 1505 | Still from Umass Surveillance Video | | p. 185 |
| | Government | 1506 | Still from Umass Surveillance Video | | p. 185 |
| | Government | 1274 | Twitter account J_tsar | | p. 190 |
| | Government | 1264 | Twitter account Al_FirdausiA | | p. 190 |
| | Government | 1275 - 1320 | Tweets from exh. 1264 and 1274 | | p. 194 |
| | Government | 1267 | Tweets from Al_FirdausiA | | p. 202 |
| | Government | 1268 | Tweets from Al_FirdausiA | | p. 202 |
| | Government | 1269 | Tweets from Al_FirdausiA | | p. 202 |
| | Government | 1270 | Tweets from Al_FirdausiA | | p. 202 |

| | | | | | |
|---|---|---|---|---|---|
| 3/9/15<br>Day 29 | Government | 1271 | Tweets from Al_FirdausiA | | p. 202 |
| | Government | 1272 | Tweets from Al_FirdausiA | | p. 202 |
| | Government | 1273 | Tweets from Al_FirdausiA | | p. 202 |
| | Government | 1266 | Screenshot of Al_FirdausiA page | | p. 202 |

| | | | | | |
|---|---|---|---|---|---|
| 3/10/15<br>Day 30 | Government | 826 | Photos of inside of boat | | p. 46 |
| | Government | 827 | Photo of inside of boat | | p. 46 |
| | Government | 828 | Photo of inside of boat | | p. 46 |
| | Government | 830 | Transcript of writing in boat | | p. 47 |
| | Government | 421 | Can of BBs | | p. 61 |
| | Government | 136 | Analyzed items from laboratory can (Q122) | | p. 90 |
| | Government | 137 | Analyzed items from laboratory can (Q122.1) | | p. 90 |
| | Government | 620 | Scene B (later admitted) | p. 101 | Chalk |
| | Government | 42 - 618 | Bagged items from bomb scene | | p. 132 |
| | Government | 620 | Layers admitted:<br>Boylston Street<br>Boylston Street camera locations<br>Scene 1<br>Scene A<br>Scene 2<br>Scene B | | p. 134 |

| | | | | | |
|---|---|---|---|---|---|
| 3/11/15<br>Day 31 | Government | 1440 | Chad Fitzgerald presentation re cell tower data | p. 33 | Chalk |
| | Government | 1485 | Chad Fitzgerald presentation | p. 64 | Chalk |
| | Government | 1507 | Poster board of suspect(s) | | p. 107 |
| | Government | 1508 | Poster board of suspect (DT) | | p. 107 |
| | Government | 1510 | Poster board of suspect(s) | | p. 107 |
| | Government | 676 | Photos, Sean Collier in/out of uniform | | p. 121 |
| | Government | 678 | Photos, Sean Collier in/out of uniform | | p. 121 |
| | Government | 679 | Audio Recording - 911 Call | | p. 136 |
| | Government | 686 | Audio Recording - Radio Transmission | | p. 138 |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 680 | Photo of North Court | | p. 141 |
| | Government | 681 | Photo of zoomed in Koch Institute and Stata Center | | p. 144 |
| | Government | 682 | Diagram of overview of North Court | | p. 144 |
| | Government | 685 | Diagram of Koch Institute | | p. 146 |
| | Government | 687 | Audio Recording - Radio Traffic | | p. 155 |
| | Government | 688 | Photo of area where Collier was shot | | p. 159 |
| | Government | 689 | Photo of area where Collier was shot | | p. 159 |
| 3/11/15 Day 31 | Government | 690 | Photo of area where Collier was shot | | p. 159 |
| | Government | 691 | Collier's holster with fake gun | p. 161 | Chalk |
| | Government | 692 | Photo of Collier's Garrison belt | | p. 163 |
| | Government | 693 | Photo of Collier's Garrison belt | | p. 163 |
| | Government | 721 | Photo of Building 54 | | p. 176 |
| | Government | 722 | Photo of 360 view of North Court | | p. 177 |
| | Government | 723 | Video Surveillance | | p. 179 |
| | Government | 724 | Segment of Video Surveillance | | p. 182 |
| | Government | 683 | Diagram | | p. 183 |
| | Government | 1461 | Photo of area where Collier was shot | | p. 186 |
| | Government | 1462 | Photo of area where Collier was shot | | p. 186 |
| | Government | 1463 | Photo of area where Collier was shot | | p. 186 |
| | Government | 1464 | Photo of area where Collier was shot | | p. 186 |
| | Government | 1465 | Photo of area where Collier was shot | | p. 186 |
| | Government | 1466 | Video Surveillance | | p. 188 |
| | Government | 1467 | Video Surveillance | | p. 188 |
| | Government | 725 | Segment of Video Surveillance | | p. 195 |
| | Government | 758 | Photos of Jahar in Adidas sweatshirt | | p. 197 |
| | Government | 761 | Photo of Jahar in Adidas sweatshirt | | p. 197 |
| | Defense | 3001 | T-Mobile Call Detail Record | | p. 84 |
| | Defense | 3002 | Phone extraction records | | p. 102 |
| | Defense | 3003 | AT&T Records | | p. 102 |

| | | | | | |
|---|---|---|---|---|---|
| 3/12/15<br>Day 32 | Government | 1458 | Screenshot of video | | p. 15 |
| | Government | 1459 | Screenshot of video | | p. 16 |
| | Government | 1519 | Photos of blood vials, Trooper Cashman's State Police ID number (2962) and the bag from the lab at Beth Israel. | | p. 18 |
| | Government | 1520 | (read above) | | p. 18 |
| | Government | 1521 | (read above) | | p. 18 |
| | Government | 694 | Photos of shell casings behind SC cruiser | | p. 23 |
| | Government | 695 | Photo of placards at crime scene | | p. 23 |
| | Government | 696 | Photo of placards at crime scene | | p. 23 |
| | Government | 697 | Photo of placards at crime scene | | p. 23 |
| | Government | 698 | Photo of 9mm discharge catridge case | | p. 23 |
| | Government | 699 | Photo of 9mm discharge catridge case | | p. 23 |
| | Government | 700 | Photo of placards at crime scene | | p. 23 |
| | Government | 701 | Photo of 9mm discharge catridge case | | p. 23 |
| | Government | 706 | Photos of inside SC cruiser, 4th shell casing, bullet fragment, radio console | | p. 26 |
| | Government | 707 | Photo of inside of Collier's car | | p. 26 |
| | Government | 708 | Close up of 9mm discharge cartridge case in SC car seat | | p. 26 |
| | Government | 709 | Photo of inside of Collier's car | | p. 26 |
| | Government | 710 | Photo of front passenger seat of SC cruiser/lead projectile | | p. 26 |
| | Government | 711 | Photo of inside of Collier's car | | p. 26 |
| | Government | 712 | Photo of inside of Collier's car | | p. 26 |
| | Government | 713 | Photo of inside of Collier's car | | p. 26 |
| | Government | 714 | Photo of inside of Collier's car | | p. 26 |
| | Government | 728 | Photo of Collier's face at autopsy | | p. 41 |
| | Government | 733 | Photo of projectile from Collier's neck | | p. 45 |
| | Government | 729 | Photo of Collier's face at autopsy | | p. 48 |
| | Government | 737 | Photo of projectile from Collier's skull | | p. 51 |
| | Government | 735 | Photo of projectile from Collier's skull | | p. 54 |

| | | | | | |
|---|---|---|---|---|---|
| 3/12/15 Day 32 | Government | 727 | Photo of Collier's right hand | | p. 59 |
| | Government | 742 | Map | | p. 68 |
| | Government | 743 | Photo of gas station | | p. 68 |
| | Government | 744 | Photo of gas station | | p. 68 |
| | Government | 745 | Photo of gas station | | p. 68 |
| | Government | 746 | Photo of gas station | | p. 71 |
| | Government | 747 | Photo of gas station | | p. 72 |
| | Government | 748 | Compilation video | | p. 75 |
| | Government | 749 | Photos from gas station store | | p. 77 |
| | Government | 750 | Photo from gas station store | | p. 77 |
| | Government | 751 | Photo of gas station | | p. 82 |
| | Government | 754 | Lease Agreement | | p. 91 |
| | Government | 753 | MVR - Mercedes | | p. 92 |
| | Government | 755 | Bank of America ATM card | | p. 113 |
| | Government | 752 | Composite audio and video 911 calls | | p. 135 |
| | Government | 795 | Photo of Mercedes | | p. 142 |
| | Government | 796 | Photo of Mercedes from the back | | p. 144 |
| | Government | 797 | Photo of serial number on car | | p. 145 |
| | Government | 768 | Bank of America records | | p. 158 |
| | Government | 769 | Bank of America records | | p. 158 |
| | Government | 756 | Surveillance video | | p. 163 |
| | Government | 756 | Surveillance video | | p. 163 |

| | | | | | |
|---|---|---|---|---|---|
| 3/16/15 Day 33 | Government | 771 | Map | | p. 39 |
| | Government | 772 | Diagram | | p. 46 |
| | Government | 1522 | Photo of DT behind a car | | p. 53 |
| | Government | 1532 | Photo of Laurel Street during the day | | p. 55 |
| | Government | 1530 | Photo of Laurel Street | | p. 57 |
| | Government | 1531 | Photo of Laurel Street | | p. 57 |
| | Government | 1533 | Photo of Laurel Street | | p. 57 |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 775 | Diagram | | p. 60 |
| | Government | 1525 | Photo of TT's arrest | | p. 68 |
| | Government | 1527 | Photo of Officer Reynold's vehicle | | p. 69 |
| | Government | 776 | Photo of explosive | | p. 72 |
| 3/16/15 Day 33 | Government | 777 | Photo of another explosive | | p. 73 |
| | Government | 845 | Photo of another explosive | | p. 73 |
| | Government | 948-7 | Photo of cruiser | | p. 74 |
| | Government | 948-8 | Photo of cruiser | | p. 75 |
| | Government | 948-285 | Photo of cruiser | | p. 76 |
| | Government | 948-174 | Photo of the route to park car | | p. 76 |
| | Government | 948-177 | Photo of bullet | | p. 77 |
| | Government | 948-178 | Photo of bullet | | p. 77 |
| | Government | 948-179 | Photo of bullet | | p. 77 |
| | Government | 1523 | Photo witness took from bedroom | | p. 136 |
| | Government | 1524 (Deft's 3006) | Photo witness took from bedroom | | p. 139 |
| | Government | 1526 | Photo of Laurel Street | | p. 143 |
| | Government | 1455 | Sateillite map of Dexter and Laurel St. | | p. 163 |
| | Defense | 3005 | Photo of DT and TT in front of Merc | | p. 82 |
| | Defense | 3006 | Photo of DT and TT in front of Merc | | p. 112 |
| | Defense | 3034 | DT coming out of boat with hands up | | p. 170 |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 798 | Photo of boat owner's house | | p. 12 |
| 3/17/15 Day 34 | Government | 804 | Photo of boat and backyard | | p. 13 |
| | Government | 806 | Photo of boat and backyard | | p. 13 |
| | Government | 801 | Photos of boat, post-arrest | | p. 16 |
| | Government | 802 | Photo of boat, post-arrest | | p. 16 |
| | Government | 803 | Photo of boat, post-arrest | | p. 16 |
| | Government | 805 | Photo of boat with torn shrink wrap | | p. 19 |
| | Government | 822 | Photo of boat interior and pencil | | p. 20 |

| | | | | | |
|---|---|---|---|---|---|
| 3/17/15<br>Day 34 | Government | 823 | Photo of boat interior and pencil | | p. 20 |
| | Government | 824 | Photo of boat interior and pencil | | p. 20 |
| | Government | 1450 | Photo of boat writing | | p. 23 |
| | Government | 1451 | Boat writing | | p. 24 |
| | Government | 926 | Stephen Silva's plea agreement | | p. 35 |
| | Government | 1179 | Photo of Stephen and DT at grad | | p. 38 |
| | Government | 930 | Photo of gun | | p. 54 |
| | Government | 928 | Stephen's gun | | p. 56 |
| | Government | 931 | Magazine from 928 | | p. 56 |
| | Government | 1185-01 | Photo of DT's home | | p. 65 |
| | Government | 1185-12 | Photo of DT's bedroom | | p. 65 |
| | Government | 1185-36 | Photo of DT's computer | | p. 65 |
| | Government | 1201 | Photo of flag in DT's room | | p. 65 |
| | Government | 820 | DT's Boston Red Sox winter hat | | p. 69 |
| | Government | 1341 | Photo of DT in bedroom | | p. 71 |
| | Government | 1178 | Photo of DT and friends in NY | | p. 73 |
| | Government | 829 | Box with slats from boat | | p. 120 |
| | Government | 807 | Photo of crime scene near boat | | p. 136 |
| | Government | 808 | Photo of area behind shed | | p. 136 |
| | Government | 810 | Photo of cell phones and debit card | | p. 136 |
| | Government | 811 | Photo of phones and debit card | | p. 136 |
| | Government | 812 | iPhone | | p. 140 |
| | Government | 815 | iPhones *[ATM card previously admitted]* | | p. 140 |
| | Defense | 3035 | Photo of boat from back on 4/20/13 | | p. 26 |
| | Defense | 3036 | Photo of close up of back of boat 4/20 | | p. 27 |
| | Defense | 3037 | Photo of stern/back of boat | | p. 28 |
| | Defense | 3027 | Photo of boat | | p. 32 |
| | Defense | 3028 | Photo of boat | | p. 32 |
| | Defense | 3029 | Photo of boat | | p. 32 |
| | Defense | 3030 | Photo of boat | | p. 32 |

| | | | | | |
|---|---|---|---|---|---|
| 3/18/15 Day 35 | Government | 831 | Photo of TVC (bomb pod) | | p. 15 |
| | Government | 832 | Photo of bomb truck | | p. 16 |
| | Government | 833 | Photo of Laurel Street on 4/19/13 | | p. 18 |
| | Government | 834 | Photo of pipe bomb, deactivated | | p. 23 |
| | Government | 964 | Explosive | | p. 24 |
| | Government | 835 | Photo of hobby fuse | | p. 27 |
| | Government | 840 | Rendered safe elbow pipe | | p. 28 |
| | Government | 842 | Close up photo of elbow pipe | | p. 29 |
| | Government | 967 | Photo of suspected device | | p. 30 |
| | Government | 843 | Photo of hobby fuse | | p. 32 |
| | Government | 866 | Photo of Honda on Laurel Street | | p. 34 |
| | Government | 852 | Photo of device removed from Merc | | p. 38 |
| | Government | 853 | Photo of device rendered safe | | p. 41 |
| | Government | 855 | Photo of Tupperware container | | p. 43 |
| | Government | 856 (same as GX 112A) | Photo of Tupperware lid | | p. 43 |
| | Government | 854 | Tupperware with lid on | | p. 45 |
| | Government | 1126 | Hobby fuses with power sample | | p. 45 |
| | Government | 782 | Photo of Mercedes bumper | | p. 54 |
| | Government | 863 | CD from Mercedes | | p. 55 |
| | Government | 3039 | Photo of Mercedes | p. 56 | |
| | Government | 1535 | Fingerprint chart | p. 77 | Chalk |
| | Government | 1536 | Fingerprint chart | p. 79 | Chalk |
| | Government | 1554 | Photo of Honda in garage | | p. 85 |
| | Government | 869 | Photo of Honda | | p. 87 |
| | Government | 870 | Photo of Honda | | p. 87 |
| | Government | 871 | Photo of Honda | | p. 87 |
| | Government | 872 | Photo of Honda | | p. 87 |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 873 | Photo of Honda | | p. 87 |
| | Government | 874 | Photo of Honda | | p. 87 |
| | Government | 875 | Photo of Honda | | p. 87 |
| 3/18/15 Day 35 | Government | 1551 | Photo of items in car | | p. 90 |
| | Government | 1553 | Photo of Honda through passenger window | | p. 91 |
| | Government | 877 | Photo of keys | | p. 93 |
| | Government | 1549 | Photo of objects | | p. 93 |
| | Government | 1550 | Photo of contents in center console | | p. 94 |
| | Government | 878 | Photo of items in backseat | | p. 95 |
| | Government | 879 | Photo of items in backseat | | p. 95 |
| | Government | 880 | Photo of items in backseat | | p. 95 |
| | Government | 881 | Photo of CD | | p. 96 |
| | Government | 1529 | Photo of DT's fingerprints | | p. 98 |
| | Government | 883 | Latent fingerprint from Honda | | p. 100 |
| | Government | 884 | Diagram | p. 101 | Chalk |
| | Government | 885 | Latent fingerprint from Honda | | p. 103 |
| | Government | 886 | Fingerprint | p. 104 | Chalk |
| | Government | 783 | Photos of Mercedes bumper | | p. 108 |
| | Government | 898 | Latent fingerprint | p. 109 | |
| | Government | 904 | Chart | p. 110 | |
| | Government | 900 | Latent fingerprint | p. 110 | |
| | Government | 902 | Latent fingerprint | p. 111 | |
| | Government | 864 | Photo of CD from Mercedes | | p. 113 |
| | Government | 865 | Photo of CD from Mercedes | | p. 113 |
| | Government | 895 | Photo of magazine and envelope | | p. 114 |
| | Government | 887 | White gloves | | p. 115 |
| | Government | 888 | Keys | | p. 115 |
| | Government | 890 | CD from Honda | | p. 115 |
| | Government | 894 | 9mm Ruger magazine | | p. 115 |
| | Government | 921 | Evidence envelope contained $952.28 in currency | | p. 125 |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 907 | Photos of gloves from car | | p. 134 |
| | Government | 908 | Photos of gloves from car | | p. 134 |
| | Government | 909 | Photos of gloves from car | | p. 134 |
| | Government | 910 | Photos of gloves from car | | p. 134 |
| 3/18/15 Day 35 | Government | 912 | DNA Comparison | p. 147 | Chalk |
| | Government | 948-37 | Metal recovered from Laurel & Dexter | | p. 184 |
| | Government | 948-524 | Computer bag | | p. 184 |
| | Government | 948-525 948-532 948-541 948-542 948-533 948-534 948-535 948-536 948-537 948-10 948-11 948-12 948-305 948-306 948-72 948-73 948-74 948-75 948-76 948-253 948-355 | (525-542) photographs; (533) messenger bag; (534) messenger bag; (535) zoomed in, pencil visible; (536) pencil and mini thumbdrive; (537) pencil, thumbdrive, zippo; (10) Honda fourdoor with pressure cooker; (11) same as -10 zoomed in a little; (12) same as -11 zoomed in more; (72) 53 Laurel Street; (73) Numbers indicated 53 Laurel; (74) Right side of 53 Laurel St.; (75) Top of pressure cooker; (76) Pressure cooker lid; (253) Toggle switch along northern side of Laurel St. in the bushes; (355) Close up of toggle switch; | | p. 184 |

| | | | | | |
|---|---|---|---|---|---|
| 3/18/15<br>Day 35 | Government | 948-99<br>948-100<br>948-101<br>948-102<br>948-103<br>948-104<br>948-307<br>948-308<br>948-309<br>948-310<br>948-416<br>948-417<br>948-38<br>948-39<br>948-210<br>948-211<br>948-552<br>948-553<br>948-33<br>948-34<br>948-40<br>948-41 | Photos (99) 55 and 57 Laurel Street;<br>(100) Close up of -99;<br>(101) damage to upper level of house;<br>(102) Marker flag on house;<br>(103) House with ladder;<br>(104) Locking mechanism on cooker;<br>(307) Residence at intersection of Laurel and Dexter Streets;<br>(308) Lawn with placard 1;<br>(309) Close up of -308;<br>(310) Piece of metal from blast;<br>(416) Intersection of Dexter and Laurel;<br>(417) Close up of -416;<br>(38) Close up of metal in lawn;<br>(39) Piece of metal in lawn marked 24;<br>(210-211) Address on Laurel St.;<br>(552) Photo w placard #58, 54;<br>(553) Close up of -552;<br>(33) & (34) End cap with damage to lower thread;<br>(40) Paper with BBs stuck to it;<br>(41) Paper with BBs stuck to it. | | p. 184 |
| | Defense | 3040-3044 | Photos of Mercedes | | p. 59 |
| | Defense | 3046-3049 | Photos of Mercedes | | p.59 |
| | Defense | 3058 | Photo of Adidas sweatshirt | | p. 130 |
| | Defense | 3061 | Adidas Sweatshirt | | p. 130 |

| | | | | | |
|---|---|---|---|---|---|
| 3/19/15<br>Day 36 | Government | 948-303 | Photo of blast seat on Laurel St. | | p. 8 |
| | Government | 1543 | Computer bag | | p. 18 |
| | Government | 975 | Documents | | p. 19 |
| | Government | 949 | Transmitter | | p. 20 |
| | Government | 950 | Transmitter | | p. 20 |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 1545 | External Hardrive | p. 20 | |
| | Government | 1547 | Item from Laurel St with "B indicator" | p. 20 | |
| | Government | 1546 | Cell phone | p. 21 | |
| | Government | 1019 | Shoulder bag | | p. 22 |
| | Government | 985 | Zippo | | p. 23 |
| 3/19/15 Day 36 | Government | 1548 | thumb drive | p. 23 | |
| | Government | 951 | Pressure cooker | | p. 26 |
| | Government | 974 | Photo of pressure cooker lid | | p. 29 |
| | Government | 772-A | Annotated diagram | | p. 30 |
| | Government | 1002 | Cardboard discs found on Laurel | | p. 32 |
| | Government | 1003 | Cardboard discs found on Laurel | | p. 32 |
| | Government | 963 (Same as GX 957 and 957A) | Toggle switch | | p. 35 |
| | Government | 948-256 | Photo of hedge line along northern end of Laurel St. | p. 35 | |
| | Government | 948-361 | Photo of hedge line, 9 volt visible | p. 35 | |
| | Government | 979 | 9-volt battery | | p. 37 |
| | Government | 1056 | Locking mechanism from cooker | | p. 39 |
| | Government | 1009 | End cap found on Dexter Avenue | | p. 45 |
| | Government | 1028 | BBs | | p. 47 |
| | Government | 1064 | BBs | | p. 47 |
| | Government | 1065 | BBs | | p. 47 |
| | Government | 953 | Handle of pressure cooker | | p. 47 |
| | Government | 1017 | Black transport bag | | p. 48 |
| | Government | 948-202 | Photos of house, front lawn, and detail | | p. 49, 57 |
| | Government | 948-203 | Photos of house, front lawn, and detail | | p. 49, 57 |
| | Government | 948-204 | Photos of house, front lawn, and detail | | p. 49, 57 |
| | Government | 948-289 | Photo of shrapnel in Honda Civic | | p. 50 |
| | Government | 775-A | Screenshot of G Ex. 775 | | p. 52 |
| | Government | 775-B | Close up of 775-A | | p. 53 |

| | Government | 1544 | Physical computer | | p. 55 |
|---|---|---|---|---|---|
| | Government | 986 | Lighter | | p. 59 |
| | Government | 1020 | Pencil | | p. 59 |
| | Government | 1027 | Photo of cap | | p. 59 |
| 3/19/15 Day 36 | Government | 1252-1 1252-2 1252-3 | Photos of apartment 69A Carriage Drive, New Bedford, MA | | p.64 |
| | Government | 1534 | Sony VAIO laptop (not data) | | p. 71 |
| | Government | 1558 | iPhone 4s (not data) | | p. 71 |
| | Government | 1557 | Chart made by Agent Swindon | p. 96 | Chalk |
| | Government | 1142 (1R6 computer) | All of 1142 were admitted, but only the following were discussed: 1142-01 Export of Internet activity; 1142-002.jump list indicating when devices were plugged into computer ; 1142-03; 1142 -06 Export of Internet activity; 1142-08 Log entry for TD3; 1142-09 Installed software; 1142-10 Security Accounts Manager file; 1142-11 Proof of valid Windows license ; 1142-12 Report of selected link files; 1142-13 List of files in "Anzor"; 1142-15 PDF "Effects of Intention"; 1142-16, 1142-17, 1142-18 files in folder "al Makdissi"; 1142-35 Inspire Magazine; 1142-36 Pdf "Join the Caravan"; 1142-41 Sheikh Anwar Awlaki:Battle of Uhud, Part 5-5, Youtube 1142-45 "Saif al Bader" Pdf; 1142-49 - 1142-70 files which all include Imam Anwar al-Awlaki; 1142-71 translated doc 1142-79, 1142-82, 1142-88, 1142-89, 1142-93 Inspire Mag; 1142-91 completeinspire.pdf; 1142-98 image in downloads folder; 1142-100 to -136 nasheeds; 1142-147 Jahar's HS essay word doc; 1142-148  578-pg pdf in Cyrillic; 1142-150 Work Resume; 1142-151"Giant file listing" | | p. 114 |
| | Government | 1143 (2r14 computer desktop from 410 Norfolk St) | All of 1143 were admitted, but only the following were discussed: 1143-01 Social media and internet activity report 1143-03 Directory listing of link files 1143-04 Log file for original imagine 1143-05 Selected user files from Umar folders 1143-05-A Complete file listing for computer (2,544 pg doc) | | p. 149 |

| | | | | | |
|---|---|---|---|---|---|
| 3/19/15 Day 36 | | | 1143-06 List of installed software<br>1143-07 File for info that holds security account for Windows<br>1143-08 Proof of valid Windows license on comp<br>1143-09 Internet activity report<br>1143-43 to 1143-64 Anwar al-Awlaki audio files<br>1143-69 Inspire March 2011 | | |
| | Government | 1144 | 3R4 - Thumbdrive from Pine Dale Hall:<br>1144-01 File listing for thumbdrive<br>1144-02 Log file<br>1144-05 Completeinspire.pdf<br>1144-06 Paystub for Katherine T.<br>1144-07-24 Jpeg of cover of Spring 2011 Inspire Magazine | | p. 158 |
| | Government | 1145 | Files extracted from an iPod shuffle:<br>1145-02 Log file<br>1145-01 File list on iPod (subset of A)<br>1145-01-A Complete file list<br>1145-24 The Man Who Went to Jannah Without Praying mp3 | | p. 163 |
| | Government | 1146 | Files extracted from an iPod nano:<br>1146-01 Derivative file listing<br>1146-01-A Complete file listing<br>1146-27 Log File | | p. 163 |
| | Government | 1141 | 3R5 Cell Phone | | p. 169 |
| | Government | 1147, 1148 | Correspond to 2V7B and 32-2 - CDs taken from Honda Civic<br>1147-03 Playlist for CD<br>1147-09 through 1147-16 files all starting with "Sheikh Anwar Awlaki and the Battle of Badr and the Battle of Uhud"<br>1148-02 screenshots of log file<br>1148-05 another log file<br>1148-07 through 1148-11 "Minor Signs of the Day, Anwar Awlaki, the Hereafter Series" | | p. 174 |
| | Government | 1142-149 | Jpeg carved from Sony Laptop | | p. 179 |

| | | | | |
|---|---|---|---|---|
| 3/19/15 Day 36 | Government | 1149 | Thumbdrive corresponding with 1W15 From Laurel Street Contains Dias' homework 1149-01 File listing 1149-01-A More complete file listing 1149-03 Term paper 1149-04 Homework assignment | p. 179 |
| | Government | 1150 | Corresponds with thumb drive 1B2734L14 from Crapo landfill in backpack 1150-01-A Complete file listing 1150-01-B Derivative file listing 1150-01 Additional Derivative file listing 1150-02 Log file 1150-03 Some translations 1150-09-02 Rental app by Katherine T 1150-10 completebalance.pdf 1150-34 1150-14-169 "A Messagae to Every Youth" | p. 182 |
| | Government | 1151 | CD containing reports for 2W1 and 2W2 Iphone 4s and Iphone 5 from Watertown 1151-10 Photo of SIM card 1151-14-report Report 1151-16 Photo of SIM card | p. 188 |
| | Government | 1475 | Corresponds to 1W16 CD External Hard drive: 1475-01 Log report 1475-02-A Complete file listing 1475-2-B Derivative file listing 1475-03 English 2612.docx 1475-04 through 1475-11 Anwar al-Awlaki lectures | p. 192 |

| | | | | |
|---|---|---|---|---|
| 3/23/15 Day 37 | Government | 1385 1386 1387 1388 1389 | Mobilsync backup data - texts and tweets | p. 9 |

| | | 1393 1395 | | | |
|---|---|---|---|---|---|
| 3/23/15 Day 37 | Government | 1153 | Redacted text messages from Kadyrbayev phone | | p. 11 |
| | Government | 1438 | Selected file listing from 1R6 | | p. 20 |
| | Government | 1405-A | Audio recordings: 1142-124 1142-110 1142-32 | p. 190, 191, 193 | Chalk |

| | | 948-433 948-212 948-230 948-231 948-268 948-270 948-271 948-259 948-277 948-293 948-244 948-264 948-261 948-265 | | | |
|---|---|---|---|---|---|
| 3/24/15 Day 38 | Government | | Photos of crime scene (433) Laurel Street; (212) Driveway at 55 Laurel Street; (230) Close up of placard #59; (231) Close up of placard #59; (268) Two backpacks; (270) Image of box between backpacks; (271) Dif angle of box; (259) Another angle of box; (277) Laurel St.; (293) Cruiser; (244) Cruiser, pressure cooker, pieces of bomb; (264) Dif angle; (261) Laurel St.; (265) Dif angle of Laurel St. | | p. 45 |
| | Government | 1567 | Lieutenant's report dated 8/22/13 | p. 66 (only Lt. saw) | |
| | Government | 702 | Photo of front seat of Collier's cruiser | | p. 70 |
| | Government | 704 | Photo of discharged cartridge in car | | p. 70 |
| | Government | 726 | 9 mm Luger caliber discharged from cartridge 13-08091 | | p. 77 |
| | Government | 934 | Pellet gun | | p. 78 |
| | Government | 943-01 | Photo of microscopic comparison from MIT shooting | p. 88 | Chalk |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 935 | 9mm Luger ammunition | | p. 92 |
| | Government | 944-01 | photo of comparison done under microscope | p. 94 shown to witness | Chalk |
| 3/24/15 Day 38 | Government | 933 | Magazine recovered from Laurel Street | | p. 96 |
| | Government | 1164 | Firing range records | | p. 111 |
| | Government | 1165 | Firing range surveillance video | | p. 111 |
| | Government | 946 | Diagram of Laurel and Dexter Streets | | p. 123 |
| | Government | 945 | Diagram with explosive and ballistic evidence | | p. 125 |
| | Government | 1563 | Field sketch | | p. 128 |
| | Government | 1559 | Photo of crime scene at Laurel St. | | p. 131 |
| | Government | 948-160 948-161 948-162 948-163 948-164 948-165 948-166 948-01 948-02 948-03 948-04 948-05 | Photos of Laurel Street area | | p. 150 |
| | Government | 937 | Photo of ammunition box | | p. 156 |
| | Government | 938 | Photo of ammunition box | | p. 156 |
| | Government | 939 | Photo of ammunition box | | p. 156 |
| | Government | 940 | Photo of ammunition box | | p. 156 |
| | Government | 914 | Chart comparing Collier's DNA and blood on keys in Honda | p. 162 | Chalk |
| | Government | 1564 | Clip of radio transmission | p. 167 | |
| | Government | 787 | Photo of Laurel Street [Mellin says this is already in evidence but there's some confusion in the record p.173] | p. 172 | |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 1180A, 1180B, 1180C, 1180E, 1180J | Umass Dartmouth records re DT | | p. 184 |
| 3/24/15 Day 38 | Government | 620 | Interactive diagram of DT's dorm room. Only the part titled "Dartmouth Dorm Room" is admitted. | | p. 202 |
| | Government | 1109 | Box containing bag of BBs | | p. 205 |
| | Government | 1110 | Bag containing BBs (Q741) | | p. 205 |
| | Government | 1244 | Packaging for BB gun | | p. 208 |
| | Government | 1241 | Receipt from Dick's Sporting Goods | | p. 209 |
| | Government | 1232 | Black jacket from dorm room (Q747) | | p. 211 |
| | Government | 1247 | Thumb drive taken from dorm | | p. 211 |
| | Government | 1248 | Samsung phone from dorm room | | p. 213 |
| | Government | 1251 | iPhone from dorm room | | p. 213 |
| | Government | 1231 | White hat from dorm (A744a) | | p. 214 |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 1249 | Notebook from DT's dorm room | | p. 8 |
| | Government | 1246 | Book taken from dorm room | | p. 9 |
| | Government | 1112 | Bag of BBs taken from dorm room | | p. 11 |
| 3/25/15 Day 39 | Government | 1113 | Firework taken from dorm room | | p. 12 |
| | Government | 1230-6 | Photo of door of dorm room | | p. 15 |
| | Government | 620 | Layer of interactive diagram of 410 Norfolk | | p. 26 |
| | Government | 1201 | Photo of black flag | | p. 44 |
| | Government | 1221 | Photo of iPhone boxes | | p. 44 |
| | Government | 1192 | Gasket taken from 410 Norfolk St. *previously numbered 1095. Renamed on pp. 87-88* | | p. 45 |
| | Government | 1194 | Black knob from 410 Norfolk (Q725g) *formerly 1097, renumbered on pp. 87-88* | | p. 46 |
| | Government | 1206 | Jar taken from 410 Norfolk St. (Q675) | | p. 48 |

| | Government | 1187 | HP computer from 410 Norfolk St marked as 2R14 (not data) | | p. 50 |
|---|---|---|---|---|---|
| | Government | 1186 | Flag from 410 Norfolk | | p. 50 |
| | Government | 1200 | Pages from notebook from Norfolk | | p. 55 |
| | Government | 1077 | Tube of silicon caulking from bunkbed room (Q679) | | p. 57 |
| | Government | 1078 | Roll of silver tape from 410 Norfolk | | p. 57 |
| | Government | 1205 | Collection of rolls of tape from 410 | | p. 57 |
| | Government | 1094 | Set of tools from 410 Norfolk (Q725) | | p. 57 |
| | Government | 1096 | Section of hobby fuse (Q725i) | | p. 57 |
| | Government | 1098 | Top of a soup can (Q725.4) | | p. 57 |
| | Government | 1099 | Roll of Teflon Tape (Q725.4c) | | p. 57 |
| | Government | 1101 | Black roll of Gorilla tape from Norfolk (Q725e) | | p. 57 |
| | Government | 1189 | BB gun from 410 Norfolk (Q677) | | p. 57 |
| 3/25/15 Day 39 | Government | 1191 | BB gun targets from 410 Norfolk | | p. 57 |
| | Government | 1193 | Battery charger for remote controlled car from 410 Norfolk (Q694) | | p. 57 |
| | Government | 1195 | Gun cleaning kit from bunkbed room | | p. 57 |
| | Government | 1199 | Blue and white notebook from bunkbed room | | p. 57 |
| | Government | 1200 | Dual Language Prayer Card | | p. 57 |
| | Government | 1203 | Wire strippers from Norfolk (Q725.10b) | | p. 57 |
| | Government | 1208 | 2 Rolls of wire from Norfolk (Q725.3b) | | p. 57 |
| | Government | 1210 | Certificate of Naturalization | | p. 57 |
| | Government | 1214 | White flag w/ black lettering from 410 | | p. 57 |
| | Government | 1216 | BBs and pellets (Q727) | | p. 57 |
| | Government | 1217 | A 2012 Tax Return | | p. 57 |
| | Government | 1218 | String of Xmas lights with box (Q726) | | p. 57 |
| | Government | 1197 | Two bottles Gorilla glue | | p. 57 |
| | Government | 1198 | Soldering gun from kitchen 410 Norfolk | | p. 57 |
| | Government | 1185-11 | Photo of DT's room | | p. 64 MC |
| | Government | 1152-06 | GPS plots | | p. 96 |
| | Government | 1159 | Excel Spreadsheet - Macy's purchases | | p. 103 |

| | | | | | |
|---|---|---|---|---|---|
| 3/25/15 Day 39 | Government | 1152-07 | Map of GPS plots | | p. 107 |
| | Government | 1161-02 1161-03 | Walmart receipts *[AUSAs call it 1161-03 and 1163-03]* | | p. 109 |
| | Government | 1160-02 | NitroRCX invoice *[Previously named 1160]* | | p. 113 |
| | Government | 1431 | Receipt | | p. 116 |
| | Government | 948-575 | Part of a receipt *[AUSA Weinreb states already has been admitted. I don't see that in the transcript?]* | p. 117 shown to witness | |
| | Government | 1256-11 | Photo of entrance to landfill | | p. 136 |
| | Government | 1257 | Backpack from landfill | | p. 139 |
| | Government | 1258 | Thumb drive | | p. 139 |
| | Government | 1259 | Fireworks | | p. 140 |
| | Government | 1256-01 1256-02 1256-04 1256-06 1256-07 1256-09 | 1256-01 Photo of backpack 1256-02 Black plastic garbage bad 1256-04 Photo of fireworks 1256-06 Photo of fireworks 1256-07 Photo of fireworks canister 1256-09 Thumb drive from backpack | | p. 142 |
| | Government | 1321 1408 1409 | 1321 Translation of DT's tweets 1408 Document from comp (1142) 1409 Translation of doc. Titles | | p. 154 |
| | Defense | 3000 | All of @J_Tsar Tweets | p. 159 | |
| | Government | 1407 | Documents w Arabic terms | | p. 168 |
| | Defense | 3062 | Photo of bin from shelf in Room H | | p. 67 |
| | Defense | 3063 | Pages 1 & 2 paper found in bin Q685.1 | | p. 69 |
| | Defense | 3064 | Collection of various notebooks (Q708) | | p. 72 |
| | Defense | 3064A | Translation of portions of 3064 | p. 73 | |
| | Defense | 3065 | Copy of Q78 - pages of Newspaper DT-0056618 | p. 78 | |
| | Defense | 3066 | Photo of contents of drawer | | p. 79 |
| | Defense | 1219 | Travel Docs for TT | | p. 82, 89 |

| | | | | | |
|---|---|---|---|---|---|
| 3/25/15<br>Day 39 | Defense | 948-563 | Photo of contents of wallet | p. 90 | |
| | Defense | 948-571<br>948-572<br>948-573<br>948-574<br>948-575<br>948-576<br>948-577<br>948-578<br>948-579 | Photos of contents of TT's wallet | p. 91 | |
| | Defense | 1561 | Wallet | | p. 92 |
| | Defense | 3099 | Photo of gloves from TT's car | | p. 123 |
| | Defense | 3100<br>3101 | Gloves [Q671] | | p. 124 |
| | Defense | 3096 | Photo from surveillance at Target | | p. 127 |
| | Defense | 3097 | Photo from surveillance at Target | | p. 128 |

| | | | | | |
|---|---|---|---|---|---|
| 3/26/15<br>Day 40 | Government | 1387A | Complete text of Exh. 1387 | | p. 5 |
| | Government | 1230-10 | Photo contained in 2-D Exhibit | | p. 35 |
| | Defense | 3102 | Photo of hobby fuse Q725.11 | | p. 42 |
| | Government | 1573 | Photo of IED explosion | | p. 69 |
| | Government | 1582 | Photo showing grates; Q126 | | p. 89 |
| | Government | 957A | Photo of Exh. 957 | | p. 95 |
| | Government | 1122A | Photo of Exh. 1122 | | p. 95 |
| | Government | 848 | Photo of explosion | p. 96 | |
| | Government | 949A | Photo of Exh. 949 | | p. 98 |
| | Government | 1568 | Mockup Scene A pressure cooker bomb | p. 127<br>published | |
| | Government | 1569 | Mockup Scene B pressure cooker bomb | p. 130<br>published | |

| | | | | | |
|---|---|---|---|---|---|
| 3/26/15 Day 40 | Government | 1570 | Inert Explosive Materials | p. 127 published | |
| | Government | 1571 | Pressure cooker bomb at Watertown | p. 123 | |
| | Government | 1572 | Two pipe bomb exemplars | p. 132 | |
| | Government | 652 | Campbell autopsy photo | | p. 167 |
| | Government | 655 | Campbell autopsy photo | | p. 169 |
| | Government | 654 | Campbell autopsy photo | | p. 171 |
| | Government | 651 | Photo of foreign objects recovered during Campbell autopsy | | p. 172 |
| | Government | 656 | Photo of foreign objects recovered during Campbell autopsy - from back of leg | | p. 172 |
| | Government | 659 | Photo of foreign objects recovered during Campbell autopsy - three larger flat pieces of metal | | p. 172 |
| | Government | 661 | Photo of pellets | p. 174 | |
| | Government | 657-A 658-A 659-A 660-A 661-A | Swabs and foreign material collected at Campbell autopsy (physical) | | p. 178 |
| | Defense | 3093 | Photo of destroyed cardboard | | p. 145 |

| | | | | | |
|---|---|---|---|---|---|
| 3/30/15 Day 41 | Government | 1591 | Doctor's report of examination re Lu *[retroactively numbered 1591 p. 31]* | p. 8 | |
| | Government | 662 | Photo from Lingzi Lu's autopsy | | p. 14 |
| | Government | 667 | Photo from Lingzi Lu's autopsy | | p. 14 |
| | Government | 668 | Photo from Lingzi Lu's autopsy | | p. 14 |
| | Government | 672 | Pieces of metal recovered from Lu | | p. 18 |
| | Government | 844 | Large piece of metal from Lu's purse and piece found in her leg | | p. 19 |
| | Government | 1586 | T-Mobile Business record *[previously named 1585]* | | p. 32 |

| | | | | | |
|---|---|---|---|---|---|
| 3/30/15 Day 41 | Government | 882 | Target receipt *[AUSA Weinreb states already in evidence.]* | p. 33 | |
| | Government | 1584 | BAA video still of second blast | | p. 34 |
| | Government | 1593 | [Chalk] PP with Final Times | p. 36 | |
| | Government | 1581 | Photo still of Forum video from 6 AM | | p. 42 |
| | Government | 1580 | [Chalk] Photo from marathon | p. 43 | |
| | Government | 1575 | Photo taken by member of public | | p. 48 |
| | Defense | 1492 | *See Comment* Photo of Richards | | p. 63 |
| | Defense | 3146 | Photo shows DT outside Forum | | p. 56 |
| | Defense | 3137 | Photo *[In evidence as govt exhibit 675-05]* | | p. 61 |
| | Defense | 3138 | Photo outside Forum pre-blast | | p. 71 |
| | Government | 1592 | Martin Richards clothing | | p. 77 |
| | Government | 648 | Photo of nails | | p. 88 |
| | Government | 649 | Photo- items recovered from body bag | | p. 88 |
| | Government | 650 | Photo-metal fragment found under shirt | | p. 88 |
| | Government | 651 | Photo-small metal pellets from MR | | p.88 |
| | Government | 648-A | Small nails embedded in MR's wrist | | p. 92 |
| | Government | 649-A | Items recovered from body bag | | p.92 |
| | Government | 650-A | Piece of metal found in MR's clothing | | p. 91 |
| | Government | 651-A | Small metal pellets from MR autopsy | | p. 92 |
| | Government | 638 | Photo of MR's back during autopsy | | p. 95 |
| | Government | 639 | Photo- MR's abdomen during autopsy | | p. 95 |
| | Defense | 3150 | The Wiring Book | | p. 110 |
| | Defense | 3151 | Photo of cover of Wiring Book | | p. 111 |
| | Government | 1222-07 | Photo of room in 410 Norfolk | | p. 117 |

| 3/30/15 Day 41 | Defense | 3126A 3126B 3126C 3126D 3126E 3126F 3126H | Tweets with time verifications | | p. 130 |
|---|---|---|---|---|---|
| | Defense | 3125 | Log entry indicating swipe at Maple Ridge Hall on 4/16/12 | | p. 135 |
| | Defense | 1167-01 | Subscriber info AT&T | | p. 138 |
| | Defense | 3127 | Map prepared by Grant re Square One Mall | | p. 147 |
| | Defense | 3130 | Page 4 of patron history meal card | | p. 149 |
| | Defense | 3128 | Map plotting Walmart stores | | p. 152 |
| | Defense | 3128 | Map plotting Wal-Mart stores | | p. 152 |

| 3/31/15 Day 42 | Defense | 1433 | Tamerlan Tsarnaev travel record | | p. 5 |
|---|---|---|---|---|---|
| | Defense | 3308 | Spencer summary of 3 computers analyzed | | p. 14 |
| | Defense | 3303-6A | Portion of internet search history | p. 18 published to jurors | |
| | Defense | 3303-6B | Portion of internet search history | p. 19 published to jurors | |
| | Defense | 3303-6C | Search terms from TT's Samsung 4/7/13 | p. 20 published to jurors | |
| | Defense | 3303-6D | Search terms from TT's Samsung 4/10/13 and 4/11/13 | p. 20 published to jurors | |
| | Defense | 3303-10 | Spencer summary for Sony VAIO comp | | p. 22 |
| | Defense | 3301-01 | Summary of files and folders on 1W16 | | p. 27 |

| Trial Date | Defense or Government Exhibit? | Exhibit Number | Description | ID | Admitted |
|---|---|---|---|---|---|
| 3/31/15 Day 42 | Defense | 3310-1 3310-1A 3310-2 33102A | Copies of files from Laurel St hard drive | | p. 32 |
| | Defense | 3312-1 | Summary of file and folder listings | | p. 37 |
| | Defense | 3312-2 | Summary of events re Complete Inspire | | p. 40 |
| | Defense | 3313-03 | Summary of Inspire files on Sony VAIO computer | | p. 43 |
| | Defense | 3303-02 | Parsed web search from Sony VAIO computer | p. 51 | |
| | Defense | 3302-04 | Chart re removal devices | | p. 56 |
| | Defense | 3300-07 | Summary of MFT for 1W16 | | p. 57 |
| | Defense | 3303-06E | Thirteen pages of Samsung history | | p. 73 |
| | Government | 1076 | Photo from laboratory | p. 83 | |
| | Defense | 3152 | Photo of caulk gun | p. 84 | |
| | Defense | 3153 | Photo of wires, instruction manual and soldering gun | | p. 86 |
| | Defense | 3154 | Photo of various tools including hammer, scissors, wrench | | p. 90 |
| | Defense | 3156 | Photo of packaging Govt's Exh. 1195 | | p. 94 |
| | Defense | 3090 3091 | Remains of a backpack Piece of paper (Q11.1) | p. 98 | |

Penalty Phase:

| Trial Date | Defense or Government Exhibit? | Exhibit Number | Description | ID | Admitted |
|---|---|---|---|---|---|
| 4/21/15 Day 47 | Government | 1594 | Photo | | p. 41 |
| | Government | 1449 | Photo of Sydney's healed leg scars | | p. 61 |
| | Government | 1631 | Photo of Gillian Reny and mother | p. 82 shown to witness | |
| | Government | 1632 | Photo of Gillian Reny and mother | | p. 83 |

| | | | | | |
|---|---|---|---|---|---|
| 4/21/15<br>Day 47 | Government | 1601<br>1601-03<br>1601-04<br>1601-15<br>1601-17<br>1601-19<br>1601-21<br>1601-24<br>1601-28 | Photos of Campbell family | | p. 101 |
| | Government | 1601-01<br>1601-02<br>1601-07<br>1601-08<br>1601-09<br>1601-12 | Photos of Campbell family | | p. 114 |
| | Government | 1601-10 | Replacing Exh. No 1601-14 | | p. 119 |
| | Government | 1619 | Photo showing Michael Gross | | p. 123 |
| | Government | 1620 | Photo of Mrs. Gross on stretcher | | p. 128 |
| | Government | 19 | Photo of Mrs. Gross' leg  and sister | | p. 133 |
| 4/22/15<br>Day 48 | Government | 1602-8<br>1602-10<br>1602-14<br>1602-25<br>1602-30 | Photos of Collier family | | p. 7 |
| | Government | 1602-05<br>1602-12<br>1602-16<br>1602-17<br>1602-18<br>1602-21<br>1602-26<br>1602-28 | Photos of Collier family | | p. 25 |

| | | | | | |
|---|---|---|---|---|---|
| | Government | 1602-29 | Photo of Coller at his graduation | | p. 41 |
| | Government | 624 | Photo showing Eric Whalley | | p. 59 |
| 4/22/15 Day 48 | Government | 1598 | Photo of Eric Whalley's eye injury | | p. 63 |
| | Government | 1593 | Photo of Eric Whalley's brain | | p. 64 |
| | Government | 1599 | Photo of heel (graphic) | p. 68 (only for wx) | |
| | Government | 21-18 | Photo Adrienne Haslet-Davis at BM | | p. 81 |
| | Government | 1607-002 1607-003 1607-004 1607-005 | Photos of Lu/her hometown | | p. 138 |
| | Government | 1600 | Lu Memorial video | | p. 147 |
| | Government | 1595 | Still from video - middle finger | | p. 101 |
| | Defense | 4000 | Video clip no. 1 DT in cell block | | p. 107 |
| | Defense | 4001 | Video clip no. 2 DT in cell block | | p. 112 |
| | Defense | 4002 | Video clip no. 3 DT in cell block | | p. 116 |
| | Defense | 1606 | Cover of book Lu's grandpa wrote | | p. 131 |

| | | | | | |
|---|---|---|---|---|---|
| 4/23/15 Day 49 | Government | 1608 1609 1610 | Photos of Marc Fucarile's X Rays | | p. 17 |

| | | | | | |
|---|---|---|---|---|---|
| 4/23/15<br>Day 49 | Government | 1653<br>1654<br>1655<br>1656<br>1657<br>1659<br>1660<br>1661<br>1662<br>1663<br>1664<br>1665<br>1666<br>1667<br>1668<br>1669 | 1653- The Corcorans<br>1654- Adrianna Haslet-Davis<br>1655- Photo with Erica Brannock<br>1656- Heather Abbott w pros. Leg<br>1657- Jeff Bauman<br>1659- Jane Richard<br>1660- JP Norden and Paul Norden<br>1661- Karen Rand McWatters<br>1662- Mary Daniels<br>1663- Marc Fucarile<br>1664- Patrick & Jessica Downes, dog<br>1665- Paul Norden<br>1666- Rebekah Gregory<br>1667- Roseann Sdoia<br>1668- Steve Woolfenden and Leo<br>1669- Mary Jo, Kevin and Bill White | | p. 32 |
| | Government | 1633 | To scale photo of grate to represent physical grate (physical) | | p. 70 |
| | Government | 1634C | Video recording with audio | | p. 78 |
| | Government | 1604-5<br>1604-6<br>1604-9 | Photos of Martin Richard/Richards family | | p. 79 |
| | Government | 1634D | Video recording | | p. 81 |
| | Government | 1597 | Photo showing Leo's stroller | | p. 104 |
| | Government | 1634A | Video after second blast | p. 106 | |
| | Government | 1634B | Video after second blast | p. 108 | |

| | | | | | |
|---|---|---|---|---|---|
| 4/27/15<br>Day 50 | Defense | 3223 | Photo of Angelo's pizza | p. 92 | Chalk |
| | Defense | 3316-001 | Email Summary Chart | | p. 106 |
| | Defense | 3316-002 | Summary Chart | | p. 110 |
| | Defense | 3315-001 | YouTube home screen of Tamerlan | | p. 122 |
| | Defense | 3315-002 | YouTube Favorites | | p. 124 |

| | | | | | |
|---|---|---|---|---|---|
| 4/27/15 Day 50 | Defense | 3315-003 | YouTube Channels | | p. 126 |
| | Defense | 3317-1 1 | Extractions from Cell Phone HTC-1B1 | | p. 128 |
| | Defense | 3317-1 2 | Extractions from Cell Phone HTC-1B1 | | p. 128 |
| | Defense | 3317-1 3 | Extractions from Cell Phone HTC-1B1 | | p. 128 |
| | Defense | 3317-1 4 | Extractions from Cell Phone HTC-1B1 | | p. 128 |
| | Defense | 3317-1 5 | Cellebrite report | | p. 133 |
| | Defense | 3317-1 6 | Video Recording of Zahira playing in park and TT recording | | p. 134 |
| | Defense | 3404 | Photo of KT and TT before Zahira | | p. 158 |
| | Defense | 3401 | Photo of KT and TT after Zahira | | p. 158 |
| | Defense | 3437A | Photo of KT and Gina Crawford | | p. 182 |
| | Defense | 3437B | Photo of KT and Gina Crawford | | p. 182 |
| | Defense | 3436A | Summary of texts between KT and Gina | | p. 192 |
| | Defense | 3436B | Texts between KT and Gina | p. 194 | |
| | Defense | 3543A | September 2004-2005 school year record for Tamerlan Tsarnaev | | p. 199 |

| | | | | | |
|---|---|---|---|---|---|
| 4/28/15 Day 51 | Defense | 3226A | Photo of Tamerlan, Vishkan Vakhabov and Abubakr Turshaev | | p. 12 |
| | Defense | 3226B | Photo of Vishkan, Rogerio Franca [witness] and Abubakr Tushaev | | p. 12 |
| | Defense | 3226C | Photo of Tamerlan and Rogerio | | p. 12 |
| | Defense | 3320 | Chart depicting file names of each multimedia file found on CD from Honda | | p. 34 |
| | Defense | 3321 | Chart that depicts file names of each multimedia file that was found on CD from Mercedes | | p. 35 |
| | Defense | 3303-7A | Internet search history | | p. 38 |
| | Defense | 3303-7B | Internet history extraction | | p. 39 |
| | Defense | 3309 | Summary chart of what was installed on both computers | | p. 40 |
| | Defense | 3306-14 | Youtube files | | p. 44 |
| | Defense | 3303-9 | Chart - Internet History | | p. 46 |
| | Defense | 3303-005 | Summary chart of browsing history from Samsung laptop | | p. 47 |
| | Defense | 3318-1 | Skype summary | | p. 49 |

| | Defense | 3318-003 | Summary chart, Skype conversations | | p. 51 |
|---|---|---|---|---|---|
| 4/28/15<br>Day 51 | Defense | 3306 | Computer folder<br>3306A - TT and Rizvan<br>3306B - TT and Rizvan<br>3306C - TT with gun<br>3306D - TT and Ramzan w gun<br>3306E - Ramzan w assault rifle | | p. 53 |
| | Defense | 3306-001 | Tamerlan's Samsung desktop | p. 54 | |
| | Defense | 3306-2<br>3306-2A | Text and translation | p. 55 | |
| | Defense | 3306-3<br>3306-3A | Text and translation | p. 56 | |
| | Defense | 3306-5 | Samsung 1W3 – "Document" TrueCrypt Volume | p. 57 | |
| | Defense | 3306-8 | List of files and folders *[part of 3306]* | p. 62 | |
| | Defense | 3306-6 | List of files and folders *[part of 3306]* | p. 65 | |
| | Defense | 3306-10 | List of files and folders *[part of 3306]* | p. 65 | |
| | Defense | 3306-12 | List of files and folders *[part of 3306]* | p. 66 | |
| | Defense | 3306-9 | Selected folders from Samsung 1W3 | p. 67 | |
| | Defense | 3306F<br>3306G | Items from inside of one of the TrueCrypt volumes | p. 68 | |
| | Defense | 3306-H | Folder from TrueCrypt volumes | p. 74 | |
| | Defense | 3264 | Photo of Tamerlan and Anzor | p. 81 | |
| | Defense | 3240 | Lowell Sun Photo and Article | | p. 85 |
| | Defense | 3577 | Video 3577A | p. 98 | |
| | Defense | 3242 | Photo of Tamerlan | p. 100 | |
| | Defense | 3273 | Video of TT and DT at boxing gym | p. 119 | |
| | Defense | 3271A | *Magomed Dolakov 302 5/21/13* | p. 140 | |
| | Defense | 3269A | *Magomed Dolakov 302 6/11/13* | p. 141 | |
| | Defense | 3274A | *Viskhan Vakhaboc 4/20/13* | p. 145 | |
| | Defense | 3260 | Photo of rug shop on Broadway | | p. 154 |
| | Defense | 3258 | Photo of alleyway behind rug shop | | p. 155 |

| | | | | | |
|---|---|---|---|---|---|
| 4/29/15 Day 52 | Defense | 3501-20 | Photo of DT and TT on bench | | p. 7 |
| | Defense | 3433 | Photo of Bella, Ailina, Zubeidat, Jahar and Joanna *[mistakenly written down as 3343 by ct reporter. MC says 3433]* | | p. 8 |
| | Defense | 3203A | Intelligence report | p. 17 | |
| | Defense | 3204A | Unclassified Summary of Information Handling and Sharing Prior to April 15, 2013 | | p. 21 |
| | Defense | 3202A | Kartashov Magomed 302 | p. 26 | |
| | Defense | 3063A | Translation of 3063 | | p. 41 |
| | Defense | 3060G | Photo of Jahar in custody | | p. 69 |
| | Defense | 3416 | Class photo zoomed in showing DT | | p. 88 |
| | Defense | 3416A | Class photo | p. 87 | Chalk |
| | Defense | 3407 3408 3410 | Photo of Jahar at Farm School Photo of Jahar at Farm School Photo of Jahar and classmates | | p. 92 |
| | Defense | 3555A | Report card | | p. 99 |
| | Defense | 3423 | Photo of Jahar and Donald Norris *[Appears that 3423 was inadvertently called 3243 by the defense. 3423 is a picture that meets the description in the transcript.]* | | p. 100 |
| | Defense | 3412 | Photo | | p. 101 |
| | Defense | 3413 3420 - 3422 | *[Transcript states that 3320 through 3422 were admitted; this appears to be an error/typo because M. Conrad offered 3420 – 3422 on p. 103.]* Photos of Jahar | | p. 103 |
| | Defense | 3248-1 | Article from magazine | p. 117 | Chalk |
| | Defense | 3290 | Photo of DT and Tiarrah Dottin | | p. 135 |
| | Defense | 3291 | Photo of DT, Jamie, Robel, Steven | | p. 133 |
| | Defense | 3292 | Photo of Stacia, Jamie, DT and more | p. 134 | |

| | | | | | |
|---|---|---|---|---|---|
| 5/4/15<br>Day 54<br>(no day 53) | Defense | 3503 | 3503- World map with pins | p. 7 | Chalk |
| | Defense | 3507-118 | Suleimanov fam tree | p. 8 | Chalk |
| | Defense | 3507-109 | Photo of Suleimanov and Tsarnaev family | | p. 10 |
| | Defense | 3501-16 | Photo of Zubeidat Tsarnaeva | | p. 14 |
| | Defense | 3501-120 | Photo of Zubeidat Tsarnaeva at airport | | p. 14 |
| | Defense | 3501-121 | Photo of Zubeidat | p. 15 | |
| | Defense | 3507-25 | DT's class photo | | p. 20 |
| | Defense | 3507-111 | Photo of Suleimanov and Tsarnaev family in Makhachkala | | p. 20 |
| | Defense | 3507-58 | Photo of Zubeidat Tsarnaev wearing hijab | | p. 23 |
| | Defense | 3507-112 | Photo of Suleimanov and Tsarnaev family | | p. 39 |
| | Defense | 3507-21 | Photo taken at the home of Shakhrudin | | p. 40 |
| | Defense | 3501-10 | Photo of Tamerlan carrying Dzhokhar on his shoulder | | p. 41 |
| | Defense | 3306-J | Audio recording played for Nadia Suleimanova | | p. 51 |
| | Defense | 3306-K | Transcript of 3306-J | | p. 51 |
| | Defense | 3507-83 | Photo of Chokh | | p. 53 |
| | Defense | 3507-107 | Photo of garden behind Shakruzat Suleimanova house in Shamkhal<br>[mistakenly referred to as 3505-107? 3507-107 matches description of exhibit] | | p. 55 |
| | Defense | 3507-91 | Zubeidat with sisters and parents | | p. 57 |
| | Defense | 3507-92 | Photo of Zubeidat's father | | p. 58 |
| | Defense | 3507-7 | Photo of Zubeidat in Chokh | | p. 61 |
| | Defense | 3507-12 | Photo of Anzor and Zubeidat, young | | p. 65 |
| | Defense | 3507-14 | Photo- Anzor and Zubeidat in Siberia | | p. 65 |
| | Defense | 3507-13 | Photo of Tamerlan as a baby | | p. 66 |
| | Defense | 3507-90 | Photo of Anzor, Magomed, Zubeidat, Naida, Raisat, Nabisat, Bashir, Shari, Ailina, Rabiyat, Tamerlan, Patimat and Bella | | p. 68 |

| | | | | | |
|---|---|---|---|---|---|
| | Defense | 3507-113 | Photo of Shari, Zubeidat, Naida, Patulya, Shakhrudin | | p. 70 |
| | Defense | 3507-115 | Photo of Zubeidat and sisters | | p. 71 |
| 5/4/15 Day 54 | Defense | 3507-85 | Photo of house in Unty with Anzor and Nabisat's husband | | p. 75 |
| | Defense | 3507-84 | Photo of house in Unty | | p. 76 |
| | Defense | 3507-86 | Photo of road leading into Unty | | p. 76 |
| | Defense | 3507-117 | Photo from Nabisat's wedding | | P. 77 |
| | Defense | 3505 | Dzhokhar birth certificate | p. 81 | Chalk |
| | Defense | 3507-77 | Photo of house in Chiri-Yurt | | p. 86 |
| | Defense | 3507-79 | Photo of house in Chiri-Yurt | | p. 86 |
| | Defense | 3507-80 | Photo of inside of house in Chiri-Yurt | | p. 86 |
| | Defense | 3507-81 | Photo of house in Chiri-Yurt | | p. 86 |
| | Defense | 3507-16 | Photo of Liza's house in Kyrgyzstan | | p. 87 |
| | Defense | 3507-27 | Photo: DT at house in Makhachkala | | p. 91 |
| | Defense | 3286 | Photo of DT at BBQ | | p. 110 |
| | Defense | 3287 | Photo of DT at BBQ | | p. 111 |

| | | | | | |
|---|---|---|---|---|---|
| | Defense | 3418 | Photo: TT and Karima in 2007 | | p. 8 |
| | Defense | 3507-053A | Photo of Tamerlan in 2007 | | p. 9 |
| 5/5/15 Day 55 | Defense | 3238 | Email Amanda Ransom sent lawyer | p. 21 shown to witness | |
| | Defense | 3509E | Redacted medical records of Dr. Niss [3521] | | p. 60 |
| | Defense | 3205-1 | Caucasus Mountains | p. 77 | Chalk |
| | Defense | 3205-5 3205-6 3205-7 | Topography of Chechnya | p. 79 | Chalk |
| | Defense | 3205-13 | Photo from First Chechen War | p. 92 | Chalk |
| | Defense | 3205-20 | Photo of Amir Khuttab | p. 93 | Chalk |

| | | | | | |
|---|---|---|---|---|---|
| | Defense | 3314-001 3314-001A | Photos of links found on Tamerlan's computer | | p. 112 |
| | Defense | 3314-003 3314-003A | Article found on Tamerlan's computer | | p. 113 |
| 5/5/15 Day 55 | Government | 1671 | Article from Foreign Policy Research Institute in Philadelphia, "The Northern Caucasus, the Tsarnaevs, and us" | p. 134 | |
| | Defense | 3285 | Photo of Jahar and Henry Alvarez | | p. 166 |
| | Defense | 3281 | Photo of Roy Howard, Henry Alvarez, Jahar and Coach Payak | | p. 172 |
| | Defense | 3284 | Photo of Henry Alvarez wrestling | | p. 173 |
| | Defense | 3280 | Photo montage including Jahar | | p. 182 |

| | | | | | |
|---|---|---|---|---|---|
| | Defense | 3507-47 | Photo of Zubeidat and Tamerlan | p. 31 | |
| | Defense | 3507-59 | Photo of Elmirza and Ailina | p. 27 | |
| | Defense | 3507-60 | Elmirza on couch with Zubeidat | p. 20 | |
| | Defense | 3507-66 | DT and Zia | p. 43 | |
| 5/7/15 Day 56 | Defense | 3494 | Family photo in DC | p. 22 | |
| | Defense | 3495 | Tamerlan and Elmirza | p. 26 | |
| | Defense | 3434 | PowerPoint presentations on brain | | p. 63 |
| | Defense | 3434A | Embedded slide | | p. 63 |
| | Defense | 3509B | MGH records | | p. 97 |
| | Defense | 3509C | Spaulding Rehabilitation records | | p. 97 |
| | Defense | 3509D | MGH records | | p. 97 |
| | Defense | 3509J | 2005-2012 psychiatric records | | p. 97 |
| | Defense | 3523 | Summary of medical records | | p. 97 |
| | Defense | 3507-068 | Photo: end of year banquet | | p. 110 |
| | Defense | 3246 | Photo: DT, Eric Traub and Silva | | p. 121 |
| | Defense | 3247-3 | Letter of Recommendation | | p. 123 |
| | Defense | 3253 | Photo of ADX | | p. 154 |
| | Defense | 3254 | Photo of ADX another angle | p. 155 | |