## EXHIBIT R – VARIOUS GOVERNMENT DISCOVERY PRODUCTIONS IN United States v. Tsarnaev, 13-10200 (GAO)

a. On December 31, 2014, the government produced to the defense two production disks, labeled "DT-0104853 - DT-0106251" and "DT-0106252, Additional Documents."
b. On January 5, 2015, the government produced to the defense one production disk, labeled "DT-106253."
c. On January 8, 2015, the government produced to the defense two production disks, labeled "DT-106254" and "DT-106255."
d. Between January 21 and January 26, 2015, the government produced to the defense two documents related to a then-pending criminal case against Stephen Silva, a witness for the government.
e. On January 28, 2015, the government produced to the defense two production disks, labeled "DT-106264" and "DT -106265."
f. On January 29, 2015, the government produced to the defense one hard drive, labeled "DT-016260;" and 14 production disks, labeled "DT-0106257," DT-0106258," "DT-0106259," "DT-0106261," "DT-106266," "DT-106267," "DT-106268," "DT-106269," "DT-106270," "DT-106271," "DT-106272," "DT-106273," "DT-0106274," and "DT-106275."
g. On February 13, 2015, the government produced to the defense one hard drive, labeled "DT-0106276;" and three production disks, labeled "DT-0106262," "DT-0106263," and "DT-0106277."
h. On February 18, 2015 the government produced to the defense one production disk, labeled "Additional Reports DT-0106278."
i. On February 20, 2015, the government produced to the defense one document related to Dun Meng, a witness for the government.
j. On February 27, 2015, the government produced to the defense one binder containing RMV information of qualified jurors; and three production disks, labeled "1D1 Redacted video 5/19/14 DT-106279," 1D7 Redacted Video 6/8/14 DT-0106280," "1D26 Redacted Video 6/12/14 DT-0106281," "DT-0106282," and "DT-0106283."
k. On March 3, 2015, the government produced to the defense a set of one transcript and four witness interviews by attachment to an email labeled "DT-0106295."