IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-CR-10200-GAO |

**JOINT MOTION TO SEAL SPECIFIED ATTACHMENTS
TO STIPULATION OF THE PARTIES TO SUPPLEMENT THE RECORD**

Defendant-Appellant, Dzhokhar Tsarnaev, and the United States, by and through counsel, jointly move for leave to file under seal the attached documents. These documents are the attachments denoted "(under seal)" in the publicly-filed Stipulation Of The Parties To Supplement The Record. As grounds for this motion, the parties state that the attached documents are still under seal.

Respectfully submitted,

| | |
|---|---|
| DZHOKHAR TSARNAEV<br>by his attorneys | ANDREW E. LELLING<br>United States Attorney |
| /s/ David Patton<br>David Patton, Esq. (NY Bar # 3926813)<br>Federal Defenders of New York, Inc.<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>(212) 417-8700<br>DAVID_PATTON@FD.ORG | By: /s/ Nadine Pellegrini<br>Nadine Pellegrini<br>Assistant U.S. Attorney |

Clifford Gardner, Esq. (CA Bar # 93782)
Law Offices of Cliff Gardner
1448 San Pablo Avenue
Berkeley, CA 94702
(510) 524-1093
CASETRIS@AOL.COM

Gail K. Johnson, Esq. (CO Bar # 29703)
Johnson & Klein, PLLC
1470 Walnut Street, Suite 101
Boulder, CO 80302
(303) 444-1885
GJOHNSON@JOHNSONKLEIN.COM

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 21, 2018.

/s/ David Patton