IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DZHOKHAR  TSARNAEV

No.  13-CR-10200-GAO

**JOINT MOTION TO SEAL ATTACHMENT B**
**TO STIPULATION OF THE PARTIES TO SUPPLEMENT THE RECORD**

Defendant-Appellant, Dzhokhar Tsarnaev, and the United States, by and through counsel, jointly move to file under seal Exhibit B to Stipulation Of The Parties To Supplement The Record (DE 1744), which was inadvertently filed on the public docket.  Exhibit B remains under seal pending this Court's ruling on the Joint Motion For Unsealing (DE 1737).   Although the parties' pending Joint Motion For Unsealing requested the unsealing of the documents contained in Exhibit B, the government believes upon further consideration that some or all of those documents should remain under seal and will file a motion to that effect.

Respectfully submitted,

DZHOKHAR  TSARNAEV                        ANDREW E. LELLING
by his attorneys                                    United States Attorney


/s/  David Patton                                    By: /s/ Nadine Pellegrini
David Patton, Esq. (NY Bar # 3926813)       Nadine Pellegrini
Federal Defenders of New York, Inc.           Assistant U.S. Attorney
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8700
DAVID_PATTON@FD.ORG


Clifford Gardner, Esq. (CA Bar # 93782)
Law Offices of Cliff Gardner
1448 San Pablo Avenue
Berkeley, CA 94702
(510) 524-1093
CASETRIS@AOL.COM


Gail K. Johnson, Esq. (CO Bar # 29703)
Johnson & Klein, PLLC
1470 Walnut Street, Suite 101
Boulder, CO 80302
(303) 444-1885
GJOHNSON@JOHNSONKLEIN.COM


## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2018.

/s/ David Patton