IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-CR-10200-GAO |

## SUPPLEMENTAL JOINT MOTION TO UNSEAL SPECIFIED PLEADING

Defendant, Dzhokhar Tsarnaev, and the United States, by and through counsel, jointly move to unseal one additional pleading: DE 1103-A. The parties move to unseal DE 1103-A in a manner consistent with this Court's resolution of the defense's pending motion to unseal the non-seated jurors' questionnaires (DE 1738), as follows: If the Court grants the defense's unsealing motion, then DE 1103-A may be unsealed with the names in column 4 ("Newly discovered: connections and issues") redacted. If the Court denies the unsealing motion, then additional redaction will be necessary to remove direct quotations from the jury questionnaires and sensitive information that was not brought out during voir dire.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ANDREW E. LELLING | DZHOKHAR TSARNAEV |
| United States Attorney<br>By: __/s/_____<br>Nadine Pellegrini<br>Assistant U.S. Attorney | by his attorneys<br><br>/s/  David Patton<br>David Patton, Esq. (NY Bar # 3926813)<br>Federal Defenders of New York, Inc.<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>(212) 417-8700<br>DAVID_PATTON@FD.ORG<br><br>Clifford Gardner, Esq. (CA Bar # 93782)<br>Law Offices of Cliff Gardner<br>1448 San Pablo Avenue<br>Berkeley, CA 94702<br>(510) 524-1093<br>CASETRIS@AOL.COM<br><br>Gail K. Johnson, Esq. (CO Bar # 29703)<br>Johnson & Klein, PLLC<br>1470 Walnut Street, Suite 101<br>Boulder, CO 80302<br>(303) 444-1885<br>GJOHNSON@JOHNSONKLEIN.COM |

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 30, 2018.

/s/ David Patton