IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Crim. No.13-10200-GAO |
| DZHOKHAR A. TSARNAEV, | |
| Defendant | |

**JOINT MOTION FOR REDACTIONS TO DE 1133
AND FOR ACCESS TO DE 1716**

Dzhokhar Tsarnaev and the United States of America, by and through their undersigned counsel, respectfully move to: (1) add a redacted copy of DE 1133 to the public docket (proposed redactions separately filed under seal); and (2) receive a copy of the sealed filing at DE 1716.

On November 20, 2018, this Court resolved several pending unsealing motions. DE 1749. In that Order, the Court noted "[t]he following document and docket entry shall have a redacted copy of the sealed document added to the public docket: DE 1133". Accordingly, and so that the transcript at DE 1133 may be included in the Appendix to the Opening Brief, the parties propose redactions to that document (separately filed under seal) and ask that, if those redactions meet with this Court's approval, a redacted copy of DE 1133 be added to the public docket.

In the same Order, the Court also noted that there are some variations between Exhibit L to DE 1744 and the Ex Parte Attachments to Government's Motion to Disclose located at Docket Entry 1716 (sealed). In order that the parties may compare those two documents, we hereby respectfully request, pursuant to General Order 06-05, that the parties, through undersigned

1

counsel, be provided copies of DE 1716.

.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

By:    /s/ Nadine Pellegrini
        NADINE PELLEGRINI
        Assistant U.S. Attorney

                                              DZHOKHAR TSARNAEV
                                              by his attorneys


                                              /s/ David Patton
                                              David Patton, Esq. (NY Bar # 3926813)
                                              Federal Defenders of New York, Inc.
                                              52 Duane Street, 10th Floor
                                              New York, NY 10007
                                              (212) 417-8738
                                              DAVID_PATTON@FD.ORG


Date: December 6, 2018


## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              /s/ David Patton
                                              David Patton, Esq.
                                              Federal Defenders of New York, Inc.