IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-CR-10200-GAO |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**PROPOSED REDACTIONS TO DE 1133**

      In accordance with this Court's Order reserving ruling on the redactions to DE 1133 pending receipt and review of the parties' proposed redactions, DE 1755, defendant Dzhokhar Tsarnaev, by and through counsel, moves for leave to file under seal the joint proposed redactions to DE 1133. As grounds for this motion, the defendant states that DE 1133 is still sealed. The defendant further moves, pursuant to General Order 06-05, that the parties be provided copies of all sealed documents that have been filed in this manner. The government has no objection to these requests.

      Respectfully submitted,

      DZHOKHAR TSARNAEV

      by his attorneys,

            /s/
      David Patton, Esq. (NY Bar # 3926813)
      Federal Defenders of New York, Inc.
      52 Duane Street, 10th Floor
      New York, NY 10007
      (212) 417-8738
      DAVID_PATTON@FD.ORG

## Certificate of Service

I certify that this document has been served upon counsel for the United States by electronic mail on this the 7th day of December, 2018, including the following:

William A. Glaser
U.S. Department of Justice, Crim. Div., App. Sec.
950 Pennsylvania Ave. NW, Suite 1264
Washington, DC 20530

Nadine Pellegrini
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02110-0000

         __/s_____

         David Patton, Esq. (NY Bar # 3926813)
         Federal Defenders of New York, Inc.
         52 Duane Street, 10th Floor
         New York, NY 10007
         (212) 417-8700
         DAVID_PATTON@FD.ORG