# FedEx Express US Airbill — Sender's Copy

FedEx Tracking Number: 8137 1326 1693
Form ID No.: 0215

**1 From** Please print and press hard.

Date: 12/10/18
Sender's FedEx Account Number: 1508-1370-0
Sender's Name: Taylor Hallet
Phone: (617) 748-9182
Company: US DISTRICT COURT/CLERK'S OFC
Address: 1 COURTHOUSE WAY STE 2300
City: BOSTON   State: MA   ZIP: 02210-3004

**2 Your Internal Billing Reference** — OPTIONAL

**3 To**

Recipient's Name: David Patton
Phone: ( )
Company: Federal Defenders of NY
Address: 52 Duane St, 10th FLR
City: New York   State: NY   ZIP: 10007

0131582482

**4 Express Package Service**

[X] FedEx First Overnight
[ ] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx 2Day A.M.
[ ] FedEx 2Day
[ ] FedEx Express Saver

**5 Packaging**

[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling and Delivery Signature Options**

[ ] Saturday Delivery
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

Does this shipment contain dangerous goods?
[X] No
[ ] Yes – As per attached Shipper's Declaration
[ ] Yes – Shipper's Declaration not required
[ ] Dry Ice

**7 Payment** Bill to:

[X] Sender
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

611

Ship it. Track it. Pay for it. All online. Go to fedex.com.

MUR2

## Terms and Conditions Summary

For the current FedEx Service Guide, which contains the complete Terms and Conditions, go to **fedex.com**.

**Definitions**   On this Airbill, "we," "our," "us," and "FedEx" refer to Federal Express Corporation, its employees, and agents. "You" and "your" refer to the sender, its employees, and agents.

**Agreement To Terms**   By giving us your package to deliver, you agree to all the terms on this Airbill and in the current FedEx Service Guide, which is available at **fedex.com** or at a FedEx location. You also agree to those terms on behalf of any third party with an interest in the package. If there is a conflict between the current FedEx Service Guide and this Airbill, the current FedEx Service Guide will control. No one is authorized to change the terms of our Agreement.

**Responsibility For Packaging And Completing Airbill**
You are responsible for adequately packaging your goods and properly filling out this Airbill. If you omit the number of packages and/or weight per package, our billing will be based on our best estimate of the number of packages we received and/or an estimated "default" weight per package as determined by us.

**Responsibility For Payment**   Even if you give us different payment instructions, you will always be primarily responsible for all delivery costs, as well as any cost we incur in either returning your package to you or warehousing it pending disposition.

**Limitations On Our Liability And Liabilities Not Assumed**

- Unless a higher value is declared and paid for, our liability for each package is limited to US$100. You may pay an additional charge for each additional US$100 of declared value. The declared value does not constitute, nor do we provide, cargo liability insurance.

- In any event, we will not be liable for any damage, whether direct, incidental, special, or consequential, in excess of the declared value of a shipment, whether or not FedEx had knowledge that such damages might be incurred, including but not limited to loss of income or profits.

- We won't be liable:
  - for your acts or omissions, including but not limited to improper or insufficient packing, securing, marking, or addressing, or those of the recipient or anyone else with an interest in the package.
  - if you or the recipient violates any of the terms of our Agreement.
  - for loss of or damage to shipments of prohibited items.
  - for loss, damage, or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, acts of public enemies, war, strikes, civil commotions, or acts of public authorities with actual or apparent authority.

**Declared Value Limits**

- The maximum declared value allowed for a FedEx Envelope or FedEx Pak shipment is US$500.

- For other shipments, the maximum declared value allowed is US$50,000 per package, unless your package contains items of extraordinary value, in which case the maximum declared value allowed is US$1,000 per package.

- Items of extraordinary value include shipments containing such items as artwork, jewelry, furs, precious metals, negotiable instruments, and other items listed in the current FedEx Service Guide.

- You may send more than one package on this Airbill and fill in the total declared value for all packages, not to exceed the US$500, US$1,000, or US$50,000 per package limit described above. (Example: 5 packages can have a total declared value of up to US$250,000.) In that case, our liability is limited to the actual value of the package(s) lost or damaged, but may not exceed the maximum allowable declared value(s) or the total declared value, whichever is less. You are responsible for proving the actual loss or damage.

**Filing A Claim**   YOU MUST MAKE ALL CLAIMS IN WRITING or online at **fedex.com** and notify us of your claim within strict time limits set out in the current FedEx Service Guide.

You may call our Customer Service department at 1.800.GoFedEx 1.800.463.3339 to report a claim; however, you must still file a timely written claim. We aren't obligated to act on any claim until you have paid all transportation charges, and you may not deduct the amount of your claim from those charges.

If the recipient accepts your package without noting any damage on the delivery record, we will assume the package was delivered in good condition. For us to process your claim, you must make the original shipping cartons and packing available for inspection.

**Right To Inspect**   We may, at our option, open and inspect your packages before or after you give them to us to deliver.

**Right Of Rejection**   We reserve the right to reject a shipment when such shipment would be likely to cause delay or damage to other shipments, equipment, or personnel; or if the shipment is prohibited by law; or if the shipment would violate any terms of our Airbill or the current FedEx Service Guide.

**C.O.D. Services**   C.O.D. SERVICE IS NOT AVAILABLE WITH THIS AIRBILL. If C.O.D. Service is required, please use a FedEx C.O.D. Airbill.

**Air Transportation Tax Included**   A federal excise tax when required by the Internal Revenue Code on the air transportation portion of this service, if any, is paid by us.

**Money-Back Guarantee**   In the event of untimely delivery, FedEx will, at your request and with some limitations, refund or credit all transportation charges. See the current FedEx Service Guide for more information.