# United States Court of Appeals
## For the First Circuit

No. 16-6001

UNITED STATES,

Appellee,

v.

DZHOKHAR A. TSARNAEV, a/k/a Jahar Tsarni,

Defendant, Appellant.

### ORDER OF COURT

Entered: December 12, 2018

Defendant has filed a motion requesting additional guidance from this court concerning the deadline for him to file his brief, appendix, and addenda.  In view of the district court's December 6, 2018, Opinion and Order and the instructions contained therein, defendant shall file his brief, appendix, and addenda within fourteen days after the district court has completed its review of the redacted juror questionnaires "for consistency in accordance with [its] Opinion and Order[.]"  The parties shall expedite submission of the redacted questionnaires to the district court and the district court shall expedite its review thereof.

By the Court:

Maria R. Hamilton, Clerk

cc:

Hon. George A. O'Toole
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Gail K. Johnson
Deirdre von Dornum
David Patton
Clifford Gardner
Cynthia A. Young
William D. Weinreb
Aloke Shankar Chakravarty
Joseph Francis Palmer

Elizabeth Dorsey Collery
Nadine Pellegrini
William A. Glaser
Matthew R Segal
Jonathan M. Albano
Emma D. Hall
John Remington Graham