UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No.13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV, | ) | |
| Defendant | ) | |

**PROPOSED PROTECTIVE ORDER**

Pursuant to this Court's order (Dkt. Entry 1765), the parties have conferred and agreed to the proposed protective order attached to this filing.

                ANDREW E. LELLING
                United States Attorney

By:   /s/ Nadine Pellegrini
        NADINE PELLEGRINI
        Assistant U.S. Attorney

Date: April 4, 2019

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                /s/ Nadine Pellegrini
                NADINE PELLEGRINI
                Assistant U.S. Attorney