UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.13-10200-GAO |
| ) | |
| DZHOKHAR A. TSARNAEV, ) | |
| Defendant ) | |

**STIPULATED PROTECTIVE ORDER**

1. Pursuant to this Court's order (Dkt. Entry 1765) granting the government's Motion to Disclose to the Defense Pursuant to a Protective Order a Transcript Previously Filed *Ex Parte*, the parties hereby stipulate to the entry of the following protective order:

2. Disclosure of Document 1668 shall be limited to the following counsel for Defendant Dzhokhar Tsarnaev: David Patton, Deirdre von Dornum, Clifford Gardner, and Gail K. Johnson.

3. Authorized counsel shall not share Document 1668 or any of its contents with any person, including Defendant or other members of the defense team.

4. These protections extend unless modified by the Court.

SO STIPULATED:

DATED: April 4, 2019                    ANDREW E. LELLING
                                        United States Attorney

                                By:     /s/ Nadine Pellegrini
                                        NADINE PELLEGRINI
                                        Assistant U.S. Attorney


DATED: April 4, 2019                    /s/ David S. Patton
                                        Federal Defenders of New York, Inc.
                                        Counsel for Dzhokhar Tsarnaev


IT IS SO ORDERED.


_____          Dated: _____
Hon. George A. O'Toole
United States District Judge