UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DZHOKHAR A. TSARNAEV, )<br>        Defendant ) | Crim. No.13-10200-GAO |

## STIPULATED PROTECTIVE ORDER
1770

1. Pursuant to this Court's order (Dkt. Entry ~~1765~~) granting the government's Motion to Disclose to the Defense Pursuant to a Protective Order a Transcript Previously Filed *Ex Parte*, the parties hereby stipulate to the entry of the following protective order:

2. Disclosure of Document 1668 shall be limited to the following counsel for Defendant Dzhokhar Tsarnaev: David Patton, Deirdre von Dornum, Clifford Gardner, and Gail K. Johnson.

3. Authorized counsel shall not share Document 1668 or any of its contents with any person, including Defendant or other members of the defense team.

4. These protections extend unless modified by the Court.

SO STIPULATED:

DATED: April 4, 2019                               ANDREW E. LELLING
                                                       United States Attorney

                                                      By:     /s/ Nadine Pellegrini
                                                                    NADINE PELLEGRINI
                                                                    Assistant U.S. Attorney

DATED: April 4, 2019                               /s/ David S. Patton
                                                        Federal Defenders of New York, Inc.
                                                        Counsel for Dzhokhar Tsarnaev

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.                      Dated: April 12, 2019
_____
Hon. George A. O'Toole, Jr.
United States District Judge