**IP ID:** BS-A002333

## ORION INFORMATION PACKAGE IP# BS-A002333

| | | | |
|---|---|---|---|
| **Current Date:** | ▮ | **Precedence:** | ▮ |
| **Created By:** | ▮ - 04/21/2013 01:24 PM EST | | |
| **Received By:** | ▮ - 04/21/2013 02:20 PM EST | | |

### SOURCE(S) OF INFORMATION

**Contact Method:** Telephonic
**Reporting Person:** Mark Hastabacka
▮

### NARRATIVE

▮ Between 03:00 pm and 03:30 pm on 04/15/13 (the day of the marathon), Black Hat (Tamerlan Tsarnaev) is supposed to have been shopping for milk at the Whole Foods on River Street in Cambridge. ▮

▮ - 04/21/2013 01:24 PM EST]

### DESCRIPTIVE DATA

**Organization:**
Type: Business
Whole Foods

**Business/Employment Address:** ▮

### LEADS FROM FBI Boston Investigations

**Lead Number:** BS-A002333-01
**Type:** ▮   **Status:** ▮
**To:** ▮
**Lead:** ▮

#### Disposition Data for Lead Number BS-A002333-01

**Disposition:** Reviewed video surveillance of store video from 04/15/13 between 14:55 and 15:45 to see if suspect #1 entered store at that time. No one matching description of Tamerlan Tsarnaev was seen.

### ADMINISTRATIVE SECTION

**IP Status:** ▮
**Submitted By:** ▮
**ASSESSMENT** ▮
**Assessment By:** ▮

**LEAD EVALUATION**