**IP ID:** BS-A002333

| ORION INFORMATION PACKAGE IP# BS-A002333 |
|---|

| **Current Date:** | ▋ | **Precedence:** | ▋ |
|---|---|---|---|
| **Created By:** | ▋ (FBI - Boston at FBI Boston JOC) - 04/21/2013 02:24 PM EDT | | |
| **Received By:** | ▋ - 04/21/2013 02:20 PM EST | | |

| SOURCE(S) OF INFORMATION |
|---|

| **Contact Method:** | Telephonic |
|---|---|
| **Reporting Person:** | Mark Hastabacka ▋ |

| NARRATIVE |
|---|

▋ Between 03:00 pm and 03:30 pm on 04/15/13 (the day of the marathon), Black Hat (Tamerlan Tsarnaev) is supposed to have been shopping for milk at the Whole Foods on River Street in Cambridge. Obtain video evidence for before and after relevant times, interview staff and coduct logical investigative actionl. Information received by Mark Hastabacka based on interview with Black Hat's wife Katherine Russell Tsarvaev.[▋ (FBI - Boston at FBI Boston JOC) - 04/21/2013 02:24 PM EDT]

| DESCRIPTIVE DATA |
|---|

| **Organization:** | Type: Business<br>Whole Foods |
|---|---|
| **Business/Employment Address:** | ▋<br>River Street<br>Cambridge, MA 02139 |

| LEADS FROM FBI Boston Investigations |
|---|

| **Lead Number:** | BS-A002333-01 |
|---|---|
| **Type:** | ▋ **Status:** ▋ |
| **To:** | ▋ |
| **Lead:** | ▋ |

**Disposition Data for Lead Number BS-A002333-01**

| **Disposition:** | Reviewed video surveillance of store video from 04/15/13 between 14:55 and 15:45 to see if suspect #1 entered store at that time. No one matching description of Tamerlan Tsarnaev was seen. |
|---|---|

| ADMINISTRATIVE SECTION |
|---|

| **IP Status:** | ▋ |
|---|---|

**Submitted By:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 02:24 PM EDT

**ASSESSMENT** ███

**Assessment By:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 02:32 PM EDT

**LEAD EVALUATION**

**Investigations:** Leads Required

**Evaluated By:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 01:33 PM EST

**LEADS**

**Lead Number:** ███████  ███  ███████

**Status:** Covered

**Created By:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 01:44 PM EST

**Approved By:** ███████████ (FBI - Boston at FBI Boston JOC)

**Entered By:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 01:55 PM EST

**Assigned To:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 03:45 PM EST

**Assigned By:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 03:45 PM EST

**Disposition By:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 10:56 PM EST

**Entered By:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 10:56 PM EST

**Approved By:** ███████████ (FBI - Boston at FBI Boston JOC)

**Entered By:** ███████████ (FBI - Boston at FBI Boston JOC) - 04/21/2013 11:29 PM EST

███  ███████

### INDEX RECORDS ASSOCIATED WITH IP# BS-A002333

*The following Index Records are currently associated with the information contained within this IP. Since Index Records are subject to update at any time, it should be recognized that viewing or printing this IP at a later date may produce Index Records that could be significantly different than those displayed here.*

**Person:** Mark Hastabacka
███

**Related IP ID(s):** BS-A001825; BS-A002333

**Organization:** Type: Business
Whole Foods

**Business/Employment Address:** ███████████
River Street
Cambridge, MA 02139
Whole Foods

**Related IP ID(s):** ███████

███████████

**IP ID:** BS-A002333