

U.S. Department of Justice

**Carmen M. Ortiz**
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

**BY E-MAIL**
Timothy Watkins, Esq.
William Fick, Esq.
Miriam Conrad, Esq.
Judy Clarke, Esq.
David Bruck, Esq.
Federal Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA  02210

December 29, 2014

Re: <u>United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO</u>

Dear Counsel:

    We write to provide the following notice:

1. As you know, the government intends to offer the statements that the defendant wrote in the Franklin Street boat at trial.  Within the next ten days, the government intends to cut the area of the boat containing the writings out of the vessel and will introduce these pieces at trial in lieu of the entire boat.

2. The government has previously made available to you a stand-alone computer containing a variety of information including imagery, tips and leads, and chain of custody forms.  Since your staff reviewed the materials several months ago, we notified you that additional tips and leads and chain of custody forms had been placed on the computer for your review.  Since we will be commencing trial and it will no longer be practicable to manage the stand-alone computer for your review of this information, we are letting you know that we'll keep the computer available for your review at the Williams Building until jury selection begins.  Please let us know if and when your people intend to review it.

3. The government sent the hat that was recovered in the Franklin Street boat to the Massachusetts State police laboratory for analysis.  The analysis, which identified the defendant's DNA profile, is attached to this email.  We anticipate Ms. Montgomery testifying to the results of this supplemental analysis consistently with the report.  She found that the chances of a randomly selected Caucasian person having the same DNA profile as that found on portions of the hat (16-1.1.1 and 16-1.2.1) was less than

Timothy Watkins, Esq, et al.
December 29, 2014
Page 2

one in 1.928 quadrillion and more unlikely in other population groups. She excluded Tamerlan Tsarnaev and Sean Collier from having been contributors to the DNA found on the hat.

If you have any questions, please do not hesitate to call.

                Sincerely,

                CARMEN M. ORTIZ
                United States Attorney

By:    */s/Aloke Chakravarty*
        Aloke Chakravarty
        William Weinreb
        Nadine Pellegrini
        Assistant U.S. Attorneys

        Steve Mellin
        Trial Attorney
        U.S. Department of Justice