

U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

**BY E-MAIL**
Timothy Watkins, Esq.
William Fick, Esq.
Miriam Conrad, Esq.
Judy Clarke, Esq.
David Bruck, Esq.
Federal Defender's Office
51 Sleeper Street, 5th Floor
Boston, MA  02210

January 8, 2015

Re: United States v. Dzhokhar Tsarnaev, Crim. No. 13-10200-GAO

Dear Counsel:

We write to follow-up with your request for certain items that we had made available on or with the stand-alone computer available for your inspection.  We recognize that in light of the press of business you have asked for more time to potentially review this material.  Although we will continue to make the stand-alone computer available into Monday of next week (January 12, 2015), given the demands on our own personnel and in light of trial demands, we ask that you complete your review by January 13, 2015.

Accompanying, please find the items we discussed today, two DVD-Rs containing scanned copies of the chain of custody forms for the FBI's 1B evidence that has been made available to you.  They are labeled DT-0106254 and DT-0106255.  Also, the surveillance footage from the interior cameras of the Forum restaurant was imaged and placed on a hard drive, labeled DT-0106256.

Thank you.

Sincerely,

CARMEN M. ORTIZ
United States Attorney

By:  */s/Aloke Chakravarty*
Aloke Chakravarty

Timothy Watkins, Esq, et al.
January 8, 2014
Page 2

                William Weinreb
                Nadine Pellegrini
                Assistant U.S. Attorneys

                Steve Mellin
                Trial Attorney
                U.S. Department of Justice