U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Boston Marathon Explosion | | |

## SUMMARY OF EVENT:

On April 21, 2013 ATF Special Agent Mattheu Kelsch and Boston Police Detective John O'Connor reviewed video surveillance from the Whole Foods Market, 340 River Street, Cambridge, MA 02139 with negative results.

## NARRATIVE:

1. On April 21, 2013 ATF Special Agent Mattheu Kelsch and Boston Police Detective John O'Connor reviewed video surveillance from the Whole Foods market, 340 River Street, Cambridge, MA 02139 with negative results.

2. S/A Kelsch and Detective O' Connor met with Jeremy Medeiros ▓▓▓▓ supervisor at the Whole Foods Market. Mr. Medeiros stated that the surveillance system is comprised of two Digital Video Recording Systems. One of the systems was broken and did not record any of the cameras assigned to it. The second system did record, however the recorded footage was blurry and unclear. He stated that the functioning system was broken and unable to record to external media (DVD or USB Drive).

3. Investigators viewed the main entry camera view from 2:55 pm to 3:45 pm for April 15, 2013. The time stamp on the recorded was correct. No one matching the description of Tamerian Tsarnaev (Black Hat) was seen entering or leaving the store during that time frame.

4. Mr. Mederios stated that the recorded footage would last approximately fourteen days before being written over.

5. S/A Kelsch then spoke telephonically with IT Specialist Mike Archambault ▓▓▓▓ and asked if transactions with credit cards can be searched via name only. He stated that they can only search the transaction using the last four digits of the credit card used for the purchase.

| Prepared by: Mattheu P. Kelsch | Title: Special Agent, Boston II Field Office | Signature: | Date: 4-21-2013 |
|---|---|---|---|
| Authorized by: Thomas F. Crowley | Title: Acting Group Supervisor, Boston II Field Office | Signature: | Date: 4-25-13 |
| Second level reviewer (optional): Guy N. Thomas | Title: Special Agent in Charge, Boston Field Division | Signature: | Date: |

DT-0014775