UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-CR-10200-GAO |

The government did not confer with the defense, as required by Local Rule 7.1(a)(2), prior to filing its motion to supplement the record (Dkt. No. 1772). Accordingly, we write to advise the Court that we oppose the government's motion to supplement the record on appeal with materials that were never presented to this Court, and will file an opposition within the time allowed by Local Rule 7.1(b)(2).

Respectfully submitted,

DZHOKHAR TSARNAEV

by his attorneys

/s/ *David Patton*
David Patton, Esq.
NY Bar # 3926813
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8738
DAVID_PATTON@FD.ORG

1

**Certificate of Service**

      I certify that this document has been served upon counsel for the United States by electronic mail and ECF on this the 20th day of June 2019, including the following:

William A. Glaser
U.S. Department of Justice, Crim. Div., App. Sec.
950 Pennsylvania Ave. NW, Suite 1264
Washington, DC 20530

Nadine Pellegrini
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02110-0000

                                      /s/ *David Patton*
                                      David Patton, Esq. (NY Bar # 3926813)
                                      Federal Defenders of New York, Inc.
                                      52 Duane Street, 10th Floor
                                      New York, NY 10007
                                      (212) 417-8738
                                      DAVID_PATTON@FD.ORG