# United States Court of Appeals
## For the First Circuit

No. 16-6001

UNITED STATES,

Appellee,

v.

DZHOKHAR A. TSARNAEV, a/k/a Jahar Tsarni,

Defendant, Appellant.

**ORDER OF COURT**

Entered: November 8, 2019

Defendant's Unopposed Motion to Partially Unseal Second Search Warrant is denied without prejudice to filing in the district court. Should defendant choose to renew his motion in that court, we request that the district court act promptly on it. Defendant's Motion to Seal Exhibit A to his Unopposed Motion is granted.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. George A. O'Toole, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Judy Clarke, Gail K. Johnson, Deirdre von Dornum, Daniel Habib, David Patton, Clifford Gardner, Mia Alyssa Eisner-Grynberg, Donald Campbell Lockhart, Joseph Francis Palmer, Nadine Pellegrini, William A. Glaser, Steven D. Mellin, Matthew R Segal, Jonathan M. Albano, Emma D. Hall, John Remington Graham, David A. Ruhnke, Michael J. Iacopino, Benjamin Silverman, Megan Wall-Wolff, George H. Kendall III, Timothy P. O'Toole