# United States Court of Appeals
## For the First Circuit

No. 16-6001

UNITED STATES OF AMERICA,

Appellee,

v.

DZHOKHAR A. TSARNAEV,

Defendant, Appellant.

**JUDGMENT**

Entered: July 31, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Dzhokhar Tsarnaev's convictions on Counts 13, 15, and 18 are reversed, and the district court is directed to enter a judgment of acquittal on those counts. Dzhohkar Tsarnaev's death sentences on Counts 4, 5, 9, 10, and 14 are vacated, and the matter is remanded to the district court with directions to hold a new penalty-phase trial consistent with the opinion issued this day and with Local Rule 40.1(k)(1) of the District of Massachusetts.

Because the remaining convictions are affirmed, and Dzhokhar Tsarnaev has not challenged the many life sentences imposed on those remaining counts, Dzhokhar Tsarnaev will remain confined to prison for the rest of his life, with the only remaining question being whether the government will end his life by executing him.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. George A. O'Toole
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Dzhokhar A. Tsarnaev
Judy Clarke

Gail K. Johnson
Deirdre von Dornum
Daniel Habib
David Patton
Clifford Gardner
Mia Alyssa Eisner-Grynberg
Donald Campbell Lockhart
Joseph Francis Palmer
Nadine Pellegrini
William A. Glaser
Steven D. Mellin
Matthew R Segal
Jonathan M. Albano
Emma D. Hall
John Remington Graham
David A. Ruhnke
Michael J. Iacopino
Benjamin Silverman
Megan Wall-Wolff
George H. Kendall III
Timothy P. O'Toole