# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 6, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  United States
            v. Dzhokhar A. Tsarnaev
            No. 20-443
            (Your No. 16-6001)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on October 6, 2020 and placed on the docket October 6, 2020 as No. 20-443.

                             Sincerely,

                             **Scott S. Harris**, Clerk

                             by

                             Jacob A. Levitan
                             Case Analyst