OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

September 9, 2021

Robert Farrell, Clerk
US District Court of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: 16-6001 US v Tsarnaev
    1:13-cr-10200-GAO-1

Dear Clerk Farrell:

    Enclosed please find a copy of a letter from the United States Supreme Court regarding the above referenced case.   Please note that while it is dated July 27, 2021, its transmission to us was inadvertently delayed.

    Please transmit the original record to the United States Supreme Court as outlined in the enclosed letter. We will be transmitting the documents we have received from your court and all of the pertinent filings made in our court.

    Thank you for your cooperation.

    Sincerely,
    Dennis O'Leary
    Case Manager Supervisor
    U.S. Court of Appeals
    for the First Circuit
    (617) 748-9067

Enclosure

cc:
Judy Clarke, Gail K. Johnson, Deirdre von Dornum, Daniel Habib, David Patton, Clifford Gardner, Mia Alyssa Eisner-Grynberg, Donald Campbell Lockhart, Joseph Francis Palmer, Nadine Pellegrini, William A. Glaser, Steven D. Mellin, Matthew R Segal, Jonathan M. Albano, Emma D. Hall, John Remington Graham, David A. Ruhnke, Michael J. Iacopino, Benjamin Silverman, Megan Wall-Wolff, George H. Kendall III, Timothy P. O'Toole