UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff,<br><br>　　　v.<br><br>DZHOKHAR A. TSARNAEV<br>　　　Defendant. | )<br>)<br>)<br>) CASE NO. 1:13-CR-10200-001-GAO<br>)<br>)<br>) |

## NOTICE OF ATTORNEY APPEARANCE

Please enter the appearance of Brendan T. Mockler, Assistant United States Attorney, as counsel for the United States of America in the above-captioned case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　　　　　　　NATHANIEL R. MENDELL
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　By:　　/s/ Brendan T. Mockler
　　　　　　　　　　　　　　　BRENDAN T. MOCKLER
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　One Courthouse Way Suite 9200
　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　Tel. No. (617) 748-3100
　　　　　　　　　　　　　　　Fax No. (617) 748-3972
　　　　　　　　　　　　　　　Brendan.Mockler@usdoj.gov

Date: January 5, 2022

## CERTIFICATE OF SERVICE

　　　I hereby certify that on January 5, 2022, this document was filed through the ECF system and sent electronically to any registered participants, and a paper copy was sent by mail to Dzhokhar A. Tsarnaev located in Florence, CO.

Date:  January 5, 2022　　　　　　　　　　　　　　/s/ Brendan T. Mockler
　　　　　　　　　　　　　　　　　　　　　　　　　Brendan T. Mockler
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney