UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DZHOKHAR A. TSARNAEV,<br><br>    Defendant. | Case No. 1:13-cr-10200-GAO |

## ORDER

Upon consideration of the Motion to Authorize Payment from Defendant's Inmate Trust Account (the "Motion") filed by the United States pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) requesting the Court to enter an Order authorizing the Bureau of Prisons ("BOP") to turnover to the Clerk of Court any and all funds, including any funds subject to administrate hold by BOP, held in the inmate trust account for the above-captioned defendant (the "Defendant") as payment for the criminal penalties imposed in this case, for the reasons stated in the Motion, the Court concludes that cause exists to grant this Motion, and, therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the BOP is authorized to turnover to the Clerk of the Court, and the Clerk of Court shall accept, any and all funds, including any funds subject to administrative hold by BOP, currently held in the trust account for the following inmate:

Inmate Name: Dzhokhar A. Tsarnaev
Register Number: 95079-038

The funds should be paid by mailing a check payable to "Clerk of Court" to the following address:

Clerk's Office
U. S. District Court,
1 Courthouse Way
Suite 2300
Boston, MA 02210

and noting the above-captioned case number in the memo section of the check; and it is further

ORDERED that The Clerk shall apply these funds as payment toward the criminal monetary penalties owed by the Defendant in this case.

SO ORDERED:

DATED:                                          _____
                                                JUDGE GEORGE A. O'TOOLE, JR
                                                UNITED STATES DISTRICT COURT