UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DZHOKHAR A. TSARNAEV,<br><br>  Defendant. | Case No. 1:13-cr-10200-GAO |

**ASSENTED-TO MOTION FOR LEAVE TO REPLY**

Pursuant to Rule 7.1(b)(3) of the Local Rules for the United States District Court for the District of Massachusetts, the United States respectfully moves for leave to file a reply brief in support of its pending Motion to Authorize Payment from Defendant's Inmate Trust Account (Doc. No. 1786).

As grounds for this motion, the Defendant's Opposition raised certain arguments that the government would like to address in a reply brief, including whether certain language in the Judgment precludes the government's motion and whether the government's motion should be assigned to a different judge for decision.  The United States disagrees on both points, and the proposed reply brief will address these arguments and others raised in the Defendant's Opposition. The government expects to file any reply brief by January 31, 2022.

Pursuant to Local Rule 7.1(a)(2), the undersigned Assistant United States Attorney conferred with counsel for Defendant on January 26, 2021, by email.  Counsel for the Defendant assents to this request.

WHEREFORE, the United States respectfully requests that the Court enter an order permitting the filing of a reply brief in support of its pending Motion to Authorize Payment from Defendant's Inmate Trust Account.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

RACHAEL S. ROLLINS
United States Attorney

Date:   January 27, 2022      By:     /s/ Brendan T. Mockler
                                      BRENDAN T. MOCKLER
                                      Assistant United States Attorney
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      Tel. No. (617) 748-3100
                                      Brendan.Mockler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true copy of the above document was filed through the ECF system and electronically served on any registered participants.

Date:   January 27, 2022              /s/ Brendan. T. Mockler
                                      BRENDAN T. MOCKLER