UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                   )          Crim. No. 13-CR-10200-GAO<br>)<br>DZHOKHAR TSARNAEV,            )<br>           Defendant.             )<br>                                              ) | |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that Matthew R. Segal, as counsel for *amicus* the American Civil Liberties Union of Massachusetts, Inc. in the above-captioned matter, has a new mailing address. Effective immediately, our office is now located at One Center Plaza, Suite 850, Boston, MA 02108.

Dated: February 11, 2022                           Respectfully submitted,

                                                                    By: */s/ Matthew R. Segal*
                                                                           Matthew R. Segal (BBO #654489)
                                                                           AMERICAN CIVIL LIBERTIES UNION
                                                                            FOUNDATION OF MASSACHUSETTS, INC.
                                                                           One Center Plaza, Suite 850
                                                                           Boston, MA 02108
                                                                           (617) 482-3170

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed through the Electronic Court Filing system on February 11, 2022, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

                                                                */s/ Matthew R. Segal*
                                                                Matthew R. Segal