# Supreme Court of the United States

No. 20-443

**UNITED STATES,**

Petitioner

v.

**DZHOKHAR A. TSARNAEV**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed.

March 4, 2022

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 5, 2022

Clerk
United States Court of Appeals
  for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210-3004

     **Re:  United States**
          **v. Dzhokhar A. Tsarnaev,**
          **No. 20-443 (Your docket No. 16-6001)**

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                           Sincerely,

                           SCOTT S. HARRIS, Clerk

                           By *[signature]*

                           Hervé Bocage
                           Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 5, 2022

Ms. Elizabeth B. Prelogar, Esq.
Solicitor General
U. S. Dept. of Justice
950 Pennsylvania Avenue, N. W.
Washington, D. C. 20530-0001

Ms. Ginger D. Anders, Esq.
Munger, Tolles & Olson LLP
601 Masachusetts Ave., N. W.
Washington, D. C. 20001-5369

> Re: **United States**
> **v. Dzhokhar A. Tsarnaev,**
> **No. 20-443**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the First Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*
Herve' Bocage
Judgments/Mandates Clerk

cc: All counsel of record
 Clerk, USCA 1st Cir.
  (Your docket No. 16-6001)