# United States Court of Appeals
## For the First Circuit

---

No. 16-6001

UNITED STATES,

Appellee,

v.

DZHOKHAR A. TSARNAEV, a/k/a Jahar Tsarni,

Defendant, Appellant.

---

Before

Thompson and Kayatta,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: April 6, 2022

    In light of the Supreme Court's decision in <u>United States</u> v. <u>Tsarnaev</u>, 142 S. Ct. 1024 (2022) reversing this court's decision, Dzhohkar Tsarnaev's death sentences on Counts 4, 5, 9, 10, and 14 are affirmed.  As previously ordered in this Court's July 31, 2020 judgment, Dzhokhar Tsarnaev's convictions on Counts 13, 15, and 18 are reversed, and the district court is directed to enter a judgment of acquittal on those counts.

By the Court:

Maria R. Hamilton, Clerk

cc:
Dzhokhar A. Tsarnaev
Judy Clarke
Gail K. Johnson
Deirdre von Dornum
Daniel Habib
David Patton

Clifford Gardner
Mia Alyssa Eisner-Grynberg
Donald Campbell Lockhart
Joseph Francis Palmer
Nadine Pellegrini
William A. Glaser
Steven D. Mellin
Matthew R Segal
Jonathan M. Albano
Emma D. Hall
John Remington Graham
David A. Ruhnke
Michael J. Iacopino
Benjamin Silverman
Megan Wall-Wolff
George H. Kendall III
Timothy P. O'Toole