UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>DZHOKHAR A. TSARNAEV,<br><br>                Defendant. | Crim. No. 13-10200-GAO |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for *amicus curiae* American Civil Liberties Union of Massachusetts, Inc. ACLUM is still represented by other counsel in this matter.

Dated: March 24, 2023

Respectfully submitted,

By:
/s/ *Matthew R. Segal*
Matthew R. Segal (BBO # 654489)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
msegal@aclum.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

| | |
|---|---|
| March 24, 2023 | /s/ *Matthew R. Segal* |
| | Matthew R. Segal |