UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DZHOKHAR A. TSARNAEV,<br><br>    Defendant. | Case No. 1:13-cr-10200-GAO |

**NOTICE OF RECENT FIRST CIRCUIT DECISION**

The United States of America, by its attorney, Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, submits this notice of a decision by the First Circuit that provides additional support for the government's pending motion for turnover of funds in the defendant's inmate trust account. (Dkt. No. 1786).

In *United States v. Saemisch*, No. 22-1076, 2023 WL 3813780 (1st Cir. June 5, 2023), the First Circuit addressed, for the first time, 18 U.S.C. § 3664(n)—the same turnover statute raised in the government's pending motion. The district court's turnover order was affirmed.

A copy of the opinion is submitted herewith.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

JOSHUA S. LEVY
Acting United States Attorney

Date:  June 9, 2023         By:   /s/ Brendan T. Mockler
BRENDAN T. MOCKLER
NADINE PELLEGRINI
Assistant United States Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3100
Brendan.Mockler@usdoj.gov