| Date: | 01/18/2024 | | | | | Location: DC |
|---|---|---|---|---|---|---|
| Time: | 12:12 PM | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
## Sensitive But Unclassified

| Reg #: 95079038 | Start Date: 1/1/2013 | End Date: 9/30/2015 | | | |
|---|---|---|---|---|---|
| ☑ Money Received | ☑ Money Sent | ☐ Contact List | ☐ Addresses | ☐ Phone List | ☐ Calls |
| ☐ Email List | ☐ Messages | ☐ Visitor List | ☐ Visits | ☐ Timeline | |

### Money Received

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 9/25/2015 5:02:48 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 9/16/2015 6:20:18 AM | FLX | Lockbox - CD | $100.00 | | | SAN DIEGO | CA | 92101 | |
| 9/13/2015 5:02:42 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 8/16/2015 4:04:02 PM | FLX | Money Gram | $10.00 | COLEMAN, CHRISTIAN | | CASSVILLE | WV | 26527 | |
| 8/16/2015 5:02:19 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 8/4/2015 5:01:31 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 7/27/2015 5:04:06 AM | FLX | Money Gram | $5.00 | COLEMAN, CHRISTIAN | | CASSVILLE | WV | 26527 | |
| 7/25/2015 5:01:49 AM | FLX | Lockbox - CD | $100.00 | GEORGE, SHEREE | | FREDERICK | MD | 21703 | |
| 7/23/2015 1:03:44 PM | FLX | Money Gram | $50.00 | FRIZZELL, HEATHER | | ROSLINDALE | MA | 02131 | |
| 7/20/2015 5:05:42 AM | FLX | Western Union | $50.00 | BARUJA, ZADI | | LIVERPOOL | NY | 13090 | |
| 7/19/2015 4:03:49 PM | FLX | Money Gram | $20.00 | COLEMAN, CHRISTIAN | | CASSVILLE | WV | 26527 | |
| 7/18/2015 5:05:04 AM | FLX | Western Union | $15.00 | PERROTTA, KIMBERLY | | EAST HAMPTON | CT | 06424 | |
| 7/17/2015 5:04:35 AM | FLX | Money Gram | $50.00 | TIJERO, ALINA | | LAS VEGAS | NV | 89123 | |
| 5/30/2015 5:13:26 AM | DEV | Lockbox - CD | $100.00 | | | LAWRENCE | NY | 11559 | |
| 5/26/2015 5:52:12 PM | DEV | Lockbox - CD | $200.00 | | | | | | |
| 5/23/2015 7:05:49 AM | DEV | Money Gram | $30.00 | GITHENS, CORRIE | | TACOMA | WA | 98407 | |

| Date: | 01/18/2024 | | | | | | | | Location: DC |
|---|---|---|---|---|---|---|---|---|---|
| Time: | 12:12 PM | | | | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
## Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5/10/2015 7:05:07 AM | DEV | Money Gram | $125.00 | MURCH, JACKIE | | TRABUCO CANYON | CA | 92679 | |
| 5/9/2015 7:04:55 PM | DEV | Money Gram | $100.00 | BASHAM, KATHERINE | | OXFORD | GA | 30054 | |
| 12/29/2014 5:12:54 AM | DEV | Lockbox - CD | $200.00 | | | | | | |
| 9/8/2014 5:12:06 AM | DEV | Lockbox - CD | $90.00 | | | | | | |
| 9/1/2014 1:07:11 PM | DEV | Western Union | $40.00 | TEYER, ELENA | | SAVANNAH | GA | 31419 | |
| 7/24/2014 8:05:38 PM | DEV | Western Union | $50.00 | FIGUEROA, KARINE | | NEW YORK | NY | 10011 | |
| 7/4/2014 5:10:51 AM | DEV | Lockbox - CD | $200.00 | | | | | | |
| 6/25/2014 5:09:05 AM | DEV | Lockbox - CD | $50.00 | ANDERSON, CATHY | | TW | | | |
| 6/20/2014 7:05:34 AM | DEV | Western Union | $50.00 | BISHOP, AMBER | | SAINT PARIS | OH | 43072 | |
| 6/18/2014 10:05:08 PM | DEV | Western Union | $100.00 | TEYER, ELENA | | SAVANNAH | GA | 31419 | |
| 3/23/2014 5:11:09 AM | DEV | Lockbox - CD | $20.00 | BLAIR, LESLEY | | WORCESTER | MA | 01607 | |
| 3/6/2014 2:07:11 PM | DEV | Western Union | $30.00 | JOHNSON, LESLIE | | TULSA | OK | 74104 | |
| 2/11/2014 5:13:27 AM | DEV | Lockbox - CD | $20.00 | BLAIR, LESLEY | | WORCESTER | MA | 01607 | |
| 1/30/2014 5:07:16 AM | DEV | Lockbox - CD | $200.00 | | | | | | |
| 1/14/2014 9:05:55 PM | DEV | Western Union | $40.00 | FIGUEROA, KARINE | | NEW YORK | NY | 10011 | |
| 1/10/2014 2:06:44 PM | DEV | Western Union | $40.00 | NUNEZ, KRIS | | BAYAMON | PR | 00961 | |
| 12/28/2013 5:19:45 AM | DEV | Lockbox - CD | $20.00 | BLAIR, LESLEY | | WORCESTER | MA | 01607 | |
| 11/22/2013 5:12:45 AM | DEV | Lockbox - CD | $20.00 | BLAIR, LESLEY J | | WADESBORO | NC | 28170 | |
| 10/29/2013 5:11:59 AM | DEV | Lockbox - CD | $20.00 | BLAIR, LESLEY J | | WORCESTER | MA | 01607 | |
| 10/23/2013 8:06:25 PM | DEV | Western Union | $25.00 | CARTAYA, ILEANA | | SALISBURY | NC | 28146 | |

| Date: | 01/18/2024 | | | | | | | | | Location: DC |
|---|---|---|---|---|---|---|---|---|---|---|
| Time: | 12:12 PM | | | | | | | | | |

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
#### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 10/9/2013 10:04:51 PM | DEV | Western Union | $50.00 | JOHNSON, LESLIE | | TULSA | OK | 74104 | |
| 10/9/2013 9:06:29 PM | DEV | Western Union | $50.00 | JOHNSON, LESLIE | | TULSA | OK | 74104 | |
| 10/7/2013 5:08:48 AM | DEV | Lockbox - CD | $20.00 | POBIE, LESLEY S | | WORCESTER | MA | 01607 | |
| 9/26/2013 5:08:15 AM | DEV | Lockbox - CD | $200.00 | GEORGE, SHEREE | | FREDERICK | MD | 21703 | |
| 9/21/2013 10:03:43 AM | DEV | Western Union | $25.00 | CARTAYA, ILEANA | | SALISBURY | NC | 28146 | |
| 8/29/2013 6:05:53 PM | DEV | Western Union | $25.00 | CARTAYA, ILEANA | | SALISBURY | NC | 28146 | |
| 8/26/2013 5:10:01 AM | DEV | Lockbox - CD | $20.00 | | | WORCESTER | MA | 01607 | |
| 8/9/2013 3:05:58 PM | DEV | Western Union | $35.00 | TUCKER, KIM | | CLINTON TWP | MI | 48038 | |
| 8/7/2013 7:06:08 PM | DEV | Western Union | $100.00 | LEDIN, AMY | | HIBBING | MN | 55746 | |
| 8/3/2013 5:17:11 AM | DEV | Lockbox - CD | $25.00 | TYREE, TAMMY | | PRINCETON | WV | 24740 | |
| 7/31/2013 5:09:20 AM | DEV | Lockbox - CD | $10.00 | S, CONNIE | | BATAVIA | NY | 14021 | |
| 7/29/2013 5:08:40 AM | DEV | Lockbox - CD | $20.00 | BLAIR, LESLEY | | WORCESTER | MA | 01607 | |
| 7/28/2013 5:14:26 AM | DEV | Lockbox - CD | $20.00 | KELLY, AMY | | FOUNTAIN | NC | 27829 | |
| 7/25/2013 4:08:10 PM | DEV | Western Union | $100.00 | LEDIN, AMY | | HIBBING | MN | 55746 | |
| 7/22/2013 1:07:18 PM | DEV | Western Union | $25.00 | CARTAYA, ILEANA | | SALISBURY | NC | 28146 | |
| 7/22/2013 10:04:57 AM | DEV | Western Union | $10.00 | FADDEN, DAVIDR | | MALDEN | MA | 02148 | |
| 7/20/2013 5:13:56 AM | DEV | Lockbox - CD | $40.00 | | | MORA | MN | 55051 | |
| 7/19/2013 12:05:28 PM | DEV | Western Union | $10.00 | FADDEN, DAVIDR | | MALDEN | MA | 02148 | |
| 7/16/2013 7:08:04 AM | DEV | Western Union | $120.00 | MURCH, JACKIE | | TRABUCO CANYON | CA | 92679 | |
| 7/8/2013 12:07:28 PM | DEV | Western Union | $30.00 | MURPHY, BARBARA | | PHILADELPHIA | PA | 19111 | |
| 7/5/2013 7:04:40 AM | DEV | Western Union | $10.00 | CRITTEN, WHITNEY | | NASHVILLE | TN | 37212 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 01/18/2024 | | | | | | | Location: DC |
| Time: | 12:12 PM | | | | | | | |

## Federal Bureau of Prisons
### TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 7/2/2013 5:14:06 AM | DEV | Lockbox - CD | $25.00 | VACANTE, LISA | | HAUPPAUGE | NY | 11788 | |
| 6/19/2013 9:05:54 PM | DEV | Western Union | $20.00 | RISCHKA, SONJA | | VIENNA | IA | 50947 | |
| 6/17/2013 5:09:25 AM | DEV | Lockbox - CD | $10.00 | SCHIRMER, CONNIE | | BATAVIA | NY | 14021 | |
| 6/14/2013 12:05:54 PM | DEV | Western Union | $10.00 | FADDEN, DAVIDR | | MALDEN | MA | 02148 | |
| 6/7/2013 4:06:24 PM | DEV | Western Union | $50.00 | MURPHY, BARBARA | | PHILADELPHIA | PA | 19111 | |
| 6/6/2013 10:04:49 AM | DEV | Western Union | $10.00 | FADDEN, DAVIDR | | MALDEN | MA | 02148 | |
| 6/4/2013 4:07:04 PM | DEV | Western Union | $10.00 | BOSCH, CIRCE | | NEW YORK | NY | 10003 | |
| 6/4/2013 5:14:30 AM | DEV | Lockbox - CD | $300.00 | PASKALEVA, ANTONINA | | LAWRENCE | NY | 11559 | |
| 6/2/2013 5:12:00 AM | DEV | Lockbox - CD | $50.00 | | | NEW ORLEANS | LA | 70119 | |
| 6/2/2013 5:11:57 AM | DEV | Lockbox - CD | $29.90 | | | ELMONT | NY | 11003 | |
| 6/2/2013 5:11:55 AM | DEV | Lockbox - CD | $20.00 | | | ELMONT | NY | 11003 | |
| 5/31/2013 1:07:16 PM | DEV | Western Union | $50.00 | CHAPEL, ANNETTE | | MOORPARK | CA | 93021 | |
| 5/31/2013 5:09:06 AM | DEV | Lockbox - CD | $10.00 | SCHIRNCK, CONNIE | | BATAVIA | NY | 14021 | |
| 5/29/2013 5:17:21 AM | DEV | Lockbox - CD | $20.00 | REGGUINTI, JESSICA | | MORA | MN | 55051 | |
| 5/24/2013 5:06:15 PM | DEV | Western Union | $300.00 | LEDIN, AMY | | HIBBING | MN | 55746 | |
| 5/24/2013 7:03:42 AM | DEV | Money Gram | $50.00 | PEREZ, MICHELLE | | LOUISE | TX | 77455 | |
| 5/23/2013 8:05:24 PM | DEV | Western Union | $10.00 | AMARO, AMANDA | | SHREVEPORT | LA | 71129 | |
| 5/23/2013 10:04:40 AM | DEV | Western Union | $50.00 | CHAPEL, ANNETTE | | MOORPARK | CA | 93021 | |
| 5/23/2013 7:06:24 AM | DEV | Western Union | $100.00 | MURCH, JACKIE | | TRABUCO CANYON | CA | 92679 | |
| 5/23/2013 7:06:22 AM | DEV | Western Union | $93.87 | GOMEZ, JUDE | | PANANIA | | 00000 | |
| 5/21/2013 5:15:54 AM | DEV | Lockbox - CD | $20.00 | REGGUINTI, JESSICA | | MORA | MN | 55051 | |

| Date: | 01/18/2024 | | | | | | | | Location: DC |
|---|---|---|---|---|---|---|---|---|---|
| Time: | 12:12 PM | | | | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5/20/2013 9:06:49 PM | DEV | Western Union | $300.00 | SHAMONSKY, DOROTHY | | LINCOLN | MA | 01773 | |
| 5/20/2013 1:07:10 PM | DEV | Western Union | $45.00 | SCHNECKLOTH, JESSICA | | HULL | MA | 02045 | |
| 5/20/2013 5:08:18 AM | DEV | Lockbox - CD | $50.00 | | | ELMONT | NY | 11003 | |
| 5/16/2013 5:08:17 AM | DEV | Lockbox - CD | $36.00 | REGGUINTI, J | | MORA | MN | 55051 | |
| 5/15/2013 4:06:14 PM | DEV | Western Union | $10.00 | MACERA, LYNDSEY | | NORTH SCITUATE | RI | 02857 | |
| 5/15/2013 7:06:26 AM | DEV | Western Union | $5.00 | WING, NICOLE | | BUZZARDS BAY | MA | 02532 | |
| 5/14/2013 7:07:23 AM | DEV | Western Union | $15.00 | CARRERA, WENDY | | PACOIMA | CA | 91331 | |
| 5/13/2013 6:07:17 PM | DEV | Western Union | $30.00 | HINDMAN, KIMBERLY | | SAINT LOUIS | MO | 63129 | |
| 5/13/2013 1:06:57 PM | DEV | Western Union | $50.00 | SHEETS, KIM | | TYLER | TX | 75708 | |
| 5/13/2013 7:06:38 AM | DEV | Western Union | $10.00 | KIRBY, DEBORAH | | WARMINSTER | PA | 18974 | |
| 5/12/2013 7:05:31 PM | DEV | Western Union | $10.00 | SMITH, KELLY | | BEAUMONT | TX | 77706 | |
| 5/12/2013 1:04:55 PM | DEV | Western Union | $20.00 | STUTLER, JOHN | | COOPER | TX | 75432 | |
| 5/12/2013 7:05:10 AM | DEV | Western Union | $10.00 | AMARO, AMANDA | | SHREVEPORT | LA | 71129 | |
| 5/10/2013 8:06:14 PM | DEV | Western Union | $10.00 | MATLOCK, ALEESA | | GARLAND | TX | 75043 | |
| 5/10/2013 7:06:35 PM | DEV | Western Union | $70.00 | CHIN, JENNIFER | | NORTH BILLERICA | MA | 01862 | |
| 5/10/2013 7:03:36 AM | DEV | Money Gram | $20.00 | GEISLER, IRIS | | AUSTIN | TX | 78741 | |
| 5/9/2013 7:06:19 AM | DEV | Western Union | $30.00 | MOORE, ERIN | | TEMECULA | CA | 92591 | |
| 5/8/2013 7:06:04 PM | DEV | Western Union | $10.00 | GOODWIN, LORI | | SALEM | OR | 97302 | |

**Money Sent**

| Date: | 01/18/2024 | | | | | | | | Location: DC |
| Time: | 12:12 PM | | | | | | | | |

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Transaction Date | Loc | Trans Type | Amount | Recipient Nm | Address | City | St | Zip |
|---|---|---|---|---|---|---|---|---|
| 8/18/2014 9:38:03 AM | DEV | Gift | ($500.00) | TSARNAEV, AILINA | ▉ | NORTH BERGEN | NJ | 07047 |
| 5/2/2014 9:15:58 AM | DEV | Support | ($500.00) | TSARNAEV, AILINA | ▉ | NORTH BERGEN | NJ | 07047 |
| 10/10/2013 12:11:00 AM | DEV | Books | ($500.00) | TSARNAEVA, BELLA | ▉ | NORTH BERGEN | NJ | 07047 |
| 9/13/2013 9:01:21 AM | DEV | Books | ($500.00) | TSARNAEVA, BELLA | ▉ | NORTH BERGEN | NJ | 07047 |

