| Date: | 01/18/2024 | | | | | Location: DC |
|---|---|---|---|---|---|---|
| Time: | 12:15 PM | | | | | |

## Federal Bureau of Prisons
### TRUVIEW
#### Inmate Center Report
#### Sensitive But Unclassified

| Reg #: | 95079038 | Start Date: | 10/1/2015 | End Date: | 1/18/2024 | | |
|---|---|---|---|---|---|---|---|
| ☑ Money Received | | ☑ Money Sent | | ☐ Contact List | | ☐ Addresses | ☐ Phone List | ☐ Calls |
| ☐ Email List | | ☐ Messages | | ☐ Visitor List | | ☐ Visits | ☐ Timeline | |

### Money Received

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 1/10/2024 2:40:41 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 1/6/2024 5:01:18 AM | FLX | Lockbox - CD | $50.00 | GARVEY, DEB | | BAINBRIDGE IS | WA | 98110 | |
| 12/13/2023 5:00:49 AM | FLX | Lockbox - CD | $4.00 | US DEPT | | FLORENCE | CO | 81226 | |
| 12/8/2023 1:52:42 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 12/7/2023 5:00:30 AM | FLX | Lockbox - CD | $50.00 | GAREY, DEBRA | | BAINBRIDGE IS | WA | 98110 | |
| 11/9/2023 3:06:06 PM | FLX | Western Union | $50.00 | GARVEY, DEBRA | | BAINBRIDGE ISLAND | WA | 98110 | |
| 11/9/2023 7:38:04 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 11/3/2023 11:06:27 AM | FLX | Western Union | $200.00 | TSARNAEVA, AILINA | | WEST NEW YORK | NJ | 07093 | |
| 10/10/2023 11:32:43 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 9/8/2023 9:11:42 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 9/6/2023 5:07:45 AM | FLX | Western Union | $300.00 | TSARNAEVA, AILINA | | WEST NEW YORK | NJ | 07093 | |
| 8/10/2023 2:56:09 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 7/10/2023 1:44:55 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 6/15/2023 4:06:10 PM | FLX | Western Union | $300.00 | TSARNAEVA, AILINA | | WEST NEW YORK | NJ | 07093 | |
| 6/9/2023 8:12:01 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 5/10/2023 10:16:57 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 4/3/2023 10:06:28 AM | FLX | Money Gram | $100.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 1/20/2023 3:06:09 PM | FLX | Money Gram | $100.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |

| Date: | 01/18/2024 | | | | | | | Location: DC |
| Time: | 12:15 PM | | | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
## Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 1/10/2023 8:38:41 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 12/9/2022 6:54:29 AM | FLX | Payroll - IPP | $5.25 | | | | | | |
| 11/23/2022 4:06:23 PM | FLX | Money Gram | $100.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 11/10/2022 9:12:54 AM | FLX | Payroll - IPP | $5.25 | | | | | | |
| 10/30/2022 5:00:49 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/7/2022 9:41:51 AM | FLX | Payroll - IPP | $5.25 | | | | | | |
| 9/28/2022 5:01:26 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 9/21/2022 1:06:19 PM | FLX | Money Gram | $75.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 9/9/2022 9:00:58 AM | FLX | Payroll - IPP | $21.00 | | | | | | |
| 8/21/2022 5:01:08 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 7/22/2022 5:01:12 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 7/8/2022 7:09:30 AM | FLX | Payroll - IPP | $5.25 | | | | | | |
| 6/19/2022 5:00:51 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 6/10/2022 7:32:42 AM | FLX | Payroll - IPP | $5.25 | | | | | | |
| 5/18/2022 5:01:22 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 5/10/2022 6:44:01 AM | FLX | Payroll - IPP | $5.25 | | | | | | |
| 4/19/2022 5:01:10 AM | FLX | Lockbox - CD | $30.00 | FORDYCE | | INDIANAPOLIS | IN | 46241 | |
| 4/8/2022 4:06:25 PM | FLX | Money Gram | $50.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 4/8/2022 7:38:30 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 3/13/2022 5:01:20 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 01/18/2024 | | | | | | | Location: DC |
| Time: | 12:15 PM | | | | | | | |

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
#### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 3/10/2022 6:41:29 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 2/17/2022 10:06:17 AM | FLX | Money Gram | $50.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 2/10/2022 2:44:57 PM | FLX | Payroll - IPP | $12.00 | | | | | | |
| 2/9/2022 5:00:40 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 1/16/2022 5:00:52 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 1/11/2022 6:21:33 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 12/20/2021 5:01:03 AM | FLX | Lockbox - CD | $40.00 | FORDYEE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 12/10/2021 1:35:55 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 12/7/2021 5:06:26 AM | FLX | Money Gram | $100.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 11/19/2021 5:00:29 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 11/10/2021 1:56:19 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 11/2/2021 5:01:58 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/29/2021 5:06:33 AM | FLX | Money Gram | $100.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 10/20/2021 5:00:34 AM | FLX | Lockbox - CD | $35.00 | FORDYCE | | INDIANAPOLIS | IN | 46241 | |
| 10/8/2021 1:34:03 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 10/5/2021 12:06:30 PM | FLX | Money Gram | $50.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 10/1/2021 5:01:21 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 9/10/2021 1:39:46 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 8/20/2021 5:01:22 AM | FLX | Lockbox - CD | $35.00 | FORDYEE, BETTY | | INDIANAPOLIS | IN | 46241 | |

| Date: | 01/18/2024 | | | | | | | Location: DC |
|---|---|---|---|---|---|---|---|---|
| Time: | 12:15 PM | | | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
## Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 8/10/2021 3:11:08 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 7/17/2021 5:00:55 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 7/9/2021 1:07:35 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 6/27/2021 5:00:47 AM | FLX | Lockbox - CD | $35.00 | FORDYCE | | INDIANAPOLIS | IN | 46241 | |
| 6/23/2021 1:06:24 PM | FLX | Money Gram | $200.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 6/22/2021 5:01:09 AM | FLX | Lockbox - CD | $1,400.00 | | | | | | |
| 6/10/2021 1:22:25 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 5/30/2021 5:01:13 AM | FLX | Lockbox - CD | $250.00 | | | BROOKLYN | NY | 11201 | |
| 5/12/2021 5:00:43 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 5/10/2021 1:47:40 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 5/5/2021 5:01:18 AM | FLX | Lockbox - CD | $200.00 | | | BROOKLYN | NY | 11201 | |
| 4/9/2021 1:02:41 PM | FLX | Payroll - IPP | $12.00 | | | | | | |
| 4/6/2021 5:02:23 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BTTY | | INDIANAPOLIS | IN | 46241 | |
| 3/29/2021 5:01:34 AM | FLX | Lockbox - CD | $250.00 | FEDERAL DEFENDE | | BROOKLYN | NY | 11201 | |
| 3/15/2021 5:01:41 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 3/10/2021 12:39:30 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 2/27/2021 5:01:07 AM | FLX | Lockbox - CD | $200.00 | | | BROOKLYN | NY | 11201 | |
| 2/14/2021 5:00:43 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 2/10/2021 2:24:56 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 2/6/2021 5:01:42 AM | FLX | Lockbox - CD | $250.00 | FED DEFNDERS NY | | BROOKLYN | NY | 11201 | |

| Date: | 01/18/2024 | | | | | | | | Location: DC |
| Time: | 12:15 PM | | | | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 1/15/2021 5:01:54 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 1/8/2021 11:18:36 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 12/30/2020 5:01:01 AM | FLX | Lockbox - CD | $200.00 | FEDERAL DEFENDE | | BROOKLYN | NY | 11201 | |
| 12/10/2020 1:04:56 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 12/9/2020 5:00:58 AM | FLX | Lockbox - CD | $45.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 11/29/2020 5:00:58 AM | FLX | Lockbox - CD | $250.00 | FEDERAL DEFENDR | | BROOKLYN | NY | 11201 | |
| 11/10/2020 1:20:59 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 11/8/2020 5:00:29 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/28/2020 3:03:16 PM | FLX | Money Gram | $250.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 10/15/2020 5:00:55 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/11/2020 11:30:44 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 9/19/2020 5:00:53 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 9/10/2020 1:51:58 PM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 8/26/2020 6:03:17 PM | FLX | Money Gram | $250.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 8/14/2020 5:00:18 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 8/10/2020 1:59:16 PM | FLX | Payroll - IPP | $6.00 | | | | | | |
| 7/15/2020 5:03:15 PM | FLX | Money Gram | $250.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 7/12/2020 5:01:05 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |

| Date: | 01/18/2024 | | | | | | | Location: DC |
|---|---|---|---|---|---|---|---|---|
| Time: | 12:15 PM | | | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 7/10/2020 12:47:34 PM | FLX | Payroll - Psych Treatment | $20.00 | | | | | | |
| 6/10/2020 5:01:07 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 5/26/2020 12:03:19 PM | FLX | Money Gram | $250.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 5/20/2020 5:01:38 AM | FLX | Lockbox - CD | $35.00 | FERDYEE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 4/14/2020 5:01:29 AM | FLX | Lockbox - CD | $35.00 | F, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 4/8/2020 11:03:12 AM | FLX | Money Gram | $250.00 | VONDORNUM, DEIRDRE | | BROOKLYN | NY | 11215 | |
| 3/17/2020 5:01:04 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 3/9/2020 5:03:44 AM | FLX | Money Gram | $20.00 | KANE, CAROLINE | | GREENSBORO | NC | 27410 | |
| 2/28/2020 5:01:33 AM | FLX | Lockbox - CD | $200.00 | | | BROOKLYN | NY | 11201 | |
| 2/18/2020 5:00:45 AM | FLX | Lockbox - CD | $30.00 | FORDYEE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 2/8/2020 5:00:57 AM | FLX | Lockbox - CD | $250.00 | VON DORNUM, DEIRDRE | | BROOKLYN | NY | 11201 | |
| 1/18/2020 5:01:35 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 12/29/2019 5:01:13 AM | FLX | Lockbox - CD | $200.00 | FEDERAL DEFENDE | | BROOKLYN | NY | 11201 | |
| 12/27/2019 10:03:14 AM | FLX | Money Gram | $20.00 | KANE, CAROLINE | | GREENSBORO | NC | 27410 | |
| 12/10/2019 5:01:46 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 11/26/2019 5:01:22 AM | FLX | Lockbox - CD | $250.00 | | | BROOKLYN | NY | 11201 | |
| 11/16/2019 5:00:49 AM | FLX | Lockbox - CD | $60.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/29/2019 5:01:19 AM | FLX | Lockbox - CD | $200.00 | | | BROOKLYN | NY | 11201 | |
| 10/2/2019 6:03:13 PM | FLX | Western Union | $20.00 | COLEMAN, CHRISTIAN | | CASSVILLE | WV | 26527 | |

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
#### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 9/28/2019 5:00:54 AM | FLX | Lockbox - CD | $250.00 | | | BROOKLYN | NY | 11201 | |
| 9/11/2019 5:01:29 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 8/27/2019 5:00:26 AM | FLX | Lockbox - CD | $200.00 | | | BROOKLYN | NY | 11201 | |
| 8/10/2019 9:58:20 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 7/28/2019 5:00:34 AM | FLX | Lockbox - CD | $250.00 | DEIRDRE VON DOR | | BROOKLYN | NY | 11201 | |
| 7/1/2019 5:00:47 AM | FLX | Lockbox - CD | $60.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 6/28/2019 5:01:23 AM | FLX | Lockbox - CD | $200.00 | | | BROOKLYN | NY | 11201 | |
| 5/29/2019 5:00:38 AM | FLX | Lockbox - CD | $250.00 | , DEIRDKEK | | BROOKLYN | NY | 11201 | |
| 5/17/2019 5:00:42 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 4/29/2019 5:00:44 AM | FLX | Lockbox - CD | $200.00 | DEIRDRE VON DOR | | BROOKLYN | NY | 11201 | |
| 4/12/2019 5:00:45 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, MS BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 3/29/2019 5:01:12 AM | FLX | Lockbox - CD | $250.00 | VON DORNUM, DIERDRE | | BROOKLYN | NY | 11201 | |
| 3/13/2019 5:01:10 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 3/7/2019 5:00:55 AM | FLX | Lockbox - CD | $200.00 | | | BROOKLYN | NY | 11201 | |
| 2/16/2019 5:00:45 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, MS BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 2/8/2019 1:33:15 PM | FLX | Payroll - Psych Treatment | $30.00 | | | | | | |
| 2/5/2019 5:01:28 AM | FLX | Lockbox - CD | $260.00 | | | BROOKLYN | NY | 11201 | |
| 1/15/2019 5:00:46 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |

| Date: | 01/18/2024 | | | | | | | Location: DC |
|---|---|---|---|---|---|---|---|---|
| Time: | 12:15 PM | | | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/2018 5:01:44 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 12/1/2018 5:00:26 AM | FLX | Lockbox - CD | $100.00 | GEORGE, SHEREE | | FREDERICK | MD | 21703 | |
| 11/13/2018 5:01:12 AM | FLX | Lockbox - CD | $35.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/29/2018 5:00:23 AM | FLX | Lockbox - CD | $250.00 | FED DEFENDERS | | BROOKLYN | NY | 11201 | |
| 10/6/2018 5:00:31 AM | FLX | Lockbox - CD | $35.00 | ORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 9/29/2018 5:00:57 AM | FLX | Lockbox - CD | $200.00 | | | BROOKLYN | NY | 11201 | |
| 9/10/2018 5:01:03 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, MS BETTY | | INDIANAPOLIS | IN | 46241 | |
| 8/29/2018 5:00:44 AM | FLX | Lockbox - CD | $250.00 | VON DORNUM, DEIRDRE | | BROOKLYN | NY | 11201 | |
| 8/12/2018 5:01:05 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 7/28/2018 5:01:24 AM | FLX | Lockbox - CD | $200.00 | VON DORNUM, DEIDRE | | BROOKLYN | NY | 11201 | |
| 7/10/2018 5:00:55 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 6/26/2018 5:01:09 AM | FLX | Lockbox - CD | $250.00 | VON DORNURRI ES, DEIRDRE | | BROOKLYN | NY | 11201 | |
| 6/24/2018 5:00:57 AM | FLX | Lockbox - CD | $100.00 | GEORGE, SHEREE | | FREDERICK | MD | 21703 | |
| 6/12/2018 5:00:37 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 5/28/2018 5:01:21 AM | FLX | Lockbox - CD | $200.00 | VON DORNUM ESQ, DIRDRE | | BROOKLYN | NY | 11201 | |
| 5/23/2018 5:01:06 AM | FLX | Lockbox - CD | $100.00 | | | GRAHAM | NC | 27253 | |
| 5/13/2018 5:01:25 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46202 | |
| 4/27/2018 5:01:22 AM | FLX | Lockbox - CD | $250.00 | , DEIRDR | | BROOKLYN | NY | 11201 | |

| Date: | 01/18/2024 | | | | | | | | Location: DC |
|---|---|---|---|---|---|---|---|---|---|
| Time: | 12:15 PM | | | | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
## Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 4/13/2018 5:00:58 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 4/8/2018 5:01:32 AM | FLX | Lockbox - CD | $3.60 | HOBBS, MITCHELL | | AUSTIN | TX | 78728 | |
| 3/31/2018 5:01:08 AM | FLX | Lockbox - CD | $200.00 | FEDERAL DEFENDE | | BROOKLYN | NY | 11201 | |
| 3/11/2018 5:01:10 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 3/3/2018 5:01:17 AM | FLX | Lockbox - CD | $250.00 | VON DORRUM, DEIDRE | | BROOKLYN | NY | 11201 | |
| 2/16/2018 5:00:30 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 1/28/2018 5:00:59 AM | FLX | Lockbox - CD | $200.00 | VON DORNUM ESQ, DEIRDRE | | BROOKLYN | NY | 11201 | |
| 1/12/2018 5:00:45 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 1/1/2018 5:02:31 AM | FLX | Lockbox - CD | $250.00 | VON DORNUM, DEIRDRE | | BROOKLYN | NY | 11201 | |
| 12/24/2017 5:01:41 AM | FLX | Lockbox - CD | $50.00 | MC GOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 12/12/2017 5:01:08 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 12/10/2017 5:01:36 AM | FLX | Lockbox - CD | $100.00 | GEORGE, SHEREE | | FREDERICK | MD | 21703 | |
| 12/5/2017 5:01:51 AM | FLX | Lockbox - CD | $250.00 | FEDERAL DEFENDE | | BROOKLYN | NY | 11201 | |
| 11/17/2017 5:01:40 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 11/13/2017 5:01:30 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/29/2017 5:01:02 AM | FLX | Lockbox - CD | $200.00 | FEDERAL DEFENDE | | BROOKLYN | NY | 11201 | |
| 10/20/2017 5:01:21 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 01/18/2024 | | | | | | | Location: DC |
| Time: | 12:15 PM | | | | | | | |

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
**Sensitive But Unclassified**

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/2017 5:00:56 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 10/4/2017 5:00:45 AM | FLX | Lockbox - CD | $250.00 | | | BROOKLYN | NY | 11201 | |
| 9/20/2017 5:00:46 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 9/12/2017 5:01:32 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 8/29/2017 5:01:41 AM | FLX | Lockbox - CD | $200.00 | FEDERAL DEFENDE | | BROOKLYN | NY | 11201 | |
| 8/28/2017 5:00:37 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 8/15/2017 5:01:47 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 7/29/2017 5:01:37 AM | FLX | Lockbox - CD | $250.00 | VON DORNUM ESQ, DEIRDRE | | BROOKLYN | NY | 11201 | |
| 7/23/2017 5:01:08 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, K | | BLOOMFIELD | NJ | 07003 | |
| 7/21/2017 2:23:11 PM | FLX | Lockbox - CD | $100.00 | GEARGE, SHEREE | | FREDERICK | MD | 21705 | |
| 7/17/2017 5:00:46 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 6/21/2017 5:00:24 AM | FLX | Lockbox - CD | $200.00 | | | BROOKLYN | NY | 11201 | |
| 6/16/2017 5:00:46 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 6/12/2017 5:01:02 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY A | | INDIANAPOLIS | IN | 46241 | |
| 5/16/2017 5:01:46 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, K | | BLOOMFIELD | NJ | 07003 | |
| 5/10/2017 5:00:09 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 4/23/2017 5:01:14 AM | FLX | Lockbox - CD | $100.00 | | | BROOKLINE | MA | 02445 | |
| 4/22/2017 5:00:58 AM | FLX | Lockbox - CD | $150.00 | VON DORNUM, DEIDRE | | BROOKLYN | NY | 11201 | |
| 4/16/2017 5:01:39 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 4/11/2017 5:00:43 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 01/18/2024 | | | | | | | Location: DC |
| Time: | 12:15 PM | | | | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
## Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 3/17/2017 5:01:39 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 3/15/2017 5:00:18 AM | FLX | Lockbox - CD | $160.00 | DEIRDRE VON DOR | | BROOKLYN | NY | 11201 | |
| 3/11/2017 5:01:22 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 2/13/2017 5:01:25 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 2/12/2017 5:01:00 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 1/30/2017 5:00:57 AM | FLX | Lockbox - CD | $160.00 | FEDERAL DEFENDE | | BROOKLYN | NY | 11201 | |
| 1/21/2017 5:00:34 AM | FLX | Lockbox - CD | $23.00 | JOHSNON, LESLI | | TULSA | OK | 74104 | |
| 1/13/2017 5:00:39 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 1/11/2017 5:00:49 AM | FLX | Lockbox - CD | $50.00 | GOVEM, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 1/10/2017 5:01:05 AM | FLX | Lockbox - CD | $100.00 | BURKE, GRAGTON | | MEDWAY | ME | 04460 | |
| 12/15/2016 8:27:59 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 12/12/2016 5:01:08 AM | FLX | Lockbox - CD | $45.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 12/11/2016 5:00:52 AM | FLX | Lockbox - CD | $100.00 | GEORGE, SHEREE | | FREDERICK | MD | 21703 | |
| 11/11/2016 5:01:13 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 11/11/2016 5:01:11 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/15/2016 5:01:52 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/15/2016 5:01:50 AM | FLX | Lockbox - CD | $23.00 | JOHNSON, LESLIE | | TULSA | OK | 74104 | |
| 10/10/2016 5:01:22 AM | FLX | Lockbox - CD | $50.00 | | | BLOOMFIELD | NJ | 07003 | |
| 9/14/2016 5:00:20 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |

| Date: | 01/18/2024 | | | Federal Bureau of Prisons | | | Location: DC |
| Time: | 12:15 PM | | | TRUVIEW | | | |
| | | | | Inmate Center Report | | | |
| | | | | Sensitive But Unclassified | | | |

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 9/13/2016 5:01:39 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 8/29/2016 5:01:07 AM | FLX | Lockbox - CD | $50.00 | VON DORNUM, DEIRDNE | | BROOKLYN | NY | 11201 | |
| 8/16/2016 5:01:20 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 8/14/2016 5:00:45 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 7/27/2016 5:01:13 AM | FLX | Lockbox - CD | $250.00 | FEDERAL DEFENDE | | BROOKLYN | NY | 11201 | |
| 7/24/2016 5:01:08 AM | FLX | Lockbox - CD | $50.00 | GEORGE, SHEREE | | FREDERICK | MD | 21703 | |
| 7/15/2016 5:01:57 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 7/14/2016 5:00:48 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 7/4/2016 5:03:29 AM | FLX | Western Union | $15.00 | COLEMAN, CHRISTIAN | | CASSVILLE | WV | 26527 | |
| 7/1/2016 5:01:52 AM | FLX | Lockbox - CD | $50.00 | DORNUM, DEIDRE | | BROOKLYN | NY | 11201 | |
| 6/18/2016 5:00:38 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 6/12/2016 5:01:14 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 6/1/2016 5:01:56 AM | FLX | Lockbox - CD | $60.00 | VON DORNUM ESQ, DEIRDRE | | BROOKLYN | NY | 11201 | |
| 5/27/2016 5:01:32 AM | FLX | Lockbox - CD | $22.00 | JOHNSON, LESLIE | | TULSA | OK | 74104 | |
| 5/13/2016 5:01:00 AM | FLX | Lockbox - CD | $240.00 | | | BROOKLYN | NY | 11201 | |
| 5/12/2016 5:00:50 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 5/9/2016 5:01:31 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 5/6/2016 7:18:46 AM | FLX | Lockbox - CD | $50.00 | VON DORMUM, DEIRDRE | | BROOKLYN | NY | 11201 | |

## Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 4/16/2016 5:01:43 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 4/10/2016 5:01:31 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 3/29/2016 6:03:43 AM | FLX | Western Union | $15.00 | PERROTTA, KIMBERLY | | EAST HAMPTON | CT | 06424 | |
| 3/25/2016 5:01:10 AM | FLX | Lockbox - CD | $30.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 3/19/2016 5:01:31 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, K. | | BLOOMFIELD | NJ | 07003 | |
| 3/18/2016 5:02:06 AM | FLX | Lockbox - CD | $100.00 | | | BOSTON | MA | 02210 | |
| 2/28/2016 5:04:10 PM | FLX | Western Union | $10.00 | COLEMAN, CHRISTIAN | | CASSVILLE | WV | 26527 | |
| 2/12/2016 5:02:00 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 2/8/2016 5:01:25 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 1/17/2016 5:01:57 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 1/15/2016 10:03:38 AM | FLX | Money Gram | $50.00 | FRIZZELL, HEATHER | | ROSLINDALE | MA | 02131 | |
| 1/11/2016 5:02:04 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 12/21/2015 5:02:26 AM | FLX | Lockbox - CD | $100.00 | GRORGE, SHEREE | | FREDERICK | MD | 21703 | |
| 12/21/2015 5:02:22 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 12/11/2015 5:01:12 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 12/10/2015 3:03:46 PM | FLX | Money Gram | $100.00 | DELARUE, DENISE | | AVONDALE ESTATES | GA | 30002 | |
| 11/15/2015 5:01:46 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 11/14/2015 5:01:36 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |
| 10/18/2015 5:02:29 AM | FLX | Lockbox - CD | $200.00 | DUGAN, KIM | | MIDDLETOWN | RI | 02842 | |

| Date: | 01/18/2024 | | | | | | | | Location: DC |
|---|---|---|---|---|---|---|---|---|---|
| Time: | 12:15 PM | | | | | | | | |

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 10/18/2015 5:02:26 AM | FLX | Lockbox - CD | $50.00 | MCGOVERN, KAREN | | BLOOMFIELD | NJ | 07003 | |
| 10/16/2015 10:03:33 AM | FLX | Western Union | $100.00 | TSARNAEVA, AILINA | | GUTTENBERG | NJ | 07093 | |
| 10/15/2015 11:04:20 AM | FLX | Western Union | $50.00 | JOHNSON, LESLIE | | TULSA | OK | 74104 | |
| 10/14/2015 2:04:47 PM | FLX | Western Union | $50.00 | BARUJA, ZADI | | LIVERPOOL | NY | 13090 | |
| 10/11/2015 5:02:26 AM | FLX | Lockbox - CD | $40.00 | FORDYCE, BETTY | | INDIANAPOLIS | IN | 46241 | |

## Money Sent

| Transaction Date | Loc | Trans Type | Amount | Recipient Nm | Address | City | St | Zip |
|---|---|---|---|---|---|---|---|---|
| 1/10/2024 2:41:50 PM | FLX | FRP Monthly Pymt | ($35.00) | PAY TO BOP | | | | |
| 12/8/2023 1:54:02 PM | FLX | FRP Monthly Pymt | ($35.00) | PAY TO BOP | | | | |
| 11/9/2023 7:38:52 AM | FLX | FRP Monthly Pymt | ($35.00) | PAY TO BOP | | | | |
| 10/10/2023 11:33:35 AM | FLX | FRP Monthly Pymt | ($35.00) | PAY TO BOP | | | | |
| 9/8/2023 9:12:45 AM | FLX | FRP Monthly Pymt | ($35.00) | PAY TO BOP | | | | |
| 8/10/2023 2:56:51 PM | FLX | FRP Monthly Pymt | ($35.00) | PAY TO BOP | | | | |
| 7/10/2023 1:45:42 PM | FLX | FRP Monthly Pymt | ($35.00) | PAY TO BOP | | | | |
| 6/9/2023 8:17:04 AM | FLX | FRP Monthly Pymt | ($27.75) | PAY TO BOP | | | | |
| 5/10/2023 10:17:36 AM | FLX | FRP Monthly Pymt | ($33.15) | PAY TO BOP | | | | |
| 3/29/2023 10:35:13 AM | FLX | FRP Treasury Pymt | ($35.00) | US DISTRICT COURT | | BOSTON | MA | 02210 |
| 3/10/2023 2:33:41 PM | FLX | FRP Quarterly Pymt | $0.00 | PAY TO BOP | | | | |
| 1/27/2023 12:10:03 AM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 12/9/2022 6:55:14 AM | FLX | FRP Quarterly Pymt | ($35.00) | PAY TO BOP | | | | |
| 12/5/2022 12:34:39 PM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 10/18/2022 8:13:28 AM | FLX | FRP Treasury Pymt | ($35.00) | US DISTRICT COURT | | BOSTON | MA | 02210 |
| 9/9/2022 9:01:28 AM | FLX | FRP Quarterly Pymt | $0.00 | PAY TO BOP | | | | |
| 5/11/2022 12:10:28 AM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 5/11/2022 12:10:28 AM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 12/9/2021 12:10:30 AM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 01/18/2024 | | | | | | | Location: DC |
| Time: | 12:15 PM | | | | | | | |

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Transaction Date | Loc | Trans Type | Amount | Recipient Nm | Address | City | St | Zip |
|---|---|---|---|---|---|---|---|---|
| 1/26/2021 10:33:27 AM | FLX | Court Fees | ($402.00) | OFFICE OF THE CLERK | | DENVER | CO | 80294 |
| 1/26/2021 10:32:49 AM | FLX | Court Fees | $402.00 | PAY TO BOP | | | | |
| 1/26/2021 10:32:33 AM | FLX | Court Fees | ($402.00) | OFFICE OF THE CLERK | | DENVER | CO | 80294 |
| 7/14/2020 6:00:26 AM | FLX | FRP Excess With | $25.00 | PAY TO BOP | | | | |
| 7/10/2020 12:47:54 PM | FLX | FRP Monthly Pymt | ($25.00) | PAY TO BOP | | | | |
| 6/10/2020 1:49:05 PM | FLX | FRP Monthly Pymt | ($25.00) | PAY TO BOP | | | | |
| 3/10/2020 2:01:34 PM | FLX | FRP Quarterly Pymt | ($50.00) | PAY TO BOP | | | | |
| 12/10/2019 1:12:49 PM | FLX | FRP Quarterly Pymt | ($50.00) | PAY TO BOP | | | | |
| 9/12/2019 3:47:54 PM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 9/10/2019 1:41:37 PM | FLX | FRP Quarterly Pymt | ($50.00) | PAY TO BOP | | | | |
| 8/19/2019 2:44:52 PM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 6/10/2019 2:01:59 PM | FLX | FRP Quarterly Pymt | $0.00 | PAY TO BOP | | | | |
| 3/8/2019 1:41:44 PM | FLX | FRP Quarterly Pymt | ($50.00) | PAY TO BOP | | | | |
| 3/6/2019 10:07:18 AM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 12/10/2018 1:23:56 PM | FLX | FRP Quarterly Pymt | ($50.00) | PAY TO BOP | | | | |
| 9/10/2018 8:16:16 PM | FLX | FRP Quarterly Pymt | ($50.00) | PAY TO BOP | | | | |
| 6/8/2018 1:14:36 PM | FLX | FRP Quarterly Pymt | $0.00 | PAY TO BOP | | | | |
| 3/9/2018 1:06:06 PM | FLX | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 1/26/2018 12:50:54 PM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 12/11/2017 12:19:19 PM | FLX | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 9/8/2017 1:49:00 PM | FLX | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 12/5/2016 3:27:56 PM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 10/6/2016 1:54:08 PM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 6/23/2016 12:50:18 PM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 11/30/2015 1:25:05 PM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |