| Date: | 03/25/2024 | | | | Location: DC |
|---|---|---|---|---|---|
| Time: | 05:36 AM | | | | |

## Federal Bureau of Prisons
## TRUVIEW
## Inmate Center Report
### Sensitive But Unclassified

| Reg #: 95079038 | Start Date: 1/18/2024 | End Date: 3/25/2024 | | | |
|---|---|---|---|---|---|
| ☑ Money Received | ☑ Money Sent | ☐ Contact List | ☐ Addresses | ☐ Phone List | ☐ Calls |
| ☐ Email List | ☐ Messages | ☐ Visitor List | ☐ Visits | ☐ Timeline | |

### Money Received

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 3/21/2024 5:06:49 AM | FLX | Western Union | $150.00 | TSARNAEVA, AILINA | | WEST NEW YORK | NJ | 07093 | |
| 3/8/2024 11:05:40 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 3/1/2024 5:01:19 AM | FLX | Lockbox - CD | $50.00 | | | BAINBRIDGE IS | WA | 98110 | |
| 2/9/2024 8:41:43 AM | FLX | Payroll - IPP | $15.00 | | | | | | |
| 2/7/2024 10:06:10 AM | FLX | Western Union | $150.00 | TSARNAEVA, AILINA | | WEST NEW YORK | NJ | 07093 | |
| 2/1/2024 5:00:35 AM | FLX | Lockbox - CD | $50.00 | G, D | | BAINBRIDGE IS | WA | 98110 | |

### Money Sent

| Transaction Date | Loc | Trans Type | Amount | Recipient Nm | Address | City | St | Zip |
|---|---|---|---|---|---|---|---|---|
| 3/14/2024 10:47:51 AM | FLX | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 3/8/2024 11:06:05 AM | FLX | FRP Monthly Pymt | ($35.00) | PAY TO BOP | | | | |
| 2/9/2024 8:43:01 AM | FLX | FRP Monthly Pymt | ($35.00) | PAY TO BOP | | | | |