UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DZHOKHAR A. TSARNAEV,<br><br>Defendant | Case No. 13-cr-10200-GAO |

## NOTICE OF ATTORNEY APPEARANCE

Please enter the appearance of Jason A. Casey, Assistant United States Attorney, as counsel for the United States in the above-captioned case.

Respectfully submitted,

JOSHUA S. LEVY,
Acting United States Attorney

By: */s/ Jason A. Casey*
Jason A. Casey
Assistant United States Attorney
One Courthouse Way – Suite 9200
Boston, MA  02210
(617) 748-3100
jason.casey2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Jason A. Casey*
                                          Jason A. Casey
                                          Assistant United States Attorney

Date: July 16, 2024