AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   13-cr-10200-GAO |
| Dzhokhar Tsarnaev | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dzhokhar Tsarnaev                                                                                                                .

Date:     07/31/2024

*Attorney's signature*

Deirdre D. von Dornum NY #3984507
*Printed name and bar number*
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

*Address*

deirdre_vondornum@fd.org
*E-mail address*

(718) 330-1210
*Telephone number*

(718) 855-0769
*FAX number*