IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DZHOKHAR TSARNAEV | No. 13-cr-10200-GAO<br><br>PROVISIONALLY FILED UNDER SEAL |

### ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY

    Defendant Dzhokhar Tsarnaev, by and through counsel, respectfully requests that the Court grant him leave to file a reply, on or before September 27, 2024, to the Government's Opposition to Defendant's Motion for Recusal and for Disclosure. The Defendant seeks leave to file a reply to address arguments raised by the Government's Opposition, particularly the Government's argument regarding timeliness, which the Government did not raise in Local Rule 7.1 communications prior to filing of Mr. Tsarnaev's motion and which the Defendant has not yet had the opportunity to address. Government counsel assents to the filing of a reply, provided it is no more than 10 pages, but asks that we note that it contends Defendant's counsel should have addressed timeliness in the initial motion.

    Respectfully submitted,

    DZHOKHAR TSARNAEV

    /s/ *Deirdre D. von Dornum*
    Deirdre D. von Dornum, Esq.
    Mia Eisner-Grynberg, Esq.
    Daniel Habib, Esq.
    Federal Defenders of New York, Inc.
    One Pierrepont Plaza, 16th Floor

Brooklyn, NY 11201
(718) 330-1210
[Deirdre_vondornum@fd.org](mailto:Deirdre_vondornum@fd.org)
[Mia_eisner-grynberg@fd.org](mailto:Mia_eisner-grynberg@fd.org)
[Daniel_habib@fd.org](mailto:Daniel_habib@fd.org)

David Patton, Esq.
*Pro Hac Vice*
Hecker Fink LLP
350 5th Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
[Dpatton@heckerfink.com](mailto:Dpatton@heckerfink.com)


William Fick, Esq.
Fick & Marx, LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
[Wfick@fickmarx.com](mailto:Wfick@fickmarx.com)

- 3-

## Certificate of Service

    I hereby certify that this document will be sent by email to counsel of record on **September 17, 2024.**

                                /s/ *Deirdre von Dornum*
                                Deirdre D. von Dornum, Esq.
                                Federal Defenders of New York, Inc.
                                One Pierrepont Plaza, 16th Floor
                                Brooklyn, NY 11201
                                (718) 330-1200
                                deirdre_vondornum@fd.org