UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 13-10200-GAO |
| | ) | |
| DZHOKHAR A. TSARNAEV | ) | |
| Defendant | ) | |

NOTICE OF APPEARANCE

I, Christopher Pohl, enter my appearance in this matter as counsel for the United States of America.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 8, 2026.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney